UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 "K"(2) |
| | * | JUDGE DUVAL |
| | * | MAG. WILKINSON |
| | * | |
| | * | |
| PERTAINS TO: MRGO, Robinson | * | |
| (No. 06-2268) | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AMENDED NOTICE OF DEPOSITION

**TO:**   To all Defendants and their respective counsel,

Through Defense Liaison Attorney of Record:
Ralph S. Hubbard III
Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
601 Poydras St., Suite 2775
New Orleans, Louisiana 70130-6041

NOTICE IS HEREBY GIVEN that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith,

Anthony Franz, Jr., and Lucielle Franz, through their attorneys of record will take the deposition

under oath of Melvin McElwee. This deposition will take place on **Wednesday, April 23, 2008**

commencing at 8:30 a.m. at The Law Offices of Joseph M. Bruno, 855 Baronne Street, New

Orleans, La. 70113. The deposition will continue from day to day thereafter, weekends and holidays

excluded until complete.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape,

audiotape, live note, and will be transcribed. The deposition is being taken for the purposes of

discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of

**McElwee00001**

**EXHIBIT**

**3**

Civil Procedure.

The deposition will be upon oral examination before an officer authorized to administer oaths and will be recorded by videotape, audiotape, stenographic recording, live note and will be transcribed.

Dated: March 31, 2008.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

____/s/  Joseph M. Bruno_____
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

**McElwee00002**

## CERTIFICATE OF SERVICE

_____I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 31st day of March, 2008.

_/s/ Joseph M. Bruno_____

Joseph M. Bruno

McElwee00003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          CIVIL ACTION
      CONSOLIDATED LITIGATION

                                       NO. 05-4182

                                       SECTION "K" (2)

FILED IN:   05-4181, 05-4182, 05-5237, 05-6073, 05-6314, 05-6324,
            05-6327, 06-0225, 06-0886, 06-1885, 06-2278, 06-2287,
            06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159,
            06-5161, 06-5260, 06-5937, 07-1271

PERTAINS TO: MRGO

---

### AMENDED NOTICE OF DEPOSITION

**TO:**   To all Defendants and their respective counsel,

              Through Defense Liaison Attorney of Record:
              Ralph S. Hubbard III
              Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
              601 Poydras St., Suite 2775
              New Orleans, Louisiana 70130-6041

     NOTICE IS HEREBY GIVEN that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Plaintiffs Norman Robinson, Kent Lattimore, Lattimore & Associates, Tanya Smith,

Anthony Franz, Jr., and Lucielle Franz, through their attorneys of record will take the deposition

under oath of Melvin McElvee. This deposition will take place on **Wednesday, April 23, 2008**

commencing at 8:30 a.m. at the Law Offices of Joseph M. Bruno, 855 Baronne Street, New

-1-



**McElwee00004**

Orleans, La 70113. The deposition will continue from day to day thereafter, weekends and holidays excluded until complete.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, live note, and will be transcribed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

The deposition will be upon oral examination before an officer authorized to administer oaths and will be recorded by videotape, audiotape, stenographic recording, live note and will be transcribed.

Dated: March 31, 2008.

**Respectfully Submitted,**

**APPROVED PLAINTIFFS LIAISON COUNSEL**

   /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

-2-

**McElwee00005**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 31st day of March, 2008.

_/s/ Joseph M. Bruno_

Joseph M. Bruno

-3-

McElwee00006

PX-0109-0006

**Melvin M. L. McElwee, Sr.**
**P. O. Box 1410**
**Independence, LA   70443**
**Office (985) 878-0280**
**HOME (985) 878-2470**

## EDUCATION

*EXCELSIOR COLLEGE Albany, NY; Senior, Mathematics,*
*December 2001*

*UNIVERSITY OF NEW ORLEANS New* Orleans, LA ; Junior, Civil Engineer, August
2001

*U. S. ARMY*;  Ft. Leonard Wood, MO; Engineering Officer's Basic Course, Graduated
May 1994

*ALFRED BONNABEL HIGH SCHOOL*; Metairie, LA
Graduated May 1983

## PROFESSIONAL DEVELOPMENT

*U.S. ARMY CORPS OF ENGINEERS*; Huntsville, AL

| | | |
|---|---|---|
| Dredging; Contract Administration | FEB 93 | 24 hours |
| Concrete Quality Verification | OCT 92 | 40 hours |
| Construction Quality Management | MAY 92 | 24 hours |
| General Construction Verification | OCT 91 | 40 hours |
| Soils Quality Verification | DEC 90 | 40 hours |

## TECHNICAL DEVELOPMENT

*U.S. AIR FORCE*; Chanute AFB, IL

| | | |
|---|---|---|
| Automotive Air Condition Systems | FEB 86 | 40   hours |
| Automotive Electrical Systems | OCT 92 | 40   hours |
| Automotive Vehicle Repair | MAY 92 | 160 hours |



EXHIBIT
3
PENGAD 800-631-6989

Melvin M. L. McElwee, Sr.          Page 1 of 4          4/23/08
**McElwee00007**

## SPECIAL SKILLS

Contract Administration
Contract Negotiation
Construction Estimation, Management, Supervision, and Quality Control
Knowledgeable in Federal Government Construction Law
Knowledgeable in Louisiana Construction Law


## WORK EXPERIENCE

**PROJECT MANAGER**                    **August 1993  - Present**

McElwee Brothers, Inc.
P. O. Box 1410
Independence, LA   7003
(985) 878-0280

Manage daily civil construction operations utilizing land, labor and capitol. Ensure that construction is performed according to the plans and specifications, on time, and within the defined budget.

Most recently managed a $5,521,356.53 U. S. Army Corps of Engineers civil construction project which consisted of construction of three 84 inch diameter steel discharge tubes, reinforced concrete box canal (20 ft X 12 ft) discharge structure, demolition and reconstruction of asphalt bypass roadway, steel and pre-cast concrete blind bridge structure, demolition and reconstruction of "T" and "I" walls, steel sheet, timber, pre-stressed concrete, and "H" piling, structural excavation and backfill, clearing and grubbing, fertilizing, seeding and slab sodding, and other incidental work.

**ENGINEERING OFFICER**                    **April 1994 – June 2004**

Louisiana Army National Guard
Civil Engineer
225th Engineering Group
Pineville, LA   71360
(318) 839-4908

Manage the daily civil construction operations of the U. S. Army utilizing equipment, land, and labor.  Assure that men are trained and proficient in surveying, carpentry, cement masonry, electrical, plumbing, and heavy machinery operation.


Melvin M. L. McElwee, Sr.          Page 2 of 4          4/23/08
**McElwee00008**

PX-0109-0008

Assisted with the design and construction of Renovation's of Officer's Club Jackson Barracks, LA; schools in Panama, and Belize, C.A.; World War II Barracks at Camp Beauregard's Museum, LA; Equestrian Barn for Rehabilitation Therapy for Mentally Challenged Adolescents and Adults Pineville, LA; Hurricane relief efforts in Honduras; Levee stabilization berm at Louisiana State Penitentiary Angola, LA; supervision of various statewide projects in Louisiana.

## QUALITY ASSURANCE REPRESENTATIVE   December 1988 – August 1993

U. S. Army Corps of Engineers
ATTN: CELMN-CD-NO-L
P. O. Box 60267
New Orleans, LA   70160
(504) 862-1200

Checked construction work in progress for problems or violations of plans and specifications, poor workmanship, unacceptable materials, etc. Advised the contractor of non-compliance, and issued "Notice of Non-compliance" if warranted.

Attended project construction safety and claim meetings. Assured that the contractor keep the Government informed of all progress taking place.

Performed various inspections of soil, concrete, electrical, structural, and land surveying work; and prepared various technical reports, which contained specific documentation of inspections performed, results and instructions given to the contractor.

## AUTOMOTIVE VEHICLE TECHNICIAN & TRAINING MANAGER
## March 1984 - March 1988

U. S. Air Force
ATTN: 2TRNSS/LGTM
Barksdale AFB, LA   71110
(318) 456-3947

Monitored training within the work section. Wrote and administered training plans. Coordinated training for military personnel, with commercial companies (Ford, Chrysler, etc.).

Inspected, repaired and maintained military and civilian light and heavy mechanical vehicles. Inspected contract maintenance on this equipment to assure that all mechanical and electrical systems were repaired properly. Performed safety inspections utilizing Air Force Transportation Safety Standards. Performed various mechanical test in accordance with American Society of Automotive Engineers and American Society of Testing and Materials standards. These test included all terrain capabilities for combat readiness.

## REFERENCES

Business                                    Personal

1. Louis "Nick" Joseph          1.    Jamie C. Smith
   279 Highway 40 West                Rt 1 Box 800
   Independence, LA 70443             Haughton, LA  71037
   (985) 748-2502                     (318) 949-2662

2. Terrance Lestelle, Attorney at Law   2.   Peter Baptiste
   2121 Airline Hwy, Suite 401            901 S. Bengal Road
   Metairie, LA  70001-5979              Metairie, LA  70003
   (504) 828-1224                       (504) 468-2318

3. Tolar White, Comptroller       3.   Earnest Fleming
   5708 Valley Forge                   920 S. Bengal Road
   Baton Rouge, LA  70808              Metairie, LA  70003
   (504) 771-5550                       (504) 915-6034

Melvin M. L. McElwee, Sr.          Page 4 of 4                    4/23/08
                                **McElwee00010**

**PX-0109-0010**

**Melvin M. L. McElwee, Sr.**
**P. O. Box 1410**
**Independence, LA   70443**
**Email: mcelweebro@i-55.com**
**Office (985) 878-0280**
**Cell (985) 351-2816**

## EDUCATION

*EXCELSIOR COLLEGE Albany, NY;* Senior, Mathematics,
December 2001

*UNIVERSITY OF NEW ORLEANS New Orleans, LA* ; Senior, Civil Engineer, August 2001

*U. S. ARMY; Ft. Leonard Wood, MO*; Engineering Officer's Basic Course, Graduated May 1994

*ALFRED BONNABEL HIGH SCHOOL*; Metairie, LA
Graduated May 1983

## SPECIAL SKILLS

Contract Administration
Contract Negotiation
Construction Estimation, Management, Supervision, and Quality Control
Knowledgeable in Federal Government Construction Law
Knowledgeable in Louisiana Construction Law



EXHIBIT
4

## WORK EXPERIENCE

**CONSTRUCTION MANAGER**                                **August 1993  - Present**

McElwee Brothers, Inc.
P. O. Box 1410
Independence, LA   7003

- Plan, direct, and coordinate a wide variety of construction projects, including residential, commercial, and industrial structures; roads; bridges; schools; and hospitals. Overseen entire projects. Scheduled and coordinated all design and construction processes, including selection, hiring, and oversight of specialty trade contractors.

- Ensure that construction is performed according to the plans and specifications, on time, and within the defined budget. Coordinate and supervise the construction daily construction process utilizing land, labor and capitol. Work with owners, engineers, architects, and others who are involved in the construction process.

- Evaluate and help determine the appropriate construction delivery systems and the most cost-effective plan and schedule for completing the project. Divides all required construction site activities into logical steps, budgeting the time required to meet established deadlines. Utilizing computer project estimating and management software. Continually track and control construction costs overruns.

Melvin M. L. McElwee, Sr.                    Page 1 of 3                    4/23/08

**PX-0109-0011**

• Most recently managed a $5,521,356.53 U. S. Army Corps of Engineers civil construction project which consisted of construction of three 84 inch diameter steel discharge tubes, reinforced concrete box canal (20 ft X 12 ft) discharge structure, demolition and reconstruction of asphalt bypass roadway, steel and pre-cast concrete blind bridge structure, demolition and reconstruction of "T" and "I" walls, steel sheet, timber, pre-stressed concrete, and "H" piling, structural excavation and backfill, clearing and grubbing, fertilizing, seeding and slab sodding, and other incidental work.

**ENGINEERING OFFICER  (CONSTRUCTION)**               **April 1994 – June 2004 (Retired)**

Louisiana Army National Guard
Civil Engineer
225th Engineering Group
Pineville, LA   71360

• Manage the daily civil construction operations of the U. S. Army utilizing equipment, land, and labor. Assure that men are trained and proficient in surveying, carpentry, cement masonry, electrical, plumbing, and heavy machinery operation.

• Assisted with the design and construction of Renovation's of Officer's Club Jackson Barracks, LA; schools in Panama, and Belize, C.A.; World War II Barracks at Camp Beauregard's Museum, LA; Equestrian Barn for Rehabilitation Therapy for Mentally Challenged Adolescents and Adults Pineville, LA; Hurricane relief efforts in Honduras; Levee stabilization berm at Louisiana State Penitentiary Angola, LA; supervision of various statewide projects in Louisiana.

**QUALITY ASSURANCE REPRESENTATIVE**               **December 1988 – August 1993**

U. S. Army Corps of Engineers
ATTN:  CELMN-CD-NO-L
P. O. Box 60267
New Orleans, LA   70160

• Checked construction work in progress for problems or violations of plans and specifications, poor workmanship, unacceptable materials, etc.  Advised the contractor of non-compliance, and issued "Notice of Non-compliance" if warranted.

• Attended project construction safety and claim meetings.  Assured that the contractor keep the Government informed of all progress taking place.

• Performed various inspections of soil, concrete, electrical, structural, and land surveying work; and prepared various technical reports, which contained specific documentation of inspections performed, results and instructions given to the contractor.

Melvin M. L. McElwee, Sr.               Page 2 of 3               4/23/08
**McElwee00012**

PX-0109-0012

## REFERENCES

| *Former Supervisors* | | *Co-Workers* |
|---|---|---|

1. Colonel John Page
   225th Engineering Group
   Pineville, LA   71360
   (318) 641-5191

2. Colonel Randall Fish
   P. O. Box 220
   Lacombe, LA 70445
   (504) 236-4346

1. Louis "Nick" Joseph
   279 Highway 40 West
   Independence, LA 70443
   (985) 320-5784

2. Robert Reed
   623 Lemon Drive
   Arlington, TX   76018
   (214) 789-1930

### *Suppliers*

1. William Melancon, P.E.
   900 S. College Road, Ste 300
   Lafeyette, LA   70503
   (337) 781-4052

2. McClamroch
   Contractor &Industrial Supplies
   939 Louisiana Avenue
   Shreveport, LA   71101-3761
   (318) 222-9249
   ATTN: Ms. Denise

Melvin M. L. McElwee, Sr.          Page 3 of 3          4/23/08
                                 **McElwee00013**

**PX-0109-0013**

INSTRUCTOR LISTING
Earthwork Quality Verification Training Course

Sponsored By

Geotechnical Laboratory
U.S. Army Engineer Waterways Experiment Station
3909 Halls Ferry Road, Vicksburg, MS  39180-6199


Dr. Paul F. Hadala          (Welcome and Introduction)
CEWES-GV-A
(601) 634-3475

William Milton Myers        (Course Coordinator)
CEWES-GS-S
(601) 634-2640

R. J. "Bob" Larson          (Origin of Soils)
CEWES-GG-YG
(601) 634-3201

Earl V. Edris               (Compaction; Slope Stability)
CEWES-GS-S
(601) 634-3378

Hugh M. "Buck" Taylor       (Fundamental Definitions, Field Tests)
CEWES-GS-S
(601) 634-3454

Jessie C. Oldham            (Soil Classification, Soils Laboratory)
CEWES-GS-GD
(601) 634-2122

P. J. Griffing              (Soils Laboratory)
CEWES-GS-GD
(601) 634-2607

Larry D. Johnson            (Foundations for Structures)
CEWES-GS-S
(601) 634-3840

S. Paul Miller              (Seepage, Filters, Slope Protection)
CEWES-GG-YH
(601) 634-3247

R. J. "Bob" Crisp           (Placement and Compaction of Earth Fills;
Consulting Civil Engr       Preparation of Rock Foundations)
422 Atwood Drive, NW
Marietta, GA  30064
(404) 428-4607


EXHIBIT
5

PENGAD 800-631-6989

McElwee00014

Earthwork I-QV
17-21 Dec 90
Vicksburg, MS

Allen, Richard
US Army Engr Dist., New Orleans
Engr. Divn., Levee Section
P. O. Box 60267
New Orleans, LA  70160-0267

Allen, Thomas C.
USAED, Galveston Dist.
Attn: CESWG-RM-TE
P. O. Box 1229
Galveston, TX  77553-1229

Bailey, Hiram T.
US Army Engr Dist., Vicksburg
Monroe Navigation Field Office
3505 South Grand
Monroe, LA  71202

Billingham, Anthony
ROICC, North Island/Coronado
P. O. Box 75
San Diego, CA  92135-5237

Bragg, John M.
USAED, Galveston Dist.
1100 Freeway South, Suite 112
League City, TX

Constantine, Donald A.
ATTN:  CELMN-OD-OM
USAED, New Orleans District
P. O. Box 60267
New Orleans, LA  70160-0267

Cummings, Michael R.
ATTN:  CENCR-ED-C
USAED, Rock Island Dist.
P. O. Box 2004
Rock Island, IL  61204-2004

Damron, Michael E.
USAED, Memphis Dist., Wynne Area
P. O. Box 729
Wynne, AR  72396

Daughtry, Frank L.
USAED, Rock Island Dist.
CENCR-CD-Q, L&D 20
Canton, MO  63435

Dickson, Larry D.
USAED, Vicksburg Dist.
ATTN:  CELMK-SAO-N
P. O. Box 2131
Natchitoches, LA  71457

Finneran, Robert A.
USAED, Kansas City Dist.
ED, Local Protection Sec.
601 East 12th Street
Kansas City, MO 64106-2896

Gallup, Mickey A.
USAED, Vidalia Area
P. O. Box 910
Vidalia, LA  71373-0910

Hale, James R.
USAED, RRW Lock & Dam #3
Rt. 1 Box 157
Lena, LA  71447

Hoang, Huu M.
USAED, S. Pac Divn.
CESPD-ED-G Lab
P. O. Box 37
Sausalito, CA  94966

Hunter, Leonard
USAED, New Orleans Dist.
P. O. Box 60267
New Orleans, LA 70160-0267

Johnson, Carol A.
USAED, New Orleans, ED-FT
P. O. Box 60267
New Orleans, LA 70160-0267

Lear, Ronald
USAED, Sacramento Dist.
Fresno Resident Office
Fresno, CA

Macias, Ramon, III
USAED, Albequerque Dist.
El Paso Resident Office
P. O. Box 6096
Ft. Bliss, TX  77906-0096

McElwee00015

PX-0109-0015

Earthwork I-QV
17-21 Dec 90
Vicksburg, MS

Madsen, Steven D.
W.Naval Fac Engr Command
ROICC Trident II Upgrade
Anderson Hill Road
Silverdale, WA  98383

McElwee, Melvin M., Sr.
USAED, New Orleans Dist., CD-NO-Q
P. O. Box 60267
New Orleans, LA  70160-0267

Nesaith., Sandy D.
USAED, Winfield Res Ofc, ORH-CD
Rt. 1 Box 529
Red House, WV  25161-9773

Newton, John C.
USACE, Waterways Exp. Sta.
Attn: ME-E, E&C Serv Div.
3909 Halls Ferry Road
Vicksburg, MS  39180-6199

Nicodemus, Mary B.
USAED, Ohio River Divn.
ATTN: CEORD-PE-GL, Divn Lab.,
5851 Mariemont Avenue
Cincinnati, OH  45227-4217

O'Connell, John
USAED, Detroit Area Office
P. O. Box 1027
Detroit, MI  48231

Paschke, Mark H.
USAED, St. Paul District
General Delivery
Chaska, MN  55318

Pierre, Lois M.
USAED, New Orleans District
P. O. Box 60267
New Orleans, LA  70160-0267

Purifoy, Claudinett
USACE, Redstone Arsenal
P. O. Box 8162
Redstone Arsenal, AL  35808-0162

Schulz, James W.
USACE, Grand Haven Area Office
P. O. Box 629
Grand Haven, MI  49417

Stalnaker, Larry H.
USAED, Gallipolis Res Ofc
Construction Divn.
P. O. Box 9
Applegrove, WV  25502-0009

Syed, Ishaq
USAED, Galveston Dist.
Attn: CESWG-ED-FS
P. O. Box 1229
Galveston, TX  77553-1229

Terrell, Billy D.
USAED, Kansas City Dist.
Whiteman AirForce Base,MO

Thomas, Richard R.
USACE, Charleston Dist.
Attn: Constr-Opers.
P. O. Box 919
Charleston, SC  29401

Tobine, Robert W.
Dept. of Navy, ROICC
North Island/Corando
P. O. Box 75
San Diego, CA 92135-5237

Weidenbacher, Brian G.
USACE, New Orleans Dist.
P. O. Box 60267
New Orleans,LA 70160-0267

Wielputz, Michael P.
USACE, SAD Laboratory
611 S. Cobb Drive
Marietta, GA 30060-3112

Wilson, Jerome
Cal Harbor Area Office
NCC
111 N. Canal
Chicago, IL

McElwee00016

PX-0109-0016

## Part 1.  Seepage and Groundwater Control

### Seepage

#### Introduction

Perhaps no single feature of an earthwork project deserves as much attention during construction as the drainage system.  However, since the drainage system generally controls a hidden force--the force of water seepage through soil--its importance is sometimes not fully appreciated. These hidden forces can tear down a mountainside, as occurred in 1963 at the Vaiont Reservoir, Italy, killing 3000 persons; destroy earthen structures such as the Baldwin Hills Reservoir in Los Angeles, California, where five lives were lost in 1963 and $15,000,000 property damage resulted; or produce runway failures as occurred at the Cleveland, Ohio, Airport in 1967, where 3000 ft of concrete runway pavement failed and broke up into basketball-size pieces due to inadequate subsurface drainage.  Many more examples could be cited, but the examples mentioned should clearly show the devastating power of uncontrolled seepage of water.

