


McElwee00037

EXHIBIT 11