

# DEPARTMENT OF THE ARMY

NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

April 17, 2002

SELA Orleans Resident Office

SUBJECT: Contract Number DACW29-01-C-0035, Southeast Louisiana, Dwyer Road Drainage
Pumping Station Improvements, Discharge Tubes and Canal, Orleans Parish, Louisiana

McElwee Bros., Inc. & Tri-State Design Const. Co., Inc. (A Joint Venture)
P. O. Box 1410
Independence, Louisiana 70443

Gentlemen:

I have determined that your overall performance on the subject contract has been
unsatisfactory to date. Therefore, as I verbally informed you at our April 11, 2002, biweekly
status meeting, I am recommending to the contracting officer that an Interim Unsatisfactory
Performance Evaluation be issued on this contract. The individual elements evaluated in
determining this Interim Unsatisfactory Performance Evaluation are listed and described
below.

    a)  Quality Control – Marginal

    b)  Timely Performance – Unsatisfactory

    c)  Effectiveness of Management – Unsatisfactory

    d)  Compliance with Labor Standards – Satisfactory

    e)  Compliance with Safety Standards – Marginal

The ratings in the above elements are based on the following:

    a)  Quality Control – Marginal

Although very little of the permanent construction has been accomplished to date, the
overall quality of workmanship on that work which has been performed is marginal.
Some of the temporary work inspected to date has been found to be incorrect,
requiring removal and/or replacement. Other work has been inspected and found to be
unsatisfactory, however, because of the temporary nature of this work, we did not
require you to remove it, but rather allowed you to repair it.

)1825

GAIC000807

McElwee00431



PX-1236-0001

05/03/2002  06:06    985-8780064                    MBI TSDC                                          PAGE  06
                                                                              NO.478    P.3/5

Although an adequate CQC Plan has been prepared and accepted for the project, your onsite quality control personnel have not sufficiently implemented it. Documentation of the control procedures is marginal, and very little description of the actual control activities has been placed into the CQC reports.

Storage of required materials has been marginal. Items have been left in the staging area unprotected from the elements. In the case of the pre-cast concrete discharge box culverts, you were required to protect this material from becoming saturated prior to an anticipated freeze. This was necessary because of your failure to include the required air-entraining admixture in your concrete mix design. During a visit to the casting yard where the material is being stored, it was discovered that the covering for the material was not being maintained.

Although submittals and/or plans for the work were approved prior to beginning an activity, in some instances you deviated from the approval without informing this office. These situations have required additional information to be provided, but you have often failed to obtain approval of this additional information prior to proceeding with the activity.

There have been several meetings between our respective offices in an attempt to correct the above problems, however, you have not address all of the issues discussed at these meetings and therefore some of the problems have not been rectified.

b)  Timely Performance - Unsatisfactory

The overall timeliness of performance on the project has been unsatisfactory. Although an adequate construction progress chart was originally submitted and approved for the project, you have failed to adhere to this schedule. Delays have not been efficiently resolved and required documentation has not been submitted in a timely manner with respect to performance of the work.

At the follow-up Partnering Meeting of February 14, 2002, it was agreed that an updated construction progress chart would be submitted to this office by February 28, 2002. At each subsequent biweekly status meeting, I have asked for the updated progress chart. On each occasion you agreed to furnish the update by a certain date. As of the date of this letter we have received no such update.

In the absence of an updated construction progress chart, you submitted a supplementary progress chart for the work that is required to install the welded steel discharge tubes through the flood protection and under Jourdan Road. On January 18, 2002, you presented this supplement and detailed the operation necessary to accomplish the work described in it. Although it was agreed that work would proceed as outlined on this supplement, you have failed to follow the

JV 001826

GAIC000808

McElwee00432

PX-1236-0002

05/03/2002  06:06    985-8780064                    MBI TSDC                                    PAGE  07

. ..... . . . . . .      4. SLITH    SELH ORLEHNS                                      NO.478    P.4/5

necessary steps outlined in your presentation.  As a result, problems have arisen
and delays to the supplementary schedule have occurred.

The Government estimates that based on your rate of progress on the job, you will
not be able to complete the project by the current revised contract completion date
of November 27, 2002.


c)  Effectiveness of Management - Unsatisfactory

Your overall effectiveness of management has been unsatisfactory.  You have
failed to cooperate with and respond to the Government and it's concerns about
the state of the project, other than to insist that you are on schedule and will
complete the project on time.  However, you have yet to submit an updated
progress chart and plan to show how this will be accomplished.  As of the date
of this letter, roughly twelve (12) months of contract time have elapsed and
virtually no permanent work has been completed.

You have failed to exhibit the planning and management skills necessary to
construct a project of this scope.  In many instances your focus has been on the
task at hand with little or no thought given to the subsequent tasks to be
performed.  In several instances this failure to plan ahead has caused problems
that have undoubtedly delayed the overall completion of the project.

Your jobsite supervision has been marginal at best.  You have repeatedly stated
that you plan to bring an experienced individual to the site to superintend the
work.  At our February 14, 2002 follow-up Partnering Meeting, you introduced
Mr. Murray Seals as your new superintendent.  However, shortly after this
meeting, Mr. Seals was terminated and you have yet to replace him with an
experienced superintendent.


e)  Compliance with Safety Standards - Marginal

Although an adequate Accident Prevention Program has been prepared and accepted
for the project, it's implementation has been hampered by a lack of experienced
personnel.  There has already been one reportable accident on the project, although it
did not result in lost time.

JV 001827

GAIC000809

McElwee00433

PX-1236-0003