

**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT. CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

April 29, 2002

SELA Orleans Resident Office

SUBJECT: Contract Number DACW29-01-C-0035, Southeast Louisiana, Dwyer Road Drainage Pumping Station Improvements, Discharge Tubes and Canal, Orleans Parish, Louisiana

McElwee Bros., Inc. & Tri-State Design Const. Co., Inc. (A Joint Venture)
P. O. Box 1410
Independence, Louisiana 70443

Gentlemen,

This letter constitutes the formal minutes of the biweekly status and submittal meeting held at the New Orleans Area Office Conference Room on April 11, 2002, for the above subject contract. The following individuals were in attendance:

| Name | Org | Code | Title |
|---|---|---|---|
| Tim Roth | COE | CD-NO-O | Resident Engineer |
| Domingo Elguezabal | COE | CD-NO | Area Engineer |
| Diane Pecoul | COE | CT-E | Contracting Officer |
| Bruce Terrell | COE | CD-A | Assistant Chief of Const. |
| Ward Purdum | COE | CD-QA | Chief Quality Assurance |
| Glenn Gremillion | COE | CD-NO-O | Team Leader |
| William Rossingol | COE | CD-NO-O | Project Engineer |
| Renato Basurto | COE | CD-CS | Construction Manager |
| Rob Dauenhauer | COE | ED-T | Engineering Division |
| Steve Conravey | COE | CD-CS | |
| Brook Brown | COE | CD-NO-O | Office Engineer |
| Frank Vojkovich | COE | ED-FS | |
| Kelly Gele | COE | CT-E | |
| Lori Wingate | COE | PPMD | |
| Mike Dixon | | | Dixon Engineering |
| Melvin McElwee | | | McElwee Brothers/Tri State |
| Jim Lumsden | | | Design Engineering |
| Jim Legendre | | | I.L.S.I. Engineering |
| John Holtgreve | | | DEI |
| Sylvie Auiet | | | McElwee Brothers/Tri-State |
| Todd Jacquet | | | McElwee Brothers/Tri-State |

The meeting began when Mr. Roth phoned Mr. Ron Davis of Tri-State. Mr. Roth then asked everyone present to introduce themselves. Mr. Gremillion then presented a brief overview of

McElwee00427



EXHIBIT 13

GAIC001367

PX-1237-0001

the minutes from the March 14, 2002, status meeting. Mr. Roth then asked the contractor to give everyone present a summary of the progress and upcoming work. Mr. McElwee proceeded to hand out an updated progress schedule. Mr. McElwee informed everyone that the project was approximately 37% complete, but this only included material cost for sluice gates and concrete discharge tubes, and as of Monday, he was currently on schedule. With the overview of operations complete, Mr. McElwee addressed specific items as follows:

1. Piling under T-wall:

   Mr. McElwee stated that on Monday Mr. Roth explained that these piles were to be removed in their entirety. Mr. McElwee explained that he would do this, but under protest. Mr. McElwee also stated that he planned on mobilizing a crane to pull the piles and that Mr. Dixon was currently planning on how to pull the piles. Mr. Roth then asked about the backfilling of the voids left from pulling of piles. Mr. Dixon stated that while pulling piles grout would be simultaneously injected. Mr. Elguezabal then asked Mr. McElwee about the project schedule, which showed the piling pulled by the 29th of April. Mr. Gremillion stated that the Corps still needed a plan for pulling of the piles. Mr. McElwee then stated he would have a plan by Monday.

1. Dewatering System:

   Mr. McElwee stated that the Dewatering system was approved one week ago and is currently functioning as intended. Mr. McElwee also stated that Entergy still needed to provide service for the diesel pumps. Mr. McElwee mentioned that the piezometers were reading ok, but during the last storm the readings were higher than normal.

2. 84" Discharge Tubes:

   Mr. McElwee discussed the 84" Tubes, and that there are 9 onsite and 27 total. Mr. McElwee also stated that the VCEP to Jack and Bore tubes was still being evaluated.

3. Two Week Outlook

   Mr. McElwee concluded by saying that a crane would be mobilized on the 15th of April and the he was waiting on answer for probe piles. Mr. Gremillion proceeded to say that an answer would be given today or tomorrow.

Then a question was asked about the Flood Protection Plan. Mr. McElwee explained that sheets would be driven to close any gaps. Mr. Roth explained that calculations would be needed to ensure that sheets would work. Mr. Elguezabal then asked about the pulling of concrete piles under T-wall and if the by-pass road would have to be closed and Mr. McElwee said yes. Mr. Dixon provided a sketch of how the position of the crane would look when pulling piles, and Mr. Dixon also stated that the crane would be on mats while traversing on the by-pass road. Mr. Elguezabal then asked Mr. McElwee how many days would take to pull piling and Mr. Dixon replied with 17 days.

Mr. McElwee then proceeded to site FAR Clause 52.236-21 and state that this clause gives the following statement. "In case of difference between drawings and specifications, the specifications

**McElwee00428**

GAIC001368

**PX-1237-0002**

shall govern." Mr. McElwee then asked Mr. Jacquet to read specification 02070, which contains the demolition of T-wall. Mr. Jacquet proceeded to read the specification and Mr. McElwee stated that this specification only requires that the piling be cut at the base of the piling and this portion be removed, not the whole piling like the drawing says.

With no further comment on the status or schedule of the work, the required submittals were reviewed as follows:

1. Submittal 0059 (Item No. 9 & 10) Temporary Retaining Structure – Phase IV Modified, Excavation Plan – Phase IV Modified. (Supplemental to Trans. No. 50)

    This submittal is currently in process.

2. Submittal 0058 (Item No. 8) Dewatering, Intial Testing.

    This submittal is currently in process.

3. Submittal 0057 (Item No. 49) Concrete Pile Extraction Equipment.

    Waiting on plan from contractor.

4. Submittal 0056 (Item No. 25) Pile cutting Plan.

    This plan has been investigated and found to be unacceptable. Pulling required in accordance with the contract.

5. Submittal 0055 (Item No. 11) Timber Piles PP-1 thru PP-6

    Separate correspondence is forthcoming.

6. Submittal 0054 (Item No. 49) H and pipe piling driving Equipment.

    This submittal is currently in process.

7. Submittal 0053 (Item No. 49) Formwork for Concrete.

    This submittal is currently in process.

8. Submittal 0052 (Item No. 49) Wood Pile Driving Equipment, Pile Collars.

    This submittal is currently in process.

9. Submittal 0050 (Item No. 9 & 10) Temporary Retaining Structure – Phase IV Modified; Excavation Plan – Phase IV Modified. (Resubmittal of 36, 25, 20 & 15).

The additional information required from J. M. Dixon Consultants was received on March 6, 2002 and is being reviewed by the Government.

10. Submittal 0047 (Item No. 10) General Excavation.

The information required for this submittal was received on February 28, 2002 and is being reviewed by the Government.

With no further comments or questions, the meeting was adjourned.

If you have any questions, please contact Mr. William Rossignol or Mr. Glenn Gremillion at 861-2439.

Sincerely,

Timothy J. Roth
Administrative Contracting Officer

Encl

CF:
Mr. Ronald Davis
Tri State Design Construction Company, Inc.
7401 Old York Road
Elkins Park, Pennsylvania 19027

Mr. Jim Lumsden
Design Engineering, Inc.
3330 W. Esplanade Avenue South
Suite 205
Metairie, Louisiana 70002

Mr. Jim Legendre
ILSI Engineering
4300 S. I-10 Service Road, Suite 113
Metairie, Louisiana 70006

McElwee00430

GAIC001370

PX-1237-0004