

**DEPARTMENT OF THE ARMY**
NEW ORLEANS DISTRICT, CORPS OF ENGINEERS
P.O. BOX 60267
NEW ORLEANS, LOUISIANA 70160-0267

REPLY TO
ATTENTION OF:

March 6, 2002

SELA Orleans Resident Office

SUBJECT: Contract Number DACW29-01-C-0035, Southeast Louisiana, Dwyer Road Drainage Pumping Station Improvements, Discharge Tubes and Canal, Orleans Parish, Louisiana

McElwee Bros., Inc. & Tri-State Design Const. Co., Inc. (A Joint Venture)
P. O. Box 1410
Independence, Louisiana 70443

Gentlemen:

This letter constitutes the formal minutes of the biweekly status and submittal meeting held at the SELA Orleans Resident Office on February 28, 2002 for the above subject contract. The following individuals were in attendance:

| Name | Org | Div | Role |
|---|---|---|---|
| Tim Roth | COE | CD-NO-O | Resident Engineer |
| Glenn Gremillion | COE | CD-NO-O | Team Leader |
| David Pavur | COE | CD-NO-O | Project Engineer |
| Steve Falati | COE | CD-NO-O | Project Inspector |
| Renato Basurto | COE | CD-CS | Construction Manager |
| Rob Dauenhauer | COE | ED-T | Engineering Division |
| Frank Vojkovich | COE | ED-FS | Engineering Division |
| Melvin McElwee | | | McElwee Bros/Tri |
| Todd Jacquet | | | McElwee Bros/Tri |
| Jim Lumsden | | | Design Engineering |
| Jim Legendre | | | I.L.S.I. Engineering |

The meeting began with Mr. Roth asking the contractor to give everyone present a brief overview of the progress and upcoming work. Mr. McElwee proceeded to hand out a revised supplementary schedule for the work that must be accomplished prior to the beginning of hurricane season. Mr. McElwee informed that degrading of Jourdan Road is complete and that the I-wall and T-wall have both been saw cut and are now being demolished. Mr. McElwee also stated that the installation of the temporary retaining structure (TRS) in this area will begin immediately. Finally, Mr. McElwee informed that the welded steel discharge tubes (WSDT) have been ordered and are scheduled for delivery on April 1, 2002, and that work will continue in preparation of their installation. With the overview of operations complete, Mr. McElwee addressed specific items as follows:

1. Degrading of Existing Jourdan Road and the Operation of the Jourdan Road Bypass.

Mr. McElwee informed that the bypass road has been put into operation, and that it is functioning well. Truck traffic is slowing and there have been no problems with traffic entering or exiting the bypass. Mr. McElwee stated that existing Jourdan Road is degraded to the extent necessary to accomplish installation of the WSDT's, and that all of the shell base material is stockpiled behind the trailers. All other material from the degrading operation has been hauled offsite and disposed of. Mr. McElwee stated that the broken concrete from the demolition of the I-wall and T-wall would be used to line the degraded areas of Jourdan Road to help with slope stability.

2. Temporary Retaining Structure. (TRS).

Mr. McElwee stated that the contractor has received the additional information required for approval of the TRS from J. M. Dixon Consultants, and that the information will be assembled and provided to the Government following this meeting. This information was briefly reviewed and appeared to contain the necessary revisions.

3. Dewatering System.

Mr. McElwee stated that the additional information required for approval of the Dewatering System had also be received from J. M. Dixon Consultants, and that the information will be assembled and provided to the Government following this meeting.

Mr. McElwee informed that two installation procedures have been used for the piezometers, and that neither has worked as planned. The installation was attempted with a casing as previously discussed, but upon removal of the casing, the piezometer was extracted. Mr. McElwee stated that the procedure was revised and that one piezometer had been installed. The new procedure will be to drive and auger the casing and then drive and grout the piezometers. The casing will then be removed in sections such that the piezometers will not be extracted. Mr. McElwee informed that jetting the piezometers into place would also be investigated. It was agreed that the contractor would communicate with Mr. Falati on the status of the installation, and that once the most efficient method of installation is determined, the information will be provided for the Government's information.

Mr. McElwee informed that the first and second phase well points have been installed in the area of the concrete discharge tubes and appear to be functioning adequately. An electric pump is being prepared for installation and should be operational by day's end. The header pipe is installed and discharge information is being monitored daily. Mr. McElwee agreed to provide information on the dewatering system operation to the Government for review.

4. Demolition of the T-wall and I-wall.

Mr. McElwee stated that the demolition of the I-wall required for the Jourdan Road bypass is complete. The I-wall at the WSDT penetration location has been saw cut and demolished. The T-wall in this area has been saw cut and the stem is now being demolished. The footing of the T-wall will be demolished after the stem is removed. Mr. McElwee stated that in order to complete demolition of the north end of the T-wall, the TRS must be installed. Mr. McElwee informed that the entire demolition operation is proceeding well.

