

# McElwee Bros., Inc.

&

TRI STATE DESIGN CONSTRUCTION COMPANY, INC.



### (A Joint Venture)

via facsimile (504) 862-2889 and via U. S. Postal Certified Mail Return Receipt Number 7001 2510 0000 2595 5893

Tuesday, June 24, 2003

Ms. Diane Pecoul, Contracting Officer
U. S. Army Corps of Engineers
P. O. Box 60267
New Orleans, Louisiana 70150-0267

Re:   Contract Number DACW29-01-C-0035, 8(a) Southeast Louisiana, Dwyer Road Drainage Pumping Station Improvements, Discharge Tubes and Canal, Orleans Parish, Louisiana; **FAR 52.243-7 Changes (b) Notification of Changes**.

Dear Ms. Pecoul,

    We are hereby providing notification of work that we believe is above and beyond the original contract scope. Reference attachment number 0001. The items listed under "ORDER OF NEGOTIATION" and "CLAIMS" are unfinished. The date, nature, and circumstances of the conduct is annotated in our daily CQC reports.

    We will forward detail cost upon completion of each item. Please provide your final decision within 60 days on all items.

In conclusion, the Joint Venture is committed to completion of the Flood wall. However we must have clear and concise directives, as it relates to any design changes made by the USACOE. If you require any additional information, please do not hesitate to contact our office.

Sincerely,

Melvin M. L. McElwee Sr., Managing Venturer

Attachment

XC: Great American Insurance Company
1120 Route 73, Suite 450
Mt. Laurel, NJ 08054

Jo Ann Lawerence, BOS
U. S. Small Business Administration
1661 Canal Street
New Orleans, LA 70112

Gary J. Rouse, Esq.
Koch and Rouse, LLC
Attorneys and Counsellors at Law
World Trade Center, 26th Floor
2 Canal Street
New Orleans, LA 70130

Randall Fish, Esq.
P. O. Box 220
LaCombe, LA 70445

Chief Counsel
U. S. Army Corps of Engineers
P. O. Box 60627
New Orleans, LA 70150-0267   via facsimile (504) 862-2827

McElwee Brothers, Inc. & Tri-State Design Construction Company, Inc. (AJV)   6/24/2003

McElwee00548

PX-2764-0002

CHANGE ORDER LOG

McELWEE BROTHERS
TRI-STATE DESIGN CONSTRUCTION COMPANY
(A JOINT VENTURE)

DACW29-01-

| ID No. | DESCRIPTION | ESTIMATED COST | TARGET DATE | TIME (CALENDAR DAYS) | NOTES |
|---|---|---|---|---|---|
| Amend 00001 | Time Extension 001 Adverse Weather - Rain | $0.00 | | 3.00 | FINALIZED |
| Amend 00005 | Add Companion Piles to Pile Numbers 290 and 293 | $504.00 | | 0.00 | FINALIZED |
| Amend 00006 | Time Extension 002 Adverse Weather - High Winds | $0.00 | | 1.00 | FINALIZED |
| Amend 00007 | Time Extension 003 Adverse Weather - High Winds | $0.00 | | 2.00 | FINALIZED |
| Amend 00008 | Time Extension 004 Adverse Weather - High Tide | $0.00 | | 1.00 | FINALIZED |
| P00019 | VECP (Jacking and Boring) | -$2,010.00 | | 0.00 | FINALIZED |
| CIN 003 | Correct Discrepancy between Plans and Specifications on the number of Piezometers | $21,275.32 | | 0.00 | FINALIZED |
| P00026 | GRANULAR FILL - 2034 CY | $120,006.00 | | 20.00 | FINALIZED |
| P00026 | GRANULAR FILL - 2000 CY | $71,000.00 | | 9.00 | FINALIZED |
| P00026 | GRANULAR FILL - 6000 CY | $143,340.00 | | 0.00 | FINALIZED |
| | **ORDER OF NEGOTIATION** | | | | |
| CIN 007 | MOB / DEMOB HURICANE PROTECTION PLAN | $259,398.65 | 25-Apr-03 | 24.00 | 5 June 03 First Session Negotiation took place |
| | Missing Cost of Driving the sheets w/ existing concrete piles in place. | | | | |
| CIN 008 | TROPICAL STORM HANNA | $23,015.65 | 9-May-03 | +30 | 5 June 03 First Session Negotiation took place |
| CIN 009 | TROPICAL STORM ISIDORE | $76,243.00 | 23-May-03 | 12.00 | 5 June 03 First Session Negotiation took place |
| CIN 010 | TROPICAL STORM LILI | $24,045.00 | 6-Jun-03 | 4.00 | 5 June 03 First Session Negotiation took place |
| Amend 00004 | Install Bentonite Slurry in holes after Existing Concrete Pile Extraction | $64,164.23 | 20-Jun-03 | 14.00 | TO USACOE 24 Mar 03 U.S. Certified Mail 7001 2510 0003 5969 |
| Amend 00002 | By Pass Road Layout Revision | $65,832.00 | 4-Jul-03 | 36.00 | SUBMITTED TO THE CORPS W/O IMPACTS |
| --- | Missing Cost of Placing Additional Water Stop and General Conditions Unidentified Abandoned 30" SFM | $270,864.52 | 15-Aug-03 | 25.00 | TO USACOE 29 May 03 U.S. Certified Mail 7001 2510 0003 5921 |
| TE 005 | Time Extension 005 Adverse Weather - I High Tide, 3 - Rain | $0.00 | | 4.00 | NF 30 to contractor |
| SUBTOTAL | | $1,157,678.17 | | 159.00 | |
| | **CLAIMS** | | | | |
| I | REMOVAL OF ADDITIONAL SHEETPILE & ASPHALT IN JOURDAN ROAD | $10,500.00 | 18-Jul-03 | 4.00 | NOTIFICATION TO USACOE 24 June 2003 |
| II | DEWATERING DESING COST | $4,557.00 | 1-Aug-03 | 1.00 | NOTIFICATION TO USACOE 24 June 2003 |
| IV | IMPACT; Delay Associated with 30" SFM relocated by others | $1,500,000.00 | 29-Aug-03 | 395.00 | NOTIFICATION TO USACOE 24 June 2003 |
| V | IMPACT DELAY SUBMITTAL REVIEWS | $100,000.00 | 5-Sep-03 | 60 | NOTIFICATION TO USACOE 24 June 2003 |
| VI | REMOVAL OF CONCRETE PILES | $115,132.00 | 19-Sep-03 | 14.00 | REQUEST FINAL DECISION |
| VII | DEFECTIVE SPECIFICATIONS; Improper Concrete Pile Design | $1,500,000.00 | 26-Sep-03 | 153.00 | NOTIFICATION TO USACOE 24 June 2003 |
| SUBTOTAL | | $3,230,189.00 | | 627 | |
| TOTAL | | $4,387,867.37 | | 786.00 | |

Notification of Claims    Attachment Number 0001    TO: Diane Picou, Contracting Officer

McElwee00549

PX-2764-0003