necessary steps outlined in your presentation. As a result, problems have arisen and delays to the supplementary schedule have occurred.

The Government estimates that based on your rate of progress on the job, you will not be able to complete the project by the current revised contract completion date of November 27, 2002.

c) Effectiveness of Management - Unsatisfactory

Your overall effectiveness of management has been unsatisfactory. You have failed to cooperate with and respond to the Government and it's concerns about the state of the project, other than to insist that you are on schedule and will complete the project on time. However, you have yet to submit an updated progress chart and plan to show how this will be accomplished. As of the date of this letter, roughly twelve (12) months of contract time have elapsed and virtually no permanent work has been completed.

You have failed to exhibit the planning and management skills necessary to construct a project of this scope. In many instances your focus has been on the task at hand with little or no thought given to the subsequent tasks to be performed. In several instances this failure to plan ahead has caused problems that have undoubtedly delayed the overall completion of the project.

Your jobsite supervision has been marginal at best. You have repeatedly stated that you plan to bring an experienced individual to the site to superintend the work. At our February 14, 2002 follow-up Partnering Meeting, you introduced Mr. Murray Seals as your new superintendent. However, shortly after this meeting, Mr. Seals was terminated and you have yet to replace him with an experienced superintendent.

e) Compliance with Safety Standards - Marginal

Although an adequate Accident Prevention Program has been prepared and accepted for the project, it's implementation has been hampered by a lack of experienced personnel. There has already been one reportable accident on the project, although it did not result in lost time.

JV 001827

GAIC000809

McElwee00433


EXHIBIT 17

PX-3552-0001



**To:** Melvin McElwee
**From:** J. Michael Dixon
**Date:** March 18, 2003
**Subject:** Jacking & Bore Dewater

On Friday, March 14, 2003, I visited the referenced site to review the dewatering installation prior to the onset of the second jack and bore run of the 84" pipe. Four rows of wellpoints were installed in a general north-south direction with two of the rows paralleling the NOPBRR tracks. The piezometer information indicated that the water table was located at approximate elevation 11.0 NGVD. Both the Gore and Eustis bores in this area indicate that the elevation of the bottom of the shallow sand stratum is located at about elevation 12.5 NGVD. This indicates that this sand stratum is in a draw down condition. I do not believe that the deep sand stratum located approximate elevation -16.0 NGVD will affect the jack and bore operation.

I recommended that you add an additional wellpoint on the north end of each row to ensure that draw down occurs on the north side of the jack and bore. I believe that this area is now dewatered effectively and that jack and bore operations can begin whenever the boring contractor is ready.

Please let me know if you have any questions or if you need additional information.

Yours truly,

J. Michael Dixon, P.E., P.L.S.
Consulting Engineer
/jmd

EXHIBIT 25

GAIC002656

McElwee00434