EXHIBIT
34

# GORE ENGINEERING, INC.

SOIL AND FOUNDATION INVESTIGATIONS

LAWRENCE W. GILBERT, D. ENGR.
REG. C.E.

BORINGS
ANALYSES

TESTING
REPORTS

3613 HESSMER AVENUE
P. O. BOX 8867
METAIRIE, LOUISIANA 70011

JAMES R. GORE
(1925 - 1991)

(504) 888-6690
FAX: (504) 888-6827

17 December, 2001

McElwee Brothers, Inc. &
Tri-Star Design Construction Company, Inc.
(A Joint Venture)
P.O. Box 1410
Independence, Louisiana 70443

Attention: Melvin M.L. McElwee, Sr.

Soil Borings and Laboratory Tests
Proposed Dwyer Road Pump Station
Upgrade and Discharge Canal
Vicinity Dwyer & Jordan Roads
New Orleans, Louisiana
Our Project No. 7899

Gentlemen:

This letter report contains the results of soil borings and laboratory tests made at the subject site. Instructions to proceed with the investigation were received on December 12, 2001 from Melvin M.L. McElwee, Sr., Authorized Representative of McElwee Brothers, Inc. & Tri-Star Design Construction Company, Inc. (A Joint Venture), General Contractors for the Project.

It was originally requested that our office install six (6) piezometers to monitor groundwater at the subject site. However, it is understood that this will be done by your office utilizing equipment furnished by Burns Dewatering. It is further understood that samples of the sands involved in the dewatering are needed to



determine the slot size of the well screens. Therefore, the study included the drilling of soil test borings to obtain soil samples for particle size distribution testing and general soil classification.

Two (2) undisturbed sample type soil test borings (B-1 and B-2) were drilled to depths of 50 ft. on December 12 and 13, 2001. The borings were made with a truck mounted drill rig at designated locations approximately as shown in plan on Figure 1. Melvin M.L. McElwee, Sr. of your office, identified the boring locations in the field.

Undisturbed sampling was performed continuously in all cohesive or semi-cohesive materials with a three inch diameter thin wall tube sampler. Representative samples were cut from the cores and placed in moisture proof containers for preservation until laboratory testing could be performed. Logs of the individual borings showing the detailed stratification and sample depths are given on Figures 2 and 3.

When cohesionless material was encountered, which could not be sampled by undisturbed methods, the Standard Penetration Test was performed. This test consists of driving a two inch diameter splitspoon sampler 1 ft. (after first seating it 6 inches) with a 140 lb. hammer falling 30 inches. The number of blows required to drive the sampler gives an indication of the density of the material.

In order to develop the physical properties of the soils, soil mechanics laboratory tests were performed on samples obtained from the borings. This testing consisted primarily of Natural Moisture Content. Grain Size tests were performed on some of the more granular materials and Atterberg Limits tests were performed on selected cohesive samples. The results of all the laboratory tests, except Grain Size, are tabulated along side the boring logs at the appropriate sample and depth on Figures 2 and 3. Results of the Grain Size tests are given on Figures 4 thru 14.

It is hoped that the results of the soil borings and laboratory tests are self-explanatory. If there are any questions or if further information is needed, please advise.

Yours very truly,

GORE ENGINEERING, INC.

Lawrence W. Gilbert

(Reda Bakeer)



**BORING LOCATION**
Scale: 1" = 100'

SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA

McELWEE BROTHERS, INC.
AND
TRI-STAR DESIGN CONSTRUCTION CO., INC.
(A JOINT VENTURE)
GENERAL CONTRACTORS
INDEPENDENCE, LOUISIANA

J-7899

Fig. 1

GORE ENGINEERING, INC.
SOIL AND FOUNDATION INVESTIGATIONS

McElwee00524

PX-3811-0004

# GORE ENGINEERING, INC.

Job No. 7899

Soil and Foundation Investigations
Metairie, Louisiana

Boring No. B-1

## LOG OF BORING AND TEST RESULTS

Date Boring Drilled: 12 December 2001

Project: PROPOSED DWYER RD. PUMP STATION UPGRADE & DISCHARGE CANAL - VIC. DWYER & JORDAN ROADS - NEW ORLEANS, LA.
McELWEE BROTHERS, INC. & TRI-STAR DESIGN CONSTRUCTION CO., INC. - (A JOINT VENTURE) - GENERAL CONTRACTORS - INDEPENDENCE - LA.

