UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION IN LIMINE TO EXCLUDE ANY EVIDENCE OR REFERENCES RELATING TO THE DECLARATION OF T. WILLIAM LAMBE, ScD., P.E. AND TO STRIKE DR, LAMBEFROM DEFENDANTS' WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, come the *Armstrong* Plaintiffs, who move this Court to exclude any evidence or references relating to the declaration of T. William Lambe, ScD., P.E. (Rec. Doc. 20869-25), inappropriately attached as Exhibit 63 to the defendant Washington Group International, Inc.'s (WGI) Reply Memorandum to Plaintiffs' Opposition to Motion to Exclude Testimony and Opinions of Dr. Robert Glenn Bea. (Rec. Doc. 20865-2).

For reasons more fully set forth in the concurrently filed Memorandum in Support, WGI inappropriately attempts to present opinion evidence of an individual not identified its witness list and never presented for appropriate discovery, in derogation of the Federal Rules of Civil Procedure and this Court's Case Management Orders.  Further, defendants have now listed Dr. Lambe as a potential witness that may be called at trial, despite defendants' failure to identify him on any of their exhibit lists.

**WHEREFORE**, the *Armstrong* Plaintiffs pray that the Court grant the Motion in Limine

1

To Exclude Any Evidence Or References Relating To The Declaration of T. William Lambe, ScD., P.E. of T. William Lambe, thereby exclude any evidence or references relating to the declaration of T. William Lambe, ScD., P.E. and striking Dr. Lambe from defendants' witness list.

    Respectfully submitted,

    PLAINTIFFS' LIAISON COUNSEL

    s/ Joseph M. Bruno
    JOSEPH M. BRUNO (La. Bar No. 3604)
    BRUNO & BRUNO, L.L.P.
    855 Baronne Street
    New Orleans, Louisiana 70113
    Telephone: (504) 525-1335
    Facsimile: (504) 561-6775
    Email: jbruno@brunobrunolaw.com
    MR-GO PLAINTIFFS SUB-GROUP LITIGATION
    COMMITTEE

    s/ James Parkerson Roy
    JAMES PARKERSON ROY (La. Bar No. 11511)
    MR-GO PSLC Liaison Counsel
    Domengeaux Wright Roy & Edwards LLC
    P.O. Box 3668
    Lafayette, LA. 70502
    Telephone: (337) 593-4190 or (337) 233-3033
    Facsimile: 337-233-2796
    Email: jimr@wrightroy.com

    for

    MRGO PLAINTIFFS SUBGROUP LITIGATION
    COMMITTEE

    Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
    Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
    James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of August, 2012.

                                                                          /s/ Joseph M. Bruno
                                                                           Joseph M. Bruno

.