# Expert Report

of

# Robert Glenn Bea, Ph.D., P.E.

For

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Armstrong [No. 10-866]

February 1, 2012



# APPENDIX C

# Development of Lower 9th Ward Floodwall Analysis Soil Behavior Characteristics

By

Robert G. Bea, Ph.D., P.E.
Diego Cobos-Roa, Ph.D. Candidate
Xavier Vera Grunauer, Ph.D.

This appendix summarizes development of the soil behavior properties (characteristics) used in analyses of the North Breach site (Boland Marine), the Near Breach site (McDonough Marine), and the South Breach site (Saucer Marine). These properties are organized into two categories: 1) those used in the hydraulic conductivity analyses, and 2) those used in the coupled hydraulic conductivity – lateral stability analyses.

## Soil Deposits Hydraulic Conductivity Properties

Based on the laboratory and field test data developed by Fugro Consultants Inc. during 2011, and laboratory and field test data on swamp – marsh deposits, hydraulic conductivity properties were developed for the buried swamp - marsh deposits that were under the alignment of the floodwall that protected the Lower 9th Ward at the time of Hurricane Katrina by Rogers (2012). A best estimate of in situ horizontal saturated hydraulic conductivity ($k_x$) of $1 \times 10^{-5}$ centimeters per second (cm/s) was determined via a series of pump tests in several sites near the east levee of the IHNC.

The analyses performed by Rogers (2012) identify a range of in situ horizontal saturated hydraulic conductivities for the buried swamp – marsh deposits under the alignment of the floodwall at the Lower 9th Ward between $1 \times 10^{-4}$ and $1 \times 10^{-6}$ with a best estimate of $1 \times 10^{-5}$ cm/s. As summarized later in this appendix, these values of in situ horizontal saturated conductivities are in excellent agreement with those determined by WGI as part of the EBIA site clearing work. The analyses detailed in Appendix D are based on the best estimate of saturated hydraulic conductivity of the swamp – marsh deposits with an anisotropy ratio of 1/10 (ratio of vertical to horizontal hydraulic conductivity, $k_y / k_x$). Additional sets of analyses were carried out using isotropic ($k_y / k_x = 1/1$) properties for the same layers.

Table 1 summarizes the in situ hydraulic conductivity properties used for the buried swamp and other types of soils employed in the analyses. For all surficial clays composing the levee embankment, toe fill and clay spoil areas (generally composed by lean clays and silts); a horizontal saturated hydraulic conductivity of $1 \times 10^{-6}$ cm/s was used. Shell fills were assumed to behave similarly to coarse sand or fine gravel, therefore a horizontal saturated hydraulic

## EBIA WGI Monitoring Wells

WGI (2005) prepared a report summarizing results of hydraulic and chemical testing at areas along the EBIA. Figure *1* shows the locations of the monitoring wells (MW-1 through MW-12), as well as the water surface (ground water table) elevation contours determined from data gathered during this study.

Of particular importance are the water surface elevation contours immediately adjacent to the North Breach location. The ground water surface elevations are approximately the same as those present in the soils adjacent to the IHNC. This is a clear indication of the effects of the sandy backfilled excavations that were present in this area in early 2005.

Figure 1 shows that the water surface was encountered between 0 and 3 feet below ground surface (Elevations on this figure are in NGVD29). The location of the North Breach and South Breach as well as the two monitoring wells where hydraulic conductivity was estimated is shown on Figure 1. The in situ horizontal hydraulic conductivities (Kx) determined from data gathered at these two monitoring wells are summarized in Table 2.

Table 2: In situ horizontal hydraulic conductivity values determined from data gathered from monitoring wells MW 7 and MW 8 (WGI, 2005).

| WELL | Top of Case | Ground Surface Elevation (NGVD) | Ground Surface Elevation (NAVD88) | Screen Elevation (NAVD88) From | Screen Elevation (NAVD88) To | Soil Type | Static Water Surface Elevation Depth | Static Water Surface Elevation (NGVD) | Static Water Surface Elevation (NAVD88) | Evaluated Kx (cm/s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 7.42 | 3.9 | 3.4 | -22.8 | -33.3 | NR* | 11.01 | -3.59 | -4.09 | 1.94E-05 |
| 8 | 5.16 | 2.8 | 2.3 | -0.3 | -10.8 | ML** | 4.38 | 0.78 | 0.28 | 4.17E-05 |

*NR - sample not recovered – log indicates likely encountered wood. **ML - inorganic clayey silt.

The available soil boring data in this area indicates the monitoring well MW-7 was installed in the buried interdistributary clays and silts, and MW-8 was installed in the buried swamp –marsh layers. An in situ horizontal hydraulic conductivity of $2 \times 10^{-5}$ to $5 \times 10^{-5}$ cm/s is consistent with the values used in previous analytical models developed by ILIT (2006) and Bea and Cobos-Roa and Cobos-Roa and Bea (2008) and those used in the current analytical models.

However and very importantly, the field test values that reflect in situ hydraulic conductivity properties are three orders of magnitude higher (x1,000) than those values obtained from laboratory tests (Table 3) which show conductivities in the order of $10^{-8}$ cm/s for the same soils. Studies by Campbell et al. (1990), Olson and Daniel (1981), Pollock et al. (1983), Herzog and Morse (1984), Keller et al (19886), Hendry (1982), Prudic (1982), Melby (1989), Daniel (1987), also find that the laboratory-based conductivity values to be orders of magnitude lower than values determined based on actual field tests.