# Failures at the Inner Harbor Navigation Canal, East Bank Industrial Area, during Hurricane Katrina



IHNC – EBIA Breaches, photo taken 6 September 2005, courtesy of USACE.

Prepared for:    Jones Day, Washington, D.C. 

Stone Pigman Walther Wittmann L.L.C. 

Prepared by:    Francisco Silva - Tulla, Sc.D., P.E.
Consulting Civil Engineer
GeoEngineering & Environment 

**12 March 2012**


12 BASKIN ROAD ● LEXINGTON ● MASSACHUSETTS ● USA ● 02421-6929 ● +1.781.862.1515 ●
silva@alum.mit.edu


EXHIBIT
2

universe. This error produces the invalid and misleading flow analyses results presented in Dr. Bea's assessment of "Forensic Engineering Analyses of Floodwall Performance."

Dr. Bea's erroneous flow analyses results totally misrepresent the subsurface flow regime during the Katrina storm surge, giving the impression that changes in total head occur immediately, because he models the soft clays as porous, incompressible materials. During the storm surge, total heads change from total stress changes, not from subsurface flow.

Based on incorrect flow analyses, Dr. Bea reached incorrect and invalid conclusions about the cause of failure of the North and South breaches at the IHNC EBIA.

Table VII-3 lists some of the other deficiencies we identified during our review of Dr. Bea's forensic engineering analyses of floodwall performance.

Table VII-3: Bea (2012) Site Characterization Deficiencies

| | Dr. Bea's (2012) Forensic Engineering Analyses Deficiencies |
|---|---|
| 1 | Failure to recognize the importance of Specific Storage or compressibility when analyzing transient flow problems. |
| 2 | Incorrect cause of failure conclusions based on incorrect and misleading flow analyses. Page: 12, 13, and other throughout the entire report. |
| 3 | Incorrect cause of failure conclusion based on inaccurate or misleading excavation geometry and composition. Page 13, 18, and others. |
| 4 | Incorrect cause of failure conclusions related to gap formation.  Page 15 |
| 5 | Incorrect understanding of site stress history. Page 41 |
| 6 | Incorrect failure mechanisms based on incorrect flow analyses or misunderstanding of soil mechanics fundamentals. |
| 7 | Incorrect cause of failure conclusions based on incorrect stability analyses and misuse of probability applications. |
| 8 | Incorrect cause of failure conclusions based on inaccurate subsurface geometry. Page 99 |
| 9 | Incorrect conclusions due to inaccurate use of storm hydrograph. |

Difficulties notwithstanding, the pumping tests at the EBIA produced results which agreed well with the slug tests and the laboratory tests. Figure IV-5 presents the results of the various types of tests performed for EBIA organic clays. Appendix D presents additional details of the Hydraulic Conductivity tests. A review of the EBIA hydraulic conductivity data leads to the following observations:

- Hydraulic conductivity measurements at the EBIA ranged from a low of about $10^{-9}$ cm/sec to a high of about $10^{-4}$ cm/sec.

- Measurements from the different types of tests agreed reasonably well, with the Pumping tests yielding somewhat higher values and the laboratory test yielding somewhat lower values than the slug tests. This pattern can likely be explained by the different volumes of soil involved in the tests.

- The EBIA soils do not exhibit a high degree of permeability anisotropy – unequal permeability in different directions (e.g., horizontal vs. vertical).