# What Caused the I-Wall Failures at the EBIA North and South Breaches?

Expert Report of:

**Dr. W. Allen Marr, PhD, PE, NAE**

Geocomp Corporation
125 Nagog Park
Acton, MA 01720

Prepared for:

The United States Department of Justice
1331 Pennsylvania Avenue NW, Suite 800N
Washington, DC

March 12, 2012



EXHIBIT 3

# APPENDIX T
# Evaluation of Flow Analyses by Robert Bea

T.  Evaluation of Flow Analyses by Robert Bea

   T.1    Bea Analyses

Appendix T:     Evaluation of Flow Analyses by Robert Bea

**model.**  This subtlety of his analysis could be easily overlooked and is often misused in transient flow analyses.

The governing seepage equation in all computer programs have been presented in Freeze and Cherry (1979)[3]:

$$\frac{\partial}{\partial x}\left(k_x \frac{\partial h}{\partial x}\right) + \frac{\partial}{\partial y}\left(k_y \frac{\partial h}{\partial y}\right) + \frac{\partial}{\partial z}\left(k_z \frac{\partial h}{\partial z}\right) = S_s \frac{\partial h}{\partial t} \qquad (T-1)$$

where:
$k_x$, $k_y$ and $k_z$ are the permeabilities in the three principle directions.
h is the total head of the water at a point
$S_s$ is the specific storage coefficient

$S_s$ can be written as:

$$S_s = \gamma_w * \left(m_v + \frac{n}{K_w}\right)$$

where:
$\gamma_w$ is the unit weight of water
$m_v$ is the coefficient of compressibility of the soil skeleton
n is the porosity
$K_w$ is the bulk modulus of the water.

By setting $m_v$ equal to $1*10^{-9}$/psf, the first term contributing to $S_s$ is made very small.
SEEP-W assumes that the term $n/K_w$ is zero.[4]  This makes the value of $S_s$ in the Bea analyses essentially zero.  The right side of the seepage equation goes to zero leaving the equation for steady state seepage.  In effect with these parameters all the flow analyses given in the Bea expert report are steady state seepage analyses'.

Each of these factors: pervious excavations penetrating to the more pervious swamp layer, no drainage boundary at the Jourdan Avenue Canal, incompressible soil and water materials, and no consideration of the rising water level on the landside concurrent with the rising water level in the canal, create higher pore pressures and vertical gradients in the downstream toe area that are simply not a realistic model of the actual conditions at EBIA.  The combination of all of them in Dr. Bea's flow models make the results relatively useless in evaluating the cause of failure.

We also examined the two input files for PLAXIS runs provided February 20th, 2012.   The file called "Modelo tablestaca-erosion1.PLX" would not run in our version of PLAXIS.  We could open the file called "Modelo tablestaca-erosion1parcial.PLX".  The input in this file showed the following:

- The geometry in this file matches Figure 33 shown in Appendix D of Dr. Bea's report.
- The Plaxis geometry is symmetrical about the sheetpile wall.  This is not the true geometry and the differences in elevation on the two sides are significant.

---

[3] Freeze and Cherry (1979), pg 65
[4] Page 103 of "Seepage Modeling with SEEP/W 2007", Users Manual by GEO-SLOPE International, Ltd. They set $m_w=m_v$ which is the same as setting nβ to zero which means incompressible water.

April 25, 2012

ILIT suggested a third mechanism in which the quantity of underseepage was so large that it cause the flooding, but this is not described in Dr Bea's 2012 report.[150]

Each of these proposed mechanisms depends on the premise that large underseepage caused pore water pressures to increase on the land side of the floodwall quite rapidly during the storm to high levels. The postulated causes of the large underseepage are:

- High permeability of the marsh layer.
- Excavations to the depth of the swamp made on the canal side by WGI only 11 ft away from the sheet piling that were allegedly poorly backfilled.
- Development of tension gaps on the canal side of the floodwall as it was subjected to increased lateral forces from the rising canal level.[151]

Dr. Bea indicates in his expert report that he relied on computer models of flow and stability to reach these conclusions.[152] Since the conditions and assumptions used in these analyses are critical to the reasonableness and reliability of the results, I made an assessment of this information to the extent possible with the provided information.

