FRANCISCO SILVA-TULLA, SC.D.P.E.            April 12, 2012

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION

CONSOLIDATED LITIGATION          NO. 05-4182 K2

                                  JUDGE DUVAL

PERTAINS TO MRGO                 MAG. WILKINSON

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,

        05-6314, 05-6324, 05-6327, 05-6359,

        06-0225, 06-0886, 06-1885, 06-2152,

        06-2278, 06-2287, 06-2824, 06-4024,

        06-4065, 06-4066, 06-4389, 06-4634,

        06-4931, 06-5032, 06-5155, 06-5159,

        06-5156, 06-5162, 06-5260, 06-5771,

        06-5786, 06-5937, 07-0206, 07-0621,

        07-1073, 07-1271, 07-1285

               *   *   *

              (V O L U M E   I)

      Deposition of FRANCISCO SILVA-TULLA,

SC.D., P.E., given at the offices of Bruno &

Bruno, LLP, 855 Baronne Street, New Orleans,

Louisiana 70113, on April 12th, 2012.

REPORTED BY:

       JOSEPH A. FAIRBANKS, JR., CCR, RPR

       CERTIFIED COURT REPORTER #75005



EXHIBIT 4

FRANCISCO SILVA-TULLA, SC.D.P.E.                    April 12, 2012

Page 229

1     Q.   Okay.  The question is, though, to
2  arrive at that conclusion, did you or did you
3  not adopt a, quote, nonsteady flow, end quote,
4  hydraulic conductivity analysis focused on
5  water seepage flow quantities and velocities as
6  opposed to hydraulic pressures?
7     A.   Let me tell you what my problem is
8  with your questions.
9     Q.   Okay?
10    A.   Dr. Bea uses a series of terms that
11 nobody else in my profession uses.
12    Q.   Okay.
13    A.   Such as hydraulic conductivities and
14 hydraulic conductivity analysis.  To me, that
15 is honestly nonsensical.  So any question that
16 you ask me with that phrase in it I will have
17 to disagree with.
18    Q.   Okay.  So you did not use -- did you
19 use a nonsteady flow analysis?
20    A.   I used a transient flow analysis.
21    Q.   All right.  And what is the difference
22 between a transient flow analysis and a
23 nonsteady flow analysis?
24    A.   Well, I don't know how Dr. Bea defines
25 nonsteady flow, so I really cannot answer that.

JOHNS, PENDLETON COURT REPORTERS                    504 219-1993

a6896757-d344-48f6-8b05-b0fcb628f436

FRANCISCO SILVA-TULLA, SC.D.P.E.                    April 12, 2012

Page 230

```
 1      Q.   Okay.
 2      A.   Because his definition might be
 3  something that I have never heard before.
 4      Q.   Let's see if I can help you.  The
 5  nonsteady flow.  Okay?  Changes in soil, void
 6  ratio, water content and/or saturation.
 7           MR. TREEBY:
 8                Is there a question there?
 9           MR. STEVENS:
10                Asked me to define nonsteady
11           flow.  I'm telling the witness the
12           definition.
13           MR. TREEBY:
14                Okay.  And what's your question?
15  EXAMINATION BY MR. STEVENS:
16      Q.   Did you adopt a nonsteady flow
17  analysis based upon that definition?
18      A.   The equations of flow through porous
19  media are developed for saturated soils.  So to
20  the extent that he defines that as changes in
21  saturation, that's not what we used.
22      Q.   Okay.  What did you use?
23      A.   We use transient flow analysis.
24      Q.   Okay.  Let me ask you to define --
25  give us your definition of transient flow
```

FRANCISCO SILVA-TULLA, SC.D.P.E.                April 12, 2012

Page 231

```
 1   analysis.
 2       A.   Transient flow is a flow in which the
 3   amount of fluid going into the system equals
 4   the amount of fluid coming out of the system,
 5   plus the amount of fluid stored in the system.
 6       Q.   Would your definition be consistent
 7   with this definition, transient flow,
 8   conditions in which the input and output
 9   boundary condition flows are changing as a
10   function of time, conditions reached dependent
11   on time?
12       A.   Not completely, no.  You're talking
13   only about the boundary conditions there.
14       Q.   Okay.  And as a function of time.
15       A.   As a function of time.  But that's
16   not -- that doesn't fully describe what the
17   transient flow.
18       Q.   That's not consistent with your
19   transient flow.
20       A.   When you say consistent, what do you
21   mean?
22       Q.   Well, the same as.
23       A.   It's certainly not the same as.  It's
24   certainly not exactly the same as.
25       Q.   All right.  What about transient
```