# STABILITY OF AN EMBANKMENT ON

# A PARTIALLY CONSOLIDATED FOUNDATION - INTERSTATE 95

by

FRANCISCO SILVA - TULLA
BS, University of Illinois
(1971)

Submitted in partial fulfillment

of the requirements for the degree of

Master of Science in Civil Engineering

at the

Massachusetts Institute of Technology
February, 1975

Signature of Author.................................................
            Department of Civil Engineering, 22 January 1975

Certified by......................................................
                                              Thesis   Supervisor

        and.......................................................
                                           Thesis  Co-Supervisor

Accepted by.......................................................
   Chairman, Departmental Committee on Graduate Students of the
   Department of Civil Engineering


MASS. INST. TECH
APR 10 1975
LIBRARIES


EXHIBIT 5

ABSTRACT                                                      -2-

## STABILITY OF AN EMBANKMENT
## ON A PARTIALLY CONSOLIDATED
## FOUNDATION - INTERSTATE 95

by

FRANCISCO SILVA-TULLA

Submitted to the Department of Civil Engineering on 22 January 1975 in partial fulfillment of the requirements for the degree of Master of Science in Civil Engineering.


    A test fill was built on a section of the I-95 embankment north of Boston in an effort to resolve the uncertainties involved in selecting strength parameters of Boston Blue Clay for stability analyses. Predictions of the fill elevation to cause failure, made before the field test began, are based on Unconfined Compression, Unconsolidated Undrained triaxial, field vane and SHANSEP (Stress History and Normalized Soil Engineering Properties) undrained strength. The Simplified Bishop and the Morgenstern-Price procedures of stability analyses are utilized for the predictions which are compared with the actual field test results.

    The test fill failed at an elevation of +56.5 feet, after placing 18.7 feet of additional fill on an embankment which had been in place for five years. The field instrumentation was not as successful in warning against impending failure as was expected. The only consistent but very conservative sign of instability was provided by the settlement plates. The uncorrected field vane and SHANSEP yielded the most accurate predictions. The field vane prediction was 52.5 feet (7.1% underestimate) and the SHANSEP prediction was 60.7 feet (7.4% overestimate). The UC and UU strength were much too low, underestimating the failure elevation by 33%.

Thesis Supervisor:                                T. William Lambe

Title:         Edmund K. Turner Professor of Civil Engineering

## ACKNOWLEDGEMENT

The Author wishes to thank the following persons and organizations:

- Professor T. William Lambe and Dr. W. Allen Marr, my thesis supervisors, for their interest and guidance in my professional development.

- Professor Charles C. Ladd for his assistance during the preparation of the predictions.

- The Massachusetts Department of Public Works and the Department of Transportation, sponsors of the I-95 research project that supported my studies.

- All the members of the I-95 test fill project team who worked in the field and in the laboratory collecting the data that made this thesis possible.

I am specially grateful to my wife, Arlyn, for her patience and invaluable support during my graduate work.