DR. THOMAS L. BRANDON                                       April 13, 2012

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: KATRINA CANAL BREACHES  * CIVIL ACTION
CONSOLIDATED LITIGATION        * NO. 05-4182
                               * Consolidated
PERTAINS TO: MRGO              * SECTION K(2)
                               *
Armstrong, No. 10-866          * JUDGE DUVAL
                               * MAG. WILKINSON
* * * * * * * * * * * * * * * *
```

Deposition of THOMAS L. BRANDON, Ph.D., P.E., taken in the above-entitled cause, pursuant to the following stipulation, before Dawn H. Hymel, Certified Court Reporter, at the offices of Bruno & Bruno, 855 Baronne Street, New Orleans, Louisiana, on Friday, the 13th of April, 2012, commencing at 9:21 a.m.


EXHIBIT 6

DR. THOMAS L. BRANDON                         April 13, 2012

Page 229

1   pressure, and that's a common -- That's
2   actually the crux of an undrained strength
3   analysis for stability is relating changes in
4   pore pressure to changes in total stress.
5       But I guess, so there's two issues here:
6   One, the analysis given us doesn't match this
7   analysis right here; and two, this phenomena
8   can be explained with simple soil mechanics.
9   You don't have to have this.
10      There's actually some other issues with
11  this analysis, too.  If you compare his
12  hydraulic boundary conditions with every other
13  seepage analysis he's got, he's moved this
14  boundary in about 800 feet, and that's odd,
15  because --
16  Q.  Which boundary?  I'm sorry.
17  A.  The vertical Y boundary.
18  Q.  Okay.
19  A.  On all the other ones from the I-wall,
20  that boundary is 1,000 to 1,500 feet, it's
21  only a matter of a hundred feet or so, I guess
22  it's at 340 on this diagram here, so that's a
23  big difference in his results.
24      Another thing he does is, to make sure
25  that this pressure is transmitted quickly, he

DR. THOMAS L. BRANDON                              April 13, 2012

Page 230

```
 1    uses a compressibility of zero, which would be
 2    the center of a neutron star, for the buried
 3    swamp material, which makes this pressure felt
 4    quicker, and that's contained in the data
 5    file, so I have a lot of issues with the way
 6    he did that analysis there.
 7    Q.   Okay.  Is there anything to make in terms
 8    of -- Or what conclusions do you draw, if any,
 9    between the close connection between the rise
10    in the IHNC floodwaters and the readings, and
11    the simultaneous reaction of the piezometers
12    in the EBIA area?
13    A.   It's my opinion that it's just a
14    reflection of the change in total stress due
15    to the water being on the ground surface, and
16    then, after a certain level, you flood your
17    piezometer, and the way these electronic
18    piezometers work, you have to have a vent
19    tube.  It's a diaphragm that measures
20    differential pressure, and it's got to be
21    vented to atmosphere to measure correctly, and
22    so once you've ponded water over these things,
23    I forget what the top of the thing is, six
24    feet or something, then the readings get wacky
25    anyway because you're losing your atmospheric
```