ALLEN MARR, PH.D.                                    April 23, 2012

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES       CIVIL ACTION

CONSOLIDATED LITIGATION              NO. 05-4182 K2

                                     JUDGE DUVAL

PERTAINS TO MRGO                     MAG. WILKINSON

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,

          05-6314, 05-6324, 05-6327, 05-6359,

          06-0225, 06-0886, 06-1885, 06-2152,

          06-2278, 06-2287, 06-2824, 06-4024,

          06-4065, 06-4066, 06-4389, 06-4634,

          06-4931, 06-5032, 06-5155, 06-5159,

          06-5156, 06-5162, 06-5260, 06-5771,

          06-5786, 06-5937, 07-0206, 07-0621,

          07-1073, 07-1271, 07-1285

                    *     *     *

              (V O L U M E   I)

        Deposition of W. ALLEN MARR, PH.D.,

P.E., given at the offices of Bruno & Bruno,

855 Baronne Street, New Orleans, Louisiana

70113, on April 23rd, 2012.

REPORTED BY:

        JOSEPH A. FAIRBANKS, JR., CCR, RPR

        CERTIFIED COURT REPORTER #75005



EXHIBIT
7

163294bb-6219-4f37-976b-310e0c77d4ef

ALLEN MARR, PH.D.                                    April 23, 2012

Page 186

1        Q.   Now, as the water levels rise in the

2    channel, would not the pressure -- wouldn't

3    that cause loading from the water side?

4        A.   On the water side, it does, yes.

5        Q.   Okay.  And would not the loading on

6    the water side -- how long would it take for it

7    to -- I should ask a prefatory question first.

8             You told us that the subsoils on the

9    water and the land side were roughly 90 to

10   95 percent saturated before the storm event;

11   right?

12       A.   I said I think we've measured degrees

13   of saturation of 90 to 95 percent.  It's

14   possible that they were even higher.  Some

15   parts of them were even higher, close to 100

16   percent.

17       Q.   Okay.  I was going to ask you, at what

18   depth or what level would you agree that the

19   pre-storm subsoils were 100 percent saturated?

20       A.   Well, they were essentially saturated,

21   say, below -- the organic clays were

22   essentially saturated.

23       Q.   So anything below seven or eight feet

24   depth?

25       A.   Elevation -- let's see.

JOHNS, PENDLETON COURT REPORTERS              504 219-1993

163294bb-6219-4f37-976b-310e0c77d4ef

ALLEN MARR, PH.D.                                    April 23, 2012

1        Q.    I'm sorry.  -7 or 8?

2        A.    Yes.  Minus -- yeah, -6 to -10 I think

3   it is.

4        Q.    -6 to 10 and below was 100 percent

5   saturated.

6        A.    Essentially 100 percent.

7        Q.    Essentially.  And so we're talking

8   about the top five or six feet of soil on both

9   sides of the levee.

10        A.    Yeah.  Well, let me just try to get

11   through this.  You know, my issue is not with

12   the degree of saturation.  It's close enough to

13   saturated that that's not an issue in the

14   analyses here.

15        Q.    Okay.  I have an issue.  And I may be

16   way off, but in my layman's appreciation my

17   question is this:  That top five or six feet,

18   how long would it take -- barring any

19   excavations, any holes, just native soils, so

20   to speak, how long would it take the presence

21   of standing water above it, at the -- you know,

22   8 to 10 feet above normal, how long would it

23   take that water the percolate down, if you

24   will, and then cause the top layer to be

25   100 percent saturated such that all the

JOHNS, PENDLETON COURT REPORTERS              504 219-1993

163294bb-6219-4f37-976b-310e0c77d4ef