# Assessment of IHNC Hurricane Katrina Failures

Technical Report to

## Katrina Canal Breaches Consolidated Litigation

[Civil Action Number: 05-4182 "K" (2)]

United States District Court Eastern District of Louisiana

Pertains to *Armstrong*, C.A. [No. 10-866]

By Dr. Thomas L. Brandon, P.E.

Newport, Virginia

March 8, 2012



EXHIBIT 8

TM 3-424 is a two-volume comprehensive report produced in 1956, and it is the basis for the other four engineering design documents. A common thread in all of these documents is that a pervious, erodible material must be present for seepage and related erosion issues to become a problem.

TM 3-424 reports that:

> "Sand boils and subsurface piping along the Mississippi River levees are the result of excess hydrostatic pressure and seepage *through deep pervious strata underlying the levees*. The severity of underseepage is dependent upon the head on the levee, source of seepage, perviousness of substratum, and characteristics of the landside top stratum." TM 3-424

The authors of TM 3-424 studied Mississippi River levees where sand boils occurred during the 1937 high water event. They attributed the presence of the sand boils to "the existence of a pervious substratum of sand 75 to 150 ft thick which offered relatively free passage (of water) beneath and landward of the levee…"

In all of these documents, the pervious layer is considered to be a *clean sand (SP)*. Silty sands and finer soils are considered to be part of the semipervious top stratum. The gradient in the top stratum is important in that high uplift pressures can fracture the top stratum and allow material from the underlying pervious layer to be eroded away. According to EM 1110-2-1913 (p. 5-2):

> "Without control, underseepage in pervious foundations beneath levees may result in (a) excessive hydrostatic pressures beneath an impervious top stratum on the landside, (b) sand boils, and (c) piping beneath the levee itself. Underseepage problems are most acute where a pervious substratum underlies a levee and extends both landward and riverward of the levee and where a relatively thin top stratum exists on the landside of the levee."

For a given levee cross section to merit a detailed seepage analysis, *a pervious substratum is required*. If the levee foundation material consists solely of fine-grained soils, as is the case at the IHNC site, then erosion should not be a problem. The flow rates are too low to effectively transport material.[41] Cohesionless soils are prone to erosion, and these must be present in the section for significant erosion to occur.

The plaintiffs also cite "hydraulic failure" and "blowout" as a potential failure mechanism for the north and south failures[3]. This failure mechanism, closely rated to erosion, also requires adequate flow to sustain the process (analogous to the water cannon described earlier). Figure 22 shows the basic mechanism for blowout. When the canal water level increases, the pore pressure increases at the toe of the levee. This increase in pore pressure happens very quickly in a saturated system owing to the very low compressibility of water. Conditions can occur where the upward pressure on a low permeability layer, labeled as "clay" in the figure, is greater than the weight of the layer. This can cause the layer to heave upwards. However, adequate flow must be available for the pressure to be sustained. If the clay

---

[41] Although values of flow were readily available from the seepage analyses conducted by both the ILIT and B. Bea, they opted not to report them in either their report, declarations, or in subsequent papers.

38