UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO<br>*Armstrong, No.* 10-866 | * SECTION "K" (2)<br>*<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**WASHINGTON GROUP INTERNATIONAL, INC.'S MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY REGARDING REPAIR OR REPLACEMENT COSTS FOR CERTAIN PLAINTIFFS' IMMOVABLE PROPERTY**

Defendant Washington Group International, Inc. ("WGI") respectfully moves the Court on behalf of all defendants to exclude irrelevant evidence and testimony relating to the repair and/or replacement costs for the immovable properties previously owned by Plaintiffs Armstrong, Holmes, and Livers. Plaintiffs intend to offer the testimony of Scott Taylor regarding the repair and/or replacement costs of the Armstrong, Holmes, and Livers residences. Such evidence is not helpful to the Court as it is based on an incorrect measure of damages. Under Louisiana law and the facts of this case, Plaintiffs Armstrong, Livers, and Holmes are limited to recovery of the diminution in value of their immovable property because they have no intent to repair or restore the properties. Accordingly, any evidence or testimony related to the costs to repair or restore the residences is irrelevant and should be excluded under Federal Rule of Evidence 402.

Based on the foregoing, and for the additional reasons contained in the accompanying memorandum in support, WGI respectfully requests that its motion in limine be

1101656v.1

granted and all evidence and testimony regarding the replacement and/or repair costs of the Armstrong, Holmes, and Livers residences be excluded from the trial of this matter.

Dated: August 10, 2012

Respectfully submitted,

*/s/ Heather S. Lonian*
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
   Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3891
Facsimile: (202) 626-1700

Attorneys for Washington Group International, Inc., a division of URS Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion in Limine to Exclude Evidence and Testimony Regarding Repair or Replacement Costs for Certain Plaintiffs' Immovable Property has been served upon the Court via hand-delivery pursuant to the Court's July 26, 2012 Minute Entry (Doc. 20927) this 10th day of August, 2012. Notice of this filing will be sent by e-mail to all counsel of record..

                                                           */s/ Heather S. Lonian*