UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO | * SECTION "K" (2)<br>* |
| FILED IN: *Armstrong* (10-866) | * JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Minute Entry dated July 31 (Rec. Doc. 20927), Washington Group International, Inc.'s Motion to Exclude Evidence and Testimony Regarding Repair or Replacement Costs for Certain Plaintiffs' Immovable Property is being filed in Chambers and no hearing date has been set.

Dated:  August 10, 2012

Respectfully submitted,

/s/William D. Treeby
William D. Treeby, 12901
James C. Gulotta, Jr., 6594
Heather S. Lonian, 29956
   Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

1101684v.1

        Adrian Wager-Zito
        James E. Gauch
        Debra S. Clayman
        JONES DAY
        51 Louisiana Avenue, N.W.
        Washington, D.C. 20001-2113
        Telephone:  (202) 879-3939
        Facsimile:  (202) 626-1700

        Attorneys for Washington Group
        International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2012, a copy of the above and foregoing Notice of Submission was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing has been forwarded to all known counsel of record by operation of the court's electronic filing system or by e-mail.

        /s/ William D. Treeby