# EXHIBIT 2

## ACT OF CASH SALE

STATE OF LOUISIANA
PARISH OF SAINT BERNARD

Before the undersigned Notary Public, and in the presence of the undersigned competent witnesses, personally came and appeared:

Jeannine Broggi Armstrong (SSN: XXX-XX-7756 ), a resident of the full age of majority of the Parish of St Tammany, State of Louisiana, who declared unto me, Notary Public, that, whose mailing address is declared to be 28 Park Place Drive Apt. 601, Covington, LA 70433 , (referred to herein as "Seller")

AND

Kenneth Paul Armstrong, Sr. (SSN: XXX-XX-7410 ), a resident of the full age of majority of the Parish of St Tammany, State of Louisiana, who declared unto me, Notary Public, that, whose mailing address is declared to be 28 Park Place Drive Apt. 601, Covington, LA 70043 , (referred to herein as "Seller")

who declared that for and in consideration of the price of ($ ) (hereinafter the "Purchase Price" ), cash in hand paid, receipt of which is hereby acknowledged, Seller hereby grants, bargains, sells, conveys, transfers, assigns, sets over, abandons, and delivers unto:

**ROAD HOME CORPORATION** (TIN:XX-XXX4376), a Louisiana non-profit public corporation, created under and pursuant to the provisions of La. R.S. 40:600.31 through 600.38, inclusive, acting herein by First American Title Insurance Company of Louisiana, duly authorized by Power of Attorney dated November 21, 2006 referred to herein as "Buyer");

without warranty of title but with full substitution and subrogation in and to any and all rights and actions of warranty of title which Seller has or may have against all preceding owners and vendors, the following described property (the "Property" ), the possession and delivery of which Buyer acknowledges:

ONE CERTAIN LOT OR PARCEL OF GROUND, together with all the buildings and improvements thereon, and advantages thereunto belonging or in anywise appertaining, situated in the Parish of St. Bernard, State of Louisiana, in that part thereof known as "BUCCANEER VILLA NORTH (SECTION NO. 2)" Subdivision, in accordance with a survey of J.J. Krebs & Sons, Inc., C.E. & S., dated March 6, 1969, revised April 28, 1969, February 3, 1970, June 4 and July 14, 1971, copy of which is annexed to an Act Establishing Servitudes and Restrictions before Allen J. Tillery, N.P., dated July 15, 1671, registered at COB 110, folio 193, Entry No. 106579, and, according thereto, the said lot or parcel of ground is designated and described as follows:

Lot No. 724 of Square 23, bounded by Hamlet Place, Benjamin Street, Kings Drive, EVANGELINE AVENUE and the Northerly and Easterly boundaries of the subdivision, and the said Lot 724 measures 50 feet front on Hamlet Place, with a width in the rear of 50 feet, and a depth of 100 feet on either side. Lot No. 724 commencing 210.74 feet from the intersection of Benjamin Street and Hamlet Place. An according to survey of Eugene I. Estopinal, C.E., dated March 3, 1976, said property has the same designations, delineations and measurements as hereinabove set forth.

Improvements bear the Municipal N. 4016 Hamlet, Chalmette, Louisianaiana.
Said property having a municipal address of: 4016 Hamlet Place, Chalmette, Louisiana 70043.

Said Property being purchased with Community Development Block Grant funds will meet compliance requirements for use and disposition of real property found at 24 CFR 570.505.

The Property is conveyed together with and shall include all buildings, other improvements, fixtures, if any, located thereon, and all rights, ways, servitudes, privileges, appurtenances and advantages thereunto. Seller also conveys all of Seller's right, title, and interest in all public ways adjoining the Property. This sale is made and accepted subject to any existing restrictions of record and which might affect the same.

