# EXHIBIT 4

## ACT OF CASH SALE

STATE OF LOUISIANA
PARISH OF SAINT BERNARD

Before the undersigned Notary Public, and in the presence of the undersigned competent witnesses, personally came and appeared:

FRED NELSON HOLMES, JR (SSN: XXX-XX-7623 ), a resident of the full age of majority of the County of Montgomery, State of Texas, who declared unto me, Notary Public, that he is married to Janeen M Boudoin Holmes, with whom he is now living and residing, and whose mailing address is declared to be 30231 Glenboro Drive, Spring, TX 77386 , (referred to herein as "**Seller**")

AND

JENEEN M BOUDOIN-HOLMES (SSN: XXX-XX-9257 ), a resident of the full age of majority of the County of Montgomery, State of Texas, who declared unto me, Notary Public, that she is married to Fred Nelson Holmes, with whom she is now living and residing, and whose mailing address is declared to be 30231 Glenboro Drive, Spring, TX 77386 , (referred to herein as "**Seller**")

who declared that for and in consideration of the price of THIRTY-FOUR THOUSAND, SIX HUNDRED-EIGHT DOLLARS AND 18/100 ($34,608.18 ) and other good and valuable consideration (hereinafter the "**Purchase Price**" ), cash in hand paid, receipt of which is hereby acknowledged, Seller hereby grants, bargains, sells, conveys, transfers, assigns, sets over, abandons, and delivers unto:

ROAD HOME CORPORATION (TIN:XX-XXX4376), a Louisiana non-profit public corporation, created under and pursuant to the provisions of La. R.S. 40:600.31 through 600.38, inclusive, acting herein by First American Title Insurance Company of Louisiana, duly authorized by Power of Attorney dated November 21, 2006 referred to herein as "**Buyer**");

without warranty of title but with full substitution and subrogation in and to any and all rights and actions of warranty of title which Seller has or may have against all preceding owners and vendors, the following described property (the "**Property**" ), the possession and delivery of which Buyer acknowledges:

THAT CERTAIN PORTION OF GROUND, together with all the buildings and improvements thereon, all right, ways, privileges, servitudes, and appurtenances thereunto belonging or in anywise appertaining thereto, situated in the Parish of St. Bernard, Louisiana, in that part known as Carolyn Park Subdivision, Extension No. 2, in Square No. 35 thereof, bounded by Llama, Perrin, Bear, and Ocelot Drives, which portion of ground is designated as Lot No. 804-A on a plan of resubdivision by J.J. Krebs & Sons, Surveyors, dated September 9th, 1958, on file and of record in the Parish of St. Bernard, according to which, said Lot No. 804-A commences at a distance of 60 feet from the corner of Perrin and Llama Drives, and measures thence, in the direction of Bear Drive, 80 feet front on Perrin Drive, same in width in the rear, by a depth of 100 feet, between equal and parallel lines, all as more fully shown on plat of survey by Adloe Orr, Jr., & Associates, Surveyors, dated January 27, 1959, annexed to act before George W. Weber, Notary Public, on March 25, 1959. Said lot is also designated by the No. 804-A on survey of Adloe Orr, Jr., & Associates, Consulting Engineers, dated October 2, 1969, blue print copy of which is annexed to vendor's acquisition before Robert J. Oster, Notary Public, this date, and according thereto said lot is situated in the same subdivision and square, which square is shown to be bounded by Llama (side) Drive, Perrin Drive, Bear (side) Drive and Ocalot (side) Drive, and has the same measurements and dimensions, and the improvements are designated by the Municipal No. 1205 Perrin Drive.

Improvements thereon bear the Municipal No. 1205 Perrin Drive, Arabi, La. 70032.
Said property having a municipal address of: 1205 PERRIN DR, Arabi, Louisiana 70032.

Said Property being purchased with Community Development Block Grant funds will meet compliance requirements for use and disposition of real property found at 24 CFR 570.505.

The Property is conveyed together with and shall include all buildings, other improvements, fixtures, if any, located thereon, and all rights, ways, servitudes, privileges, appurtenances and advantages thereunto. Seller also conveys all of Seller's right, title, and interest in all public ways adjoining the Property. This sale is made and accepted subject to any existing restrictions of record and which might affect the same.

