# EXHIBIT 6

## ACT OF CASH SALE

STATE OF LOUISIANA **EAST BATON ROUGE**
PARISH OF ~~ORLEANS~~

Before the undersigned Notary Public, and in the presence of the undersigned competent witnesses, personally came and appeared:

Barbara Deplush Livers (SSN: XXX-XX-3597 ), a resident of the full age of majority of the Parish of Ascension, State of Louisiana, who declared unto me, Notary Public, that she has been married but once to Alvin Livers with whom she is living and residing and whose mailing address is declared to be 13492 Paces Point Dr., Gonzales, LA 70737, (referred to herein as "**Seller**")

AND

Alvin Livers (SSN: XXX-XX-7426 ), a resident of the full age of majority of the Parish of Ascension, State of Louisiana, who declared unto me, Notary Public that he has been married but once to Barbara Deplush Livers with whom he is living and residing and whose mailing address is declared to be 13492 Paces Point Dr., Gonzales, LA 70737, (referred to herein as "**Seller**")

who declared that for and in consideration of the price of ONE HUNDRED TWENTY THOUSAND, FIVE HUNDRED FIFTY-TWO DOLLARS 07/100($120,552.07 ) Dollars (hereinafter the "**Purchase Price**" ), cash in hand paid, receipt of which is hereby acknowledged, Seller hereby grants, bargains, sells, conveys, transfers, assigns, sets over, abandons, and delivers unto:

**ROAD HOME CORPORATION** (TIN:XXX-XX-4376), a Louisiana non-profit public corporation, created under and pursuant to the provisions of La. R.S. 40:600.31 through 600.38, inclusive, acting herein by First American Title Insurance Company of Louisiana, duly authorized by Power of Attorney dated Novemeber 21, 2006 referred to herein as "**Buyer**");

without warranty of title but with full substitution and subrogation in and to any and all rights and actions of warranty of title which Seller has or may have against all preceding owners and vendors, the following described property (the "**Property**" ), the possession and delivery of which Buyer acknowledges:

A CERTAIN PIECE OR PORTION OF GROUND, together with all the buildings and improvements thereon, and all the rights, ways, privileges, servitudes, advantages and appurtenances thereunto belonging or in anywise appertaining, situated in the PARISH OF ORLEANS, STATE OF LOUISIANA, in the Third district of the city of new orleans, in Square No. 342, bounded by St. Claude Avenue, North Rampart, Tennessee and Deslonde Streets, designated by the No. 22 on a sketch of survey made by Adloe Orr, C. E., dated November 8, 1940 and annexed to an act of Partition in Kind passed before John J. Kenny, N.P., dated March 1, 1941 and according to which sketch said lot measures 40 feet front on St. Claude Avenue, same width in the rear by a depth between equal and parallel lines of 120 feet, all as shown on the survey of Adloe Orr, Jr., dated June 19, 1956 said Lot No. 22 commences at a distance of 40 feet from the corner of Tennessee Street and St. Claude Avenue, all in accordance with the survey of J. L. Fontcuberta, Surveyor, dated December 22, 1970, a copy of which is attached to act of sale @ COB 701-219, dated 01-08-1971.

The improvements thereon bear the municipal number 4924 Saint Claude, New Orleans, La 70117
Said property having a municipal address of: 4924 Saint Claude, New Orleans, Louisiana 70117.

Said Property being purchased with Community Development Block Grant funds will meet compliance requirements for use and disposition of real property found at 24 CFR 570.505.

The Property is conveyed together with and shall include all buildings, other improvements, fixtures, if any, located thereon, and all rights, ways, servitudes, privileges, appurtenances and advantages thereunto. Seller also conveys all of Seller's right, title, and interest in all public ways adjoining the Property. This sale is made and accepted subject to any existing restrictions of record and which might affect the same.

