UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § PERTAINS TO: MRGO § § *Armstrong*, No. 10-866 § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S**
**MOTION TO EXCLUDE EVIDENCE REGARDING DR. ROBERT BEA'S 3D**
**SEEPAGE ANALYSES AND "DILATATIONAL WAVE VELOCITY" THEORY**

Pursuant to Federal Rules of Civil Procedure 26 and 37(c) and for the reasons set forth in the attached memorandum, Defendant Washington Group International, Inc. ("WGI") respectfully moves to exclude all evidence at trial regarding: (1) Dr. Robert Bea's three-dimensional ("3D") seepage analyses, including JX-1384; and (2) Dr. Bea's "dilatational wave velocity" theory.

Neither the 3D seepage analyses nor the "dilatational wave velocity" theory were properly disclosed to the Defendants in accordance with Rule 26. In fact, the 3D seepage analyses were never produced at all. Allowing Plaintiffs to use this evidence at trial will be prejudicial to the Defendants. The evidence should therefore be excluded from trial pursuant to Rule 37.

1101713v1

Dated: August 10, 2012

Respectfully submitted,

/s/ William D. Treeby
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Exclude Evidence Regarding Dr. Robert Bea's 3D Seepage Analyses and "Dilatational Wave Velocity" Theory has been served upon the Court via hand-delivery pursuant to the Court's July 26, 2012 Minute Entry (Doc. 20927) this 10th day of August, 2012. Notice of this filing will be sent by e-mail to all counsel of record..

/s/ Heather S. Lonian
Heather S. Lonian

1101713v1