# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES    CIVIL ACTION

CONSOLIDATED LITIGATION         NO. 05-4182 K2

JUDGE DUVAL

PERTAINS TO MRGO          MAG. WILKINSON

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,

05-6314, 05-6324, 05-6327, 05-6359,

06-0225, 06-0886, 06-1885, 06-2152,

06-2278, 06-2287, 06-2824, 06-4024,

06-4065, 06-4066, 06-4389, 06-4634,

06-4931, 06-5032, 06-5155, 06-5159,

06-5156, 06-5162, 06-5260, 06-5771,

06-5786, 06-5937, 07-0206, 07-0621,

07-1073, 07-1271, 07-1285

* * *

(V O L U M E  II)

Deposition of ROBERT G. BEA, PH.D.,

given at the offices of Stone Pigman Walther

Wittmann, LLC, 546 Carondelet Street, New

Orleans, Louisiana 70130, on March 28th, 2012.

REPORTED BY:

JOSEPH A. FAIRBANKS, JR., CCR, RPR

CERTIFIED COURT REPORTER #75005

Page 2

1  APPEARANCES:
2  REPRESENTING THE PLAINTIFFS:
3      BRUNO & BRUNO
4      (BY:  JOSEPH M. BRUNO, ESQUIRE)
5      (BY:  SCOTT JOANEN, ESQUIRE)
6      855 Baronne Street
7      New Orleans, Louisiana 70113
8      504-525-1335
9  - AND -
10     DOMENGEAUX, WRIGHT, ROY & EDWARDS
11     (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)
12     556 Jefferson Street, Suite 500
13     Lafayette, Louisiana 70501
14     337-233-3033
15
16  REPRESENTING THE UNITED STATES OF AMERICA:
17     U.S. DEPARTMENT OF JUSTICE
18     (BY:  ROBIN DOYLE SMITH, ESQUIRE)
19     (BY:  RUPERT MITSCH, ESQUIRE)
20     (BY:  JACK WOODCOCK, ESQUIRE)
21     Torts Branch, Civil Division
22     P.O. Box 888
23     Benjamin Franklin Station
24     Washington, D.C. 20044
25     202-616-4289

Page 3

1  REPRESENTING WASHINGTON GROUP INTERNATIONAL,
2      INC.:
3      JONES DAY
4      (BY:  DEBRA S. CLAYMAN, ESQUIRE)
5      (BY:  ADRIAN WAGER-ZITO, ESQUIRE)
6      (BY:  CHRISTOPHER N. THATCH, ESQUIRE)
7      51 Louisiana Avenue, N.W.
8      Washington, D.C. 20001-2113
9      202-879-4645
10  - and -
11     STONE PIGMAN WALTHER WITTMANN, L.L.C.
12     (BY:  WILLIAM D. TREEBY, ESQUIRE)
13     546 Carondelet Street
14     New Orleans, Louisiana 70130
15     504-581-3200
16
17  ALSO PRESENT:
18     FRANCISCO SILVA-TULLA
19     TIMOTHY STARK
20     TOM BRANDON
21
22  VIDEOGRAPHER:  GILLEY DELORIMIER (DEPO-VUE)
23
24
25

Page 4

1      E X A M I N A T I O N  I N D E X
2
3  EXAMINATION BY:                    PAGE
4  MR. TREEBY  ................................8
5  MR. SMITH   .............................171
6
7      E X H I B I T  I N D E X
8  EXHIBIT NO.                   PAGE
9  Bea Exhibit 26 ..............................8
10 Bea Exhibit 27 ............................21
11 Bea Exhibit 28 ............................22
12 Bea Exhibit 29 ............................25
13 Bea Exhibit 30 ............................30
14 Bea Exhibit 31 ............................31
15 Bea Exhibit 32 ............................34
16 Bea Exhibit 33 ............................45
17 Bea Exhibit 34 ............................84
18 Bea Exhibit 35 ............................85
19 Bea Exhibit 36 ............................90
20 Bea Exhibit 37 ............................96
21 Bea Exhibit 38 ...........................126
22 Bea Exhibit 40 ...........................155
23 Bea Exhibit 41 ...........................246
24 Bea Exhibit 42 ...........................267
25 Bea Exhibit 43 ...........................276

