DX-01559



# THREE-DIMENSIONAL SEEPAGE EFFECTS AT THREE NEW ORLEANS LEVEE BREACHES DURING HURRICANE KATRINA

**Diego Cobos-Roa**
*Graduate Student*
*Department of Civil & Environmental Engineering*
*University of California Berkeley, CA*
*Email: dcobos@berkeley.edu*

**Robert Bea**
*Professor*
*Department of Civil & Environmental Engineering*
*University of California Berkeley, CA*
*Email: bea@ce.berkeley.edu*

## ABSTRACT

Three widely studied seepage related failures in New Orleans levees during Hurricane Katrina are reanalyzed to determine the three-dimensional seepage effects of excavations near the landside and waterside levee toes. This paper summarizes analyses performed to characterize the response of the subsurface soils to these narrow features. The results demonstrate that pore water pressures and hydraulic gradients developed near the landside toe are exacerbated by the excavations and have important effects on the stability of the floodwall – levee flood protection structures.

KEYWORDS:  Hurricane Katrina, New Orleans, Levee Breaches, Floodwalls, Excavations, Failures.

## INTRODUCTION

Three floodwall – levee failures that developed in New Orleans during Hurricane Katrina are reanalyzed in this paper (Figure 1): the 17th Street Canal levee breach, and the two (North and South) breaches along the east bank of the Inner Harbor Navigation Canal (IHNC) at the Lower 9th Ward.

Forensic studies have evidenced the presence of an excavation developed by an overturned tree 'root ball' near the landside toe of the levee at the site of the 17th Street Canal breach and of deep waterside excavations made prior to Hurricane Katrina adjacent to the flood side of the two breaches along IHNC at the Lower 9th Ward. To date, only two-dimensional (2D) seepage analyses have been performed to evaluate hydraulic effects on the floodwall-levee performance.

In this paper, we summarize three-dimensional (3D) seepage analyses performed to better understand development of these three breaches. Comparisons are made between the 2D and 3D pore water pressures and hydraulic gradients.

Two and three dimensional seepage modeling analyses are based on the same theoretical principles (Refs. 7 and 8). For 3D analyses, the governing flow formulation (Darcy's equation) introduces a third variable for hydraulic conductivity in the 'z' direction. The software developed by Geoslope International (Seep 3D and SEEP/W) were used to perform the 3D and 2D analyses summarized in this paper (Refs 4 and 5).



**Figure 1**: Location of the three breach sites analyzed (Ref. 10)

## 17TH STREET CANAL BREACH

The levee breach at the 17th Street Canal is the most intensively studied failure that developed in the Greater New Orleans area during Hurricane Katrina on August 29, 2005. The failure involved a translational type of failure through a soft, thin sensitive Marsh layer underlying the levee embankment. Detailed studies, field and laboratory investigations can be found in recently published reports (Refs. 3, 6, 10, 12). Based on this background Figure 2 summarizes the stratigraphic interpretation used in the seepage analyses summarized in this paper.

DX-01559-002

Case 2:05-cv-04182-SRD-JCW    Document 20967-7    Filed 08/10/12    Page 4 of 27



**Figure 2**: Cross section for the 17th Street Canal analyses (Ref 2)

The hydrographs summarized in Figure 3 show several observations and measurements of water elevations in the vicinity of the 17th Street Canal. The dotted points represent values recorded at the drainage pump station located at the 'upstream' end of the Canal (about 2.5 mi, 4 km south of the breach).  This plot shows a constant rise of the water level, starting at about midnight on August 28th. The rate of the water level increase is about 0.8 ft/hour (0.24 m/hr).

At approximately 6 am (Central Daylight Time, CDT) on August 29th, the hydrograph peaks at an elevation near +7 ft (2.1 m) (elevations cited  in this paper are NAVD88 datum) and quickly drops indicating the initiation of a breach.  The succeeding drops in water elevation are indicative of the progressive development of the breach. Photographic evidence indicates that the breach had almost fully developed by 9:30 am and was completely developed by 12 noon. The breach took almost 6 hours to fully develop.

