UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § CIVIL ACTION NO. 05-4182 "K"(2) § JUDGE DUVAL § MAG. WILKINSON |
| PERTAINS TO: MRGO *Armstrong*, No. 10-866 | § § § § § § § § |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S
MOTION TO STRIKE CERTAIN EXHIBITS
<u>FROM THE MASTER EXHIBIT LIST</u>**

Defendant Washington Group International, Inc. ("WGI") respectfully moves the Court on behalf of all Defendants to strike the following exhibits from the Master Exhibit List: PX-0059, PX-0203, PX-0204, PX-0205, PX-0206, PX-0207, PX-0208, PX-0209, PX-0210, PX-0211, PX-0212, PX-0213, PX-0214, PX-0215, PX-0216, PX-0217, PX-0218, PX-0219, PX-0220, PX-0221, PX-0222, PX-0223, PX-0224, PX-0225, PX-0226, PX-0227, PX-0228, PX-0229, PX-0230, PX-0231, PX-0232, PX-0233, PX-0234, PX-0269, PX-0270, PX-0271, PX-0273, PX-0274, PX-0275, PX-0276, PX-0277, PX-0278, PX-0279, PX-0280, PX-0281, PX-0282, PX-0283, PX-0742, PX-0905, PX-0931, PX-0940, PX-0947, PX-1296, PX-1297, PX-1298, PX-1299, PX-1300, PX-1301, PX-1302, PX-1303, PX-1304, PX-1305, PX-1306, PX-1307, PX-1308, PX-1309, PX-1310, PX-1311, PX-1312, PX-1313, PX-1314, PX-1315, PX-1316, PX-1317, PX-1318, PX-1319, PX-1320, PX-1321, PX-1322, PX-1323, PX-1324, PX-1325, PX-1326, PX-1327, PX-1328, PX-1329, PX-1330, PX-1331, PX-1332, PX-1333, PX-2688, PX-2712, PX-2740, PX-2745, PX-2746, PX-2764, PX-2801, PX-2908, PX-2911, PX-2920, PX-2921, PX-2922, PX-2955, PX-2987, PX-3260, PX-3290, PX-3552, PX-3711, PX-

1101709v1

3770, PX-3772, PX-3773, PX-3774, PX-3783, PX-3784, PX-3785, PX-3786, PX-3787, PX-3788, PX-3789, PX-3790, PX-3791, PX-3792, PX-3793, PX-3794, PX-3795, PX-3796, PX-3798, PX-3858, PX-3860, PX-3861, PX-3862, PX-3863, PX-3864, PX-3865, PX-3867, PX-3868, PX-3869, PX-3870, PX-3871, PX-3872, PX-3873, PX-3874, PX-3875, PX-3876, PX-3877, PX-3878, PX-3879, PX-3880, PX-3881, PX-3882, PX-3883, PX-3884, PX-3885, PX-3886, PX-3887, PX-3888, PX-3889, PX-3890, PX-3891, PX-3892, PX-3893, PX-3894, PX-3895, PX-3896, PX-3897, PX-3898, PX-3899, PX-3900, PX-3901, PX-4023, PX-4058, PX-4172, PX-4173, PX-4174, PX-4175, PX-4176, PX-4177, PX-4178, PX-4179, PX-4180, PX-4181, PX-4182, PX-4183, PX-4184, PX-4185, PX-4186, PX-4187, PX-4188, PX-4494, PX-4539, PX-4563, PX-4565, PX-4567, PX-4571, PX-4580, PX-4582, PX-4603, PX-and 4604. None of these exhibits is relevant to the salient issues in this litigation, nor do they tend to make the existence of any consequential fact any more or less probative. They will only serve to waste this Court's valuable time. Federal Rules of Evidence 402 and 403 therefore require their exclusion. Additionally, a number of these exhibits contain inadmissible hearsay, which must be excluded pursuant to Federal Rule of Evidence 802.

**WHEREFORE**, Washington Group International, Inc., respectfully moves to strike the following exhibits from the Master Exhibit List: PX-0059, PX-0203, PX-0204, PX-0205, PX-0206, PX-0207, PX-0208, PX-0209, PX-0210, PX-0211, PX-0212, PX-0213, PX-0214, PX-0215, PX-0216, PX-0217, PX-0218, PX-0219, PX-0220, PX-0221, PX-0222, PX-0223, PX-0224, PX-0225, PX-0226, PX-0227, PX-0228, PX-0229, PX-0230, PX-0231, PX-0232, PX-0233, PX-0234, PX-0269, PX-0270, PX-0271, PX-0273, PX-0274, PX-0275, PX-0276, PX-0277, PX-0278, PX-0279, PX-0280, PX-0281, PX-0282, PX-0283, PX-0742, PX-0905, PX-0931, PX-0940, PX-0947, PX-1296, PX-1297, PX-1298, PX-1299, PX-1300, PX-

1301, PX-1302, PX-1303, PX-1304, PX-1305, PX-1306, PX-1307, PX-1308, PX-1309, PX-1310, PX-1311, PX-1312, PX-1313, PX-1314, PX-1315, PX-1316, PX-1317, PX-1318, PX-1319, PX-1320, PX-1321, PX-1322, PX-1323, PX-1324, PX-1325, PX-1326, PX-1327, PX-1328, PX-1329, PX-1330, PX-1331, PX-1332, PX-1333, PX-2688, PX-2712, PX-2740, PX-2745, PX-2746, PX-2764, PX-2801, PX-2908, PX-2911, PX-2920, PX-2921, PX-2922, PX-2955, PX-2987, PX-3260, PX-3290, PX-3552, PX-3711, PX-3770, PX-3772, PX-3773, PX-3774, PX-3783, PX-3784, PX-3785, PX-3786, PX-3787, PX-3788, PX-3789, PX-3790, PX-3791, PX-3792, PX-3793, PX-3794, PX-3795, PX-3796, PX-3798, PX-3858, PX-3860, PX-3861, PX-3862, PX-3863, PX-3864, PX-3865, PX-3867, PX-3868, PX-3869, PX-3870, PX-3871, PX-3872, PX-3873, PX-3874, PX-3875, PX-3876, PX-3877, PX-3878, PX-3879, PX-3880, PX-3881, PX-3882, PX-3883, PX-3884, PX-3885, PX-3886, PX-3887, PX-3888, PX-3889, PX-3890, PX-3891, PX-3892, PX-3893, PX-3894, PX-3895, PX-3896, PX-3897, PX-3898, PX-3899, PX-3900, PX-3901, PX-4023, PX-4058, PX-4172, PX-4173, PX-4174, PX-4175, PX-4176, PX-4177, PX-4178, PX-4179, PX-4180, PX-4181, PX-4182, PX-4183, PX-4184, PX-4185, PX-4186, PX-4187, PX-4188, PX-4494, PX-4539, PX-4563, PX-4565, PX-4567, PX-4571, PX-4580, PX-4582, PX-4603, and PX-4604.

Dated: August 10, 2012                                         Respectfully submitted,

                                                        /s/ William D. Treeby
William D. Treeby, 12901
James C. Gulotta, Jr., 6594
Heather S. Lonian, 29956
    Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
Christopher R. Farrell
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

Attorneys for Washington Group
International, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Motion to Strike Certain Exhibits from the Master Exhibit List has been served upon the Court via hand-delivery pursuant to the Court's July 26, 2012 Minute Entry (Doc. 20927) this 10th day of August, 2012.  Notice of this filing will be sent by e-mail to all counsel of record

                                                        /s/ Heather S. Lonian
                                                        Heather S. Lonian