UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION <br><br> NO. 05-4182 <br><br> SECTION "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |
| PERTAINS TO: MRGO | | |
| *Armstrong*, No. 10-866 | | |

## NOTICE OF MANUAL ATTACHMENT

Pursuant to the Court's July 26, 2012 Minute Entry (Doc. 20927), Defendant Washington Group International, Inc. has delivered by hand copies of the exhibits that are the subject of its Motion To Strike Certain Exhibits From The Master Exhibit List. Due to the voluminous nature of the documents and because all of the parties are in possession of copies, WGI will not be e-filing the exhibits.

Dated: August 10, 2012

Respectfully submitted,

 */s/ Heather S. Lonian*
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

1101723v1

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Manual Attachment has been served upon all counsel of record by the Court's CM/ECF system, this 10th day of August, 2012.

*/s/ Heather S. Lonian*
Heather S. Lonian