UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO:  MRGO | | |
| *Armstrong*, No. 10-866 | | |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S
MOTION TO JOIN THE UNITED STATES' MOTION IN LIMINE TO EXCLUDE OR
LIMIT TESTIMONY OF CHAD MORRIS and MOTION TO STRIKE DR. REED
MOSHER'S *ROBINSON* TESTIMONY FROM THE MASTER EXHIBIT LIST**

Defendant Washington Group International, Inc. ("WGI") respectfully moves to join the United States' Motion in Limine to Exclude or Limit Testimony of Chad Morris and supporting Memorandum, as well as the United States' Motion to Strike Dr. Reed Mosher's *Robinson* Testimony from the Master Exhibit List and supporting Memorandum.

WHEREFORE Defendant WGI respectfully requests the Court to enter an Order permitting them to join the United States' Motion in Limine to Exclude or Limit Testimony of Chad Morris and supporting Memorandum, as well as the United States' Motion to Strike Dr. Reed Mosher's *Robinson* Testimony from the Master Exhibit List and supporting Memorandum.

Dated: August 10, 2012                                Respectfully submitted,

                                                             */s/ William D. Treeby*
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:  504-581-3361

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone:  1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Join the United States' Motion in Limine to Exclude or Limit Testimony of Chad Morris and Motion to Strike Dr. Reed Mosher's *Robinson* Testimony from the Master Exhibit List has been served upon the Court via hand-delivery pursuant to the Court's July 26, 2012 Minute Entry (Doc. 20927) this 10th day of August, 2012.  Notice of this filing will be sent by e-mail to all counsel of record.

                                                           */s/ Heather S. Lonian*
                                                             Heather S. Lonian