UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2)<br><br>JUDGE DUVAL<br><br>MAG. WILKINSON |
| PERTAINS TO: MRGO | | |
| *Armstrong*, No. 10-866 | | |

# **O R D E R**

Considering the foregoing Motion to Join the United States' Motion in Limine to Exclude or Limit Testimony of Chad Morris and Motion to Strike Dr. Reed Mosher's Robinson Testimony From the Master Exhibit List filed by Washington Group International, Inc.;

**IT IS ORDERED** that the motion is **GRANTED** and that Washington Group International, Inc. is permitted to join the United States' Motion in Limine to Exclude or Limit Testimony of Chad Morris and supporting Memorandum, as well as the United States' Motion to Strike Dr. Reed Mosher's *Robinson* Testimony from the Master Exhibit List and supporting Memorandum.

New Orleans, Louisiana, this _____ day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE

1101720v1