**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | § § § | |
| MRGO *Armstrong*, No. 10-866 | § § § | |

**UNITED STATES' MOTION TO JOIN THE DEFENDANT**
**WASHINGTON GROUP INTERNATIONAL, INC.'S  MOTIONS IN LIMINE**

The United States respectfully moves to join Defendant Washington Group International,

Inc.'s ("WGI") Motions in Limine and supporting Memorandum for the following:

To Exclude Testimony and Evidence Concerning Melvin McElwee;

To Exclude Evidence and Testimony Regarding Repair or Replacement Costs for Certain

Plaintiffs' Immovable Property;

To Exclude Evidence Regarding Dr. Robert Bea's 3D Seepage Analysis and "Dilatational

Wave Velocity" Theory; and,

To Strike Certain Exhibits From the Master Exhibit List.

WHEREFORE the United States respectfully requests the Court to enter an Order

permitting it to join Defendant WGI's above referenced Motions in Limine and supporting

/ / /

/ / /

Memorandum.

Dated:  August 10, 2012

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch

 *s// James F. McConnon, Jr.*
JAMES F. McCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 353-2604 / (202) 616-5200 (Fax)
Attorneys for the United States

## CERTIFICATE OF SERVICE

I, James F. McConnon, Jr.,  hereby certify that, on August 10, 2012, I served a true copy of the United States' Motion to Join the Defendant Washington Group Internal, Inc.'s Motions in Limine upon the Court via hand-delivery pursuant to the Court's July 26, 2012 Minute Entry (D.R.N. 20927).  Notice of this filing will be served by ECF upon all counsel of record.

*s// James F. McConnon, Jr.*
JAMES F. McCONNON, JR.