UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
|    Armstrong, No. 10-866 | § | |
| | § | |

## ORDER

Considering the foregoing Motion to Join the Defendant Washington Group International, Inc.'s ("WGI") Motions in Limine for the following:

To Exclude Testimony and Evidence Concerning Melvin McElwee;

To Exclude Evidence and Testimony Regarding Repair or Replacement Costs for Certain Plaintiffs' Immovable Property;

To Exclude Evidence Regarding Dr. Robert Bea's 3D Seepage Analysis and "Dilational Wave Velocity" Theory; and,

To Strike Certain Exhibits from the Master Exhibit List;

**IT IS ORDERED** that the motion is **GRANTED** and the United States is permitted to join WGI's aforementioned Motions in Limine.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE