UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF INTENT TO INTRODUCE SUMMARY EVIDENCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that, pursuant to Rule 1006 of the FEDERAL RULES OF EVIDENCE, Plaintiffs: Kenneth and Jeannine Armstrong, Fred and Jannine Holmes, The Succession of Ethel Coats, Alvin Livers and Clifford Washington (hereinafter: "Armstrong Plaintiffs"), through their attorneys of record, intend to introduce the following evidence (attached hereto as **EXHIBITS A through D**) in the form of charts, summaries, photos and PDF overlays since same cannot be conveniently compiled, examined or presented in Court:

**EXHIBIT A**: EBIA_Excavation Summary Table_Document List

    **A**-1: EBIA_Excavation Summary Table (xl spreadsheet)

**EXHIBIT B**: Boland Marine_Excavation Summary_Document List

    PDF file with layers of activities:

    **B**-1: 2005 Aerial Image

    **B**-2: North Arrow

1

      **B**-3: Borrow Pits

      **B**-4: E-Parcels

      **B**-5: Fiber Optic Cable

      **B**-6: Future Lock Alignment

      **B**-7: Grid Trenching

      **B**-8: Legend

      **B**-9: NFAATT

      **B**-10: NOPSI

      **B**-11: North Breach

      **B**-12: Piles

      **B**-13: Sewerage and Water Board

      **B**-14: Site Inventory

      **B**-15: Surekote Road

      **B**-16: Wedding Cake

**EXHIBIT C**: Saucer Marine Excavation Summary_Document List

      **C**-1: 2005 Aerial Image

      **C**-2: North Arrow

      **C**-3: Borrow Pits

      **C**-4: E-Parcels

      **C**-5: Future Lock Alignment

      **C**-6: Grid Trenching

      **C**-7: Legend

      **C**-8: NFAATT

      **C**-9: NOPSI

      **C**-10**:** Piles

      **C**-11: RECAP

      **C**-12: Sewerage and Water Board

      **C**-13: Sewer Lift Station

      **C**-14**:** Site Inventory

       **C-**15**:** South Breach

       **C-**16**:** Surekote Road

**EXHIBIT D:** Itemized List_WGI_EBIA Excavation Project_Photos

       (with Plaintiff Ex ID and WGI Bates No.s)

   The originals of the documents, materials, reports and photographs used to prepare

**EXHIBITS A thru D** detailed above, are already in the possession of Defendants, WGI and the USA, and were all produced by either Defendant United States of America or Washington Group International, Inc. in response to Plaintiffs' discovery requests. Thus copies of the underlying documents, reports, photos and materials used to compile this information into charts/summaries need not be made available simultaneous with this notice.

        Respectfully Submitted,

        PLAINTIFFS LIAISON COUNSEL

          /s/  Joseph M. Bruno
        JOSEPH M. BRUNO (La. Bar # 3604)
        PLAINTIFFS LIAISON COUNSEL
        Law Offices of Joseph M. Bruno
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@jbrunolaw.com

        MR-GO PLAINTIFFS SUB-GROUP
        LITIGATION COMMITTEE

        s/ James Parkerson Roy
        JAMES PARKERSON ROY
        MR-GO PSLC Liaison Counsel
        LA Bar Roll Number: 11511
        Domengeaux Wright Roy & Edwards LLC
        Post Office Box 3668
        Lafayette, Louisiana 70502
        Telephone: (337) 593-4190 or (337) 233-3033
        Email: jimr@wrightroy.com

                for MR-GO PLAINTIFFS SUB GROUP
                LITIGATION COMMITTEE

                Jonathan Andry (The Andry Law Firm,
                New Orleans, Louisiana)
                Clay Mitchell (Levin, Papantonio, et al.,
                Pensacola, Florida)
                James Parkerson Roy (Domengeaux, Wright, et al.,
                Lafayette, Louisiana)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of August, 2012.

                                                      /s/ Joseph M. Bruno

                                                      Joseph M. Bruno