UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT**, through undersigned Counsel, come the *Armstrong* Plaintiffs, who hereby provide notice of the manual attachment of **Exhibits A through D** to their Notice of Intent To Introduce Summary Evidence Pursuant To Rule 1006 of the Federal Rules of Evidence, as the volume of those exhibits exceeds the electronic storage capacity of the Case Management/ Electronic Case Files System.

**EXHIBITS :** A thru D

**FILED BY:** Joseph M. Bruno, Plaintiffs' Liaison Counsel

**FILE DATE:** August 10, 2012

**ARE LOCATED IN THE CLERK'S OFFICE.**

**WHEREFORE**, the *Armstrong* Plaintiffs pray that the Court recognize the manual attachment of the **Exhibits A through D** to their Notice of Intent to File Summary Evidence under FRE Rule 1006.

1

Respectfully Submitted,

PLAINTIFFS LIAISON COUNSEL

   /s/  Joseph M. Bruno
JOSEPH M. BRUNO (La. Bar # 3604)
PLAINTIFFS LIAISON COUNSEL
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP
LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
Post Office Box 3668
Lafayette, Louisiana 70502
Telephone: (337) 593-4190 or (337) 233-3033
Email: jimr@wrightroy.com


for
MR-GO PLAINTIFFS SUB GROUP
LITIGATION COMMITTEE

Jonathan Andry (The Andry Law Firm,
New Orleans, Louisiana)
Clay Mitchell (Levin, Papantonio, et al.,
Pensacola, Florida)
James Parkerson Roy (Domengeaux, Wright, et al.,
Lafayette, Louisiana)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 10th day of August, 2012.

                                                /s/ Joseph M. Bruno

                                                  Joseph M. Bruno