UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: MRGO<br>*Armstrong,* No. 10-866 | * * * | SECTION "K"(2) |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

STATE OF CALIFORNIA

COUNTY OF SAN MATEO

### AFFIDAVIT OF PHILIP L. GREGORY IN SUPPORT
### OF MOTION FOR *PRO HAC VICE* ADMISSION

BEFORE ME the undersigned authority, personally appeared, **PHILIP L. GREGORY,** who, being duly sworn by me, deposes and says the following:

My name is PHILIP L. GREGORY. I am over 18 years of age, have never been convicted of a felony, and am fully competent to make this Affidavit. I have no criminal or disciplinary charges filed against me. I have personal knowledge of the facts contained in this Affidavit and they are all true and correct.

I am licensed to practice in the State of California and have regularly practiced before federal and state courts in California. I am admitted to practice before the following courts: Ninth Circuit Court of Appeals; United States District Court, Northern District of California (as well as the Southern District and Central Districts); California Supreme Court; California Courts of

Appeal; and the Superior Courts of the State of California. Attached is a certificate of good standing from the Supreme Court of California.

FURTHER AFFIANT SAYETH NOT.

_____
PHILIP L. GREGORY

SUBSCRIBED AND SWORN TO BEFORE ME on this __1__ day of August, 2012, to certify which witness my hand and official seal.

_____
Notary Public in and for the State of California
My Commission Expires: May 28, 2013

KARIN YEE-FAJARDO
Commission # 1847124
Notary Public - California
San Mateo County
My Comm. Expires May 28, 2013

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of __San Mateo__

On __August 1, 2012__ before me, __Karin Yee-Fajardo, Notary Public__,
       Date                                 Here Insert Name and Title of the Officer

personally appeared __Philip L. Gregory__
                                      Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                               Signature of Notary Public

[Notary Seal: KARIN YEE-FAJARDO, Commission # 1847124, Notary Public - California, San Mateo County, My Comm. Expires May 28, 2013]

Place Notary Seal Above

——————————— OPTIONAL ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: __Motion for Admission Pro Hac Vice__

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827