

# Supreme Court of California

FRANK A. McGUIRE
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *PHILIP LAWRENCE GREGORY, JR.*

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that PHILIP LAWRENCE GREGORY, JR., #95217, was on the 16th day of December 1980 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 10th day of August 2012.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: *J. L. Casados*
J. L. Casados, Supervising Deputy Clerk