UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: MRGO<br>*Armstrong*, No. 10-866 | * <br> * <br> * | SECTION "K"(2) |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing motion:

**IT IS ORDERED** that Philip L. Gregory is hereby allowed to appear as additional co-counsel on behalf of the plaintiffs in the above-captioned matter.

THUS DONE AND SIGNED on this ____ day of August, 2012.

_____
**UNITED STATES DISTRICT JUDGE**