UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES         *       CIVIL ACTION
CONSOLIDATED LITIGATION               *
                                      *       NO. 05-4182
PERTAINS TO: MRGO                     *
*Armstrong*, No. 10-866               *       SECTION "K"(2)
                                      *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion:

**IT IS ORDERED** that Philip L. Gregory is hereby allowed to appear as additional co-counsel on behalf of the plaintiffs in the above-captioned matter.

THUS DONE AND SIGNED on this 15th day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE