UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K" (2) |
| | * | |

## ORDER

Considering the foregoing Motion to Enroll filed by Plaintiffs:

**IT IS ORDERED** that the motion is **GRANTED** and that Jerald N. Andry, Jr. of The Jay Andry Law Firm, be and hereby is enrolled as additional counsel of record on behalf of the Plaintiffs.

New Orleans, Louisiana, this 16th day of August, 2012.

_____
**UNITED STATES DISTRICT JUDGE**