UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES          *          CIVIL ACTION
CONSOLIDATED LITIGATION                *
                                       *          NO. 05-4182
PERTAINS TO: MRGO                      *
*Armstrong*, No. 10-866                *          SECTION "K" (2)
                                       *

* * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing Motion to Enroll filed by Plaintiffs:

**IT IS ORDERED** that the motion is **GRANTED** and that Michelle C. Purchner of The

Andry Law Firm, LLC, be and hereby is enrolled as additional counsel of record on behalf of the

Plaintiffs.

New Orleans, Louisiana, this 17th day of August, 2012.

_____
**UNITED STATES DISTRICT JUDGE**