Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES      CIVIL ACTION
CONSOLIDATED LITIGATION            NO. 05-4182 K2

                                   JUDGE DUVAL
PERTAINS TO MRGO                   MAG. WILKINSON


FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
          05-6314, 05-6324, 05-6327, 05-6359,
          06-0225, 06-0886, 06-1885, 06-2152,
          06-2278, 06-2287, 06-2824, 06-4024,
          06-4065, 06-4066, 06-4389, 06-4634,
          06-4931, 06-5032, 06-5155, 06-5159,
          06-5156, 06-5162, 06-5260, 06-5771,
          06-5786, 06-5937, 07-0206, 07-0621,
          07-1073, 07-1271, 07-1285

                    *   *   *


           VIDEOTAPED DEPOSITION OF
              JOHANNES KORNELIS VRIJLING,
    Faculty of Civil Engineering and Geosciences,
    Building 23, Stevinweg 1, PO Box 5048, 2628 CN
    Delft/2600 Delft, given at the offices of
    Stone, Pigman, Walther, Wittmann, 546
    Carondelet Street, New Orleans, Louisiana
    70113, on Tuesday, March 13 and Wednesday,
    March 14, 2012.

02aa7a38-3221-442f-82e3-3daa9d54512b

Page 286

```
 1      Q.  Okay.  I would like -- this is sort
 2  of the source of the confusion.  If I could
 3  refer you to Exhibit 11, which is that very
 4  short printout of the crest heights.  This one
 5  (indicating).
 6      A.  Uh-huh (affirmatively).  Uh-huh
 7  (affirmatively).
 8      Q.  Do you have that?
 9      A.  No, but if he has it.  But I know
10  what you are speaking of.  These are within a
11  foot, huh?
12      Q.  So this has -- the IHNC floodwall is
13  at -- referring to Exhibit 11, is at 4.27
14  meters, which is 14 feet.
15      A.  Yeah.
16      Q.  And the same with Reach 1 and Reach
17  2.
18      A.  Uh-huh (affirmatively).
19      Q.  And the 40 Arpent is at 1.9 meters,
20  which is 6 and a half feet.
21      A.  6 and a half.
22      Q.  Do you know where these numbers came
23  from?
24      A.  Yes, as I explained, mainly from the
25  Chad Morris data and partly from observations
```

Page 287

```
 1  from the drawings which gave us the levels of
 2  the crests of the walls and so on.
 3      Q.  Okay.  So let me make sure I
 4  understand that.  So you took Chad Morris'
 5  LIDAR data, --
 6      A.  Yeah.
 7      Q.  -- which has a very fine resolution
 8  around the levees --
 9      A.  Yeah.
10      Q.  -- and, based on that data, you
11  inputted into the model these crest heights --
12      A.  Yes.
13      Q.  -- which -- And is it correct to say
14  that these crest heights are -- don't change
15  throughout the system?  That they're in -- for
16  instance, IHNC floodwall is at 4.27 --
17      A.  The floodwall don't change --
18      Q.  -- meters.
19      A.  -- unless there is reason to change,
20  huh?  There are some gaps and so on, the
21  numbers change.  But many data go in.  So if
22  you want to know exactly what the levels are
23  that are put in the model, we could provide
24  you with a list of them.  So it has no sense
25  to discuss if I know by head how the data are
```

Page 288

```
 1  put in the model exactly, huh? I don't know.
 2  Not exact numbers.
 3      Q.  Basically my question is whether the
 4  ring of levees around the polder is at a
 5  constant level at 4.27 meters, except for the
 6  40 Arpent.
 7      A.  Yeah.
 8      Q.  Is that a correct assumption?
 9      A.  It may well be.  I don't -- I don't
10  know exactly.
11      Q.  Okay.  Here's another -- I would
12  like to introduce Exhibit -- what are we on,
13  13?
14          MR. FARRELL:
15          14.
16  EXAMINATION BY MR. WOODCOCK:
17      Q.  14.  This is a letter we got, an
18  email we got from Mr. Bruno.  And this might
19  aid in determining what these crest profiles
20  are.  This says, in the third sentence down,
21  "Crest profiles were not used in Sobek.  It
22  is an elevation of a cell 100 by 100 meters,
23  which drops down."  And then the second
24  sentence is inapplicable to our discussion
25  right now, the use of the hydrographs from
```

Page 289

```
 1  Paul Kemp.
 2      A.  Uh-huh (affirmatively).
 3      Q.  Now, it's my understanding that the
 4  grid cells are actually 50 by 50?
 5      A.  50 by 50, yeah.
 6      Q.  But is that statement correct, that
 7  the crest profiles were not used in the
 8  model?
 9      A.  Yeah, as you may understand, if you
10  have detailed data, then you have to average
11  over 50 meters to choose the level of this
12  specific 50 meters in the model.
13      Q.  Okay.  I am still --
14      A.  There is some line of -- I don't
15  know exactly, but you may have a line like
16  this (drawing), and then you have to choose
17  the average generally of a 50 by 50 meter --
18  (indicating).
19      Q.  Yes.  So is it your understanding
20  that the levee crest profiles vary only up --
21  not within each grid cell, --
22      A.  No.
23      Q.  -- but they vary among the grids,
24  from grid to grid --
25      A.  From the grid to grid, yeah.
```