UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: MRGO | * | SECTION "K" (2) |
| *Armstrong, No. 10-866* | * | |
| | * | |

**************************************************

**<u>JOINT STIPULATION REGARDING EXPERT WITNESS, DR. JOHANNES VRIJLING</u>**

It is stipulated by and between the parties that Dr. Johannes Vrijling is an expert in the field of probabilistic design and hydraulic and coastal engineering and that if he were to testify live at trial he would testify substantially in accord with his expert report attached regarding water levels at the locations of the plaintiff's properties as shown by the hydrographs identified as Figures 1 through 8.

             **Respectfully submitted,**

          */s/ Joseph M. Bruno*
          JOSEPH M. BRUNO (La. Bar No. 3604)
          **BRUNO & BRUNO, L.L.P.**
          855 Baronne Street
          New Orleans, Louisiana 70113
          Telephone: (504) 525-1335
          Facsimile: (504) 561-6775
          Email: jbruno@brunobrunolaw.com
          *Plaintiffs' Liaison Counsel*

/s/ Robin Doyle Smith
Robin Doyle Smith
Senior Trial Counsel, Torts Branch
Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
Email: robin.doyle.smith@usdoj.gov
Telephone: (202) 616-4289
***Attorney for Defendant United States of America***

/s/ William D. Treeby
William D. Treeby (La. Bar No. 12901)
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, La 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361
Email: wtreeby@stonepigman.com
***Attorney for Defendant,***
***Washington Group International, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 26th day of July, 2012.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO

Document:   Memo_new_hydrographs_20120302.doc

# memorandum

**PR2213.10**

| | |
|---|---|
| Project | : Hydrographs New Orleans |
| Date | : 02/03/2012 |
| Subject | : Hydrographs five locations St. Bernard polder |
| From | : ir. Bob Maaskant & dr. ir. Matthijs Kok |
| To | : Joe Bruno |

## 1   Goal

This memo is un update of the memo of 29/07/2011. There are two changes:
1. Based on the new information given to us by Bob Bea the IHNC North breach is modified compared to the simulation runs in the memo of 29/07/2011;
2. A new location is added to the list of locations: 'location six'. The location is given in the following table and figure.

In this memo the new hydrographs for the five specific locations and location 6 are given. For the explanation we refer to the memo of 29/07/2011.

| Names | Address | Latitude | Longitude | Location height (ft) | Location height (m) |
|---|---|---|---|---|---|
| Armstrong | 4016 Hamlet Pl., Chalmette, LA 70043 | 29.962497° | -89.970980° | -2.9 | -0.88 |
| Coats | 1020-22 Charbonnet St., N.O., LA 70117 | 29.960118° | -90.014097° | 0.8 | 0.24 |
| Livers | 4924 St. Claude Ave., N.O., LA 70117 | 29.962642° | -90.023535° | 1.2 | 0.37 |
| Washington | 5027 N. Derbigny, N.O., LA 70117 | 29.968586° | -90.019731° | -2.0 | -0.61 |
| Holmes | 12025 Perrin Dr., Arabi, LA 70032 | 29.961322° | -89.994166° | -2.0 | -0.61 |
| Location six | 1910 Charbonnet St, N.O. LA 70117 | 29.969253° | -90.011431° | -3.0 | -0.93 |



Delft University of Technology

1 van 6

Document:   Memo_new_hydrographs_20120302.doc

memorandum

## 2 New Hydrographs location St. Bernard polder

The flooding of the polders in New Orleans has been simulated with the use of the 1D2D flood simulation program SOBEK, see Kok et al. (2007). Flooding occurs because of rainfall, overtopping and breaching along the MRGO and the IHNC. The hydrographs of the 5 locations are based on these flood simulations.

The output of the model is given in the so called "history stations" and these stations are placed at several places in the model to monitor the water level development in the polder. To determine the hydrographs for the five locations the data from these history stations is used. In the following figure the water level is shown for the five locations for the scenario "all causes" (which includes rainfall, overtopping and breaching along the MRGO and the IHNC).



Figure 1:   Hydrographs water level "all causes" of the six locations. The elevation of each location is different, and that is the reason why in the left part of the figure the horizontal lines are different.

The moment of flooding of the locations is different (see Figure 1); this is due to the location of the houses in the area. Houses further away from the breaches will flood on a later point in time compared to houses close to the breach. Next to the location of the houses the moment and the location of breaches has an influence.

Document:   Memo_new_hydrographs_20120302.doc

memorandum

## 3   Scenarios

The following figures show the water depths for the six locations for the seven scenarios: "all causes", "No MRGO breaches", "No IHNC breaches", "No IHNC North breach", "No IHNC South breach", "No IHNC North and No MRGO breach" and "No IHNC South and No MRGO breach". These figures give insight in the water level development for the situations with and without breaches in the IHNC and MRGO, and also of the relative contribution of the two breaches in the IHNC.

In the following figures the different scenarios are shown. Each of the colours in the figures represents one of the scenarios. In Figure 2 the colour legend for the different scenarios is shown.



- All causes
- No IHNC breach (scenario includes: rainfall, overtopping and MRGO breaching)
- No IHNC North breach (scenario includes: rainfall, overtopping, IHNC South breach and MRGO breach)
- No IHNC South breach (scenario includes: rainfall, overtopping, IHNC North breach and MRGO breach)
- No MRGO breaches (scenario includes: rainfall, overtopping, IHNC North and South breach)
- No IHNC North and No MRGO breaches (scenario includes: rainfall, overtopping, IHNC South breach)
- No IHNC South and No MRGO breaches (scenario includes: rainfall, overtopping, IHNC North breach)

Figure 2:   Colour legend for the different scenarios.



Figure 3:   Water level location 'Livers'.

Document:    Memo_new_hydrographs_20120302.doc

memorandum



Figure 4:    Water level location 'Washington'.



Figure 5:    Water level location 'Coats'.

Document:   Memo_new_hydrographs_20120302.doc

memorandum



Figure 6:   Water level location 'Holmes'.



Figure 7:   Water level location 'Armstrong'.

Delft University of Technology                                                                    5 van 6

Document:   Memo_new_hydrographs_20120302.doc

memorandum



Figure 8:   Water level location 'Location six'.