# Treeby, William D.

| | |
|---|---|
| **From:** | Treeby, William D. |
| **Sent:** | Monday, July 02, 2012 4:00 PM |
| **To:** | 'Elwood C Stevens'; Bruno, Joseph; robin.doyle.smith@usdoj.gov |
| **Cc:** | robin.doyle.smith@usdoj.gov; 'Mitsch, Rupert (CIV)' |
| **Subject:** | [FS#401581] Documents necessary |

Elwood and Joe,

Regarding the April 2011 RESIN Sherman Island Pilot Project 2 Seepage Report titled A Method to Determine Probability of Failure Caused by Seepage Under Levees, Sherman Island Pilot Project, we request the following additional information:

1. Digital copies of the GeoStudio input files used to perform analyses for the study, including any SEEP/W or SLOPE/W files used.
2. Digital copies of any output files corresponding to request No. 1 above
3. Digital copies of the Matlab input files used for the study.
4. Digital copies of any output files corresponding to request No. 3 above

Our schedule and that of our experts only give us the dates of July 31 and August 1 for Dr. Bea's deposition. Please confirm one of those dates.

WTreeby


William D. Treeby (A Professional Corporation)
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
Direct Dial (504) 593-0807
Direct Fax (504) 596-0807
e-mail <wtreeby@stonepigman.com>

This communication is from a law firm and may be privileged and confidential. If you are not the intended recipient, please notify the sender by reply e-mail and destroy all copies of this communication. The sender's name and other information in this e-mail are for information purposes only and are not electronic signatures.