# Treeby, William D.

| | |
|---|---|
| **From:** | Joe Bruno <jbruno@brunobrunolaw.com> |
| **Sent:** | Monday, July 02, 2012 5:13 PM |
| **To:** | Treeby, William D. |
| **Cc:** | Mallory M. Comeaux |
| **Subject:** | [FS#401570] MRGO |

Bill, Dr. Bea's repose follows: no, at this time, neither of those two dates work for me for a deposition in New Orleans due to other project obligations. it is for this reason that i provided the July 9 - 12 dates (which i have scheduled at this time).

given that the deposition needs to be scheduled at end July - start August, the deposition will need to be held in San Francisco. i will not be able to travel outside of San Francisco between July 13 and August 5.

alternative dates for San Francisco deposition ?

i do not have the digital files requested below (numbers 1-4). previously, i furnished all of the digital files i have that are connected with that NSF research project. as far as i know, the 'original files' requested are in the possession of the graduate student who performed the analytical work...Miles Brodsky. at this time, i do not know the whereabouts of Mr. Brodsky. Miles enlisted in the US Marines after he graduated and we have not communicated since his graduation.