# EXHIBIT 1

Page 1

```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 K2
             JUDGE DUVAL
PERTAINS TO MRGO         MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
     05-6314, 05-6324, 05-6327, 05-6359,
     06-0225, 06-0886, 06-1885, 06-2152,
     06-2278, 06-2287, 06-2824, 06-4024,
     06-4065, 06-4066, 06-4389, 06-4634,
     06-4931, 06-5032, 06-5155, 06-5159,
     06-5156, 06-5162, 06-5260, 06-5771,
     06-5786, 06-5937, 07-0206, 07-0621,
     07-1073, 07-1271, 07-1285
                 * * *
             (V O L U M E  II)
     Deposition of ROBERT G. BEA, PH.D.,
given at the offices of Stone Pigman Walther
Wittmann, LLC, 546 Carondelet Street, New
Orleans, Louisiana 70130, on March 28th, 2012.
REPORTED BY:
     JOSEPH A. FAIRBANKS, JR., CCR, RPR
     CERTIFIED COURT REPORTER #75005
```

Page 2

```
 1  APPEARANCES:
 2  REPRESENTING THE PLAINTIFFS:
 3       BRUNO & BRUNO
 4       (BY:  JOSEPH M. BRUNO, ESQUIRE)
 5       (BY:  SCOTT JOANEN, ESQUIRE)
 6       855 Baronne Street
 7       New Orleans, Louisiana 70113
 8       504-525-1335
 9  - AND -
10       DOMENGEAUX, WRIGHT, ROY & EDWARDS
11       (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)
12       556 Jefferson Street, Suite 500
13       Lafayette, Louisiana 70501
14       337-233-3033
15
16  REPRESENTING THE UNITED STATES OF AMERICA:
17       U.S. DEPARTMENT OF JUSTICE
18       (BY:  ROBIN DOYLE SMITH, ESQUIRE)
19       (BY:  RUPERT MITSCH, ESQUIRE)
20       (BY:  JACK WOODCOCK, ESQUIRE)
21       Torts Branch, Civil Division
22       P.O. Box 888
23       Benjamin Franklin Station
24       Washington, D.C. 20044
25       202-616-4289
```

Page 3

```
 1  REPRESENTING WASHINGTON GROUP INTERNATIONAL,
 2       INC.:
 3       JONES DAY
 4       (BY:  DEBRA S. CLAYMAN, ESQUIRE)
 5       (BY:  ADRIAN WAGER-ZITO, ESQUIRE)
 6       (BY:  CHRISTOPHER N. THATCH, ESQUIRE)
 7       51 Louisiana Avenue, N.W.
 8       Washington, D.C. 20001-2113
 9       202-879-4645
10  - and -
11       STONE PIGMAN WALTHER WITTMANN, L.L.C.
12       (BY:  WILLIAM D. TREEBY, ESQUIRE)
13       546 Carondelet Street
14       New Orleans, Louisiana 70130
15       504-581-3200
16
17  ALSO PRESENT:
18       FRANCISCO SILVA-TULLA
19       TIMOTHY STARK
20       TOM BRANDON
21
22  VIDEOGRAPHER:  GILLEY DELORIMIER (DEPO-VUE)
23
24
25
```

Page 4

```
 1         E X A M I N A T I O N   I N D E X
 2
 3  EXAMINATION BY:                     PAGE
 4  MR. TREEBY   ...............................8
 5  MR. SMITH    .............................171
 6
 7             E X H I B I T   I N D E X
 8  EXHIBIT NO.                         PAGE
 9  Bea Exhibit 26 ..............................8
10  Bea Exhibit 27 .............................21
11  Bea Exhibit 28 .............................22
12  Bea Exhibit 29 .............................25
13  Bea Exhibit 30 .............................30
14  Bea Exhibit 31 .............................31
15  Bea Exhibit 32 .............................34
16  Bea Exhibit 33 .............................45
17  Bea Exhibit 34 .............................84
18  Bea Exhibit 35 .............................85
19  Bea Exhibit 36 .............................90
20  Bea Exhibit 37 .............................96
21  Bea Exhibit 38 ............................126
22  Bea Exhibit 40 ............................155
23  Bea Exhibit 41 ............................246
24  Bea Exhibit 42 ............................267
25  Bea Exhibit 43 ............................276
```

