# EXHIBIT 2

### Page 1

```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 K2
                 JUDGE DUVAL
PERTAINS TO MRGO                 MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
     05-6314, 05-6324, 05-6327, 05-6359,
     06-0225, 06-0886, 06-1885, 06-2152,
     06-2278, 06-2287, 06-2824, 06-4024,
     06-4065, 06-4066, 06-4389, 06-4634,
     06-4931, 06-5032, 06-5155, 06-5159,
     06-5156, 06-5162, 06-5260, 06-5771,
     06-5786, 06-5937, 07-0206, 07-0621,
     07-1073, 07-1271, 07-1285
              * * *

     Deposition of ROBERT G. BEA, PH.D.,
given at the offices of Stone Pigman Walther
Wittmann, LLC, 546 Carondelet Street, New
Orleans, Louisiana 70130, on April 16th, 2012.
REPORTED BY:
     JOSEPH A. FAIRBANKS, JR., CCR, RPR
     CERTIFIED COURT REPORTER #75005
```

### Page 2

```
 1   APPEARANCES:
 2   REPRESENTING THE PLAINTIFFS:
 3        BRUNO & BRUNO
 4        (BY: JOSEPH M. BRUNO, ESQUIRE)
 5        (BY: SCOTT JOANEN, ESQUIRE)
 6        855 Baronne Street
 7        New Orleans, Louisiana 70113
 8        504-525-1335
 9   - AND -
10        LEVIN, PANATONIO, THOMAS, MITCHELL,
11        RAFFERTY & PROCTOR, P.A.
12        (BY: MATTHEW D. SCHULTZ, ESQUIRE)
13        316 S. Baylen St., Suite 600,
14        Pensacola, Florida 32502
15        850-435-7140
16   - and -
17        SHER, GARNER, CAHILL, RICHTER, KLEIN &
18        HILBERT, L.L.C.
19        (BY: ASHLEY COKER, ESQUIRE)
20        909 Poydras Street, 28th Floor
21        New Orleans, Louisiana 70112
22        504-299-2100
23
24
25
```

### Page 3

```
 1   REPRESENTING WASHINGTON GROUP INTERNATIONAL,
 2        INC.:
 3        STONE PIGMAN WALTHER WITTMANN, L.L.C.
 4        (BY: WILLIAM D. TREEBY, ESQUIRE)
 5        546 Carondelet Street
 6        New Orleans, Louisiana 70130
 7        504-581-3200
 8   - and -
 9
10        JONES DAY
11        (BY: NORA WARREN, ESQUIRE)
12        (BY: CHRISTOPHER N. THATCH, ESQUIRE)
13        (BY: DEBRA S. CLAYMAN, ESQUIRE, VIA
14        TELEPHONE)
15        51 Louisiana Avenue, N.W.
16        Washington, D.C. 20001-2113
17        202-879-4645
```

### Page 4

```
 1   REPRESENTING THE UNITED STATES OF AMERICA:
 2        U.S. DEPARTMENT OF JUSTICE
 3        (BY: ROBIN DOYLE SMITH, ESQUIRE)
 4        (BY: RUPERT MITSCH, ESQUIRE)
 5        Torts Branch, Civil Division
 6        P.O. Box 888
 7        Benjamin Franklin Station
 8        Washington, D.C. 20044
 9        202-616-4289
10
11   ALSO PRESENT:
12        FRANCISCO SILVA-TULLA
13        TIMOTHY STARK
14
15   VIDEOGRAPHER: GILLEY DELORIMIER (DEPO-VUE)
```

Page 149

1  Appendix A in my report.
2      Q.  And I'll be happy to look to Appendix
3  A of your report for a more complete answer,
4  but what would be the yes or no answer?
5      A.  To my knowledge, it's based, as we
6  used it, on steady flow conditions.
7      Q.  If you would turn to Page 30 of your
8  quote rebuttal report, Paragraph 39.  You
9  there?
10     A.  Yes.
11     Q.  You use a term, and I quote, and you
12 put it in small quotes, transient, close small
13 quote, small quote, steady flow, close small
14 quote, conditions.
15         You see that term?
16     A.  Yes, sir.
17     Q.  That phrase?  Is this another phrase
18 that you have invented?
19     A.  No.
20     Q.  Can you point me to any geotechnical
21 engineering text that uses that phrase,
22 transient steady flow conditions?
23     A.  Well, the terms are appropriately
24 defined in the text written by Lambe & Whitman
25 dated 1969.

