# EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION         NO. 05-4182 K2
                JUDGE DUVAL
PERTAINS TO MRGO        MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
    05-6314, 05-6324, 05-6327, 05-6359,
    06-0225, 06-0886, 06-1885, 06-2152,
    06-2278, 06-2287, 06-2824, 06-4024,
    06-4065, 06-4066, 06-4389, 06-4634,
    06-4931, 06-5032, 06-5155, 06-5159,
    06-5156, 06-5162, 06-5260, 06-5771,
    06-5786, 06-5937, 07-0206, 07-0621,
    07-1073, 07-1271, 07-1285
            * * *
        (V O L U M E   I)
    Deposition of ROBERT G. BEA, PH.D.,
given at the offices of Stone Pigman Walther
Wittmann, LLC, 546 Carondelet Street, New
Orleans, Louisiana 70130, on March 27th, 2012.
REPORTED BY:
    JOSEPH A. FAIRBANKS, JR., CCR, RPR
    CERTIFIED COURT REPORTER #75005

Page 2

 1  APPEARANCES:
 2  REPRESENTING THE PLAINTIFFS:
 3      BRUNO & BRUNO
 4      (BY:  JOSEPH M. BRUNO, ESQUIRE)
 5      855 Baronne Street
 6      New Orleans, Louisiana 70113
 7      504-525-1335
 8  - AND -
 9      DOMENGEAUX, WRIGHT, ROY & EDWARDS
10      (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)
11      556 Jefferson Street, Suite 500
12      Lafayette, Louisiana 70501
13      337-233-3033
14
15  REPRESENTING THE UNITED STATES OF AMERICA:
16      U.S. DEPARTMENT OF JUSTICE
17      (BY:  ROBIN DOYLE SMITH, ESQUIRE)
18      (BY:  RUPERT MITSCH, ESQUIRE)
19      (BY:  JACK WOODCOCK, ESQUIRE)
20      Torts Branch, Civil Division
21      P.O. Box 888
22      Benjamin Franklin Station
23      Washington, D.C. 20044
24      202-616-4289
25

Page 3

 1  REPRESENTING WASHINGTON GROUP INTERNATIONAL,
 2      INC.:
 3      JONES DAY
 4      (BY:  DEBRA S. CLAYMAN, ESQUIRE)
 5      (BY:  ADRIAN WAGER-ZITO, ESQUIRE)
 6      (BY:  CHRISTOPHER N. THATCH, ESQUIRE)
 7      51 Louisiana Avenue, N.W.
 8      Washington, D.C. 20001-2113
 9      202-879-4645
10  - and -
11      STONE PIGMAN WALTHER WITTMANN, L.L.C.
12      (BY:  WILLIAM D. TREEBY, ESQUIRE)
13      546 Carondelet Street
14      New Orleans, Louisiana 70130
15      504-581-3200
16
17  ALSO PRESENT:
18      FRANCISCO SILVA-TULLA
19      TIMOTHY STARK
20      TOM BRANDON
21
22  VIDEOGRAPHER:  GILLEY DELORIMIER (DEPO-VUE)
23
24
25

Page 4

 1          E X A M I N A T I O N   I N D E X
 2
 3  EXAMINATION BY:                        PAGE
 4  MR. TREEBY  ................................7
 5
 6              E X H I B I T   I N D E X
 7
 8  EXHIBIT NO.                            PAGE
 9  Bea Exhibit 1 .............................10
10  Bea Exhibit 2 .............................72
11  Bea Exhibit 3 .............................78
12  Bea Exhibit 4 .............................86
13  Bea Exhibit 5 .............................98
14  Bea Exhibit 5A ............................99
15  Bea Exhibit 6 ............................127
16  Bea Exhibit 7 ............................132
17  Bea Exhibit 8 ............................136
18  Bea Exhibit 9 ............................154
19  Bea Exhibit 10 ...........................157
20  Bea Exhibit 11 ...........................170
21  Bea Exhibit 12 ...........................173
22  Bea Exhibit 13 ...........................177
23  Bea Exhibit 14 ...........................180
24  Bea Exhibit 15 ...........................203
25  Bea Exhibit 16 ...........................219

