# EXHIBIT 1

# Affidavit of Alvin Livers

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: MRGO<br>*Armstrong, No. 10-866* | *<br>*<br>* | SECTION "K"(2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF ALVIN LIVERS

**STATE OF LOUISIANA**

**PARISH OF ASCENSION**

      **BEFORE ME**, the undersigned Notary Public, personally came and appeared,

**ALVIN LIVERS**

who declared under penalty of perjury that:

1. I am an adult of the age of majority and a resident of Ascension Parish.

2. My current address is 13492 Paces Point in Gonzales, Louisiana.

3. In 1971, my wife and I purchased a home with the physical address of 4924 St. Claude Avenue in New Orleans, Louisiana.

4. We made many improvements to the home, including an addition, to make this home our dream home.

5. I paid off the mortgage on that home and retired prior to Hurricane Katrina. I was really looking forward to enjoying my retirement with my friends and neighbors and doing the things I liked in the neighborhood.

6. My wife and I were very close with all of our neighbors in the community and our family members lived very close to us.

7. My wife was very involved in the community. She was a minister of the local church and was over the mission department. She conducted seminars and had a ministry group for women. She distributed food and clothing to those in need.

8. After hurricanes Katrina and Rita, our home and all of our belongings were destroyed.

1

9. When the city and the National Guard finally let us go back to our homes, I started the process to get us back into our home. I cleaned everything out of the home and the yard. It took me several weeks as I had to do most of the work by myself. My cousin was able to help me for two days. I also replaced all the wiring for the electricity.

10. At one time I was considering repairing the home so my wife and I could return to live there. However, the violence in the neighborhood created a dangerous environment. People continued to steal. Those of us who were repairing our homes would return the next day to find items stolen, including the electrical wiring. I finally had enough and my wife and I were afraid to go back there. I felt like I had no choice but to sell the property as the community was no longer safe.

11. We sold our home to the Road Home program.

12. We purchased a home in Gonzales, Louisiana, where we reside now. I was unable to pay for the house in full with the money we received from Road Home as it was not enough. As we were retired, we could not afford to pay a mortgage. My wife and I were forced to take money from my savings that was intended for our retirement to pay off the home.

*Alvin Livers*
ALVIN LIVERS

**SWORN TO AND SUBSCRIBED** before me, Notary, under oath, this 15th day of August, 2012.

_____
Notary Public

*Jonathan Mitchell*
Printed Name & Notary Number
Jonathan Mitchell (#33284)
My commission expires:
Commissioned for Life

2