# EXHIBIT 2

# Affidavit of Fred Holmes

Note:   The original Affidavit of Fred Holmes is not available and will be filed immediately upon receipt.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: MRGO | * | SECTION "K"(2) |
| *Armstrong, No. 10-866* | * | |
| | * | |

**************************************************

### AFFIDAVIT OF FRED HOLMES.

**STATE OF TEXAS**

**COUNTY OF**

     **BEFORE ME**, the undersigned Notary Public, personally came and appeared,

**FRED HOLMES**

who declared under penalty of perjury that:

1. I am an adult of the age of majority and a resident of .

2. My current address is 30231 Glenboro Drive, Spring Texas.

3. In 2003, after renting for many years my wife and I purchased our first family home with the physical address of 1205 Perrin Drive in Arabi, Louisiana.

4. Both my wife and I were life long residents of St. Bernard Parish and we were very proud to finally have a house of our own in the place we intended to live out the rest of our years.

5. On the eve of Katrina my wife, her grandfather and I evacuated to Houston. We soon found that we had no home to return to.

6. On August 29th, Hurricane Katrina made landfall. During the storm and its aftermath, our home was inundated with floodwaters. Our family home and all of our belongings were destroyed.

7. Although our employers allowed us to continue to work from what we thought would be our temporary residence just outside of Houston, we soon realized that we would not be able to find housing which would allow us to return home.

8. Since our attempts at finding living arrangements in St. Bernard Parish were unsuccessful we soon after were furloughed by our employers who no longer would allow us to work remotely.

9. At this point, in January of 2006 my wife and I had no home and no employment in the place we had lived all our lives.

10. Although we wanted to move back to our home in St. Bernard Parish my wife and I were left with no choice but to try to start our life over. This was something we were able to do in Spring, Texas due to the charity of others who gave us furniture and a home to live in that we later purchased.

11. We were also unable to return to our home in the months following Katrina due to the damage to our cities infrastructure. We did not believe it would be safe to move back to St. Bernard Parish at that time.

12. My wife and I were thankfully able to find employment through Rice University shortly after being furloughed by our respective employers from Louisiana.

13. We sold our home to the Road Home program because we felt we had no other viable option but to stay in Texas where we were receiving so much help from local charities.

_____<br>FRED HOLMES

**SWORN TO AND SUBSCRIBED** before me, Notary, under oath, this _____ day of _____, 2012.

_____
Notary Public

_____
Printed Name & Notary Number

My commission expires: