# EXHIBIT 3

# Affidavit of Kenneth Armstrong

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | CIVIL ACTION <br> NO. 05-4182 |
| PERTAINS TO: MRGO <br> *Armstrong, No. 10-866* | SECTION "K"(2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF KENNETH PAUL ARMSTRONG, SR.

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

 **BEFORE ME**, the undersigned Notary Public, personally came and appeared,

### KENNETH P. ARMSTRONG, SR.

who declared under penalty of perjury that:

1. I am an adult of the age of majority and a resident of St. Bernard Parish.

2. My current address is 2400 Aramis Drive in Meaux, Louisiana.

3. Before the IHNC flood walls broke, I and my family lived at 4016 Hamlet Place in Chalmette, Louisiana. My wife, Jeannine, and I purchased this home in 1985.

4. Due to flooding, our home and all of our belongings were destroyed. The house was turned upside down and nothing was salvageable.

5. My wife suffered a series of serious health issues starting in November of 2005.

6. In November of 2005, my wife Jeannine was diagnosed with a brain tumor. In January of 2006, Jeannine started radiation treatment for the brain tumor. She started feeling the symptoms from the radiation in about April of 2006.

7. In June of 2006, we moved to Covington. We selected Covington because my daughter Renee's school, Archbishop Hannon High School, relocated to Covington. Renee was a

1

cheerleader and on the student counsel. We wanted her to remain at this school. Our street address in Covington was 28 Park Place.

8. In July of 2006, Jeannine came down with a rare fungal pneumonia. The doctors told us it was caused by an airborne fungus that is generated through soil. Jeannine was spending a lot of time at the house cleaning out and gutting our home. We had three feet of mud in the yard and then another foot of mud inside the house. There was mold everywhere.

9. Then in August of 2006 Jeannine started having pain in her back. It was discovered that she had a fungus that settled on her vertebrae in her spine. She had to have two surgeries to remove two vertebrae from her spine and replaced it with titanium rods. She was hospitalized for a month. She was on antibiotics for three months and had to have a blood test done every week.

10. Due to the serious health issues that the clean-up activities caused to my wife, along with the total destruction of our home and all of our personal belongings, became unbearable. In 2007, I decided to tear the house down. I contacted the Parish government for St. Bernard Parish and completed the paperwork to have the house torn down.

11. We wanted to return to our neighborhood, our church and our friends. However, the neighborhood that we lived in prior to hurricane Katrina no longer exits. Almost no one rebuilt in that neighborhood. In order to get a home insured in that area the home has to be elevated to over twelve feet. Today if you go to our neighborhood you will see that it is mostly empty or industrial. There are many overgrown and empty lots.

12. The neighborhood surrounding 4016 Hamlet Place has no life left in the neighborhood and is dark, lonely and unsafe. We had no choice but to sell our lot to the Road Home Program in January of 2008.

13. We opted to purchase a home in a nearby neighborhood in Meaux, Louisiana, located at 2400 Aramis Drive.

14. Prior to hurricane Katrina, I only had one year left on my mortgage. I now have a mortgage for $1000.00 a month for fifteen years.

_Kenneth Armstrong, Sr._
KENNETH ARMSTRONG, SR.

SWORN TO AND SUBSCRIBED before me, Notary Public/oath, this 16th day of August, 2012.

_Kailey LeBoeuf_
Notary Public

Printed Name & Notary Number Kailey LeBoeuf #91695   My commission expires: upon death

2