# Expert Report

of

# Robert Glenn Bea, Ph.D., P.E.

For

**Katrina Canal Breaches Consolidated Litigation**

[Civil Action Number: 05-4182 "K" (2)]

United States District Court

Eastern District of Louisiana

Pertains to MR-GO, Armstrong [No. 10-866]

February 1, 2012



79.     Identification of these 'best judgment' cases took account of the different types of uncertainties and 'biases' that forensic engineering investigations of failures must address (ASCE 1989; Bea 2011), performance characteristics at the breach and near breach sites at the Lower 9th Ward, and detailed studies of the recent information produced by the U.S. Government and WGI concerning the EBIA site clearing activities and subsequent work performed by the USACE at the Lower 9th Ward following Hurricane Katrina. Results from my forensic engineering analyses of these 'best judgment' cases will be summarized in the next sections of this report.

80.     Results for all of the cases and parameters analyzed during this phase of my investigation are summarized in Appendix D. The plausible ranges in the important soil characteristics were analyzed to determine the 'sensitivities' of the results from the floodwall – levee performance analyses. These 'sensitivity' analyses enabled identification of the important parameters in the analytical models that developed primary influences on the floodwall performance characteristics. Also, this enabled development of an understanding of the potential 'error rates' associated with results from these analyses (Kardon, Bea, and Williamson 2006).

81.     Two fundamental types of 'two-dimensional' (2D, planar), 'nonlinear' (referring to the soil stress – strain, force – deformation characteristics), 'static' (time durations of load – force application are long relative to the dynamic response characteristics of the soil-structure systems so 'dynamic' mass and damping effects are not introduced), 'anisotropic' (different horizontal and vertical soil properties) numerical analyses were performed as part of my forensic engineering investigation analyses (Appendix D; Cobos-Roa and Grunauer, 2011, 2012). These two fundamental types of analytical models were developed to investigate two inter-related and interactive modes of failure development: (1) hydraulic conductivity analyses to determine

74

'seepage' pressures and forces that affected the Lower 9th Ward floodwall performance, and (2) coupled hydraulic conductivity limit equilibrium lateral stability analyses that provide information to help determine the conditions under which failure and non-failure of the floodwall developed. These analyses included the effects of the 'tension crack' developed between the floodwall sheetpilessheet piles and the supporting levee soils on the water side as the floodwall is loaded with the IHNC surge waters (Figure 12) and the 'erosion trench' developed in the protected side of the levee as the floodwall is overtopped by waves and surge water in the IHNC (Figure 13).

82.    Vertical seepage gradients across the surficial clay layer on the landside toe section of the floodwall –levee system provide an important indicator of the initiation of a hydraulic failure (frequently called a 'blowout'). The concept of hydraulic gradient deals with the amount of vertical pressure exerted by the water on the bottom of a fine grained layer (capping a more pervious layer), with the amount of overburden pressure exerted by the clay layer (Lambe and Whitman 1969; Terzaghi and Peck 1948; USACE 1956, 1993a, 1999, 2000, 2003, 2005, 2008). Based on correlations developed between results from hydraulic conductivity analyses performed on levees that have experienced different types of hydraulic 'failures' during flooding events (sandboils – 'quick conditions', heavy seepage, medium seepage, light or no seepage), uplift or heave type of failure can occur when the computed hydraulic vertical 'critical' gradient through the levee 'blanket' (composed of compacted cohesive soil- clay) is between 0.6 and 0.9 (USACE 1956, 1999, 2003, 2005, 2008). A 'best estimate' critical gradient of 0.7 to 0.8 was used to define 'failure' in these analyses. These uplift gradients are defined as the ratio between the excess hydraulic head (pressure) acting on the bottom of the clay blanket and the thickness of the levee clay blanket.

75

106.     The cross-section used for the 3D hydraulic conductivity computations is shown in Figure 70.    The 'trench' excavation was modeled with vertical walls and terminated approximately 60 feet away from the centerline of the levee (Figure 70).



Figure 70: 3D seepage model for IHNC-Lower Ninth Ward North Breach site (Cobos-Roa and Bea 2008).

107.     Figure 71 shows hydraulic gradient values developed through Hurricane Katrina, at the center of the clay layer beneath the landside levee toe for two 'slices' of the 3D model perpendicular to the floodwall; one through the filled excavation, and another one immediately outside the excavated area.  Results from the 3D hydraulic conductivity model indicates there is a 30% increase in the gradients near the landside toe in the cross section through the filled excavation, compared to the section outside this area. These results are in excellent agreement with those developed by Money (2006) for comparable excavation geometries.

100

e. Revised my first principles based analyses based on new information gathered during the history of my investigations (updating) (ASCE 1989);

f. Through application of classical statistical and probabilistic reliability methods, quantitatively analyzed the variabilities and uncertainties associated with input information and analytical methods to determine their potential rates of 'error' (uncertainties associated with important structure performance characteristics); and

g. Published results from the analyses in public reports (two) and peer reviewed conference and technical journal papers (22).

## II. FORENSIC ENGINEERING INVESTIGATIONS

### Summary

29. Based on my forensic engineering studies, my fundamental conclusion is that the breaches that developed in the man-made flood protection structures adjacent to the Lower 9th Ward during Hurricane Katrina were initiated with surge water pressures developed on the water side of the flood protection structures (concrete floodwall and supporting sheet piling) coupled with <u>hydraulic seepage</u> and <u>uplift pressures</u> generated in the marsh layers under the soil levee (Figure 1) through nearby excavations backfilled with high permeability materials.

