UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES     CIVIL ACTION

CONSOLIDATED LITIGATION           NO. 05-4182 K2

                                  JUDGE DUVAL

PERTAINS TO MRGO                  MAG. WILKINSON

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
          05-6314, 05-6324, 05-6327, 05-6359,
          06-0225, 06-0886, 06-1885, 06-2152,
          06-2278, 06-2287, 06-2824, 06-4024,
          06-4065, 06-4066, 06-4389, 06-4634,
          06-4931, 06-5032, 06-5155, 06-5159,
          06-5156, 06-5162, 06-5260, 06-5771,
          06-5786, 06-5937, 07-0206, 07-0621,
          07-1073, 07-1271, 07-1285

                      *   *   *

              (V O L U M E   I)

    Deposition of ROBERT G. BEA, PH.D.,
given at the offices of Stone Pigman Walther
Wittmann, LLC, 546 Carondelet Street, New
Orleans, Louisiana 70130, on March 27th, 2012.
REPORTED BY:
        JOSEPH A. FAIRBANKS, JR., CCR, RPR
        CERTIFIED COURT REPORTER #75005


EXHIBIT 2

ROBERT BEA                                          March 27, 2012

Page 142

1    flow on the protected side as we pick up the
2    third dimension of flow on the unprotected
3    side.
4         Q.   On Page 101, Paragraph 108 -- perhaps
5    we can get there -- in your report in this
6    case, you state, beginning of the paragraph --
7    you got 108?
8         A.   (Shakes head negatively.)
9         Q.   Your report, Page 101, Paragraph 108.
10   In the beginning of that paragraph, you state,
11   quote, Based on these results, the hydraulic
12   gradients for the south breach Case 2-1 were
13   increased by 30 percent to recognize the 3D
14   flow effects.
15            Do you see that?
16        A.   Correct.
17        Q.   But you did not perform both a 2D
18   analysis with infinitely wide canal side
19   upstream excavation and a 3D analysis of a
20   narrow upstream excavation on identical soil
21   profiles.  Isn't that correct?
22        A.   That's correct.
23        Q.   Another way -- let me ask it this way:
24   Have you performed analyses where the only
25   change is going from a canal side, upstream 2D

ROBERT BEA                                        March 27, 2012

Page 143

1    geometry to a canal side, upstream 3D geometry,
2    to evaluate the effects on the gradients on the
3    land side of the floodwall and levee?
4         A.   Yes.
5         Q.   You did that?  Where?
6         A.   Yes.
7         Q.   Where?
8         A.   In the Electronic Journal of
9    Geotechnical Engineering.
10        Q.   The one we don't have the files for?
11   Is that what you're talking about?
12        A.   Well, I'm answering the first
13   question.
14        Q.   Okay.
15        A.   The first question is, That paper
16   considers a long narrow excavation for 2D
17   seepage, and we're monitoring the seepage
18   effect on the protected side.  And as we
19   brought the third dimension into it, then we
20   got the intensification of the flow on the
21   protected side.
22        Q.   Would that show -- excuse me.
23        A.   That increase was approximately
24   30 percent.  And I showed the results from the
25   two analyses to justify the correction that I

```
 1   had to put into this report to recognize the
 2   narrow excavation, Case 2, at the south breach.
 3       Q.   So those are -- this comparison you
 4   say you did is in the paper for which we don't
 5   have the 3D model files; right?
 6       A.   That's correct.
 7       Q.   So we don't -- we can't examine
 8   whether you used the same inputs or not; right?
 9       A.   Well, you could, sure.  You just
10   repeat --
11       Q.   Without the model file?
12       A.   Sure.  You just repeat the analyses.
13       Q.   Well, you could do that, too, right?
14       A.   Yes.  I just need time and money.
15       Q.   How much time?  That's another
16   question.  I'm jumping way ahead.  That's good.
17           MR. STEVENS:
18                To redo that analyses?
19   EXAMINATION BY MR. TREEBY:
20       Q.   To redo the 3D analysis that you've
21   lost the files for.
22       A.   That's fair.  And I'm sitting here --
23   I could give you a definitive answer, because
24   all of the work in Electronic Journal of
25   Geotechnical Engineering came from our 2007-8
```

ROBERT BEA                                              March 27, 2012

Page 145

1  studies of these effects.  So it would be a
2  matter of going back to those buildings and
3  estimate time and money.  My guess is a couple
4  of months at the pay scale of, um -- Diego
5  Cobos-Roa, with a day per week, maybe two, or a
6  day and a half, for my part.  So you could --
7  we could develop a time and a cost estimate for
8  you.
9      Q.   Do you know what his pay scale is?
10     A.   No.  Not now.
11     Q.   Would it surprise you if I told you
12 that people using that SEEP/W and 3D flow could
13 have done it in days, not months?  A few days?
14 Less than a week?
15     A.   They're probably very good.
16     Q.   You have numerous references in your
17 report in this case to the 3D flow analysis
18 done by Diego Cobos-Roa in 2008; isn't that
19 right?
20     A.   Yes, sir.
21     Q.   In fact, you make reference to the
22 analysis throughout your report.
23     A.   Repeat your question.
24     Q.   Yeah, I'm trying to go too fast.
25          You make reference to that 3D analysis

