DR. ROBERT BEA                                              March 28, 2012

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES        CIVIL ACTION

CONSOLIDATED LITIGATION              NO. 05-4182 K2

                                     JUDGE DUVAL

PERTAINS TO MRGO                     MAG. WILKINSON

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
          05-6314, 05-6324, 05-6327, 05-6359,
          06-0225, 06-0886, 06-1885, 06-2152,
          06-2278, 06-2287, 06-2824, 06-4024,
          06-4065, 06-4066, 06-4389, 06-4634,
          06-4931, 06-5032, 06-5155, 06-5159,
          06-5156, 06-5162, 06-5260, 06-5771,
          06-5786, 06-5937, 07-0206, 07-0621,
          07-1073, 07-1271, 07-1285

                       *   *   *

          (V O L U M E  II)

     Deposition of ROBERT G. BEA, PH.D.,
given at the offices of Stone Pigman Walther
Wittmann, LLC, 546 Carondelet Street, New
Orleans, Louisiana 70130, on March 28th, 2012.
REPORTED BY:
     JOSEPH A. FAIRBANKS, JR., CCR, RPR
     CERTIFIED COURT REPORTER #75005

EXHIBIT 3

```
 1      A.    That's correct, sir.
 2      Q.    Okay.  But, if I understood your
 3  testimony yesterday -- this is the main reason
 4  for any questions on this subject now -- you
 5  decided, a priori, to model the flow as steady
 6  flow and to approximate that condition, used a
 7  very low value of M sub V equal the 1 times 10
 8  to the -91 over PSF in, your flow analyses for
 9  the EBIA during Katrina, correct?
10      A.    That's correct.
11      Q.    These steady flow analyses disregard
12  the site specific value of storage coefficient
13  determined from the pumping tests, isn't that
14  correct?
15      A.    Yes.
16      Q.    Please describe steady flow as you are
17  using that term in your testimony.
18      A.    That term is defined in the text by
19  Lambe and Whitman and can be discriminated as
20  follows:  The flow analysis does not include
21  changes in either void ratio or saturation in
22  the soils.  So we're treating only the part
23  defined as steady flow.
24      Q.    Is there flow in what you are calling
25  steady flow?
```

DR. ROBERT BEA                                    March 28, 2012

Page 167

1    A.    There is transmission of pressure.
2    That's the portion that this entire
3    investigation, at least on my part, has
4    attempted to focus on.
5    Q.    I appreciate the speech.  I understand
6    that from your testimony yesterday.  Now let's
7    get an answer to the question I asked, as
8    opposed to the one you wanted to answer.
9          My question was, is there flow in what
10   you are calling steady flow?
11   A.    Yes.  There's transmission of fluid.
12   Q.    Thank you.  Is there a change in the
13   quantity of flow with time in your analyses?
14   A.    Yes.
15   Q.    When does the flow change?
16   A.    Oh, it changes when I change the
17   hydraulic forcing function.  And we provided
18   the --
19   Q.    Okay.  Have you quantified --
20         MR. STEVENS:
21              Excuse me.  He was in the middle
22         of a sentence.
23   A.    We provided for you time snapshots of
24   those changes as a function in the changes in
25   the hydraulic forcing function represented by

DR. ROBERT BEA                              March 28, 2012

Page 299

1   correctly?
2       A.   Correct.
3       Q.   Maybe that was second. You also
4   listed the time duration, I think, was the
5   first.
6       A.   The rapidity with which the loadings
7   are applied, yes, sir.
8       Q.   Okay. Did you determine whether the
9   lower organic clay was saturated?
10      A.   Um -- we had no information that
11  indicated to us it was not fully saturated.
12      Q.   So you treated it, for purposes of
13  analysis, as a fully saturated soil?
14      A.   Correct.
15      Q.   Okay. With no change in void ratio
16  and no change in saturation.
17      A.   Hence, the steady flow basis of our
18  analyses.
19      Q.   In applying those factors, what did
20  you determine, was the lower organic clay in a
21  drained or an undrained condition, at the time
22  of breaching of the north -- the flood wall?
23      A.   Um -- essentially, in an undrained
24  condition. The evaluation of shear strengths
25  were based on that. The evaluation of the

1   hydraulic conductivity pressures were based on
2   that.  We modeled that layer, those layers, the
3   buried swamp-marsh layers, using undrained
4   shear strengths, and we also did an effective
5   stress model, I'll call it, in the second phase
6   of our analysis to model the characteristics of
7   the buried swamp-marsh deposits.
8           MR. STEVENS:
9                 Well, let ask you, are you almost
10          done?  You got a lot of outline left?
11          What do you estimate your remaining
12          time to be?
13          MR. SMITH:
14                I'm going to try to finish up
15          within this tape.
16          MR. STEVENS:
17                Within this tape?
18                How much time do we have left on
19          this tape?
20          THE VIDEOGRAPHER:
21                31 minutes.
22          MR. STEVENS:
23                31 minutes?  Fair enough.
24          MR. SMITH:
25                I'm not sure we'll get done.  I'm

DR. ROBERT BEA                                    March 28, 2012

Page 168

1    the surge water elevation hydrographs.
2    EXAMINATION BY MR. TREEBY:
3         Q.   Have you quantified how much flow
4    occurred?
5         A.   No.
6         Q.   Now, this will call for a speech:  I
7    don't mind telling you that.
8              MR. STEVENS:
9                   Bill, we don't need the comments,
10             please.  Your prefatory comment --
11             MR. TREEBY:
12                  Dr. Bea knows exactly where I'm
13             going in this, and quit objecting
14             before the question is finished.
15             MR. STEVENS:
16                  I'm objecting because the
17             question is not a question.
18             MR. TREEBY:
19                  Oh.  I'm not finished.  It will
20             be a question.  It will be a question.
21             I'm making it a question.
22             MR. STEVENS:
23                  Now we have a speech.
24   EXAMINATION BY MR. TREEBY:
25        Q.   Can you, Dr. Bea, please, at any

