Case 2:05-cv-04182-SRD-JCW   Document 20994-2   Filed 08/17/12   Page 1 of 5

**CLIFFORD A. WASHINGTON**                                                      **September 27, 2011**

Page 1

```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION          NO. 05-4182 K2
                                 JUDGE DUVAL
PERTAINS TO MRGO                 MAG. WILKINSON


FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
          05-6314, 05-6324, 05-6327, 05-6359,
          06-0225, 06-0886, 06-1885, 06-2152,
          06-2278, 06-2287, 06-2824, 06-4024,
          06-4065, 06-4066, 06-4389, 06-4634,
          06-4931, 06-5032, 06-5155, 06-5159,
          06-5156, 06-5162, 06-5260, 06-5771,
          06-5786, 06-5937, 07-0206, 07-0621,
          07-1073, 07-1271, 07-1285

                      * * *




            VIDEOTAPED DEPOSITION OF
            CLIFFORD A. WASHINGTON, SR.,
      1910 Charbonnet, New Orleans, Louisiana 70117,
      given at Law Offices of Joseph Bruno, 855
      Baronne Street, New Orleans, Louisiana 70113
      on Tuesday,, September 27, 2011.
```

Page 2

```
 1   APPEARANCES:
 2
     REPRESENTING THE PLAINTIFFS:
 3     LAW OFFICE OF GERALD N. ANDRY, JR.
       (BY: GERALD N. ANDRY, JR., ESQUIRE)
 4     710 Carondelet Street
       New Orleans, Louisiana 70130
 5     504-581-4334 (NOT PRESENT)
     - AND-
 6     DEGRAVELLES, PALMINTIER, HOLTHAUS &
       FRUGE, L.L.P.
 7     (BY: JOSHUA M. PALMINTIER, ESQUIRE)
       618 Main Street
 8     Baton Rouge, Louisiana 70801-1910
       225-344-3735
 9   - AND-
       THE ANDRY LAW GROUP, LLC
10     (BY: JONATHAN B. ANDRY, ESQUIRE)
       610 Baronne Street
11     New Orleans, Louisiana 70113-1004
       504-525-5535
12
13   REPRESENTING THE UNITED STATES OF AMERICA:
14     U.S. DEPARTMENT OF JUSTICE
       (BY: JAMES MCCONNON, ESQUIRE)
15     Torts Branch, Civil Division
       P.O. Box 888
16     Benjamin Franklin Station
       Washington, D.C. 20044
17     202-616-4289
18
     REPRESENTING WASHINGTON GROUP INTERNATIONAL,
19     INC.:
       STONE, PIGMAN
20     (BY: WILLIAM D. TREEBY, ESQ.
            HEATHER S. LONIAN, ESQ.)
21     546 Carondelet Street
       New Orleans, Louisiana 70130
22   -AND-
       JONES DAY
23     (BY: CHRISTOPHER THATCH, ESQUIRE)
       51 Louisiana Avenue, N.W.
24     Washington, D.C. 20001-2113
       202-879-4645 (NOT PRESENT)
25
```

Page 3

```
 1   APPEARANCES CONTINUED:
 2
 3   ALSO PRESENT:
       PATRICIA ANN GUIMONT-WASHINGTON
 4
 5
 6
       VIDEOGRAPHER:  KEN HART (HART VIDEO)
 7
 8
     REPORTED BY:
 9     ROGER D. JOHNS, CCR
       CERTIFIED COURT REPORTER
10     STATE OF LOUISIANA
```

Page 4

```
              S T I P U L A T I O N

        It is stipulated and agreed by and between
counsel for the parties hereto
that the deposition of the aforementioned
witness is hereby being taken under the
Federal Rules of Civil Procedure, for all
purposes, in accordance with law;
        That the formalities of certification and
filing are specifically waived;
        That the formality of reading and signing
of the transcript is specifically not waived;
        That all objections, save those as to the
form of the question and the responsiveness of
the answer, are hereby reserved until such
time as this deposition, or any part thereof,
may be used or sought to be used in evidence.

                  * * * *

        ROGER D. JOHNS, RDR, CRR, Certified Court
Reporter, for the State of Louisiana,
officiated in administering the oath to the
witness.
```

1 (Pages 1 to 4)

