Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION
             NO. 05-4182
              "K" (2)
PERTAINS TO: MRGO          JUDGE DUVAL
FILED IN: 05-4181, 05-4182,   MAG. WILKINSON
05-5237, 05-6073, 05-6314,
05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885,
06-2152, 06-2278, 06-2287,
06-2824, 06-4024, 06-4065,
06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155,
06-5159, 06-5161, 06-5162,
06-5260, 06-5771, 06-5786,
06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

     Videotaped Deposition of
   KENNETH PAUL ARMSTRONG, JR.,
28 Park Place Drive, Apartment 601, Covington,
Louisiana 70433, taken in the offices of
Bruno & Bruno, 855 Baronne Street, New
Orleans, Louisiana 70113, on Monday, the 9th
day of July, 2007, beginning at 9:26 A.M.

Page 2

APPEARANCES:

ANDRY LAW FIRM
   (BY: GILBERT V. ANDRY, IV, ESQ.)
   2nd Floor
   622 Baronne Street
   New Orleans, Louisiana 70113
       ATTORNEYS FOR THE PLAINTIFFS

LABORDE & NEUNER
   (BY: GREGORY A. KOURY)
   Suite 200
   One Petroleum Center
   1001 West Pinhook Road
   Lafayette, Louisiana 70503
       ATTORNEYS FOR THE BOARD OF
       COMMISSIONERS FOR THE
       ORLEANS LEVEE DISTRICT
       (NOT PRESENT)

DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK
   (BY: ANDREW D. WEINSTOCK, ESQ.)
   Suite 2900
   3838 North Causeway Boulevard
   Metairie, Louisiana 70002
       ATTORNEYS FOR THE BOARD OF
       COMMISSIONERS FOR THE LAKE BORGNE
       BASIN LEVEE DISTRICT

STONE PIGMAN WALTHER WITTMANN
   (BY: JAMES C. GULOTTA, JR., ESQ.)
   546 Carondelet Street
   New Orleans, Louisiana 70130-3588
       AND
JONES DAY
   (BY: WILLIAM E. MARPLE, ESQ.)
   2727 North Harwood Street
   Dallas, Texas 75201-1515
       ATTORNEYS FOR WASHINGTON GROUP
       INTERNATIONAL, INC.

Page 3

APPEARANCES CONTINUED:


VIDEOTAPED BY:
   Gilly Delorimier
   Depo-Vue, Inc.


REPORTED BY:
   ROGER D. JOHNS, RMR, CRR, RDR, CSR
   Certified Court Reporter
   State of Louisiana

Page 4

I N D E X


                                    PAGE
Armstrong Exhibit 1........................ 67
Exhibit 2................. 87
Exhibit 2................. 96
Exhibit 3................. 98
Exhibit 4................. 98
Exhibit 5................. 119
Exhibit 6................. 124
Exhibit 7................. 124
8......................... 124
Exhibit 10................ 131
Exhibit 9................. 132
Exhibit 11................ 139
Exhibit 12................ 139
Armstrong 13.............. 140
Exhibit 14................ 141



EXAMINATION BY MR. MARPLE:................. 6
EXAMINATION BY MR. WEINSTOCK:............. 145
EXAMINATION BY MR. MARPLE:................ 159

1 (Pages 1 to 4)

Page 65

1  you, because it's at a higher elevation?
2     A.  Right.
3     Q.  The closer you get to the river, the
4  higher the elevation?
5     A.  But some people did have, you know,
6  eight foot of water closer to St. Bernard
7  Highway also.
8     Q.  And some had a lot less than that?
9     A.  Correct.
10    Q.  Over the years there has been stuff
11 in the newspaper about the --
12       MR. GILBERT ANDRY:
13          Let me just object to the form
14       when you say "a lot less". That kind
15       of strikes me a little bit. Four
16       feet, five feet. I just object to the
17       quantification.
18       MR. MARPLE:
19          All right. Well, we'll try to
20       quantify that a little more.
21 EXAMINATION BY MR. MARPLE:
22    Q.  Some had less than ten feet?
23    A.  Correct.
24    Q.  Less than eight feet?
25    A.  Yes.

Page 66

1     Q.  Some had even less than four feet --
2       MR. GILBERT ANDRY:
3          Objection to the form.
4  EXAMINATION BY MR. MARPLE:
5     Q.  -- in height up into the house?
6     A.  I don't know. I mean, I can only go
7  -- Some people -- I think there was only
8  three houses maybe that didn't flood, or three
9  houses that didn't get water. And that's all
10 speculation.
11    Q.  All right.
12    A.  Hearsay.
13    Q.  And that's because you didn't do an
14 investigation into how high water got into
15 anybody else's house; right?
16    A.  Correct.
17    Q.  Or where the water may have come
18 from?
19    A.  Like I say, only what I saw on TV.
20    Q.  Right. But you didn't do any
21 investigation of your own?
22    A.  No.
23    Q.  Or have any engineers --
24    A.  No.
25    Q.  -- that gave you a report or

