**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |
| PERTAINS TO: | § § § | |
| MRGO *Armstrong*, No. 10-866 | § § § § | |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S**
**MOTION TO EXCLUDE EVIDENCE REGARDING PLAINTIFFS'**
**NOTICE OF INTENT TO INTRODUCE SUMMARY EVIDENCE**

Pursuant to Federal Rules of Civil Procedure 16, 26 and 37, and for the reasons set forth in the accompanying memorandum in support, Defendant Washington Group International, Inc. ("WGI") respectfully moves to exclude all evidence at trial regarding: (1) Plaintiffs' Notice of Intent to Introduce Summary Evidence (Rec. Doc. 20971); (2) Plaintiffs' Notice of Manual Attachment (Rec. Doc. 20971-1); and (3) the Manual Attachment and/or Exhibits A through D to the Notice of Intent to Introduce Summary Evidence.  Plaintiffs' Notice of Intent to Introduce Summary Evidence and its accompanying materials were submitted in violation of a direct Order of this Court and in violation of the expert disclosure requirements under Rule 26.  The Notice of Intent to Introduce Summary Evidence and its accompanying materials should therefore be excluded from evidence at trial, and this Court should enter an Order prohibiting Plaintiffs from relying on the Notice of Intent to Introduce Summary Evidence and its accompanying materials at trial.

1102365v1

Dated: August 17, 2012                         Respectfully submitted,


                                               /s/
                                               William D. Treeby, Bar No. 12901
                                               James C. Gulotta, Jr., Bar No. 6590
                                               Heather S. Lonian, Bar No. 29956
                                               STONE PIGMAN WALTHER WITTMANN LLC
                                               546 Carondelet Street
                                               New Orleans, LA 70130
                                               Phone:  504-581-3200
                                               Fax:  504-581-3361

                                               Adrian Wager-Zito
                                               Debra S. Clayman
                                               Christopher N. Thatch
                                               JONES DAY
                                               51 Louisiana Avenue, N.W.
                                               Washington, D.C. 20001-2113
                                               Phone:  1-202-879-3939
                                               Fax: 1-202-626-1700

                                               *Attorneys for Defendant*
                                               *Washington Group International, Inc.*


## CERTIFICATE OF SERVICE

        I hereby certify that, on August 17, 2012, I served a true copy of the foregoing

upon all parties via Electronic Court Filing ("ECF").  Notice of this filing will be sent by e-mail

to all counsel of record by operation of the Court's electronic-filing system.


                                               */s/ William D. Treeby*
                                               William D. Treeby


2

1102365v1