# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § PERTAINS TO: § § MRGO § *Armstrong*, No. 10-866 § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

## **ORDER**

AND NOW, this _____ day of _____, 2012, upon consideration of Defendant Washington Group International, Inc.'s Motion to Exclude Evidence Regarding Plaintiffs' Notice of Intent to Introduce Summary Evidence, which has been fully briefed and considered, it is hereby ORDERED that the Motion is GRANTED.

_____
The Honorable Stanwood R. Duval, Jr.
United States District Judge

1102367v1