UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br>   Armstrong, No. 10-866<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

### UNITED STATES' MOTION TO JOIN THE DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S RESPONSES TO PLAINTIFFS' MOTION IN LIMINE

The United States respectfully moves to join Defendant Washington Group International, Inc.'s ("WGI") Responses to Plaintiffs' Motions in Limine for the following:

To Exclude Testimony and Evidence Pertaining to Dr. Robert Dalrymple's Supplemental Report;

To Preclude Testimony Based on Unproduced GIS Model, or, in the Alternative, to Compel Production of the Model to Plaintiffs;

To Exclude Evidence of Diminution of Value as Measure of Damages;

To Exclude Evidence of, or reference to, Payments From Collateral Sources;

To Exclude any Testimony or Evidence Pertaining to Miles Brodsky;

To Exclude Insurance Claim Files and Unrelated Legal Proceedings; and,

To Preclude Defendants' Experts From Offering Opinions Quantifying Damage Attributable to Waters From the Inner Harbor Navigation Canal (IHNC).

WHEREFORE the United States respectfully requests the Court to enter an Order permitting it to join Defendant WGI's above referenced Responses to Plaintiffs' Motions in Limine.

Dated: August 17, 2012

                                  Respectfully submitted,

                                  STUART F. DELERY
                                  Acting Assistant Attorney General

                                  PHYLLIS J. PYLES
                                  Director, Torts Branch

                                  JAMES G. TOUHEY, JR.
                                  Assistant Director, Torts Branch

                                  s/ James F. McConnon, Jr.
                                  JAMES F. MCCONNON, JR.
                                  Trial Attorney, Torts Branch, Civil Division
                                  U.S. Department of Justice
                                  Benjamin Franklin Station, P.O. Box 888
                                  Washington, D.C.  20044
                                  (202) 616-4400 / (202) 616-5200 (Fax)
                                  Attorneys for the United States

## CERTIFICATE OF SERVICE

     I hereby certify that on August 17, 2012, I served a true copy of the United States' Motion to Join the Defendant Washington Group International, Inc.'s Responses to Plaintiffs' Motions in Limine upon the Court via hand-delivery pursuant to the Court's July 26, 2012 Minute Entry (R.N. 20927).  Notice of this filing will be served by ECF upon all counsel of record.

                                            /s/ James F. McConnon, Jr.
                                            JAMES F. MCCONNON, JR.