UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re    KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
|     Armstrong, No. 10-866 | § | |
| _____ | § | |

## **ORDER**

Considering the foregoing Motion to Join the Defendant Washington Group International, Inc.'s ("WGI") Oppositions to Plaintiffs' Motions in Limine for the following:

To Exclude Testimony and Evidence Pertaining to Dr. Robert Dalrymple's Supplemental Report;

To Preclude Testimony Based on Unproduced GIS Model, or, in the Alternative, to Compel Production of the Model to Plaintiffs;

To Exclude Evidence of Diminution of Value as Measure of Damages;

To Exclude Evidence of, or reference to, Payments From Collateral Sources;

To Exclude any Testimony or Evidence Pertaining to Miles Brodsky;

To Exclude Insurance Claim Files and Unrelated Legal Proceedings; and,

To Preclude Defendants' Experts From Offering Opinions Quantifying Damage Attributable to Waters From the Inner Harbor Navigation Canal (IHNC).

**IT IS ORDERED** that the motion is **GRANTED** and the United States is permitted to join WGI's aforementioned Oppositions to Plaintiffs' Motions in Limine.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE