UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES<br>          CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br>     Armstrong, No. 10-866<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

**UNITED STATES' MOTION TO JOIN THE DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S MOTION TO EXCLUDE EVIDENCE REGARDING PLAINTIFFS' NOTICE OF INTENT TO INTRODUCE SUMMARY EVIDENCE**

The United States respectfully moves to join Defendant Washington Group International, Inc.'s ("WGI") Motion to Exclude Evidence Regarding Plaintiffs' Notice of Intent to Introduce Summary Evidence.

WHEREFORE the United States respectfully requests the Court to enter an Order permitting it to join Defendant WGI's Motion to Exclude Evidence Regarding Plaintiffs' Notice

/ / /

/ / /

/ / /

of Intent to Introduce Summary Evidence.

Dated: August 17, 2012

                      Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

PHYLLIS J. PYLES
Director, Torts Branch

JAMES G. TOUHEY, JR.
Assistant Director, Torts Branch


 s/ James F. McConnon, Jr.
JAMES F. MCCONNON, JR.
Trial Attorney, Torts Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 888
Washington, D.C.  20044
(202) 616-4400 / (202) 616-5200 (Fax)
Attorneys for the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2012, I served a true copy of the United States' Motion to Join the Defendant Washington Group International, Inc.'s Motion to Exclude Evidence Regarding Plaintiffs' Notice of Intent to Introduce Summary Evidence upon the Court via hand-delivery pursuant to the Court's July 26, 2012 Minute Entry (R.N. 20927).  Notice of this filing will be served by ECF upon all counsel of record.

/s/ James F. McConnon, Jr.
JAMES F. MCCONNON, JR.