UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re   KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br>_____<br><br>PERTAINS TO:<br>   Armstrong, No. 10-866<br>_____ | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION<br>NO. 05-4182 "K" (2)<br>JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

Considering the foregoing Motion to Join Defendant Washington Group International, Inc.'s ("WGI") Motion to Exclude Evidence Regarding Plaintiffs' Notice of Intent to Introduce Summary Evidence:

**IT IS ORDERED** that the motion is **GRANTED** and the United States is permitted to join WGI's Motion to Exclude Evidence Regarding Plaintiffs' Notice of Intent to Introduce Summary Evidence.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE