UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: | § | |
| ARMSTRONG, C.A. No. 10-866 | § | |
| _____ | § | |

**DEFENDANT UNITED STATES' RESPONSE TO
PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF, OR
REFERENCE TO, CLAIMS DISMISSED BY CLIFFORD WASHINGTON**

On August 10, 2012, the Plaintiffs filed their Motion *in Limine* to Exclude Evidence of, or Reference to, Claims Dismissed by Clifford Washington.  R.N. 20957.  In their Motion, the Plaintiffs note that Mr. Washington originally asserted claims for damage to two properties:  (1) one property located at 5027 - 5027 ½ Derbigny Street ("the Derbigny Street property"); and (2) a second property located at 1910-1910 ½ Charbonnet Street. *Id.*, p. 1.  According to the Plaintiffs, "it was later discovered that the Derbigny Street property had in fact gone through a foreclosure proceeding prior to Hurricane Katrina, and was no longer owned by Mr. Washington at the time of the hurricane." *Id.*, pp. 1-2.  Plaintiffs further note that during the course of Mr. Washington's deposition, Plaintiffs' Liaison Counsel, Joseph M. Bruno, appeared and announced on the record that Mr. Washington "was going to withdraw and dismiss with prejudice . . . his claim for property damage with regard to the Derbigny address . . . ." *Id.*, p. 2 (quoting Washington Depo. Tr. at 228).[1]  The Plaintiffs now seek to exclude at trial evidence of, or

---

[1] Deposition Transcript of the deposition of Clifford Washington held on September 27, 2011, *In re: Katrina Canal Breaches Consolidated Litigation*, Civil Action No. 05-4182 (E.D. La.).

reference to, Mr. Washington's claim for damage to the Derbigny Street property which Mr. Washington now supposedly has dismissed with prejudice on the grounds that such evidence is irrelevant, confusing and wasteful.  *Id.*, p. 3.  For the reasons stated in this brief, the Plaintiffs' Motion should be denied.

## ARGUMENT

Although Plaintiffs' Liaison Counsel announced during Mr. Washington's deposition that it was Mr. Washington's intention to dismiss with prejudice his claim for damage to the Derbigny Street property, to the best of Defendant's knowledge, Mr. Washington has never taken any steps to effectuate or formalize the dismissal with prejudice of that claim in this litigation. For that reason alone, the Plaintiffs' motion to exclude evidence related to the Derbigny property claim should be denied.

More to the point, the Plaintiffs neglect to mention that when he presented his administrative tort claims to the United States Army Corps of Engineers, Mr. Washington himself already was well aware that he did not own the Derbigny Street property when Hurricane Katrina struck.  Only after Mr. Washington's awareness of this fact was revealed during his deposition did Plaintiffs Liaison Counsel appear and announce that Mr. Washington was going to drop his claim.  *See* Washington Depo. Tr. at pp. 167, line 8 to 174, line 17 (excerpts attached hereto as Exhibit A).  Mr. Washington's willingness to assert a baseless claim for damage to property he did not own, and to continue to prosecute that claim until Defendants discovered that he did not own the property when it sustained damage, is certainly relevant to Mr. Washington's credibility and veracity.   Accordingly, it is relevant and admissible at trial.

CONCLUSION

For the aforementioned reasons, the Plaintiffs' motion should be DENIED.

> Respectfully submitted,
> STUART F. DELERY
> Acting Assistant Attorney General
>
> PHYLLIS J. PYLES
> Director, Torts Branch
>
> JAMES G. TOUHEY, JR.
> Assistant Director, Torts Branch
>
>  s/ James F. McConnon, Jr.
> JAMES F. McCONNON, JR.
> Trial Attorney, Torts Branch, Civil Division
> U.S. Department of Justice
> Benjamin Franklin Station, P.O. Box 888
> Washington, D.C.  20044
> (202) 616-4400 / (202) 616-5200 (Fax)
> Attorneys for the United States

Dated: August 17, 2012

**CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on August 17, 2012, I served a true copy of the Defendant United States' Response to Plaintiffs' Motion in Limine to Exclude Evidence of, or Reference to, Claims Dismissed by Clifford Washington upon the Court via Hand-delivery pursuant to the Court's July 26, 2012 Minute Entry (R.N. 20927).  Notice of this filing will be served by ECF upon all counsel.

                                                    s/ James F. McConnon, Jr.  
                                                    JAMES F. McCONNON, JR.