# EXHIBIT

# A

EXAMINATION BY MR. TREEBY:

p. 167

8 Q. I show you a document that we have
9 marked as Washington Exhibit Number 14, which
10 is a letter that appears to have been to
11 America Quest Mortgage from you on October 14,
12 2005 and you faxed it to somebody named Ms. --
13 Mrs. Bobbie Horne --
14 A. Yes, sir.
15 Q. -- at America Quest Mortgage.
16 A. Yes, sir.
17 Q. Is that your letter?
18 A. Yes, sir.
19 Q. Did you prepare this letter yourself
20 or did somebody else type it for you?
21 A. I had my daughter type it for me.
22 Q. Which daughter?
23 A. Corinthian.
24 Q. And what, if you remember, what
25 caused you to send this letter?

p. 169

1 A. I had filed for my homeowner's
2 insurance.

***

5 A. When we got to Houston, I filed for
6 my homeowner's and they implied to me that
7 they had foreclosed on my house. I'm under
8 the impression that I am still owning my
9 house.
10 Q. And I want you to look, and I am not
11 going to get you to read this whole thing, we
12 can read it, but I want you to look right in
13 the middle of the second page, at the
14 beginning of a line there, and I will point
15 about where it's at to maybe help, "They --"
16 The line says "They." Do you see that?
17 A. Yes, sir.
18 Q. "They sends me a letter stating that
19 they put my house up on the market and told me
20 to get out." And you say "Being a father of

21 15 children, it emotionally disturb my mind.
22 I have lost it for a minute. After receiving
23 the letter I had to relocate this family --"
24 "After receiving the letter I had to relocate
25 this family."
p. 170
1 So when did you get this letter
2 that you're writing about here?
3 A. I never received a letter. I got
4 the letter, I have talked to America Quest
5 Mortgage over the phone trying to ask for my
6 homeowner's insurance. My daughter wrote this
7 letter to America Quest Mortgage for me.
8 Q. Right.
9 A. America Quest Mortgage just told me
10 over the phone that they put my house up for
11 auction, but they never had sold my house. My
12 house didn't get sell until about last month
13 or a month ago, two months ago.
14 Q. No, it was sold in May of 2005.
15 That's what the records we have just
16 identified say. That's when it was sold. So
17 I'm -- But this says you got a letter. So
18 you're saying you didn't get a letter?
19 A. No. How can I? No.
20 Q. Okay. Then you say, and this again,
21 this is your letter dated October 14, 2005 and
22 you say "America Quest changed the locks on
23 the house." Do you see that?
24 A. My daughter may have wrote that.
25 Maybe she didn't understood what she's talking
p. 171
1 about. But we wasn't even there. This letter
2 when I was in Houston was written. I wrote
3 this letter in 2005.
4 Q. I understand.
5 A. After the storm.
6 Q. I understand.
7 A. But she -- she -- she probably wrote
8 the document wrong. Maybe she expressed what
9 she was trying to say wrong.
***

2

23 A. She took this letter -- I told her
24 to write a letter to America Quest Mortgage
25 responding to my homeowner's insurance. I
p. 173
1 said, "America Quest Mortgage denied us of our
2 homeowner's insurance." So she took it upon
3 herself to write this letter in my behalf.
4 Q. Did you give her any of this
5 information?
6 A. I can't really say.
7 Q. It goes on to say "Now they had all
8 kind of realtors calling me to get the
9 foreclose on my home."
10 A. I can't really say. I'd have to get
11 with her and find out.
12 Q. Reading this, I got the impression
13 that you were writing a letter saying you knew
14 that they had foreclosed on your property.
15 A. No, sir.
16 Q. Do you understand why this letter
17 seems to -- Well, it does say that.
18 A. I see what you're saying, but I am
19 saying that the only reason why this letter
20 was written, when I called -- when I called
21 America Quest Mortgage to ask them about my
22 homeowner's insurance, I get this big shock
23 that you done sold my house, and I done
24 repaired this house and I done put all of this
25 money and all of this work and all of this
p. 174
1 effort in this house, yet you don't give me no
2 notice and you tell me -- I almost lost my
3 mind, Counselor. That's if something happened
4 to you like that. Here you done did all of
5 these repairs and put all of this work and
6 struggled to pay to get this house and you
7 raise 15 children and here's somebody telling
8 you you don't have your house.
9 Q. So they were telling you, though,
10 before this letter, they were telling you that
11 it had been foreclosed on.
12 A. They didn't tell me until after
13 Katrina. That's what I am telling you.

3

14 Q. Right. Right. But it was at least
15 by October 14, you knew they were telling you
16 it had been foreclosed on.
17 A. That's what they was telling me.