**CLIFFORD A. WASHINGTON**                                              **September 27, 2011**

---

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES    CIVIL ACTION
CONSOLIDATED LITIGATION         NO. 05-4182 K2
                                 JUDGE DUVAL
PERTAINS TO MRGO         MAG. WILKINSON

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
  05-6314, 05-6324, 05-6327, 05-6359,
  06-0225, 06-0886, 06-1885, 06-2152,
  06-2278, 06-2287, 06-2824, 06-4024,
  06-4065, 06-4066, 06-4389, 06-4634,
  06-4931, 06-5032, 06-5155, 06-5159,
  06-5156, 06-5162, 06-5260, 06-5771,
  06-5786, 06-5937, 07-0206, 07-0621,
  07-1073, 07-1271, 07-1285

* * *

VIDEOTAPED DEPOSITION OF
CLIFFORD A. WASHINGTON, SR.,
1910 Charbonnet, New Orleans, Louisiana 70117,
given at Law Offices of Joseph Bruno, 855
Baronne Street, New Orleans, Louisiana 70113
on Tuesday,, September 27, 2011.

---

Page 2

APPEARANCES:

REPRESENTING THE PLAINTIFFS:
  LAW OFFICE OF GERALD N. ANDRY, JR.
  (BY: GERALD N. ANDRY, JR., ESQUIRE)
  710 Carondelet Street
  New Orleans, Louisiana 70130
  504-581-4334 (NOT PRESENT)
  - AND-
  DEGRAVELLES, PALMINTIER, HOLTHAUS &
  FRUGE, L.L.P.
  (BY: JOSHUA M. PALMINTIER, ESQUIRE)
  618 Main Street
  Baton Rouge, Louisiana 70801-1910
  225-344-3735
  - AND-
  THE ANDRY LAW GROUP, LLC
  (BY: JONATHAN B. ANDRY, ESQUIRE)
  610 Baronne Street
  New Orleans, Louisiana 70113-1004
  504-525-5535

REPRESENTING THE UNITED STATES OF AMERICA:
  U.S. DEPARTMENT OF JUSTICE
  (BY: JAMES MCCONNON, ESQUIRE)
  Torts Branch, Civil Division
  P.O. Box 888
  Benjamin Franklin Station
  Washington, D.C. 20044
  202-616-4289

REPRESENTING WASHINGTON GROUP INTERNATIONAL,
INC.:
  STONE, PIGMAN
  (BY: WILLIAM D. TREEBY, ESQ.
    HEATHER S. LONIAN, ESQ.)
  546 Carondelet Street
  New Orleans, Louisiana 70130
  -AND-
  JONES DAY
  (BY: CHRISTOPHER THATCH, ESQUIRE)
  51 Louisiana Avenue, N.W.
  Washington, D.C. 20001-2113
  202-879-4645 (NOT PRESENT)

---

Page 3

APPEARANCES CONTINUED:

ALSO PRESENT:
  PATRICIA ANN GUIMONT-WASHINGTON

VIDEOGRAPHER:  KEN HART (HART VIDEO)

REPORTED BY:
  ROGER D. JOHNS, CCR
  CERTIFIED COURT REPORTER
  STATE OF LOUISIANA

---

Page 4

S T I P U L A T I O N

It is stipulated and agreed by and between
counsel for the parties hereto
that the deposition of the aforementioned
witness is hereby being taken under the
Federal Rules of Civil Procedure, for all
purposes, in accordance with law;
    That the formalities of certification and
filing are specifically waived;
    That the formality of reading and signing
of the transcript is specifically not waived;
    That all objections, save those as to the
form of the question and the responsiveness of
the answer, are hereby reserved until such
time as this deposition, or any part thereof,
may be used or sought to be used in evidence.

* * * *

    ROGER D. JOHNS, RDR, CRR, Certified Court
Reporter, for the State of Louisiana,
officiated in administering the oath to the
witness.

