UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § PERTAINS TO: § § MRGO § *Armstrong*, No. 10-866 § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

**DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S MOTION TO JOIN THE UNITED STATES' OPPOSITIONS TO PLAINTIFFS' MOTION IN LIMINE TO PRECLUDE DUPLICATIVE TESTIMONY BY DEFENDANTS' EXPERT WITNESSES;
and
PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF WEATHER-RELATED FACTS**

Defendant Washington Group International, Inc. ("WGI") respectfully moves to join the United States' Oppositions to Plaintiffs'; Plaintiffs' Motion in Limine to Preclude Duplicative Testimony by Defendants' Expert Witnesses[1]; and Plaintiffs' Request for Judicial Notice of Weather-Related Facts.

WHEREFORE Defendant WGI respectfully requests the Court to enter an Order permitting them to join the United States' Oppositions to Plaintiffs' Motion in Limine to Preclude Duplicative Testimony by Defendants' Expert Witnesses; and Plaintiffs' Request for Judicial Notice of Weather-Related Facts.

---

[1] WGI has proffered a single expert, Dr. Francisco Silva-Tulla, to address all of the geotechnical issues relating to cause of failure of the IHNC levees and floodwalls. While it is clear that Dr. Silva-Tulla's testimony might overlap, in some fashion, with the testimony of the experts presented by the United States, it is obvious that Plaintiffs fully understand the scope of Dr. Silva-Tulla's testimony and it would be patently unfair to deny WGI the right to have its sole geotechnical expert fully testify to his complete opinion, within the guidelines set forth by the Court.

Dated: August 17, 2012

Respectfully submitted,

/s/ William D. Treeby
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Join the United States' Oppositions to Plaintiffs' Motion in Limine to Preclude Duplicative Testimony by Defendants' Expert Witnesses and Plaintiffs' Request for Judicial Notice of Weather-Related Facts has been served upon the Court via hand-delivery pursuant to the Court's July 26, 2012 Minute Entry (Doc. 20927) this 17th day of August, 2012. Notice of this filing will be sent by e-mail to all counsel of record.

/s/ Heather S. Lonian
Heather S. Lonian