UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>MRGO<br>*Armstrong*, No. 10-866 | § CIVIL ACTION NO. 05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

AND NOW, this _____ day of _____, 2012, upon consideration of Defendant Washington Group International, Inc.'s Motion to Join the United States' Oppositions to Plaintiffs' Motion in Limine to Preclude Duplicative Testimony by Defendants' Expert Witness; and Plaintiffs' Request for Judicial Notice of Weather-Related Facts, which has been fully briefed and considered, it is hereby ORDERED that the Motion is GRANTED.

_____
The Honorable Stanwood R. Duval, Jr.
United States District Judge

1102383v1