# Errata to Expert Report of Robert Glenn Bea, Ph.D, P.E. (8/22/12, 1-20-12)
- August 16, 2012 -

| Page | Correction |
|---|---|
| 22: Tbl.1 | Add fn: <u>As I personally use the term "NAVD88" in my report, it refers specifically to NAVD88 (2004.65).</u> |
| 45: ¶47 | The east side of this borrow pit was about ~~30~~<u>75</u> feet from the floodwall.. |
| 45: ¶47 | After removal of the borrow materials, the pit was flooded with water from the IHNC bringing the IHNC waters to the toe of the levee ~~(Figure 27b)~~. |
| 46: Fig. 25 | Excavations ~~for soil borrow pit~~ adjacent to flood wall at the McDonough Marine parcel (WGI 2005). |
| 45: ¶47 | After removal of the borrow materials, the pit was flooded with water from the IHNC bringing the IHNC waters to the toe of the levee ~~(Figure 27b)~~. |
| 48: ¶49 | Excavations to remove contaminated soils were made immediately adjacent to the <u>east-west</u> floodwall at the Boland Marine Site (Figure 29). |
| 49: Fig. 28 | Cofferdam at Boland Marine site dug to depth exceeding 20 feet. Water entry was associated with penetration of organic layers ~~encountered at = 16 feet~~ (WGI 2005). |
| 51: Fig. 32b | Cypress tree trunk removed from ~~borrow~~<u>excavation</u> pit (WGI 2005). |
| 52: ¶53 | Removal of barges, piles, underground storage tanks, and underground utilities (e.g. sewer, water, gas lines) ~~reached and substantially exceeded elevations of -10 feet to -25 feet (NAVD88), thus~~ intersect~~ing~~<u>ed</u> the underlying marsh deposits. |
| Appx. B, p.8 | Figure ~~4~~<u>3</u> shows the location of the backfilled excavation after the floodwaters from Hurricane Katrina had receded. |
| Appx. B, p.41 Fig. 4 | <u>Example of t</u>~~T~~apered sides used by WGI in digging ~~grid trenches~~ <u>soil remediation excavations</u> at Saucer Marine (WGI 2002b). |

Executed on August 17, 2012, in Moraga, California:

ROBERT GLENN BEA, Ph.D, P.E.