| # | Bate No.Expert Cites | Ex. No. to Corresponding Exhibit | Other Cited Bates No. Found in the Same Document | Description of Document | Page Length | Notes, Explanation and bates numbers cited on the Master Exhibit List |
|---|---|---|---|---|---|---|
| 2 | WIG065663 | JX- 1785, DX-02193, PX-2887, PX-392 | | NFAATT Submittal Report- Boland Marine, Inner Harbor Navigational Canal- East Bank Industrial Area- New Orleans, La. June 2005 | 87 | |
| 3 | WGI030601-WGI030649 | Ex. No. JX-0122, DX-00143, PX-0543, 3049, 3050, 3052 and 3059. WGI065641-WGI065817 | WGI030649, WGI030630, WGI030633, WGI030634, WGI030635, WGI030636, WGI030637, WGI030638, WGI030639, WGI030640, WGI030641, WGI030642, WGI030643, WGI030644, WGI030645, WGI030646, WGI030647, WGI030648 | NFAATT Submittal Report- Boland Marine, Inner Harbor Navigational Canal- East Bank Industrial Area- New Orleans, April 2005. | 49 | The cited materials are the same as the pages in NFAATT Submittal Report- Boland Marine, Inner Harbor Navigational Canal- East Bank Industrial Area- New Orleans, June 2005 Ex. No. JX-0122, DX-00143, PX-0543, 3049, 3050, 3052 and 3059. WGI065641-WGI065817. (to compare cited pages see specifically WGI 065663 to WGI-065681). |
| 4 | QAR 985 | JX-1143, PX-2631, DX--1164 | | | 27 | |
| 5 | QAR 992 | JX-1150, PX-2638, DX-01171 | | | 22 | |
| 6 | QAR 1052 | JX-1210, PX-1738, DX-01231 | | | 23 | |
| 7 | QAR 1007 | JX-1165, PX-1686, DX-1186 | | | 14 | |
| 8 | QAR 1008 | JX-1166, PX-1689, DX-1187 | | | 17 | |
| 9 | QAR 1009 | JX-1176, PX-1690, DX-01180 | | | 10 | |
| 10 | QAR 1032 | JX-1190, PX-1716, DX-01210 | | | 67 | |
| 11 | QAR 1033 | JX-1191, PX-1717, DX-01212 | | | 28 | |
| 12 | QAR 1035 | JX-1193, PX-1719, DX-01214 | | | 57 | |
| 13 | QAR 1038 | JX-1196, PX-1722, DX-01217 | | | 50 | |
| 14 | QAR 1047 | JX-1205, PX-1732, DX-01226 | | | 16 | |
| 15 | QAR 1048 | JX-1206, PX-1733, DX-01227 | | | 53 | |
| 16 | QAR 1051 | JX-1209, PX-1737, DX-01230 | | | 50 | |
| 17 | QAR 1052 | JX-1210, PX-1738, DX-01231 | | | 23 | |
| 18 | QAR 1037 | JX-1195, PX-1721, DX-01216 | | | 22 | |
| 19 | QAR 1042 | JX-1200, PX-1727, DX-01221 | | | 39 | |
| 20 | QAR 1036 | JX-1194, PX-1720, DX-01215 | | | 41 | |
| 21 | QAR 1039 | JX-1197, PX-1723, DX-01218 | | | 43 | |
| 22 | QAR 1019 | JX-1177, PX- 1701, DX-1198 | | | 20 | |
| 23 | QAR 1025 | JX-1183, PX-1708, DX-01204 | | | 20 | |
| 24 | WGI039041 to WGI039057 | JX-1789; PX-0288; DX-02206;  PX-3779 | | Cofferdam Installation and Concrete Foundation Removal Final Work Plan,  12/6/2001 and attached Drawings. See also Shavers-Whittle Construction: Cofferdam Designs, PX-3779 | 9 | Cofferdam Installation and Concrete Foundation Removal Final Work PlanMEB487-000008778-MEB487-000008786;  Drawings SWC 593-670 |
| 25 | WGI012750 | Ex. No. JX-1252, PX-1440, PX-3558, PX-3559, PX-3561, PX-3562, PX-3563, PX-4167, PX-4366, DX-01284. See also PX-3779. | WGI017253; WGI017254; WGI017256 | Page out of WGI01214-17269 which is the Project Work Plan for the Lock Replacement Project dated Aug. 2000. | 66 | This is a draft of the October 2000 final project plan(Ex. No. JX-1252, PX-1440, PX-3558, PX-3559, PX-3561, PX-3562, PX-3563, PX-4167, PX-4366, DX-01284). The cited page is identical in each doc. See WGI041879-WGI041944 for October doc. |
| 26 | MEB124-000000170 | JX-0392; PX-1880; DX-00413 | | QAR 0234, 11/28/2001 | | |

