

EX. B



