UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WIKINSON |
| | * | |
| PERTAINS TO: MRGO, Armstrong | * | |
| (No. 10-866) | * | |
| | * | |

**************************************

**MOTION AND INCORPORATED MEMORANDUM TO PERMIT PLAINTIFFS TO SUBSTITUTE CORRECTED VERSIONS OF NOTICE OF INTENT TO INTRODUCE SUMMARY EVIDENCE, NOTICE OF MANUAL ATTACHMENT AND EXHIBITS**

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs in the above enumerated action, who, upon suggestion to this Court:

1. Plaintiffs filed a Notice of Intent to Introduce Summary Evidence (Rec. Doc. 20971), Notice of Manual Attachment (Rec. Doc. 20971-1) along with certain Exhibits on August 10, 2012.

2. Post filing of the Notice of Intent to Introduce Summary Evidence (Rec. Doc. 20971), Notice of Manual Attachment (Rec. Doc. 20971-1) with Exhibits, Plaintiffs discovered that the exhibits were not labeled.

3. Plaintiffs attach hereto <u>labeled</u> versions of Exhibits A, A1, B, B1-B16, C, C1-C16 and D, identified in the original Notice of Manual Attachment. (Attachment 1).

4. Plaintiffs request that the properly labeled exhibit attached hereto (Attachment 1) be substituted for the exhibits filed on August 10, 2012 with the Notice of Manual Attachment.

1

**WHEREFORE**, Plaintiffs move the Court for an order substituting Exhibit 1 in place of the exhibits attached to the Notice of Manual Attachment.

Respectfully Submitted,

PLAINTIFFS' LIASON COUNSEL

 /s/Joseph M. Bruno
Joseph M. Bruno (La. Bar No. 3604)
Bruno & Bruno,  L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6776
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION
COMMITTEE

/s/James Parkerson Roy
MR-GO PSLC Liason Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION
COMMITTEE
Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et. al. Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 24th day of August, 2012.

/s/*Joseph M. Bruno*
JOSEPH M. BRUNO