UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WIKINSON |
| | * | |
| PERTAINS TO: MRGO, Armstrong | * | |
| (No. 10-866) | * | |
| | * | |

**************************************

## NOTICE OF MANUAL ATTACHMENT

**NOW INTO COURT,** through undersigned Counsel, come the *Armstrong* Plaintiffs, who hereby provide notice of the manual attachment of Attachment 1, which consist of **Exhibit A, A1, B, B1-B16, C, C1-C16 and D**, to their Motion and Incorporated Memorandum to Permit Plaintiffs to Substitute Corrected Versions of Notice of Intent to Introduce Summary Evidence, Notice of Manual Attachment and Exhibits, as the volume of those exhibits exceeds the electronic storage capacity of the Case Management/ Electronic Case Files System.

    ATTACHMENT:    Exhibits A, A1, B, B1-B16, C, C1-C16 and D

    FILED BY:    Joseph M. Bruno, Plaintiffs' Liaison Counsel

    FILE DATE:    August 24, 2012

    ARE LOCATED IN THE CLERKS' OFFICE.

**WHEREFORE,** the *Armstrong* Plaintiffs' pray that the Court recognize the manual attachment 1, of the **Exhibits A through D,** to their Motion and Incorporated Memorandum to Permit Plaintiffs to Substitute Corrected Versions of Notice of Intent to Introduce Summary Evidence, Notice of Manual Attachment and Exhibits.

Respectfully Submitted,

PLAINTIFFS' LIASON COUNSEL

/s/Joseph M. Bruno
Joseph M. Bruno (La. Bar No. 3604)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6776
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

/s/James Parkerson Roy
MR-GO PSLC Liason Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et. al. Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 24th day of August, 2012.

/s/*Joseph M. Bruno*
JOSEPH M. BRUNO