UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| | * | |
| CONSOLIDATED LITIGATION | * | NUMBER: 05-4182 |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAG. WIKINSON |
| | * | |
| PERTAINS TO: MRGO, Armstrong | * | |
| (No. 10-866) | * | |
| | * | |

**************************************

## ORDER

**IT IS SO ORDERED** that the Plaintiffs' exhibits filed on August 10, 2012 with the Notice of Manual Attachment (Rec. Doc. 20971-1) be substituted with the correctly labeled Exhibits A, A1, B, B1-B16, C, C1-C16 and D. (Attachment 1)

New Orleans, Louisiana the _____ day of _____, 2012.

_____
**HONORABLE JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**