UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | SECTION "K"(2) |
| | * | |
| | * | Judge Duval |
| PERTAINS TO: MRGO | * | Mag. Wilkinson |
| *Armstrong, No. 10-866* | * | |
| | * | |

**************************************************

## MOTION FOR LEAVE TO FILE SUR-REPLY

**NOW INTO COURT**, through undersigned Counsel, comes the plaintiffs, who request this Honorable Court grant leave to file a Sur-Reply by the Armstrong, Liver and Holmes to Defendant, Washington Group International, Inc.'s Memorandum in Opposition to Plaintiffs' Motion in Limine to Exclude Evidence of Diminution of Value as Sur-Reply Measure of Damages. The Defendant's points of contention in the Memorandum in Opposition to Plaintiffs' Motion in Limine to Exclude Evidence of Diminution of Value warrant a response.

WHEREFORE, Plaintiffs prays that this Honorable Court grant this Motion for Leave and allow the filing of the Sur-Reply by the Armstrong, Liver and Holmes to Defendant Washington Group International, Inc.'s Memorandum in Opposition to Plaintiffs' Motion in Limine to Exclude Evidence of Diminution of Value as Sur-Reply Measure of Damages.

1

Respectfully Submitted,

PLAINTIFFS' LIASON COUNSEL

/s/Joseph M. Bruno
Joseph M. Bruno (La. Bar No. 3604)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6776
Email: jbruno@brunobrunolaw.com

MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

/s/James Parkerson Roy
MR-GO PSLC Liason Counsel
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (The Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et. al. Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 24th day of August, 2012.


                                                /s/*Joseph M. Bruno*
                                                JOSEPH M. BRUNO