UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | SECTION "K"(2) |
| | * | |
| | * | Judge Duval |
| PERTAINS TO: MRGO | * | Mag. Wilkinson |
| *Armstrong, No. 10-866* | * | |
| | * | |

**********************************************

## ORDER

**IT IS SO ORDERED** that the Applicant's request for leave of this Honorable Court to file Sur-Reply by the Armstrong, Liver and Holmes to Defendant Washington Group International, Inc.'s Memorandum in Opposition to Plaintiffs' Motion in Limine to Exclude Evidence of Diminution of Value as Sur-Reply Measure of Damages is **GRANTED**.

New Orleans, Louisiana the _____ day of _____, 2012.

_____
**HONORABLE JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**