UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | |
| CONSOLIDATED LITIGATION * | CIVIL ACTION |
| * | NO. 05-4182 |
| * | SECTION "K"(2) |
| * | |
| * | Judge Duval |
| PERTAINS TO: MRGO * | Mag. Wilkinson |
| *Armstrong, No. 10-866* * | |
| * | |

**************************************************

### MOTION FOR LEAVE TO FILE SUR-REPLY

**NOW INTO COURT**, through undersigned counsel, comes the plaintiffs, who request this Honorable Court grant leave to file a Sur-Reply to Defendant United States' Response to Plaintiffs' Motion in Limine to Exclude Evidence of, or Reference to, Payments from Collateral Sources. The points of contention in the Defendant United States' Response to Plaintiffs' Motion in Limine to Exclude Evidence of, or Reference to, Payments from Collateral Sources warrant a response.

WHEREFORE, Plaintiffs prays that this Honorable Court grant this Motion for Leave and allow the filing of the Sur-Reply Defendant United States' Response to Plaintiffs' Motion in Limine to Exclude Evidence of, or Reference to, Payments from Collateral Sources.

1

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

*/s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 27th day of August, 2012.

*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO