**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | |
| **CONSOLIDATED LITIGATION** | * | **CIVIL ACTION** |
| | * | **NO. 05-4182** |
| | * | **SECTION "K"(2)** |
| | * | |
| | * | **Judge Duval** |
| **PERTAINS TO: MRGO** | * | **Mag. Wilkinson** |
| *Armstrong, No. 10-866* | * | |
| | * | |

*****************************************************

## ORDER

**IT IS SO ORDERED** that the Applicant's request for leave of this Honorable Court to file Sur-Reply to Defendant United States' Response to Plaintiffs' Motion in Limine to Exclude Evidence of, or Reference to, Payments from Collateral Sources.is **GRANTED**.

New Orleans, Louisiana the _____ day of _____, 2012.

_____
**HONORABLE JUDGE STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**