UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO: MRGO<br>*Armstrong*, No. 10-866 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO SUBSTITUTE THE SIGNED AND NOTARIZED AFFIDAVIT OF FRED HOLMES FOR DOCUMENT 20991-2

**MAY IT PLEASE THE COURT:**

On August 17, 2012 Plaintiffs filed a pleading entitled Armstrong, Holmes, and Livers Opposition to Washington Group International, Inc.'s Motion in Limine to Exclude Evidence and Testimony Regarding Repair or Replacement Costs For Certain Plaintiffs' Immovable Property (Document 20991). Attached to said pleading was the Affidavit of Fred Holmes, listed as Exhibit 2, which original affidavit, unsigned and notarized, was not available at the time of filing (Document 20991-2). The original was not signed and notarized initially due to the fact that Mr. Holmes, who currently resides in Spring, Texas, was in the hospital with his wife who was undergoing a surgical procedure during the time period within which the notarization could have occurred  This was a logistical issue concerning Mr. Holmes' inability to have the original document notarized in time for filing of the original pleading due to the fact that his wife was in the hospital undergoing a surgical procedure during the time period within which the notarization

1

could have occurred. The affiant has since provided the original affidavit, signed and notarized. Plaintiffs now ask this court to substitute the Document 20991-2 for the affidavit attached to this motion.

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

For:

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 27th day of August, 2012.

/s/ *Joseph M. Bruno*
JOSEPH M. BRUNO