UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: MRGO | * | |
| * | * | MAGISTRATE WILKINSON |
| *Armstrong*, No. 10-866 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** the foregoing Motion;

**IT IS ORDERED** that Plaintiffs' be and are hereby granted leave to file their Ex Parte Motion for Leave to Substitute the Signed and Notarized Affidavit of Fred Holmes for Document 20991-2.

New Orleans, Louisiana this _____ day _____, 2012.

_____
MAGISTRATE WILKINSON

4