UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO: MRGO<br>*Armstrong*, No. 10-866 | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

**O R D E R**

Considering the foregoing Motion to Enroll filed by Washington Group International, Inc.:

**IT IS ORDERED** that the motion is **GRANTED** and that Maggie A. Broussard of the law firm of Stone Pigman Walther Wittmann L.L.C. be and hereby is enrolled as additional counsel of record on behalf of Washington Group International, Inc.

New Orleans, Louisiana, this 31st day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE