# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION § § § § § PERTAINS TO: § § MRGO § *Armstrong*, No. 10-866 § § | CIVIL ACTION NO. 05-4182 "K"(2) JUDGE DUVAL MAG. WILKINSON |

## MOTION FOR LEAVE TO FILE DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S REPLY IN SUPPORT OF ITS MOTION TO EXCLUDE PLAINTIFFS' NOTICE OF INTENT TO INTRODUCE SUMMARY EVIDENCE

Defendant Washington Group International, Inc. ("WGI") respectfully moves this Court for entry of an Order granting leave to file a Reply Brief in Support of its Motion to Exclude Plaintiffs' Notice of Intent to Introduce Summary Evidence. WGI requests this relief in order to address the arguments and authorities contained in Plaintiffs' memorandum in opposition. WGI respectfully submits that granting this relief will assist the Court in its determination of the relevant issues.

**WHEREFORE**, WGI moves the Court to grant WGI's motion and enter an Order granting leave to file a Reply Brief in Support of its Motion to Exclude Plaintiffs' Notice of Intent to Introduce Summary Evidence.

Dated: August 31, 2012                                     Respectfully submitted,

                                                          */s/Heather S. Lonian*
William D. Treeby, Bar No. 12901
James C. Gulotta, Jr., Bar No. 6590
Heather S. Lonian, Bar No. 29956
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax: 504-581-3361

Adrian Wager-Zito
Debra S. Clayman
Christopher N. Thatch
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Phone: 1-202-879-3939
Fax: 1-202-626-1700

*Attorneys for Defendant*
*Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on August 31, 2012, I served a true copy of the foregoing upon all parties via Electronic Court Filing ("ECF"). Notice of this filing will be sent by e-mail to all counsel of record by operation of the Court's electronic-filing system.

                                                         */s/Heather S. Lonian*
                                                         Heather S. Lonian