# EXHIBIT 1

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES   CIVIL ACTION
CONSOLIDATED LITIGATION   NO. 05-4182 K2
JUDGE DUVAL
PERTAINS TO MRGO   MAG. WILKINSON
FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,
05-6314, 05-6324, 05-6327, 05-6359,
06-0225, 06-0886, 06-1885, 06-2152,
06-2278, 06-2287, 06-2824, 06-4024,
06-4065, 06-4066, 06-4389, 06-4634,
06-4931, 06-5032, 06-5155, 06-5159,
06-5156, 06-5162, 06-5260, 06-5771,
06-5786, 06-5937, 07-0206, 07-0621,
07-1073, 07-1271, 07-1285

* * *

(V O L U M E  I)

Deposition of ROBERT G. BEA, PH.D., given at the offices of Stone Pigman Walther Wittmann, LLC, 546 Carondelet Street, New Orleans, Louisiana 70130, on March 27th, 2012.

REPORTED BY:
JOSEPH A. FAIRBANKS, JR., CCR, RPR
CERTIFIED COURT REPORTER #75005

## Page 2

APPEARANCES:

REPRESENTING THE PLAINTIFFS:
   BRUNO & BRUNO
   (BY:  JOSEPH M. BRUNO, ESQUIRE)
   855 Baronne Street
   New Orleans, Louisiana 70113
   504-525-1335
- AND -
   DOMENGEAUX, WRIGHT, ROY & EDWARDS
   (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)
   556 Jefferson Street, Suite 500
   Lafayette, Louisiana 70501
   337-233-3033

REPRESENTING THE UNITED STATES OF AMERICA:
   U.S. DEPARTMENT OF JUSTICE
   (BY:  ROBIN DOYLE SMITH, ESQUIRE)
   (BY:  RUPERT MITSCH, ESQUIRE)
   (BY:  JACK WOODCOCK, ESQUIRE)
   Torts Branch, Civil Division
   P.O. Box 888
   Benjamin Franklin Station
   Washington, D.C. 20044
   202-616-4289

## Page 3

REPRESENTING WASHINGTON GROUP INTERNATIONAL, INC.:
   JONES DAY
   (BY:  DEBRA S. CLAYMAN, ESQUIRE)
   (BY:  ADRIAN WAGER-ZITO, ESQUIRE)
   (BY:  CHRISTOPHER N. THATCH, ESQUIRE)
   51 Louisiana Avenue, N.W.
   Washington, D.C. 20001-2113
   202-879-4645
- and -
   STONE PIGMAN WALTHER WITTMANN, L.L.C.
   (BY:  WILLIAM D. TREEBY, ESQUIRE)
   546 Carondelet Street
   New Orleans, Louisiana 70130
   504-581-3200

ALSO PRESENT:
   FRANCISCO SILVA-TULLA
   TIMOTHY STARK
   TOM BRANDON

VIDEOGRAPHER:  GILLEY DELORIMIER (DEPO-VUE)

## Page 4

E X A M I N A T I O N  I N D E X

EXAMINATION BY:                          PAGE
MR. TREEBY  ...............................7

E X H I B I T  I N D E X

EXHIBIT NO.                              PAGE
Bea Exhibit 1 ..............................10
Bea Exhibit 2 ..............................72
Bea Exhibit 3 ..............................78
Bea Exhibit 4 ..............................86
Bea Exhibit 5 ..............................98
Bea Exhibit 5A ............................99
Bea Exhibit 6 ..............................127
Bea Exhibit 7 ..............................132
Bea Exhibit 8 ..............................136
Bea Exhibit 9 ..............................154
Bea Exhibit 10 ............................157
Bea Exhibit 11 ............................170
Bea Exhibit 12 ............................173
Bea Exhibit 13 ............................177
Bea Exhibit 14 ............................180
Bea Exhibit 15 ............................203
Bea Exhibit 16 ............................219

Page 213

1  correlation by Mr. Chris Yount and Mr. Andy
2  Owen.
3      Q.  Has all of the work that you've just
4  described been provided in your matters
5  considered?
6      A.  No.
7      Q.  What has not been provided in your
8  matters considered that you just referred to as
9  the work you did to evaluate the locations and
10 sizes of excavations and types of backfill
11 used?
12     A.  Well, one of the things that we did
13 not have the opportunity to provide at the time
14 I had to provide my expert report, February the
15 1st, we wanted to develop a detailed mapping of
16 the excavations on the East Bank Industrial
17 Area. I have continued that work, and it will
18 be a part of my rebuttal report that you will
19 receive on April 3rd.
20     Q.  That will, then, be all your matters
21 considered?
22     A.  Yes. For this topic.
23     Q.  In Paragraph 29, you refer to Figure 1
24 of your report. Right?
25     A.  Yes, sir.

Page 214

1      Q.  Turn to Figure 1 on Page 20.
2      A.  Yes, sir.
3      Q.  Are you suggesting by Figure 1 there
4  is a connection between the backfill activities
5  shown in the photograph in the lower left-hand
6  corner and the breach shown in the photograph
7  in the lower right-hand corner, Figure 1?
8      A.  Yes.
9      Q.  In the photo the dozer on the left
10 side of the page, part of your evidence of
11 high -- excuse me. Is the photo of the dozer
12 on the left side of the page part of your
13 evidence of high permeability materials being
14 used in, quote, nearby, close quote,
15 excavations?
16     A.  Yes, sir.
17     Q.  What evidence do you have as to the
18 location of the dozer work at the bottom
19 left-hand corner of Figure 1?
20     A.  Um -- the dozer work shown here is
21 obviously close to the Florida Avenue bridge,
22 which is shown in the background. My
23 recollection is the captioned photographs
24 provided by WGI connect this area to the area I
25 previously referred to as Area 1. This is the

Page 215

1  area out toward the Industrial Canal. It then
2  ties to the next area, which is shown in the
3  photograph to the right. This is the
4  backfilled area that we traced to the west side
5  of Surekote Road. That then connects to the
6  Surekote Road sand shell fill, which then abuts
7  to the levee floodwall at the north breach.
8          These figures are intended to be
9  illustrative and by no means attribute
10 precision to this illustrative figure.
11     Q.  Okay. You've described Area 1. Let's
12 go there. I think you have a map that shows
13 where Area 1 is. It's in Appendix B, Page 9 of
14 your report. Keep your finger back, though, at
15 Figure 1.
16     A.  Will do. Please give me the --
17     Q.  Page 9, Figure 5A.
18         Are you there?
19     A.  Yes.
20     Q.  Area 1, near the bank, near the
21 Industrial Canal, the north end of Boland.
22 Right?
23     A.  Yes.
24     Q.  And that's what you're saying that
25 picture with the dozer is showing.

Page 216

1      A.  I think so. That's why I said, um --
2      Q.  And you say you base that on WGI's
3  caption on the photo. We're going to talk a
4  lot about WGI's caption on photos, but that's
5  what you say that represents, right?
6      A.  That's what I'm representing or
7  attempting to represent in this illustrative
8  figure.
9      Q.  Did somebody else provide you that
10 information, or did you come up with it on your
11 own?
12     A.  Which information?
13     Q.  The information about what was on the
14 caption of that photograph.
15     A.  In the original photographs that we
16 obtained, the captions were a part of the
17 photograph.
18     Q.  Right. I understand that. I'm asking
19 who on your team, was it you, personally, or
20 someone else, that you recall telling you that
21 this was Area 1?
22     A.  Which phase? I explained to you that
23 there were two phases.
24     Q.  No. Let's stick with our questions,
25 here. You have just told us that your Figure

54 (Pages 213 to 216)