# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES    §    CIVIL ACTION NO. 05-4182 "K"(2)
CONSOLIDATED LITIGATION         §    JUDGE DUVAL
                                §    MAG. WILKINSON
                                §
                                §
PERTAINS TO:                    §
                                §
MRGO                            §
*Armstrong*, No. 10-866             §
                                §

## O R D E R

Considering the foregoing Motion for Leave to File Reply in Support of Motion to Exclude Plaintiffs' Notice of Intent to Introduce Summary Evidence;

**IT IS ORDERED** that the motion is **GRANTED** and that Washington Group International, Inc. may file its Reply in Support of its Motion to Exclude Plaintiffs' Notice of Intent to Introduce Summary Evidence.

New Orleans, Louisiana, this _____ day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE