MINUTE ENTRY
DUVAL, J.
AUGUST 31, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
         CONSOLIDATED LITIGATION
                                                  NO. 05-4182

PERTAINS TO: MR. GO
         *Armstrong No. 10-866*

Participating in a telephone status conference held August 31, 2012 were:

Joseph Bruno on behalf of plaintiffs,
William Treeby on behalf of defendant WGI, and
Robin Smith on behalf of defendant United States.

The parties requested a status conference to discuss the readiness of this matter to begin trial on September 10, 2012, given the disruption caused earlier this week by Hurricane Isaac. The Court advised the parties that he could complete his analysis of the pending motions in limine and rule on those motions prior to September 10, 2012. The parties acknowledged that they had lost several days of trial preparation due to Hurricane Isaac, and Mr, Treeby advised the Court that due to a family crisis he anticipated losing several days next week as well.

All counsel indicated that they were amenable to rescheduling the start of the trial for **Wednesday, September 12, 2012** at **9:00 a.m.** All counsel shall report to Chambers not later than **8:30 a.m.** on **September 12, 2012** so that the Court may meet with counsel for preliminary discussions regarding the trial.

JS10(00:15)