UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br><br>MRGO<br>*Armstrong*, No. 10-866 | § CIVIL ACTION NO. 05-4182 "K"(2)<br>§ JUDGE DUVAL<br>§ MAG. WILKINSON<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## O R D E R

Considering the foregoing Motion for Leave to File Reply in Support of Motion to Exclude Plaintiffs' Notice of Intent to Introduce Summary Evidence;

**IT IS ORDERED** that the motion is **GRANTED** and that Washington Group International, Inc. may file its Reply in Support of its Motion to Exclude Plaintiffs' Notice of Intent to Introduce Summary Evidence.

New Orleans, Louisiana, this  31st  day of August, 2012.

_____
UNITED STATES DISTRICT JUDGE