# EXHIBIT 1

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: KATRINA CANAL BREACHES   CIVIL ACTION

CONSOLIDATED LITIGATION       NO. 05-4182 K2

JUDGE DUVAL

PERTAINS TO MRGO       MAG. WILKINSON

FILED IN: 05-4181, 05-4182, 05-5237, 05-6073,

05-6314, 05-6324, 05-6327, 05-6359,

06-0225, 06-0886, 06-1885, 06-2152,

06-2278, 06-2287, 06-2824, 06-4024,

06-4065, 06-4066, 06-4389, 06-4634,

06-4931, 06-5032, 06-5155, 06-5159,

06-5156, 06-5162, 06-5260, 06-5771,

06-5786, 06-5937, 07-0206, 07-0621,

07-1073, 07-1271, 07-1285

* * *

(V O L U M E  I)

Deposition of ROBERT G. BEA, PH.D.,

given at the offices of Stone Pigman Walther

Wittmann, LLC, 546 Carondelet Street, New

Orleans, Louisiana 70130, on March 27th, 2012.

REPORTED BY:

JOSEPH A. FAIRBANKS, JR., CCR, RPR

CERTIFIED COURT REPORTER #75005

Page 2

```
 1  APPEARANCES:
 2  REPRESENTING THE PLAINTIFFS:
 3      BRUNO & BRUNO
 4      (BY:  JOSEPH M. BRUNO, ESQUIRE)
 5      855 Baronne Street
 6      New Orleans, Louisiana 70113
 7      504-525-1335
 8  - AND -
 9      DOMENGEAUX, WRIGHT, ROY & EDWARDS
10      (BY:  ELWOOD C. STEVENS, JR., ESQUIRE)
11      556 Jefferson Street, Suite 500
12      Lafayette, Louisiana 70501
13      337-233-3033
14
15  REPRESENTING THE UNITED STATES OF AMERICA:
16      U.S. DEPARTMENT OF JUSTICE
17      (BY:  ROBIN DOYLE SMITH, ESQUIRE)
18      (BY:  RUPERT MITSCH, ESQUIRE)
19      (BY:  JACK WOODCOCK, ESQUIRE)
20      Torts Branch, Civil Division
21      P.O. Box 888
22      Benjamin Franklin Station
23      Washington, D.C. 20044
24      202-616-4289
25
```

Page 3

```
 1  REPRESENTING WASHINGTON GROUP INTERNATIONAL,
 2      INC.:
 3      JONES DAY
 4      (BY:  DEBRA S. CLAYMAN, ESQUIRE)
 5      (BY:  ADRIAN WAGER-ZITO, ESQUIRE)
 6      (BY:  CHRISTOPHER N. THATCH, ESQUIRE)
 7      51 Louisiana Avenue, N.W.
 8      Washington, D.C. 20001-2113
 9      202-879-4645
10  - and -
11      STONE PIGMAN WALTHER WITTMANN, L.L.C.
12      (BY:  WILLIAM D. TREEBY, ESQUIRE)
13      546 Carondelet Street
14      New Orleans, Louisiana 70130
15      504-581-3200
16
17  ALSO PRESENT:
18      FRANCISCO SILVA-TULLA
19      TIMOTHY STARK
20      TOM BRANDON
21
22  VIDEOGRAPHER:  GILLEY DELORIMIER (DEPO-VUE)
23
24
25
```

Page 4

```
 1      E X A M I N A T I O N   I N D E X
 2
 3  EXAMINATION BY:                    PAGE
 4  MR. TREEBY  ...............................7
 5
 6      E X H I B I T   I N D E X
 7
 8  EXHIBIT NO.                    PAGE
 9  Bea Exhibit 1 ...............................10
10  Bea Exhibit 2 ..............................72
11  Bea Exhibit 3 ..............................78
12  Bea Exhibit 4 ..............................86
13  Bea Exhibit 5 ..............................98
14  Bea Exhibit 5A ............................99
15  Bea Exhibit 6 ............................127
16  Bea Exhibit 7 ............................132
17  Bea Exhibit 8 ............................136
18  Bea Exhibit 9 ............................154
19  Bea Exhibit 10 ...........................157
20  Bea Exhibit 11 ...........................170
21  Bea Exhibit 12 ...........................173
22  Bea Exhibit 13 ...........................177
23  Bea Exhibit 14 ...........................180
24  Bea Exhibit 15 ...........................203
25  Bea Exhibit 16 ...........................219
```

