UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| PERTAINS TO: MRGO | * <br> * <br> * <br> * <br> * | SECTION "K" (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## REVISED MASTER TRIAL EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, the United States, and Washington Group International, Inc. ("WGI"), and respectfully submit the attached Revised Master Trial Exhibit List.  Copies of the exhibits are being delivered to the Court simultaneously with this filing.

**WHEREFORE**, Plaintiffs, the United States and Washington Group International, Inc., respectfully submit the attached Revised Master Trial Exhibit List.

1103212v.1

- 2 -

| | |
|---|---|
| Dated: September 5, 2012 | Respectfully submitted, |
| /s/*Robin D. Smith* | /s/*Heather S. Lonian* |
| Robin D. Smith | William D. Treeby, 12901 |
| Senior Trial Counsel | James C. Gulotta, Jr., 6590 |
| Torts Branch, Civil Division | Heather S. Lonian, 29956 |
| United States Department of Justice | Of |
| Benjamin Franklin Station | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| P.O. Box 888 | 546 Carondelet Street |
| Washington, D.C. 20044 | New Orleans, Louisiana 70130 |
| (202) 616-4289 | Telephone: (504) 581-3200 |
| (202) 616-5200 (fax) | Facsimile: (504) 581-3361 |
| Attorney for the United States | and |
| and | Adrian Wager-Zito |
| | Debra S. Clayman |
| /s/*Joseph M. Bruno* | JONES DAY |
| Joseph M. Bruno, 3604 | 51 Louisiana Avenue, N.W. |
| Law Offices of Joseph M. Bruno | Washington, D.C. 20001-2113 |
| 855 Baronne Street | Telephone: (202) 879-3891 |
| New Orleans, Louisiana 70113 | Facsimile: (202) 626-1700 |
| Telephone: (504) 525-1335 | |
| Facsimile: (504) 561-6775 | Attorneys for Washington Group International, Inc., a division of URS Corporation |
| Plaintiffs' Liaison Counsel | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Revised Master Trial Exhibit List has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 5th day of September, 2012.

/s/*Heather S. Lonian*

1103212v.1