UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * * | CIVIL ACTION NO. 05-4182 SECTION"K" (2) JUDGE DUVAL MAGISTRATE WILKINSON |
| PERTAINS TO: MRGO *  *Armstrong*, No. 10-866 | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING** the foregoing Motion;

**IT IS ORDERED** that Plaintiffs' be and are hereby granted leave to file their Ex Parte Motion for Leave to Substitute the Signed and Notarized Affidavit of Fred Holmes for Document 20991-2.

New Orleans, Louisiana this  6th  day        September        , 2012.

_____
Stanwood R. Duval, Jr.
United States District Judge

4