UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES  CIVIL ACTION
CONSOLIDATED LITIGATION

NO. 05-4182

PERTAINS TO:  SECTION "K"(2)
*Armstrong*, C.A. No. 10-866

## ORDER

### [Regarding Access to Trial by Press and Public]

In connection with the *Armstrong* trial commencing on September 12, 2012:

1. The first and second rows on the left side of the courtroom (as you enter) will be reserved for press seating. There will be no overflow courtroom. Access to reserved press seating in Judge Duval's courtroom is on a first come basis. The courthouse opens at 7:00 a.m.

2. There is not a daily pass system for the press to gain access to the courthouse. A valid press credential/I.D. will allow the press to access the courtroom's limited seating.

3. The press may access the internet through their own means. They may also subscribe to the wireless connection provided by Courtroom Connect: Sumit Chatterjee, 650-814-5776, sumit@courtroomconnect.com.

4. The press may have access to a "real time" transcript by making arrangements with Courtroom Connect and with the court reporters through Betty DiMarco, 504-589-7721, betty_dimarco@laed.uscourts.gov. **Use of real time transcripts will be allowed ONLY after the user files with the Court an acknowledgment that 1) the transcript will not be forwarded outside of the Court (broadcast of the trial is prohibited); and 2) the**

    **real time transcript is not the official or final court transcript and therefore may not be relied upon as such.**

5.   **THE BROADCAST OR RECORDING OF ANY PORTION OF THE TRIAL (BY VIDEO, AUDIO, REAL TIME TRANSCRIPT OR OTHERWISE) IS STRICTLY PROHIBITED.  VIOLATIONS OF THIS PROHIBITION WILL RESULT IN SANCTIONS.**

6.   The press may subscribe to daily final certified transcripts by contacting Ms. DiMarco. Final transcripts are the official record and may be transmitted and distributed outside of the Court.

7.   Trial will not take place on the feast of Yom Kippur, September 26, 2012.

8.   The press and public may bring cell phones into the courtroom under the following conditions:

    a.   They are placed on silent mode;

    b.   The user steps into the hall to speak.

9.   Use of laptops, i-Pads, etc. is allowed under the following conditions:

    a.   Silence;

    b.   Not disruptive or distracting.

New Orleans, Louisiana, this 10th day of September, 2012.

                                          STANWOOD R. DUVAL, JR.
                                 UNITED STATES DISTRICT COURT JUDGE