UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION<br>NO. 05-4182 |
| PERTAINS TO: MRGO<br>*Armstrong, No. 10-866* | *<br>*<br>* | SECTION "K"(2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION TO DISMISS CERTAIN CLAIMS OF PLAINTIFF CLIFFORD WASHINGTON WITH PREJUDICE**</u>

**MAY IT PLEASE THE COURT:**

Plaintiffs submit this Memorandum in support of their Motion for Leave to file Plaintiffs' Motion to Dismiss Certain Claims of Plaintiff Clifford Washington With Prejudice.

Claims were brought on behalf of Plaintiff Clifford Washington for, *inter alia*, property damage sustained to properties believed to be owned by Mr. Washington in New Orleans at the time of Hurricane Katrina, specifically the properties with the physical addresses of (1) 5027-5027½ Derbigny Street, and (2) 1910-1910½ Charbonnet Street.  However, it was later discovered that the property located at 5027-5027½ Derbigny Street had, in fact, gone through a foreclosure proceeding prior to Hurricane Katrina and was no longer owned by Mr. Washington at the time of the hurricane.  After discussion with Mr. Washington, it was agreed upon by Mr. Washington and Plaintiffs' counsel that <u>only</u> Mr. Washington's claim for the property damage to the property located at 1910-1910½ Charbonnet Street would be pursued. All other previously asserted claims were voluntarily dismissed with prejudice.  This was stated for the record in the deposition of Mr. Washington held on September 27, 2011.[1]

---

[1] Deposition Transcript of the deposition of Clifford Washington held on September 27, 2011, *In re: Katrina Canal Breaches Consolidated Litigation*, Civil Action No. 05-4182, pp. 228 – 230 (E.D. La).

Plaintiffs filed with this Court a Motion to Exclude Evidence of, or Reference to, Claims Dismissed by Clifford Washington.[2]  This Court held on September 4, 2012, that Plaintiffs' Motion in Limine would be granted "in the event Plaintiff formally dismisses with prejudice the claim of Mr. Washington in reference to the 5027-5027½ Derbigny Street property."  Plaintiffs at this time request leave of this Court to file a motion to formally dismiss all claims brought by Mr. Washington other than the claim for damage to the immovable property owned by him located at 1910-1910½ Charbonnet Street in New Orleans, Louisiana.

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

*/s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

---

[2] Rec. Doc. No. 20957.

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 10th day of September, 2012.

*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO