## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | |
| CONSOLIDATED LITIGATION * | CIVIL ACTION |
| * | NO. 05-4182 |
| * | |
| PERTAINS TO: MRGO * | SECTION "K"(2) |
| *Armstrong, No. 10-866* * | |
| * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION TO DISMISS CERTAIN CLAIMS OF PLAINTIFF CLIFFORD WASHINGTON WITH PREJUDICE

**NOW INTO COURT**, through undersigned Counsel, come Plaintiffs, who file a Motion to Dismiss Certain Claims of Plaintiff Clifford Washington with Prejudice. Mr. Washington desires to only bring a claim in this litigation for the property damage that occurred to his property with the physical address of 1910-1910½ Charbonnet Street in New Orleans, Louisiana. Plaintiffs file this motion to formally dismiss all other claims brought by Mr. Washington in this litigation.

WHEREFORE, Plaintiffs pray that this Honorable Court grant Plaintiffs' Motion to Dismiss Certain Claims of Plaintiff Clifford Washington with Prejudice and dismiss all claims brought by Mr. Washington in this litigation other than his claim for the property damage that occurred to his property with the physical address of 1910-1910½ Charbonnet Street in New Orleans, Louisiana.

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 10th day of September, 2012.

*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO