**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | **CIVIL ACTION** |
| | * | **NO. 05-4182** |
| | * | |
| **PERTAINS TO: MRGO** | * | **SECTION "K"(2)** |
| *Armstrong, No. 10-866* | * | |
| | * | |

****************************************************

**ORDER**

Considering Plaintiffs' Motion to Dismiss Certain Claims of Plaintiff Clifford Washington with Prejudice:

The Court is of the opinion that the motion should be GRANTED.

It is therefore ORDERED that all claims brought by Mr. Washington in this litigation, other than his claim for property damage that occurred to his property with the physical address of 1910-1910 ½ Charbonnet Street in New Orleans, Louisiana, be dismissed with prejudice.

New Orleans, Louisiana the _____ day of _____, 2012

_____
**HONORABLE JUDGE STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**