UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2) |

**PERTAINS TO: C. Abadie, 06-5164**
Claim of Demetrius Temple, 5050 W. St. Andrew Circle,
New Orleans, Louisiana   70128

## ORDER AND REASONS

Before the Court is a Motion for Discharge (Doc. 20891) filed by Lexington Insurance Company ("Lexington") who moves the court for a discharge of its obligations associated with the above-styled matter pursuant to 28 U.S.C. §2361. As Lexington is a disinterested party because it paid the entirety of the fund into the court registry, disavowing interest in it, and all known stakeholders of these funds have either waived service or have been served in this interpleader action (Docs. 20820 and 20821), and furthermore, as no opposition has been filed to this motion,

**IT IS ORDERED** that the Motion for Discharge (Doc. 20891) is **GRANTED** and Lexington is discharged from any further obligations associated with this matter and relieved of all liability and responsibility in connection with the funds so deposited, and, pursuant to 28 U.S.C. §2361, defendants are restrained or enjoined from prosecuting suits against Lexington either directly or indirectly, and from any effort to collect from Lexington any judgments rendered in any such suits.

New Orleans, Louisiana, this  11th of September, 2012.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**