UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866 | SECTION "K"(2) |

## ORDER AND REASONS

Before the Court is the United States' Motion to Join the Defendant Washington Group International, Inc.'s Responses to Plaintiffs' Motions in Limine (Doc. 20998) for the following:

> To Exclude Testimony and Evidence Pertaining to Dr. Robert Dalrymple's Supplemental Report (Doc. 20987 with respect to Doc. 20947);

> To Preclude Testimony Based on Unproduced GIS Model, or, in the alternative, to Compel Production of the Model to Plaintiffs (Doc. 20992 with respect to Doc.20950);

> To Exclude Evidence of Diminution of Value as Measure of Damages (Doc. 20986 with respect to Doc. 20955);

> To Exclude Evidence of, or Reference to Payments From Collateral Sources (Doc. 20994 with respect to Doc. 20956);

> To Exclude Any Testimony or Evidence Pertaining to Miles Brodsky (Doc. 20988 with respect to Doc. 20954);

> To Exclude Insurance Claim Files and Unrelated Legal Proceedings (Doc. 21002 with respect to Doc. 20953); and,

> To Preclude Defendants' Experts From offering Opinions Quantifying damage Attributable to Water From the Inner Harbor Navigation Canal (IHNC) (Doc. 20990 with respect to Doc. 20949).

**IT IS ORDERED** that the United States' Motion to Join the Defendant Washington Group International, Inc.'s Responses to Plaintiffs' Motions in Limine (Doc. 20998) is

**GRANTED** and all rulings made on the motions in limine themselves shall apply equally to the United States. (See Doc. 21021).

New Orleans, Louisiana, this 11th day of September, 2012.

                                                                                    **STANWOOD R. DUVAL, JR.**
                                                                        **UNITED STATES DISTRICT COURT JUDGE**