UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866 | SECTION "K"(2) |

## ORDER AND REASONS

Before the Court is the United States' Motion to Join the Defendant Washington Group International, Inc.'s Motion to Exclude Evidence Regarding Plaintiffs' Notice of Intent to Introduce Summary Evidence (Doc. 20999).

**IT IS ORDERED** that the United States' Motion to Join the Defendant Washington Group International, Inc.'s Motion to Exclude Evidence Regarding Plaintiffs' Notice of Intent to Introduce Summary Evidence (Doc. 20999) is **GRANTED** and that the ruling rendered on that Motion to Exclude shall apply equally to the United States. (See Doc. 21019 ruling on Doc. 20996).

New Orleans, Louisiana, this 11th day of September, 2012.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE