UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866 | SECTION "K"(2) |

## ORDER AND REASONS

Before the Court is Defendant Washington Group International, Inc.'s Motion to Join the United States' Oppositions to Plaintiffs' Motion in Limine to Preclude Duplicative Testimony by Defendants' Expert Witness and Plaintiffs' Request for Judicial Notice of Weather-Related Facts. (Doc. 21003)

**IT IS ORDERED** that Defendant Washington Group International, Inc.'s Motion to Join the United States' Oppositions to Plaintiffs' Motion in Limine to Preclude Duplicative Testimony by Defendants' Expert Witness, and Plaintiffs' Request for Judicial Notice of Weather-Related Facts (Doc. 21003) is **GRANTED,** and the rulings made on Plaintiffs' Plaintiffs' Motion in Limine to Preclude Duplicative Testimony by Defendants' Expert Witness (Doc. 20948) and Plaintiffs' Request for Judicial Notice of Weather-Related Facts (Doc. 20951) shall apply equally to Washington Group International, Inc. (See Doc. 21021)

New Orleans, Louisiana, this 11th day of September, 2012.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**