UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br><br>SECTION "K"(2) |

**PERTAINS TO: FORCED PLACE DOCKET:**
**Specific Case Nos.**
Dana Gilmore C.A. No. 09-1613,
Yolanda Temple-Esco C.A. No.09-2580,
Ada Duplessis C.A. No. 09-2602,
Cheryl Mitchum C. A. No. 09-2606 and
Georgia & Troy Musachia C.A. 09-2608

## ORDER AND REASONS

Before the Court is Defendants' Motion to Dismiss (Doc. 20884) filed by defendants Balboa Insurance Company, Meritplan Insurance Company and Newport Insurance Company with respect to the above-listed cases. Based on this Court's previous findings with respect to these insurance policies, the Court finds merit in this motion. In addition, there being no opposition filed to same,

**IT IS ORDERED** that the Defendants' Motion to Dismiss (Doc. 20884) is **GRANTED** and judgment shall be entered in favor of Balboa Insurance Company, Meritplan Insurance Company and Newport Insurance Company and against Dana Gilmore in C.A. No. 09-1613; Yolanda Temple-Esco in C.A. No. 09-2580; Ada Duplessis in C.A. No. 09-2602, Cheryl Mitchum in C.A. No. 09-2606 and Georgia & Troy Musachia in C. A. 09-2608 with each party to bear his/her/its own costs.

New Orleans, Louisiana, this 11th day of September, 2012.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE