UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION
                                       NO. 05-4182

                                       SECTION "K"(2)

**PERTAINS TO: FORCED PLACE DOCKET:**
**Specific Case Nos.**
Dana Gilmore C.A. No. 09-1613,
Yolanda Temple-Esco C.A. No.09-2580,
Ada Duplessis C.A. No. 09-2602,
Cheryl Mitchum C. A. No. 09-2606 and
Georgia & Troy Musachia C.A. 09-2608

## JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Balboa Insurance Company, Meritplan Insurance Company and Newport Insurance Company and against Dana Gilmore in C.A. No. 09-1613; Yolanda Temple-Esco in C.A. No. 09-2580; Ada Duplessis in C.A. No. 09-2602, Cheryl Mitchum in C.A. No. 09-2606 and Georgia & Troy Musachia in C. A. 09-2608 with each party to bear his/her/its own costs.

New Orleans, Louisiana, this 11th day of September, 2012.

                              _____
                                    STANWOOD R. DUVAL, JR.
                              UNITED STATES DISTRICT COURT JUDGE