UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: MRGO | * | SECTION "K"(2) |
| *Armstrong, No. 10-866* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>ORDER</u>

**IT IS SO ORDERED** that the Plaintiffs' request for leave of this Honorable Court to file Plaintiffs' Motion to Dismiss Certain Claims of Plaintiff Clifford Washington with Prejudice is **GRANTED.**

New Orleans, Louisiana the  11th   day of  September   , 2012

_____
**HONORABLE JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**