**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | |
| PERTAINS TO: MRGO | * | SECTION "K"(2) |
| *Armstrong, No. 10-866* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS CERTAIN CLAIMS OF PLAINTIFF CLIFFORD WASHINGTON WITH PREJUDICE**

**MAY IT PLEASE THE COURT:**

Plaintiffs submit this Memorandum in support of their Motion to Dismiss Certain Claims of Plaintiff Clifford Washington With Prejudice.

Claims were brought on behalf of Plaintiff Clifford Washington for, *inter alia*, property damage sustained to properties believed to be owned by Mr. Washington in New Orleans at the time of Hurricane Katrina, specifically the properties with the physical addresses of (1) 5027-5027½ Derbigny Street, and (2) 1910-1910½ Charbonnet Street.  However, it was later discovered that the property located at 5027-5027½ Derbigny Street had, in fact,  gone through a foreclosure proceeding prior to Hurricane Katrina and was no longer owned by Mr. Washington at the time of the hurricane.  After discussion with Mr. Washington, it was agreed upon by Mr. Washington and Plaintiffs' counsel that only Mr. Washington's claim for the property damage to the property located at 1910-1910½ Charbonnet Street would be pursued. All other previously asserted claims were voluntarily dismissed with prejudice.  Plaintiffs' counsel and Mr.

Washington stated as much for the record in the deposition of Mr. Washington held on September 27, 2011:

> p. 228
> 8    MR. BRUNO:
> 9    Hello, everybody. My name is
> 10   Joseph Bruno. I'm making a very brief
> 11   appearance as Plaintiffs' liaison
> 12   Counsel.
> 13   We just want to state for the
> 14   record that the witness, after
> 15   consultation with Counsel, is going to
> 16   withdraw and dismiss with prejudice
> 17   his claim for emotional distress as
> 18   well as his claim for property damage
> 19   with regard to the
> \*\*\*
> 23   Derbigny address, so that the
> 24   only claim that he has present in this litigation
> 25   is his claim for property
> p. 229
> 1    damages for the address located at
> \*\*\*
> 2    1910 Charbonnet
> \*\*\*
> 21   MR. BRUNO
> 22   The only claim he is making is a
> 23   claim for property damage. Is that
> 24   true?
> 25   THE WITNESS [Mr. Washington]:
> p. 230
> 1    Yes, sir.
> 2    MR. BRUNO
> 3    Did I say everything correctly?
> 4    THE WITNESS:
> 5    Yes, sir.[1]

Mr. Washington desires to only bring a claim in this litigation for the property damage that occurred to his property with the physical address of 1910-1910½ Charbonnet Street in New Orleans, Louisiana. Plaintiffs bring the instant motion to formally dismiss all claims brought by

---

[1] Deposition Transcript of the deposition of Clifford Washington held on September 27, 2011, *In re: Katrina Canal Breaches Consolidated Litigation*, Civil Action No. 05-4182, pp. 228 – 230 (E.D. La).

Mr. Washington other than the claim for damage to the immovable property owned by him located at 1910-1910½ Charbonnet Street in New Orleans, Louisiana.

        Respectfully submitted,

        PLAINTIFFS' LIAISON COUNSEL

        *s/ Joseph M. Bruno*
        JOSEPH M. BRUNO (La. Bar No. 3604)
        **BRUNO & BRUNO, L.L.P.**
        855 Baronne Street
        New Orleans, Louisiana 70113
        Telephone: (504) 525-1335
        Facsimile: (504) 561-6775
        Email: jbruno@brunobrunolaw.com

        **MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

        *s/ James Parkerson Roy*
        JAMES PARKERSON ROY (La. Bar No. 11511)
        MR-GO PSLC Liaison Counsel
        **Domengeaux Wright Roy & Edwards LLC**
        P.O. Box 3668
        Lafayette, LA. 70502
        Telephone: (337) 593-4190 or (337) 233-3033
        Facsimile: 337-233-2796
        Email: jimr@wrightroy.com

        for

        **MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

        Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
        Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
        James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 10th day of September, 2012.

*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO