UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                CIVIL ACTION
CONSOLIDATED LITIGATION
                                            NO. 05-4182

PERTAINS TO:                                SECTION "K"(2)
*Armstrong*, C.A. No. 10-866

## ORDER

**IT IS ORDERED** that the typographical error at page 3 of Document 21022 is

**AMENDED** to read as follows:

"The following documents are **excluded**: PX-0940, 0S0947, **PX-**2688, PX-2911, PX-"

New Orleans, Louisiana, this 11th day of September, 2012.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE