UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| PERTAINS TO: MRGO | * | |
| *Armstrong*, No. 10-866 | * | SECTION "K"(2) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**IT IS SO ORDERED** that the Plaintiffs' exhibits filed on August 10, 2012 with the Notice of Manual Attachment (Rec. Doc. 20971-1) be substituted with the correctly labeled Exhibits A, A1, B, B1-B16, C, C1-C16 and D. (Attachment 1)

New Orleans, Louisiana the _____ day of _____, 2012.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

7