UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | SECTION "K"(2) |
| | * | |
| | * | Judge Duval |
| **PERTAINS TO: MRGO** | * | Mag. Wilkinson |
| *Armstrong, No. 10-866* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR LEAVE TO FILE SUR-REPLY

**NOW INTO COURT**, through undersigned counsel, comes the plaintiffs, who request this Honorable Court grant leave to file a Sur-Reply to Defendant Washington Group International Inc.'s Reply In Support of Defendants Objections to Certain Testimony in the Deposition Designations Submitted by the Parties. The points of contention in the Defendant Washington Group International Inc.'s Reply In Support of Defendants Objections to Certain Testimony in the Deposition Designations Submitted by the Parties warrant a response.

WHEREFORE, Plaintiffs prays that this Honorable Court grant this Motion for Leave and allow the filing of the Sur-Reply to Washington Group International Inc.'s Reply In Support of Defendants Objections to Certain Testimony in the Deposition Designations Submitted by the Parties.

Respectfully submitted,

/s/ Joseph M. Bruno
JOSEPH M. BRUNO (LA Bar No. 03604)
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

1

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing pleading upon all counsel of record by electronic transmission through the Court's CM/ECF system this September 18, 2012.

/s/ Joseph M. Bruno
JOSEPH M. BRUNO
