UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | SECTION "K"(2) |
| | * | |
| | * | Judge Duval |
| PERTAINS TO: MRGO | * | Mag. Wilkinson |
| *Armstrong, No. 10-866* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS SO ORDERED** that the Applicant's request for leave of this Honorable Court to file Sur-Reply by the Plaintiffs to Defendant Washington Group International Inc.'s Reply In Support of Defendants Objections to Certain Testimony in the Deposition Designations Submitted by the Parties is **GRANTED**.

New Orleans, Louisiana the _____ day of _____, 2012.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**

1