# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  SEP 13 2012

LORETTA G. WHYTE
CLERK
TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 13, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 10-30249    In Re: Katrina Canal Breaches
       USDC No. 2:05-CV-4182
       USDC No. 2:06-CV-2268
       USDC No. 2:08-CV-1707
       USDC No. 2:05-CV-4182
       USDC No. 2:05-CV-4181
       USDC No. 2:05-CV-4191
       USDC No. 2:05-CV-4568
       USDC No. 2:05-CV-5237
       USDC No. 2:05-CV-6073
       USDC No. 2:05-CV-6314
       USDC No. 2:05-CV-6324
       USDC No. 2:05-CV-6327
       USDC No. 2:05-CV-6359
       USDC No. 2:06-CV-20
       USDC No. 2:06-CV-225
       USDC No. 2:06-CV-886
       USDC No. 2:06-CV-1885
       USDC No. 2:06-CV-2278
       USDC No. 2:06-CV-2287
       USDC No. 2:06-CV-2346
       USDC No. 2:06-CV-2545
       USDC No. 2:06-CV-3529
       USDC No. 2:06-CV-4065
       USDC No. 2:06-CV-4389
       USDC No. 2:06-CV-4634
       USDC No. 2:06-CV-4931
       USDC No. 2:06-CV-5032
       USDC No. 2:06-CV-5042
       USDC No. 2:06-CV-5159
       USDC No. 2:06-CV-5163
       USDC No. 2:06-CV-5367
       USDC No. 2:06-CV-5471
       USDC No. 2:06-CV-5771
       USDC No. 2:06-CV-5786
       USDC No. 2:06-CV-5937
       USDC No. 2:06-CV-7682
       USDC No. 2:06-CV-11208
       USDC No. 2:07-CV-206
       USDC No. 2:07-CV-647
       USDC No. 2:07-CV-993
       USDC No. 2:07-CV-1284
       USDC No. 2:07-CV-1286
       USDC No. 2:07-CV-1288
       USDC No. 2:07-CV-1289
       USDC No. 2:05-CV-4182
       USDC No. 2:10-CV-866
```

The court has granted the motion to supplement the record in this case with a the DX0573 excerpt.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                  By: /s/ Shawn D. Henderson
                                  Shawn D. Henderson, Deputy Clerk
                                  504-310-7668

Mr. Jonathan Beauregard Andry
Mr. Scott Harris Angstreich
Mr. John Thomas Balhoff II
Mr. Marcus Van Brown
Mr. Joseph M. Bruno
Mr. James David Caldwell
Ms. Ashley Gremillion Coker
Mr. Joseph W Cotchett
Mr. Frank Jacob D'Amico Jr.
Mr. Walter Clayton Dumas
Mr. John Bettes Dunlap III
Mr. Ewell Elton Eagan Jr.
Mr. Norval Francis Elliot III
Ms. Nina Wessel English
Mr. Richard Michael Exnicios
Mr. Calvin Clifford Fayard Jr.
Ms. Nina D. Froeschle
Mr. James M. Garner
Ms. Elisa Tara Gilbert
Mr. Thomas V. Girardi
Mr. Philip L. Gregory
Mr. Brian Lee Guillot
Mr. Michael Warren Hill
Mr. Lewis Scott Joanen
Mr. Michael K Kellogg
Ms. Alisa Beth Klein
Mr. Daniel Joseph Lenerz
Mr. Joseph J McKernan
Mr. Gerald Edward Meunier
Mr. Henry Clay Mitchell Jr.
Mr. James Bryan Mullaly
Mr. Brendan Regis O'Brien
Mr. Pierce O'Donnell
Mr. Andrew S. Oldham
Mr. Andrew Patrick Owen
Mr. Michael Carter Palmintier
Ms. Lindsey E. Powell
Mr. Drew A Ranier
Ms. Wendy Hickok Robinson
Mr. Brent M. Rosenthal
Mr. James Parkerson Roy
Mr. Camilo Kossy Salas III
Ms. Sherri Ann Saucer
Mr. David S. Scalia

Mr. Matthew D. Schultz
Mr. Robin D Smith
Mr. Mark Bernard Stern
Mr. Elwood Clement Stevens Jr.
Mr. Richard Alvin Tonry
Ms. Loretta Whyte
Mr. Joseph C. Wilson
Ms. Abby Christine Wright
Mr. Bob F Wright