UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * <br> * Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Wendell Youngblood regarding 11120 Idlewood Court, New Orleans, LA 70128 | * <br> * MAGISTRATE (2) <br> * Magistrate Joseph C. Wilkinson, Jr. |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF VOLUNTARY DISMISSAL OF COUNTRYWIDE HOME LOANS, INC.

Now into court through the undersigned counsel comes Lexington Insurance Company, who, pursuant to FRCP 41(a)(1), files this dismissal of Countrywide Home Loans, Inc. from the FIRST AMENDED CROSSCLAIM IN INTERPLEADER (R. Doc. 20937) filed August 8, 2012.

The undersigned notified Countrywide Home Loans, Inc. of this suit but Countrywide Home Loans, Inc. has not been served, waived service, filed a motion for summary judgment or served and answer. The undersigned has been notified by counsel for Countrywide Home Loans, Inc. that they cannot locate a record of a loan connected to the property that is at issue in the underlying litigation. Based on this information Lexington no longer believes that Countrywide Home Loans, Inc. may be a claimant to the settlement proceeds that have been deposited into the registry of the court. Lexington voluntarily dismisses Countrywide Home Loans, Inc. in light of this newfound belief. Lexington dismisses Countrywide Home Loans, Inc. without prejudice to

refilling. The undersigned has informed Countrywide Home Loans, Inc. about this voluntary dismissal and will furnish them with a copy of this dismissal.

Respectfully submitted;

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL (# 12063)
JOHN E.W. BAAY II (# 22928)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:     (504) 561-0400
Facsimile:      (504) 561-1011
E-mail: rsiegel@glllaw.com
            ewalton@glllaw.com
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 21st day of September, 2012.

| | |
|---|---|
| Joseph M. Bruno, Esq. | Dan Rees |
| Melissa DeBarbieris, Esq. | Kristen Parnell |
| **LAW OFFICE OF JOSEPH M. BRUNO, APLC** | Office of Community Development, DRU |
| 855 Baronne Street | 150 Third Street, Second Floor |
| New Orleans, Louisiana 70113 | Baton Rouge, Louisiana 70801 |
| **ATTORNEYS FOR PLAINTIFF, WENDELL YOUNGBLOOD** | **ATTORNEYS FOR LOUISIANA OFFICE OF COMMUNITY DEVELOPMENT, DRU** |

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL

2