UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO.: 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"** |
| **PERTAINS TO: C. Abadie, 06-5164** | * | |
| | * | **Judge Stanwood R. Duval, Jr.** |
| This pleading applies only to the claim of | * | |
| Wendell Youngblood regarding 11120 Idlewood | * | **MAGISTRATE (2)** |
| Court, New Orleans, LA 70128 | * | **Magistrate Joseph C. Wilkinson, Jr.** |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## ORDER

Considering the above and foregoing NOTICE OF VOLUNTARY DISMISSAL OF

COUNTRYWIDE HOME LOANS, INC. filed by defendant, Lexington Insurance Company;

IT IS HEREBY ORDERED that defendant's Notice of Voluntary Dismissal is hereby

GRANTED and Countrywide Home Loans, Inc. is hereby dismissed from this matter.

New Orleans, Louisiana, this _____ day of _____, 2012.


_____
UNITED STATES DISTRICT JUDGE