**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: KATRINA CANAL BREACHES            *
CONSOLIDATED LITIGATION                   *          CIVIL ACTION
                                          *          NO. 05-4182
                                          *          SECTION "K"(2)
                                          *
                                          *          Judge Duval
PERTAINS TO: MRGO                         *          Mag. Wilkinson
         *Armstrong, No. 10-866*          *
                                          *

**************************************************

<u>ORDER</u>

**IT IS SO ORDERED** that the Applicant's request for leave of this Honorable Court to file Sur-Reply by the Plaintiffs to Defendant Washington Group International Inc.'s Reply In Support of Defendants Objections to Certain Testimony in the Deposition Designations Submitted by the Parties is **GRANTED**.

New Orleans, Louisiana the ___20th___ day of __September__, 2012.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT JUDGE**

1