UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | |
| CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | SECTION "K"(2) |
| | * | |
| | * | Judge Duval |
| PERTAINS TO: MRGO | * | Mag. Wilkinson |
| *Armstrong, No. 10-866* | * | |
| | * | |

**************************************************

### SUR-REPLY BY PLAINTIFFS TO DEFENDANT WASHINGTON GROUP INTERNATIONAL, INC.'S REPLY IN SUPPORT OF DEFENDANT'S OBJECTIONS TO CERTAIN TESTIMONY IN THE DEPOSITION DESIGNATIONS SUBMITTED BY THE PARTIES

**NOW INTO COURT**, through undersigned counsel, come the Plaintiffs in the above enumerated action, who, respectfully submit the following in response to Defendant Washington Group International, Inc Washington Group International Inc.'s Reply In Support of Defendants Objections to Certain Testimony in the Deposition Designations Submitted by the Parties:

Because it is undisputed that WGI did not sign the permit, Plaintiffs agree to withdraw reference to WGI's lawyers advising them to not sign it.

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com

1

**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 18th day of September, 2012.

*/s/ Joseph M. Bruno*

2