# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * |
| | * Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Wendell Youngblood regarding 11120 Idlewood Court, New Orleans, LA 70128 | * <br> * MAGISTRATE (2) <br> * Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant, Lexington Insurance Company, will bring its Motion for Discharge for hearing before the Honorable Stanwood R. Duval, Jr., United States District Court Judge, at 500 Poydras Street, New Orleans, Louisiana, 70130, on the 17th day of October, 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted;

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL (# 12063)
JOHN E.W. BAAY II (# 22928)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
E-mail:rsiegel@glllaw.com
           ewalton@glllaw.com
*Counsel for Lexington Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 25th day of September, 2012.

| | |
|---|---|
| Joseph M. Bruno, Esq. | Dan Rees |
| Melissa DeBarbieris, Esq. | Kristen Parnell |
| **LAW OFFICE OF JOSEPH M. BRUNO, APLC** | Office of Community Development, DRU |
| 855 Baronne Street | 150 Third Street, Second Floor |
| New Orleans, Louisiana 70113 | Baton Rouge, Louisiana 70801 |
| **ATTORNEYS FOR PLAINTIFF, WENDELL YOUNGBLOOD** | **ATTORNEYS FOR LOUISIANA OFFICE OF COMMUNITY DEVELOPMENT, DRU** |

/s/ Robert I. Siegel
ROBERT I. SIEGEL