UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * <br> * Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Hosea Galmon regarding 4721 Francisco Verret Drive, New Orleans, Louisiana 70126 | * <br> * MAGISTRATE (2) <br> * Magistrate Joseph C. Wilkinson, Jr. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*     \*

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE CROSSCLAIM IN INTERPLEADER**

**MAY IT PLEASE THE COURT:**

This is a Hurricane Katrina claim. The defendant, Lexington Insurance Company and plaintiff, Hosea Galmon, have reached a settlement agreement that disposes of the claim alleged in the original petition. On information and belief, Hosea Galmon has entered into agreements with the State of Louisiana, Division of Administration, Office of Community Development, Louisiana Recovery Authority; and is represented by counsel.

Lexington is merely a disinterested stakeholder in settlement funds to be paid pursuant to a settlement agreement by and among Hosea Galmon and Lexington in connection with a cause of action entitled *In Re: Katrina Canal Breaches Consolidated Litigation,* Docket No. 05-4182, pertains to *C. Abadie,* No. 06-5164, United States District Court for the Eastern District of Louisiana, which sought, *inter alia*, coverage under the Lexington policy for damages due to Hurricane Katrina to property insured by Lexington (the "Underlying Litigation"). Specifically,

Lexington is ready, willing, and able to make payment totaling in excess of $500.00 (hereinafter the "Proceeds").

Made defendants in Lexington's proposed Crossclaim for Interpleader are the following persons and entities, all of whom, on information and belief, are known to have an interest in the Proceeds:

1. Hosea Galmon, Insured;

2. State of Louisiana, Division of Administration, Office of Community Development, Louisiana Recovery Authority (hereinafter "Road Home"), Administrators of the Road Home Program, a program for victims of Hurricanes Katrina and/or Rita, which, on information and belief, is an instrument of the Louisiana Division of Administration for the State of Louisiana; and

3. The Law Office of Joseph M. Bruno, APLC, a Louisiana entity with its principal place of business in Louisiana.

The three individual parties listed above may have an interest in the proceeds of the aforementioned settlement, the nature and extent of these various interests in these proceeds currently are unknown to Lexington.

By reason of the foregoing, Lexington is unable to determine who is the proper payee(s) for the Proceeds paid pursuant to settlement of the Underlying Litigation, and is, or may be, exposed to multiple liability if it were to act unilaterally at the exclusion of one or more of the claimants.

Lexington moves for leave to file its proposed Crossclaim for Interpleader in hopes that the proper payees can be determined and Lexington can satisfy its contractual and statutory

obligation to tender the amount(s) due pursuant to the settlement agreement executed in conjunction with the Underlying Litigation.

Galmon and the Law Office of Joseph M. Bruno, APLC, are hereby notified of Lexington's intent to seek this Honorable Court's leave to file its' Crossclaim for Interpleader.

Respectfully submitted;

/s/ Robert I. Siegel
ROBERT I. SIEGEL (# 12063)
JOHN E.W. BAAY II (# 22928)
ERIC C. WALTON (#29471)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
E-mail: rsiegel@glllaw.com
           ewalton@glllaw.com
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 25th day of September, 2012.

/s/ Robert I. Siegel
ROBERT I. SIEGEL

3