UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * | |
| | * | Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Pamela George regarding 6043 Paris Avenue, New Orleans, Louisiana 70122 | * | |
| | * | MAGISTRATE (2) |
| | * | Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

### ORDER ON MOTION FOR LEAVE TO FILE CROSSCLAIM IN INTERPLEADER

Considering the above and foregoing Motion for Leave to File Crossclaim in Interpleader filed by defendant, Lexington Insurance Company;

IT IS HEREBY ORDERED that defendant's Motion for Leave is hereby GRANTED and the clerk is instructed to file the proposed Interpleader into the record of these proceedings.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE