UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *   CIVIL ACTION NO.: 05-4182 <br> * <br> *   SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * |
| | *   Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Janice Morgan and Andre Morgan regarding 2248 Leon C. Simon, New Orleans, LA 70122 | * <br> *   MAGISTRATE (2) <br> *   Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

Considering the foregoing Ex Parte Motion for Limited Reopening of Case for the Purpose of Considering a Motion for Leave to File Crossclaim in Interpleader and a Motion for Leave to Deposit Funds Into the Registry of the Court;

IT IS HEREBY ORDERED that the Motion for Limited Reopening of Case be, and is hereby granted; and

IT IS FURTHER ORDERED that the Clerk of Court, as soon as business allows, reopen this matter so as to allow the filing of the Motion for Leave to File Crossclaim in Interpleader and Motion for Leave to Deposit Funds Into the Registry of the Court in connection with this matter

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE