# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * <br> * Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Janice Morgan and Andre Morgan regarding 2248 Leon C. Simon, New Orleans, LA 70122 | * <br> * MAGISTRATE (2) <br> * Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## EX PARTE MOTION FOR LEAVE TO FILE CROSSCLAIM IN INTERPLEADER

**NOW INTO COURT,** through the undersigned counsel, comes Lexington Insurance Company (hereinafter "Lexington"), who, for reasons more fully explained in the accompanying memorandum of law which is fully incorporated in this motion by reference, moves this Honorable Court for leave to file its Crossclaim in Interpleader.

Respectfully submitted;

*/s/ Robert I. Siegel*
JOHN E.W. BAAY II (#22928)
ROBERT I. SIEGEL (#12063)
ERIC C. WALTON (#29471)
Gieger, Laborde & Laperouse, LLC
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
E-mail: rsiegel@glllaw.com
             ewalton@glllaw.com
*Counsel for Lexington Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 25th day of September, 2012.

                                        */s/ Robert I. Siegel*
                                        ROBERT I. SIEGEL