# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *   CIVIL ACTION NO.: 05-4182<br>*<br>*   SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | *<br>*   Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Janice<br>Morgan and Andre Morgan regarding 2248 Leon<br>C. Simon, New Orleans, LA 70122 | *<br>*   MAGISTRATE (2)<br>*   Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

### ORDER ON MOTION FOR LEAVE TO FILE CROSSCLAIM IN INTERPLEADER

Considering the above and foregoing Motion for Leave to File Crossclaim in Interpleader filed by defendant, Lexington Insurance Company;

IT IS HEREBY ORDERED that defendant's Motion for Leave is hereby GRANTED and the clerk is instructed to file the proposed Interpleader into the record of these proceedings.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE