UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * | |
| | * | Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Janice | * | |
| Morgan and Andre Morgan regarding 2248 Leon | * | MAGISTRATE (2) |
| C. Simon, New Orleans, LA 70122 | * | Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**ORDER**

Considering the foregoing Motion for Leave to deposit Funds Into the Registry of the

Court;

IT IS HEREBY ORDERED that the Motion for Leave be, and is hereby granted; and

IT IS FURTHER ORDERED that the Clerk of Court, as soon as business allows, accepts

a check in the amount of the settlement funds payable to, "Clerk of Court, U.S. District Court,

EDLA" to be handled as per the policies of this Court; and

IT IS FURTHER ORDERED that the Clerk of Court shall serve a signed copy of the

order on the Fiscal Operations Manager of the Court.

New Orleans, Louisiana, this _____ day of _____, 2012.


_____

UNITED STATES DISTRICT JUDGE