**MINUTE ENTRY**
**DUVAL, J.**
**SEPTEMBER 12, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO MRGO | SECTION "K" (2) |
| Armstrong, No. 10-866 | |

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS:  KAREN IBOS & JODI SIMCOX**

APPEARANCES ON VARIOUS DAYS THROUGHOUT THE TRIAL:
Jerald Andry, Jonathan Andry, Joseph Bruno, Frank Dudenhefer, Jr., Phillip Gregory, Scott Joanen, Andrew Owen, Joshua Palmintier, Michael Palmintier, Matt Schultz, Elwood Stevens, Calvin Fayard, William Treeby, James Gulotta, Heather Lonian, Maggie Broussard, Adrian Wager-Zito, Debra Clayman, Christopher Farrell, Julia Cronin, Christopher Thatch, Brian Kerwin, Robin Smith, Rupert Mitsch, Conor Kells, James McConnon, Jack Woodcock, Michelle Purchner, Bonnie Kendrick, Thomas Sims, & J. Robert Warren, II

Court begins at 9:05 a.m.
All present and ready. No opening statements.
Pltfs' offer exhibits, see Alvin Livers 1, in globo, admitted.
Pltfs' witness, Alvin Livers, sworn and testified.
Defts' offer exhibits JX-1495, JX-1497, JX-1511, JX-1508, admitted.
Pltfs' and Defts' submit the following Deposition Designations of Walter Baumy, George Bacuta, Alvin Clouatre, Ethel Coats, Diego Cobos-Roa, Gerald Dicharry, John Grieshaber, Lee Guillory, Jack Heurkamp, James Montegut, Nathan Morgan, Hilary J. Nunez, Jr. and Louis D.Pomes, Dennis O'Conner, Richard B. Pinner, Stephen Roe, John Saia, F. Arlene Smith, Phillip Staggs, Richard Varuso, Ann Veigel, William Villavasso and Lake Borne Basin Levee District.
Pltfs' witness, Expert Chad Aaron Morris, sworn and testified.
Power point presentation used during Expert Chad Aaron Morris' testimony.
Court recesses for lunch at 12:24 p.m.   Court resumes at 2:00 p.m.
Testimony of witness, Expert Chad Aaron Morris resumes.
Pltfs' witness, Fred Holmes,  sworn and testified.
Pltfs' offer exhibits, see Fred Holmes 1, in globo, admitted.
Defts' offer exhibits DX-1773-0117, DX-1773-0144, JX-1479-0001, JX-1483-0001, admitted
Trial is continued until Thursday, September 13, 2012 at 9:00 a.m.
Court adjourns at 5:19 p.m.
JS-10 (6:48)