MINUTE ENTRY
DUVAL, J.
SEPTEMBER 13, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES CONSOLIDATED    CIVIL ACTION
LITIGATION

                                                     NO. 05-4182

PERTAINS TO MRGO                                SECTION "K" (2)
          Armstrong, No. 10-866

### NON JURY TRIAL

CASE MANAGER:  SHEENA DEMAS
COURT REPORTERS:  KAREN IBOS & JODI SIMCOX

Trial held and continued from Wednesday, September 12, 2012.
Court begins at 9:02 a.m.
Pltfs' oral motion for sequestration of witnesses - ORDER GRANTED.
Pltfs' offer JX 1647, JX 1668, JX 1669 & JX 1670, admitted.
Pltfs' witness,  Gerard Anthony Colletti,  sworn and testified.
Court recesses for lunch at 11:51 a.m.   Court resumes at 1:04 p.m.
Pltfs' witness,  Melvin Millard McElwee, Sr., sworn and testified.
Pltfs' offer DX 02698 & DX 02699, admitted.
Defts' offer DX 02700-0001 thru 0005, PX 3711 thru 0001 thru 5, JX 02032-0001, 0197,
0200, 0203, admitted.
Pltfs' witnesses, Stevan George Spencer, Clifford Washington, Sr., Jeannine Armstrong,
sworn and testified.
Pltfs' offer exhibits JX 1940 thru 0076 and 77, admitted.
Pltfs' offer exhibits, see  Clifford Washington & Jeannine Armstrong 1, in globo, admitted.
Pltfs' offer exhibits JX-1540-0006, JX-01542-0007, JX 001545-0001, JX 01545-0002,
JX 01545-0007, admitted.
Trial is continued until Friday, September 14, 2012 at 9:00 a.m.
Court adjourns at 4:52 p.m.
JS-10 (5:54)