**MINUTE ENTRY**
**DUVAL, J.**
**SEPTEMBER 14, 2012**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:  KATRINA CANAL BREACHES CONSOLIDATED**     **CIVIL ACTION**
**LITIGATION**

**NO. 05-4182**

**PERTAINS TO MRGO**                                          **SECTION "K" (2)**
        **Armstrong, No. 10-866**

**NON JURY TRIAL**

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS:  KAREN IBOS & JODI SIMCOX**


**Trial held and continued from Thursday, September 13, 2012.**
**Court begins at 9:08 a.m.**
**Pltfs' witness, Expert Jonathan David Rogers, sworn and testified.**
**Power point presentation used during Expert Jonathan David Rogers' testimony.**
**Court recesses for lunch at 11:58 a.m.    Court resumes at 1:03 p.m.**
**Testimony of Expert Jonathan David Rogers resumes.**
**Pltfs' witness, Michael O'Dowd, sworn and testified.**
**Pltfs' offer exhibits PX 4534 (Ref JX 01922-0001 thru 0017), JX 1922-0004, JX 1922-0007,**
**PX 4740,  admitted**
**Trial is continued until Monday, September 17, 2012 at 9:00 a.m.**
**Court adjourns at 4:14 p.m.**

**JS-10 (6:15)**