**MINUTE ENTRY**
**DUVAL, J.**
**SEPTEMBER 17, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  KATRINA CANAL BREACHES CONSOLIDATED     CIVIL ACTION
LITIGATION

                                                                         NO. 05-4182

**PERTAINS TO MRGO**                                      SECTION "K" (2)
         Armstrong, No. 10-866

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS:  KAREN IBOS & TONI TUSA**

**Trial held and continued from Friday, September 14, 2012.**
**Court begins at 9:01 a.m.**
**Pltfs' witness, Expert Robert Glenn Bea, sworn and testified.**
**Power point presentation used during Expert Robert Glenn Bea's testimony.**
**Court recesses for lunch at 11:46 a.m.   Court resumes at 1:02 p.m.**
**Testimony of Expert Robert Glenn Bea resumes.**
**Trial is continued until Tuesday, September 18, 2012 at 9:00 a.m.**
**Court adjourns at 5:54 p.m.**

**JS-10 (6:22)**