Case 2:05-cv-04182-SRD-JCW   Document 21066   Filed 09/19/12   Page 1 of 1

**MINUTE ENTRY**
**DUVAL, J.**
**SEPTEMBER 19, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO MRGO<br>    Armstrong, No. 10-866 | SECTION "K" (2) |

### NON JURY TRIAL

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS: SUSAN ZIELIE & TONI TUSA**

**Trial held and continued from Tuesday, September 18, 2012.**
**Court begins at 9:08 a.m.**
**Testimony of Expert Robert Glenn Bea resumes.**
**Court recesses for lunch at 11:49 a.m.   Court resumes at 1:21 p.m.**
**Testimony of Expert Robert Glenn Bea resumes.**
**Trial is continued until Thursday, September 20, 2012 at 9:00 a.m.**
**Court adjourns at 6:00 p.m.**

**JS-10 ( 8:21)**