**MINUTE ENTRY**
**DUVAL, J.**
**SEPTEMBER 20, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION** |
| | **NO. 05-4182** |
| **PERTAINS TO MRGO** | **SECTION "K" (2)** |
| Armstrong, No. 10-866 | |

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS: SUSAN ZIELIE & TONI TUSA**

**Trial held and continued from Wednesday, September 19, 2012.**
**Court begins at 9:03 a.m.**
**Pltfs' witness Expert John W. Crawford, sworn and testified.**
**Pltfs' offer exhibits, see John W. Crawford 1, in globo, admitted.**
**Power point presentation used during Expert John W. Crawford's testimony.**
**Pltfs' witness Expert Scott Taylor, sworn and testified.**
**Pltfs' offer exhibits, see Scott Taylor 1, in globo, admitted.**
**Court recesses for lunch at 12:19 p.m.   Court resumes at 1:19 p.m.**
**Testimony of Expert Scott Taylor resumes.**
**Pltfs' witness, Kenny Armstrong, sworn and testified.**
**Pltfs' offer exhibits, see Kenny Armstrong 1, in globo, admitted.**
**Defts' offer exhibits JX 1447, 1446, 1454, 1456, 1431, 1457, 1429, 1605, 1458, 1549 pgs 78, 234, 241, DX 1777 pgs 33 thru 35, DX 1771 pgs 163, 169 thru 170, admitted.**
**Parties offer master list of exhibits (Categories - No Obj -  35 pgs; Cat 1 - 39 pgs), admitted.**
**Pltfs' offer exhibits, State of LA 1 and PX 4751-0001, in globo, admitted.**
**Pltfs' offer the following depositions: Francis Arlene Smith - PX 4648; John Saia PX 4690, Phillip Staags PX 4677, Dr. George Bacuta - PX 4684, James Montegut PX 4685, Alvin Clouatre PX 4689, Dennis O'Conner JX 1648, Lee Guillory JX 1709, Jack Heurkamp PX 4679, Hillary J. Nunez, Terri Doskey & Louis D. Pomes PX 4680, William Villavasso PX 4683, Lake Borne Basin Levee District PX 4678, Ethel Mae Coats DX 02676, admitted.**
**Pltfs' offer exhibits Part (A) & (A-1) PX 4747 0001-0009, Part (D) PX 4744 0001-0085, Part (E) PX 4750 0001-0020, admitted.**
**Trial is continued until Friday, September 21, 2012 at 9:00 a.m.**
**Court adjourns at 5:35 p.m.**

**JS-10 (7:30 )**