**MINUTE ENTRY**
**DUVAL, J.**
**SEPTEMBER 21, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE:  KATRINA CANAL BREACHES CONSOLIDATED**     **CIVIL ACTION**
**LITIGATION**

                                                                            **NO. 05-4182**

**PERTAINS TO MRGO**                                              **SECTION "K" (2)**
            **Armstrong, No. 10-866**

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS: SUSAN ZIELIE & TONI TUSA**

**Trial held and continued from Thursday, September 20, 2012.**
**Court begins at 9:08 a.m.**
**Defts' witness, Expert Joseph Dunbar, sworn and testified.**
**Power point presentation used during Expert Joseph Dunbar's testimony.**
**Defts' witness, Expert William Allen Marr, sworn and testified.**
**Power point presentation used during Expert William Allen Marr's testimony.**
**Defts' offer exhibit JX 1865, admitted.**
**Court recesses for lunch at 12:40 p.m.    Court resumes at 1:30 p.m.**
**The Court adjourns for the day due to the tragic news regarding a family member of Mr.**
**Joseph Bruno.**
**Trial is continued until Monday, September 24, 2012 at 9:00 a.m.**
**Court adjourns at 1:35 p.m.**

**JS-10 (3:45)**