**MINUTE ENTRY**
**DUVAL, J.**
**SEPTEMBER 24, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE:  KATRINA CANAL BREACHES CONSOLIDATED**        **CIVIL ACTION**
**LITIGATION**

                                                            **NO. 05-4182**

**PERTAINS TO MRGO**                                        **SECTION "K" (2)**
                **Armstrong, No. 10-866**

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS: CATHY PEPPER  & JODI SIMCOX**


**Trial held and continued from Friday, September 21, 2012.**
**Court begins at 9:08 a.m.**
**Testimony of witness, Expert William Allen Marr resumes.**
**Defts' offer exhibit DM 1006-0059, admitted.**
**Court recesses for lunch at 12:03 p.m.    Court resumes at 1:05 p.m.**
**Testimony of witness, Expert William Allen Marr resumes.**
**Pltfs' offer Dr. Marr's complete Expert Report with all appendixes, Supplemental Reports,**
**Dr. Bea's Reports, The Errata sheet to the deposition, admitted.**
**Trial is continued until Tuesday, September 25, 2012 at 9:00 a.m.**
**Court adjourns at 8:10 p.m.**


**JS-10 (10:00)**