**MINUTE ENTRY**
**DUVAL, J.**
**SEPTEMBER 25, 2012**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: KATRINA CANAL BREACHES CONSOLIDATED**          **CIVIL ACTION**
**LITIGATION**

                                                                                             **NO. 05-4182**

**PERTAINS TO MRGO**                                                               **SECTION "K" (2)**
      **Armstrong, No. 10-866**

**NON JURY TRIAL**

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS: CATHY PEPPER & JODI SIMCOX**

**Trial held and continued from Monday, September 24, 2012.**
**Court begins at 9:07 a.m.**
**Defts' witnesses, Stephen Roe, Lee A. Guillory, sworn and testified.**
**Court recesses for lunch at 12:17 p.m.   Court resumes at 1:20 p.m.**
**Testimony of Lee A. Guillory resumes.**
**Trial is continued until Wednesday, September 26, 2012 at 11:00 a.m.**
**Court adjourns at 6:15 p.m.**

**JS-10 (8:00)**