**MINUTE ENTRY**
**DUVAL, J.**
**SEPTEMBER 26, 2012**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO MRGO<br>    Armstrong, No. 10-866 | SECTION "K" (2) |

### NON JURY TRIAL

**CASE MANAGER: SHEENA DEMAS**
**COURT REPORTERS: CATHY PEPPER**

Trial held and continued from Tuesday, September 25, 2012.
Court begins at 11:06 a.m.
Testimony of Lee A. Guillory resumes.
Court recesses for lunch at 12:21 p.m.   Court resumes at 1:06 p.m.
Testimony of Lee A. Guillory resumes.
Defts' witness Expert Robert A. Dalrymple, sworn and testified.
Power point presentation used during Expert Robert A. Dalrymples testimony.
Defts' offer exhibit DX 2079, admitted.
Trial is continued until Thursday, September 27, 2012 at 9:00 a.m.
Court adjourns at 5:35 p.m.

**JS-10 (6:35)**