MINUTE ENTRY
DUVAL, J.
SEPTEMBER 27, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO MRGO<br>　　　Armstrong, No. 10-866 | SECTION "K" (2) |

### NON JURY TRIAL

CASE MANAGER:  SHEENA DEMAS
COURT REPORTERS: CATHY PEPPER  &  JODI SIMCOX


Trial held and continued from Wednesday, September 26, 2012.
Court begins at 9:11 a.m.
Testimony of  Expert Robert A. Dalrymple, resumes.
Pltfs' offer Dalrymple 8 - slides 8 thru 12, JX 02033-1583 (cover page), JX 02-33-1584 volumes & pgs 1, 8,, 11 thru 16, appendix 2, vol. 4, JX 02033-2734, 35, PX 4740, Dalrymple Report, JX 01713-1, admitted.
Defts' offer exhibit DX 02603, DX DM 0006, pgs 1 thru 48, admitted.
Court recesses for lunch at 12:09 p.m.   Court resumes at 1:10  p.m.
Defts' witness, Expert Patrick Lucia, sworn and testified.
Proffer #1 stated.
Trial is continued until Friday, September 28, 2012 at 9:00 a.m.
Court adjourns at 5:47 p.m.

JS-10 (7:45)