UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION * * NO. 05-4182 * |
| PERTAINS TO: MRGO  *Armstrong, No.* 10-866 | * SECTION "K" (2) * * * JUDGE DUVAL * * MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT STIPULATION REGARDING EXPERT WITNESS, <u>MR. MICHAEL W. TRUAX, SR.</u>

It is stipulated by and between the parties that Mr. Michael W. Truax, Sr. is an expert in the field of real estate appraisal and that if he were to testify live at trial, he would testify substantially in accord with his expert reports and the attached demonstrative regarding the real estate appraisal values of the Armstrong, Holmes, and Livers residences prior to and subsequent to the damages caused by the passage of Hurricane Katrina.

The expert reports of Mr. Truax have been previously marked and admitted into evidence as Exhibits: JX-1761, JX-1762, JX-1763, JX-1764, JX-1765, and JX-1766.

The attached demonstrative is entitled "Diminution in Value Estimates" and is labeled DX DM-0014.

Dated: October 1, 2012

Respectfully submitted,

*/s/ William D. Treeby*
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
  Of
STONE PIGMAN WALTHER WITTMANN L.L.C.

1105778v.1

- 2 -

546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Facsimile: (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3891
Facsimile: (202) 626-1700

*Attorneys for Washington Group International, Inc., a division of URS Corporation*


*/s/ Robin Doyle Smith*
Robin Doyle Smith
Senior Trial Counsel, Tort Branch, Civil Division
U.S. Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C. 20044
Telephone: (202) 616-4289
Facsimile: (202) 616-5200

*Attorney for Defendant, the United States*


*/s/ Joseph M. Bruno*
Joseph M. Bruno, La. Bar No. 3604
Bruno & Bruno, L.L.P.
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504 ) 561-6775

*Plaintiffs Liaison Counsel*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Stipulation Regarding Expert Witness, Michael W. Truax, Sr. has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 1st day of October, 2012.

*/s/ William D. Treeby*