## Diminution in Value Estimates

| | Pre-Katrina Value Undamaged Structure, per Truax Appraisal | Post-Katrina Value Land and Gutted Structure, per Truax Appraisal | Difference in Value Between Undamaged and Gutted Structure | Post-Katrina Value Land Only, per Truax Appraisal | Difference in Value Between Undamaged Structure and Land Only |
|---|---|---|---|---|---|
| **Armstrong 4016 Hamlet Place** | $146,000 | $30,000 | $116,000 | $11,000 | $135,000 |
| **Holmes 1205 Perrin Drive** | $115,000 | $30,000 | $85,000 | $11,000 | $104,000 |
| **Livers 4924 St. Claude Ave** | $140,000 | $46,000 | $94,000 | $7,000 | $133,000 |

DX DM-0014
11031 13v.1