MINUTE ENTRY
DUVAL, J.
SEPTEMBER 28, 2012

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES CONSOLIDATED            CIVIL ACTION
LITIGATION

                                                                              NO. 05-4182

PERTAINS TO MRGO                                                                    SECTION "K" (2)
       Armstrong, No. 10-866

## NON JURY TRIAL

CASE MANAGER: SHEENA DEMAS
COURT REPORTERS: CATHY PEPPER & JODI SIMCOX

Trial held and continued from Thursday, September 27, 2012.
Court begins at 9:04 a.m.
Defts' witness, Expert David Sykora, sworn and testified.
Defts' offer exhibit DX DM-0008-0001, admitted.
Court recesses for lunch at 11:51 p.m.   Court resumes at 1:00 p.m.
Defts' witness, Expert Thomas Lyle Brandon, sworn and testified.
Power point presentation used during Expert Thomas Lyle Brandon's testimony.
Defts' offer JX 1835, admitted.
Defts' witness, Expert James R. Danner, sworn and testified.
Defts' offer exhibits, DX 1780, DX 2118, DX 2702 (2, 3, 25, 26, 27, 28 & 61), DX 2703 (2, 3, 4, 5, & 6), DX 2704 (8, 22), DX 2717, admitted.
Trial is continued until Monday, October 1, 2012 at 9:00 a.m.
Court adjourns at 7:11 p.m.

JS-10 (9:05)