**MINUTE ENTRY**
**DUVAL, J.**
**OCTOBER 1, 2012**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO MRGO<br>Armstrong, No. 10-866 | SECTION "K" (2) |

### NON JURY TRIAL

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS:  JODI SIMCOX & KAREN IBOS**

**Trial held and continued from Friday, September 28, 2012.**
**Court begins at 9:06 a.m.**
**Defts' witness, Expert Timothy Dwight Stark, sworn and testified.**
**Defts' offer exhibit JX 1860, admitted.**
**Court recesses for lunch at 12:28 p.m.    Court resumes at 1:40 p.m.**
**Pltfs' offer exhibits during cross-examination & DM DX 1009-0003, DM DX 1009-0019, DM DX 1009-0026, DM DX 1009-0034 & DM DX 10009-0047, admitted.**
**Defts' witnesses, Expert Jean Prieur Du Plessis, Karl Schneider, sworn and testified.**
**Defts' offer exhibits DX DM 0010, DX DM 009, DX DM 0011, DX DM-012, admitted.**
**Joint stipulation regarding Expert witness, Michael W. Truax, Sr. - DX-02721-0001 regarding JX 1761 through JX 1766 and DX DM-0014, admitted.**
**Defts' offer DX DM 1006-0007, 1006-0009 through 0019, 1006 pg 0055, 1006-0058 through 0061, admitted.**
**Defts' withdraw offering exhibits DX 2702-0026 and DX 02703-0004, and 0005.   DX 01780 (343 through 349) should only be offered not the entire DX 01780.**
**Deft, US offer of proof #1 stated on the record.**
**Trial is continued until Tuesday, October 2, 2012 at 9:00 a.m.**
**Court adjourns at 4:56 p.m.**

**JS-10 (6:40)**