UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 * |
| | * SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * |
| | * Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Hosea Galmon regarding 4721 Francisco Verret Drive, New Orleans, Louisiana 70126 | * |
| | * MAGISTRATE (2) |
| | * Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

### ORDER ON MOTION FOR LEAVE TO FILE CROSSCLAIM IN INTERPLEADER

Considering the above and foregoing Motion for Leave to File Crossclaim in Interpleader filed by defendant, Lexington Insurance Company;

IT IS HEREBY ORDERED that defendant's Motion for Leave is hereby GRANTED and the clerk is instructed to file the proposed Interpleader into the record of these proceedings.

New Orleans, Louisiana, this __1st__ day of __October__, 2012.

_____
Stanwood R. Duval, Jr.
United States District Judge