UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 <br> * <br> * SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * <br> * Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Pamela George regarding 6043 Paris Avenue, New Orleans, Louisiana 70122 | * <br> * MAGISTRATE (2) <br> * Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

Considering the foregoing Motion for Leave to deposit Funds Into the Registry of the Court;

IT IS HEREBY ORDERED that the Motion for Leave be, and is hereby granted; and

IT IS FURTHER ORDERED that the Clerk of Court, as soon as business allows, accepts a check in the amount of the settlement funds payable to, "Clerk of Court, U.S. District Court, EDLA" to be handled as per the policies of this Court; and

IT IS FURTHER ORDERED that the Clerk of Court shall serve a signed copy of the order on the Fiscal Operations Manager of the Court.

New Orleans, Louisiana, this __1st__ day of __October__, 2012.

_____
UNITED STATES DISTRICT JUDGE