**MINUTE ENTRY**
**DUVAL, J.**
**OCTOBER 2, 2012**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE:  KATRINA CANAL BREACHES CONSOLIDATED**   **CIVIL ACTION**
**LITIGATION**

**NO. 05-4182**

**PERTAINS TO MRGO**   **SECTION "K" (2)**
       **Armstrong, No. 10-866**

**NON JURY TRIAL**

**CASE MANAGER:  SHEENA DEMAS**
**COURT REPORTERS:  JODI SIMCOX & KAREN IBOS**

**Trial held and continued from Monday, October 1, 2012.**
**Court begins at 9:06 a.m.**
**Defts' witness, Expert Francisco Silva-Tulla, sworn and testified.**
**Defts' offer exhibit JX 01673-0002 thru JX 01673-0025, admitted.**
**Court recesses for lunch at 12:23 p.m.   Court resumes at 1:37 p.m.**
**Testimony of Expert Francisco Silva-Tulla resumes.**
**Defts' offer exhibits DX DM 0015-0058.1, DX DM-0015-00109.1, DX DM-0015-0069.1, DX**
**02722,  JX 1672 through JX 1680, DX 02648, DX 2723, and Defts' Deposition Designations**
**by trial exhibit number, admitted.**
**Pltfs' offer summaries from October 1, 2012, B & C are now PX 4748 4748.1, 4749 and**
**4749.1, admitted.**
**Trial is continued until Wednesday, October 3, 2012 at 9:30 a.m.**
**Court adjourns at 6:17 p.m.**

**JS-10 (7:40)**