Office of the Clerk
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Date: October 11, 2012

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
CIVIL ACTION NO.: 05-4182

PERTAINS TO:      C. Abadie, 06-5164

This pleading applies only to the claim of Pamela George regarding 6043 Paris Avenue, New Orleans, Louisiana 70122

Dear Clerk:

    Please issue the summons on Lexington's Complaint in Interpleader to the following:

1. Road Home Program
   Through Mr. Tom Brennan
   Office of Community Development
   Division of Administration, State of Louisiana
   Louisiana Recovery Authority, DRU
   150 North Third Street, Suite 500
   Baton Rouge, Louisiana 70801

Very truly yours,

ERIC C. WALTON
Attorney for Lexington Insurance Company
Gieger, Laborde & Laperouse, LLC
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139