MINUTE ENTRY
DUVAL, J.
OCTOBER 3, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO MRGO<br>　　　Armstrong, No. 10-866 | SECTION "K" (2) |

NON JURY TRIAL

CASE MANAGER: SHEENA DEMAS
COURT REPORTERS: CATHY PEPPER & TONI TUSA

Trial held and continued from Tuesday, October 2, 2012.
Court begins at 9:53 a.m.
Pltfs' rebuttal witness, Expert Robert Bea, previously sworn, testified.
Pltfs' offer exhibit PX 4768-1, BR 002 thru BR 004, admitted.
Court recesses for lunch at 12:03 p.m.   Court resumes at 1:10 p.m.
Testimony of Expert Robert Bea resumes.
Defts' offer exhibits DX DM 0015-00, Cat 2 - no objs. - 2 pgs., JX 1389, JX 1553, JX 1392 thru, JX 1395, JX 1551, DX 1625, JX 1379, DX 1589, DX 206, JX 1401, JX 1370 DX 2727, JX-4-004, JX 1370 and JX 2389, admitted.
Pltfs' offer exhibits PX 04771 and PX 04770, admitted.
Parties still have to work on exhibits in this trial.  See Court's Order outlining matters to be undertaken post trial, record document 21090.
Court adjourns at 6:30 p.m.

JS-10 (8:00)