UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO:  BARGE<br>        Weisler v. Seymour, 09-2737 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

The captioned case was dismissed by minute entry entered by the presiding district judge on November 22, 2011.  Record Doc. No. 20590 in C.A. No. 05-4182 and Record Doc. No. 25 in C.A. No. 09-2737.  Accordingly, in camera documents previously produced to the court will be shredded and destroyed on **October 29, 2012**.  Counsel who wish to have their clients' documents returned to them must contact my office no later than **October 26, 2012** to make arrangements to pick up their documents from my office.

New Orleans, Louisiana, this ____12th____ day of October, 2012.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE