UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182 "K" (2) |
| | § | JUDGE DUVAL |
| _____ | § | MAG. WILKINSON |
| | § | |
| PERTAINS TO: MRGO, | § | |
|    Armstrong, No. 10-866 | § | |
| _____ | § | |

### EXHIBITS TO BE ADMITTED AT TRIAL

The Court Ordered the parties to file no later than October 27, 2012, a table listing:

a. Exhibits admitted at trial with no objection;

b. Exhibits admitted at trial in "Category 1" which should be admitted without objection;

c. Exhibits sought to be admitted at trial in Category 2 with each objection listed in one column, response in another column and a column provided in which the Court will rule on the objection.  *See* D.N. 21090.

As Ordered, Defendants United States of America and Washington Group International hereby respectfully submits the above requested table of exhibits. The defendants met and conferred with the plaintiffs and received their input concerning the exhibits described in paragraphs "a" and "b" above.  It is the defendants' understanding that the plaintiffs are in agreement with those exhibits listed in the "No Objection" and "Category 1" sections of the attached table of exhibits.

The defendants also met and conferred with the plaintiffs concerning the exhibits described in paragraph "c" above.  The defendants have listed their Category 2 exhibits in the

"Category 2" section of the attached table of exhibits.  The plaintiffs provided their objections to those exhibits and they are also listed in the table of exhibits.  The defendants also provided plaintiffs with their objections to plaintiffs' list of Category 2 exhibits.  However, the defendants are unable to provide the Court with the plaintiffs' list of Category 2 exhibits because, despite the defendants' good faith efforts to obtain them, the plaintiffs did not provide the defendants with their final list, including their responses to the defendants' objections, in time for this filing.

          Respectfully submitted,

          STUART F. DELERY
          Acting Assistant Attorney General

          PHYLLIS J. PYLES
          Director, Torts Branch

          JAMES G. TOUHEY, JR.
          Assistant Director, Torts Branch

          s/ James F. McConnon, Jr.
          JAMES F. MCCONNON, JR.
          Trial Attorney, Torts Branch, Civil Division
          U.S. Department of Justice
          Benjamin Franklin Station, P.O. Box 888
          Washington, D.C.  20044
          (202) 616-4400 / (202) 616-5200 (Fax)
          Attorneys for the United States

Dated: October 26, 2012

Table of Exhibits attached.

## **CERTIFICATE OF SERVICE**

      I, James F. McConnon, Jr., hereby certify that on October 26, 2012, I served a true copy of the foregoing Exhibits to be Admitted at Trial upon counsel for all parties using the CM/ECF system.

                                      /s/ James F. McConnon, Jr.
                                      JAMES F. McCONNON, JR.