| TRIAL EX NO | TITE / DESCRIPTION | BATES START | BATES END | PLTF OBJ | DEF OBJ | PAGES OFFERED | RECORD CORRECTIONS | US OBJECTION | WGI OBJECTION | PLTF RESPONSE | COURT RULING |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-02260 | Deposition of Lee Guillory, August 22, 2008 - Ex. 62 4-15-02 Geotech documents re borrow pit | MEB487-000009894 | MEB487-000009899 | 2 | | ALL PAGES | | No objection | Category 2 Objection Preserved | Admitted at PG 2591: LN 11, Rec. Doc. No. 21071 | |
| DX-02647 | Supplemental Expert Report of Allen Marr | | | 2 | 2 | 1, 3 | | No objection | No objection / United States moving admission of entire report | Admitted at PG 1965: LN 9, Rec. Doc. No. 21069 | |
| JX-01391 | Expert Report of Robert Bea: Appendix B - Development of Lower 9th Ward Floodwall Analysis Cross-Sections; Author: Bea, R.G.; Cobos-Roa, D.; Storesund, R. | MEB487-000017375 | MEB487-000017424 | 2 | 2 | 30. US OBJ W/D AS TO PAGES 25 & 26 | | No objection | Category 2 Objection Preserved | Admitted at PG 1808: LN 22, Rec. Doc. No. 21068 | |
| JX-01392 | Expert Report of Robert Bea: Appendix C - Development of Lower 9th Ward Floodwall Analysis Soil Behavior Characteristics; Author: Bea, R.G.; Cobos-Roa, D.; Vera-Grunauer, X. | MEB487-000017433 | MEB487-000017478 | 2 | 2 | ALL PAGES. US OBJ W/D AS TO PAGES: 3, 19, 20, 21, 34 & 41 | | No objection | Category 2 Objection Preserved | Admitted at PG 4038: LN 16, Rec. Doc. No. | |
| JX-01393 | Expert Report of Robert Bea: Appendix D - Analysis of Lower 9th Ward Floodwall Performance during Hurricane Katrina; Author: Bea, R.G.; Cobos-Roa, D.; Vera-Grunauer, X. | MEB487-000017487 | MEB487-000017538 | 22 | 2 | ALL PAGES. US OBJ W/D AS TO PAGES 2 & 4 | | No objection | Category 2 Objection Preserved | Admitted at PG 1318: LN 6, Rec. Doc. No. 21066 | |
| JX-01493 | Scott Taylor Loss Report on 4924 St. Claude Ave. | Alvin Livers Dep Ex.5 | Alvin Livers Dep Ex 5 | 2 | 2 | ALL PAGES. DEFENDANTS' OBJ W/D. | | No objection | No objection | | |
| JX-01556 | Crawford weather report | Crawford Dep. Ex. | Crawford Dep. Ex. | 2 | 2 | 1556 | | No objection | No objection | | |
| JX-01557 | Crawford C.V. | Crawford Dep. Ex. | Crawford Dep. Ex. | 2 | | ALL PAGES | | No objection | No objection | | |
| JX-01566 | Crawford Flood Damage Assessment for Jeannine and Kenneth Armstrong | Crawford Dep. Ex. 03 | Crawford Dep. Ex. 03 | 2 | 2 | ALL PAGES | | No objection | No objection | | |
| JX-01569 | Crawford Flood Damage Assessment for Ethel Coats | Crawford Dep. Ex. 07 | Crawford Dep. Ex. 07 | 2 | 2 | ALL PAGES | | No objection | No objection | | |
| JX-01570 | Crawford Flood Damage Assessment for Fred Holmes | Crawford Dep. Ex. 08 | Crawford Dep. Ex. 08 | 2 | 2 | ALL PAGES | | No objection | No objection | | |
| JX-01571 | Crawford Flood Damage Assessment for Alvin Livers | Crawford Dep. Ex. 09 | Crawford Dep. Ex. 09 | 2 | 2 | ALL PAGES | | No objection | No objection | | |
| JX-01572 | Crawford Flood Damage Assessment for Clifford Washington (Charbonnet) | Crawford Dep. Ex. 10 | Crawford Dep. Ex. 10 | 2 | 2 | ALL PAGES | | No objection | No objection | | |
