UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NUMBER:  05-4182 "K"(2) JUDGE Duval MAG. Wilkinson |
| PERTAINS TO:   MRGO *Armstrong*, No. 10-866 | |

## ORDER

**IT IS SO ORDERED** that the Plaintiffs' request for leave of this Honorable Court to file Plaintiffs' List of Exhibits Admitted at Trial is **GRANTED**.

New Orleans, Louisiana the _____ day of _____, 2012.

_____
**HONORABLE JUDGE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE**