# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br> PERTAINS TO: <br><br> MRGO <br> *Armstrong*, No. 10-866 | § CIVIL ACTION NO. 05-4182 "K"(2) <br> § JUDGE DUVAL <br> § MAG. WILKINSON <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## JOINT LIST OF EXHIBITS ADMITTED AT TRIAL

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, the United States, and Washington Group International, Inc. ("WGI"), and respectfully submit the attached table of exhibits introduced at trial.

In accordance with the Court's October 4, 2012 Order, the table is broken into three sections:

a. Exhibits admitted at trial with no objection (this section begins at page 1 of the attached table);

b. Exhibits admitted at trial in "Category 1" ("Conditional Relevance") which should be admitted without objection (this section begins at page 58 of the attached table); and

c. Exhibits sought to be admitted at trial in Category 2 ("Hearsay / Portions Admissible") with each objection listed in one column, the moving party's response in another column, and a final column provided in which the Court will rule on the objection (this section begins at page 116 of the attached table and continues through page 143).

-2-

During the course of trial, certain exhibits previously included on the Master Exhibit List were withdrawn by the offering party. Where an exhibit has been withdrawn, that withdrawal is noted in the attached table.

Finally, the United States and WGI reiterate their objections (also set forth in the table) to the admission into evidence of full deposition transcripts, in light of the Pretrial Order's requirement to submit designations of certain deposition testimony, which was then accomplished by the parties.

**WHEREFORE**, Plaintiffs, the United States and Washington Group International, Inc., respectfully submit the attached Joint List of Exhibits Admitted at Trial.

-3-

Dated: November 2, 2012                           Respectfully submitted,

| | |
|---|---|
| */s/ James F. McConnon, Jr.* | */s/ William D Treeby* |
| JAMES F. MCCONNON, JR. | William D. Treeby, 12901 |
| Trial Attorney | James C. Gulotta, Jr., 6590 |
| Torts Branch, Civil Division | Heather S. Lonian, 29956 |
| United States Department of Justice |     Of |
| Benjamin Franklin Station | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| P.O. Box 888 | 546 Carondelet Street |
| Washington, D.C.  20044 | New Orleans, Louisiana  70130 |
| (202) 616-4289 | Telephone:  (504) 581-3200 |
| (202) 616-5200 (fax) | Facsimile:   (504) 581-3361 |
| | |
| Attorney for the United States | and |
| | |
| and | Adrian Wager-Zito |
| | Debra S. Clayman |
| */s/ Joseph M. Bruno* | Christopher R. Farrell |
| Joseph M. Bruno, 3604 | JONES DAY |
| Law Offices of Joseph M. Bruno | 51 Louisiana Avenue, N.W. |
| 855 Baronne Street | Washington, D.C. 20001-2113 |
| New Orleans, Louisiana  70113 | Telephone:  (202) 879-3891 |
| Telephone: (504) 525-1335 | Facsimile:  (202) 626-1700 |
| Facsimile: (504) 561-6775 | |
| | Attorneys for Washington Group |
| Plaintiffs' Liaison Counsel | International, Inc., a division of URS Corporation |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint List of Exhibits Admitted at Trial has been served upon the Court and counsel for the parties via hand-delivery this 2nd day of November, 2012. Notice of this filing will be sent by e-mail to all counsel of record

                                          */s/ William D. Treeby*
                                          William D. Treeby