# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

**\*\*CORRECTED\*\***

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 01, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 12-30418   In Re: Katrina Canal Breaches  
       USDC No. 2:05-CV-4182  
       USDC No. 2:05-CV-5531  
       USDC No. 2:05-CV-5724  
       USDC No. 2:06-CV-5342  
       USDC No. 2:06-CV-6299  
       USDC No. 2:06-CV-7516  
       USDC No. 2:08-CV-4459

U.S. DISTRICT COURT  
EASTERN DISTRICT OF LOUISIANA  
FILED NOV - 2 2012  
LORETTA G. WHYTE  
CLERK

The court has taken the following action in this case: Appellants' unopposed motion to dismiss the appeal is GRANTED.

Sincerely,

LYLE W. CAYCE, Clerk

By: Dawn D. Victoriano  
Dawn D. Victoriano, Deputy Clerk  
504-310-7717

Mr. John D. Aldock  
Mr. Matt Bailey  
Mr. Neil T. Bloomfield  
Mr. Adam M. Chud  
Mr. David W. Druker  
Mr. Robert B. Evans III  
Mr. Robert B. Fisher  
Mr. Brian Arthur Gilbert  
Mr. Arthur Gordon Grant Jr.  
Mr. Jeffrey Todd Greenberg  
Ms. Rebecca Kammerling  
Mr. Shawn Khorrami  
Mr. John Stuart Kirwan III  
Ms. Jennifer S. Kozar  
Mr. H. Scott Leviant  
Mr. F. Gerald Maples  
Ms. Meredith Anne Mayberry  
Mr. Edward Lee Moreno  
Mr. Darryl M. Phillips  
Mr. Dylan Pollard  
Mr. Mark S. Raffman  
Mr. Mark Ravis

Fee  
Process  
X Dktd  
CtRmDep  
Doc. No.

Mr. Patrick J. Sanders
Mr. John R. Stevenson
Ms. Loretta Whyte
Mr. Karl Watt Wiedemann
Mr. Lawrence D. Wiedemann
Mr. Lawrence A. Wilson
Mr. John Maynard Woods
Mr. Richard Michaels Wyner
Mr. Carlos A. Zelaya II

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana
0 1 NOV 2012