# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 01, 2012

Ms. Loretta Whyte
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 12-30418,   In Re: Katrina Canal Breaches
       USDC No. 2:05-CV-4182
       USDC No. 2:05-CV-5531
       USDC No. 2:05-CV-5724
       USDC No. 2:06-CV-5342
       USDC No. 2:06-CV-6299
       USDC No. 2:06-CV-7516
       USDC No. 2:08-CV-4459

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED NOV - 2 2012
LORETTA G. WHYTE
CLERK

Enclosed is a copy of the judgment issued as the mandate.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: /s/ Dawn D. Victoriano
                Dawn D. Victoriano, Deputy Clerk
                504-310-7717

cc: (letter only)
    Mr. John D. Aldock
    Mr. Matt Bailey
    Mr. Neil T. Bloomfield
    Mr. Adam M. Chud
    Mr. David W. Druker
    Mr. Robert B. Evans III
    Mr. Robert B. Fisher
    Mr. Brian Arthur Gilbert
    Mr. Arthur Gordon Grant Jr.
    Mr. Jeffrey Todd Greenberg
    Ms. Rebecca Kammerling
    Mr. Shawn Khorrami
    Mr. John Stuart Kirwan III
    Mr. H. Scott Leviant
    Mr. F. Gerald Maples
    Ms. Meredith Anne Mayberry
    Mr. Edward Lee Moreno



Mr. Darryl M. Phillips
Mr. Dylan Pollard
Mr. Mark S. Raffman
Mr. Mark Ravis
Mr. Patrick J. Sanders
Mr. John R. Stevenson
Mr. Karl Watt Wiedemann
Mr. Lawrence D. Wiedemann
Mr. Lawrence A. Wilson
Mr. John Maynard Woods
Mr. Richard Michaels Wyner
Mr. Carlos A. Zelaya II

A true copy
Attest:
Clerk, U. S. Court of Appeals, Circuit
By _____ Deputy
New Orleans, Louisiana    0 1 NOV 2012