UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | **CIVIL ACTION**<br><br>**NO. 05-4182**<br><br>**SECTION "K"(2)** |

**PERTAINS TO: C. Abadie, 06-5164**
Claim of Wendell Youngblood, 11120 Idlewood Court
New Orleans, Louisiana 70128

## ORDER AND REASONS

Before the Court is a Motion for Discharge (Doc. 21051) filed by Lexington Insurance Company ("Lexington") who moves the court for a discharge of its obligations associated with the above-styled matter pursuant to 28 U.S.C. §1335. Lexington is a disinterested party because it paid the entirety of the fund into the court registry, disavowing interest in it, and all known stakeholders of these funds have either waived service or have been served in this interpleader action (Docs. 20385 and 20825). Both U.S. Bank and Countrywide have been notified of the settlement funds and have informed Lexington that they do not have an interest in the funds, and those entities have been dismissed. No opposition has been filed to this motion. Based on the foregoing,

**IT IS ORDERED** that the Motion for Discharge (Doc. 21051) is **GRANTED** and Lexington is discharged from any further obligations associated with this matter and relieved of all liability and responsibility in connection with the funds so deposited and dismissed from this matter.

**IT IS FURTHER ORDERED** that the State of Louisiana, Division of Administration, Office of Community Development, Louisiana Recovery Authority, Administrators of the Road

Home Program, and the Law Office of Joseph M. Bruno, APLC, file a motion for disbursement of said funds no later than **December 20, 2012** so that this matter may be concluded.

New Orleans, Louisiana, this 20th day of November, 2012.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**