UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:  ALL CASES | * * * * * * | SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant Washington Group International, Inc. ("WGI") respectfully moves for entry of an Order withdrawing Christopher R. Farrell of the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C.  20001-2113 as counsel of record for WGI in all cases in these consolidated proceedings.

**WHEREFORE**, undersigned counsel for Washington Group International, Inc. prays that Christopher R. Farrell be withdrawn as counsel of record in all cases in these consolidated proceedings.

1110964v.1

- 2 -

Dated:  December 3, 2012                                   Respectfully submitted,

/s/ Heather S. Lonian
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
         Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

Attorneys for Washington Group International, Inc., a division of URS Corporation

and

/s/Christopher R. Farrell
Adrian Wager-Zito
Debra S. Clayman
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Withdraw as Counsel of Record has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 3rd day of December 2012.

/s/Heather S. Lonian

1110964v.1