**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|                                                          |     |                        |
| -------------------------------------------------------- | --- | ---------------------- |
|                                                          | *   |                        |
| IN RE:  KATRINA CANAL BREACHES                           | *   | CIVIL ACTION           |
| CONSOLIDATED LITIGATION                                   | *   |                        |
|                                                          | *   | NO. 05-4182            |
|                                                          | *   |                        |
| PERTAINS TO:  ALL CASES                                   | *   | SECTION "K" (2)        |
|                                                          | *   |                        |
|                                                          | *   |                        |
|                                                          | *   | JUDGE DUVAL            |
|                                                          | *   |                        |
|                                                          | *   | MAGISTRATE WILKINSON   |
| * * * * * * * * * * * * * * * * * * * * * * * * * *       | *   |                        |

**O R D E R**

Considering Washington Group International, Inc.'s Motion to Withdraw as Counsel of Record;

**IT IS ORDERED** that Christopher R. Farrell of the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C.  20001-2113 be and hereby is withdrawn as counsel of record for Defendant Washington Group International, Inc. in all cases in these consolidated proceedings.

New Orleans, Louisiana, this _____ day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

1110966v.1