# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-30249

MD 05-4182-K

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   DEC - 3 2012

LORETTA G. WHYTE
CLERK

IN RE: KATRINA CANAL BREACHES LITIGATION.

* * * * * * * * * * * * * * * * * * * *

NORMAN ROBINSON; KENT LATTIMORE; LATTIMORE & ASSOCIATES; TANYA SMITH,

        Plaintiffs-Appellees-
        Cross-Appellants,

versus

UNITED STATES OF AMERICA,

        Defendant-Appellant-
        Cross-Appellee.

* * * * * * * * * * * * * * * * * * * *

MONICA ROBINSON,

        Plaintiff-Appellee-
        Cross-Appellant,

versus

UNITED STATES OF AMERICA,

        Defendant-Appellant-
        Cross-Appellee.

* * * * * * * * * * * * * * * * * * * *

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___

Consolidated with
No. 10-31054

IN RE: KATRINA CANAL BREACHES LITIGATION.

* * * * * * * * * * * * * * * * * * *

Consolidated with
No. 11-30808

IN RE: KATRINA CANAL BREACHES LITIGATION.

-------

UNITED STATES OF AMERICA,
on Behalf of United States Army Corps of Engineers,

                          Petitioner.

Appeals from the United States District Court
for the Eastern District of Louisiana

O R D E R:

IT IS ORDERED that the unopposed motion of Entergy New Orleans, Inc., Entergy Louisiana, L.L.C., and Hartford Steam Boiler Inspection and Insurance Company for leave to file a brief as *amicus curiae* in support of the November 5, 2012, petition for rehearing en banc is GRANTED.

IT IS FURTHER ORDERED that the unopposed motion of the State of Louisiana, the Parish of St. Bernard, and Rain CII Carbon LLC for leave to file a brief as *amicus curiae* in support of the November 5, 2012, petition for rehearing en banc is GRANTED.

\_\_\_/s/ Jerry E. Smith_____
JERRY E. SMITH
United States Circuit Judge