# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 21, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 10-30249    In Re: Katrina Canal Breaches
        USDC No. 2:05-CV-4182
        USDC No. 2:06-CV-2268
        USDC No. 2:08-CV-1707
        USDC No. 2:05-CV-4182
        USDC No. 2:05-CV-4181
        USDC No. 2:05-CV-4191
        USDC No. 2:05-CV-4568
        USDC No. 2:05-CV-5237
        USDC No. 2:05-CV-6073
        USDC No. 2:05-CV-6314
        USDC No. 2:05-CV-6324
        USDC No. 2:05-CV-6327
        USDC No. 2:05-CV-6359
        USDC No. 2:06-CV-20
        USDC No. 2:06-CV-225
        USDC No. 2:06-CV-886
        USDC No. 2:06-CV-1885
        USDC No. 2:06-CV-2278
        USDC No. 2:06-CV-2287
        USDC No. 2:06-CV-2346
        USDC No. 2:06-CV-2545
        USDC No. 2:06-CV-3529
        USDC No. 2:06-CV-4065
        USDC No. 2:06-CV-4389
        USDC No. 2:06-CV-4634
        USDC No. 2:06-CV-4931
        USDC No. 2:06-CV-5032
        USDC No. 2:06-CV-5042
        USDC No. 2:06-CV-5159
        USDC No. 2:06-CV-5163
        USDC No. 2:06-CV-5367
        USDC No. 2:06-CV-5471
        USDC No. 2:06-CV-5771
        USDC No. 2:06-CV-5786
        USDC No. 2:06-CV-5937
        USDC No. 2:06-CV-7682
        USDC No. 2:06-CV-11208
        USDC No. 2:07-CV-206
        USDC No. 2:07-CV-647
        USDC No. 2:07-CV-993
        USDC No. 2:07-CV-1284
        USDC No. 2:07-CV-1286
        USDC No. 2:07-CV-1288
        USDC No. 2:07-CV-1289
        USDC No. 2:05-CV-4182
        USDC No. 2:10-CV-866
```

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

Mr. Jonathan Beauregard Andry
Mr. Scott Harris Angstreich
Mr. John Thomas Balhoff II
Mr. Marcus Van Brown
Mr. Joseph M. Bruno
Mr. James David Caldwell
Ms. Ashley Gremillion Coker
Mr. Joseph W Cotchett
Mr. Frank Jacob D'Amico Jr.
Mr. Walter Clayton Dumas
Mr. John Bettes Dunlap III
Mr. Ewell Elton Eagan Jr.
Mr. Norval Francis Elliot III
Ms. Nina Wessel English
Mr. Richard Michael Exnicios
Mr. Calvin Clifford Fayard Jr.
Ms. Nina D. Froeschle
Mr. James M. Garner
Ms. Elisa Tara Gilbert
Mr. Thomas V. Girardi
Mr. Philip L. Gregory
Mr. Brian Lee Guillot
Mr. Michael Warren Hill
Mr. Lewis Scott Joanen
Mr. Michael K Kellogg
Ms. Alisa Beth Klein
Mr. Daniel Joseph Lenerz
Mr. William Martin McGoey
Mr. Joseph J McKernan
Mr. Gerald Edward Meunier
Mr. Henry Clay Mitchell Jr.
Mr. James Bryan Mullaly
Mr. Brendan Regis O'Brien
Mr. Pierce O'Donnell
Mr. Andrew S. Oldham
Mr. Andrew Patrick Owen
Mr. Michael Carter Palmintier
Ms. Lindsey E. Powell
Mr. Drew A Ranier
Ms. Wendy Hickok Robinson
Mr. Brent M. Rosenthal
Mr. James Parkerson Roy
Mr. Camilo Kossy Salas III
Ms. Sherri Ann Saucer
Mr. David S. Scalia

Mr. Matthew D. Schultz
Mr. Robin D. Smith
Mr. Mark Bernard Stern
Mr. Elwood Clement Stevens Jr.
Mr. Richard Alvin Tonry
Ms. Loretta Whyte
Mr. Joseph C. Wilson
Ms. Abby Christine Wright
Mr. Bob F Wright