# *ARMSTRONG* PLAINTIFFS' POST-TRIAL BRIEF

# ATTACHMENT A



Figure 162. Line of maximum wave heights along the IHNC for waves entering from Lake Pontchartrain. This shows the decay of waves coming in through the entrance and local generation of waves within the canal. Grid spacing is 20 meters (66 ft). Vertical bar around grid point 400 represents range of estimates of wave height near this point made from photographs.

As can be seen in Figure 161, waves entering the MRGO/GIWW from relatively open waters decay rapidly from almost 3 ft to about 1.2 ft within about one-half mile. However, the winds for the entire 0600-to-1100 UTC (1:00-to-6:00 a.m. CDT) timeframe on the 29th are relatively well-aligned with the axis of the MRGO/GIWW; consequently, local wave generation is quite important here, with wave heights of over 4 ft produced in the vicinity of the GIWW/MRGO – IHNC intersection during peak wind conditions at 1030 UTC (5:30 a.m. CDT) of about 80 knots out of the east. These waves are quite short with peak periods in the range of 3.5 to 4.0 sec. The Boussinesq model was utilized to approximate waves within the IHNC, based on boundary conditions derived from the STWAVE. A modified version of STWAVE was also run in this same area, due to the large spatial extent of the region being modeled. Results from the STWAVE runs showed that the primary source of wave energy incident upon the floodwalls along the Lower Ninth Ward came from waves reflected back to the east side of the canal from the west side. Due to all the irregularities along the west side of the IHNC and the range of types

IV-226                                                                                                                                                                Volume IV  The Storm
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

JX-02033-1814

ATTACHMENT A
PLAINTIFFS' POST-TRIAL BRIEF

of slopes and materials, it is difficult to estimate the reflection coefficient for this area with much certainty. Sensitivity tests show that for coefficients of energy reflection in the 50 percent to 80 percent range, wave heights of approximately 2 to 3 ft would be incident on the Lower Ninth Ward floodwalls.

The largest waves entering the IHNC from Lake Pontchartrain boundary lag the large waves entering from the MRGO/GIWW by about 4 hr, with peak conditions occurring around 1430 UTC (9:30 a.m CDT). Similar to waves entering the MRGO/GIWW, these waves decay rapidly and within less than a mile have been reduced to about 1.2 ft. As was the case in the MRGO/GIWW, local wave generation contributes significantly to the evolution of the wave field propagating down the canal from the north. In this case the maximum winds for generation down this portion of the canal occur at about 1430 UTC (9:30 a.m. CDT) on the 29th and are about 61 knots out of the north. As seen in Figure 162, the lower wind speeds and possibly some of the bridges along the canal result in significant wave heights that are slightly smaller than those generated down the MRGO/GIWW – about 2.8 ft compared to over 4 ft. The wave periods are also slightly lower than the peak conditions along the MRGO/GIWW, falling in the range of 3.0 to 3.5 sec. As can be seen in Figure 162, the estimated wave height and period from STWAVE appear consistent with photographic evidence at the extreme southern end of the IHNC, near the Mississippi River Lock.

As shown in Appendix 14, waves at the confluence of the IHNC and MRGO/GIWW entering from the north and east can be treated independently for a number of reasons. First, about a 4-hr phase difference exists in the peak of the wave time histories at the two boundaries. Second, due to the rapid decay of waves entering from the boundaries, waves from the boundaries are less than 0.5 ft at the MRGO/GIWW – IHNC confluence for all time modeled. Third, the local winds align with the MRGO/GIWW axis about 4 hr earlier than with the northern IHNC axis.

The Boussinesq model was used to investigate wave conditions in the vicinity of the breaches in the Lower Ninth Ward, using wave spectra from STWAVE at the MRGO/GIWW – IHNC confluence (Figure 163). The Boussinesq model was not used to provide estimates of wave force on the IHNC walls near the failure because the Boussinesq model is not capable of simulating overtopping of vertical structures such as canal walls. The Navier-Stokes hydrodynamic model was employed at this location. The model used is called COBRAS, developed principally by Prof. Phil Liu at Cornell University. This numerical model is able to accurately simulate wave overtopping, 2D(V) turbulence and vorticity, and importantly, overtopping of vertical structures.

