# Exhibit A

Correlations of Summary Direct Slide Presentations with
Testimony of Defendants' Expert Witness

Dr. Francisco Silva-Tulla ................................................................1

Dr. David Sykora ...........................................................................7

Dr. Robert Dalrymple ..................................................................10

Mr. James Danner .........................................................................13

Mr. Jean-Prieur Du Plessis...........................................................16

Mr. Karl Schneider .......................................................................18

Dr. William Marr ..........................................................................19

Dr. Timothy Stark .........................................................................24

Dr. Thomas Brandon......................................................................26

Dr. Patrick Lucia ...........................................................................30

Dr. Joseph Dunbar..........................................................................32

WGI provides the following chart to assist the Court in correlating the expert's
presentation slide numbers (and corresponding exhibit number) with his testimony
at trial.

**Correlation of Dr. Francisco Silva-Tulla's
<u>Summary Direct Slide Presentation with Trial Testimony</u>**

| Slide Number and Corresponding Exhibit Number | Direct Testimony Reference to Slide/Exhibit Number | Cross-Examination Reference to Slide/Exhibit Number |
|---|---|---|
| Slide 1 (DX DM-0015-0001) | | |
| Slide 2 (DX DM-0015-0002) | | |
| Slide 3 (DX DM-0015-0003) | 3684:10 – 3686:23 | |
| Slide 4 (DX DM-0015-0004) | 3686:24 – 3691:22 | |
| Slide 5 (DX DM-0015-0005) | 3692:12 – 3693:13 | |
| Slide 6 (DX DM-0015-0006) | | |
| Slide 7 (DX DM-0015-0007) | 3693:14 – 3694:9 | 3672:1-3675:16 |
| Slide 8 (DX DM-0015-0008) | 3694:10 – 3694:14 | |
| Slide 9 (DX DM-0015-0009) | 3694:15 – 3694:17 | 3675:17-3676:9 |
| Slide 10 (DX DM-0015-0010) | 3694:18 – 3695:4 | |
| Slide 11 (DX DM-0015-0011) | 3695:5 – 3695:7 | |
| Slide 12 (DX DM-0015-0012) | 3695:8 – 3695:11 | |
| Slide 13 (DX DM-0015-0013) | 3695:11 – 3695:19 | 3676:11-3678:5 |
| Slide 14 (DX DM-0015-0014) | 3695:20 – 3696:1 | |
| Slide 15 (DX DM-0015-0015) | 3696:1 – 3696:6 | |
| Slide 16 (DX DM-0015-0016) | 3696:7 – 3696:21 | 3831:10-3832:16 |
| Slide 17 (DX DM-0015-0017) | 3696:22 – 3697:13 | |
| Slide 18 (DX DM-0015-0018) | 3697:14 – 3699:2 | 3873:14-3873:25 |
| Slide 19 (DX DM-0015-0019) | 3699:3 – 3699:22 | |
| Slide 20 (DX DM-0015-0020) | 3699:23 – 3700:6 | |
| Slide 21 (DX DM-0015-0021) | 3700:7 – 3700:12 | |

Exhibit A

| | | |
|---|---|---|
| Slide 22 (DX DM-0015-0022) | 3700:13 – 3700:20 | |
| Slide 23 (DX DM-0015-0023) | 3700:21 – 3703:15 | |
| Slide 24 (DX DM-0015-0024) | 3703:16 – 3704:11 | |
| Slide 25 (DX DM-0015-0025) | 37014:12 – 3705:22<br>3785:21 – 3790:2 | |
| Slide 26 (DX DM-0015-0026) | 3705:23 – 3706:17 | |
| Slide 27 (DX DM-0015-0027) | 3706:18 – 3706:23 | |
| Slide 28 (DX DM-0015-0028) | 3706:24 – 3707:19 | |
| Slide 29 (DX DM-0015-0029) | 3707:20 – 3710:24<br>3721:12 – 3722:5 | |
| Slide 30 (DX DM-0015-0030) | 3710:25 – 3714:2 | |
| Slide 31 (DX DM-0015-0031) | 3714:3 – 3715:3 | |
| Slide 32 (DX DM-0015-0032) | 3722:6 – 3722:14 | |
| Slide 33 (DX DM-0015-0033) | 3715:4 – 3716:8 | |
| Slide 34 (DX DM-0015-0034) | 3716:9 – 3717:6 | |
| Slide 35 (DX DM-0015-0035) | 3718:25 – 2730:25 | |
| Slide 36 (DX DM-0015-0036)<br>Demonstration | 3723:8 – 3739:24 | |
| Slide 37 (DX DM-0015-0037) | | |
| Slide 38 (DX DM-0015-0038) | 3740:15 – 3741:14 | |
| Slide 39 (DX DM-0015-0039) | 3741:15 – 3741:17 | |
| Slide 40 (DX DM-0015-0040) | 3741:17 – 3741:20 | |
| Slide 41 (DX DM-0015-0041) | 3741:21 – 3742:2 | |
| Slide 42 (DX DM-0015-0042) | 3742:3 – 3742:6 | |
| Slide 43 (DX DM-0015-0043) | 3742:7 – 3743:13 | |
| Slide 44 (DX DM-0015-0044) | 3743:14 – 3743:22 | |
| Slide 45 (DX DM-0015-0045) | 3743:23 – 3744:1 | |
| Slide 46 (DX DM-0015-0046) | 3744:2 – 3744:7 | |
| Slide 47 (DX DM-0015-0047) | 3744:8 – 3744:14 | |

Exhibit A

| | | |
|---|---|---|
| Slide 48 (DX DM-0015-0048) | 3744:15 – 3744:19 | |
| Slide 49 (DX DM-0015-0049) | 3744:20 – 3745:15 | |
| Slide 50 (DX DM-0015-0050) | 3745:16 – 3746:7 | |
| Slide 51 (DX DM-0015-0051) | 3746:8 – 3747:3 | |
| Slide 52 (DX DM-0015-0052) | 3747:4 – 3748:1<br>3783:12 – 3783:22 | |
| Slide 53 (DX DM-0015-0053) | 3748:2 – 3748:3 | |
| Slide 54 (DX DM-0015-0054) | 3748:4 – 3748:5 | |
| Slide 55 (DX DM-0015-0055) | 3748:6 – 3748:8<br>3748:18 – 3748:24 | |
| Slide 56 (DX DM-0015-0056) | | |
| Slide 57 (DX DM-0015-0057) | 3748:25 – 3749:17 | |
| Slide 58 (DX DM-0015-0058) | 3749:18 – 3750:13<br>3783:23 – 3784:7 | |
| Slide 59 (DX DM-0015-0059) | 3750:14 – 3754:20 | |
| Slide 60 (DX DM-0015-0060) | 3754:21 – 3756:8 | |
| Slide 61 (DX DM-0015-0061) | 3756:9 – 3756:25 | |
| Slide 62 (DX DM-0015-0062) | 3757:1 – 3759:8 | |
| Slide 63 (DX DM-0015-0063) | 3759:9 – 3760:3 | |
| Slide 64 (DX DM-0015-0064) | 3760:4 – 3760:17 | |
| Slide 65 (DX DM-0015-0065) | 3760:18 – 3760:25 | |
| Slide 66 (DX DM-0015-0066) | 3761:1 – 3761:11 | |
| Slide 67 (DX DM-0015-0067) | 3761:12 – 3761:15 | |
| Slide 68 (DX DM-0015-0068) | 3761:16 – 3761:21 | |
| Slide 69 (DX DM-0015-0069) | 3761:22 – 3764:9<br>3765:14 – 3765:19<br>3784:16 – 3785:17 | |
| Slide 70 (DX DM-0015-0070) | 3765:20 – 3766:9 | |
| Slide 71 (DX DM-0015-0071) | 3766:10 – 3766:25 | |
| Slide 72 (DX DM-0015-0072) | 3767:1 – 3768:8 | |

Exhibit A

| | | |
|---|---|---|
| Slide 73 (DX DM-0015-0073) | 3768:9 -3768:15 | |
| Slide 74 (DX DM-0015-0074) | 3768:16 – 3769:23 | |
| Slide 75 (DX DM-0015-0075) | 3769:24 – 3770:7 | |
| Slide 76 (DX DM-0015-0076) | 3770:8 – 3700:25 | |
| Slide 77  (DX DM-0015-0077) | 3771:1 – 3771:20<br>3772:1 – 3773:11 | |
| Slide 78 (DX DM-0015-0078) | 3771:21 – 3771:25<br>3773:12 – 3773:22 | |
| Slide 79 (DX DM-0015-0079) | 3773:23 – 3775:12 | |
| Slide 80 (DX DM-0015-0080) | 3775:13 – 3776:1 | |
| Slide 81 (DX DM-0015-0081) | 3790:3 – 3790:7 | |
| Slide 82 (DX DM-0015-0082) | 3790:8 – 3792:1 | |
| Slide 83 (DX DM-0015-0083) | 3792:2 – 3793:12 | |
| Slide 84 (DX DM-0015-0084) | 3793:13 – 3793:20 | |
| Slide 85 (DX DM-0015-0085) | 3793:21 – 3794:4 | |
| Slide 86 (DX DM-0015-0086) | 3794:4 – 3794:10 | |
| Slide 87 (DX DM-0015-0087) | 3794:11 – 3794:14 | |
| Slide 88 (DX DM-0015-0088) | 3794:15 – 3794:17 | |
| Slide 89 (DX DM-0015-0089) | 3794:18 – 3795:3 | |
| Slide 90 (DX DM-0015-0090) | 3795:4 – 3795:18 | |
| Slide 91 (DX DM-0015-0091) | 3795:19 – 3797:12 | |
| Slide 92 (DX DM-0015-0092) | 3797:13 – 3797:22 | |
| Slide 93 (DX DM-0015-0093) | 3797:23 – 3798:5 | |
| Slide 94 (DX DM-0015-0094) | 3798:6 – 3798:22 | |
| Slide 95 (DX DM-0015-0095) | 3798:23 – 3799:4 | |
| Slide 96 (DX DM-0015-0096) | 3799:4 – 3799:10 | |
| Slide 97 (DX DM-0015-0097) | 3799:11 – 3800:9 | |
| Slide 98 (DX DM-0015-0098) | 3800:10 – 3800:18 | |
| Slide 99 (DX DM-0015-0099) | 3800:19 -3801:22 | |

