# Exhibit B

Summary of Excavations That
Penetrated the Organic Clay Layer

(Briefing Order 6.d.C.11)

Table 1: Post Trial Order Section 6.d.C.11 Summary of Excavations that Penetrated the Organic Clay Layer*

| Parcel Name and Excavation Area Identification | Ground Surface Elevation (in ft., NAVD88(2004.65))[1] | Organic Clay Surface Elevation (in ft., NAVD88(2004.65))[2] | Representative Excavation Depth and Associated Excavation Bottom Elevation | | Maximum Sample Depth from NFAATT Excavation Diagrams and Associated Excavation Bottom Elevation | | Backfilled and Compacted (Y/N) |
|---|---|---|---|---|---|---|---|
| | | | Depth (ft) | Elevation (ft NAVD88(2004.65)) | Depth (ft) | Elevation (ft NAVD88(2004.65)) | |
| Boland Marine; Area 8 | 1.73 | -9.0 | 7[8] | -6.9 | 14 | -12.3 | Y |
| Boland Marine; Wedding Cake Structure[3] | 2.50 | -9.3 | 26.5 | -24 | NA | NA | Y |
| McDonough Marine; Area 3 | 2.64 | -9.8 | 18 | -15.4 | 18 | -15.4 | Y |
| McDonough Marine; Area 6 | -4.30 | -9.7 | 6 | -10.3 | 6 | -10.3 | Y |
| McDonough Marine; Area 7 | -0.83 | -9.7 | 9 | -9.8 | 9 | -9.8 | Y |
| McDonough Marine; Area 8 | 0.14 | -9.8 | 5[8] | -4.86 | 11 | -10.9 | Y |
| McDonough Marine; Borrow Pit[4] | 3.40 | -10.0 | 14.8 | -11.4 | NA | NA | N |
| Indian Towing; Sewer Manhole MH4[5] | 4.6[6] | -10.0 | 13.6 | -10.2 | NA | NA | Y |
| Mayer Yacht; Sewer Manhole MH5[5] | 3.7[6] | -10.0 | 15.4 | -11.8 | NA | NA | Y |
| Saucer Marine; Area 5 | 4.69 | -5.4 | 13 | -8.3 | 24 | -19.3 | Y |
| Saucer Marine; Sewer Lift Station[7] | 2.10 | -10.0 | 22 | -20 | NA | NA | Y |
| Saucer Marine; Sewer Manhole MH6[5] | 2.6[6] | -10.0 | 15.6 | -13.2 | NA | NA | Y |
| Saucer Marine; Sewer Manhole MH7[5] | 3.1[6] | -7.0 | 11.7 | -8.6 | NA | NA | Y |
| Mayer Yacht to Saucer Marine; Sewer Line from MH4 to MH7 | 4.6 to 2.6[6] | -10.0 to -7.0 | 11.7 to 15.6 | -8.6 to -13.2 | NA | NA | Y |

*Piling extractions are not detailed herein as they are not excavations.  Moreover, as Dr. Silva-Tulla and Mr. Guillory testified, both on-shore and off-shore piling voids would have closed up relatively quickly, particularly given the vibratory extraction method by which many of the pilings were removed.  Silva Tr. at 3742:7-3743:13; Guillory Tr. at 2464:10-2465:3.  Indeed, the Galvez Wharf on the west side of the IHNC had many times more pilings beneath it than any of the structures in the EBIA.  Those pilings were not backfilled after their removal, and there was no levee/floodwall failure in the adjacent area.  Guillory Tr. at 2434:4-23, 2466:14-25.  Nevertheless, figures indicating the primary on-shore structures that had pilings beneath them on all six sites can be found in Dr. Silva-Tulla's Report, Appendix B (JX-1674-0007,-0012, -0014).

[1] from IPET Pre-Katrina 3Ft Resolution LiDAR Coverage (e03_29090H1D1.img; https://ipet.wes.army.mil), unless noted.

[2] from Fugro borings completed during 2011 Joint Field Exploration Program (JX-1956) and interpolated for areas between boring locations using Kriging method.

[3] Dimensions from JX-1674-0006 (Silva Rep., App. B).

[4] Dimensions from JX-1674-0016 (Silva Rep., App. B).

[5] Dimensions from Sewer Line Drawing M1-5704-M11 through M14, URS 12 JUN 1975 (DX-02720).

[6] from Drawing M1-5704-M11 through M14, URS 12 JUN 1975 (DX-02720) and adjusted from MSL to NAVD88(2004.65) ft by subtracting 1.47 ft as per IPET Volume II (2007).

[7] Dimensions from JX-1674-0010 (Silva Rep., App. B).

[8] Excavation would not have penetrated organic clay layer at this "representative" depth.   Most of the representative depths reported in the NFAATT were average depths.  Silva Tr. at 3855:5-8.