UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JARED VODANOVICH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4191** |
| | **ALL CASES** |
| **BOH BROTHERS CONSTRUCTION** | |
| **CO., LLC, ET AL** | **SECTION "B" (2)** |
| | **JUDGE LEMELLE** |
| | **MAG. JUDGE WILKINSON** |

**SUPPLEMENTAL JOINT STATUS REPORT AND MOTION
FOR EXTENSION OF DEADLINE FOR FILING MOTION TO REOPEN**

**NOW INTO COURT**, through undersigned counsel, come Liaison Counsel for Levee and MR-GO Plaintiff Subgroup Litigation Committees and defendants, Board of Commissioners of the Orleans Levee District, the Orleans Levee District, Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, and St. Paul Fire & Marine Insurance Company who submit this Supplemental Joint Status Report, and Motion for Extension of Deadline for Filing Motion to Reopen:

1.

On August 24, 2012, this Court entered an order extending the deadline for filing of a Motion to Reopen until December 17, 2012 (Document 59).

2.

On August 13, 2012, movants filed a Joint Status Report in Compliance with the Court's Order Issued July 11, 2012 (Document 58, Document 57).

3.

Since the filing of the Joint Status Report, movants have continued to work closely among each other and with the court appointed Special Master, Mr. Shelby Easterly, to complete all documents necessary to present to the Court a Motion for Preliminary Approval of Class Settlement.

4.

Movants respectfully represent to the Court that their efforts have reached the point where a Motion for Preliminary Approval of Class Settlement is near the point of completion, but that several small details remain uncompleted.

5.

Movants therefore require and request additional time to complete those details such that the Court may be properly presented with a Motion for Preliminary Approval of Class Settlement. Because it is the holiday season, movants respectfully request that the Court enter an order extending the deadline for filing a Motion to Reopen this matter until January 17, 2013, upon which date movants expect to present the Court with a Motion for Preliminary Approval of Class Settlement.

6.

Movants have discussed with the Special Master, Mr. Easterly, the nature of the details that remain uncompleted and the need to further extend the deadline to file a Motion to Reopen, and movants represent to the Court that Mr. Easterly concurs with movants' request.

WHEREFORE, Liaison Counsel for Levee and MR-GO Plaintiff Subgroup Litigation Committees and defendants, Board of Commissioners of the Orleans Levee District, the Orleans Levee District, Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, and St. Paul Fire & Marine Insurance Company, pray that the Court grant their request to the extend the deadline to file a Motion to Reopen until January 17, 2013.

Respectfully submitted,

DUPLASS, ZWAIN, BOURGEOIS, MORTON
PFISTER & WEINSTOCK

BY:   /s/ Gary M. Zwain
       Gary M. Zwain (#13809)
       Three Lakeway Center, Suite 2900
       3838 North Causeway Boulevard
       Metairie, Louisiana 70002
       Telephone No.: (504) 832-3700
       Facsimile No.: (504) 837-3119

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE EAST JEFFERSON LEVEE DISTRICT, THE EAST JEFFERSON LEVEE DISTRICT, THE BOARD OF COMMISSIONERS FOR THE LAKE BORGNE BASIN LEVEE DISTRICT, AND THE LAKE BORGNE BASIN LEVEE DISTRICT

LAW OFFICES OF BRUNO & BRUNO


By: /s/ Joseph M. Bruno
    Joseph M. Bruno (#3604)
    855 Baronne Street
    New Orleans, Louisiana  70113
    Telephone:  (504) 525-1335
    Telecopier:  (504) 561-6775
    E-mail:  jbruno@jbrunolaw.com


ON BEHALF OF CLASS COUNSEL, AND AS LIAISON COUNSEL FOR IN RE: KATRINA CANAL LEVEE BREACH LITIGATION

GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.


By: /s/ Gerald E. Meunier
    Gerald E. Meunier (#9471)
    2800 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163-2800
    Telephone:  (504) 522-2304
    Facsimile:  (504) 528-9973

LIAISON COUNSEL FOR LEVEE-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

DOMENGEAUX WRIGHT ROY & EDWARDS


By /s/ James P. Roy
    James P. Roy (#11511)
    556 Jefferson Street
    Lafayette, LA 70502
    Telephone:  (337) 593-4190
    Facsimile:  (337) 233-2796

LIAISON COUNSEL FOR MR-GO-PLAINTIFF SUBGROUP LITIGATION COMMITTEE

        MCCRANIE, SISTRUNK, ANZELMO, HARDY,
        MCDANIEL & WELCH LLC

        BY   /s/ Thomas P. Anzelmo
              Thomas P. Anzelmo (#2533)
              3445 N. Causeway Boulevard, Suite 800
              Metairie, Louisiana  70002
              Telephone:  (504) 831-0946
              Facsimile:   (800) 977-8810

ATTORNEYS FOR THE BOARD OF COMMISSIONERS FOR THE ORLEANS LEVEE DISTRICT AND THE ORLEANS LEVEE DISTRICT

LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD

BY:   /s/ Ralph S. Hubbard III
       Ralph S. Hubbard III (#7040)
       601 Poydras Street, Suite 2775
       New Orleans, LA  70130
       Telephone:  (504) 568-1990
       Telecopier:  (504) 310-9195

And

PHELPS DUNBAR LLP

BY:   /s/ S. Ault Hootsell III
       S. Ault Hootsell III (#17630)
       Canal Place
       365 Canal Street, Suite 2000
       New Orleans, LA  70130-6534
       Telephone:  (504) 566-1311
       Telecopier:  (504) 568-9130

ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed, or by facsimile or electronic mail, this 13th day of December, 2012.

/s/ Gary M. Zwain
GARY M. ZWAIN