## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JARED VODANOVICH** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-4191** |
| | **ALL CASES** |
| **BOH BROTHERS CONSTRUCTION CO., LLC, ET AL** | **SECTION "B" (2)** |
| | **JUDGE LEMELLE** |
| | **MAG. JUDGE WILKINSON** |

## ORDER

**IT IS HEREBY ORDERED** that the Motion for Extension of Deadline for Filing Motion to Reopen is **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE

00480215-1