# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

September 13, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 10-30249     In Re: Katrina Canal Breaches
     USDC No. 2:05-CV-4182
     USDC No. 2:06-CV-2268
     USDC No. 2:08-CV-1707
     USDC No. 2:05-CV-4182
     USDC No. 2:05-CV-4181
     USDC No. 2:05-CV-4191
     USDC No. 2:05-CV-4568
     USDC No. 2:05-CV-5237
     USDC No. 2:05-CV-6073
     USDC No. 2:05-CV-6314
     USDC No. 2:05-CV-6324
     USDC No. 2:05-CV-6327
     USDC No. 2:05-CV-6359
     USDC No. 2:06-CV-20
     USDC No. 2:06-CV-225
     USDC No. 2:06-CV-886
     USDC No. 2:06-CV-1885
     USDC No. 2:06-CV-2278
     USDC No. 2:06-CV-2287
     USDC No. 2:06-CV-2346
     USDC No. 2:06-CV-2545
     USDC No. 2:06-CV-3529
     USDC No. 2:06-CV-4065
     USDC No. 2:06-CV-4389
     USDC No. 2:06-CV-4634
     USDC No. 2:06-CV-4931
     USDC No. 2:06-CV-5032
     USDC No. 2:06-CV-5042
     USDC No. 2:06-CV-5159
     USDC No. 2:06-CV-5163
     USDC No. 2:06-CV-5367
     USDC No. 2:06-CV-5471
     USDC No. 2:06-CV-5771
     USDC No. 2:06-CV-5786
     USDC No. 2:06-CV-5937
     USDC No. 2:06-CV-7682
     USDC No. 2:06-CV-11208
     USDC No. 2:07-CV-206
     USDC No. 2:07-CV-647
     USDC No. 2:07-CV-993
     USDC No. 2:07-CV-1284
     USDC No. 2:07-CV-1286
     USDC No. 2:07-CV-1288
     USDC No. 2:07-CV-1289
     USDC No. 2:05-CV-4182
     USDC No. 2:10-CV-866
```



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  DEC 19 2012

LORETTA G. WHYTE
CLERK

___ Fee_____
_X_ Process____
___ Dktd_____
___ CtRmDep___
___ Doc. No.___

The court has granted the motion to supplement the record in this case with a the DX0573 excerpt.

                                     Sincerely,

                                     LYLE W. CAYCE, Clerk

                                     By:_____
                                     Shawn D. Henderson, Deputy Clerk
                                     504-310-7668

Mr. Jonathan Beauregard Andry
Mr. Scott Harris Angstreich
Mr. John Thomas Balhoff II
Mr. Marcus Van Brown
Mr. Joseph M. Bruno
Mr. James David Caldwell
Ms. Ashley Gremillion Coker
Mr. Joseph W Cotchett
Mr. Frank Jacob D'Amico Jr.
Mr. Walter Clayton Dumas
Mr. John Bettes Dunlap III
Mr. Ewell Elton Eagan Jr.
Mr. Norval Francis Elliot III
Ms. Nina Wessel English
Mr. Richard Michael Exnicios
Mr. Calvin Clifford Fayard Jr.
Ms. Nina D. Froeschle
Mr. James M. Garner
Ms. Elisa Tara Gilbert
Mr. Thomas V. Girardi
Mr. Philip L. Gregory
Mr. Brian Lee Guillot
Mr. Michael Warren Hill
Mr. Lewis Scott Joanen
Mr. Michael K Kellogg
Ms. Alisa Beth Klein
Mr. Daniel Joseph Lenerz
Mr. Joseph J McKernan
Mr. Gerald Edward Meunier
Mr. Henry Clay Mitchell Jr.
Mr. James Bryan Mullaly
Mr. Brendan Regis O'Brien
Mr. Pierce O'Donnell
Mr. Andrew S. Oldham
Mr. Andrew Patrick Owen
Mr. Michael Carter Palmintier
Ms. Lindsey E. Powell
Mr. Drew A Ranier
Ms. Wendy Hickok Robinson
Mr. Brent M. Rosenthal
Mr. James Parkerson Roy
Mr. Camilo Kossy Salas III
Ms. Sherri Ann Saucer
Mr. David S. Scalia

Mr. Matthew D. Schultz
Mr. Robin D Smith
Mr. Mark Bernard Stern
Mr. Elwood Clement Stevens Jr.
Mr. Richard Alvin Tonry
Ms. Loretta Whyte
Mr. Joseph C. Wilson
Ms. Abby Christine Wright
Mr. Bob F Wright