IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

In re: Katrina Canal Breaches Litigation

Norman Robinson, et al.
    Appellees/Cross-Appellants
v.
United States of America,
    Appellant/Cross-Appellee

No. 10-30249

## MOTION TO SUPPLEMENT THE RECORD

Per the direction of this Court, the government respectfully moves to supplement the record to include, in full, DX0573, an excerpt of which was reproduced in the Government's Record Excerpts at pp.312-313. A copy of DX0573 is attached to this motion.

Respectfully submitted,

MARK B. STERN
(202) 514-1597

/s Alisa B. Klein

_____

ALISA B. KLEIN
(202) 514-1597
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 7235
Washington, D.C.  20530

August 16, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2012, I filed and served the foregoing motion on the counsel of record through this Court's CM/ECF system.

/s Alisa B. Klein

_____

Alisa B. Klein