UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:    C. Abadie, 06-5164 | * | |
| | * | JUDGE DUVAL |
| This pleading applies only to the claim | * | |
| of Wendell & Helen Youngblood | * | MAG. WILKINSON |
| regarding | * | |
| 11120 N. Idlewood Ct. | * | |
| New Orleans, LA 70128 | * | |

**********************************************************************

### MOTION FOR ALLOWANCE FOR ATTORNEY'S FEES AND DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT

NOW INTO COURT, comes Plaintiffs Wendell and Helen Youngblood and Bruno & Bruno, LLP, who move this Honorable Court for allowance for attorney's fees and disbursement of funds from the Registry of the Court based upon the following representations.

I.

Plaintiffs made a claim against their homeowner's insurance company for additional monies due to them for damage sustained by her home during Hurricane Katrina. As a result of Plaintiff's damages, Lexington Insurance Company offered to settle her claim for the amount of offered to settle their claim for $20,563.42 as follows: $14,673.28 on coverage A-dwelling; $840.13 on coverage B-other structures; $2550.01 on coverage C-contents; and $2500.00 on coverage D-additional living expenses.

II.

Undersigned counsel is seeking attorney's fees in the amount of $7,832.69, which is broken

down as follows: $5,869.31 from the check for Coverage A; $280.04 from the check for coverage B; $850.00 from the check for Coverage C; and $833.33 from the check for Coverage D.(See attached disbursement/settlement statement attached as Exhibit "A".)

III.

The State of Louisiana, Division of Administration, Office of Community Development ("the State"), the assignee or subrogee of interests in Plaintiffs' insurance proceeds under the Road Home subrogation and assignment agreement, has asserted a claim to the amount of $8,803.97. (See attached Road Home Consent attached as Exhibit "B".)

IV.

Plaintiffs propose that after removal of the aforementioned attorney's fees and the amount assigned to the State, that proceeds in the amount of $3,926.76 are removed from the Registry of the Court and are disbursed to the Plaintiffs Wendell and Helen Youngblood, as no other party has asserted a claim to these funds.

V.

Wherefore, Plaintiffs Wendell and Helen Youngblood and Bruno & Bruno, LLP pray that the funds are removed from the Registry of the Court, and are disbursed to the proper parties. prays that the funds are removed from the Registry of the Court, and are disbursed to the proper parties. Plaintiff requests the Clerk be authorized and directed to draw a check on the funds on deposit in the registry of this court in the amount of $7,832.69 plus all interest earned less the assessment fee for the administration of funds to Bruno & Bruno, LLP. Plaintiff further requests the Clerk be authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal

amount of $8,803.97 plus all interest earned less the assessment fee for the administration of funds to the State. Finally, the Plaintiff requests the Clerk be authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $3,926.76 plus all interest earned less the assessment fee for the administration of funds to Plaintiffs Wendell and Helen Youngblood.

                                              Respectfully submitted,

                                              **BRUNO & BRUNO, LLP**

                                              /s/   Melissa A. DeBarbieris
                                              JOSEPH M. BRUNO (3604)
                                              MELISSA A. DEBARBIERIS (32124)
                                              855 Baronne St.
                                              New Orleans, LA 70113
                                              Tel: (504)525-1335
                                              Fax: (504)581-1493
                                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 20th day of December, 2012.

                                              /s/   Melissa A. DeBarbieris
                                              Melissa A. DeBarbieris