# THE LAW OFFICE OF
# JOSEPH M. BRUNO
# FEDERAL TRIAL LAWYERS
# 855 BARONNE STREET
# NEW ORLEANS, LA 70113

May 9, 2012

RE: Our File Number:   11792.4196   **Wendell and Helen Youngblood**

The following information is in reference to the settlement in your case:

| | | | | |
|---|---|---|---|---|
| The contingency fee percentage is: | | 40% | | |
| The total amount of the settlement is: | | | $ | 14,673.28 |
| This breaks down as follows: | | | | |
| | 1. | TOTAL SETTLEMENT: | $ | 14,673.28 |
| LESS: | 2. | TOTAL LEGAL FEE: | $ | 5,869.31 |
| | 3. | TOTAL EXPENSES: | $ | 0.00 |
| | 4. | TOTAL ADVANCES: | $ | 0.00 |
| 5. (2+3+4) | | TOTAL DEDUCTIONS FROM SETTLEMENT: | $ | 5,869.31 |
| | 6. | TOTAL DUE TO ROAD HOME: | $ | 8,803.97 |
| | 7. | TOTAL AMOUNT TO BE DISBURSED:: | $ | 0.00 |

I authorize Joseph M. Bruno to endorse, deposit, and distribute the check referenced above to the appropriate parties upon Road Home approval. Additionally, this specifically authorizes Joseph M. Bruno to deduct from the settlement proceeds, amounts sufficient to pay attorneys fees indicated on the settlement breakdown above.

_____     _____
Signature                                              Date

_____     _____
Signature                                              Date

Exhibit "A"

# THE LAW OFFICE OF
# JOSEPH M. BRUNO
# FEDERAL TRIAL LAWYERS
# 855 BARONNE STREET
# NEW ORLEANS, LA 70113

May 9, 2012

RE: Our File Number:   11792.4196     **Wendell and Helen Youngblood**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:        33.33333%

The total amount of the settlement is:                                        $   840.13

This breaks down as follows:

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | 1. | TOTAL SETTLEMENT: | $   840.13 |
|   | LESS: | 2. | TOTAL LEGAL FEE: | $   280.04 |
|   |   | 3. | TOTAL EXPENSES: | $   0.00 |
|   |   | 4. | TOTAL ADVANCES: | $   0.00 |

5.   (2+3+4)    TOTAL DEDUCTIONS FROM SETTLEMENT:        $   280.04

6. (1-5)   TOTAL AMOUNT TO BE DISBURSED:        $   560.09

My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents. Additionally, I authorize Joseph M. Bruno to endorse and deposit the check referenced above for the purpose of disbursing this check to myself and/or to any other third parties involved.

_____            _____
        Signature                                    Date

_____            _____
        Signature                                    Date

**THE LAW OFFICE OF**
**JOSEPH M. BRUNO**
**FEDERAL TRIAL LAWYERS**
**855 BARONNE STREET**
**NEW ORLEANS, LA 70113**

May 9, 2012

RE: Our File Number:   11792.4196   **Wendell and Helen Youngblood**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:        33.33333%

The total amount of the settlement is:                                $   2,500.00

This breaks down as follows:

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | 1. | TOTAL SETTLEMENT: | $ 2,500.00 |
|   | LESS: | 2. | TOTAL LEGAL FEE: | $ 833.33 |
|   |   | 3. | TOTAL EXPENSES: | $ 0.00 |
|   |   | 4. | TOTAL ADVANCES: | $ 0.00 |

5.   (2+3+4)   TOTAL DEDUCTIONS FROM SETTLEMENT:        $   833.33

6. (1-5)   **TOTAL AMOUNT TO BE DISBURSED:**        $   1,666.67

My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents. Additionally, I authorize Joseph M. Bruno to endorse and deposit the check referenced above for the purpose of disbursing this check to myself and/or to any other third parties involved.

_____        _____
Signature                                                         Date

_____        _____
Signature                                                         Date

**THE LAW OFFICE OF**
**JOSEPH M. BRUNO**
**FEDERAL TRIAL LAWYERS**
**855 BARONNE STREET**
**NEW ORLEANS, LA 70113**

May 9, 2012

RE: Our File Number:    11792.4196    **Wendell and Helen Youngblood**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:    33.33333%

| | | | | |
|---|---|---|---|---|
| The total amount of the settlement is: | | | $ | 2,550.01 |

This breaks down as follows:

| | | | | | |
|---|---|---|---|---|---|
| | | 1. | TOTAL SETTLEMENT: | $ | 2,550.01 |
| | LESS: | 2. | TOTAL LEGAL FEE: | $ | 850.00 |
| | | 3. | TOTAL EXPENSES: | $ | 0.00 |
| | | 4. | TOTAL ADVANCES: | $ | 0.00 |
| 5. | (2+3+4) | | TOTAL DEDUCTIONS FROM SETTLEMENT: | $ | 850.00 |
| | 6. (1-5) | | TOTAL AMOUNT TO BE DISBURSED: | $ | 1,700.01 |

My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents. Additionally, I authorize Joseph M. Bruno to endorse and deposit the check referenced above for the purpose of disbursing this check to myself and/or to any other third parties involved.

_____           _____
Signature                                                              Date

_____           _____
Signature                                                              Date