UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:     C. Abadie, 06-5164 | * | |
| | * | JUDGE DUVAL |
| This pleading applies only to the claim | * | |
| of Wendell & Helen Youngblood | * | MAG. WILKINSON |
| regarding | * | |
| 11120 N. Idlewood Ct. | * | |
| New Orleans, LA 70128 | * | |

**************************************************************************

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS HEREBY ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $7,832.69 plus all interest earned less the assessment fee for the administration of funds, payable to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113, and mail or deliver the check to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

**IT IS FURTHER ORDERED**  that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $8,803.97 plus all interest earned less the assessment fee for the administration of funds, payable to the Louisiana Division of Administration, Disaster Recovery Unit-Attention Subrogation, Post Office Box 94095, Baton Rouge, LA 70804, and mail or deliver the check to Daniel Rees at Post Office Box

94095, Baton Rouge, LA 70804.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $3,926.76 plus all interest earned less the assessment fee for the administration of funds, payable to Wendell and Helen Youngblood, 11120 N. Idlewood Ct., New Orleans, LA 70128, and mail or deliver the check to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

New Orleans, Louisiana, this _____ day of _____, 2012.

_____
UNITED STATES DISTRICT JUDGE