UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION NO.: 05-4182 |
| | * | |
| | * | SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * | |
| | * | Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Pamela George regarding 6043 Paris Avenue, New Orleans, Louisiana 70122 | * | |
| | * | MAGISTRATE (2) |
| | * | Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## MOTION FOR DISCHARGE

NOW INTO COURT, through the undersigned counsel, comes Lexington Insurance Company (hereinafter "Lexington"), who moves this court for a discharge of its obligations associated with this matter pursuant to 28 U.S.C. § 2361 and for the reasons set forth in the accompanying memorandum of law.

Respectfully submitted;

*/s/ Robert I. Siegel*
ROBERT I. SIEGEL (# 12063)
JOHN E.W. BAAY II (# 22928)
ERIC C. WALTON (#29471)
**GIEGER, LABORDE & LAPEROUSE, LLC**
SUITE - 4800 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139-4800
Telephone:    (504) 561-0400
Facsimile:    (504) 561-1011
E-mail: rsiegel@glllaw.com
           ewalton@glllaw.com
*Counsel for Lexington Insurance Company*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 21st day of December, 2012.

                                    */s/ Robert I. Siegel*
                                    ROBERT I. SIEGEL