# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION NO.: 05-4182 *  * SECTION "K" |
| PERTAINS TO: C. Abadie, 06-5164 | * * Judge Stanwood R. Duval, Jr. |
| This pleading applies only to the claim of Pamela George regarding 6043 Paris Avenue, New Orleans, Louisiana 70122 | * * MAGISTRATE (2) * Magistrate Joseph C. Wilkinson, Jr. |
| * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that Defendant, Lexington Insurance Company, will bring its Motion for Discharge for hearing before the Honorable Stanwood R. Duval, Jr., United States District Court Judge, at 500 Poydras Street, New Orleans, Louisiana, 70130, on the 23rd day of January, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard.

                                                Respectfully submitted;

                                                */s/ Robert I. Siegel*
                                                ROBERT I. SIEGEL (# 12063)
                                                JOHN E.W. BAAY II (# 22928)
                                                ERIC C. WALTON (#29471)
                                                **GIEGER, LABORDE & LAPEROUSE, LLC**
                                                SUITE - 4800 One Shell Square
                                                701 Poydras Street
                                                New Orleans, Louisiana 70139-4800
                                                Telephone:    (504) 561-0400
                                                Facsimile:    (504) 561-1011
                                                E-mail:rsiegel@glllaw.com
                                                           ewalton@glllaw.com
                                                *Counsel for Lexington Insurance Company*

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by placing same in the U.S. Mail, postage prepaid and properly addressed on this 21st day of December, 2012.

                                                   */s/ Robert I. Siegel*
                                                   ROBERT I. SIEGEL