```
 1                  UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
 2

    ******************************************************************
 3

    IN RE:  KATRINA CANAL BREACHES
 4  CONSOLIDATED LITIGATION          DOCKET NO. 05-CV-4182
                                     NEW ORLEANS, LOUISIANA
 5  PERTAINS TO:  MRGO               MONDAY, SEPTEMBER 17, 2012
         ARMSTRONG NO. 10-CV-866
 6

    ******************************************************************
 7

 8                  DAY 4, MORNING SESSION
                    TRANSCRIPT OF TRIAL PROCEEDINGS
 9       HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL
                    UNITED STATES DISTRICT JUDGE
10


11
    APPEARANCES:
12
    FOR THE PLAINTIFFS:          BRUNO & BRUNO
13                               BY:  JOSEPH M. BRUNO, ESQ.
                                 855 BARONNE ST.
14                               NEW ORLEANS, LA 70113

15
                                 THE ANDRY LAW FIRM
16                               BY:  JONATHAN B. ANDRY, ESQ.
                                 610 BARONNE ST.
17                               NEW ORLEANS, LA 70113

18
                                 BARON & BUDD
19                               BY:  THOMAS SIMS, ESQ.
                                 3102 OAK LAWN AVE., SUITE 1100
20                               DALLAS, TX 75219

21
                                 DEGRAVELLES, PALMINTIER,
22                               HOLTHAUS & FRUGE
                                 BY:  MICHAEL C. PALMINTIER, ESQ.
23                                    JOSHUA M. PALMINTIER, ESQ.
                                 618 MAIN STREET
24                               BATON ROUGE, LA 70801

25
```

```
 1                          DOMENGEAUX, WRIGHT, ROY & EDWARDS
                            BY:  ELLWOOD C. STEVENS, JR., ESQ.
 2                               BONNIE KENDRICK, ESQ.
                            P. O. BOX 3668
 3                          556 JEFFERSON ST.
                            LAFAYETTE, LA 70502
 4

 5

 6                          THE DUDENHEFER LAW FIRM, LLC
                            BY:  FRANK C. DUDENHEFER, JR., ESQ.
 7                          601 POYDRAS ST., SUITE 2655
                            NEW ORLEANS, LA 70130-6004
 8

 9                          FAYARD & HONEYCUTT
                            BY:  CALVIN C. FAYARD, JR., ESQ.
10                          519 FLORIDA AVE., S.W.
                            DENHAM SPRINGS, LA 70726
11

12                          JOANEN LAW FIRM
                            BY:  SCOTT JOANEN, ESQ.
13                          4905 FRERET ST., SUITE B
                            NEW ORLEANS, LA 70115
14

15                          LEVIN, PAPANTONIO, THOMAS,
                            MITCHELL, RAFFERTY & PROCTOR
16                          BY:  MATTHEW D. SCHULTZ, ESQ.
                            316 S. BAYLEN ST., SUITE 600
17                          PENSACOLA, FL 32502

18                          THE TRIAL LAW FIRM PC
                            BY:  ANDREW P. OWEN
19                          800 WILTSHIRE BLVD., SUITE 500
                            LOS ANGELES, CA 90017
20

21                          J. ROBERT WARREN, II, A PLC
                            BY:  J. ROBERT WARREN, II, ESQ.
22                          1718 SHORT ST.
                            NEW ORLEANS, LA 70118
23

24                          COTCHETT, PITRE & MCCARTHY, LLP
                            BY:  PHILIP L. GREGORY, ESQ.
25                          840 MALCOLM ROAD, SUITE 200
                            BURLINGAME, CA 94010
```

```
 1

 2    FOR THE DEFENDANT WASHINGTON
      GROUP INTERNATIONAL, INC.:          STONE PIGMAN WALTHER WITTMANN
 3                                         BY:   WILLIAM D. TREEBY, ESQ.
                                                 JAMES C. GULOTTA, JR., ESQ.
 4                                               HEATHER S. LONIAN, ESQ
                                                 MAGGIE A. BROUSSARD, ESQ.
 5                                         546 CARONDELET STREET
                                           NEW ORLEANS, LA 70130
 6

 7                                                  - AND -

 8
                                           JONES DAY
 9                                         BY:   ADRIAN WAGER-ZITO, ESQ.
                                                 DEBRA S. CLAYMAN, ESQ.
10                                               CHRISTOPHER N. THATCH, ESQ.
                                                 CHRISTOPHER R. FARRELL, ESQ.
11                                               JULIA CRONIN, ESQ.
                                                 BRIAN KERWIN, ESQ.
12                                         51 LOUISIANA AVENUE, N.W.
                                           WASHINGTON, D.C. 20001
13

14

15    FOR THE DEFENDANT UNITED
      STATES OF AMERICA:                   U.S. DEPARTMENT OF JUSTICE
16                                         CIVIL DIVISION, TORTS BRANCH
                                           BY:   ROBIN D. SMITH, ESQ.
17                                               JAMES F. MCCONNON, JR., ESQ.
                                                 RUPERT MITSCH, ESQ.
18                                               CONOR KELLS, ESQ.
                                                 JOHN A. WOODCOCK, ESQ.
19                                         BENJAMIN FRANKLIN STATION
                                           P.O. BOX 888
20                                         WASHINGTON, D.C. 20044

21

22    OFFICIAL COURT REPORTER:             KAREN A. IBOS, CCR, RPR, CRR, RMR
                                           500 POYDRAS STREET, ROOM HB-406
23                                         NEW ORLEANS, LOUISIANA 70130
                                           (504) 589-7776
24

25         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
      PRODUCED BY COMPUTER.
```

1                        I N D E X

2

3

4  WITNESSES FOR THE PLAINTIFFS:              PAGE/LINE:

5

6  DR. ROBERT G. BEA

7    VOIR DIRE EXAMINATION BY MR. SCHULTZ        794/16

8    TRAVERSE EXAMINATION BY MR. TREEBY          810/12

9    DIRECT EXAMINATION BY MR. SCHULTZ           834/2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S

 2                 (MONDAY, SEPTEMBER 17, 2012)

 3                      (MORNING SESSION)

 4

 5        (OPEN COURT.)

 6             THE DEPUTY CLERK:  COURT'S IN SESSION.  PLEASE BE SEATED.

 7             THE COURT:  GOOD MORNING.

 8             MR. TREEBY:  YOUR HONOR, PLEASE, WE HAVE JUST A COUPLE

 9     LITTLE -- I DON'T THINK WE NEED THE COURT REPORTER, DO WE, JOE, FOR

10     THIS?

11             MR. BRUNO:  I DON'T KNOW WHAT IT IS.  I'LL TRUST YOU.

12     OH, SIDE BAR.

13             THE COURT:  ALL RIGHT.

14        (WHEREUPON, THE FOLLOWING SIDE BAR CONFERENCE WAS HELD:)

