1    IN THE UNITED STATES DISTRICT COURT FOR
     THE EASTERN DISTRICT OF LOUISIANA
2              AT NEW ORLEANS

3    ******************************************************************
     IN RE:  KATRINA CANAL BREACHES
4    CONSOLIDATED LITIGATION
     PERTAINS TO:  MRGO                    Docket No. 05-CV-4182
5        *Armstrong No. 10-CV-866*         September 19, 2012
     ******************************************************************

6

7                   TUESDAY, MORNING SESSION
              TRANSCRIPT OF TRIAL PROCEEDINGS
8       HEARD BEFORE THE HONORABLE STANWOOD DUVAL
              UNITED STATES DISTRICT JUDGE

9

10

11

12

13

     SUSAN A. ZIELIE, RMR, FCRR
14   Official Court Reporter
     HB 406
15   500 Poydras Street
     New Orleans, Louisiana 70130
16   susan_zielie@laed.uscourts.gov
     504.589.7781
17

     Proceedings Recorded by Computer-aided Stenography.
18

19

20

21

22

23

24

25

```
 1   APPEARANCES:
     For the Plaintiffs:              BRUNO & BRUNO
 2                            BY:  JOSEPH M. BRUNO, ESQ.
                              855 Baronne Street
 3                            New Orleans LA 70113

 4                                   THE ANDRY LAW FIRM
                              BY:  JONATHAN B. ANDRY, ESQ.
 5                            610 Baronne Street
                              New Orleans LA 70113
 6
                              BARON & BUDD
 7                            BY:  THOMAS SIMS, ESQ.
                              3102 Oak Lawn Avenue, Suite 1100
 8                            Dallas TX 75219

 9                            DEGRAVELLES PALMINTIER HOLTHAUS
                                   & FRUGE
10                            BY:  MICHAEL C. PALMINTIER, ESQ.
                                   JOSHUA M. PALMINTIER, ESQ.
11                            718 Main Street
                              Baton Rouge LA 70801
12
                              DOMENGEAUX WRIGHT ROY & EDWARDS
13                            BY:  ELWOOD C. STEVENS, JR. ESQ.
                                   BONNIE KENDRICK, ESQ.
14                            PO Box 3668
                              556 Jefferson Street
15                            Lafayette LA 70502

16                            THE DUDENHEFER LAW FIRM, LLC
                              BY:  FRANK DUDENHEFER, JR., ESQ.
17                            601 Poydras Street, Suite 2655
                              New Orleans LA 70130-6004
18
                              FAYARD & HONEYCUTT
19                            BY:  CALVIN C. FAYARD, JR., ESQ.
                              519 Florida Avenue SW
20                            Denham Springs LA 70726

21                            JOANEN LAW FIRM
                              BY:  SCOTT JOANEN, ESQ.
22                            4905 Freret Street, Suite B
                              New Orleans LA 70115
23
                              LEVIN PAPANTONIO THOMAS MITCHELL
24                                 RAFFERTY & PROCTOR
                              BY:  MATTHEW D. SCHULTZ, ESQ.
25                            316 S. Baylen Street, Suite 600
                              Pensacola FL 32502
```

```
 1                                THE TRIAL LAW FIRM, PC
                                BY:  ANDREW P. OWEN
 2                              800 Wiltshire Blvd, Suite 500
                                Los Angeles CA 90017
 3
                                J. ROBERT WARREN, II, A PLC
 4                              BY:  J. ROBERT WARREN, II, ESQ.
                                1718 Short Street
 5                              New Orleans LA 70118

 6                              COTCHETT PITRE & McCARTHY, LLP
                                BY:  PHILIP L. GREGORY, ESQ.
 7                              840 Malcolm Road, Suite 200
                                Burlingame CA 94010
 8
     For the Defendant Washington     STONE PIGMAN WALTHER
 9   WITTMAN
     Group International, Inc.:   BY:  WILLIAM D. TREEBY, ESQ.
10                                    JAMES C. GULOTTA, JR., ESQ.
                                      HEATHER S. LONIAN, ESQ.
11                                    MAGGIE A. BROUSSARD, ESQ.
                                546 Carondelet Street
12                              New Orleans LA 70130

13                                    - AND -

14                              JONES DAY
                                BY:  ADRIAN WAGER-ZITO, ESQ.
15                                    DEBRA S. CLAYMAN, ESQ.
                                      CHRISTOPHER N. THATCH, ESQ.
16                                    CHRISTOPHER FARRELL, ESQ.
                                      JULIA CRONIN, ESQ.
17                                    BRIAN KERWIN, ESQ.
                                51 Louisiana Avenue NW
18                              Washington DC 20001

19   For the Defendant United     US DEPARTMENT OF JUSTICE
       States of America:         CIVIL DIVISION, TORTS BRANCH
20                              BY:  ROBIN D. SMITH, ESQ.
                                      JAMES F. McCONNON, JR. ESQ.
21                                    RUPERT MITSCH, ESQ.
                                      CONOR KELLS, ESQ.
22                                    JOHN A. WOODCOCK, ESQ.
                                Benjamin Franklin Station
23                              PO Box 888
                                Washington DC 20044
24

25
```

```
 1              NEW ORLEANS, LOUISIANA; WEDNESDAY, SEPTEMBER 19, 2012

 2                           9:08 A.M.

 3              THE COURT:  Good morning.  Ready to proceed, sir?

 4              MR. SCHULTZ:  Yes, sir.  I have decided this morning to

 5    leave my outline at the office, but I'm going decided to use my

 6    computer until they can get it here.  So it may be a little

 7    uneven.

 8              THE COURT:  You decided subconsciously?

 9              MR. SCHULTZ:  That's right.

10                        REDIRECT EXAMINATION

11    BY MR. SCHULTZ:

12    Q   Dr. Bea, we talked yesterday about some of the different

13    types of excavations, foundations, pilings, grid trenching,

14    utilities, including the sewer lines, and you talked about the

15    ditch.  We want to move today --

16              MR. SCHULTZ:  If we could pull up, please, Karl,

17    slide -- I think it will be 21, entitled Large Structures.

18    BY MR. SCHULTZ:

19    Q   Dr. Bea, what does Large Structures refer to?

20    A   Structures such as the sewer lift station and the large

21    foundry concrete block with piling at the boat and marina

22    affectionately known as the wedding cake structure.

23    Q   And --

24              THE COURT:  Excuse me.  I just need to ask the court

25    reporter one question.
```

1    THE REPORTER:  Yes, sir.

2    (Discussion held off the record.)

3    THE COURT:  Okay.  This happened a lot quicker than I

4  thought.

5    MR. SCHULTZ:  Great.

6  BY MR. SCHULTZ:

7  Q   Dr. Bea, we talked briefly yesterday about the backfill of

8  the sewer lift station in the context of talking about

9  backfilling in lifts.

10    Can you describe how the sewer lift station was

11  backfilled?

12  A   After they reached the bottom of the sewer lift station,

13  they had to -- well, they found a large amount of concrete

14  supporting the sewer lift station, so they had to break up that

15  concrete and remove it.  So we have an excavation approximately

16  about 22 feet deep.

17    Into that excavation, they first put in

18  approximately 10 feet of spoil from the area.  And, as they are

19  putting in that 10 feet of soil, they're putting in lifts.  And

20  those lifts are approximately 2 feet in thickness.  And they use

21  one of their backhoe, pieces of equipment, to put pressure on

22  those 2 foot lifts to help compact the lifts.

23    On top of that, approximately 10-foot thick base

24  of soil.  They then put in, to the best of my knowledge, a

25  mixture of soil and sand, using a similar compaction technique.

1   Q    And can you give -- was the wedding cake as deep as the

2   sewer lift station, or in that range of 20 to 30 feet?

3   A    Correct.

4   Q    Was it supported by pilings as well?

5   A    Yes.

6   Q    Was it backfilled in a similar manner?

7   A    Yes.

8   Q    Was it backfilled with the same or different materials?

9   A    Similar material.

10  Q    And is there any indication in the records you reviewed that

11  there was testing of the existing soils at either location,

12  wedding cake or sewer lift, to test the density or compaction of

13  those soils before excavating began?

14  A    I could not locate any documentation of native soil

15  densities.

16  Q    And is there any indication in the records you have reviewed

17  that there was compaction testing after the excavation was

18  completed in either location to get an indication of whether it

19  was compacted to the density of the pre-existing soils?

20  A    That couldn't take no measurements of the compaction

21  densities.

22  Q    Can you, in your opinion, achieve sufficient compaction by

23  bucket-tamping, even when you're in 2 foot lifts in an

24  excavation of that nature?

25  A    No.

1    Q    In either excavation?

2    A    That's correct.

3    Q    I want to turn to the next slide, if we could, Dr. Bea, on

4    Transite excavations.  And if you could remind the Court what

5    Transite is.

6    A    Asbestos material.

7            MR. SCHULTZ:  And if we could pull up just as a

8    reference JX 0122-0041.

9    BY MR. SCHULTZ:

10   Q    When were the Transite excavations carried out in relation

11   to this two-phase project that you described yesterday?

12   A    Well, it was conducted in two phases.  I believe the first

13   phase was initiated in 2002, perhaps the end of 2001, and

14   continued for approximately the next two years.

15            And, at the end of that phase, they moved forward

16   and continued to remove Transite and ACM, noted on the

17   illustration as asbestos-containing material, until 2005.  I

18   think, May.

19   Q    And we've pulled up a page from the No Further Action At

20   This Time, the NFAATT report for Boland Marine just to show the

21   Boland Marine site so you could indicate to the Court.

22            First of all, we've heard already about Boland

23   Area 8.  Is that a soil excavation area?

24   A    Yes, it is.

25   Q    When we see the areas generally, the term Area 15, Area 7 or

```
 1   what have you, are those references to areas of soil

 2   remediation?

 3   A    Yes.

 4   Q    And which phase of the project did that happen in?

 5   A    I believe Area 8 is in the first phase.

 6   Q    If we have Area 8 out here toward the canal, is this the

 7   area east of 8?

 8   A    Correct.

 9   Q    And is that an area of Transite excavation?

10   A    Yes.

11   Q    And the focus of what you'll be testifying on for these next

12   few exhibits?

13   A    That's correct.

14   Q    How deep on average, let's say, were the Transite

15   excavations in this northern end of Boland Marine?

16   A    Approximately five to six feet.

17   Q    And do you have a pointer or can you indicate just a general

18   approximation of the north breach zone in relation to this

19   Area 8 and the area east of 8?

20   A    (Witness indicates.)

21   Q    And, as a general practice, if there was a general practice,

22   how were the Transite locations backfilled, Dr. Bea?

23   A    What I'm drawing in here is Surekote Road with a straight

24   line.  The documentation indicates in some cases they used clean

25   material that was located, but the vast majority of what I could
```

1   trace was the river sand that we discussed yesterday.

2            MR. SCHULTZ:  If we could pull up, please, JX 1183.

3   BY MR. SCHULTZ:

4   Q   We've seen a few QARs already, Dr. Bea.  This is a QAR 1025

5   dated November 18, 2005.

6            Is this toward the end of the project?

7   A   That's correct.

8   Q   If we look down to the lower portion, you'll see that an

9   employee is excavating and stockpiling a small amount of

10  nonhazardous contaminated material from the location east of

11  Area 8 and then later backfilled the excavation with sand fill

12  material.

13           The area east of 8, is that the area you just

14  indicated for us?

15  A   That's correct.

16  Q   And the sand backfill is consistent with the practice that

17  you just described.

18  A   That's correct.

19  Q   If we look over at page 3, it indicates that they relayed

20  material for load-out and excavated stockpiled

21  asbestos-containing materials from an area east of 8, backfilled

22  this area with sand late in shift, D41p spread and track-walked

23  and imported sand backfill.

24           What is that describing?

25  A   Well, it's describing how they place the material, what the

```
 1   material was and how they attempted to compact it.

 2   Q    Now, you say:  Attempted to compact it.

 3               Is that -- can you attain sufficient compaction,

 4   in your estimation, for an excavation of this nature and this

 5   proximity to a flood-control project by track-walking sand?

 6   A    No.

 7   Q    Why not?

 8   A    Well, first, we don't put sand that close to a vital,

 9   important structure.

10               And secondly, the compaction effort energy can't

11   reach the types of depths that I described, five to six feet.

12               MR. SCHULTZ:  If we look at JX 1184, please.

13   BY MR. SCHULTZ:

14   Q    This is a QAR, Dr. Bea, No. 1026, for the following day

15   actually, February 19, 2005.  If we look over at page 3, we'll

16   see they are excavating/stockpiling an area east of 8, but broke

17   down in the morning and for the rest of the shift.

18               So, they're still working the area east of 8;

19   correct.

20   A    Yes.

21   Q    And on this day Stranco, if we look down at the bottom, 32

22   loads, 641.12 tons of non-friable Phase II ACM from Area 6 and

23   east of Area 8 hauled to Jefferson Parish landfill.

24               All right.  Is this indicating more than a million

25   pounds of Transite or asbestos-containing materials being hauled
```

1    off that day?

2    A    Yes.

3    Q    And it mentions the area east of 6.

4                   Does the area east of 6 line up with the breach

5    zone?

6    A    Yes.

7    Q    If we look at page 4 --

8         THE COURT:  When we say the breach zone, we're talking

9    about the north breach zone?

10        MR. SCHULTZ:  Yes, sir.  The north breach zone.  Thank

11   you.

12   BY MR. SCHULTZ:

13   Q    There's an indication on this page, Dr. Bea, they're

14   spreading and track-walking the imported sand backfill at

15   Area 2.

16                   Is Area 2 an area further away?

17   A    Correct.

18   Q    But similar practices in terms of Transite excavation and

19   backfill?

20   A    Correct.

21   Q    The last sentence or last two sentences indicate they took

22   over excavating and stockpiling Phase II ACM from the area east

23   of 8, the material was excavated to the west until it met the

24   east boundary of Area 8.

25                   Tell us what that's describing geographically in

1   terms of the breadth of the area east of 8.

2   A    Essentially, we're excavating and backfilling from the west

3   side of Surekote Road to the bank of the Industrial Canal.

4   Q    Because the western boundary -- we have the Area 8 that

5   you've already showed that's on the canal, and this is

6   indicating Transite excavation up to the boundary of Area 8?

7   A    That's correct.

8   Q    So does it in essence cover the entire stretch of Surekote

9   to 8 in that northern end?

10  A    That's correct.

11  Q    All in front of -- is that all in front of the northern

12  breach zone?

13  A    Yes.

14  Q    Or what would become the northern breach zone?

15  A    (Witness nods head.)

16       MR. SCHULTZ:  If we could see 1206, please.

17  BY MR. SCHULTZ:

18  Q    Another QAR, Dr. Bea, this one No. 1048.  And we've moved

19  forward from February to April 10th through 13th of 2005.  And

20  I'd like to look at page 2, if I could.

21       This indicates, Dr. Bea, the person writing the

22  report visually witnessed that the contractor is continuing to

23  use clean backfill material that was excavated from the top of

24  an existing roadway near the power lines to fill in all of the

25  voids that were left after removing the nonhazardous

1    contaminated material from the roadways in question, thus saving

2    funds on sand backfill.

3              So, they're using obviously more than just sand to

4    backfill these excavations?

5    A    Yes.

6    Q    Does this -- do you draw any inferences about what motivated

7    the choice of materials that the WGI used for backfill?

8    A    They were attempting to do it in the lowest cost possible

9    way.

10   Q    Is that an appropriate backfill practice, in your judgment?

11             THE COURT:  Do we have an objection?

12             MR. TREEBY:  Yes, we have an objection.  This witness

13   doesn't know what motivated WGI, and he's talking about WGI's

14   motivation here.  That's in the question.  So I'm objecting to

15   the question as being improper, no foundation for it.

16             MR. SCHULTZ:  And, Your Honor, the question I think I

17   asked was does he draw an inference from the document that he's

18   opining from.

19             THE COURT:  He's drawn that inference, and the Court

20   will draw the ultimate inference if it has any relevance to its

21   ultimate decision.  Go ahead.

22             MR. SCHULTZ:  Could we turn, please, to page 23.  I'm

23   sorry, page 23.

24   BY MR. SCHULTZ:

25   Q    At the bottom of this page, Dr. Bea, we see an indication

1   that BM -- is that Boland Marine?

2   A    Correct.

3   Q    -- 302 tons of sand backfill material delivered on this day

4   for utility pole alignment area, and Murphy pit is indicated.

5                    What was the source of the sand that you used for

6   your demonstration yesterday?

7   A    The Murphy pit.

8   Q    And the utility pole alignment, can you describe in general

9   terms where the utility pole alignment is in the north end of

10  Boland Marine?

11  A    It's immediately to the west of the shoulder of Surekote

12  Road, and there's a line paralleling Surekote Road.

13  Q    If we look at page 52, I think we'll see a diagram of the

14  excavation.  This indicates:  Excavated ACM Transite and utility

15  pole alignment.  We have an indication of Surekote Road and some

16  dimensions, 55 feet by 120 and 260.

17                   Is this corroborative of what you just described

18  in terms of the location?

19  A    Yes.  Yesterday, we saw a photograph of this very area that

20  was looking southward, and you could see the Claiborne Avenue

21  bridge in the background and the line of trailers that were

22  adjacent to the west side of Surekote Road.  And the location of

23  those two large concrete blocks that I drew the Court's

24  attention to are located in this excavation area.

25  Q    So the Transite excavations that we see portrayed here would

1    have reached down to those foundation blocks with the pilings

2    underneath them?

3    A   That's correct.

4          MR. SCHULTZ:  If we could look, please, at JX 1354.

5    BY MR. SCHULTZ:

6    Q   What do we see in these photographs, Dr. Bea?  If we can

7    pull them up.

8    A   Well, at the top there, they're working to excavate this

9    asbestos-contaminated -- asbestos-containing material located

10   east of Area 8, and they're looking southeast at the Boland

11   Marine site.

12   Q   And, if we look at the second photograph, it indicates

13   they're placing imported sand backfill in Phase Two ACM

14   excavation east of Area 8 at Boland Marine.  I believe the Court

15   has seen this photograph before.

16          Is this then the very same Transite excavations

17   and sand backfill east of 8 that you've been discussing in the

18   QARs?

19   A   That's correct.

20   Q   Is there any significance, Dr. Bea, to the pooling of water

21   or liquid that we see in the photograph, in your estimation?

22   A   Well, water has filled in that low-lying area and is being

23   kept in that ponded condition.  But clay material's under it.

24         MR. SCHULTZ:  And if we could go to slide 23, please,

25   Karl.

1    BY MR. SCHULTZ:

2    Q   Dr. Bea, this is, as indicated from JX 1299, which is the

3    WGI groundwater characterization and monitoring report from

4    2005.

5                    And you have made modifications to this; is that

6    correct?

7    A   Correct.

8    Q   Does this figure appear in your report?

9    A   Yes.

10   Q   And why -- what significance or relationship does this have

11   to the excavations that we've been discussing?

12   A   Well, the excavations that we've been discussing extend from

13   Surekote Road to the banks of the Industrial Canal indicated in

14   this figure as the Inner Harbor Navigation Canal, IHNC.  That

15   bank that I'm outlining here and the area is, as noted, the

16   Boland Marine site.  The location of the north breach is

17   indicated for geographic reference.

18                    In 2005, they located in Boland Marine four

19   monitoring wells.  Monitoring Well No. 11 is circled here in

20   red.

21                    The contour lines -- and I'll outline this top

22   one -- indicate the groundwater level that they have detected

23   based on the four monitoring well locations.  Indicates that

24   we've got the groundwater approximately at an elevation of 2

25   feet.  And I'm referring to the reference in this elevation

1    approximately to mean water level.

2               So they, in backfilling, have established a

3    hydraulic contact with the water in the Industrial Canal, and

4    that contact is breached at the northern breach location.  So we

5    have brought the Industrial Canal essentially to the face of the

6    flood wall.

7               These contours immediately attracted my attention

8    because it's in the form of a finger, saying:  Bob, you need to

9    look here because I'm trying to tell you something important

10   about the water as it influences your forensic engineering work

11   to determine causation at the north breach.

12          THE COURT:  What was the date -- could we establish the

13   date that this was --

14          THE WITNESS:  I believe May 2005.

15          THE COURT:  Thank you.

16          MR. SCHULTZ:  And we can verify that.  I believe that's

17   correct, Your Honor.

18   BY MR. SCHULTZ:

19   Q   Dr. Bea, were there borings taken by WGI or at WGI's behest

20   along the toe of the levee in this area?

21   A   Yes.

22   Q   Do those borings tell us anything about the soil profile at

23   the toe of the levee where this water table has been carried up

24   to?

25   A   Yes.

1    Q    What do they tell us?

2    A    Well, essentially, that we've got highly permeable soils

3    under the Surekote Road, but we've got apparently at the roadbed

4    material, but in an attempt to lighten the weight of the

5    material at the Surekote Road overpass right at the northern

6    end.  So we've got a sandy, shelly material overlying directly

7    the swamp marsh deposits.

8    Q    And do you know offhand the borings, for the Court's

9    benefit, that would indicate that, if the Court cares to look at

10   the borings?

11   A    Well, the Court, I think, has the Boring 81A firmly in mind.

12   And it's essentially a coheselest material from top to the

13   interface with the swamp marsh area.

14   Q    And briefly, Dr. Bea, what is the significance of bringing

15   water up to a soil profile of the sort you just described at the

16   toe of the levee?

17   A    Well, we're doing two things.  One, we are facilitating the

18   seepage hydraulic effects going on subsurface.  And we are also

19   markedly influencing the hydraulic activity very, very close to

20   the surface of the ground.

21        MR. SCHULTZ:  And if we could pull up, please, JX

22   01645, the second page.

23   BY MR. SCHULTZ:

24   Q    Dr. Bea, have you seen an email dated August 3, 2005, from

25   George Bacuta of the Corps of Engineers to Richard Lesser of

1   WGI?

2   A   Yes, sir.

3   Q   Copied is Lee Guillory.

4            Remind the Court, if you would, who Mr. Guillory

5   is.

6   A   Well, he's, we'll call it, the lead man for the

7   site-clearing activities for the Washington Group International.

8   Q   And are Mr. Bacuta and Mr. Lesser environmental guys, if you

9   will, or environmental specialists for the Corps and WGI?

10  A   Yes, sir.

11  Q   And if look down to the text --

12           THE COURT:  When you say for the Corps and WGI, I just

13  want to make sure we get that straight.

14           THE WITNESS:  Yes, sir.

15  BY MR. SCHULTZ:

16  Q   Mr. Bacuta is with who, Dr. Bea?

17  A   Bacuta is with the US Army Corps of Engineers.

18  Q   And Mr. Lesser is with WGI?

19  A   That's correct.

20  Q   So this is an email from the Corps to WGI?

21  A   Correct, with a copy to Lee Guillory.

22  Q   And if we look down beginning with the word Note, Mr. Bacuta

23  says --

24           MR. SCHULTZ:  And I apologize for the extended reading,

25  Your Honor.

1    BY MR. SCHULTZ:

2    Q   Note that the 1997 ground report, groundwater flow

3    information, actually the groundwater data, was collected in

4    1993/1992, question mark, indicate the influence of the

5    structures, foundation of buildings, canal drain, et cetera,

6    present at the time on the shallow groundwater flow.  After

7    remediation, the structures are done, the soil subsurface has

8    been modified on account of excavation, removal, new fill.  The

9    current groundwater flow information taken by WGI in May/June

10   2005 points to a flow away from the canal.

11                  What is the significance of this in relation to

12   the slide that we just saw, Dr. Bea?

13   A   Well, it's confirming that finger of water surface

14   elevations pointing directly at the north breach.  And they

15   recognized they've altered the groundwater flow so that now that

16   we've got water flowing from the Industrial Canal directly to

17   potentially under the Lower Ninth Ward.

18   Q   As an engineer, geotechnical engineer, does this send up red

19   flags to you?

20   A   Yes, sir.

21   Q   Because of the phenomenon that you've already described for

22   the Court --

23   A   That's correct.

24   Q   -- concerning the groundwater?

25   A   Yes, sir.

1    MR. SCHULTZ:  And by the way, Your Honor, we just

2    verified the groundwater characterization and monitoring report

3    was August of 2005.

4         THE WITNESS:  Thank you.

5         THE COURT:  Thank you.

6         MR. SCHULTZ:  Can we pull up JX 01695, please?

7    BY MR. SCHULTZ:

8    Q    Dr. Bea, we're going to pull up a boring log from MMG taken

9    back in 2001 at a Boring 25A.

10        Can you orient the Court as to where Boring Hole

11   25A was located.

12   A    The boring series starts at 81.  And, as we go backward from

13   81, we're moving from north to south of the EBIA.

14   Q    And 25 -- does the A indicate the east/west alignment?

15   A    That's correct.  25A's location is at the south breach, and

16   it's located in the center of the northern large bow of the

17   flood wall south of the north end of the south breach.

18        THE COURT:  Counsel, just I don't know if you --

19        MR. SCHULTZ:  Yes, sir.

20        THE COURT:  We have a blank right now.  I assume we're

21   going to go to something else.

22        MR. SCHULTZ:  Yes, sir.

23        If we could pull up page 1.  If we could pull them

24   both and read them, 71 and 72 would be nice.  If we can't, we'll

25   do them one at a time.

 1    BY MR. SCHULTZ:

 2    Q   Are you familiar with these boring logs taken in 2001,

 3    Dr. Bea?

 4    A   Yes, I am.

 5    Q   I think we'll take them one at a time.  Just wanted to walk

 6    through.  If you could describe for the Court what we're looking

 7    at and the film materials or the soil profile, if you will,

 8    reflected by this boring down at the Saucer Marine site.

 9    A   This is in ground surface.  Indicates that for the top 2

10    feet that is comprised of fill, sand, poorly graded, brown fine

11    grained.  And in this location it's a dry at the surface.  And

12    the groundwater monitoring report I referred to earlier

13    indicates that the water at this location immediately adjacent

14    to the south breach is at an elevation of about 5 feet.  So the

15    boring is corroborating the monitoring well elevations

16    interpretations.

17              Under the top 2 feet is another foot of shell.

18              Under the shell is lean clay, some shell in where

19    the Pontchartrain clam shells are shown, until we reach the

20    water table 5 feet below the ground surface.

21    Q   And, if we go down below 5 feet, there's an indication down

22    to 9 feet of no recovery.  And, if we look at page 2, we'll see

23    that goes down to 10, and this is depth in feet.

24              What does that indicate to you based on your

25    engineering experience and the thousands of borings you had told

1   us you had personally performed?

2   A    First, Karl, would you remove the enlargement that you have

3   just for a second?  Thank you.

4              This was a big red flag when I saw they reached

5   the water table and immediately that they can't recover the

6   samples.  And the inference of that is, unlike the photographs

7   that we showed the Court yesterday where we had some material at

8   the bottom of the coring to effectively jam it so that the

9   liquid soils above it couldn't escape from the tube, in this

10  case they were not that lucky, because it appears as though the

11  soils were dropping out of the bottom of the coring tube.  They

12  continue to try from a depth of 5 feet -- and, Karl, you can put

13  the blowup back up if you would -- until they reach 10 feet.

14             So we've got no material that they are recovering.

15  There's no notations that they are seeing signs that they've got

16  something impeding the drill bit, so no wood or those sorts of

17  things.

18             When they reached 10 feet, they reach a clay silt.

19  So it's a silty material, the next grade down from sand.  And

20  they picked up some organics.  And that's a sure sign that we

21  are now encountering fill that was put on top of the swamp that

22  used to be the Lower Ninth Ward.

23             But that process continues to the bottom -- or

24  pardon me -- to 17 and a half feet.  And at that point we

25  encounter -- so we're now for sure into the bottom of the swamp

 1    deposit that overlays the marsh deposit.  So we've got a very

 2    thick location here of permeable material.

 3              THE COURT:  Counsel, I assume you're going to show me

 4    where 25A is.  I don't think we have -- or do you have --

 5              MR. SCHULTZ:  I can do that, Your Honor.

 6              THE COURT:  Because it's a lot more context if the

 7    Court can see precisely where the boring was taken.

 8              MR. SCHULTZ:  Let's take a look at page 13, I'm told.

 9              THE COURT:  Other than that, it could mean absolutely

10    nothing.

11    BY MR. SCHULTZ:

12    Q   You indicated earlier, Dr. Bea, the A series east-west runs

13    where in relation to Surekote Road?

14    A   The 25A is to the east of Surekote Road.  And 25A is at the

15    center of the large bow of the south breach.  So what we're here

16    looking at -- thank you, Karl -- is location of 25A.  The --

17    I'll call it a large bow placed about right is like this to the

18    south.  So we're here at the north end of Saucer Marine.  And

19    here's the borings relative to this center of the large bow that

20    was I just described.

21              THE COURT:  And what was the approximate location of

22    that boring to the flood wall, if you know?

23              THE WITNESS:  The location -- I do know, because I had

24    to check that, too.  They took those borings at the toe of the

25    levee next to the back wall on its westernmost or Industrial

1  Canal side.  And so we're approximately 10 feet, 15 feet away

2  from the I-wall itself.

3          THE COURT:  Sheena, would you print that?

4              And, anybody wants a copy of the print, they can

5  certainly have it.  If you want to use it for cross examination

6  as well.

7  BY MR. SCHULTZ:

8  Q   Dr. Bea, if we can provide a little further context, where

9  the green dot is, to the drain ditch that we talked about

10 yesterday, and then further west the sewer line that you talked

11 about the excavation down to 12 feet, are those running parallel

12 to Surekote Road?

13 A   That's correct.

14 Q   And were there additional excavations, soil excavations,

15 piling excavations and so forth also carried out behind that?

16 A   That's correct.

17 Q   And, by behind that, I mean toward the canal.

18 A   Yes.

19 Q   If in 2001 you have a boring that tells you 10 to 15 feet

20 away from the levee this is the soil profile that you have, and

21 you know that you're going to be digging holes out there, a good

22 many holes, are there -- what precautions should you take as an

23 engineer to prevent any communication of that subsurface water

24 with the soil profile that we see in that boring?

25 A   Get rid of that permeable material.

1    Q    And can you do that through proper backfill and compaction

2    methods?

3    A    Yes.  And chemical treatment as well.

4    Q    And was any of that done, based on your review of the

5    documents, by WGI?

6    A    There's no indication anything was done.

7              MR. SCHULTZ:  If we could look at slide 24.

8    BY MR. SCHULTZ:

9    Q    We just looked the recap or soil excavations, Dr. Bea.

10   We're not going to trying to into detail on all of those.

11              Let me ask you this.  Based on your review of the

12   reports, the sorts of reports we've looked at already, were

13   there soil remediation excavations in both Saucer and Boland

14   that were deep enough to pierce that swamp marsh land?