Structures are designed on the assumption that the drainage system will function properly.  If a drainage system is improperly constructed, time will not remedy the problem as it may do in other areas of earthwork construction.  The strength of a soil should improve with time, pore pressure will dissipate, rates of settlement decrease, etc.  But time will only aggravate a mistake or an omission in a drainage system.  If the system is not constructed correctly, trouble may not appear for years, and then it is very difficult or even too late to correct it as in the examples cited in the previous paragraph.  The importance of good inspection cannot be overstressed.  It is up to the inspector alone to see that the drainage system is installed in accordance with the project plans.

#### Basic considerations

In order to demonstrate what seepage forces consist of, let us look back on the quicksand tank we saw in the laboratory.  If we saturate the

VI.1.2

sand and allow water to flow through it, we have a condition of seepage. In the case of the sand tank, the seepage was upward, seepage forces causing the sand to become loosened. (If the seepage forces were downward, the sand would densify.) When these seepage forces become as great or greater than the weight of the sand, a quick condition, or quicksand, results.

The basic rule governing flow or seepage through soil is Darcy's Law. Most all engineering analyses of seepage are made using this rule. In equation form, the rule is:

$$q = k\,i\,A$$

This equation will be discussed in some detail to give a better understanding of what is meant by such terms as permeability and hydraulic gradient which will be used throughout this section.

Please refer to plate 1. The terms in Darcy's Law are:

a. q – rate of flow. In the equation the rate of flow, q, of water through the sample is determined. The term q is in units such as cubic feet per second, cubic centimeters per second, cubic feet per year, etc.

b. k – coefficient of permeability. The coefficient of permeability, or permeability, is a measure of the soils resistance to flow through it. The higher the permeability, the easier water will flow through the material. Gravels have high permeabilities, while clays have low. In fact, the permeability of a gravel can be 10 billion times greater than the permeability of a clay. Permeability, k, is expressed in velocity units such as centimeters per second, feet per year, etc.

c. i – hydraulic gradient. The hydraulic gradient is a measure of the seepage force or the force causing flow through the sample. In plate 1, the elevation of the column of water on the left $(h_1)$ is greater than that of the column on the right $(h_2)$. The heights $(h_1$ and $h_2)$ of these columns are referred to as heads. The difference in the elevations of the two columns $\Delta h$ is called the driving head or head differential. (The symbol $\Delta$ just means "change in," so

McElwee00018

PX-0109-0018

$\Delta h$  means "change in h.")  The length of the sample in plate 1 is L .
Therefore, there was a change in head equal to  $\Delta h$  through the sample
length  L .  The ratio  $\Delta h/L$  is the hydraulic gradient, i , and is
simply the change in head through a unit length of sample.  Since both
$\Delta h$  and  L  are in the same units, i  is dimensionless.

d.  A - area.  The value  A  is simply the cross sectional
area of the sample (plate 1).

Now, thinking back to the sand tank; in order for the sand to be-
come quick, it has been found that the hydraulic gradient must be equal
to or greater than about 0.80 to 0.85.  The hydraulic gradient at which
the material becomes quick is the critical hydraulic gradient.  Remember
that hydraulic gradient is equal to the driving head  $\Delta h$  divided by
the length of sample  L .  In the case of the sand tank,  L  would be
equal to the height of sand within it.  To prevent the quick condition
from occurring, the hydraulic gradient must be reduced.  For example,
if the driving head, $\Delta h$ , was 2 ft and the height of sand in the box, L ,
was 2 ft, the resulting hydraulic gradient would be 2/2 or 1.0.  Since
this is greater than 0.80 or 0.85, a quick condition would exist.  If
the height of the sand in the box was doubled to 4 ft and the driving
head remained the same at 2 ft, the resulting hydraulic gradient now
equals 2/4 or 0.5, which is below the critical gradient and is a safe
condition although water is exiting from the surface.

Suppose that rather than increasing the thickness of sand, an
impervious clay blanket (topstratum) had been placed over the sand.
In this case, more weight is provided to the sand, and to a large ex-
tent the seepage is stopped.  However, if the pressure beneath the clay
exceeds the submerged weight of the clay, an uplift failure will occur.
This is commonly noted as an uplift or heave failure.  What usually
occurs in nature is that the topstratum may be interspersed with root
holes, shrinkage cracks, or other discontinuities which permit some of
the sand to escape through channels in the topstratum.  When seepage
tends to localize instead of causing the entire topstratum to heave or
become quick, active erosion of subsurface material occurs and

VI.1.4

concentration of seepage occurs in localized channels. This is what causes sand boils.

In many cases the presence of the water alone causes the problem, and this water must be controlled or removed even if the seepage forces are small or nonexistent. For example, if water becomes entrapped behind a retaining wall, additional loads result and the wall would have to perform as a dam as well as its intended purpose. The strength of the soil may be reduced by the presence of excess water. Some soils swell when they become wet, while in others the growth of ice lenses becomes a problem. Erosion from surface runoff can be a significant problem if left unchecked. It is obvious that problems caused by water are many and varied.

Seepage control
related to embankments

The construction of embankments of one type or the other constitutes a large part of CE work. The CE has been responsible for constructing numerous earth dams and extensive levee systems, both built for the specific purpose of controlling water. Because of the nature of these works, seepage problems are ever present.

Plate 2a shows an embankment, probably a dam, built on an impervious subgrade material. In this case water is seeping through the structure. The horizontal lines in the figures on plate 2 are "flow lines." A flow line is simply the path a particle of water entering the upstream face of the embankment will take through the embankment. Since there is flow, there is also a corresponding pressure or driving head causing the flow. Now, note on plate 2a there is flow from the critical toe section. This flow and pressure can endanger the embankment from piping and/or reducing the strength of the soil in the section. In plate 2b a drainage blanket has been placed in the embankment. First, the water present at the toe has been removed, and second, the seepage force of the water is removed in a controlled manner so that piping is prevented. Plates 2a and 2b are very simple model cases. The soil would actually be much more pervious in a horizontal direction than in a vertical direction due to the embankment being built in compacted layers. Consequently, the

PX-0109-0020

drainage blanket should extend up into the embankment.  The material used to construct the drainage blanket will be discussed later.

Dams are rarely if ever constructed on completely impervious material, and consequently there is seepage beneath the structure as well as through it.  The seepage beneath the structure is commonly referred to as underseepage.  Since water seldom stands behind a levee, a sufficient length of time for seepage to occur through the embankment, underseepage is the primary problem associated with levees.

Plate 3a shows how underseepage can occur beneath a levee system. At the normal river stage the water table is below the relatively impervious topstratum and no danger exists.  During flood stage, however, seepage entering the substratum through the bed of the river, riverside borrow pits, or any other opening in the topstratum creates an artesian head in the substratum under and landward of the levee.  The term artesian simply means that the water in the sand is under pressure.  For example, if a pipe or piezometer were placed through the topstratum into the substratum shown in plate 3a, the water level in the pipe would rise to the elevation of the dashed line (piezometric head).  The height of this column of water above the substratum is the artesian head.

It is the artesian head that would create uplift failure.  If the weight of the topstratum is not as great as this uplift pressure, heave will result in the same manner as the clay would have heaved in the sand tank.  Sand boils such as those shown in plate 3b can also result. These sand boils can lead to cavities beneath the structure that can cause serious damage or failure.

The driving head $\Delta h$ causing seepage in the example shown on plate 3a is the height of the column of water above the land surface. The hydraulic gradient is computed simply by dividing the driving head by the substratum thickness.  We now have the same conditions that were present in the sand tank, i.e., an upward flow of water through a given thickness of soil.

The amount of underseepage and uplift pressure that may develop

McElwee00021

PX-0109-0021

VI. 1. 6

landward of the levee or dam is known to be related to the river and
reservoir stages, location of seepage entrance, extent of thickness and
perviousness of the landside topstratum, underground storage, and geolo-
gical features.  It would be extremely difficult to isolate all of these
factors to make an analysis of an underseepage problem, although consi-
derable experience has been accumulated.  In most instances it usually
is preferable to install a system of piezometers to determine the ef-
fects of these various factors which affect underseepage and then extra-
polate the results to a design stage.  Piezometers have been installed
along numerous reaches of the Mississippi River and in other areas for
use in estimating the amount of seepage and pressures that will occur
at flood stages.  Piezometers are also installed during the construction
of dams to determine how the seepage forces are acting.  Many times
changes are made in the design of the dam or construction methods are
modified based on these piezometer readings.  Therefore it is very
important that the piezometers be  installed properly and then read
accurately in the field.  Piezometers have also been used to determine
when various seepage conditions occur.

| Seepage Condition | i |
|---|---|
| Light to none | 0 to 0.5 |
| Medium | 0.2 to 0.6 |
| Heavy | 0.4 to 0.7 |
| Sand boils | 0.5 to 0.8 |

Now that we know what the hydraulic gradient through and the uplift
pressure beneath the topstratum are, what can be done to control the
situation?  Two things can be done:  (a) reduce the driving head or up-
lift pressure and/or (b) increase the thickness of the soil.  Some
control methods would be cutoffs, impervious riverside or upstream
blankets, relief wells, landside or downstream berms, drainage blankets,
drainage trenches, and sublevees.  The choice of a control measure depends
on a number of factors, including the character of the foundation; economics,
permanency, availability of rights of way, maintenance, and disposal.

Cutoffs.  The most effective means of underseepage control is the
use of cutoffs (see plate 4a).  While widely used in connection with

McElwee00022

dams, these seldom are feasible for use on levees. Impervious cutoffs should be 100 percent penetrating. Model tests and other data indicate that cutoffs with less than 98 percent penetration have relatively little effect on reducing underseepage or landside pressures. Therefore it is important that construction adhere to the plans, particularly where elevations are concerned. The cutoff, of course, eliminates the driving head or uplift pressures.

Riverside or upstream blankets. An impervious riverside or upstream blanket can be used to reduce the amount of seepage and pressures landside or downstream. Blankets are particularly effective where little or no topstratum exists upstream, or where the natural topstratum has been removed in borrow operations. The primary purpose is to increase the distance to the source of seepage entry, thereby providing more resistance to the flow. Blankets are placed by hauling in and compacting relatively impervious soils. It is up to the inspector to see that these blankets are constructed properly so the impervious material will be continuous with no weak or thin areas where seepage can enter the substratum. Weak areas can occur where stumps, limbs, etc. are allowed in the blanket.

Relief wells. Relief wells are used primarily to reduce artesian pressures which might otherwise cause sand boils and piping (see plate 4b). Wells also intercept and provide controlled outlets for seepage. The chief advantage of wells is that they can intercept flow in stratified soils. Their disadvantages are that they require periodic inspection and maintenance, and they must be protected from back-flooding. The construction and details of relief wells will be handled later.

Berms. Berms control seepage by increasing the weight of the topstratum so that the weight of the berm plus topstratum is sufficient to resist uplift pressures (see plate 5a). They are also used to increase the thickness of the soil, thereby reducing the hydraulic gradient and, in turn, seepage, as was done with the sand tank. A berm properly designed to prevent heave should extend landward or downstream far enough so that excess heads at the toe area are no longer critical. Berms along

VI.1.8

the Lower Mississippi River are usually 3 to 10 ft thick at the levee toe and extend 100 to 400 ft landward. Berms are advantageous where the landside topstratum is relatively thin or nonexistent. Berms have some slope landward for drainage. Berms control but do not necessarily eliminate seepage. Therefore seepage from the berm is generally not a cause for alarm.

Drainage blankets. Drainage blankets as shown in fig. 2b are satisfactory for controlling underseepage from pervious, fairly homogeneous foundations extending to the surface. Blankets with perforated collector pipes are particularly effective for structures as will be seen later.

Drainage trenches. Drainage trenches to reduce underseepage are effective only when they can penetrate a major portion of the aquifer, and therefore they are not used extensively.

Sublevees. A landside sublevee can be used to control seepage by storing water over an area to provide a counterweight against excess heads beneath the topstratum. This is similar to raising the water level of the righthand column in plate 1, thereby reducing the driving head. Sublevees are used where the topstratum is relatively thin, and in low areas where seepage normally develops. A sublevee was used to control the sand boils shown in plate 3b. Water levels must be accurately controlled. Seepage boils cannot always be ascertained, and if a sublevee fails a critical condition could develop.

Seepage control related to structures
such as retaining walls, slabs, roadways, etc.

As we have said previously a retaining wall is not designed to act as a dam, and consequently water behind the wall must be removed. Although a retaining wall is discussed in the next paragraph, the comments also apply to other subsurface structures such as basement walls.

Plate 5b shows a retaining wall backfilled with a relatively pervious material. The wall was designed to retain this material, and the additional weight of water behind it could cause failure. To prevent this dangerous buildup of water behind the wall, a sand drain was provided. Water or seepage from the pervious backfill material is intercepted by the

filter sand and flows safely away through the collector pipe. Note that a filter sand and gravel was used. The purpose and design of these filters will be discussed later. In many cases, rather than using a collector pipe, weepholes are provided to allow the water to flow out at the base of the retaining wall.

We have discussed uplift as related to heaving of a topstratum of rather impervious soil. The same thing can happen to a foundation slab placed beneath the water table. If the water is intercepted and carried away, hydrostatic or uplift pressure will not develop. Plate 6a shows how this situation can be handled. Here water or seepage from the foundation material is intercepted by the filter sand and gravel and allowed to flow harmlessly away through the collector. Again note that both a sand and gravel are used.

Free water must be removed from base, subbase, and sometimes subgrade materials beneath paved surfaces such as roadways, airfields, parking areas, etc. This is commonly accomplished by what are known as subdrains. These are generally nothing more than trenches filled with a carefully selected pervious gravel or sand surrounding a collector pipe. When the collector pipe is not used, this arrangement is called a French Drain. Plate 6b shows a subdrain used adjacent to a paved surface. In addition to being used to drain paved areas, subdrains have also been used to lower the water table in boggy areas to allow equipment to operate or to lower the water table in agricultural fields.

Groundwater control
during construction

Most relatively deep excavations into soils below the water table require that the water table be lowered below the slopes and bottom of the excavation to prevent raveling and sloughing of the slopes and to ensure dry firm working conditions for construction operations. In some cases the excavation may be underlain by impervious strata under artesian pressure which, if not relieved, can rupture the bottom of the excavation with development of sand boils. Lowering the water table in an excavation may also increase the stability of the excavation slopes, permitting

McElwee00025

VI. I. 10

steeper slopes than otherwise possible, and also can consolidate the
soil to such extent that it will be more dense and firmer than prior
to dewatering. Unstable saturated soils can cause equipment to bog down
and valuable time to be wasted. Some dewatering methods are discussed
in the following paragraphs. Sometimes two or more of the methods are
used in conjunction with each other to control the groundwater.

Ditches and sumps. For small excavations in some types of well-graded
or cemented soils, it is sometimes possible to let seepage from the slopes
flow into collector ditches and sumps from which it can be pumped out of
the excavation. For pumping, sump pumps with strainers are used. Ditches
should be located as close as possible to the toe of the slope (see
plate 7a). The ditch should not be indiscriminately placed, however,
since the removal of material from the toe area can affect the stability
of the slope. Ditches and sumps have several disadvantages. It may be
impossible to prevent loss of material when pumping; it may tend to cause
softening and reveling on the lower part of the slopes and, if the soil
is nonuniform or contains lenses of fine sand or silt, springs may develop
which can cause underground erosion. The inspector should be on the look-
out for such trouble signs and report them immediately if they occur.

Wellpoints. Wellpoints are small well screens about 2 to 3 in. in
diameter and 2-1/2 to 3-1/2 ft long. Usually they are made of brass
screens with openings small enough to prevent entrance of fines. Well-
points are usually spaced on 3- to 12-ft centers at the periphery of
the excavation (see plate 7b). The wellpoints are attached to a common
header which, in turn, is connected to a wellpoint pump (a combined vacuum
and centrifugal pump). It is usually necessary to place wellpoints in
sanded holes to permit drainage of stratified soils. The use of well-
points is the most common method of dewatering or lowering the water
table in the United States. Under many conditions it is the most
economical and efficient method. The chief advantages are that a large
number of wellpoints can be operated from a single pump, and they are
easy to install using simple equipment. On the average, about 50 well-
points can be installed in a single day, and consequently they are very

McElwee00026

PX-0109-0026

v 1 . 1. 11

useful for emergency work. Wellpoints commonly are limited to suction lifts in the order of 15 to 18 ft, and when groundwater lowering must exceed this value, the wellpoints are placed in stages called a multi-stage system (see plate 8a).

It is important to see that all joints, connections, etc., are airtight since these leaks can reduce the effectiveness of the entire wellpoint system. Sometimes air leaking into a system can be detected by audible throbbing or bumping in some of the joints. Also, in warm weather wellpoint systems that are functioning properly with little or no air leaks feel cool and will sweat in a humid atmosphere. Likewise, in cold weather properly functioning wellpoints will feel warmer than the atmosphere temperature. The wellpoint system must be protected from damage by construction equipment. Traffic should be allowed to cross the system only when the pipes have been bridged.

A recent innovation consists of using eductors rather than suction wellpoints (see plate 8b). Eductor dewatering systems consist of a pumping unit connected to two parallel header pipes; one header feeds water at high pressure into a series of small vertical down pipes leading to the eductor wellpoints. The water flowing through a nozzle in the eductor creates a vacuum in the eductor, causing groundwater to flow into the wellpoint. This is the same principle used in the old pump-type insect sprayers. The groundwater joins the pressure water and returns through a second riser pipe to the other main header. The second header pipe collects the water and returns it to a discharge station. The eductor system has several advantages over conventional wellpoints. First, it can dewater to depths as great as 100 ft in a single stage. Second, the air in the pipe does not affect the operation of the eductors; this is often a serious problem with conventional wellpoints. Eductors also require very little adjustment, and they operate independently of each other. The principal disadvantage of the eductor system is that it requires a lot of power to operate the system, thus it is very costly. Another disadvantage is that with the presence of the high-pressure water system, considerable trouble could arise if the pressure header pipe should break.

McElwee00027

VI. I. 12

Fine-grained silts with $k = 0.1$ to $10 \times 10^{-4}$ cm/sec, cannot be drained by gravity methods because the water is held in the soil by capillary forces. To dewater these silts, ordinary wellpoints in sanded holes with the top 5 ft or so of the hole sealed with clay are used. Vacuum in the sand column increases the pressure driving out the water. A small amount of water may be very effective in providing drainage. It is most important that the inspector on the job see that the holes are properly sealed.

Deep wells. Large-diameter deep wells are also suitable for lowering the groundwater table where the soils grade more pervious with depth. Deep wells operate on the same principles as do wellpoints; however, individual deep wells handle much larger quantities of water than a single wellpoint and can be installed outside of the zone of construction operations so that drainage can be effected to the full depth required ahead of excavation. Deep wells installed around the top of an excavation can intercept seepage before it affects the stability of the slopes. Deep wells may be spaced from 20 to 200 ft apart, depending on the amount the water table must be lowered, the perviousness of the soil and other factors. The wells usually have a diameter of 6 to 12 in. and consist of a screen 20 to 50 ft long or even longer. The screen may be a commercial type water-well screen, or perforated metal or wooden screen surrounded with a properly graded sand-gravel filter.

Electro-osmosis. Electro-osmosis is an electrical method for increasing the hydraulic gradient and causing consolidation of fine-grained soils. It is applicable for soils having extremely low permeabilities ($1 \times 10^{-4}$ to $0.01 \times 10^{-4}$ cm/sec). This method is seldom applicable because of the high cost of its operation. If two electrodes (one being a wellpoint) are driven in a saturated soil and direct current is passed from one to the other the water will migrate to the wellpoint.

Cutoffs. Sheet pile cutoffs sometimes are used with special compounds in the interlocks to prevent leakage. These compounds must be properly installed for the cutoff to be effective. Trenches filled with drilling mud may be used as cutoffs. Freezing of the

McElwee00028

PX-0109-0028



SEEPAGE MODEL

PLATE 1

McElwee00029

VI. 1



## FLOW NET FOR
## UNIFORM EMBANKMENT SECTION

### a



## FLOW NET FOR
## UNIFORM EMBANKMENT SECTION
## WITH DRAINAGE BLANKET

### b

PLATE 2

McElwee00030

PX-0109-0030

VI. 1



CROSS SECTION OF LEVEE AND ALLUVIAL VALLEY

a.



SAND BOILS AT FRIARS POINT, MISS.

b.

PLATE 3

McElwee00031

VI. 1



## POSITIVE SEEPAGE CUTOFF

### a



## PRESSURE RELIEF WELLS

### b

PLATE 4

McElwee00032

VI. 1



BERM SHOULD BE MORE PERVIOUS THAN
TOP STRATUM AND SHOULD BE FREE
DRAINING.

# BERM TO REINFORCE
# TOP STRATUM

a



# EXAMPLE OF WALL DRAINAGE
b

PLATE 5

McElwee00033

PX-0109-0033

VI. 1



## TYPICAL EXAMPLE OF BASE SLAB DRAINAGE

a.



## TYPICAL SUBDRAIN SYSTEM

b.