Mr. McElwee stated that once demolition of the footing is complete, a vibratory hammer would be outfitted with a pulling clamp in order to extract the concrete piles. Mr. McElwee expressed concern about the void that will be created by the pipe pulling operation and stated that because the tips of the piles penetrate the sand strata, he is worried about the infiltration of water into the voids and the possible undermining of the Jourdan Road bypass. Mr. Vojkovich stated that this is a valid concern, and that the holes must be immediately grouted with the required sand, cement and bentonite slurry from the bottom of the void upward. Mr. McElwee acknowledged. Mr. Roth asked Mr. McElwee to formulate the plan and procedure for this operation and provide it to the Government for review. Mr. McElwee agreed. Mr. Roth questioned Mr. McElwee about whether water was entering the excavation for the T-wall footing demolition and Mr. McElwee stated that it was, but that it is being controlled with sump pumps.

5. Two Week Outlook

   Mr. McElwee stated that operations will continue in accordance with the supplementary schedule provided at this meeting for the work associated with the installation of the WSDT. In addition, work will continue on the installation of the piezometers and the driving of the probe piles. Mr. Gremillion noted that the submittal for the preboring of the probe piles was still being reviewed. Mr. Lumsden stated he had completed the review and sent the submittal back to Mr. Dauenhauer. Mr. Lumsden informed that the proposed preboring procedure was acceptable. Mr. McElwee was given verbal permission to proceed with this operation. A Preparatory Meeting was scheduled for Friday, March 1, 2002 at 1300 at the project site.

With no further comment on the status or schedule of the work, the required submittals were reviewed as follows:

1. Temporary Retaining Structure (TRS) – Transmittal Numbers 25 and 36.

   Mr. McElwee stated that excavation and placement of the bedding material is scheduled to begin on March 26, 2002, pending final approval of this submittal. Mr. Gremillion reviewed the minutes of the meeting of February 19, 2002 and noted that the worst case load conditions and revised railroad loading must be reviewed and approved. Mr. McElwee stated that this information has been received from his consultant and will be forwarded for the Government's review and approval.

JV 005964

McElwee00421

GAIC000674

PX-1239-0003

2. Steel Sheet Pile – Transmittal Numbers 38 and 41.

   Mr. Lumsden stated that the material submittal has been reviewed and approved pending review of the layout shop drawings. Mr. Gremillion asked Mr. Lumsden and Mr. Dauenhauer if the sheet pile material could be ordered by the contractor. Both stated that they saw no reason why the material could not be ordered and Mr. McElwee was given verbal permission to order the steel sheet pile.

3. Re-steel Shop Drawings – Transmittal Number 39.

   It was noted that the review of this submittal has taken longer than thirty days because of the turnover of personnel at the New Orleans Sewerage and Water Board (NOS&WB). Mr. Gremillion questioned Mr. McElwee as to the need for the submittal and Mr. McElwee stated that approval would be needed within two weeks so that the material could be ordered. Mr. Lumsden stated that he had forwarded his comments to Mr. Dauenhauer. Mr. Dauenhauer stated that he would check with the NOS&WB and return the submittal as soon as possible.

4. Wood Pile Driving Equipment (Wet Rotary Methods) – Transmittal Number 44.

   Verbal approval of this item was given to Mr. McElwee at this meeting.

5. Welded Steel Discharge Tubes (WSDT) (Deflection Calculations) – Transmittal Number 46

   Mr. Lumsden stated that he had reviewed this submittal and noted that the calculations were performed for ½ - inch thick material. Mr. McElwee acknowledged that this was an error and that ¾ - inch thick pipe would be supplied. Mr. Lumsden stated that the calculations were acceptable and that the deflection for the ¾ - inch thick material would obviously be less than the deflection for the ½ - inch thick material. As such, no re-submittal is necessary.

With no further questions on the required submittals, the following issues were addressed

1. Updated Progress Chart for the Welded Steel Discharge Tube Installation.

   Mr. McElwee provided the updated schedule during this meeting.

2. Preparatory Inspection.

   It was agreed by the contractor and the Government, that these meetings will be scheduled when both parties are available. Mr. McElwee expressed concern that the availability of Government personnel may delay these meetings and impact the schedule of work. Mr. Roth assured Mr. McElwee that the Government does not

intend to delay the work, and informed Mr. McElwee that someone from both parties, who is associated with the project, must be present at the meeting. Mr. McElwee acknowledged.

3. Definable Features of Work.

   Mr. McElwee stated that the definable features were submitted with the original Quality Control Plan, but agreed to revise and update the list and provide it for the Government's information and as the scheduling tool for the Preparatory Inspections.

4. Flood Protection Plan.

   Mr. Roth explained to Mr. McElwee that the plan submitted on February 19, 2002 did not properly address how and in what time frame the temporary protection would be installed. As such, Mr. Roth informed Mr. McElwee that the plan is unacceptable. Mr. McElwee agreed to revise the plan and re-submit it by April 1, 2002.

With no further comments or questions, the meeting was adjourned.

If you any further questions, please contact Mr. Glenn Gremillion, 861-2439.

Sincerely,

*[signature]*
Timothy J. Roth
Administrative Contracting Officer

CF:
Mr. Ross Leslie
Tri State Design Construction Company, Inc.
7401 Old York Road
Elkins Park, PA 19027

JV 005966

McElwee00423

GAIC000676

PX-1239-0005