Recorded By: D. TUSA

| Sample No. | SAMPLE Depth in Feet From | To | STRATUM Depth in Feet | VISUAL CLASSIFICATION | *Blows per Foot | Symbol Log | Scale (feet) | UNCONFINED COMPRESSION (Qu) (lbs./sq.ft.) | WATER CONTENT (percent) | UNIT WEIGHT (lbs./cu.ft.) DRY | WET | ATTERBERG LIMITS L.L. | P.L. | P.I. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | .0 | | | | 0 | | | | | | | |
| 1 | .5 | 1.0 | 1.0 | LOOSE TAN & BROWN FINE SAND [SP] | | | | | | | | | | |
| 2 | 1.5 | 2.0 | 2.0 | LOOSE GRAY & TAN FINE SAND [SP] | | | | | | | | | | |
| 3 | 2.0 | 3.5 | | MEDIUM DENSE GRAY & TAN FINE SAND [SP] | 14 | | | | 24.0 | | | | | |
| 4 | 3.5 | 5.0 | 5.0 | | 13 | | 5 | | | | | | | |
| 5 | 5.0 | 6.5 | 6.5 | LOOSE GRAY FINE SAND [SP] | 7 | | | | 31.4 | | | | | |
| 6 | 7.5 | 8.0 | 9.0 | SOFT GRAY CLAY [CH] W/ SAND & SHELL | | | | | 20.9 | | | | | |
| 7 | 9.5 | 10.0 | | LOOSE GRAY SANDY SILT [ML] | | | 10 | | 60.3 | | | | (53) | |
| 8 | 10.0 | 11.5 | 12.5 | | 5 | | | | | | | | | |
| 9 | 14.5 | 15.0 | | VERY SOFT GRAY ORGANIC CLAY [OH] W/ HUMUS & WOOD ( MUCH WOOD AT 19.5' - 20.0') | | | 15 | | 150.4 | | | | | |
| 10 | 19.5 | 20.0 | 20.0 | | | | 20 | | | | | | | |
| 11 | 24.5 | 25.0 | 26.5 | VERY SOFT DARK GRAY ORGANIC CLAY [OH] W/ HUMUS & MUCH WOOD | | | 25 | | 135.6 | | | | | |
| 12 | 29.5 | 30.0 | | VERY SOFT GRAY CLAY [CH] W/ TRACE ORGANIC | | | 30 | | 66.0 | | | | | |
| 13 | 32.0 | 32.5 | 32.5 | | | | | | | | | | | |
| 14 | 32.5 | 34.0 | | MEDIUM DENSE GRAY FINE SAND [SP] W/ SHELL | 12 | | 35 | | | | | | | |
| 15 | 36.0 | 37.5 | | | 11 | | | | 26.9 | | | | (7) | |
| 16 | 38.5 | 40.0 | 41.0 | | 12 | | 40 | | | | | | | |
| 17 | 41.0 | 42.5 | 43.5 | DENSE GRAY FINE SAND [SP] | 30 = .6' | | | | 26.6 | | | | (8) | |
| 18 | 43.5 | 45.0 | 46.0 | LOOSE GRAY FINE SAND [SP] | 8 | | 45 | | 26.3 | | | | (10) | |
| 19 | 46.0 | 47.5 | | MEDIUM DENSE GRAY SILTY FINE SAND [SM] | 11 | | | | 29.8 | | | | (14) | |
| 20 | 48.5 | 50.0 | 50.0 | | 20 | | 50 | | | | | | | |
| | | | | | | | 55 | | | | | | | |
| | | | | | | | 60 | | | | | | | |

Note: Symbols in Brackets [ ] indicate Unified Soils Classification.

NOTE: VALUES IN PARENTHESES ( ) INDICATE PERCENT PASSING NO. 200 SIEVE.

CLAY SILT SAND ORGANIC
Predominant Type Bold. Modifying Type Light.

*140 lb. hammer dropped 30 inches on 2 inch splitspoon sampler after first being seated 6 inches.

REMARKS: Water Table Depth = 2.5 ft (See Text)
Free Water Depth = 2.0 ft (See Text)

McElwee00525

Fig. 2

PX-3811-0005

# GORE ENGINEERING, INC.

Job No. 7899

Soil and Foundation Investigations
Metairie, Louisiana

Boring No. B-2

## LOG OF BORING AND TEST RESULTS

Date Boring Drilled: 13 December 2001

Project: PROPOSED DWYER RD. PUMP STATION UPGRADE & DISCHARGE CANAL - VIC. DWYER & JORDAN ROADS - NEW ORLEANS, LA.
McELWEE BROTHERS, INC. & TRI-STAR DESIGN CONSTRUCTION CO., INC. - (A JOINT VENTURE) - GENERAL CONTRACTORS - INDEPENDENCE - LA.