Dr. Bea indicates "results for all of the cases and parameters analyzed during this phase of my investigation are summarized in Appendix D. "[153] He states that he used two fundamental types of analytical models to investigate two inter-related and interactive modes of failure development: (1) hydraulic conductivity analyses to determine 'seepage' pressures and forces that affected the floodwall performance, and (2) coupled hydraulic conductivity limit equilibrium lateral stability analyses to help determine the conditions for which the floodwall would fail.[154]

Before examining the results of Dr. Bea's analyses, it is important to examine the conditions for the analyses and the parameters used in the analyses for reasonableness. Appendix T provides my assessment of the flow analyses that form the bases of Dr. Bea's determination of gradients and excess pore pressures in the land side portions of the flood wall embankment. The background for his analyses is provided in Appendix D of his report.

Dr. Bea wraps up Appendix D with conclusions from his analyses. For the South Breach he concludes "the scenarios where a granular backfilled excavation was in contact with the top of the buried swamp-marsh deposits (Cases 2-1 and 2-2) indicate a high likelihood of hydraulic failure as vertical hydraulic gradients exceeded 0.8, uplift Factors of Safety are below unity, and the lateral stability probabilities of failure exceed 50% for a canal water elevation between +13 and +14 ft, corresponding to a time frame between 7:30 and 9:00 AM (CDT)."

These failure modes are all based on flawed flow analyses that greatly overestimate the pore pressures and gradients in the land side portion of the flood wall and its foundation because of the following incorrect modeling conditions:

---

[150] ILIT (2006), pg 6-16
[151] Bea expert report 2/1/12, pg 125 ¶131.
[152] Bea expert report 2/1/12, pg 125 ¶132.
[153] Bea expert report 2/1/12, pg 74 ¶80.
[154] Bea expert report 2/1/12, pg 74 ¶81.

MEB534-000000506

April 25, 2012

- Assumption of porous backfill in contact with the swamp soil which was not the case.
- Locations of excavations much closer to the flood wall than record shows.
- Assumption of a very low value of coefficient of soil compressibility, $m_v$, of $1*10^{-9}$/psf, a value that is more like the compressibility of concrete, and 10,000 to 100,000 times less than a realistic value for these soils.
- Failure to include the stabilizing effects of rising water level on the land side which decreases gradients and provides a stabilizing force to resist lateral translation of the flood wall.

I found Dr. Bea's flow analyses as described in his Appendix D to be unreliable due to these important issues. The large discrepancy in coefficient of volume compressibility leads to Dr. Bea's conclusion that "The hydraulic seepage analyses show that pore pressures develop rapidly and near-steady state conditions are reached within less than 30 hours of the initiation of the surge starting on August 28, 2005."[155] This conclusion is wrong because the value of coefficient of volume compressibility used in his flow analyses does not represent reality for the EBIA. As demonstrated in Appendix T, Dr. Bea's use of a soil compressibility of $1x10^{-9}$/psf combined with the SEEP/W assumption of incompressible water, made his flow analyses reach steady state seepage conditions almost instantly. This is especially important to his conclusions relative to excessive seepage under the I-Wall since they all depend on near steady-state seepage conditions developing during the storm and exclude the rising water level on the land side during the storm.

For a more realistic assessment of possible flow conditions during the storm, my group performed flow analyses using the computer program PLAXIS. This is a widely used program in engineering practice and one that I have personally used for more than 20 years. For the same conditions it gives essentially the same results as the SEEP-W program used by Dr. Bea. We used the PLAXIS program because it can also provide factor of safety for shear stability and calculate deformations of the wall. Appendix N describes our flow analyses and gives the results for the South Breach. Figure 6-1 and Figure 6-2 show our calculation of flow conditions at the estimated time of failure at the South Breach with, and without land side floodwater, respectively. Even with an upper bound permeability of $1x10^{-5}$ cm/sec in both the upper and lower organic clays, the effect of the raised water level in the canal has not reached the downstream toe. Figure 6-3 and Figure 6-4 show the total gradients for flow conditions near the time of the breach with and without land side floodwater, respectively.

We considered two cases for the South Breach area, one without an excavation on the canal side and one with an excavation equivalent to the Sewer Lift Station. The subsurface geometry at the South Breach is similar to that at the Sewer Lift Station location. I did this to evaluate the effect of a deep excavation closer to the floodwall without having to create an entirely new geometry. This section summarizes those analyses with the deep excavation as they are the most likely to show seepage effects on the land side. Appendix M gives both cases.

---

[155] Bea expert report 2/1/12, pg 125 ¶133.

Page 94 of 133

MEB534-000000507