The Property is sold "as-is, where-is" without any warranties whatsoever as to fitness or condition, whether expressed or implied, and Buyer expressly waives the warranty of fitness and the guarantee against hidden or latent vices (defects in the property sold which render it useless or render its use so inconvenient or imperfect that Buyer would not have purchased it had Buyer known of the vice or defect) provided by law in Louisiana, more specifically, that warranty imposed by Louisiana Civil Code art. 2520 et seq. with respect to Seller's warranty against latent or hidden defects of the property sold, or any other applicable law, not even for a return of the purchase price. Buyer forfeits the right to void the sale or reduce the purchase price on account of some hidden or latent vice or defect in the Property. Seller expressly subrogates Buyer to all rights, claims and causes of action Seller may have arising from or relating to any hidden or latent defects in the Property. This provision has been called to the attention of Buyer and fully explained to Buyer, and Buyer acknowledges that they have read and understand this waiver of all express or implied warranties and accepts the Property without any express or implied warranties.

Seller acknowledges that the funds used for payment of the consideration set forth above are provided under the Road Home Program. Seller acknowledges that even if he is seeking any further benefits under the Road Home Program as may be provided through resolution or appeal processes, THIS SALE IS FINAL and is not conditioned on any additional benefits being paid to the Seller from the Road Home Program and is not subject to rescission. Seller expressly waives and renounces any vendor's lien, privilege, mortgage or any other right or interest affecting the Property and expressly waives and renounces any right to rescind or dissolve the transfer of the Property conveyed to Purchaser on account of the non-fulfillment of any of the Purchaser's obligations hereunder; and further warrants that third parties may deal with Purchaser free and clear of any vendor's lien or privilege, express or implied right of rescission, or any other right or interest which may otherwise be deemed to exist in favor of Seller.

File No.: 1103-1450886                                                                                                                     E-Grants No.: 06HH09756500

Taxes for the year have been prorated as of the date of this sale between Seller and Buyer based upon the estimate received from the Assessor's Office.

According to the records of the Sheriff, Saint Bernard Parish, Louisiana, ad valorem taxes on the Property for the calendar years have been paid in full.

Buyer will be responsible for providing the tax assessor for the Parish where the immovable property is located with the address where property tax and assessment notices are to be mailed. As of the date of this sale, such notices should be sent to 1201 North Third Street, Suite 7-290, Baton Rouge, LA 70802.

The parties hereto waive the production of all mortgages and conveyance certificates and all other necessary certificates and researches, and agree to release and relieve me, Notary, from all responsibility and liability in connection with the non-production thereof.

All parties signing within this instrument have declared themselves to be of full legal capacity.

All agreements and stipulations herein and all the obligations herein assumed will inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and Buyer, their heirs, successors and assigns, shall have and hold the Property in full ownership forever.

STATE OF LOUSIANA
PARISH OF

Before me, the undersigned notary public duly commissioned in and for the parish and state aforesaid and before the undersigned competent witnesses, personally came and appeared the above signed person, who declared and acknowledged that appearer executed the foregoing instrument as his own free act and deed for the uses, considerations and purposes therein expressed.

Signed this Eleventh day of January, 2008 .

WITNESSES:
_____
Ryan Landry
Print Name:

SELLER:
_____
Jeannine Broggi Armstrong
_____
Kenneth Paul Armstrong Sr.

WITNESSES:
_____
Dat Nguyen
Print Name:

_____
Notary Public
Notary or Bar Roll No. _____
_____ Parish, Louisiana
My Commission Expires: _____

**BRENDA L. MURLA**
Notary Public No. 82360
St. Charles Parish, Louisiana
My commission is issued for life

STATE OF LOUSIANA
PARISH OF

Before me, the undersigned notary public duly commissioned in and for the parish and state aforesaid and before the undersigned competent witnesses, personally came and appeared the above signed person, who declared and acknowledged that appearer executed the foregoing instrument as his own free act and deed for the uses, considerations and purposes therein expressed.

Signed this Eleventh day of January, 2008.

WITNESSES:

_____
Ryan Landry
Print Name:

WITNESSES:

_____
Print Name:

_____
Notary Public
Notary or Bar Roll No. _____
_____ Parish, Louisiana
My Commission Expires: _____

BUYER:

ROAD HOME CORPORATION, by First American Title Insurance Company of Louisiana, Inc., as Attorney in fact

By: _____

Its: _____Presenter_____

**BRENDA L. MURLA**
Notary Public No. 82380
St. Charles Parish, Louisiana
My commission is issued for life