The Property is sold "as-is, where-is" without any warranties whatsoever as to fitness or condition, whether expressed or implied, and Buyer expressly waives the warranty of fitness and the guarantee against hidden or latent vices (defects in the property sold which render it useless or render its use so inconvenient or imperfect that Buyer would not have purchased it had Buyer known of the vice or defect) provided by law in Louisiana, more specifically, that warranty imposed by Louisiana Civil Code art. 2520 et seq. with respect to Seller's warranty against latent or hidden defects of the property sold, or any other applicable law, not even for a return of the purchase price. Buyer forfeits the right to void the sale or reduce the purchase price on account of some hidden or latent vice or defect in the Property. Seller expressly subrogates Buyer to all rights, claims and causes of action Seller may have arising from or relating to any hidden or latent defects in the Property. This provision has been called to the attention of Buyer and fully explained to Buyer, and Buyer acknowledges that they have read and understand this waiver of all express or implied warranties and accepts the Property without any express or implied warranties.

Seller acknowledges that the funds used for payment of the consideration set forth above are provided under the Road Home Program. Seller acknowledges that even if he is seeking any further benefits under the Road Home Program as may be provided through resolution or appeal processes, THIS SALE IS FINAL and is not conditioned on any additional benefits being paid to the Seller from the Road Home Program and is not subject to rescission. Seller expressly waives and renounces any vendor's lien, privilege, mortgage or any other right

File No.: 1103-1586160                                                            E-Grants No.: 06HH13408400

or interest affecting the Property and expressly waives and renounces any right to rescind or dissolve the transfer of the Property conveyed to Purchaser on account of the non-fulfillment of any of the Purchaser's obligations hereunder; and further warrants that third parties may deal with Purchaser free and clear of any vendor's lien or privilege, express or implied right of rescission, or any other right or interest which may otherwise be deemed to exist in favor of Seller.

Taxes for the year 2008 have been prorated as of the date of this sale between Seller and Buyer based upon the estimate received from the Assessor's Office.

According to the records of the Sheriff, Saint Bernard Parish, Louisiana, ad valorem taxes on the Property for the calendar years have been paid in full.

Buyer will be responsible for providing the tax assessor for the Parish where the immovable property is located with the address where property tax and assessment notices are to be mailed. As of the date of this sale, such notices should be sent to 11601 Southfork Avenue, Building D, Baton Rouge, LA 70816.

The parties hereto waive the production of all mortgages and conveyance certificates and all other necessary certificates and researches, and agree to release and relieve me, Notary, from all responsibility and liability in connection with the non-production thereof.

All parties signing within this instrument have declared themselves to be of full legal capacity.

All agreements and stipulations herein and all the obligations herein assumed will inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and Buyer, their heirs, successors and assigns, shall have and hold the Property in full ownership forever.

STATE OF LOUSIANA
PARISH OF Jefferson

Before me, the undersigned notary public duly commissioned in and for the parish and state aforesaid and before the undersigned competent witnesses, personally came and appeared the above signed person, who declared and acknowledged that appearer executed the foregoing instrument as his own free act and deed for the uses, considerations and purposes therein expressed.

Signed this Thirteenth day of March, 2009.

WITNESSES:

Print Name: BIANCA WILLIAMS

SELLER:

FRED NELSON HOLMES JR

JENEEN M BOUDOIN-HOLMES

WITNESSES:

Print Name: Lametra Jones

Notary Public
Notary or Bar Roll No. _____
_____ Parish, Louisiana
My Commission Expires: _____

File No.: 1103-1586160

E-Grants No.: 06HH13408400

108

07/20/2011

STATE OF LOUSIANA
PARISH OF Jefferson

Before me, the undersigned notary public duly commissioned in and for the parish and state aforesaid and before the undersigned competent witnesses, personally came and appeared the above signed person, who declared and acknowledged that appearer executed the foregoing instrument as his own free act and deed for the uses, considerations and purposes therein expressed.

Signed this Thirteenth day of March, 2009 .

WITNESSES:

*[signature]*
Print Name: BIANCA WILLIAMS

WITNESSES:

*[signature]*
Print Name: Lametra Jones

_____
Notary Public
Notary or Bar Roll No. _____
_____ Parish, Louisiana
My Commission Expires: _____

BUYER:
ROAD HOME CORPORATION, by First American Title Insurance Company of Louisiana, Inc., as Attorney in fact

By: *[signature]* Nozrene James
Its: Manager