The Property is sold "as-is, where-is" without any warranties whatsoever as to fitness or condition, whether expressed or implied, and Buyer expressly waives the warranty of fitness and the guarantee against hidden or latent vices (defects in the property sold which render it useless or render its use so inconvenient or imperfect that Buyer would not have purchased it had Buyer known of the vice or defect) provided by law in Louisiana, more specifically, that warranty imposed by Louisiana Civil Code art. 2520 et seq. with respect to Seller's warranty against latent or hidden defects of the property sold, or any other applicable law, not even for a return of the purchase price. Buyer forfeits the right to void the sale or reduce the purchase price on account of some hidden or latent vice or defect in the Property. Seller expressly subrogates Buyer to all rights, claims and causes of action Seller may have arising from or relating to any hidden or latent defects in the Property. This provision has been called to the attention of Buyer and fully explained to Buyer, and Buyer acknowledges that they have read and understand this waiver of all express or implied warranties and accepts the Property without any express or implied warranties.

Road Home Act Of Cash Sale
(B0417920.1)

Grant No: 06HH012401 / FAST No.: 1103-1384614
Page 1 of 4

162

07/20/2011

Seller acknowledges that the funds used for payment of the consideration set forth above are provided under the Road Home Program. Seller acknowledges that even if he is seeking any further benefits under the Road Home Program as may be provided through resolution or appeal processes; THIS SALE IS FINAL and is not conditioned on any additional benefits being paid to the Seller from the Road Home Program and is not subject to rescission. Seller expressly waives and renounces any vendor's lien, privilege, mortgage or any other right or interest affecting the Property and expressly waives and renounces any right to rescind or dissolve the transfer of the Property conveyed to Purchaser on account of the non-fulfillment of any of the Purchaser's obligations hereunder; and further warrants that third parties may deal with Purchaser free and clear of any vendor's lien or privilege, express or implied right of rescission, or any other right or interest which may otherwise be deemed to exist in favor of Seller.

Taxes for the year 2007 have been prorated as of the date of this sale between Seller and Buyer based upon the estimate received from the Assessor's Office.

According to the records of the Sheriff, Orleans Parish, Louisiana, ad valorem taxes on the Property for the calendar years have been paid in full.

Buyer will be responsible for providing the tax assessor for the Parish where the immovable property is located with the address where property tax and assessment notices are to be mailed. As of the date of this sale, such notices should be sent to 1201 North Third Street, Suite 7-290, Baton Rouge, LA 70802.

The parties hereto waive the production of all mortgages and conveyance certificates and all other necessary certificates and researches, and agree to release and relieve me, Notary, from all responsibility and liability in connection with the non-production thereof.

All parties signing within this instrument have declared themselves to be of full legal capacity.

All agreements and stipulations herein and all the obligations herein assumed will inure to the benefit of and be binding upon the heirs, successors and assigns of the respective parties, and Buyer, their heirs, successors and assigns, shall have and hold the Property in full ownership forever.

Signed this Eighteenth day of April, 2007, in East Baton Rouge, Louisiana, before the undersigned Notary Public and witnesses.

WITNESSES:

**Catherine Williams**
Print Name:

SELLER:

Barbara Deplush Livers

Alvin Livers

WITNESSES:

Eliska V. Green
Print Name:

Notary Public
Notary or Bar Roll No. 041004
BATON  Parish, Louisiana
My Commission Expires: N/A

Signed this Eighteenth day of April, 2007, in East Baton Rouge, Louisiana, before the undersigned Notary Public and witnesses.

WITNESSES:

**Catherine Williams**
Print Name:

WITNESSES:

Eliska V. Green
Print Name:

BUYER:
ROAD HOME CORPORATION, by First American Title Insurance Company of Louisiana, Inc., as Attorney in fact

By: Star Maher

Its: **Star Maher**
Closing Center Manager
First American Title Insurance Co. of LA

Road Home Act Of Cash Sale
(B0417920.1)

Grant No: 06HH012401 / FAST No.: 1103-1384614
Page 2 of 4

163

07/20/2011

_Terri W. Terry_
Notary Public
Notary or Bar Roll No. 049600
_____ Baton_____ Parish, Louisiana
My Commission Expires: NA

Road Home Act Of Cash Sale
(B0417920.1)

Grant No: 06HH012401 / FAST No.: 1103-1384614
Page 3 of 4

164

07/20/2011