Page 201

1    case?
2       A.  Yes.
3       Q.  Would it be fair to say that the
4    seepage and slope stability modeling performed
5    by Mr. Cobos-Roa and Dr. Grunauer provide data
6    that are necessary to your opinions about the
7    causes of the IHNC floodwall failures?
8       A.  If you would give me a few seconds to
9    connect this machine up --
10         THE WITNESS:
11           It's Control O?
12      A.  If you would add into your question
13   Dr. Rune Storesund, the answer is yes.
14   EXAMINATION BY MR. SMITH:
15      Q.  And we need to add his name in there
16   because he did some of the model runs?
17      A.  He assisted in inputs and assisted in
18   output characterizations, validations.  The
19   actual performance of the analytical
20   calculations with SEEP/W, SLOPE, were performed
21   by Diego Cobos-Roa and Dr. Grunauer.
22      Q.  I'd like to just consider each of
23   those various models, the three models,
24   SLOPE/W, SEEP/W, and Plaxis.
25         Could you provide a list of the inputs

Page 202

1    that were used to generate the model run
2    outputs in this litigation?
3       A.  I could.
4       Q.  Can you tell us today what those would
5    be?
6       A.  No.
7       Q.  You don't know any of the inputs just
8    as you sit here today?
9       A.  No, I couldn't provide you with a
10   comprehensive list sitting here at this time,
11   today.  I would be glad to provide you with a
12   complete list.
13      Q.  Okay.  Can you give me any of the
14   inputs that you worked with Mr. Cobos-Roa to
15   enter into the SEEP/W program?
16      A.  Well, you could start, first, with the
17   cross-sections that are documented in Appendix
18   B of my report.  So those cross-sections are
19   critical parts of inputs.  I described for you
20   how the Case 1 inputs were developed, how the
21   Case 2 inputs were developed.  The next
22   important sets of things that have to go into
23   that, I elicited in the time before lunch where
24   we were addressing the issues associated with
25   steady flow seepage analyses.  So there's a

Page 203

1    wide variety of input and operating control
2    parameters that I was responsible for.
3          And then we have the outputs, and in
4    this case those outputs are primarily focused
5    on pressures that are important in the
6    assessment of the lateral instability.  So I
7    have to move through those steps for SEEP/W.
8          The same kinds of things also have to
9    be done for SLOPE/W.  And SLOPE/W has some new
10   elements, most of which are extremely well
11   documented in the 2006, 2011 later edition, of
12   the U.S. Army Corps of Engineers guidelines for
13   the design of new and analysis of existing
14   I-walls.  Such things as tension cracks and
15   those elements.
16      Q.  Wait.  I'm sorry.  I think either I've
17   lost focus or you've lost focus here, but
18   somewhere along the way I don't see what you're
19   saying is connected to my question.  So if you
20   need to ask more, but I thought my question was
21   about the inputs in SEEP/W.  And you've moved
22   on, now you're talking about SLOPE/W.
23      A.  Well, you've mentioned three computer
24   programs.  I wrote them down.  So what I'm
25   doing is moving to another category to answer

Page 204

1    your question.
2       Q.  Okay.  So you're going to give me all
3    three of them, SLOPE/W inputs, Plaxis inputs,
4    and SEEP/W inputs.
5       A.  Yes.  My understanding, that's what
6    you want me to address.
7       Q.  You were telling me about the new
8    model that came out, and I wasn't really sure
9    that was responsive to my question, frankly.
10      A.  Well, thank you for interacting.  I
11   want you to understand, as well as I can,
12   what's in my knowledge, and, hence, sometimes
13   my over-expansive, boring as hell responses,
14   and I apologize for that.  But it's a complex
15   problem, it requires complex thinking, and
16   simple sound bites are extremely dangerous.  So
17   I'm attempting to avoid that trap.  Please
18   forgive me if I mislead you.
19      Q.  And Dr. Bea, I'm not attempting to
20   entrap you --
21      A.  I know.
22      Q.  -- but I think we're expected to
23   conclude this deposition today.
24      A.  We are.  But I'll be back.
25      Q.  Well, if we don't move along, we may