The pre-failed levee was composed by a sheet-pile supported I-wall, topped at elevation +14 ft (4.3 m). The sheet pile tip elevation was approximately –18 ft (5.5 m).  The canal bottom elevation was approximately –19 ft (5.8m). The waterside elevation of the top of the levee was below normal water level at elevation –2 ft (0.6 m), whereas the landside toe of the levee and surrounding area was located approximately –5 ft (1.5m).

DX-01559-003



**Figure 3:** Hydrograph in the vicinity of the 17th Street Canal (Ref. 6)

Figures 4 and 5 show pictures taken of the tree that was blow over by the high northwest hurricane winds that was located near the landside toe of the levee. The size of the tree root-ball excavation was approximately 15 ft (4.6 m) in diameter and between 5 and 10 ft (1.5 and 3.1 m) in depth (Ref. 2).

The stratigraphic interpretation based on results from the published studies (Refs 6 and 10) show that levee fill materials were comprised of two primary zones. The most recent fill was deposited in the early 1970s (Ref 10). This younger and denser Clay material overlies a softer levee fill (also Clay), but placed more than a century earlier and not under the same technical standards.

The fill-natural material interface occurs at an elevation of about –5 ft (1.5 m) on the landside toe of the levee, and at about elevation –12 ft (3.7 m) beneath the levee. This difference is caused by consolidation of the soft underlying alluvial materials under the load imposed by the embankment.

Underlying the levee material, a thick irregular paludal Marsh deposit occurs. The bottom elevation for this deposit varies from elevation –20 ft (6.1 m) on the waterside to elevation –10 ft (3.1 m) on its shallower area landward of the levee toe.



**Figure 4:** Tree blown over by the hurricane winds (Bea 2005)



**Figure 5:** Root ball of tree blown over by the hurricane winds (Bea 2005)

DX-01559-005

Boring B-64 (Ref. 6) shows that the Marsh deposit extends to 20.5 ft (6.3 m) below the top of the boring (about El. +0 ft), which places the bottom of the Marsh approximately at elevation -20.0ft (-6.1 m).  Below this depth, a 5 to 10 ft (1.5 to 3.1 m) thick "Intermixing zone" is the transition from Marsh to the underlying gray Clays evidencing decreasing organic content, peat intrusions and amount of fibers.  Underlying this intermixing zone the gray high-plasticity Clays occur.  These Clays are soft and sensitive (peak to residual strength ratios from 2 to 6) with water contents from 85 to 95% (ILIT, 2006).

Moving towards the toe of the levee, the same soil units were found at shallower depths. Marsh and intermixing zone extend from the surface (El. +4 to +6 ft, +1.2 to +1.8 m) to Elevation –13 ft (4.0 m), overlaying a thicker soft Clay deposit extending to approximately Elevation –36 ft (11 m).

## 2D Seepage Analyses

The seepage analyses focused on the increased pore water pressures and gradients developed by the presence of the gap between the sheet piles and levee soils on the waterside and the localized effects of the soil lost by the tree removal, which decreased the thickness of fine-grained soils and the resistance of these to hydraulic uplift pressures. Figure 6 shows the results of transient seepage analyses when the hydrograph is at elevation +7 ft (2.1 m).  The figure shows hydraulic vertical gradients (i) computed without considering the soil removed by the tree root ball.



**Figure 6:**  Plot of vertical hydraulic gradient contours for storm surge of +7 ft (2.1 m) and Marsh horizontal permeability coefficient $kx= 10^{-4}$cm/s

When the tree root ball excavation is included (Figure 7), the computed vertical gradients increase locally to i ≥ 1.0.  Under this configuration, the soils under the tree root ball excavation would have experienced hydraulic uplift failure as part of the breach development.