Page 229

```
 1  classification system that relies on physical
 2  tests that furnish numerical values is
 3  important --
 4      A.  Yes.
 5      Q.  -- because --  Okay.
 6      A.  The recent technology we've introduced
 7  radiography to assist classifications, and
 8  there are even electronic systems to produce
 9  appropriate classifications in the field.
10      Q.  Okay.  According to the Unified Soil
11  Classification System, Dr. Bea, are all soils
12  divided into two major groups, course grain and
13  fine grain?
14      A.  I'd have to return to the Unified Soil
15  Classification in order to say yes or no to
16  your question.
17      Q.  You don't?
18      A.  I think that's right.  Fine grain,
19  course grain.
20      Q.  Yes.
21      A.  Calcareous soils have got their own,
22  organic soils have their own.  So grain size
23  alone have not sufficient to properly classify
24  the soils.
25      Q.  Do you know the boundary between those
```

Page 230

```
 1  two categories?
 2      A.  Um -- I don't recall it.  That's what
 3  my grass and references are for.
 4      Q.  So did you rely on Mr. Cobos-Roa and
 5  Dr. Grunauer for some of the classification of
 6  the soils in this case?
 7      A.  No.
 8      Q.  I'm just going to read you some
 9  descriptions of various types of soil and ask
10  you whether you'd agree with them or not.  If
11  you don't know, you can say that, as well.
12  But, um -- I've taken these from Terzaghi and
13  Peck, and I don't think they're controversial,
14  but I'd just like to know whether you agree or
15  disagree, or maybe you think they are
16  ambiguous, and you can just let me know
17  whatever you think.
18      A.  All right.
19      Q.  Sand is a cohesionless aggregate.
20      A.  Are you through?
21      Q.  (Nods affirmatively.)
22      A.  Yes, it is.
23      Q.  Inorganic silt is a fine grain soil
24  with little or no plasticity.
25      A.  Yes.
```

Page 231

```
 1      Q.  Organic silt is a fine-grained, more
 2  or less plastic soil, with an admixture of
 3  finely divided particles of organic matter.
 4      A.  That sounds correct.
 5      Q.  Clay.  I know you've done work with
 6  clay.  Clay is an aggregate of microscopic and
 7  submicroscopic particles derived from the
 8  chemical decomposition of rock constituents.
 9      A.  Correct.
10      Q.  Clay is plastic within a moderate to
11  wide range of water content.
12      A.  Correct.
13      Q.  The permeability of clay is extremely
14  low.
15      A.  Correct.
16      Q.  Organic clay is a clay with sufficient
17  organic content to influence the soil
18  properties.
19      A.  Correct.
20      Q.  When saturated, organic clay is likely
21  to be very compressible.
22      A.  Correct.
23      Q.  Peat is a somewhat fibrous aggregate
24  of macroscopic and microscopic fragments of
25  decayed vegetable matter.
```

Page 232

```
 1      A.  Correct.
 2      Q.  Peat is so compressible that it is
 3  almost always unsuitable for supporting
 4  foundations.
 5      A.  Correct.
 6      Q.  Now, I think you probably know this,
 7  but under the USCS, if a soil is made up of a
 8  combination of two different soil types, the
 9  predominant ingredient -- I won't use primary
10  because there could be several primary
11  ingredients.  I think we established that
12  yesterday.
13      A.  Yes.
14      Q.  But the predominant ingredient is
15  expressed as a noun and the less prominent
16  ingredient is a modifying adjective.  For
17  example, silty sands.
18      A.  Yes.
19      Q.  Under the Unified Soil Classification
20  System, the adjective clean has a specific
21  technical definition to denote a specific
22  property of sands and gravels.  Isn't that
23  true?
24      A.  Yes.
25      Q.  When a sand is classified as clean,
```