Page 150

1      Q.  That phrase transient steady flow
2  conditions, is it your testimony that that's
3  found in Lambe 's reference book?
4         MR. JOANEN:
5             Object to the form.
6      A.  The definition of steady flow is
7  defined in the book.  That's reason that it is
8  in separate quotation marks, and similarly with
9  the word transient.
10 EXAMINATION BY MR. TREEBY:
11     Q.  I understand the word transient is
12 found, I understand the word steady flow is
13 found.  And I understand the word conditions is
14 probably found.
15         My question is, can you point to me to
16 a geotechnical engineering text that uses those
17 four words, transient steady flow conditions,
18 in that phrase?
19         MR. JOANEN:
20             Object to the form.  Asked and
21         answered.
22     A.  No.
23 EXAMINATION BY MR. TREEBY:
24     Q.  Thank you.  Now, you have a section in
25 your report, Paragraphs 38 through 46,

Page 151

1  beginning on Page 29, going into Page 38.
2      A.  Yes, sir.
3      Q.  And you call it engineering standard
4  of care, I believe.  Is that right?
5      A.  Incorrect, sir.
6      Q.  I'll have to be really on somebody who
7  gave me that if it's not true, so -- wait,
8  there is a section called Engineering Standard
9  of Care, Page 38.
10     A.  But it doesn't show up on, again,
11 Pages 29 into Page 38.
12     Q.  Oh, okay.  I'm sorry.  Engineering
13 standard of care shows up on Page 38; right?
14     A.  Correct.
15     Q.  Okay.  That's where I was starting,
16 and I don't know where I got those page
17 numbers.
18         I'm sorry.  It was a bad question in
19 the first place.
20         Your section on engineering standard
21 of care begins on Page 38 and continues through
22 Page 53; is that correct?
23     A.  That's correct.
24     Q.  And that's a total of about sixteen
25 pages, right?

Page 152

1      A.  Yes, sir.
2      Q.  Did you draft this section?
3      A.  I drafted complete parts of this
4  section.  I was assisted in drafting other
5  parts.  And in preparation of the text, I wrote
6  all parts.  I produced the Word document that
7  contains all the words.
8      Q.  Who helped you?
9      A.  My wife.
10     Q.  Okay.  You said you were helped by
11 someone else.  That's the other person you were
12 referring to?
13     A.  I'm referring to people that were
14 helping me gather information that went into
15 this section.
16     Q.  Okay.  You say you drafted complete
17 parts of this section, and then you say I was
18 assisted in drafting other parts.  I'm asking,
19 who did any assisting in drafting other parts?
20     A.  Mr. Scott Joanen, sitting across from
21 you; Mr. Andy Owen, as well.
22     Q.  So Scott Joanen wrote part of this, or
23 drafted part of this, and Andy Owen drafted
24 parts of this, and you drafted the other parts
25 of it, and then you put it together in a Word

Page 185

1   four contributing flow quantities.
2        Q.  How large would the excavation that
3   you've described here as being 150 feet from
4   the flood wall have to be to be large enough to
5   satisfy the description that you gave me?
6        A.  Not very large, meaning if I had to,
7   um -- speculate, which I don't like to do,
8   perhaps fifty feet in plan dimension.  It has
9   to be deep enough to bring it into contact with
10  the horizontal swamp-marsh deposit that I've
11  shown on the first page.
12       Q.  Dr. Bea, you used the term speculate.
13       A.  I don't like to speculate.
14       Q.  Did you have the assistance of a
15  reference book when you drew this Figure?
16       A.  Of course.
17       Q.  What reference book did you use?
18       A.  Lambe & Whitman.
19       Q.  And did Lambe & Whitman tell you how
20  large these excavations would need to be to
21  satisfy Darcy's flow law?
22       A.  No.
23       Q.  So you used your own independent
24  engineering judgment the determine that.
25       A.  That's correct.