Page 37

1  professor for geotechnical engineering; right?
2      A.  That's correct.
3      Q.  Have you taught courses in
4  geotechnical engineering or soil mechanics at
5  UC Berkeley?
6      A.  I have taught parts of courses.  I
7  haven't had responsibility for the entire
8  course.
9      Q.  When you say parts of courses, can you
10 be specific?
11     A.  Certainly.
12     Q.  Not lengthily specific, but specific.
13     A.  As an example, I have extensive --
14        MR. STEVENS:
15           Object to the form of the
16        question.  You're handcuffing the
17        witness.  Don't handcuff the witness,
18        Mr. Treeby.
19        MR. TREEBY:
20           I'll give the keys to the
21        handcuffs, doctor.
22     A.  An example would be the design of deep
23 foundations, pile foundations.  I have
24 extensive experience in that area.  In fact, it
25 started here in New Orleans where the design of

Page 38

1  the foundations for the Shell building.  And I
2  would be invited in by Professor Raymond Seed,
3  Professor Jon Bray or Professor Juan Pestana
4  to -- Dr. Professor Juan Pestana,
5  P-E-S-T-A-N-A -- invited into their courses to
6  teach engineering design and construction of
7  deep pile foundations.
8      Q.  How often would you teach parts of
9  those courses, over the course of your career
10 at Berkeley?
11     A.  It was very frequently at the start.
12 I was initially appointed in two departments:
13 One, naval architecture, offshore engineering;
14 the second, in civil engineer.  And because I
15 was a young faculty member who did not know how
16 to say no yet, I would teach four courses per
17 year, and in that flurry, to start, I was
18 helping teach these geotechnical courses
19 annually.
20        After about the first five years, and
21 bordering on collapse, I refused to do that
22 except as I was available, and then would
23 stretch it out to perhaps one every two to
24 three years.  And after I earned my stripes,
25 then I was brought in only as a guest lecturer.

Page 39

1      Q.  And what courses did you regularly
2  teach?  Not the ones that you came in and
3  taught a part of a course.
4      A.  One course in Basic Naval
5  Architecture; Floating Structures, Dynamics,
6  Barges and Ships.
7         Another course called Engineering
8  Systems.  Senior capstone course.  I have all
9  of the senior engineers.  I taught that course
10 continuously for 23 years.
11        A course at the graduate level titled
12 Margins of Quality.
13        Another course at the undergraduate
14 level called Load Engineering for Engineered
15 Systems.
16        Another course titled Human
17 Organizational Factors in the Quality and
18 Reliability of Engineered Systems.
19        And for three years at the
20 undergraduate level I taught Basic Statics and
21 Dynamics at the sophomore level.
22        Oh, I also taught, for two years,
23 courses in Arctic Engineering.
24     Q.  Okay.  This is a good time to take a
25 break and change the tape.

Page 40

1         (Off the record.)
2  EXAMINATION BY MR. TREEBY:
3      Q.  Now, Dr. Bea, because the tape tapes
4  last an hour we're going to try to -- but if we
5  need the break in the middle of an hour, we
6  will.  If you tell me we need to break, we will
7  break, but we're going to try to do that,
8  because that hour -- we need to try to get it
9  done.
10        In your report, at Page 72 and Page 79
11 and Page 135 -- and you don't need to look
12 there because I think you'll -- this won't be a
13 hard question -- you cite a 1969 publication on
14 soil mechanics by Lambe & Whitman.  Is that
15 right?
16     A.  Yes.
17     Q.  For what purpose did you cite this
18 publication in your report?
19     A.  Um -- it's one of the publications
20 that I was taught with.  It has several
21 excellent chapters dealing with hydraulics in
22 soils.  I regard it as a foundational document.
23     Q.  Is the Lambe & Whitman book a widely
24 used reference in geotechnical engineering?
25     A.  Yes.