30. Early development of the high hydraulic seepage and uplift pressures was abetted by the nearby backfilled excavations developed during the USACE Lock Expansion Project East Bank Industrial Area (EBIA) site clearing activities performed by Washington Group International (WGI) under the supervision of the USACE (Figure 1). These excavations resulted in facilitating significant increases in the hydraulic conductivity and porewater pressure

18

development paths. This led to much quicker and greater increases in seepage pressures and hydraulic gradients and led to decreases in the lateral resistance of the levee – floodwall sections.

31. As the breaches evolved, differential movements of the man-made flood protection structures resulted in opening the vertical joints (water stops) between sections of the concrete floodwall. These openings allowed flood waters to enter early into the adjacent Lower 9th Ward. As the breach further developed, there were failures of some joints between adjacent sections of the sheet piling.

32. The North Breach developed early (0400 – 0500 AM CDT) before overtopping by the IHNC surge waters. The North Breach completed development by 0600 AM CDT. The South Breach developed later after overtopping by waves and the surge waters (0700 – 0800 AM CDT). The South Breach completed development by 0900 am CDT (Figures 2 and 3, Table 1).

33. The floodwall between the North and South Breach showed clear signs of being in the early stages of failure. The segment of the floodwall immediately adjacent to a flooded borrow pit had been overtopped with the consequent formation of a 'tension gap' on the flooded side and a deep erosion trench on the protected side, yet this segment of floodwall did not breach. This section of the floodwall did not fail because the coupled hydraulic seepage and uplift pressures were inhibited from development in the swamp - marsh deposits under the borrow pit by clay linings purposely placed on the walls of the borrow pit (slope dressing) and the very low permeability clays that existed on the bottom of the borrow pit covering the top of the swamp – marsh deposits. These results were corroborated with performance of other similar floodwalls that suffered heavy overtopping during Hurricane Katrina with resultant deep erosion of the protected side soils and did not fail.

19



Figure 34: Water elevation recorded by the PZ-3 piezometer and the water elevation gauge in the IHNC between August 30 and September 15, 2008.

55. A similar array of piezometers were installed by the USACE near the south end of the North Breach site in 2008. Piezometer PZ-6 was installed on the IHNC side of the floodwall in a 25 foot deep borehole. A soil boring performed at this location showed this piezometer was exposed to about a 1 foot thick deposit swamp - marsh deposits at elevation -15 feet (NAVD88). This borehole was located just south of the southern end of the North Breach site. Unfortunately, the piezometer data for the time period of Hurricane Gustav and Hurricane Ike was 'missing' in the data produced by the Department of Justice. Fortunately, in another data file the recorded data was available from the PZ-6 piezometer and from the IHNC water elevation gauge during March – May 2008 (Figure 35). The data shows that whenever the water elevation in the IHNC was high enough to cover a portion of the EBIA (elevations of +1.5 to +2 feet), that the effects of

55

the elevated water were reflected in increases in the water levels in PZ-6; indicating that the water in the IHNC was able to communicate rapidly and directly with the buried swamp – marsh deposits. This data is further analyzed and the results are summarized in Appendix C.



Figure 35: Recorded water elevations in the IHNC and in the PZ-6 piezometer during the period March – May 2008.

56. WGI completed its work, removed its equipment, and demobilized from the job site in May 2005 (WGI 2005a). As part of this completion work, WGI prepared a report summarizing results of hydraulic and chemical testing at areas along the EBIA (WGI 2005b). This testing involved installation of ground water elevation monitoring wells on the EBIA during April 2005 (Figure 36).

Table 1: In situ horizontal hydraulic conductivity values (Kx) determined from data gathered from monitoring wells MW 7 and MW 8 (WGI, 2005b).

| WELL | Top of Case | Ground Surface Elevation (NGVD) | Ground Surface Elevation (NAVD88) | Screen Elevation (NAVD88) From | Screen Elevation (NAVD88) To | Soil Type | Static Water Surface Elevation Depth | Static Water Surface Elevation (NGVD) | Static Water Surface Elevation (NAVD88) | Evaluated Kx (cm/s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 7.42 | 3.9 | 3.4 | -22.8 | -33.3 | NR* | 11.01 | -3.59 | -4.09 | 1.94E-05 |
| 8 | 5.16 | 2.8 | 2.3 | -0.3 | -10.8 | ML** | 4.38 | 0.78 | 0.28 | 4.17E-05 |

*NR - sample not recovered – boring log indicates likely encountered wood. **ML - inorganic clayey silt.

59. The in situ horizontal hydraulic conductivity of $2 \times 10^{-5}$ to $5 \times 10^{-5}$ cm/s (centimeters per second) found in these soils is consistent with the values used in previous analytical models developed by ILIT (2006), Bea and Cobos-Roa (2008), and Cobos-Roa and Bea (2008) and those used during this phase of my investigation. However, and very importantly, the in situ field test values were found to have hydraulic conductivities that were <u>three orders of magnitude higher</u> (x 1,000) than those values obtained from laboratory tests which showed hydraulic conductivities of the order of $10^{-8}$ cm/s for the same soils (WGI 2005b). This is an important illustration of the marked differences between the hydraulic conductivities determined from in situ tests and those determined from laboratory tests (Campbell et al 1990).

60. The information that is currently available clearly indicates a high degree of correlation of the site remediation work conducted by WGI at the EBIA sites and the breach locations in the flood protection structure adjacent to the Lower 9th Ward (Morris 2011, Rogers 2012). This remediation work (removal of soils, formation of cavities, vibrations) had important effects on the soils relied upon to provide stability and protection for the flood protection structure. Removal and disturbance of the surface soils overlying the permeable subsoils (swamp – marsh deposits) facilitated the under seepage.