ROBERT BEA                                              March 27, 2012

Page 184

1    compilation of this response.
2        Q.   To your knowledge, is Kevin Pope
3    knowledgeable about the value for
4    compressibility that was used as an input to
5    the SEEP/W analysis?
6        A.   I think we may be talking about
7    different computer programs.  Kevin Pope has to
8    use a suite of computer programs to analyze the
9    data from the field pump test, and slug tests.
10   There's another computer program that is
11   SEEP/W, that we have discussed, and the sole
12   input parameter that we need from Kevin Pope,
13   Dave Rogers, Rune Storesund, is horizontal and
14   vertical hydraulic conductivity.  We do not ask
15   them for storage coefficients or anything else
16   that would put us outside the regime of steady
17   flow analysis.
18       Q.   You say steady flow.  You mean steady
19   state, don't you?
20       A.   No.  I don't.
21       Q.   You mean steady flow.
22       A.   I mean steady flow.  Consult Lambe &
23   Whitman textbook.
24       Q.   I'll come back to that.
25       A.   I think I have the --

1   language, the only person I could attribute it
2   to would be Kevin.  If this quote comes from
3   SEEP/W, that's easily identified.
4       Q.   It does come -- I'm representing to
5   you that it does.
6       A.   If you represent that it does, it
7   does.
8       Q.   Okay.  Then my question is, then that
9   would mean this response was not from Ken Pope.
10      A.   That's correct, sir.
11      Q.   You used the term -- just when we
12  broke, you used the term steady flow analysis.
13      A.   Correct.
14      Q.   Let's take that apart.
15           Steady.  What do you mean by steady?
16      A.   Um -- steady meaning there is no
17  change in void ratio and there are no changes
18  in the saturation during the time of the flow.
19      Q.   Do you contend that if you change the
20  effective stresses in the East Bank Industrial
21  Area on the marsh, the soils will not deform?
22      A.   They will deform.
23      Q.   So they're compressible.
24      A.   No.  Those are different things.  You
25  can deform a soil and it doesn't have to be

1    compressible.
2        Q.   Well, do you say that these soils are
3    not compressible?
4        A.   The non compressibility that we're
5    referring to is associated with the swamp --
6    buried swamp-marsh layers.  Given the time
7    duration of the applied hydraulic loadings,
8    there is not time for consolidation or
9    expansion which affects void ratio.  That's
10   just where the process starts.
11       Q.   Now, let me get an answer to my
12   question.
13       A.   I'm sorry.
14       Q.   Are you saying that these organic
15   soils in the swamp-marsh layer, to use your
16   terminology, are not compressible?
17       A.   They're compressible if you provide it
18   time and boundary conditions to allow them to
19   consolidate.
20       Q.   Were the other clays that were in
21   these soils in the East Bank Industrial Area,
22   as demonstrated by all the soils tests that
23   were done, were these also modeled by you as
24   incompressible?
25       A.   At or below the phreatic surface, the

1  water table, those are being modeled with the
2  conditions I described, no change in void
3  ratio, no change in saturation.  That's
4  defining steady flow hydraulic conductivity
5  analysis.
6     Q.   I'm still asking and haven't gotten an
7  answer to it.
8     A.   I'm sorry.
9     Q.   Are you saying they were modeled as
10 incompressible or not?
11    A.   Yes.
12    Q.   You're saying they were modeled as
13 incompressible.
14    A.   The buried swamp-marsh layers.
15    Q.   And the clays.
16    A.   No.  The clays above the phreatic
17 surface have compressibility.  They are not
18 fully saturated, so those soils are
19 appropriately modeled, or attempted to be
20 modeled, to account for that.  It's the
21 submerged soils that we're treating as
22 incompressible given the loading conditions
23 that we're dealing with.
24    Q.   For this poor lawyer who doesn't have
25 any advanced math, aren't they all covered with

```
 1   water level rise.  There are other conditions
 2   that that rapid pressure connection is
 3   apparently not there, and the soils are
 4   behaving in a compressible manner.  It's not
 5   uniform isotropic, homogeneous in terms of
 6   compressibility.  I wish it were.
 7        Q.   How long do the clays -- above the
 8   marsh layer, how long did that take, that
 9   layer, to become what you call incompressible?
10        A.   In our analysis, as long as we're
11   below the phreatic surface, we treat it as
12   incompressible steady flow.
13        Q.   But the phreatic surface -- if I
14   understood you correctly, as soon as the ground
15   level is covered, the phreatic surface is now
16   above the top of the ground level.  Right?
17        A.   But I'm still saturating those
18   unsaturated soils.  That takes time.
19        Q.   How long does it take for the clays
20   above the organic layer, in these soil borings,
21   how long does it take for those to become
22   incompressible, in your analysis?
23        A.   In our analysis of the pressure
24   transmission effects occurring in the buried
25   swamp-marsh layer, the materials above are
```