1   length you wish to, or any minor length you
2   wish to, explain your justification to model
3   the flow problem in this case as steady flow.
4        A.   Yes.
5             MR. STEVENS:
6                  Amen.  We're finally on the topic
7             at noon the second day.
8                  Please proceed, Dr. Bea.
9        A.   It's based on the following key
10  elements:  The first is rapidly applied
11  hydraulic loading.  And when I use the term
12  rapidly applied, I'm referring to hurricane
13  surge hydrographs.
14            The second basis is dealing with and
15  addressing the buried swamp-marsh layers.  They
16  are saturated soils without significant free
17  gas in situ.
18            Item 3:  I am referencing pump tests
19  that have determined hydraulic conductivity
20  based on the saturated nature of the soil and
21  the incompressibility of the fluid/soil
22  mixture.
23            No. 3:  I'm basing this analysis on
24  results from piezometer tests in which we
25  measure the hydraulic loading, we measure the

DR. ROBERT BEA                                                    March 28, 2012

Page 170

1    hydraulic pressure responses, and those
2    included PZ-3 that we discussed yesterday and
3    the piezometers installed by the Army Corps of
4    Engineers as part of their 17th Street Canal
5    safe water level study, and, as well, the work
6    done at the London Avenue test facility to
7    measure response in those soils to transient
8    loadings.
9           The next basis is the current United
10   States Army Corps of Engineers design
11   guidelines for I-walls.  And that includes
12   references to a number of engineering manuals.
13          And the last is, we've corroborated
14   these analyses with hind casting the breach
15   development at the 17th Street Canal, London
16   Canal north, London Canal south, Bayou
17   Bienvenue south, Bayou Dupre north, and all of
18   those applications of steady flow analysis have
19   been published publicly and documented in the
20   course of this series of litigations.
21       Q.   Okay.  How long do you say it took to
22   achieve steady state in the East Bank
23   Industrial Area?
24       A.   Please define what you are considering
25   in the definition of that term steady state.

DR. ROBERT BEA                                      March 28, 2012

Page 171

1      Q.   Steady flow.  Steady state flow which
2   is exactly what Lambe & Whitman say it is.  But
3   that's what I'm talking about.  Your steady
4   flow.  How long -- excuse me.
5      A.   Yes, sir.
6      Q.   How long do you say it took to achieve
7   that steady flow?
8      A.   I am not calculating flow.  I'm
9   calculating pressure.  And the available
10  information says it takes minutes.
11         (Lunch break.)
12  EXAMINATION BY MR. SMITH:
13     Q.   Good afternoon, Dr. Bea.
14     A.   Good afternoon.
15     Q.   I know you know my name, it's Robin
16  Smith and I represent the United States.
17         We've met before in this litigation,
18  haven't we?
19     A.   Yes.
20     Q.   If you'll bear with me, I'm getting
21  over a cold so any voice isn't the strongest.
22  I'll do my best the speak up.  And if you don't
23  understand me, you'll let me know, I'm sure.
24     A.   Yes.  Same for me.
25     Q.   Certainly.  Dr. Bea, I'd like you to

JOHNS, PENDLETON COURT REPORTERS                   504 219-1993

0931b4c3-1857-4e0a-8e30-63029efe3139

1    changes in hydraulic conductivity, is that
2    correct?
3        A.   No.  We did recognize that.  The
4    selection of the compressibility was not in
5    accident, it was a conscious choice for the
6    reasons I stated.
7        Q.   Do you know, as you sit here today,
8    whether maintaining that soil compressibility
9    at a very, very low level does render your
10   seepage model outputs relatively insensitive to
11   changes in hydraulic conductivity?
12       A.   That's the reason.  Water that medium,
13   is acting as incompressible so that changes in
14   the elevation head are reflected in changes in
15   the hydraulic head, and that's the direct
16   connection.
17            And incompressible flow makes it one
18   on one.  And that's the reason that we
19   concluded the instantaneous responses that we
20   were seeing in the piezometer records made
21   sense.
22       Q.   So you did know that there was
23   relationship between incompressibility and
24   uplift pressure on the protected side.  Is that
25   correct?

```
 1      A.   Yes.
 2      Q.   So that's why you didn't include it in
 3  your sensitivity study.  You already knew that.
 4      A.   We knew that the conditions that we
 5  were modeling in the hydraulic conductivity
 6  analyses fell in steady flow conditions.  I
 7  stated the six reasons for the selection of
 8  that characteristic, and that's where the
 9  analyses had been founded since 2006.
10      Q.   Do you know whether you used the same
11  value for compressibility in barge -- in your
12  barge analyses that you used for
13  compressibility in this litigation?
14      A.   It better be the same.  As far as I
15  know, it is.  It better be the same in the
16  canals, it better be the same in Tenet Memorial
17  Hospital.  Yes.
18      Q.   And your belief is -- what is that
19  value?
20      A.   1 times 10 to the -9 pounds per square
21  foot.  I think the shorthand term is M sub V.
22      Q.   Okay.  The reason why you used SEEP/W,
23  SLOPE/W and Plaxis and don't rely entirely on
24  hand calculations for analyzing these problems
25  is that they can handle more sophisticated
```