**JOHNS, PENDLETON COURT REPORTERS**                                                  **504 219-1993**

Page 81

1   On the north side of Houston.
2       Q.  Was that a senior citizens center,
3   you said?
4       A.  Yes, sir.
5       Q.  Did you have to pay rent there?
6       A.  Yes, sir.
7       Q.  How much?
8       A.  I think it's about seven, maybe
9   seven -- six, seven hundred dollars a month.
10      Q.  Okay.  So that was by the month?
11      A.  Yes, sir.
12      Q.  Okay.  And how long did you stay at
13  Aldine-Bender in Houston?
14      A.  Maybe about four months, I think.
15  Four months, four, maybe five months.
16      Q.  On Aldine-Bender, were you still at
17  Aldine-Bender on January 1st, 2006, New
18  Year's?
19      A.  I can't really say the dates, but by
20  it being a senior citizen complex, the people
21  had gave me a notice that I had to move
22  because I had children.  It was strictly for
23  senior citizens.
24      Q.  Do you remember if you were there
25  for Christmas?

Page 82

1       A.  No, I celebrated Christmas on
2   Meyersville Drive.
3       Q.  Okay.  And what did you -- Where was
4   Meyersville Drive?  Was that in Houston?
5       A.  Yes, sir.
6       Q.  And was that a house?
7       A.  Yes, sir.
8       Q.  Did you pay rent there?
9       A.  Yes, sir.
10      Q.  What was the rent?
11      A.  I think it was 1,200 -- either 1,100
12  or 1,200 a month.
13      Q.  Do you know who the landlord was?
14      A.  I forgot his name.  I forgot his
15  name.
16      Q.  Okay.  Did you pay your rent by
17  check?
18      A.  Yes, sir.
19      Q.  Where is your bank account?
20      A.  It was with Hibernia.
21      Q.  So you would have rent checks; you
22  would have checks to support what you paid for
23  that rent?
24      A.  Yes, sir.
25      Q.  And how long did you stay at

Page 83

1   Meyersville Drive in Houston?
2       A.  Until 2007.  The latter part of --
3   the late, late 2007.  Almost the end of 2007.
4       Q.  So that's almost two years then.
5       A.  Yes, sir.  Somewhere around in up in
6   there close.
7       Q.  Because you said you celebrated
8   Christmas 2005 --
9       A.  Yes, sir.
10      Q.  -- in Meyersville.
11      A.  Yes, sir.
12      Q.  And you were still there near the
13  end of 2007.
14      A.  Yes, sir.
15      Q.  So that's two years.
16      A.  I guess so.
17      Q.  Okay.  Do you remember approximately
18  when you moved in to 1910 Charbonnet after the
19  storm?
20      A.  2008.
21      Q.  Okay.  Do you remember what month?
22      A.  No, sir.
23      Q.  Okay.  Now, I believe we have
24  already established that at the time of
25  Katrina you lived and resided at 5027

Page 84

1   Derbigny, North Derbigny Street; right?
2       A.  Yes, sir.
3       Q.  I show you a document we've marked
4   Washington Exhibit Number 8.  And I apologize
5   for the small print.  But this is a sale of
6   property by Gary Williams to Clifford
7   Washington on April 22, 1992 and it -- I
8   believe if you look at the second page, you'll
9   see that this is your purchase of 5027-5029
10  North Derbigny Street.
11      A.  Yes, sir.
12      Q.  Okay.  Now, this says that prior to
13  -- that at the time you bought this property,
14  you were living at 2529 Alvar Street,
15  apartment C.
16      A.  Yes, sir.
17      Q.  Do you recall that?
18      A.  Yes, sir.
19      Q.  How long did you live on Alvar
20  Street?
21      A.  Maybe nine, ten years.
22      Q.  Okay.  But you rented there; is that
23  right?
24      A.  Yes, sir.
25      Q.  Now, is that -- was that the Florida

Page 237

1  them?
2  　A.  Possibility, yes.
3  　Q.  Okay.  And I think I have just put
4  in front of you Washington Number 18, which is
5  another Form 95 and it was filed August of
6  2007, but it has different information on it.
7  Do you have any recollection why this has
8  different information on it?
9  　A.  No, sir.  Maybe I filled -- I
10 misunderstood.  Maybe I misunderstood what I
11 was filling out.
12 　Q.  Well, one of the things you wrote --
13 All of this is your handwriting, isn't it?
14 　A.  Yes, sir.
15 　Q.  Okay.  One of the things that you
16 wrote in block number 9, I believe it is, is
17 under "Briefly describe the property and
18 extent of damage", it says "Wind and water".
19 Is that right?
20 　A.  Yes, sir.
21 　Q.  Okay.  You were acknowledging,
22 weren't you, by signing this form that there
23 was wind damage to your property?
24 　　MR. ANDRY:
25 　　　Objection to form.  You can