Page 67

1  anything like that?
2     A.  No. No, sir.
3     Q.  Let me hand you what we have marked
4  as Armstrong Exhibit 1, and I am going to
5  represent to you that this was produced to us
6  by your lawyers providing some information
7  about the Plaintiffs in the lawsuit, including
8  yourself.
9     A.  Okay.
10    Q.  And it lists your occupation as
11 sales supervisor, Southern Eagle. That's
12 basically correct; right?
13    A.  Right.
14    Q.  Then it says "Current medical
15 condition, no issues". Is that correct?
16    A.  Nothing physical, no.
17    Q.  And pre-Katrina did you have any
18 physical --
19    A.  No.
20    Q.  -- issues?
21    A.  No.
22    Q.  And then since then have you had any
23 physical issues?
24    A.  No, I would just clarify it as, you
25 know, this is -- it gets emotional at

Page 68

1  sometimes, frustrating. You live there every
2  day. You been living this -- this didn't
3  happen two years ago, it seems like it
4  happened yesterday.
5     Q.  And it affects you one way and
6  somebody else another way; is that right?
7     A.  I would agree.
8     Q.  And let me just make sure I have got
9  this. You have no physical issues for which
10 you're seeing a doctor or have seen a doctor
11 since Katrina?
12       MR. GILBERT ANDRY:
13          Objection to the form. Asked and
14       answered.
15          You can answer.
16       THE WITNESS:
17          No, no, nothing where -- You
18       know, nothing where I would go see the
19       doctor.
20 EXAMINATION BY MR. MARPLE:
21    Q.  When I say physical, I am talking
22 about a disease of some kind --
23    A.  No.
24    Q.  -- or broken bone --
25    A.  No.

Page 161

1    A.  Not really.  No, I don't.
2    Q.  With your insurance company, either
3  Liberty Mutual or Allstate, do you know if you
4  signed any papers that said they get to sue
5  somebody instead of you?  In other words, they
6  asked you to sign over your rights to go
7  against somebody else since they were paying
8  you?
9    A.  I don't recall that.
10   Q.  Do you know -- That would be in the
11 file probably that you have on insurance,
12 right, if you did?
13   A.  If I signed something to let the
14 insurance company sue somebody else is what
15 you're asking me?
16   Q.  Yes.
17   A.  No, I don't recall that.
18   Q.  But if you signed it, you would have
19 kept a copy of it probably; right?
20   A.  Probably so.
21   Q.  So that would be in your insurance
22 file at home?
23   A.  Correct.
24   Q.  You understand the concept generally
25 of subrogation?  When an insurance company

Page 162

1  pays you, that sometimes they want you to sign
2  and say, "Well, somebody did some harm to you,
3  you have got to sign that right over to us" so
4  they may have a chance of getting some of
5  their money back somehow?
6    A.  If that was the case, I don't recall
7  my agent, you know, asking me to do anything
8  like that.
9    Q.  Do you all go to church now across
10 the lake?
11   A.  My wife does.
12   Q.  Did the church move over there, too?
13   A.  No.
14   Q.  A different parish church?
15   A.  (Witness nods head affirmatively.)
16      MR. MARPLE:
17        I believe that's it.
18      MR. WEINSTOCK:
19        No more for me.
20      MR. GILBERT ANDRY:
21        None for me.
22      VIDEO OPERATOR:
23        This concludes the deposition.
24 It is 1:58.  We're now off the
25 record.

Page 163

1                * * *

Page 164

              WITNESS'S CERTIFICATE

     I, KENNETH PAUL ARMSTRONG, JR., read
or have had the preceding testimony read to
me, and hereby certify that it is a true and
correct transcription of my testimony, with
the exception of any attached corrections or
changes.


       _____
          (Witness' Signature)
     _____
     DATE SIGNED

     DEPONENT PLEASE INITIAL ONE:

     _____ Read with no corrections

     _____ Read and correction sheet attached


     DATE TAKEN: July 9, 2007

```
                                             Page 165
 1
 2
 3              REPORTER'S CERTIFICATE
 4
 5       I, ROGER D. JOHNS, RMR, RDR, CRR,
 6   Certified Court Reporter, do hereby certify
 7   that the above-named witness, after having
 8   been first duly sworn by me to testify to the
 9   truth, did testify as hereinabove set forth;
10   that the testimony was reported by me in
11   shorthand and transcribed under my personal
12   direction and supervision, and is a true and
13   correct transcript, to the best of my ability
14   and understanding; that I am not of counsel,
15   not related to counsel or the parties hereto,
16   and not in any way interested in the outcome
17   of this matter.
18
19
20
21             ROGER D. JOHNS
22          CERTIFIED COURT REPORTER
23            STATE OF LOUISIANA
24
25
```