---

1 (Pages 1 to 4)

Page 297

1    Q.  Okay.  I want to take these one at a
2    time, and they're not in this order, so what
3    can I do here?  I'll just take them in the
4    order they're in here.
5        On September 28, 2007 this
6    indicates that a check was made payable to you
7    and Charles Lavis, Jr. for $17,892.30 for wind
8    storm.  Is that right?
9        A.  Yes, sir.
10       Q.  And you I assume and your lawyer
11   took that check and deposited it.  Is that
12   right?
13       A.  Yes, sir.
14       Q.  The next check here, the next
15   document, next page is another check dated
16   September 28, 2007 in the amount of $4,800
17   payable to you and Charles Lavis, Jr. for wind
18   damage for other structures.  Do you see that?
19       A.  Yes, sir.
20       Q.  And did you endorse and deposit that
21   check?
22       A.  Yes, I did.
23       Q.  And the next page of this exhibit,
24   there's a check dated September 28, 2007, it
25   says for wind storm contents for $5,575

Page 298

1    payable to you and your lawyer.  Is that
2    right?
3        A.  Yes, sir.
4        Q.  And you deposited that check; is
5    that right?
6        A.  Yes, sir.
7        Q.  And then the next check, there is
8    dated the same date, September 28, 2007 for
9    $5,710 payable to you and your lawyer for
10   additional living expense, wind payment.  Do
11   you see that?
12       A.  Yes, sir.
13       Q.  And you deposited that check; is
14   that right?
15       A.  Yes, sir.
16       Q.  And then the next check is a check
17   dated December 16th, 2005 and this one is just
18   payable to you and it's for $13,922.42 and
19   this is for wind storm.  Is that right?
20       A.  Yes.
21       Q.  And it looks like your wife and you
22   endorsed this.  Is that right?
23       A.  Yes.
24       Q.  And to make it a little complicated
25   for you, go to the very last page.  There's

Page 299

1    another check there for $1,500 which was for
2    wind storm, and this was -- actually, this was
3    an advance.  Do you see that?
4        A.  Yes, sir.
5        Q.  And you got that check for wind
6    storm; right?
7        A.  Yes, sir.
8        Q.  Do you remember that Citizens paid
9    you money for wind storm and you did not think
10   it was enough and so you -- Mr. Lavis filed
11   suit for you to collect more money?  Do you
12   remember that?
13       A.  Yes, sir.
14       MR. ANDRY:
15           Objection to form.
16   EXAMINATION BY MR. TREEBY:
17       Q.  Was the answer "yes"?  Okay.  And
18   you then, after you filed suit, did you go to
19   a mediation?  Do you remember that?
20       A.  No.
21       Q.  But in any case, you settled with
22   Louisiana Citizens for all of your claims for
23   wind storm to Charbonnet.  Is that right?
24       MR. ANDRY:
25           Objection to form.

Page 300

1    THE WITNESS:
2        That's what the lawyers say.
3    EXAMINATION BY MR. TREEBY:
4        Q.  Okay.  But do you think you still
5    have a claim against Citizens for wind storm
6    at Charbonnet?
7        A.  Yes, sir.
8        Q.  Would it surprise you if you signed
9    a release of all of your claims against
10   Citizens on Charbonnet for wind damage?
11       A.  I wouldn't know because I had a
12   lawyer.
13       Q.  Okay.  Now, you also, at the time of
14   Katrina, you had a flood policy covering the
15   Charbonnet property with -- Is that right?
16       A.  Yes, sir.
17       Q.  And do you recall that you made a
18   claim on that policy and a check was issued to
19   you and Chase, the mortgage company, for
20   $44,500?
21       A.  Yes, sir.
22       Q.  And that money all went to Chase; is
23   that right?
24       A.  Yes, sir.
25       Q.  And it paid off your mortgage; is

Page 317

2  WITNESS'S CERTIFICATE

4  I, CLIFFORD A. WASHINGTON, SR., read
5  or have had the preceding testimony read to
6  me, and hereby certify that it is a true and
7  correct transcription of my testimony, with
8  the exception of any attached corrections or
9  changes.

12  _____
13  (Witness' Signature)

15  _____
16  DATE SIGNED

19  DEPONENT PLEASE INITIAL ONE:

22  \_\_\_\_\_  Read with no corrections

25  \_\_\_\_\_  Read and correction sheet attached

Page 318

5  DATE TAKEN:  SEPTEMBER 27, 2011

Page 319

2  REPORTER'S CERTIFICATE

4  I, ROGER D. JOHNS, RMR, RDR, CRR,
5  Certified Court Reporter, do hereby certify
6  that the above-named witness, after having
7  been first duly sworn by me to testify to the
8  truth, did testify as hereinabove set forth;
9  that the testimony was reported by me in
10 shorthand and transcribed under my personal
11 direction and supervision, and is a true and
12 correct transcript, to the best of my ability
13 and understanding; that I am not of counsel,
14 not related to counsel or the parties hereto,
15 and not in any way interested in the outcome
16 of this matter.

20           ROGER D. JOHNS
21      CERTIFIED COURT REPORTER
22         STATE OF LOUISIANA