**EX. A**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 27 | Bate No.Expert Cites | Ex. No. to Corresponding Exhibit | Other Cited Bates No. Found in the Same Document | Description of Document | Page Length | Notes, Explanation and bates numbers cited on the Master Exhibit List |
| 28 | WGI037580-82 | QAR NO. 079- QAR NO. 220 (JX-0237 to JX-0378) | | Demolition Status of Underground Utilities and On Shore Pilings chart that was produced by WGI that summarizes the data found on the referenced QARs | 3 | |
| 29 | WGI038695 | JX-1234, PX-2769, PX-2797, PX-3671, PX-3672, PX-3673, PX-4364, DX-01264 | WGI038698 | Appendix E: SOW Data Gaps to Draft B of Recommendation Report for Demolition and Site Preparation Activities of the East Bank Industrial Area dated 10/15/99. | 113 | The final Recommendation Report for Demolition and Site Preparation Activities of the East Bank Industrial Area is dated 12/2/99 and is JX-1234, PX-2769, PX-2797, PX-3671, PX-3672, PX-3673, PX-4364, DX-01264. |
| 30 | MEB-125-000000043 to MEB-125-000000047 | PX-4012 ; See also QAR NO. 409-442 (JX-0567 to JX-0567) | | This document is a summary produced by the defendants that delineates the data found in the referenced QARs | | Transmittal of Shop Drawings, Equipment Data, Material Samples (Jordan Ave Wharf Piling As Builts) MEB-125-00000040 -MEB-125-00000045. |
| 31 | WGI251279 | | | Auto Cad graphic that requires specific software to view | | These images were produced by WGI. The bates numbers do not identify blank pages. |
| 32 | WGI251280 | | | Auto Cad graphic that requires specific software to view | | These images were produced by WGI. The bates numbers do not identify blank pages. |
| 33 | MEB-122-000000319 | PX-1368 | | Grid Trenching Diagram, Boland | | |
| 34 | WGI078153 | PX-3960 | | Technical Completion Report and Recorded Drawings- IHNC-EBIA | 156 | The bates cited to is the exact same page as the page in Guillory Ex. 77, which has the bates stamp NCS-028-000000001 |
| 35 | MEB-122-000000249 | JX-0503; PX-1991; DX-00524 | | Boland Grid Trenching 4/22/2002 | 30 | Cited page is page 18 out of the QAR No. 345, 4/22/2002, which is JX-0503; PX-1991; DX-00524. NCS-041-000001109-NCS-041-000001138. |
| 36 | MEB-122-000000278 | PX-1367 | | Grid Trenching Diagram, Boland | | |
| 37 | MEB-122-000000319 | PX-1368 | | Grid Trenching Diagram, Boland | | |
| 38 | MEB-122-000000364 | PX-1369 | | Grid Trenching Diagram, Boland | | |
| 39 | MEB-122-000000392 | PX-4632 | | Grid Trenching Diagram, Boland | | |
| 40 | MEB-122-000000216 | JX-0501; PX-1989; DX-00522 | | Boland Grid Trenching 4/19/2002 image found in QAR NO. 343, p. 14 | 16 | QAR NO. 343 is listed on the Master Exhibit List as NCS-041-000001080 - NCS-041-000001095 |
| 41 | WGI047879 | JX-1234, PX-2769, PX-2797, PX-3671, PX-3672, PX-3673, PX-4364, DX-01264 | | Draft-Revision B Recommendation Report for Demolition and Site Preparation Activities of the East Bank Industrial Area dated 10/19/1999. WGI047826-WGI047921 | 113 | The final Recommendation Report for Demolition and Site Preparation Activities of the East Bank Industrial Area is dated 12/2/99 and is JX-1234, PX-2769, PX-2797, PX-3671, PX-3672, PX-3673, PX-4364, DX-01264. NCS-010-000000420-NCS-010-000000533. Comparison not available because the USA is missing those images. |
| 42 | WGI0576949 WGI0576964 | JX-0119, PX-3063, DX 00140 | | Pages out of NFAATT Submittal Report-McDonough Marine Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, DACA56-94-D-0021, Task Order. December 2004. | 102 | JX-0119, PX-3063, DX 00140 is NFAATT Submittal Report-McDonough Marine Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, DACA56-94-D-0021, Task Order. December 2004, WGI193917. |