Page 213

1    correlation by Mr. Chris Yount and Mr. Andy
2    Owen.
3        Q.  Has all of the work that you've just
4    described been provided in your matters
5    considered?
6        A.  No.
7        Q.  What has not been provided in your
8    matters considered that you just referred to as
9    the work you did to evaluate the locations and
10   sizes of excavations and types of backfill
11   used?
12       A.  Well, one of the things that we did
13   not have the opportunity to provide at the time
14   I had to provide my expert report, February the
15   1st, we wanted to develop a detailed mapping of
16   the excavations on the East Bank Industrial
17   Area.  I have continued that work, and it will
18   be a part of my rebuttal report that you will
19   receive on April 3rd.
20       Q.  That will, then, be all your matters
21   considered?
22       A.  Yes.  For this topic.
23       Q.  In Paragraph 29, you refer to Figure 1
24   of your report.  Right?
25       A.  Yes, sir.

Page 214

1        Q.  Turn to Figure 1 on Page 20.
2        A.  Yes, sir.
3        Q.  Are you suggesting by Figure 1 there
4    is a connection between the backfill activities
5    shown in the photograph in the lower left-hand
6    corner and the breach shown in the photograph
7    in the lower right-hand corner, Figure 1?
8        A.  Yes.
9        Q.  In the photo the dozer on the left
10   side of the page, part of your evidence of
11   high -- excuse me.  Is the photo of the dozer
12   on the left side of the page part of your
13   evidence of high permeability materials being
14   used in, quote, nearby, close quote,
15   excavations?
16       A.  Yes, sir.
17       Q.  What evidence do you have as to the
18   location of the dozer work at the bottom
19   left-hand corner of Figure 1?
20       A.  Um -- the dozer work shown here is
21   obviously close to the Florida Avenue bridge,
22   which is shown in the background.  My
23   recollection is the captioned photographs
24   provided by WGI connect this area to the area I
25   previously referred to as Area 1.  This is the

Page 215

1    area out toward the Industrial Canal.  It then
2    ties to the next area, which is shown in the
3    photograph to the right.  This is the
4    backfilled area that we traced to the west side
5    of Surekote Road.  That then connects to the
6    Surekote Road sand shell fill, which then abuts
7    to the levee floodwall at the north breach.
8        These figures are intended to be
9    illustrative and by no means attribute
10   precision to this illustrative figure.
11       Q.  Okay.  You've described Area 1.  Let's
12   go there.  I think you have a map that shows
13   where Area 1 is.  It's in Appendix B, Page 9 of
14   your report.  Keep your finger back, though, at
15   Figure 1.
16       A.  Will do.  Please give me the --
17       Q.  Page 9, Figure 5A.
18       Are you there?
19       A.  Yes.
20       Q.  Area 1, near the bank, near the
21   Industrial Canal, the north end of Boland.
22   Right?
23       A.  Yes.
24       Q.  And that's what you're saying that
25   picture with the dozer is showing.

Page 216

1        A.  I think so.  That's why I said, um --
2        Q.  And you say you base that on WGI 's
3    caption on the photo.  We're going to talk a
4    lot about WGI 's caption on photos, but that's
5    what you say that represents, right?
6        A.  That's what I'm representing or
7    attempting to represent in this illustrative
8    figure.
9        Q.  Did somebody else provide you that
10   information, or did you come up with it on your
11   own?
12       A.  Which information?
13       Q.  The information about what was on the
14   caption of that photograph.
15       A.  In the original photographs that we
16   obtained, the captions were a part of the
17   photograph.
18       Q.  Right.  I understand that.  I'm asking
19   who on your team, was it you, personally, or
20   someone else, that you recall telling you that
21   this was Area 1?
22       A.  Which phase?  I explained to you that
23   there were two phases.
24       Q.  No.  Let's stick with our questions,
25   here.  You have just told us that your Figure