| JX-01576 | Expert Report of Chad Morris | Morris Dep. Ex. 02, Crawford Dep. Ex. 04 | Morris Dep. Ex. 02, Crawford Dep. Ex. 04 | 2 | 2 | ALL PAGES | | Objection: Relevance | Category 2 Objection Preserved, Objection: Relevance | Pages 1-3, "Qualification & Experience" admitted at trial. | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| JX-01604 | Expert Report of Scott Taylor re: Armstrong residence, contents, and ALE | | | 2 | 2 | 42-55 | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |
| JX-01605 | Revised Expert Report of Scott Taylor re: Armstrong residence, contents, and ALE | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |
| JX-01606 | Expert Report of Scott Taylor re: Holmes residence, contents, and ALE | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |
| JX-01607 | Revised Expert Report of Scott Taylor re: Holmes residence, contents, and ALE | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |
| JX-01609 | Revised Expert Report of Scott Taylor re: Coats residence, contents, and ALE | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |
| JX-01611 | Revised Expert Report of Scott Taylor re: Livers residence, contents, and ALE | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-01613 | Revised Expert Report of Scott Taylor re: Washington Charbonnet residence, contents, and ALE | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | | |
| JX-01613 | Revised Expert Report of Scott Taylor re: Washington Charbonnet residence, contents, and ALE | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | | |
| JX-01645 | Deposition of Alvin Clouatre: Ex.18 - 8-4-05 email from Bacuta to Lesser re groundwater and drainage, Jourdan Ave | Clouatre Dep Ex.18 | Clouatre Dep Ex.18 | 2 | | ALL PAGES | | No objection | Category 2 Objection Preserved | Admitted at PG 1255: LN 21, Rec. Doc. No. 21066 | |
| JX-01647 | Deposition Designations of John Grieshaber (CORRECT EX NO IS PX-4674) | | | 2 | 2 | ALL PAGES | | Objection: Hearsay/ Designated portions only | Objection: Hearsay / Designated portions only | Admitted at PG 279: LN 20, Rec. Doc. No. 21062 | |
| JX-01648 | Deposition Designations of Dennis O'Conner (CORRECT EX NO IS PX-4681) | | | 2 | 2 | ALL PAGES | | Objection: Hearsay/ Designated portions only | Objection: Hearsay / Designated portions only | Admitted at PG 1700: LN 10, Rec. Doc. No. 21067 | |
| JX-01659 | Deposition of George Bacuta: Ex.14 - Jan 2002 Saucer Marine Site Drilling Report IV | Bacuta Dep Ex.14 | Bacuta Dep Ex.14 | 2 | | ALL PAGES | | No objection | Category 2 Objection Preserved | Admitted at PG 3455: LN 14, Rec. Doc. No. | |
| JX-01660 | Deposition of George Bacuta: Ex.15 - July 2002 Boland Marine Site Drilling Report VII | Bacuta Dep Ex.15 | Bacuta Dep Ex.15 | 2 | | ALL PAGES | | No objection | Category 2 Objection Preserved | Admitted at PG 734: LN 5, Rec. Doc. No. 21063 | |
| JX-01663 | Deposition of Gerald Colletti | | | 2 | 2 | 11 | | Objection: Hearsay | Objection: Hearsay / Designated portions only | Admitted at PG 305: LN 2, Rec. Doc. No. 21062 | |
| JX-01664 | Deposition of Gerald Colletti: Ex.1 - Resume | Colletti Dep Ex.1 | Colletti Dep Ex.1 | 2 | | 1 | | No objection | Category 2 Objection Preserved | Admitted at PG 286: LN 25, Rec. Doc. No. 21062 | |
| JX-01668 | Deposition of Richard Pinner | | | 2 | 2 | ALL PAGES | PX-4687 | Objection: Hearsay/ Designated portions only | Objection: Hearsay / Designated portions only | Admitted at PG 282: LN 6, Rec. Doc. No. 21062 | |