Motivated by the barge that floated through the IHNC, the mechanics of a freely floating barge under the action of wind were examined analytically and the results are presented in Appendix 17. The governing nonlinear equation of motion was developed and solved for the transient barge motion. Under the example wind speed considered (100 mph (87 knots)) the barge approached its steady state (terminal) speed in a relatively short distance, a finding that simplified later analysis. Examples for a lightly loaded and a fully loaded barge were evaluated. For a barge at rest against a floodwall, the steady state forces and moments were small relative to their hydrostatic counterparts. This considers the barge contact with the floodwall to be uniform; a concentrated loading contact could result in considerably larger local forces and moments. For

JX-02033-1815

ATTACHMENT A
PLAINTIFFS' POST-TRIAL BRIEF

# *ARMSTRONG* PLAINTIFFS' POST-TRIAL BRIEF

# ATTACHMENT B

# Details on Wave Simulation near and inside the IHNC

## Simulation Setup

The bathymetric grid utilized here is from the ADCIRC grid. The ADCIRC grid is down-interpolated using an inverse distance weighted algorithm with care taken to eliminate coarse grid artifacts such as stepped bathymetry profiles. Manual modifications are made to the wall locations to better represent the canal boundaries. The total Boussinesq numerical grid is 3.5 square miles, using a 4 ft grid step in both horizontal directions. Two bridges cross the canal in this domain: the Florida Avenue Bridge and the North Claiborne Avenue Bridge.

Incident wave conditions are taken from the STWAVE simulations of wave evolution through the GIWW including local wave generation. The STWAVE output location is near the connection of the IHNC and the GIWW. Two-dimensional spectra are used to drive the Boussinesq runs. Simulations are performed for three times, 0630, 0930 and 1030 UTC on the 29th. Due to the early morning times of these simulations, only the waves coming through the GIWW will be used to force the Boussinesq; waves coming down the northern section of the IHNC are assumed short and small, and are ignored. Waves enter the IHNC from the GIWW at an angle nearly perpendicular to the IHNC. The model output to be presented includes wave height transect along the canal, forces, and the vertical distribution of pressure on a panel near the failure locations.

## Simulation Results: Wave Heights and Periods

A plan view snapshot of the wave field at 0630 UTC is given in Figure 15-26. At this time, the significant wave height at the end of the GIWW is 2.4ft. Due to the nearly perpendicular angle of entry into the IHNC, little wave energy makes it south to near the Lock. The wave height transect along the IHNC is shown in Figure 15-27. Wave heights at the Florida Avenue Bridge are about a quarter of a foot. At 0930 UTC, the wave height in the GIWW is near 3.4ft, and wave heights near the Florida Avenue Bridge are close to 0.6ft. By 1030 UTC, the significant wave height at the end of the GIWW has grown to 4.1ft. A snapshot of the waves at this time is shown in Figure 15-28. Here, more wave energy is able to turn into the southern reach of the IHNC, such that the significant wave height near the Florida Avenue Bridge is 1ft. Wave properties through the IHNC at 1030 are also shown in Figure 15-27.

## Simulation Results: Wave Forces

Use of the Boussinesq model to provide estimates of wave force on the IHNC walls near the failure locations is undesirable. The reason for this is that there was wave and surge overtopping, and the Boussinesq model is not capable of simulating overtopping of vertical structures such as canal walls. To address this deficiency, a Navier-Stokes hydrodynamic model is employed. The model used is called COBRAS, developed principally by Prof. Phil Liu at Cornell University. This numerical model is able to accurately simulate wave overturning, 2D(V) turbulence and vorticity and, important to this investigation, overtopping of vertical structures.

IV-15-36                                                                                                           Volume IV  The Storm – Technical Appendix
This report is the independent opinion of the IPET and is not necessarily the official position of the U.S. Army Corps of Engineers.