- 4 -

Exhibit A

| | | |
|---|---|---|
| Slide 100 (DX DM-0015-0100) | 3801:22 – 3802:11 | |
| Slide 101 (DX DM-0015-0101) | 3802:12 – 3803:3 | |
| Slide 102 (DX DM-0015-0102) | 3803:4 – 3803:14 | |
| Slide 103 (DX DM-0015-0103) | 3803:15 – 3803:21 | |
| Slide 104 (DX DM-0015-0104) | 3803:22 – 3805:12 | |
| Slide 105 (DX DM-0015-0105) | 3805:12 – 3809:15 | |
| Slide 106 (DX DM-0015-0106) | 3809:16 – 3809:24 | |
| Slide 107 (DX DM-0015-0107) | 3809:24 – 3810:5 | |
| Slide 108 (DX DM-0015-0108) | 3810:6 – 3811:7 | |
| Slide 109 (DX DM-0015-0109) | 3811:8 – 3812:12 | |
| Slide 110 (DX DM-0015-0110) | 3812:13 – 3812:19 | |
| Slide 111 (DX DM-0015-0111) | 3812:19 – 3812:21 | |
| Slide 112 (DX DM-0015-0112) | 3812:22 – 3812:24 | |
| Slide 113 (DX DM-0015-0113) | 3812:25 – 3813:9 | |
| Slide 114 (DX DM-0015-0114) | 3813:9 – 3813:13 | 3844:16 – 3845:15 |
| Slide 115 (DX DM-0015-0115) | 3815:2 – 3815:10 | |
| Slide 116 (DX DM-0015-0116) | 3815:10 – 3815:20 | |
| Slide 117 (DX DM-0015-0117) | 3815:21 – 3816:8 | |
| Slide 118 (DX DM-0015-0118) | 3816:9 – 3816:23 | |
| Slide 119 (DX DM-0015-0119) | 3816:24 – 3817:4 | |
| Slide 120 (DX DM-0015-0120) | 3817:5 – 3817:17 | |
| Slide 121 (DX DM-0015-0121) | 3817:18 – 3818:7 | |
| Slide 122 (DX DM-0015-0122) | 3818:8 – 3818:19 | |
| Slide 123 (DX DM-0015-0123) | 3818:21 – 3818:21 | |
| Slide 124 (DX DM-0015-0124) | 3818:22 – 3819:24 | |
| Slide 125 (DX DM-0015-0125) | 3819:25 – 3820:7 | |
| Slide 126 (DX DM-0015-0126) | 3820:8 – 3821:2 | |
| Slide 127 (DX DM-0015-0127) | 3821:3 – 3822:4 | |
| Slide 128 (DX DM-0015-0128) | 3822:5 – 3822:9 | |

Exhibit A

| | | |
|---|---|---|
| Slide 129 (DX DM-0015-0129) | 3822:9 – 3822:14 | |
| Slide 130 (DX DM-0015-0130) | 3822:15 – 3822:18 | |
| Slide 131 (DX DM-0015-0131) | 3822:18 – 3823:25 | |
| Slide 132 (DX DM-0015-0132) Animation | 3824:1 – 3825:20 | 3678:6 – 3683:2 |
| Slide 133 (DX DM-0015-0133) | 3825:21 – 3827:21 | |
| Slide 134 (DX DM-0015-0134) | | |

Exhibit A

WGI provides the following chart to assist the Court in correlating the expert's presentation slide numbers (and corresponding exhibit number) with his testimony at trial.

**Correlation of Dr. David W. Sykora's**
**Summary Direct Slide Presentation with Trial Testimony**

| Slide Number and Corresponding Exhibit Number | Direct Testimony Reference to Slide/Exhibit Number | Cross-Examination Reference to Slide/Exhibit Number |
|---|---|---|
| Slide 1 (DX-DM-0008-0001) | | |
| Slide 2 (DX DM-0008-0002) | 3058:15 – 3068:7 | |
| Slide 3 (DX DM-0008-0003) | 3075:4 – 3075:25 | |
| Slide 4 (DX DM-0008-0004) | 3076:1 – 3076:17 | 3122:20 – 3124:22 |
| Slide 5 (DX DM-0008-0005) | 3076:18 – 3076:22 | |
| Slide 6 (DX DM-0008-0006) | 3076:22 – 3077:2 | |
| Slide 7 (DX DM-0008-0007) | 3077:23 – 3078:7 | |
| Slide 8 (DX DM-0008-0008) | 3078:8 – 3079:2 | |
| Slide 9 (DX DM-0008-0009) | 3079:3 – 3079:18 | |
| Slide 10 (DX DM-0008-0010) | 3079:19 – 30769:23 | |
| Slide 11 (DX DM-0008-0011) | 3079:24 – 3080:6 | |
| Slide 12 (DX DM-0008-0012) | 3080:7 – 3080:10 | |
| Slide 13 (DX DM-0008-0013) | 3080:11 – 3080:16 | 3126:11 – 3127:3 |
| Slide 14 (DX DM-0008-0014) | 3080: 16 – 3080:23 | |
| Slide 15 (DX DM-0008-0015) | 3080:24 – 3081:1 | |
| Slide 16 (DX DM-0008-0016) | 3081:2 – 3081:19 | 3127:22 – 3128:14 |
| Slide 17 (DX DM-0008-0017) | 3081:20 – 3082:18 | |
| Slide 18 (DX DM-0008-0018) | 3082:19 – 3083:8 | |
| Slide 19 (DX DM-0008-0019) | 3083:9 – 3083:15 | |
| Slide 20 (DX DM-0008-0020) | 3083:16 – 3083:21 | 3128:15 – 3128:22 |
| Slide 21 (DX DM-0008-0021) | 3083:22 – 3083:25 | |
| Slide 22 (DX DM-0008-0022) | 3084:1 – 3084:7 | |
| Slide 23 (DX DM-0008-0023) | 3084:8 – 3084:24 | 3128:23 – 3129:17 |

Exhibit A

| | | |
|---|---|---|
| Slide 24 (DX DM-0008-0024) | 3084:25 – 3085:7 | |
| Slide 25 (DX DM-0008-0025) | 3085:8 – 3085:16 | |
| Slide 26 (DX DM-0008-0026) | 3085:17 – 3086:8 | 3129:18 – 3130:13 |
| Slide 27 (DX DM-0008-0027) | 3086:9 – 3086:13 | |
| Slide 28 (DX DM-0008-0028) | 3086:14 – 3086:16 | |
| Slide 29 (DX DM-0008-0029) | 3086:17 – 3086:19 | |
| Slide 30 (DX DM-0008-0030) | 3086:20 – 3086:23 | |
| Slide 31 (DX DM-0008-0031) | 3086:24 – 3087:5 | |
| Slide 32 (DX DM-0008-0032) | 3087:8 – 3088:5 | |
| Slide 33 (DX DM-0008-0033) | 3088:6 – 3089:1 | |
| Slide 34 (DX DM-0008-0034) | 3089:2 – 3090:12 | 3130:14 – 3133:2 |
| Slide 35 (DX DM-0008-0035) | 3090:13 – 3091:9 | |
| Slide 36 (DX DM-0008-0036) | 3091:10 – 3091:17 | |
| Slide 37 (DX DM-0008-0037) | 3091:18 – 3092:2 | |
| Slide 38 (DX DM-0008-0038) | 3092:3 – 3092:12 | |
| Slide 39 (DX DM-0008-0039) | 3092:13 – 3093:17 | 3133:3 – 3135:11 |
| Slide 40 (DX DM-0008-0040) | 3093:18 – 3094:2 | |
| Slide 41 (DX DM-0008-0041) | 3094:3 – 3094:15 | |
| Slide 42 (DX DM-0008-0042) | 3094:16 – 3095:4 | |
| Slide 43 (DX DM-0008-0043) | 3095:5 – 3097:14 | |
| Slide 44 (DX DM-0008-0044) | 3097:15 – 3098:16 | |
| Slide 45 (DX DM-0008-0045) | 3098:17 – 3099:1 | |
| Slide 46 (DX DM-0008-0046) | 3099:2 – 3099:4 | |
| Slide 47 (DX DM-0008-0047) | 3099:5 – 3099:15 | |
| Slide 48 (DX DM-0008-0048) | 3099:16 – 3099:20 | |
| Slide 49 (DX DM-0008-0049) | 3099:21 – 3100:7 | |
| Slide 50 (DX DM-0008-0050) | 3100:8 – 3100:9 | |
| Slide 51 (DX DM-0008-0051) | 3100:10 – 3100:11 | |
| Slide 52 (DX DM-0008-0052) | 3100:11 – 3100:15 | |
| Slide 53 (DX DM-0008-0053) | 3100:16 – 3101:2 | |
| Slide 54 (DX DM-0008-0054) | 3101:3 – 3101:4 | |