15             MR. TREEBY:  IF YOUR HONOR PLEASE, AND I UNDERSTAND THAT

16     MR. SCHULTZ INFORMED BOTH OF US AND IT'S FINE WITH US THAT DR. BEA

17     WOULD LIKE TO TAKE A BREAK EVERY HOUR.

18             THE COURT:  SURE.

19             MR. TREEBY:  AND THAT'S NOT A PROBLEM WITH US.  THE OTHER

20     THING IS THAT WE GOT SLIDES, DEMONSTRATIVES, AND WE BELIEVE -- AND

21     THIS IS JUST A HEAD'S UP BECAUSE WHEN IT COMES UP, I THINK THAT'S

22     PROBABLY THE RIGHT TIME TO DEAL WITH IT, BUT WE HAVE NEW OPINIONS

23     IN THIS SLIDE, NEW OPINIONS, PHRASES AND TERMS THAT ARE SCIENTIFIC

24     TERMS THAT HAVE NEVER BEEN USED IN THIS CASE BEFORE.  SO WHEN THAT

25     COMES UP, JUST AN ALERT.  I'LL BE HAPPY TO TELL THE COURT WHAT THEY
```

The timestamps in the left margin are:
09:03:11, 09:03:14, 09:03:15, 09:03:19, 09:03:20, 09:03:21, 09:03:28, 09:03:48, 09:03:50, 09:03:50, 09:03:54, 09:03:58, 09:04:00, 09:04:00, 09:04:03, 09:04:16, 09:04:19, 09:04:24, 09:04:28, 09:04:32

09:04:36  1   ARE AND HAPPY TO TELL COUNSEL WHAT THEY ARE, MAYBE I SHOULD.

09:04:39  2           MR. SCHULTZ:  I THINK WE WOULD APPRECIATE THAT.  MATT

09:04:41  3   SCHULTZ BY THE WAY, JUDGE.

09:04:43  4           MR. BRUNO:  IF YOU'VE NOT MET, MATT SCHULTZ FROM LEVIN

09:04:47  5   PAPANTONIO FROM FLORIDA.

09:04:48  6           MR. TREEBY:  LIQUIDITY INDEX, NEVER BEEN USED BY DR. BEA,

09:04:53  7   ANYTHING, WE SEARCHED EVERYTHING HE'S EVER WRITTEN ON THIS MATTER

09:04:57  8   AND THERE ARE AT LEAST TWO SLIDES DEVOTED TO DESCRIBING, SEEMINGLY

09:05:01  9   TO DESCRIBING THINGS ABOUT THE LIQUIDITY INDEX, IT'S A SCIENTIFIC

09:05:05 10   MATTER, WE'VE TALKED TO OUR EXPERT, AND WE SHOULD HAVE BEEN ABLE TO

09:05:12 11   CROSS-EXAMINE HIM ON THAT.  WE THINK THERE ARE FLAWS IN THAT, BUT

09:05:15 12   IT TAKES PREPARATION IN IT AND WE GOT THIS 48 HOURS AGO.

09:05:19 13           AND THEN THE OTHER IS HE EXPRESSES OPINIONS ON WAVES.

09:05:23 14   THE PLAINTIFFS HAD A HYDROLOGY EXPERT, THEY DECIDED TO HAVE A

09:05:27 15   STIPULATION WHICH WE AGREED TO, IT'S IN EVIDENCE ON THE HYDROLOGY

09:05:30 16   BUT IT DOESN'T SPEAK TO WAVES.  WE HAVE AN EXPERT ON WAVES.

09:05:35 17   DR. BEA HAS NEVER WRITTEN ANYTHING ABOUT WAVES AND WE DON'T KNOW

09:05:42 18   HIS EXPERTISE IN THAT AREA.  IT'S NEVER BEEN BROUGHT UP FOR US TO

09:05:45 19   EXAMINE HIM ON HIS EXPERTISE ON WAVES, AND WE HAVE AN EXPERT ON

09:05:51 20   WAVES.  SO THOSE ARE THE TWO ISSUES.

09:05:53 21           MR. BRUNO:  ON THAT POINT WE FEEL COMPELLED TO RESPOND.

09:05:55 22   LET'S REMEMBER THAT DR. MARR --

09:05:57 23           THE COURT:  I AM NOT RULING ON ANYTHING NOW, YOU

09:05:59 24   UNDERSTAND THAT.  JUST APPRECIATE THE COURTESY OF APPRISING OF US

09:06:04 25   IN ADVANCE.

09:06:05  1          MR. BRUNO:  AND IF I MAY, I FEEL COMPELLED TO RESPOND,

09:06:08  2   BECAUSE LET'S JUST REMEMBER DR. MARR CHANGES HIS OPINION IN HIS

09:06:13  3   ORIGINAL REPORT NO WAVES AND SUBSEQUENT REPORT WAVES.  SO THAT --

09:06:16  4          MR. TREEBY:  I'M SURE --

09:06:18  5          MR. BRUNO:  TO QUOTE MY LEARNED OPPONENT OPPOSITE IS

09:06:22  6   SAUCE FOR THE GANDER.  SO I DON'T UNDERSTAND THIS THING ABOUT

09:06:24  7   WAVES, BECAUSE DR. MARR IN HIS ORIGINAL REPORT AFTER HE WAS DEPOSED

09:06:27  8   AND SIX MONTHS AFTER --

09:06:29  9          THE COURT:  WE'RE WASTING TIME.  WE'RE GOING TO HAVE THE

09:06:31 10   SAME DISCUSSION WHEN THE OBJECTION COMES UP.

09:06:32 11          MR. TREEBY:  I JUST WANTED TO GIVE A HEADS UP, THAT'S

09:06:35 12   ALL.

09:06:51 13       (OPEN COURT.)

09:06:51 14          THE COURT:  DR. BEA.

09:06:52 15          THE WITNESS:  GOOD MORNING, SIR.

09:06:53 16          THE COURT:  HOPE YOU'RE FEELING WELL.  AT WHAT POINT DID

09:07:10 17   YOU WANT TO MOVE INTO EVIDENCE THE DOCUMENTS THAT YOU MET ON AND

09:07:14 18   DISCUSSED?

09:07:15 19          MR. BRUNO:  WE'RE NOT QUITE FINISHED, JUDGE.  WE HAVE --

09:07:18 20   I THINK WE'RE DOWN TO ABOUT SIX, BUT WE'RE ALMOST THERE.

09:07:21 21          THE COURT:  ALL RIGHT.  THANK YOU.  I'M SORRY.  I LEFT MY

09:08:08 22   STATION IN A BIT OF A CLUTTER.  OKAY.  COUNSEL.

09:08:15 23          MR. SCHULTZ:  THANK YOU.  GOOD MORNING, YOUR HONOR.

09:08:17 24          THE COURT:  WHENEVER YOU'RE READY, SIR.

09:08:19 25          MR. SCHULTZ:  MATT SCHULTZ WITH THE LEVIN, PAPANTONIO

09:08:22  1   FIRM FOR THE PLAINTIFFS.  GOOD MORNING, DR. BEA.

09:08:24  2            THE WITNESS:  GOOD MORNING.

09:08:24  3            MR. SCHULTZ:  READY TO GO?

09:08:24  4            THE WITNESS:  YES.

09:08:25  5            THE DEPUTY CLERK:  EXCUSE ME, I NEED TO PLACE HIM UNDER

09:08:28  6   OATH.

09:08:29  7            MR. SCHULTZ:  YES, THANK YOU.

09:08:30  8            THE DEPUTY CLERK:  PLEASE RAISE YOUR RIGHT HAND.

09:08:32  9         (WHEREUPON, ROBERT G. BEA, WAS SWORN IN AND TESTIFIED AS

09:08:32 10      FOLLOWS:)

09:08:34 11            THE DEPUTY CLERK:  WOULD YOU PLEASE STATE YOUR NAME AND

09:08:36 12   SPELL IT FOR THE RECORD.

09:08:37 13            THE WITNESS:  ROBERT GLENN BEA, R-O-B-E-R-T, GLENN

09:08:45 14   G-L-E-N-N, BEA B-E-A.

09:08:52 15                     VOIR DIRE EXAMINATION

09:08:53 16   BY MR. SCHULTZ:

09:08:53 17   Q.  GOOD MORNING, DR. BEA.  AS A PREFATORY MATTER, YOU UNDERSTAND

09:08:57 18   THAT YOUR INITIAL DIRECT EXAMINATION PURSUANT TO THE COURT'S

09:09:01 19   DIRECTION WILL BE TRUNCATED, IF YOU WILL.  A VERY SUMMARY BRIEF,

09:09:05 20   BRISK WALKTHROUGH OF YOUR OPINIONS, CONCISE REASONS FOR THOSE

09:09:10 21   OPINIONS BUT WITHOUT ANY FACTUAL ELABORATION, RIGHT?

09:09:13 22   A.  YES.

09:09:13 23   Q.  AND WE WILL DEAL WITH THAT FACTUAL ELABORATION ON A LONGER

09:09:17 24   REDIRECT, EITHER LATER TODAY OR TOMORROW?

09:09:19 25   A.  CORRECT.

09:09:19  1    Q.  I WANT TO PULL UP THE FIRST SLIDE, DR. BEA, AND ASK YOU IF YOU

09:09:22  2    WOULD TO JUST ADDRESS FOR THE COURT -- AND I THINK, BY THE WAY, WE

09:09:25  3    CAN WALK THROUGH THESE INITIAL SLIDES PRETTY QUICK.  IF YOU WOULD

09:09:28  4    ADDRESS FOR THE COURT THE OVERVIEW OF YOUR TESTIMONY; THAT IS, THE

09:09:31  5    POINTS THAT WE SEE THAT YOU'LL BE ADDRESSING?

09:09:35  6         MR. TREEBY:  IF YOUR HONOR PLEASE, WE THINK THAT DR. BEA,

09:09:40  7    WE WILL BE TALKING ABOUT THIS LATER, SHOULD BE QUALIFIED BEFORE HE

09:09:44  8    STARTS WALKING THROUGH HIS OPINIONS, AND WE WOULD LIKE TO EXAMINE

09:09:47  9    HIM ON THOSE QUALIFICATIONS.

09:09:48 10         THE COURT:  OKAY.  AND I WILL NOT -- IF THAT'S GOING TO

09:09:51 11    BE THE CASE, JUST UNDERSTAND I WANT TO HEAR NO QUESTION REFERENCED

09:09:57 12    THAT SUBJECT MATTER.  I DON'T WANT TO HEAR THE SAME THING TWICE.

09:10:00 13    YOU CAN DO WHATEVER YOU WANT, WE WILL DO A TRAVERSE, BUT I DON'T

09:10:03 14    WANT DURING THE REST OF THE CROSS TO VISIT THOSE AREAS AGAIN.  AND

09:10:06 15    I'M SURE YOU WON'T.

09:10:07 16         ALL RIGHT.  SIR, DO YOU WANT TO GO AHEAD AND MAKE YOUR

09:10:10 17    QUALIFICATION?

09:10:10 18         MR. SCHULTZ:  THIS WILL BE BASICALLY WHAT WE SEE ON THE

09:10:13 19    SLIDE, AND WE ARE GOING IMMEDIATELY INTO QUALIFICATIONS UNLESS YOU

09:10:16 20    PREFER I DO IT ANOTHER WAY.

09:10:18 21         THE COURT:  WHY DON'T YOU GO THROUGH THE QUALIFICATIONS.

09:10:20 22    BY MR. SCHULTZ:

09:10:21 23    Q.  WHY DON'T WE LOOK AT THE SECOND SLIDE, CARL.  DR. BEA, THE

09:10:24 24    FIRST SLIDE THAT WE HAVE IN YOUR QUALIFICATIONS INVOLVES YOUR WORK

09:10:25 25    EXPERIENCE.  I KNOW THE COURT IS FAMILIAR WITH THAT FROM PREVIOUS

09:10:28  1  TRIALS, FROM OUR RECORD AND FOR PURPOSES OF TODAY'S TRIAL, CAN YOU

09:10:32  2  WALK US THROUGH WHAT WE SEE ON THE SLIDE IN TERMS OF YOUR WORK

09:10:34  3  EXPERIENCE PERTINENT TO THE ISSUES YOU WILL BE DISCUSSING IN THIS

09:10:37  4  CASE.

09:10:37  5  A.  FINE.  FIRST, PERTINENT EXPERIENCE IS AN ENGINEER IN TRAINING

09:10:48  6  WORKING FOR THE U.S. ARMY CORPS OF ENGINEERS AND WORKING FOR THE

09:10:58  7  SOUTH FLORIDA FLOOD CONTROL DISTRICT, LAND SURVEYING, HYDROGRAPHIC

09:11:07  8  SURVEYING, CONSTRUCTION OF LEVEES, CANALS, DRAINAGE CANALS, AND

09:11:17  9  PUMP STATIONS.

09:11:20  10      IN ADDITION, I WORKED ON THE PAVING AND DRAINAGE SUPPORT

09:11:26  11  STRUCTURE BUILT FOR THE SPACE CENTER IN CAPE CANAVERAL.  I

09:11:38  12  COMPLETED MY TENURE WITH THE CORPS OF ENGINEERS IN 1959, RETURNED

09:11:46  13  TO SCHOOL AT THAT TIME, COMPLETED MY MASTER OF ENGINEERING DEGREE,

09:11:56  14  AND, IN 1960 JOINED SHELL OIL COMPANY.  WORKED OFFSHORE FOR TWO

09:12:06  15  YEARS AS A ROUGHNECK ROUSTABOUT, WAS MADE SHELL'S FIRST CENTRAL

09:12:19  16  ENGINEERING CHIEF ENGINEER -- CIVIL ENGINEER.  I LOCATED HERE IN

09:12:27  17  NEW ORLEANS.  WIDE VARIETY OF ACTIVITIES CARRIED OUT HERE IN

09:12:35  18  LOUISIANA AND OFFSHORE OF TEXAS.

09:12:40  19      MOVED TO SHELL DEVELOPMENT COMPANY, I WAS HEAD OF MARINE

09:12:48  20  RESEARCH FOR SHELL DEVELOPMENT.  I WENT THROUGH A VARIETY OF

09:12:56  21  ASSIGNMENTS AROUND THE WORLD; ULTIMATELY, REASSIGNED BY SHELL HERE

09:13:05  22  TO NEW ORLEANS WHERE I HEADED THEIR INTERNATIONAL TECHNOLOGY

09:13:13  23  DEVELOPMENT GROUP.  WAS TRANSFERRED TO HOUSTON, TEXAS.  RESIGNED

09:13:22  24  FROM SHELL IN 1976.

09:13:28  25      I THEN HELPED FOUND A NEW COMPANY, THE OCEAN SERVICES

09:13:38 1    DIVISION OF WOODWARD CLYDE CONSULTANTS.  THEY'RE NOW A MEMBER OF

09:13:47 2    THE UNITED RESEARCH SERVICES, INCORPORATED GROUP OF COMPANIES.  IN

09:13:56 3    THAT CAPACITY, I WAS CHIEF ENGINEER, VICE-PRESIDENT OF WOODWARD

09:14:04 4    CLYDE CONSULTANTS.  WIDE VARIETY OF ACTIVITIES, WE DID FLOOD

09:14:14 5    STUDIES FOR FEMA, WORKED IN APPROXIMATELY 70 COUNTRIES DURING THAT

09:14:26 6    PERIOD OF TIME.

09:14:28 7         IN 1981 THEY WERE LOCATED IN HOUSTON.  MY WIFE HELPS US

09:14:39 8    REACH A DECISION TO SELL THE COMPANY, AND WE MOVE TO SAN FRANCISCO.

09:14:48 9    I HELP OPEN ANOTHER NEW COMPANY, THE OCEAN ENGINEERING DIVISION OF

09:14:57 10   PMB ENGINEERING, ULTIMATELY TO BE SOLD TO BECHTEL WHERE WE BECAME

09:15:06 11   KNOWN AS PMB-BECHTEL.  A WIDE VARIETY OF OCEAN ENGINEERING, COASTAL

09:15:17 12   ENGINEERING ACTIVITIES, AGAIN, SPREAD AROUND THE WORLD.  THIS TIME,

09:15:27 13   FOR SURE, 72 COUNTRIES, ALL OF THE MAJOR OCEANS IN THE WORLD EXCEPT

09:15:37 14   THE ANTARCTIC OCEAN.

09:15:42 15        AT THE END OF THAT ACTIVITY 1989, AGAIN, MY WIFE HELPS

09:15:53 16   REACH A DECISION THAT I SHOULD SELL MY SHARES OF THAT COMPANY,

09:16:02 17   RESIGN AS VICE-PRESIDENT OF BECHTEL CORPORATION, AND I WENT TO THE

09:16:10 18   UNIVERSITY OF CALIFORNIA AT BERKELEY AND APPLIED AS A GRADUATE

09:16:18 19   STUDENT.  AFTER A FEW MONTHS OF REVIEWING MY MOTIVATIONS AND

09:16:28 20   BACKGROUND, TWO SEARCH COMMITTEES AT THE UNIVERSITY OF CALIFORNIA

09:16:36 21   AT BERKELEY CONVINCED ME TO APPLY AS A TENURED FACULTY MEMBER AT

09:16:45 22   BERKELEY.  I APPLIED.  IN FACT, APPLIED FOR TWO POSITIONS, BUT

09:16:53 23   REMARKABLY, I WAS CHOSEN FOR BOTH FULLY TENURED POSITIONS.  THE

09:17:02 24   DEAN MADE THE DECISION THAT I WOULD SERVE TWO DEPARTMENTS, THE

09:17:07 25   DEPARTMENT OF CIVIL AND ENVIRONMENTAL ENGINEERING AND THE

09:17:12  1    DEPARTMENT OF NAVAL ARCHITECTURE AND OFFSHORE ENGINEERING.

09:17:22  2            I CONTINUED THAT WORK UNTIL JANUARY 2012 WHEN I WAS

09:17:30  3    RETIRED, OR RETIRED VOLUNTARILY, AND WAS IMMEDIATELY PUT BACK ON

09:17:38  4    FULL-TIME RESEARCH RECALL TO CONTINUE A NATIONAL SCIENCE FOUNDATION

09:17:46  5    PROJECT FOCUSED ON INFRASTRUCTURE SYSTEMS IN OUR CALIFORNIA DELTA.

09:17:56  6            THAT'S A SUMMARY OF MY 58 YEARS, NOW 59 YEARS OF

09:18:04  7    ENGINEERING WORK.

09:18:06  8    BY MR. SCHULTZ:

09:18:06  9    Q.   AND DURING THE COURSE OF THIS WORK, DR. BEA, HAVE YOU BEEN

09:18:10 10    INVOLVED IN GEOTECHNICAL ENGINEERING ISSUES?

09:18:13 11    A.   YES, SIR.

09:18:14 12    Q.   SOIL DYNAMICS?

09:18:16 13    A.   YES.

09:18:16 14    Q.   FLUID DYNAMICS?

09:18:18 15    A.   YES.  THE GEOTECHNICAL/GEOLOGICAL ACTIVITIES THAT I'VE BEEN

09:18:27 16    INVOLVED IN SPAN MY ENTIRE PROFESSIONAL CAREER, AND UNDERPINS BOTH

09:18:38 17    MY UNDERGRADUATE AND GRADUATE WORK.  SO GEOTECHNICAL/GEOLOGICAL

09:18:44 18    ENGINEERING IS A KEY ASPECT OF WHAT I'VE DONE FOR NOW MORE THAN

09:18:51 19    60 YEARS.

09:18:52 20    Q.   CAN WE LOOK AT THE NEXT SLIDE, PLEASE, CARL.  THE NEXT SLIDE,

09:18:56 21    DR. BEA, PERTAINS TO YOUR QUALIFICATIONS IN TERMS OF AREAS OF

09:19:00 22    EXPERTISE.  THE FIRST BULLET POINT IS FORENSIC ENGINEERING, AND WE

09:19:03 23    DO HAVE A SLIDE ON THAT.  BUT AS THE PLACE HOLDER, IF YOU WILL, IS

09:19:08 24    FORENSIC ENGINEERING AN AREA IN WHICH YOU HAVE A GOOD DEAL OF

09:19:11 25    EXPERIENCE?

A.  YES.  THE PRINCIPLE FOCUS OF MY WORK SINCE I BECAME A MEMBER OF THE FACULTY AT BERKELEY HAS BEEN THE COMBINATION OF FORENSIC ENGINEERING AND RISK AND ASSESSMENT AND MANAGEMENT OF ENGINEER SYSTEMS.

Q.  AND AS WE WALK DOWN THIS LIST THAT WE SEE HERE, BULLET POINTS THAT WE WILL DISCUSS I THINK A LITTLE MORE FULLY IN THE NEXT COUPLE OF SLIDES, YOU HAVE EXPERIENCE DEALING WITH ENVIRONMENTAL CONDITIONS AND FORCES DURING THE COURSE OF YOUR PROFESSIONAL WORK?

A.  THAT'S CORRECT.  EARLY PARTS OF MY CAREER WHEN EMPLOYED WITH SHELL OIL COMPANY WAS FOCUSED ON PREDICTION, EVALUATION, DESIGN CRITERIA FOR HURRICANES, COASTAL DEEP WATER OFFSHORE.  LATER, THAT WORK WAS TRANSFERRED TO THE UNITED STATES ARCTIC WHERE I WORKED ON ICE CONDITIONS AND ICE FORCES.  LATER MOVED TO THE WEST COAST, EARTHQUAKES AND THOSE SORTS OF THINGS.  LATER TO INDONESIA DEALING WITH VOLCANIC ERUPTIONS AND THOSE SORTS OF THINGS.  SO ENVIRONMENTAL CONDITIONS AND FORCES THEN JOINS MY WORK WITH GEOTECHNICAL ENGINEERING BECAUSE THEY ALL INVOLVE GEOTECHNICAL ENGINEERING.

Q.  AND DO THOSE SEGUE WITH THE NEXT BULLET POINT WHICH INVOLVES THE PERFORMANCE OF ENGINEERED COASTAL AND OCEAN SYSTEMS, THE WORK YOU'VE JUST DESCRIBED?

A.  YES, SIR.  THE REASON FOR THAT SPAN, MY CAREER HAS BEEN ACTUALLY MYSTERIOUSLY BLESSED.  I'VE WORKED AS A LABORER, I'VE WORKED AS AN OPERATOR, AS A ROUGHNECK, I'VE WORKED IN CONSTRUCTION AS WELL.  I'VE BUILT THINGS WITH MY HANDS.  THEN I LEARNED SOME OF

09:21:47  1  THE MYSTERIES OF ENGINEERING, ENGINEERING DESIGN AND ENGINEERING

09:21:54  2  TECHNOLOGY DEVELOPMENT.  ULTIMATELY, WENT TO WORK AS AN OPERATOR OF

09:22:02  3  REAL SYSTEMS AND GREW TO UNDERSTAND SOME OF THE IMPORTANT POWERS

09:22:11  4  AND LIMITATIONS OF ENGINEERS AND ENGINEERING.

09:22:16  5       WORKED IN MAINTENANCE EXTENSIVELY, CORROSION AND THESE

09:22:22  6  SORTS OF THINGS, AND FINALLY HAD ENOUGH SPAN SO THAT I COULD

09:22:29  7  ADDRESS THE FACTORS ASSOCIATED WITH COMPLEX SYSTEMS.

09:22:35  8  Q.  AND THE NEXT BULLET POINT, DR. BEA, ADDRESSES FOUNDATIONS

09:22:40  9  DESIGN AND CONSTRUCTION, IT LISTS OUT A NUMBER OF THINGS, FIELD

09:22:44 10  EXPLORATIONS, SOIL TESTING, PILE, MATS, PIPELINES, AND LEVEES.  ON

09:22:49 11  SOILS TESTING PARTICULARLY, HAVE YOU GONE OUT IN THE FIELD AND DUG

09:22:54 12  IN THE DIRT, DONE BORINGS, DONE THE SORT OF THINGS WE WILL BE

09:22:57 13  TALKING AT THE EBIA?

09:22:59 14  A.  BECAUSE OF MY EMPLOYMENT WITH SHELL INTERNATIONALLY, I WORKED

09:23:09 15  WITH GEOTECHNICAL ENGINEERING FIRMS FROM AROUND THE WORLD.  WHEN I

09:23:19 16  WALKED ON BOARD A GEOTECHNICAL OPERATION, THEY WOULD LOOK AT ME,

09:23:27 17  SAY, "HI BOB.  ARE YOU STILL EATING DIRT?"

09:23:31 18  Q.  AND WHAT DOES THAT REFER TO?

09:23:34 19  A.  WELL, I ACTUALLY DON'T EAT DIRT, BUT I TASTE IT.  AND THE

09:23:40 20  REASON I AM TASTING IT IS I AM ATTEMPTING TO SENSE WITH OTHER THAN

09:23:49 21  MY EYES AND HANDS WHAT THE SOIL IS ABOUT.  THE SALINITY, THE GRAIN

09:23:56 22  MAKEUP, AND I SNIFF IT AND SMELL IT AND THAT'S GOTTEN ME IN SOME

09:24:02 23  INTERESTING TROUBLE.  SO I AM ATTEMPTING TO SENSE SOILS AS LATER I

09:24:11 24  CAME TO SENSE PEOPLE.

09:24:14 25  Q.  AND YOU HAVE YOURSELF PHYSICALLY -- OR HAVE YOU PHYSICALLY,

09:24:18  1    YOURSELF, TAKEN BORE SAMPLES, PULLED THEM OUT, CLASSIFIED THE

09:24:22  2    SOILS, THAT SORT OF THING, THAT'S WHERE THE TASTING COMES IN?

09:24:25  3    A.  YES, SIR.  IN FACT, ONE OF THE VERY EARLY EXCELLENT EDUCATIONS

09:24:33  4    I HAD AND EXACTLY THAT WORK CAME FROM THE U.S. ARMY CORPS OF

09:24:41  5    ENGINEERS.  AND ONE OF THEIR ASSIGNMENTS THEY ASSIGNED ME TO THEIR

09:24:46  6    RESEARCH GROUP, WALKWAY EXPERIMENT STATION IN VICKSBURG,

09:24:54  7    MISSISSIPPI.  AND AT THAT POINT, I LEARNED FROM SOME OF THE FINEST

09:24:58  8    IN THE WORLD ABOUT HOW TO SAMPLE AND TEST SOILS IN PLACE AS WELL AS

09:25:06  9    SAMPLING THEM.  AND THEN HOW TO FOLLOW THROUGH IN THE LABORATORY.

09:25:14 10          THEN TRANSLATE THAT INFORMATION TO THE DESIGN OF A

09:25:18 11    VERTICAL ASSEMBLY BUILDING THAT WE CONTINUED TO USE AT THE KENNEDY

09:25:26 12    SPACE CENTER.  SO THAT EARLY TRAINING BY THE CORPS OF ENGINEERS

09:25:33 13    THEN PERMEATED MY ENTIRE CAREER.

09:25:37 14    Q.  LET ME ASK YOU ONE MORE QUESTION ABOUT SOILS TESTING, DR. BEA.

09:25:42 15    WHEN YOU'RE TESTING SOILS, DOES IT INVOLVE ASSESSMENT OF THE

09:25:48 16    LIQUIDITY OF SOILS AT TIMES?

09:25:50 17    A.  YES.

09:25:51 18    Q.  IS THERE, FOR EXAMPLE, IN THE FUGRO TESTING DONE IN THIS CASE,

09:25:54 19    DID THAT INVOLVE THE LIQUIDITY INDEX IN THE LIQUIDITY OF SOILS THAT

09:25:58 20    WERE TESTED?

09:25:59 21    A.  YES.

09:25:59 22    Q.  AND THOSE WERE DOCUMENTS THAT YOU REVIEWED IN THIS CASE?

09:26:01 23    A.  YES.  AND HERE AGAIN, IS A BLESSING OF A RICHLY BLESSED CAREER

09:26:10 24    BECAUSE I HAVE SPENT AN AWFUL LOT OF TIME IN THE WORLD'S OCEANS,

09:26:18 25    OFFSHORE COASTAL DEEP WATER, SHALLOW WATER.  I'VE COME TO WORK WITH

09:26:26  1    SOILS THAT EXIST LARGELY IN A SUBMERGED ENVIRONMENT.  SO WATER AND

09:26:36  2    SOILS ARE NO STRANGER TO MY CAREER AND KNOWLEDGE.

09:26:43  3    Q.  AND IF YOU WOULD, DOCTOR, CLOSING OUT THIS SLIDE, THE LAST

09:26:46  4    BULLET POINT IS THAT YOU HAVE EXPERTISE OR EXPERIENCE IN THE AREA

09:26:50  5    OF DESIGN, CONSTRUCTION, OPERATION, MAINTENANCE, AND

09:26:53  6    REQUALIFICATION OF COASTAL AND OCEAN SYSTEMS.  CAN YOU GIVE US A

09:26:57  7    BRIEF NUTSHELL VERSION OF WHAT THAT REFERS TO?

09:27:00  8    A.  WELL, EARLIER IN MY TESTIMONY I REFERRED TO THIS LIFECYCLE SPAN

09:27:10  9    EXPERIENCE I HAVE.  I MENTIONED DESIGN BUT I DID NOT MENTION

09:27:17 10    REQUALIFICATION.  REQUALIFICATION IS ACTUALLY A FAIRLY NEW FIELD OF

09:27:27 11    ENGINEERING.  I'VE DUBBED IT THE ART AND SCIENCE OF ENGINEERING

09:27:35 12    GERIATRICS AND THAT'S BECAUSE MOST ENGINEERING WORK FOCUSES ON THE

09:27:43 13    SIGNIFICANT CHALLENGE ASSOCIATED WITH PEDIATRICS, CONCEIVING,

09:27:50 14    DESIGNING, CONSTRUCTING THESE THINGS, BUT VERY LITTLE ATTENTION IS

09:27:56 15    GIVEN, ACTUALLY, EVEN IN THE EDUCATION OF ENGINEERS, ABOUT WHAT TO

09:28:02 16    DO WITH SOMETHING WHEN IT'S STARTING TO GET OLD.  IT'S A VERY

09:28:09 17    DIFFERENT SET OF CHALLENGES, AND BECAUSE OF BLESSINGS OF MY

09:28:17 18    OPPORTUNITIES, THIS REQUALIFICATION HAS FIGURED PROMINENTLY IN MY

09:28:23 19    WORK.

09:28:23 20    Q.  I WANT TO LOOK AT NEXT SLIDE IF WE COULD, DR. BEA.  AND AGAIN,

09:28:28 21    OF COURSE, THE COURT IS FAMILIAR WITH YOUR BACKGROUND, WE DO WANT

09:28:31 22    TO MAKE A RECORD AS YOU'LL BE TRAVERSED ON IT, BUT WE BEGIN WITH

09:28:36 23    YOUR EDUCATION INDICATING THAT YOU HAVE FOUR UNDERGRADUATE AND TEN

09:28:39 24    GRADUATE COURSES BETWEEN 1957 AND 2002 ON THE ISSUE OF GEOTECHNICAL

09:28:44 25    ENGINEERING SPECIFICALLY?

A.  THAT'S CORRECT.

Q.  AND CAN YOU GIVE AN EXAMPLE OF THE TYPES OF COURSES THAT WOULD

INVOLVE?

A.  WELL, BASIC COURSES IN GEOLOGY.  GEOLOGY FORMS THE UNDERPINNING

OF THINKING FOR THE NEXT STEP WHICH DEALS WITH THE CHARACTERISTICS

OF WHAT COMPRISES THE GEOLOGIC ENVIRONMENT.  SO SOILS AND ROCKS

SHOW UP AT THIS POINT, SO WE'RE STRUGGLING TO UNDERSTAND HOW SOILS

AND ROCK GET WHERE THEY'RE AT, HOW THEY HAVE GONE THROUGH THEIR

LIFECYCLE.  NEXT STEP IS TO UNDERSTAND THE PROPERTIES AND BEHAVIORS

OF THOSE MATERIALS.  THE NEXT STEP IS FOUNDATIONS.

        NOW, UNFORTUNATELY IN MANY EDUCATIONS, FOUNDATIONS IS

SEPARATED FROM STRUCTURES.  BUT MY EDUCATION ACTUALLY RESISTED

STRONGLY THAT SEPARATION, SO FOUNDATION GEOTECHNICAL ENGINEERING

AND MY BACKGROUND HAS BEEN VERY, VERY CLOSELY RELATED TO WHAT IS

ABOVE THE GROUND.  FOR EXAMPLE, I GOT A SPECIAL CERTIFICATE HERE AT

TULANE UNIVERSITY IN DESIGN OF NUCLEAR HARDENED UNDERGROUND

FACILITIES WORK THAT WAS SUPERVISED BY WALTER BLESSEY, DR. WALTER

BLESSEY AND DR. ROBERT BRUCE.  SO THIS UNDERGRADUATE/GRADUATE WORK

SPANS, TO THAT POINT, THOSE TOPICS.

        BUT AS I REACHED THE UNIVERSITY OF CALIFORNIA, AND

PARTICULARLY IN THE UNIVERSITY OF WESTERN AUSTRALIA, I ADD A NEXT

EXTREMELY IMPORTANT COMPONENT TO SOIL MECHANICS FOUNDATION

GEOTECHNICAL ENGINEERING, AND THAT'S THE HUMAN FACTOR.  SO I

SPECIALIZED IN THE HUMAN AND ORGANIZATIONAL FACTORS THAT EXERT SUCH

DOMINANT CONTROL OVER WHAT HAPPENS IN THE ENTIRE

09:31:25   1    GEOTECHNICAL/GEOLOGICAL ENGINEERING ASPECT.  THE WORKS INCLUDED

09:31:32   2    LEVEE PERFORMANCE INVESTIGATIONS, 1954, FOR THE CORPS ALL THE WAY

09:31:39   3    TO THE CURRENT TIME.  AS I FLEW HERE, WE FLEW OVER SHERMAN ISLAND

09:31:46   4    IN THE CALIFORNIA DELTA AND IT REMINDED ME OF THE LOWER NINTH WARD.

09:31:54   5           I AM A REGISTERED GEOTECHNICAL ENGINEER IN CALIFORNIA.

09:31:58   6    THAT'S A SPECIAL REGISTRATION GRANTED TO REGISTERED CIVIL ENGINEERS

09:32:07   7    IN CALIFORNIA --

09:32:09   8    Q.  LET ME PAUSE YOU THERE, DR. BEA.  DOES EVERY STATE REGISTER

09:32:13   9    GEOTECHNICAL ENGINEERS?

09:32:14  10    A.  NO, THEY DO NOT.  THE STATES THAT HAVE SPECIAL REGISTRATIONS

09:32:19  11    FOR GEOTECHNICAL ENGINEERS IN GENERAL ALSO HAVE VERY SPECIAL

09:32:25  12    GEOTECHNICAL CHALLENGES, SO THEY'RE TRYING TO ENSURE THAT THE

09:32:32  13    PROFESSIONALS WORKING IN GEOTECHNICAL ENGINEERING HAVE THAT

09:32:39  14    SPECIALTY KNOWLEDGE TO CONFRONT THE NATURAL CONDITIONS PRESENT IN

09:32:46  15    PARTICULAR STATES.

09:32:47  16    Q.  DO YOU HAVE TO SIT FOR AN EXAM TO BECOME A REGISTERED

09:32:50  17    GEOTECHNICAL ENGINEER IN CALIFORNIA?

09:32:52  18    A.  YES, YOU DID.

09:32:52  19    Q.  IS THERE A CONTINUING EDUCATION REQUIREMENT FOR IT?

09:32:55  20    A.  YES, THERE IS.

09:32:55  21    Q.  AND ARE YOU CURRENTLY CERTIFIED?

09:32:58  22    A.  I AM IN RETIRED STATUS AT THE PRESENT.

09:33:03  23    Q.  NOW, THE NEXT BULLET POINT, DR. BEA, INDICATES YOU'VE

09:33:08  24    PARTICIPATED IN MORE THAN 1,000 SOIL BORINGS IN SITES YOU TESTED

09:33:12  25    AND LABORATORY SOIL TESTING PROGRAMS.  IS THAT WHAT YOU'VE ALREADY

09:33:16   1   DESCRIBED FOR THE COURT IN TERMS OF YOUR EXPERIENCE OUT IN THE

09:33:18   2   FIELD?

09:33:18   3   A.  YES.

09:33:18   4   Q.  FINALLY, YOU HAVE 76 GEOTECHNICAL ENGINEERING REFEREED JOURNAL

09:33:23   5   AND CONFERENCE PUBLICATIONS.  THESE ARE PUBLICATIONS SPECIFIC TO

09:33:26   6   GEOTECHNICAL ENGINEERING ISSUES?

09:33:28   7   A.  THAT'S CORRECT.  MY TOTAL REFEREED PUBLICATIONS ARE

09:33:35   8   APPROXIMATELY 400.  SO THOSE SPECIFICALLY FOCUS TO THE

09:33:42   9   GEOTECHNICAL/GEOLOGICAL ENGINEERING COMMUNITIES, COMPRISES ABOUT

09:33:48  10   25 PERCENT OF MY TOTAL.

09:33:50  11   Q.  AND YOU SPENT MANY YEARS TEACHING.  DID YOU TEACH THE

09:33:55  12   PRINCIPLES THAT YOU APPLIED IN THIS CASE IN TERMS OF GEOTECHNICAL

09:33:58  13   ENGINEERING?

09:33:59  14   A.  YES.  I THINK THAT'S THE KEY REASON THAT THE UNIVERSITY OF

09:34:07  15   CALIFORNIA AT BERKELEY HIRED ME INTO A FULLY TENURED FACULTY

09:34:14  16   POSITION WITHOUT A DOCTORATE DEGREE.

09:34:18  17   Q.  LET'S LOOK AT THE NEXT SLIDE, PLEASE, REGARDING FORENSIC

09:34:22  18   ENGINEERING.  IF YOU WILL, JUST GIVE A BRIEF EXPLANATION OF WHAT

09:34:25  19   FORENSIC ENGINEERING IS.  AND WHAT I WOULD LIKE TO KNOW, DR. BEA,

09:34:30  20   IS HOW PROBLEM SOLVING DIFFERS BETWEEN AN ACADEMIC OR FIELD WORKING

09:34:34  21   GEOTECHNICAL ENGINEER AND SOMEBODY WHO HAS AN EMPHASIS IN FORENSIC

09:34:37  22   ENGINEERING.

09:34:38  23   A.  WELL, FORENSIC ENGINEERING MANY PEOPLE HAVE AN ACQUAINTANCE

09:34:46  24   WITH BECAUSE OF WATCHING TELEVISION PROGRAMS LIKE CSI.

09:34:55  25   ESSENTIALLY, IT'S A PROCESS OF INVESTIGATION TO DETERMINE WHY

09:35:03 1   THINGS HAPPEN, HOW THEY HAPPENED, AND THE WHY THINGS HAPPENED IS

09:35:10 2   PARTICULARLY CRITICAL.  THE TRADITIONAL TRAINED ENGINEER IS

09:35:19 3   GENERALLY NOT TAUGHT THE RICH SET OF THINKING INVESTIGATIVE

09:35:26 4   PROCESSES THAT PERMEATE THE EVOLVING FIELD OF FORENSIC ENGINEERING.

09:35:37 5   IT'S FOR THAT REASON THE AMERICAN SOCIETY OF CIVIL ENGINEERS ABOUT

09:35:43 6   15 YEARS AGO FORMED SPECIFICALLY A FORENSIC ENGINEERING COMMITTEE,

09:35:50 7   HAS ISSUED FORMAL GUIDELINES FOR FORENSIC ENGINEERING.  I'VE BEEN A

09:35:58 8   MEMBER, AN EMERITUS MEMBER AT THE PRESENT OF THAT COMMITTEE AND

09:36:03 9   PARTICIPATED IN THE PUBLICATION OF THOSE GUIDELINES.

09:36:09 10          I'VE TAKEN THAT KIND OF BACKGROUND, WHICH I'VE ALSO

09:36:15 11  WORKED WITH NATIONAL TRANSPORTATION BOARD IN INVESTIGATION OF

09:36:22 12  ACCIDENTS, NATIONAL INSTITUTE STANDARDS AND TECHNOLOGY, FEDERAL

09:36:29 13  AVIATION ADMINISTRATION, SO I'VE TAKEN THAT BACKGROUND AND THEN

09:36:38 14  BEGUN DEEP INVESTIGATIONS INTO MAJOR ACCIDENTS AND DISASTERS.  I'VE

09:36:48 15  BEEN THE PRIMARY INVESTIGATOR IN APPROXIMATELY 30 OF THOSE MAJOR

09:36:53 16  ACCIDENTS.  THE PIPER ALPHA PLATFORM, 1989, JULY 15TH, NORTH SEA.

09:37:06 17  WE TERMINATED THE LIVES OF 167 PEOPLE, DESTROYED THE STRUCTURE, AND

09:37:19 18  AT A HORRIBLE CAUSE MUCH LIKE THE LAST ONE THAT I LIST, THE BP

09:37:28 19  DEEPWATER HORIZON FAILURE.  I HAVE BEEN CONTINUED TO BE A PRINCIPLE

09:37:35 20  INVESTIGATOR IN THE DEEPWATER HORIZON FAILURE.

09:37:43 21          BUT AFTER PIPER ALPHA, AS A PRINCIPLE INVESTIGATOR FOR AN

09:37:48 22  INDUSTRIAL GOVERNMENT GROUP IN THE EXXON VALDEZ TANKSHIP, IT'S IN

09:37:54 23  THAT WORK I GOT A MASTER'S LICENSE, I COULD DRIVE A TANKER, WHICH

09:38:00 24  SHOULD SCARE EVERYONE.  I WAS BROUGHT IN AS A PRIMARY CONSULTANT BY

09:38:09 25  NASA.  ACTUALLY, IN A PHASE BEFORE WE BROUGHT THE COLUMBIA SHUTTLE

09:38:17 1   BACK IN TO TEXAS IN TINY PIECES, I WAS WORKING WITH NASA IN AN

09:38:26 2   ATTEMPT TO PREVENT THE CATASTROPHE THAT WE SAW COMING.  I WAS

09:38:34 3   BLESSED IN 2005 BY AN INVITATION TO COME HERE TO NEW ORLEANS TO

09:38:48 4   INVESTIGATE THE HORRIBLE EXPERIENCE OF KATRINA.

09:38:55 5        IN THE PROCESS, ACTUALLY, OF THAT WORK IN AN ATTEMPT TO

09:39:00 6   UNDERSTAND MORE ABOUT IT, WHY THE NEW ORLEANS KATRINA EXPERIENCE

09:39:09 7   WAS WHAT IT WAS, I WAS A PRINCIPLE INVESTIGATOR IN THE MIDWEST

09:39:16 8   LEVEE FAILURES THAT HAPPENED IN THE SUMMER OF 2008.  AS YOU CAN

09:39:28 9   SEE, THERE'S A TRAIN GOING ON HERE, AND I THEN TAKE THAT WORK TO

09:39:36 10  OUR CALIFORNIA DELTA.  THE CALIFORNIA DELTA IS REMARKABLY LIKE THE

09:39:43 11  MISSISSIPPI RIVER DELTA, AND THAT WAY I'VE WORKED IN APPROXIMATELY

09:39:50 12  18 OF THE WORLD'S MAJOR DELTAS, INCLUDING THE AMAZON DELTA AND THE

09:39:57 13  NIGER RIVER DELTA.

09:39:59 14       SO I TOOK THAT BACKGROUND TO CALIFORNIA AND THERE

09:40:05 15  ADDRESSING THE COMPLEX INFRASTRUCTURE SYSTEMS THAT WE HAVE EVOLVED

09:40:11 16  THERE, MUCH LIKE THE COMPLEX INFRASTRUCTURE SYSTEMS THAT EXIST

09:40:18 17  TODAY HERE IN THE GREATER NEW ORLEANS AREA.  THE FOCUS OF THAT WORK

09:40:24 18  IS TO FIND OUT BETTER HOW TO PREVENT THESE PREVENTABLE ACCIDENTS

09:40:30 19  AND DISASTERS.  WE'VE LEARNED A LOT.

09:40:35 20       THE RESULT OF DOCUMENTED CAUSATION STUDIES NOW MORE THAN

09:40:42 21  630 MAJOR ACCIDENTS AND FAILURES INVOLVING ENGINEERED SYSTEMS.

09:40:49 22  Q.  AND THAT WORK IN THE CALIFORNIA DELTA, DR. BEA, IS THAT

09:40:53 23  PURSUANT TO A GRANT BY THE NATIONAL SCIENCE FOUNDATION?

09:40:56 24  A.  YES, SIR.

09:40:56 25  Q.  YOU'VE BRIEFLY MENTIONED YOUR WORK IN KATRINA.  IF WE LOOK AT

09:41:01  1    THE NEXT SLIDE, WE SEE A LITTLE MORE DRILLED DOWN, IF YOU WILL, ON

09:41:04  2    THAT SUBJECT.  AND AGAIN, PERHAPS THE QUICKEST WAY TO DO THIS IS

09:41:10  3    FOR YOU TO WALK THROUGH THE BULLET POINTS, IF YOU WOULD, AND

09:41:13  4    DESCRIBE YOUR EXPERIENCE WITH KATRINA SPECIFICALLY AS AN ENGINEER.

09:41:18  5    A.  WELL, I THINK THE WAY I WOULD START IS BY SAYING THE LAST SEVEN

09:41:30  6    YEARS THAT I'VE WORKED ON KATRINA HAS BEEN A LIFE CHANGING

09:41:40  7    EXPERIENCE FOR ME, MY FAMILY, THE STUDENTS THAT HAVE BLESSED MY

09:41:49  8    LIFE, AND MY COLLEAGUES.  OUT OF THE PAIN OF KATRINA HAS COME A

09:41:59  9    GREAT DEAL OF DEEP UNDERSTANDING ABOUT HOW IT HAPPENED, WHY IT

09:42:07 10    HAPPENED, AND THAT'S TAKEN A VERY LARGE AMOUNT OF TIME.  I HAVE

09:42:18 11    LOGGED FORMERLY IN EXCESS OF 14,000 HOURS, IT'S ACTUALLY

09:42:27 12    APPROACHING 15,000 HOURS.  I CHECKED IT JUST BEFORE I CAME HERE.

09:42:34 13         MORE THAN 10,000 OF THAT HAS BEEN CALL IT PRO BONO, WHICH

09:42:45 14    MEANS IT'S COME FROM MY WIFE'S CHARGE CARDS.  THANKFULLY, IN THE

09:42:57 15    WORK I'VE BEEN PAID FOR THAT'S HELPED MAKE UP FOR SOME OF MY

09:43:04 16    INDEBTEDNESS TO MY FAMILY.

09:43:09 17         I WAS A MEMBER, AGAIN, A RICH BLESSING.  I CAN'T EXPLAIN

09:43:16 18    THE SO-CALLED INDEPENDENT LEVEE INVESTIGATION TEAM.  WE ALL IN THE

09:43:24 19    COURTROOM SAID WE WEREN'T INDEPENDENT AT ALL, WE WERE TOTALLY

09:43:29 20    DEPENDENT ON EACH OTHER AND OUR FAMILIES BECAUSE THAT WORK WAS

09:43:37 21    FUNDED AT THE LEVEL OF 30,000 US DOLLARS.  THE REST CAME FROM OUR

09:43:49 22    BANK ACCOUNTS.

09:43:51 23         I ALSO IN THAT PROCESS SERVED AS A CONSULTANT TO A

09:43:56 24    WONDERFUL TEAM LOCATED HERE IN LOUISIANA KNOWN AS TEAM LOUISIANA.

09:44:07 25    I WAS BROUGHT IN AS A SPECIAL CONSULTANT TO THE NATIONAL INSTITUTE

09:44:13 1   OF STANDARDS AND TECHNOLOGY, REVIEWED THEIR REPORTS, PROVIDED

09:44:20 2   COMMENTS ON THEIR FINDINGS AND RECOMMENDATIONS.  THAT WORK HAS LED

09:44:27 3   TO 22 PEER-REVIEWED PUBLICATIONS AND 30 FORMAL TECHNICAL REPORTS.

09:44:38 4           I'VE GIVEN TESTIMONY TO CONGRESSIONAL COMMITTEES, TO

09:44:46 5   MEMBERS OF CONGRESS, SENATOR MARY LANDRIEU, SENATOR VITTER, TO

09:44:58 6   LOUISIANA GOVERNMENT REPRESENTATIVES, GOVERNOR BLANCO, ATTORNEY

09:45:05 7   GENERAL FOTI, FOR EXAMPLE, SO HAVE DONE, WORKING AS DILIGENTLY AS I

09:45:16 8   CAN, TO TELL THE TRUTH AS I BEST KNOW IT AT THE TIME I KNOW IT SO

09:45:23 9   THAT PEOPLE ARE NOT STRUGGLING IN THE DARKNESS OF OUR IGNORANCE.

09:45:31 10  Q.  DR. BEA, YOU MENTIONED 22 PEER-REVIEWED PUBLICATIONS AND 30

09:45:36 11  TECHNICAL REPORTS.  ON THE PEER REVIEWED SIDE, HAVE YOU PUBLISHED

09:45:40 12  PEER-REVIEWED PUBLICATIONS REGARDING THE WORK, THE ANALYSES, AND

09:45:43 13  THE OPINIONS THAT YOU'RE GIVING IN THIS SPECIFIC CASE?

09:45:46 14  A.  YES, SIR.  THAT'S BEEN A VERY IMPORTANT EXPERIENCE BECAUSE IN

09:45:52 15  SEVERAL CASES, KEY REVIEWERS OF MINE AND MY COLLEAGUES WORD HAVE

09:46:02 16  BEEN MEMBERS OF GROUPS THAT HAVE VERY DIFFERENT VIEWS.  AND WE'VE

09:46:11 17  BEEN ABLE TO COME TO AN AGREEMENT ABOUT WHAT WAS ACCEPTABLE IN THE

09:46:20 18  PUBLICATIONS, AND THAT'S ONE OF THE VALUE S OF THE PEER-REVIEW

09:46:29 19  PROCESS.  SO ALL OF THEIR REVIEWERS ARE NOT FAVORABLE.  IN FACT,

09:46:35 20  ONE REVIEWER HELD UP A CRITICAL PUBLICATION FOR MORE THAN SIX

09:46:41 21  MONTHS, IT RETURNED IT AFTER HIS REVIEW PERIOD HAD EXPIRED AND OUR

09:46:48 22  SUBMISSION OF THE PAPER PERIOD HAD EXPIRED.  SO THE PEER-REVIEW

09:46:57 23  PROCESS HAS SOMETIMES BEEN VERY PAINFUL, BUT INSTRUCTIVE.

09:47:03 24  Q.  BUT THOSE OPINIONS YOU PUT OUT FOR REVIEW AND CRITICISM BY YOUR

09:47:07 25  PEERS IN THE ENGINEERING COMMUNITY?