15   A    Yes.

16   Q    And were there remediation excavations that, in your

17   opinion, would bring that phreatic surface or that water table

18   closer up to the soils of the very type we saw on Boring 25A?

19   A    Yes.

20   Q    At the toe of the levee?

21              If we can shift gears --

22              MR. SCHULTZ:  I want to go to Slide 25, please, Karl.

23   BY MR. SCHULTZ:

24   Q    -- and talk about your causation opinions, Dr. Bea, in the

25   context of everything that we've seen.  We discussed briefly

1    yesterday morning there were -- that part of your analysis in

2    arriving at your conclusions about what caused the breach

3    included your conclusions about what did not cause the breach;

4    is that a fair characterization?

5    A    That's correct.

6    Q    And is this the list of alternate candidates, if you will,

7    that you ruled out?

8    A    That's correct.

9    Q    And we have a slide for each.

10             MR. SCHULTZ:  If we could see the next slide.

11             THE WITNESS:  Could you hold that slide for just a

12   second?

13   BY MR. SCHULTZ:

14   Q    Yes, sir.

15   A    Here's the -- I think I'm getting it about right -- location

16   of the north breach.  And I'll try to get it about right

17   location of the south breach, to be clear.

18             The thing that attracted my attention immediately

19   in terms of total volume of soils removed at the Boland Marine

20   site, they removed approximately 2 million cubic feet of

21   materials, transported it offsite.

22             At the Saucer Marine site, they transported

23   offsite approximately 1 million cubic feet of soils.

24             All of the rest of the sites in terms of

25   transportation of material of the EBIA were location were all

1    substantially lower.  So these two areas stood out as the two

2    areas that have the most disruptive activity on the EBIA site.

3                    The 2 million cubic feel of soil removed is equal

4    to the volume of the hotel that I'm staying at, the

5    Intercontinental Hotel.  If you took the volume of Boland

6    Marine, added to it the approximately 1 million cubic feet at

7    Saucer Marine, you have a volume that is approximately one-half

8    the contained volume in the Shell Building across the street

9    from the Intercontinental Hotel.  That's an awful lot of

10   material.

11   Q    Now, Dr. Bea, they removed a lot of material from the borrow

12   pit at McDonough Marine; correct?

13   A    Correct.

14   Q    And will you be discussing how that differs from the sites

15   you just talked about?

16   A    That's correct.

17                    MR. SCHULTZ:  If we can look at Slide 26, please, Karl.

18   BY MR. SCHULTZ:

19   Q    I don't want to be detained here for long, Dr. Bea.  I think

20   you pretty well covered it yesterday.

21                    But the first thing that you ruled out as a

22   candidate for causation was a rouge barge.  You have stated your

23   conclusion here a rouge barge did not cause either breach.  If

24   you could in a paragraph explain the basis for that.

25   A    The forensic engineering studies that this Court heard for

1  three weeks concerning the rouge barge and the implausibility of

2  it as causation of either north breach or south breach.  So I

3  think the Courts needs no reminder of the intensity and extent

4  of that work.

5  Q    Thank you.

6              And we can move to the following slide, which

7  deals with overtopping induced scour at the north breach.  You

8  state the conclusion overtopping did not cause the north breach.

9              Is that your opinion?

10 A   Yes, it is.

11         THE COURT:  Any objection to reference to this is

12 preserved.

13              Go ahead.

14 BY MR. SCHULTZ:

15 Q    In terms of overtopping, do we have both a surge component

16 and a wave component?

17 A   Yes, sir.

18 Q    You told the Court yesterday that you have designed, I think

19 you said, more than 20 offshore platforms.

20              Have you designed offshore platforms in -- how

21 many oceans in the world have you designed those platforms?

22 A    It's in fact more than 30.  And I've designed them in seven

23 different oceans.

24 Q    Have you designed them in the North Sea?

25 A    Yes.  Two of them.  One is known as the Brent platform,

1  B-R-E-N-T.  And that's the -- it's called Brent Crude that's

2  referenced on the stock exchange price of oil.  So that platform

3  is a key production structure in the North Sea.  I think, today,

4  we quarter on that structure approximately 200 people.

5              That location is particularly challenging because

6  the platforms can't be evacuated before the storms.  So part of

7  my work was to go through the process of developing

8  recommendations for design criteria where, if I'm wrong or we're

9  wrong or the decision is wrong, we're going to kill a lot of

10 people.  So this is being done very cautiously.  We worked very

11 carefully with the United Kingdom government and paid a great

12 deal of attention to the wind, wave current, oceanographic

13 conditions.  That structure, I think, is going to have a

14 lifetime longer than mine.

15 Q   For each of these offshore platforms that you designed, did

16 it require a fundamental knowledge, a complete knowledge of

17 waves in order to properly design the platforms?

18 A   Yes.  It wasn't just an understanding, but we had to have

19 analytical processes to calculate the water velocities and

20 accelerations and the movements.  And those very complex

21 hydrodynamic models had to be validated with full-scale

22 measurements performed in large seas.  When I say large seas,

23 100 feet high waves.

24              I received a special recognition from the oil

25 industry for my contributions and to the knowledge of wind, wave

1    and currents and the forces associated therewith.

2    Q    Dr. Bea, you said yesterday that you considered waves in

3    your analysis for this case.

4                    Did you actually include discussion of waves in

5    your original report?

6    A    Yes, I did.

7    Q    I want to look at your first reason for your conclusion that

8    overtopping did not cause the north breach.  And the bullet

9    point says:  No surge overtopping before the north breach

10   occurred.

11                   Are we separating out here surge from waves for

12   the moment?

13   A    Yes.  And that's tricky, because frequently some experts, as

14   they talk about a surge, they are including waves in that

15   process.  Others that are more cautious will discriminate

16   between the surge and the waves.

17                   The surge is basically the average water surface

18   on which waves are traveling.

19   Q    Is it your opinion, Dr. Bea, before we walk through this,

20   that the north breach wall failed at the north breach at

21   approximately 6 a.m. and 6:15 on the morning of August 29th?

22   A    Just a second.  Let me check something.

23                   (Pause in proceedings.)

24   BY MR. SCHULTZ:

25   A    That is correct.  And the wave heights, significant wave

1    heights -- and I need to define for the Court, significant

2    doesn't mean it's just significant.  Significant means it's the

3    average of the highest one-third waves that comprise that sea

4    state, and that significant wave height has a direct connection

5    to the energy being transported by that sea state.

6              For example, if I had a significant wave height of

7    2 feet and approximately an hour of that sea state, I would have

8    a maximum wave height of about 1.7 times that significant wave

9    height.  And that would be -- 3.4 would be the maximum wave

10   height that would be in this particular sea state.

11   Q   Let me -- I want to walk you through that a little more

12   slowly, if we could, Dr. Bea.

13             For the moment, let's put waves aside and let me

14   tell you that we have a stipulated wave height at 6 a.m. at 11.3

15   feet -- surge height at 11.3 feet.

16             THE COURT:  Just a minute.

17             Mr. Treeby.

18             MR. TREEBY:  I think counsel may have just corrected.

19             THE COURT:  He did.  Because -- he wasn't helping his

20   case with the 11-foot wave height.

21             MR. TREEBY:  But I was also getting up to re-urge my

22   objection.  This witness is now going into depth and into wave

23   theory and into all kinds of stuff about waves.  There's nothing

24   about wave theory in his report.  Makes general conclusions.

25   There's nothing about that.  We would have examined him on that,

1    he should have been qualified as an expert in it to be making

2    these kind of statements about wave theory.  His experience in

3    the North Sea, all that's very wonderful, but it's not in his

4    opinion.  We didn't examine him on it at his deposition because

5    of that.  So I re-urge my objection.

6              MR. SCHULTZ:  If I --

7              THE COURT:  Want to respond to that, sir?

8              MR. SCHULTZ:  Just briefly.

9                   He's reading from his report where you'll find at,

10   I think at page 20 or 22, a table where he sets up by the hour

11   significant events during the storm.  And one of the columns is

12   the wave height through the entire duration of the surge and the

13   storm.

14                   There are numerous other references to wave

15   involved in his report.  It's referenced in his rebuttal report.

16                   If they chose not to dig underneath that, they

17   have to live with the consequences.

18             THE COURT:  I'm going to overrule the objection.  Let

19   it be made general.  And let's proceed.

20   BY MR. SCHULTZ:

21   Q   I think the way to explain --

22             MR. SMITH:  Your Honor, I would like it to be noted for

23   the record that we join in Mr. Treeby's objection.

24             THE COURT:  Absolutely.  The government is joining in

25   the objection that this is in essence beyond the scope of the

 1    expert report and beyond, I assume, what he was tendered as an

 2    expert as well.

 3              MR. TREEBY:  Thank you, Your Honor.

 4    BY MR. SCHULTZ:

 5    Q   Dr. Bea, we have a stipulated surge height of 11.3 feet at 6

 6    a.m.  Taking -- what is the lowest elevation opined upon to your

 7    knowledge in this case of the north breach site wall, the top of

 8    the wall at Boland Marine?

 9    A   Approximately 12 feet.

10    Q   And, in fact, I think Dr. Marr may have put down a little

11    lower.

12    A   Yes.  I think he identified it at 11.8 feet.

13    Q   Are you aware of anyone who is of the opinion that surge

14    overtopping preceded the north breach?

15    A   No.  None of the investigations have reached such a

16    conclusion.

17              THE COURT:  When you say anyone, are you including the

18    defense experts in this case, Counsel?  I'm asking you that.

19              MR. SCHULTZ:  I am, Your Honor.

20    BY MR. SCHULTZ:

21    Q   Dr. Bea, is it your opinion that there was no surge

22    overtopping before the wall failed at the north breach?

23    A   That's correct.

24                    One thing I would like to add to what I said

25    about the waves, those waves are the waves being generated in

1   the Industrial Canal.  They, in this case, represent waves that

2   are of these characteristics attacking the west side of the

3   canal, not the east side.  And that's because the Corps learned

4   about a bias technique, meaning the wind direction is from the

5   northeast-east, propagating waves to the west side of the canal,

6   away from the north breach/south breach location.

7   Q   And I want to ask you questions about that, Dr. Bea.

8               First of all, I want to go back to, let's say,

9   5:00 o'clock a.m.  We have a stipulated surge height of 10.3

10  feet at 5:00 o'clock a.m.  And I want you to assume for me

11  hypothetically, let's say you have a 3 foot wave at 5 a.m. and a

12  10.3 foot surge height.  And I want you to assume for me

13  hypothetically that those waves are moving from the west to the

14  east up against the north wall where the north breach occurred.

15              Is it your -- do you have an opinion on whether

16  under those conditions there would be sufficient wave

17  overtopping to create a scour trench on the backside of the

18  flood wall sufficient to compromise the integrity of the flood

19  wall?

20  A   Please correct me if I've got the wrong figures.  You

21  stipulated 11.3 feet for the surge elevation and a 3 foot high

22  wave at the north breach location east side of the Industrial

23  Canal, the approximate water elevation at the crest of that

24  wave --

25  Q   Dr. Bea, can I back this up a little bit?

1          THE COURT:  Stipulate 10.3.  So you've got to add 3 to

2    10.3, you get 13.3.

3          MR. SCHULTZ:  That's what we'll discuss.

4          THE COURT:  Let's do it crisply, please.

5    BY MR. SCHULTZ:

6    Q   5:00 o'clock a.m., 5:00 o'clock a.m., we're at the north

7    breach site.

8    A   Got you.

9    Q   There's a stipulated surge height at 10.3 feet.

10   A   Got it.

11   Q   I want you to assume for me there is a 3 foot wave.

12   A   Okay.

13   Q   Moving from west to east.  An assumption:  3 foot wave, 10.3

14   foot surge height, waves moving west to east over the wall at

15   the north breach section.

16              Under those conditions, would the one hour of wave

17   overtopping between the 5 a.m. and the 6 a.m. breach that you

18   opined be sufficient to create a scour trench deep enough

19   compromise the integrity of the flood wall at the north breach

20   side?

21   A   Absolutely not.

22   Q   If we assume a 5 foot wave at 5 a.m. on top of a 10.3 foot

23   surge for one hour of overtopping under those conditions, would

24   you create a scour trench deep enough to compromise the

25   integrity of the flood wall at the north breach section?

1    A    No, You would not.

2              THE COURT:   Now, we have empirical evidence of what the

3    scour trench actually was?

4              THE WITNESS:  Yes, sir.

5              THE COURT:   That seems to get right to it.

6    BY MR. SCHULTZ:

7    Q    Let me ask you this question first.

8              THE COURT:   He testified to that already, but we can go

9    ahead.

10   BY MR. SCHULTZ:

11   Q    First of all, what are the -- what is your understanding of

12   the defense experts' opinion on how deep the scour trench would

13   have to be in order to compromise the flood wall at the north

14   breach?

15   A    I believe Dr. Marr determined it would need to be 5.7 feet

16   deep.

17   Q    And did Dr. Silva opined that a shallower trench could

18   compromise the flood wall?

19   A    His statement -- and I can be corrected because

20   Dr. Silva-Tulla is here -- is that the wall for a 4 foot deep

21   scour trench would then have unsatisfactory performance.  And,

22   if you take unsatisfactory performance as being complete

23   breaching, then that would indicate a 4 foot trench to, quote,

24   fail.

25   Q    Have you measured the scour trench or inferred the depth of

1   the scour trench based on your investigation of the site?

2   A   Yes, sir.

3   Q   At the north breach zone?

4   A   Yes, sir.

5   Q   Was there a scour trench 5.7 feet?

6   A   No, sir.

7   Q   Was there a scour trench that exceeded 4 feet in depth?

8   A   No, sir.  I couldn't find any.

9   Q   I asked you hypothetically to assume that the waves that we

10  were discussing were moving from west to east.

11              In your opinion -- and you have a bullet point on

12  this -- that easterly winds prevent substantial wave

13  overtopping.

14              In your opinion, based on the prevailing winds,

15  would there have been winds moving from west to east before the

16  6 a.m. breach in the north zone?

17  A   No.

18  Q   Which way would the waves have been moving?

19  A   From east to west.

20  Q   And do we have any empirical evidence or onsite evidence to

21  corroborate that opinion?

22  A   Yes, we do.

23  Q   And what is that?

24  A   Well, the measurements of the scour trench that I defined

25  before, and the 3 to 4 foot scour trenches, represent the

1 features that were developed during the entire storm, well

2 before -- or well after 6 a.m.  So the inferred scour trenches

3 at the north breach would have been much less than 3 to 4 feet.

4 Q   And, to make sure we're clear on that, the scour -- there

5 was not a scour trench left, was there, at the north breach

6 zone, because it had all washed away?

7 A   That's correct.

8 Q   But did you study the scour trench immediately adjacent to

9 the north breach?

10 A   Very correctly.

11 Q   And that was at 3 to 4 feet?

12 A   That's correct.

13 Q   And that particular section of the wall, because it stood,

14 if I understand your testimony, experienced much more

15 overtopping because it stood for several more hours of the

16 storm; correct?

17 A   That's correct.

18 Q   Was there a scour trench on the west side or immediately

19 across from the north breach zone?

20 A   Yes.

21 Q   And how deep was the scour trench at its deepest anyway at

22 the west side of the IHNC?

23 A   I think we recorded a scour trench depth at that location

24 between 5 and 6 feet.

25 Q   And is that consistent with waves moving west to east or

1    waves moving east to west?

2    A    Waves moving from east to west.  They're following the wind.

3    Q    And was the wall still standing where there was a 6 foot

4    scour trench on the west side?

5    A    In several cases, yes.  Port of New Orleans is a good

6    example.

7    Q    Now, your second bullet point or second reason for your

8    conclusion on overtopping is that there is no plausible

9    explanation for the requisite scour depth.  We've talked about

10   the winds.  We've talked about your empirical investigation of

11   it.  You have a bullet point that says generalized analytical

12   models do not explain a localized failure.

13              And can you tell us what that refers to, first of

14   all.

15   A    Well, the first one again -- the Court has heard this

16   particular point -- are analytical models, generalized, are

17   treating a wide slide failure surfaces.  As the Court learned,

18   as that failure surface is narrowed, the factors of safety

19   associated with the narrow feature compared to the wide feature

20   is increasing substantially.

21              For example, for a wide feature having a factor of

22   safety of 1.0 for its loading.  At the very narrow feature, for

23   the same loading condition, it would have a factor of safety in

24   excess of 2.

25              A factor of safety needs to be defined as the

1    ratio of the total lateral force exerted on the flood wall levee

2    system.  And that is going to be divided into the total

3    resistance provided at the levee flood wall.  So it's a ratio of

4    resistance or capacity to the demand for the imposed loading.

5    Q   Is there a way -- can you draw an analogy that would help

6    us -- first of all, whose models are we talking about when you

7    talk about generalized analytical models?

8    A   These are ones being used by the defense experts.

9    Q   And can you draw an analogy that would help illustrate what

10   you're talking about that's a little freer of engineering speak?

11   A   Yes.  But perhaps one that would get me out of the drawer,

12   so to speak, would be a drawer.  If the drawer were very wide,

13   the frictional resistance on the size of the drawer would be

14   very small compared with the frictional resistance on the bottom

15   of the dresser drawer.

16              If the drawer is very narrow, the primary

17   resistance to pulling the drawer open comes from its sides.

18   That's because the bottom is so small relative to the frictional

19   surface, but it's the sides that are governing the force

20   required to pull that drawer out or push it in.

21   Q   And how does that relate to the models that you are

22   describing that the defendants used to characterize or analyze

23   the breach?

24   A   A wide drawer.

25   Q   Okay.  Can you elaborate on that a little bit.

1   A    Well, the primary resistant forces are not including the

2   side forces that would be associated with the narrow feature.

3   Q    If I understand you, you're analogizing their models to --

4   they did them as if it were a wide drawer, but it's really a

5   narrow drawer, and they failed to account for the friction on

6   the sides?

7              THE COURT:  If you could --

8              THE WITNESS:  The breach, Your Honor.

9              THE COURT:  Not to sound like certain politicians.

10             THE WITNESS:  The breach, for example, at the north

11   breach, is approximately 180 feet.  And I think Dr. Marr

12   determined it was approximately 200 feet in width.

13             But the initiation being considered is local,

14   perhaps a width of one of the concrete panels at the north end

15   of the north breach.  That 60-foot-wide panel has a factor of

16   safety that is much higher than the entire breach analytical

17   model.

18   BY MR. SCHULTZ:

19   Q    Now, your final bullet point on this north breach

20   overtopping involves the effect of the tension crack or the

21   tension gap.  Before you explain the significance of that, can

22   you tell us -- you have already told us there are two -- tell us

23   which gap you're talking about and describe it for the Court,

24   please.

25   A    That's very important because tension gaps at the north

1    breach have been discussed in two forms.  One form is the

2    tension gap that develops at -- yes, develops at the north end

3    of the north breach.  So it's local.  We're pulling the sheet

4    pile wall or putting it into tension, a narrow gap.

5                    The other gap is formed as the flood wall is being

6    leaned or pushed over by the surge.  The crack opens up on the

7    water side.  And, at that point, water can flow up into the

8    crack.  That results in a significant increase in the lateral

9    loading the wall experiences.  It also provides a seepage

10   connection that is important.

11                   The tension gap is much like you would develop if

12   you attempted to excavate soil that was underwater with a

13   shovel.  So you put the shovel into the soil underwater, push

14   the handle of the shovel over, a crack will open up, and it's

15   that crack that I'm referring to.

16                MR. SCHULTZ:  And I apologize for that interruption,

17   Your Honor.

18   BY MR. SCHULTZ:

19   Q   How do does that relate -- can you tie the tension gap back

20   into where this fits in, if you will, with the slide that you're

21   describing that there's no plausible explanation in terms of

22   scour trenching?

23   A   Please repeat your question.

24   Q   Sure.  You have given us a description of the tension gap

25   and its effects, and I'm trying to tie it back into your overall

1    conclusion about overtopping not being a sufficient explanation.

2    So we understand how the tension gaps work, we understand it's

3    contribution based on your description.  I want to understand

4    how it relates to the overall conclusion.

5    A    Well, the tension gap being cited here is the localized

6    scour at the north end of the north breach.  And the evaluations

7    that I've made say -- I couldn't develop a requisite scour depth

8    of the order of 4 to 5.7 feet with that flow of water.

9    Q    And if we --

10         MR. SCHULTZ:  Because I think we're reaching the hour,

11   Your Honor.

12   BY MR. SCHULTZ:

13   Q    If we --

14         THE COURT:  Let me ask a question.

15         You talked about two tension gaps that existed at

16   the north breach.

17         THE WITNESS:  Yes, sir.

18         THE COURT:  One of the tension gaps, if I'm using the

19   phrase correctly, was where the -- and, to put it crudely, the

20   old flood wall, the 60s foot wall met the 80s foot flood wall.

21   Is that correct?

22         THE WITNESS:  Yes, sir.

23         THE COURT:  And it's your opinion that any gap that

24   developed there was not causative of the failure of the north

25   breach?

```
1              THE WITNESS:  Correct.

2              THE COURT:  All right.

3              MR. SCHULTZ:  Thank you, Your Honor.

4   BY MR. SCHULTZ:

5   Q   Closing out on the north breach, Dr. Bea, does it all in

6   essence come back to whether there's a scour trench there as to

7   whether -- the requisite scour trench you've described as to

8   whether overtopping was a substantial contributing factor?

9   A   Correct.

10  Q   And it's your opinion, to be clear, there was no surge

11  overtopping of the breach?

12  A   Correct.

13  Q   And there was not sufficient overtopping, if any, before the

14  breach?

15  A   That's correct.

16  Q   And, based on your investigation of the site, there was not

17  a scour trench sufficient even by the defense standards;

18  correct?

19  A   Yes.

20             MR. SCHULTZ:  If we could take a break.

21             THE COURT:  Yes.

22             And Counsel, am I to understand, just to get an

23  idea of the progress of your testimony, are you going to end

24  with going to Dr. Bea's modeling?  Are you going to get into

25  that?
```

 1          MR. SCHULTZ:  I think it got pretty well plowed

 2   through, Your Honor.  We're going to talk about the south

 3   breach, we are going to talk about the underseepage and we're

 4   going to talk about the piezometers.  And I think we can do that

 5   in an hour, an hour and a half at the most.

 6          THE COURT:  All right.  Thank you.

 7          CASE MANAGER:  All rise, please.

 8              (Proceedings in recess.)

 9              DIRECT EXAMINATION (CONTINUED)

10   BY MR. SCHULTZ:

11   Q   If we could look at the next slide, please, Dr. Bea, I'd

12   like to look at the south breach and hopefully eliminate any

13   redundancies with the north breach we just discussed.

14              But let me start with this question.  Is it your

15   opinion that the initial wall failure at the south breach was in

16   the 7 a.m. to 7:15 a.m. range?

17   A   That's correct.

18   Q   We have a stipulated surge height at 6 a.m.  I'm going back

19   an hour in time from that wall failure you just opined.  A

20   stipulated surge height of 11.3 feet at 6 a.m.

21   What is the lowest wall elevation that you're aware of any of

22   the experts opining at the south breach location?

23   A   12 feet.

24   Q   12 feet?

25   A   12 feet.

1    Q    So I apologize for not asking that first.

2                    So I want you to assume the lowest elevation is

3    the 12 foot wall.  I want to go back to 6 a.m., with an 11.3

4    foot surge height.  I want you to assume there are 3 feet of

5    waves moving from west to east against that wall --

6             THE COURT:  Just a minute.  We have an objection.

7                    Yes, sir.

8             MR. SMITH:  Yes, Your Honor.  If Mr. Schultz is asking

9    him to make assumptions that are not in his expert report, then

10   this is beyond the scope of his expert report.

11            MR. SCHULTZ:  Your Honor, this is a hypothetical --

12            THE COURT:  The Court has ruled that in the event he

13   not find these things were causative and he found what was

14   causative he may testify as to what he eliminated as causes.

15   That's my ruling.  I assume by finding -- I'm making an

16   assumption that by finding the breach was not caused by this,

17   that he examined this.

18            MR. SCHULTZ:  That's correct, Your Honor.

19            THE COURT:  And I'm not sure that one has to put

20   everything -- all of his differentials into the report.

21                    I understand your objection.  It's noted for the

22   record.  Certainly a reasonable objection.  And I'm going to let

23   him testify as to this.

24            MR. SMITH:  I will delve into it on recross, if I may,

25   Your Honor.

1        THE COURT:  You certainly may.

2        MR. SCHULTZ:  And I would add, Your Honor --

3        THE COURT:  I'm not going to restrict recross much.

4        MR. SCHULTZ:  This is also in the nature of rebuttal as

5   well, Your Honor, which he did rebut on.

6   BY MR. SCHULTZ:

7   Q   Now, Dr. Bea, let's assume that --

8        THE COURT:  When you say he did rebut on it, you mean

9   in his rebuttal report?

10        MR. SCHULTZ:  Yes, sir.

11        THE COURT:  All right.  Go ahead.

12   BY MR. SCHULTZ:

13   Q   Dr. Bea, I want you to assume again a 12 foot height at the

14   south breach location.  I want you to go back to 6 a.m. with our

15   stipulated 11.3-foot surge height.  I want you to assume there

16   are 3 foot waves moving from west to east against the wall.  And

17   I want to ask your opinion on whether, under those conditions,

18   you would have a sufficient overtopping to create a scour trench

19   of greater than 4 feet on the backside at the south breach

20   location.

21        MR. SMITH:  Your Honor, I'm going to object.  This is

22   vague.  There are not facts in this scenario for this to be a

23   meaningful opinion.  We don't know how long these conditions

24   existed.  That's certainly a relevant part of any opinion that

25   Dr. Bea has to give.

1       THE COURT:  I note your objection, and I'm going to

2  overrule, but certainly let you explore it on cross examination.

3       MR. SMITH:  Thank you, Your Honor.

4  BY MR. SCHULTZ:

5  Q   One hour of overtopping from 6 a.m. at the stipulated

6  heights that I give in my hypothetical, would you have

7  sufficient overtopping in your opinion to create a scour trench

8  of greater than 4 feet on the backside of the flood wall at the

9  south breach location?

10 A   No.

11 Q   Now, let me ask you, based on your investigation, in fact,

12 would there have been, in your opinion, 3 foot waves moving from

13 west to east between 6 and 7 a.m. on the morning of the breach?

14 A   No.

15 Q   And is that for the reasons you discussed, weather-related

16 reasons you discussed in connection with the north breach?

17 A   That's correct.

18 Q   In your opinion, which direction would the waves be moving?

19 A   At 6 a.m., they would be moving from east to west.

20 Q   And you talked about corroboration of that in terms of a

21 west side scour trench in connection with the north breach.

22              Does that reasoning apply to the south breach as

23 well?

24 A   That's correct.

25 Q   Is it also true at the south breach that you studied the

 1   sections adjacent to the breach section, the scour trenches in

 2   particular?

 3   A   Yes.

 4   Q   And what were the depths of the adjacent sections?

 5   A   3 to 4 feet.  And the 3 to 4 feet represents the scour

 6   trench depth during the entire Hurricane Katrina conditions.

 7   Q   You have a bullet point here that low wall elevation is

 8   irrelevant.

 9           Can you briefly explain what that refers to in

10   terms of your reasoning?

11   A   Well, it's relevant for several reasons.  The amount that it

12   is lower is not sufficient to explain scouring.

13           It's also irrelevant because of the uncertainties,

14   natural uncertainties, variabilities, in the hydrodynamic

15   conditions.  Those uncertainties far swamp a 6 inch potential

16   elevation difference.

17   Q   And so the record is clear, you just mentioned a 6 inch

18   elevation difference.  Is that what you mean by the low wall,

19   that the point at the breach was 6 inches lower than other

20   elevation points of the wall?

21   A   Correct.

22   Q   You have a point also that erosion modeling is riddled with

23   errors.

24           Whose erosion modeling are you referring to there?

25   A   Well, the only erosion model I'm aware of was performed by

1    the defense and Dr. Allen Marr.

2    Q    Did you include discussion of this in your rebuttal report?

3    A    Very thoroughly.

4    Q    You mentioned graphs.  What is the reference to grass in

5    relation to errors or deficiencies in the defendant's erosion

6    modeling in your opinion?

7    A    Well, the erosion model did not address grass at the

8    location and the effect of the grass and the root structure in

9    preventing erosion.

10        MR. SCHULTZ:  Can we see PX 33760126, please.

11   BY MR. SCHULTZ:

12   Q    What we'll be seeing momentarily, Dr. Bea, are two

13   photographs from the year 2000.  And I'd like for you to tell

14   the Court, if you would, what we're seeing when the photographs

15   come up.

16        MR. SCHULTZ:  If we can zero in on the pictures.

17            Actually, that's 0016.  We need 0126.  Thanks.

18   BY MR. SCHULTZ:

19   Q    Are these photos of the backside of the flood wall, Dr. Bea?

20   A    Yes, sir.

21   Q    Was there grass on the backside of the flood wall?

22   A    Yes, sir.

23   Q    And is that the grass that was not included in Dr. Marr's

24   erosion model?

25   A    Yes, sir.

1    Q    What effect would the presence of that grass have on scour

2    with water coming over the backside of the flood wall at the

3    north breach and south breach location?

4    A    Both the field measurements, analytical experiments indicate

5    that it will take one to two hours of severe overtopping, surge

6    overtopping, continuous, to remove that grass cover.

7    Q    If we have -- if we take the 12 foot wall elevation,

8    Dr. Marr's 12 foot wall elevation, and the stipulated surge

9    height at 7 a.m. of 12.3 feet, do you have enough overtopping to

10   even scour away the grass on the backside of the flood wall, in

11   your opinion?

12   A    Only if it was very sparse.  But basic answer is no.

13        MR. SCHULTZ:  If we could go back to the slide, please,

14   Karl.  And that's slide 28.

15   BY MR. SCHULTZ:

16   Q    You mention, also, Dr. Bea, the soil plasticity as one of

17   the deficiencies.

18        Can you briefly describe what you mean by that?

19   A    Well, the soil plasticity is reflecting the cohesive nature

20   of the soils.  If I have a high plasticity soil, frequently

21   called fat clay, that's very, very different than a low

22   plasticity soil, perhaps being lowered by silt, sand, that's

23   much more erodible than the fat clay.

24   Q    And how does that relate to the soils that were actually out

25   there on the backside of the flood wall at the north and south

1    breaches to what was modeled by Dr. Marr in terms of soil

2    plasticity?