PLATE 6

McElwee00034

PX-0109-0034

VI. 1



THIS AREA NOT
GREATLY BENEFITTED

DITCH

## DITCH NOT CLOSE TO SLOPE — INCORRECT



## DITCH CLOSE TO SLOPE — CORRECT

## DITCH AT TOE OF SLOPE

a



HEADER
LINE

GROUND SURFACE

NATURAL WATER TABLE

WATER LOWERED TO
LOWEST GRADIENT

DEWATERED SAND
ZONE

GROUND WATER

TO PUMP

## DEWATERING SYSTEM — SINGLE STAGE

b

PLATE 7

McElwee00035

PX-0109-0035





**McElwee00036**



# GEOTECHNICAL INVESTIGATION

## U.S. ARMY CORPS OF ENGINEERS

### SOUTHEAST LOUISIANA DRAINAGE PROJECT

### DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL

### NEW ORLEANS, LOUISIANA

FOR
DESIGN ENGINEERING, INC.
METAIRIE, LOUISIANA

18 DECEMBER 1997





## EUSTIS ENGINEERING COMPANY, INC.
GEOTECHNICAL ENGINEERS
CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / FAX 504-834-0354

EXHIBIT
8

PENGAD 800-631-6989

McElwee00038

PX-0109-0038



## EUSTIS ENGINEERING COMPANY, INC.

**GEOTECHNICAL ENGINEERS**
**CONSTRUCTION QUALITY CONTROL & MATERIALS TESTING**
3011 28th Street • Metairie, Louisiana 70002 • 504-834-0157 / Fax 504-834-0354 / E-mail EustisEngr@aol.com

18 December 1997

Design Engineering, Inc. ·
Suite 205
3330 West Esplanade
Metairie, Louisiana  70002-

Attention Mr. Jim Lumsden

Gentlemen:

Geotechnical Investigation
U.S. Army Corps of Engineers
Southeast Louisiana Drainage Project
Dwyer Road Pump Station Upgrade and Discharge Canal
New Orleans, Louisiana

Transmitted are three copies of our engineering report covering a geotechnical investigation for the subject project.

Thank you for asking us to perform these services.

Yours very truly,

EUSTIS ENGINEERING COMPANY, INC.

THOMAS H. STREMLAU, P.E.

THS:srb/

EE 14865

McElwee00039

## TABLE OF CONTENTS

PAGE

INTRODUCTION . . . . . . . . . . 1

SCOPE . . . . . . . . . . 2

SOIL BORINGS . . . . . . . . . 3

LABORATORY TESTS . . . . . . . . 4

DESCRIPTION OF SUBSOIL CONDITIONS . . . . . 5

    Geology . . . . . . . . . 5
    Topography . . . . . . . . . 5
    Stratigraphy . . . . . . . . 5
    Ground Water . . . . . . . . 6

FOUNDATION ANALYSES . . . . . . . 7

    Furnished Information . . . . . . . 7
    Soil Parameters . . . . . . . . 8
    Pile Foundations . . . . . . . . 8
    Wall Pressures . . . . . . . . 13
    Fill and Backfill . . . . . . . 14
    Discharge Pipe . . . . . . . . 14
    Flood Protection . . . . . . . 16

PRECONSTRUCTION AND MONITORING CONSIDERATIONS . . 18

    Ground Water Study . . . . . . . 18
    Existing Conditions Survey . . . . . . 19

CONSTRUCTION RECOMMENDATIONS . . . . . 20

    Cofferdams . . . . . . . . 20
    Settlement of Adjacent Structures During Construction . . 20
    Vibrations . . . . . . . . 22
    Pavements . . . . . . . . 22

GEOTECHNICAL SERVICES DURING CONSTRUCTION . . 25

FIGURES 1 THROUGH 17

APPENDICES A AND B

McElwee00040

PX-0109-0040

# GEOTECHNICAL INVESTIGATION

# U.S. ARMY CORPS OF ENGINEERS

# SOUTHEAST LOUISIANA DRAINAGE PROJECT

# DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL

# NEW ORLEANS, LOUISIANA

FOR
DESIGN ENGINEERING, INC.
METAIRIE, LOUISIANA

By
Eustis Engineering Company, Inc.
Metairie, Louisiana

18 DECEMBER 1997

McElwee00041

PX-0109-0041

# TABLE OF CONTENTS

PAGE

INTRODUCTION . . . . . . . . . . . 1

SCOPE . . . . . . . . . . 2

SOIL BORINGS . . . . . . . . . . 3

LABORATORY TESTS . . . . . . . . . 4

DESCRIPTION OF SUBSOIL CONDITIONS . . . . . 5

    Geology . . . . . . . . . 5
    Topography . . . . . . . . . 5
    Stratigraphy . . . . . . . . 5
    Ground Water . . . . . . . . 6

FOUNDATION ANALYSES . . . . . . . 7

    Furnished Information . . . . . . . 7
    Soil Parameters . . . . . . . . 8
    Pile Foundations . . . . . . . . 8
    Wall Pressures . . . . . . . . 13
    Fill and Backfill . . . . . . . . 14
    Discharge Pipe . . . . . . . . 14
    Flood Protection . . . . . . . . 16

PRECONSTRUCTION AND MONITORING CONSIDERATIONS . . 18

    Ground Water Study . . . . . . . 18
    Existing Conditions Survey . . . . . . 19

CONSTRUCTION RECOMMENDATIONS . . . . . 20

    Cofferdams . . . . . . . . 20
    Settlement of Adjacent Structures During Construction . . . 20
    Vibrations . . . . . . . . 22
    Pavements . . . . . . . . 22

GEOTECHNICAL SERVICES DURING CONSTRUCTION . . . 25

FIGURES 1 THROUGH 17

APPENDICES A AND B

McElwee00042

PX-0109-0042

GEOTECHNICAL INVESTIGATION

U.S. ARMY CORPS OF ENGINEERS

SOUTHEAST LOUISIANA DRAINAGE PROJECT

DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL

NEW ORLEANS, LOUISIANA

## INTRODUCTION

1.     This report contains the results of a geotechnical investigation performed for the upgrade of the discharge canal from Dwyer Road Pump Station to the Inner Harbor Navigation Canal. The pump station is near Jourdan Road in New Orleans, Louisiana. The work was performed in accordance with Eustis Engineering Company, Inc.'s proposal dated 20 January 1997.    Design Engineering, Inc., are the consultants for the U.S. Army Corps of Engineers on this project. The project was authorized by Mr. Jim Lumsden of DEI on 28 July 1997.

2.     This report has been prepared in accordance with generally accepted geotechnical engineering practice for the exclusive use of DEI for specific application to the subject site. In the event any changes in the nature, design, or location of the proposed structures are planned, the conclusions and recommendations contained in this report shall not be considered valid unless the changes are reviewed and the conclusions of this report are modified or verified in writing. Should these data be used by anyone other than DEI, they should contact Eustis Engineering for interpretation of data and to secure other information pertinent to this project.

- 1 -

PX-0109-0043

3.     The analyses and recommendations contained in this report are based, in part, on data obtained from the soil borings. The nature and extent of variations in subsoil conditions between and away from the boring locations may not become evident until construction. If variations then appear, it will be necessary to reevaluate the recommendations contained in this report.

4.     Recommendations and conclusions contained in this report are to some degree subjective and should be used for design purposes only. This report should not be included in the contract plans and specifications. However, the results of the soil borings and laboratory tests contained in Appendix A of this report may be included in the plans and specifications.

## SCOPE

5.     Our scope of services constitutes Items 1 and 2 of Eustis Engineering's 20 January 1997 proposal. These services include drilling undisturbed borings, and performing soil mechanics laboratory tests and engineering analyses. Engineering analyses, based on the soil borings and laboratory test results, were made to determine recommendations regarding allowable pile load capacities, estimates of settlement, wall pressures, T-wall and I-wall analyses, cofferdam designs, dewatering and pressure relief designs, pavement recommendations, and construction recommendations. The results of the soil borings, laboratory tests, and engineering analyses, together with appropriate recommendations, are included in our report.

- 2 -

PX-0109-0044

## SOIL BORINGS

6.      Two undisturbed sample type soil test borings were drilled for the project.  Boring 1 was drilled to 70 feet below the existing ground surface and Boring 2 was drilled to 150 feet.  The borings were drilled on 11 and 12 August 1997 using a truck mounted rotary type drill rig.  The approximate boring locations are shown on Figures 1 and 2.  Descriptive logs are given in both tabular and graphical form in Appendix A.

7.      Continuous samples were obtained in Boring 1.  Cohesive or semi-cohesive subsoils were obtained using a 5-in. diameter fixed piston sampler.  The samples were sealed in the 5-in. diameter thinwall tubes in the field.  The samples were later extruded in our soils laboratory where moisture contents and visual soil classifications were made at 1-ft intervals.

8.      In Boring 2, cohesive or semi-cohesive subsoils were sampled at close intervals or changes in strata using a 3-in. diameter thinwall Shelby tube sampler.  The undisturbed samples were immediately extruded from the sampler in the field.  Pocket penetrometer tests were performed on trimmed ends of the extruded samples to provide a general indication of the soil's shear strength or consistency.  The results of these tests are shown on this boring log in Appendix A under the column heading "PP."  All samples were inspected and visually classified by Eustis Engineering's soil technician.  Representative portions of the samples were placed in moisture proof containers and returned to Eustis Engineering's laboratory for additional testing.

McElwee00045

PX-0109-0045

9.    Cohesionless soils in Borings 1 and 2 were obtained during the performance of in situ Standard Penetration Tests. This test consists of driving a 2-in. diameter splitspoon sampler 1 foot into the soil after first seating the sampler 6 inches. A 140-lb weight dropped 30 inches is used to advance the sampler. The number of blows required to drive the sampler through the final 1-ft increment is indicative of the relative density or approximate consistency of the subsoils tested. The results of the Standard Penetration Tests are recorded on the boring logs in Appendix A under the column heading "SPT." Representative samples were placed in glass jars for preservation of their natural moisture content.

## LABORATORY TESTS

10.    Soil mechanics laboratory tests were performed in two phases. The first phase consisted of extruding of the soil samples from the 5-in. diameter Shelby tubes. Moisture content determinations and visual classifications were made at 1-ft intervals of the samples. The next phase consisted of laboratory tests performed on selected representative samples. These tests consisted of unit weight, unconfined compression shear (UC) or unconsolidated undrained triaxial compression shear (OB), three-point unconsolidated undrained triaxial compression shear (UU), and sieve analyses. In addition, Atterberg liquid and plastic limits were performed on selected representative samples.

11.    The results of these laboratory tests are included in Appendix A. Moisture contents, unit weights, and the results of UC and OB tests are tabulated on the individual boring logs. Detailed results of the three-point UU tests and grain size curves developed from the sieve analyses are shown on individual test data sheets following the boring logs.

- 4 -

PX-0109-0046

## DESCRIPTION OF SUBSOIL CONDITIONS

Geology

12.    Approximately 7 to 9 feet of fill was encountered in the borings. Beneath this fill, the site is characterized by Holocene Age deposits that overlie Pleistocene Age soils. The Holocene Age soils consist of swamp/marsh, deltaic plain, and marine depositional units.

Topography

13.    The project site from the west side of Jourdan Road to the Inner Harbor Navigation Canal generally varies between el 25 and 26 Cairo Datum. Jourdan Road is elevated at the point it crosses the project site. The existing highest grade is approximately el 33.5. These elevations are based on topographic survey information provided by DEI.

Stratigraphy

14.    Fill.  The fill varies in thickness from 7 to 9 feet. The fill consists of soft to stiff gray and tan clay and sandy clay and loose to medium dense tan and gray silty sand and sand with shell, roots, and organic matter.

15.    Swamp/Marsh.  Underlying the fill are swamp/marsh deposits which extend from 20 to 21 feet beneath the ground surface. Swamp/marsh deposits consist of very soft to soft gray clay with roots, organic matter, humus, sand layers, and wood.

- 5 -

PX-0109-0047

16.   Deltaic Plain.   Deltaic plain deposits extend below swamp/marsh deposits to between 30 and 33 feet beneath the ground surface.  These deposits consist of soft gray clay and loose gray silty sand.

17.   Marine.   Marine deposits extend beneath the deltaic plain deposits to depths varying between 48.5 and 53.5 feet.  These deposits consist of loose to very dense gray silty sand with clay layers and shell fragments.  The base of the marine deposits defines the bottom of the Holocene Age deposits.

18.   Pleistocene.   Pleistocene deposits extend below the Holocene soils and consist of soft to medium stiff tan and gray sandy clay and clay to depths varying between 58 and 66 feet below the existing ground surface.  Below this, the Pleistocene soils consist of granular material.  To the full depth of Boring 7 at 70 feet and to 83.5 feet in Boring 2, this granular material is medium dense light gray and tan silty sand and sand.  Dense to very dense tan and gray sand occurs below 83.5 feet and continues to 150 feet in Boring 2.

Ground Water

19.   An auger boring was drilled to 6 feet without the addition of water near Boring 2.  Ground water was encountered at 5 feet beneath the ground surface and rose to 3 feet beneath the ground surface after a 15-minute observation period.  The depth to ground water will fluctuate with changes in climatic conditions, site

- 6 -

McElwee00048

PX-0109-0048

drainage, and other factors.  For this reason, the depth to ground water should be determined by those persons responsible for construction immediately prior to beginning work.

## FOUNDATION ANALYSES

### Furnished Information

20.   This project includes new discharge structures to carry water from a proposed higher capacity replacement pump at Dwyer Road Pump Station. Discharge is currently carried in a 54-in. diameter buried line about 750 feet to the Inner Harbor Navigation Canal.  The discharge from the new station will be carried in three 84-in. diameter underground tubes to a sluice gate structure approximately 250 feet west of the pump station.  From the sluice gate structure to the Inner Harbor Navigation Canal, the flow will be carried by a box culvert structure.  The existing 54-in. diameter line will be abandoned.

21.   The discharge tubes will have an invert at el 8 and pass beneath Jourdan Road, the existing railroad tracks, and a T-wall.  Jourdan Road is elevated to provide flood protection between a T-wall on the east side and an I-wall to the west and south sides.  The embankment is constructed of shell with a sheetpile cutoff wall tied into a surface clay cap.  We understand the discharge tubes will be placed in open excavations and then buried.  The Jourdan Road elevated area will be degraded to approximate el 25 for construction and then replaced.  Jourdan Road embankment material will be stockpiled and then reused.  Traffic will be diverted through temporary openings in the T-wall.  The T-wall will be reconstructed to provide flood protection when construction is complete.  The Jourdan Road

- 7 -

McElwee00049

embankment will be replaced to provide flood protection. The I-wall on the west side of the embankment will be tied into the embankment flood protection.

22.    The sluice gate structure will be a rigid concrete structure approximately 40 feet wide, 40 feet long, and 20 feet high. The intent is to support this structure on piling. The box culvert to the west of the sluice gate will be a rigid covered concrete structure 20 feet wide by 12 feet high supported on piling. The invert of these two concrete structures will be at el 10.

23.    During construction, the railroad spurs between Jourdan Road and the sluice gate structure will be maintained in service by the use of temporary bridges. These bridges will be removed during construction and replaced for train passage.

24.    Construction of the concrete structures and the discharge tubes will all be completed in open excavations maintained by braced cofferdams. The general plan view and side view of the proposed facilities are shown on Figures 1 and 2.

Soil Parameters

25.    Using laboratory and field test data from Borings 1 and 2, design soil parameters have been developed for the project site. Soil parameters are presented on Figure 3.

Pile Foundations

26.    Allowable Pile Load Capacity. Computations were made to determine the estimated allowable single pile load capacity for ASTM D 25 quality timber

- 8 -

PX-0109-0050

piles; 12, 14, and 16-in. square, precast concrete piles; 12 and 14-in. diameter open end steel pipe piles; and 14x73 steel H-Piles. All estimates of allowable capacities include a factor of safety of approximately 2 against actual failure of the pile through the soil.

27.    The allowable pile load capacities for piles intended to support the sluice gate and box culvert structure are presented on Figure 4. The necessary excavation and pile butts are assumed to be near el 8. The allowable pile capacities presented on Figures 5, 6, and 7 are intended for design of piling supporting the temporary bridge structure at the railroad tracks. The ground surface and pile butts for Figures 5 through 7 are assumed to be at el 24. The allowable pile capacities provided on Figures 8 and 9 assume pile butts at el 18 and the ground surface at el 26 or above. Figure 8 should be used for design of piles beneath the T-wall at stations less than 9+15 and at stations higher than 10+40. The allowable pile load capacities given on Figure 9 should be used for design of piles supporting the T-wall from Stations 9+15 to 10+40.

28.    Structural Capacity.  The estimated pile load capacities given on Figures 4 through 9 are based on a soil-pile relationship only. The structural capacity of the individual piles to transmit these loads, and any connections between the piles and the structure, especially in tension, should be determined by a structural engineer.

29.    Lateral Capacity of Piles.  If lateral loads on piling are to carried by batter piles, the horizontal and axial components of batter piles can be determined from geometry using the formula shown on Figure 10. Moduli of horizontal

- 9 -

McElwee00051

subgrade reaction necessary for analyses evaluating lateral support of vertical and batter piles are tabulated on Figure 11.

30.    Pile Group Capacity and Spacing.  All piles will be driven to significant depths into sand with the ends bearing in sand.  The capacity of pile groups can be taken as the sum of the individual allowable single pile capacities.  Piles should be spaced a minimum of 3 feet or 5% of the pile penetration, whichever is greater.

31.    Estimated Settlement.  Pile group configurations were not furnished for our analyses.  However, assuming all piles will be driven to at least el -32 with tips embedded in sand, we estimate settlement of foundations due to sustained loads supported on vertical piles will be ¼ to ¾ inch.  Our estimates of settlement are based on the following assumptions:

- the center to center spacing between single piles will be no closer than 3 feet or 5% of the pile penetration,

- all piles will be driven to the same tip embedment, and

- no more than 12 inches of additional fill will be placed around or under the foundations.

32.    Should any of these assumptions not be valid, Eustis Engineering should be notified to provide additional analyses.

33.    Our settlement estimates do not consider initial elastic settlement of piles subjected to axial loads.  Initial elastic settlement will depend on the elastic properties of the pile selected for support but is anticipated to be ½ inch or less.  This elastic deformation can be better evaluated by static pile load tests.

- 10 -

PX-0109-0052

34.   Pile Driving.   All pile driving operations should be supervised by experienced personnel to ensure proper procedures are followed and accurate records are kept during all pile driving operations.   The driving record should include the date, type of pile, side dimension or diameter of the pile tip and butt, hammer model, driving energy, and number of blows per foot of penetration for the full embedment of the pile.   An accurate driving record is especially important to verify piles are installed to the required tip embedment, and to give an indication of any unusual driving characteristics which may indicate pile breakage.

35.   Installation Hammers.   ASTM D 25 quality timber or timber composite piles should be driven with a single acting air hammer having a manufacturer's rated energy of 15,000 ft-lbs per blow.   When driving with this hammer, piles should be driven no harder than 25 blows per foot or damage may occur to the timber piles.   Square, precast, prestressed concrete, steel pipe, and steel H-Piles should be driven with a single acting air hammer with a manufacturer's rated energy of at least 19,500 ft-lbs per blow for allowable compressive capacities up to 60 tons.   For allowable capacities up to 100 tons, we recommend a single acting air hammer delivering 24,000 ft-lbs of energy per blow.   For concrete piles, we recommend the ram stroke be limited to 3 feet and the ram weight be approximately one-half of the pile weight.   Concrete piles should have a strand prestress that is structurally sufficient to facilitate driving the piles without damage.

36.   A diesel hammer may be used for installation of steel and concrete piles.   However, if a diesel hammer is used, it should have an energy of 1.5 times the energy required for comparable installation with a single acting air hammer.   A vibratory hammer is *not* recommended for the installation of piles.

- 11 -

McElwee00053

37.   Predrilling.   For timber and concrete piles, it will be necessary to predrill the sand deposits encountered between el -5 and -25. Predrilling should be accomplished by wet rotary methods using a bit no larger than 85% of the pile's side dimension or tip diameter.   Predrilling should extend 2 to 3 feet into the Pleistocene clay formation initially encountered at depths of 48.5 to 53.5 feet (el - 22.5 to -27.5) below the existing ground surface.   Piles should be driven a minimum of 5 feet beyond the final predrill depth.

38.   Test Piles and Load Tests.   Several test piles of the different types proposed for use should be driven to develop more definitive information regarding exact pile lengths, proper pile driving equipment, anticipated driving resistance, necessity for predrilling or prepunching, and the effects of vibrations. The test piles should be driven using the same equipment and techniques that will be used to drive the job piles.   After all test piles have been driven, the pile of each type showing the least resistance to penetration should be selected for performance of a pile load test to failure.   The loading procedures should be in accordance with ASTM D 1143. The load test should not begin sooner than seven days after all test piles are driven.   This recommendation is necessary in order to allow for the dissipation of pore pressures and to develop adhesion and friction of the soil to the pile. Compressive capacities should be verified by load tests.   If tension capacities are a consideration in determining pile lengths, tension load tests should also be performed.

39.   Considering piles will be driven to significant embedments into sand deposits, Eustis Engineering recommends a WEAP analysis be performed prior to installation of test piles.   WEAP can be used to assess anticipated driving stresses in the piles, the possible need for predrilling, as well as develop required driving

- 12 -

McElwee00054

PX-0109-0054

energy to install the piles. In addition to WEAP, a dynamic pile test should be performed during the installation of concrete and steel test piles. These test piles should then be "retapped" after seven days and further evaluated by DPT. This retap information should be used to provide data for a CAPWAP® analysis. The intent of this process would be to evaluate limited static load test data with the CAPWAP analysis as the basis for determining allowable pile load capacities and installation recommendations.