Recorded By: D. TUSA

| Sample No. | SAMPLE Depth in Feet From | To | STRATUM Depth in Feet | VISUAL CLASSIFICATION | *Blows per Foot | Symbol Log | Scale (feet) | UNCONFINED COMPRESSION (Qu) (lbs./sq.ft.) | WATER CONTENT (percent) | UNIT WEIGHT (lbs./cu.ft.) DRY | WET | ATTERBERG LIMITS L.L. | P.L. | P.I. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | .0 | | | | 0 | | | | | | | |
| 1 | .0 | .5 | .5 | SOFT GRAY CLAY [CH] W/ SAND & SHELL (FILL) | | | | | | | | | | |
| | | | 2.0 | SHELL W/ SOME CLAY (FILL) | | | | | | | | | | |
| 2 | 3.5 | 4.0 | | MEDIUM STIFF GRAY & TAN CLAY [CH] W/ TRACE ORGANIC | | | | | 43.0 | | | | | |
| 3 | 5.5 | 6.0 | | | | | 5 | | 53.8 | | | | | |
| 4 | 7.5 | 8.0 | 9.0 | | | | | | 49.1 | | | | | |
| 5 | 9.5 | 10.0 | | LOOSE GRAY CLAYEY FINE SAND [SC] W/ WOOD | | | 10 | | 45.1 | | | | | |
| 6 | 11.5 | 12.0 | 12.0 | | | | | | 33.3 | | | | (12) | |
| | | | 16.0 | WOOD W/ HUMUS | | | 15 | | | | | | | |
| 7 | 19.5 | 20.0 | 20.0 | VERY SOFT BROWN HUMUS [OH] W/ ORGANIC, CLAY, & MUCH WOOD | | | 20 | | 282.3 | | | | | |
| 8 | 24.5 | 25.0 | 25.0 | LOOSE GRAY FINE SAND [SP] | | | 25 | | 24.9 | | | | (7) | |
| 9 | 26.0 | 26.5 | | VERY SOFT GRAY CLAY [CH] W/ SAND POCKETS | | | | | 72.3 | | | 91 | 29 | 62 |
| 10 | 29.5 | 30.0 | 31.5 | | | | 30 | | 74.4 | | | | | |
| 11 | 31.5 | 32.0 | | LOOSE GRAY FINE SAND [SP] W/ SHELL FRAGMENTS ( MUCH SHELL AT 34.5' - 35.0' ) | | | | | 25.4 | | | | | |
| 12 | 32.0 | 33.5 | | | 9 | | | | 21.7 | | | | (7) | |
| 13 | 34.5 | 35.0 | 36.5 | | | | 35 | | 25.7 | | | | | |
| 14 | 36.5 | 38.0 | | MEDIUM DENSE GRAY FINE SAND [SP] W/ SHELL | 20 | | | | 41.4 | | | | (9) | |
| 15 | 39.0 | 40.5 | 41.0 | | 27 | | 40 | | 22.1 | | | | | |
| 16 | 42.0 | 43.5 | | LOOSE GRAY SILTY FINE SAND [SM] W/ SHELL | 4 | | 45 | | 34.1 | | | | (26) | |
| 17 | 45.0 | 46.5 | | | 9 | | | | 32.5 | | | | | |
| 18 | 48.5 | 50.0 | 50.0 | | 4 | | 50 | | 27.4 | | | | (16) | |
| | | | | | | | 55 | | | | | | | |
| | | | | | | | 60 | | | | | | | |

Note: Symbols in Brackets [ ] indicate Unified Soils Classification.

NOTE: VALUES IN PARENTHESES ( ) INDICATE PERCENT PASSING NO. 200 SIEVE.

CLAY SILT SAND ORGANIC
Predominant Type Bold. Modifying Type Light.

*140 lb. hammer dropped 30 inches on 2 inch splitspoon sampler after first be[illegible]

REMARKS: Free Water Depth = 10.0 ft (See Text)

Fig. 3

McElwee00526

PX-3811-0006



U. S. Standard Sieve Openings in Inches
U. S. Standard Sieve Numbers
Hydrometer
Percent Finer by Weight
Grain Size in Millimeters
GRAVEL (SHELL)
LARGE
SMALL
SAND
COARSE
MEDIUM
FINE
SILT
CLAY
B-1, S-7
J-7899
Fig. 4

## GRAIN SIZE DETERMINATIONS

SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA

McElwee00527

GORE ENGINEERING, INC.
SOIL AND FOUNDATION INVESTIGATIONS

PX-3811-0007



# GRAIN SIZE DETERMINATIONS

SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA

J-7899

Fig. 5

McElwee00528

GORE ENGINEERING, INC.
SOIL AND FOUNDATION INVESTIGATIONS



J-7839
U. S. Standard Sieve Openings in Inches
U. S. Standard Sieve Numbers
Hydrometer
Percent Finer by Weight
B-1, S-17
Grain Size in Millimeters
GRAVEL (SHELL)
LARGE
SMALL
SAND
COARSE
MEDIUM
FINE
SILT
CLAY
GRAIN SIZE DETERMINATIONS
SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA
Fig. 6