**Figure 7:** Plot of vertical hydraulic gradient contours for storm surge of +7 ft (+2.1 m) and fully developed tree root ball excavation

## 3D Seepage Analyses

Figure 8 shows the 3D configuration used to analyze the effects of the tree root ball excavation. An initial 3D seepage model was performed assuming no tree root ball excavation, to calibrate the material properties and lateral extents of the model. The plot in Figure 9 shows the computed gradients for this configuration.



**Figure 8:** 3D model characteristics.

Model parameters are summarized in Table 1.  Figure 9 shows the results of the transient analyses for the water in the canal at elevation +7 ft (2.1 m).  The computed gradients show an average value of i = 0.4 when there is no root ball excavation, matching results from the 2D analysis.

**Table 1:** Material properties used in 17th Street Canal breach seepage analyses

| Soil Layer | Horizontal Permeability (kx) cm/s | Anisotropy (kx/ky) |
|---|---|---|
| Upper Fill | $10^{-5}$ | 0.5 |
| Lower Fill | $10^{-5}$ | 0.5 |
| Marsh, beneath Crest | $10^{-4}$ | 1/10 |
| Marsh Free field | $10^{-3}$ | 1/10 |
| Sensitive Layer, beneath crest | $10^{-4}$ | 1/10 |
| Sensitive layer, beneath toe | $10^{-3}$ | 1/10 |
| Overconsolidated Grey CH | $10^{-5}$ | 1/3 |
| Normally consolidated Grey CH | $10^{-5}$ | 1/3 |
| Sand | $10^{-2}$ | 1/2 |



**Figure 9.**  Hydraulic gradients with no tree removal

When the surface geometry is modified to account for the tree root ball excavation, the computed gradients locally increase to i ≥1.6 near the area of the excavation, since the thickness of the resisting landside layer to hydraulic uplift has decreased by about 6 ft (1.8 m) in its deepest part.  Figures 10 and 11 show the 3D representation of the tree root ball excavation and the computed gradients, respectively.



**Figure 10:**  Configuration with tree root ball excavation

DX-01559-009



**Figure 11:** 3D gradients with tree root ball excavation.  Maximum gradient i = 1.6.

The 3D seepage analyses show that when the storm surge was at elevation +7 ft (2.3 m), the computed pore pressures near the toe and landward are between 10 and 30% higher than indicated by the 2D analysis.  This results in a localized zone of high hydraulic gradients in the four faces of the tree root ball excavation, which would have led to the initiation of shallow displacements and triggering of the progressive failure reported by ILIT (Ref 10) and Bea (Ref 2).

## IHNC – LOWER 9TH WARD NORTH BREACH

Most available forensic data indicates the North Breach on the east bank of the IHNC-Lower 9th Ward initiated before the wall was overtopped (about 5:00 am, CDT), with the breach fully developing between 6:00 and 7:00 am on August 29, 2005 (Refs. 1, 6, 10, 13 - 15).

Based on aerial photography, an excavation was present on the waterside of the IHNC levee, located approximately 60 ft (20 m) away from the centerline of the levee – floodwall (Ref 1).  Based on available photographic evidence, the hole was determined to be approximately 23 ft (7.7 m) deep and 70 ft (23 m) wide  (Ref 1).  The soil profile at this site was characterized by a short levee underlain by a thick marsh deposit, which seems to be continuous below the entire IHNC area.  This swamp layer is located atop a

DX-01559-0010

high plasticity clay layer bottomed below elevation -50 ft (-17 m). The sheet pile top was located at +12.0 ft (+4 m), and extended down to elevation -10.5 ft (-3.5 m). It is evident that the sheet pile penetration was not sufficient to completely cut off the Marsh layer. Figure 12 shows the interpreted cross section (Ref. 3).

The forensic investigations (Refs. 1, 6, 10, 13, 14) indicate the failure characteristics at this site appear to be those of a seepage-induced blowout failure, showing a narrow failed section approximately 200 ft long (60 m), apparently initiated near the landside toe, scouring the resisting material and progressing waterward until sufficient soil was lost that the sheet pile was pushed tens of feet landward and rotated 90 degrees.