Page 186

1        Q.  And as you sit here today, based on
2   that judgment, you understand that these would
3   have had to be fifty feet in width measured
4   normal to the flood wall.  Correct?
5        A.  Correct.
6        Q.  Is this excavation that you've drawn
7   here in Bea Exhibit 57 that's 150 feet away
8   from the flood wall intended to or represent
9   any excavation created by WGI?
10       A.  No.
11       Q.  If I understand your testimony, then,
12  is it true that the flow volumes generated by
13  the excavation that's 150 feet from the flood
14  wall do not depend upon the size of the
15  excavation as long as it's at least 50 feet in
16  width?
17       A.  That's the basis of my analysis.
18       Q.  Is it also, then, your testimony today
19  that if the width of this excavation were 1
20  foot that that excavation would not be -- would
21  not satisfy the description that you used for
22  these excavations in your Bea Exhibit 57?
23           MR. JOANEN:
24               Object to the form.
25       A.  No.  That's not what I'm attempting to

Page 187

1   say.  For Excavation 4, which is the tension
2   crack, that's a very narrow feature adjacent to
3   the wall.  A foot would not be an unreasonable
4   estimate for that simplified feature.
5        Q.  I wasn't asking you about that.  I'm
6   asking you about Number 1.
7        A.  Well, I'm answering in general for all
8   of them.
9        Q.  Let me ask you specifically about
10  Number 1.  Because I think you told me that in
11  order for your calculations on this exhibit to
12  be true, that Excavation number 1 would have to
13  have a dimension of, in your judgment, 50 feet.
14       A.  Or it could be significantly smaller.
15       Q.  And that's the point I'm getting at.
16       A.  Okay.
17       Q.  You think that it could be 25 feet.
18       A.  Correct.  I would need to calculate
19  the flow volumes themselves, not the, um --
20  proportionate contribution, in order to answer
21  the question concerning geometry that you
22  posed.  The quantity of flow is proportional to
23  the cross-sectional area through which I need
24  to flow, times the velocity of flow through
25  that cross-section.  So I have to go several

Page 188

1   layers deeper to prescribe the geometric
2   characteristics that you are asking about, and
3   I have not done those analyses.
4        Q.  So to put it in the shortest possible
5   terms, size matters.
6            MR. JOANEN:
7                Objection to the form of the
8            question.
9   EXAMINATION BY MR. SMITH:
10       Q.  You understand my question, Dr. Bea?
11       A.  Yes.  Certainly, the cross-sectional
12  area and its contact with this buried
13  swamp-marsh deposits, those sizes matter a
14  great deal.
15  EXAMINATION BY MR. SMITH:
16       Q.  How long would it take for water from
17  Excavation number 1 to reach the floodwall?
18       A.  Well, we could actually determine that
19  if we prescribed a horizontal conductivity for
20  k.  We know the distance.  Given the velocity,
21  we could calculate the time.  I would speculate
22  that the time requirement would be large,
23  because we're covering a great deal of distance
24  of movement of water through a low permeability
25  material.  It would take a long time.

Page 221

1  transient pressures, by the time we reached
2  14 feet, were, I think it's a correct quote, 80
3  to 90 percent of the steady state pressures.
4       Q.  And isn't it true, then, that when
5  those pressures reached 90 percent of steady
6  state that that's essentially considered, for
7  engineering purposes, a steady state condition?
8       A.  Yes.
9       Q.  So if the canal water level -- if the
10 canal water levels stayed at 14 feet for a
11 month as opposed to receding as it did during
12 Hurricane Katrina, would that increase the
13 uplift pressures on the levee protected side?
14      A.  Not further after steady state.
15      Q.  And the same thing would be true if
16 that surge elevation was maintained for a year
17 following Hurricane Katrina, correct?
18      A.  Well, I'd have to perform analyses to
19 confirm that, because for that time period
20 creep effects can enter the process, meaning,
21 um -- stress dependent, um -- time dependent
22 deformations of the soil structure system, and
23 I've not studied those long-time effects.
24      Q.  On Page 17 -- I guess this is
25 Paragraph 19, second sentence, you state:

Page 222

1  These, quote, steady flow, in parens you have
2  the words constant volume, conditions are those
3  in which there are no significant changes in
4  the soil void ratio, parenthesis, ratio of soil
5  void volume to solid volume, close parens, and
6  saturation, parenthesis, percentage of void
7  volume filled with water, close parens, during
8  the hydraulic, quote, loadings, parenthesis,
9  time dependent hydrostatic pressures, close
10 parens, imposed by rising water in contact with
11 the soils.
12          If, as you've described for us, your
13 modeling of the effects of the changing surge
14 on the canal side during Hurricane Katrina
15 rapidly reached steady state conditions, as
16 you've reported to us, doesn't that indicate
17 that in fact a change in void ratio has
18 occurred as opposed to there's been no change
19 in void ratio?
20      A.  No.
21      Q.  Do the changes in total stress and
22 pore water pressure caused by the canal side
23 rising surge elevation cause changes in the
24 effective stress in the soils on the protected
25 side of the levee?