Page 41

1  Q. Have you used this 1969 Soil Mechanics
2  publication as a reference on other projects?
3  A. Yes.
4  Q. Do you have occasion in your course
5  work now, or at University of
6  California-Berkeley have you had occasion to
7  use the 69 Soil Mechanics publication, Lambe &
8  Whitman, as a reference when you teach?
9  A. Well, I don't teach now. I've retired
10 from the faculty effective I think January.
11 Um -- I used the text in the course I taught I
12 believe last time is 2009 titled load
13 engineering.
14 Q. Okay. The author Lambe is T. William
15 Lambe; is that right?
16 A. That's correct.
17 Q. Do you know Dr. Lambe?
18 A. Yes. I do.
19 Q. Have you used any other publications
20 by Dr. Lambe in your own work?
21 A. Yes.
22 Q. What other publications?
23 A. I don't recall them by title at this
24 time, but his work was of extreme importance in
25 the early work I did with others here in New

Page 42

1  Orleans dealing with sea floor slides. So
2  Mr. Lambe, Dr. Lambe, Professor Lambe, god
3  Lambe, has come through my life frequently.
4  Q. Okay. I'm going to get back to one of
5  the words we talked about earlier somewhat.
6  Have you taught classes in flow analysis?
7  A. I taught classes in flow analysis in
8  the following contexts: Classes that deal with
9  hydrodynamic/hydrostatic flows in water;
10 classes that deal with flows within and outside
11 of soils. I've taught classes that deal with
12 the combination of the two. Those classes have
13 been focused in that course titled load
14 engineering. I furnished a copy of the book I
15 wrote I recall in my reliance materials.
16 Q. What book was that?
17 A. The book has got two names: One is
18 Load Engineering. It slightly changed after
19 2009 to Margins of Quality for Engineered
20 Systems.
21 Q. Would it be correct to say that the
22 majority of your professional experience did
23 not involve levees, floodwalls, and other flood
24 control structures?
25 A. That's fair. Yes.

Page 43

1  Q. Would it be correct to say that a
2  majority of your professional experience did
3  not involve soil mechanics?
4  A. No, that would not be fair.
5  Q. So a majority of it would involve soil
6  mechanics?
7  A. That's correct.
8  Q. Okay. You list in your -- in a
9  section of your résumé entitled Primary
10 Expertise -- please look at that list and tell
11 us what expertise you believe to be relevant to
12 your work in this case are covered by those
13 primary expertise areas.
14 A. All of them.
15 Q. Who first contacted you about working
16 in this case?
17 A. The first contact that I received came
18 from Mr. Joseph Bruno. It was about the same
19 time I also received an inquiry from Mr. Daniel
20 "Danny" Becnel.
21 Q. And it sounds to me like based on your
22 answer this would have been in 2005-2006?
23 A. I think it's 2006. And it's probably
24 toward the end of 2006.
25 Q. And to date, how much have you been

Page 44

1  paid for your work in this case?
2  A. Um -- I don't know. I know
3  approximately. I have spent approximately
4  14,000 hours associated with the work done here
5  since August 2005. Of that total, 2000 hours
6  has been paid.
7  Q. Apart from your retention in the barge
8  and Robinson cases -- and it sounds to me like
9  you're collapsing all of those cases together,
10 really.
11 A. Yes. That's correct.
12 Q. Okay. Apart from your prior retention
13 in cases involving lawsuits involving Katrina
14 flooding, have you ever been retained as an
15 expert in litigation before this case?
16 A. Would you repeat your question,
17 please, sir?
18 Q. Aside from any expert retention
19 involved in the Katrina flood event, have you
20 been retained as an expert in litigation?
21 A. Yes.
22 Q. By whom?
23 A. I don't recall the names of the
24 companies. I recall the nature of the
25 consulting expert services that I provided. I