Page 238

1  answer if you can.
2  　　THE WITNESS:
3  　　　Huh?
4  　　MR. ANDRY:
5  　　　You can answer if you can.
6  　　THE WITNESS:
7  　　　I -- I acknowledged to the best
8  　of my ability.
9  EXAMINATION BY MR. TREEBY:
10 　Q.  Okay.  If you would look at, under
11 "Property damage", it's box number 12-A,
12 which is down near the bottom of the page on
13 Number 18, --
14 　A.  Uh-huh (affirmatively).
15 　Q.  -- would you read that for us?
16 　A.  It says "46 flood homeowner's and
17 175 homeowner's".
18 　Q.  It's "46 flood" and then what's
19 right after that?
20 　A.  "50 homeowner's".
21 　Q.  And then 175 what?
22 　A.  Homeowner's.
23 　Q.  Okay.  What are you -- Do you know
24 what that was -- What did you intend to mean
25 by that?

Page 239

1  　A.  That mean that what my property
2  insurance was valued at.
3  　Q.  Okay.  I show you a document marked
4  Washington Exhibit Number 19, which says it is
5  an act of sale from Joe E. James to Clifford
6  A. Washington, Sr. on the 23rd day of
7  February, 2001 and down in the description it
8  says this is 1910 and 10 and a half Charbonnet
9  Street, New Orleans, Louisiana.  Is this your
10 purchase of the Charbonnet property?
11 　A.  Yes, sir.
12 　Q.  Okay.  Joe E. James, is that someone
13 whose name has already come up in this
14 deposition?  Have you mentioned his name
15 today?
16 　A.  Not to my knowledge.
17 　Q.  No?  Okay.  So this -- And you
18 bought this property in 2001, the Charbonnet
19 property; right?
20 　A.  Yes, sir.
21 　Q.  Okay.  I show you a document we're
22 marking Washington Exhibit Number 20.  And I
23 want you to turn to the second page, if you
24 would.  Is that your signature?
25 　A.  Yes, sir.

Page 240

1  　Q.  This is a document entitled "The
2  Road Home Grant Recipient Affidavit".  Is that
3  right?
4  　A.  Yes, sir.
5  　Q.  Do you remember when you did your
6  Road Home closing?
7  　A.  Yes, sir.  Not quite the date, but I
8  remember.
9  　Q.  No, it says what date.  I am not
10 trying to quiz you on dates.  It says June 27,
11 2007.  We'll assume that's accurate.  You
12 elected Option 1, which was to rebuild your
13 property on Charbonnet.  Isn't that right?
14 　A.  Yes, sir.
15 　Q.  If you would, read the first
16 paragraph of that affidavit.  It's got a
17 number 1 by it.  Do you see it?
18 　A.  Yes, sir.
19 　Q.  It says that you were, at the date
20 of Hurricane Katrina, the owner occupant of
21 the property at 1910 Charbonnet.  Is that
22 right?
23 　A.  Yes, sir.
24 　Q.  It also says that the 1910
25 Charbonnet property was your primary

Page 241

1   residence.  Isn't that what it says?
2       A.  That's what it says.
3       Q.  You weren't the primary resident at
4   the time of Katrina; isn't that right?
5           MR. PALMINTIER:
6             Object to form.
7   EXAMINATION BY MR. TREEBY:
8       Q.  This was not your primary residence;
9   isn't that right?
10          MR. PALMINTIER:
11            Object to form.
12  EXAMINATION BY MR. TREEBY:
13      Q.  Your primary residence was Derbigny,
14  wasn't it?
15      A.  I have waived my rights already.
16      Q.  I understand.  But I am just trying
17  to -- I think you have said this, but I just
18  want to make sure.  Isn't it correct that your
19  primary residence on August 29th, 19- -- 2005,
20  I'm sorry, was 5027 North Derbigny?
21      A.  I did not waive my rights.  I
22  withdrew from the Derbigny.
23      Q.  I understand that.  That was done on
24  the record.  But you were living in Derbigny
25  at the time of the storm; right?