| 43 | NED-147-000000019 to NED-147-000000027 | JX-0009; PX-0841; PX-0842; PX-0747; PX-0494; PX-0493 PX-0496; DX-00009 | | Design Documentation Report (DDR) No. 1, Vol. 1, Site Preparation and Demolition, Final Submittal - Demolition Design Memorandum Input; Author: USACE | | *note: on Summary Exhibit, A-1, line 61 includes a typographical error, and should read "NED-147-000000019" |
| 44 | WGI257522 | | | Auto Cad graphic that requires specific software to view | | These images were produced by WGI. The bates numbers do not identify blank pages. |
| 45 | WGI0576439 and WGI0576454 | DX-00138 | | NFAATT Submittal Report-Indian Towing Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, DACA56-94-D-0021, Task Order. June 2004. WGI0576416-WGI0576627 | 212 | DX-00138 "NFAATT Submittal Report-Indian Towing Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, DACA56-94-D-0021, Task Order. June 2004." WGI085008-WGI085176. |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 46 | Bate No.Expert Cites | Ex. No. to Corresponding Exhibit | Other Cited Bates No. Found in the Same Document | Description of Document | Page Length | Notes, Explanation and bates numbers cited on the Master Exhibit List |
| 47 | WGI0577087-WGI0577105 | DX-00137 | | NFAATT Submittal Report-Mayer Yacht/Distributor's Oil Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, DACA56-94-D-0021, Task Order. May 2004. WGI057762-WGI0577206 | 145 | DX-00137 "NFAATT Submittal Report-Mayer Yacht/Distributor's Oil Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, DACA56-94-D-0021, Task Order. May 2004." WGI116673-WGI116830. |
| 48 | MEB-120-00000261 | JX-0118, PX-3501. PX-3053, PX-3056, PX-3058, PX-4418, PX-0047, DX-0136. | | NFAATT Submittal Report-Saucer Marine Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, DACA56-94-D-0021, Task Order # 0026. May 2003, at p. 22. cited as MEB-120-00000261. | 75 | NFAATT Submittal Report-Saucer Marine Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, DACA56-94-D-0021, Task Order # 0026. May 2003. WGI077948-WGI08068. JX-0118, PX-3501. PX-3053, PX-3056, PX-3058, PX-4418, PX-0047, DX-0136. |
| 49 | WGI030420; WGI 30422-WGI030434; WGI030436 | JX-0118, PX-3501. PX-3053, PX-3056, PX-3058, PX-4418, PX-0047, DX-0136. | | NFAATT Submittal Report-Saucer Marine Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, DACA56-94-D-0021, Task Order # 0026. May 2003. WGI030398-WGI030437 | 40 | Cited pages are the same as NFAATT Submittal Report-Saucer Marine Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, DACA56-94-D-0021, Task Order # 0026. May 2003. WGI077948-WGI08068; JX-0118, PX-3501. PX-3053, PX-3056, PX-3058, PX-4418, PX-0047, DX-0136. |
| 50 | QAR 538 | JX-0696; PX-2184; DX-00717 | | | 13 | |
| 51 | QAR 539 | JX-0697; PX-2185; DX-00718 | | | 12 | |
| 52 | QAR 381 | JX-0539; PX-2027; DX-00560 | | | 27 | |
| 53 | QAR 493 | JX-0651; PX-2139; DX-00672 | | | 20 | |
| 54 | QAR 388 | JX-0546; PX-2034; DX-00567 | | | 17 | |
| 55 | QAR 390 | JX-0548; PX-2036; DX-00569 | | | 21 | |
| 56 | QAR 394 | JX-0552; PX-2040; DX-00573 | | | 20 | |
| 57 | QAR 387 | JX-0545; PX-2033; DX-00566 | | | 24 | |
| 58 | QAR 393 | JX-0551; PX-2039; DX-00572 | | | 19 | |
| 59 | QAR 492 | JX-0650; PX-2138; DX-00671 | | | 13 | |
| 60 | QAR 439 | JX-0597; PX-2085; DX-00618 | | | 25 | |