| ID | Description | Col3 | Col4 | C5 | C6 | Pages | PX | Obj1 | Obj2 | Status |
|---|---|---|---|---|---|---|---|---|---|---|
| JX-01669 | Deposition of Richard Varuso | | | 2 | 2 | ALL PAGES | PX-4686 | Objection: Hearsay/ Designated portions only | Objection: Hearsay / Designated portions only | Admitted at PG 283: LN 22, Rec. Doc. No. 21062 |
| JX-01670 | Deposition of Walter Baumy | | | 2 | 2 | ALL PAGES | PX-4688 | Objection: Hearsay/ Designated portions only | Objection: Hearsay / Designated portions only | Admitted at PG 285: LN 8, Rec. Doc. No. 21062 |
| JX-01674 | Expert Report of Francisco Silva-Tulla: Appendix B - Table of Figures | | | 2 | 2 | ALL PAGES. PAGE 6 (OBJ RAISED/RULING UNCLEAR). PAGE 7 ADMITTED FOR LIMITED PURPOSE. PAGE 12 ADMITTED (OBJ OVERRULED) | | No objection | None (WGI already moved admission of entire report + appendices) | Admitted at PG 132: LN 13, Rec. Doc. No. 21061 |
| JX-01695 | Krebs, R.W., 2011. Elevation Survey of Inner Harbor Navigational Canal-East Bank Industrial Area Field Exploration and Testing Program Lower Ninth Ward Third District, Orleans Parish, LA, 1 October 2011. | Silva Reliance Materials | Silva Reliance Materials | | 2 | ALL PAGES | | MIGHT NOT HAVE BEEN USED AT TRIAL/POSSIBLY MIS-CITED BY M.SCHULTZ | MIGHT NOT HAVE BEEN USED AT TRIAL / POSSIBLY MIS-CITED BY M. SCHULTZ | Admitted at PG 1258: LN 6, Rec. Doc. No. 21066 |
| JX-01709 | Deposition of John Grieshaber, Vol. II, Aug. 21, 2008 | WGII MSJ Ex. 058 | WGII MSJ Ex. 058 | 2 | 2 | ALL PAGES | | Objection: Hearsay/ Designated portions only | Objection: Hearsay / Designated portions only | Admitted at PG 1701: LN 22, Rec. Doc. No. 21067 |
| JX-01713 | Expert Report of Robert A. Dalrymple | | | 2 | 2 | ALL PAGESADMITTED AT TRIAL (9/26) | | No objection | None (WGI already moved admission of entire report + appendices) | Admitted at PG 2862: LN 19, Rec. Doc. No. 21072 |
| JX-01742 | Expert Report of J. Danner re: Coats Residence | | | 2 | 2 | 6 | | No objection | No objection / all damages expert reports in evidence per parties' agreement | Admitted at PG 3566: LN 10, Rec. Doc. No. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| JX-01761 | Expert Report of Michael Truax: Pre-Katrina Appraisal of Holmes Property | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |
| JX-01762 | Expert Report of Michael Truax: Post-Katrina Appraisal of Holmes Property | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |
| JX-01763 | Expert Report of Michael Truax: Pre-Katrina Appraisal of Armstrong Property | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |
| JX-01764 | Expert Report of Michael Truax: Post-Katrina Appraisal of Armstrong Property | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |
| JX-01765 | Expert Report of Michael Truax: Pre-Katrina Appraisal of Livers Property | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |
| JX-01766 | Expert Report of Michael Truax: Post-Katrina Appraisal of Livers Property | | | 2 | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-01780 | Expert Report of Timothy Stark | | | 2 | 2 | 28, 40 | | No objection | No objection / United States seeking admission of entire report | Admitted at PG 3479: LN 20, Rec. Doc. No. | |