JX-02033-2734

**ATTACHMENT B**
**PLAINTIFFS' POST-TRIAL BRIEF**

# *ARMSTRONG* PLAINTIFFS' POST-TRIAL BRIEF

# ATTACHMENT C

| Time | Wind Directions | Wind Speed | Water Height | Tailwater Height | Wave information |
|---|---|---|---|---|---|
| 1:00 AM CDT | Wave simulation, IPET, IV-226: from 1:00am - 6:00 am, the winds are aligned with the axis of the MRGO/ GIWW, indicating winds out of the E/NE - N/ NE.[1] _____ | | 7.1 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order)[2] | | |
| 1:30 AM CDT | Wave simulation, IPET, IV-226: 1:00am -6:00 am., the winds are aligned with the axis of the MRGO/ GIWW, indicating winds out of the E/NE -N/NE. _____ | | Between 7.1-7.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | | According to wave simulation, IPET, IV-15-36, utilizing the Boussinesq model, "the significant wave height at the end of the GIWW is 2.4ft. Due to the nearly perpendicular angle of entry into the IHNC, little wave energy makes it south to near the Lock. Wave heights at the Florida Avenue Bridge are about a quarter of a foot."[3] |
| 3:00 AM CDT | Wave simulation, IPET, IV-226: from 1:00am - 6:00 am, the winds are | _____ Dalrymple: 50.0 mph[4] | 8.1 Feet (Lockmaster, stipulation no. 1. Joint Pre-Trial Order) | | The wall height at the North Breach was 11.3 feet. 11.3 - 8.1 = 3.2 x 2 = 6.4 The wall height at the South |

---

[1] [1] Wave simulation, IPET, IV-226: attached herein as Exhibit B.
[2] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 1.
[3] Wave simulation, IPET, IV-15-36: attached herein as Exhibit A.
[4] Expert Report of Robert B. Dalrymple, March 21, 2012, p. 9.

1

**ATTACHMENT C
PLAINTIFFS' POST-TRIAL BRIEF**

| Time | Wind Directions | Wind Speed | Water Height | Tailwater Height | Wave information |
|---|---|---|---|---|---|
|  | aligned the axis of the MRGO/GIWW, indicating winds out of the E/NE -N/NE. _____ |  |  |  | Breach was 12.1 feet. 12.1 – 8.1 = 2 x 2 = 4 |
| 4:00 AM CDT | Wave simulation, IPET, IV-226: from 1:00am - 6:00 am, the winds are aligned with the axis of the MRGO/GIWW, indicating winds out of the E/NE - N/NE. _____ Between 4-7 AM, prevailing winds were out of N/NE, Stipulation.[5] _____ |  | 9.3 feet (Lockmaster/stipulation no.1). |  |  |
| 4:30 AM CDT | Wave simulation, IPET, IV-226:  from 1:00am - 6:00 am, the winds are aligned with the axis of |  | 9.3-10.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) |  | Wave simulation, IPET, IV-15-36: utilizing the Boussinesq model, the wave height in the GIWW is near 3.4ft, and wave |

---

[5] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 6, 9, 12, 15, 18. From 4:00am until at least 7:00am on August 29, 2005: "Prevailing winds in the area of 1020-1022 Charbonet St., New Orleans, were out of the N/NE". "Prevailing winds in the area of 4016 Hamlet St., Chalmette were out of the N/NE." "Prevailing winds in the area of 1910-1010 ½ Charbonnet St., New Orleans, were out of the N/NE." "Prevailing winds in the area of 4924 St. Claude Ave., New Orleans, were out of the N/NE." Prevailing winds in the area of 1205 Perrin Dr., Arabi, were out of the N/NE."
[6] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 6, 9, 12, 15, 18.

**ATTACHMENT C**
**PLAINTIFFS' POST-TRIAL BRIEF**

| Time | Wind Directions | Wind Speed | Water Height | Tailwater Height | Wave information |
|---|---|---|---|---|---|
| | the MRGO/GIWW, indicating winds out of the E/NE - N/NE. _____ Between 4-7 AM, prevailing winds were out of N/NE, Stipulation.[6] _____ | | | | heights near the Florida Avenue Bridge are close to 0.6ft. |
| 5:00 AM CDT | Wave simulation, IPET, IV-226:  from 1:00am - 6:00 am, the winds are aligned with the axis of the MRGO/GIWW, indicating winds out of the E/NE - N/NE. _____ Between 4-7 AM, prevailing winds were out of N/NE, Stipulation. _____ | | 10.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | | |

3

| Time | Wind Direction | Wind Speed | Water Height | Tailwater Height | Wave Information |
|---|---|---|---|---|---|
| 5:30 AM CDT | Wave simulation, IPET, IV-226: from 1:00am - 6:00 am, the winds are aligned with the axis of the MRGO/GIWW, indicating winds out of the E/NE - N/NE. _____ Between 4-7 AM, prevailing winds were out of N/NE, Stipulation.[7] _____ Dalrymple: winds near the MRGO Reach 2 levee were blowing to W/SW or out of E/NE.[8] _____ | _____ Dalrymple: between 60 and 70 mph.[9] _____ Wave simulation, IPET IV-p. 226: peak wind conditions of 80 knots (92.06 mph).[10] | 10.3-11.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | | Wave simulation, IPET IV-p. 226: utilizing the STWAVE model, wave heights of over 4 ft produced in the vicinity of the GIWW/MRGO – IHNC .[11] _____ Wave simulation, IPET IV-226-227: utilizing the STWAVE model, estimates wave heights of approximately 2 to 3 ft would be incident on the Lower Ninth Ward floodwalls. _____ Wave simulation, IPET IV-15-36: utilizing the Boussinesq model, estimates the significant wave height at the end of the GIWW has grown to 4.1ft. The significant wave height near the Florida Avenue Bridge is 1ft.[12] |

---

[7] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 6, 9, 12, 15, 18.
[8] Expert Report of Robert B. Dalrymple, March 21, 2012, p.6.
[9] Expert Report of Robert B. Dalrymple, March 21, 2012, p. 6.
[10] Wave simulation, IPET used the wind speed of 80 knots in the STWAVE model in order to obtain this particular wave estimate. 80 knots is inconsistent with Dalrymple's wind speed.

4

**ATTACHMENT C
PLAINTIFFS' POST-TRIAL BRIEF**

| Time | Wind Direction | Wind Speed | Water Height | Tailwater Height | Wave Information |
|---|---|---|---|---|---|
| 6:00 AM CDT | Wave simulation, IPET, IV-226: 1:00 -6:00 am, the winds are aligned with the axis of the MRGO/GIWW, indicating winds out of the E/NE -N/NE.  _____   Between 4-7 AM, prevailing winds were out of N/NE, Stipulation.[13] _____ | | 11.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | | |

---

[11] Wave simulation, IPET used the wind speed of 80 knots in the STWAVE model in order to obtain this particular wave estimate. 80 knots is inconsistent with Dalrymple's wind speed.
[12] Marr states that his original expert report was based on this wave estimate by wave simulation, IPET, see Supplemental Report of W. Allen Marr, July 24, 2012, p.1.
[13] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 6, 9, 12, 15, 18

| Time | Wind Direction | Wind Speed | Water Height | Tailwater Height | Wave Information |
|---|---|---|---|---|---|
| 7:00 AM CDT | Between 4-7 AM, prevailing winds were out of N/NE, Stipulation.[14] _____ | | 12.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | 3.5 feet | Dalrymple: the height of the floodwall varied from as high as 13 feet to a low value of 11.3 feet near the north end of the reach. The next lowest elevation along the floodwall was 12.1 feet at the southern end of the, average elevation of the floodwall was 12.6 feet.[15] _____ Lockmaster, Michael O'Dowd: waves were "in the neighborhood of two" feet between 7:00am and 8:00am. O'Dowd noted that the waves were going Southbound.[16] |

---

[14] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 6, 9, 12, 15, 18.

[15] "The elevation of the floodwall at the east bank of the IHNC was taken from a survey performed by the Orleans Levee District in 1999. This survey shows that the IHNC floodwalls were lower than the design elevation". Expert Report of Robert B. Dalrymple, March 21, 2012, P. 8-9.