Exhibit A

| | | |
|---|---|---|
| Slide 55 (DX DM-0008-0055) | 3101:4 – 3101:5 | |
| Slide 56 (DX DM-0008-0056) | 3101:6 – 3101:9 | |
| Slide 57 (DX DM-0008-0057) | 3101:10 – 3101:13 | |
| Slide 58 (DX DM-0008-0058) | 3101:14 – 3101:19 | |
| Slide 59 (DX DM-0008-0059) | 3101:20 – 3102:11 | 3135:14 – 3138:4 |
| Slide 60 (DX DM-0008-0060) | 3102:12 – 3102:14 | |
| Slide 61 (DX DM-0008-0061) | 3102:15 – 3102:18 | |
| Slide 62 (DX DM-0008-0062) | 3102:19 – 3103:4 | |
| Slide 63 (DX DM-0008-0063) | 3103:5 – 3103:7 | |
| Slide 64 (DX DM-0008-0064) | 3103:8 – 3103:11 | |
| Slide 65 (DX DM-0008-0065) | 3103:12 | |
| Slide 66 (DX DM-0008-0066) | 3103:12 – 3103:17 | |
| Slide 67 (DX DM-0008-0067) | 3103:18 – 3104:9 | |
| Slide 68 (DX DM-0008-0068) | 3104:10 – 3104:15 | 3138:10 – 3141:7 |
| Slide 69 (DX DM-0008-0069) | 3104:16 – 3104:22 | |
| Slide 70 (DX DM-0008-0070) | 3104:23 – 3105:2 | |
| Slide 71 (DX DM-0008-0071) | 3105:3 – 3105:6 | |
| Slide 72 (DX DM-0008-0072) | 3105:7 – 3105:9 | |
| Slide 73 (DX DM-0008-0073) | 3105:10 – 3105:13 | |

Exhibit A

WGI provides the following chart to assist the Court in correlating the expert's presentation slide numbers (and corresponding exhibit number) with his testimony at trial.

### Correlation of Dr. Robert A. Dalrymple's
### Summary Direct Slide Presentation with Trial Testimony

| Slide Number and Corresponding Exhibit Number | Direct Testimony Reference to Slide/Exhibit Number | Cross-Examination Reference to Slide/Exhibit Number |
|---|---|---|
| Slide 1 (DX DM-0006-0001) | | |
| Slide 2 (DX DM-0006-0002) | 2694:25 – 2698:5 | |
| Slide 3 (DX DM-0006-0003) | 2698:6 – 2701:3 | |
| Slide 4 (DX DM-0006-0004) | 2717:4 – 2718:9 | |
| Slide 5 (DX DM-0006-0005) | 2718:10 – 2718:25 | |
| Slide 6 (DX DM-0006-0006) | 2719:1 – 2720:2 | |
| Slide 7 (DX DM-0006-0007) | 2720:3 – 2722:6 | |
| Slide 8 (DX DM-0006-0008) | 2722:7 – 2722:15 | |
| Slide 9 (DX DM-0006-0009) | 2722:16 – 2723:9 | |
| Slide 10 (DX DM-0006-0010) | 2723:10 – 2724:11 | |
| Slide 11 (DX DM-0006-0011) | 2724:12 – 2724:23 | |
| Slide 12 (DX DM-0006-0012) | 2724:24 – 2725:5 | |
| Slide 13 (DX DM-0006-0013) | 2725:6 – 2726:3 | |
| Slide 14 (DX DM-0006-0014) | 2726:4 – 2727:19 | |
| Slide 15 (DX DM-0006-0015) | 2727:20 -2729:8 | |
| Slide 16 (DX DM-0006-0016) | 2729:9 – 2730:1 | |
| Slide 17 (DX DM-0006-0017) | 2730:2 – 2730:16 | |
| Slide 18 (DX DM-0006-0018) | 2730:17 – 2731:24 | |
| Slide 19 (DX DM-0006-0019) | 2731:25 – 2732:23 | |
| Slide 20 (DX DM-0006-0020) | 2732:24 – 2733:4 | |
| Slide 21 (DX DM-0006-0021) | 2733:5 – 2733:16 | |

Exhibit A

| | | |
|---|---|---|
| Slide 22 (DX DM-0006-0022) | 2733:17 – 2733:24 | |
| Slide 23 (DX DM-0006-0023) | 2733:25 – 2736:7 | |
| Slide 24 (DX DM-0006-0024) | 2736:8 – 2737:10 | |
| Slide 25 (DX DM-0006-0025) | 2737:11 – 2738:17<br>2739:2 – 2741:2 | |
| Slide 26 (DX DM-0006-0026) | 2741:3 – 2741:11<br>2870:10 – 2872:11 | |
| Slide 27 (DX DM-0006-0027) | 2741:12 – 2742:24 | |
| Slide 28 (DX DM-0006-0028) | 2742:25 – 2743:18 | |
| Slide 29 (DX DM-0006-0029) | 2743:19 – 2745:6 | |
| Slide 30 (DX DM-0006-0030) | 2745:7 – 2747:1 | |
| Slide 31 (DX DM-0006-0031) | 2747:2 – 2747:16<br>2876:18 – 2878:16 | 2780:20 – 2786:13<br>2789:8 – 2796:16 |
| Slide 32 (DX DM-0006-0032) | 2747:17 – 2748:15<br>2881:16 – 2881:22 | 2810:3 – 2810:17 |
| Slide 33 (DX DM-0006-0033) | 2748:16 – 2748:21<br>2881:23 – 2882:9 | 2810:18 – 2812:13 |
| Slide 34 (DX DM-0006-0034) | 2748:22 – 2749:1<br>2882:10 – 2882:19 | 2812:16 – 2814:2 |
| Slide 35 (DX DM-0006-0035) | 2749:2 – 2749:7 | |
| Slide 36 (DX DM-0006-0036) | 2749:8 – 2749:17 | |
| Slide 37 (DX DM-0006-0037) | 2749:18 – 2749:25 | |
| Slide 38 (DX DM-0006-0038) | 2750:1 – 2750:25 | |
| Slide 39 (DX DM-0006-0039) | 2751:1 – 2752:18 | |
| Slide 40 (DX DM-0006-0040)<br>(animation) | 2752:19 – 2754:23 | |
| Slide 41 (DX DM-0006-0041) | 2754:24 – 2756:18 | |
| Slide 42 (DX DM-0006-0042) | 2756:19 – 2757:5 | |
| Slide 43 (DX DM-0006-0043) | 2757:6 – 2758:21 | |
| Slide 44 (DX DM-0006-0044) | 2758:22 – 2760:1 | |

Exhibit A

| | | |
|---|---|---|
| Slide 45 (DX DM-0006-0045) | 2760:2 – 2760:16 | |
| Slide 46 (DX DM-0006-0046) | 2760:17 – 2761:14 | |
| Slide 47 (DX DM-0006-0047) | 2761:15 – 2762:5 | |
| Slide 48 (DX DM-0006-0048) | 2762:6 – 2762:9 | |

Exhibit A

WGI provides the following chart to assist the Court in correlating the expert's presentation slide numbers (and corresponding exhibit number) with his testimony at trial.

**Correlation of Mr. James Danner's**
**Slide Presentation with Trial Testimony**

| Slide Number and Corresponding Exhibit Number | Direct Testimony Reference to Slide/Exhibit Number | Cross-Examination Reference to Slide/Exhibit Number |
|---|---|---|
| Slide 1 (DX-DM-0007-0001) | | |
| Slide 2 (DX DM-0007-0002) | 3294:23 – 3298:24 | |
| Slide 3 (DX DM-0007-0003) | 3298:25 – 33033:11 | |
| Slide 4 (DX DM-0007-0004) | 3311:23 – 3314:10 | |
| Slide 5 (DX DM-0007-0005) | 3314:11 – 3314:17 | |
| Slide 6 (DX DM-0007-0006) | 3314:19 – 3318:6 | |
| Slide 7 (DX DM-0007-0007) | 3318:7 – 3320:8 | |
| Slide 8 (DX DM-0007-0008) | 3320:9 – 3325:10 | |
| Slide 9 (DX DM-0007-0009) | 3328:13 – 3332:7 | |
| Slide 10 (DX DM-0007-0010) | 3332:11 – 3332:13 | |
| Slide 11 (DX DM-0007-0011) | 3332:14 – 3332:19 | |
| Slide 12 (DX DM-0007-0012) | 3332:22 – 3333:9 | |
| Slide 13 (DX DM-0007-0013) | 3333:10 – 3333:20 | |
| Slide 14 (DX DM-0007-0014) | 3333:23 – 3334:20 | |
| Slide 15 (DX DM-0007-0015) | 3334:23 – 3335:2 | |
| Slide 16 (DX DM-0007-0016) | 3335:3 – 3336:12 | |
| Slide 17 (DX DM-0007-0017) | 3336:13 – 3337:9 | |
| Slide 18 (DX DM-0007-0018) | 3337:12 – 3338:1 | |
| Slide 19 (DX DM-0007-0019) | 3338:2 – 3338:14 | |
| Slide 20 (DX DM-0007-0020) | 3338:15 – 3338:16 | |
| Slide 21 (DX DM-0007-0021) | 3338:17 – 3338:22 | |
| Slide 22 (DX DM-0007-0022) | 3338:23 – 3339:3 | |
| Slide 23 (DX DM-0007-0023) | | |