```
09:47:09  1    A.  THAT'S CORRECT.

09:47:09  2    Q.  AND HAVE YOU BEEN QUALIFIED, DR. BEA, AS AN ENGINEER IN

09:47:12  3    PREVIOUS CASES, INCLUDING KATRINA-RELATED CASES IN THIS PARTICULAR

09:47:16  4    COURT?

09:47:16  5    A.  YES, I HAVE.

09:47:18  6            MR. SCHULTZ:  YOUR HONOR, THE PLAINTIFFS WOULD, ON THIS

09:47:21  7    BASIS, TENDER DR. BEA AS AN EXPERT IN GEOTECHNICAL AND FORENSIC

09:47:24  8    ENGINEERING.

09:47:25  9            THE COURT:  THANK YOU, SIR.  MR. TREEBY, I SEE YOU'RE UP

09:47:28  10   FIRST.

09:47:29  11                          TRAVERSE EXAMINATION

09:47:29  12   BY MR. TREEBY:

09:47:39  13   Q.  WILLIAM TREEBY FOR WASHINGTON GROUP INTERNATIONAL.  GOOD

09:47:42  14   MORNING, DR. BEA.

09:47:43  15   A.  GOOD MORNING.

09:47:43  16   Q.  GLAD TO SEE YOU'RE LOOKING BETTER THAN YOU DID THE LAST TIME WE

09:47:46  17   TALKED.

09:47:46  18   A.  THAT'S ENCOURAGING.

09:47:48  19   Q.  I AM NOT GOING TO GO THROUGH ALL OF THAT.  I ACKNOWLEDGE IT,

09:47:54  20   BUT I DO HAVE SOME QUESTIONS THAT I WANT TO BRING OUT WHICH RELATE

09:47:58  21   TO THE FOCUS OF YOUR CAREER.

09:48:02  22            FIRST, WHEN WERE YOU FIRST RETAINED BY THE PLAINTIFFS

09:48:06  23   LIAISON COUNSEL IN KATRINA-RELATED LITIGATION?