3    A    Well, Dr. Marr used a low plasticity soil compared with the

4    high plasticity soils that I found personally at the -- along

5    the entire alignment.  I had equipment with me as I walked the

6    scour trench, and the defense experts have a picture of me in

7    that scour trench, and I was testing the soil along the entire

8    length to determine its characteristics.  Nowhere did I find low

9    plasticity soil.

10               In addition, the Corps of Engineers made a very

11   detailed study of erosion at this location, and they didn't find

12   low plasticity soil either.

13   Q    And, if you take the model you've told us that you examined

14   by Dr. Marr and you replace the soils that he assumed in his

15   model with the soils of the sort that you found out on the site,

16   what effect does it have on the depth of the scour trench at any

17   given point in time?

18   A    It reduces it substantially.

19   Q    And finally, Dr. Bea, you mention that the erosion modeling

20   is not validated.

21               What does that refer to?

22   A    Well, I discussed it yesterday in that Dr. Marr develops a

23   very complex model to describe the fluid mechanics and a

24   comparable complex model to determine the erosion mechanics.

25   And, very truthfully, in his appendix describing the details, it

1    admits that the complex model is not validated.

2    Q   Although it's not on the slide, let me ask you, Dr. Bea, is

3    there had a tension gap also at the south breach similar to the

4    tension gap you discussed at the north breach at the time of the

5    breach?

6    A   Yes.  And the tension gap, for the Court, that I'm

7    responding to is the one that happens as the wall is leaning

8    under the imposed surge water.

9    Q   And does that tension gap, in your opinion, play any

10   causative role in the failure of the wall at the south breach?

11   A   Causative in the sense that it adds forces that the wall has

12   to withstand.

13   Q   If you have assumed no excavation work on the EBIA in the

14   years preceding the storm, the excavation work that you've

15   reviewed in the documents, does the tension gap at the south

16   breach alone cause failure, in your opinion?

17   A   No.

18   Q   Do we have -- does the near-breach scenario at McDonough

19   Marine corroborate that opinion in any way?

20   A   Yes, it does.  In fact, that's the very reason that I spent

21   a great deal of time, together with Mr. Cobos-Roa, a doctor or

22   to-be doctor, we spent hours studying that near-breach site.

23            The near-breach site has an erosion trench that is

24   characteristic of our going through the entire history of

25   Katrina.  The near-breach site had obvious features showing a

1  tension gap had developed and it stands there silently saying:

2  See, I didn't fail.

3          THE COURT:  Counsel, at this time -- I was going to ask

4  Dr. Bea some questions after your examination, but I'm going to

5  do it now.  And just a short series of questions.

6              Dr. Bea, I understand that your ultimate opinion

7  is that uplift pressures were a substantive cause of both

8  breaches.

9          THE WITNESS:  Correct.

10          THE COURT:  And that the upward pressures were

11  exacerbated by the excavations and lack of backfill by WGI

12  and/or the Corps.

13          THE WITNESS:  Correct.

14          THE COURT:  Have you done any modeling that would show

15  what the uplift pressures would be without those excavations,

16  that's in your report?

17          THE WITNESS:  Yes.

18          THE COURT:  Can you tell me what modeling that is?

19              And are we going to get into that, Counsel?

20          MR. SCHULTZ:  I did not intend to, so I'm glad that you

21  are, Your Honor.

22          THE COURT:  Well, it's important to me.

23          THE WITNESS:  The near-breach site has an excavation

24  that, as Dr. Marr's cross-section identifies correctly, and I

25  discussed this yesterday, the excavation is not in contact with

1    the buried swamp marsh deposit that is transmitting these uplift

2    pressure forces.  So it's empirical evidence in the field that,

3    if you don't have any uplift pressure, you don't have failure.

4            THE COURT:  And, in essence -- and I'll ask you this,

5    Are you -- and I guess -- I hate put it all on you, but are you

6    stating in essence that, for the Court to reach the opinion that

7    the excavations contributed in a sufficiently -- from a

8    causative manner to be legally causative to the failure, I have

9    to use inductive reasoning rather than deductive reasoning?

10   A    No.  In fact, you don't.  One of the things that came from

11   the study was, particularly at the north breach, we end up with

12   the same answer.  And, at the south breach, it's the inductive

13   technique that clearly explains the failure.

14            The deductive one is close behind it, meaning, if

15   I define failure as 1.0 for the south breach, the deductive

16   technique would have a factor of safety of 1.1.

17            So they are different.  But if you consider the

18   uncertainties associated with what we're doing, they are the

19   same.  So the two techniques actually done in different ways by

20   different people go to the same answers.

21            THE COURT:  I guess let me see if I can ask my question

22   more precise.

23            Did you do any calculations which have been --

24   were in your report, which calculate the uplift pressures

25   without the excavations?

 1              THE WITNESS:  Yes.

 2              THE COURT:  Okay.  Counsel, I --

 3              MR. SCHULTZ:  By all means, Your Honor.

 4              THE COURT:  -- I'd like to explore that.

 5                   Could you tell us where that is in your report?

 6              THE WITNESS:  Yes.  That's in the analyses associated

 7    with the near-breach location.

 8              THE COURT:  And I'll let -- from this point on, the

 9    Court will now withdraw and leave you in the tender mercies of

10    your counsel and cross examination.  Thank you, sir.

11              THE WITNESS:  Yes, sir.

12              MR. SCHULTZ:  Thank you, Your Honor.

13    BY MR. SCHULTZ:

14    Q   Dr. Bea, before we leave the south breach, let me ask you,

15    on your final bullet point, you indicate that forensically these

16    sites do not present as overtopping-induced failures.

17                   Are we in the inductive world here until terms of

18    your examination of the sites?

19    A   Yes.

20    Q   What do you mean when you say, forensically, they don't

21    present as overtopping-induced failures.

22    A   The features that we found after the breaching, and I have

23    presented photographs in my expert report I think -- yes, in my

24    expert report -- that identify the features that tell us that

25    this is not an overtopping-induced failure.

1    Q    If we move to Slide 29, we talked about this yesterday,

2    Dr. Bea, that it's your opinion that underseepage in terms of

3    flow of water, and it's stated here, did not cause either

4    breach.

5              Is that your opinion?

6    A    Yes.

7    Q    Do you feel that we've sufficiently covered that reasoning?

8    A    I think we have.

9    Q    Through the cross examination particularly?

10   A    Correct.

11   Q    I want to move to what in your opinion did cause the

12   breaches.  It's Slide 30.

13             And you set forth your opinion that both breaches

14   occurred because uplift pressures were transmitted from the EBIA

15   via the swamp marsh layer to the land side of the flood wall,

16   causing instability and individual failure.

17             As a general matter, if you don't have any

18   hydraulic connection created between IHNC waters and the swamp

19   marsh layer via the excavation at the site, do you lower the

20   seepage-induced pressures or uplift pressures that you're

21   talking about?

22   A    That is correct.

23   Q    You indicate that your reasons are supported by geotechnical

24   modeling.  Can you -- you've, of course, talked a great deal

25   about your modeling.

1    Can you talk a little bit about the near-breach

2    that you were just discussing.

3    A   Well, the near-breach modeling is being conducted in exactly

4    the same way the breach models are being conducted, and the

5    analytical model predicts that the wall will be close to but not

6    at failure.  And the empirical evidence in the field shows

7    clearly it was close to failure but did not fail.

8        So, if the entire stretch of the flood wall at the

9    Lower Ninth Ward performed like the near-breach site, I probably

10   would not be here this morning.

11   Q   Is that an example, Dr. Bea, that you described earlier in

12   your testimony of the real world evidence corroborating the

13   modeling that you did?

14   A   Yes.  It's crucial.

15   Q   And, although we'll talk about it in a minute, what is the

16   fundamental primary distinction between the near-breach scenario

17   or the distinctions at that McDonough site as compared to the

18   north and south breach zones, in your opinion?

19   A   Would you repeat your question.

20   Q   In your opinion, what is it that's different about the

21   near-breach site at McDonough from the north and south breach

22   sites that gives us a near breach instead of a total breach?

23   A   No significant uplift pressures.

24   Q   And, in terms of features of the sites that would either

25   contribute to or eliminate uplift pressures, what are those?

```
 1   A    Please repeat your question.

 2   Q    We have a difference in pressures between the near-breach

 3   sites and subterranean pressures between the near-breach site

 4   and the actual breach sites; correct?

 5   A    That's correct.

 6   Q    What is it physically about the near-breach site that is

 7   different from the north and south breach sites that explains

 8   that?

 9   A    We don't have excavations in contact with the buried swamp

10   marsh layer.

11   Q    And that is, you have comparative modeling in your report?

12   A    Yes.

13   Q    Do you know the section of your report, offhand?

14           THE COURT:  Can help him with that, Counsel?

15           MR. SCHULTZ:  Well, I'm looking.  I didn't know if

16   Dr. Bea would know or not.  He's written a lot of the reports,

17   Judge.

18              I have the reference to pages 90 to 94 and 97 to

19   100.  So in the 90 to 100 range.

20           THE COURT:  That's in his --

21           MR. SCHULTZ:  In your original, report, Dr. Bea?

22           THE COURT:  -- February report?

23   BY MR. SCHULTZ:

24   Q    Paragraph, excuse me.  90 to 100, we'll say.

25              Is that the modeling you were referring to
```

1    earlier, Dr. Bea?

2             MR. SCHULTZ:  1389.

3             THE COURT:  I am happy for electronic -- if I had to

4    haul all those -- pick up all those books and go through them, I

5    probably would be in the hospital by now.

6             THE WITNESS:  It's 90 but through -- page 90 through

7    page 94.

8    BY MR. SCHULTZ:

9    Q    And, again, can you for the record clarify what's at page 90

10   to 94 for the Court's reference?

11   A    This is the summary of the near-breach analyses

12   demonstrating near but not failure.

13   Q    And so we're clear on the record, Dr. Bea, these are the

14   same sorts of models that you ran at the breach sections;

15   correct?

16   A    That's correct.

17            MR. SCHULTZ:  Now, if we turn to the 31st slide,

18   please, Karl.

19            THE COURT:  So is the ultimate -- what you're saying is

20   the near-breach scenario produced less uplift pressures than the

21   uplift pressures revealed at the breach section?

22            THE WITNESS:  Correct.

23            THE COURT:  All right.

24   BY MR. SCHULTZ:

25   Q    Dr. Bea, I think we can move through these pretty quick.

1    The Judge has heard a lot about this through cross examination.

2                    Your opinion that hydraulic uplift pressures

3    caused failure at the 17th Street Canal flood wall, and we'll

4    talk about that momentarily, but I want to ask about this

5    graphic that you have here of the hydraulic car lift.

6                    Can you give a very brief explanation of how that

7    relates to the phenomenon that is at the heart of your causation

8    opinions in this case?

9    A    Well, the Court has seen that figure before.  This portion

10   of the illustration is the hydraulic connection being developed

11   by the poorly backfilled excavations on the East Bank Industrial

12   Area.  It makes the hydraulic connection to the buried swamp

13   marsh layer.  And those pressures are transmitted to the

14   protected side of the flood wall and develop the uplift

15   pressures.  And for that, in fact, to happen at the point of

16   lifting the car, all I have to do is transmit pressure.  I don't

17   have to transmit any significant amount of hydraulic fluid.

18   Q    And, if we look at the next slide, No. 32, we have another

19   graphical representation of the same phenomenon; is that right,

20   Dr. Bea?

21   A    Yes.  This one seemed to be much more graphic as I tried to

22   explain this to my wife.  But this same process is what makes

23   the brakes in an automobile work.  We're transmitting pressures

24   in order to control the brake pads and calipers.  But,

25   thankfully, I don't have to transmit significant amounts of

1    fluid for that to be workable.

2    Q   Mr. Treeby asked you yesterday about your definition of

3    seepage as involving significant quantities of water or in this

4    case brake fluid.

5                   Is there significant --

6               THE COURT:  Just a minute.

7                   Mr. Treeby?

8               MR. TREEBY:  What I asked him was significant

9    quantities of flow.  I didn't use the word water.

10              MR. SCHULTZ:  Thank you for the clarification.

11   BY MR. SCHULTZ:

12   Q   Significant quantities of flow, Dr. Bea.

13                  Do you have in this example significant quantities

14   of flow from the brake fluid where the foot is compared to where

15   the brake fluid is down on the brake?

16   A   No.

17   Q   Do you have --

18   A   If you had such a thing, you'd probably have leaks in your

19   brake lines.

20   Q   Is it fair to say that significant is relative to the

21   phenomenon that you're examining at the time?

22   A   That's correct.  The computations I performed and

23   experiments say that it is less than 1/10 of 1 percent to change

24   the pressure.

25   Q   So you have some flow, but -- low flow, we'll say, but

1   significant pressure at the same time?

2   A   Yes.

3            MR. SCHULTZ:   If we can look at Slide 33.

4   BY MR. SCHULTZ:

5   Q   I think this will be self-evident, Dr. Bea, but if you could

6   give a 30-second explanation of how this relates to the EBIA

7   itself.

8   A   Step One, it is the surge water in the Industrial Canal

9   acting over the East Bank Industrial Area surface, and that

10  creates the two blue arrows; one horizontal, acting to force the

11  flood wall to rotate; the vertical one, of most importance for

12  the water pressure, then, is able to transmit its pressure

13  through the poorly backfilled excavations that have become now a

14  completely water fill.  So, Step No. Two, we connect with those

15  backfilled excavations.  The sand/water demonstration I showed

16  yesterday shows how quickly that happens.

17           Once I've got that pressure, I then can make

18  connection to Step Three, which is this confined fluid swamp

19  marsh deposit.

20           Once that's done, I then go to Step Four.  I have

21  the levee uplift.  Combination of that uplift with the lateral

22  force results in the north breach and south breach.

23  Q   And, this uplift phenomenon, Dr. Bea, an analogy occurred to

24  me of like an air hockey table.  If you try to slide the puck

25  without the air on, it's hard to slide.  If you turn the air on,

 1   you get that lift and then it's very easy to slide.

 2             Is that a fair an analogy to what -- if the flood

 3   wall were the hockey puck?

 4   A   Yes.

 5             Another good one you just brought to my mind, that

 6   uplift in Jacksonville, Florida, which has got a very, very

 7   beautiful beach.  And we used to cut plywood into 3-by-3 foot

 8   squares and you'd put it in the water, very shallow.  You could

 9   get up the beach, run, and jump on the board, and fly like hell

10   down the beach.

11             That uplift pressure is what's reducing the effect

12   of my weight.  The friction goes gets close to zero, and you do

13   surfing in a few inches of water.

14        MR. SCHULTZ:  If we could skip over, Karl, please to

15   Slide 36.

16   BY MR. SCHULTZ:

17   Q   You've talked some about the near breach, Dr. Bea.  You've

18   told us the significance, as we saw modeled on Dr. Marr's

19   diagram yesterday, the near breach above that swamp marsh.

20             Here, you also present a photograph of PX --

21        MR. SCHULTZ:  If we could pull that up, actually, PX

22   3401-62.

23   BY MR. SCHULTZ:

24   Q   Was this photograph in your report, by the way?

25   A   Yes.

1    MR. SCHULTZ:  If we could see that top photograph,

2    please.

3    BY MR. SCHULTZ:

4    Q    This is 2002 entitled Excavating Sloping East Wall of

5    Southeast Borrow Pit.

6    So is this the borrow pit at the McDonough Marine

7    site?

8    A    That's correct.

9    Q    In proximity to the flood wall?

10   A    That's correct.

11   Q    And you mentioned addressing yesterday for slope stability

12   purposes.

13   Is this an example of that?

14   A    That's correct.

15   And, by the way, slope stability is affected by

16   seepage.  So it's not just a force of gravity issue.  Seepage is

17   important to slope stability.

18   Q    And what significance is there, Dr. Bea, of the use of these

19   borrow pit materials in that dressing, making a lining, if you

20   will, as we see depicted in this photograph in terms of

21   causation?

22   A    Well, the lining is providing the insulation that we need to

23   keep from making a hydraulic connection to that buried swamp

24   marsh material under the base of the borrow pit.

25   Q    And you've mentioned the near-breach scenario at McDonough

1    Marine experienced overtopping?

2    A    Yes.   Severe.   For the entire storm.

3    Q    And did it experience overtopping for a longer duration than

4    the portions of the walls that failed at the north and south

5    breaches?

6    A    Yes.

7    Q    And there was a tension gap, you said?

8    A    Yes.

9    Q    Nevertheless, the wall survived?

10   A    That's correct.

11          MR. SCHULTZ:   If we could look at Slide 37, please.

12   BY MR. SCHULTZ:

13   Q    Dr. Bea, this slide entitled North Breach Forensic

14   Signature.   And you have arrows pointing to these holes, I'll

15   call them.   You tell me what to call them, and explain to the

16   Court the significance of this and why you used the phrase

17   Forensic Signature for it.

18   A    Yesterday, I reviewed the documentation we have of

19   excavation activities in this area, and those excavations and

20   backfilling activities are synonymous with the unusual scour

21   holes that are found here.   And I stopped that area of the

22   unusual scour hole about at the shoulder of Surekote Road at the

23   overpass and road here below.   That feature is associated with

24   the pre-EBIA excavation of a shell, sandy fill.   So that is a

25   feature that is pre the site-clearing activities.

1   Q    Is this signature, as you call it, Dr. Bea, consistent with

2   what you described in terms of bringing that water table from

3   out on the canal up to the toe of the levee before the storm?

4   A    That is correct.

5   Q    In your opinion, if WGI had properly backfilled the

6   excavations up at the north end of Boland Marine, would we see

7   this signature?

8   A    No.

9   Q    Would we have had a failure?

10  A    No.

11          MR. SCHULTZ:  I want to turn to the next slide please,

12  No. 38.

13  BY MR. SCHULTZ:

14  Q    We see a similar feature, Dr. Bea, at the south breach?

15  A    That's correct.

16  Q    And is this, in your opinion, a similar phenomenon or

17  evidence of a similar phenomenon?

18  A    That is correct.

19          THE COURT:  I'm sorry.

20          MR. SCHULTZ:  Yes, sir.

21              (Pause in proceedings.)

22  BY MR. SCHULTZ:

23  Q    Dr. Bea, did you measure the distance of this hole from the

24  breached wall?

25  A    Yes, sir.

1   Q   And how -- what was the distance?

2   A   50 to 60 feet.

3   Q   Would that be coextensive with some of the excavations we

4   talked about yesterday?

5   A   It's synonymous with them.

6   Q   Now, if we look, Dr. Bea, at the following slide, you

7   indicate another reason for your conclusion as to uplift

8   pressures causing breaches are the real world validations, real

9   world conditions validate the geotechnical results.  You

10  mentioned the 17th Street Canal studies, London Avenue

11  site-specific load tests and the Lower Ninth Ward piezometer

12  measurement analyses.

13          Are these the sets of piezometer analyses that you

14  discussed yesterday on cross examination?

15  A   Yes, sir.

16  Q   If we could look over at Slide 41, can you describe for the

17  Court what we see here, keeping in mind you've already had a

18  discussion of the piezometer measurements at 17th Street.

19  A   Certainly.

20          The horizontal scale is a measure of time, in this

21  case, days.

22          The vertical scale is a measurement of water

23  elevation referenced here up to zero mean water elevation at the

24  17th Street Canal.

25          The pink dots to the top are the canal water

1    levels.

2              And the blue dots in the bottom, at the bottom,

3    are the water elevations in the piezometer that penetrates to

4    that marsh layer.  You can see the trend in the water elevation

5    increasing in the canal, and there's a comparable increase in

6    the marsh layer water elevation.

7              Sometimes, when the peaks are big enough, the

8    peaks themselves are reflected in the peaks that we see in the

9    very marsh layer and there's no time lag.  High water in the

10   canal is high pressure in the marsh layer.

11   Q    These are piezometers buried in the swamp marsh?

12   A    Correct.

13   Q    Or they're measuring pressures in the swamp marsh?

14   A    Correct.

15   Q    Is it your opinion that this correlates or corroborates what

16   happened at the EBIA in Katrina?

17   A    That's correct.

18   Q    If we look at the following slide, Dr. Bea, we're still at

19   the 17th Street, and you have a factor of safety analysis

20   without and with the hydraulic uplift.

21              Can you describe what we're seeing here?

22   A    The horizontal scale is the factor of safety.  The ratio of

23   the flood wall lateral resistance to the demand forces being

24   exerted by the high water in the Industrial Canal.

25              The vertical scale is the water level in the

1    Industrial Canal.

2              The solid red line is the -- are the results of

3    the analyses that contain the uplift pressure.

4              The dash line that is paralleling it is without

5    the hydraulic uplift pressures that I will circle here in the

6    figure, inset figure, showing us the primary forces involved and

7    the demand capacity.

8               But those are the crucial uplift capacity-related

9    forces.

10             The difference with and without is approximately

11   the 30 percent change in the lateral resistance that translates

12   to the 1 to 1.2 factor of safety.  This was actually very

13   important because we continued not to be able to predict failure

14   at the 17th Street Canal at the time the water elevation was

15   observed that caused failure.

16             Once we put the uplift pressures into the

17   analysis, it was another Bob-B-eureka moment, and we hit the

18   water elevation at the time of the failure exactly.

19        THE COURT:  Dr. Bea, just to benchmark a few things

20   you've stated.

21             It's my understanding that it's your opinion that

22   uplift pressures contributed to the failure at the 17th Street

23   Canal?

24        THE WITNESS:  Yes, sir.

25        THE COURT:  And did you not -- there were no

 1   remediation excavations at the 17th Street Canal; is that

 2   correct?

 3           THE WITNESS:  That's not correct.  When they did the

 4   dredging to increase the cross-section of the 17th Street Canal,

 5   due to some interesting negotiations between the Orleans Levee

 6   Board and -- it's not coming in my brain, and I used to live

 7   there.  So it's a sign --

 8           THE COURT:  Jefferson Parish.

 9           THE WITNESS:  Thank you, sir.  Sign of old age and

10   fatigue.

11               But, on the Jefferson Parish side, the decision

12   was we're not going to let you cut into our levee.  So the -- a

13   decision was made to excavate the canal on the Orleans Parish

14   side to the point that we brought the water to the face of the

15   levee and we cut into the buried swamp marsh layer and there it

16   went.

17           THE COURT:  Okay.  So I understand that now.

18               And were the soils at the 17th Street Canal more

19   pervious than the soils at the Industrial Canal in general?

20           THE WITNESS:  The swamp marsh, let's confine our

21   discussion to that.  Yes, they are more pervious.

22           THE COURT:  Thank you.

23   BY MR. SCHULTZ:

24   Q   And, Dr. Bea, I wanted to clarify.  You mentioned during the

25   course of that explanation the Industrial Canal, but we were

1  talking the entire time about the 17th Street Canal.  Is that

2  correct?

3  A   Yes.  Thank you.

4  Q   I do want to move to the Industrial Canal, however, at

5  Slide 44, please.

6          We have a slide here regarding Hurricanes Gustav

7  and Ike, which occurred late in 2008.

8          Are the piezometer measurements that you'll be

9  discussing piezometer measurements that occurred during those

10  storms?

11  A   Yes, sir.

12  Q   And in and around that time period?

13  A   Correct.

14  Q   And were the piezometers installed after Hurricane Katrina?

15  A   Yes.

16  Q   And installed by who?

17  A   US Army Corps of Engineers.  The deposition transcript of

18  Mr. Richard Varuso goes into some detail about when, where and

19  why those piezometers were installed.

20  Q   And, if we look at the following slide, does this help you

21  locate these piezometers within the former EBIA site?

22  A   Yes, sir.

23          And the Court was asking yesterday for somebody to

24  please give the Court some geographic location.  Piezometer 6 to

25  the north is very, very close to the north breach location.

1      Piezometer No. 3 down at the south is very, very

2  close to the south breach.

3      We've installed a new T-wall after Hurricane

4  Katrina.  The tubes I was describing yesterday at the Piezometer

5  No. 6 shown here to the right, here's the polyvinyl chloride

6  tube inside that we got the piezometer sealing cap at the top,

7  and it's surrounded by a steel-capped protection for that inner

8  tube.  And the elevation of the top of this tube is -- I think I

9  remember Mr. Treeby saying 5.7 feet.

10      Down at Piezometer No. 3, similar setup.  You can

11  see the proximity to the flood wall.

12  Q   And we'll talk, I think, first, Dr. Bea, about Piezometer 6

13  and then talk about Piezometer 3.

14      If we can look at the following slide, this is

15  hydraulic pressures in the IHNC swamp marsh PZ 6 near the north

16  breach location.

17      Is this a similar graphic to what we just say

18  regarding the 17th Street Canal?

19  A   Yes.

20  Q   Does it communicate the same response in pressures based on

21  the PZ measurements that you've described at the 17th Street

22  Canal?

23  A   Yes.  And, very importantly, these water elevations don't

24  cover the top of the piezometer tubes.  They were a plus 2.  The

25  tubes at the top are 5.7 to 6 feet.  So we're underwater.  But

1    yet these spikes are developing as soon as we get significant

2    water over the top of the EBIA site.

3    Q    Now, PZ 6, Dr. Bea, is it on the canal side of the IHNC

4    flood wall?

5    A    That's correct.

6    Q    The east flood wall?

7    A    That's correct.

8    Q    There's a notation in the bottom:  Gustav and Ike data

9    missing.

10                   Can you explain that?

11   A    Well, it's like the Watergate tapes, there's a missing

12   segment.  And I pursued why it was missing.

13               THE COURT:  Mr. Treeby, you want to object?  Or are you

14   just preparing to object?

15               MR. TREEBY:  The relationship to the Watergate tapes

16   implies motive, ill intent and criminality, and it ought not

17   belong in this court, Your Honor.  We had nothing to do with

18   this.  This was the Corps of Engineers after Katrina.

19               THE COURT:  Right.  I understand that.

20               MR. TREEBY:  This doesn't have any place in this court,

21   and I object.

22               THE COURT:  Okay.

23                   I guess I need to ask Dr. Bea, were you implying

24   that there was some perfidious or intentional --

25               THE WITNESS:  No.

1      THE COURT:  -- erasing of this?

2      THE WITNESS:  No.  It was just it was missing.

3      THE COURT:  The Court will understand the objection and

4  will regard this as a benign analogy.

5      THE WITNESS:  Exactly.

6      THE COURT:  All right.  Go ahead.

7      THE WITNESS:  And, by the way, I think I did trace it

8  down for sure to benign, because they were having trouble with

9  the recorder itself during high water.

10      THE COURT:  All right.  Let's clear it up.

11  BY MR. SCHULTZ:

12  Q   And who is the they?

13  A   The Corps of Engineers, Richard Varuso, and the geotechnical

14  branch in the Corps of Engineers; district office located here

15  in New Orleans.

16  Q   If we look at the following slide, Dr. Bea, did we move down

17  south to PZ 3 near the south breach?

18  A   Yes.

19  Q   Do we see a similar phenomenon?

20  A   Yes.

21          And, in this case, I specifically plotted the base

22  data provided by the Department of Justice for the Gustav/Ike

23  time period.  So, in this case, the recorder did work.  And

24  again, as soon as I get significant water over the top of the

25  EBIA surface, I get a comparable immediate response of the swamp

1  marsh layer.  It follows the surge up; and, very importantly, it

2  follows the surge down.  And it did it for both Gustav and for

3  Ike.

4  Q   Now, Dr. Bea, if we look at the land side piezometer during

5  the same timeframe -- and, by land side, I mean the protected

6  side of the eastern flood wall at the IHNC -- is that where

7  Piezometer 2 is located?

8  A   Yes, sir.

9  Q   Do we see the same response at Piezometer 2 at the land side

10  that we saw on the canal side?

11  A   No.

12          THE COURT:  Just for record, this is JX 1392.0010.

13          MR. SCHULTZ:  Yes, sir.

14          And, if it will benefit the Court, the PZ 6 was

15  13890057.  That's Dr. Bea's report.

16          PZ 3 was 13890056, also Dr. Bea's report.

17  BY MR. SCHULTZ:

18  Q   Dr. Bea, do we see the same -- you told us we don't see the

19  same response on the protected side.

20          It's your opinion, is it not, that during Katrina,

21  these seepage-induced uplift pressures traveled underneath the

22  flood wall and registered on the protected side, destabilizing

23  the wall; is that correct?

24  A   Right.

25  Q   We don't see the same phenomenon during Gustav and Ike, do

1   we, based on these piezometer measurements?

2   A   That's correct.

3   Q   Why do we not see a response, pressure response, like we saw

4   on the canal side on the land side during Gustav and Ike?

5   A   Well, during Katrina, our sheet pile penetrations were minus

6   8 to minus 10 feet.  That's an elevation reference.

7                    Today, it ranges from minus 19 to minus 23 feet.

8   So, by driving the sheet pile intentionally much deeper,

9   intentionally we cut off the swamp marsh layer's ability to

10  communicate hydraulically with the canal side, and so there's no

11  response.

12                   This is another very important piece of

13  corroborating evidence concerning the effectiveness of sheet

14  piles to cut off the pressures, and the measurements are telling

15  us that's exactly what happened.

16  Q   Do you know why, Dr. Bea, the Corps of Engineers put a 25

17  foot sheet pile in after Hurricane Katrina?

18  A   Yes.  As they stated publically, they were intentionally

19  cutting off the swamp marsh layer.

20  Q   And did it work according to PZ 2?

21  A   Yes.

22           MR. SCHULTZ:  If we could look at Slide 49, please.

23  BY MR. SCHULTZ:

24  Q   This is an excerpt, Dr. Bea, from the Department of the Army

25  circular.

1        Can you tell us the subject matter of this

2   circular that you've presented in this slide?

3   A   This circular is, for me personally, a very, very important

4   document.  It was issued in its current form in April 2011.  It

5   is specifically intended for design and reanalysis of existing

6   I-walls.  The guideline made extensive progress in defining how

7   to correctly analyze all of the critical conditions associated

8   with the performance of I-walls, including such things as

9   overtopping erosion developed on the protected side.

10        They as well specifically called out the necessity

11   for evaluating critical seepage and critical uplift conditions.

12   That's a major step forward.

13   Q   Is that the sort of uplift that you've been discussing,

14   Dr. Bea, throughout the trial?

15   A   That is correct.

16   Q   And if we look at Slide No. 50.  This, Dr. Bea, from a Corps

17   of Engineers' engineering and design or engineering manual on

18   seepage analysis and control for dams, you have underlined the

19   terms or phrases:  Water is incompressible and soil is

20   incompressible.

21        What is the significance of that to the models

22   that you've run and the opinions that you hold in this case?

23   A   Well, in the analyses that I've performed, the water had

24   been treated as incompressible.  The soil has been treated as

25   incompressible.