## Wall Pressures

40. Lateral pressures on the rigid concrete discharge channel and sluice gate structure will consist of earth and water pressure. The water pressure in psf is simply the depth of water times 62.4 pcf. The earth pressure, P, against the rigid walls of the structures should be determined using an at rest pressure coefficient, $K_0$. The earth pressure can be calculated using the following equation:

$$P = K_0 \ (\gamma'Z + S)$$

Where:

P   =   Pressure in psf.

$K_0$   =   At rest earth pressure coefficient.
        Use 0.95 for in situ soils and 0.55 for granular structural backfill.

$\gamma'$   =   The effective unit weight of soil in pcf. For in situ soils, total unit weight can be obtained from Figure 3. The effective unit weight is equal to the total unit weight above the water table. Below the water table, the effective unit weight is equal to the total unit weight minus

- 13 -

McElwee00055

PX-0109-0055

62.4 pcf. The total unit weight of granular structural backfill can be taken as 122 pcf.

Z  =  Depth in feet.

S  =  Surcharge load at ground surface in psf.

## Fill and Backfill

41.  Structural Fill. Structural sand fill should be used as fill and backfill for the project. Structural sand fill should be locally available hydraulically pumped river sand. The select granular fill should be non-plastic and free of all wood, roots, clay lumps, and any other deleterious materials, and should not contain more than 10% (by weight) of material passing a U.S. Standard No. 200 mesh sieve. Structural sand fill should be compacted to 95% of the maximum dry density at optimum water content in accordance with ASTM D 698.

## Discharge Pipe

42.  Discharge Pipe Support. It is understood the discharge pipes will be grade supported. However, some batter piles may be necessary to provide lateral thrust restraint. We estimate the net ultimate bearing capacity at the invert depth of the pipe (el 8) to be 1,650 psf. Assuming the pipe will be grade supported, the pipe excavation should be at least 2 feet below the invert of the discharge pipe.

43.  Settlement. It is assumed the discharge pipes full of water will essentially weigh the same as the volume of soil displaced by the pipes. Thus, the long term bearing load after backfill will essentially equal existing stress. Therefore, long term consolidation settlement due to applied loads is expected to be

- 14 -

McElwee00056

PX-0109-0056

minimal. However, some amount of differential settlement between pile supported and surface supported features should be anticipated. This differential settlement would be the result of areal subsidence inherent in the New Orleans area. Areal subsidence in the project area would be affected by ground water lowering. Available studies indicate this differential settlement could be ¾ to 1 inch if future ground water is lowered 2 to 3 feet. This differential settlement potential should be considered in your design.

44.    Installation.    The excavation should be made carefully to avoid softening the intended subgrade. Once grade has been reached, all loose and deleterious materials should be removed. It is recommended an engineer from Eustis Engineering inspect the excavation. If overexcavating is required to remove soft spots, it should be backfilled with structural sand fill.

45.    Bedding.    After preparation of the subgrade or backfill, geotextile fabric meeting the requirements of Section 1019 of the Louisiana Standard Specifications for Roads and Bridges, 1992 edition (LSSRB) should be placed on the subgrade. A minimum 2-ft thick bed of crushed stone should be placed on the fabric. Crushed stone should be placed in lifts and compacted to a minimum of 98% of maximum dry density in accordance with ASTM D 1557. The stone should meet the material requirements given in Section 1003.03(d) of the LSSRB. The stone pad should be at least 11 feet wide beneath each of the discharge pipes.

46.    Structural backfill should be used to backfill around the pipe up to the pipe's spring line. Prior to placement of the backfill on top of the bedding material, a geotextile separator should be used between the structural backfill or subgrade and the bedding. The separator should meet the requirements given in Section 1019 of

- 15 -

McElwee00057

the LSSRB. The structural backfill should be placed in 6 to 8-in. lifts and compacted to a minimum 95% of the maximum dry density at optimum water content in accordance with ASTM D 698.

### Flood Protection

47.    T-Wall (Stations 9+15 to 10+40). The sheetpile cutoff beneath the T-wall along the east side of the Jourdan Road embankment will be penetrated by the three new discharge pipes. In addition, existing piles supporting the T-wall will be removed to make room for the penetration of the discharge pipes. An analysis of the T-wall with the full Jourdan Road embankment at el 33.5 has been made assuming a storm water level at el 31.5. Results of these analyses are presented on Figure 12. We have assumed batter piles will support the T-wall base at el 18. Summing moments about the base of the T-wall indicates the sheetpiles must penetrate to el -6 into the top of Stratum 5. The top of this sand occurs at el -17 in the borings drilled for the pump station just to the east of this project site. Therefore, we recommend the sheetpiles have a design tip at el -20 to insure penetration of Stratum 5.

48.    The pressures acting on the T-wall above el 18 due to water and soil pressures are shown as a pressure diagram on Figure 12. The resulting load due to these pressures above 18 and the anchor load, $F_a$, must be supported by driven batter piles. Allowable pile load capacities for this design are given on Figure 9.

49.    Seepage analysis by the Harr Method indicates a factor of safety of at least 3 or more against piping assuming the sheetpiles penetrate to el -6 or deeper. Also, the Lane Weighted Creep Ratio is 6 which is considered acceptable. Where

- 16 -

McElwee00058

PX-0109-0058

the discharge lines penetrate the cutoff of the sheetpile, the sheets should be welded to the pipe to preclude leakage between the pipes and the sheetpiles.

50.   <u>T-Wall (Beyond Station 10+40).</u>   T-wall analysis, similar to that presented above, was performed for the wall at Station 10+40. The results are presented on Figure 13. The T-wall analysis presented at Station 10+40 indicates no unbalanced loads below the base of the T-wall. Therefore, the sheetpile beneath the T-wall will serve only as a seepage cutoff. Pressure diagrams representing total earth and water pressure due to earth and water pressure on the T-wall itself are presented for Stations 10+40 and 11+35. These earth and water pressures acting on the T-wall should be supported by batter piles. Suitable pile capacities for support of these structures are given on Figure 8. Seepage analyses by the Harr method indicates a factor of safety of approximately 2 against piping with the sheetpile tip at el 9.5.

51.   <u>Cutoff Wall Through Embankment.</u>   Based on the information provided, it is understood the sheetpile cutoff through the embankment will be placed between the southern most and middle discharge pipe, as shown on Figure 14. The sheetpile should be placed with the tip at el -5 or deeper. A 5-ft wide clay plug should be placed and compacted overlapping the top of the sheet approximately 2 feet. The clay plug should be inorganic soil with a plasticity index of at least 20 and should be compacted near optimum moisture to a minimum 95% maximum dry density as determined by ASTM D 698. Assuming the sheetpiles penetrate to at least el -5, seepage analyses indicate a Lane Weighted Creep Ratio of 6 or more. This is considered adequate protection against piping failure.

- 17 -

McElwee00059

PX-0109-0059

52. I-Wall. A new I-wall will be necessary to tie the new seepage cutoff in the embankment into the existing I-wall south of the project site. The new I-wall configuration, as shown on Figure 15, will have no net unbalanced driving forces. These sheetpiles should penetrate to at least el -5. Calculated Lane Weighted Creep Ratio is 6.2 which is considered adequate protection against piping failure. The sheetpile should be welded to the discharge pipe that passes through the wall to prevent seepage between the pipe and sheetpile. This sheetpile design should be carried at least 10 feet beyond the limits of the excavation for the southern most discharge pipe.

## PRECONSTRUCTION AND MONITORING CONSIDERATIONS

### Ground Water Study

53. Construction of the discharge pipes, sluice gate structure, and box culvert structure will require extensive dewatering that may impact the surrounding area. In order to refine a dewatering plan and document ground water conditions before construction, Eustis Engineering has recommended a comprehensive ground water study be performed prior to construction. This study constitutes Item 3 of Eustis Engineering's proposal dated 20 January 1997.

54. Eustis Engineering will install three continuous reading electronic piezometers in the area surrounding the project. The three piezometers will be set at a depth of approximately 40 to 50 feet in the continuous sand strata. Data from these piezometers will be retrieved bi-monthly for one year. Rainfall data from the Sewerage & Water Board of New Orleans, Lake Pontchartrain level data, and any other information which may affect ground water conditions will also be obtained.

- 18 -

These data will be accumulated and correlated to evaluate preconstruction ground water conditions and also assist in refinement of a pressure relief plan.

55.   Data retrieved should continue throughout construction of the project in order to evaluate the effects of dewatering and pressure relief.

Existing Conditions Survey

56.   In addition to the ground water study recommended above, the existing condition of surrounding structures at the project site should be assessed. Our preliminary pressure relief assessments indicate structures within 1,000 feet may be influenced by a pressure relief system. Therefore, consideration should be given to assessing the potential settlement of any major structure of concern within 1,000 feet of the excavation. The assessment should consist of videotaped surveys of the inside and outside of structures.

57.   Monitoring.  We also recommend a series of settlement points be established within 1,000 feet of the excavation. Additional piezometers should also be established within these limits. Zero readings of the settlement points and additional piezometers should be made before construction and read at periodic intervals throughout the construction period. These data, together with data accumulated from the piezometers installed for the ground water study, should be evaluated as part of a monitoring program to assess the effects of the pressure relief system on the surrounding areas.

- 19 -

McElwee00061

PX-0109-0061

## CONSTRUCTION RECOMMENDATIONS

Cofferdams

58.    A braced cofferdam will likely be used to complete the excavation necessary for the installation of the discharge pipes, the sluice gate, and the box culvert. A summary of a preliminary cofferdam design is presented on Figure 16. Analyses were performed assuming the ground surface at approximately el 26 with a 200 psf surcharge adjacent to the cofferdam to account for construction and equipment loads. The analyses were performed assuming the excavation would proceed in two stages. The first stage includes setting a brace at approximately el 25 and excavating to approximately el 15. The analyses on the first stage was performed using the U.S. Army Corps of Engineers "CWALSHT" program. Computer generated output files for the governing analyses are included in Appendix B. The second stage consists of setting the brace at el 17 and excavating to el 6. The calculated maximum moments and necessary brace forces per foot of wall are presented on Figure 16 for the two stages. The moment and brace forces provided are computed using unfactored soil parameters. The design engineer should use a suitable safety factor in sizing the structural components. Before excavation begins, piezometric head in the sand below el -5 must be below el 6.

Settlement of Adjacent Structures During Construction

59.    Very soft to soft clay in the Holocene swamp/marsh and deltaic plain deposits from el 18 to el -5 are subject to consolidation settlement during any lowering of the piezometric head in the underlying sand during construction. Assuming a full drawdown of approximately 16 feet, the resulting additional

- 20 -

McElwee00062

effective pressure imposed on these soft clays will be approximately 1,000 psf. For this additional load, the ultimate potential consolidation settlement in the clay strata is estimated to be approximately 10 to 10½ inches. However, the consolidation within the clay strata will occur at a slow rate.

60.    The time rate of settlement for these clay strata has been estimated and is given on Figure 17.   Reference to Figure 17, for example, shows 20% consolidation can be expected after 500 days and approximately 37% consolidation after 1,000 days. Full consolidation settlement would be approximately 10 to 10½ inches assuming full drawdown after a long period to achieve 100% consolidation. The actual settlement will depend on the amount of drawdown at the location and the term of the drawdown.  Consolidation in these upper soft clays can also cause drag on pile supported structures in the area.

61.    The cofferdam and dewatering and pressure relief systems employed by the contractor during construction should be properly designed to maintain a dry, stable excavation in order to prevent lateral movement of the inplace soils. Subsidence and lateral movement of the soil surrounding an excavation should be controlled and minimized by careful attention to all details of excavation, bracing, dewatering, backfilling, and installation and removal of sheetpiles.  Even with careful attention, some movement should be anticipated.  Available literature indicates settlement adjacent to sheetpile cofferdams can be as much as 2% of the excavation depth for an adequately braced cofferdam.

62.    Backfill between the concrete structure and the cofferdam should consist of structural fill.  Removal of sheetpiles may result in additional settlement

- 21 -

McElwee00063

of the surrounding ground surface and structures. If such settlement is a concern, consideration should be given to leaving the sheetpiles in place.

## Vibrations

63.     Vibrations during installation of structures and sheetpiles may affect nearby structures. We recommend vibrations be monitored during the test pile program, installation of job piles, installation and removal of sheetpiles, demolition, or other construction activities. This monitoring should be performed with a seismograph to evaluate peak particle velocities during pile driving at critical structures. The record of peak particle velocities will provide information in assessing potential damage and the need for changes in driving operations.

64.     Peak particle velocities (measured at a structure) exceeding 0.5 in./sec may induce damage to the structure. Peak particle velocities between 0.25 and 0.5 in./sec may be sensed as being detrimental by human perception. In addition, available literature indicates peak particle velocities of 0.25 in./sec may densify loose cohesionless soils such as the fill and material deposits at the project site. Such densification may result in settlement of pavements, structures, or utilities founded over or in these materials. If sustained peak particle velocities exceed 0.25 in./sec, pile driving operations or other construction activities should be terminated and consideration given to altering construction procedures.

## Pavements

65.     Design Assumptions. The pavement components and thicknesses were determined using methods presented in the 1986 AASHTO Guide for Design of

- 22 -

McElwee00064

Pavement Structures. In addition, the resilient soil modulus ($M_r$) of the subgrade was estimated based on the type of subsoil, probable drainage conditions, and engineering experience. Considering these factors, a design $M_r$ of 3,000 psi was used for the subgrade representing the prevalent surface fill. We understand only flexible asphaltic concrete pavements are being considered.

66.    No specific traffic loading was provided for our analyses. Daily traffic was therefore assumed to consist of 24 trucks per day consisting of 12 trucks with 12-kip front axle loads and 32-kip rear axle loads, and 12 additional trucks with 8-kip single front axle loads and 48-kip tandem rear axle loads. For the temporary bypass road a period of six months was assumed for the traffic. For the repavement of Jourdan Road in the construction area, a 20-year design life was assumed. The assumed truck loading was converted to equivalent 18-kip single axle load applications ($E_{18}$). If load applications exceed the assumption in this report, or if larger axle loads are considered, additional analyses should be performed to determine the recommended pavement components and thicknesses.

67.    Clearing and Proofrolling. The ground surface beneath proposed roadways should be stripped of all vegetation, trees, stumps, loose topsoil, debris, organic matter, and other deleterious materials. Stripping should be to the minimum depth necessary to remove all vegetation, miscellaneous fill, and roots to reach firm undisturbed soil and have adequate depth for the roadway section. The exact depth of stripping should be determined in the field. Special attention should be given to any weak areas, stump holes, or depressions discovered during stripping operations. These areas should be thoroughly cleaned out to the surface of the firm soil and backfilled with a select structural fill material placed and compacted under controlled conditions.

- 23 -

McElwee00065

PX-0109-0065

68.    The ground surface should be proofrolled using a heavy crawler tractor or smooth drum steel roller. Several complete coverages should be made to identify any weak areas. These operations should be performed during dry weather conditions only.

69.    Structural Fill. A select granular fill material, such as locally available pumped river sand, should be used as backfill or fill required to reach the final design grade for the proposed roadway section. The select granular fill material should be non-plastic and free of all wood, roots, clay lumps, and any other deleterious materials, and should not contain more than 10% (by weight) of material passing a U.S. Standard No. 200 mesh sieve. Sand backfill should be compacted to at least 95% of the maximum dry density at optimum water content in accordance with ASTM D 698.

70.    Drainage. Adequate drainage should be provided for the temporary and permanent roads. Ponded water will cause saturation of the base and subbase course materials and may cause a reduction in the pavement service life.

71.    Materials. All paving materials should conform to the LSSRB.

72.    Flexible Pavement. Assuming a $M_r$ value of 3,000 psi for the subgrade and the assumed traffic data, analyses have been made to determine the design structural number (SN) for flexible pavement. The required SN for the temporary road is 2.5 and for the permanent road is 4.38.

73.    Recommended flexible pavement design for the temporary bypass road is 1.5 inches of Type 3 asphaltic concrete wearing course, 1.5 inches of Type 3

- 24 -

PX-0109-0066

asphaltic concrete binder course, 8 inches of crushed stone base, and 8 inches of structural sand fill subbase.  The recommended design for the permanent roadway of Jourdan Road should consist of 2 inches of Type 3 asphaltic concrete wearing course, 3 inches of Type 3 asphaltic concrete binder course, 11 inches of crushed stone base, and 12 inches of structural sand fill subbase.

74.   The stone base course should be compacted to 98% of the maximum dry density at optimum water content in accordance with ASTM D 1557.  The sand subbase should be compacted to 95% of optimum water content in accordance with ASTM D 1557.  Grades should provide for adequate drainage to prevent saturation of the subbase and base course materials.

## GEOTECHNICAL SERVICES DURING CONSTRUCTION

75.   In order to provide continuity between the investigation, design, and construction phases, Eustis Engineering can provide additional geotechnical services which may include consultation during design and construction.  We can also provide steel, concrete, and soil inspection services, including compaction and inplace density determinations on fill materials.  We can perform appropriate laboratory tests to determine the gradation and quality of material proposed for use on the project. Eustis Engineering can also log the installation of job piles and test piles, monitor vibrations, and provide dynamic pile analyses.

76.   Eustis Engineering should be retained to monitor the geotechnical related work performed by the contractor.  This permits the geotechnical engineer that prepared the report to be on hand and quickly evaluate unanticipated conditions, conduct additional tests if required, and when necessary, recommend alternative

- 25 -

McElwee00067

solutions to problems.  This is recommended to avoid major construction cost overruns or contractual disputes on the project.

McElwee00068

PX-0109-0068

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

ALLOWABLE PILE LOAD CAPACITIES
BUTT OF PILE AT EL.24

| STEEL H-PILE | PILE TIP ELEVATION IN FEET (CAIRO DATUM) | ALLOWABLE PILE LOAD CAPACITY IN TONS FACTOR OF SAFETY ≈ 2 | |
|---|---|---|---|
| | | COMPRESSION | TENSION |
| 14x73 | -32 to -40 | 37 | 26 |
| | -47 | 61 | 43 |
| | -58 | 85 | 59 |
| | -68 | 109 | 75 |

Notes:

1.  Allowable compressive capacities assume the piles are tipped in sand.  Piles must be driven to driving resistance indicative of the allowable pile capacities.
2.  Ground surface is at el 24.

EUSTIS ENGINEERING COMPANY, INC.                    FIGURE 6

McElwee00069



McElwee00070

PX-0109-0070



SCALE: 1" - 40'

20'   0   20'   40'   60'   80'

HORIZONTAL SCALE

BORING DRILLED 11 & 12 AUGUST 1997

LOCATION OF BORINGS

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

McElwee00071

PX-0109-0071



**McElwee00072**

PX-0109-0072



SCALE: 1" = 40'

HORIZONTAL SCALE

BORING DRILLED 11 & 12 AUGUST 1997

LOCATION OF BORINGS

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

McElwee00073

FIGURE 2

PX-0109-0073



DESIGN SOIL PARAMETERS

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE
AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

EUSTIS ENGINEERING COMPANY, INC.

McElwee00074

FIGURE 3

PX-0109-0074

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

ALLOWABLE PILE LOAD CAPACITIES
BUTT OF PILE AT EL 8

| TYPE AND SIZE OF PILE | PILE TIP ELEVATION IN FEET (CAIRO DATUM) | ALLOWABLE PILE LOAD CAPACITY IN TONS FACTOR OF SAFETY ≈ 2 | |
|---|---|---|---|
| | | COMPRESSION | TENSION |
| ASTM D 25 Quality Timber 7-In. Tip, 12-In. Butt | -32 to -40 -45 to -47 | 18 25 | 11 18 |
| 12-In. Square, Precast, Prestressed Concrete | -32 to -40 -47 -58 -68 | 30 48 83 100 | 15 25 41 54 |
| 14-In. Square, Precast, Prestressed Concrete | -32 to -40 -47 -58 -68 | 37 58 101 122 | 17 30 48 63 |

Notes:

1. These capacities are applicable to piles with dredge line near el 8. Two feet of cutoff is also considered.
2. All estimated allowable compressive capacities given assume pile tips are bearing in sand. Piles must be driven to driving resistance indicative of the allowable pile capacities.

EUSTIS ENGINEERING COMPANY, INC.                    FIGURE 4

McElwee00075

PX-0109-0075

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

ALLOWABLE PILE LOAD CAPACITIES
BUTT OF PILE AT EL 24

| PRECAST, PRESTRESSED CONCRETE PILE SIZE | PILE TIP ELEVATION IN FEET (CAIRO DATUM) | ALLOWABLE PILE LOAD CAPACITY IN TONS FACTOR OF SAFETY ≈ 2 | |
|---|---|---|---|
| | | COMPRESSION | TENSION |
| 12-In. Square | -32 to -40 | 44 | 24 |
| | -47 | 65 | 37 |
| | -58 | 101 | 55 |
| | -68 | 119 | 67 |
| 14-In. Square | -32 to -40 | 54 | 28 |
| | -47 | 79 | 43 |
| | -58 | 123 | 64 |
| | -68 | 144 | 79 |

Notes:

1. Allowable compressive capacities assume the piles are tipped in sand. Piles must be driven to driving resistance indicative of the allowable pile capacities.
2. Ground surface is at el 24.