GORE ENGINEERING, INC.
SOIL AND FOUNDATION INVESTIGATIONS

McElwee00529

PX-3811-0009



J-7899
U. S. Standard Sieve Openings in Inches
3 2 1-1/2 1 3/4 1/2 3/8
U. S. Standard Sieve Numbers
3 4 6 10 14 20 30 40 60 100 140 200
Hydrometer
Percent Finer by Weight
100 90 80 70 60 50 40 30 20 10 0
B-1, S-18
100 50 10 6 2 1 0.5 0.1 0.074 0.01 0.005 0.002 0.001
Grain Size in Millimeters
GRAVEL (SHELL)
LARGE
SMALL
SAND
COARSE
MEDIUM
FINE
SILT
CLAY

## GRAIN SIZE DETERMINATIONS

SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA

Fig. 7

GORE ENGINEERING, INC.
SOIL AND FOUNDATION INVESTIGATIONS

MeEIwee00530

PX-3811-0010



J-7899

GRAIN SIZE DETERMINATIONS

SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA

Fig. 8

GORE ENGINEERING, INC.
SOIL AND FOUNDATION INVESTIGATIONS

McElwee00531



J-7899
U. S. Standard Sieve Openings in Inches
3 2 1-1/2 1 3/4 1/2 3/8 3
U. S. Standard Sieve Numbers
4 6 10 14 20 30 40 60 100 140 200
Hydrometer
Percent Finer by Weight
B-2, S-6
Grain Size in Millimeters
100 50 10 5 2 1 0.5 0.1 0.074 0.01 0.005 0.002 0.001
GRAVEL (SHELL)
LARGE
SMALL
SAND
COARSE
MEDIUM
FINE
SILT
CLAY
GRAIN SIZE DETERMINATIONS
SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA
Fig. 9

MCEIwee00532
GORE ... SOIL AND FOUNDATION INVESTIGATIONS
PX-3811-0012



J-7899
U. S. Standard Sieve Openings in Inches
U. S. Standard Sieve Numbers
Hydrometer
Percent Finer by Weight
B-2, S-8
Grain Size in Millimeters
GRAVEL (SHELL)
LARGE
SMALL
SAND
COARSE
MEDIUM
FINE
SILT
CLAY
GRAIN SIZE DETERMINATIONS
SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA
Fig. 10

GORE ENGINEERING, INC.
SOIL AND FOUNDATION INVESTIGATIONS
McElwee00533
PX-3811-0013

U. S. Standard Sieve Openings in Inches
U. S. Standard Sieve Numbers
Hydrometer
Percent Finer by Weight
Grain Size in Millimeters
B-2, S-12
GRAVEL (SHELL)
LARGE
SMALL
SAND
COARSE
MEDIUM
FINE
SILT
CLAY
GRAIN SIZE DETERMINATIONS
SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA
J-7899
Fig. 11

GORE ENGINEERING, INC.
SOIL AND FOUNDATION INVESTIGATIONS

McElwee00534

PX-3811-0014



GRAIN SIZE DETERMINATIONS

SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA

Fig. 12

GORE ENGINEERING INC.
SOIL AND FOUNDATION INVESTIGATIONS

McElwee00535



J-7899
U. S. Standard Sieve Openings in Inches
3 2 1-1/2 1 3/4 1/2 3/8 3
U. S. Standard Sieve Numbers
4 6 10 14 20 30 40 60 100 140 200
Hydrometer
Percent Finer by Weight
100 90 80 70 60 50 40 30 20 10 0
B-2, S-16
100 50 10 5 2 1 0.5 0.1 0.074 0.01 0.005 0.002 0.001
Grain Size in Millimeters
GRAVEL (SHELL)
LARGE
SMALL
SAND
COARSE
MEDIUM
FINE
SILT
CLAY
GRAIN SIZE DETERMINATIONS
SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA
Fig. 13

GORE ENGINEERING, INC.
SOIL AND FOUNDATION INVESTIGATIONS

McElwee00536

PX-3811-0016



GRAIN SIZE DETERMINATIONS

SOIL BORINGS & LABORATORY TESTS
PROPOSED DWYER RD. PUMP STATION
UPGRADE & DISCHARGE CANAL
VICINITY DWYER & JORDAN ROADS
NEW ORLEANS, LOUISIANA

Fig. 14

GORE ENGINEERING, INC.
SOIL AND FOUNDATION INVESTIGATIONS

McElwee00537