**Figure 12:** Cross section used for seepage analyses for the North breach at the IHNC Lower 9th Ward (1 ft = 0.31 m)

## 2D Seepage Analyses

Table 2 summarizes the hydraulic properties of the soil layers, including conductivity at saturation and anisotropy ratio (ratio of vertical to horizontal permeability, ky/kx). Since no field hydraulic conductivity tests were performed on these soils, best estimates of hydraulic conductivities based on data from available studies on comparable materials (Refs. 3, 8, 13, 14) were used. The last row in Table 2 gives the permeability value used for gap formed between the levee and sheet-pile.

**Table 2:** Material properties used in IHNC breach seepage analyses

| Material | Horizontal Permeability (kx) cm/s | Anisotropy Ratio (ky/kx) |
|---|---|---|
| Clays | $10^{-6}$ | 0.3 |
| Sands | $10^{-2}$ | 0.25 |
| Marsh (upper bound) | $10^{-3}$ | 0.10 |
| Waterside Excavation Fills | $10^{-1}$ | 1.0 |
| Gap | 100 | 1.0 |

Based on results from transient seepage analyses, Figure 13 shows the evolution of pore water pressure near the toe of the levee. After 6:00 am on August 29, 2005, there is a sudden increase in pore pressures, related to the point in time when the gap forms and water starts hydraulically loading the soils beneath the levee from the tip of the pile.



**Figure 13:** Transient seepage analyses results.  Pore pressure versus time near the toe of the levee.

DX-01559-0012

Figure 14 shows the computed hydraulic gradients. An arrow points to the approximate time of 5:00 am on August 29, 2005.  These high flow gradients would lead to softening of sensitive soils near the toe of the levee.



**Figure 14.** Hydraulic gradients near the toe of the levee at the North Breach.  Marsh kx = $10^{-3}$ cm/s (Bea and Cobos-Roa 2008)

Figure 15 is a plot of total head contours showing that the majority of head loss takes place through the shallow clay on the landside of the North Breach; evidenced by the head contours near the toe. This translates to the high gradients shown in Figure 16, where gradients i ≥ 1.0 are computed between the landside toe and the drainage canal structure.

DX-01559-0013





**Figure 15:** Transient model result, Total Heads in feet (1 ft = 0.3 m) Time: between 7:00 and 8:00 am on August 29, 2005.



**Figure 16:** Transient 2D seepage hydraulic gradients (contour interval = 0.1). Time: between 7:00 and 8:00 am on August 29, 2005.

## 3D Seepage Analyses

The cross section used for the 2D model was used as a starting point for the 3D computations. The excavation was again modeled with vertical walls, approximately 60 ft (20 m) away from the centerline of the levee. The permeable layer used for the excavation fill is shown by the gray area in Figure 17.

**DX-01559-0014**



**Figure 17:** 3D seepage model for IHNC-Lower Ninth Ward North breach

Figure 18 shows the total head contours computed using the 3D model. The plot shows a similar distribution of heads as the 2D model (Figure 15), with minor losses in the soil layers upstream of the sheet pile located near the vicinity of the excavation. Figure 19 shows the computed hydraulic gradients concentrating several tens of feet landward of the toe. Figure 20 shows hydraulic gradient values along two cross sections, or 'slices' of the 3D model; one through the filled excavation, and another one immediately outside the excavated area. There is a 30% increase in the gradients near the landside toe in the cross section through the filled excavation, compared to the section outside this area. This increase rises to approximately 100% about 200 ft (61 m) away from the sheet piles. The blue contours correspond to the upper plot line of Figure 14 (center of clay layer with gap), with a hydraulic gradient value below the landside toe just under i = 1.0 at 5:00 am on August 29, 2005.

Computed flow quantities on the lines normal to the levee centerline show that the flow seeping through the waterside excavation towards the landside toe is approximately 20% higher than the flow 100 ft (30 m) outside of the excavation.