Page 223

1       A.  I can't comment for sure.  I think
2  they did not have an important effect on
3  effective stress, because the total stress
4  effect of the elevated water was also reflected
5  in the horizontal stress, and that would imply
6  not a change in the effective stress for that
7  condition.
8       Q.  Do you have an opinion whether changes
9  in effective stress would have caused a change
10 in the void ratios of the soils on the
11 protected side of the levee?
12      A.  Please repeat your question.
13      Q.  Do you ever an opinion whether changes
14 in effective stress as a result of rising surge
15 on the flood side of the flood wall caused a
16 change in the void ratio of the soils in the
17 levee on the protected side?
18      A.  Well, in our analyses we conditioned
19 them intentionally so they would not change,
20 significantly, the void ratios.
21      Q.  So you prevented that from occurring
22 in your modeling.  Is that correct?
23      A.  That's correct.
24      Q.  Do you know whether your assigning an
25 impossibly low value of compressibility to the

Page 224

1  lower organic clay accelerated the response of
2  the soil in that layer to changes in load?
3       A.  It was not impossibly low.  As I
4  attempted to explain to you this morning, I
5  based that compressibility on incompressible
6  conditions.  Those conditions are addressed by
7  Lambe & Whitman.  I based the evaluation on the
8  dilatational velocity associated with these
9  buried swamp-marsh deposits that is
10 approximately 5,055 feet per second.  And I can
11 relate that value directly to the dilatational
12 modulus, and that dilatational modulus is the
13 inverse of the compressibility.  I used first
14 principles methods to determine M sub V.
15      Q.  Is it your opinion that the soils in
16 the lower organic clay unit, as they existed in
17 the East Bank Industrial Area on August the
18 29th, 2005, when the surge began to rise over
19 the EBIA, were in fact incompressible?
20      A.  Yes.  And I so stated in my expert
21 report and rebuttal report as the first premise
22 I used to condition the analyses to steady
23 flow.
24      Q.  Did you apply those analyses to any
25 other soil units in the East Bank Industrial

56 (Pages 221 to 224)

Page 225

1  Area?
2     A.  Um -- my memory says that we applied
3  steady flow conditions to the interdistributary
4  clays under the swamp-marsh deposits and, as
5  appropriate, similarly for the fine-grained
6  soils above that deposit.  When our
7  understanding was those materials were not
8  fully saturated, then we reverted in the
9  analyses to partially saturated conditions.  So
10 within the modeling, there's a combination,
11 depending on loading and the characteristics of
12 the soil.
13    Q.  Were any other soil units in the East
14 Bank Industrial Area, other than the lower
15 organic clay, incompressible?
16    A.  I would again have to --
17    Q.  Yes owe no, please?  Could you just
18 say yes or no?  It's a yes or no question.
19        Were any of the other soil units in
20 the East Bank Industrial Area, on October,
21 August 29th, 2005, at the time we're interested
22 in, were any of the other soil units, other
23 than the lower organic clay, incompressible?
24 Yes or no?
25    A.  I would have to refer to the details

Page 226

1  in the analyses.  I will not answer a yes/no
2  question.
3     Q.  You don't know then.  You just don't
4  know.
5         MR. JOANEN:
6            I'm going to object.  Allow him
7         to finish his answer, please.
8     A.  I would --
9         MR. JOANEN:
10           Please let him finish his answer.
11    A.  I would need to refer to the details
12 of the simulations for the layers I specified
13 to be able to answer your question truthfully,
14 sir.
15 EXAMINATION BY MR. SMITH:
16    Q.  So you don't know whether you assigned
17 an incompressibility value to any other soil
18 units?  As you sit here today, you don't know
19 that.
20    A.  I think as I testified we assigned
21 that to the interdistributary clays below and
22 the fine grain soils above.  But to confirm
23 that, I need to refer to the details of the
24 analysis.
25    Q.  Do you know of any other soils