Page 242

1       A.  I refuse to answer on the grounds
2   that it might intim- -- you know, incriminate
3   me.
4       Q.  Okay.  What was the condition of the
5   Charbonnet property when you bought it?
6       A.  Fair.
7       Q.  And after you bought it, it suffered
8   some roof and fence damage in Hurricane -- or
9   in Tropical Storm Cindy in July of 2005.
10  Isn't that right?
11      A.  I think so.
12      Q.  Okay.  And that damage had not yet
13  been repaired at the time of Katrina.
14      A.  Damage was repaired.
15      Q.  Okay.  Cindy was July 5th of 2005.
16  You repaired it between then and August 29th?
17  You repaired that?  I am talking about Cindy
18  now, not Ivan.  We're going to get to Ivan in
19  a minute.
20      A.  Yeah, we -- we refixed the roof.
21  The roof, yeah.  We did the roof, yeah.
22      Q.  When did you do -- When did you do
23  the -- Whatever repairs you did to the roof at
24  Charbonnet before Katrina, when did you do it?
25      A.  I can't give you an exact date, but

Page 243

1   I know that the roof was done.
2       Q.  Okay.  But I want to make sure we're
3   talking about -- I probably got into this in
4   an awkward way.  Cindy was in July of 2005.
5   Ivan was in October, I believe it was, of
6   2004.  You had roof damage at Charbonnet from
7   Ivan, didn't you?
8       A.  I can't say yeah and -- I did some
9   roof work on Charbonnet.
10      Q.  Right.  And I am trying to -- I am
11  sure that's true, and I am just trying to
12  establish when you did that roof work.
13      A.  I did the roof work, whatever -- If
14  they had as a leakage in the roof, the roof
15  was repaired.
16      Q.  Okay.  I am going to show you a
17  document we have marked Washington Exhibit
18  Number 21, which is a claim summary from
19  Central Claims Service, an adjustor's report
20  from -- that was from a date of loss of July
21  6, 2005.  And this is for 1910 Charbonnet.  Do
22  you see that?
23      A.  Okay.
24      Q.  And it's on Citizens.  It's on a
25  Citizen's policy.

Page 244

1       A.  Okay.
2       Q.  Okay?  And if you would flip back,
3   there's some -- actually some photographs
4   dated July 27th, 2005, which is -- There's a
5   number at the very bottom that says
6   Citizens-000272.  It's the first photographs.
7           MR. ANDRY:
8             I'll find it.  Okay.
9           THE WITNESS:
10            Okay.
11  EXAMINATION BY MR. TREEBY:
12      Q.  Okay?  You see that?
13      A.  Yes, sir.
14      Q.  This would indicate, if it's
15  accurate, that there was damage still to the
16  Charbonnet property roof on July 27, 2005.
17  That's the date of this photograph.
18      A.  So what are you saying?
19      Q.  Okay.  Was there still -- Is this
20  accurate?  Was there still damage as of July
21  27, 2005?
22      A.  The roof was repaired.  Whatever
23  leakage they had in the roof, I had the guy
24  that's the roofer around my house fix the
25  roof.

Page 317

WITNESS'S CERTIFICATE

I, CLIFFORD A. WASHINGTON, SR., read or have had the preceding testimony read to me, and hereby certify that it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes.

_____
(Witness' Signature)

_____
DATE SIGNED

DEPONENT PLEASE INITIAL ONE:

\_\_\_\_\_ Read with no corrections

\_\_\_\_\_ Read and correction sheet attached

Page 318

DATE TAKEN: SEPTEMBER 27, 2011

Page 319

REPORTER'S CERTIFICATE

I, ROGER D. JOHNS, RMR, RDR, CRR, Certified Court Reporter, do hereby certify that the above-named witness, after having been first duly sworn by me to testify to the truth, did testify as hereinabove set forth; that the testimony was reported by me in shorthand and transcribed under my personal direction and supervision, and is a true and correct transcript, to the best of my ability and understanding; that I am not of counsel, not related to counsel or the parties hereto, and not in any way interested in the outcome of this matter.

ROGER D. JOHNS
CERTIFIED COURT REPORTER
STATE OF LOUISIANA