| 61 | QAR 563 | JX-0721; PX-2209; DX-00742 | | | 19 | |
| 62 | QAR 562 | JX-0720; PX-2208; DX-00741 | | | 13 | |
| 63 | QAR 540 | JX-0698; PX-2186; DX-00719 | | | 13 | |
| 64 | QAR 635 | JX-0793; PX-2281; DX-00814 | | | 8 | |
| 65 | WGI0576737; WGI0576709; WGI0576712; WGI0576713 to WGI0576736 | DX-00139 | | NFAATT Submittal Report-International Tank Terminal Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, DACA56-94-D-0021, Task Order. August 2004. | 204 | |
| 66 | MEB-123-0000001142 | PX-4633 | | Grid Trenching Diagram (Saucer) | 1 | |
| 67 | MEB-437-000000014 | JX-0336; PX-1825; DX-00358 | | QAR NO. 179, 9/12/2001 p. 14 | 38 | QAR NO. 179 on the Master Exhibit List is listed with the bates no. NCS-087-000001962-NCS-087-000002000 |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 68 | Bate No.Expert Cites | Ex. No. to Corresponding Exhibit | Other Cited Bates No. Found in the Same Document | Description of Document | Page Length | Notes, Explanation and bates numbers cited on the Master Exhibit List |
| 69 | WGI036788 | JX-0348; PX-1836; DX-00369 | | Saucer Marine Diagram, P.9 of QAR NO. 190, 9/27/2001 | 30 | QAR NO. 190 is listed on the Master Exhibit List as NCS-087-000001590 - NCS-087-000001619 |
| 70 | WGI036703 to WGI036704 | JX-0346; PX-1834; DX-00367 | | Saucer Marine Diagram (September 25, 2001), p. 13-14 of QAR NO. 188 | 36 | QAR NO. 188 is listed on the Master Exhibit List as NCS-087-000001652-NCS-087-000001687 |
| 71 | WGI036365 to WGI036366 | JX-0339; PX-1827; DX-00360 | | Saucer Marine Diagram (September 14, 2001) Grid Trench , p. 9-10, QAR NO. 181, 9/14/2001 | 25 | QAR NO. 181 is listed on the Master Exhibit List as NCS-087-000001900-NCS-087-000001924 |
| 72 | MEB-437-000000015 | JX-0336; PX-1825; DX-00358 | | QAR NO. 179, 9/12/2001 p. 15 | 39 | QAR NO. 179 on the Master Exhibit List is listed with the bates no. NCS-087-000001962-NCS-087-000002000 |
| 73 | MEB-437-000000054 to MEB-437-000000056 | JX-0338; PX-1826; DX-00359 | | QAR NO.180, 9/13/2001 P. 15-17 | 37 | QAR NO. 180 on the Master Exhibit List is listed with the bates no. NCS-087-000001925-NCS-087-000001961 |
| 74 | WGI052148 to WGI052157 | JX-1274, PX-2811, PX-2815, PX-2818, PX-2938, PX-4015, DX-01320 | bates no on ex list: ncs-022-000000573 to ncs-022-000000582 | Lift Station Removal Plan (Revised) - October 19, 2001 (w/o Attachments) | 10 | Document is exact same as Guillory Ex 54 and same entry on master exhibit list except that Bates No. is different and page length. Entire Bates Range on Exhibit List is:  NCS-022-000000572 to NCS-022-000000660 |
| 75 | MEB-120-000000279 | JX-0118, PX-3501. PX-3053, PX-3056, PX-3058, PX-4418, PX-0047, DX-0136. | | NFAATT Saucer Marine Bore Hole Bank #18 (Area 16) diagram | | Cited pages are the same as NFAATT Submittal Report-Saucer Marine Inner Harbor Navigation Canal-East Bank Industrial Area, New Orleans, Louisiana. Washington Group International prepared for U. S. Army Corps of Engineers, New Orleans District, p. 23, DACA56-94-D-0021, Task Order # 0026. May 2003. WGI077948-WGI08068; JX-0118, PX-3501. PX-3053, PX-3056, PX-3058, PX-4418, PX-0047, DX-0136. |
| 76 | MEB-120-000000280 | PX-3745 | | Saucer Marine Showing Areas of Remediation | 1 | |
| 77 | WGI007932 | QAR NO. 224-QAR NO. 296; JX-0382 to JX-0454 | | Summary produced by WGI delineating the data found in  QAR NO. 224-QAR NO. 296 | 2 | |
| 78 | | | | | | |
| 79 | | | | | | |
| 80 | | | | | | |
| 81 | | | | | | |