| JX-01781 | Expert Report of Joseph B. Dunbar | | | 2 | 2 | 3, 27, 65, 66, 67 | | No objection | No objection / United States seeking admission of entire report | Admitted at PG 1820: LN 25, Rec. Doc. No. 21068 | |
| JX-01821 | Deposition of Patrick Lucia, March 23, 2012 - Ex. 3: 1966 General Design Memorandum Number 3 | MEB537-000000583 | MEB537-000000821 | 2 | 2 | 193 | | No objection | No objection / Duplicate of JX-0004 (already in evidence) | Admitted at PG 2977: LN 2, Rec. Doc. No. 21072 | |
| JX-01822 | Deposition of Patrick Lucia, March 23, 2012 - Ex. 4: Solicitation, Offer and Award to Tulsa Dist. Corps of Engineers | MEB537-000000822 | MEB537-000000841 | 2 | 2 | ALL PAGES | | No objection | No objection / Duplicate of JX-0048 (already in evidence) | Admitted at PG 3106: LN 13, Rec. Doc. No. | |
| JX-01823 | Deposition of Patrick Lucia, March 23, 2012 - Ex. 5: June 1999 Statement of Work | MEB537-000000842 | MEB537-000000846 | 2 | 2 | ALL PAGES | | No objection | No objection / Duplicate of JX-0049 (already in evidence) | Admitted at PG 3109: LN 16, Rec. Doc. No. | |
| JX-01843 | Deposition of Thomas Naymik, April 5, 2012 - Ex. 1: Expert Report of Thomas Naymik | MEB537-000002590 | MEB537-000002621 | 2 | 2 | 10, 11, 30 | | No objection | No objection | Admitted at PG 3462: LN 22, Rec. Doc. No. | |
| JX-01854 | Deposition of Thomas Naymik, April 5, 2012 - Ex. 8: Fugro Log of Borings | MEB537-000003287 | MEB537-000003332 | 2 | 2 | 1, 26 | | No objection | Category 2 Objection Preserved | Admitted at PG 3472: LN 12, Rec. Doc. No. | |
| JX-01864 | Expert Report of Allen Marr: What Caused the I-Wall Failures at the EBIA North and South Breaches? | MEB474-000000413 | MEB474-000000540 | 2 | 2 | ALL PAGES | | No objection | No objection / United States seeking admission of entire report | Admitted at PG 1822: LN 5, Rec. Doc. No. 21068 | |
| JX-01871 | Expert Report of Allen Marr: Appendix G: Subsurface Profiles | MEB474-000000059 | MEB474-000000080 | 2 | 2 | ALL PAGES | | No objection | No objection / United States seeking admission of entire report | Admitted at PG 737: LN 4, Rec. Doc. No. 21063 | |
| JX-01886 | Deposition of Allen Marr, April 23 & 24, 2012 - Ex. 1: Expert Report of Allen Marr, Errata Sheet | MEB537-000001779 | MEB537-000001783 | 2 | 2 | ALL PAGES | | No objection | No objection | Admitted at PG 1962: LN 18, Rec. Doc. No. 21069 | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JX-01887 | Deposition of Allen Marr, April 23 & 24, 2012 - Ex. 5: Images and Graphs of Florida Ave Bridge | MEB537-000001788 | MEB537-000001790 | 2 | 2 | ALL PAGES | | No objection | No objection | Admitted at PG 2084: LN 11, Rec. Doc. No. 21069 | |
| JX-01940 | Declaration of Stevan G. Spencer | WGII MSJ Ex. 121 | WGII MSJ Ex. 121 | | 2 | 1, 22, 25, 27, 30, 33, 42-74, 76-78, | | No objection | No objection / WGI already moved admission of entire declaration | Admitted at PG 3442: LN 1, Rec. Doc. No. | |
| PX-0682 | SCHNEIDER: DEPOSITION OF KARL SCHNEIDER, APRIL 16, 2012 | | | | 2 | 119, 216, 253 | | Objection/Hearsay | Objection / Hearsay | Admitted at PG 3623: LN 23, Rec. Doc. No. | |