[16] *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: MRGO-Armstrong, C.A. No. 05-4182* Trial Transcript 9/14/12 p. 771 line 5-17 and p. 773-774 lines 23-10.

| Time | Wind Direction | Wind Speed | Water Height | Tailwater Height | Wave Information |
|---|---|---|---|---|---|
| 7:15 AM CDT | | Wind speeds peaked: 1020 Charbonnet St., New Orleans, 81 mph. 4016 Hamlet St., Chalmette, 83 mph. 1910-1910 ½ Charbonnet St., New Orleans, 81 mph. 4924 St. Claude Ave., New Orleans, 80 mph. 1205 Perrin Dr., Arabi, 82 mph.[17] | 12.3-13.8 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | | Lockmaster, Michael O'Dowd: waves were "in the neighborhood of" two feet between 7:00am and 8:00am. O'Dowd noted that the waves were going Southbound.[18] |
| 7:30 AM CDT | Dalrymple: to SW/S or out of N/NE.[19] | | 12.3-13.8 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | 4.5 feet | Lockmaster, Michael O'Dowd: waves were "in the neighborhood of" two feet between 7:00am and 8:00am. O'Dowd noted that the waves were going Southbound.[20] |

---

[17] See Joint Pre-Trial Order, filed July 24, 2012, p. 30-31, All Uncontested Material Facts, no. 5, 8, 11, 14, 17.
[18] *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: MRGO-Armstrong, C.A. No. 05-4182* Trial Transcript 9/14/12 p. 771 line 5-17 and p. 773-774 lines 23-10.
[19] Expert Report of Robert B. Dalrymple, March 21, 2012, p. 6.

7

**ATTACHMENT C
PLAINTIFFS' POST-TRIAL BRIEF**

| Time | Wind Direction | Wind Speed | Water Height | Tailwater Height | Wave Information |
|---|---|---|---|---|---|
| 8:00 AM CDT | | Dalrymple: wind speed increased to 70 mph.[21] | 13.8 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | 5 feet | Lockmaster, Michael O'Dowd: waves were "in the neighborhood of" two feet between 7:00am and 8:00am. O'Dowd noted that the waves were going Southbound.[22] |
| 8:30 AM CDT | Dalrymple: toward the South or out of the North.[23] | Dalrymple: 60 to 70 mph.[24] | 13.8-14.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | 6.5 feet | |

---

[20] *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: MRGO-Armstrong, C.A. No. 05-4182 Trial Transcript 9/14/12 p. 771 line 5-17 and p. 773-774 lines 23-10.*
[21] Id.
[22] *In Re Katrina Canal Breaches Consolidated Litigation Pertains To: MRGO-Armstrong, C.A. No. 05-4182 Trial Transcript 9/14/12 p. 771 line 5-17 and p. 773-774 lines 23-10.*
[23] Expert Report of Robert B. Dalrymple, March 21, 2012, p. 6.
[24] Id.

**ATTACHMENT C**
**PLAINTIFFS' POST-TRIAL BRIEF**

| Time | Wind Direction | Wind Speed | Water Height | Tailwater Height | Wave Information |
|---|---|---|---|---|---|
| 9:00 AM CDT | | | 14.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | 8 feet | |
| 9:30 AM CDT | Wave simulation, IPET, IV P. 277: N | Wave simulation, IPET, IV p. 227: 61 knots (70.20 mph). | 14.3-12.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | | Wave simulation, IPET, IV p. 227: utilizing the STWAVE model, the largest waves entering the IHNC from Lake Pontchartrain boundary decay rapidly and within less than a mile have been reduced to about 1.2 ft. Significant wave heights are slightly smaller than those generated down the MRGO/GIWW – about 2.8 ft. compared to over 4 ft.[25] |
| 10:00 AM CDT | WNW, stipulation.[26] | | 12.3 feet (Lockmaster/stipulation no. 1, Joint Pre-Trial Order) | | |

---

[25] Wave simulation, IPET, IV 227 states "As can be seen in Figure 162, the estimated wave height and period from STWAVE appear consistent with photographic evidence at the extreme southern end of the IHNC, near the Mississippi River Lock". Figure 162 is a chart that illustrates the maximum wave heights along the IHNC based on photographs. (see Exhibit B). The black line on the chart is an indication of estimated wave height for a photograph that is not referenced. The line shows 3 foot waves at 9:30 am CDT.

[26] See Joint Pre-Trial Order, filed July 24, 2012, p. 29, All Uncontested Material Facts, no. 7, 10, 13, 16, 19.

9

**ATTACHMENT C**
**PLAINTIFFS' POST-TRIAL BRIEF**