Exhibit A

| | | |
|---|---|---|
| Slide 24 (DX DM-0007-0024) | 3339:4 – 3339:7 | |
| Slide 25 (DX DM-0007-0025) | 3339:8 – 3339:19 | |
| Slide 26 (DX DM-0007-0026) | 3339:20 – 3340:3 | |
| Slide 27 (DX DM-0007-0027) | 3340:4 | |
| Slide 28 (DX DM-0007-0028) | 3340:6 – 3340:12 | |
| Slide 29 (DX DM-0007-0029) | 3340:14 – 3340:21 | |
| Slide 30 (DX DM-0007-0030) | 3340:22 – 3342:21 | |
| Slide 31 (DX DM-0007-0031) | 3342:22 – 3343:20 | |
| Slide 32 (DX DM-0007-0032) | 3344:14 – 3348:9 | |
| Slide 33 (DX DM-0007-0033) | | |
| Slide 34 (DX DM-0007-0034) | 3352:17 – 3352:20 | |
| Slide 35 (DX DM-0007-0035) | 3352:21 – 3352:22 | |
| Slide 36 (DX DM-0007-0036) | 3352:23 – 3352:24 | |
| Slide 37 (DX DM-0007-0037) | | |
| Slide 38 (DX DM-0007-0038) | | |
| Slide 39 (DX DM-0007-0039) | 3353:7 – 3353:13 | |
| Slide 40 (DX DM-0007-0040) | 3353:14 – 3353:17 | |
| Slide 41 (DX DM-0007-0041) | 3353:18 – 3354:4 | |
| Slide 42 (DX DM-0007-0042) | 3354:5 – 3354:11 | |
| Slide 43 (DX DM-0007-0043) | 3354:12 – 3354:24 | |
| Slide 44 (DX DM-0007-0044) | 3354:25 – 3355:2 | |
| Slide 45 (DX DM-0007-0045) | 3355:3 – 3355:8 | |
| Slide 46 (DX DM-0007-0046) | 3355:9 – 3355:19 | |
| Slide 47 (DX DM-0007-0047) | 3355:20 – 3355:24 | |
| Slide 48 (DX DM-0007-0048) | 3355:25 – 3356:23 | |
| Slide 49 (DX DM-0007-0049) | 3356:24 – 3357:10 | |
| Slide 50 (DX DM-0007-0050) | 3357:11 – 3357:20 | |
| Slide 51 (DX DM-0007-0051) | 3357:21 – 3358:4 | |
| Slide 52 (DX DM-0007-0052) | 3358:5 – 3358:9 | |
| Slide 53 (DX DM-0007-0053) | 3358:10 – 3359:13 | |
| Slide 54 (DX DM-0007-0054) | 3359:14 – 3359:17 | |

Exhibit A

| | | |
|---|---|---|
| Slide 55 (DX DM-0007-0055) | 3359:18 – 3359:21 | |
| Slide 56 (DX DM-0007-0056) | 3359:22 – 3360:4 | |
| Slide 57 (DX DM-0007-0057) | 3360:5 – 3360:22 | |
| Slide 58 (DX DM-0007-0058) | 3360:23 – 3361:13 | |
| Slide 59 (DX DM-0007-0059) | 3361:14 – 3361:16 | |
| Slide 60 (DX DM-0007-0060) | 3361:17 – 3361:20 | |
| Slide 61 (DX DM-0007-0061) | 3361:21 – 3361:22 | |
| Slide 62 (DX DM-0007-0062) | 3361:23 – 3362:4 | |
| Slide 63 (DX DM-0007-0063) | 3362:5 – 3362:9 | |
| Slide 64 (DX DM-0007-0064) | 3362:10 – 3362:12 | |
| Slide 65 (DX DM-0007-0065) | 3362:16 – 3362:22 | |
| Slide 66 (DX DM-0007-0066) | 3362:23 – 3363:2 | |
| Slide 67 (DX DM-0007-0067) | 3363:3 – 3363:13 | |
| Slide 68 (DX DM-0007-0068) | 3363:14 – 3364:5 | |
| Slide 69 (DX DM-0007-0069) | 3364:6 – 3364:10 | |
| Slide 70 (DX DM-0007-0070) | 3364:11 – 3364:14 | |
| Slide 71 (DX DM-0007-0071) | 3364:15 – 3364:17 | |
| Slide 72 (DX DM-0007-0072) | 3364:18 – 3366:8 | |
| Slide 73 (DX DM-0007-0073) | 3366:9 – 3366:24 | |
| Slide 74 (DX DM-0007-0074) | 3366:25 – 3367:4 | |
| Slide 75 (DX DM-0007-0075) | 3367:5 – 3367:6 | |
| Slide 76 (DX DM-0007-0076) | 3367:7 – 3367:18 | |
| Slide 77 (DX DM-0007-0077) | 3367:9 – 3368:4 | |

Exhibit A

WGI provides the following chart to assist the Court in correlating the expert's presentation slide numbers (and corresponding exhibit number) with his testimony at trial.

**Correlation of Mr. Jean-Prieur Du Plessis'**
**Slide Presentation with Trial Testimony**

| Slide Number and Corresponding Exhibit Number | Direct Testimony Reference to Slide/Exhibit Number | Cross-Examination Reference to Slide/Exhibit Number |
|---|---|---|
| Slide 1 (DX-DM-0009-0001) | | |
| Slide 2 (DX DM-0009-0002) | 3534:18 – 3537:1 | |
| Slide 3 (DX DM-0009-0003) | 3537:2 – 3540:12 | |
| Slide 4 (DX DM-0009-0004) | 3542:3 – 3542:19 | |
| Slide 5 (DX DM-0009-0005) | | |
| Slide 6 (DX DM-0009-0006) | 3542:20 – 3544:24 | |
| Slide 7 (DX DM-0009-0007) | 3544:25 – 3549:10 | |
| Slide 8 (DX DM-0009-0008) | 3549:23 – 3551:19 | |
| Slide 9 (DX DM-0009-0009) | | |
| Slide 10 (DX DM-0009-0010) | 3551:20 – 3553:8 | |
| Slide 11 (DX DM-0009-0011) | 3553:9 – 3553:20 | |
| Slide 12 (DX DM-0009-0012) | 3553:20 – 3553:24 | |
| Slide 13 (DX DM-0009-0013) | | |
| Slide 14 (DX DM-0009-0014) | 3553:25 – 3554:20 | |
| Slide 15 (DX DM-0009-0015) | 3554:21 – 3555:3 | |
| Slide 16 (DX DM-0009-0016) | | |
| Slide 17 (DX DM-0009-0017) | | |
| Slide 18 (DX DM-0009-0018) | 3555:4 – 3555:11 | |
| Slide 19 (DX DM-0009-0019) | 3555:12 – 3555:20 | |
| Slide 20 (DX DM-0009-0020) | | |
| Slide 21 (DX DM-0009-0021) | | |
| Slide 22 (DX DM-0009-0022) | 3555:21 – 3555:25 | |
| Slide 23 (DX DM-0009-0023) | 3556:1 – 3556:10 | |

Exhibit A

| | | |
|---|---|---|
| Slide 24 (DX DM-0009-0024) | | |
| Slide 25 (DX DM-0009-0025) | | |
| Slide 26 (DX DM-0009-0026) | 3556:11 – 3556:22 | |
| Slide 27 (DX DM-0009-0027) | 3556:23 – 3557:1 | |
| Slide 28 (DX DM-0009-0028) | | |
| Slide 29 (DX DM-0009-0029) | 3560:20 – 3562:7 | |

Exhibit A

WGI provides the following chart to assist the Court in correlating the expert's presentation slide numbers (and corresponding exhibit number) with his testimony at trial.