09:48:09  24   A.  MARCH 2006.  THE ENTIRE STRING OF THAT INVOLVEMENT IS IN MY

09:48:26  25   RULE 26 REPORT SUMMARY.
```

09:48:28  1    Q.  AND I WANT TO SKIP TO YOUR PH.D. BECAUSE I WANT TO BRING OUT

09:48:36  2    SOME ISSUES RELATED TO THAT.  YOU RECEIVED YOUR PH.D. FROM THE

09:48:40  3    UNIVERSITY OF WESTERN AUSTRALIA IN PERTH, AUSTRALIA, IN 2001 AFTER,

09:48:46  4    AS YOU'VE TESTIFIED, YOU BEGAN TEACHING AT THE UNIVERSITY OF

09:48:49  5    CALIFORNIA BERKELEY SINCE 1989, RIGHT?

09:48:51  6    A.  THAT'S CORRECT.

09:48:52  7    Q.  BEFORE YOU RECEIVED A PH.D. FROM THE UNIVERSITY OF WESTERN

09:48:58  8    AUSTRALIA IN PERTH, YOU TRIED TO WORK TOWARDS A PH.D. IN NORWAY AT

09:49:04  9    TRONDHEIM UNIVERSITY; IS THAT RIGHT?

09:49:05 10    A.  I DIDN'T TRY.  I DID WORK ON A PH.D. AT TRONDHEIM.

09:49:10 11    Q.  YOU WORKED TOWARD IT, BUT YOU DIDN'T GET A PH.D. FROM TRONDHEIM

09:49:14 12    AND THAT'S WHAT I WANTED TO ADDRESS.

09:49:15 13    A.  AND THAT'S CORRECT.

09:49:16 14    Q.  YES.  YOU WERE TOLD BY A DOCTOR -- PROFESSOR MOEN, IF I AM NOT

09:49:21 15    PRONOUNCING IT CORRECTLY, YOUR SUPERVISING PROFESSOR AT TRONDHEIM

09:49:26 16    UNIVERSITY'S NORWEIGIAN GEOTECHNICAL INSTITUTE THAT -- AND I

09:49:30 17    BELIEVE I AM QUOTING YOU -- "HE WAS AFRAID THAT HE COULD NOT SEE

09:49:33 18    YOU THROUGH TO THE COMPLETION OF YOUR PH.D. THERE BECAUSE OF THE

09:49:36 19    EXPANSIVE FOCUS OF YOUR WORK."  IS THAT RIGHT?

09:49:39 20    A.  THAT'S CORRECT.

09:49:39 21    Q.  IN FACT, YOU -- AND I AM, AGAIN, QUOTING YOU -- WANTED TO ADD

09:49:45 22    THE HUMAN FACTORS, THE ORGANIZATIONAL THINGS TO ENGINEERING, AND

09:49:48 23    THEIR DEPARTMENT AT THE NORWEIGIAN GEOTECHNICAL INSTITUTE AT THE

09:49:52 24    UNIVERSITY OF TRONDHEIM WAS NOT ENCOURAGING YOU TO EXPAND THE

09:49:56 25    DEFINITION OF WHAT CONSTITUTES ENGINEERING; ISN'T THAT RIGHT?

09:49:59  1   A.  NO, THAT'S NOT CORRECT.

09:50:01  2   Q.  DO WE HAVE THAT CLIP?  I THOUGHT I ACCURATELY HIT IT.  WE

09:50:05  3   DON'T?  I WOULD REFER YOU --

09:50:07  4        MR. SCHULTZ:  OBJECTION, MR. TREEBY, I'M SORRY.  I

09:50:10  5   BELIEVE THIS GOES TO IMPEACHMENT OF HIS CREDENTIALS, NOT TO THE

09:50:12  6   ISSUE OF WHETHER HE IS ACTUALLY QUALIFIED AS AN ENGINEER.

09:50:16  7        THE COURT:  I AM GOING TO LET MR. TREEBY MAKE THIS

09:50:19  8   TRAVERSE, OVERRULED.

09:50:23  9   BY MR. TREEBY:

09:50:23 10   Q.  YES, YOUR MARCH 27TH DEPOSITION, 2012, AT PAGES 20, LINES 25

09:50:30 11   THROUGH PAGE 21, LINE 4.  AND I BELIEVE IT'S ON THE SCREEN, LINE

09:50:36 12   25, IF YOU WOULD PULL THAT UP, THE LAST FOUR WORDS ON THAT PAGE,

09:50:40 13   PLEASE, "I WANTED TO DO."  AND THEN GO TO THE NEXT PAGE.  "MY

09:50:53 14   RESEARCH ON TRADITIONAL ENGINEERING THINGS, THAT'S ESSENTIALLY WHAT

09:50:57 15   I DO, BUT I WANTED TO ADD THE HUMAN FACTORS, THE ORGANIZATIONAL

09:51:01 16   THINGS.  AND THEIR DEPARTMENT, THEIR COLLEGE, WAS NOT ENCOURAGING

09:51:04 17   ME TO EXPAND THE DEFINITION OF WHAT CONSTITUTES ENGINEERING."

09:51:07 18   THAT'S WHAT I WAS GOING BY QUOTING YOU.

09:51:10 19   A.  UNDERSTOOD.

09:51:11 20   Q.  OKAY.

09:51:14 21   A.  BY THE WAY, THANK YOU FOR BLOWING IT UP.  I COULDN'T SEE IT

09:51:18 22   HERE.  ONE OF THE PRODUCTS OF MY STROKE IS BLINDNESS IN MY LEFT EYE

09:51:25 23   AND SIGHT IN MY RIGHT EYE IS CONTINUING TO DEGRADE.

09:51:32 24   Q.  AND I WANT TO BE APPRECIATIVE OF THAT, AND IF YOU HAVE ANY

09:51:35 25   TROUBLE LOOKING AT ANY OF THE DOCUMENTS, LET'S MAKE SURE WE CAN GET

09:51:38    1    THEM SO YOU CAN SEE THEM.

09:51:39    2    A.  THANK YOU.

09:51:39    3    Q.  AND AS A RESULT -- AND I AM TRYING TO TAKE THIS QUICKLY JUST TO

09:51:44    4    ESTABLISH A FEW FOCAL POINTS.  AS A RESULT YOU COUNSELLED WITH YOUR

09:51:47    5    WIFE AND SHE COUNSELLED YOU TO THINK OF WHERE YOU HAD WORKED AND

09:51:51    6    WHERE THEY WOULD PROVIDE THAT SORT OF EXPANSIVE FOCUS; ISN'T THAT

09:51:55    7    RIGHT?

09:51:55    8    A.  THAT'S CORRECT.

09:51:55    9    Q.  AND THAT COUNSEL RESULT IN YOUR DECISION TO SEEK, BY LONG

09:52:00   10    DISTANCE, YOUR PH.D. FROM THE UNIVERSITY OF WESTERN AUSTRALIA,

09:52:04   11    RIGHT?

09:52:04   12    A.  NOT -- WELL, IT'S BY A LONG DISTANCE FROM SAN FRANCISCO TO

09:52:10   13    PERTH, BUT I WENT TO PERTH AND STUDIED THERE.

09:52:14   14    Q.  AND THAT'S WHAT YOUR PH.D. THESIS DID, IN FACT, WAS IT NOT?  IT

09:52:19   15    FOCUSED ON -- I THINK I'M QUOTING THE TITLE OF IT ACCURATELY --

09:52:22   16    "HUMAN AND ORGANIZATIONAL FACTORS IN THE RELIABILITY OF OFFSHORE

09:52:26   17    PLATFORMS," WHICH WAS A COMBINATION OF TRADITIONAL ENGINEERING

09:52:30   18    SCIENCE ELEMENTS, PARTICULARLY FOR OFFSHORE PLATFORMS WITH

09:52:32   19    FOUNDATIONS IN THE SEABEDS, AND HUMAN ORGANIZATIONAL BEHAVIOR,

09:52:36   20    POLITICAL SCIENCE, AND ECONOMIC ELEMENTS, RIGHT?

09:52:38   21    A.  WELL STATED, YES, SIR.

09:52:42   22    Q.  PRIOR TO YOUR WORK RELATED TO KATRINA, ISN'T IT TRUE THAT THE

09:52:45   23    MAJORITY OF YOUR PROFESSIONAL EXPERIENCE HAS NOT INVOLVED LEVEES,

09:52:48   24    FLOODWALLS, AND OTHER FLOOD CONTROL STRUCTURES?

09:52:50   25    A.  GIVEN THAT YOU'VE DEFINED MAJORITY AS 50 PERCENT OR GREATER,

09:52:59  1    THAT'S TRUE.

09:53:00  2    Q.  WELL, SINCE YOU SAID THAT, I'LL DRILL DOWN INTO THAT A LITTLE

09:53:05  3    BIT.  A SMALL PERCENTAGE OF YOUR WORK WITH SHELL IN THE '60'S

09:53:09  4    INVOLVED LEVEES, FLOODWALLS, AND OTHER FLOOD CONTROL STRUCTURES,

09:53:11  5    RIGHT?

09:53:12  6    A.  PLEASE REPEAT YOUR QUESTION.  YOU WERE SPEAKING QUICKLY AND MY

09:53:22  7    HEARING IS GOING SLOWLY.

09:53:24  8    Q.  I APOLOGIZE.  I'LL GO SLOWER.

09:53:27  9    A.  THANK YOU.

09:53:28 10    Q.  A SMALL -- YOU WORKED FROM, I BELIEVE IF I DID THE MATH RIGHT,

09:53:35 11    ABOUT 14 YEARS FOR SHELL, RIGHT?

09:53:37 12    A.  I THINK IT'S 17.

09:53:38 13    Q.  SEVENTEEN YEARS.

09:53:39 14    A.  BUT THAT'S CLOSE.

09:53:40 15    Q.  THANK YOU.  FOR A LAWYER, THAT'S PRETTY GOOD MATH.

09:53:43 16    A.  JUST FINE.

09:53:44 17    Q.  AND I BELIEVE YOU TESTIFIED, AND SO THAT'S WHAT I'M GETTING AT,

09:53:51 18    THAT THAT EXPERIENCE, THE ONLY -- THE IMPORTANT PROJECTS FOR SHELL

09:53:57 19    THAT YOU INVOLVED -- THAT YOU WERE INVOLVED WITH THAT INVOLVED

09:54:01 20    LEVEES, FLOODWALLS, AND OTHER FLOOD CONTROL STRUCTURES WERE TWO IN

09:54:04 21    NUMBER; IS THAT RIGHT?

09:54:06 22    A.  THEY WERE PRIMARILY ASSOCIATED WITH SHELL'S COASTAL FACILITIES,

09:54:13 23    REFINERIES, FOR EXAMPLE.

09:54:14 24    Q.  AND THERE WERE TWO SUCH PROJECTS, RIGHT?

09:54:17 25    A.  THAT I COULD RECALL AT THAT TIME, YES.

09:54:20  1    Q.  AND THEN WHEN YOU WORKED AT WOODWARD CLYDE FROM '76 TO '81, A

09:54:25  2    SMALL PERCENTAGE OF YOUR WORK INVOLVED LEVEES, FLOODWALLS, AND

09:54:28  3    OTHER FLOOD CONTROL STRUCTURES; ISN'T THAT RIGHT?

09:54:30  4    A.  THAT'S CORRECT.

09:54:30  5    Q.  AND YOU STATED PREVIOUSLY THAT TEN PERCENT OR LESS OF YOUR

09:54:36  6    OVERALL WORK AT PMB-BECHTEL INVOLVED LEVEES, FLOODWALLS, OR FLOOD

09:54:41  7    CONTROL STRUCTURES, RIGHT?

09:54:42  8    A.  THAT'S CORRECT.

09:54:42  9    Q.  AND ISN'T IT TRUE THAT PRIOR TO YOUR WORK RELATED TO THE

09:54:47  10   KATRINA FLOOD EVENT, YOU HAVE NEVER BEEN ENGAGED IN EXPERT

09:54:51  11   LITIGATION WORK THAT INVOLVED FLOODWALLS, LEVEES, OR FLOOD CONTROL

09:54:55  12   STRUCTURES?

09:54:55  13   A.  THAT'S NOT CORRECT.

09:54:59  14   Q.  WELL, CALL UP THE MARCH 27TH DEPOSITION, AT PAGE 46, LINES 4

09:55:06  15   THROUGH 9, AND LET'S BE SURE TO BLOW THEM UP.  I MAY HAVE

09:55:10  16   MISUNDERSTOOD.  "THANK YOU.  NOW, CAN YOU IDENTIFY ANY EXPERT

09:55:19  17   LITIGATION WORK THAT YOU PERFORMED BEFORE THE KATRINA FLOOD EVENT

09:55:24  18   THAT INVOLVED FLOODWALLS, LEVEES, OR THEIR FLOOD

09:55:31  19   CONTROL STRUCTURES?  A.  NO."

09:55:33  20        IS THAT STILL CORRECT OR DID YOU REMEMBER SOMETHING ELSE?

09:55:36  21   A.  IT'S THE LATTER THAT YOU WERE ASKING THE QUESTION.  I REMEMBER

09:55:43  22   THAT FLOODWALLS, LEVEE WAS INVOLVED IN THE LITIGATION-RELATED WORK

09:55:52  23   I PERFORMED RELATIVE TO THE PORT FACILITIES AT GIRIDIH IN INDIA,

09:56:02  24   AND SO I DIDN'T RECALL THAT INCIDENT AT THE TIME OF MY DEPOSITION.

09:56:08  25   Q.  WHEN WAS THAT?

09:56:09  1    A.   WELL, BY THIS TIME I AM AT THE UNIVERSITY OF CALIFORNIA

09:56:26  2    BERKELEY, SO IT'S TO THE BEST OF MY MEMORY IN THE 1990 TIMEFRAME.

09:56:37  3    Q.   AND UNDERSTANDABLY, YOU DIDN'T REMEMBER THAT WHEN WE TOOK YOUR

09:56:41  4    DEPOSITION?

09:56:41  5    A.   THAT'S CORRECT.

09:56:42  6    Q.   AND YOU'VE TALKED ABOUT -- YOU'VE TALKED OUT OF THE 630 MAJOR

09:56:52  7    ACCIDENTS, FAILURES, AND DISASTERS THAT YOU'VE TESTIFIED YOU

09:56:55  8    INVESTIGATED AND REFERENCED IN YOUR RESUMÉ, ONLY TWO OF THOSE OTHER

09:57:00  9    THAN KATRINA -- OTHER THAN THE KATRINA INVOLVEMENT, INVOLVED THE

09:57:05 10    FAILURES OF LEVEES, FLOODWALLS, OR OTHER FLOOD CONTROL STRUCTURES;

09:57:08 11    IS THAT RIGHT?

09:57:09 12    A.   YES, I THINK THAT'S CORRECT.

09:57:10 13    Q.   AND BOTH OF THOSE WERE NSF RESEARCH PROJECTS; IS THAT RIGHT?

09:57:19 14    WELL, I SHOULD SAY ARE, ONE OF THEM IS STILL GOING ON AT LEAST.

09:57:22 15    A.   WELL, THAT'S THE COUNT, THEN AT THE TIME I SAID THAT I WAS

09:57:31 16    MISTAKEN.  THERE WAS ONE COAUTHORED WITH TODAY DR. DOVER THAT WE

09:57:41 17    PUBLISHED WHILE I WAS WITH WOODWARD CLYDE CONSULTANTS, SPECIFICALLY

09:57:49 18    DEALING WITH THE RELIABILITY REQUIREMENTS, CHARACTERISTICS OF

09:57:55 19    COASTAL LEVEES DEFENDING REFINERIES AND CHEMICAL PROCESSING PLANTS.

09:58:03 20    SO THERE MUST BE THREE.

09:58:05 21    Q.   OKAY.  WELL, I AM JUST GOING BY WHAT YOU SAID, BUT I UNDERSTAND

09:58:09 22    WHAT YOU'RE SAYING.

09:58:10 23          AND I WANT TO TALK NOW JUST BRIEFLY ABOUT YOUR

09:58:16 24    PUBLICATIONS.  I BELIEVE YOU AGREED WITH ME AT YOUR DEPOSITION THAT

09:58:22 25    THE VAST MAJORITY OF THE REFERENCES, SHALL WE SAY, BECAUSE SOME OF

09:58:27  1    THEM INVOLVE PUBLICATIONS, OTHERS INVOLVE CONFERENCES AND SO FORTH,

09:58:31  2    THE VAST MAJORITY OF THOSE REFERENCES DURING YOUR PROFESSIONAL

09:58:37  3    CAREER ADDRESS OFFSHORE PLATFORMS, OIL RIGS, AND OTHER OIL AND GAS

09:58:40  4    RELATED TOPICS; IS THAT RIGHT?

09:58:42  5    A.  AND ADD COASTAL, YES, SIR.

09:58:44  6    Q.  AND AT LEAST 90 PERCENT OF YOUR ARTICLES ADDRESS THOSE TOPICS;

09:58:50  7    ISN'T THAT RIGHT?

09:58:51  8    A.  I DON'T KNOW THE PERCENTAGE, BUT IT SOUNDS A REASONABLE

09:58:59  9    ESTIMATE.

09:59:00  10   Q.  WOULD IT SURPRISE YOU AT YOUR DEPOSITION THAT I ASKED YOU WHAT

09:59:02  11   PERCENTAGE OF YOUR ARTICLES WOULD DEAL WITH THOSE TOPICS --

09:59:04  12   OFFSHORE PLATFORMS, OIL RIGS, AND OTHER OIL AND GAS RELATED

09:59:08  13   TOPICS -- AND YOU TOLD ME 90 PERCENT?

09:59:10  14   A.  SOUNDS RIGHT.

09:59:11  15   Q.  OKAY.  I DON'T WANT TO BE MAKING THIS UP.  I WANT TO GET IT

09:59:14  16   RIGHT.

09:59:14  17   A.  THANK YOU.

09:59:15  18   Q.  OUT OF THE 644 PUBLICATIONS LISTED IN APPENDIX A TO YOUR REPORT

09:59:21  19   AND BASED ON YOUR TESTIMONY AT YOUR DEPOSITION IN THIS CASE, ONLY

09:59:25  20   TEN OF THE 644 ADDRESS THE TOPICS OF LEVEE, FLOODWALLS, OR FLOOD

09:59:30  21   CONTROL STRUCTURES, EXCLUDING YOUR WORK RELATED TO HURRICANE

09:59:34  22   KATRINA; IS THAT RIGHT?

09:59:35  23   A.  WELL, I'M SURE YOU'VE CHECKED IT AND IT MUST BE RIGHT.  I DON'T

09:59:40  24   RECALL THE NUMBER.

09:59:40  25   Q.  I DON'T WANT TO BELABOR THIS, BUT I AM RIGHT AND I THANK YOU

09:59:49   1    FOR GIVING ME THAT CREDENCE.

09:59:55   2            DO YOU REMEMBER I ASKED YOU, WE EVEN TOOK SOME TIME DOING

09:59:59   3    IT, YOU WENT DOWN YOUR LISTING AND YOU CIRCLED THE NUMBERS OF THOSE

10:00:02   4    PUBLICATIONS.  DO YOU REMEMBER THAT PROCESS?

10:00:03   5    A.  YES, I DO.

10:00:04   6    Q.  AND THEN EVEN -- YOU HAD SOME HOMEWORK ASSIGNMENT AT THE END OF

10:00:07   7    THE DAY.  YOU WENT HOME BECAUSE WE GOT ABOUT HALFWAY THROUGH THE

10:00:12   8    LIST AND YOU BROUGHT ME BACK A LITTLE SCRAP OF PAPER WITH A FEW

10:00:14   9    MORE LISTED.  DO YOU REMEMBER THAT?

10:00:16   10   A.  YES, SIR, I DO, THANK YOU.

10:00:17   11   Q.  AND THAT TOTAL NUMBER WERE -- THOSE TOTALS WERE TEN, AND IF

10:00:23   12   YOU'LL AGREE WITH ME, I'LL SKIP THROUGH A LOT OF THIS AND JUST GO

10:00:26   13   TO THOSE ARTICLES.

10:00:27   14   A.  I THINK THAT'S JUST FINE.

10:00:28   15   Q.  OKAY.  LET'S SEE.  I CAN SKIP THESE PAGES.  I'LL JUST -- THEY

10:00:48   16   WERE IN DIFFERING SECTIONS.  I'LL SKIP THROUGH THAT.  YOU'VE GIVEN

10:00:52   17   ME TEN, SO LET ME JUST LOOK AT THEM.  LET ME LOOK AT THOSE

10:00:55   18   INDIVIDUALLY.

10:00:55   19           FIRST, THE ARCHIVAL JOURNALS BECAUSE THERE IS A SECTION

10:00:58   20   IN THERE ARCHIVAL JOURNALS AND YOU GAVE ME A FEW.  THE FIRST

10:01:02   21   ARTICLE YOU STATED ON THE LIST THAT RELATES TO LEVEES, FLOODWALLS,

10:01:04   22   OR FLOOD CONTROL STRUCTURES IS NO. 39 ON PAGE 6 OF APPENDIX A, AND

10:01:09   23   THAT'S JX 1390-006.  THAT'S PAGE 6 OF YOUR APPENDIX A.  PULL OUT

10:01:20   24   NO. 39, IF YOU WOULD.  NO. 39 WITH SOME OTHER PEOPLE,

10:01:30   25   "RISK-MANAGEMENT SYSTEM FOR INFRASTRUCTURE-CONDITION ASSESSMENT,

10:01:33  1    *JOURNAL OF INFRASTRUCTURE SYSTEMS*.  THAT WAS ONE OF THEM, RIGHT?

10:01:36  2    A.  THAT'S CORRECT.

10:01:37  3    Q.  AND THAT'S FROM DECEMBER OF 1995?

10:01:39  4    A.  CORRECT.

10:01:40  5    Q.  AND ISN'T IT TRUE THAT THE ARTICLE THERE ADDRESSES AN

10:01:47  6    INFORMATION MANAGEMENT SYSTEM FOR OFFSHORE PLATFORMS IN CALIFORNIA?

10:01:51  7    A.  CORRECT.

10:01:54  8    Q.  AND THEN THE NEXT ARTICLE YOU REFERENCED, IT'S JX 1390 ON PAGE

10:01:59  9    0007 IS NO. 76.  WOULD YOU PULL 76 UP.  AND THAT ARTICLE IS

10:02:08 10    ENTITLED "RELIABILITY AND HUMAN FACTORS IN GEOTECHNICAL

10:02:14 11    ENGINEERING," *JOURNAL OF GEOTECHNICAL AND GOVERNMENTAL ENGINEER*,

10:02:18 12    2006; IS THAT RIGHT?

10:02:20 13    A.  YES.

10:02:20 14    Q.  AND THIS ARTICLE ADDRESSES CATEGORIES OF UNCERTAINTIES IN

10:02:28 15    GEOTECHNICAL ENGINEERING DUE TO HUMAN ORGANIZATIONAL AND KNOWLEDGE

10:02:31 16    RELATED FACTORS, RIGHT?

10:02:32 17    A.  THAT'S PART OF IT.  CORRECT.

10:02:34 18    Q.  I GOT THAT OUT OF THE ABSTRACT FROM THE ASCE SO I JUST -- A

10:02:40 19    LITTLE HOMEWORK THERE.

10:02:41 20         AND THE NEXT PUBLICATION YOU REFERENCED IS UNDER

10:02:44 21    SECTION B, REFEREED CONFERENCE PROCEEDINGS AND SYMPOSIUM

10:02:47 22    PROCEEDINGS, AND IT'S NO. 19 IN THAT SECTION.

10:02:50 23         THE COURT:  MR. TREEBY, I DON'T KNOW IF IT'S SUPPOSED TO

10:02:52 24    BE APPEARING ON THE SCREEN, BUT MY SCREEN IS DARK.  I DON'T KNOW IF

10:02:57 25    THAT'S A GLITCH.

| | | |
|---|---|---|
| 10:03:00 | 1 | THE WITNESS:  NOTHING HERE. |
| 10:03:01 | 2 | THE COURT:  OKAY.  THERE WE GO.  HERE WE GO. |
| 10:03:04 | 3 | MR. TREEBY:  PULL THAT ONE UP AGAIN.  I DON'T KNOW WHAT |
| 10:03:06 | 4 | HAPPENED, BUT IT'S THERE NOW ANYWAY. |
| 10:03:08 | 5 | THE COURT:  THANKS. |
| 10:03:10 | 6 | BY MR. TREEBY: |
| 10:03:11 | 7 | Q.  THE NEXT -- SO GO TO PAGE -- AND I AM SKIPPING FROM PAGE TO |
| 10:03:15 | 8 | PAGE. |
| 10:03:15 | 9 | THE COURT:  YES. |
| 10:03:16 | 10 | BY MR. TREEBY: |
| 10:03:16 | 11 | Q.  GO TO PAGE 1390-0009. |
| 10:03:21 | 12 | THE COURT:  THAT'S WHERE WE ARE. |
| 10:03:22 | 13 | BY MR. TREEBY: |
| 10:03:23 | 14 | Q.  AND THE NEXT PUBLICATION REFERENCED OF THOSE TEN IS NO. 19. |
| 10:03:30 | 15 | WOULD YOU PULL THAT UP.  AND NO. 19 IS "APPLICATION OF RELIABILITY |
| 10:03:35 | 16 | METHODS TO THE DESIGN OF COASTAL STRUCTURES."  WITH DR. DOVER; IS |
| 10:03:41 | 17 | THAT CORRECT? |
| 10:03:42 | 18 | A.  THAT'S CORRECT.  THAT'S A PAPER I REFERRED TO EARLIER. |
| 10:03:47 | 19 | Q.  AND THAT'S IN 1980? |
| 10:03:48 | 20 | A.  CORRECT. |
| 10:03:51 | 21 | Q.  EVEN THOUGH IT'S BLOWN UP, IT'S HARD TO READ. |
| 10:03:54 | 22 | THE COURT:  IT IS 1980, YES. |
| 10:03:57 | 23 | BY MR. TREEBY: |
| 10:03:58 | 24 | Q.  THEN GO TO THE NEXT PAGE.  THE NEXT PUBLICATION THAT YOU LISTED |
| 10:04:00 | 25 | IS NO. 36 UNDER THAT SAME HEADING.  BLOW THAT UP IF YOU WOULD.  AND |

10:04:10  1    THAT IS "ANALYSIS OF OFFSHORE STRUCTURES SUBJECT TO ARCTIC ICE

10:04:13  2    IMPACTS."  AND THAT WAS IN 1984; IS THAT CORRECT?

10:04:17  3    A.  THAT'S CORRECT.

10:04:18  4    Q.  AND THE NEXT PUBLICATION YOU LISTED WAS NO. 77 IN THAT SAME

10:04:24  5    SECTION, THE SECTION ON CONFERENCE PROCEEDINGS AND SYMPOSIUM

10:04:29  6    PROCEEDING, 77.  AND THIS IS AN ARTICLE YOU DID WITH SOME OTHER

10:04:40  7    FOLKS, AND IT'S ENTITLED, "A RE-EVALUATION OF EARTHQUAKE HAZARDS

10:04:43  8    WITHIN THE CALIFORNIA COASTAL ZONE:  LESSONS FROM THE LOMA PRIETA

10:04:48  9    EARTHQUAKE"; IS THAT RIGHT?

10:04:49  10   A.  THAT'S CORRECT.

10:04:49  11   Q.  WE'RE ALMOST DONE.  AND THEN ON THE SAME EXHIBIT NUMBER BUT

10:04:57  12   PAGE 33, THE NEXT PUBLICATION THAT YOU REFERENCED IS NO. 13 UNDER

10:05:04  13   NON-REFEREED CONFERENCE PROCEEDINGS.  AND THAT IS ENTITLED "ISSUES

10:05:11  14   IN IMPLEMENTING RELIABILITY BASED DESIGN;" IS THAT CORRECT?

10:05:14  15   A.  THAT'S CORRECT.

10:05:14  16   Q.  AND THE NEXT PUBLICATION ON THAT LIST IS NO. 23 IN THE SAME

10:05:20  17   SECTION, AND THAT'S "RELIABILITY BASED FATIGUE DESIGN CRITERIA FOR

10:05:34  18   COASTAL AND OCEAN STRUCTURES;" IS THAT RIGHT?

10:05:36  19   A.  THAT'S CORRECT.

10:05:37  20   Q.  AND ALSO ON THE HANDWRITTEN LIST THAT YOU GAVE ME THE NEXT DAY

10:05:43  21   AFTER THE FIRST DAY OF YOUR DEPOSITION, YOU LISTED THREE BOOKS

10:05:48  22   WHICH YOU AUTHORED WHICH YOU STATED RELATE IN SOME MANNER TO LEVEE

10:05:53  23   TOPICS.  DO YOU REMEMBER THAT?

10:05:55  24   A.  VAGUELY.

10:05:57  25   Q.  THE FIRST ONE IS AT PAGE 39 IN THAT EXHIBIT ON APPENDIX A AND

10:06:03  1  WE'LL CALL IT UP.  AND NO. 11 THERE IS YOUR BOOK *LOAD ENGINEERING,*

10:06:09  2  *RELIABILITY BASED LOADINGS FOR LIFE-CYCLE ENGINEERING OF SYSTEMS,*

10:06:13  3  CORRECT?

10:06:13  4  A.  YES, SIR.

10:06:14  5  Q.  AND THAT'S A SELF-PUBLISHED BOOK; AM I RIGHT?

10:06:17  6  A.  DEFINE SELF-PUBLISHED.

10:06:19  7  Q.  WELL, THERE'S A COMPANY CALLED VICK COPY PUBLISHERS THAT'S

10:06:25  8  RIGHT ACROSS THE STREET FROM BERKELEY, IF I UNDERSTAND IT.  IT'S

10:06:28  9  KIND OF THE KINKOS OF BERKLEY IS WHAT MY BRAIN TELLS ME.  IT'S A

10:06:32 10  COPY COMPANY, RIGHT?

10:06:33 11         MR. SCHULTZ:  YOUR HONOR, I OBJECT TO THE TESTIMONY BY

10:06:35 12  MR. TREEBY AND WOULD ASK HIM TO POSE A QUESTION.

10:06:38 13         MR. TREEBY:  WELL --

10:06:40 14         THE COURT:  DR. BEA WAS WONDERING WHAT SELF-PUBLISHED

10:06:47 15  MEANT IN THE CONTEXT OF MR. TREEBY'S QUESTION, SO HE IS GIVING

10:06:50 16  CONTEXT.  THE COURT IS NOT GOING TO REGARD ANY OF THAT AS EVIDENCE.

10:06:53 17  THE ONLY EVIDENCE WILL BE COMING FROM THE MOUTH OF DR. BEA.

10:06:57 18         MR. TREEBY:  THANK YOU, YOUR HONOR.

10:06:59 19         THE COURT:  AND ANY DOCUMENTS THAT GO ALONG WITH IT.

10:07:02 20  BY MR. TREEBY:

10:07:02 21  Q.  AND VICK COPY PUBLISHERS IS THE PUBLISHER LISTED FOR THAT BOOK;

10:07:07 22  IS THAT RIGHT?

10:07:08 23  A.  THAT'S CORRECT.

10:07:09 24  Q.  AND VICK COPY PUBLISHERS IS A COPY OR COPY PRINT COMPANY THAT'S

10:07:15 25  LOCATED RIGHT BY THE BERKELEY CAMPUS; ISN'T THAT CORRECT?

10:07:18  1   A.  THAT'S ONE OF ITS LOCATIONS.

10:07:20  2   Q.  IS THAT THE LOCATION YOU USED FOR YOUR PUBLISHER?

10:07:24  3   A.  CORRECT.

10:07:24  4   Q.  AND NO. 12 ON THAT SAME LIST IS YOUR BOOK *MARGINS OF QUALITY*

10:07:31  5   *FOR THE LIFECYCLE OF ENGINEERED SYSTEMS*, CORRECT?

10:07:35  6   A.  THAT'S CORRECT.

10:07:35  7   Q.  AND USING THAT SAME DEFINITION, IT'S VICK COPY PUBLISHERS,

10:07:40  8   THAT -- IS IT FAIR -- IF IT'S NOT A SELF-PUBLISHED BOOK, YOU

10:07:44  9   CORRECT ME.  PLEASE.  I THOUGHT YOU DESCRIBED IT THAT WAY, BUT IF I

10:07:49 10   AM WRONG, PLEASE CORRECT US.

10:07:50 11   A.  WELL, I AM THE AUTHOR OF THE BOOK, BUT I DID NOT PUBLISH THE

10:07:56 12   BOOK.  I HAD TO GET APPROVAL FROM THE UNIVERSITY FIRST FOR THAT

10:08:02 13   PUBLICATION, THAT THEN IS TAKEN TO THE VICK COPY PUBLISHING

10:08:07 14   COMPANY, AND THEY ACTUALLY PHYSICALLY PUBLISH THE BOOK, AND IT'S

10:08:15 15   UNDER MY COPYRIGHT.

10:08:18 16   Q.  OKAY.  AND NO. 13 ON THAT SAME LIST, THE OTHER THIRD BOOK, AND

10:08:22 17   THIS IS THE FINAL OF THE TEN, IS ENTITLED *HUMAN AND ORGANIZATIONAL*

10:08:26 18   *FACTORS:  QUALITY AND RELIABILITY OF ENGINEERED SYSTEMS*; IS THAT

10:08:30 19   CORRECT?

10:08:30 20   A.  THAT'S CORRECT.

10:08:31 21   Q.  AND THAT, TOO -- THE PUBLISHER WAS VICK COPY PUBLISHERS, LET'S

10:08:35 22   PUT IT THAT WAY?

10:08:36 23   A.  THAT'S CORRECT.

10:08:36 24   Q.  AND NOW, THESE BOOKS ARE ALSO THE TITLES OF COURSES YOU TAUGHT

10:08:45 25   AT UNIVERSITY OF CALIFORNIA BERKELEY; IS THAT RIGHT?

10:08:47  1    A.   THAT'S CORRECT.

10:08:47  2    Q.   AND BY THE WAY, THERE WERE THREE OF THOSE.  WAS ONE OF THEM A

10:08:53  3    SUBSEQUENT ITERATION OF ANOTHER ONE OF THEM?  DO YOU FOLLOW WHAT I

10:08:57  4    AM ASKING?  IN OTHER WORDS, I THOUGHT ONE OF THEM WAS A FOLLOW ON

10:09:03  5    OR AN UPDATING PERHAPS OF AN EARLIER ONE OF THOSE BOOKS; IS THAT

10:09:07  6    RIGHT?

10:09:08  7    A.   THAT'S NOT CORRECT.

10:09:09  8    Q.   OKAY.

10:09:10  9    A.   THEY REPRESENT THE CONTENT OF THREE DIFFERENT GRADUATE COURSES.

10:09:18 10    Q.   BUT YOU HAVE NOT AUTHORED ANY TEXTBOOKS OR PORTIONS THEREOF ON

10:09:26 11    LEVEES, FLOODWALLS, OR FLOOD CONTROL STRUCTURES; ISN'T THAT

10:09:29 12    CORRECT?

10:09:29 13    A.   I DON'T RECALL AND THE REASON FOR THAT IS I'VE COAUTHORED

10:09:46 14    SEVERAL PARTS OF PUBLISHED BOOKS.  I AM RECALLING ONE DEALING WITH

10:09:55 15    A GEOTECHNICAL ENGINEERING PUBLISHED SENIOR AUTHOR IS MR. BRAMLETTE

10:10:04 16    MCCLELLAN, AND IT HAD OTHER AUTHORS OF CHAPTERS DEALING WITH

10:10:11 17    ONSHORE FACILITIES.  AND I BELIEVE THE ONE BY MCCLELLAN ADDRESSED

10:10:20 18    THE EARTHEN STRUCTURES, COASTAL AREAS.

10:10:25 19    Q.   OKAY.  WOULD YOU CALL UP, PLEASE, JUST FOR REFRESHING YOUR

10:10:29 20    RECOLLECTION, PERHAPS OR CORRECTING THE RECORD, THE MARCH 27TH

10:10:34 21    DEPOSITION, PAGE 50, LINES 3 THROUGH 6.  BLOW THOSE UP, PLEASE.

10:10:41 22    "HAVE YOU AUTHORED ANY TEXTBOOKS OR PORTIONS THEREOF ON LEVEES,

10:10:45 23    FLOODWALLS, OR FLOOD CONTROL STRUCTURES?"  YOUR ANSWER THERE WAS

10:10:48 24    NO.  BUT --

10:10:50 25    A.   THAT'S CORRECT.  AND THE PORTION OF YOUR QUESTION THAT I AM

10:11:01  1   HAVING TROUBLE ANSWERING QUITE SO CRISPLY IS THE "PORTIONS"

10:11:06  2   PORTION.  AND IT'S THIS COAUTHORED BOOK THAT HAS ME STOPPED, AND I

10:11:18  3   DON'T KNOW FOR CERTAIN THAT IT EXCLUDED THIS SET OF TOPICS AND

10:11:27  4   HENCE MY CONSIDERATION.

10:11:34  5   Q.  THANK YOU.  DR. BEA, DO YOU KNOW A PERSON KNOWN AS VICK BASRE,

10:11:38  6   B-A-S-R-E?

10:11:42  7   A.  HE MAY BE ONE OF THE PRINCIPLE OWNERS, OPERATORS OF VICK COPY.

10:11:52  8   Q.  IT'S A FATHER/SON, ISN'T IT?  I THINK THEY MAY BOTH HAVE THE

10:11:55  9   SAME LAST NAME.  CERTAINLY, MAY HAVE THE SAME FIRST NAME.  CAN YOU

10:11:58  10  EXPLAIN WHY WHEN WE ATTEMPTED TO GET A COPY OF THOSE TEXTBOOKS FROM

10:12:01  11  VICK COPY PUBLISHERS THE PROPRIETOR WAS NOT ABLE TO GET US A COPY?

10:12:06  12  A.  NO. I PROVIDED COPIES FOR YOU AS PART OF MY RELIANCE MATERIAL,

10:12:18  13  THE ENTIRE PUBLICATIONS.

10:12:19  14  Q.  ALL THREE?

10:12:20  15  A.  ALL THREE.

10:12:21  16  Q.  OKAY.  WISH I HAD KNOWN THAT BECAUSE THERE'S A LOT OF STUFF IN

10:12:25  17  THAT AND I MUST HAVE MISSED IT, BUT WE'LL LOOK INTO THAT.  WE WILL

10:12:29  18  LOOK INTO THAT.