1     In the case of the work performed by the defense

2  experts, they have thankfully included water as being

3  incompressible, but they have included compressibility of the

4  soil.

5     The prescription being made by the Corps of

6  Engineers' guidelines is to perform and use steadily flow

7  analyses and seepage analysis to address both quantity of flow

8  and the uplift pressures.  So the guidelines are endorsing the

9  technique that I've used consistently and have been somewhat

10  abused because I used it.

11  Q   All right.

12     MR. SCHULTZ:  Your Honor, we're at the hour break; and,

13  although we're close to lunch, I think if we have 10 minutes, I

14  can come back and still probably get us out by a noon lunch,

15  maybe 10 after at the latest.

16     THE COURT:  I have an engagement, so I'm going need to

17  leave about 5 after 12.

18     MR. SCHULTZ:  I will guarantee you we can be done by 5

19  after 12.

20     THE COURT:  Mr. Treeby, is that okay with you?

21     MR. TREEBY:  Yes.

22     THE COURT:  Anybody have a problem?

23     Okay.  And we need to -- if you can complete it by

24  5 after 12.

25     MR. SCHULTZ:  I understand.

1    THE WITNESS:  I'd be glad to keep going, if you wish.

2              (Proceedings in recess.)

3    THE COURT:  Yes, sir.  You wish to resume?

4    MR. SCHULTZ:  Yes, Your Honor.

5                   CROSS EXAMINATION CONTINUED

6    MR. SCHULTZ:  Could we see, please, JX 1393.

7  BY MR. SCHULTZ:

8  Q   Dr. Bea, is this Appendix D to you original report in this

9  case?

10 A   Yes, sir.

11 Q   And is this the appendix that addresses your analysis of the

12 north, south and near-breaches?

13 A   Yes.

14 Q   And in this appendix, did you perform slope stability

15 analysis and --

16             THE COURT:  Wait, wait, wait.

17             Mr. Treeby, you're standing?

18    MR. TREEBY:  Your Honor, please, we have an

19 understanding, and Your Honor has agreed with it, that the

20 expert reports aren't in evidence.

21             THE COURT:  That is true.  That is true.

22    MR. SCHULTZ:  And I'm not proposing to put those in

23 evidence, Your Honor.  This is the front page of the

24 demonstrative helping you to locate where this information is

25 that you indicated was important to you.

1    Or we can take it down if the picture offends

2  Mr. Treeby.

3    MR. TREEBY:  I don't want to go into it if it's not in

4  evidence.  I want to hear what this witness might have to say.

5    THE COURT:  Well, you can always refresh his

6  recollection without it coming into evidence if he can't

7  remember where it is.  I mean, it's not like it's a big mystery.

8  BY MR. SCHULTZ:

9  Q   Dr. Bea, in Appendix D to your original report, did you

10 perform slope stability analyses at the north, south and

11 near-breach sites?

12 A   Yes.

13 Q   Did you perform seepage analyses at each of the sites?

14 A   Yes.

15 Q   Are they the same analyses, same calculations for each site?

16 A   Yes.

17 Q   Is the only difference between them the fact that, as

18 modeled, the excavation of the near-breach site does not pierce

19 that swamp marsh layer?

20 A   Yes.

21    MR. SCHULTZ:  If we could pull up, please, Slide 53,

22 which I think everyone will be happy to see.

23 BY MR. SCHULTZ:

24 Q   Dr. Marr -- Dr. Marr -- Dr. -- I'm getting a little ahead of

25 myself.

1    THE COURT:  You even called him Dr. Treeby a little

2    while ago, but go ahead.

3    BY MR. SCHULTZ:

4    Q   Dr. Bea, we have a summary slide, and for the record, I

5    would like to walk through this briefly in conclusion.

6    Is it your opinion that the swamp marsh at the

7    EBIA at the time of the Hurricane Katrina created a hydraulic

8    connection between the canal side and the land side of the

9    eastern flood wall?

10   A   Yes.

11   Q   Is it your opinion that hundreds of pilings and other

12   excavations due to work performed by Washington Group

13   International pierced that swamp marsh layer?

14   A   Yes.

15   Q   Is it your opinion that that created a hydraulic connection

16   between IHNC and that swamp marsh layer?

17   A   That's correct.

18   Q   And that that transmitted uplift forces?

19   A   That's correct.

20   Q   Destabilizing the levee on the land side?

21   A   That's correct.

22   Q   Is it also your opinion that overtopping and underseepage,

23   meaning flow of water, do not explain the failures and are

24   inconsistent with the forensic evidence?

25   A   That's correct.

1   Q   They do not account for upward pressures of the sort that

2   you have described?

3   A   That's correct.

4   Q   And your ultimate conclusion, Dr. Bea, is that both breaches

5   occurred because uplift pressures were transmitted from the EBIA

6   via the swamp marsh layer to the land side of the flood wall

7   causing instability and eventual failure?

8   A   Yes, sir.

9           MR. SCHULTZ:  Thank you.

10          THE COURT:  That was quick.

11          MR. SCHULTZ:  Promised.

12          THE COURT:  Well, we will then -- at that point, we'll

13  try to get back here at, let's say, 1:15.  If that's all right

14  with everybody?  We'll take a little longer break.  1:15, we

15  will start cross examination.  Or, recross, I should say.

16              (11:49 a.m., proceedings recessed for lunch.)

17

18

19                          CERTIFICATE

20

21

22          I, Susan A. Zielie, Official Court Reporter, do hereby
    certify that the foregoing transcript is correct.

23

24                          /S/ SUSAN A. ZIELIE, FCRR
                        _____

25                          Susan A. Zielie, FCRR

**/**

/S [1] - 1321:23

**0**

0016 [1] - 1288:17
0122-0041 [1] - 1244:8
0126 [1] - 1288:17
01645 [1] - 1255:22
01695 [1] - 1258:6
05-CV-4182 [1] - 1238:4

**1**

1 [5] - 1258:23, 1264:23, 1265:6, 1300:23, 1308:12
1.0 [2] - 1277:22, 1293:15
1.1 [1] - 1293:16
1.2 [1] - 1308:12
1.7 [1] - 1269:8
1/10 [1] - 1300:23
10 [10] - 1242:18, 1242:19, 1259:23, 1260:13, 1260:18, 1262:1, 1262:19, 1315:6, 1317:13, 1317:15
10-CV-866 [1] - 1238:5
10-foot [1] - 1242:23
10.3 [7] - 1272:9, 1272:12, 1273:1, 1273:2, 1273:9, 1273:13, 1273:22
100 [4] - 1267:23, 1297:19, 1297:24
1025 [1] - 1246:4
1026 [1] - 1247:14
1048 [1] - 1249:18
10th [1] - 1249:19
11 [1] - 1253:19
11-foot [1] - 1269:20
11.3 [6] - 1269:14, 1269:15, 1271:5, 1272:21, 1283:20, 1284:3
11.3-foot [1] - 1285:15
11.8 [1] - 1271:12
1100 [1] - 1239:7
1183 [1] - 1246:2
1184 [1] - 1247:12
11:49 [1] - 1321:16
12 [12] - 1262:11, 1271:9, 1283:23, 1283:24, 1283:25, 1284:3, 1285:13, 1289:7, 1289:8,

1317:17, 1317:19, 1317:24
12.3 [1] - 1289:9
120 [1] - 1251:16
1206 [1] - 1249:16
1299 [1] - 1253:2
13 [1] - 1261:8
13.3 [1] - 1273:2
1354 [1] - 1252:4
1389 [1] - 1298:2
13890056 [1] - 1314:16
13890057 [1] - 1314:15
1392.0010 [1] - 1314:12
1393 [1] - 1318:6
13th [1] - 1249:19
15 [3] - 1244:25, 1262:1, 1262:19
17 [1] - 1260:24
1718 [1] - 1240:4
17th [13] - 1299:3, 1306:10, 1306:18, 1306:24, 1307:19, 1308:14, 1308:22, 1309:1, 1309:4, 1309:18, 1310:1, 1311:18, 1311:21
18 [1] - 1246:5
180 [1] - 1279:11
19 [4] - 1238:5, 1241:1, 1247:15, 1315:7
1993/1992 [1] - 1257:4
1997 [1] - 1257:2
1:15 [2] - 1321:13, 1321:14

**2**

2 [18] - 1242:20, 1242:22, 1243:23, 1248:15, 1248:16, 1249:20, 1253:24, 1259:9, 1259:17, 1259:22, 1264:20, 1265:3, 1269:7, 1277:24, 1311:24, 1314:7, 1314:9, 1315:20
20 [3] - 1243:2, 1266:19, 1270:10
200 [3] - 1240:7, 1267:4, 1279:12
2000 [1] - 1288:13
20001 [1] - 1240:18
2001 [4] - 1244:13, 1258:9, 1259:2, 1262:19

2002 [2] - 1244:13, 1303:4
20044 [1] - 1240:23
2005 [10] - 1244:17, 1246:5, 1247:15, 1249:19, 1253:4, 1253:18, 1254:14, 1255:24, 1257:10, 1258:3
2008 [1] - 1310:7
2011 [1] - 1316:4
2012 [2] - 1238:5, 1241:1
21 [1] - 1241:17
22 [2] - 1242:16, 1270:10
23 [4] - 1250:22, 1250:23, 1252:24, 1315:7
24 [1] - 1263:7
25 [3] - 1254:14, 1263:22, 1315:16
25A [7] - 1258:9, 1258:11, 1261:4, 1261:14, 1261:16, 1263:18
25A's [1] - 1258:15
26 [1] - 1265:17
260 [1] - 1251:16
2655 [1] - 1239:17
28 [1] - 1289:14
29 [1] - 1295:1
29th [1] - 1268:21

**3**

3 [21] - 1246:19, 1247:15, 1255:24, 1272:11, 1272:21, 1273:1, 1273:11, 1273:13, 1275:25, 1276:3, 1276:11, 1284:4, 1285:16, 1286:12, 1287:5, 1311:1, 1311:10, 1311:13, 1313:17, 1314:16
3-by-2 [1] - 1302:7
3.4 [1] - 1269:9
30 [4] - 1243:2, 1266:22, 1295:12, 1308:11
30-second [1] - 1301:6
302 [1] - 1251:3
3102 [1] - 1239:7
316 [1] - 1239:25
31st [1] - 1298:17
32 [2] - 1247:21, 1299:18

32502 [1] - 1239:25
33 [1] - 1301:3
33760126 [1] - 1288:10
3401-62 [1] - 1302:22
36 [1] - 1302:15
3668 [1] - 1239:14
37 [1] - 1304:11
38 [1] - 1305:12

**4**

4 [12] - 1248:7, 1274:20, 1274:23, 1275:7, 1275:25, 1276:3, 1276:11, 1281:8, 1285:19, 1286:8, 1287:5
406 [1] - 1238:14
41 [1] - 1306:16
44 [1] - 1310:5
49 [1] - 1315:22
4905 [1] - 1239:22

**5**

5 [12] - 1259:14, 1259:20, 1259:21, 1260:12, 1272:11, 1273:17, 1273:22, 1276:24, 1317:17, 1317:18, 1317:24
5.7 [5] - 1274:15, 1275:5, 1281:8, 1311:9, 1311:25
50 [2] - 1306:2, 1316:16
500 [2] - 1238:15, 1240:2
504.589.7781 [1] - 1238:16
51 [1] - 1240:17
519 [1] - 1239:19
52 [1] - 1251:13
53 [1] - 1319:21
546 [1] - 1240:11
55 [1] - 1251:16
556 [1] - 1239:14
5:00 [4] - 1272:9, 1272:10, 1273:6

**6**

6 [28] - 1247:22, 1248:3, 1248:4, 1268:21, 1269:14, 1271:5, 1273:17, 1275:16, 1276:2, 1276:24, 1277:3, 1283:18, 1283:20,

1284:3, 1285:14, 1286:5, 1286:13, 1286:19, 1287:15, 1287:17, 1287:19, 1310:24, 1311:5, 1311:12, 1311:15, 1311:25, 1312:3, 1314:14
60 [1] - 1306:2
60-foot-wide [1] - 1279:15
600 [1] - 1239:25
601 [1] - 1239:17
60s [1] - 1281:20
610 [1] - 1239:5
641.12 [1] - 1247:22
6:15 [1] - 1268:21

**7**

7 [4] - 1244:25, 1283:16, 1286:13, 1289:9
70113 [2] - 1239:3, 1239:5
70115 [1] - 1239:22
70118 [1] - 1240:5
70130 [2] - 1238:15, 1240:12
70130-6004 [1] - 1239:17
70502 [1] - 1239:15
70726 [1] - 1239:20
70801 [1] - 1239:11
71 [1] - 1258:24
718 [1] - 1239:11
72 [1] - 1258:24
75219 [1] - 1239:8
7:15 [1] - 1283:16

**8**

8 [22] - 1244:23, 1245:5, 1245:6, 1245:7, 1245:19, 1246:11, 1246:13, 1246:21, 1247:16, 1247:18, 1247:23, 1248:23, 1248:24, 1249:1, 1249:4, 1249:6, 1249:9, 1252:10, 1252:14, 1252:17, 1315:6
800 [1] - 1240:2
80s [1] - 1281:20
81 [2] - 1258:12, 1258:13
81A [1] - 1255:11
840 [1] - 1240:7
855 [1] - 1239:2

**888** [1] - 1240:23

# 9

**9** [1] - 1259:22
**90** [6] - 1297:18,
1297:19, 1297:24,
1298:6, 1298:9
**90017** [1] - 1240:2
**94** [3] - 1297:18,
1298:7, 1298:10
**94010** [1] - 1240:7
**97** [1] - 1297:18
**9:08** [1] - 1241:2

# A

**a.m** [24] - 1268:21,
1269:14, 1271:6,
1272:9, 1272:10,
1272:11, 1273:6,
1273:17, 1273:22,
1275:16, 1276:2,
1283:16, 1283:18,
1283:20, 1284:3,
1285:14, 1286:5,
1286:13, 1286:19,
1289:9, 1321:16
**A.M** [1] - 1241:2
**ability** [1] - 1315:9
**able** [2] - 1301:12,
1308:13
**absolutely** [3] -
1261:9, 1270:24,
1273:21
**abused** [1] - 1317:10
**accelerations** [1] -
1267:20
**according** [1] -
1315:20
**account** [3] - 1257:8,
1279:5, 1321:1
**achieve** [1] - 1243:22
**ACM** [5] - 1244:16,
1247:22, 1248:22,
1251:14, 1252:13
**acting** [2] - 1301:9,
1301:10
**Action** [1] - 1244:19
**activities** [4] - 1256:7,
1304:19, 1304:20,
1304:25
**activity** [2] - 1255:19,
1265:2
**actual** [1] - 1297:4
**add** [3] - 1271:24,
1273:1, 1285:2
**added** [1] - 1265:6
**addition** [1] - 1290:10
**additional** [1] -

1262:14
**address** [2] - 1288:7,
1317:7
**addresses** [1] -
1318:11
**addressing** [1] -
1303:11
**adds** [1] - 1291:11
**adjacent** [5] - 1251:22,
1259:13, 1276:8,
1287:1, 1287:4
**admits** [1] - 1291:1
**ADRIAN** [1] - 1240:14
**affected** [1] - 1303:15
**affectionately** [1] -
1241:22
**age** [1] - 1309:9
**ago** [1] - 1320:2
**agreed** [1] - 1318:19
**ahead** [7] - 1250:21,
1266:13, 1274:9,
1285:11, 1313:6,
1319:24, 1320:2
**aided** [1] - 1238:17
**air** [3] - 1301:24,
1301:25
**alignment** [6] -
1251:4, 1251:8,
1251:9, 1251:15,
1258:14, 1290:5
**Allen** [1] - 1288:1
**alone** [1] - 1291:16
**altered** [1] - 1257:15
**alternate** [1] - 1264:6
**America** [1] - 1240:19
**amount** [4] - 1242:13,
1246:9, 1287:11,
1299:17
**amounts** [1] - 1299:25
**analogizing** [1] -
1279:3
**analogy** [5] - 1278:5,
1278:9, 1301:23,
1302:2, 1313:4
**analyses** [10] -
1294:6, 1298:11,
1306:12, 1306:13,
1308:3, 1316:23,
1317:7, 1319:10,
1319:13, 1319:15
**analysis** [8] - 1264:1,
1268:3, 1307:19,
1308:17, 1316:18,
1317:7, 1318:11,
1318:15
**analytical** [7] -
1267:19, 1277:11,
1277:16, 1278:7,
1279:16, 1289:4,
1296:5

**analyze** [2] - 1278:22,
1316:7
**AND** [1] - 1240:13
**ANDREW** [1] - 1240:1
**ANDRY** [2] - 1239:4,
1239:4
**Angeles** [1] - 1240:2
**answer** [2] - 1289:12,
1293:12
**answers** [1] - 1293:20
**anyway** [1] - 1276:21
**apologize** [3] -
1256:24, 1280:16,
1284:1
**appear** [1] - 1253:8
**APPEARANCES** [1] -
1239:1
**Appendix** [2] - 1318:8,
1319:9
**appendix** [3] -
1290:25, 1318:11,
1318:14
**apply** [1] - 1286:22
**appropriate** [1] -
1250:10
**approximate** [2] -
1261:21, 1272:23
**approximation** [1] -
1245:18
**April** [2] - 1249:19,
1316:4
**area** [25] - 1242:18,
1244:23, 1245:7,
1245:9, 1245:19,
1246:13, 1246:21,
1246:22, 1247:16,
1247:18, 1248:3,
1248:4, 1248:16,
1248:22, 1249:1,
1251:4, 1251:19,
1251:24, 1252:22,
1253:15, 1254:20,
1255:13, 1304:19,
1304:21
**Area** [18] - 1244:23,
1244:25, 1245:5,
1245:6, 1245:19,
1246:11, 1247:22,
1247:23, 1248:15,
1248:16, 1248:24,
1249:4, 1249:6,
1252:10, 1252:14,
1299:12, 1301:9
**areas** [4] - 1244:25,
1245:1, 1265:1,
1265:2
**Armstrong** [1] -
1238:5
**Army** [3] - 1256:17,
1310:17, 1315:24

**arriving** [1] - 1264:2
**arrows** [2] - 1301:10,
1304:14
**asbestos** [6] - 1244:6,
1244:17, 1246:21,
1247:25, 1252:9
**asbestos-containing**
[4] - 1244:17,
1246:21, 1247:25,
1252:9
**asbestos-**
**contaminated** [1] -
1252:9
**aside** [1] - 1269:13
**associated** [7] -
1268:1, 1277:19,
1279:2, 1293:18,
1294:6, 1304:23,
1316:7
**assume** [14] -
1258:20, 1261:3,
1271:1, 1272:10,
1272:12, 1273:11,
1273:22, 1275:9,
1284:2, 1284:4,
1284:15, 1285:7,
1285:13, 1285:15
**assumed** [2] -
1290:14, 1291:13
**assumption** [2] -
1273:13, 1284:16
**assumptions** [1] -
1284:9
**AT** [1] - 1238:2
**attacking** [1] - 1272:2
**attain** [1] - 1247:3
**attempt** [1] - 1255:4
**attempted** [3] -
1247:1, 1247:2,
1280:12
**attempting** [1] -
1250:8
**attention** [4] -
1251:24, 1254:7,
1264:18, 1267:12
**attracted** [1] - 1254:7,
1264:18
**August** [3] - 1255:24,
1258:3, 1268:21
**automobile** [1] -
1299:23
**Avenue** [5] - 1239:7,
1239:19, 1240:17,
1251:20, 1306:10
**average** [3] - 1245:14,
1268:17, 1269:3
**aware** [3] - 1271:13,
1283:21, 1287:25
**awful** [1] - 1265:9

# B

**B-R-E-N-T** [1] - 1267:1
**backfill** [15] - 1242:7,
1246:16, 1246:23,
1248:14, 1248:19,
1249:23, 1250:2,
1250:4, 1250:7,
1250:10, 1251:3,
1252:13, 1252:17,
1263:1, 1292:11
**backfilled** [10] -
1242:11, 1243:6,
1243:8, 1245:22,
1246:11, 1246:21,
1299:11, 1301:13,
1301:15, 1305:5
**backfilling** [4] -
1242:9, 1249:2,
1254:2, 1304:20
**background** [1] -
1251:21
**backhoe** [1] - 1242:21
**backside** [8] -
1272:17, 1285:19,
1286:8, 1288:19,
1288:21, 1289:2,
1289:10, 1289:25
**backward** [1] -
1258:12
**Bacuta** [5] - 1255:25,
1256:8, 1256:16,
1256:17, 1256:22
**bank** [2] - 1249:3,
1253:15
**Bank** [2] - 1299:11,
1301:9
**banks** [1] - 1253:13
**barge** [3] - 1265:22,
1265:23, 1266:1
**BARON** [1] - 1239:6
**Baronne** [2] - 1239:2,
1239:5
**base** [3] - 1242:23,
1303:24, 1313:21
**based** [11] - 1253:23,
1259:24, 1263:4,
1263:11, 1275:1,
1275:14, 1281:3,
1282:16, 1286:11,
1311:20, 1315:1
**basic** [1] - 1289:12
**basis** [1] - 1265:24
**Baton** [1] - 1239:11
**Baylen** [1] - 1239:25
**Bea** [82] - 1241:12,
1241:19, 1242:7,
1244:3, 1245:22,
1246:4, 1247:14,
1248:13, 1249:18,

1249:21, 1250:25,
1252:6, 1252:20,
1253:2, 1254:19,
1255:14, 1255:24,
1256:16, 1257:12,
1258:8, 1259:3,
1261:12, 1262:8,
1263:9, 1263:24,
1265:11, 1265:19,
1268:2, 1268:19,
1269:12, 1271:5,
1271:21, 1272:7,
1272:25, 1282:5,
1283:11, 1285:7,
1285:13, 1285:25,
1288:12, 1288:19,
1289:16, 1290:19,
1291:2, 1292:4,
1292:6, 1294:14,
1295:2, 1296:11,
1297:16, 1297:21,
1298:1, 1298:13,
1298:25, 1299:20,
1300:12, 1301:5,
1301:23, 1302:17,
1303:18, 1304:13,
1305:1, 1305:14,
1305:23, 1306:6,
1307:18, 1308:19,
1309:24, 1311:12,
1312:3, 1312:23,
1313:16, 1314:4,
1314:18, 1315:16,
1315:24, 1316:14,
1316:16, 1318:8,
1319:9, 1320:4,
1321:4
**Bea's** [3] - 1282:24,
1314:15, 1314:16
**beach** [3] - 1302:7,
1302:9, 1302:10
**beautiful** [1] - 1302:7
**become** [2] - 1249:14,
1301:13
**BEFORE** [1] - 1238:8
**began** [1] - 1243:13
**beginning** [1] -
1256:22
**behest** [1] - 1254:19
**behind** [3] - 1262:15,
1262:17, 1293:14
**belong** [1] - 1312:17
**below** [3] - 1259:20,
1259:21, 1304:23
**benchmark** [1] -
1308:19
**benefit** [2] - 1255:9,
1314:14
**benign** [2] - 1313:4,
1313:8

**benjamin** [1] -
1240:22
**best** [1] - 1242:24
**between** [12] -
1268:16, 1273:17,
1276:24, 1286:13,
1295:18, 1296:16,
1297:2, 1297:3,
1309:5, 1319:17,
1320:8, 1320:16
**beyond** [2] - 1270:25,
1271:1, 1284:10
**bias** [1] - 1272:4
**big** [3] - 1260:4,
1307:7, 1319:7
**bit** [4] - 1260:16,
1272:25, 1278:25,
1296:1
**blank** [1] - 1258:20
**block** [1] - 1241:21
**blocks** [2] - 1251:23,
1252:1
**blowup** [1] - 1260:13
**blue** [2] - 1301:10,
1307:2
**Blvd** [1] - 1240:2
**BM** [1] - 1251:1
**board** [1] - 1302:9
**Board** [1] - 1309:6
**boat** [1] - 1241:21
**Bob** [2] - 1254:8,
1308:17
**Bob-B-eureka** [1] -
1308:17
**Boland** [15] - 1244:20,
1244:21, 1244:22,
1245:15, 1251:1,
1251:10, 1252:10,
1252:14, 1253:16,
1253:18, 1263:13,
1264:19, 1265:5,
1271:8, 1305:6
**BONNIE** [1] - 1239:13
**books** [1] - 1298:4
**boring** [9] - 1258:8,
1258:12, 1259:2,
1259:8, 1259:15,
1261:7, 1261:22,
1262:19, 1262:24
**Boring** [4] - 1255:11,
1258:9, 1258:10,
1263:18
**borings** [7] - 1254:19,
1254:22, 1255:8,
1255:10, 1259:25,
1261:19, 1261:24
**Borrow** [1] - 1303:5
**borrow** [4] - 1265:11,
1303:6, 1303:19,
1303:24

**bottom** [12] - 1242:12,
1247:21, 1250:25,
1260:8, 1260:11,
1260:23, 1260:25,
1278:14, 1278:18,
1307:2, 1312:8
**boundary** [3] -
1248:24, 1249:4,
1249:6
**bow** [4] - 1258:16,
1261:15, 1261:17,
1261:19
**Box** [2] - 1239:14,
1240:23
**brain** [1] - 1309:6
**brake** [6] - 1299:24,
1300:4, 1300:14,
1300:15, 1300:19
**brakes** [1] - 1299:23
**BRANCH** [1] - 1240:19
**branch** [1] - 1313:14
**Breach** [1] - 1304:13
**breach** [126] -
1245:18, 1248:4,
1248:8, 1248:9,
1248:10, 1249:12,
1249:14, 1253:16,
1254:4, 1254:11,
1257:14, 1258:15,
1258:17, 1259:14,
1261:15, 1264:2,
1264:3, 1264:16,
1264:17, 1265:23,
1266:2, 1266:7,
1266:8, 1268:8,
1268:9, 1268:20,
1271:7, 1271:14,
1271:22, 1272:6,
1272:14, 1272:22,
1273:7, 1273:15,
1273:17, 1273:19,
1273:25, 1274:14,
1275:3, 1275:16,
1276:3, 1276:5,
1276:9, 1276:19,
1278:23, 1279:8,
1279:10, 1279:11,
1279:15, 1279:16,
1279:19, 1280:1,
1280:3, 1281:6,
1281:16, 1281:25,
1282:5, 1282:11,
1282:14, 1283:3,
1283:12, 1283:13,
1283:15, 1283:22,
1284:16, 1285:14,
1285:19, 1286:9,
1286:13, 1286:16,
1286:21, 1286:22,
1286:25, 1287:1,

1287:19, 1289:3,
1291:3, 1291:4,
1291:5, 1291:10,
1291:16, 1291:18,
1291:22, 1291:23,
1291:25, 1292:23,
1293:11, 1293:12,
1293:15, 1294:7,
1294:14, 1295:4,
1296:1, 1296:3,
1296:4, 1296:9,
1296:16, 1296:18,
1296:21, 1296:22,
1297:2, 1297:3,
1297:4, 1297:6,
1297:7, 1298:11,
1298:14, 1298:20,
1298:21, 1301:22,
1302:17, 1302:19,
1303:25, 1305:14,
1310:25, 1311:2,
1311:16, 1313:17,
1319:11, 1319:18
**breach/south** [1] -
1272:6
**breached** [2] - 1254:4,
1305:24
**BREACHES** [1] -
1238:3
**breaches** [8] - 1290:1,
1292:8, 1295:12,
1295:13, 1304:5,
1306:8, 1318:12,
1321:4
**breaching** [2] -
1274:23, 1294:22
**breadth** [1] - 1249:1
**break** [4] - 1242:14,
1282:20, 1317:12,
1321:14
**Brent** [2] - 1266:25,
1267:1
**BRIAN** [1] - 1240:17
**bridge** [1] - 1251:21
**brief** [1] - 1299:6
**briefly** [7] - 1242:7,
1255:14, 1263:25,
1270:8, 1287:9,
1289:18, 1320:5
**bring** [1] - 1263:17
**bringing** [2] - 1255:14,
1305:2
**broke** [1] - 1247:16
**brought** [3] - 1254:5,
1302:5, 1309:14
**BROUSSARD** [1] -
1240:11
**brown** [1] - 1259:10
**BRUNO** [3] - 1239:1,
1239:2

**bucket** [1] - 1243:23
**bucket-tamping** [1] -
1243:23
**BUDD** [1] - 1239:6
**Building** [1] - 1265:8
**buildings** [1] - 1257:5
**bullet** [7] - 1268:8,
1275:11, 1277:7,
1277:11, 1279:19,
1287:7, 1294:15
**buried** [6] - 1293:1,
1297:9, 1299:12,
1303:23, 1307:11,
1309:15
**Burlingame** [1] -
1240:7
**BY** [76] - 1239:2,
1239:4, 1239:7,
1239:13, 1239:16,
1239:19, 1239:21,
1239:24, 1240:1,
1240:4, 1240:6,
1240:9, 1240:14,
1240:20, 1241:11,
1241:18, 1242:6,
1244:9, 1246:3,
1247:13, 1248:12,
1249:17, 1250:24,
1252:5, 1253:1,
1254:18, 1255:23,
1256:15, 1257:1,
1258:7, 1259:1,
1261:11, 1262:7,
1263:8, 1263:23,
1264:13, 1265:18,
1266:14, 1268:24,
1270:20, 1271:4,
1271:20, 1273:5,
1274:6, 1274:10,
1279:18, 1280:18,
1281:12, 1282:4,
1283:10, 1285:6,
1285:12, 1286:4,
1288:11, 1288:18,
1289:15, 1294:13,
1297:23, 1298:8,
1298:24, 1300:11,
1301:4, 1302:16,
1302:23, 1303:3,
1304:12, 1305:13,
1305:22, 1309:23,
1313:11, 1314:17,
1315:23, 1318:7,
1319:8, 1319:23,
1320:3