EUSTIS ENGINEERING COMPANY, INC.                    FIGURE 5

McElwee00076

PX-0109-0076

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

ALLOWABLE PILE LOAD CAPACITIES
BUTT OF PILE AT EL 24

| OPEN END STEEL PIPE PILE SIZE | PILE TIP ELEVATION IN FEET (CAIRO DATUM) | ALLOWABLE PILE LOAD CAPACITY IN TONS FACTOR OF SAFETY ≈ 2 | |
|---|---|---|---|
| | | COMPRESSION | TENSION |
| 12-In. Diameter | -32 to -40 | 34 | 18 |
| | -47 | 48 | 27 |
| | -58 | 73 | 38 |
| | -68 | 87 | 48 |
| 14-In. Diameter | -32 to -40 | 42 | 21 |
| | -47 | 59 | 31 |
| | -58 | 89 | 45 |
| | -68 | 105 | 56 |

Notes:

1. Allowable compressive capacities assume the piles are tipped in sand. Piles must be driven to driving resistance indicative of the allowable pile capacities.
2. Ground surface is at el 24.

EUSTIS ENGINEERING COMPANY, INC.                     FIGURE 7

McElwee00077

PX-0109-0077

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

ALLOWABLE PILE LOAD CAPACITIES
BUTT OF PILE AT EL 18

| PRECAST, PRESTRESSED CONCRETE PILE SIZE | PILE TIP ELEVATION IN FEET (CAIRO DATUM) | ALLOWABLE PILE LOAD CAPACITY IN TONS FACTOR OF SAFETY ≈ 2 | |
|---|---|---|---|
| | | COMPRESSION | TENSION |
| 12-In. Square | -32 to -40 | 44 | 23 |
| | -47 | 65 | 36 |
| | -58 | 100 | 54 |
| | -68 | 118 | 67 |
| 14-In. Square | -32 to -40 | 53 | 27 |
| | -47 | 79 | 42 |
| | -58 | 122 | 63 |
| | -68 | 144 | 79 |

Note:

1.  Allowable compressive capacities assume the piles are tipped in sand. These piles must be driven to a driving resistance indicative of the allowable pile capacities.
2.  Ground surface is at el 26 or above.

EUSTIS ENGINEERING COMPANY, INC.                    FIGURE 8

McElwee00078

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

ALLOWABLE PILE LOAD CAPACITIES
FOR BATTER PILES SUPPORTING THE T-WALL AT JOURDAN ROAD
PILE BUTT AT EL 18

| PRECAST, PRESTRESSED CONCRETE PILE SIZE | PILE TIP ELEVATION IN FEET (CAIRO DATUM) | ALLOWABLE PILE LOAD CAPACITY IN TONS FACTOR OF SAFETY ≈ 2 | |
|---|---|---|---|
| | | COMPRESSION | TENSION |
| 12-In. Square | -32 to -40 | 35 | 16 |
| | -47 | 56 | 29 |
| | -58 | 91 | 47 |
| | -68 | 109 | 59 |
| 14-In. Square | -32 to -40 | 43 | 19 |
| | -47 | 69 | 34 |
| | -58 | 111 | 55 |
| | -68 | 132 | 69 |
| 16-In. Square | -32 to -40 | 52 | 20 |
| | -47 | 82 | 39 |
| | -58 | 133 | 62 |
| | -68 | 157 | 79 |

Notes:

1. The above axial pile capacities ignore any contribution above el -6.
2. Allowable compressive capacities assume the piles are tipped in sand. These piles must be driven to a driving resistance indicative of the allowable pile capacities.
3. Ground surface is at el 26 or above.

EUSTIS ENGINEERING COMPANY, INC.                    FIGURE 9

McElwee00079

PX-0109-0079

AXIAL AND HORIZONTAL RESISTANCE OF BATTER PILES

ESTIMATED FROM ALLOWABLE VERTICAL LOAD CAPACITY

L = VERTICAL COMPONENT OF BATTER PILE EMBEDMENT LENGTH.

V = ESTIMATED ALLOWABLE SINGLE PILE LOAD CAPACITY OF A PILE DRIVEN VERTICALLY WITH EMBEDMENT LENGTH, L.

B = BATTER OF PILE EXPRESSED AS A RATIO OF VERTICAL DISTANCE TO ONE FOOT HORIZONTAL DISTANCE.

H = HORIZONTAL RESISTANCE OF BATTER PILE ESTIMATED AS FOLLOWS:

$$H = \frac{V}{B}$$

A = ALLOWABLE AXIAL PILE LOAD CAPACITY OF A SINGLE BATTER PILE ESTIMATED AS FOLLOWS:

$$A = \sqrt{V^2 \left(1 + \frac{1}{B^2}\right)}$$



VECTOR DIAGRAM FOR TENSION PILE

VECTOR DIAGRAM FOR COMPRESSION PILE

$V = 25$ TONS

$= \sqrt{25^2 (1.25)}$

$A = 27.9$

NOTE: THE AXIAL LOAD RESISTANCE OF A VERTICAL PILE, V, IS DEPENDENT ON THE TYPE OF LOADING--TENSION OR COMPRESSION. CAUTION SHOULD BE EXERCISED TO INSURE THAT THE CORRECT VERTICAL CAPACITY IS USED.

EUSTIS ENGINEERING COMPANY, INC.                    FIGURE 10

PX-0109-0080

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

## MODULUS OF HORIZONTAL SUBGRADE REACTION

| ELEVATIONS IN FEET (CAIRO DATUM) | SOIL TYPE | $\dfrac{(K_h \times B)}{CD}$ | $\dfrac{(K_h \times B)}{CDZ}$ |
|---|---|---|---|
| 26 to 18 | Fill: Clay, Sandy Clay and Sand | 99 | -- |
| 18 to 6 | Clay | 128 | -- |
| 6 to -5 | Clay | 161 | -- |
| -5 to -25 | Sand | -- | 12 |
| -25 to -36 | Sandy Clay and Clay | 264 | -- |
| -36 to -58 | Sand | -- | 16 |
| -58 to -124 | Sand | -- | 60 |

Where:

$K_h$ = Modulus of horizontal subgrade reaction (lb/in.$^3$)
$B$ = Diameter of pile (inch)
$Z$ = Depth (inch)
$C$ = Reduction factor for cyclic loading

$C$ = 0.5 for cyclic loading
$C$ = 1.0 for initial loading

$D$ = Reduction factor for effect of group action

| D | PILE SPACING IN DIRECTION OF LOADING |
|---|---|
| 1.0 | 8B |
| 0.85 | 7B |
| 0.70 | 6B |
| 0.55 | 5B |
| 0.40 | 4B |
| 0.25 | 3B |

EUSTIS ENGINEERING COMPANY, INC.                    FIGURE 11

McElwee00081

PX-0109-0081



STATION 9+60

* EXISTING SHEETPILE TIPS AT EL. 9.5

7' DIA.
DISCHARGE TUBES

| STRATA NO. | SOIL TYPE | WET UNIT WEIGHT (PCF) | UNFACTORED | | | FRICTION ANGLE (DEG) | SAFE |
|---|---|---|---|---|---|---|---|
| | | | FRICTION ANGLE (DEG) | COHESION - PSF | | | CO |
| | | | | AVERAGE | BOTTOM | | AVER |
| 1 | SHELL | 104 | 35 | 0 | 0 | 28 | 0 |
| 2 | FILL : CLAY, SANDY CLAY AND SAND | 105 | 0 | 225 | 250 | 0 | 175 |
| 3 | CLAY | 97.5 | 0 | 290 | 330 | 0 | 225 |
| 4 | CLAY | 97.5 | 0 | 365 | 400 | 0 | 28 |
| 5 | SAND | 122 | 25 | 0 | 0 | 20 | 0 |

NOTES : 1) TO SATISFY MOMENT EQUILIBRIUM, SUMMING MOMENTS ABOUT THE BASE OF THE T-WALL AT EL. 18.0 REQUIRES SHEETPILE PENETRATION TO EL. -6.0.

2) THE CALCULATED ANCHOR FORCE, $F_A$, IS 2.5 KIPS/FT AT EL. 18.0

3) MAXIMUM MOMENT OCCURS AT EL. 7.0 AND IS 13.7 FT-KIPS/FT.

4) ANCHOR LOAD, $F_A$, (2.5 KIP/FT) AND LATERAL PRESSURE ON T-WALL DUE TO WATER AND SOIL PRESSURE ABOVE EL. 18.0 MUST BE SUPPORTED BY DRIVEN BATTER PILES. AXIAL CAPACITY OF PILES SUPPORTING THESE HORIZONTAL LOADS ARE SHOWN ON FIGURE 9.

5) SEEPAGE ANALYSIS BY HARR METHOD INDICATES A FACTOR OF SAFETY OF AT LEAST 3 OR MORE AGAINST PIPING ASSUMING THE SHEETPILES PENETRATE TO EL. -6.0 OR DEEPER. ALSO, THE LANE WEIGHTED CREEP RATIO IS 6 WHICH IS CONSIDERED ACCEPTABLE.

6) EUSTIS ENGINEERING   RECOMMENDS THE SHEETPILE BE PLACED WITH A TIP EL. OF -20.0 TO INSURE PENETRATION OF STRATUM 5. THIS DESIGN SHOULD BE USED FROM STATIONS 9+15 TO 10+40.

EUSTIS ENGINEERING COMPANY, INC.          McElwee00082

PX-0109-0082



SHEETPILE AND T-WALL
PERSSURES
(PSF)

3000    0    -3000

EL. 33.5 — T-WALL PRESSURES
(TOTAL EARTH AND
WATER PRESSURE

74 @ EL. 31.5
540 @ EL. 25.5
224 @ EL. 18.0       150 @ EL. 18.0 — SHEETPILE NET PRESSURES — $F_A$
224/217 @ EL. 16.0
217 @ EL. -5.0       -2882 @ EL. -5.0
                     -2882 @ EL. -6.0



15.0
8.0   $= 5.0$
↑
$= -5.0$

$$74 \times 2 \times \tfrac{1}{2} = 74^{\#}$$
$$74 \times 6 = 444^{\#}$$
$$(540-74)(6')(\tfrac{1}{2}) = 1398$$
$$(150)(7.5) = 1125$$
$$(540-150)(7.5)(\tfrac{1}{2}) = 1462.5$$

$$4503^{\#}$$

FACTOR · 1.3
ON · PSF

| | BOTTOM |
|---|---|
| 0 | 0 |
| | 192 |
| | 254 |
| | 308 |
| | 0 |

## T-WALL ANALYSIS

### SUMMATION OF FORCES USING FACTORED SHEAR STRENGTHS

| FAILURE SURFACE | | ΣR RESISTANCE LB/FT | ΣD DRIVING LB/FT | ΣR - ΣD LB/FT | CHANGE OF NET FORCE LBS/FT | EQUIVELENT PERSSURE PSF/FT |
|---|---|---|---|---|---|---|
| Ⓐ | ① | 9018 | 10426 | -1408 | - | - |
| Ⓑ | ② | 19772 | 23865 | -4093 | -2685/12' | -224 |
| Ⓒ | ③ | 34162 | 40645 | -6483 | -2390/11' | -217 |
| Ⓓ | ④ | 55992 | 48061 | 7931 | 14414 | 2882 |

$$6483 - 4093 = 2390$$
$$4093 - 1408 = 2685$$

```
        7.85
       - 2.5
   1503  5.35
```

0    15'    30'
SCALE

$5.35^{k} \cdot \ldots = +3942$  OK       1733

$535 - \ldots = +1257$

$535 \cdot 6483 = -1733$

## T-WALL ANALYSIS FOR JOURDAN ROAD ELEVATED EMBANKMENT AT STATION 9+60

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

FIGURE 12

McElwee00083

PX-0109-0083







| STRATA NO. | SOIL TYPE | WET UNIT WEIGHT (PCF) | FRICTION ANGLE (DEG) | COHESION - PSF | | FRICTION ANGLE (DEG) |
|---|---|---|---|---|---|---|
| | | | | UNFACTORED | | |
| | | | | AVERAGE | BOTTOM | |
| 1 | SHELL | 104 | 35 | 0 | 0 | 28 |
| 2 | FILL : CLAY, SANDY CLAY AND SAND | 105 | 0 | 225 | 250 | 0 |
| 3 | CLAY | 97.5 | 0 | 290 | 330 | 0 |
| 4 | CLAY | 97.5 | 0 | 365 | 400 | 0 |
| 5 | SAND | 122 | 25 | 0 | 0 | 20 |

EUSTIS ENGINEERING COMPANY, INC.

**McElwee00084**

**PX-0109-0084**

ER

-1000

EL. 31.5
EL. 25.5
EL. 18.0

NOTE :
1) T-WALL ANALYSIS AT STATION 10·40 INDICATES NO UNBALANCED LOADS BELOW THE T-WALL FOOTING.

2) SEEPAGE ANALYSES BY THE HARR METHOD INDICATES A FACTOR OF SAFETY OF 2 AGAINST PIPING FOR BOTH SECTIONS SHOWN.

ER

EL. 31.5
L. 25.5
L. 18.0

### T-WALL ANALYSIS
### AT STATION 10·40
### USING FACTORED SOIL PARAMETERS

| FAILURE SURFACE | | Σ RESISTANCE LB/FT | Σ DRIVING LB/FT | ΣR - ΣD LB/FT |
|---|---|---|---|---|
| ① | Ⓐ | 7695 | 7150 | 545 |
| ② | Ⓑ | 18444 | 17863 | 581 |
| ③ | Ⓒ | 32808 | 32199 | 609 |

| ЕТY FACTOR · 1.3 | |
|---|---|
| COHESION - PSF | |
| RAGE | BOTTOM |
| I | 0 |
| /3 | 192 |
| 23 | 254 |
| 31 | 308 |
| 0 | 0 |

### T-WALL ANALYSIS FOR JOURDAN ROAD
### AT STATIONS 10·40 AND 11·35

#### U.S. ARMY CORPS OF ENGINEERS
#### SOUTHEAST LOUISIANA DRAINAGE PROJECT
#### DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
#### NEW ORLEANS, LOUISIANA

FIGURE 13

McElwee00085



NOTE :
1) SHEETPILE MUST PENETRATE TO EL. -5.0 TO PROVIDE A LANE WEIGHT CREEP RATIO OF 6 OR MORE WHICH IS CONSIDERED ADEQUATE PROTECTION AGAINST PIPING FAILURE.

SEEPAGE CUTOFF IN EMBANKMENT
STATION 9+60 AT JOURDAN ROAD

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE
AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

EUSTIS ENGINEERING COMPANY, INC.

FIGURE 14

McElwee00086

PX-0109-0086



NOTE : 1) I-WALL AS SHOWN ABOVE HAS NO NET UNBALANCED DRIVING FORCES.

2) SHEETPILES SHOULD PENETRATE TO EL. -5.0 TO PROVIDE A LANE'S WEIGHT CREEP RATIO OF 6.2 WHICH IS CONSIDERED ADEQUATE PROTECTION AGAINST PIPING FAILURE.

3) SHEETPILES MUST BE WELDED TO DISCHARGE PIPE THAT PASSES THROUGH THE WALL TO PREVENT SEEPAGE BETWEEN THE PIPE AND SHEETPILE.

I-WALL ANALYSIS NEAR
STATION 9+60 AT JOURDAN ROAD

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE
AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

EUSTIS ENGINEERING COMPANY, INC.

FIGURE 15

McElwee00087

PX-0109-0087



NET WALL PRESSURE
(PSF)

STAGE 1

SET BRACE AT EL. 25.0
EXCAVATE TO EL. 15.0
(ANCHOR SHEETPILE ANALYSIS)
MAX. MOMENT = 21.6 FT-KIPS/FT OF WALL
$F_1$ = 3.5 KIPS/FT OF WALL

REQUIRED PENETRATION WITH A FACTOR OF SAFETY OF 1.5
APPLIED TO SOIL PARAMETERS IS EL. -18.0

NOTE : 1) PIEZOMETER HEAD IN SAND BELOW EL. -5.0 MUST BE
BELOW EL. 6.0 BEFORE EXCAVATION BEGINS.

2) MOMENT AND BRACE FORCES GIVEN ABOVE WERE
DETERMINED USING UNFACTORED SOIL PARAMETERS.
THE DESIGN ENGINEER MUST USE A SUITABLE SAFETY
FACTOR IN SIZING COMPONENTS.

EUSTIS ENGINEERING COMPANY, INC.

**McElwee00088**

PX-0109-0088



TOTAL WALL PRESSURE
(PSF)

STAGE 2

SET BRACE AT EL. 17.0
EXCAVATE TO EL. 6.0
(BRACED COFFERDAM ANALYSIS)
MAX. MOMENT = 17.3 FT-KIPS/FT OF WALL
$F_1$ = 2.8 KIPS/FT OF WALL

$F_2$ = 10.4 KIPS/FT OF WALL

PRELIMINARY COFFERDAM DESIGN

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

McElwee00089

FIGURE 16

PX-0109-0089



PERCENT TOTAL CONSOLIDATION

PERCENT CONSOLIDATION VS. DAYS OF DRAWDOWN

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

EUSTIS ENGINEERING COMPANY, INC.

FIGURE 17

McElwee00090

PX-0109-0090

APPENDIX A

McElwee00091

PX-0109-0091



## LEGEND AND NOTES FOR
## LOG OF BORING AND TEST RESULTS

PP      Pocket penetrometer resistance in tons per square foot

TV      Torvane shear strength in tons per square foot

SPT     Standard Penetration Test. Number of blows of a 140-lb. hammer dropped 30 inches required to drive 2-in O.D., 1.4-in. I.D. sampler a distance of one foot into the soil, after first seating it 6 inches

SPLR    Type of Sampling    ■ Shelby    ⊠ SPT    ⧄ Auger    ☐ No Sample

SYMBOL  Clay   Silt   Sand   Humus     Predominant type shown heavy;
                                       Modifying type shown light

DENSITY  Unit weight in pounds per cubic foot

USC     Unified Soil Classification

TYPE    UC      Unconfined compression shear
        OB      Unconsolidated undrained triaxial compression shear on one specimen confined at the approximate overburden pressure
        UU      Unconsolidated undrained triaxial compression shear
        CU      Consolidated undrained triaxial compression shear
        DS      Direct shear
        CON     Consolidation
        PD      Particle size distribution
        k       Coefficient of permeability in centimeters per second
        SP      Swelling pressure in pounds per square foot

$\phi$      Angle of internal friction in degrees

c       Cohesion in pounds per square foot

Other laboratory test results reported on separate figure

Ground Water Measurements     ▼ Initial     ▽ Final

### GENERAL NOTES

(1) At the time the borings were made, ground water levels were measured below existing ground surface. These observations are shown on the boring logs. However, ground water levels may vary due to seasonal and other factors. If important to construction, the depth to ground water should be determined by those persons responsible for construction, immediately prior to beginning work.

(2) While the individual logs of borings are considered to be representative of subsurface conditions at their respective locations on the dates shown, it is not warranted that they are representative of subsurface conditions at other locations and times.

McElwee00092

PX-0109-0092

EUSTIS ENGINEERING COMPANY, INC.

# LOG OF BORING AND TEST RESULTS

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

(Sheet 1 of 2)

Ground Elev.: 25.0   Datum:   Gr. Water Depth: See Text   Job No.: 14865   Date Drilled: 8/12/97   Boring: 1

| Scale In Feet | PP | SPT | S P L R Symbol | Visual Classification | USC | Sample Number | Depth In Feet | Water Content Percent | Density Dry | Density Wet | Shear Tests Type | Shear Tests φ | Shear Tests C | Atterberg Limits LL | Atterberg Limits PL | Atterberg Limits PI | Other Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | | | | Stiff gray sandy clay w/shell fragments, roots, & organic matter | CL | 1 | 0-0.5 | | | | | | | | | | |
| | | 7 | | Soft dark gray clay w/shell fragments, roots, & organic matter | CH | 2A 2B 3A 3B | 2.5-3 3-4 4-5 5-6 | 17 21 77 59 | 63 | 100 | UU | 0 | 219 | 87 | 22 | 65 | |
| | | 2 | | Soft gray silty sand w/shell fragments | SM | 4 | 6.5-8 | | | | | | | | | | |
| 10 | | 7 | | Very soft gray clay w/shell fragments | CH | 5 6 | 9.5-11 11-11.5 | 110 | | | | | | | | | |
| | | WOH | | Medium stiff brown organic clay w/clay pockets | OH | 7 | 11.5-13 | | | | | | | | | | |
| | | | | Loose gray silty sand | SM | 8 | 14.5-16 | | | | | | | | | | |
| | Bd 4 in 4½ | | | Soft gray clay w/roots & organic matter  +5.0 (-/5.43) | CH | 8 9A 9B 9C 9D | 16-17 17-18 18-19 19-20 20-21 | 88 87 66 64 | 59 | 98 | UU | 0 | 323 | | | | |
| 20 | | 10 | | Loose gray silty sand | SM | 11 | 21.5-23 | | | | | | | | | | |
| | | 3 | | Soft gray clay w/silty sand lenses | CH | 12 13A 13B 13C 13D | 25-26 26-27 27-28 28-29 29-30 | 24 69 72 67 71 | 59 | 99 | UU | 0 | 336 | | | | |
| 30 | | 22 | | Medium dense gray silty sand | SM | 14 | 30.5-32 | | | | | | | | | | |
| | | 26 | | | | 15 | 33.5-35 | | | | | | | | | | |
| | | 5 | | | | 16 | 36.5-38 | | | | | | | | | | |
| 40 | | 18 | | Medium dense gray silty sand w/clay layers | SM | 17 | 39.5-41 | | | | | | | | | | |
| | | 11 | | | | 18 | 43.5-45 | | | | | | | | | | |
| 50 | | 4 | | Medium stiff gray clay | CH | 19 | 48.5-50 | | | | | | | | | | PD |

McElwee00093

**Comments:** Shelby tube samples are 5-in. diameter fixed piston samples.

PX-0109-0093

EUSTIS ENGINEERING COMPANY, INC.