DX-01559-0015





**Figure 18:** 3D total head contours. Time between 7:00 and 8:00 am on August 29, 2005.



**Figure 19:** 3D hydraulic gradients. Time: between 7:00 and 8:00 am on August 29, 2005.

DX-01559-0016



**Figure 20:** 2 and 3D gradients along two lines normal to the levee centerline, Time: between 5:00 and 6:00 am on August 29, 2005.

## IHNC – LOWER 9ᵀᴴ WARD SOUTH BREACH

Results from the forensic engineering investigations (Refs. 1, 3, 6, 10, 13, 14, 15) indicate that a deeper-longer translational failure surface was the most likely failure mechanism in the development of the South breach along the east bank of the IHNC-Lower Ninth Ward.  This was a 900 ft (300 m) long failed section. Similarly to the breach to the north, this failure was influenced by formation of a gap between the sheet pile and waterside fill, a nearby waterside excavation filled with permeable material cutting the marsh layers and sheet pile with insufficient length to cut flow paths through permeable marsh deposits helped develop this breach.

This breach is believed to have developed between 7:30 and 9:00 am August 29, 2005. Figure 21 shows the interpreted profile for a representative section through this breach. Similar to the north section, a clay layer covers the surface extending from the embankment fill landward. The top of the Marsh deposit is located at about elevation -5ft, but a thin clay layer appears to divide the marsh layer.

Sheet pile extends from +12.0 ft to -10.5 ft (+4 to -3.5 m), and again, the sheet piles fail to cut through the Marsh deposit.  The cross section in Figure 20 shows another waterside excavation; this time narrower than the one found in the North section, but at the same

DX-01559-0017

depth to the bottom and backfill material.   Levee slopes are one vertical to three horizontal.



**Figure 21:** Analysis cross-section for South breach  at the IHNC Lower 9th Ward (1 ft = 0.31 m)

## 2D Seepage Analyses

Transient seepage analyses were performed for the rising water level in the IHNC according to the measured surge elevation hydrographs in this area (Figure 22).  The surge hydrograph was input into the seepage models which generated analytical results beginning at a water elevation +2 ft (0.7m).  Material properties used for this section were identical to those used for the north breach (Table 2).

The results of the seepage analyses (Figure 23 and 24) show that after 33 hours of surge development (August 28, 2005 12:00 am to August 29, 2005, 9:00 am), high pore pressures and hydraulic gradients developed along the Marsh deposit.

Figures 25 and 26 summarize the results of the transient seepage analyses for the south breach section at 7:00 am on August 29, 2005, in terms of total heads and hydraulic gradients, respectively.  Even though the waterside half of the levee embankment was not saturated, the phreatic surface on the landside did raise enough to saturate the shallow clay layers and produce high uplift pressures to cause potential instability.





**Figure 22:** Hydrographs showing measured (and photographed) water levels at gage stations along the IHNC (Ref. 6)



**Figure 23:** Pore pressure versus time near the toe of the levee for Marsh horizontal permeability of  $kx = 10^{-3}$ cm/s

DX-01559-0019



**Figure 24:** Vertical hydraulic gradients near the toe of the levee for Marsh horizontal permeability of $kx = 10^{-3}$ cm/s



**Figure 25:** Transient seepage analysis results. Total Heads in ft (1 ft = 0.3 m).  Time: between 7:00 and 8:00 am on August 29, 2005.



**Figure 26**.  Hydraulic gradients from transient seepage analysis (contour interval = 0.1).
Time: between 7:00 and 8:00 am on August 29, 2005.   Maximum hydraulic gradient in
the clay layer above the marsh deposit is approximately i = 1.0

## 3D Seepage Analyses

As with the previous analyses, the cross section used for the 2D model was used as a starting point for the 3D analyses.  The excavation was again modeled with vertical walls, approximately 60 ft (20 m) away from the centerline of the levee. Figure 27 shows the 3D model used for the South breach.