Page 227

1  anywhere in the world that have a M sub V value
2  of 10 to the -9?
3     A.  Uh-huh.
4     Q.  Would you just please tell us what
5  those are and where they are?
6     A.  Sure.  Go down here to the mouth of
7  the river, to the East Bay area.  Y'all find
8  such materials.  Go to West Delta Block 134.
9  You'll find some.
10    Q.  Excuse me.  Wait a minute.  I need to
11 know what they are there.
12    A.  They're clays.
13    Q.  Clays.
14    A.  Water saturated clays.  We could go to
15 comparable materials in the Niger River Delta.
16        We can go the comparable materials in
17 the Congo Delta.
18        There's a wide variety of locations in
19 the offshore world in which these
20 incompressible behavior materials exist and
21 have existed and have been analyzed for many
22 years.
23    Q.  When you refer to steady flow, I think
24 you've previously told us that that term can
25 have two meanings.  Right?  It can be steady

Page 228

1  flow in a transient analysis, and there can be
2  steady flow in a steady state analysis.
3  Correct?
4     A.  Um -- the categories of flow analysis
5  are steady flow and nonsteady flow.  Each of
6  those analyses can have steady state analysis
7  or transient state analysis.
8     Q.  So it's your understanding that in a
9  steady state analysis you can have unsteady
10 flows?
11    A.  No.
12    Q.  So?
13    A.  Steady state analysis implies no
14 changes in boundary conditions, meaning inputs
15 and outputs; it's indeed at a steady state.
16        For a transient flow, I can have
17 changes in the inputs and outputs.  Both of
18 those kinds of analyses can be driven by steady
19 flow conditions or nonsteady flow conditions.
20        The defense experts have exploited the
21 second one.  The ones that I've exploited are
22 the first ones that led my comment this morning
23 that indeed, my understanding now says we're
24 working different problems.
25    Q.  Indeed.  So then there's three sets of

Page 229

1  conditions, if I understand your testimony
2  today:  You can have steady flows in a steady
3  state analysis, or you can have steady flows in
4  a transient analysis, but you can't have
5  unsteady flows in a steady state analysis, you
6  can only have steady flows in a steady state
7  analysis.  Is that correct?
8      A.  Your understanding is not correct.
9      Q.  Okay.  Well, explain to me, then, your
10 understanding of a steady state analysis.
11         You said that you can only have steady
12 flows in a steady state analysis; is that
13 correct?
14     A.  No.
15     Q.  You can have transient flows in a
16 steady state analysis?
17     A.  No.
18     Q.  So you can only have steady flows in a
19 steady state analysis.
20     A.  Um --
21     Q.  Is there a third category in addition
22 to the transient flows and steady flows and
23 unsteady flows?
24     A.  I watched this confusion enter your
25 questioning in or for Mr. Cobos-Roa at the

Page 230

1  conclusion of his deposition.  I've attempted
2  to define for you, as crisply as I can, that
3  there are two types of hydraulic conductivity
4  analyses.  One is called steady flow.  The
5  other is called nonsteady flow.  Each of those
6  analyses can have steady state conditions or
7  transient conditions.  So I can have steady
8  state in transient as a part of nonsteady flow,
9  and I can have the same for steady flow.
10         Does that give this discussion a
11 proper framework for communication?  I hope so.
12     Q.  If you change the total stress on a
13 saturated clay and prevent drainage from
14 occurring, does the pore pressure change?
15     A.  Yes.
16     Q.  And does the void ratio remain
17 constant?
18     A.  If we prevent it for each, yes.
19     Q.  If you shear a saturated organic clay
20 and prevent drainage from occurring, does the
21 pore pressure in that organic clay unit change?
22     A.  Yes.
23     Q.  Are these changes in pore pressures in
24 organic clay included in your analysis?
25     A.  Which pressures are you referring to?

Page 231

1      Q.  Shear-induced pore pressures.
2      A.  Um -- in the undrained analyses, the
3  pore pressures influential in the
4  characterization of shear strength are not
5  included.  In the drained -- so-called drained,
6  I termed them effective stress analyses, we
7  work to determine the effective stress that is
8  important in determining the shear strength of
9  the soil in that characterization.
10     Q.  Do you consider the change in pore
11 pressure due to changes in total stress to be
12 significant in the shear strength of saturated
13 clays?
14     A.  It depends on whether or not I allow
15 drainage and how long I allow that stress to be
16 exerted on the soil.
17     Q.  Under short-term loading conditions,
18 do you consider the change in pore pressures
19 due to changes in total stress to be important
20 in the shear strength of saturated clays?
21     A.  That will depend on the drainage
22 condition that I have, that's Step 1.  And
23 secondly, it will depend on how I approach the
24 characterization of the shear strength of the
25 soil for that loading condition.  I can