| PX-1217 | CRAWFORD: FLOOD DAMAGE ASSESSMENT REBUTTAL, ALVIN LIVERS, 4924 ST. CLAUDE AVENUE, INCLUDING ENGINEERING REPORTS, HYDROGRAPHS, DAMAGE ESTIMATES, AND PHOTOGRAPHS. | | | | 2 | ALL PAGES. ADMITTED AT TRIAL | | No objection | No objection / all damages expert reports in evidence per parties' agreement | | |
| PX-1218 | CRAWFORD: FLOOD DAMAGE ASSESSMENT REBUTTAL, CLIFFORD WASHINGTON, 1910-1910 ½ CHARBONET, INCLUDING ENGINEERING REPORTS, HYDROGRAPHS, DAMAGE ESTIMATES, AND PHOTOGRAPHS. | | | | 2 | ALL PAGES. ADMITTED AT TRIAL | | No objection | No objection / all damages expert reports in evidence per parties' agreement | | |
| PX-1220 | CRAWFORD: FLOOD DAMAGE ASSESSMENT REBUTTAL, ETHEL COATS, 1020-1022 CHARBONET, INCLUDING ENGINEERING REPORTS, HYDROGRAPHS, DAMAGE ESTIMATES, AND PHOTOGRAPHS. | | | | 2 | ALL PAGES. ADMITTED AT TRIAL | | No objection | No objection / all damages expert reports in evidence per parties' agreement | | |
| PX-1221 | CRAWFORD: FLOOD DAMAGE ASSESSMENT REBUTTAL, FRED HOLMES, 1205 PERRIN DRIVE, INCLUDING ENGINEERING REPORTS, HYDROGRAPHS, DAMAGE ESTIMATES, AND PHOTOGRAPHS. | | | | 2 | ALL PAGES | | No objection | No objection / all damages expert reports in evidence per parties' agreement | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PX-1222 | CRAWFORD: FLOOD DAMAGE ASSESSMENT REBUTTAL, JEANNE AND KENNETH ARMSTRONG, 4016 HAMLET PLACE, INCLUDING ENGINEERING REPORTS, HYDROGRAPHS, DAMAGE ESTIMATES, AND PHOTOGRAPHS. | | | | 2 | ALL PAGES. ADMITTED AT TRIAL | | No objection | No objection / all damages expert reports in evidence per parties' agreement | | |
| PX-3254 | BEA FIG. 30A: PHOTOGRAPH LOOKING NORTH FROM SOUTH OF THE SOUTH BREACH OF GRASS ON SURFACE OF PROTECTED LEVEE FOLLOWING HURRICANE KATRINA AS AUTHOR IN SCOUR TRENCH MEASURES THE DEPTHS AND SOIL SHEAR STRENGTHS WITH A TORVANE (SILVA-TULLA REPORT 2011) | | | | 2 | 1 | | No objection | Category 2 Objection Preserved | Admitted at PG 2031: LN 1, Rec. Doc. No. 21069 | |
| PX-4438 | MARR: DEPOSITION OF ALLEN MARR TAKEN ON APRIL 23, 2012 | | | | 2 | ALL PAGES, 3, 12, 13, 17, 18-19, 26, 27, 29, 30-33, 37, 38, 56, 97 | | No objection to cited pages; otherwise Hearsay objection for all other pages. | Objection: Hearsay / Successful impeachment only | Admitted at PG 1963: LN 22, Rec. Doc. No. 21069 | |
| PX-4439 | MARR: DEPOSITION OF ALLEN MARR TAKEN ON APRIL 24, 2012 | | | | 2 | ALL PAGES, 21 | | No objection to cited page; otherwise Hearsay objection for all other pages. | Objection: Hearsay / Successful impeachment only | Admitted at PG 1963: LN 23, Rec. Doc. No. 21069 | |
| PX-4649 | COLOR LEGEND FOR THE DIFFERENT SCENARIOS | | | | 2 | ALL PAGES. DEFENDANTS' OBJ W/D. | | No objection | Category 2 Objection Preserved | Admitted at PG 1689: LN 6, Rec. Doc. No. 21067 | |
| PX-4650 | HYDROGRAPH: WATER ELEVATION LOCATION "LIVERS" | | | | 2 | ALL PAGES. ADMITTED AT TRIAL. | | No objection | Category 2 Objection Preserved | | |
| PX-4652 | HYDROGRAPH: WATER ELEVATION LOCATION "COATS" | | | | 2 | ALL PAGES. ADMITTED AT TRIAL. | | No objection | Category 2 Objection Preserved | Admitted at PG 1689: LN 25, Rec. Doc. No. 21067 | |
| PX-4653 | HYDROGRAPH: WATER ELEVATION LOCATION "HOLMES" | | | | 2 | ALL PAGES. ADMITTED AT TRIAL. | | No objection | Category 2 Objection Preserved | | |