## Correlation of Mr. Karl Schneider's
## Slide Presentation with Trial Testimony

| Slide Number and Corresponding Exhibit Number | Direct Testimony Reference to Slide/Exhibit Number | Cross-Examination Reference to Slide/Exhibit Number |
|---|---|---|
| Slide 1 (DX-DM-0011-0001) | | |
| Slide 2 (DX DM-0011-0002) | 3587:8 – 35588:15 | |
| Slide 3 (DX DM-0011-0003) | 3588:16 – 3592:12 | |
| Slide 4 (DX DM-0011-0004) | 3597:8 – 3598:25 | |
| Slide 5 (DX DM-0011-0005) | 3599:1 – 3609:7 | |
| Slide 6 (DX DM-0011-0006) | 3609:8 – 3610:11 | |
| Slide 7 (DX DM-0011-0007) | 3610:12 – 3611:3 | |
| Slide 8 (DX DM-0011-0008) | 3611:4 – 3611:21 | |
| Slide 9 (DX DM-0011-0009) | 3611:22 – 3615:12 | |
| Slide 10 (DX DM-0011-0010) | 3615:22 – 3616:12 | |
| Slide 11 (DX DM-0011-0011) | 3616:13 – 3617:11 | |
| Slide 12 (DX DM-0011-0012) | 3617:12 – 3618:15 | |
| Slide 13 (DX DM-0011-0013) | 3618:25 – 3619:14 | |
| Slide 14 (DX DM-0011-0014) | 3619:21 – 3620:9 | |
| Slide 15 (DX DM-0011-0015) | 3620:10 – 3620:25 | |
| Slide 16 (DX DM-0011-0016) | | |
| Slide 17 (DX DM-0011-0017) | 3621:1 – 3622:14 | |

Exhibit A

WGI provides the following chart to assist the Court in correlating the expert's presentation slide numbers (and corresponding exhibit number) with his testimony at trial.

**Correlation of Dr. Wm. A. Marr's**
**Summary Direct Slide Presentation with Trial Testimony**

| Slide Number and Corresponding Exhibit Number | Direct Testimony Reference to Slide/Exhibit Number | Cross-Examination Reference to Slide/Exhibit Number |
|---|---|---|
| Slide 1 (DX-DM-1006-0001) | | |
| Slide 2 (DX DM-1006-0002) | 1830:23 – 1831:15 | |
| Slide 3 (DX DM-1006-0003) | 1831:16 – 1832:4 | |
| Slide 4 (DX DM-1006-0004) | 1832:5 – 1832:14 | |
| Slide 5 (DX DM-1006-0005) | 1835:7 – 1836:18 | |
| Slide 6 (DX DM-1006-0006) | 1836:19 – 1837:12 | |
| Slide 7 (DX DM-1006-0007) | 1837:24 – 1839:4 | 2151:18 – 2153:15 |
| Slide 8 (DX DM-1006-0008) | 1839:5 – 1840:15 | 2143:21 – 2145:3 |
| Slide 9 (DX DM-1006-0009) | 1840:16 – 1841:9 2237:2—2237:9 | |
| Slide 10 (DX DM-1006-0010) | 1841:10 – 1841:24 2237:10 – 2237:12 | 2145:4 – 2145:22 |
| Slide 11 (DX DM-1006-0011) | 1841:25 – 1842:11 2237:13 – 2237:20 | |
| Slide 12 (DX DM-1006-0012) | 1842:13 – 1843:20 | |
| Slide 13 (DX DM-1006-0013) | 1843:21 – 1844:14 | |
| Slide 14 (DX DM-1006-0014) | 1844:15 – 1844:21 | |
| Slide 15 (DX DM-1006-0015) | 1844:22 – 1845:2 | |
| Slide 16 (DX DM-1006-0016) | 1845:3 – 1845:17 | 2145:23 – 2146:14 |
| Slide 17 (DX DM-1006-0017) | 1845:18 – 1846:16 | |
| Slide 18 (DX DM-1006-0018) | 1846:17 – 1847:4 | |
| Slide 19 (DX DM-1006-0019) | 1847:5 – 1848:9 | |

Exhibit A

| | | |
|---|---|---|
| Slide 20 (DX DM-1006-0020) | 1848:10 – 1849:8 | |
| Slide 21 (DX DM-1006-0021) | 1849:9 – 1851:24 | 2146:15 – 2147:14 |
| Slide 22 (DX-DM-1006-0022) | 1851:25 – 1852:4 | 2147:15 – 2148:15 |
| Slide 23 (DX-DM-1006-0023) | 1852:5 – 1852:10 | 2148:16 – 2149:11 |
| Slide 24 (DX-DM-1006-0024) | 1852:11 – 1852:24<br>2237:21 – 2238:1 | |
| Slide 25 (DX-DM-1006-0025) | 1852:25 – 1853:15 | 2149:12 – 2150:3 |
| Slide 26 (DX-DM-1006-0026) | 1853:16 – 1853:19<br>2238:2 – 2238:8 | 2150:4 – 2150:17 |
| Slide 27 (DX-DM-1006-0027) | 1853:20 – 1854:2<br>2238:9 – 2238:20 | 2036:9 – 2039:24 |
| Slide 28 (DX-DM-1006-0028) | 1854:3 – 1854:11<br>2240:7 – 2241:2 | 2150:18 – 2151:17 |
| Slide 29 (DX-DM-1006-0029) | 1854:12 – 1854:18 | |
| Slide 30 (DX-DM-1006-0030) | 1854:19 – 1855:1<br>2238:21 – 2239:9 | |
| Slide 31 (DX-DM-1006-0031) | 1855:2 – 1855:5<br>2239:10 – 2240:2 | 2153:16 – 2155:4 |
| Slide 32 (DX-DM-1006-0032) | 1855:6 – 1855:10<br>2240:3 – 2240:6 | |
| Slide 33 (DX-DM-1006-0033) | 1855:11 – 1855:15 | |
| Slide 34 (DX-DM-1006-0034) | 1855:16 – 1855:19 | |
| Slide 35 (DX-DM-1006-0035) | 1855:20 – 1856:13 | |
| Slide 36 (DX-DM-1006-0036) | 1856:14 – 1858:9 | |
| Slide 37 (DX-DM-1006-0037) | 1859:4 – 1861:6<br>2232:17 – 2234:7 | |
| Slide 38 (DX-DM-1006-0038) | 1861:7 – 1861:8 (skipped) | 2155:5 – 2155:22 |
| Slide 39 (DX-DM-1006-0039) | 1861:9 – 1863:18 | |
| Slide 40 (DX-DM-1006-0040) | 1863:19 – 1864:4 | |
| Slide 41 (DX-DM-1006-0041) | 1864:5 – 1864:25 | 2155:23 – 2157:24 |

- 20 -

Exhibit A

| | | |
|---|---|---|
| Slide 42 (DX-DM-1006-0042) | 1865:1 – 1865:12 | |
| Slide 43 (DX-DM-1006-0043) | 1865:13 – 1868:8 | 2157:25 – 2160:8 |
| Slide 44 (DX-DM-1006-0044) | 1868:9 – 1868:25<br>1882:24 – 1883:11<br>2234:8 – 2235:3<br>2236:6 – 2236:18<br>2247:14 – 2249:1 | |
| Slide 45 (DX-DM-1006-0045) | 1883:12 – 1884:11 | 2160:9 – 2160:24 |
| Slide 46 (DX-DM-1006-0046) | 1884:12 – 1885:4 | |
| Slide 47 (DX-DM-1006-0047) | 1885:5 – 1885:15 | 2160:25 – 2167:13 |
| Slide 48 (DX-DM-1006-0048) | 1885:16 – 1886:24<br>2241:3 – 2244:25<br>2249:2 – 2250:12 | |
| Slide 49 (DX-DM-1006-0049) | 1886:25 – 1887:19 | 2167:13 – 2173:7 |
| Slide 50 (DX-DM-1006-0050) | 1887:20 – 1888:11 | 2173:8 – 2174:24 |
| Slide 51 (DX-DM-1006-0051) | 1888:12 – 1889:1 | 2174:25 – 2175:15 |
| Slide 52 (DX-DM-1006-0052) | 1889:2 – 1889:11 | |
| Slide 53 (DX-DM-1006-0053) | 1889:12 – 1889:22 | |
| Slide 54 (DX-DM-1006-0054) | 1889:23 – 1890:8 | |
| Slide 55 (DX-DM-1006-0055) | 1890:9 – 1893:2 | |
| Slide 56 (DX-DM-1006-0056) | 1893:4 – 1896:6<br>1898:23 – 1899:15 | |
| Slide 57 (DX-DM-1006-0057) | 1899:16 – 1901:24 | |
| Slide 58 (DX-DM-1006-0058) | 1901:25 – 1903:10 | |
| Slide 59 (DX-DM-1006-0059) | 1903:11 – 1903:20 | |
| Slide 60 (DX-DM-1006-0060) | 1905:11 – 1907:19 | |
| Slide 61 (DX-DM-1006-0061) | 1907:20 – 1908:18 | |
| Slide 62 (DX-DM-1006-0062) | 1908:19 – 1909:11 | |
| Slide 63 (DX-DM-1006-0063) | 1909:12 – 1910:24 | |
| Slide 64 (DX-DM-1006-0064) | 1910:25 – 1912:2 | |