10:12:30  19       NOW, WITH REGARD TO YOUR REFERENCE JOURNAL ARTICLES THAT

10:12:35  20  YOU PUBLISHED CONCERNING THE FAILURES OF LEVEES OR FLOODWALLS

10:12:40  21  DURING KATRINA, I BELIEVE YOU'VE ANSWERED THIS, YOU DID NOT

10:12:43  22  DISCLOSE IN THE TEXT OF ANY OF THOSE ARTICLES THAT YOU HAD BEEN

10:12:45  23  RETAINED AS AN EXPERT IN THIS LITIGATION, DID YOU?

10:12:47  24  A.  THAT'S CORRECT.

10:12:48  25  Q.  LIKEWISE, YOU DIDN'T DISCLOSE THE FACT THAT YOU HAD BEEN

10:12:52  1  RETAINED AS A LITIGATION EXPERT IN THE TEXT OF ANY OF THE PAPERS

10:12:55  2  THAT YOU SUBMITTED FOR CONFERENCE OR SYMPOSIUM PROCEEDINGS

10:12:59  3  REGARDING THE KATRINA LEVEE OR FLOODWALL FAILURES; ISN'T THAT

10:13:03  4  RIGHT?

10:13:03  5          MR. SCHULTZ:  REITERATE THE SAME OBJECTION.

10:13:05  6          THE COURT:  OVERRULED.

10:13:06  7          THE WITNESS:  THAT'S TRUE IN THE TEXT, BUT THESE

10:13:10  8  DISCLOSURES WERE VERBAL AT THE TIME OF SUBMISSION.

10:13:18  9  BY MR. TREEBY:

10:13:18 10  Q.  NOR DID YOU DISCLOSE THE FACT THAT YOU HAD BEEN RETAINED AS A

10:13:21 11  LITIGATION EXPERT WHEN YOU PRESENTED YOUR FINDINGS PUBLICLY AT

10:13:25 12  THOSE CONFERENCES OR SYMPOSIUMS, CORRECT?  IN OTHER WORDS, TO THE

10:13:30 13  AUDIENCE?

10:13:32 14  A.  I AM TRYING TO REMEMBER THE SYMPOSIUM I PRESENTED THE PAPER ON

10:13:43 15  OUR UPDATED FINDINGS AT THE 17TH STREET CANAL.  THAT GEOTECHNICAL

10:13:52 16  CONGRESS CONFERENCE WAS HELD HERE IN NEW ORLEANS, AND I DON'T

10:14:04 17  RECALL FOR CERTAIN -- WELL, I AM ALMOST CERTAIN I DID, IN FACT,

10:14:09 18  STATE IN THE PRESENTATION THAT THIS WAS A PRODUCT OF OUR

10:14:18 19  INVESTIGATIVE WORK IN ASSOCIATION WITH THE CANAL LITIGATIONS.

10:14:24 20  SEATED IN THAT ROOM WAS DR. LAMBE AND DR. SMARKMIN (PHONETIC).  YOU

10:14:33 21  COULD CORROBORATE THAT STATEMENT WITH THOSE TWO INDIVIDUALS.

10:14:37 22  Q.  ACTUALLY, I WOULD RATHER GET IT FROM YOU UNDER OATH.  AND LET'S

10:14:41 23  CALL UP WHAT YOU TOLD ME ON APRIL 16TH AT YOUR DEPOSITION THIS

10:14:47 24  YEAR, PAGE 303, LINES 5 THROUGH 11.  PLEASE BLOW THAT UP.  WE'VE

10:14:57 25  GOT THE WRONG DEPOSITION.  THAT'S THE MARCH DEPOSITION.  I WANT THE

10:15:01 1   APRIL 16TH DEPOSITION.

10:15:14 2          I ASKED YOU:  "DID YOU PRESENT YOUR FINDINGS PUBLICLY AT

10:15:16 3   ANY OF THE CONFERENCES OR SYMPOSIUMS?  A. YES.  IF SO, DID YOU

10:15:21 4   DISCLOSE THE FACT IN THOSE PUBLIC SETTINGS THAT YOU HAD BEEN

10:15:24 5   RETAINED AS A LITIGATION EXPERT TO YOUR AUDIENCES?  A.  NO."  WAS

10:15:30 6   THAT TRUE?

10:15:30 7   A.  WITH THE EXCEPTION THAT I JUST CITED.  AND AS I ATTEMPTED TO

10:15:40 8   MAKE CLEAR, I AM NOT CERTAIN THAT I DID, BUT I AM FAIRLY CERTAIN

10:15:48 9   THAT I DID.

10:15:48 10  Q.  AND DR. BEA, YOU -- WELL, A COUPLE MORE -- NO, THIS IS THE LAST

10:15:55 11  ONE.  YOU DIDN'T DISCLOSE THE FACT THAT YOU HAD BEEN RETAINED AS A

10:15:58 12  LITIGATION EXPERT IN THE TEXT OF ANY OF THE NON-REFEREED

10:16:02 13  PUBLICATIONS REGARDING THE KATRINA LEVEE OR FLOODWALL FAILURES THAT

10:16:06 14  YOU HAVE SUBMITTED; ISN'T THAT RIGHT?

10:16:08 15  A.  THAT'S CORRECT.

10:16:08 16  Q.  YOU AGREE, WOULD YOU NOT, THAT IN YOUR ARTICLES AND PAPERS

10:16:11 17  CONCERNING THE KATRINA LEVEE AND FLOODWALL FAILURES YOU HAVE BEEN

10:16:15 18  HIGHLY CRITICAL OF THE CORPS OF ENGINEERS?

10:16:18 19  A.  NO, I DON'T THINK THAT'S CORRECT.

10:16:24 20  Q.  LET'S CALL UP APRIL 16, '12, 305, LINES 3 THROUGH 8.  PAGE 305,

10:16:43 21  LINES 3 THROUGH 8 ON APRIL 16TH.  IT IS CORRECT -- THE QUESTION

10:16:58 22  WAS:  "IS IT CORRECT TO SAY THAT IN YOUR ARTICLES AND PAPERS

10:17:01 23  CONCERNING THE KATRINA LEVEE AND FLOODWALL FAILURES YOU ARE HIGHLY

10:17:05 24  CRITICAL OF THE CORPS OF ENGINEERS, WOULD THAT BE FAIR TO SAY?  A.

10:17:08 25  YES."

10:17:10  1    A.   WAS THAT A QUESTION YOU ASKED OR MR. SMITH?

10:17:18  2    Q.   FRANKLY, I DON'T KNOW OR THAT IT MATTERS.

10:17:21  3    A.   WELL, I, FOR SURE, REMEMBER MR. SMITH ASKING ME SUCH A

10:17:27  4    QUESTION, AND I ANSWERED CURTLY YES.

10:17:32  5    Q.   OKAY.  SO THE ANSWER IS YES THEN I TAKE IT?  I READ THE SAME

10:17:41  6    QUESTION TO YOU JUST NOW AND YOU SAID, "NO, IT WOULDN'T BE FAIR."

10:17:44  7    IN YOUR DEPOSITION YOU SAID, "YES," SO WHICH IS CORRECT?

10:17:48  8    A.   THE DIFFICULTY I AM HAVING IS THAT WORD OR WORDS "HIGHLY

10:17:55  9    CRITICAL."  IF EXPOSING SIGNIFICANT DEFICIENCIES IN ENGINEERED

10:18:09 10    SYSTEMS AND DOCUMENTING HOW THOSE KINDS OF DEFECTS, DEFICIENCIES

10:18:19 11    DEVELOP ORGANIZATIONALLY, IF THAT'S THE DEFINITION OF CRITICAL I

10:18:27 12    ACCEPT CRITICAL AND THE ANSWER WOULD BE YES.

10:18:31 13    Q.   THANK YOU.  IN YOUR EXAMINATION ON YOUR QUALIFICATIONS, YOU

10:18:39 14    WERE ASKED -- AND IT'S 9:31 A.M. TO 9:32 A.M., I WROTE IT DOWN --

10:18:47 15    YOU WERE ASKED A QUESTION IN WHICH YOU RESPONDED, "I AM A

10:18:51 16    REGISTERED GEOTECHNICAL ENGINEER."  DO YOU RECALL THAT ANSWER?

10:18:54 17    A.   YES, SIR.

10:18:54 18    Q.   IN FACT, YOU ARE NOT PRESENTLY LICENSED AS EITHER A CIVIL

10:19:00 19    ENGINEER OR A GEOTECHNICAL ENGINEER; ISN'T THAT CORRECT?

10:19:04 20    A.   THAT'S CORRECT.  I SO STATED THAT IN MY ANSWER CONCERNING

10:19:09 21    GEOTECHNICAL ENGINEERING.  I SAID I AM IN RETIREMENT.

10:19:13 22    Q.   RIGHT.  YOU SAID YOU ARE RETIRED.  YOU'RE CLAIMING A STATUS AS

10:19:18 23    RETIRED; IS THAT RIGHT?

10:19:20 24    A.   THAT'S CORRECT.

10:19:20 25    Q.   AND ARE YOU FAMILIAR WITH THE CALIFORNIA LAW ON RETIRED

10:19:30  1    ENGINEER STATUS?

10:19:32  2    A.  NO.

10:19:34  3    Q.  WOULD IT SURPRISE YOU TO LEARN THAT, IN FACT, UNDER CALIFORNIA

10:19:39  4    LAW IF YOU ARE A RETIRED -- HAVE RETIRED STATUS YOU HAVE TO APPLY

10:19:45  5    FOR RETIRED ENGINEERING STATUS AND BE GRANTED THAT AND IT APPEAR ON

10:19:49  6    THE WEB SITE AS RETIRED STATUS?  WOULD THAT SURPRISE YOU?

10:19:52  7    A.  NO, I AM NOT.  BUT I DID APPLY BUT -- AND THAT THEN LED TO MY

10:20:04  8    RETIRED STATUS.  THE LAW YOU'RE QUOTING I HAVE NO KNOWLEDGE OF.

10:20:10  9    Q.  WELL, FOR COUNSEL'S BENEFIT AND PERHAPS FOR YOURS, DR. BEA --

10:20:18  10            THE COURT:  LET ME GET SOMETHING STRAIGHT.  WHEN DID YOU

10:20:26  11   RETIRE AS A GEOTECHNICAL ENGINEER APPROXIMATELY?

10:20:30  12            THE WITNESS:  2010.

10:20:41  13            THE COURT:  AND DID YOU FILE ANY PAPERS IN ORDER TO

10:20:43  14   ACCOMPLISH THAT?

10:20:44  15            THE WITNESS:  YES, I DID.

10:20:46  16   BY MR. TREEBY:

10:20:47  17   Q.  OKAY, YOUR HONOR, WE CAN BRING THAT OUT ON -- SO IF THE WEB

10:20:52  18   SITE, THE CALIFORNIA ENGINEERING WEB SITE THAT'S UNDER THEIR

10:20:56  19   CONSUMER -- THEY HAVE A VERY SOPHISTICATED WEB SITE -- BOARD FOR

10:21:02  20   PROFESSIONAL ENGINEERS, LAND SURVEYORS AND GEOLOGISTS SAYS THAT YOU

10:21:09  21   HAD THAT YOU WERE CANCELLED FOR THE RECORD BOTH YOUR CIVIL

10:21:11  22   ENGINEERING LICENSE AND YOUR GEOTECHNICAL ENGINEERING LICENSE AS OF

10:21:15  23   JUNE 30, 2001, WHICH MEANT THAT YOU HAD NOT PAID DUES FOR THREE

10:21:21  24   YEARS BEFORE THAT, THAT'S IN ERROR?

10:21:25  25   A.  TO THE BEST OF MY RECOLLECTION, THAT'S TRUE.  BUT I COULD

10:21:32  1    DEFINE THE PAYMENT OF DUES AND THIS TERMINATION DATE.  THE JUDGE

10:21:40  2    ASKED IF I COULD CONSULT WITH THE ACCOUNTING BOOKS MY WIFE KEEPS,

10:21:49  3    BUT WE HAVE THE RECORDS.

10:21:50  4    Q.  OKAY.  I JUST WENT BY THE WEB SITE AND, YOU KNOW, IF IT'S WRONG

10:21:55  5    I WANT IT TO BE MADE CLEAR THAT IT'S WRONG.  THAT'S WHAT I WANT.

10:21:59  6    BUT THIS RETIRED STATUS FOR ENGINEERS IN CALIFORNIA BECAME LAW ON

10:22:07  7    JANUARY 1, 2000, AND THERE IS A SPECIFIC APPLICATION FOR THAT AND

10:22:12  8    YOU HAVE TO CERTIFY -- TO GET RETIRED STATUS IN CALIFORNIA, YOU

10:22:18  9    HAVE TO CERTIFY THAT YOU ARE NOT -- YOU WILL NOT OFFER TO PERFORM

10:22:22 10    OR PERFORM ANY ENGINEERING, INCLUDING CONSULTING SERVICES.

10:22:27 11           MR. SCHULTZ:  YOUR HONOR, I WOULD LIKE TO OBJECT IF WE'RE

10:22:29 12    GOING TO KEEP GOING --

10:22:30 13           MR. TREEBY:  WE'LL GET THERE.

10:22:31 14           THE COURT:  LET HIM FINISH HIS OBJECTION.

10:22:33 15           MR. SCHULTZ:  IF WE ARE GOING TO KEEP GOING DOWN THIS

10:22:35 16    ROAD, I WOULD ASK THAT MR. TREEBY ESTABLISH AN EVIDENTIARY

10:22:38 17    FOUNDATION FOR THE QUESTION RATHER THAN LAYING IT THROUGH --

10:22:39 18           THE COURT:  WELL, IT THIS GOES TO AN ETHICAL COMPLAINT IN

10:22:42 19    CALIFORNIA WHETHER HIS ENGINEERING KNOWLEDGE ALL OF A SUDDEN

10:22:45 20    VANISHED AT THAT TIME OF RETIREMENT.

10:22:47 21           MR. TREEBY:  WE ABSOLUTELY AGREE.

10:22:48 22           THE COURT:  THAT'S WHAT THE COURT IS INTERESTED IN,

10:22:50 23    FRANKLY.  IF YOU WANT TO MAKE AN ETHICAL COMPLAINT, THAT'S UP TO

10:22:53 24    YOU.

10:22:53 25           MR. TREEBY:  NO, YOUR HONOR.  THE ONLY PURPOSE -- I

10:22:54  1   FRANKLY THOUGHT THAT THIS WOULD BE ADMITTED AND WE WOULDN'T EVEN GO

10:22:57  2   HERE.  BECAUSE I DON'T THINK IT GOES TO WHETHER OR NOT HIS

10:23:01  3   EXPERIENCE QUALIFIES HIM AS AN ENGINEER.  THAT'S NOT MY POINT.

10:23:06  4         BUT IF HE KNEW ABOUT THE LAW, WHICH HE SAYS HE DID, AND

10:23:10  5   SAYS HE APPLIED FOR SOMETHING AND THE RECORD INDICATES HE DID NOT,

10:23:14  6   WHICH I DIDN'T EXPECT THAT ANSWER FRANKLY, THEN THAT'S IMPORTANT, I

10:23:18  7   THINK, AND GOES TO CREDIBILITY.  BUT I AM FINISHED WITH THAT.

10:23:20  8         THE COURT:  ALL RIGHT.

10:23:32  9         MR. TREEBY:  DO YOU HAVE SOME CROSS VOIR DIRE?  I WANTED

10:23:36 10   TO DEFER --

10:23:37 11         THE COURT:  YOU WANT TO CONSULT WITH MR. SMITH OR HE HAS

10:23:40 12   SOME?

10:24:04 13   BY MR. TREEBY:

10:24:05 14   Q.  ARE YOU AWARE, DR. BEA, IN FACT, THERE IS NO SUCH THING AS

10:24:08 15   INACTIVE STATUS FOR ENGINEERING LICENSES IN CALIFORNIA?

10:24:14 16   A.  NO.

10:24:18 17         MR. TREEBY:  YOUR HONOR, WITH THE LIMITATIONS THAT WE'VE

10:24:20 18   POINTED OUT IN CROSS-EXAMINATION OF PROFESSOR EMERITUS ROBERT GLENN

10:24:25 19   BEA, WE ACCEPT THAT HE IS QUALIFIED AS A RETIRED PROFESSOR IN CIVIL

10:24:28 20   ENGINEERING AND ALL THAT INVOLVES, BUT I DON'T THINK HE IS

10:24:31 21   QUALIFIED AS A PROFESSIONAL ENGINEER BECAUSE OF THE LICENSING

10:24:33 22   REQUIREMENTS.  BUT I UNDERSTAND YOUR HONOR'S -- I UNDERSTAND THE

10:24:36 23   POSITION YOUR HONOR HAS STATED AND I DON'T DISAGREE WITH IT.  THANK

10:24:39 24   YOU.

10:24:40 25         THE COURT:  TELL ME -- EXCUSE ME, MR. SMITH, I APOLOGIZE.

10:24:44  1          MR. SMITH:  YOUR HONOR, WE ACCEPT DR. BEA AS TENDERED AS

10:24:47  2  WELL WITH THE QUALIFICATION MR. TREEBY HAS OFFERED.

10:24:49  3          THE COURT:  OKAY.  ANYTHING ELSE FROM YOU, SIR?

10:24:52  4          MR. SCHULTZ:  NO, YOUR HONOR.  WE WOULD STAND ON THE

10:24:54  5  TENDER.

10:24:55  6          THE COURT:  ALL RIGHT.  THE COURT ACCEPTS DR. BEA AS

10:24:59  7  TENDERED, AND LET'S GET THE TENDER EXACTLY RIGHT.

10:25:01  8          MR. SCHULTZ:  WE REQUESTED, YOUR HONOR, GEOTECHNICAL

10:25:03  9  ENGINEERING AND FORENSIC ENGINEERING, WHICH I DON'T BELIEVE THERE

10:25:06 10  WERE ANY QUESTIONS DIRECTED TO.

10:25:07 11          THE COURT:  IS THAT APPROPRIATELY -- THAT'S WHAT BOTH OF

10:25:12 12  YOU ACCEPT?  SUBJECT TO YOUR TRAVERSE --

10:25:14 13          MR. TREEBY:  YES.

10:25:15 14          THE COURT:  -- AND YOUR FUTURE CROSS-EXAMINATION.

10:25:17 15          MR. TREEBY:  YES.

10:25:17 16          MR. SMITH:  YES, YOUR HONOR.

10:25:18 17          THE COURT:  THE COURT ACCEPTS DR. BEA AS TENDERED AS THE

10:25:21 18  COURT HAS IN THE PAST.

10:25:23 19          MR. SCHULTZ:  THANK YOU, YOUR HONOR.  AND IN KEEPING WITH

10:25:25 20  OUR BENCH CONFERENCE THIS MORNING, WE'VE BEEN GOING A LITTLE BIT

10:25:29 21  MORE THAN AN HOUR.

10:25:30 22          THE COURT:  YOU'RE RIGHT, YOU'RE RIGHT.  WE WILL TAKE A

10:25:32 23  RECESS.  HOW LONG OF A RECESS?

10:25:34 24          MR. SCHULTZ:  I THINK DR. BEA REQUESTED TEN MINUTES.

10:25:37 25          THE COURT:  ALL RIGHT.  TEN MINUTES IT IS.

10:25:39  1              THE WITNESS:  THANK YOU.

10:25:42  2          (WHEREUPON, A RECESS WAS TAKEN.)

10:25:42  3          (OPEN COURT.)

10:45:24  4              THE DEPUTY CLERK:  COURT'S IN SESSION.  PLEASE BE SEATED.

10:45:27  5              THE COURT:  YES, SIR.

10:45:28  6              MR. SCHULTZ:  YOUR HONOR, I HAD A PROCEDURAL POINT I

10:45:30  7  WANTED TO ASK ABOUT.  I DON'T KNOW IF YOU ORDINARILY DO THAT IN

10:45:33  8  OPEN COURT OR AS A SIDE BAR.

10:45:35  9              THE COURT:  WITH NO JURY, I'LL LEAVE IT TO YOUR

10:45:37 10  DISCRETION.

10:45:39 11              MR. SCHULTZ:  WHEN MR. TREEBY WAS TRAVERSING DR. BEA, THE

10:45:42 12  MANNER IN WHICH HE USED THE DEPOSITIONS IS NOT THE MANNER THAT I,

10:45:45 13  AT LEAST, AM ACCUSTOMED TO WHERE YOU SHOW THE DEPOSITION, ASK IF

10:45:49 14  THEY'VE READ IT.  IF WE'RE DISPENSING WITH THAT, WHICH IS PROBABLY

10:45:51 15  A GOOD IDEA IN THE INTEREST OF TIME, I THINK WE'RE ALL FINE WITH

10:45:54 16  THAT.  BUT I JUST WANTED TO BE SURE THAT THAT'S WHAT WE'RE DOING.

10:45:57 17              THE COURT:  IN THE JUDGE TRIAL UNLESS IT'S -- AND I AM

10:45:59 18  RELYING UPON ALL OF YOU TO BE -- TO NOT DO ANYTHING THAT'S, SHALL

10:46:07 19  WE SAY, A LITTLE AKIMBO TO WHAT NEEDS TO BE DONE.  IT'S

10:46:12 20  STRAIGHTFORWARD.  AS LONG AS IT'S STRAIGHTFORWARD, WHICH I THINK

10:46:15 21  THAT WAS WITH MR. TREEBY, THAT'S FINE.

10:46:17 22              MR. SCHULTZ:  ALL RIGHT.  THANK YOU, YOUR HONOR.

10:46:18 23              THE COURT:  AND IT'S QUICKER.

10:46:20 24              MR. SCHULTZ:  I AGREE.

10:46:21 25              THE COURT:  ALL RIGHT.

DIRECT EXAMINATION

BY MR. SCHULTZ:

Q.   DR. BEA, WE'VE MOVED BACK TO THE FIRST SLIDE THAT WE PUT UP
THIS MORNING.  I WANT TO JUST VERY, AGAIN, BRISKLY WALK THROUGH
THIS OVERVIEW OF YOUR TESTIMONY.  WE TALKED ABOUT THE INTRODUCTION
AND THE QUALIFICATIONS.  WE'RE ABOUT TO TALK ABOUT A VERY QUICK
SUMMARY OF THE WORK YOU PERFORMED IN THE CASE, LOOK AT A SNAPSHOT
OF YOUR CONCLUSIONS.  ONE THING WE WILL NOT DO ON THIS PORTION OF
YOUR DIRECT IS THE CONTEXT FOR YOUR CONCLUSIONS, BUT DOES THAT
INVOLVE A DISCUSSION OF SOILS AND EXCAVATIONS IN ORDER TO MAKE
SENSE OF THE CONCLUSIONS THAT COME AFTERWARD?

A.   YES.

Q.   AND THAT'S SOMETHING WE WILL DO ON REDIRECT.  WE WILL TOUCH,
AGAIN, WITHOUT ANY FACTUAL ELABORATION ON THE CAUSATION SCENARIOS
CONSIDERED AND REJECTED.  AND LET ME ASK YOU ON THAT POINT, IN
ARRIVING AT THE CONCLUSION AS TO WHAT HAPPENED OUT ON THE EBIA, DID
YOU CONSIDER A NUMBER OF SCENARIOS AS CANDIDATES, IF YOU WILL, AND
DETERMINED THAT THOSE WERE NOT WHAT HAPPENED IN REACHING YOUR
CONCLUSION AS TO WHAT DID?

A.   THAT'S CORRECT.

Q.   AND THAT'S WHAT WE WILL BE DISCUSSING IN THAT CONTEXT?

A.   YES.

Q.   AND THEN WE WILL HAVE A SHORT SLIDE ON YOUR OPINION AS TO WHAT
ACTUALLY CAUSED THE FAILURE OF THE NORTH AND SOUTH BREACH?

A.   CORRECT.

10:47:29  1    Q.  IF WE COULD GO TO SLIDE 7, PLEASE, CARL.  THIS IS THE SLIDE I

10:47:34  2    JUST REFERRED TO, DR. BEA, THE SUMMARY OF WORK PERFORMED.  LET'S

10:47:38  3    JUST WALK THROUGH IT, IF WE COULD.  YOU BEGIN WITH GATHERING THE

10:47:42  4    FACTS.  AGAIN, KEEPING IT BRIEF, CAN YOU DESCRIBE FOR THE COURT THE

10:47:45  5    PROCESS OF FACT GATHERING SPECIFIC TO YOUR OPINIONS IN THIS

10:47:49  6    PARTICULAR CASE?

10:47:49  7    A.  WELL, ONE OF THE MOST IMPORTANT IS GATHERING FACTUAL

10:47:57  8    INFORMATION IN THE FIELD, THAT'S THE REASON FOR THE 38 FIELD TRIPS

10:48:07  9    THAT I MADE HERE.  ALSO IMPORTANT IN GATHERING THE FACTS ARE

10:48:15 10    DISCUSSIONS WITH PEOPLE INVOLVED IN THE PARTICULAR ACCIDENT OR

10:48:25 11    DISASTER THAT YOU ARE INVESTIGATING.

10:48:29 12         THE THIRD ONE IS GATHERING FACTUAL INFORMATION THAT COMES

10:48:36 13    FROM DOCUMENTATION.  THAT COULD BE REPORTS ON WORK DONE, COULD BE

10:48:46 14    TRANSCRIPTS FROM DEPOSITIONS, WIDE RANGE OF DOCUMENTATION.  ALSO

10:48:55 15    GATHERING SAMPLES FROM THESE LOCATIONS, SYSTEMS THAT HAVE

10:49:04 16    EXPERIENCED FAILURES IS CRITICAL.

10:49:09 17         THAT THEN FEEDS A NEXT STEP, WHICH IS ANALYZING THE

10:49:16 18    FACTS.  SOMETIMES IN ANALYZING THE FACTS YOU DISCOVER THINGS THAT

10:49:22 19    ARE MISSING OR THAT ARE IN CONFLICT, AND AT THAT POINT, YOU NEED

10:49:28 20    TO, IN FACT, CYCLE BACK TO THE FIRST STEP.  SO ALL OF THESE STEPS

10:49:32 21    ARE INTERACTIVE AND ITERATIVE, THEY TAKE REPEATED TIMES.

10:49:40 22         ONCE THE ANALYSIS OF THE FACTS HAS BEEN DONE, AND THAT

10:49:47 23    PROCESS GENERALLY INVOLVES TWO WAYS OF APPROACHING THE FACTS:  ONE

10:49:55 24    WAY IN THIS WORK IDENTIFIED AS INDUCTIVE.  YOU START WITH AN

10:50:05 25    OBSERVATION AND THEN USE INDUCTIVE THINKING TO LEAD YOU TO THOSE

10:50:13  1   THINGS THAT COULD EXPLAIN THE PARTICULAR FACT OR OBSERVATION YOU'VE

10:50:22  2   OBTAINED.  I LEARNED THAT SORT OF ANALYTICAL PROCESS NOT FROM

10:50:30  3   ENGINEERING, BUT FROM SOME OF THE WORK I DID WITH FIRE AND

10:50:36  4   EXPLOSIVE FORENSIC EXPERTS.

10:50:41  5   Q.  CAN YOU ELABORATE ON THAT?

10:50:43  6   A.  WELL, IT'S PARTICULARLY CRITICAL IN OUR CASE BECAUSE THE

10:50:47  7   ACCIDENT OR DISASTER DESTROYS MUCH OF THE EVIDENCE.  YOU NEED TO

10:50:54  8   BEGIN THE EVALUATION OF CAUSATION, AND THE RULE IS START AT THE

10:51:05  9   INITIATING POINT OR POINTS AND WORK BACKWARDS PROGRESSIVELY

10:51:11 10   ELIMINATING THINGS THAT DON'T ADEQUATELY EXPLAIN THAT OBSERVATION.

10:51:17 11   AND ONCE THE PROCESS IS TERMINATED, YOU'VE IDENTIFIED A PLAUSIBLE

10:51:25 12   CAUSE.

10:51:27 13          THE OTHER APPROACH, VERY TYPICAL FOR ENGINEERS IN TERMS

10:51:31 14   OF TRAINING AND THINKING, IS DEDUCTIVE.  YOU START WITH A MASSIVE

10:51:39 15   AMOUNT OF INFORMATION AND THEN ATTEMPT TO CONSTRUCT THROUGH THAT

10:51:44 16   INFORMATION.  THE PRINCIPLE THINGS THAT ARE INVOLVED IN CAUSATION

10:51:50 17   OF THE ACCIDENT --

10:51:53 18          THE COURT:  DR. BEA, JUST A SECOND.  MOVE THAT MIC A

10:51:56 19   LITTLE BIT AWAY FROM YOU.  IT'S A BETTER MIC THAT WE HAVE THAN WE

10:52:01 20   HAD IN THE PAST.  IF YOU GET TOO CLOSE TO IT, IT GETS DISRUPTED.

10:52:05 21   GO AHEAD.

10:52:06 22          THE WITNESS:  IT'S ALSO ANNOYING.

10:52:08 23          THE COURT:  YES, THAT TOO.  ALL RIGHT.

10:52:11 24          THE WITNESS:  NEXT STEP AND VERY CRITICAL ONE IS TO

10:52:15 25   VALIDATE YOUR ANALYSIS.

10:52:19   1    BY MR. SCHULTZ:

10:52:19   2    Q.  BEFORE WE GO THERE, DR. BEA, LET ME ASK YOU A QUESTION.  IN

10:52:22   3    TERMS OF THE DEDUCTIVE REASONING THAT YOU APPLIED HERE, YOU SAID

10:52:25   4    YOU LOOK AT A WEALTH OF INFORMATION AND YOU DRAW CONCLUSIONS FROM

10:52:28   5    THAT.  WHAT ARE SOME EXAMPLES OF THE TYPES OF INFORMATION THAT

10:52:30   6    YOU'RE TALKING ABOUT IN THIS INSTANCE?

10:52:32   7    A.  WELL, IN THIS ONE PARTICULAR IMPORTANCE WAS THE DOCUMENTATION

10:52:43   8    OF THE WORK BEING DONE TO CLEAR, REMEDIATE THE EAST BANK INDUSTRIAL

10:52:51   9    AREA.

10:52:52  10    Q.  DID YOU LOOK, FOR EXAMPLE, AT THE PROJECT WORK PLAN FROM WGI?

10:52:56  11    A.  THAT'S CORRECT.

10:52:57  12    Q.  AND AT THE RECAP REPORTS?

10:53:00  13    A.  THAT'S CORRECT.

10:53:00  14    Q.  THE RECAP REPORTS BEING THE REPORTS ON THE FRONT END OF THE

10:53:05  15    WORK?

10:53:05  16    A.  THAT'S CORRECT.

10:53:06  17    Q.  HOW ABOUT THEIR NO-FURTHER-ACTION-AT-THIS-TIME REPORTS,

10:53:09  18    NFAATT'S, AFTER THE REMEDIATION WORK?

10:53:10  19    A.  THAT'S ALSO CORRECT.  THE TOTAL VOLUME OF THE WORK IS

10:53:19  20    APPROXIMATELY 20,000 PAGES AND, VERY IMPORTANTLY, THAT'S

10:53:26  21    SUPPLEMENTED WITH MORE THAN 8,000 PHOTOGRAPHS, SO THAT REPRESENTS

10:53:32  22    STARTING AT THE END POINT TRYING TO COME THROUGH THE MASSIVE AMOUNT

10:53:38  23    OF INFORMATION TO DEDUCTIVELY ARRIVE AT CAUSATION.

10:53:46  24    Q.  AND WE WILL BE SEEING SOME OF THOSE DOCUMENTS ON REDIRECT, BUT

10:53:50  25    GO AHEAD IN TERMS OF VALIDATION, IF YOU WOULD, DR. BEA, AND

10:53:53  1   CONTINUE.

10:53:54  2   A.  WELL, THE VALIDATION IS PARTICULARLY IMPORTANT BECAUSE, FIRST

10:54:03  3   OF ALL, IN ENGINEERING FORENSIC, FREQUENTLY ANALYTICAL MODELS ARE

10:54:11  4   ACCEPTED BY ENGINEERS ALMOST BASED ON BELIEF, THEY BELIEVE THEIR

10:54:21  5   JUDGMENT IS CORRECT.  THEY BELIEVE ALMOST WITH A THEOLOGICAL

10:54:28  6   REVERENCE THE ANALYTICAL MODELS THEY'RE UTILIZING, AND THEN COME TO

10:54:33  7   BELIEVE THE RESULTS.

10:54:37  8          THE PROBLEM WITH THE BELIEF APPROACH IS IT'S POTENTIALLY

10:54:43  9   INFECTED SERIOUSLY AND IN A NEGATIVE WAY BY BIASES, CONFORMATIONAL

10:54:53 10   BIAS, INFORMATIONAL BIAS, THESE SORTS OF THINGS.  AND SO CONSTANTLY

10:55:00 11   THE FORENSIC ENGINEER IS WORKING TO VALIDATE BOTH QUALITATIVE

10:55:07 12   THINKING MODELS AND VERY IMPORTANTLY THE QUANTITATIVE THINKING

10:55:12 13   MODELS, MUCH OF WHAT'S GOING ON IN LINE 3.  THE LEGAL PROFESSION

10:55:22 14   HAS HELPED US FURTHER DEVELOP IN THE WAY OF DAUBERT PROOF IN

10:55:29 15   VALIDATIONS.

10:55:31 16          NEXT STEP YOU NEED TO CLIMB OUT AWAY FROM YOURSELF IN

10:55:39 17   THINKING TO COMPARE RESULTS WITH OTHER INVESTIGATORS AND RECONCILE

10:55:47 18   THE DIFFERENCES.

10:55:49 19   Q.  I'M SORRY TO INTERRUPT.  DOES THAT INCLUDE -- DOES THAT INCLUDE

10:55:54 20   AMONG TEAMS, FOR EXAMPLE, THE ILIT, IPET, TEAM LOUISIANA TEAMS AS

10:55:58 21   ONE EXAMPLE?

10:55:58 22   A.  THAT'S CORRECT.

10:55:59 23   Q.  AND DOES THAT ALSO INVOLVE YOUR REVIEW OF EXPERT WORK DONE BY

10:56:03 24   THE DEFENSE EXPERTS IN THIS CASE?

10:56:05 25   A.  YES.  THAT'S OF CRITICAL IMPORTANCE BECAUSE THE THINKING

10:56:10  1   PROCESS IS FAR FROM NOT BEING A MINEFIELD OF THESE BIASES OR

10:56:21  2   PREJUDICES.  AND BY GETTING DIFFERENCES OF POINTS OF VIEW, IF IT'S

10:56:28  3   MANAGED WELL AND HAS GOOD MOTIVATIONS, CAN BE EXTREMELY

10:56:33  4   CONSTRUCTIVE.  AND IT'S THAT MOTIVATION, MANAGEMENT OF THESE

10:56:41  5   FREQUENTLY CONFLICTING VIEWS THAT ARE CRITICAL.

10:56:48  6            IN SEVERAL INSTANCES IN THIS PRESENT CASE I REMARKED

10:56:57  7   DURING ONE OF MY DEPOSITIONS, "SHUT UP, BOB," AND SOMEONE BECAME

10:57:03  8   CONCERNED.  THEY WERE AFRAID THAT IT WAS A LAWYER THAT HAD SAID

10:57:07  9   THOSE WORDS, BUT IT WASN'T A LAWYER, IT WAS ME; AND I WAS TELLING

10:57:13 10   THAT BOB TO SHUT UP, LET THE OTHER BOB START THINKING.  SO GOING ON

10:57:20 11   IN THIS BRAIN IS, IN FACT, THIS RECONCILIATION STRUGGLE TO SEE WHAT

10:57:26 12   I CALL THE VERY DENSE FOG BETWEEN MY THINKING AND THE TRUTH.

10:57:34 13   THAT'S NOT AN EASY THING TO DO AND IT GIVES ME A GREAT DEAL OF

10:57:42 14   COMPASSION FOR THE PEOPLE, JURIES AND JUDGES ALIKE THAT MUST REACH

10:57:48 15   JUDGMENTS.

10:57:51 16   Q.  DOES THAT SORT OF EXERCISE, DR. BEA, WHEN YOU'RE OF TWO MINDS

10:57:56 17   AND TRYING TO RECONCILE THE TWO OF THEM, IS THAT WHAT LEADS FROM

10:58:00 18   TIME TO TIME TO REVISIONS IN ANALYSES OR DISCOVERY OF NEW FACTS AS

10:58:04 19   YOU HAVE IN THE NEXT BULLET POINT?

10:58:05 20   A.  YES.  IF YOU DON'T SEE THE REVISIONS HAPPENING, IT TELLS YOU

10:58:11 21   THERE ARE SOME IMPEDIMENTS TO THE THINKING.  SOME OF THOSE BIASES

10:58:19 22   AT WORK THAT SAY, WELL, IF I THINK THAT WAY, I AM GOING TO BE

10:58:24 23   EXCLUDED FROM MY FAMILY, WHICH MEANS A GROUP THAT I RESPECTED AND

10:58:30 24   HONORED BY, AND IF I CROSS THEM WITH THIS THINKING, I'LL BE

10:58:36 25   EXCLUDED FROM THE TRIBE.  IT'S ALMOST A TRIBAL DRIVE TO NOT BE

10:58:45  1   EXCLUDED.  IN THE FORENSIC ENGINEERING BUSINESS, THAT IS DEADLY.

10:58:53  2           ONCE YOU GO TO THE NEXT STEP OF REVISING THE ANALYSIS,

10:58:57  3   THAT'S ACTUALLY A SIGN OF INTELLIGENCE.  NEW FACTS, NEW INFORMATION