## C

**CA** [2] - 1240:2,
1240:7

**cake** [3] - 1241:22, 1243:1, 1243:12
**calculate** [2] - 1267:19, 1293:24
**calculations** [2] - 1293:23, 1319:15
**calipers** [1] - 1299:24
**CALVIN** [1] - 1239:19
**canal** [17] - 1245:6, 1249:5, 1257:5, 1257:10, 1262:17, 1272:3, 1272:5, 1305:3, 1306:25, 1307:5, 1307:10, 1309:13, 1312:3, 1314:10, 1315:4, 1315:10, 1320:8
**CANAL** [1] - 1238:3
**Canal** [26] - 1249:3, 1253:13, 1253:14, 1254:3, 1254:5, 1257:16, 1262:1, 1272:1, 1272:23, 1299:3, 1301:8, 1306:10, 1306:24, 1307:24, 1308:1, 1308:14, 1308:23, 1309:1, 1309:4, 1309:18, 1309:19, 1309:25, 1310:1, 1310:4, 1311:18, 1311:22
**candidate** [1] - 1265:22
**candidates** [1] - 1264:6
**cap** [1] - 1311:6
**capacity** [3] - 1278:4, 1308:7, 1308:8
**capacity-related** [1] - 1308:8
**capped** [1] - 1311:7
**car** [2] - 1299:5, 1299:16
**carefully** [1] - 1267:11
**cares** [1] - 1255:9
**Carondelet** [1] - 1240:11
**carried** [3] - 1244:10, 1254:23, 1262:15
**case** [14] - 1260:10, 1268:3, 1269:20, 1271:7, 1271:18, 1272:1, 1299:8, 1300:4, 1306:21, 1313:21, 1313:23, 1316:22, 1317:1, 1318:9
**CASE** [1] - 1283:7
**cases** [2] - 1245:24,

1277:5
**causation** [6] - 1254:11, 1263:24, 1265:22, 1266:2, 1299:7, 1303:21
**causative** [7] - 1281:24, 1284:13, 1284:14, 1291:10, 1291:11, 1293:8
**caused** [4] - 1264:2, 1284:16, 1299:3, 1308:15
**causes** [1] - 1284:14
**causing** [3] - 1295:16, 1306:8, 1321:7
**cautious** [1] - 1268:15
**cautiously** [1] - 1267:10
**center** [3] - 1258:16, 1261:15, 1261:19
**certain** [1] - 1279:9
**certainly** [6] - 1262:5, 1284:22, 1285:1, 1285:24, 1286:2, 1306:19
**CERTIFICATE** [1] - 1321:19
**certify** [1] - 1321:22
**cetera** [1] - 1257:5
**challenging** [1] - 1267:5
**change** [2] - 1300:23, 1308:11
**characteristic** [1] - 1291:24
**characteristics** [2] - 1272:2, 1290:8
**characterization** [3] - 1253:3, 1258:2, 1264:4
**characterize** [1] - 1278:22
**check** [2] - 1261:24, 1268:22
**chemical** [1] - 1263:3
**chloride** [1] - 1311:5
**choice** [1] - 1250:7
**chose** [1] - 1270:16
**CHRISTOPHER** [2] - 1240:15, 1240:16
**circle** [1] - 1308:5
**circled** [1] - 1253:19
**circular** [3] - 1315:25, 1316:2, 1316:3
**cited** [1] - 1281:5
**CIVIL** [1] - 1240:19
**Claiborne** [1] - 1251:20
**clam** [1] - 1259:19
**clarification** [1] -

1300:10
**clarify** [2] - 1298:9, 1309:24
**clay** [5] - 1252:23, 1259:18, 1260:18, 1289:21, 1289:23
**CLAYMAN** [1] - 1240:15
**clean** [2] - 1245:24, 1249:23
**clear** [6] - 1264:17, 1276:4, 1282:10, 1287:17, 1298:13, 1313:10
**clearing** [2] - 1256:7, 1304:25
**clearly** [2] - 1293:13, 1296:7
**close** [9] - 1247:8, 1255:19, 1293:14, 1296:5, 1296:7, 1302:12, 1310:25, 1311:2, 1317:13
**closer** [1] - 1263:18
**closing** [1] - 1282:5
**Cobos** [1] - 1291:21
**Cobos-Roa** [1] - 1291:21
**coextensive** [1] - 1306:3
**coheselest** [1] - 1255:12
**cohesive** [1] - 1289:19
**collected** [1] - 1257:3
**columns** [1] - 1270:11
**combination** [1] - 1301:21
**coming** [3] - 1289:2, 1309:6, 1319:6
**communicate** [2] - 1311:20, 1315:10
**communication** [1] - 1262:23
**compact** [3] - 1242:22, 1247:1, 1247:2
**compacted** [1] - 1243:19
**compaction** [8] - 1242:25, 1243:12, 1243:17, 1243:20, 1243:22, 1247:3, 1247:10, 1263:1
**comparable** [3] - 1290:24, 1307:5, 1313:25
**comparative** [1] - 1297:11
**compared** [5] - 1277:19, 1278:14,

1290:3, 1296:17, 1300:14
**complete** [3] - 1267:16, 1274:22, 1317:23
**completed** [1] - 1243:18
**completely** [1] - 1301:14
**complex** [4] - 1267:20, 1290:23, 1290:24, 1291:1
**component** [2] - 1266:15, 1266:16
**compressibility** [1] - 1317:3
**comprise** [1] - 1269:3
**comprised** [1] - 1259:10
**compromise** [5] - 1272:18, 1273:19, 1273:24, 1274:13, 1274:18
**computations** [1] - 1300:22
**computer** [1] - 1241:6
**Computer** [1] - 1238:17
**Computer-aided** [1] - 1238:17
**concerning** [3] - 1257:24, 1266:1, 1315:13
**conclusion** [10] - 1265:23, 1266:8, 1268:7, 1271:16, 1277:8, 1281:1, 1281:4, 1306:7, 1320:5, 1321:4
**conclusions** [3] - 1264:2, 1264:3, 1269:24
**concrete** [5] - 1241:21, 1242:13, 1242:15, 1251:23, 1279:14
**condition** [2] - 1252:23, 1277:23
**conditions** [11] - 1267:13, 1272:16, 1273:16, 1273:23, 1285:17, 1285:23, 1287:6, 1287:15, 1306:9, 1316:7, 1316:11
**conducted** [3] - 1244:12, 1296:3, 1296:4
**confine** [1] - 1309:20
**confined** [1] - 1301:18

**confirming** [1] - 1257:13
**connect** [1] - 1301:14
**connection** [11] - 1269:4, 1280:10, 1286:16, 1286:21, 1295:18, 1299:10, 1299:12, 1301:18, 1303:23, 1320:8, 1320:15
**CONOR** [1] - 1240:21
**consequences** [1] - 1270:17
**consider** [1] - 1293:17
**considered** [2] - 1268:2, 1279:13
**consistent** [3] - 1246:16, 1276:25, 1305:1
**consistently** [1] - 1317:9
**CONSOLIDATED** [1] - 1238:4
**contact** [4] - 1254:3, 1254:4, 1292:25, 1297:9
**contain** [1] - 1308:3
**contained** [1] - 1265:8
**containing** [4] - 1244:17, 1246:21, 1247:25, 1252:9
**contaminated** [3] - 1246:10, 1250:1, 1252:9
**context** [4] - 1242:8, 1261:6, 1262:8, 1263:25
**continue** [1] - 1260:12
**CONTINUED** [2] - 1283:9, 1318:5
**continued** [3] - 1244:14, 1244:16, 1308:13
**continues** [1] - 1260:23
**continuing** [1] - 1249:22
**continuous** [1] - 1289:6
**contour** [1] - 1253:21
**contours** [1] - 1254:7
**contractor** [1] - 1249:22
**contribute** [1] - 1296:25
**contributed** [2] - 1293:7, 1308:22
**contributing** [1] - 1282:8
**contribution** [1] -

1281:3
**contributions** [1] -
1267:25
**control** [3] - 1247:5,
1299:24, 1316:18
**copied** [1] - 1256:3
**copy** [2] - 1256:21,
1262:4
**coring** [2] - 1260:8,
1260:11
**Corps** [15] - 1255:25,
1256:9, 1256:12,
1256:17, 1256:20,
1272:3, 1290:10,
1292:12, 1310:17,
1312:18, 1313:13,
1313:14, 1315:16,
1316:16, 1317:5
**correct** [82] - 1243:3,
1244:2, 1245:8,
1245:13, 1246:7,
1246:15, 1246:18,
1247:19, 1248:17,
1248:20, 1249:7,
1249:10, 1251:2,
1252:3, 1252:19,
1253:6, 1253:7,
1254:17, 1256:19,
1256:21, 1257:23,
1258:15, 1262:13,
1262:16, 1264:5,
1264:8, 1265:12,
1265:13, 1265:16,
1268:25, 1271:23,
1272:20, 1276:7,
1276:12, 1276:16,
1276:17, 1281:21,
1282:1, 1282:9,
1282:12, 1282:15,
1282:18, 1283:17,
1284:18, 1286:17,
1286:24, 1287:21,
1292:9, 1292:13,
1295:10, 1295:22,
1297:4, 1297:5,
1298:15, 1298:16,
1298:22, 1300:22,
1303:8, 1303:10,
1303:14, 1304:10,
1305:4, 1305:15,
1305:18, 1307:12,
1307:14, 1307:17,
1309:2, 1309:3,
1310:2, 1310:13,
1312:5, 1312:7,
1314:23, 1315:2,
1316:15, 1320:17,
1320:19, 1320:21,
1320:25, 1321:3,
1321:22

**corrected** [2] -
1269:18, 1274:19
**correctly** [4] -
1276:10, 1281:19,
1292:24, 1316:7
**correlates** [1] -
1307:15
**corroborate** [2] -
1275:21, 1291:19
**corroborates** [1] -
1307:15
**corroborating** [3] -
1259:15, 1296:12,
1315:13
**corroboration** [1] -
1286:20
**corroborative** [1] -
1251:17
**cost** [1] - 1250:8
**COTCHETT** [1] -
1240:6
**Counsel** [4] - 1271:18,
1282:22, 1292:19,
1297:14
**counsel** [6] - 1258:18,
1261:3, 1269:18,
1292:3, 1294:2,
1294:10
**course** [2] - 1295:24,
1309:25
**COURT** [88] - 1238:1,
1241:3, 1241:8,
1241:24, 1242:3,
1248:8, 1250:11,
1250:19, 1254:12,
1254:15, 1256:12,
1258:5, 1258:18,
1258:20, 1261:3,
1261:6, 1261:9,
1261:21, 1262:3,
1266:11, 1269:16,
1269:19, 1270:7,
1270:18, 1270:24,
1271:17, 1273:1,
1273:4, 1274:2,
1274:5, 1274:8,
1279:7, 1279:9,
1281:14, 1281:18,
1281:23, 1282:2,
1282:21, 1283:6,
1284:6, 1284:12,
1284:19, 1285:1,
1285:3, 1285:8,
1285:11, 1286:1,
1292:3, 1292:10,
1292:14, 1292:18,
1292:22, 1293:4,
1293:21, 1294:2,
1294:4, 1294:8,
1297:14, 1297:20,

1297:22, 1298:3,
1298:19, 1298:23,
1300:6, 1305:19,
1308:19, 1308:25,
1309:8, 1309:17,
1309:22, 1312:13,
1312:19, 1312:22,
1313:1, 1313:3,
1313:6, 1313:10,
1314:12, 1317:16,
1317:20, 1317:22,
1318:3, 1318:16,
1318:21, 1319:5,
1320:1, 1321:10,
1321:12
**court** [3] - 1241:24,
1312:17, 1312:20
**Court** [32] - 1238:14,
1244:4, 1244:21,
1250:19, 1252:14,
1255:9, 1255:11,
1256:4, 1257:22,
1258:10, 1259:6,
1260:7, 1261:7,
1265:25, 1266:18,
1269:1, 1277:15,
1277:17, 1279:23,
1284:12, 1288:14,
1291:6, 1293:6,
1294:9, 1299:9,
1304:16, 1306:17,
1310:23, 1310:24,
1313:3, 1314:14,
1321:21
**Court's** [3] - 1251:23,
1255:8, 1298:10
**Courts** [1] - 1266:3
**cover** [3] - 1249:8,
1289:6, 1311:24
**covered** [2] - 1265:20,
1295:7
**crack** [5] - 1279:20,
1280:6, 1280:8,
1280:14, 1280:15
**create** [5] - 1272:17,
1273:18, 1273:24,
1285:18, 1286:7
**created** [3] - 1295:18,
1320:7, 1320:15
**creates** [1] - 1301:10
**crest** [1] - 1272:23
**criminality** [1] -
1312:16
**crisply** [1] - 1273:4
**criteria** [1] - 1267:8
**critical** [3] - 1316:7,
1316:11
**CRONIN** [1] - 1240:16
**cross** [9] - 1262:5,
1286:2, 1292:24,

1294:10, 1295:9,
1299:1, 1306:14,
1309:4, 1321:15
**CROSS** [1] - 1318:5
**cross-section** [2] -
1292:24, 1309:4
**crucial** [2] - 1296:14,
1308:8
**Crude** [1] - 1267:1
**crudely** [1] - 1281:19
**cubic** [4] - 1264:20,
1264:23, 1265:3,
1265:6
**current** [3] - 1257:9,
1267:12, 1316:4
**currents** [1] - 1268:1
**cut** [5] - 1302:7,
1309:12, 1309:15,
1315:9, 1315:14
**cutting** [1] - 1315:19

---

## D

**D41p** [1] - 1246:22
**Dallas** [1] - 1239:8
**dams** [1] - 1316:18
**dash** [1] - 1308:4
**data** [3] - 1257:3,
1312:8, 1313:22
**date** [2] - 1254:12,
1254:13
**dated** [2] - 1246:5,
1255:24
**DAY** [1] - 1240:14
**days** [1] - 1306:21
**DC** [2] - 1240:18,
1240:23
**deal** [3] - 1267:12,
1291:21, 1295:24
**deals** [1] - 1266:7
**DEBRA** [1] - 1240:15
**decided** [3] - 1241:4,
1241:5, 1241:8
**decision** [4] -
1250:21, 1267:9,
1309:11, 1309:13
**deductive** [3] -
1293:9, 1293:14,
1293:15
**deep** [10] - 1242:16,
1243:1, 1245:14,
1263:14, 1273:18,
1273:24, 1274:12,
1274:16, 1274:20,
1276:21
**deeper** [1] - 1315:8
**deepest** [1] - 1276:21
**Defendant** [2] -
1240:8, 1240:19
**defendant's** [1] -

1288:5
**defendants** [1] -
1278:22
**defense** [7] - 1271:18,
1274:12, 1278:8,
1282:17, 1288:1,
1290:6, 1317:1
**deficiencies** [2] -
1288:5, 1289:17
**define** [2] - 1269:1,
1293:15
**defined** [2] - 1275:24,
1277:25
**defining** [1] - 1316:6
**definition** [1] - 1300:2
**DEGRAVELLES** [1] -
1239:9
**delivered** [1] - 1251:3
**delve** [1] - 1284:24
**demand** [3] - 1278:4,
1307:23, 1308:7
**demonstrating** [1] -
1298:12
**demonstration** [2] -
1251:6, 1301:15
**demonstrative** [1] -
1318:24
**Denham** [1] - 1239:20
**densities** [2] -
1243:15, 1243:21
**density** [2] - 1243:12,
1243:19
**DEPARTMENT** [1] -
1240:19
**Department** [2] -
1313:22, 1315:24
**depicted** [1] - 1303:20
**deposit** [4] - 1261:1,
1293:1, 1301:19
**deposition** [2] -
1270:4, 1310:17
**deposits** [1] - 1255:7
**depth** [10] - 1259:23,
1260:12, 1269:22,
1274:25, 1275:7,
1276:23, 1277:9,
1281:7, 1287:6,
1290:16
**depths** [2] - 1247:11,
1287:4
**describe** [8] -
1242:10, 1251:8,
1259:6, 1279:23,
1289:18, 1290:23,
1306:16, 1307:21
**described** [12] -
1244:11, 1246:17,
1247:11, 1251:17,
1255:15, 1257:21,
1261:20, 1282:7,

1296:11, 1305:2, 1311:21, 1321:2
**describing** [7] - 1246:24, 1246:25, 1248:25, 1278:22, 1280:21, 1290:25, 1311:4
**description** [2] - 1280:24, 1281:3
**design** [4] - 1267:8, 1267:17, 1316:5, 1316:17
**designed** [6] - 1266:18, 1266:20, 1266:21, 1266:22, 1266:24, 1267:15
**destabilizing** [2] - 1314:22, 1320:20
**detail** [2] - 1263:10, 1310:18
**detailed** [1] - 1290:11
**details** [1] - 1290:25
**detained** [1] - 1265:19
**detected** [1] - 1253:22
**determine** [3] - 1254:11, 1290:8, 1290:24
**determined** [2] - 1274:15, 1279:12
**develop** [3] - 1280:11, 1281:7, 1299:14
**developed** [5] - 1276:1, 1281:24, 1292:1, 1299:10, 1316:9
**developing** [2] - 1267:7, 1312:1
**develops** [3] - 1280:2, 1290:22
**diagram** [2] - 1251:13, 1302:19
**difference** [5] - 1287:16, 1287:18, 1297:2, 1308:10, 1319:17
**different** [9] - 1241:12, 1243:8, 1266:23, 1289:21, 1293:17, 1293:19, 1293:20, 1296:20, 1297:7
**differentials** [1] - 1284:20
**differs** [1] - 1265:14
**dig** [1] - 1270:16
**digging** [1] - 1262:21
**dimensions** [1] - 1251:16
**direct** [1] - 1269:4
**DIRECT** [1] - 1283:9
**direction** [2] - 1272:4,

1286:18
**directly** [3] - 1255:6, 1257:14, 1257:16
**discriminate** [1] - 1268:15
**discuss** [1] - 1273:3
**discussed** [10] - 1246:1, 1263:25, 1280:1, 1283:13, 1286:15, 1286:16, 1290:22, 1291:4, 1292:25, 1306:14
**discussing** [6] - 1252:17, 1253:11, 1253:12, 1265:14, 1275:10, 1296:2, 1310:9, 1316:13
**Discussion** [1] - 1242:2
**discussion** [4] - 1268:4, 1288:2, 1306:18, 1309:21
**disruptive** [1] - 1265:2
**distance** [2] - 1305:23, 1306:1
**distinction** [1] - 1296:16
**distinctions** [1] - 1296:17
**DISTRICT** [3] - 1238:1, 1238:1, 1238:8
**district** [1] - 1313:14
**ditch** [2] - 1241:15, 1262:9
**divided** [1] - 1278:2
**DIVISION** [1] - 1240:19
**Docket** [1] - 1238:4
**doctor** [2] - 1291:21, 1291:22
**document** [2] - 1250:17, 1316:4
**documentation** [3] - 1243:14, 1245:24, 1304:18
**documents** [2] - 1263:5, 1291:15
**DOMENGEAUX** [1] - 1239:12
**done** [8] - 1257:7, 1263:4, 1263:6, 1267:10, 1292:14, 1293:19, 1301:20, 1317:18
**dot** [1] - 1262:9
**dots** [2] - 1306:25, 1307:2
**down** [21] - 1246:8, 1247:17, 1247:21, 1252:1, 1256:11,

1256:22, 1259:8, 1259:21, 1259:23, 1260:19, 1262:11, 1271:10, 1300:15, 1302:10, 1311:1, 1311:10, 1313:8, 1313:16, 1314:2, 1319:1
**Dr** [102] - 1241:12, 1241:19, 1242:7, 1244:3, 1245:22, 1246:4, 1247:14, 1248:13, 1249:18, 1249:21, 1250:25, 1252:6, 1252:20, 1253:2, 1254:19, 1255:14, 1255:24, 1256:16, 1257:12, 1258:8, 1259:3, 1261:12, 1262:8, 1263:9, 1263:24, 1265:11, 1265:19, 1268:2, 1268:19, 1269:12, 1271:5, 1271:10, 1271:21, 1272:7, 1272:25, 1274:15, 1274:17, 1274:20, 1279:11, 1282:5, 1282:24, 1283:11, 1285:7, 1285:13, 1285:25, 1288:1, 1288:12, 1288:19, 1288:23, 1289:8, 1289:16, 1290:1, 1290:3, 1290:14, 1290:19, 1290:22, 1291:2, 1292:4, 1292:6, 1292:24, 1294:14, 1295:2, 1296:11, 1297:16, 1297:21, 1298:1, 1298:13, 1299:20, 1300:12, 1301:5, 1301:23, 1302:17, 1302:18, 1303:18, 1304:13, 1305:1, 1305:14, 1305:23, 1306:6, 1307:18, 1308:19, 1309:24, 1311:12, 1312:3, 1312:23, 1313:16, 1314:4, 1314:15, 1314:16, 1314:18, 1315:16, 1315:24, 1316:14, 1316:16, 1318:8, 1319:9, 1319:24, 1320:1, 1320:4, 1321:4
**dr** [1] - 1298:25
**drain** [2] - 1257:5,

1262:9
**draw** [5] - 1250:6, 1250:17, 1250:20, 1278:5, 1278:9
**drawer** [11] - 1278:11, 1278:12, 1278:13, 1278:15, 1278:16, 1278:17, 1278:20, 1278:24, 1279:4, 1279:5
**drawing** [1] - 1245:23
**drawn** [1] - 1250:19
**dredging** [1] - 1309:4
**dresser** [1] - 1278:15
**dressing** [1] - 1303:19
**drew** [1] - 1251:23
**drill** [1] - 1260:16
**driving** [1] - 1315:8
**dropping** [1] - 1260:11
**dry** [1] - 1259:11
**DUDENHEFER** [2] - 1239:16, 1239:16
**due** [2] - 1309:5, 1320:12
**duration** [2] - 1270:12, 1304:3
**during** [11] - 1270:11, 1276:1, 1287:6, 1309:24, 1310:9, 1313:9, 1314:4, 1314:20, 1314:25, 1315:4, 1315:5
**DUVAL** [1] - 1238:8

# E

**East** [3] - 1299:11, 1301:9, 1303:4
**east** [35] - 1245:7, 1245:19, 1246:10, 1246:13, 1246:21, 1247:16, 1247:18, 1247:23, 1248:3, 1248:4, 1248:22, 1248:24, 1249:1, 1252:10, 1252:14, 1252:17, 1261:12, 1261:14, 1272:3, 1272:5, 1272:14, 1272:22, 1273:13, 1273:14, 1275:10, 1275:15, 1275:19, 1276:25, 1277:1, 1277:2, 1284:5, 1285:16, 1286:13, 1286:19, 1312:6
**east-west** [1] - 1261:12
**east/west** [1] -

1262:9
**easterly** [1] - 1275:12
**eastern** [2] - 1314:6, 1320:9
**EASTERN** [1] - 1238:1
**easy** [1] - 1302:1
**EBIA** [13] - 1258:13, 1264:25, 1265:2, 1291:13, 1295:14, 1301:6, 1304:24, 1307:16, 1310:21, 1312:2, 1313:25, 1320:7, 1321:5
**EDWARDS** [1] - 1239:12
**effect** [5] - 1279:20, 1288:8, 1289:1, 1290:16, 1302:11
**effectively** [1] - 1260:8
**effectiveness** [1] - 1315:13
**effects** [2] - 1255:18, 1280:25
**effort** [1] - 1247:10
**either** [8] - 1243:11, 1243:18, 1244:1, 1265:23, 1266:2, 1290:12, 1295:3, 1296:24
**elaborate** [1] - 1278:25
**electronic** [1] - 1298:3
**elevation** [22] - 1253:24, 1253:25, 1259:14, 1271:6, 1272:21, 1272:23, 1283:21, 1284:2, 1287:7, 1287:16, 1287:18, 1287:20, 1289:7, 1289:8, 1306:23, 1307:4, 1307:6, 1308:14, 1308:18, 1311:8, 1315:6
**elevations** [4] - 1257:14, 1259:15, 1307:3, 1311:23
**eliminate** [2] - 1283:12, 1296:25
**eliminated** [1] - 1284:14
**ELWOOD** [1] - 1239:13
**email** [2] - 1255:24, 1256:20
**empirical** [5] - 1274:2, 1275:20, 1277:10, 1293:2, 1296:6
**employee** [1] - 1246:9
**encounter** [1] -

1260:25
**encountering** [1] - 1260:21
**end** [15] - 1244:13, 1244:15, 1245:15, 1246:6, 1249:9, 1251:9, 1255:6, 1258:17, 1261:18, 1279:14, 1280:2, 1281:6, 1282:23, 1293:11, 1305:6
**endorsing** [1] - 1317:8
**energy** [2] - 1247:10, 1269:5
**engagement** [1] - 1317:16
**engineer** [3] - 1257:18, 1262:23
**engineering** [6] - 1254:10, 1259:25, 1265:25, 1278:10, 1316:17
**Engineers** [8] - 1255:25, 1256:17, 1290:10, 1310:17, 1312:18, 1313:13, 1313:14, 1315:16
**Engineers'** [2] - 1316:17, 1317:6
**enlargement** [1] - 1260:2
**entire** [11] - 1249:8, 1270:12, 1276:1, 1279:16, 1287:6, 1290:5, 1290:7, 1291:24, 1296:8, 1304:2, 1310:1
**entitled** [3] - 1241:17, 1303:4, 1304:13
**environmental** [2] - 1256:8, 1256:9
**equal** [1] - 1265:3
**equipment** [2] - 1242:21, 1290:5
**erasing** [1] - 1313:1
**erodible** [1] - 1289:23
**erosion** [12] - 1287:22, 1287:24, 1287:25, 1288:5, 1288:7, 1288:9, 1288:24, 1290:11, 1290:19, 1290:24, 1291:23, 1316:9
**errors** [2] - 1287:23, 1288:5
**escape** [1] - 1260:9
**ESQ** [28] - 1239:2, 1239:4, 1239:7, 1239:10, 1239:10, 1239:13, 1239:13,

1239:16, 1239:19, 1239:21, 1239:24, 1240:4, 1240:6, 1240:9, 1240:10, 1240:10, 1240:11, 1240:14, 1240:15, 1240:15, 1240:16, 1240:16, 1240:17, 1240:20, 1240:20, 1240:21, 1240:21, 1240:22
**essence** [5] - 1249:8, 1270:25, 1282:6, 1293:4, 1293:6
**essentially** [4] - 1249:2, 1254:5, 1255:2, 1255:12
**establish** [1] - 1254:12
**established** [1] - 1254:2
**estimation** [2] - 1247:4, 1252:21
**et** [1] - 1257:5
**eureka** [1] - 1308:17
**evacuated** [1] - 1267:6
**evaluating** [1] - 1316:11
**evaluations** [1] - 1281:6
**event** [1] - 1284:12
**events** [1] - 1270:11
**eventual** [1] - 1321:7
**evidence** [13] - 1274:2, 1275:20, 1293:2, 1296:6, 1296:12, 1305:17, 1315:13, 1318:20, 1318:23, 1319:4, 1319:6, 1320:24
**evident** [1] - 1301:5
**exacerbated** [1] - 1292:11
**exactly** [4] - 1296:3, 1308:18, 1313:5, 1315:15
**examination** [9] - 1262:5, 1286:2, 1292:4, 1294:10, 1294:18, 1295:9, 1299:1, 1306:14, 1321:15
**EXAMINATION** [3] - 1241:10, 1283:9, 1318:5
**examine** [1] - 1270:4
**examined** [3] - 1269:25, 1284:17, 1290:13
**examining** [1] -

1300:21
**example** [7] - 1269:6, 1277:6, 1277:21, 1279:10, 1296:11, 1300:13, 1303:13
**excavate** [3] - 1252:8, 1280:12, 1309:13
**excavated** [4] - 1246:20, 1248:23, 1249:23, 1251:14
**excavating** [4] - 1243:13, 1246:9, 1248:22, 1249:2
**Excavating** [1] - 1303:4
**excavating/ stockpiling** [1] - 1247:16
**excavation** [24] - 1242:15, 1242:17, 1243:17, 1243:24, 1244:1, 1244:23, 1245:9, 1246:11, 1247:4, 1248:18, 1249:6, 1251:14, 1251:24, 1252:14, 1257:8, 1262:11, 1291:13, 1291:14, 1292:23, 1292:25, 1295:19, 1304:19, 1304:24, 1319:18
**excavations** [28] - 1241:13, 1244:4, 1244:10, 1245:15, 1250:4, 1251:25, 1252:16, 1253:11, 1253:12, 1262:14, 1262:15, 1263:9, 1263:13, 1263:16, 1292:11, 1292:15, 1293:7, 1293:25, 1297:9, 1299:11, 1301:13, 1301:15, 1304:19, 1305:6, 1306:3, 1309:1, 1320:12
**exceeded** [1] - 1275:7
**excerpt** [1] - 1315:24
**excess** [1] - 1277:24
**exchange** [1] - 1267:2
**excuse** [2] - 1241:24, 1297:24
**exerted** [2] - 1278:1, 1307:24
**exhibits** [1] - 1245:12
**existed** [2] - 1281:15, 1285:24
**existing** [4] - 1243:11, 1243:19, 1249:24, 1316:5

**experience** [3] - 1259:25, 1270:2, 1304:3
**experienced** [2] - 1276:14, 1304:1
**experiences** [1] - 1280:9
**experiments** [2] - 1289:4, 1300:23
**expert** [8] - 1270:1, 1271:1, 1271:2, 1284:9, 1284:10, 1294:23, 1294:24, 1318:20
**experts** [6] - 1268:13, 1271:18, 1278:8, 1283:22, 1290:6, 1317:2
**experts'** [1] - 1274:12
**explain** [10] - 1265:24, 1270:21, 1277:12, 1279:21, 1287:9, 1287:12, 1299:22, 1304:15, 1312:10, 1320:23
**explains** [2] - 1293:13, 1297:7
**explanation** [6] - 1277:9, 1280:21, 1281:1, 1299:6, 1301:6, 1309:25
**explore** [2] - 1286:2, 1294:4
**extend** [1] - 1253:12
**extended** [1] - 1256:24
**extensive** [1] - 1316:6
**extent** [1] - 1266:3

**F**

**face** [2] - 1254:5, 1309:14
**facilitating** [1] - 1255:17
**fact** [7] - 1266:22, 1271:10, 1286:11, 1291:20, 1293:10, 1299:15, 1319:17
**factor** [9] - 1277:21, 1277:23, 1277:25, 1279:15, 1282:8, 1293:16, 1307:19, 1307:22, 1308:12
**factors** [1] - 1277:18
**facts** [1] - 1285:22
**fail** [3] - 1274:24, 1292:2, 1296:7
**failed** [4] - 1268:20, 1271:22, 1279:5,