# LOG OF BORING AND TEST RESULTS

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

(Sheet 2 of 2)

**Ground Elev.:**   **Datum:**   **Gr. Water Depth:** See Text   **Job No.:** 14865   **Date Drilled:** 8/12/97   **Boring: 1**

| Visual Classification | USC | Sample Number | Depth In Feet | Water Content Percent | Density Dry | Density Wet | Shear Tests Type | Shear Tests φ | Shear Tests C | Atterberg Limits LL | Atterberg Limits PL | Atterberg Limits PI | Other Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Medium stiff gray clay | CH | 20A / 20B / 20C | 50-51 / 51-52 / 52-53 | 41 / 24 / 24 | 78 | 111 | OB | -- | 495 | | | | |
| Stiff tan & light gray sandy clay | CL | 21 | 53.5-55 | | 97 | 121 | OB | -- | 1450 | | | | |
| Loose shells w/clay pockets | SI | 22 / 23 | 56.5-58 / 58-59 | 25 | | | | | | | | | |
| Medium dense light gray & tan fine sand | SP | 24 | 59.5-61 | | | | | | | | | | PD |
| | | 25 | 62.5-64 | | | | | | | | | | |
| | | 26 | 65.5-67 | | | | | | | | | | |
| | | 27 | 68.5-70 | | | | | | | | | | |

**Refer to "Legends & Notes"**

**Comments:** Shelby tube samples are 5-in. diameter fixed piston samples.

McElwee00094

PX-0109-0094

EUSTIS ENGINEERING COMPANY, INC.

# LOG OF BORING AND TEST RESULTS
U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

(Sheet 1 of 3)

Ground Elev.: 26.0   Datum:   Gr. Water Depth: See Text   Job No.: 14865   Date Drilled: 8/11/97   Boring: 2

| Sample Number | Depth In Feet | USC | Visual Classification | Water Content Percent | Density Dry | Density Wet | Shear Tests Type | Shear Tests φ | Shear Tests C | Atterberg Limits LL | Atterberg Limits PL | Atterberg Limits PI | Other Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0-0.5 | CL | Medium stiff gray sandy clay w/shell fragments & grass | | | | | | | | | | |
| 2 | 2-3 | SP | Medium dense tan sand w/shell fragments | | | | | | | | | | |
| 3 | 4-5 | SC | Medium dense tan & gray clayey sand | 24 | | | | | | | | | |
| 4 | 8-9 | CH | Soft gray clay w/sand pockets | 41 | 78 | 110 | UC | –I | 435 | | | | |
| 5 | 10-11 | SM | Loose gray silty sand w/clay layers | | | | | | | | | | |
| 5 | 10-11 | CH | Soft gray clay w/shell fragments & humus layers | | | | | | | | | | |
| 6 | 14-15 | CH | Soft gray clay w/humus layers & wood | 51 | 70 | 106 | UC | –I | 235 | | | | |
| 7 | 18-19 | CH | | 100 | 43 | 87 | UC | –I | 335 | | | | |
| 8 | 23-24 | CH | Soft gray clay w/roots | 68 | 58 | 97 | UC | –I | 300 | | | | |
| 9 | 28-29 | | | 70 | 58 | 98 | UC | –I | 440 | 95 | 22 | 73 | PD |
| 10 | 31-32 | SM | Medium dense gray silty sand w/shell fragments | | | | | | | | | | |
| 11 | 33-34 | | | | | | | | | | | | |
| 12 | 36-37 | SM | Very dense gray silty sand | | | | | | | | | | |
| 13 | 39-40 | SM | Medium dense gray silty sand w/clay layers & shell fragments | | | | | | | | | | |
| 14 | 43-44 | SM | Loose gray silty sand w/clay layers | | | | | | | | | | |
| 15 | 49-50 | SM | Very dense gray silty sand | | | | | | | | | | PD |

Scale in Feet: 0 – 10 – 20 – 30 – 40 – 50

PP: 0.25, 0.25, 0.50, 0.40, 0.40, 0.40

SPT: 17, 6, 50=11", 25, 50=11", 11, 7, 50=11"

Refer to "Legends & Notes

McElwee00095

Comments:

EUSTIS ENGINEERING COMPANY, INC.

# LOG OF BORING AND TEST RESULTS

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

(Sheet 2 of 3)

**Datum:**

**Ground Elev.:**    **Gr. Water Depth:**    See Text   **Job No.:** 14865   **Date Drilled:** 8/11/97   **Boring: 2**

| Scale In Feet | PP | SPT | S P L R / Symbol | Visual Classification | USC | Sample Number | Depth In Feet | Water Content Percent | Density Dry | Density Wet | Shear Tests Type | Shear Tests φ | Shear Tests C | Atterberg Limits LL | Atterberg Limits PL | Atterberg Limits PI | Other Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50 | | | | Very dense gray silty sand | SM | | | | | | | | | | | | |
| | | | | | | 16 | 54-55 | 50 | | | | | | | | | |
| | | | | Medium stiff gray clay | CH | | | | | | | | | | | | |
| | | | | Soft gray sandy clay w/decayed wood | CL | 17 | 58-59 | 29 | 90 | 116 | OB | -- | 235 | 31 | 18 | 13 | PD |
| 60 | | | | Soft light gray sandy clay | CL | 18 | 63-64 | 29 | | | | | | | | | PD |
| | | | | Medium dense gray silty sand | SM | 19 | 67-68 | | | | | | | | | | |
| | | | | | | 20 | 69-70 | | | | | | | | | | |
| 70 | | 26 | | | | 21 | 72-73 | | | | | | | | | | |
| | | 14 | | | | 22 | 75-76 | | | | | | | | | | |
| | | 20 | | Medium dense tan fine sand | SP | 23 | 79-80 | | | | | | | | | | |
| 80 | | 20 | | | | | | | | | | | | | | | |
| | | 45 | | Dense tan fine sand | SP | 24 | 84-85 | | | | | | | | | | |
| 90 | | 50=8" | | Very dense tan fine sand | SP | 25 | 89-90 | | | | | | | | | | PD |
| | | 50=9" | | | | 26 | 94-95 | | | | | | | | | | |
| 100 | | 50=7" | | | | 27 | 99-100 | | | | | | | | | | |

Comments:

McElwee 0096

PX-0109-0096

EUSTIS ENGINEERING COMPANY, INC.

LOG OF BORING AND TEST RESULTS

U.S. ARMY CORPS OF ENGINEERS
SOUTHEAST LOUISIANA DRAINAGE PROJECT
DWYER ROAD PUMP STATION UPGRADE AND DISCHARGE CANAL
NEW ORLEANS, LOUISIANA

(Sheet 3 of 3)

Gr. Water Depth: See Text   Job No.: 14865   Date Drilled: 8/11/97   Boring: 2

Ground Elev.:   Datum:

| Scale in Feet | PP | SPT | S P L R Symbol | Visual Classification | USC | Sample Number | Depth in Feet | Water Content Percent | Density Dry | Density Wet | Shear Tests Type | Shear Tests φ | Shear Tests C | Atterberg Limits LL | Atterberg Limits PL | Atterberg Limits PI | Refer to "Legends & Notes" | Other Tests |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 | | 50 = Seat | | Very dense tan fine sand | SP | | | | | | | | | | | | | |
| 110 | | 50 = 5" | | | | 28 | 104-105 | | | | | | | | | | | PD |
| | | 50 = 5" | | Very dense gray fine sand | SP | 29 | 109-110 | | | | | | | | | | | |
| | | 50 = Seat | | | | 30 | 114-115 | | | | | | | | | | | |
| 120 | | 50 = 5" | | | | 31 | 119-120 | | | | | | | | | | | |
| | | 50 = 4" | | | | 32 | 124-125 | | | | | | | | | | | |
| | | 50 = 5" | | | | 33 | 129-130 | | | | | | | | | | | |
| 130 | | 50 = Seat | | | | 34 | 134-135 | | | | | | | | | | | |
| 140 | | 50 = 4" | | | | 35 | 139-140 | | | | | | | | | | | |
| | | 50 = Seat | | | | 36 | 144-145 | | | | | | | | | | | |
| 150 | | 50 = Seat | | | | 37 | 149-150 | | | | | | | | | | | PD |

Comments:

McElwee00097

PX-0109-0097



# PARTICLE SIZE DISTRIBUTION TEST REPORT

| % +3" | % GRAVEL | % SAND | % SILT | % CLAY | USCS | LL | PI |
|-------|----------|--------|--------|--------|------|-----|-----|
| 0.0 | 9.9 | 65.5 | 24.6 | | SM | | |

| SIEVE inches size | PERCENT FINER ● | | | SIEVE number size | PERCENT FINER ● | | |
|-----------|------|--|--|-------|------|--|--|
| 0.75 | 100.0 | | | 4 | 90.1 | | |
| 0.5 | 95.5 | | | 10 | 83.7 | | |
| 0.375 | 94.9 | | | 20 | 80.5 | | |
| | | | | 40 | 78.4 | | |
| | | | | 60 | 76.4 | | |
| | | | | 100 | 73.1 | | |
| | | | | 200 | 24.5 | | |

GRAIN SIZE

| $D_{60}$ | 0.11 |
| $D_{30}$ | 0.08 |
| $D_{10}$ | |

COEFFICIENTS

| $C_c$ | |
| $C_u$ | |

**Sample information:**
● Boring 1, Sample 17
MedCompact gray SILTY
SAND w/ cl lay, sh frag

**Remarks:**
Sample depth 39.5'-41.0'

**Eustis Engineering Company, Inc.**

Project No.: 14865
Project: Dwyer Road Pumping Station Discharge
Date: 8-27-97        Data Sheet No. ____

McElwee00098

PX-0109-0098



# PARTICLE SIZE DISTRIBUTION TEST REPORT

| % +3" | % GRAVEL | % SAND | % SILT | % CLAY | USCS | LL | PI |
|-------|----------|--------|--------|--------|------|----|----|
| 0.0 | 0.0 | 89.3 | 10.7 | | SP-SM | | |

| SIEVE inches size | PERCENT FINER ● | · |
|---|---|---|
| | | |

| | GRAIN SIZE | |
|---|---|---|
| D$_{60}$ | 0.16 | |
| D$_{30}$ | 0.13 | |
| D$_{10}$ | | |

| | COEFFICIENTS | |
|---|---|---|
| C$_c$ | | |
| C$_u$ | | |

| SIEVE number size | PERCENT FINER ● | · |
|---|---|---|
| 10 | 100.0 | |
| 20 | 99.9 | |
| 40 | 99.9 | |
| 60 | 99.2 | |
| 100 | 50.3 | |
| 200 | 10.7 | |

Sample information:
● Boring 1, Sample 24
Medium Dense tan
FINE SAND w/ silt

Remarks:
Sample depth 59.5'-55.0'

**Eustis**
**Engineering**
**Company, Inc.**

Project No.: 14865
Project: Dwyer Road Pumping Station Discharge
Date: 8-27-97          Data Sheet No. ____

McElwee00099

PX-0109-0099



# PARTICLE SIZE DISTRIBUTION TEST REPORT

| % +3" | % GRAVEL | % SAND | % SILT | % CLAY | USCS | LL | PI |
|-------|----------|--------|--------|--------|------|-----|-----|
| 0.0 | 0.8 | 86.0 | 13.2 | | SM | | |

| SIEVE inches size | PERCENT FINER ● | | |
|---------|---------|---|---|
| 0.375 | 100.0 | | |

| | GRAIN SIZE | |
|---|---|---|
| D60 | 0.19 | |
| D30 | 0.14 | |
| D10 | | |

| | COEFFICIENTS |
|---|---|
| Cc | |
| Cu | |

| SIEVE number size | PERCENT FINER ● | | |
|---------|---------|---|---|
| 4 | 99.2 | | |
| 10 | 98.5 | | |
| 20 | 96.8 | | |
| 40 | 92.9 | | |
| 60 | 81.7 | | |
| 100 | 33.9 | | |
| 200 | 13.2 | | |

**Sample information:**
● Boring 2, Sample 11
Medium Dense gray SILTY
SAND w/ sh frag

**Remarks:**
Sample depth 33'-34'

**Eustis Engineering Company, Inc.**

Project No.: 14865
Project: Dwyer Road Pumping Station Discharge
Date: 8-27-97          Data Sheet No. _____

McElwee00100

PX-0109-0100



# PARTICLE SIZE DISTRIBUTION TEST REPORT

| % +3" | % GRAVEL | % SAND | % SILT | % CLAY | USCS | LL | PI |
|-------|----------|--------|--------|--------|------|-----|-----|
| 0.0 | 3.8 | 78.0 | 18.2 | | SM | | |

| SIEVE inches size | PERCENT FINER ● | | | | SIEVE number size | PERCENT FINER ● | | |
|---|---|---|---|---|---|---|---|---|
| 0.375 | 100.0 | | | | 4 | 96.2 | | |
| | | | | | 10 | 91.5 | | |
| | | | | | 20 | 83.8 | | |
| | | | | | 40 | 71.1 | | |
| | | | | | 60 | 47.6 | | |
| | GRAIN SIZE | | | | 100 | 25.7 | | |
| $D_{60}$ | 0.32 | | | | 200 | 18.2 | | |
| $D_{30}$ | 0.17 | | | | | | | |
| $D_{10}$ | | | | | | | | |
| | COEFFICIENTS | | | | | | | |
| $C_c$ | | | | | | | | |
| $C_u$ | | | | | | | | |

Sample information:
● Boring 2, Sample 13
MedDense gray SILTY
SAND w/cl lay & sh frag

Remarks:
Sample depth 39'-40'

**Eustis
Engineering
Company, Inc.**

Project No.: 14865
Project: Dwyer Road Pumping Station Discharge

Date: 8-27-97          Data Sheet No. ——

**McElwee00101**

PX-0109-0101



# PARTICLE SIZE DISTRIBUTION TEST REPORT

| % +3" | % GRAVEL | % SAND | % SILT | % CLAY | USCS | LL | PI |
|-------|----------|--------|--------|--------|------|-----|-----|
| 0.0 | 0.0 | 86.8 | 13.2 | | SM | | |

| SIEVE inches size | PERCENT FINER ● | SIEVE number size | PERCENT FINER ● | |
|---|---|---|---|---|
| | | 40 | 100.0 | |
| | | 60 | 99.3 | |
| | | 100 | 53.0 | |
| | | 200 | 13.2 | |

Sample information:
● Boring 2, Sample 20
MediumDense gray SILTY
SAND

| GRAIN SIZE | |
|---|---|
| D60 | 0.16 |
| D30 | 0.13 |
| D10 | |

| COEFFICIENTS | |
|---|---|
| Cc | |
| Cu | |

Remarks:
Sample depth 69'-70'

**Eustis Engineering Company, Inc.**

Project No.: 14865
Project: Dwyer Road Pumping Station Discharge
Date: 8-27-97          Data Sheet No. ____

**McElwee00102**



# PARTICLE SIZE DISTRIBUTION TEST REPORT

| % +3" | % GRAVEL | % SAND | % SILT | % CLAY | USCS | LL | PI |
|---|---|---|---|---|---|---|---|
| 0.0 | 0.1 | 90.0 | | 9.9 | SP-SM | | |

| SIEVE inches size | PERCENT FINER ● | | |
|---|---|---|---|
| 0.375 | 100.0 | | |

| | GRAIN SIZE | |
|---|---|---|
| D60 | 0.15 | |
| D30 | 0.10 | |
| D10 | | |

| COEFFICIENTS |
|---|
| Cc |
| Cu |

| SIEVE number size | PERCENT FINER ● | | |
|---|---|---|---|
| 4 | 99.9 | | |
| 10 | 99.7 | | |
| 20 | 99.6 | | |
| 40 | 99.4 | | |
| 60 | 98.2 | | |
| 100 | 62.6 | | |
| 200 | 9.9 | | |

Sample information:
● Boring 2, Sample 23
Medium Dense tan FINE
SAND w/ silt

Remarks:
Sample depth 79'-80'

**Eustis
Engineering
Company, Inc.**

Project No.: 14865
Project: Dwyer Road Pumping Station Discharge
Date: 8-27-97          Data Sheet No. ____

McElwee00103

PX-0109-0103



## PARTICLE SIZE DISTRIBUTION TEST REPORT

| % +3" | % GRAVEL | % SAND | % SILT | % CLAY | USCS | LL | PI |
|-------|----------|--------|--------|--------|------|-----|-----|
| 0.0 | 0.0 | 91.8 | 8.2 | | SP-SM | | |

| SIEVE inches size | PERCENT FINER ● |
|-------------------|-----------------|
| | |

| | GRAIN SIZE |
|-----------|------|
| $D_{60}$ | 0.19 |
| $D_{30}$ | 0.15 |
| $D_{10}$ | 0.08 |

| | COEFFICIENTS |
|-----------|------|
| $C_c$ | 1.36 |
| $C_u$ | 2.3 |

| SIEVE number size | PERCENT FINER ● |
|-------------------|-----------------|
| 10 | 100.0 |
| 20 | 99.9 |
| 40 | 99.8 |
| 60 | 88.0 |
| 100 | 29.5 |
| 200 | 8.2 |

Sample information:
● Boring 2, Sample 27
Very Dense tan FINE
SAND w/ silt

Remarks:
Sample depth 99.'–100'

**Eustis Engineering Company, Inc.**

Project No.: 14865
Project: Dwyer Road Pumping Station Discharge

Date: 8-27-97          Data Sheet No. _____

McElwee00104

PX-0109-0104



# PARTICLE SIZE DISTRIBUTION TEST REPORT

| % +3" | % GRAVEL | % SAND | % SILT | % CLAY | USCS | LL | PI |
|-------|----------|--------|--------|--------|-------|-----|-----|
| 0.0 | 0.0 | 90.9 | 9.1 | | SP–SM | | |

| SIEVE inches size | PERCENT FINER | | SIEVE number size | PERCENT FINER | |
|-------------------|---------------|---|-------------------|---------------|---|
| | | | 10 | 100.0 | |
| | | | 20 | 99.8 | |
| | | | 40 | 99.3 | |
| | | | 60 | 68.1 | |
| | | | 100 | 25.9 | |
| | | | 200 | 9.1 | |

**Sample information:**
- Boring 2, Sample 31
  Very Dense gray
  FINE SAND w/ silt

| GRAIN SIZE | |
|------------|------|
| $D_{60}$ | 0.23 |
| $D_{30}$ | 0.16 |
| $D_{10}$ | 0.08 |

| COEFFICIENTS | |
|--------------|------|
| $C_c$ | 1.37 |
| $C_u$ | 2.8 |

**Remarks:**
Sample depth 119'–120'

**Eustis Engineering Company, Inc.**

Project No.: 14865
Project: Dwyer Road Pumping Station Discharge
Date: 8-27-97          Data Sheet No. _____

McElwee00105

PX-0109-0105



# PARTICLE SIZE DISTRIBUTION TEST REPORT

| % +3" | % GRAVEL | % SAND | % SILT | % CLAY | USCS | LL | PI |
|---|---|---|---|---|---|---|---|
| 0.0 | 0.0 | 89.9 | 10.1 | | SP-SM | | |

| SIEVE inches size | PERCENT FINER | | SIEVE number size | PERCENT FINER | | Sample information: |
|---|---|---|---|---|---|---|
| | • | | | • | | • Boring 2, Sample 37 |
| | | | 10 | 100.0 | | Very Dense gray |
| | | | 20 | 99.8 | | FINE SAND w/ silt |
| | | | 40 | 98.7 | | |
| | | | 60 | 81.5 | | |
| | | | 100 | 34.3 | | |
| | | | 200 | 10.1 | | |

GRAIN SIZE

| $D_{60}$ | 0.20 |
| $D_{30}$ | 0.14 |
| $D_{10}$ | |

COEFFICIENTS

$C_c$
$C_u$

Remarks:
Sample depth 149'-150'

**Eustis Engineering Company, Inc.**

Project No.: 14865
Project: Dwyer Road Pumping Station Discharge
Date: 8-27-97          Data Sheet No. _____

**McElwee00106**

PX-0109-0106



RESULTS

| | |
|---|---|
| C, psf | 336 |
| φ, deg | 0.0 |
| TAN φ | 0.00 |

| SPECIMEN NO.: | | 1 | 2 | 3 |
|---|---|---|---|---|
| INITIAL | WATER CONTENT, % | 63.5 | 66.8 | 71.0 |
| | DRY DENSITY, pcf | 61.2 | 59.2 | 58.3 |
| | SATURATION, % | 96.9 | 97.0 | 100.5 |
| | VOID RATIO | 1.794 | 1.888 | 1.935 |
| | DIAMETER, in | 1.40 | 1.40 | 1.41 |
| | HEIGHT, in | 2.99 | 2.98 | 3.14 |
| AT TEST | WATER CONTENT, % | 66.2 | 69.2 | 72.9 |
| | DRY DENSITY, pcf | 60.8 | 59.1 | 57.1 |
| | SATURATION, % | 100.0 | 100.0 | 100.0 |
| | VOID RATIO | 1.815 | 1.896 | 1.997 |
| | DIAMETER, in | 1.40 | 1.40 | 1.41 |
| | HEIGHT, in | 2.98 | 2.98 | 3.12 |
| Strain rate, in/min | | 0.0982 | 0.0907 | 0.1034 |
| BACK PRESSURE, psf | | 0 | 0 | 0 |
| CELL PRESSURE, psf | | 1728 | 3456 | 5184 |
| FAILURE STRESS, psf | | 570 | 673 | 863 |
| ULTIMATE STRESS, psf | | 539 | 546 | 467 |
| $\sigma_1$ FAILURE, psf | | 2298 | 4129 | 6047 |
| $\sigma_3$ FAILURE, psf | | 1728 | 3456 | 5184 |

TYPE OF TEST:
 Unconsolidated Undrained
SAMPLE TYPE: Undisturbed
DESCRIPTION: So gray Clay
 w/ silty sand lenses.