Figure 28 shows the total head contours computed using the 3D model.  The plot shows a similar distribution of heads as the 2D model (Figure 15), with minor losses in the soil layers upstream of the sheet pile located near the vicinity of the excavation. Figure 29 shows the computed hydraulic gradients concentrating several tens of feet landward of the toe.  Figure 30 shows gradient values along two cross sections, or 'slices' of the 3D model, one through the filled excavation, and another one outside the excavated area. There is a 20 to 70% increase in gradients near the landside toe in the cross section through the filled excavation, compared to the section outside this area.

DX-01559-0021





**Figure 27**: 3D seepage analysis model, IHNC-Lower Ninth Ward South breach



**Figure 28**: Total heads near landside toe for the south breach.  Time: between 7:00 and 8:00 am on August 29, 2005

DX-01559-0022




**Figure 29**: Hydraulic gradients near landside toe for the South breach.  Time: between 7:00 and 8:00 am on August 29, 2005

From the plot in Figure 30 it is clear that the hydraulic gradients computed by the 3D model are higher following a line normal to the levee centerline through the filled excavation, compared to adjacent areas where the waterside shallow layer is clay.  There is a 20 to 70% increase in the gradients near the landside toe in the cross section through the filled excavation, compared to the section outside this area.  The behavior of this section seems to be different than the north breach since the sheet pile is tipped inside a clay layer; therefore producing more head loss than the previous case.  The blue contours in Figure 30 corresponds to the upper plot line of Figure 24 (2D analysis), with a value below the landside toe just under 0.6 at 6:00 am on August 29, 2005.

DX-01559-0023




**Figure 30:** 2D and 3D gradients along two lines normal to the levee centerline, Time: 8:00 am on August 29, 2005.

## CONCLUSIONS

Compared with the 2D seepage analysis models, the 3D seepage analysis models more accurately characterize the influences of localized excavations on both waterside and landside areas on three of the main levee breaches generated by Hurricane Katrina. Money (2006) performed similar analyses and found that vertical gradients increased between 50 and 100% when a narrow excavation was analyzed near the landside toe of an idealized levee. The results of the 17th Street Canal failure analyses showed a similar behavior, by increasing the 2D gradients by about 60%. The difference in gradients, which is directly proportional to the increase in water pressures near the area affected, can be attributed to the fact that flow also concentrates in the direction parallel to the levee centerline.

The two IHNC-Lower 9th Ward models included the presence of waterside excavations filled with permeable materials near the levee toe. The influence on hydraulic gradients of this configuration is less dramatic than for the 17th Street Canal tree root ball excavation, since the 3D 'anomaly' is located more than 100 ft (30 m) away from the landside toe. The plots of total head and gradients clearly show a concentration of flow near the landside toe, opposite to the waterside excavations. Computed hydraulic gradients increased by 30 and 50% for the south and north breach sections, respectively.

Hydraulic blowout may have been the principal player in the development of the IHNC Lower 9th Ward North breach section, which occurred before overtopping (storm surge between +9 and +10 ft or +2.8 and +3.1 m), approximately at 5:00 am on August 29, 2005.  The South Breach at the IHNC Lower 90th Ward developed after overtopping, between 7:30 am to 8:00 am on the same day. The analyses summarized in this paper further demonstrate that seepage played a key role in the initiation of these three failures.

Increased pore pressures, flow quantities and hydraulic gradients are the end result of analyzing three-dimensional effects of localized excavations near levee toes.  For the three case histories analyzed in this paper the effects were consistently negative, increasing gradients by 30 to 60% compared to previously published values.  Table 3 summarizes the 2 and 3D gradients at the time of failure or peak surge.  Although it was not described in this paper, the effects on slope stability will be negative; as the locally increased pore pressures would have initiated strength softening and increased hydraulic uplift pressures in these areas before the slope instability process was initiated.