Page 232

1  approach that using undrained analyses, or
2  effective stress analyses.
3          And for the buried swamp-marsh
4  deposits, we've used both.  In my ongoing
5  analysis report that you selected this exhibit
6  from, I demonstrated for you how the analysis
7  using either of the approaches can produce very
8  comparable results.  And these analytical
9  elements are discussed extensively in the often
10 referenced Lambe & Whitman textbook under the
11 chapters dealing with undrained and drained
12 soils shear strength characterization.
13     Q.  In your hydraulic conductivity
14 pressure analyses in which you calculate uplift
15 pressures, do you assume that all excess pore
16 pressures from changes in total stress and
17 shear stress are dissipated?
18     A.  No.
19     Q.  In calculating your hydraulic
20 conductivity uplift pressures, is it your
21 understanding that the SEEP/W analyses
22 performed by Mr. Cobos-Roa prevent void ratio
23 and volume changes from occurring?
24     A.  That would be true for the buried
25 swamp-marsh deposits.  For other soils, that

58 (Pages 229 to 232)

Page 269

    1      A.  No.
    2      Q.  The static in hydrostatic does not
    3   refer to water that's not moving?  Is that your
    4   testimony?
    5      A.  Well, I can have hydrostatic pressure,
    6   for example, in a dam, and the bottom of the
    7   reservoir is connected to a pipeline duct and,
    8   hence, the hydrostatic pressure is influencing
    9   the movement of fluid from the reservoir.
   10      Q.  Isn't it true, Dr. Bea, that
   11   hydrostatic pressure, by definition, does not
   12   change with time?
   13      A.  Well, that is a very dangerous
   14   over-generalization.  If the density of the
   15   fluid is changing as a function of time, and it
   16   does in this set of challenges we face, then
   17   that has to be reflected correctly in the
   18   definition of the effective hydrostatic
   19   pressure.
   20      Q.  Is it your testimony that the density
   21   of the waters involved in your analyses changed
   22   significantly over time?
   23      A.  Yes.
   24      Q.  The densities of the water.
   25      A.  Yes.  And that's because of salinity.

Page 270

    1      Q.  Even though it's incompressible, the
    2   densities change.
    3      A.  Yes, it does.  That's known as fluid
    4   mechanics.
    5      Q.  I'm happy.  I'm happy to get a very
    6   emphatic answer from you, Dr. Bea.
    7          Dr. Bea, if it can be shown that the
    8   flow underneath the levee during Hurricane
    9   Katrina was not steady flow, would your
   10   opinions regarding the causation of WGI's
   11   excavations be scientifically valid?
   12      A.  Well, I'd have to be able to evaluate
   13   the proof that you propose.
   14      Q.  I'm asking you to assume that it can
   15   be proved.  If it can be proven that the flow
   16   underneath the levee was not steady flow, would
   17   your causation theories lack scientific
   18   validity?
   19      A.  Yes.
   20      Q.  Did you consider -- you've
   21   emphatically stated to me, in fact, you almost
   22   emphasized, so that that I would understand
   23   that the densities of the water changed during
   24   Hurricane Katrina.  Did you consider this
   25   change in density in your flow analyses?

Page 271

    1      A.  Yes, I did.
    2      Q.  Where does that change in density --
    3   where is that reflected in your analyses?
    4      A.  It shows up in the density of water
    5   that I use to compute pressures.  I change the
    6   density between 63 pounds per cubic foot to
    7   64 pounds per cubic foot to reflect the
    8   increase in the salinity of the water that was
    9   propagating into the Industrial Canal.
   10      Q.  In Paragraph 23, you quote Lambe &
   11   Whitman for the proposition that satisfactory
   12   solutions have not been found for these complex
   13   flow conditions.
   14          You see that statement?
   15      A.  No, sir, I don't.  Please -- it's
   16   Paragraph 23.
   17      Q.  Yeah.  As stated by Lambe & Whitman,
   18   1969, these, quote, are complex flow conditions
   19   for which satisfactory solutions have not been
   20   found.
   21      A.  That's correct.
   22      Q.  That statement was written forty years
   23   ago, Dr. Bea.  Do you think that that quote
   24   still applies to today's engineering practice?
   25      A.  Um -- to my knowledge, yes, it does.