| PX-4654 | HYDROGRAPH: WATER ELEVATION LOCATION "ARMSTRONG" | | | | 2 | ALL PAGES. ADMITTED AT TRIAL. | | No objection | Category 2 Objection Preserved | Admitted at PG 1690: LN 4, Rec. Doc. No. 21067 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PX-4655 | HYDROGRAPH: WATER ELEVATION "LOCATION SIX" | | | | 2 | ALL PAGES. ADMITTED AT TRIAL. | | No objection | Category 2 Objection Preserved | Admitted at PG 1690: LN 5, Rec. Doc. No. 21067 | |
| PX-4706 | DR. ALLEN MARR'S CORRECTIONS TO DEPOSITIONS TAKEN ON APRIL 23 AND 24, 2012, WITH SIGNED WITNESS CERTIFICATE AND TRANSMITTAL LETTER | | | | 2 | ALL PAGES. DEFENDANTS' OBJ W/D AS TO PAGE 1 | | No objection | Category 2 Objection Preserved | Admitted at PG 1964: LN 16, Rec. Doc. No. 21069 | |
| PX-4717 | COURT REPORTER'S TRANSMITTAL LETTER TO DR. ALLEN MARR ENCLOSING DEPOSITION TRANSCRIPTS FOR READING AND CORRECTION | | | | 2 | ALL PAGES. DEFENDANTS' OBJ W/D AS TO PAGE 1 | | No objection | Category 2 Objection Preserved | Admitted at PG 1964: LN 5, Rec. Doc. No. 21069 | |
| PX-4720 | SUPPLEMENTAL EXPERT REPORT OF DR. ALLEN MARR | | | | 2 | ALL PAGES. DEFENDANTS W/D OBJ TO TEXT OF EXHIBIT | | No objection | No objection / United States seeking admission of entire report | Admitted at PG 2041: LN 17, Rec. Doc. No. 21069 | |
| PX-4721 | REVISED EXPERT REPORT OF DR. ALLEN MARR | MEB534-000000414 | MEB534-000000546 | | 2 | ALL PAGES. ADMITTED AT TRIAL | | No objection | No objection / United States seeking admission of entire report | Admitted at PG 2113: LN 13, Rec. Doc. No. 21069 | |
| PX-4724 | REVISED EXPERT REPORT OF ALLEN MARR: APPENDIX G: SUBSURFACE CONDITIONS | MEB534-000000061 | MEB534-000000082 | | 2 | 8, 9. PAGE 10 ADMITTED AT TRIAL | | No objection | No objection / United States seeking admission of entire report | Admitted at PG 2197-2198, Rec. Doc. No. 21069 | |
| PX-4733 | REVISED EXPERT REPORT OF ALLEN MARR: APPENDIX R: OVERTOPPING AND SCOUR ANALYSIS AT THE SOUTH BREACH | MEB534-000000340 | MEB534-000000352 | | 2 | 12 | | No objection | No objection / United States seeking admission of entire report | Admitted at PG 2091: LN 5, Rec. Doc. No. 21069 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PX-4744 | ITEMIZED LIST OF WGI EBIA EXCAVATION PROJECT PHOTOS (EXHIBIT D TO PLAINTIFFS' SUMMARY EVIDENCE) | | | | 2 | 1 - 85 Part (D) | | No objection to list; object to all photos on list that plaintiffs have subsequently withdrawn | No objection to list; object to all photos referenced on list which Plaintiffs have subsequently withdrawn ("Exhibit ID" equals PX-2995, PX-3143, PX-3392, PX-3414, PX-3374, PX-3392, PX-3402, PX-3403, PX-3408, PX-3410, PX-3411, PX-3412, PX-3413, PX-3418, PX-4219, PX-4223, PX-4227, PX-4231, PX-4233, PX-4235, PX-4242, PX-4246, PX-4247, PX-4250, PX- | Admitted at PG 1717: LN 24, Rec. Doc. No. |
| PX-4745 | SEWERAGE AND WATER BOARD FIELD BOOK EXCERPTS, BOOK 3454, PP. 50-51 | | | | 2 | ALL PAGES | | No objection | no objection given that plaintiffs have not objected to as-built sewer line plans (DX-02720) | Admitted at PG 1718: LN 17, Rec. Doc. No. 21067 |
| PX-4746 | SEWERAGE AND WATER BOARD FIELD BOOK EXCERPTS, BOOK 3458, PP. 62-64 | | | | 2 | ALL PAGES | | No objection | no objection given that plaintiffs have not objected to as-built sewer line plans (DX-02720) | Admitted at PG 1718: LN 18, Rec. Doc. No. 21067 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PX-4747** | EBIA EXCAVATION SUMMARY TABLE DOCUMENT LIST (EXHIBIT A TO PLAINTIFFS' SUMMARY EVIDENCE) | | | | 2 | 1 - 9 Part(A) & (A-1) | | Objection: Improper Summary (Objection overruled 10/1/12) | Objection: Improper Summary (objection overruled 10/1/12) | | |