Exhibit A

| | | |
|---|---|---|
| Slide 65 (DX-DM-1006-0065) | 1912:3 – 1913:5 | 2176:2 – 2176:16 |
| Slide 66 (DX-DM-1006-0066) | 1913:6 – 1914:24 | 2175:16 – 2176:1<br>2176:17 – 2176:22 |
| Slide 67 (DX-DM-1006-0067) | 1914:25 – 1915:10 | |
| Slide 68 (DX-DM-1006-0068) | 1915:11 – 1916:19 | |
| Slide 69 (DX-DM-1006-00 69) | 1916:20 – 1917:15 | |
| Slide 70 (DX-DM-1006-0070) | 1917:16 – 1918:8 | 2176:23 – 2177:14 |
| Slide 71 (DX-DM-1006-0071) | 1918:9 – 1919:2 | 2177:15 – 2177:25 |
| Slide 72 (DX-DM-1006-0072) | 1919:3 – 1920:5 | 2178:1 – 2178:9 |
| Slide 73 (DX-DM-1006-00 73) | 1920:6 – 1922:4 | 2178:10 – 2178:24 |
| Slide 74 (DX-DM-1006-0074) | 1922:5 – 1922:11 | 2178:25 – 2179:6 |
| Slide 75 (DX-DM-1006-0075) | 1922:6 – 1922:23 | 2179:7 – 2180:17 |
| Slide 76 (DX-DM-1006-0076) | 1922:24 – 1923:14 | |
| Slide 77 (DX-DM-1006-0077) | 1923:15 – 1924:6 | |
| Slide 78 (DX-DM-1006-0078) | 1924:7 – 1924:14 | |
| Slide 79 (DX-DM-1006-0079) | 1896:7 – 1897:20<br>1927:6 – 1927:11 | |
| Slide 80 (DX-DM-1006-0080) | 1897:21 – 1898:22<br>1927:12 – 1927:19 | |
| Slide 81 (DX-DM-1006-0081) | 1927:20 – 1928:14 | |
| Slide 82 (DX-DM-1006-0082) | 1928:15 – 1930:17 | 2182:3 – 2183:8 |
| Slide 83 (DX-DM-1006-0083) | 1930:18 – 1931:11 | 2183:9 – 2183:14 |
| Slide 84 (DX-DM-1006-0084) | 1931:12 – 1931:16 (skipped) | |
| Slide 85 (DX-DM-1006-0085) | 1931:17 (skipped) | |
| Slide 86 (DX-DM-1006-0086) | 1931:18 – 1932:18 | |
| Slide 87 (DX-DM-1006-0087) | 1932:19 – 1933:6 | |
| Slide 88 (DX-DM-1006-0088) | 1933:7 – 1933:22 | |
| Slide 89 (DX-DM-1006-0089) | 1933:23 – 1934:14 | |
| Slide 90 (DX-DM-1006-0090) | 1934:15 – 1934:23 | |

| | | |
|---|---|---|
| Slide 91 (DX-DM-1006-0091) | 1934:24 – 1935:8 | |
| Slide 92 (DX-DM-1006-0092) | 1935:9 – 1935:12 | |
| Slide 93 (DX-DM-1006-0093) | 1935:13 – 1935:23 | |
| Slide 94 (DX-DM-1006-0094) | 1935:24 – 1936:9 | |
| Slide 95 (DX-DM-1006-0095) | 1936:10 – 1936:22 | |
| Slide 96 (DX-DM-1006-0096) | 1936:23 – 1937:12 | |
| Slide 97 (DX-DM-1006-0097) | 1937:13 – 1938:4 | |
| Slide 98 (DX-DM-1006-0098) | 1938:5 – 1938:16 | |
| Slide 99 (DX-DM-1006-0099) | 1938:17 – 1939:8 | |
| Slide 100 (DX-DM-1006-0100) | 1939:9 – 1939:21 | |
| Slide 101 (DX-DM-1006-0101) | 1939:22 – 1941:3 | |
| Slide 102 (DX-DM-1006-0102) | 1941:4 – 1941:13 | |
| Slide 103 (DX-DM-1006-0103) | 1941:14 – 1942:2 | |
| Slide 104 (DX-DM-1006-0104) | 1942:3 – 1942:20 | |
| Slide 105 (DX-DM-1006-0105) | 1942:21 – 1943:10 | |
| Slide 106 (DX-DM-1006-0106) | 1943:11 – 1944:6 | |
| Slide 107 (DX-DM-1006-0107) | 1944:7 (skipped) | |
| Slide 108 (DX-DM-1006-0108) | 1944:8 – 1945:11 | |
| Slide 109 (DX-DM-1006-0109) | 1945:12 – 1946:24 | |
| Slide 110 (DX-DM-1006-0110) | 1946:25 – 1947:6 | |
| Slide 111 (DX-DM-1006-0111) | 1947:7 – 1947:17 | |

Exhibit A

WGI provides the following chart to assist the Court in correlating the expert's presentation slide numbers (and corresponding exhibit number) with his testimony at trial.

**Correlation of Dr. Timothy D. Stark's**
**Summary Direct Slide Presentation with Trial Testimony**

| Slide Number and corresponding Exhibit Number | Direct Testimony Reference to Slide/Exhibit Number | Cross-Examination Reference to Slide/Exhibit Number |
|---|---|---|
| Slide 1 (DX DM 1009-0001) | | |
| Slide 2 (DX DM 1009-0002) | | |
| Slide 3 (DX DM 1009-0003) | 3410:8 – 3410:19 | 3498:12 – 3500:10 |
| Slide 4 (DX DM 1009-0004) | 3410:20 – 3410:22 | |
| Slide 5 (DX DM 1009-0005) | 3410:24 – 3411:6 | |
| Slide 6 (DX DM 1009-0006) | 3411:7 – 3411:12 | |
| Slide 7 (DX DM 1009-0007) | 3411:13 – 3411:20 | |
| Slide 8 (DX DM 1009-0008) | 3411:21 – 3412:2 | |
| Slide 9 (DX DM 1009-0009) | 3412:3 – 3412:17 | |
| Slide 10 (DX DM 1009-0010) | 3412:18 – 3412:20 | |
| Slide 11 (DX DM 1009-0011) | 3412:21 – 3412:24 | |
| Slide 12 (DX DM 1009-0012) | 3412:25 – 3413:15 | |
| Slide 13 (DX DM 1009-0013) | 3413:16 – 3414:7 | |
| Slide 14 (DX DM 1009-0014) | 3414:8 – 3414:23 | |
| Slide 15 (DX DM 1009-0015) | 3414:24 – 34115:2 | |
| Slide 16 (DX DM 1009-0016) | 3415:3 – 3415:6 | |
| Slide 17 (DX DM 1009-0017) | 3415:7 – 3415:12 | |
| Slide 18 (DX DM 1009-0018) | 3415:13 – 3416:3 | |
| Slide 19 (DX DM 1009-0019) | 3416:4 – 3416:23 | 3500:11 – 3501:14 |
| Slide 20 (DX DM 1009-0020) | 3416:24 – 3417:10 | |
| Slide 21 (DX DM 1009-0021) | 3417:10 – 3417:14 | |

- 24 -

Exhibit A

| | | |
|---|---|---|
| Slide 22 (DX DM 1009-0022) | 3417:15 – 3418:17 | |
| Slide 23 (DX DM 1009-0023) | 3418:18 – 3420:10 | |
| Slide 24 (DX DM 1009-0024) | 3420:11 – 3421:1 | |
| Slide 25 (DX DM 1009-0025) | 3421:2 – 3421:10 | |
| Slide 26 (DX DM 1009-0026) | 3421:11 – 3422:8 | 3501:15 – 3502:19 |
| Slide 27 (DX DM 1009-0027) | 3422:9 – 3422:17 | |
| Slide 28 (DX DM 1009-0028) | 3422:18 – 3424:21 | |
| Slide 29 (DX DM 1009-0029) | 3424:22 – 3425:4 | |
| Slide 30 (DX DM 1009-0030) | 3425:15 – 3426:4 | |
| Slide 31 (DX DM 1009-0031) | 3426:5 – 3426:7 | |
| Slide 32 (DX DM 1009-0032) | 3426:8 – 3426:12 | |
| Slide 33 (DX DM 1009-0033) | 3426:13 – 3426:20 | |
| Slide 34 (DX DM 1009-0034) | 3426:21 – 3427:15 | 3508:8 – 3510:8 |
| Slide 35 (DX DM 1009-0035) | 3427:16 – 3428:7 | |
| Slide 36 (DX DM 1009-0036) | 3428:8 – 3428:11 | |
| Slide 37 (DX DM 1009-0037) | 3428:12 – 3428:15 | |
| Slide 38 (DX DM 1009-0038) | 3428:16 – 3428:21 | |
| Slide 39 (DX DM 1009-0039) | 3428:22 – 3429:5 | |
| Slide 40 (DX DM 1009-0040) | 3429:6 – 3430:17 | 3510:9 – 3512:21 |
| Slide 41 (DX DM 1009-0041) | 3430:18 – 3431:14 | 3512:22 – 3514:1 |
| Slide 42 (DX DM 1009-0042) | 3431:15 – 3432:24 | |
| Slide 43 (DX DM 1009-0043) | 3432:25 – 3433:13 | |
| Slide 44 (DX DM 1009-0044) | 3433:14 – 3434:14 | |
| Slide 45 (DX DM 1009-0045) | 3434:20 – 3435:10 | |
| Slide 46 (DX DM 1009-0046) | 3435:11 – 3436:2 | |
| Slide 47 (DX DM 1009-0047) | 3436:3 – 3436:18 | |

Exhibit A

WGI provides the following chart to assist the Court in correlating the expert's presentation slide numbers (and corresponding exhibit number) with his testimony at trial.