10:59:04  4   IS COMING IN, AND IF THERE'S A REFUSAL TO TREAT IT, TO CONSIDER IT,

10:59:13  5   I THINK I WAS TAUGHT TO CALL IT PIGHEADEDNESS.

10:59:18  6           THE LAST ONE, VERY IMPORTANT FOR FORENSIC ENGINEERS, ARE

10:59:25  7   FORMAL ANALYSES OF UNCERTAINTIES.  THIS IS ACTUALLY A BIG CHALLENGE

10:59:33  8   FOR ENGINEERS BECAUSE MOST OF THEM ARE TAUGHT TO NOT THINK ABOUT

10:59:38  9   UNCERTAINTIES, BUT TO THINK ABOUT CERTAINTIES.  THEY'RE TAUGHT A

10:59:44 10   DETERMINISTIC THINKING, NOT UNCERTAINTY THINKING, AND IF THE

10:59:50 11   UNCERTAINTIES INVOLVE PEOPLE, IT'S RARE YOU'LL SEE IT ENTER THE

10:59:55 12   ENGINEERING FORENSICS.

10:59:58 13           SOME ENGINEERS WILL CALL ROOT CAUSES, OH, THE SHEET PILE

11:00:03 14   FAILED.  BUT THE FAILURE OF THE SHEET PILE IS ACTUALLY A SYMPTOM,

11:00:13 15   NOT A CAUSE.  SOMETHING CAUSED THAT FAILURE, AND AT THAT POINT, YOU

11:00:17 16   HAVE TO BEGIN TRACKING BACK INTO THESE HUMAN AND ORGANIZATIONAL

11:00:24 17   FACTORS, AND THAT'S, IN FACT, WHAT DROVE ME TO OBTAIN MY PH.D.

11:00:31 18   BECAUSE I HAD GOTTEN ENOUGH SENSE OF TRADITIONAL ENGINEERING

11:00:38 19   DETERMINISTIC THINKING AND IGNORING EXPLICIT CONSIDERATION OF HUMAN

11:00:42 20   FACTORS, I SAID, "THIS IS ENOUGH."

11:00:45 21           SO AT THIS STEP, IT'S A WHOLISTIC VIEW AT UNCERTAINTIES

11:00:51 22   BECAUSE THEN THAT ALLOWS YOU TO CONVEY A MORE ACCURATE PICTURE TO

11:00:57 23   PEOPLE WHO MUST REACH JUDGMENTS, BECAUSE FREQUENTLY THEY'RE TAUGHT

11:01:02 24   IT'S BLACK OR WHITE, THERE IS NO MAYBE.  THIS ONE IS A CLEAR

11:01:08 25   ADMISSION OF MAYBE.  SORRY, BUT I CAN'T GET RID OF UNCERTAINTIES.

11:01:13  1    IT'S A CRITICAL STEP.

11:01:14  2    Q.  AND THAT'S A STEP YOU TOOK IN YOUR WORK IN THIS CASE?

11:01:17  3    A.  YES.  AND THAT EXPLAINS A LOT OF THOSE 14,000 HOURS.

11:01:23  4    Q.  I WANT TO ASK JUST A COUPLE OF MORE SPECIFIC QUESTIONS ON THE

11:01:28  5    ANALYSIS END OF THINGS.  THE COURT HAS READ YOUR REPORT AND YOUR

11:01:31  6    TESTIMONY AND IS FAMILIAR WITH THIS UPLIFT PRESSURE ANALYSIS, I'M

11:01:36  7    SURE, THAT YOU PERFORMED.  IS THIS THE FIRST CASE IN WHICH YOU HAVE

11:01:39  8    PERFORMED AN UPLIFT PRESSURE ANALYSIS?

11:01:42  9    A.  NO.

11:01:42 10    Q.  AND WHEN I SAY "CASE," I SHOULD SAY "EVENT" OR THE FIRST

11:01:47 11    OCCASION ON WHICH YOU'VE DONE THAT.  I DON'T KNOW WHAT YOU'VE DONE

11:01:50 12    IN OTHER LITIGATION CASES, BUT IF YOU WOULD, BRIEFLY, DESCRIBE

11:01:53 13    OTHER INSTANCES IN WHICH YOU'VE ENGAGED IN A SIMILAR ANALYSIS TO

11:01:56 14    THE ONE THAT YOU ENGAGED IN HERE.

11:01:57 15    A.  WELL, FOR EXAMPLE, OFFSHORE STRUCTURES.  LET'S GO TO THE

11:02:04 16    COASTAL OR OFFSHORE AREA AGAIN.  THEY'RE CONSTANTLY CONFRONTED --

11:02:13 17    ALMOST CONSTANTLY, CONFRONTED WITH TIME VARYING LOADINGS,

11:02:19 18    PARTICULARLY FROM WAVES.  AS A STRUCTURE IS RESPONDING TO THE

11:02:27 19    INCOMING WAVE ACTION, IT'S ROCKING.  IF THE BASE OF THE STRUCTURE

11:02:32 20    IS IN CONTACT WITH THE SEA FLOOR, THERE'S UPLIFT THAT'S CAUSED

11:02:38 21    BETWEEN THE PRESSURE S AND FORCES CAUSED BY THE CREST OF THE WAVE

11:02:43 22    AND THE TROUGH OF THE WAVE.  THE REDUCTION IN PRESSURE IS

11:02:47 23    COMMUNICATED FROM THE SURFACE TO UNDERNEATH THE BASE OF THE

11:02:51 24    STRUCTURE AND THAT LEADS TO CONSIDERATION OF UPLIFT.

11:02:58 25         DR. MARR, IN HIS GRADUATE STUDIES, STUDIED PRECISELY THIS

11:03:07  1    PROBLEM.  SO GEOTECHNICAL OCEAN ENGINEERS ANALYZE UPLIFT IN A WIDE

11:03:14  2    VARIETY OF CASES.  PIPELINES.  PIPELINES GO THROUGH THE CYCLICAL

11:03:22  3    FORCES.  THEY CAN BE LIFTED OFF THE SEA FLOOR AND SLAMMED BACK TO

11:03:26  4    THE SEA FLOOR CAUSING PUMPING AND FAILURE OF THE PIPELINE.  SO I

11:03:33  5    DEALT WITH THESE UPLIFT PROBLEMS IN A WIDE VARIETY OF STUDIES.

11:03:39  6    Q.  AND HAVE YOU DEALT WITH THEM ALSO IN THE SETTING OF KATRINA

11:03:43  7    LEVEE FAILURE?

11:03:43  8    A.  YES.

11:03:44  9    Q.  AND JUST GIVE AN EXAMPLE.  YOU DON'T NEED TO ELABORATE TOO MUCH

11:03:50 10    AT THIS POINT.

11:03:50 11    A.  WELL, MOST STARTLING ONE IS 17TH STREET CANAL.  SOMETIMES I

11:04:02 12    HAVE TO REFLECT BACK HOW I'VE BEEN THINKING, AND IT'S THIS

11:04:06 13    RECURSIVE PROCESS OF MAKING SURE I AM NOT FALLING INTO SOME TRAP I

11:04:13 14    AM CREATING MYSELF.  BUT WE WERE STRUGGLING AT 17TH STREET CANAL TO

11:04:18 15    EXPLAIN WHY OUR ANALYTICAL MODELS WOULD NOT AGREE WITH THE

11:04:24 16    OBSERVATIONS I WITNESSED IN VIDEO ABOUT HOW/WHEN THE FAILURE

11:04:30 17    HAPPENED.

11:04:33 18         THAT STRUGGLE WENT ON UNTIL THE CORPS OF ENGINEERS DID

11:04:39 19    THE 17TH STREET CANAL SAFE WATER LEVEL INVESTIGATION.  NOT WIDELY

11:04:48 20    PUBLICIZED, AND I ONLY GOT THE INFORMATION I'LL CALL IT, DUE TO

11:04:55 21    HELPFUL COLLEAGUES, BUT THEY INSTALLED PIEZOMETERS ON THE PROTECTED

11:05:04 22    SIDE OF THE AREA SOUTH OF THE SOUTH BREACH, AND THEY INSTALLED THE

11:05:12 23    PIEZOMETERS THANKFULLY IN A VERY SWAMP-MARSH DEPOSITS PRESENT AT

11:05:19 24    THAT LOCATION.

11:05:20 25         NOW, BECAUSE WE WERE ALSO CONCERNED WITH THE OTHER SIDE

11:05:22  1    OF THE CANAL THAT DIDN'T FAIL -- AND THAT'S ACTUALLY A VERY

11:05:26  2    IMPORTANT PART OF FORENSIC ENGINEERING, YOU DON'T ONLY LOOK AT WHAT

11:05:31  3    FAILS, YOU LOOK AT WHAT DOESN'T FAIL BECAUSE IT'S FREQUENTLY THE

11:05:36  4    CONTRAST THAT TELLS YOU WHY SOMETHING FAILED.  SO WE WERE FOCUSED

11:05:42  5    OVER ON THE JEFFERSON PARISH SIDE, BUT THE CORPS OF ENGINEERS

11:05:47  6    EQUALLY WERE CONCERNED WHY DIDN'T IT FAIL.  THEY INSTALLED THE

11:05:51  7    PIEZOMETERS RIGHT IN THE VERY SWAMP-MARSH LAYERS.

11:05:58  8          AT THE SAME TIME -- AND THESE ARE INSTRUMENTS AND THEY'RE

11:06:00  9    CAREFULLY MONITORING THEM FOR RAINFALL INTRUSION AND MAKING SURE

11:06:08 10    BAROMETRIC PRESSURES AND ALL OF THOSE IMPORTANT THINGS ARE BEING

11:06:12 11    ACCOMMODATED.  AND THEN THEY, THANKFULLY, MEASURED THE WATER LEVEL

11:06:15 12    IN THE 17TH STREET CANAL.  WELL, ONE SATURDAY I'VE GOTTEN THE DATA

11:06:20 13    FILES FROM MY FRIENDLY SOURCE HERE, THEY ARE NOT PUBLIC, AND

11:06:27 14    STARTED GOING THROUGH AND LOCATED THE PIEZOMETER MEASUREMENTS.

11:06:32 15    THEY ARE THEY IN EXCEL SPREADSHEET FORM.  SO I PULLED THE DATA OUT

11:06:37 16    AND PLOTTED IT AND SOMETHING JUST BECOMES SO CRYSTAL CLEAR.  AS THE

11:06:43 17    WATER LEFT RISING AND FALLING IN THE 17TH STREET CANAL, THE

11:06:50 18    PRESSURES IN THE WATER OF THE SWAMP-MARSH LAYER IS FOLLOWING IT.

11:06:57 19    IT'S ALMOST LIKE A DOG ON A LEASH, ONLY THE LEASH IS DAMN SHORT

11:07:01 20    BECAUSE THE PRESSURE RESPONDS IS VIRTUALLY INSTANTANEOUSLY.  IT'S

11:07:07 21    MINUTES.  THE DATA ACQUISITION IS NOT RAPID ENOUGH TO CARRY IT TO

11:07:13 22    SECONDS, BUT IT SURE AS HELL IN HOURS.  SO YOU CAN TRACK IT UP, YOU

11:07:19 23    COULD TRACK IT DOWN.

11:07:20 24          AND WE SAID -- OR I ACTUALLY TURNED TO A STUDENT AND I

11:07:23 25    SAID, "DO YOU HAVE THOSE PRESSURES IN YOUR LATERAL STABILITY

11:07:28 1   ANALYSIS?"  AND THE STUDENT CAME BACK AND SAID, "NO, THAT'S NOT

11:07:32 2   NORMAL.  WE DON'T DO THAT NORMALLY."  AND I SAID, "WELL, IN THIS

11:07:37 3   CASE, GOD DOESN'T BELIEVE YOU'RE NORMALLY.  SHE REFUSES TO SEPARATE

11:07:44 4   THE EFFECT.  LET'S FIND OUT WHAT THOSE PRESSURES ARE.  LET'S PUT

11:07:48 5   THEM IN THE STABILITY, AND LET'S SEE WHAT HAPPENS."

11:07:52 6           ALL I CAN SAY IS GOD RICHLY REWARDED THAT TRAIL BECAUSE,

11:07:59 7   AT THE END, WE COULD PREDICT WHERE, WHEN, AND HOW AND WHY IT FAILED

11:08:05 8   AND WHY IT DIDN'T FAIL, AND THE ANSWER WAS UPLIFT PRESSURES THAT

11:08:10 9   HAD BEEN OMITTED BY ALL INVESTIGATING TEAMS.

11:08:16 10          THANK YOU U.S. ARMY CORPS OF ENGINEERS.  THANK YOU FOR MY

11:08:21 11  WIFE'S PATIENCE IN ME WORKING MY STUDY ON SATURDAY AND SUNDAY TO

11:08:27 12  FIND OUT WHAT THIS DATA MEANT.  IT REVOLUTIONIZED OUR THINKING.

11:08:33 13          AT THAT POINT, AS WE STARTED TO FILL IN AT THE LOWER

11:08:38 14  NINTH WARD, BAYOU BIENVENUE, BAYOU DUPREE, THE WHOLE PICTURE

11:08:43 15  SUDDENLY CLEARED.

11:08:44 16          THE COURT:  JUST ONE QUICK QUESTION.  WOULD YOU, FOR THE

11:08:48 17  RECORD, DEFINE PIEZOMETER FOR THOSE WHO MAY NOT KNOW WHAT IT IS.

11:08:56 18          THE WITNESS:  THE PIEZOMETER IS A PIPE THAT WE INSTALL

11:09:04 19  INTO THE SOIL.  AT THE BOTTOM OF THE PIPE WE HAVE AN AREA THAT IS

11:09:11 20  SCREENED OR PERFORATED SO THE WATER CAN ENTER THE BOTTOM OF THIS

11:09:20 21  PIPE.  AROUND THAT SCREENED AREA WE PUT PERMEABLE MATERIAL, AND

11:09:29 22  THAT'S A CRITICAL STEP, LIKE SAND SO THAT THE ZONE THAT WE'RE

11:09:34 23  ATTEMPTING TO SENSE CAN BE REFLECTED IN ITS PRESSURES IN WATER, BUT

11:09:43 24  ELEVATION THAT IS ACHIEVED IN THAT OPEN TUBE.

11:09:49 25          WE HAVE INSTRUMENTS THAT ARE LOWERED INTO THE INSIDE OF

11:09:55 1    THAT TUBE SO THAT THEY CAN SENSE THE RISE AND FALL IN THE WATER

11:10:04 2    ELEVATION.  IT WORKS VERY MUCH LIKE THE FUEL GAUGE IN AN

11:10:09 3    AUTOMOBILE, SO IT'S MEASURING THE LEVEL OF WATER IN THE TUBE.  TOP

11:10:16 4    OF THE TUBE IS CAPPED IN VARIOUS WAYS SO THAT RAINFALL CAN'T

11:10:22 5    INTRUDE.  THE OUTSIDE OF THE TUBE IS ARMORED, GLUED, IF YOU WILL,

11:10:31 6    TO THE FORMATION SO THAT WE CAN'T COMMUNICATE WITH THIS VERY

11:10:35 7    IMPORTANT AREA.  AND OUTSIDE OF THE POLYVINYL CHLORIDE PLASTIC TUBE

11:10:44 8    THAT HAS A CAP ON IT, WE GENERALLY PUT A MUCH LARGER STEEL TUBE

11:10:52 9    THAT'S THEN CEMENTED TO THE GROUND AND LOCKED SO YOU CAN'T STEAL

11:10:59 10   STUFF OR POLLUTE THE MEASUREMENTS.

11:11:04 11          SO IT'S A VERY SOPHISTICATED PIECE OF EQUIPMENT.

11:11:08 12   SOMETIMES EVEN INVOLVES MEASUREMENT OF BAROMETRIC PRESSURE SO THAT

11:11:14 13   AS THE FRONTS MOVE THROUGH OR CHANGE IN BAROMETRIC PRESSURE, THE

11:11:22 14   WATER, OF COURSE, RESPONDS TO THAT, AND A CORRECTION HAS TO BE

11:11:25 15   ENTERED.  THE WHOLE PROCESS IS SIMILAR TO SOME I EXPERIENCE

11:11:31 16   RECENTLY WHERE THEY PUT PROBES INTO MY BLOOD VESSELS, AND THEY'RE

11:11:37 17   SENSING THE PRESSURE AND ITS FLOW IN VARIOUS PARTS OF MY BODY.

11:11:43 18   IT'S JUST A PRESSURE SENSOR AND PRESSURE IS DEFINITION OF FORCE

11:11:49 19   BECAUSE THE DENSITY OF THE FLUIDS AND SO FORTH.

11:11:52 20          SO IT'S ACTUALLY A VERY STRAIGHTFORWARD MEASUREMENT OF

11:11:57 21   PRESSURE.

11:11:57 22          THE COURT:  OKAY.  GO AHEAD, COUNSEL.

11:11:57 23   BY MR. SCHULTZ:

11:12:00 24   Q.  AND WE WILL HAVE, DR. BEA, ON YOUR REDIRECT, SOME TESTIMONY

11:12:03 25   REGARDING PIEZOMETER MEASUREMENTS ON THE EBIA ITSELF POST-KATRINA,

11:12:07  1    CORRECT?

11:12:07  2    A.  THAT'S CORRECT.

11:12:08  3    Q.  I JUST WANT TO MAKE THE POINT WITHOUT ELABORATION, BECAUSE THE

11:12:13  4    COURT HAS, AGAIN, READ YOUR REPORTS AND IS FAMILIAR WITH THE STEADY

11:12:18  5    FLOW ANALYSIS.  DID YOU PERFORM A STEADY FLOW ANALYSIS AT THE 17TH

11:12:21  6    STREET?

11:12:21  7    A.  YES.

11:12:21  8    Q.  AND HAVE YOU PEER REVIEWED -- PUBLISHED PEER-REVIEWED

11:12:26  9    PUBLICATIONS REGARDING STEADY FLOW ANALYSIS?

11:12:28 10    A.  YES.

11:12:28 11    Q.  IT'S NOT SOMETHING YOU JUST BROUGHT FOR THE FIRST TIME TO THIS

11:12:31 12    TRIAL?

11:12:32 13    A.  NO, THAT'S CORRECT.  THE ORIGIN OF STEADY FLOW ANALYSIS GOES

11:12:41 14    BACK MANY, MANY YEARS.  ONE OF THE CHIEF ORGANIZATIONS THAT'S BEEN

11:12:48 15    CONCERNED WITH THIS IS THE U.S. ARMY CORPS OF ENGINEERS.  IN FACT,

11:12:55 16    IN MY WORK AT VICKSBURG THAT WAS ONE OF THE FIRST PLACES I PICKED

11:13:00 17    IT UP.  SO BECAUSE OF THE IMPORTANCE OF THESE PRESSURES,

11:13:05 18    PARTICULARLY TO RIVER LEVEES, THEY'VE BEEN VERY FOCUSED ON THESE

11:13:13 19    ANALYSIS.  AND STEADY FLOW ANALYSIS HAS BEEN THE FOUNDATION OF THAT

11:13:18 20    WORK, AND BY THE WAY, CONTINUES TO BE TO THIS DAY.

11:13:22 21    Q.  THANK YOU.  I WOULD LIKE TO MOVE, DR. BEA, TO THE NEXT SLIDE,

11:13:26 22    WHICH IS A SNAPSHOT OF YOUR CONCLUSIONS.  IT NEEDN'T DETAIN US FOR

11:13:32 23    LONG, AS WE HAVE A SLIDE FOR THOSE CONCLUSIONS.  I DO WANT TO, IF I

11:13:36 24    COULD, HAVE YOU ON THE RECORD.  WHAT WE WILL BE LOOKING AT AS WE GO

11:13:40 25    FORWARD ARE FLAWS THAT OR VARIOUS ALTERNATIVE EXPLANATIONS THAT YOU

11:13:47  1   LOOKED AT THAT ARE, THEMSELVES, FLAWED; INCLUDING A BARGE

11:13:50  2   EXPLANATION FOR THE FAILURE OF THE EAST SIDE OF THE IHNC, CORRECT?

11:13:53  3   A.   THAT IS CORRECT.

11:13:54  4   Q.   OVERTOPPING INDUCED SCOUR IS ANOTHER THEORY THAT YOU ADDRESSED

11:13:59  5   AND HAVE REJECTED AS A CAUSE?

11:14:01  6   A.   THAT'S CORRECT.

11:14:02  7   Q.   AND UNDERSEEPAGE, MEANING FLOW OF WATER, AS DISTINGUISHED FROM

11:14:07  8   UNDERSEEPAGE IN TERMS OF UPLIFT PRESSURES YOU HAVE REJECTED AS A

11:14:11  9   CAUSE?

11:14:11 10   A.   WELL, LET ME -- AND I DON'T WANT TO UNNECESSARILY TAKE TIME

11:14:20 11   WITH THE COURT BECAUSE I KNOW --

11:14:23 12            THE COURT:   WAIT JUST A MINUTE.   MR. TREEBY?

11:14:24 13            MR. TREEBY:   NO, I COULDN'T SEE THE WITNESS.

11:14:26 14            THE COURT:   IF SOMEBODY NEEDS TO STAND, THAT'S ALL RIGHT.

11:14:29 15   IF IT'S A BACK OR OTHER PROBLEMS, JUST LET ME KNOW SO I KNOW YOU'RE

11:14:34 16   NOT OBJECTING BECAUSE I NEED TO DO IT NOW AND THEN MYSELF.

11:14:38 17            THE WITNESS:   I DON'T WANT TO TAKE A NECESSARY AMOUNT OF

11:14:41 18   COURT TIME, BUT THIS UNDERSEEPAGE THING IS, I WILL CALL IT

11:14:45 19   INTRICATE, DELICATE, COMPLEX.

11:14:49 20            UNDERSEEPAGE IN MY CURRENT WORK IS, IN FACT, A CAUSATIVE

11:14:57 21   ELEMENT BUT IT'S LOCAL.   FAILURES EVOLVE OVER TIME AND DISTANCE.

11:15:05 22   YOU CAN HAVE A LOCAL FAILURE THAT COULD BE DUE TO UNDERSEEPAGE, BUT

11:15:12 23   OTHER FAILURE MODES ARE EVOLVING IN THESE SAME TIME PERIOD.   AND

11:15:20 24   THE HORSE THAT WINS THE RACE IS THE CHALLENGE, BUT THESE HORSES ARE

11:15:28 25   NOSE AND NOSE AND THERE'S NO CAMERA.   SO THE ANALYSIS SAYS, WELL, I

11:15:36  1    COULD HAVE AN UNDERSEEPAGE FAILURE, BUT IT'S LOCAL, BUT THAT'S NOT

11:15:41  2    THE FINISH LINE YET.  IT'S WHAT REACHES THE FINISH LINE CAUSES A

11:15:46  3    BREACH THAT BECOMES THE HORSE THAT WON THE HORSE RACE WITHOUT A

11:15:50  4    CAMERA.

11:15:52  5            UNDERSEEPAGE SHOWS UP IN MY CURRENT WORK AS A PLAUSIBLE

11:16:00  6    CAUSATIVE ELEMENT AT THE NORTH BREACH.  IT HAPPENS EARLY IN THE

11:16:06  7    MORNING, BUT THAT'S NOT THE TIME AT WHICH THE PRIMARY BREACH

11:16:11  8    DEVELOPS, SO THIS IS A DIFFICULT ONE.  IT INVOLVES PRESSURE AND

11:16:18  9    FLOW, AND IS A CRITICAL ISSUE TO KEEP CLEAR IN THESE DELIBERATIONS.

11:16:24  10   HENCE MY TAKING TIME, I APOLOGIZE.

11:16:27  11   BY MR. SCHULTZ:

11:16:28  12   Q.  SURE.  IN FURTHERANCE OF THAT, YOU USE THE PHRASE "PRESSURE AND

11:16:31  13   FLOW" THE TWO WORDS.  BY "FLOW" DO YOU MEAN IF WE HAVE A FLOODWALL

11:16:35  14   RIGHT IN THE MIDDLE, WE HAVE A MOLECULE OF WATER ON ONE SIDE OF

11:16:39  15   THAT FLOODWALL, BY "FLOW" ARE YOU REFERRING TO MOVING THAT MOLECULE

11:16:42  16   OF WATER UNDERNEATH THE FLOODWALL AND UP TO THE OTHER SIDE?

11:16:45  17   A.  THAT'S CORRECT.

11:16:47  18   Q.  A FORM OR AN ELEMENT OF UNDERSEEPAGE?

11:16:49  19   A.  THAT'S CORRECT.  THE CORPS OF ENGINEERS HAS A PROCESS

11:16:54  20   IDENTIFIED AS LANE'S WEIGHTED CREEP RATIO.  AND THAT'S EXACTLY HOW

11:17:00  21   THAT PROCESS EVOLVED, YOU FOLLOW THE TRAVEL PATH OF THE WATER, AND

11:17:06  22   IF THE TRAVEL PATH IS LONG ENOUGH, YOU DON'T HAVE A SEEPAGE

11:17:10  23   PROBLEM.  SO THAT TECHNIQUE, BACK TO 1935, IS ONE OF THE EARLY

11:17:16  24   ATTEMPTS TO UNDERSTAND THAT ASPECT OF UNDERSEEPAGE.

11:17:20  25   Q.  AND DISTINCT WITH THAT, EVEN IF IT'S CONTEMPORANEOUS OR AN

11:17:25  1    ELEMENT OF THE SAME PHYSICAL OCCURRENCE, IS THIS NOTION OF UPLIFT

11:17:32  2    PRESSURE IN WHICH YOU CAN -- AS I UNDERSTAND IT, IF I HAVE YOU

11:17:35  3    CORRECT, DR. BEA, YOU CAN HAVE PRESSURE TRANSMISSION UNDERNEATH THE

11:17:39  4    FLOODWALL ON THE OTHER SIDE, BUT YOU NEED NOT MOVE THAT MOLECULE OF

11:17:43  5    WATER ITSELF; IS THAT RIGHT?

11:17:44  6    A.  THAT'S CORRECT.

11:17:44  7    Q.  AND THOSE ARE THE TWO CONCEPTS THAT YOU'RE DISTINGUISHING HERE,

11:17:47  8    FLOW VERSUS PRESSURE?

11:17:49  9    A.  THAT'S CORRECT.

11:17:50  10   Q.  ALTHOUGH BOTH ARE PART OF UNDERSEEPAGE?

11:17:53  11   A.  AND THEY'RE A PART OF WATER.  IT'S WATER THAT IN THE PHYSICS OF

11:17:58  12   ITS PERFORMANCE THAT IS GOVERNING ALL OF THIS.  PHYSICS AND

11:18:04  13   MECHANICS, TO GET THAT STRAIGHT, IS CRUCIAL TO GET THE FORENSIC

11:18:10  14   ENGINEERING WORK DONE CORRECTLY.

11:18:11  15   Q.  AND IF WE LOOK, I WOULD ASK THAT YOU ARTICULATE, IF YOU WOULD,

11:18:14  16   BECAUSE I THINK THIS IS YOUR ULTIMATE CONCLUSION, THE SECOND BULLET

11:18:18  17   POINT.

11:18:18  18   A.  YES.  BUT AS FAR AS EVERYTHING I'VE DONE TELLS ME, AT THIS

11:18:26  19   TIME, BOTH BREACHES OCCURRED CRUCIALLY BECAUSE OF THESE UPLIFT

11:18:32  20   PRESSURES TRANSMITTED FROM THE EAST BANK INDUSTRIAL AREA, AND

11:18:39  21   PARTICULARLY, THE POORLY BACKFILLED EXCAVATIONS THAT CONTACTS THE

11:18:47  22   SWAMP-MARSH LAYER, WHICH HAS SOME VERY UNIQUE CHARACTERISTICS AND

11:18:54  23   PROPERTIES, TO THEN COMMUNICATE TO THE LANDSIDE OF THE FLOODWALL

11:18:59  24   THAT PRODUCES AN UPLIFT FORCE THAT THEN IS THE CRITICAL HORSE IN

11:19:07  25   THIS HORSE RACE OF INSTABILITY CAUSING FAILURE DEFINES AS I'VE GOT

11:19:12  1   A BREACH AND I'M FLOODING THE LOWER NINTH WARD.  IT'S WGI'S

11:19:17  2   EXCAVATIONS WERE A SUBSTANTIAL CONTRIBUTING FACTOR WITHOUT WHICH

11:19:24  3   THE BREACH WOULD NOT HAVE OCCURRED.

11:19:29  4   Q.  NORTH BREACH AND SOUTH BREACH, CORRECT?

11:19:33  5   A.  THAT'S CORRECT.

11:19:33  6   Q.  AND SUBSTANTIAL CONTRIBUTING FACTOR YOU MAY OR MAY NOT KNOW,

11:19:38  7   DR. BEA, IS A LEGAL STANDARD.  I WANT TO ASK YOU IN TERMS OF THE

11:19:40  8   REAL WORLD AND THE FACTS AND WHAT HAPPENED OUT THERE IN YOUR

11:19:43  9   PROFESSIONAL OPINION.  HAD THERE NOT BEEN EXCAVATIONS BY WGI

11:19:47 10   PERFORMED IN THE WAY THESE EXCAVATIONS WERE PERFORMED, IT'S YOUR

11:19:51 11   OPINION WE WOULD NOT HAVE HAD BREACHES OF THE NORTH OR THE SOUTH;

11:19:54 12   IS THAT CORRECT?

11:19:55 13   A.  THAT'S CORRECT.

11:19:55 14   Q.  IF WE CAN MOVE TO THE NEXT SLIDE, PLEASE, CARL.  AGAIN,

11:20:01 15   DR. BEA, BECAUSE WE WILL GO INTO THIS, OF COURSE, LATER.  IF WE CAN

11:20:04 16   JUST SIMPLY STATE FOR THE RECORD YOUR CONCLUSION REGARDING THE

11:20:08 17   ROUGE BARGE, THAT A ROUGE BARGE DID NOT CAUSE EITHER BREACH, THAT

11:20:12 18   IS YOUR OPINION?

11:20:13 19   A.  THAT'S CORRECT.

11:20:13 20   Q.  AND THE REASONS FOR THAT, AMONG OTHERS THAT YOU MAY GO INTO IN

11:20:18 21   MORE DETAIL, BUT THE PRIMARY REASONS ARE WEATHER AND WAVE

11:20:22 22   CONDITIONS MILITATE AGAINST THE BARGE SCENARIO AND BECAUSE THERE'S

11:20:25 23   NO PLAUSIBLE EXPLANATION, MEANING FORENSICALLY I TAKE IT, FOR

11:20:28 24   CAUSING -- THE BARGE CAUSING BOTH BREACHES; IS THAT CORRECT?

11:20:32 25   A.  THAT'S CORRECT.

11:20:32  1    Q.  IF WE CAN LOOK AT THE NEXT SLIDE.

11:20:35  2    A.  BEFORE YOU DEPART FROM THAT ONE.

11:20:37  3    Q.  YES, SIR.  ABSOLUTELY.

11:20:38  4    A.  A FEW DAYS AFTER WE ARRIVED HERE INVESTIGATING THE CAUSATION OF

11:20:48  5    THE LOWER NINTH WARD, OF COURSE, THIS VERY LARGE BARGE IS SITTING

11:20:55  6    SOUTH OF THE SOUTH END OF THE SOUTH BREACH.  AS I LOOKED AT THAT

11:21:00  7    SCENE, I THOUGHT, DAMN BARGE COULD HAVE DONE IT.  AND, IN FACT, WE

11:21:07  8    HAD BROUGHT WITH US A VIDEOGRAPHER WHO IS TAKING PICTURES OF ME

11:21:12  9    SAYING, "DAMN BARGE COULD HAVE DONE IT."  AND BERKELEY EVEN POSTED

11:21:17 10    IT ON THE WEB SITE.

11:21:19 11            WELL, OF COURSE I HAVE TO GO THROUGH AND SAY, "DAMN BARGE

11:21:24 12    DIDN'T DO IT," BUT IT ONLY TOOK ME SIX YEARS TO FINALLY BE ABLE TO

11:21:29 13    NETWORK IT DOWN.  AND IT DIDN'T TAKE JUST ME, IT TOOK WEATHER

11:21:34 14    EXPERTS AND NAVAL ARCHITECT EXPERTS; AND FINALLY, AT THE END THEY

11:21:38 15    SAID, "BOB, SHUT UP AND GET IT RIGHT."  AND AT THAT POINT I SAID,

11:21:43 16    "WE GOT THIS SUCKER LICKED.  THE BARGE WAS A VICTIM, NOT A CAUSE."

11:21:50 17    THAT'S QUALITY FORENSIC ENGINEERING.

11:21:53 18    Q.  AND SO SOMETIMES YOUR INITIAL INDUCTIVE IMPRESSIONS ARE NOT

11:21:58 19    ALWAYS THE RIGHT ONES, THAT'S WHY YOU GO THROUGH THAT WHOLE

11:22:02 20    STEP-WISE ANALYSIS YOU TALKED ABOUT?

11:22:03 21    A.  THAT'S RIGHT.

11:22:03 22    Q.  IF WE LOOK AT THE NEXT SLIDE, DR. BEA, YOU STATE THE CONCLUSION

11:22:07 23    REGARDING THE NORTH BREACH, THAT OVERTOPPING DID NOT CAUSE THE

11:22:11 24    NORTH BREACH.  IS THAT YOUR OPINION?

11:22:12 25    A.  THAT'S CORRECT.

11:22:13   1   Q.  THE REASONS THAT YOU STATE, IN A CURSORY FASHION HERE, INCLUDE

11:22:17   2   THAT THERE IS NO SURGE OVERTOPPING BEFORE THE NORTH BREACH, THERE

11:22:20   3   WAS NOT ENOUGH WAVE OVERTOPPING TO BE CAUSATIVE, CORRECT?

11:22:24   4   A.  BOTH ARE CORRECT.

11:22:25   5   Q.  AND AMONG THE REASONS FOR DISCOUNTING THE WAVE OVERTOPPING IN

11:22:30   6   PARTICULAR ARE THE EASTERLY WINDS PREVENTED SUBSTANTIAL WAVE

11:22:34   7   OVERTOPPING; IS THAT CORRECT?

11:22:36   8           THE COURT:  JUST A MINUTE.

11:22:39   9           MR. TREEBY:  THERE IS NOTHING IN ANYTHING WRITTEN BY

11:22:42  10   DR. BEA ON THIS CASE THAT TALKS ABOUT EASTERLY WINDS PREVENTING

11:22:47  11   SUBSTANTIAL WAVE OVERTOPPING, HE IS NOT QUALIFIED AS AN EXPERT ON

11:22:51  12   WAVE OVERTOPPING, WE HAVE NO OPINIONS -- EVEN IF HE IS, WE HAVE NO

11:22:55  13   OPINIONS IN ANY OF HIS REPORTS ABOUT THIS.  THERE ARE EXPERTS ON

11:23:00  14   THIS.  THE PLAINTIFFS HAD AN EXPERT THAT COULD HAVE TALKED TO THIS,

11:23:03  15   THEY DECIDED INSTEAD TO SUBMIT A HYDROGRAPH AND WE STIPULATED TO

11:23:10  16   THAT.

11:23:10  17           BUT WE HAVE AN EXPERT ON THIS, AND APPARENTLY DR. BEA IS

11:23:15  18   GOING TO TRY TO DISAGREE WITH HIM WHICH WOULD BE FINE HAD HE

11:23:19  19   RENDERED AN OPINION AND WE WOULD HAVE BEEN ABLE TO CROSS-EXAMINE

11:23:22  20   HIM ON THAT OPINION.

11:23:23  21           THE COURT:  I UNDERSTAND YOUR OBJECTION, MR. TREEBY.  ARE

11:23:25  22   YOU COMPLETED, I DIDN'T MEAN TO --

11:23:29  23           MR. TREEBY:  THAT'S IT.

11:23:30  24           THE COURT:  SIR, DO YOU HAVE A RESPONSE TO THAT?

11:23:31  25           MR. SCHULTZ:  I BELIEVE HE CAN TAKE IT UP ON

CROSS-EXAMINATION, DR. BEA IS THE CAUSATION EXPERT IN THIS CASE AND
THIS IS CERTAINLY --

THE COURT:  DO YOU HAVE A RESPONSE TO THE STATEMENTS HE
MADE THAT THIS IS NOT IN HIS OPINION, ONE, HE IS NOT AN EXPERT IN
WAVES; AND TWO, IT'S NOT IN HIS OPINION, THAT IS -- LET ME BE FAIR
TO YOU.

FIRST LET ME HEAR YOUR RESPONSE, I DON'T WANT TO BE A
LAWYER.  I QUIT BEING ONE 17 YEARS AGO.  SO GO AHEAD.

MR. SCHULTZ:  WELL, FIRST OF ALL, DR. BEA DESCRIBED AS
PART OF HIS EXPERIENCE, YOUR HONOR, THAT HE'S WORKED OFFSHORE FOR
MANY YEARS, HE JUST DESCRIBED UPLIFT PRESSURE IN THE CONTEXT OF
WAVE ACTION A FEW MOMENTS AGO.

THE COURT:  THE BETTER QUESTION TO ASK HIM, AND I WILL
HAVE TO, IS DID HE CONSIDER THIS IN RENDERING HIS OPINION, DID HE
REJECT THESE.  AND I UNDERSTAND MR. TREEBY'S OBJECTION, BUT I FIRST
WANT TO KNOW DID HE CONSIDER IT AT ALL IN RENDERING HIS OPINIONS,
DID HE CONSIDER THE WAVE ACTION IN RENDERING THE OPINIONS HE GAVE.

MR. SCHULTZ:  WELL, THAT'S A QUESTION FOR DR. BEA AND
WHETHER IT'S --

THE COURT:  THAT'S WHAT I AM ASKING YOU TO ASK HIM.

MR. SCHULTZ:  YES, SIR.

BY MR. SCHULTZ:

Q.  DR. BEA --

A.  ANSWER DIRECTLY, YES, CRITICAL.

THE COURT:  SO THE POINT BEING HERE, IF HE CONSIDERED IT,