1304:4
**failure** [24] - 1277:12, 1277:17, 1277:18, 1281:24, 1283:15, 1283:19, 1291:10, 1291:16, 1293:3, 1293:8, 1293:13, 1293:15, 1294:25, 1295:16, 1296:6, 1296:7, 1298:12, 1299:3, 1305:9, 1308:13, 1308:15, 1308:18, 1308:22, 1321:7
**failures** [3] - 1294:16, 1294:21, 1320:23
**fair** [3] - 1264:4, 1300:20, 1302:2
**familiar** [1] - 1259:2
**far** [1] - 1287:15
**FARRELL** [1] - 1240:16
**fat** [2] - 1289:21, 1289:23
**fatigue** [1] - 1309:10
**FAYARD** [2] - 1239:18, 1239:19
**FCRR** [3] - 1238:13, 1321:23, 1321:24
**feature** [8] - 1277:19, 1277:21, 1277:22, 1279:2, 1304:23, 1304:25, 1305:14
**features** [5] - 1276:1, 1291:25, 1294:22, 1294:24, 1294:24
**February** [3] - 1247:15, 1249:19, 1297:22
**feet** [61] - 1242:16, 1242:18, 1242:19, 1242:20, 1243:2, 1245:16, 1247:11, 1251:16, 1253:25, 1259:10, 1259:14, 1259:17, 1259:20, 1259:21, 1259:22, 1259:23, 1260:12, 1260:13, 1260:18, 1260:24, 1262:1, 1262:11, 1262:19, 1264:20, 1264:23, 1265:6, 1267:23, 1269:7, 1269:15, 1271:5, 1271:9, 1271:12, 1272:10, 1272:21, 1273:9, 1274:15, 1275:5, 1275:7, 1276:3, 1276:11, 1276:24,

1279:11, 1279:12, 1281:8, 1283:20, 1283:23, 1283:24, 1283:25, 1284:4, 1285:19, 1286:8, 1287:5, 1289:9, 1306:2, 1311:9, 1311:25, 1315:6, 1315:7
**few** [4] - 1245:12, 1246:4, 1302:13, 1308:19
**field** [3] - 1289:4, 1293:2, 1296:6
**figure** [5] - 1253:8, 1253:14, 1299:9, 1308:6
**figures** [1] - 1272:20
**fill** [7] - 1246:11, 1249:24, 1257:8, 1259:10, 1260:21, 1301:14, 1304:24
**filled** [1] - 1252:22
**film** [1] - 1259:7
**final** [2] - 1279:19, 1294:15
**finally** [1] - 1290:19
**fine** [1] - 1259:10
**finger** [2] - 1254:8, 1257:13
**FIRM** [4] - 1239:4, 1239:16, 1239:21, 1240:1
**firmly** [1] - 1255:11
**first** [16] - 1242:17, 1244:12, 1244:22, 1245:5, 1247:8, 1260:2, 1265:21, 1268:7, 1272:8, 1274:7, 1274:11, 1277:13, 1277:15, 1278:6, 1284:1, 1311:12
**fits** [1] - 1280:20
**five** [2] - 1245:16, 1247:11
**FL** [1] - 1239:25
**flag** [1] - 1260:4
**flags** [1] - 1257:19
**flood** [36] - 1247:5, 1254:6, 1258:17, 1261:22, 1272:18, 1273:19, 1273:25, 1274:13, 1274:18, 1278:1, 1278:3, 1280:5, 1281:20, 1286:8, 1288:19, 1288:21, 1289:2, 1289:10, 1289:25, 1295:15, 1296:8,

1299:3, 1299:14, 1301:11, 1302:2, 1303:9, 1307:23, 1311:11, 1312:4, 1312:6, 1314:6, 1314:22, 1320:9, 1321:6
**flood-control** [1] - 1247:5
**Florida** [2] - 1239:19, 1302:6
**flow** [16] - 1257:2, 1257:6, 1257:9, 1257:10, 1257:15, 1280:7, 1281:8, 1295:3, 1300:9, 1300:12, 1300:14, 1300:25, 1317:6, 1317:7, 1320:23
**flowing** [1] - 1257:16
**fluid** [7] - 1290:23, 1299:17, 1300:1, 1300:4, 1300:14, 1300:15, 1301:18
**fly** [1] - 1302:9
**focus** [1] - 1245:11
**following** [8] - 1247:14, 1266:6, 1277:2, 1306:6, 1307:18, 1310:20, 1311:14, 1313:16
**follows** [2] - 1314:1, 1314:2
**foot** [27] - 1242:22, 1243:23, 1259:17, 1272:11, 1272:12, 1272:21, 1273:11, 1273:13, 1273:14, 1273:22, 1274:20, 1274:23, 1275:25, 1277:3, 1281:20, 1284:3, 1284:4, 1285:13, 1285:16, 1286:12, 1289:7, 1289:8, 1300:14, 1302:7, 1315:17
**FOR** [1] - 1238:1
**force** [5] - 1278:1, 1278:19, 1301:10, 1301:22, 1303:16
**forces** [9] - 1268:1, 1279:1, 1279:2, 1291:11, 1293:2, 1307:23, 1308:6, 1308:9, 1320:18
**foregoing** [1] - 1321:22
**forensic** [3] - 1254:10, 1265:25, 1320:24
**Forensic** [2] -

1304:13, 1304:17
**forensically** [2] - 1294:15, 1294:20
**form** [3] - 1254:8, 1280:1, 1316:4
**formed** [1] - 1280:5
**former** [1] - 1310:21
**forms** [1] - 1280:1
**forth** [2] - 1262:15, 1295:13
**forward** [3] - 1244:15, 1249:19, 1316:12
**foundation** [3] - 1250:15, 1252:1, 1257:5
**foundations** [1] - 1241:13
**foundry** [1] - 1241:21
**four** [2] - 1253:18, 1253:23
**Four** [1] - 1301:20
**FRANK** [1] - 1239:16
**Franklin** [1] - 1240:22
**freer** [1] - 1278:10
**frequently** [2] - 1268:13, 1289:20
**Freret** [1] - 1239:22
**friable** [1] - 1247:22
**friction** [2] - 1279:5, 1302:12
**frictional** [3] - 1278:13, 1278:14, 1278:18
**front** [3] - 1249:11, 1318:23
**FRUGE** [1] - 1239:9
**full** [1] - 1267:21
**full-scale** [1] - 1267:21
**fundamental** [2] - 1267:16, 1296:16
**funds** [1] - 1250:2

## G

**gap** [17] - 1279:21, 1279:23, 1280:2, 1280:4, 1280:5, 1280:11, 1280:19, 1280:24, 1281:5, 1281:23, 1291:3, 1291:4, 1291:6, 1291:9, 1291:15, 1292:1, 1304:7
**gaps** [4] - 1279:25, 1281:2, 1281:15, 1281:18
**gears** [1] - 1263:21
**general** [8] - 1245:17, 1245:21, 1251:8,

1269:24, 1270:19, 1295:17, 1309:19
**generalized** [3] - 1277:11, 1277:16, 1278:7
**generally** [1] - 1244:25
**generated** [1] - 1271:25
**geographic** [2] - 1253:17, 1310:24
**geographically** [1] - 1248:25
**George** [1] - 1255:25
**geotechnical** [4] - 1257:18, 1295:23, 1306:9, 1313:13
**given** [2] - 1280:24, 1290:17
**glad** [2] - 1292:20, 1318:1
**governing** [1] - 1278:19
**government** [2] - 1267:11, 1270:24
**grade** [1] - 1260:19
**graded** [1] - 1259:10
**grained** [1] - 1259:11
**graphic** [3] - 1299:5, 1299:21, 1311:17
**graphical** [1] - 1299:19
**graphs** [1] - 1288:4
**grass** [8] - 1288:4, 1288:7, 1288:8, 1288:21, 1288:23, 1289:1, 1289:6, 1289:10
**gravity** [1] - 1303:16
**great** [4] - 1242:5, 1267:11, 1291:21, 1295:24
**greater** [2] - 1285:19, 1286:8
**green** [1] - 1262:9
**GREGORY** [1] - 1240:6
**grid** [1] - 1241:13
**ground** [4] - 1255:20, 1257:2, 1259:9, 1259:20
**groundwater** [11] - 1253:3, 1253:22, 1253:24, 1257:2, 1257:3, 1257:6, 1257:9, 1257:15, 1257:24, 1258:2, 1259:12
**Group** [3] - 1240:9, 1256:7, 1320:12

**guarantee** [1] - 1317:18
**guess** [3] - 1293:5, 1293:21, 1312:23
**guideline** [1] - 1316:6
**guidelines** [2] - 1317:6, 1317:8
**Guillory** [3] - 1256:3, 1256:4, 1256:21
**GULOTTA** [1] - 1240:10
**Gustav** [5] - 1310:6, 1312:8, 1314:2, 1314:25, 1315:4
**Gustav/Ike** [1] - 1313:22
**guys** [1] - 1256:8

## H

**half** [3] - 1260:24, 1265:7, 1283:5
**handle** [1] - 1280:14
**happy** [3] - 1298:3, 1319:22
**Harbor** [1] - 1253:14
**hard** [1] - 1301:25
**hate** [1] - 1293:5
**haul** [1] - 1298:4
**hauled** [2] - 1247:23, 1247:25
**HB** [1] - 1238:14
**head** [1] - 1249:15
**hear** [1] - 1319:4
**HEARD** [1] - 1238:8
**heard** [4] - 1244:22, 1265:25, 1277:15, 1299:1
**heart** [1] - 1299:7
**HEATHER** [1] - 1240:10
**height** [20] - 1269:4, 1269:6, 1269:8, 1269:9, 1269:10, 1269:14, 1269:15, 1269:20, 1270:12, 1271:5, 1272:9, 1272:12, 1273:9, 1273:14, 1283:18, 1283:20, 1284:4, 1285:13, 1285:15, 1289:9
**heights** [3] - 1268:25, 1269:1, 1286:6
**held** [1] - 1242:2
**hell** [1] - 1302:9
**help** [5] - 1242:22, 1278:5, 1278:9, 1297:14, 1310:20
**helping** [2] - 1269:19,

1318:24
**hereby** [1] - 1321:21
**high** [8] - 1267:23,
1272:21, 1289:20,
1290:4, 1307:9,
1307:10, 1307:24,
1313:9
**higher** [1] - 1279:16
**highest** [1] - 1269:3
**highly** [1] - 1255:2
**history** [1] - 1291:24
**hit** [1] - 1308:17
**hockey** [2] - 1301:24,
1302:3
**hold** [2] - 1264:11,
1316:22
**hole** [2] - 1304:22,
1305:23
**Hole** [1] - 1258:10
**holes** [4] - 1262:21,
1262:22, 1304:14,
1304:21
**HOLTHAUS** [1] -
1239:9
**HONEYCUTT** [1] -
1239:18
**Honor** [30] - 1250:16,
1254:17, 1256:25,
1258:1, 1261:5,
1270:22, 1271:3,
1271:19, 1279:8,
1280:17, 1281:11,
1282:3, 1283:2,
1284:8, 1284:11,
1284:18, 1284:25,
1285:2, 1285:5,
1285:21, 1286:3,
1292:21, 1294:3,
1294:12, 1312:17,
1317:12, 1318:4,
1318:18, 1318:19,
1318:23
**HONORABLE** [1] -
1238:8
**hopefully** [1] -
1283:12
**horizontal** [3] -
1301:10, 1306:20,
1307:22
**hospital** [1] - 1298:5
**hotel** [1] - 1265:4
**Hotel** [2] - 1265:5,
1265:9
**hour** [10] - 1269:7,
1270:10, 1273:16,
1273:23, 1281:10,
1283:5, 1283:19,
1286:5, 1317:12
**hours** [3] - 1276:15,
1289:5, 1291:22

hundreds [1] -
1320:11
**Hurricane** [5] -
1287:6, 1310:14,
1311:3, 1315:17,
1320:7
**Hurricanes** [1] -
1310:6
**hydraulic** [15] -
1254:3, 1255:18,
1255:19, 1295:18,
1299:2, 1299:5,
1299:10, 1299:12,
1299:17, 1303:23,
1307:20, 1308:5,
1311:15, 1320:7,
1320:15
**hydraulically** [1] -
1315:10
**hydrodynamic** [2] -
1267:21, 1287:14
**hypothetical** [2] -
1284:11, 1286:6
**hypothetically** [3] -
1272:11, 1272:13,
1275:9

## I

**I-wall** [1] - 1262:2
**I-walls** [2] - 1316:6,
1316:8
**idea** [1] - 1282:23
**identified** [1] -
1271:12
**identifies** [1] -
1292:24
**identify** [1] - 1294:24
**IHNC** [7] - 1253:14,
1276:22, 1295:18,
1311:15, 1312:3,
1314:6, 1320:16
**II** [4] - 1240:3, 1240:4,
1247:22, 1248:22
**Ike** [5] - 1310:7,
1312:8, 1314:3,
1314:25, 1315:4
**ill** [1] - 1312:16
**illustrate** [1] - 1278:9
**illustration** [2] -
1244:17, 1299:10
**immediate** [1] -
1313:25
**immediately** [7] -
1251:11, 1254:7,
1259:13, 1260:5,
1264:18, 1276:8,
1276:18
**impeding** [1] -
1260:16

implausibility [1] -
1266:1
**implies** [1] - 1312:16
**implying** [1] - 1312:23
**importance** [1] -
1301:11
**important** [10] -
1247:9, 1254:9,
1279:25, 1280:10,
1292:22, 1303:17,
1308:13, 1315:12,
1316:3, 1318:25
**importantly** [2] -
1311:23, 1314:1
**imported** [3] -
1246:23, 1248:14,
1252:13
**imposed** [1] - 1278:4,
1291:8
**improper** [1] - 1250:15
**IN** [2] - 1238:17, 1238:3
**Inc** [1] - 1240:9
**inch** [2] - 1287:15,
1287:17
**inches** [2] - 1287:19,
1302:13
**include** [2] - 1268:4,
1288:2
**included** [4] - 1264:3,
1288:23, 1317:2,
1317:3
**including** [5] -
1241:14, 1268:14,
1271:17, 1279:1,
1316:8
**incompressible** [5] -
1316:19, 1316:20,
1316:24, 1316:25,
1317:3
**inconsistent** [1] -
1320:24
**increase** [3] - 1280:8,
1307:5, 1309:4
**increasing** [2] -
1277:20, 1307:5
**indicate** [13] -
1244:21, 1245:17,
1248:21, 1253:22,
1255:9, 1257:4,
1258:14, 1259:24,
1274:23, 1289:4,
1294:15, 1295:23,
1306:7
**indicated** [7] -
1246:14, 1251:4,
1253:2, 1253:13,
1253:17, 1261:12,
1318:25
**indicates** [9] -
1245:20, 1245:24,

1246:19, 1249:21,
1251:14, 1252:12,
1253:23, 1259:9,
1259:13
**indicating** [2] -
1247:24, 1249:6
**indication** [8] -
1243:10, 1243:16,
1243:18, 1248:13,
1250:25, 1251:15,
1259:21, 1263:6
**individual** [1] -
1295:16
**induced** [6] - 1266:7,
1294:16, 1294:21,
1294:25, 1295:20,
1314:21
**inductive** [3] - 1293:9,
1293:12, 1294:17
**Industrial** [16] -
1249:3, 1253:13,
1254:3, 1254:5,
1257:16, 1261:25,
1272:1, 1272:22,
1299:11, 1301:8,
1301:9, 1307:24,
1308:1, 1309:19,
1309:25, 1310:4
**industry** [1] - 1267:25
**inference** [4] -
1250:17, 1250:19,
1250:20, 1260:6
**inferences** [1] -
1250:6
**inferred** [2] - 1274:25,
1276:2
**influence** [1] - 1257:4
**influences** [1] -
1254:10
**influencing** [1] -
1255:19
**information** [3] -
1257:3, 1257:9,
1318:24
**initial** [1] - 1283:15
**initiated** [1] - 1244:13
**initiation** [1] - 1279:13
**inner** [1] - 1311:7
**Inner** [1] - 1253:14
**inset** [1] - 1308:6
**inside** [1] - 1311:6
**instability** [2] -
1295:16, 1321:7
**installed** [4] -
1310:14, 1310:16,
1310:19, 1311:3
**instead** [1] - 1296:22
**insulation** [1] -
1303:22
**integrity** [3] - 1272:18,

1273:19, 1273:25
**intend** [1] - 1292:20
**intended** [1] - 1316:5
**intensity** [1] - 1266:3
**intent** [1] - 1312:16
**intentional** [1] -
1312:24
**intentionally** [3] -
1315:8, 1315:9,
1315:18
**Intercontinental** [2] -
1265:5, 1265:9
**interesting** [1] -
1309:5
**interface** [1] - 1255:13
**International** [3] -
1240:9, 1256:7,
1320:13
**interpretations** [1] -
1259:16
**interruption** [1] -
1280:16
**investigation** [4] -
1275:1, 1277:10,
1282:16, 1286:11
**investigations** [1] -
1271:15
**involved** [2] - 1270:15,
1308:6
**involves** [1] - 1279:20
**involving** [1] - 1300:3
**irrelevant** [2] - 1287:8,
1287:13
**issue** [1] - 1303:16
**issued** [1] - 1316:4
**itself** [3] - 1262:2,
1301:7, 1313:9

## J

**Jacksonville** [1] -
1302:6
**jam** [1] - 1260:8
**JAMES** [2] - 1240:10,
1240:20
**Jefferson** [4] -
1239:14, 1247:23,
1309:8, 1309:11
**JOANEN** [2] -
1239:21, 1239:21
**JOHN** [1] - 1240:22
**join** [1] - 1270:23
**joining** [1] - 1270:24
**JONATHAN** [1] -
1239:4
**JONES** [1] - 1240:14
**JOSEPH** [1] - 1239:2
**JOSHUA** [1] - 1239:10
**JR** [5] - 1239:13,
1239:16, 1239:19,

1240:10, 1240:20
**JUDGE** [1] - 1238:8
**Judge** [2] - 1297:17, 1299:1
**judgment** [1] - 1250:10
**JULIA** [1] - 1240:16
**jump** [1] - 1302:9
**Justice** [1] - 1313:22
**JUSTICE** [1] - 1240:19
**JX** [9] - 1244:8, 1246:2, 1247:12, 1252:4, 1253:2, 1255:21, 1258:6, 1314:12, 1318:6

**K**

**Karl** [10] - 1241:16, 1252:25, 1260:2, 1260:12, 1261:16, 1263:22, 1265:17, 1289:14, 1298:18, 1302:14
**Katrina** [10] - 1287:6, 1291:25, 1307:16, 1310:14, 1311:4, 1312:18, 1314:20, 1315:5, 1315:17, 1320:7
**KATRINA** [1] - 1238:3
**keep** [2] - 1303:23, 1318:1
**keeping** [1] - 1306:17
**KELLS** [1] - 1240:21
**KENDRICK** [1] - 1239:13
**kept** [1] - 1252:23
**KERWIN** [1] - 1240:17
**key** [1] - 1267:3
**kill** [1] - 1267:9
**kind** [1] - 1270:2
**kinds** [1] - 1269:23
**Kingdom** [1] - 1267:11
**knowledge** [5] - 1242:24, 1267:16, 1267:25, 1271:7
**known** [2] - 1241:22, 1266:25

**L**

**LA** [9] - 1239:3, 1239:5, 1239:11, 1239:15, 1239:17, 1239:20, 1239:22, 1240:5, 1240:12
**lack** [1] - 1292:11
**Lafayette** [1] -

1239:15
**lag** [1] - 1307:9
**land** [9] - 1263:14, 1295:15, 1314:4, 1314:5, 1314:9, 1315:4, 1320:8, 1320:20, 1321:6
**landfill** [1] - 1247:23
**Large** [2] - 1241:17, 1241:19
**large** [9] - 1241:20, 1242:13, 1251:23, 1258:16, 1261:15, 1261:17, 1261:19, 1267:22
**last** [2] - 1248:21
**late** [2] - 1246:22, 1310:7
**lateral** [5] - 1278:1, 1280:8, 1301:21, 1307:23, 1308:11
**latest** [1] - 1317:15
**LAW** [4] - 1239:4, 1239:16, 1239:21, 1240:1
**Lawn** [1] - 1239:7
**layer** [15] - 1295:15, 1295:19, 1297:10, 1299:13, 1307:4, 1307:6, 1307:9, 1307:10, 1309:15, 1314:1, 1315:19, 1319:19, 1320:13, 1320:16, 1321:6
**layer's** [1] - 1315:9
**lead** [1] - 1256:6
**leaks** [1] - 1300:18
**lean** [1] - 1259:18
**leaned** [1] - 1280:6
**leaning** [1] - 1291:7
**learned** [2] - 1272:3, 1277:17
**leave** [4] - 1241:5, 1294:9, 1294:14, 1317:17
**Lee** [2] - 1256:3, 1256:21
**left** [2] - 1249:25, 1276:5
**legally** [1] - 1293:8
**length** [1] - 1290:8
**less** [3] - 1276:3, 1298:20, 1300:23
**Lesser** [2] - 1255:25, 1256:18
**lesser** [1] - 1256:8
**Levee** [1] - 1309:5
**levee** [13] - 1254:20, 1254:23, 1255:16, 1261:25, 1262:20,

1263:20, 1278:1, 1278:3, 1301:21, 1305:3, 1309:12, 1309:15, 1320:20
**level** [3] - 1253:22, 1254:1, 1307:25
**levels** [1] - 1307:1
**LEVIN** [1] - 1239:23
**lifetime** [1] - 1267:14
**lift** [9] - 1241:20, 1242:8, 1242:10, 1242:12, 1242:14, 1243:2, 1243:12, 1299:5, 1302:1
**lifting** [1] - 1299:16
**lifts** [6] - 1242:9, 1242:19, 1242:20, 1242:22, 1243:23
**lighten** [1] - 1255:4
**line** [7] - 1245:24, 1248:4, 1251:12, 1251:21, 1262:10, 1308:2, 1308:4
**lines** [4] - 1241:14, 1249:24, 1253:21, 1300:19
**lining** [2] - 1303:19, 1303:22
**liquid** [2] - 1252:21, 1260:9
**list** [1] - 1264:6
**LITIGATION** [1] - 1238:4
**live** [2] - 1270:17, 1309:6
**LLC** [1] - 1239:16
**LLP** [1] - 1240:6
**load** [2] - 1246:20, 1306:11
**load-out** [1] - 1246:20
**loading** [4] - 1277:22, 1277:23, 1278:4, 1280:9
**loads** [1] - 1247:22
**local** [2] - 1279:13, 1280:3
**localized** [2] - 1277:12, 1281:5
**locate** [3] - 1243:14, 1310:21, 1318:24
**located** [8] - 1245:25, 1251:24, 1252:9, 1253:18, 1258:1, 1258:11, 1258:16, 1313:14, 1314:7
**location** [32] - 1243:11, 1243:18, 1246:10, 1251:18, 1251:22, 1253:16, 1254:4, 1258:15,

1259:11, 1259:13, 1261:2, 1261:16, 1261:21, 1261:23, 1264:15, 1264:17, 1264:25, 1267:5, 1272:6, 1272:22, 1276:23, 1283:22, 1285:14, 1285:20, 1286:9, 1288:8, 1289:3, 1290:11, 1294:7, 1310:24, 1310:25, 1311:16
**locations** [2] - 1245:22, 1253:23
**log** [1] - 1258:8
**logs** [1] - 1259:2
**London** [1] - 1306:10
**LONIAN** [1] - 1240:10
**look** [33] - 1246:8, 1246:19, 1247:12, 1247:15, 1247:21, 1248:7, 1249:20, 1251:13, 1252:4, 1252:12, 1254:9, 1255:9, 1256:11, 1256:22, 1259:22, 1261:8, 1263:7, 1265:17, 1268:7, 1283:11, 1283:12, 1299:18, 1301:3, 1304:11, 1306:6, 1306:16, 1307:18, 1310:20, 1311:14, 1313:16, 1314:4, 1315:22, 1316:16
**looked** [2] - 1263:9, 1263:12
**looking** [5] - 1251:20, 1252:10, 1259:6, 1261:16, 1297:15
**Los** [1] - 1240:2
**LOUISIANA** [2] - 1238:1, 1241:1
**Louisiana** [2] - 1238:15, 1240:17
**low** [8] - 1252:22, 1287:7, 1287:18, 1289:21, 1290:3, 1290:8, 1290:12, 1300:25
**low-lying** [1] - 1252:22
**lower** [6] - 1246:8, 1265:1, 1271:11, 1287:12, 1287:19, 1295:19
**Lower** [4] - 1257:17, 1260:22, 1296:9, 1306:11
**lowered** [1] - 1289:22

**lowest** [4] - 1250:8, 1271:6, 1283:21, 1284:2
**lucky** [1] - 1260:10
**lunch** [3] - 1317:13, 1317:14, 1321:16
**lying** [1] - 1252:22

**M**

**MAGGIE** [1] - 1240:11
**Main** [1] - 1239:11
**major** [1] - 1316:12
**majority** [1] - 1245:25
**Malcolm** [1] - 1240:7
**man** [1] - 1256:6
**MANAGER** [1] - 1283:7
**manner** [2] - 1243:6, 1293:8
**manual** [1] - 1316:17
**marina** [1] - 1241:21
**Marine** [21] - 1244:20, 1244:21, 1245:15, 1251:1, 1251:10, 1252:11, 1252:14, 1253:16, 1253:18, 1259:8, 1261:18, 1264:19, 1264:22, 1265:6, 1265:7, 1265:12, 1271:8, 1291:19, 1303:6, 1304:1, 1305:6
**mark** [1] - 1257:4
**markedly** [1] - 1255:19
**marr** [1] - 1271:10
**Marr** [9] - 1274:15, 1279:11, 1288:1, 1290:1, 1290:3, 1290:14, 1290:22, 1319:24
**Marr's** [4] - 1288:23, 1289:8, 1292:24, 1302:18
**marsh** [29] - 1255:7, 1255:13, 1261:1, 1263:14, 1293:1, 1295:15, 1295:19, 1297:10, 1299:13, 1301:19, 1302:19, 1303:24, 1307:4, 1307:6, 1307:9, 1307:10, 1307:11, 1307:13, 1309:15, 1309:20, 1311:15, 1314:1, 1315:9, 1315:19, 1319:19, 1320:6, 1320:13, 1320:16, 1321:6

**material** [27] - 1243:9, 1244:6, 1244:17, 1245:25, 1246:10, 1246:12, 1246:20, 1246:25, 1247:1, 1248:23, 1249:23, 1250:1, 1251:3, 1252:9, 1255:4, 1255:5, 1255:6, 1255:12, 1260:7, 1260:14, 1260:19, 1261:2, 1262:25, 1264:25, 1265:10, 1265:11, 1303:24
**material's** [1] - 1252:23
**materials** [7] - 1243:8, 1246:21, 1247:25, 1250:7, 1259:7, 1264:21, 1303:19
**matter** [2] - 1295:17, 1316:1
**MATTHEW** [1] - 1239:24
**maximum** [2] - 1269:8, 1269:9
**May/June** [1] - 1257:9
**McCARTHY** [1] - 1240:6
**McCONNON** [1] - 1240:20
**McDonough** [6] - 1265:12, 1291:18, 1296:17, 1296:21, 1303:6, 1303:25
**mean** [11] - 1254:1, 1261:9, 1262:17, 1269:2, 1285:8, 1287:18, 1289:18, 1294:20, 1306:23, 1314:5, 1319:7
**meaning** [3] - 1272:4, 1293:14, 1320:23
**meaningful** [1] - 1285:23
**means** [2] - 1269:2, 1294:3
**measure** [2] - 1305:23, 1306:20
**measured** [1] - 1274:25
**measurement** [2] - 1306:12, 1306:22
**measurements** [10] - 1243:20, 1267:22, 1275:24, 1289:4, 1306:18, 1310:8, 1310:9, 1311:21, 1315:1, 1315:14
**measuring** [1] -

1307:13
**mechanics** [2] - 1290:23, 1290:24
**mention** [2] - 1289:16, 1290:19
**mentioned** [6] - 1287:17, 1288:4, 1303:11, 1303:25, 1306:10, 1309:24
**mentions** [1] - 1248:3
**mercies** [1] - 1294:9
**met** [2] - 1248:23, 1281:20
**methods** [1] - 1263:2
**MICHAEL** [1] - 1239:10
**might** [1] - 1319:4
**million** [5] - 1247:24, 1264:20, 1264:23, 1265:3, 1265:6
**mind** [3] - 1255:11, 1302:5, 1306:17
**mine** [1] - 1267:14
**minus** [4] - 1315:5, 1315:6, 1315:7
**minute** [4] - 1269:16, 1284:6, 1296:15, 1300:6
**minutes** [1] - 1317:13
**missing** [4] - 1312:9, 1312:11, 1312:12, 1313:2
**MITCHELL** [1] - 1239:23
**MITSCH** [1] - 1240:21
**mixture** [1] - 1242:25
**MMG** [1] - 1258:8
**model** [10] - 1279:17, 1287:25, 1288:7, 1288:24, 1290:13, 1290:15, 1290:23, 1290:24, 1291:1, 1296:5
**modeled** [3] - 1290:1, 1302:18, 1319:18
**modeling** [13] - 1282:24, 1287:22, 1287:24, 1288:6, 1290:19, 1292:14, 1292:18, 1295:24, 1295:25, 1296:3, 1296:13, 1297:11, 1297:25
**models** [10] - 1267:21, 1277:12, 1277:16, 1278:6, 1278:7, 1278:21, 1279:3, 1296:4, 1298:14, 1316:21
**modifications** [1] -

1253:5
**modified** [1] - 1257:8
**moment** [3] - 1268:12, 1269:13, 1308:17
**momentarily** [2] - 1288:12, 1299:4
**monitoring** [7] - 1253:3, 1253:19, 1253:23, 1258:2, 1259:12, 1259:15
**morning** [7] - 1241:3, 1241:4, 1247:17, 1264:1, 1268:21, 1286:13, 1296:10
**MORNING** [1] - 1238:7
**most** [3] - 1265:2, 1283:5, 1301:11
**motivated** [2] - 1250:6, 1250:13
**motivation** [1] - 1250:14
**motive** [1] - 1312:16
**move** [7] - 1241:15, 1266:6, 1295:1, 1295:11, 1298:25, 1310:4, 1313:16
**moved** [2] - 1244:15, 1249:18
**movements** [1] - 1267:20
**moving** [15] - 1258:13, 1272:13, 1273:13, 1273:14, 1275:10, 1275:15, 1275:18, 1276:25, 1277:1, 1277:2, 1284:5, 1285:16, 1286:12, 1286:18, 1286:19
**MR** [146] - 1241:4, 1241:9, 1241:11, 1241:16, 1241:18, 1242:5, 1242:6, 1244:7, 1244:9, 1246:2, 1246:3, 1247:12, 1247:13, 1248:10, 1248:12, 1249:16, 1249:17, 1250:12, 1250:16, 1250:22, 1250:24, 1252:4, 1252:5, 1252:24, 1253:1, 1254:16, 1254:18, 1255:21, 1255:23, 1256:15, 1256:24, 1257:1, 1258:1, 1258:6, 1258:7, 1258:19, 1258:22, 1259:1, 1261:5, 1261:8, 1261:11, 1262:7, 1263:7,