SPECIFIC GRAVITY = 2.74
REMARKS: Torvane = 0.200 tsf

CLIENT:

PROJECT: Dwyer Road Pump Station Discharge

SAMPLE LOCATION: Boring 1, Sample 13C.
 Depth 28'-29'

PROJ. NO.: 14865        DATE: 8-22-97

TRIAXIAL SHEAR TEST REPORT

**Eustis Engineering Company, Inc.**

FIG. NO.: _____

McElwee00107

PX-0109-0107



Client:
Project: Dwyer Road Pump Station Discharge
Location: Boring 1, Sample 13C, Depth 28'-29'
File: UU-10771      Project No.: 14865      FIG. NO.: ____

**McElwee00108**

**PX-0109-0108**



| RESULTS | |
| --- | --- |
| C, psf | 219 |
| $\phi$, deg | 0.0 |
| TAN $\phi$ | 0.00 |

| SPECIMEN NO.: | 1 | 2 | 3 |
| --- | --- | --- | --- |
| **INITIAL** WATER CONTENT, % | 71.7 | 54.0 | 58.5 |
| DRY DENSITY, pcf | 53.4 | 64.7 | 62.5 |
| SATURATION, % | 89.4 | 90.3 | 92.6 |
| VOID RATIO | 2.181 | 1.626 | 1.719 |
| DIAMETER, in | 1.40 | 1.40 | 1.40 |
| HEIGHT, in | 2.98 | 2.99 | 2.98 |
| **AT TEST** WATER CONTENT, % | 80.7 | 60.6 | 62.9 |
| DRY DENSITY, pcf | 53.1 | 64.1 | 62.6 |
| SATURATION, % | 100.0 | 100.0 | 100.0 |
| VOID RATIO | 2.195 | 1.648 | 1.712 |
| DIAMETER, in | 1.40 | 1.40 | 1.40 |
| HEIGHT, in | 2.98 | 2.98 | 2.98 |
| Strain rate, in/min | 0.0701 | 0.0732 | 0.0736 |
| BACK PRESSURE, psf | 0 | 0 | 0 |
| CELL PRESSURE, psf | 1008 | 2016 | 4032 |
| FAILURE STRESS, psf | 435 | 268 | 576 |
| ULTIMATE STRESS, psf | 446 | 215 | 612 |
| $\sigma_1$ FAILURE, psf | 1443 | 2284 | 4608 |
| $\sigma_3$ FAILURE, psf | 1008 | 2016 | 4032 |

TYPE OF TEST:
  Unconsolidated Undrained
SAMPLE TYPE: Undisturbed
DESCRIPTION: So dark gray Clay
  w/ sisa poc, sh frag, om, rts

SPECIFIC GRAVITY= 2.72
REMARKS: Torvane = 0.250 tsf

CLIENT:

PROJECT: Dwyer Road Pump Station Discharge

SAMPLE LOCATION: Boring 1, Sample 3B,
  Depth 5'-6'

PROJ. NO.: 14865         DATE: 8-22-97

TRIAXIAL SHEAR TEST REPORT

**Eustis Engineering Company, Inc.**

Fig. No.:

McElwee00109

PX-0109-0109



Client:
Project: Dwyer Road Pump Station Discharge
Location: Boring 1, Sample 3B, Depth 5'-6'
File: UU-10769        Project No.: 14865        Fig. No.: _____

McElwee00110



RESULTS

| C, psf | 323 |
| φ, deg | 0.0 |
| TAN φ | 0.00 |

Shear Stress, psf — Normal Stress, psf

Deviator Stress, psf — Axial Strain, %

| SPECIMEN NO.: | | 1 | 2 | 3 |
|---|---|---|---|---|
| INITIAL | WATER CONTENT, % | 67.4 | 66.4 | 66.1 |
| | DRY DENSITY, pcf | 58.4 | 58.8 | 59.1 |
| | SATURATION, % | 95.7 | 95.3 | 95.5 |
| | VOID RATIO | 1.930 | 1.910 | 1.896 |
| | DIAMETER, in | 1.40 | 1.40 | 1.40 |
| | HEIGHT, in | 2.98 | 3.01 | 3.00 |
| AT TEST | WATER CONTENT, % | 70.5 | 73.0 | 71.2 |
| | DRY DENSITY, pcf | 58.4 | 57.0 | 58.0 |
| | SATURATION, % | 100.0 | 100.0 | 100.0 |
| | VOID RATIO | 1.932 | 2.000 | 1.950 |
| | DIAMETER, in | 1.40 | 1.40 | 1.40 |
| | HEIGHT, in | 2.98 | 2.98 | 2.98 |
| Strain rate, in/min | | 0.1015 | 0.0891 | 0.0993 |
| BACK PRESSURE, psf | | 0 | 0 | 0 |
| CELL PRESSURE, psf | | 1152 | 2304 | 4608 |
| FAILURE STRESS, psf | | 441 | 654 | 674 |
| ULTIMATE STRESS, psf | | 384 | 585 | 672 |
| $\sigma_1$ FAILURE, psf | | 1593 | 2958 | 5282 |
| $\sigma_3$ FAILURE, psf | | 1152 | 2304 | 4608 |

TYPE OF TEST:
  Unconsolidated Undrained
SAMPLE TYPE: Undisturbed
DESCRIPTION: So gray Clay
  w/ wood

SPECIFIC GRAVITY= 2.74
REMARKS: Torvane = 0.160 tsf

CLIENT:

PROJECT: Dwyer Road Pump Station Discharge

SAMPLE LOCATION: Boring 1, Sample 9C,
  Depth 18'-19'

PROJ. NO.: 14865          DATE: 8-22-97

TRIAXIAL SHEAR TEST REPORT

**Eustis Engineering Company, Inc.**

Fig. No.: _____

**McElwee00111**

APPENDIX B

McElwee00112

PX-0109-0112



Stress Paths: + indicates end

Client:
Project: Dwyer Road Pump Station Discharge
Location: Boring 1, Sample 9C, Depth 18'-19'
File: UU-10770        Project No.: 14865        Fig. No.: ____

McElwee00113

PX-0109-0113

VALIAOT                    October 2, 1997          Page 1-2

| 97.00 | 97.00 | .00 | 365.0 | .00 | .0 | -5.00 | .00 | DEF | DEF |
| 122.00 | 122.00 | 25.00 | .0 | .00 | .0 | | | DEF | DEF |

        V.B.-- LEFTSIDE LAYER DATA
            LEVEL 2 FACTOR OF SAFETY FOR ACTIVE PRESSURES  =  DEFAULT
            LEVEL 2 FACTOR OF SAFETY FOR PASSIVE PRESSURES =  DEFAULT

| SAT. WGHT. (PCF) | MOIST WGHT. (PCF) | ANGLE OF INTERNAL FRICTION (DEG) | COH-ESION (PSF) | ANGLE OF WALL FRICTION (DEG) | ADH-ESION (PSF) | <--BOTTOM--> ELEV. (FT) | SLOPE (FT/FT) | <-SAFETY-> <-FACTOR-> ACT. | PASS. |
|---|---|---|---|---|---|---|---|---|---|
| 97.00 | 97.00 | .00 | 290.0 | .00 | .0 | 6.00 | .00 | DEF | DEF |
| 97.00 | 97.00 | .00 | 365.0 | .00 | .0 | -5.00 | .00 | DEF | DEF |
| .22.00 | 122.00 | 25.00 | .0 | .00 | .0 | | | DEF | DEF |

        VI.--WATER DATA

            UNIT WEIGHT          =    62.40 (PCF)
            RIGHTSIDE ELEVATION =    26.00 (FT)
             LEFTSIDE ELEVATION =    15.00 (FT)
            NO SEEPAGE

    VII.--SURFACE LOADS

      VII.A.--RIGHTSIDE SURFACE LOADS

        VII.A.1.--SURFACE LINE LOADS
          NONE

        VII.A.2.--SURFACE DISTRIBUTED LOADS
          UNIFORM LOAD =     200.00 (PSF)

      VII.B.-- LEFTSIDE SURFACE LOADS
          NONE

    VIII.--HORIZONTAL LOADS
          NONE

PROGRAM CWALSHT-DESIGN/ANALYSIS OF ANCHORED OR CANTILEVER SHEET PILE WALLS
                    BY CLASSICAL METHODS
DATE: 02-OCT-1997                                      TIME: 10.59.20

                ěěěěěěěěěěěěěěěěěěěěěěěěěěěĚ
                ¤    SOIL PRESSURES FOR    ¤

                    McElwee00114

PX-0109-0114

AWAL1AOT                    October 2, 1997          Page 1

## 1st Stage - Cofferdam

PROGRAM CWALSHT-DESIGN/ANALYSIS OF ANCHORED OR CANTILEVER SHEET PILE WALLS
                        BY CLASSICAL METHODS

DATE: 02-OCT-1997                                    TIME: 10.58.16

                        èêêêêêêêêêêêêêê£
                        ¤  INPUT DATA  ¤
                        àêêêêêêêêêêêêêê¥

I.--HEADING:
    'DWYER P STATION DISCHARGE, EE14865
    'ANCHOR WALL, EL 26, 200 PSF SURCHARGE,EXC TO EL 15


II.--CONTROL
    ANCHORED   WALL DESIGN

    LEVEL 1 FACTOR OF SAFETY FOR ACTIVE PRESSURES  = 1.00
    LEVEL 1 FACTOR OF SAFETY FOR PASSIVE PRESSURES = 1.00


III.--WALL DATA
    ELEVATION AT TOP OF WALL      =   26.00 (FT)
    ELEVATION AT ANCHOR           =   25.00 (FT)


IV.--SURFACE POINT DATA

    IV.A--RIGHTSIDE
        DIST. FROM        ELEVATION
        WALL (FT)           (FT)
              .00            26.00
           100.00            26.00

    IV.B-- LEFTSIDE
        DIST. FROM        ELEVATION
        WALL (FT)           (FT)
              .00            15.00
           100.00            15.00


V.--SOIL LAYER DATA


    V.A.--RIGHTSIDE LAYER DATA
        LEVEL 2 FACTOR OF SAFETY FOR ACTIVE PRESSURES  = DEFAULT
        LEVEL 2 FACTOR OF SAFETY FOR PASSIVE PRESSURES = DEFAULT

| SAT. WGHT. (PCF) | MOIST WGHT. (PCF) | ANGLE OF INTERNAL FRICTION (DEG) | COH- ESION (PSF) | ANGLE OF WALL FRICTION (DEG) | ADH- ESION (PSF) | <--BOTTOM--> ELEV. (FT) | SLOPE (FT/FT) | <-SAFETY-> <-FACTOR-> ACT. | PASS. |
|---|---|---|---|---|---|---|---|---|---|
| 105.00 | 105.00 | .00 | 225.0 | .00 | .0 | 18.00 | .00 | DEF | DEF |
| 97.00 | 97.00 | .00 | 290.0 | .00 | .0 | 6.00 | .00 | DEF | DEF |

McElwee00115

PX-0109-0115

JAL1AOT                     October 2, 1997          Page 1-3

¤   ANCHORED WALL DESIGN   ¤
âêëêëêëêëêëêëêëêëêëêëêëêëêY

I.--HEADING

    'DWYER P STATION DISCHARGE, EE14865
    'ANCHOR WALL, EL 26, 200 PSF SURCHARGE, EXC TO EL 15

II.--SOIL PRESSURES

        RIGHTSIDE SOIL PRESSURES DETERMINED BY FIXED SURFACE WEDGE METHOD.

        LEFTSIDE SOIL PRESSURES DETERMINED BY FIXED SURFACE WEDGE METHOD.

| | <--LEFTSIDE PRESSURES--> | | <---NET PRESSURES----> (SOIL PLUS WATER) | <RIGHTSIDE PRESSURES-> | |
| LEV. | PASSIVE | ACTIVE | ACTIVE | ACTIVE | PASSIVE |
| FT) | (PSF) | (PSF) | (PSF) | (PSF) | (PSF) |
| 26.00 | .00 | .00 | .000 | .00 | 650.00 |
| 25.00 | .00 | .00 | 62.400 | .00 | 692.60 |
| 24.00 | .00 | .00 | 124.800 | .00 | 735.20 |
| 23.00 | .00 | .00 | 187.200 | .00 | 777.80 |
| 22.00 | .00 | .00 | 249.600 | .00 | 820.40 |
| 21.00 | .00 | .00 | 312.000 | .00 | 863.00 |
| 20.00 | .00 | .00 | 374.400 | .00 | 903.60 |
| 19.00 | .00 | .00 | 436.800 | .00 | 960.39 |
| 18.00 | .00 | .00 | 499.200 | .00 | 1053.74 |
| 17.00 | .00 | .00 | 562.113 | .51 | 1143.21 |
| 16.00 | .00 | .00 | 642.429 | 18.43 | 1192.06 |
| 15.00+ | .00 | .00 | 745.888 | 59.49 | 1224.60 |
| 5.00- | 580.00 | .00 | 165.888 | 59.49 | 1224.60 |
| 14.00 | 614.60 | .00 | 171.621 | 99.82 | 1259.20 |
| 13.00 | 649.20 | .00 | 171.000 | 133.80 | 1293.80 |
| 2.00 | 683.80 | .00 | 171.000 | 168.40 | 1328.40 |
| 1.00 | 718.40 | .00 | 171.000 | 203.00 | 1363.00 |
| 10.00 | 753.00 | .00 | 171.000 | 237.60 | 1397.60 |
| 9.00 | 787.60 | .00 | 171.000 | 272.20 | 1432.20 |
| 8.00 | 819.86 | .00 | 175.688 | 309.14 | 1464.46 |
| 7.00 | 870.86 | .00 | 142.875 | 327.34 | 1515.46 |
| 6.00 | 966.40 | .00 | 21.000 | 301.00 | 1611.00 |
| 5.83 | 982.86 | .00 | .000 | 296.46 | 1627.46 |
| 5.41 | 1022.40 | .00 | -50.438 | 285.56 | 1667.00 |
| 5.00 | 1061.94 | .00 | -100.875 | 274.66 | 1706.54 |
| 4.00 | 1112.94 | .00 | -133.687 | 292.86 | 1757.54 |
| 3.00 | 1145.20 | .00 | -129.000 | 329.80 | 1789.80 |
| 2.00 | 1179.80 | .00 | -129.000 | 364.40 | 1824.40 |
| 1.00 | 1214.40 | .00 | -129.000 | 399.00 | 1859.00 |
| .60 | 1249.00 | .00 | -129.000 | 433.60 | 1893.60 |
| -1.00 | 1283.60 | .00 | -129.000 | 468.20 | 1928.20 |
| -2.00 | 1318.20 | .00 | -129.000 | 502.80 | 1962.80 |
| 3.00 | 1347.94 | .00 | -123.097 | 538.44 | 1977.79 |
| 4.00 | 1413.93 | 26.33 | -161.546 | 565.99 | 2147.00 |
| -5.00 | 1592.45 | 142.18 | -334.202 | 571.85 | 2708.87 |
| 6.00 | 1825.34 | 278.71 | -566.271 | 572.67 | 3325.12 |
| 7.00 | 2002.71 | 333.53 | -726.422 | 589.89 | 3605.69 |
| -8.00 | 2145.58 | 353.42 | -844.137 | 615.04 | 3733.81 |
| -9.00 | 2292.42 | 377.61 | -966.797 | 639.23 | 3880.66 |

McElwee00116

WAL1AOT                    October 2, 1997         Page 1-4

| | | | | | |
|---|---|---|---|---|---|
| .0.00 | 2439.27 | 401.80 | -1089.457 | 663.42 | 4027.51 |
| .1.00 | 2586.12 | 425.99 | -1212.117 | 687.61 | 4174.36 |
| -12.00 | 2732.97 | 450.18 | -1334.777 | 711.79 | 4321.21 |
| 3.00 | 2879.82 | 474.37 | -1457.437 | 735.98 | 4468.06 |
| .4.00 | 3026.67 | 498.56 | -1580.097 | 760.17 | 4614.91 |
| -15.00 | 3173.52 | 522.75 | -1702.758 | 784.36 | 4761.76 |
| -16.00 | 3320.37 | 546.93 | -1825.418 | 808.55 | 4908.61 |
| 7.00 | 3467.22 | 571.12 | -1948.078 | 832.74 | 5055.46 |
| -8.00 | 3614.07 | 595.31 | -2070.738 | 856.93 | 5202.31 |
| -19.00 | 3760.92 | 619.50 | -2193.398 | 881.12 | 5349.15 |

PROGRAM CWALSHT-DESIGN/ANALYSIS OF ANCHORED OR CANTILEVER SHEET PILE WALLS
BY CLASSICAL METHODS

DATE: 02-OCT-1997                                          TIME: 10.59.32

```
èëёёёёёёёёёёёёёёёёёёёёёёёёё£
¤   SUMMARY OF RESULTS FOR   ¤
¤      ANCHORED WALL DESIGN   ¤
àëёёёёёёёёёёёёёёёёёёёёёёёёё¥
```

I.--HEADING

   'DWYER P STATION DISCHARGE, EE14865
   'ANCHOR WALL, EL 26, 200 PSF SURCHARGE,EXC TO EL 15

II.--SUMMARY

      RIGHTSIDE SOIL PRESSURES DETERMINED BY FIXED SURFACE WEDGE METHOD.

      LEFTSIDE SOIL PRESSURES DETERMINED BY FIXED SURFACE WEDGE METHOD.

| METHOD | : | FREE EARTH | EQUIV. BEAM | FIXED EARTH |
|---|---|---|---|---|
| WALL BOTTOM ELEV. (FT) | : | -5.66 | -13.10 | -11.13 |
| PENETRATION (FT) | : | 20.66 | 28.10 | 26.13 |
| MAX. BEND. MOMENT (LB-FT) | : | -21566. | 19344. | -18619. |
| AT ELEVATION (FT) | : | 15.00 | -6.70 | 15.85 |
| MAX. SCALED DEFL. (LB-IN3) | : | 3.0115E+09 | 9.9749E+08 | 2.1513E+09 |
| AT ELEVATION (FT) | : | 11.00 | 16.00 | 13.00 |
| ANCHOR FORCE (LB) | : | 3544. | 2924. | 3224. |

      (NOTE: PENETRATION FOR EQUIVALENT BEAM
      METHOD DOES NOT INCLUDE INCREASE

McElwee00117

PX-0109-0117

# POST KATRINA FORENSIC HURRICAN LEVEE

# FAILURE EVALUTION

Into to Engineering – ETC 101

Mrs. Shirley M. Flinders, Instructor

Wednesday 2:00 p.m. – 3:20 p.m.

Melvin M. L. McElwee, Jr., Student

November 28, 2005



EXHIBIT

Melvin M. L. McElwee, Jr.          Page 1 of 13          12/1/2005

## TABLE OF CONTENTS

I.       Introduction                                                          4

         A. Pittman Law Suit.

         B. The U.S. Army Corps of Engineers reaction.

II.      History of U.S. Army Corps of Engineers'                              5

         A. Soil behavior technical training classes.

                1. 1900

                        a. EARTH WORK QUALITY VERFICATION

III.     Moral obligations                                                     7

IV.      Moral obligations of Civil Engineers.                                 7

V.       Project number DACW29-01-C-0035.                                      9

         A. Results.

         B. Reaction.

         C. The law suite.

         D. Reaction of McElwee Bothers, Inc.

VI.      McElwee Brothers, Inc. recommendations.                              12

         A. A correct design.

PX-0109-0119

## ABSTRACT

**RATIONALE:**     How the University of California, Berkley, possibly reached many factual conclusions to the levee problems in New Orleans.

**OBJECTIVE:**     This study was conducted to assist Dr. Bea, at University of California Berkley, in a National Science Foundation Grant after New Orleans Flood of 2005.

**RESULTS:**     Intrigued with the construction results of McElwee Brothers, Inc. on its U.S. Army Crops of Engineers project DACW29-01-C-0035, Dr. Bea asked that McElwee Brothers share its experience (reports, photos, contract documents, etc.) on project DACW29-01-C-0035.

**CONCLUSIONS:**     McElwee Brothers, Inc. hypothesis states that the lack of engineering planning design, and studies lead to unwarranted results of multiple levee failures in New Orleans.