**Table 3:** Summary of results

| Analysis Section | Storm surge el. (ft, NAVD88) | 2D vertical gradient | 3D gradient |
|---|---|---|---|
| 17TH Street Canal | +7.0 | 1.2 | 1.6 |
| IHNC-North Breach | +9.0 | 0.6 – 0.9 | 1.2 - 2.0 |
| IHNC-South Breach | +12.0 | 0.6 | 1.1 |

## REFERENCES

1. Bea, R. G. (2008). Failure of the I-Wall Flood Protection Structures at the New Orleans Lower 9th Ward During Hurricane Katrina. *Electronic Journal of Geotechnical Engineering,* In Press.

2. Bea, R.G. (2008b). "Failure of the New Orleans 17th Street Canal Levee & Floodwall During Hurricane Katrina," *Proceedings Schmertmann Symposium*, GeoCongress 08, *Geotechnical Special Publication No. 180*, ASCE.

3. Bea, R. G. and Cobos-Roa, D. (2008). Analyses of the Effects of the USACE IHNC Lock Expansion Project East Bank Industrial Area Site Clearing Excavations on Development of the Breaches at the Lower 9th Ward During Hurricane Katrina, Technical Report to Consolidated Katrina Litigation Plaintiffs Counselor Committee, Risk Assessment & Management Services, Moraga, CA.

4. GEOSLOPE (2004), *Complete set of Manuals*, John Kran (Edit.), Calgary, Alberta, Canada.

5. GEOSLOPE (2002), *User's Guide, Seep3D*, Version 1, Calgary, Alberta, Canada.

6. IPET – Interagency Performance Evaluation Task Force (2007), *Final Report on the Interagency Performance Evaluation Task Force, Volume V, The Performance – Internal Drainage and Pumping*, https://ipet.wes.army.mil/

7. Lambe, T.W. and Whitman, R.V. (1969), *Soil Mechanics*, John Wiley & Sons, Inc., New York.

DX-01559-0025


8. Mitchell, J.K. (1976), *Fundamentals of Soil Behavior,* John Wiley & Sons, Inc., New York.

9. Money, R.L. (2006), "Comparison of 2D and 3D Seepage Model Results for Excavation Near Levee Toe, *Proceedings GeoCongress 2006*, ASCE.

10. Independent Levee Investigation Team (ILIT) (2006), *Investigation of the Performance of the New Orleans Flood Protection Systems in Hurricane Katrina on August 29, 2005,* Final Report to the National Science Foundation, under Grants CMS-0413327 and CMS-0611632, http://www.ce.berkeley.edu/~new_orleans/

11. Rogers, J.D. (2008), "Development of the New Orleans Flood Protection System prior to Hurricane Katrina," *Journal of Geotechnical and Geoenvironmental Engineering,* Vol. 134, No. 5, ASCE.

12. Rogers, J.D., Boutwell, G.P., Schmitz, D.W., Karadeniz, D., Watkins, C.M., Athanasopoulos-Zekkos, A.G., and Cobos-Roa, D. (2008), "Geologic Conditions Underlying the 2005 17th Street Canal Levee Failure in New Orleans," *Journal of Geotechnical and Geoenvironmental Engineering*, Vol. 134, No. 5, ASCE.

13. Seed, R.B. et al (2008a), "New Orleans and Hurricane Katrina. I: Introduction, Overview, and the East Flank," *Journal of Geotechnical and Geoenvironmental Engineering*, Vol. 134, No 5, ASCE.

14. Seed, R.B. et al (2008b), "New Orleans and Hurricane Katrina. II: The Central Region and the Lower 9th Ward," *Journal of Geotechnical and Geoenvironmental Engineering,* Vol. 134, No 5, ASCE.

15. Sills, G.L., Vroman, N.D., Wahl, R.E., and Schwanz, N.T. (2008), "Overview of New Orleans Levee Failures: Lessons Learned and Their Impact onNational Levee Design and Assessment," *Journal of Geotechnical and Geoenvironmental Engineering,* Vol. 134, No 5, ASCE.



© 2008 ejge