Page 272

    1      Q.  Paragraph 25.  You state that
    2   rapidly -- we've talked about this before.  You
    3   talk about the rapidly applied hydraulic
    4   loadings, they don't provide time for the
    5   swamp-marsh deposits to drain.
    6          What's the basis for your assertion
    7   that during the loading conditions that we're
    8   analyzing here there was not sufficient time
    9   for the buried swamp-marsh deposits to
   10   significantly consolidate or expand?
   11      A.  Well, one of the primary sources that
   12   I cited were the piezometer records that
   13   reflected high water conditions that inundated
   14   the East Bank Industrial Area.  And those water
   15   pressures were reflected very quickly in the
   16   piezometers embedded in the organic clay layers
   17   identified as swamp-marsh deposits.
   18      Q.  Do you consider that to be a
   19   qualitative and quantitative analysis?
   20      A.  Well, we did do both, and that's
   21   contained in my expert report.
   22      Q.  And your reference to the piezometer
   23   data, that's your qualitative and quantitative
   24   analysis of whether sufficient time elapsed for
   25   the buried swamp-marsh deposits to change their

Page 273

1  quarter ratios?
2      A.  Well, we saw the pressures instantly,
3  or very rapidly.  And given the location's
4  confinement and characteristics of the
5  swamp-marsh deposits, there wasn't time for
6  significant change in void ratios.
7      Q.  Well, I know that's your conclusion.
8  But I guess my question is, what quantitative
9  and qualitative analysis of the piezometer
10 results did you perform to determine whether
11 there was sufficient time for the buried
12 swamp-marsh deposits to change their void
13 ratios?
14     A.  Well, we performed analyses based on
15 our steady flow conditions, and they're
16 documented in my February expert report as
17 pertains to analysis of, I think it is, PZ-3.
18 Piezometer number 3.  Those were explicit
19 quantitative analyses.
20     Q.  In fact, aren't there recognized
21 engineering tools that engineers use to analyze
22 a problem like this to determine whether or not
23 soils of a specific hydraulic conductivity are
24 able to change their void ratios within the
25 period of rapidly changing hydraulic loads?

Page 274

1           MR. JOANEN:
2              Object to the form.
3      A.  Yes.  There are such tools.
4  EXAMINATION BY MR. SMITH:
5      Q.  Yes.  And in fact isn't SEEP/W a
6  software program that has the capability of
7  computing whether or not soils consolidate or
8  expand, change their void ratios, within the
9  period during which load changes occur?
10     A.  Well, the program is computing
11 responses based on inputs provided to that
12 program.  The program does not magically
13 develop these changes.  They're responses to
14 our inputs.
15     Q.  Right.  I didn't think there was any
16 magic involved.  It's a calculation, isn't it,
17 Dr. Bea?
18     A.  Yes, it is.
19     Q.  That's all SEEP/W is, it's an
20 extensive computation machine, right?
21     A.  Yes.
22     Q.  Applying regular formulas that
23 engineers can use by hand, right?
24     A.  Some.
25     Q.  Some.  Which is why Lambe & Whitman 's

Page 275

1  statement isn't really true today, isn't it?
2      A.  I don't know that Lambe & Whitman 's
3  statement today is not true.
4      Q.  I applaud your consistency, at least
5  on this occasion.
6      A.  Thank you.
7      Q.  Even if it's incorrect.
8      A.  Thank you.
9      Q.  Would you characterize the increase in
10 flood level at the EBIA during Hurricane
11 Katrina as rapid loading?
12     A.  The peak of loading, yes.
13 Approximately 2.7 feet per hour.  That's rapid.
14     Q.  In Paragraph 26, you say that all
15 indications are that these deposits were fully
16 saturated.  That's the very end of the
17 paragraph.
18         Did you consult the Fugro final test
19 data before making this assertion?
20     A.  The final test data, um -- let's see.
21 I did not personally make that evaluation.
22     Q.  What indications are you referring to
23 when you say all indications are that these
24 deposits were fully saturated?
25     A.  Well, the first one is the deposits

Page 276

1  have been below water surface for approximately
2  a century.  Another are the response
3  characteristics associated with those deposits.
4  Another is the lack of observed gas escape from
5  samples retrieved from these deposits.
6      Q.  Any others?
7      A.  I think that's complete.
8      Q.  Dr. Bea, do you know whether steady
9  flow conditions were achieved during the
10 pumping test performed by the parties at
11 various locations during 2011?
12     A.  My knowledge, based on what I have
13 learned, says we had a mixture of conditions,
14 both steady and nonsteady flow.  That knowledge
15 comes directly to me from Mr. Kevin Pope.
16     Q.  Do you know how long it took?  Do you
17 know what the smallest elapsed time was during
18 the pumping tests that were performed in 2011
19 by the parties in order for steady flow
20 conditions to be obtained?
21     A.  No, I don't.
22     Q.  Do you believe that in any occasion
23 during those tests steady flow conditions were
24 obtained immediately?
25     A.  No, I do not.