| **PX-4748** | BOLAND MARINE EXCAVATION SUMMARY DOCUMENT (EXHIBIT B TO PLAINTIFFS' SUMMARY EVIDENCE) | | | | 2 | ALL PAGES, 1-18 | | Objection: Improper Summary (Objection overruled 10/1/12) | Objection: Improper Summary (objection overruled 10/1/12) | | |
| **PX-4748.1** | DIGITAL VERSION OF BOLAND MARINE EXCAVATION SUMMARY DOCUMENT (EXHIBIT B TO PLAINTIFFS' SUMMARY EVIDENCE) | | | | 2 | ALL PAGES | | Objection: Improper Summary (Objection overruled 10/1/12) | Objection: Improper Summary (objection overruled 10/1/12) | | |
| **PX-4749** | SAUCER MARINE EXCAVATION SUMMARY DOCUMENT (EXHIBIT C TO PLAINTIFFS' SUMMARY EVIDENCE) | | | | 2 | ALL PAGES, 1-18 | | Objection: Improper Summary (Objection overruled 10/1/12) | Objection: Improper Summary (objection overruled 10/1/12) | | |
| **PX-4749.1** | DIGITAL VERSION OF AMENDED SAUCER MARINE EXCAVATION SUMMARY DOCUMENT (EXHIBIT C TO PLAINTIFFS' SUMMARY EVIDENCE) | | | | 2 | ALL PAGES | | Objection: Improper Summary (Objection overruled 10/1/12) | Objection: Improper Summary (objection overruled 10/1/12) | | |
| **PX-4750** | SEWER MAIN EXCAVATIONS - IHNC EBIA DEMOLITION ACTIVITIES (EXHIBIT E TO PLAINTIFFS' SUMMARY EVIDENCE) | | | | 2 | ALL PAGES, 1, 2-20 | | No objection | No objection | | |
| **PX-4751** | CERTIFICATION OF CUSTODIAN OF RECORDS AND SEWERAGE AND WATER BOARD FIELD BOOK EXCERPTS, BOOK 3454, PP. 50-51, AND FIELD BOOK EXCERPTS, BOOK 3458, PP. 62-62 | | | | 2 | 1 | | No objection | Category 2 Objection Preserved | | |
| **CORRECTIONS TO TRIAL RECORD (TRANSCRIPT AND/OR MINUTE ENTRIES)** | | | | | | | **CORRECT CITE** | | | | |
| JX-01709 | DEPOSITION DESIGNATIONS OF LEE GUILLORY (VOL. 1) | | | | | All Pages | **JX-01710** | No objection | No objection | | |
| PX-4646 | DEPOSITION DESIGNATIONS OF ANNE. VEIGEL | | | | | All Pages | **PX-4676** | No objection | No objection | | |
| PX-1648 | DEPOSITION DESIGNATIONS OF DENIS O'CONNER | | | | | All Pages | **PX-4681** | No objection | No objection | | |
| PX-4684 | DEPOSITION DESIGNATIONS OF GEORGE BACUTTA | | | | | All Pages | **PX-4682** | No objection | No objection | | |
| PX-4648 | DEPOSITION DESIGNATIONS OF FRANCIS ARLENE SMITH | | | | | All Pages | **PX-4684** | No objection | No objection | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| STATE OF LA IN GLOBO | LETTER FROM D. REES TO BRUNO RE MRGO CLAIMS AGAINST USACE & ROAD HOME GRANT DUPLICATION OF BENEFITS | | State of Louisiana - 12 | | All Pages | **PX-4752** | No objection | No objection | | |
| BEA R-001 | BEA SLIDE: "YOU ARE WRONG" | | | | All Pages | **PX-4772** | | | | |
| BEA R-002 | BEA IN COURT MARKUP: (THREE PRESSURES) | | | | All Pages | **PX-4773** | | | | |
| BEA R-003 | BEA IN COURT MARKUP: (BLOCKING SLED CONSEPTUAL DRAWING) | | | | All Pages | **PX-4774** | | | | |
| BEA R-004 | BEA IN COURT MARKUP: GLOBAL STABILITY FAILURE | | | | All Pages | **PX-4775** | | | | |
| BEA R-005 | BEA IN COURT MARKUP: HANDWRITTEN CALCULATION | | | | All Pages | **PX-4776** | | | | |