### Correlation of Dr. Thomas Brandon's
### Summary Direct Slide Presentation with Trial Testimony

| Slide Number and Corresponding Exhibit Number | Direct Testimony Reference to Slide/Exhibit Number | Cross-Examination Reference to Slide/Exhibit Number |
|---|---|---|
| Slide 1 (DX-DM-1008-0001) | | |
| Slide 2 (DX DM-1008-0002) | 3150:17 – 3150:25 | |
| Slide 3 (DX DM-1008-0003) | 3151:1 – 3151:16 | |
| Slide 4 (DX DM-1008-0004) | 3158:16 – 3159:8 | |
| Slide 5 (DX DM-1008-0005) | 3159:10 – 3159:22 | |
| Slide 6 (DX DM-1008-0006) | 3159:23 – 3160:13 | |
| Slide 7 (DX DM-1008-0007) | 3160:14 – 3161:2 | |
| Slide 8 (DX DM-1008-0008) | 3161:3 – 3161:17 | |
| Slide 9 (DX DM-1008-0009) | 3161:18 – 3164:10 | |
| Slide 10 (DX DM-1008-0010) | 3164:11 – 3164:13 | |
| Slide 11 (DX DM-1008-0011) | 3164:14 – 3165:3 | |
| Slide 12 (DX DM-1008-0012) | 3165:4 – 3166:7 | |
| Slide 13 (DX DM-1008-0013) | 3166:8 – 3167:17 | |
| Slide 14 (DX DM-1008-0014) | 3167:18 – 3167:25 | |
| Slide 15 (DX DM-1008-0015) | 3168:1 – 3168:12 | 3249:2 – 3250:16 |
| Slide 16 (DX DM-1008-0016) | 3168:13 – 3169:15 | |
| Slide 17 (DX DM-1008-0017) | 3169:16 – 3169:17 | |
| Slide 18 (DX DM-1008-0018) | 3169:18 – 3169:23 | |
| Slide 19 (DX DM-1008-0019) | 3169:24 – 3170:15 | |
| Slide 20 (DX DM-1008-0020) | 3170:16 – 3171:5 | |
| Slide 21 (DX DM-1008-0021) | 3171:6 – 3174:12 | |
| Slide 22 (DX DM-1008-0022) | 3174:13 – 3175:12 | |
| Slide 23 (DX DM-1008-0023) | 3175:13 – 3181:3 | |

Exhibit A

| Slide 24 (DX DM-1008-0024) | 3181:4 – 3181:8 | |
| Slide 25 (DX DM-1008-0025) | 3181:9 | |
| Slide 26 (DX DM-1008-0026) | 3181:9 – 3181:18 | 3233:13 – 3236:3<br>3250:17 – 3251:14 |
| Slide 27 (DX DM-1008-0027) | 3181:19 – 3182:2 | |
| Slide 28 (DX DM-1008-0028) | 3182:3 – 3183:22 | |
| Slide 29 (DX DM-1008-0029) | 3183:23 – 3185:11 | |
| Slide 30 (DX DM-1008-0030) | 3185:12 – 3187:8 | |
| Slide 31 (DX DM-1008-0031) | 3187:9 – 3187:19 | |
| Slide 32 (DX DM-1008-0032) | 3187:20 – 3189:1 | |
| Slide 33 (DX DM-1008-0033) | 3189:17 – 3189:18 | |
| Slide 34 (DX DM-1008-0034) | 3189:23 – 3190:2 | |
| Slide 35 (DX DM-1008-0035) | 3190:3 – 3191:23 | |
| Slide 36 (DX DM-1008-0036) | 3191:25 – 3194:20 | 3265:17 – 3267:8<br>3273:7 – 3273:22 |
| Slide 37 (DX DM-1008-0037) | 3194:21 – 3197:16 | 3267:9 – 3269:25 |
| Slide 38 (DX DM-1008-0038) | 3197:17 – 3198:22 | |
| Slide 39 (DX DM-1008-0039) | 3198:23 – 3199:1 | |
| Slide 40 (DX DM-1008-0040) | 3199:2 – 3199:6 | 3270:1 – 3271:12 |
| Slide 41 (DX DM-1008-0041) | 3199:7 – 3199:18 | |
| Slide 42 (DX DM-1008-0042) | 3199:19 – 3200:2 | |
| Slide 43 (DX DM-1008-0043) | 3200:3 – 3200:21 | 3271:13 – 3273:6 |
| Slide 44 (DX DM-1008-0044) | 3200:22 – 3202:10 | |
| Slide 45 (DX DM-1008-0045) | 3202:11 – 3020:18 | |
| Slide 46 (DX DM-1008-0046) | 3202:21 – 3203:2 | |
| Slide 47 (DX DM-1008-0047) | 3203:3 – 3204:20 | |
| Slide 48 (DX DM-1008-0048) | 3204:22 – 3204:25 | |
| Slide 49 (DX DM-1008-0049) | 3205:1 – 3205:15 | |
| Slide 50 (DX DM-1008-0050) | 3205:16 – 3206:3 | 3274:1 – 3274:25<br>3276:9 – 3279:7 |
| Slide 51 (DX DM-1008-0051) | 3206:4 – 3206:6 | |

Exhibit A

| | | |
|---|---|---|
| Slide 52 (DX DM-1008-0052) | 3206:6 – 3206:15 | |
| Slide 53 (DX DM-1008-0053) | 3206:16 – 3206:23 | |
| Slide 54 (DX DM-1008-0054) | 3206:24 – 3211:6 | 3275:3 – 3276:8 |
| Slide 55 (DX DM-1008-0055) | 3211:7 – 3211:20 | |
| Slide 56 (DX DM-1008-0056) | 3212:25 – 3213:8 | |
| Slide 57 (DX DM-1008-0057) | 3213:9 – 3213:17 | |
| Slide 58 (DX DM-1008-0058) | 3213:18 – 3214:3 | |
| Slide 59 (DX DM-1008-0059) | 3214:4 – 3214:24 | |
| Slide 60 (DX DM-1008-0060 | 3214:25 – 3215:14 | |
| Slide 61 (DX DM-1008-0061) | 3215:15 – 3216:21 | |
| Slide 62 (DX DM-1008-0062) | 3216:22 – 3218:24 | |
| Slide 63 (DX DM-1008-0063) | 3218:25 – 3219:18 | |
| Slide 64 (DX DM-1008-0064) | 3219:19 – 3220:13 | |
| Slide 65 (DX DM-1008-0065) | 3220:14 – 3220:22 | |
| Slide 66 (DX DM-1008-0066) | 3220:23 – 3221:9 | |
| Slide 67 (DX DM-1008-0067) | 3221:10 – 3224:8 | 3279:10 – 3283:10 |
| Slide 68 (DX DM-1008-0068) | 3224:9 – 3224:16 | |
| Slide 69 (DX DM-1008-0069) | 3224:17 – 3224:25 | |
| Slide 70 (DX DM-1008-0070) | 3225:1 – 3225:5 | |
| Slide 71 (DX DM-1008-0071) | 3225: 6 – 3325:12 | |
| Slide 72 (DX DM-1008-0072) | 3225: 13 – 3325:16 | |
| Slide 73 (DX DM-1008-0073) | 3225:17 – 3226:4 | |
| Slide 74 (DX DM-1008-0074) | 3226:5 – 3326:16 | |
| Slide 75 (DX DM-1008-0075) | 3226:17 – 3227:6 | |
| Slide 76 (DX DM-1008-0076) | 3227:7 – 3227:11 | |
| Slide 77 (DX DM-1008-0077) | 3227:12 – 3227:15 | |
| Slide 78 (DX DM-1008-0078) | 3227:15 – 3228:3 | |
| Slide 79 (DX DM-1008-0079) | 3228:4 – 3228:8 | |
| Slide 80 (DX DM-1008-0080) | 3228:9 – 3228:16 | |
| Slide 81 (DX DM-1008-0081) | 3228:18 – 3229:7 | |
| Slide 82 (DX DM-1008-0082) | 3229:8 – 3229:21 | |

Exhibit A

| Slide 83 (DX DM-1008-0083) | 3229:21 – 3230:9 | |
| Slide 84 (DX DM-1008-0084) | 3230:10 – 3230:21 | |

Exhibit A

WGI provides the following chart to assist the Court in correlating the expert's presentation slide numbers (and corresponding exhibit number) with his testimony at trial.