```
11:25:03  1    IS IT REQUIRED TO LIST EVERY NEGATIVE REASON OTHER THAN THE REASONS
11:25:10  2    YOU OPINED IN YOUR REPORT.
11:25:15  3         I WANT TO BE FAIR TO EVERYONE, BUT AT THE SAME TIME I
11:25:19  4    THINK THAT -- NOW, IT DOESN'T GO TO THE WAVE EXPERTISE QUESTION,
11:25:23  5    WHAT I AM SAYING DOES NOT GO TO THAT.  BUT BASED ON HIS EXPERIENCE,
11:25:32  6    BASED ON -- WITH OFFSHORE PLATFORMS, ET CETERA, AND WAVES, BASED ON
11:25:41  7    THE FACT THAT HE SAYS HE CONSIDERED THIS, I AM GOING TO REGARD IT
11:25:46  8    WITHIN THE AM BIT OF HIS REPORT.  MAYBE I AM NOT GOING TO REQUIRE
11:25:50  9    YOU TO LIST EVERY REASON WHY DIDN'T FIND IT WAS A CERTAIN THING, HE
11:25:54  10   SAID THIS IS WHY I DID FIND IT WAS UPLIFT IN ESSENCE; AND SO YOU
11:26:02  11   ASKED HIM DID HE CONSIDER THIS -- I DON'T KNOW IF THAT WAS ASKED
11:26:06  12   DURING HIS DEPOSITION OR NOT, I HAVE NO IDEA -- DID HE CONSIDER
11:26:11  13   WAVES AND SCOUR AND OVERTOPPING, I DON'T KNOW THAT.  I HAVE NOT
11:26:16  14   READ HIS DEPOSITION.
11:26:18  15        BUT I AM GOING TO ALLOW THAT, NOT TO UNDULY CONSTRAIN,
11:26:23  16   BUT THE OBJECTION MAY GENERALLY CAN BE MADE AGAIN; BUT I AM GOING
11:26:26  17   TO OVERRULE THE OBJECTION AND ALLOW HIM, BUT YOU NEED TO ESTABLISH
11:26:30  18   WHAT HE CONSIDERED, AND MR. TREEBY MAY OBJECT AGAIN.
11:26:35  19        MR. TREEBY:  I DON'T MIND, YOUR HONOR, MAKING MY
11:26:37  20   OBJECTION CONTINUING, BUT I WANT IT TO BE CLEAR ON THE RECORD WHAT
11:26:40  21   I AM OBJECTING TO.  WHAT I AM OBJECTING TO SPECIFICALLY, VERY
11:26:43  22   SPECIFICALLY IS WHAT IS STATED IN THE FIRST BULLET POINT UNDER NO
11:26:48  23   PLAUSIBLE EXPLANATION FOR REQUISITE SCOUR DEPTH, WHICH IS EASTERLY
11:26:53  24   WINDS PREVENT SUBSTANTIAL WAVE OVERTOPPING.
11:26:55  25        THE COURT:  OKAY.
```

11:26:56  1        MR. TREEBY:  THAT REQUIRES ANOTHER EXPERT OPINION THAT'S

11:26:58  2   NOT IN ANY REPORT HE'S WRITTEN, AND I WOULD HAVE CERTAINLY EXAMINED

11:27:02  3   HIM ON THAT BECAUSE WE HAVE AN EXPERT WHO IS GOING TO TESTIFY ABOUT

11:27:06  4   THAT AND IT IS IN HIS REPORT.  THAT'S MY OBJECTION.

11:27:10  5        THE COURT:  WELL, I UNDERSTAND YOUR OBJECTION.

11:27:13  6        MR. SMITH:  YOUR HONOR, I WOULD JUST LIKE TO JOIN

11:27:14  7   MR. TREEBY'S OBJECTION.

11:27:15  8        THE COURT:  ABSOLUTELY.  AND I UNDERSTAND THE OBJECTION,

11:27:19  9   AND I AM GOING TO OVERRULE IT MAINLY -- WELL, ONE, I WANT A FULL

11:27:25 10   RECORD, I WANT THE OBJECTIONS TO BE NOTED; AND I AM NOT CERTAIN AN

11:27:29 11   EXPERT HAS TO LIST EVERY REASON THAT HE DIDN'T FIND IT WAS

11:27:33 12   SOMETHING, BUT I THINK HE HAD TO, HE DOES HAVE TO SAY THAT HE

11:27:38 13   CONSIDERED IT.  AND HE'S UNDER OATH AND I AM GOING TO THEN ALLOW

11:27:41 14   YOU TO PURSUE THAT.  SUBJECT TO THE OBJECTIONS.

11:27:44 15        MR. SCHULTZ:  YES, YOUR HONOR.  AND I WOULD NOTE FOR THE

11:27:46 16   RECORD WE HAVE A STIPULATION ON THE WEATHER PORTION OF THE FACTS

11:27:49 17   UNDERLYING THE OPINION IN TERMS OF THE EASTERLY WINDS, AND DR. BEA

11:27:53 18   DID CERTAINLY ADDRESS OVERTOPPING WHICH INCLUDES SURGE AND WAVE AS

11:27:58 19   ANYBODY WHO DISCUSSES OVERTOPPING UNDERSTANDS.

11:28:00 20   BY MR. SCHULTZ:

11:28:01 21   Q.  DR. BEA, REGARDING THE SECOND BULLET POINT, SO THAT WE RATHER

11:28:06 22   THAN STEPPING THROUGH THIS IN TOO CURSORY A FASHION, LET ME ASK

11:28:09 23   YOU, DID YOU MEASURE THE SCOUR TRENCH ON THE EAST SIDE OF THE IHNC

11:28:12 24   AFTER THE STORM TO THE EXTENT TO WHICH A SCOUR TRENCH EXISTED?

11:28:15 25   A.  YES.  FROM THE SOUTH TO NORTH END.

11:28:19  1   Q.  AND DID YOU MEASURE THE TRENCH ON THE WEST SIDE OF THE IHNC?

11:28:22  2   A.  YES.

11:28:23  3   Q.  AND WAS THE TRENCH ON THE WEST SIDE OF THE IHNC SIX FEET IN

11:28:28  4   DEPTH?

11:28:28  5   A.  IN FACT, IN SOME PLACES DEEPER.

11:28:31  6   Q.  AND WAS THE SCOUR TRENCH ON THE EAST SIDE OF THE IHNC PROTECTED

11:28:38  7   SIDE OF THE FLOODWALL TO THE EXTENT THE SCOUR TRENCH EXISTED AFTER

11:28:41  8   THE STORM, THREE TO FOUR FEET IN-DEPTH?

11:28:43  9   A.  THAT'S CORRECT.

11:28:44 10   Q.  BASED ON YOUR PERSONAL OBSERVATIONS?

11:28:47 11   A.  THAT'S CORRECT.  AND THAT'S TAPE MEASURE AND BODY MEASUREMENTS.

11:28:54 12   Q.  AND DID YOU IN REVIEWING THE EXPERTS' REPORTS, THE DEFENSE

11:29:00 13   EXPERTS' REPORTS IN THIS CASE TAKE CONSIDERATION OF THE REQUISITE

11:29:03 14   SCOUR TRENCH THEY OPINED WOULD BE REQUIRED TO CREATE THE SORT OF

11:29:07 15   FAILURE MECHANISM THAT THEY ATTRIBUTE TO OVERTOPPING?

11:29:11 16   A.  YES.

11:29:11 17   Q.  AND YOU CONSIDERED THAT AS PART OF YOUR REBUTTAL?

11:29:14 18   A.  THAT'S CORRECT.

11:29:14 19   Q.  AND YOU WILL BE OFFERING OPINIONS ON THAT AND THE SIGNIFICANCE

11:29:16 20   OF THE SIX-FOOT AND THREE-FOOT SCOUR TRENCHES?

11:29:19 21   A.  THAT'S CORRECT.

11:29:19 22   Q.  BUT FOR PURPOSES RIGHT NOW, THAT IS ONE OF THE REASONS THAT YOU

11:29:24 23   CONCLUDE THAT BRIEF WAVE OVERTOPPING WAS NOT CAUSATIVE OF THE

11:29:30 24   BREACHES; IS THAT CORRECT?

11:29:30 25   A.  THAT'S CORRECT.

11:29:31  1    Q.  YOU ALSO INDICATE NO PLAUSIBLE EXPLANATION FOR REQUISITE SCOUR

11:29:34  2    DEPTH, WE JUST TOUCHED UPON THAT, INCLUDING THE EASTERLY WINDS;

11:29:37  3    AGAIN, THAT WOULD BE THE SAME BULLET POINT ABOVE, CORRECT?

11:29:40  4    A.  CORRECT.

11:29:40  5    Q.  GENERALIZED ANALYTICAL MODELS DO NOT EXPLAIN A LOCALIZED

11:29:44  6    FAILURE, I DON'T WANT TO GO THERE RIGHT NOW, WE WILL SPEND TIME ON

11:29:47  7    THAT ON YOUR REDIRECT; BUT THAT IS ONE OF YOUR REASONS FOR THIS

11:29:50  8    CONCLUSION?

11:29:50  9    A.  THAT'S CORRECT.

11:29:51 10    Q.  AND THERE IS AN EFFECT OF A TENSION CRACK OR GAP AT THE BOTTOM

11:29:57 11    OF THE WALL, CORRECT?

11:29:58 12           THE COURT:  ARE WE TALKING ABOUT THE NORTH BREACH?

11:30:01 13           MR. SCHULTZ:  NORTH BREACH, YES, SIR.

11:30:02 14           THE WITNESS:  THIS TENSION CRACK/GAP NEEDS A LITTLE MORE

11:30:13 15    DEFINITION.  THERE'S AT THE NORTH BREACH IN QUESTION TWO TENSION

11:30:19 16    CRACK/GAPS.  ONE IS ON THE FLOOD SIDE OF THE I-WALL, I-WALL LEANS,

11:30:29 17    A GAP IS OPENED UP BETWEEN THE I-WALL AND SHEET PILING AND THE

11:30:37 18    SOIL, WATER RUSHES IN, THAT'S ONE TENSION GAP.  THE OTHER HAPPENS

11:30:44 19    AT THE INTERSECTION OF AN OLD WE CALL IT 1960 VINTAGE I-WALL AND

11:30:54 20    THE ADJACENT T-WALL, MUCH STRONGER, HIGHER TOP ELEVATION, A TENSION

11:31:07 21    CRACK SHOWS UP THERE, TOO.  BUT THAT TENSION CRACK SHOWS UP IN THE

11:31:15 22    WORK I'VE DONE AS A RESULT, NOT A CAUSE.  SO I DON'T SEE THAT ANY

11:31:25 23    WAY THAT TENSION CRACK CAUSES THE NORTH BREACH, BUT THE OTHER

11:31:31 24    TENSION CRACK IS OPERATIVE IN CAUSATION OF THE NORTH BREACH.

11:31:31 25    BY MR. SCHULTZ:

11:31:37  1    Q.  AND HENCE THE INCLUSION OF THAT IS ONE OF THE REASONS

11:31:40  2    SUPPORTING YOUR CONCLUSION THAT THERE'S NO PLAUSIBLE EXPLANATION

11:31:45  3    FOR THE REQUISITE SCOUR DEPTH?

11:31:46  4    A.  THAT'S CORRECT.

11:31:47  5    Q.  OR FAILURE FOR THAT MATTER.  IF WE CAN MOVE TO THE SOUTH BREACH

11:31:50  6    SLIDE, PLEASE, CARL.  AGAIN, SIMILAR EXERCISE, JUST IN A CURSORY

11:31:55  7    FASHION, DR. BEA, IS IT YOUR CONCLUSION THAT OVERTOPPING DID NOT

11:31:59  8    CAUSE THE SOUTH BREACH?

11:32:00  9    A.  THAT IS CORRECT.

11:32:00  10   Q.  AGAIN, YOU OPINED THAT WAVE OVERTOPPING WAS NOT CAUSATIVE?

11:32:06  11   A.  THAT'S CORRECT.

11:32:07  12   Q.  FOR MANY OF THE SAME REASONS THAT YOU OPINE IT WAS NOT

11:32:09  13   CAUSATIVE OF THE NORTH BREACH?

11:32:12  14   A.  THAT'S CORRECT.

11:32:12  15   Q.  YOU THEN INDICATE INSUFFICIENT SURGE OVERTOPPING SO YOU'RE

11:32:18  16   DISTINGUISHING BETWEEN SURGE AND WAVE?

11:32:19  17   A.  YES.

11:32:20  18   Q.  AND AMONG THE REASONS FOR INSUFFICIENT SURGE OVERTOPPING ARE

11:32:24  19   INSUFFICIENT TIME, THE SCOUR TRENCH THAT WE'VE TALKED ABOUT,

11:32:28  20   CORRECT?

11:32:28  21   A.  CORRECT.

11:32:29  22   Q.  YOU INDICATE THAT LOAD WALL ELEVATION IS IRRELEVANT, MAYBE YOU

11:32:33  23   COULD SPEND A SENTENCE OR TWO DESCRIBING WHAT THAT MEANS.

11:32:36  24   A.  WELL, THE LOAD WALL ELEVATION MEANS WE HAVE POTENTIALLY AT THE

11:32:44  25   SOUTH BREACH A SECTION OF THE WALL THAT IS APPROXIMATELY SIX INCHES

11:32:51  1    LOWER THAN THE ADJACENT ENDS - NORTH END, SOUTH END OF THE SOUTH

11:32:59  2    BREACH.  IN THE HYDRODYNAMICS OF THIS PROCESS, MEANING THE SURGE IS

11:33:09  3    IN FACT NOT A FIXED SURFACE, IT'S TIME VARYING, AND THE WAVE ACTION

11:33:15  4    IS ALSO TIME VARYING, THERE IS NO SPECIFIED HEIGHT, IT RANGES AND

11:33:23  5    CHANGES AS A FUNCTION OF TIME, WELL, A SIX-INCH DIFFERENCE,

11:33:28  6    PURPORTED SIX-INCH DIFFERENCE DISAPPEARS IN THE NOISE OF THOSE

11:33:33  7    UNCERTAINTIES AND THERE'S UNCERTAINTY ABOUT THE SIX INCHES.

11:33:37  8         SO AT THAT POINT AS FAR AS I CAN TELL, RELATIVE TO THE

11:33:44  9    OTHER UNCERTAINTY AND DOMINATING CAUSATIVE ELEMENTS, LOAD WALL

11:33:49 10    ELEVATION IS IRRELEVANT.

11:33:52 11    Q. AND YOUR NEXT POINT, DOCTOR, IS THAT ADJACENT SECTIONS

11:33:56 12    EXPERIENCED MORE OVERTOPPING BUT DID NOT FAIL, DOES THAT REFER TO

11:34:00 13    THE SECTIONS OF THE FLOODWALL ADJACENT TO THE NORTH END AND SOUTH

11:34:03 14    END OF THE SOUTH BREACH WE'RE TALKING ABOUT HERE?

11:34:06 15    A. YES.  AND THAT'S CRUCIAL IN AT LEAST MY THINKING BETWEEN THE

11:34:12 16    NORTH BREACH AND THE SOUTH BREACH.  HERE AGAIN IS BACK TO FORENSIC

11:34:19 17    ENGINEERING TRAINING AND THE 17TH STREET CANAL, THE ORLEANS PARISH

11:34:25 18    SIDE FAILS BUT JEFFERSON PARISH SIDE DIDN'T FAIL.  BOY, DID WE

11:34:29 19    LEARN WHY BY LOOKING AT THE JEFFERSON PARISH SIDE.

11:34:33 20         WELL, WE FINALLY GOT TO WE'LL CALL IT INTENSE TREATMENT

11:34:39 21    OF THE AREA BETWEEN, AND THE AREA BETWEEN WAS NEAR FAILURE, YOU

11:34:45 22    DON'T HAVE TO BE AN ENGINEER TO TELL THAT BUT YOU CAN WALK UP AND

11:34:49 23    SEE IT.  THE SCOUR TRENCH THERE HAS TO HAVE DEVELOPED OVER A LONGER

11:34:56 24    PERIOD OF TIME, SO IF IT'S GOING TO BE DEEP ANYWHERE, IT'S GOT TO

11:35:01 25    BE DEEP THERE.  BUT IT DIDN'T FAIL AND IT HAD AN EXCAVATION OUT ON

1  THE EBIA RIGHT NEXT DOOR.  SO THE QUESTION IS, HOW IN THE HELL CAN

2  THAT STAND WHEN THEY HAD OTHERS FAIL?  WELL, WHEN WE GOT TO THE END

3  OF THAT ONE, BOY DID IT MAKE THE PICTURE CLARIFY FOR THE SOUTH

4  BREACH.

5  Q.  AND SO IF YOU TAKE THE SECTION, JUST BY WAY OF EXAMPLE,

6  IMMEDIATELY NORTH OF THE NORTH END OF THE SOUTH BREACH, THE SECTION

7  OF WALL THAT'S STILL STANDING WITHSTOOD SEVERAL HOURS MORE

8  OVERTOPPING THAN THE SOUTH BREACH SECTION OF THE WALL THAT FAILED?

9  A.  SEVERAL HOURS, YES.

10  Q.  AND YOU'VE ALREADY TOLD US THAT YOU MEASURED THAT TRENCH AT

11  THREE TO FOUR FEET?

12  A.  THAT'S CORRECT.

13  Q.  YOU THEN INDICATE, DR. BEA, YOUR FINAL REASON UNDER

14  INSUFFICIENT SURGE OVERTOPPING IS THAT EROSION MODELING IS RIDDLED

15  WITH ERRORS, I DON'T WANT TO GET INTO THE DETAILS, BUT IF YOU WOULD

16  DESCRIBE WHAT MODELING YOU'RE TALKING ABOUT?

17  A.  WELL, THIS IS THE MODELING THAT WAS PERFORMED BY COLLEAGUES OF

18  DR. MARR.  THERE'S A HYDRODYNAMIC FLOW MODEL, YOU HAVE TO GET THE

19  WATER AND WHERE IT'S GOING, THE VELOCITIES WHERE IT'S IMPACTING AT,

20  AND THEN THERE'S A COMPLEX SOIL INVOLVED AND OF COURSE A FLOODWALL,

21  YOU HAVE TO REMEMBER IT'S STILL IN THE PICTURE; AND IS NOT JUST THE

22  SOIL, IT'S THE GRASS ON TOP OF THE SOIL, MUCH LIKE THE HAIR I DON'T

23  HAVE ANYMORE, AND THAT'S AN IMPORTANT INSULATOR FOR THE SOIL JUST

24  AS MY HAIR USED TO BE FOR MY HEAD.

25       THE SOIL IS NOT JUST SORT OF HOMOGENEOUS OUT OF A

11:36:56  1   LABORATORY, IT'S GOT CRACKS AND IT'S GOT ALL SORTS OF FEATURES IN

11:37:00  2   IT, SOME OF WHICH ARE CONSTRUCTION FEATURES LIKE THE WIRE MESH

11:37:10  3   FENCE AND THE POLES WE HAD, THE EROSION MODELING ATTEMPTS TO

11:37:16  4   CAPTURE THAT COMPLEXITY AND FAILS MISERABLY PRIMARILY BECAUSE THE

11:37:28  5   EROSION MODELING IS NOT VALIDATED OR CALIBRATED AND THE

11:37:33  6   DOCUMENTATION IN THE EXPERT REPORT SAYS THAT, IT WOULDN'T MAKE THE

11:37:39  7   FIRST SECOND PASS OF DAUBERT CHALLENGE.  SO THE EROSION MODELING --

11:37:46  8               MR. TREEBY:  YOUR HONOR, PLEASE.

11:37:47  9               THE WITNESS:  -- IS RIDDLED WITH ERRORS.

11:37:50 10               THE COURT:  MR. TREEBY.

11:37:51 11               MR. TREEBY:  I OBJECT TO THE RESPONSIVENESS OF THE

11:37:53 12   ANSWER, THIS WITNESS IS NOT A JUDGE, HE IS NOT A LAWYER, THEY'RE

11:37:55 13   TALKING ABOUT --

11:37:55 14               THE COURT:  THAT'S TRUE, THE DAUBERT CHALLENGE IS

11:37:58 15   LAMENTABLY LEFT UP TO ME, SO THAT IS CERTAINLY CORRECT.

11:38:02 16               MR. TREEBY:  AND THERE WAS NEVER ONE MADE HERE.

11:38:04 17               THE COURT:  THAT IS TRUE, I CONCUR.

11:38:07 18               THE WITNESS:  I APOLOGIZE.  IT WOULD NOT PASS A FORENSIC

11:38:10 19   ENGINEERING VALIDATION CHALLENGE.  I MISSPOKE.

11:38:16 20               MR. SCHULTZ:  WE WILL, AGAIN, LOOK AT SOME MORE DETAIL ON

11:38:19 21   THAT LATER TODAY OR TOMORROW, DR. BEA.

11:38:21 22   BY MR. SCHULTZ:

11:38:22 23   Q.  FINAL REASON FOR YOUR CONCLUSION THAT OVERTOPPING DID NOT CAUSE

11:38:25 24   THE SOUTH BREACH IS THAT FORENSICALLY THE SITES DO NOT PRESENT AS

11:38:29 25   OVERTOPPING INDUCED FAILURES, THIS ACTUALLY REFERS, DOES IT NOT, TO

11:38:34  1    THE NORTH AND SOUTH BREACHES?

11:38:35  2    A.  THAT'S CORRECT.

11:38:35  3    Q.  AND AGAIN WE DON'T WANT TO GO INTO GREAT DETAIL, BUT CAN THIS

11:38:40  4    BE CAPTURED BY ESSENTIALLY SAYING HAD YOU LOOK AT THE SITES AS A

11:38:43  5    FORENSIC ENGINEER WITH THE EXPERIENCE THAT YOU HAVE ACADEMICALLY

11:38:47  6    AND PROFESSIONALLY THEY JUST DON'T LOOK LIKE OVERTOPPING FAILURE,

11:38:50  7    IS THAT A FAIR SUMMARY OF IT?

11:38:52  8    A.  THAT'S CORRECT.

11:38:52  9    Q.  IF WE COULD, CARL, LET'S MOVE TO THE NEXT SLIDE.  AND DR. BEA,

11:39:02 10    WE WILL, THIS WILL BE THE LAST SLIDE THAT WE LOOK AT IN THIS -- OH,

11:39:07 11    NO, THIS IS THE ILIT, EXCUSE ME.  ONE MORE.

11:39:12 12            THE COURT:  LAWYERS' LASTS ARE NEVER THEIR LAST.

11:39:16 13    BY MR. SCHULTZ:

11:39:17 14    Q.  I AM GOING TO TRY TO KEEP THIS SHORT BECAUSE WE'VE ALREADY

11:39:20 15    TALKED ABOUT IT, DR. BEA, REJECTED CAUSATION SCENARIO UNDERSEEPAGE

11:39:25 16    FLOW OF WATER MOLECULE FROM ONE SIDE TO THE OTHER DID NOT CAUSE

11:39:28 17    EITHER BREACH, IS THAT YOUR OPINION IN THIS CASE AS THE SOLE CAUSE

11:39:32 18    OF THE BREACH?

11:39:32 19    A.  THAT'S RIGHT.

11:39:34 20    Q.  EVEN IF IT'S INSEPARABLE FEATURE OF THE PHENOMENON THAT YOU

11:39:37 21    OPINE DID CAUSE THE BREACH; IS THAT FAIR?

11:39:39 22    A.  THAT'S CORRECT.

11:39:39 23    Q.  YOU WERE A MEMBER OF THE ILIT TEAM, YOU STATE IN YOUR REASONS

11:39:43 24    THAT ILIT COULD NOT DRAW A FIRM CONCLUSION BUT POSTULATED

11:39:47 25    UNDERSEEPAGE BASED ON ENHANCED PERMEABILITIES, THAT THAT IS --

11:39:51  1    FIRST OF ALL, IS THAT ACCURATE THAT ILIT DOES NOT DRAW A FIRM

11:39:55  2    CONCLUSION?

11:39:56  3    A.  I THINK IT IS.  ONE OF THE TRAUMAS POSED IN THE ILIT WORK, AND

11:40:06  4    THERE WERE TWO STAGES IN THE ILIT WORK, WAS WE HAD NO DEFINITIVE

11:40:14  5    INFORMATION ON THIS WATER QUALITY OR QUANTITY TRANSMISSIBILITY WE

11:40:22  6    CALL PERMEABILITY.  SO INITIALLY WE CHOSE A PERMEABILITY THAT WAS

11:40:29  7    VERY HIGH, MEANING A LOT OF WATER COULD FLOW THROUGH VERY READILY.

11:40:36  8    BUT, YEAH, WE DIDN'T HAVE DEFINITIVE INFORMATION ON THE

11:40:40  9    PERMEABILITY SO, THEREFORE, COULD NOT REACH HONESTLY A DEFINITIVE

11:40:46 10    CONCLUSION.

11:40:48 11            AND IN SECOND PHASE, WE WIDENED THE LOOK AT

11:40:52 12    PERMEABILITIES SO THEN WE WERE ABLE TO DEVELOP MORE INSIGHT ON HOW

11:40:59 13    PERMEABILITY WAS INFLUENCING THIS WATER TRANSMISSION FLOW

11:41:05 14    CHARACTERISTIC; AND EVEN AT THAT STAGE, AGAIN BECAUSE OF THE LACK

11:41:10 15    OF GOOD INFORMATION, WE DID NOT REACH A FIRM CONCLUSION.

11:41:15 16    Q.  AND BE NEITHER THAT, DR. BEA, YOU INDICATE THAT ILIT DID NOT

11:41:20 17    CONSIDER THE CONSIDERATION OF EXCAVATION WORK, WAS THAT JUST A

11:41:24 18    MATTER OF TIMING?

11:41:25 19    A.  IT WAS A MATTER OF TIMING, INFORMATION, AND RESOURCES.

11:41:33 20    REMEMBER I SAID THAT WE HAD $30,000, WE HAD 36 WONDERFUL PEOPLE,

11:41:42 21    BUT GIVEN THAT WE WERE IN A VERY SHORT TIME CONSTRAINT TO GET THIS

11:41:49 22    WORK DONE, THINGS HAD TO BE EXCLUDED, AND WE DID NOT INCLUDE THE

11:41:57 23    EBIA EXCAVATION WORK.

11:42:00 24    Q.  AND OBVIOUSLY INCLUDING THAT WORK ALTERED YOUR OPINION,

11:42:04 25    CORRECT?

11:42:05 1  A. YES, IT DID.

11:42:05 2  Q. IF WE LOOK, DR. BEA, AT WHAT WE WILL USE AS THE FINAL SLIDE

11:42:11 3  HERE, SLIDE 13, THAT IS YOUR SUMMARY OF WHAT ACTUALLY HAPPENED, YOU

11:42:15 4  RESTATE THE CONCLUSION THAT WE'VE ALREADY TALKED ABOUT WHICH I

11:42:18 5  THINK WE NEED NOT RESTATE HERE, BUT YOUR REASONS INCLUDE THAT THAT

11:42:24 6  CONCLUSION ON UPLIFT PRESSURES IS SUPPORTED BY GEOTECHNICAL

11:42:28 7  MODELING -- YOU DID DO MODELING IN THIS CASE WHICH I'M SURE YOU

11:42:31 8  WILL BE ASKED ABOUT ON CROSS-EXAMINATION, CORRECT?

11:42:33 9  A. THAT'S CORRECT.

11:42:34 10  Q. YOU DID -- YOU INDICATE THAT IT'S CONSISTENT UPLIFT PRESSURE

11:42:37 11  FAILURE CONSISTENT WITH THE FORENSIC SIGNATURE AT THE SITE, DOES

11:42:40 12  THAT GO BACK TO WHAT WE JUST TALKED ABOUT IN TERMS OF JUST USING

11:42:44 13  YOUR EXPERIENCES AS AN ENGINEER, AS A FORENSIC ENGINEER

11:42:48 14  PARTICULARLY, IN LOOKING AT A SITE AND KIND OF APPLYING THAT

11:42:52 15  EXPERIENCE TO DETERMINE WHAT IT FEELS LIKE, IF YOU WILL, ALMOST,

11:42:57 16  INTUITIVELY?

11:42:58 17  A. YES.  THAT'S ACTUALLY IN GEOTECHNICAL ENGINEERING, AND IT'S

11:43:03 18  BEEN DISCUSSED IN THIS COURT BEFORE KNOWN AS THE OBSERVATIONAL

11:43:09 19  METHOD.

11:43:12 20  Q. MUCH BETTER THAN MY WORDY DESCRIPTION.  BUT THIS IS, AS I

11:43:16 21  APPRECIATE IT, DR. BEA, LIKE A CRIME SCENE INVESTIGATOR GOES INTO A

11:43:20 22  CRIME SCENE, THEY IMMEDIATELY SEE THINGS THAT YOU OR I WOULDN'T SEE

11:43:24 23  WHEN WE WALK IN THAT ROOM BASED ON THEIR EXPERIENCE AS A FORENSIC

11:43:27 24  CRIME ISN'T INVESTIGATOR, IS THAT A FAIR ANALOGY?

11:43:30 25  A. YES.

11:43:30 1   Q.  YOU THEN PUT AS YOUR FINAL REPORT, OR EXCUSE ME, FINAL REASON

11:43:34 2   THAT YOUR CONCLUSION IS VALIDATED BY REAL-WORLD EXPERIENCE AND

11:43:39 3   EVIDENCE.  AND WOULD THAT INCLUDE, FOR EXAMPLE -- WELL, DESCRIBE

11:43:44 4   FOR ME JUST VERY BRIEFLY, IF YOU WOULD, THE FIELD VALIDATIONS THAT

11:43:47 5   YOU REFER TO HERE.

11:43:48 6   A.  WELL, THE FIELD VALIDATIONS INCLUDE THE PIEZOMETER MEASUREMENTS

11:43:58 7   THAT I CITED.  THIS VALIDATION FOR ME PERSONALLY HAS BEEN EXTREMELY

11:44:10 8   IMPORTANT.  I AM WORKING WITH SOME OF THE BEST EXPERTS IN THE

11:44:21 9   WORLD.  SOME OF THOSE BEST EXPERTS WOULD MOCK ME, HE CRITICIZED ME

11:44:31 10  IN WAYS THAT MY WIFE WOULDN'T.

11:44:37 11       I HAVE TO TAKE THOSE CHALLENGES, SEPARATE MY PERSONAL

11:44:43 12  SELF AND FEELING FROM THEM AND SAY THE FIRST REACTION IS THEY COULD

11:44:50 13  BE RIGHT.  THEY MAY HAVE MORE CREDENTIALS, THEY MAY HAVE MORE

11:44:57 14  DIPLOMAS, BUT RIGHT IS DETERMINED BY FIELD DATA VALIDATIONS, NOT

11:45:04 15  CREDIBILITIES, JUDGMENT OR COMPUTER PROGRAM THAT IS "PROVEN".  I

11:45:11 16  RELY ON THE GIFT OF THOSE OBSERVATIONS IN THE FIELD.  IF I CAN'T

11:45:17 17  MATCH THEM, I AM WRONG.  THAT IS VALIDATION IN THE REAL WORLD.

11:45:23 18  Q.  IN THIS CASE HAVE YOU MATCHED THEM UP, OPINIONS YOU DREW BASED

11:45:28 19  ON COMPUTER MODELS AND ACADEMIC SETTING WITH REAL WORLD EXPERIENCE

11:45:31 20  OUT IN THE FIELD?

11:45:33 21  A.  IF I DIDN'T THIS COURT KNOWS I WOULD NOT BE SEATED HERE THIS

11:45:36 22  MORNING.

11:45:38 23       MR. SCHULTZ:  THANK YOU, YOUR HONOR, THAT WOULD CONCLUDE

11:45:40 24  OUR FIRST CURSORY, FEAR TO SAY DIRECT EXAMINATION.  WE WILL LATER

11:45:45 25  THIS AFTERNOON OR TOMORROW AFTER CROSS DELVE INTO MORE DETAIL AND