1263:8, 1263:22, 1263:23, 1264:10, 1264:13, 1265:17, 1265:18, 1266:14, 1268:24, 1269:18, 1269:21, 1270:6, 1270:8, 1270:20, 1270:22, 1271:3, 1271:4, 1271:19, 1271:20, 1273:3, 1273:5, 1274:6, 1274:10, 1279:18, 1280:16, 1280:18, 1281:10, 1281:12, 1282:3, 1282:4, 1282:20, 1283:1, 1283:10, 1284:8, 1284:11, 1284:18, 1284:24, 1285:2, 1285:4, 1285:6, 1285:10, 1285:12, 1285:21, 1286:3, 1286:4, 1288:10, 1288:11, 1288:16, 1288:18, 1289:13, 1289:15, 1292:20, 1294:3, 1294:12, 1294:13, 1297:15, 1297:21, 1297:23, 1298:2, 1298:8, 1298:17, 1298:24, 1300:8, 1300:10, 1300:11, 1301:3, 1301:4, 1302:14, 1302:16, 1302:21, 1302:23, 1303:1, 1303:3, 1304:11, 1304:12, 1305:11, 1305:13, 1305:20, 1305:22, 1309:23, 1312:15, 1312:20, 1313:11, 1314:13, 1314:17, 1315:22, 1315:23, 1317:12, 1317:18, 1317:21, 1317:25, 1318:4, 1318:6, 1318:7, 1318:18, 1318:22, 1319:3, 1319:8, 1319:21, 1319:23, 1320:3, 1321:9, 1321:11
**MRGO** [1] - 1238:4
**Murphy** [2] - 1251:4, 1251:7
**mystery** [1] - 1319:7

---

# N

**narrow** [6] - 1277:19, 1277:22, 1278:16,

1279:2, 1279:5, 1280:4
**narrowed** [1] - 1277:18
**native** [1] - 1243:14
**natural** [1] - 1287:14
**nature** [4] - 1243:24, 1247:4, 1285:4, 1289:19
**Navigation** [1] - 1253:14
**near** [27] - 1249:24, 1291:18, 1291:22, 1291:23, 1291:25, 1292:23, 1294:7, 1296:1, 1296:3, 1296:9, 1296:16, 1296:21, 1296:22, 1297:2, 1297:3, 1297:6, 1298:11, 1298:12, 1298:20, 1302:17, 1302:19, 1303:25, 1311:15, 1313:17, 1318:12, 1319:11, 1319:18
**near-breach** [19] - 1291:18, 1291:22, 1291:23, 1291:25, 1292:23, 1294:7, 1296:1, 1296:3, 1296:9, 1296:16, 1296:21, 1297:2, 1297:3, 1297:6, 1298:11, 1298:20, 1303:25, 1319:11, 1319:18
**near-breaches** [1] - 1318:12
**necessity** [1] - 1316:10
**need** [9] - 1241:24, 1254:8, 1269:1, 1274:15, 1288:17, 1303:22, 1312:23, 1317:16, 1317:23
**needs** [2] - 1266:3, 1277:25
**negotiations** [1] - 1309:5
**nevertheless** [1] - 1304:9
**NEW** [2] - 1238:2, 1241:1
**new** [2] - 1257:8, 1311:3
**New** [9] - 1238:15, 1239:3, 1239:5, 1239:17, 1239:22, 1240:5, 1240:12, 1277:5, 1313:15

**next** [9] - 1244:3, 1244:14, 1245:11, 1260:19, 1261:25, 1264:10, 1283:11, 1299:18, 1305:11
**NFAATT** [1] - 1244:20
**nice** [1] - 1258:24
**Ninth** [4] - 1257:17, 1260:22, 1296:9, 1306:11
**non** [1] - 1247:22
**non-friable** [1] - 1247:22
**none** [1] - 1271:15
**nonhazardous** [2] - 1246:10, 1249:25
**noon** [1] - 1317:14
**North** [4] - 1266:24, 1267:3, 1270:3, 1304:13
**north** [66] - 1245:18, 1248:9, 1248:10, 1251:9, 1253:16, 1254:11, 1257:14, 1258:13, 1258:17, 1261:18, 1264:16, 1266:2, 1266:7, 1266:8, 1268:8, 1268:9, 1268:20, 1271:7, 1271:14, 1271:22, 1272:6, 1272:14, 1272:22, 1273:6, 1273:15, 1273:19, 1273:25, 1274:13, 1275:3, 1275:16, 1276:3, 1276:5, 1276:9, 1276:19, 1279:10, 1279:14, 1279:15, 1279:19, 1279:25, 1280:2, 1280:3, 1281:6, 1281:16, 1281:24, 1282:5, 1283:13, 1286:16, 1286:21, 1289:3, 1289:25, 1291:4, 1293:11, 1296:18, 1296:21, 1297:7, 1301:22, 1304:4, 1305:6, 1310:25, 1311:15, 1318:12, 1319:10
**northeast** [1] - 1272:5
**northeast-east** [1] - 1272:5
**northern** [7] - 1245:15, 1249:9, 1249:11, 1249:14, 1254:4, 1255:5, 1258:16

**notation** [1] - 1312:8
**notations** [1] - 1260:15
**Note** [1] - 1256:22
**note** [2] - 1257:2, 1286:1
**noted** [4] - 1244:16, 1253:15, 1270:22, 1284:21
**nothing** [4] - 1261:10, 1269:23, 1269:25, 1312:17
**November** [1] - 1246:5
**nowhere** [1] - 1290:8
**numerous** [1] - 1270:14
**NW** [1] - 1240:17

## O

**o'clock** [4] - 1272:9, 1272:10, 1273:6
**Oak** [1] - 1239:7
**object** [4] - 1285:21, 1312:13, 1312:14, 1312:21
**objecting** [1] - 1250:14
**objection** [13] - 1250:11, 1250:12, 1266:11, 1269:22, 1270:5, 1270:18, 1270:23, 1270:25, 1284:6, 1284:21, 1284:22, 1286:1, 1313:3
**observed** [1] - 1308:15
**obvious** [1] - 1291:25
**obviously** [1] - 1250:3
**occurred** [7] - 1268:10, 1272:14, 1295:14, 1301:23, 1310:7, 1310:9, 1321:5
**oceanographic** [1] - 1267:12
**oceans** [2] - 1266:21, 1266:23
**OF** [3] - 1238:1, 1238:7, 1240:19
**offends** [1] - 1319:1
**offhand** [2] - 1255:8, 1297:13
**office** [2] - 1241:5, 1313:14
**Official** [2] - 1238:14, 1321:21
**offshore** [3] - 1266:19, 1266:20, 1267:15

**offsite** [2] - 1264:21, 1264:23
**oil** [2] - 1267:2, 1267:24
**old** [2] - 1281:20, 1309:9
**once** [3] - 1301:17, 1301:20, 1308:16
**one** [30] - 1241:25, 1242:21, 1249:18, 1253:22, 1255:17, 1258:25, 1259:5, 1265:7, 1266:25, 1269:3, 1270:11, 1271:24, 1273:16, 1273:23, 1277:15, 1278:11, 1279:14, 1280:1, 1281:18, 1284:19, 1286:5, 1289:5, 1289:16, 1291:7, 1293:10, 1293:14, 1299:21, 1301:10, 1301:11, 1302:5
**One** [1] - 1301:8
**one-half** [1] - 1265:7
**one-third** [1] - 1269:3
**ones** [1] - 1278:8
**onsite** [1] - 1275:20
**open** [2] - 1278:17, 1280:14
**opens** [1] - 1280:6
**opined** [4] - 1271:6, 1273:18, 1274:17, 1283:19
**opining** [2] - 1250:18, 1283:22
**opinion** [44] - 1243:22, 1263:17, 1266:9, 1268:19, 1270:4, 1271:13, 1271:21, 1272:15, 1274:12, 1275:11, 1275:14, 1275:21, 1281:23, 1282:10, 1283:15, 1285:17, 1285:23, 1285:24, 1286:7, 1286:12, 1286:18, 1288:6, 1289:11, 1291:9, 1291:16, 1291:19, 1292:6, 1293:6, 1295:2, 1295:5, 1295:11, 1295:13, 1296:18, 1296:20, 1299:2, 1305:5, 1305:16, 1307:15, 1308:21, 1314:20, 1320:6, 1320:11, 1320:15, 1320:22

**opinions** [3] - 1263:24, 1299:8, 1316:22
**order** [4] - 1267:17, 1274:13, 1281:8, 1299:24
**organics** [1] - 1260:20
**orient** [1] - 1258:10
**original** [4] - 1268:5, 1297:21, 1318:8, 1319:9
**ORLEANS** [2] - 1238:2, 1241:1
**Orleans** [11] - 1238:15, 1239:3, 1239:5, 1239:17, 1239:22, 1240:5, 1240:12, 1277:5, 1309:5, 1309:13, 1313:15
**ought** [1] - 1312:16
**outline** [2] - 1241:5, 1253:21
**outlining** [1] - 1253:15
**overall** [2] - 1280:25, 1281:4
**overlays** [1] - 1261:1
**overlying** [1] - 1255:6
**overpass** [2] - 1255:5, 1304:23
**overrule** [2] - 1270:18, 1286:2
**overtopping** [31] - 1266:7, 1266:8, 1266:15, 1268:8, 1268:9, 1271:14, 1271:22, 1272:17, 1273:17, 1273:23, 1275:13, 1276:15, 1277:8, 1279:20, 1281:1, 1282:8, 1282:11, 1282:13, 1285:18, 1286:5, 1286:7, 1289:5, 1289:6, 1289:9, 1294:16, 1294:21, 1294:25, 1304:1, 1304:3, 1316:9, 1320:22
**overtopping-induced** [3] - 1294:16, 1294:21, 1294:25
**OWEN** [1] - 1240:1

## P

**pads** [1] - 1299:24
**page** [19] - 1244:19, 1246:19, 1247:15,

1248:7, 1248:13, 1249:20, 1250:22, 1250:23, 1250:25, 1251:13, 1255:22, 1258:23, 1259:22, 1269:22, 1270:10, 1298:6, 1298:7, 1298:9, 1318:23
**pages** [1] - 1297:18
**paid** [1] - 1267:11
**PALMINTIER** [1] - 1239:9, 1239:10, 1239:10
**panel** [1] - 1279:15
**panels** [1] - 1279:14
**PAPANTONIO** [1] - 1239:23
**paragraph** [1] - 1265:24
**Paragraph** [1] - 1297:24
**parallel** [1] - 1262:11
**paralleling** [2] - 1251:12, 1308:4
**pardon** [1] - 1260:24
**Parish** [4] - 1247:23, 1309:8, 1309:11, 1309:13
**part** [3] - 1264:1, 1267:6, 1285:24
**particular** [4] - 1269:10, 1276:13, 1277:16, 1287:2
**particularly** [3] - 1267:5, 1293:11, 1295:9
**Pause** [2] - 1268:23, 1305:21
**PC** [1] - 1240:1
**peaks** [3] - 1307:7, 1307:8
**penetrates** [1] - 1307:3
**penetrations** [1] - 1315:5
**Pensacola** [1] - 1239:25
**people** [2] - 1267:4, 1267:10, 1293:20
**percent** [2] - 1300:23, 1308:11
**perfidious** [1] - 1312:24
**perform** [4] - 1317:6, 1318:14, 1319:10, 1319:13
**performance** [3] - 1274:21, 1274:22, 1316:8
**performed** [8] -

1260:1, 1267:22, 1287:25, 1296:9, 1300:22, 1316:23, 1317:1, 1320:12

**perhaps** [4] - 1244:13, 1278:11, 1279:14, 1289:22

**period** [2] - 1310:12, 1313:23

**permeable** [3] - 1255:2, 1261:2, 1262:25

**person** [1] - 1249:21

**personally** [3] - 1260:1, 1290:4, 1316:3

**PERTAINS** [1] - 1238:4

**pervious** [2] - 1309:19, 1309:21

**Phase** [3] - 1247:22, 1248:22, 1252:13

**phase** [5] - 1244:11, 1244:13, 1244:15, 1245:4, 1245:5

**phases** [1] - 1244:12

**phenomenon** [9] - 1257:21, 1299:7, 1299:19, 1300:21, 1301:23, 1305:16, 1305:17, 1313:19, 1314:25

**PHILIP** [1] - 1240:6

**photograph** [8] - 1251:19, 1252:12, 1252:15, 1252:21, 1302:20, 1302:24, 1303:1, 1303:20

**photographs** [5] - 1252:6, 1260:6, 1288:13, 1288:14, 1294:23

**photos** [1] - 1288:19

**phrase** [2] - 1281:19, 1304:16

**phrases** [1] - 1316:19

**phreatic** [1] - 1263:17

**physically** [1] - 1297:6

**pick** [1] - 1298:4

**picked** [1] - 1260:20

**picture** [2] - 1290:6, 1319:1

**pictures** [1] - 1288:16

**piece** [1] - 1315:12

**pieces** [1] - 1242:21

**pierce** [2] - 1263:14, 1319:18

**pierced** [1] - 1320:13

**piezometer** [12] - 1306:11, 1306:13,

1306:18, 1307:3, 1310:8, 1310:9, 1310:24, 1311:1, 1311:6, 1311:24, 1314:4, 1315:1

**Piezometer** [6] - 1311:4, 1311:10, 1311:12, 1311:13, 1314:7, 1314:9

**piezometers** [5] - 1283:4, 1307:11, 1310:14, 1310:19, 1310:21

**PIGMAN** [1] - 1240:8

**pile** [4] - 1280:4, 1315:5, 1315:8, 1315:17

**piles** [1] - 1315:14

**piling** [2] - 1241:21, 1262:15

**pilings** [4] - 1241:13, 1243:4, 1252:1, 1320:11

**pink** [1] - 1306:25

**Pit** [1] - 1303:5

**pit** [6] - 1251:4, 1251:7, 1265:12, 1303:6, 1303:19, 1303:24

**PITRE** [1] - 1240:6

**place** [2] - 1246:25, 1312:20

**placed** [1] - 1261:17

**placing** [1] - 1252:13

**Plaintiffs** [1] - 1239:1

**plasticity** [9] - 1289:16, 1289:19, 1289:20, 1289:22, 1290:2, 1290:3, 1290:4, 1290:9, 1290:12

**platform** [2] - 1266:25, 1267:2

**platforms** [6] - 1266:19, 1266:20, 1266:21, 1267:6, 1267:15, 1267:17

**plausible** [2] - 1277:8, 1280:21

**play** [1] - 1291:9

**PLC** [1] - 1240:3

**plotted** [1] - 1313:21

**plowed** [1] - 1283:1

**plus** [1] - 1311:24

**plywood** [1] - 1302:7

**PO** [1] - 1240:23

**pO** [1] - 1239:14

**point** [7] - 1260:24, 1268:9, 1275:11, 1277:7, 1277:11,

1277:16, 1279:19, 1280:7, 1287:7, 1287:19, 1287:22, 1290:17, 1294:8, 1294:15, 1299:15, 1294:14, 1321:12

**pointer** [1] - 1245:17

**pointing** [2] - 1257:14, 1304:14

**points** [2] - 1257:10, 1287:20

**pole** [4] - 1251:4, 1251:8, 1251:9, 1251:15

**politicians** [1] - 1279:9

**polyvinyl** [1] - 1311:5

**ponded** [1] - 1252:23

**Pontchartrain** [1] - 1259:19

**pooling** [1] - 1252:20

**poorly** [3] - 1259:10, 1299:11, 1301:13

**port** [1] - 1277:5

**portion** [2] - 1246:8, 1299:9

**portions** [1] - 1304:4

**portrayed** [1] - 1251:25

**possible** [1] - 1250:8

**potential** [1] - 1287:15

**potentially** [1] - 1257:17

**pounds** [1] - 1247:25

**power** [1] - 1249:24

**Poydras** [2] - 1238:15, 1239:17

**practice** [4] - 1245:21, 1246:16, 1250:10

**practices** [1] - 1248:18

**pre** [3] - 1243:19, 1304:24, 1304:25

**pre-EBIA** [1] - 1304:24

**pre-existing** [1] - 1243:19

**precautions** [1] - 1262:22

**preceded** [1] - 1271:14

**preceding** [1] - 1291:14

**precise** [1] - 1293:22

**precisely** [1] - 1261:7

**predict** [1] - 1308:13

**predicts** [1] - 1296:5

**preparing** [1] - 1312:14

**prescription** [1] - 1317:5

**presence** [1] - 1289:1

**present** [4] - 1257:6, 1294:16, 1294:21, 1302:20

**presented** [2] - 1294:23, 1316:2

**preserved** [1] - 1266:12

**pressure** [13] - 1242:21, 1293:2, 1293:3, 1299:16, 1300:24, 1301:1, 1301:12, 1301:17, 1302:11, 1307:10, 1308:3, 1315:3

**pressures** [29] - 1292:7, 1292:10, 1292:15, 1293:24, 1295:14, 1295:20, 1296:23, 1296:25, 1297:2, 1297:3, 1298:20, 1298:21, 1299:2, 1299:13, 1299:15, 1299:23, 1306:8, 1307:13, 1308:5, 1308:16, 1308:22, 1311:15, 1311:20, 1314:21, 1315:14, 1317:8, 1321:1, 1321:5

**pretty** [3] - 1265:20, 1283:1, 1298:25

**prevailing** [1] - 1275:14

**prevent** [2] - 1262:23, 1275:12

**preventing** [1] - 1288:9

**price** [1] - 1267:2

**primary** [4] - 1278:16, 1279:1, 1296:16, 1308:6

**print** [2] - 1262:3, 1262:4

**problem** [1] - 1317:22

**proceed** [2] - 1241:3, 1270:19

**PROCEEDINGS** [1] - 1238:7

**proceedings** [3] - 1268:23, 1305:21, 1321:16

**Proceedings** [3] - 1238:17, 1283:8, 1318:2

**process** [4] - 1260:23, 1267:7, 1268:15, 1299:22

**processes** [1] - 1267:19

**presence** [1] - 1289:1

**PROCTOR** [1] - 1239:24

**produced** [1] - 1298:20

**production** [1] - 1267:3

**profile** [5] - 1254:22, 1255:15, 1259:7, 1262:20, 1262:24

**progress** [2] - 1282:23, 1316:6

**project** [4] - 1244:11, 1245:4, 1246:6, 1247:5

**promised** [1] - 1321:11

**propagating** [1] - 1272:5

**proper** [1] - 1263:1

**properly** [2] - 1267:17, 1305:5

**proposing** [1] - 1318:22

**protected** [5] - 1299:14, 1314:5, 1314:19, 1314:22, 1316:9

**protection** [1] - 1311:7

**provide** [1] - 1262:8

**provided** [2] - 1278:3, 1313:22

**provides** [1] - 1280:9

**providing** [1] - 1303:22

**proximity** [3] - 1247:5, 1303:9, 1311:11

**publically** [1] - 1315:18

**puck** [2] - 1301:24, 1302:3

**pull** [12] - 1241:16, 1244:7, 1246:2, 1252:7, 1255:21, 1258:6, 1258:8, 1258:23, 1278:20, 1302:21, 1319:21

**pulled** [1] - 1244:19

**pulling** [2] - 1278:17, 1280:3

**purposes** [1] - 1303:12

**pursued** [1] - 1312:12

**push** [2] - 1278:20, 1280:13

**pushed** [1] - 1280:6

**put** [16] - 1242:17, 1242:21, 1242:24, 1247:8, 1260:12, 1260:21, 1269:13,

1271:10, 1280:13,
1281:19, 1284:19,
1293:5, 1302:8,
1308:16, 1315:16,
1318:22
**putting** [3] - 1242:19,
1280:4
**PX** [3] - 1288:10,
1302:20, 1302:21
**PZ** [7] - 1311:15,
1311:21, 1312:3,
1313:17, 1314:14,
1314:16, 1315:20

## Q

**QAR** [3] - 1246:4,
1247:14, 1249:18
**QARs** [2] - 1246:4,
1252:18
**qualified** [1] - 1270:1
**quantities** [4] -
1300:3, 1300:9,
1300:12, 1300:13
**quantity** [1] - 1317:7
**quarter** [1] - 1267:4
**questions** [3] -
1272:7, 1292:4,
1292:5
**quick** [2] - 1298:25,
1321:10
**quicker** [1] - 1242:3
**quickly** [1] - 1301:16
**quote** [1] - 1274:23

## R

**RAFFERTY** [1] -
1239:24
**ran** [1] - 1298:14
**range** [3] - 1243:2,
1283:16, 1297:19
**ranges** [1] - 1315:7
**rather** [1] - 1293:9
**ratio** [3] - 1278:1,
1278:3, 1307:22
**re** [2] - 1269:21,
1270:5
**RE** [1] - 1238:3
**re-urge** [2] - 1269:21,
1270:5
**reach** [5] - 1247:11,
1259:19, 1260:13,
1260:18, 1293:6
**reached** [5] - 1242:12,
1252:1, 1260:4,
1260:18, 1271:15
**reaching** [1] - 1281:10
**read** [1] - 1258:24
**reading** [1] - 1256:24,

1270:9
**ready** [1] - 1241:3
**real** [3] - 1296:12,
1306:8
**really** [1] - 1279:4
**reanalysis** [1] - 1316:5
**reason** [4] - 1268:7,
1277:7, 1291:20,
1306:7
**reasonable** [1] -
1284:22
**reasoning** [5] -
1286:22, 1287:10,
1293:9, 1295:7
**reasons** [4] - 1286:15,
1286:16, 1287:11,
1295:23
**rebut** [2] - 1285:5,
1285:8
**rebuttal** [4] - 1270:15,
1285:4, 1285:9,
1288:2
**recap** [1] - 1263:9
**received** [1] - 1267:24
**recess** [2] - 1283:8,
1318:2
**recessed** [1] - 1321:16
**recognition** [1] -
1267:24
**recognized** [1] -
1257:15
**recollection** [1] -
1319:6
**recommendations** [1]
- 1267:8
**record** [8] - 1242:2,
1270:23, 1284:22,
1287:17, 1298:9,
1298:13, 1314:12,
1320:4
**recorded** [1] - 1276:23
**Recorded** [1] -
1238:17
**recorder** [2] - 1313:9,
1313:23
**records** [2] - 1243:10,
1243:16
**recover** [1] - 1260:5
**recovering** [1] -
1260:14
**recovery** [1] - 1259:22
**recross** [3] - 1284:24,
1285:3, 1321:15
**red** [4] - 1253:20,
1257:18, 1260:4,
1308:2
**REDIRECT** [1] -
1241:10
**reduces** [1] - 1290:18
**reducing** [1] - 1302:11

**redundancies** [1] -
1283:13
**refer** [2] - 1241:19,
1290:21
**reference** [8] - 1244:8,
1253:17, 1253:25,
1266:11, 1288:4,
1297:18, 1298:10,
1315:6
**referenced** [3] -
1267:2, 1270:15,
1306:23
**references** [2] -
1245:1, 1270:14
**referred** [1] - 1259:12
**referring** [4] -
1253:25, 1280:15,
1287:24, 1297:25
**refers** [2] - 1277:13,
1287:9
**reflected** [2] - 1259:8,
1307:8
**reflecting** [1] -
1289:19
**refresh** [1] - 1319:5
**regard** [1] - 1313:4
**regarding** [2] -
1310:6, 1311:18
**registered** [1] -
1314:22
**relate** [3] - 1278:21,
1280:19, 1289:24
**related** [2] - 1286:15,
1308:8
**relates** [3] - 1281:4,
1299:7, 1301:6
**relation** [5] - 1244:10,
1245:18, 1257:11,
1261:13, 1288:5
**relationship** [2] -
1253:10, 1312:15
**relative** [3] - 1261:19,
1278:18, 1300:20
**relayed** [1] - 1246:19
**relevance** [1] -
1250:20
**relevant** [2] - 1285:24,
1287:11
**remediation** [5] -
1245:2, 1257:7,
1263:13, 1263:16,
1309:1
**remember** [2] -
1311:9, 1319:7
**remind** [2] - 1244:4,
1256:4
**reminder** [1] - 1266:3
**removal** [1] - 1257:8
**remove** [4] - 1242:15,
1244:16, 1260:2,

1289:6
**removed** [4] -
1264:19, 1264:20,
1265:3, 1265:11
**removing** [1] -
1249:25
**repeat** [2] - 1280:23,
1296:19, 1297:1
**replace** [1] - 1290:14
**report** [32] - 1244:20,
1249:22, 1253:3,
1253:8, 1257:2,
1258:2, 1259:12,
1268:5, 1269:24,
1270:9, 1270:15,
1271:1, 1284:9,
1284:10, 1284:20,
1285:9, 1288:2,
1292:16, 1293:24,
1294:5, 1294:23,
1294:24, 1297:11,
1297:13, 1297:21,
1297:22, 1302:24,
1314:15, 1314:16,
1318:8, 1319:9
**reporter** [1] - 1241:25
**Reporter** [2] -
1238:14, 1321:21
**REPORTER** [1] -
1242:1
**reports** [4] - 1263:12,
1297:16, 1318:20
**represent** [2] - 1272:1,
1275:25
**representation** [1] -
1299:19
**represents** [1] -
1287:5
**require** [1] - 1267:16
**required** [1] - 1278:20
**requisite** [3] - 1277:9,
1281:7, 1282:7
**resistance** [7] -
1278:3, 1278:4,
1278:13, 1278:14,
1278:17, 1307:23,
1308:11
**resistant** [1] - 1279:1
**respond** [1] - 1270:7
**responding** [1] -
1291:7
**response** [7] -
1311:20, 1313:25,
1314:9, 1314:19,
1315:3, 1315:11
**rest** [2] - 1247:17,
1264:24
**restrict** [1] - 1285:3
**results** [4] - 1280:8,
1301:22, 1306:9,

1308:2
**resume** [1] - 1318:3
**revealed** [1] - 1298:21
**review** [2] - 1263:4,
1263:11
**reviewed** [4] -
1243:10, 1243:16,
1291:15, 1304:18
**Richard** [3] - 1255:25,
1310:18, 1313:13
**rid** [1] - 1262:25
**riddled** [1] - 1287:22
**rise** [1] - 1283:7
**river** [1] - 1246:1
**RMR** [1] - 1238:13
**Roa** [1] - 1291:21
**Road** [14] - 1240:7,
1245:23, 1249:3,
1251:12, 1251:15,
1251:22, 1253:13,
1255:3, 1255:5,
1261:13, 1261:14,
1262:12, 1304:22
**road** [1] - 1304:23
**roadbed** [1] - 1255:3
**roadway** [1] - 1249:24
**roadways** [1] - 1250:1
**ROBERT** [2] - 1240:3,
1240:4
**ROBIN** [1] - 1240:20
**role** [1] - 1291:10
**root** [1] - 1288:8
**rotate** [1] - 1301:11
**Rouge** [1] - 1239:11
**rouge** [3] - 1265:22,
1265:23, 1266:1
**ROY** [1] - 1239:12
**ruled** [2] - 1264:7,
1265:21, 1284:12
**ruling** [1] - 1284:15
**run** [2] - 1302:9,
1316:22
**running** [1] - 1262:11
**runs** [1] - 1261:12
**RUPERT** [1] - 1240:21

## S

**safety** [9] - 1277:18,
1277:22, 1277:23,
1277:25, 1279:16,
1293:16, 1307:19,
1307:22, 1308:12
**samples** [1] - 1260:6
**sand** [18] - 1242:25,
1246:1, 1246:11,
1246:16, 1246:22,
1246:23, 1247:5,
1247:8, 1248:14,
1250:2, 1250:3,

1251:3, 1251:5, 1252:13, 1252:17, 1259:10, 1260:19, 1289:22

**sand/water** [1] - 1301:15

**sandy** [2] - 1255:6, 1304:24

**Saucer** [5] - 1259:8, 1261:18, 1263:13, 1264:22, 1265:7

**saving** [1] - 1250:1

**saw** [7] - 1251:19, 1257:12, 1260:4, 1263:18, 1302:18, 1314:10, 1315:3

**scale** [5] - 1267:21, 1306:20, 1306:22, 1307:22, 1307:25

**scenario** [5] - 1285:22, 1291:18, 1296:16, 1298:20, 1303:25

**SCHULTZ** [132] - 1239:24, 1241:4, 1241:9, 1241:11, 1241:16, 1241:18, 1242:5, 1242:6, 1244:7, 1244:9, 1246:2, 1246:3, 1247:12, 1247:13, 1248:10, 1248:12, 1249:16, 1249:17, 1250:16, 1250:22, 1250:24, 1252:4, 1252:5, 1252:24, 1253:1, 1254:16, 1254:18, 1255:21, 1255:23, 1256:15, 1256:24, 1257:1, 1258:1, 1258:6, 1258:7, 1258:19, 1258:22, 1259:1, 1261:5, 1261:8, 1261:11, 1262:7, 1263:7, 1263:8, 1263:22, 1263:23, 1264:10, 1264:13, 1265:17, 1265:18, 1266:14, 1268:24, 1270:6, 1270:8, 1270:20, 1271:4, 1271:19, 1271:20, 1273:3, 1273:5, 1274:6, 1274:10, 1279:18, 1280:16, 1280:18, 1281:10, 1281:12, 1282:3, 1282:4, 1282:20, 1283:1, 1283:10,

1284:11, 1284:18, 1285:2, 1285:4, 1285:6, 1285:10, 1285:12, 1286:4, 1288:10, 1288:11, 1288:16, 1288:18, 1289:13, 1289:15, 1292:20, 1294:3, 1294:12, 1294:13, 1297:15, 1297:21, 1297:23, 1298:2, 1298:8, 1298:17, 1298:24, 1300:10, 1300:11, 1301:3, 1301:4, 1302:14, 1302:16, 1302:21, 1302:23, 1303:1, 1303:3, 1304:11, 1304:12, 1305:11, 1305:13, 1305:20, 1305:22, 1309:23, 1313:11, 1314:13, 1314:17, 1315:22, 1315:23, 1317:12, 1317:18, 1317:25, 1318:4, 1318:6, 1318:7, 1318:22, 1319:8, 1319:21, 1319:23, 1320:3, 1321:9, 1321:11

**Schultz** [1] - 1284:8

**scope** [2] - 1270:25, 1284:10

**SCOTT** [1] - 1239:21

**scour** [40] - 1266:7, 1272:17, 1273:18, 1273:24, 1274:3, 1274:12, 1274:21, 1274:25, 1275:1, 1275:5, 1275:7, 1275:24, 1275:25, 1276:2, 1276:4, 1276:5, 1276:8, 1276:18, 1276:21, 1276:23, 1277:4, 1277:9, 1280:22, 1281:6, 1281:7, 1282:6, 1282:7, 1282:17, 1285:18, 1286:7, 1286:21, 1287:1, 1287:5, 1289:1, 1289:10, 1290:6, 1290:7, 1290:16, 1304:20, 1304:22