PX-0109-0120

## INTRODUCTION

In 1998 an administrative judge's ruling illustrated that Pittman Construction, a New Orleans firm, informed the U. S. Army Corps of Engineers of the frailty of existing foundation for the floodwall being constructed.  Pittman was hired to place a concrete cap on top of an existing, shallow depth (varying from 15 to 25 feet) sheet pile wall.  Pittman filed suit for additional cost associated with performing work in differing site conditions, from those indicated in the original contract drawings.  The U. S. Army Corps of Engineers, deferred the issues to being those of the contractor.  The administrative judge, in her ruling, blamed the contractor for the construction errors and turned down Pittman's request for more funds.  Pittman Construction is now out of business (A firm called CR Pittman Construction, also based in New Orleans, is a separate company).[1]

During the 1990's the U. S. Army Corps of Engineers, was proponent to a course titled, "Earthwork Quality Verification Training."  The course was given to project engineers, construction representatives, construction inspectors, and contractors.  The course gives explicit illustrations on how important it is to have strong base when placing levee embankment material in areas that water flow must be controlled.  Indicated below is an excerpt of a diagram (Plat IV) in which the U. S. Army Corps of Engineers conveyed that an impervious material must be placed beneath the levees through to a good soil layer, less pervious and/or an impervious layer is reached.[2]

PX-0109-0121

VI. 1



## POSITIVE SEEPAGE CUTOFF

### a



## PRESSURE RELIEF WELLS

### b

PLATE 4

PX-0109-0122

Most of these types of soil layers occurred during the geological time of the Quaternary period, and prior to Pleistocene (modern man existence began late during this time) system.[3]  In southern Louisiana, this period is marked by a geosyncline (*geo*-[earth] *syncline*- [structural trough])[4], which starts at Baton Rouge at the ground surface and meanders to approximately 70 feet below sea level in New Orleans.  Just above the geosyncline are soils which contain organics (decayed wood, corpse, shells, etc.).  This type of soil is classified as humus, and is never to be utilized by engineers in their designs as suitable foundations for structures.  The geosyncline is common knowledge to most Southeast Louisiana civil engineers and construction firms.  Indicated below is a diagram of southeast Louisiana's geosyncline:

PX-0109-0123

During the construction process, normally it is the contractor's responsibility to perform quality control procedures. Quality control is a system of inspections and corrections to assure that the contractor is providing the owner with the material, and/or equipment specified in the plans and specifications. The owner and its representatives are responsible for quality assurance (random inspection, announced and unannounced). If something is wrong on a job it is the contractors moral obligation, to report all findings during construction and to perform all construction procedures in a safe manner.[5]

As professionals, civil engineers should conform to the following canons (code of conduct) as they perform their duties.

1.  Hold paramount the safety, health and welfare of the public. (This also implies a commitment to conservation of energy, and improvement of the environment, to enhance the quality of life.)

2.  Act for every employer or client as faithful agents or trustees and avoid conflict of interest.

3.  Apply to the fullest extent their knowledge and skill to every client's project.

4.  Perform services only in areas of competence, in other areas, engineers may engage or collaborate with qualified associates, consultants, or employees for performing assignments.[6]

McElwee Brothers Inc. (MBI) job was to install box culvert canal sections, sluice gate structure, flood wall and dolphin structure. As a construction firm its moral obligation was to construct this work utilizing appropriate quality control procedures which included an independent consulting engineering services, in accordance with local, state, and federal safety

Melvin M. L. McElwee, Jr.                Page 7 of 13                    12/1/2005

PX-0109-0124

standards. During the construction of this project, important geological information (humus soil conditions) were revealed in which always existed in the New Orleans Metropolitan Area and needs to be consider in future design and construction of a flood protection system for south Louisiana "below interstate 10". MBI photo illustrated below, indicates the existing soil conditions;



McElwee Brothers, Inc.'s photo of temporary retaining structure excavation.

Melvin M. L. McElwee, Jr.          Page 8 of 13          12/1/2005

McElwee00125

PX-0109-0125



McElwee Brothers, Inc.'s photos of temporary retaining structure excavation.



PX-0109-0126

When designing a new T- wall structure the Corps did not take into account the soil conditions, which impacted the production rate of MBI's dewatering system. The Corps was informed of excessive water in the excavation near the "T"- wall location. However, the Corps did nothing to study, alter or re-examine the system designed to accommodate the designated soil conditions. Before the "T"- wall structure was to be installed, the plans required MBI to pull piles that already existed. The specification directed the contractor to cut the existing piles at the base of the foundation. The Corps refused to see the error, and instructed McElwee Brothers to pull the existing piling rather than cut them. Under protest McElwee Brothers, pulled the existing piling as directed by the Corps.

By pulling the piles, voids were created that weakened the already insufficient soils conditions. To fill the voids the Corps ordered MBI to place, a water based treatment clay, (bentonite), which has no sufficient strength, in the existing foundation openeings. MBI purchased new piling and made arrangements to drive them in accordance with the plans and specifications. McElwee Brothers drove the piling according to the design. The design was purportedly based on existing soil conditions. In following the design to its specifications the piling were going to reach its bearing capacity "maximum strength" in a layer of dense sand. After following the design to its specifications the piles did not reach their bearing capacity, because there was no layer of dense sand.

Melvin M. T. McElwee. Jr            Page 10 of 13            12/1/2005

McElwee00127

PX-0109-0127

The Corps required MBI to start driving the piles. The Corps Geotechnical Engineer was present to observe the beginning of the pile driving operation. The USACOE approved the specified means and methods and the work performed by MBI. Although, MBI followed the design to its specifications and plans and the piles cracked, the Corps faulted MBI for the flaw. The "T"- wall structure did not have a sufficient amount of strength, somewhat like the levee system. This flaw in the design was due to inaccurate soils information given to the contractor during the bidding phase.

The Corps had Eustis Engineering, its consulting firm,  perform an inspection, to tell the conditions of the existing piles. Eustis felt that the hammer was too big, but this was the hammer Eustis had approved. Eustis did question why the Corps did not test the pile program that was recommended in the Eustis Report. The Corps felt that the existing number of piles did not warrant further testing. If the test pile program was correctly given, the re-design of the piling system would have been apparent.

Immediately upon accusing MBI, MBI requested that its geotechnical consultant, Gore Engineering, take soil borings and soil samples on the exact location of the "T"- wall pile foundation. Gore results were different than the plans and specifications containing the soil conditions. Gore Engineering soils sampling illustrated that there was no dense sand layer, rather it was a soft layer, to support the "T"-wall design by the Corps., and MBI performance could not be ruled as the factor for the piling cracking during installation.

PX-0109-0128

" Following the Gore Report and the determination that the contract specifications were defective, the Corps had ordered a re-design of the piling support system to the T wall. By these actions the Government has admitted their original specifications were defective. As a result of pointing out this design defect, the Corps defaulted MBI (McElwee Brothers, Inc. & Tri-State Design Construction, Inc. [A Joint Venture]).

Such defect is an unforeseeable cause beyond the control and without the fault or negligence of MBI for such work is compensable and a Termination for Default is unreasonable.

In conclusion, the first and most important moral obligation of an engineer is public safety. An engineer should pick the type of design that is in the best interest of public safety. The U.S. Army Corps of Engineers was responsible for approving all levees designed in the New Orleans Metropolitan Area. In south Louisiana, the public's growing concern is still the unanswered question, "Why did the U. S. Army Corps of Engineers issue contracts to build on unstable soil conditions?" Is the Corps liable for this engineering oversight?

PX-0109-0129

# Bibliography

1. Myers, Lisa. "New Orleans Levee Reported Weak in 1990's." <u>NBC News</u> 30 Sept. 2005.

2. U. S. Army Corps of Engineer Waterways Experiment Station. "Earthwork Quality Verification Training Course" <u>Embankment Construction.</u> Vicksburg, MS 1990. Plate IV

3. "Geological Time" <u>Webster Dictionary</u> 1992 ed.

4. "Geosyncline" <u>Microsoft ® Encarta® Online Encyclopedia</u> 2005

5. Merritt, Fredrick S. and Jonathan T. Ricketts, "Building Design and Construction Handbook" <u>Traditional Construction Procedures</u> New York: McGraw-Hill, Inc., 1994

6. Merritt, Fredrick S., M. Kent Loftin, and Jonathan T. Ricketts, "Standard Handbook for Civil Engineers" <u>Performance Criteria for Civil Engineers</u> New York: McGraw-Hill, Inc., 1995

PX-0109-0130

CELMN-CD-NO-L                                    26 Mar 90

MEMORANDUM THRU Area Engineer, New Orleans

FOR  C/Const Div, ATTN:  Proj Mgmt Sec

SUBJECT:  Narrative Completion Report for Contract No.
DACW29-89-C-0025, Lake Pontchartrain, LA & Vicinity, High Level
Plan, N.O. Lakefront Levee, West of the I.H.N.C., Seabrook
Floodwall, New Orleans, LA

1.  The subject contract dated 8 Dec 88 was awarded to River Road
Construction, Inc., P.O. Box 1406, Mandeville, LA  70470.  The
notice to proceed was issued on 30 Jan 89, with construction to
commence no later than 13 Feb 89.  The original completion date
was 25 Feb 90, with the original estimated amount of the contract
being $1,332,000.00.

2.  Listed below are the bid items, quantities and unit prices
for the contract:

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|---|---|---|---|---|---|
| 1. | MOBILIZATION AND DEMOBILIZATION | Lump Sum | LS | 40,000.00 | 40,000.00 |
| 2. | CLEARING AND GRUBBING | Lump Sum | LS | 20,000.00 | 20,000.00 |
| 3. | FERTILIZING AND SEEDING | Lump Sum | LS | 7,000.00 | 7,000.00 |
| 4. | EMBANKMENT, SEMI-COMPACTED FILL | 7,500 | CY | 10.00 | 75,000.00 |
| 5. | EMBANKMENT, COMPACTED FILL | Lump Sum | LS | 90,000.00 | 90,000.00 |
| 6. | STRUCTURAL EXCAVATION AND BACKFILL | Lump Sum | LS | 15,000.00 | 15,000.00 |
| 7. | PILING, CONCRETE PRECAST, PRESTRESSED (12" x 12") | 1,830 | LF | 26.00 | 47,580.00 |
| 8. | PILING, STEEL SHEET, TYPE PZ-22 | 700 | SF | 22.00 | 15,400.00 |



EXHIBIT

10

c2 - 2257

NED-049-000008269

**McElwee00131**

RECEIVED AT

APR 1 6 1990

ADMN UNIT
CONST. DIV.

NED-049-000008270

McElwee00132

CELMN-CD-NO-L
SUBJECT: Narrative Completion Report for Contract No.
DACW29-89-C-0025, Lake Pontchartrain, LA & Vicinity, High Level
Plan, N.O. Lakefront Levee, West of the I.H.N.C., Seabrook
Floodwall, New Orleans, LA

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|---|---|---|---|---|---|
| 9. | PILING, STEEL SHEET, TYPE PSA-23 | 250 | SF | 22.00 | 5,550.00 |
| 10. | PILING, STEEL SHEET, TYPE PZ-27 | 18,350 | SF | 15.50 | 284,425.00 |
| 11. | STRUCTURAL STEEL GATES, MISCELLANEOUS METALS, AND SPECIALTY ITEMS | Lump Sum | LS | 115,000.00 | 115,000.00 |
| 12. | REINFORCED CONCRETE FLOODWALLS | Lump Sum | LS | 187,795.00 | 187,795.00 |
| 13. | RELIEF WELLS | 380 | LF | 185.00 | 70,300.00 |
| 14. | RELIEF WELLS, | 9 | EA | 1,500.00 | 13,500.00 |
| 15. | ROADWORK AND PAVING | Lump Sum | LS | 97,000.00 | 97,000.00 |
| 16. | RAILROAD FALSEWORK | Lump Sum | LS | 80,000.00 | 80,000.00 |
| 17. | CHAIN LINK FENCE | Lump Sum | LS | 6,500.00 | 6,500.00 |
| 18. | RELOCATION OF 16-INCH WATERLINE | Lump Sum | LS | 52,000.00 | 52,000.00 |
| 19. | RELOCATION OF 12-INCH WATERLINE | Lump Sum | LS | 37,000.00 | 37,000.00 |
| 20. | RELOCATION OF 2-INCH WATER SERVICE | Lump Sum | LS | 5,000.00 | 5,000.00 |
| 21. | FLOODWALL UTILITY CROSSINGS | Lump Sum | LS | 16,000.00 | 16,000.00 |
| 22. | 15-INCH STORM DRAINAGE SYSTEM | Lump Sum | LS | 11,000.00 | 11,000.00 |

2

NED-049-000008271

McElwee00133

PX-0109-0133

CELMN-CD-NO-L
SUBJECT:  Narrative Completion Report for Contract No.
DACW29-89-C-0025, Lake Pontchartrain, LA & Vicinity, High Level
Plan, N.O. Lakefront Levee, West of the I.H.N.C., Seabrook
Floodwall, New Orleans, LA

| Item No. | Description | Estimated Quantity | Unit | Unit Price | Estimated Amount |
|---|---|---|---|---|---|
| 23. | 18-INCH STEEL DRAIN LINES | Lump Sum | LS | 38,000.00 | 38,000.00 |
| 24. | 12-INCH RCP CULVERT | Lump Sum | LS | 3,000.00 | 3,000.00 |
| | | | TOTAL | | $1,332,000.00 |

3.  The preconstruction conference was held at the NOAO on 19 Jan
89 with the following in attendance:

| | | |
|---|---|---|
| Chester Ashley | Area Engr | NOAO      COE |
| Ward Purdum | Supv Civ Engr | NOAO      COE |
| Paul Tilly | Proj Engr | NOAO      COE |
| John Baudoin | Proj Insp | Mel, Inc. |
| Tom Murphy | Proj Engr | Const Div, COE |
| Charles Laborde | Struc Engr | Engr Div, COE |
| Sheila Enclade | Contr Spec | Contr Div, COE |
| Mike Curole | Safety Engr | Safety Ofc, COE |
| Gerard Whittle | Vice President | River Road Const. |
| Larry Fannaly | Proj Supt | River Road Const. |
| Hun Nguyen | EIT | New Orleans S&WB |
| Gerald Preau | Civil Engr | New Orleans S&WB |
| Brenton Morse | C/Plng | New Orleans Dock Board |
| Charles Anthon | Super | M.C. Anthon Waterwells |
| Pete O'Neil | Oper Mgr | Dravo Basic Materials |
| Sheila Oser | Engr | South Central Bell |
| Long Nguen | EOS Engr | NOPSI |
| Frank Vicidomina | Engr | Orleans Levee Board |
| James Randall | Captain | N.O. Harbor Police |
| T. R. Riley | Sig Proj Engr | Southern Railroad |
| H. B. Anderson | Div Engr | Southern Railroad |
| J. A. McGill | Bridge Sup | Southern Railroad |
| T. L. Shindelar | Sig & Elec Sup | Southern Railroad |
| A. D. Bryson | Trainmaster | Southern Railroad |
| F. D. Fowler | Term Sup | Southern Railroad |
| Robert Silk | Plan Engr | Norfolk-Southern RR |

3

NED-049-000008272

McElwee00134

PX-0109-0134

CELMN-CD-NO-L
SUBJECT:  Narrative Completion Report for Contract No.
DACW29-89-C-0025, Lake Pontchartrain, LA & Vicinity, High
Level Plan, N.O. Lakefront Levee West of the I.H.N.C.,
Seabrook Floodwall, Orleans Parish, LA

4.   The Notice to Proceed was signed by the Contractor on 31
Jan 89 and construction began immediately.  The contractor
mobilized a Case 580 backhoe with attached hoe-ram and began
demolition of concrete to make way for the excavation of the
inspection trench.  Nothing of historical value was
discovered; however, two unknown underground obstructions were
encountered.  Reference modifications P00001 and P00002 which
contain information on these obstructions.

5.   On 14 Mar 89, the driving of 19,331 sq. ft. of steel sheet
piling commenced.  All of the piling was domestic and forged
at Bethleham Steel.  Three types of sheet piling were utilized
on this project, these included 18,414 sq. ft. of PZ-27 sheet
piles, 638 sq. ft. of PZ-22 sheet piles, and 279 sq. ft. of
PSA-23 sheet piles.  The sheet piling in the area of the
obstructions and utilities were left standing until proper
modifications to the utilities and obstructions were
performed, then the sheet piles were driven to grade.  All
sheet piles were driven to grade, therefore, there were no
deducts;  the contractor demobed his equipment for this
operation on 8 Aug 89.

6.   On 18 Apr 89, the first structural site cast concrete was
placed for this contract.  The contractor used the Burke Crane
Set Forming System for the construction of the I-wall
monoliths.  Quality Assurance was maintained daily thru
concrete test cylinders tested by the soils laboratory at the
New Orleans District.  All operations for this item of work
was completed by 27 Oct 89.

7.   On 14 Mar 89, modifications to the existing utilities and
the construction of a drainage system, for the floodside of
the floodwall in the area of the Seabrook Bridge, began.  All
modifications to existing utilities were completed by 7 Dec
89.

8.   On 18 May 89, The driving of the first 12' X 12' precast
concrete piles began.  The piles were cast by Standard
Materials Prestressed in Slidell, Louisiana.  On 6 Mar 89, a
revision to the pile schedule for Gate No. 2 decreased the
amount by 25' from 980 LF to 955 LF thus the total amount

4

NED-049-000008273

McElwee00135

PX-0109-0135

CELMN-CD-NO-L
SUBJECT: Narrative Completion Report for Contract No.
DACW29-89-C-0025, Lake Pontchartrain, LA & Vicinity, High
Level Plan, N.O. Lakefront Levees West of the I.H.N.C.,
Seabrook Floodwall, Orleans Parish, LA

required was 1909.5 LF. The actual amount in place was 1816.5
LF with 93.0 LF being cut-off which all occurred at Gate No.
3. Records of this data are located in the contract file.

9. On 14 Aug 89, work began on the embankment fill item of
this contract with material being loaded by the contractor at
his approved alternate borrow pit, located off of Chef Menteur
Highway, into owner-operated trucks where the material was
then hauled to the project site on a per load basis. The
material was spread and semi-compacted by a 1150 Case dozer.
All fully compacted fill was compacted by a Galion Pad Foot
Vibratory compactor. All field compaction tests were
performed by Professional Service Industries, Inc., New
Orleans, and all moisture control testing was accomplished by
contractor Quality Control personnel with the records of these
tests in the contract file and the Government's Quality
Assurance Reports. In the Haynes Blvd. access ramp,
approximately 12,100 cubic yards of fully compacted fill was
placed. Approximately 5,050 cubic yards of semicompacted fill
was placed into the levee section for this project. Quality
Assurance was accomplished by Mr. M. J. Broussard,
Construction Inspector, NOAO, for assuring the contractor
complied with borrow area limitations and with all fully
compacted and semicompacted fill requirements.

10. Three swing gates were incorporated into this project.
Jurisich Industrial Machine and Contractors of Slidell, LA
fabricated the gates and specialty items, sandblasted and
painted the gates. Five coats of vinyl primer (two white and
three gray) and two coats of vinyl copolymer (blue) were
applied to the gates as called for in the specifications.
Installation of the gates commenced on 13 November 1989 with
the final installation being completed on 7 December 1989.
Quality Control was maintained by the daily inspection and
reporting by the prime contractor, River Road Construction,
Inc. Quality Assurance was accomplished during the
fabrication of the gates by Mr. John Baudoin, A/E inspector,
and Mr. Melvin McElwee, Construction Inspector - NOAO, who
visited the Jurisich plant on a regular basis.

11. On 23 June 1989, Laiche Paint and Sandblasting Co., Inc.,
Kenner, LA commenced sandblasting the flood side and the
protected side of the floodwall. The sandblasting was done to
create an exposed aggregate finish to the floodwall. The

5

NED-049-000008274

McElwee00136

PX-0109-0136

CELMN-CD-NO-L
SUBJECT: Narrative Completion Report for Contract No.
DACW29-89-C-0025, Lake Pontchartrain, LA & Vicinity, High
Level Plan, N.O. Lakefront Levee West of the I.H.N.C.,
Seabrook Floodwall, Orleans Parish, LA

application of one coat of cementitious paint and two coats of
acrylic emulsion paint were applied to the borders of the
floodwall (everywhere that was not sandblasted). The
cementitious paint was Thoroseal - Louisiana Gray and the
acrylic emulsion paint was Glidden Porpoise (No. 20802).

12. Merlin Anthon, Waterwell Contractors, successfully
drilled and tested nine (9) "Relief Wells" in accordance with
the contract plans, specifications and approved submittals.
All drill and well logging reports were forwarded to the New
Orleans Area Office; from there these logs were placed in the
contract file while a copies of these logs were sent to
Engineering Division in accordance with the specifications.

13. On 5 October 1989, the contractor began his incidental
paving operation by replacing 10 sq. yds. of pavement in the
area underneath the Seabrook Bridge. This pavement was
removed to allow for the driving of the sheet piles in
connection with the reinforced "I" wall that runs underneath
the Seabrook Bridge. This area along with the area that runs
along the Lake Pontchartrain side of the Seabrook Bridge, W/L
Sta. 10+62 to W/L Sta. 12+23 was paved to make this strip
maintenance free. The flood and protected sides of Gate No. 3
on Boat Launch Road were repaved due to the demolition of the
roadway to allow for the construction of the base slab and
monolith of the gate. An additional 20' of roadway had to be
removed on the flood side of Gate No. 3 to allow the gate to
swing freely to its fully open and close positions. This was
handled under modification no. P00007.

14. On 26 November 1989, Pala-Interstate of Baton Rouge, LA
commenced the relocation work of the three (3) water lines,
one (1) manhole and one (1) fire hydrant. Pala-Interstate
also installed a valve manhole at the intersection of Haynes
Boulevard and France Road. The three (3) relocated water
lines were a 16" diameter along Haynes Boulevard Access Ramp,
a 12" diameter along France Road and a 2" diameter water
service for Dravo Materials. The fire hydrant was installed
along France Road. All work was done in accordance with the
Sewerage and Water Board inspection, testing, and chlorination
specifications. This item of work was completed on 13
December 1989.

6

NED-049-000008275

McElwee00137

PX-0109-0137