Page 277

1    Q. In Paragraph 27, you say the hydraulic
2  conductivity characteristics have been
3  determined using consistent and scientifically
4  reliable methods. Are you referring to the
5  parties' 2011 exploration and testing program?
6    A. Yes, sir.
7    Q. Do the permeabilities, the hydraulic
8  conductivity values for the lower organic clay
9  that were determined based upon the 2011 field
10 testing and exploration program, do those
11 hydraulic conductivity values provide a basis
12 for concluding that steady flow conditions
13 existed in the area of analysis performed by
14 Dr. Cobos-Roa in his 2012 investigation?
15   A. No.
16   Q. What does your use of the phrase
17 direct pressure communication mean?
18   A. Oh, that the pressures exerted at
19 Point A are rapidly communicated, transmitted,
20 to another distant Point B.
21   Q. How fast does this transmission occur?
22   A. It can happen at a rate of 5,055 feet
23 per second in the materials we're discussing.
24   Q. The saturated soils.
25   A. That's correct.

Page 278

1    Q. Is that pressure transmission a result
2  of seepage?
3    A. It's a result of pressure.
4    Q. Right. And I'm asking you whether
5  that's also a result of seepage.
6    A. Well, as I use the term seepage, it's
7  got two components, one, the transfer of
8  fluids, and other, the transfer of pressure.
9  If you will allow me to include both of those,
10 then yes, seepage.
11   Q. No, I'm just talking about the
12 transfer of fluids when I use the term seepage.
13   A. If you want the transfer of fluids,
14 not necessarily.
15   Q. So you can have pressure transmission,
16 in your theory of causation, without any
17 transfer, any movement of fluids, is that
18 correct?
19   A. Well, it's not just my theory, it's
20 the theory contained in Lambe & Whitman.
21   Q. Well, my question is just about your
22 theory.
23       MR. JOANEN:
24           Please allow him to finish. He
25       wasn't finished his answer.

Page 279

1        MR. SMITH:
2            My question is just about --
3            He's already answer the question.
4        MR. JOANEN:
5            He wasn't finished.
6        MR. SMITH:
7            He said it wasn't his theory. He
8        said, it's not just my theory. And I
9        didn't ask him if it's just in his
10       theory.
11   A. I don't have a theory.
12 EXAMINATION BY MR. SMITH:
13   Q. In your analysis, then, Dr. Bea.
14 Let's change the word then to analysis. In
15 your analysis that you rely on for your opinion
16 in this case, does pressure transmission occur
17 in the absence of the movement of fluids
18 through soil?
19   A. Yes.
20   Q. Let's go to Page 44. Sorry. It's
21 Paragraph 44. I apologize. 44 in your --
22       MR. JOANEN:
23           Sorry. Page or --
24       MR. SMITH:
25           Paragraph 44.

Page 280

1    A. Yes, sir.
2  EXAMINATION BY MR. SMITH:
3    Q. At the bottom of that page, last
4  sentence begins, Conspicuously absent from the
5  defense experts' reports is any inclusion of,
6  quote, variability or, quote, uncertainty in
7  soil conditions due either to a fundamental
8  misunderstanding or, Heaven forbid -- and then
9  this term is in parentheses -- confirmational
10 bias. Oh, did I say parenthesis? I meant to
11 say quotation marks.
12   A. Yes. You did. But that's --
13 EXAMINATION BY MR. SMITH:
14   Q. In quotation marks it says the phrase
15 confirmational bias. I misrepresented that.
16   A. Yes.
17   Q. Do you know whether the defense
18 experts included or considered variability or
19 uncertainty in soil conditions in their
20 evaluations?
21   A. I think they did. Because --
22   Q. You've answered my question.
23       And couldn't they have considered
24 variability and uncertainty in taking that into
25 account without describing it in the reports?

70 (Pages 277 to 280)