## Correlation of Dr. Patrick C. Lucia's
## Summary Direct Slide Presentation with Trial Testimony (September

| Slide Number and corresponding Exhibit Number | Direct Testimony Reference to Slide/Exhibit Number | Cross-Examination Reference to Slide/Exhibit Number |
|---|---|---|
| Slide 1 (DX DM-1005-0001) | | |
| Slide 2 (DX DM-1005-0002) | 2893:6 – 2897:7 | |
| Slide 3 (DX DM-1005-0003) | 2897:8 – 2898:11 | |
| Slide 4 (DX DM-1005-0004) | 2904:3 – 2904:9 | |
| Slide 5 (DX DM-1005-0005) | 2904:10 – 2906:20 | 2987:5 – 29833:20 |
| Slide 6 (DX DM-1005-0006) | 2906:21 – 2907:2 | 2988:21 – 2989:1 |
| Slide 7 (DX DM-1005-0007) | 2907:3 – 2907:18 | |
| Slide 8 (DX DM-1005-0008) | 2907:19 – 2908:15 | 2995:2 – 2996:5 |
| Slide 9 (DX DM-1005-0009) | 2908:16 – 2915:16 | |
| Slide 10 (DX DM-1005-0010) | 2915:17 – 2915:22 | |
| Slide 11 (DX DM-1005-0011) | 2915:23 – 2916:8 | 2996:6 – 2996:15 |
| Slide 12 (DX DM-1005-0012) | 2916:9 – 2916:14 | |
| Slide 13 (DX DM-1005-0013) | 2916:15 – 2916:20 | |
| Slide 14 (DX DM-1005-0014) | 2916:21 – 2917:5<br>3025:17 – 3027:18 | 2996:16 – 2999:11 |
| Slide 15 (DX DM-1005-0015) | 2917:6 – 2917:14 | |
| Slide 16 (DX DM-1005-0016) | 2917:15 – 2918:9 | |
| Slide 17 (DX DM-1005-0017) | 2918:10 – 2918:20 | 3000:4 – 3001:7 |
| Slide 18 (DX DM-1005-0018) | 2918:21 – 2919:8 | |
| Slide 19 (DX DM-1005-0019) | 2919:9 – 2920:16<br>2938:13 – 2939:7<br>3033:25 – 3036:10 | 3001:8 – 3001:16 |

Exhibit A

| | | |
|---|---|---|
| Slide 20 (DX DM-1005-0020) | 2920:17 – 2920:23 | |
| Slide 21 (DX DM-1005-0021) | 2920:24 – 2921:1 | |
| Slide 22 (DX DM-1005-0022) | 2921:2 – 2921:25 | 3001:17 – 3002:1 |
| Slide 23 (DX DM-1005-0023) | 2922:1 – 2922:11 | |
| Slide 24 (DX DM-1005-0024) | 2922:12 – 2923:23 | |
| Slide 25 (DX DM-1005-0025) | 2923:24 – 2924:3 | 3002:2 – 3002:14 |
| Slide 26 (DX DM-1005-0026) | 2924:4 – 2924:12 | |
| Slide 27 (DX DM-1005-0027) | 2924:15 – 2925:12 | |
| Slide 28 (DX DM-1005-0028) | 2925:13 – 2926:5 | 3002:15 – 3003:2 |
| DX DM-1005-0029 (Slide 29) | 2926:6 – 2926:12 | |
| Slide 30 (DX DM-1005-0030) | 2926:13 – 2927:1 | |
| Slide 31 (DX DM-1005-0031) | 2930:1 – 2931:17 | |
| Slide 32 (DX DM-1005-0032) | 2931:18 – 2932:3 | 3003:3 – 3007:5 |
| Slide 33 (DX DM-1005-0033) | 2932:4 – 2937:12 | |
| Slide 34 (DX DM-1005-0034) | 2940:17 – 2941:3 | 3007:6 – 3011:7 |
| Slide 35 (DX DM-1005-0035) | 2944:17 – 2944:19 | |
| Slide 36 (DX DM-1005-0036) | 2944:20 – 2944:24 | |
| Slide 37 (DX DM-1005-0037) | 2944:25 – 2945:8 | |
| Slide 38 (DX DM-1005-0038) | 2945:9 – 2949:25 | |
| Slide 39 (DX DM-1005-0039) | 2950:1 – 2950:4 | |
| Slide 40 (DX DM-1005-0040) | 2950:5 – 2951:11 | |
| Slide 41 (DX DM-1005-0041) | 2951:12 – 2951:21 | 3011:9 – 3012:7 |
| Slide 42 (DX DM-1005-0042) | | |
| Slide 43 (DX DM-1005-0043) | 2951:23 – 2952:7 | |
| Slide 44 (DX DM-1005-0044) | 2952:8 – 2953:12 | |
| Slide 45 (DX DM-1005-0045) | 2953:13 – 2953:18 | |

Exhibit A

WGI provides the following chart to assist the Court in correlating the expert's presentation slide numbers (and corresponding exhibit number) with his testimony at trial.

**Correlation of Dr. Joseph B. Dunbar's**
**Summary Direct Slide Presentation with Trial Testimony**

| Slide Number and Corresponding Exhibit Number | Direct Testimony Reference to Slide/Exhibit Number | Cross-Examination Reference to Slide/Exhibit Number |
|---|---|---|
| Slide 1 (DX-DM-1004-0001) | | |
| Slide 2 (DX DM-1004-0002) | 1750:17 – 1753:25 | |
| Slide 3 (DX DM-1004-0003) | 1754:17 – 1755:3 | 1786:14 – 1787:16<br>1791:22 – 1793:4 |
| Slide 4 (DX DM-1004-0004) | 1755:4 – 1755:13 | |
| Slide 5 (DX DM-1004-0005) | 1755:15 – 1756:2 | |
| Slide 6 (DX DM-1004-0006) | 1756:4 – 1757:3 | |
| Slide 7 (DX DM-1004-0007) | 1757:11 – 1757:20 | |
| Slide 8 (DX DM-1004-0008) | 1757:22 – 1757:24 | |
| Slide 9 (DX DM-1004-0009) | 1758:1 – 1758:16 | 1823:24 – 1824:13 |
| Slide 10 (DX DM-1004-0010) | 1758:18 – 1758:22 | |
| Slide 11 (DX DM-1004-0011) | 1758:24 – 1759:7 | |
| Slide 12 (DX DM-1004-0012) | 1759:9 – 1759:11 | |
| Slide 13 (DX DM-1004-0013) | 1759:13 – 1759:14 | |
| Slide 14 (DX DM-1004-0014) | 1759:16 – 1759:23 | |
| Slide 15 (DX DM-1004-0015) | 1759:25 – 1760:1 | |
| Slide 16 (DX DM-1004-0016) | 1760 :3 – 1760:7 | |
| Slide 17 (DX DM-1004-0017) | 1760:9 – 1760:14 | |
| Slide 18 (DX DM-1004-0018) | 1760: 16 – 1761:3 | |
| Slide 19 (DX DM-1004-0019) | 1761:5 – 1761:7 | |
| Slide 20 (DX DM-1004-0020) | 1761:9 – 1761:12 | |
| Slide 21 (DX DM-1004-0021) | 1761:14 – 1761:19 | 1794:3 – 1794:12 |
| Slide 22 (DX DM-1004-0022) | 1761:21 – 1761:24 | |

Exhibit A

| | | |
|---|---|---|
| Slide 23 (DX DM-1004-0023) | 1762:1 – 1762:12 | 1780:7 – 1786:13 |
| Slide 24 (DX DM-1004-0024) | 1762:14 – 1762:21 | |
| Slide 25 (DX DM-1004-0025) | 1762:23 – 1763:6 | 1787:17 – 1787:20 |
| Slide 26 (DX DM-1004-0026) | 1763:8 – 1763:13 | 1787:22 – 1788:1 |
| Slide 27 (DX DM-1004-0027) | 1763:15 – 1763:20 | |
| Slide 28 (DX DM-1004-0028) | 1763:22 – 1763:25 | |
| Slide 29 (DX DM-1004-0029) | 1764:1 – 1764:4 | |
| Slide 30 (DX DM-1004-0030) | 1764:6 – 1764:8 | 1810:11 – 1813:1 |
| Slide 31 (DX DM-1004-0031) | 1764:10 – 1768:7 | |
| Slide 32 (DX DM-1004-0032) | 1768:8 – 1768:17 | |
| Slide 33 (DX DM-1004-0033) | 1768:19 – 1768:22 | |
| Slide 34 (DX DM-1004-0034) | 1768:23 – 1769:1 | |
| Slide 35 (DX DM-1004-0035) | 1769:3 – 1769:5 | |
| Slide 36 (DX DM-1004-0036) | 1769:7 – 1769:10 | |
| Slide 37 (DX DM-1004-0037) | 1769:12 – 1769:15 | |
| Slide 38 (DX DM-1004-0038) | 1769:17 – 1770:10 | |
| Slide 39 (DX DM-1004-0039) | 1770:12 – 1770:19 | |
| Slide 40 (DX DM-1004-0040) | 1770:21 – 1771:3 | |
| Slide 41 (DX DM-1004-0041) | 1771:5 – 1771:8 | |
| Slide 42 (DX DM-1004-0042) | 1771:10 – 1771:23 | |
| Slide 43 (DX DM-1004-0043) | 1772:1 – 1772:5 | |
| Slide 44 (DX DM-1004-0044) | 1772:7 – 1774:21 | 1824:15 – 1825:14 |
| Slide 45 (DX DM-1004-0045) | 1774:24 – 1775:5 | |
| Slide 46 (DX DM-1004-0046) | 1775:7 – 1776:7 | 1801:22 – 1802:8 |
| Slide 47 (DX DM-1004-0047) | 1776:18 – 1777:6 | |
| Slide 48 (DX DM-1004-0048) | 1777:7 – 1777:11 | |
| Slide 49 (DX DM-1004-0049) | 1777:11 – 1777:15 | |
| Slide 50 (DX DM-1004-0050) | 1777:17 – 1777:20 | |
| Slide 51 (DX DM-1004-0051) | 1777:22 – 1778:2 | |
| Slide 52 (DX DM-1004-0052) | 1778:4 – 1774:8 | |
| Slide 53 (DX DM-1004-0053) | 1778:10 – 1778:13 | |

Exhibit A

| Slide 54 (DX DM-1004-0054) | 1778:15 – 1779:7 | |
| Slide 55 (DX DM-1004-0055) | 1779:8 – 1779:20 | |

Exhibit A