```
11:45:49   1   DOCUMENTATION.  THANK YOU.
11:45:50   2            THE COURT:  LET ME ASK THE DEFENSE TEAM.  DO YOU WANT TO
11:45:53   3   TAKE A BREAK NOW AND THEN START, OR WOULD YOU RATHER START NOW
11:45:59   4   AND -- IT'S UP TO YOU, IT'S A QUARTER TO 12.
11:46:02   5            MR. TREEBY:  YOUR HONOR, WE CAN DO EITHER ONE.  I WOULD
11:46:04   6   NOTE THAT IT HAS BEEN AN HOUR --
11:46:06   7            THE COURT:  YOU HAVE A POINT --
11:46:07   8            MR. TREEBY:  -- SINCE WE HAD A BREAK.
11:46:09   9            THE COURT:  -- YOU HAVE A POINT UNLESS THERE'S ANY
11:46:10  10   OBJECTION UNLESS YOU WANT TO, YOU WOULD PROBABLY RESUME AT
11:46:13  11   1 O'CLOCK, IS THAT REASONABLE?  ALL RIGHT.  THANK YOU.  WE'RE IN
11:46:18  12   RECESS UNTIL 1 O'CLOCK.
11:46:22  13        (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

          14

          15                        *  *  *  *  *  *

          16

          17                    REPORTER'S CERTIFICATE

          18

          19        I, KAREN A. IBOS, CCR, OFFICIAL COURT REPORTER, UNITED
               STATES DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY
          20   CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT, TO THE
               BEST OF MY ABILITY AND UNDERSTANDING, FROM THE RECORD OF THE
          21   PROCEEDINGS IN THE ABOVE-ENTITLED AND NUMBERED MATTER.

          22

          23

          24   _____
               KAREN A. IBOS, CCR, RPR, CRR, RMR
          25   OFFICIAL COURT REPORTER
```