**scouring** [1] - 1287:12

**sea** [4] - 1269:3, 1269:5, 1269:7, 1269:10

**Sea** [3] - 1266:24,

1267:3, 1270:3

**sealing** [1] - 1311:6

**seas** [2] - 1267:22

**second** [7] - 1252:12, 1255:22, 1260:3, 1264:12, 1268:22, 1277:7

**secondly** [1] - 1247:10

**section** [8] - 1273:15, 1273:25, 1276:13, 1287:1, 1292:24, 1297:13, 1298:21, 1309:4

**sections** [3] - 1287:1, 1287:4, 1298:14

**see** [33] - 1244:25, 1246:8, 1247:16, 1249:16, 1250:25, 1251:13, 1251:20, 1251:25, 1252:6, 1252:21, 1259:22, 1261:7, 1262:24, 1264:10, 1288:10, 1292:2, 1293:21, 1303:1, 1303:20, 1305:6, 1305:14, 1306:17, 1307:4, 1307:8, 1311:11, 1313:19, 1314:9, 1314:18, 1314:25, 1315:3, 1318:6, 1319:22

**seeing** [4] - 1260:15, 1288:12, 1288:14, 1307:21

**seepage** [11] - 1255:18, 1280:9, 1295:20, 1300:3, 1303:16, 1314:21, 1316:11, 1316:18, 1317:7, 1319:13

**seepage-induced** [2] - 1295:20, 1314:21

**segment** [1] - 1312:12

**self** [1] - 1301:5

**self-evident** [1] - 1301:5

**send** [1] - 1257:18

**sense** [1] - 1291:11

**sentence** [1] - 1248:21

**sentences** [1] - 1248:21

**separating** [1] - 1268:11

**SEPTEMBER** [1] - 1241:1

**September** [1] - 1238:5

**series** [3] - 1258:12, 1261:12, 1292:5

**SESSION** [1] - 1238:7

**set** [1] - 1295:13

**sets** [2] - 1270:10, 1306:13

**setup** [1] - 1311:10

**seven** [1] - 1266:22

**several** [3] - 1276:15, 1277:5, 1287:11

**severe** [2] - 1289:5, 1304:2

**sewer** [9] - 1241:14, 1241:20, 1242:8, 1242:10, 1242:12, 1242:14, 1243:2, 1243:12, 1262:10

**shallow** [2] - 1257:6, 1302:8

**shallower** [1] - 1274:17

**Sheena** [1] - 1262:3

**sheet** [5] - 1280:3, 1315:5, 1315:8, 1315:13, 1315:17

**shell** [4] - 1259:17, 1259:18, 1304:24

**Shell** [1] - 1265:8

**shells** [1] - 1259:19

**shelly** [1] - 1255:6

**shift** [3] - 1246:22, 1247:17, 1263:21

**short** [1] - 1292:5

**Short** [1] - 1240:4

**shoulder** [2] - 1251:11, 1304:22

**shovel** [3] - 1280:13, 1280:14

**show** [3] - 1244:20, 1261:3, 1292:14

**showed** [3] - 1249:5, 1260:7, 1301:15

**showing** [2] - 1291:25, 1308:6

**shown** [2] - 1259:19, 1311:5

**shows** [2] - 1296:6, 1301:16

**side** [34] - 1249:3, 1251:22, 1262:1, 1272:2, 1272:3, 1272:5, 1272:22, 1273:20, 1276:18, 1276:22, 1277:4, 1279:2, 1280:7, 1286:21, 1295:15, 1299:14, 1309:11, 1309:14, 1312:3, 1314:4, 1314:5, 1314:6, 1314:9, 1314:10, 1314:19, 1314:22, 1315:4,

1315:10, 1316:9, 1320:8, 1320:20, 1321:6

**sides** [3] - 1278:17, 1278:19, 1279:6

**sign** [3] - 1260:20, 1309:7, 1309:9

**Signature** [2] - 1304:14, 1304:17

**signature** [2] - 1305:1, 1305:7

**significance** [9] - 1252:20, 1253:10, 1255:14, 1257:11, 1279:21, 1302:18, 1303:18, 1304:16, 1316:21

**significant** [21] - 1268:25, 1269:1, 1269:2, 1269:4, 1269:6, 1269:8, 1270:11, 1280:8, 1296:23, 1299:17, 1299:25, 1300:3, 1300:5, 1300:8, 1300:12, 1300:13, 1300:20, 1301:1, 1312:1, 1313:24

**signs** [1] - 1260:15

**silently** [1] - 1292:1

**silt** [2] - 1260:18, 1289:22

**silty** [1] - 1260:19

**Silva** [2] - 1274:17, 1274:20

**Silva-Tulla** [1] - 1274:20

**similar** [11] - 1242:25, 1243:6, 1243:9, 1248:18, 1291:3, 1305:14, 1305:16, 1305:17, 1311:10, 1311:17, 1313:19

**SIMS** [1] - 1239:7

**site** [30] - 1244:21, 1252:11, 1253:16, 1256:7, 1259:8, 1264:20, 1264:22, 1265:2, 1271:7, 1273:7, 1275:1, 1282:16, 1290:15, 1291:22, 1291:23, 1291:25, 1292:23, 1295:19, 1296:9, 1296:17, 1296:21, 1297:3, 1297:6, 1303:7, 1304:25, 1306:11, 1310:21, 1312:2, 1319:15, 1319:18

**site-clearing** [2] - 1256:7, 1304:25
**site-specific** [1] - 1306:11
**sites** [11] - 1264:24, 1265:14, 1294:16, 1294:18, 1296:22, 1296:24, 1297:3, 1297:4, 1297:7, 1319:11, 1319:13
**six** [2] - 1245:16, 1247:11
**size** [1] - 1278:13
**skip** [1] - 1302:14
**Slide** [12] - 1263:22, 1265:17, 1295:1, 1295:12, 1301:3, 1302:15, 1304:11, 1306:16, 1310:5, 1315:22, 1316:16, 1319:21
**slide** [30] - 1241:17, 1244:3, 1252:24, 1257:12, 1263:7, 1264:9, 1264:10, 1264:11, 1266:6, 1277:17, 1280:20, 1283:11, 1289:13, 1289:14, 1291:2, 1298:17, 1299:18, 1301:24, 1301:25, 1302:1, 1304:13, 1305:11, 1306:6, 1307:18, 1310:6, 1310:20, 1311:14, 1313:16, 1316:2, 1320:4
**slope** [5] - 1303:11, 1303:15, 1303:17, 1318:14, 1319:10
**Sloping** [1] - 1303:4
**slowly** [1] - 1269:12
**small** [3] - 1246:9, 1278:14, 1278:18
**SMITH** [6] - 1240:20, 1270:22, 1284:8, 1284:24, 1285:21, 1286:3
**soil** [30] - 1242:19, 1242:24, 1242:25, 1243:14, 1244:23, 1245:1, 1254:22, 1255:15, 1257:7, 1259:7, 1262:14, 1262:20, 1262:24, 1263:9, 1263:13, 1265:3, 1280:12, 1280:13, 1289:16, 1289:19, 1289:20, 1289:22, 1290:1,

1316:10
**spent** [2] - 1291:20, 1291:22
**spikes** [1] - 1312:1
**spoil** [1] - 1242:18
**spread** [1] - 1246:22
**spreading** [1] - 1248:14
**Springs** [1] - 1239:20
**squares** [1] - 1302:8
**stability** [5] - 1303:11, 1303:15, 1303:17, 1318:14, 1319:10
**standards** [1] - 1282:17
**standing** [2] - 1277:3, 1318:17
**stands** [1] - 1292:1
**STANWOOD** [1] - 1238:8
**start** [2] - 1283:14, 1321:15
**starts** [1] - 1258:12
**state** [5] - 1266:8, 1269:4, 1269:5, 1269:7, 1269:10
**statement** [1] - 1274:19
**statements** [1] - 1270:2
**States** [1] - 1240:19
**STATES** [2] - 1238:1, 1238:8
**stating** [1] - 1293:6
**station** [6] - 1241:20, 1242:8, 1242:10, 1242:12, 1242:14, 1243:2
**Station** [1] - 1240:22
**staying** [1] - 1265:4
**steadily** [1] - 1317:6
**steel** [1] - 1311:7
**steel-capped** [1] - 1311:7
**Stenography** [1] - 1238:17
**step** [2] - 1301:8, 1316:12
**Step** [3] - 1301:14, 1301:18, 1301:20
**STEVENS** [1] - 1239:13
**still** [4] - 1247:18, 1277:3, 1307:18, 1317:14
**stipulate** [1] - 1273:1
**stipulated** [10] - 1269:14, 1271:5, 1272:9, 1272:21, 1273:9, 1283:18,

1283:20, 1285:15, 1286:5, 1289:8
**stock** [1] - 1267:2
**stockpiled** [1] - 1246:20
**stockpiling** [2] - 1246:9, 1248:22
**STONE** [1] - 1240:8
**stood** [3] - 1265:1, 1276:13, 1276:15
**stopped** [1] - 1304:21
**storm** [7] - 1270:11, 1270:13, 1276:1, 1276:16, 1291:14, 1304:2, 1305:3
**storms** [2] - 1267:6, 1310:10
**straight** [2] - 1245:23, 1256:13
**Stranco** [1] - 1247:21
**street** [1] - 1265:8
**Street** [23] - 1238:15, 1239:2, 1239:5, 1239:11, 1239:14, 1239:17, 1239:22, 1239:25, 1240:4, 1240:11, 1299:3, 1306:10, 1306:18, 1306:24, 1307:19, 1308:14, 1308:22, 1309:1, 1309:4, 1309:18, 1310:1, 1311:18, 1311:21
**stretch** [2] - 1249:8, 1296:8
**structure** [6] - 1241:22, 1247:9, 1267:3, 1267:4, 1267:13, 1288:8
**Structures** [2] - 1241:17, 1241:19
**structures** [3] - 1241:20, 1257:5, 1257:7
**studied** [1] - 1286:25
**studies** [2] - 1265:25, 1306:10
**study** [3] - 1276:8, 1290:11, 1293:11
**studying** [1] - 1291:22
**stuff** [1] - 1269:23
**subconsciously** [1] - 1241:8
**subject** [1] - 1316:1
**substantial** [2] - 1275:12, 1282:8
**substantially** [3] - 1265:1, 1277:20, 1290:18
**substantive** [1] -

1292:7
**subsurface** [3] - 1255:18, 1257:7, 1262:23
**subterranean** [1] - 1297:3
**sufficient** [11] - 1243:22, 1247:3, 1272:16, 1272:18, 1273:18, 1281:1, 1282:13, 1282:17, 1285:18, 1286:7, 1287:12
**sufficiently** [2] - 1293:7, 1295:7
**Suite** [6] - 1239:7, 1239:17, 1239:22, 1239:25, 1240:2, 1240:7
**summary** [2] - 1298:11, 1320:4
**supported** [2] - 1243:4, 1295:23
**supporting** [1] - 1242:14
**Surekote** [14] - 1245:23, 1249:3, 1249:8, 1251:11, 1251:12, 1251:15, 1251:22, 1253:13, 1255:3, 1255:5, 1261:13, 1261:14, 1262:12, 1304:22
**surface** [11] - 1255:20, 1257:13, 1259:9, 1259:11, 1259:20, 1263:17, 1268:17, 1277:18, 1278:19, 1301:9, 1313:25
**surfaces** [1] - 1277:17
**surfing** [1] - 1302:13
**surge** [29] - 1266:15, 1268:9, 1268:11, 1268:14, 1268:16, 1268:17, 1269:15, 1270:12, 1271:5, 1271:13, 1271:21, 1272:9, 1272:12, 1272:21, 1273:9, 1273:14, 1273:23, 1280:6, 1282:10, 1283:18, 1283:20, 1284:4, 1285:15, 1289:5, 1289:8, 1291:8, 1301:8, 1314:1, 1314:2
**surrounded** [1] - 1311:7
**survived** [1] - 1304:9
**SUSAN** [2] - 1238:13,

1321:23
**Susan** [2] - 1321:21, 1321:24
**susan_zielie@laed. uscourts.gov** [1] - 1238:16
**SW** [1] - 1239:19
**swamp** [27] - 1255:7, 1255:13, 1260:21, 1260:25, 1263:14, 1287:15, 1293:1, 1295:15, 1295:18, 1297:9, 1299:12, 1301:18, 1302:19, 1303:23, 1307:11, 1307:13, 1309:15, 1309:20, 1311:15, 1313:25, 1315:9, 1315:19, 1319:19, 1320:6, 1320:13, 1320:16, 1321:6
**synonymous** [2] - 1304:20, 1306:5
**system** [1] - 1278:2

## T

**T-wall** [1] - 1311:3
**table** [7] - 1254:23, 1259:20, 1260:5, 1263:17, 1270:10, 1301:24, 1305:2
**tamping** [1] - 1243:23
**tapes** [2] - 1312:11, 1312:15
**technique** [5] - 1242:25, 1272:4, 1293:13, 1293:16, 1317:9
**techniques** [1] - 1293:19
**tender** [1] - 1294:9
**tendered** [1] - 1271:1
**tension** [19] - 1279:20, 1279:21, 1279:25, 1280:2, 1280:4, 1280:11, 1280:19, 1280:24, 1281:2, 1281:5, 1281:15, 1281:18, 1291:3, 1291:4, 1291:6, 1291:9, 1291:15, 1292:1, 1304:7
**term** [1] - 1244:25
**terms** [17] - 1248:18, 1249:1, 1251:9, 1251:18, 1264:19, 1264:24, 1266:15, 1280:21, 1286:20, 1287:10, 1290:1,

1294:17, 1295:2, 1296:24, 1303:20, 1305:2, 1316:19
**test** [1] - 1243:12
**testified** [1] - 1274:8
**testify** [2] - 1284:14, 1284:23
**testifying** [1] - 1245:11
**testimony** [3] - 1276:14, 1282:23, 1296:12
**testing** [3] - 1243:11, 1243:17, 1290:7
**tests** [1] - 1306:11
**text** [1] - 1256:11
**thankfully** [2] - 1299:25, 1317:2
**THATCH** [1] - 1240:15
**THE** [123] - 1238:1, 1238:1, 1238:8, 1239:4, 1239:16, 1240:1, 1241:3, 1241:8, 1241:24, 1242:1, 1242:3, 1248:8, 1250:11, 1250:19, 1254:12, 1254:14, 1254:15, 1256:12, 1256:14, 1258:4, 1258:5, 1258:18, 1258:20, 1261:3, 1261:6, 1261:9, 1261:21, 1261:23, 1262:3, 1264:11, 1266:11, 1269:16, 1269:19, 1270:7, 1270:18, 1270:24, 1271:17, 1273:1, 1273:4, 1274:2, 1274:4, 1274:5, 1274:8, 1279:7, 1279:8, 1279:9, 1279:10, 1281:14, 1281:17, 1281:18, 1281:22, 1281:23, 1282:1, 1282:2, 1282:21, 1283:6, 1284:6, 1284:12, 1284:19, 1285:1, 1285:3, 1285:8, 1285:11, 1286:1, 1292:3, 1292:9, 1292:10, 1292:13, 1292:14, 1292:17, 1292:18, 1292:22, 1292:23, 1293:4, 1293:21, 1294:1, 1294:2, 1294:4, 1294:6, 1294:8, 1294:11,

1297:14, 1297:20, 1297:22, 1298:3, 1298:6, 1298:19, 1298:22, 1298:23, 1300:6, 1305:19, 1308:19, 1308:24, 1308:25, 1309:3, 1309:8, 1309:9, 1309:17, 1309:20, 1309:22, 1312:13, 1312:19, 1312:22, 1312:25, 1313:1, 1313:2, 1313:3, 1313:5, 1313:6, 1313:7, 1313:10, 1314:12, 1317:16, 1317:20, 1317:22, 1318:1, 1318:3, 1318:16, 1318:21, 1319:5, 1320:1, 1321:10, 1321:12
**themselves** [1] - 1307:8
**theory** [3] - 1269:23, 1269:24, 1270:2
**therewith** [1] - 1268:1
**they've** [2] - 1257:15, 1260:15
**thick** [2] - 1242:23, 1261:2
**thickness** [1] - 1242:20
**third** [1] - 1269:3
**THOMAS** [2] - 1239:7, 1239:23
**thoroughly** [1] - 1288:3
**thousands** [1] - 1259:25
**Three** [1] - 1301:18
**three** [1] - 1266:1
**throughout** [1] - 1316:14
**tie** [2] - 1280:19, 1280:25
**timeframe** [1] - 1314:5
**TO** [1] - 1238:4
**to-be** [1] - 1291:22
**today** [3] - 1241:15, 1267:3, 1315:7
**toe** [6] - 1254:20, 1254:23, 1255:16, 1261:24, 1263:20, 1305:3
**together** [1] - 1291:21
**tons** [2] - 1247:22, 1251:3
**took** [3] - 1248:21, 1261:24, 1265:5
**top** [18] - 1242:23,

1249:23, 1252:8, 1253:21, 1255:12, 1259:9, 1259:17, 1260:21, 1271:7, 1273:22, 1303:1, 1306:25, 1311:6, 1311:8, 1311:24, 1311:25, 1312:2, 1313:24
**TORTS** [1] - 1240:19
**total** [4] - 1264:19, 1278:1, 1278:2, 1296:22
**toward** [3] - 1245:6, 1246:6, 1262:17
**trace** [2] - 1246:1, 1313:7
**track** [3] - 1246:22, 1247:5, 1248:14
**track-walked** [1] - 1246:22
**track-walking** [2] - 1247:5, 1248:14
**trailers** [1] - 1251:21
**TRANSCRIPT** [1] - 1238:7
**transcript** [2] - 1310:17, 1321:22
**Transite** [13] - 1244:4, 1244:5, 1244:10, 1244:16, 1245:9, 1245:14, 1245:22, 1247:25, 1248:18, 1249:6, 1251:14, 1251:25, 1252:16
**translates** [1] - 1308:11
**transmit** [4] - 1299:16, 1299:17, 1299:25, 1301:12
**transmitted** [4] - 1295:14, 1299:13, 1320:18, 1321:5
**transmitting** [2] - 1293:1, 1299:23
**transportation** [1] - 1264:25
**transported** [3] - 1264:21, 1264:22, 1269:5
**traveled** [1] - 1314:21
**traveling** [1] - 1268:18
**treated** [2] - 1316:24
**treating** [1] - 1277:17
**treatment** [1] - 1263:3
**TREEBY** [11] - 1240:9, 1250:12, 1269:18, 1269:21, 1271:3, 1300:8, 1312:15, 1312:20, 1317:21,

1318:18, 1319:3
**treeby** [2] - 1300:7, 1320:1
**Treeby** [7] - 1269:17, 1300:2, 1311:9, 1312:13, 1317:20, 1318:17, 1319:2
**Treeby's** [1] - 1270:23
**trench** [30] - 1272:17, 1273:18, 1273:24, 1274:3, 1274:12, 1274:17, 1274:21, 1274:23, 1274:25, 1275:1, 1275:5, 1275:7, 1275:24, 1276:5, 1276:8, 1276:18, 1276:21, 1276:23, 1277:4, 1282:6, 1282:7, 1282:17, 1285:18, 1286:7, 1286:21, 1287:6, 1290:6, 1290:7, 1290:16, 1291:23
**trenches** [3] - 1275:25, 1276:2, 1287:1
**trenching** [2] - 1241:13, 1280:22
**trend** [1] - 1307:4
**TRIAL** [2] - 1238:7, 1240:1
**trial** [1] - 1316:14
**tricky** [1] - 1268:13
**tried** [1] - 1299:21
**trouble** [1] - 1313:8
**true** [3] - 1286:25, 1318:21
**truthfully** [1] - 1290:25
**try** [4] - 1260:12, 1264:16, 1301:24, 1321:13
**trying** [3] - 1254:9, 1263:10, 1280:25
**tube** [5] - 1260:9, 1260:11, 1311:6, 1311:8
**tubes** [3] - 1311:4, 1311:24, 1311:25
**tUESDAY** [1] - 1238:7
**Tulla** [1] - 1274:20
**turn** [5] - 1244:3, 1250:22, 1298:17, 1301:25, 1305:11
**Two** [1] - 1252:13
**two** [17] - 1244:11, 1244:12, 1244:14, 1248:21, 1251:23, 1255:17, 1265:1, 1266:25, 1279:22,

1280:1, 1281:15, 1288:12, 1289:5, 1293:19, 1301:10, 1301:14

**two-phase** [1] - 1244:11

**TX** [1] - 1239:8

**type** [1] - 1263:18

**types** [2] - 1241:13, 1247:11

## U

**ultimate** [5] - 1250:20, 1250:21, 1292:6, 1298:19, 1321:4

**uncertainties** [4] - 1287:13, 1287:14, 1287:15, 1293:18

**under** [11] - 1252:23, 1255:3, 1257:17, 1259:17, 1259:18, 1272:16, 1273:16, 1273:23, 1285:17, 1291:8, 1303:24

**underlined** [1] - 1316:18

**underneath** [3] - 1252:2, 1270:16, 1314:21

**underseepage** [3] - 1283:3, 1295:2, 1320:22

**underwater** [3] - 1280:12, 1280:13, 1311:25

**uneven** [1] - 1241:7

**UNITED** [2] - 1238:1, 1238:8

**United** [2] - 1240:19, 1267:11

**unlike** [1] - 1260:6

**unsatisfactory** [2] - 1274:21, 1274:22

**unusual** [2] - 1304:20, 1304:22

**up** [36] - 1241:16, 1242:14, 1244:7, 1244:19, 1246:2, 1248:4, 1249:6, 1252:7, 1254:23, 1255:15, 1255:21, 1257:18, 1258:6, 1258:8, 1258:23, 1260:13, 1260:20, 1263:18, 1269:21, 1270:10, 1272:14, 1272:25, 1280:6, 1280:7, 1280:14, 1288:15, 1293:11,

1298:4, 1302:9, 1302:21, 1305:3, 1305:6, 1306:23, 1313:10, 1314:1, 1319:21

**uplift** [31] - 1292:7, 1292:15, 1293:1, 1293:3, 1293:24, 1295:14, 1295:20, 1296:23, 1296:25, 1298:20, 1298:21, 1299:2, 1299:14, 1301:21, 1301:23, 1302:6, 1302:11, 1306:7, 1307:20, 1308:3, 1308:5, 1308:8, 1308:16, 1308:22, 1314:21, 1316:11, 1316:13, 1317:8, 1320:18, 1321:5

**upward** [2] - 1292:10, 1321:1

**urge** [2] - 1269:21, 1270:5

**US** [3] - 1240:19, 1256:17, 1310:17

**utilities** [1] - 1241:14

**utility** [4] - 1251:4, 1251:8, 1251:9, 1251:14

## V

**vague** [1] - 1285:22

**validate** [1] - 1306:9

**validated** [3] - 1267:21, 1290:20, 1291:1

**validations** [1] - 1306:8

**variabilities** [1] - 1287:14

**Varuso** [2] - 1310:18, 1313:13

**vast** [1] - 1245:25

**velocities** [1] - 1267:19

**verified** [1] - 1258:2

**verify** [1] - 1254:16

**vertical** [3] - 1301:11, 1306:22, 1307:25

**via** [3] - 1295:15, 1295:19, 1321:6

**visually** [1] - 1249:22

**vital** [1] - 1247:8

**voids** [1] - 1249:25

**volume** [5] - 1264:19, 1265:4, 1265:5, 1265:7, 1265:8

## W

**WAGER** [1] - 1240:14

**WAGER-ZITO** [1] - 1240:14

**Wait** [1] - 1318:16

**wait** [2] - 1318:16

**walk** [4] - 1259:5, 1268:19, 1269:11, 1320:5

**walked** [2] - 1246:22, 1290:5

**walking** [2] - 1247:5, 1248:14

**wall** [68] - 1254:6, 1258:17, 1261:22, 1261:25, 1262:2, 1268:20, 1271:7, 1271:8, 1271:22, 1272:14, 1272:18, 1272:19, 1273:14, 1273:19, 1273:25, 1274:13, 1274:18, 1274:20, 1276:13, 1277:3, 1278:1, 1278:3, 1280:4, 1280:5, 1280:9, 1281:20, 1283:15, 1283:19, 1283:21, 1284:3, 1284:5, 1285:16, 1286:8, 1287:7, 1287:18, 1287:20, 1288:19, 1288:21, 1289:2, 1289:7, 1289:8, 1289:10, 1289:25, 1291:7, 1291:10, 1291:11, 1295:15, 1296:5, 1296:8, 1299:3, 1299:14, 1301:11, 1302:3, 1303:9, 1304:9, 1305:24, 1307:23, 1311:3, 1311:11, 1312:4, 1312:6, 1314:6, 1314:22, 1314:23, 1320:9, 1321:6

**Wall** [1] - 1303:4

**walls** [3] - 1304:4, 1316:6, 1316:8

**WALTHER** [1] - 1240:8

**wants** [1] - 1262:4

**Ward** [4] - 1257:17, 1260:22, 1296:9, 1306:11

**WARREN** [2] - 1240:3, 1240:4

**washed** [1] - 1276:6

**Washington** [5] - 1240:8, 1240:18, 1240:23, 1256:7, 1320:12

**water** [51] - 1252:20, 1252:22, 1254:1, 1254:3, 1254:10, 1254:23, 1255:15, 1257:13, 1257:16, 1259:13, 1259:20, 1260:5, 1262:23, 1263:17, 1267:19, 1268:17, 1272:23, 1280:7, 1281:8, 1289:2, 1291:8, 1295:3, 1300:3, 1300:9, 1301:8, 1301:12, 1301:14, 1302:8, 1302:13, 1305:2, 1306:22, 1306:23, 1306:25, 1307:3, 1307:4, 1307:6, 1307:9, 1307:24, 1307:25, 1308:14, 1308:18, 1309:14, 1311:23, 1312:2, 1313:9, 1313:24, 1316:19, 1316:23, 1317:2, 1320:23

**Watergate** [2] - 1312:11, 1312:15

**waters** [1] - 1295:18

**wave** [26] - 1266:16, 1267:12, 1267:25, 1268:25, 1269:4, 1269:6, 1269:8, 1269:9, 1269:14, 1269:20, 1269:22, 1269:24, 1270:2, 1270:12, 1270:14, 1272:11, 1272:16, 1272:22, 1272:24, 1273:11, 1273:13, 1273:16, 1273:22, 1275:12

**waves** [27] - 1267:17, 1267:23, 1268:2, 1268:4, 1268:11, 1268:14, 1268:16, 1268:18, 1269:3, 1269:13, 1269:23, 1271:25, 1272:1, 1272:5, 1272:13, 1273:14, 1275:9, 1275:18, 1276:25, 1277:1, 1277:2, 1284:5, 1285:16, 1286:12, 1286:18

**ways** [1] - 1293:19

**weather** [1] - 1286:15

**weather-related** [1] - 1286:15

**wedding** [3] - 1241:22, 1243:1, 1243:12

**WEDNESDAY** [1] - 1241:1

**weeks** [1] - 1266:1

**weight** [2] - 1255:4, 1302:12

**wells** [1] - 1253:19

**west** [25] - 1248:23, 1249:2, 1251:11, 1251:22, 1261:12, 1262:10, 1272:2, 1272:5, 1272:13, 1273:13, 1273:14, 1275:10, 1275:15, 1275:19, 1276:18, 1276:22, 1276:25, 1277:1, 1277:2, 1277:4, 1284:5, 1285:16, 1286:13, 1286:19, 1286:21

**western** [1] - 1249:4

**westernmost** [1] - 1261:25

**WGI** [13] - 1250:7, 1250:13, 1253:3, 1254:19, 1256:1, 1256:9, 1256:12, 1256:18, 1256:20, 1257:9, 1263:5, 1292:11, 1305:5

**WGI's** [2] - 1250:13, 1254:19

**wide** [6] - 1277:17, 1277:19, 1277:21, 1278:12, 1278:24, 1279:4

**width** [2] - 1279:12, 1279:14

**wife** [1] - 1299:22

**WILLIAM** [1] - 1240:9

**Wiltshire** [1] - 1240:2

**wind** [4] - 1267:12, 1267:25, 1272:4, 1277:2

**winds** [4] - 1275:12, 1275:14, 1275:15, 1277:10

**wish** [2] - 1318:1, 1318:3

**withdraw** [1] - 1294:9

**withstand** [1] - 1291:12

**WITNESS** [29] - 1254:14, 1256:14, 1258:4, 1261:23,

1264:11, 1274:4, 1279:8, 1279:10, 1281:17, 1281:22, 1282:1, 1292:9, 1292:13, 1292:17, 1292:23, 1294:1, 1294:6, 1294:11, 1298:6, 1298:22, 1308:24, 1309:3, 1309:9, 1309:20, 1312:25, 1313:2, 1313:5, 1313:7, 1318:1

**Witness** [1] - 1249:15

**witness** [4] - 1245:20, 1250:12, 1269:22, 1319:4

**witnessed** [1] - 1249:22

**WITTMAN** [1] - 1240:9

**wonderful** [1] - 1270:3

**wood** [1] - 1260:16

**WOODCOCK** [1] - 1240:22

**word** [2] - 1256:22, 1300:9

**workable** [1] - 1300:1

**world** [5] - 1266:21, 1294:17, 1296:12, 1306:8, 1306:9

**WRIGHT** [1] - 1239:12

**writing** [1] - 1249:21

**written** [1] - 1297:16

## Y

**year** [1] - 1288:13

**years** [2] - 1244:14, 1291:14

**yesterday** [24] - 1241:12, 1242:7, 1244:11, 1246:1, 1251:6, 1251:19, 1260:7, 1262:10, 1264:1, 1265:20, 1266:18, 1268:2, 1290:22, 1292:25, 1295:1, 1300:2, 1301:16, 1302:19, 1303:11, 1304:18, 1306:4, 1306:14, 1310:23, 1311:4

## Z

**zero** [3] - 1288:16, 1302:12, 1306:23

**ZIELIE** [2] - 1238:13, 1321:23

**Zielie** [2] - 1321:21, 1321:24

**ZITO** [1] - 1240:14

**zone** [11] - 1245:18, 1248:5, 1248:8, 1248:9, 1248:10, 1249:12, 1249:14, 1275:3, 1275:16, 1276:6, 1276:19

**zones** [1] - 1296:18