IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA
AT NEW ORLEANS

*******************************************************************
IN RE:  KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION
PERTAINS TO:  MRGO                          Docket No. 05-CV-4182
     *Armstrong No. 10-CV-866*              September 21, 2012
*******************************************************************


FRIDAY, MORNING SESSION
TRANSCRIPT OF TRIAL PROCEEDINGS
HEARD BEFORE THE HONORABLE STANWOOD DUVAL
UNITED STATES DISTRICT JUDGE

SUSAN A. ZIELIE, RMR, FCRR
Official Court Reporter
HB 406
500 Poydras Street
New Orleans, Louisiana 70130
susan_zielie@laed.uscourts.gov
504.589.7781

Proceedings Recorded by Computer-aided Stenography.

```
 1   APPEARANCES:
     For the Plaintiffs:              BRUNO & BRUNO
 2                                    BY:  JOSEPH M. BRUNO, ESQ.
                                      855 Baronne Street
 3                                    New Orleans LA 70113

 4                                    THE ANDRY LAW FIRM
                                      BY:  JONATHAN B. ANDRY, ESQ.
 5                                    610 Baronne Street
                                      New Orleans LA 70113
 6
                                      BARON & BUDD
 7                                    BY:  THOMAS SIMS, ESQ.
                                      3102 Oak Lawn Avenue, Suite 1100
 8                                    Dallas TX 75219

 9                                    DEGRAVELLES PALMINTIER HOLTHAUS
                                           & FRUGE
10                                    BY:  MICHAEL C. PALMINTIER, ESQ.
                                           JOSHUA M. PALMINTIER, ESQ.
11                                    718 Main Street
                                      Baton Rouge LA 70801
12
                                      DOMENGEAUX WRIGHT ROY & EDWARDS
13                                    BY:  ELWOOD C. STEVENS, JR. ESQ.
                                           BONNIE KENDRICK, ESQ.
14                                    PO Box 3668
                                      556 Jefferson Street
15                                    Lafayette LA 70502

16                                    THE DUDENHEFER LAW FIRM, LLC
                                      BY:  FRANK DUDENHEFER, JR., ESQ.
17                                    601 Poydras Street, Suite 2655
                                      New Orleans LA 70130-6004
18
                                      FAYARD & HONEYCUTT
19                                    BY:  CALVIN C. FAYARD, JR., ESQ.
                                      519 Florida Avenue SW
20                                    Denham Springs LA 70726

21                                    JOANEN LAW FIRM
                                      BY:  SCOTT JOANEN, ESQ.
22                                    4905 Freret Street, Suite B
                                      New Orleans LA 70115
23
                                      LEVIN PAPANTONIO THOMAS MITCHELL
24                                         RAFFERTY & PROCTOR
                                      BY:  MATTHEW D. SCHULTZ, ESQ.
25                                    316 S. Baylen Street, Suite 600
                                      Pensacola FL 32502
```

```
 1                              THE TRIAL LAW FIRM, PC
                                BY:  ANDREW P. OWEN
 2                              800 Wiltshire Blvd, Suite 500
                                Los Angeles CA 90017
 3
                                J. ROBERT WARREN, II, A PLC
 4                              BY:  J. ROBERT WARREN, II, ESQ.
                                1718 Short Street
 5                              New Orleans LA 70118

 6                              COTCHETT PITRE & McCARTHY, LLP
                                BY:  PHILIP L. GREGORY, ESQ.
 7                              840 Malcolm Road, Suite 200
                                Burlingame CA 94010
 8
     For the Defendant Washington  STONE PIGMAN WALTHER WITTMAN
 9   Group International, Inc.:     BY:  WILLIAM D. TREEBY, ESQ.
                                         JAMES C. GULOTTA, JR., ESQ.
10                                       HEATHER S. LONIAN, ESQ.
                                         MAGGIE A. BROUSSARD, ESQ.
11                              546 Carondelet Street
                                New Orleans LA 70130
12
                                     - AND -
13
                                JONES DAY
14                              BY:  ADRIAN WAGER-ZITO, ESQ.
                                     DEBRA S. CLAYMAN, ESQ.
15                                   CHRISTOPHER N. THATCH, ESQ.
                                     CHRISTOPHER FARRELL, ESQ.
16                                   JULIA CRONIN, ESQ.
                                     BRIAN KERWIN, ESQ.
17                              51 Louisiana Avenue NW
                                Washington DC 20001
18
     For the Defendant United    US DEPARTMENT OF JUSTICE
19    States of America:         CIVIL DIVISION, TORTS BRANCH
                                 BY:  ROBIN D. SMITH, ESQ.
20                                    JAMES F. McCONNON, JR. ESQ.
                                      RUPERT MITSCH, ESQ.
21                                    CONOR KELLS, ESQ.
                                      JOHN A. WOODCOCK, ESQ.
22                              Benjamin Franklin Station
                                PO Box 888
23                              Washington DC 20044

24

25
```

1742

```
 1                      EXAMINATION INDEX

 2   JOSEPH DUNBAR
            Direct By Mr. Mitsch              1750
 3          Cross by Mr. Owens                1810

 4   WILLIAM ALLEN MARR
            Direct by Mr. Smith               1828
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
:28:10    1   NEW ORLEANS, LOUISIANA; FRIDAY, SEPTEMBER 21, 2012

:29:30    2                      9:08 A.M.

:08:44    3          THE COURT:  Let's take a moment -- and I know that my

:08:45    4   law clerk Janet has discussed with you all about the witness

:08:49    5   issue.  Probably better her than me.  But at least before I --

:08:57    6   as I stated to her, this is a turn from a benevolent, hopefully,

:09:04    7   a semi-benevolent, the monarchy, to an absolute dictatorship,

:09:11    8   which is what I will do soon.  And I'm very capable of doing

:09:15    9   that.

:09:16   10          Before I go into that mode, however, I like to

:09:19   11   give the parties a chance to avoid despotism from the Court.

:09:24   12          So, have you reached any kind of tentative

:09:31   13   agreement on the witnesses?

:09:33   14          MR. SMITH:  Yes, Your Honor, I believe we have.  We're

:09:36   15   going to call Dr. Joseph Dunbar first, and then we'll call

:09:40   16   Dr. Marr after that.

:09:41   17          THE COURT:  And the Court -- to accommodate your

:09:43   18   accommodation, the Court will alter its schedule and do whatever

:09:48   19   is necessary to stay here to make sure that everyone gets their

:09:52   20   fair shot.

:09:57   21          MR. BRUNO:  Thank you, Judge.  And we'll endeavor to do

:10:01   22   whatever we can.

:10:03   23          THE COURT:  Do what you have to.  I'll accommodate, and

:10:06   24   I do appreciate your accommodation very much.  I realize these

:10:09   25   things are tense.  And I think it's always better when the
```

```
:10:11   1    lawyers resolve this rather than the Court, because you really
:10:18   2    know the nuances of your case better than I do.  And I thank
:10:18   3    you.
:10:25   4              Mr. Treeby, we might as well -- I don't want to
:10:29   5    take too much of anybody's time.  We were at the -- we will go
:10:34   6    back to the summary exhibit, at which I sort of put something on
:10:40   7    the shelf.
:10:43   8         MR. TREEBY:  Let me say this, Your Honor.  Mr. Stevens
:10:45   9    sent this letter, and I've read it.  And, I don't want to go
:10:48  10    into in depth, but it makes one suggestion that I think may be
:10:51  11    wise, which is that we're trying to get to -- there are two
:10:57  12    issues, as I see it.  One is, what we got earlier, is it in any
:11:01  13    way comparable to what we got Wednesday.
:11:04  14         THE COURT:  Right.
:11:06  15         MR. TREEBY:  And that issue, in my mind, my own
:11:08  16    personal mind, is up in the air.  I had my experts -- they
:11:12  17    looked at it, they didn't see it.  And I sent my paralegal back
:11:16  18    to pull the discs, but we need to see --
:11:20  19         THE COURT:  I'll give you time.
:11:22  20         MR. TREEBY:  That's one issue.
:11:24  21              The other issue that we addressed yesterday, that,
:11:28  22    even if that were the case, did we have a witness that we could
:11:33  23    cross examine about the data.  So that's a separate issue than
:11:36  24    that.
:11:36  25         THE COURT:  Right.
```

```
:11:38   1        MR. TREEBY:  What I would suggest is let us and let the
:11:41   2   plaintiffs keep their case open for that one thing.
:11:44   3        THE COURT:  Absolutely.
:11:45   4        MR. TREEBY:  And let me get to the bottom of the first
:11:48   5   of those two arguments so I can properly represent to the Court
:11:51   6   what we got and what we didn't get, and let that be resolved
:11:55   7   later and not this morning.
:11:56   8        THE COURT:  That is absolutely fair.
:11:58   9        MR. BRUNO:  With this one caveat, Judge.  Mr. Treeby
:12:03  10   has made a suggestion that we need to call a witness.  And
:12:05  11   that's the wrinkle, if I may be so bold.  If I could ask the
:12:09  12   Court to so call gavel-down on that component, I want to work
:12:12  13   with Mr. Treeby.
:12:13  14        THE COURT:  I'll rule on that at the appropriate time.
:12:20  15   Let's get -- I'll defer, and then I'll rule on this at the
:12:26  16   appropriate time.
:12:30  17        MR. BRUNO:  I only ask you because, if I'm required to
:12:34  18   have a witness here, then I will have to make arrangements to
:12:39  19   have him here.  That's the only reason why I ask for that
:12:42  20   accommodation.  And it doesn't have to be at this moment,
:12:46  21   obviously.  But if I could just know a little bit in advance,
:12:49  22   when we reach the point that we have gone as far as we can and
:12:53  23   we're at an impasse, or, God bless, we have an agreement, then I
:12:56  24   still have that little peace of mind.
:12:59  25        THE COURT:  One of the things I'm going to want to hear
```

:13:00  1   from Mr. Stevens and/or Mr. Bruno -- and I did last night go

:13:06  2   over each exhibit and looked, as best I can, with my somewhat

:13:12  3   limited capabilities, the differences, which I think some are

:13:19  4   explained, and Mr. Treeby can verify that in the letter.

:13:24  5           The other thing I wanted to establish, it's my

:13:29  6   understanding, and I will ask Mr. Stevens, that there are --

:13:34  7   this doesn't go directly to your question, your issue,

:13:40  8   Mr. Treeby, about the witness -- but it's my understanding that

:13:43  9   the -- well, one, no opinion has been rendered on this, nor will

:13:47  10  it be, on this exhibit.  In other words, there's been no expert

:13:52  11  opinion utilizing that exhibit.  Is that --

:13:58  12          MR. BRUNO:  Yeah.  Obviously, they're component parts

:14:01  13  of it.  Correct, Judge.

:14:02  14          THE COURT:  Expert testimony involving some of the

:14:05  15  aspects shown on that.

:14:06  16          MR. BRUNO:  Yes, Your Honor.

:14:07  17          THE COURT:  And one of my concerns was that I didn't

:14:09  18  want any back-door -- not that I thought you would, but I mean,

:14:13  19  I wanted to make sure there was no back-door opinion testimony

:14:17  20  on what I'd stricken.  And, thus far, there's been no opinion on

:14:23  21  that.

:14:25  22          And it's also my understanding that

:14:30  23  three-dimensional graphics were not used in that exhibit.

:14:34  24          MR. STEVENS:  You are correct, Your Honor.

:14:35  25          THE COURT:  That's all I wanted to establish.  We'll

:14:37    1   get -- yes, sir.

:14:38    2          MR. STEVENS:  I wanted to add a clarifying point.  Two

:14:41    3   things.  One good thing, Judge, and we have an agreement.  Mr.

:14:45    4   Treeby and I have now -- and Mr. Treeby has stipulated that

:14:49    5   Summary Evidence Item E is not objected to.  And, therefore,

:14:54    6   plaintiffs would move that into evidence, the excavation, the

:14:57    7   sewer excavation.

:14:59    8          THE COURT:  To the extent that I missed that --

:15:02    9          MR. TREEBY:  We would have no objection to A.  We have

:15:05   10   no objection to E.  We have an objection to B and C.  So that's

:15:05   11   correct.

:15:09   12          MR. BRUNO:  Can we just use exhibit numbers?  I

:15:12   13   apologize.  Can we use exhibit numbers instead of A and B so the

:15:16   14   record is clear?

:15:18   15          THE COURT:  I know exactly what it is and I know it's a

:15:20   16   sewer lift.  I saw it last night.  I said:  What about this?

:15:23   17   And I realized I hadn't ruled on it.  So I know there's an

:15:27   18   agreement.  We'll get it formally done so that Mr. Smith and all

:15:31   19   of you can actually start the case going.

:15:35   20          MR. TREEBY:  And I had just one other thing I'd like to

:15:37   21   say.

:15:38   22          To the extent there was confusion about this issue

:15:40   23   that has now thankfully been resolved by agreement, and with the

:15:44   24   accommodation of the Court about the witness, I did not

:15:48   25   understand that we were to give a precise order.  I thought we

:15:52  1   were to give witnesses for two days.  And that's what I thought.

:15:57  2   And, to the extent there was a miscommunication about that in

:16:00  3   our email that came from us to the plaintiffs, that's my fault,

:16:06  4   and -- because I thought it was just the name.  I wasn't

:16:10  5   thinking:  Okay, we've got to do it in this precise order.  And,

:16:13  6   I guess, going forward, is that going to be a requirement?

:16:16  7           THE COURT:  Only that, if you communicate with each

:16:19  8   other, so that, when there's a causation witness, a really

:16:23  9   important expert.  Other times, there's sufficient time to

:16:26  10  prepare --

:16:28  11          MR. TREEBY:  We'll do that, Your Honor.

:16:29  12          THE COURT:  And, if you all agree, I don't care.

:16:32  13          MR. TREEBY:  I apologize for any miscommunication.

:16:35  14          MR. STEVENS:  One final note --

:16:37  15          THE COURT:  We've really got to get going.

:16:41  16          MR. STEVENS:  -- about the disc and whether he can open

:16:42  17  it.

:16:43  18          MR. BRUNO:  Let's do it off the record.

:16:45  19              Judge, just to close it out, you gave me the

:16:48  20  evening with regard to consideration of the plaintiffs' rest.

:16:50  21  Just one thing, I don't know how you would like this.  We had

:16:54  22  prepared for you, for your use only -- I don't even know if it

:16:57  23  has to be an exhibit -- a concordance table, so that if you

:17:01  24  found an exhibit in one of those depositions that you wanted to

:17:04  25  know the exhibit number, we have the Dalrymple Exhibit 15 equals

:17:10  1   PX or DX.

:17:12  2          THE COURT:  That could be a demonstrative and not

:17:14  3   evidence.  But I'd like to get it blessed by the defendants.

:17:19  4          MR. BRUNO:  Of course.  And I will send it to them.

:17:21  5   They can do their own or comment on it.  It's not about

:17:25  6   advocacy.

:17:27  7          THE COURT:  We will leave your case open as well for

:17:29  8   that demonstrative after it is cleared with the defendants or

:17:34  9   not cleared.  They at least have a chance to argue.

:17:37  10         MR. BRUNO:  With that, the plaintiffs rest.

:17:39  11         THE COURT:  With your caveats, that's fine.

:17:42  12         MR. BRUNO:  Thank you, Judge.

:17:43  13         THE COURT:  All right, Mr. Smith, your long-awaited

:17:46  14   time is here.

:17:47  15         MR. MITSCH:  Thank you, Your Honor.

:17:49  16             The United States would call for its first witness

:17:51  17   Dr. Joseph Dunbar.

:17:53  18             Your Honor, if I might say, we have prepared

:17:56  19   summary presentations.  So our plan is not to do a traditional

:18:00  20   direct, but to qualify the witness and then let the witness

:18:03  21   present exhibits.

:18:05  22         THE COURT:  I'll tell you why I think it helps the

:18:06  23   Court and we'll see what happens, is that I get an elegant and

:18:10  24   concise understanding of the opinions, and then it kind of sets

:18:15  25   the framework, rather than getting lost in seven hours of

:18:19  1   testimony.

:18:19  2          MR. MITSCH:  Right.  And we'd invite Your Honor to ask

:18:22  3   questions since I'm not going to be doing the -- other than

:18:26  4   qualification of Dr. Dunbar.

:18:28  5          THE COURT:  Yes.

:18:29  6          MR. MITSCH:  I'm not going to be doing a traditional

:18:31  7   direct just now.  If you have questions, please direct them.

:18:34  8          THE COURT:  Hopefully, I won't disrupt my own rule.

:18:37  9   But go ahead, sir.  Only if I'm confused about something.

:18:43  10          JOSEPH DUNBAR, being duly sworn, testified as

:18:43  11   follows:

:18:51  12          CASE MANAGER:  Would you state your name and spell it

:18:53  13   for the record.

:18:53  14          THE WITNESS:  Joseph Dunbar, D-U-N-B-A-R.

:18:53  15                      DIRECT EXAMINATION

:18:53  16   BY MR. MITSCH:

:18:58  17   Q   Dr. Dunbar, what is your profession?

:19:01  18   A   I'm a geologist.

:19:02  19   Q   Would you briefly state what your educational background is.

:19:04  20   A   I have a bachelor's in geology from Lake Superior State

:19:09  21   University, have a master's in geological engineering from

:19:12  22   University of Mississippi and a Ph.D. from the University of

:19:16  23   Delaware, all in geology.

:19:18  24   Q   And where do you work?

:19:19  25   A   I work at what used to be the Waterways Experience Station,

:19:26   1   now, it's the Experimental Development Station.  It's the Corps'

:19:30   2   research lab in Vicksburg, Mississippi.

:19:32   3   Q   And what is your position?

:19:34   4   A   I'm a geologist there.

:19:35   5   Q   What does that position entail?

:19:37   6   A   I do geologic studies of flood plains.  Have spent a lot of

:19:42   7   my career looking at levee refoundations at the Rio Grand

:19:46   8   Valley.  Primarily, the Mississippi River Valley, and with a

:19:54   9   concentration in the New Orleans and deltaic plain area.

:19:57   10  Q   Would you please give us a summary of your more recent

:20:00   11  projects.

:20:01   12  A   I've been involved in a national study on levees, effects of

:20:09   13  vegetation on levees.  I have done quite a bit of work in

:20:13   14  geologic mapping of floodplains, being the deltaic plain of

:20:21   15  Louisiana.  I've done land loss mapping there.  A number of

:20:26   16  regional comprehensive type geologic studies.

:20:31   17  Q   And do you have any professional certifications?

:20:33   18  A   I do.  I'm registered in Alabama, Indiana and Mississippi as

:20:40   19  a professional geologist.

:20:41   20  Q   Have you published any professional reports?

:20:43   21  A   I have published numerous professional reports, Army Corps

:20:47   22  technical reports and also journal articles as well.

:20:53   23  Q   And how many would you say?  Give us an idea of how many.

:20:58   24  A   Maybe 50 technical reports and about seven, eight journal

:21:03   25  articles.

:21:04   1    Q   Do you hold yourself out to be an expert in the field of

:21:06   2    geology of the Mississippi River Deltaic Plain?

:21:10   3    A   I do.

:21:10   4    Q   And would you tell the Court exactly what the Mississippi

:21:15   5    River Deltaic Plain is.

:21:15   6    A   It's the Mississippi River's delta.

:21:18   7    Q   And how did you become an expert in this?

:21:21   8    A   I did a series of mapping projects in the early '80s and

:21:29   9    '90s, did a fair number of studies looking at the deltaic plain.

:21:36   10                   I've also looked at a number of Mississippi River

:21:38   11   levee failures in Mississippi, Marchand, Marrero, the Colotex

:21:45   12   failure, Lucy and Muntz.  So I got really familiar with the

:21:49   13   geology of the New Orleans area.

:21:51   14   Q   Do you hold yourself out to be an expert in the field of

:21:55   15   geology of the greater New Orleans area?

:21:57   16   A   I do.  I was again part of that regional mapping project.  I

:22:01   17   mapped the St. Bernard, the New Orleans, the White Clowsky -- in

:22:08   18   other words, all the squared angles that are in the greater New

:22:11   19   Orleans area, the 15 minute scale.  I have literally looked at

:22:14   20   thousands of borings.

:22:15   21                   And what we did is what we separate the geology

:22:19   22   into depositional environments.  And the reason for that was

:22:22   23   because of their correlation to the engineering in the

:22:24   24   engineering properties.

:22:25   25   Q   Do you hold yourself out to be an expert in the geology of

```
:22:31   1   the EBIA?
:22:31   2   A   I do.  I was a member of the IPET team because of my
:22:34   3   knowledge of the geology.  I was, I guess, the forensic
:22:39   4   geologist that was involved in looking at all of the levee
:22:43   5   failures as part of the post-Katrina IPET study.
:22:47   6   Q   Did you play any other role in IPET?
:22:52   7   A   I did.  I was responsible for -- because of my familiarity,
:22:57   8   I was responsible for bringing -- bringing the various teams to
:23:02   9   the different failure sites and, you know, was there with the
:23:06  10   discussion of what everybody saw and observed.
:23:10  11   Q   You stated that much of your professional work relates to
:23:15  12   the mapping of the Mississippi River Deltaic Plain.
:23:19  13                Is there any kind of a repository for this
:23:21  14   information?
:23:22  15   A   There is, Mr. Rupert.  One of things that the Army Corps did
:23:28  16   that I think was unique than any place else was, because of the
:23:33  17   engineering that they were having to do, they were having to
:23:35  18   define the geology.  And there was a 60-year history of doing
:23:39  19   geologic mapping in the lower alluvial valley and also in the
:23:45  20   deltaic plain.  And I realized that a lot of those products were
:23:48  21   paper products and that would get lost.  So I took it upon
:23:52  22   myself to build this repository of all these geologic maps, and
:23:58  23   it's open to the public.  It was used extensively in IPET; it
:24:04  24   was used by the ILIT team as well.  Dr. Rogers had commented to
:24:08  25   me that it was a very helpful source of information for him.
```

:24:12  1          MR. MITSCH:  Your Honor, I tender the witness as a

:24:14  2    professional geologist.

:24:18  3          MR. OWENS:  No objection, Your Honor.

:24:19  4          THE COURT:  He's accepted as tendered.

:24:21  5          MR. MITSCH:  Your Honor, Dr. Dunbar has prepared a

:24:24  6    series of slides, a PowerPoint presentation, summarizing his

:24:29  7    opinions.

:24:29  8          THE COURT:  Yes, sir.

:24:30  9          MR. MITSCH:  And I would ask that the Court permit him

:24:32  10   to begin that presentation.

:24:34  11         THE COURT:  Certainly.

:24:35  12         MR. MITSCH:  Do you want me to stand while he's giving

:24:37  13   the presentation, or may I sit?

:24:39  14         THE COURT:  I'll leave it -- you can stand; you can

:24:41  15   sit.  That's fine.

:24:43  16         MR. MITSCH:  Thank you, Your Honor.

:24:46  17         THE WITNESS:  We'll go to the next slide, please.

:24:48  18             I'm going to provide opinions on the geologic

:24:52  19   history, look at some historical borings, looking at physical

:24:56  20   evidence and photographs that I observed after Katrina.

:25:00  21             And what we're going to see is that, in the EBIA

:25:04  22   area, the geology is such that there's no environments of

:25:08  23   deposition with a history of underseepage.  What we have is an

:25:13  24   area that was rapidly filled, and we have clay and organic clay.

:25:19  25   There are almost no peats in this area because of the amount of

:25:23  1    filling that occurred in such a short amount of time, and

:25:27  2    there's no sand either.  There's no environments that are

:25:31  3    capable of producing that.

:25:35  4            To kind of put things in perspective, the

:25:37  5    Mississippi River is one of the world's largest river systems.

:25:40  6    It drains 31 states.  And, because of that, it has a really high

:25:44  7    sediment load.  It produces massive amounts of clay.

:25:49  8            There is a tendency to compare the Mississippi

:25:53  9    River drainage basin to other drainage basins, particularly

:25:56  10   those in California.  And what I would like to suggest is that

:26:01  11   those systems are completely different.  And, if you apply

:26:05  12   models from California to the Mississippi River delta, you'll

:26:08  13   come up with erroneous conclusions about the geology.

:26:08  14           Next slide, please.

:26:18  15           What we show here is, here is a series of deltas

:26:22  16   that developed relatively rapidly in a short period of time, in

:26:25  17   less than 7,000 years.  12,000 years ago, if we would be sitting

:26:30  18   at this courthouse, we would probably be sitting 850 feet lower

:26:34  19   the land surface.  And, as the glaciers began melting, sea level

:26:40  20   rose and began creating these deltas.  One that you see is

:26:43  21   labeled the St. Bernard.  And, in yellow and blue, the modern

:26:48  22   deltas have pretty much formed within the last 4,000 years.  And

:26:55  23   so what we have is a period of really rapid filling of that 70

:27:01  24   feet that was the land surface 12,000 years ago.  And, unlike

:27:04  25   today, where we have a single river system, a single channel,

:27:10  1   during the time that these deltas formed, there would have been

:27:13  2   numerous systems, numerous channels that were present.

:27:18  3                    Next slide, please.

:27:21  4                    This is a map from Dr. Saucier.  I'd mentioned the

:27:27  5   fact that the Corps had done extensive mapping.  One of the

:27:31  6   things that they did, they laid this great foundation to

:27:35  7   understand engineering.  And this is one of the products that

:27:39  8   came from that study.

:27:43  9                    I would say that the geology of the New Orleans

:27:45  10  area was really well understood, but what we're immediately

:27:51  11  seeing is, the crescent there, that is the New Orleans area.

:27:55  12  And we see these broad natural levees which are in the darker

:27:59  13  brown.  Those are the major topographic features.  And those

:28:05  14  major natural levees correspond to the various distributary

:28:10  15  channels.

:28:10  16                    South of New Orleans, we have the Bayou des

:28:13  17  Families.  East there, we have the Bayou LaLoutre.  Up north

:28:19  18  there, depending on where you live on that distributary, it's

:28:19  19  either Bayou Meatairie, Bayou Gentilly, the Gentilly Ridge or

:28:28  20  the Bayou Sauvage.  And what I have shown on this map are the

:28:31  21  various failure locations, and we're going to talk specifically

:28:34  22  how the geology has impacted those failure locations.

:28:39  23                    Before we leave this slide, you'll note that

:28:41  24  there's a light tan color, and that happens to correspond to the

:28:45  25  point barge.  The river migrates through this area, it can

:28:49    1    create very sandy type deposits.  That's the type of deposit

:28:53    2    that is prone to underseepage.  But we don't have that in the

:28:58    3    EBIA area.

:28:59    4             MR. MITSCH:  Your Honor, may I give Dr. Dunbar a

:29:02    5    pointer?

:29:03    6             THE COURT:  Yes, you certainly may.

:29:13    7             Don't forget, we do have the capability, if

:29:16    8    somebody marks up an exhibit, of printing it if one wants to do

:29:19    9    that.

:29:20   10             Go ahead.

:29:21   11             THE WITNESS:  This is an enlarged view of the EBIA

:29:27   12    area.  And, because we're nestled at the apex of these two major

:29:32   13    distributaries, the Bayou Sauvage system, what's called Bayou

:29:40   14    Sauvage up there, and the Mississippi River, this area would

:29:43   15    have received massive quantities of sediment during the 4,000

:29:46   16    years that it was forming.  So what we have right now are

:29:49   17    massive clays in this area, which we'll see, and it tends to

:29:53   18    promote swamp type conditions.  And, most of the early maps, the

:29:56   19    history of this area all demonstrate that what we have are swamp

:30:02   20    conditions throughout this area.

:30:04   21             Next slide, please.

:30:07   22             Just a close-up view of the EBIA and the two

:30:12   23    breaches.  Hard to believe that during prehistoric times that

:30:16   24    this was a swamp and now it's completely urbanized.

:30:20   25             Next slide, please.

:30:22   1          This cartoon demonstrates the stratify of the

:30:28   2   geology of the delta plain.  We have these abandoned

:30:34   3   distributaries which is the high ground for the deltaic plain

:30:36   4   which transitioned from natural levee into swamp.  And, as you

:30:40   5   get further from the distributary itself, it goes to marsh.

:30:45   6          And you'll note there, in the lower right-hand

:30:48   7   corner, we have this Pleistocene surface, the surface that was

:30:51   8   exposed 12,000 years ago.  And, in a relatively short period of

:30:55   9   time, this area has filled and it's filled primarily with clay.

:30:59  10          And you will notice, in front of this distributary

:31:03  11   channel, there's what we call delta front deposits.  There is

:31:06  12   another type of pervious environment of deposition.  And why did

:31:12  13   the Corps do the kind of mapping they did?  Well, because there

:31:16  14   was a relationship of these different environments of deposition

:31:20  15   to the engineering properties that they were having to build

:31:23  16   flood control structures on.

:31:27  17          Next slide, please.

:31:29  18          You can see right here, this Bayou Metairie ridge

:31:34  19   right here, and you can see it's still pronounced and forms the

:31:40  20   major topographic feature in the New Orleans area.  And what

:31:44  21   we're going to see next is a buried beach ridge that occurs

:31:49  22   behind.

:31:50  23          Next slide, please.

:31:52  24          We've superimposed on that Google Earth image at

:31:58  25   Pine Island Beach ridge, and it had a tremendous impact on the

| | | |
|---|---|---|
| :32:03 | 1 | failure area on the geology and also the various failures.  We |
| :32:06 | 2 | see the London Avenue, the Robert E. Lee at London and Mirabeau. |
| :32:11 | 3 | They were over the axis, the shallowest part of where this beach |
| :32:15 | 4 | ridge occurs.  17th Street curved behind the bayou.  And the |
| :32:21 | 5 | EBIA and also the IHNC failures occurred well seaward of this |
| :32:26 | 6 | barrier, this buried barrier beach.  And it's composed primarily |
| :32:31 | 7 | of sand, as we will see in the next several set of slides. |
| :32:39 | 8 | Next slide, please. |
| :32:40 | 9 | The point is that all these different failures |
| :32:43 | 10 | have unique properties, and the failure mechanisms are unique at |
| :32:48 | 11 | the various locations. |
| :32:50 | 12 | Next slide, please. |
| :32:52 | 13 | We're going to go look at a cross-section up at |
| :32:54 | 14 | London North. |
| :32:57 | 15 | Next slide. |
| :32:59 | 16 | What we see is a geologic section that was |
| :33:04 | 17 | composed of the borings looking south, and you notice that 35 to |
| :33:08 | 18 | 40 feet of sand in the subsurface at a very shallow depth. |
| :33:14 | 19 | That's beach sand.  We talk about permeable deposition |
| :33:20 | 20 | environments, capable of producing underseepage.  This is a case |
| :33:25 | 21 | where you do have a pathway for water to flow beneath the levee. |
| :33:29 | 22 | And, on top of that, you have the clays and the peats that are |
| :33:34 | 23 | identified. |
| :33:35 | 24 | Next slide, please. |
| :33:37 | 25 | We're going to go down to the Mirabeau Avenue |

:33:39  1    area.

:33:40  2                    Next slide.

:33:43  3                    And one of the things that, when the failure

:33:44  4    occurred for many of you that were here, that had had an

:33:48  5    opportunity to see that, there was just massive quantities of

:33:52  6    sand that were transported into the neighborhood, and it was in

:33:57  7    the foundation.  It was just deposited everywhere.

:34:03  8                    Next slide.

:34:06  9                    Next we're going to go do the EBIA area --

:34:10  10                   Next slide, please.

:34:12  11                   And contrast this picture that what we see in the

:34:17  12   EBIA, we see primarily scouring.  We don't see the foundation

:34:21  13   coming to play in that.  And we will look a little more closely

:34:26  14   at that later on.

:34:28  15                   Next slide, please.

:34:30  16                   One of the things that the New Orleans district

:34:33  17   realized early on was the fact that they had very soft organic

:34:38  18   soils.  So what they did is they expanded the unified soil

:34:42  19   classification system to accommodate that.

:34:47  20                   Next slide, please.

:34:49  21                   They have these different levels of organic clay

:34:53  22   based on the organic content and based on the engineering

:34:57  23   properties that they would find, water content, the Atterberg

:35:02  24   limits and so on.

:35:03  25                   Next slide.

:35:04  1          And you'll note there that they describe that some

:35:08  2    of these soils based on the organic have an OA or an OB or OC

:35:14  3    type characteristic.

:35:16  4          Next slide, please.

:35:19  5          Peat is a very -- has a very specific definition.

:35:22  6    More than 75 percent of the soil or the soil sample has to be

:35:31  7    organic material.

:35:33  8          Next slide, please.

:35:37  9          One of the things that I was asked as the IPET

:35:40  10   geologist was to develop cross-sections of all the failure

:35:44  11   breaches, and we're going to look quickly at those from the EBIA

:35:48  12   area.

:35:49  13         Next slide, please.

:35:53  14         I developed these cross-sections from the existing

:35:56  15   borings and some new borings that we have.  And what I noted

:36:01  16   right away was the fact that what I saw primarily was clay and

:36:06  17   there was very little peat associated with these deposits.  And

:36:10  18   we're going to look at the south section a little more in

:36:13  19   detail.

:36:15  20         Next slide, please.

:36:17  21         One of the things that I noticed when I was

:36:20  22   reviewing the cross-sections in Dr. Bea's report was the fact

:36:25  23   that he incorrectly used my cross-section from the west side to

:36:30  24   describe the north breach, and that was incorrect.

:36:34  25         Next slide, please.

| | | |
|---|---|---|
| :36:37 | 1 | I was asked to look at Dr. Rogers, the geology in |
| :36:42 | 2 | his report.  And what we have, we have two cross-sections |
| :36:46 | 3 | basically using the same borings.  If you'll notice, there's |
| :36:50 | 4 | Boring 4, and there's 4T at the toe.  I used Boring 4 and 4T at |
| :36:56 | 5 | the toe as well.  And our cross-sections are quite a bit |
| :37:00 | 6 | different. |
| :37:01 | 7 | And one of the things in his report, his figure |
| :37:06 | 8 | 211, he describes this marsh underneath the levee there and |
| :37:12 | 9 | illustrates with this diagram that reflects and it's described |
| :37:19 | 10 | as being peat.  And I think what happened was that, looking at |
| :37:24 | 11 | California geology, he may have applied incorrectly a model from |
| :37:28 | 12 | California into what he saw at the IHNC -- |
| :37:34 | 13 | Next slide, please. |
| :37:36 | 14 | -- when in fact what we see in the boring is |
| :37:40 | 15 | almost uniformly fat, very highly plastic clay.  There are no |
| :37:50 | 16 | peats present in this boring at all.  And we're going to look |
| :37:53 | 17 | closely at the boring log in another few slides here. |
| :37:56 | 18 | Next slide, please. |
| :37:58 | 19 | So what we have is, I believe, a portrayal of |
| :38:04 | 20 | these pervious marsh peats that does not exist based on the |
| :38:10 | 21 | boring data that we see. |
| :38:12 | 22 | Next slide, please. |
| :38:15 | 23 | This is a cross-section that is plate note 28.  It |
| :38:20 | 24 | was from the original design memorandum for the building of the |
| :38:25 | 25 | I-wall.  And it's very specific.  If you will notice up top, |

:38:30  1    there are various borings that are identified.  And we're going

:38:33  2    to look at Borings 4 and 14 and Boring 8 in a little more

:38:38  3    detail.  I want to highlight a point about those.

:38:42  4                But, again, the idea that we have these

:38:45  5    environments of deposition denoted on the logs or on these

:38:50  6    sections, and they also portray the type of soils that we have.

:38:54  7                Next slide, please.

:38:57  8                If you will all note, with the legend, we've

:39:00  9    colored the cross-section in to show the kind of soils that

:39:07  10   occur that was what the geologist and the engineers had to work

:39:13  11   with in this design memorandum.  It's dominated by CH, by fat

:39:19  12   clays and organic clays.  There's very little in the way of

:39:25  13   pervious-type deposits that occur in the foundation.

:39:29  14               Next slide, please.

:39:31  15               We're going to go to Boring 4, and this is what is

:39:35  16   called a stick log, has the unified soil classification system

:39:40  17   and this symbol is standard.  We have water content, we have

:39:45  18   information that describes important characteristics, and it's

:39:49  19   been truncated.  There's also strength data.  And what we're

:39:59  20   going to do is overlay a color clarification to this boring.

:40:04  21               Next side, please.

:40:05  22               You can see the soil types that are identified in

:40:07  23   this, the green being the very highly plastic CH type soils.

:40:13  24   CLs are blue.  And Boring 4 identifies that it's entirely fat

:40:20  25   clay.

:40:21  1          Next slide, please.

:40:22  2          We go out to the toe of the boring, and a very

:40:27  3   similar situation occurs.  It's dominated by clay, highly

:40:34  4   plastic CH and CLs.

:40:37  5          Next slide, please.

:40:39  6          We're going to go over to Boring No. 8, which is

:40:41  7   at the north breach, and we see the same pattern.  We see CH,

:40:46  8   highly plastic clay soils.

:40:49  9          Next slide, please.

:40:52  10         The Fugro borings --

:40:55  11     MR. OWENS:  Your Honor, I know there's no question

:40:58  12  pending, but plaintiffs object to this slide, what appears to be

:41:04  13  a summary of the final Fugro borings.  And at no place in his

:41:08  14  report, at least as I understand it, did Dr. Dunbar attempt to

:41:13  15  summarize any final Fugro borings.  In fact, I don't ever recall

:41:18  16  seeing a mention of Fugro in the report.  I didn't see any Fugro

:41:22  17  borings in the reliance materials.  With respect to his

:41:26  18  deposition, as I remember it, he reviewed only preliminary logs,

:41:31  19  which he couldn't name or distinguish in any discernible

:41:31  20  fashion.

:41:35  21         To the extent that this represents a final summary

:41:37  22  of Fugro logs, it's a new opinion that we didn't get to cross

:41:41  23  him on or examine him on.

:41:42  24     THE COURT:  Yes.

:41:44  25     MR. MITSCH:  Your Honor, Dr. Dunbar did in fact discuss

:41:47  1    the Fugro.  And I agree with Mr. Owens' representation that

:41:52  2    those were preliminary Fugro boring logs, but they weren't

:41:59  3    completed at that point.  The only information that he had

:42:01  4    available to him.  There haven't been -- in terms of visual

:42:07  5    classifications, there haven't been any changes since then.  And

:42:11  6    there were some laboratory tests that were done, all of which

:42:14  7    the plaintiffs were well aware of and have had for months, and

:42:19  8    Dr. Dunbar is more than willing to testify and respond to any

:42:22  9    questions about those.  Subject matter was discussed.

:42:26  10         MR. OWENS:  The subject matter was not discussed in

:42:28  11   his report.  Subject matter was discussed in his deposition, he

:42:32  12   did not go into any detail about any laboratory tests.  It was

:42:36  13   solely based on the Fugro boring logs that he actually presented

:42:40  14   or attempted to present in an exhibit at his deposition.  But

:42:44  15   this, again, was, we were never afforded an opportunity to go in

:42:50  16   depth at all with respect to a graphic like this.

:42:54  17         MR. MITSCH:  Certainly not the graphic like this since

:42:56  18   the graphic like this was only presented to them two days ago.

:43:00  19   But they certainly had the opportunity to discuss any of Fugro's

:43:04  20   conclusions about the character of the soil.

:43:08  21         THE COURT:  In other words -- I guess my question is:

:43:13  22   It's my understanding at the time of the report -- first, to get

:43:22  23   to the depositions is one thing, but it's my general rule that

:43:25  24   it has to be within the ambit of the report, any opinion given

:43:29  25   or any supplemental opinion.  So are the preliminary results

```
:43:37   1   discussed in the report of the Fugro?
:43:42   2              MR. MITSCH:  They were discussed in the deposition.
:43:44   3              THE COURT:  Understand.  I mean, in the report.
:43:46   4              MR. MITSCH:  I'd have to ask Dr. Dunbar if he discussed
:43:48   5   it in his report.
:43:50   6              THE COURT:  You may ask him that.
:43:51   7              MR. MITSCH:  It was my recollection it was not.
:43:51   8   BY MR. MITSCH:
:43:54   9   Q   Did you just mention Fugro in your report?
:43:57  10   A   I believe I mentioned the Fugro borings, and one of the
:44:01  11   concerns I had at looking at the prelim logs is these were all
:44:06  12   done with classification.  So I never did get the final logs
:44:09  13   until I met with you just before my deposition.  We needed the
:44:13  14   laboratory classification of those borings.
:44:15  15              MR. MITSCH:  And we weren't getting them either, Your
:44:17  16   Honor.
:44:17  17              THE COURT:  I understand that.
:44:17  18              MR. MITSCH:  We weren't getting them from Fugro.
:44:23  19              MR. OWENS:  I don't recall ever seeing Fugro mentioned
:44:27  20   in this report.  We can pull up the report, hit control F and
:44:31  21   type in Fugro.  But, respectfully --
:44:34  22              THE COURT:  I think, to be consistent, I'm going to
:44:38  23   have to, since this was not -- unless somebody can tell me that
:44:41  24   it's in the ambit of the report, it's something that, again, the
:44:47  25   plaintiffs have not had an opportunity -- I don't know how
```

:44:49  1   critical this is in this demonstrative display.  I understand

:44:53  2   that -- how critical his -- if his opinion would have been

:44:59  3   changed or otherwise altered by virtue of the Fugro logs.

:45:04  4           MR. MITSCH:  Not at all, Your Honor.

:45:05  5           THE COURT:  Maybe confirmed, but not altered.

:45:07  6              So I just want to make sure he remains consistent.

:45:14  7   And, if it's not in his report -- the demonstrative, but the

:45:20  8   subject matter -- I don't care about the demonstrative.  But, if

:45:23  9   the subject matter referenced Fugro logs in his report, I'm

:45:28  10  inclined to disallow it.

:45:30  11          MR. MITSCH:  Well, the subject matter certainly was.  I

:45:32  12  mean, he's talking about the character of the soils.  He goes

:45:36  13  back to the 1966 DM.

:45:38  14          THE COURT:  But to the extent --

:45:40  15          MR. MITSCH:  Takes it all the way up to the most

:45:42  16  recent.

:45:43  17          THE COURT:  To the extent that the report did not rely

:45:45  18  on the Fugro -- and you might ask him did his report rely on the

:45:49  19  Fugro log samples.

:45:49  20  BY MR. MITSCH:

:45:53  21  Q   Did your report rely on Fugro log samples?

:45:56  22  A   I thought I had mentioned the Fugro borings in there.  They

:45:59  23  were preliminary, and they did demonstrate a very consistent

:46:05  24  pattern of what basically I've been talking about.

:46:09  25          MR. OWENS:  So, number one, Fugro is not mentioned in

```
:46:13   1    the report.
:46:13   2                 Number two, even if it was, he acknowledges that
:46:16   3    they're preliminary.  So there's no comparison to the final
:46:21   4    Fugro borings to distinguish --
:46:23   5                 THE COURT:  I'm going to strike this.
:46:25   6                 MR. MITSCH:  We'll move on, Your Honor.  We've spent
:46:27   7    more time talking about it than it's a significant issue.
:46:35   8                 THE WITNESS:  If you look at the observations of the
:46:44   9    stratigraphy post-Katrina -- and I think we can click on those
:46:47  10    photos, the one below.  But the top photos show what the wall
:46:52  11    looked like.
:46:53  12                 There's also a transition between the Florida
:46:56  13    Avenue complex new wall and the old wall there, which we will
:46:58  14    look at closely as well.  What we see are massive scour trenches
:47:08  15    that were present in the EBIA area, and they all show that there
:47:12  16    was clay in the foundation of these levees, or what's left of
:47:19  17    the eroded parts of these levees.
:47:20  18                 Next slide, please.
:47:23  19                 One of the things I had an opportunity to do was
:47:25  20    to observe the north breach, and the stratigraphy that it
:47:32  21    exposed, both in front of the I-wall, at the break and behind
:47:37  22    the I-wall.
:47:38  23                 And I want to draw your attention to that ice
:47:40  24    chest.  We're going to come back to that.  But what I observed
:47:44  25    when I took these photos and what I observed when I was there
```

:47:47  1  was primarily clay that I saw up against the wall.

:47:51  2              Next slide, please.

:47:54  3              Looking from where I just -- the vantage point

:47:58  4  looking back toward the wall -- and you can see, Your Honor,

:48:01  5  that it's primarily clay that we see on the ground.

:48:07  6              Next slide, please.

:48:10  7              This is a shot looking towards Surekote Road,

:48:16  8  which we see in the background, and the erosion that took place

:48:20  9  behind the wall and the stratigraphy that's exposed.  And,

:48:25  10  again, note the red ice chest.

:48:27  11             Next slide.  Please.

:48:31  12            From that ice chest, I wanted to scale off and

:48:36  13  see, get a rough dimension of what I see in the photograph.  And

:48:40  14  so those are the dimensions of the ice chest that I used, which

:48:46  15  is comparable to the ice chest that you see in the photograph.

:48:49  16             Next slide, please.

:48:56  17            The transition there is clearly seen -- and we

:48:59  18  have the ice chest again -- we see nothing but clay.

:49:02  19             Next slide, please.

:49:03  20            Based on the measurements of that ice chest, we're

:49:06  21  able to scale off in the photo, and what we see how much is

:49:10  22  exposed of the stratigraphy and also the amount of scour there.

:49:10  23             Next slide, please.

:49:18  24            Using that proxy, we have about 6 to 8 feet of

:49:23  25  stratigraphy visible.

:49:25  1                        Next slide, please.

:49:27  2                        If we use the cut, which agrees with the

:49:30  3    dimensions on the wall -- next slide, please -- over where the

:49:36  4    water heater is, we have about 7.5 to 10 feet of stratigraphy

:49:41  5    exposed.  And it's all clay, which is consistent with everything

:49:46  6    that we've seen in the boring data.

:49:46  7                        Next slide, please.

:49:50  8                        In front, using the dimensions, we have about 5

:49:54  9    feet of the stratigraphy exposed in front there of the I-wall at

:49:59  10   the break.

:49:59  11                       Next slide, please.

:50:03  12                       Why is that stratigraphy important?  One of the

:50:06  13   things that Dr. Bea, in his stratigraphy in his cross-sections

:50:10  14   that he used to model, he shows that there's sand based on this

:50:16  15   boring MMG 81A.  And Mr. Treeby presented some of that

:50:21  16   yesterday, and I'm just going to kind of summarize some more

:50:25  17   things about it.

:50:26  18                       We see where the transition occurred, and south of

:50:29  19   that is where the break occurred.

:50:31  20                       Next slide, please.

:50:34  21                       Mrs. Calloway, who was the geologist, was very

:50:37  22   specific on the location of that as having a very specific

:50:42  23   location being 37 feet west of the north-south flood wall and 19

:50:47  24   feet south.

:50:49  25                       Next slide, please.

:50:51    1                    And we also have a photograph that shows she's on

:50:53    2    the high part of the road there.  In other words, she's sampling

:50:58    3    the road fill.

:51:00    4                    Next slide, please.

:51:02    5                    So, if we adjust the location, we're on the edge

:51:06    6    of Surekote Road, you can see what kind of the view before

:51:13    7    Katrina using one of WGI's photos there, we're up on the edge of

:51:19    8    the road.

:51:20    9                    Next slide, please.

:51:21    10                   And the elevation that we have is at 11.5 feet.

:51:28    11    This boring, as you know from Mr. Treeby's presentation

:51:31    12    yesterday, goes down to 17.5 feet, which the bottom of that

:51:36    13    boring would be a negative 6-foot elevation.

:51:40    14         THE COURT:  Did you do any research, sir, to determine

:51:44    15    whether this location was moved?  Are there any notes, logs,

:51:51    16    anything else that indicate that the 81A boring was moved from

:51:57    17    the depiction in the photograph?

:51:59    18         THE WITNESS:  I have looked at Mr. Calloway's field

:52:01    19    notes, and I don't believe she describes it as such.

:52:07    20                   But what I understand, when they were laying out

:52:09    21    the grid for the MMG borings, they placed those borings -- they

:52:14    22    placed the location of those borings.  So I don't know if that

:52:19    23    location is the exact location or not.

:52:23    24         THE COURT:  Okay, sir.  Thank you.

:52:26    25         THE WITNESS:  Next slide, please.

:52:29  1                    What Ms. Calloway notes in the bottom of that,

:52:32  2    that she thinks that she's got levee material, which would be

:52:36  3    consistent with the fact that she's so high up in elevation.

:52:40  4    She thinks that, when she gets through the fill, she's looking

:52:43  5    at the levee material.

:52:45  6                    Next slide, please.

:52:49  7                    And what we have is this figure in Appendix B by

:52:56  8    Dr. Bea.  And so I'd like to call your attention, Your Honor, to

:53:01  9    the fact that, up here, 81A, should in fact be up here, and it

:53:04  10   should be a little higher.  It should be -- the top of that

:53:07  11   boring should be at 11.5 feet.  And, if this is levee material

:53:13  12   that is described and this boring is over here, and from my

:53:18  13   photographs that I have, we have levee material clearly visible

:53:23  14   down to a minus or 5 feet in exposure.  This sand that's

:53:31  15   depicted here is inaccurate.  It just doesn't make any geologic

:53:37  16   or stratigraphic sense.  In fact, this should all be clay.  And

:53:41  17   you will note that, on the backside of this boring as well,

:53:46  18   there is sand depicted on the backside of that boring.

:54:02  19            THE COURT:  For the purpose of totally understanding

:54:06  20   your testimony, if you want to make a mark on something when you

:54:09  21   say this and we can print that, that might be helpful.  If you

:54:14  22   think it would be instructive to the Court and something you'd

:54:17  23   want the Court to remember not only through testimony but

:54:20  24   visually in graphic.

:54:22  25            MR. MITSCH:  I think what you're getting at, Your

:54:24  1   Honor, if you're asking Dr. Dunbar just to mark on the screen

:54:28  2   where he believes 81A should be.

:54:34  3              THE COURT:  Yes, that would be helpful.

:54:35  4              THE WITNESS:  So do I mark on this screen here?

:54:38  5              THE COURT:  You may, sir.

:54:39  6                   You may want to practice a little bit.

:54:41  7              MR. MITSCH:  Just touch the screen.

:54:45  8              THE WITNESS:  I'm going to put the boring right there.

:54:47  9   It's on the edge of the road.  So that would put that boring

:54:52  10  over here.  That would move that boring.

:54:55  11                  And, because of what we have in the bottom of

:55:02  12  the -- what we have in the bottom of Ms. Calloway's notes, I'm

:55:07  13  going to draw a line that -- and this may not be exactly to

:55:12  14  scale --

:55:13  15             THE COURT:  Of course.

:55:15  16             THE WITNESS:  -- but the point being that everything

:55:16  17  out here where I'm going to draw should be -- should in fact be

:55:20  18  clay based on the photograph that I presented earlier that shows

:55:26  19  the stratigraphy in front of the wall and the boring data that

:55:32  20  we have there from MMG 81.

:55:36  21                  And also, on the back of this, there's sand.  And

:55:40  22  I'm just going to go on the outside of that -- there's sand

:55:44  23  that's shown there as well.  And the photographs that I took

:55:49  24  where we show scaling where that hot water heater is clearly

:55:53  25  demonstrates that that was clay as well.

```
:55:58   1              And if we go down to section -- the lower section
:56:03   2   that was supposed to be of the failure, again, I think the same
:56:08   3   principle applies.  What we have is we have a levee that extends
:56:13   4   out here.  This should all be clay.  And there's no sand on the
:56:18   5   back of this boring.  Again, it's all clay on the back of that
:56:21   6   boring as well.
:56:23   7              So the photographic data, to me, shows that this
:56:30   8   interpretation is incorrect, and I understand this is the basis
:56:34   9   for the interpretation that was done for the modeling.  And so
:56:39  10   that would be incorrect as well, to have this type of
:56:44  11   stratigraphy shown.  The sand does not occur, and the
:56:48  12   interpretation is incorrect.
:56:50  13              MR. MITSCH:  Can we request that that be printed out?
:56:53  14              THE COURT:  Yes, sir.  If it can be given a point, an
:57:02  15   exhibit number, that maybe adds a decimal.  You can label it
:57:05  16   however you wish, sir, but I would suggest.
:57:07  17              MR. MITSCH:  44A probably makes sense.
:57:09  18              THE COURT:  All right.  That's from, of course, the Bea
:57:16  19   report I think is 21 and 22.
:57:29  20              THE WITNESS:  Shall I proceed on, or shall I wait?
:57:32  21              THE COURT:  Go ahead.
:57:34  22              THE WITNESS:  The next slide, please.
:57:35  23              THE COURT:  Make a copy for counsel, too.
:57:38  24              THE WITNESS:  Again, just to highlight what we see in
:57:42  25   the various photographs that I took, we see clay behind --
```

:57:49  1           MR. MITSCH:  Can we clear that?

:57:50  2           THE COURT:  I did.  I did.

:57:54  3           THE WITNESS:  We see clay behind the I-wall there.  We

:57:57  4  see the sheet pile exposed.  It's all clay.  And we see that in

:58:02  5  front of the I-wall as well.

:58:04  6                Next slide, please.

:58:08  7           And I have to confess that when I had this

:58:14  8  illustration prepared, I used the elevation that I originally

:58:18  9  thought it was, which is now at 11.5 feet.  So this should raise

:58:26  10  up.

:58:26  11           But what we have is a road that -- and, when I was

:58:32  12  in my deposition, I said the same thing -- that we have a road

:58:36  13  that's completely separate from this levee.  What we have is

:58:44  14  scour that occurred at the breach.  And I've approximated what

:58:48  15  the dimensions are that we can see from the photographs, that

:58:52  16  this is all clay right here.

:58:56  17           And Ms. Calloway thought that this was levee fill,

:59:01  18  which makes a lot of sense.  If we extend this boring up, that

:59:07  19  she thought she was getting into the toe of the levee.  When you

:59:13  20  pass through the fill of Surekote Road --

:59:17  21                Next slide, please.

:59:17  22  BY MR. MITSCH:

:59:19  23  Q   Dr. Dunbar, before you go to the next slide, could you just

:59:22  24  indicate on this slide with your finger where you thought

:59:25  25  Surekote Road could be raised to, and can we print that?

:59:30  1    A   10 is here.  11.5.  It should go up perhaps right about

:59:34  2    there.  So this should come up -- the top of this should come up

:59:38  3    right to there.  That's an approximate, but --

:59:44  4            THE COURT:  All right.  We understand that these are

:59:46  5    not precise, sir.  We understand.

:59:49  6            And I'll ask Ms. Sheena to please print that.  And

:59:54  7    we'll give it to -- I'll let counsel label it.

:00:05  8            THE WITNESS:  Next slide, please.

:00:07  9            THE COURT:  And what would the label for that be,

:00:10  10   please?

:00:11  11           MR. MITSCH:  That would be 46.

:00:13  12           THE COURT:  46-1.

:00:35  13           It's been pointed out to me we used letters rather

:00:38  14   than numbers, so we'll be consistent and do 46A.  Is that okay?

:00:43  15           MR. MITSCH:  That's fine with me here.

:00:44  16           THE COURT:  Thank you.  We're easily confused, so that

:00:47  17   helps.  Thank you.

:00:54  18           THE WITNESS:  I was able to go to a lot of these

:00:56  19   failures or most of them on numerous occasions.  And we can

:01:02  20   click on these various photos.

:01:04  21           Let's go to the 17th Street.  One of the

:01:07  22   things that -- oops -- going to the 17th Street.  You had

:01:18  23   opportunity --

:01:21  24           THE COURT:  You're having trouble clicking on that one

:01:23  25   and having the right photograph come up.

:01:28   1          THE WITNESS:  I think we can see it there in the photo.

:01:30   2   That we had, because of the various failures looking at the

:01:36   3   debris and evidence of the type of failure, we had pieces of the

:01:41   4   foundation that were forced or ejected out when the failure

:01:46   5   occurred at 17th Street, which is consistent with the kind of

:01:51   6   failure that they had there.

:01:52   7          When you go over to the London Avenue failures,

:01:54   8   and we're right over the top of the beach sand, click on the

:02:01   9   first -- the foundation sands are clearly evident they were

:02:07   10  transported by the currents into the neighborhood.  And this is

:02:17   11  really an important point.  We had, on the opposite side, on the

:02:21   12  east side of the Robert E. Lee bridge, we have evidence of

:02:28   13  underseepage.  We have sand boils.  There were a couple of sand

:02:31   14  boils at this location.  Dr. Harder from DWR is standing next to

:02:35   15  this sand boil that raised the side of this pool up.

:02:40   16          Next slide, please.

:02:42   17          Behind the I-wall, there were these sinkholes that

:02:46   18  demonstrated loss of foundation material.  This wall would have

:02:50   19  failed as well had the others probably not failed when they

:02:54   20  did.

:02:55   21          Next slide, please.

:02:58   22          One of the things that is probably one of the most

:03:03   23  memorable things that everybody comments on is the sheet pile.

:03:07   24  And, if you look up there, you can see a piece of the foundation

:03:12   25  that occurs right -- not the foundation -- but the back of the

:03:16  1   levee that occurs there.  You don't see massive parts of the

:03:23  2   foundation coming into play in the EBIA.

:03:28  3                    Next slide, please.

:03:29  4            The other memorable thing about this, these

:03:34  5   failures, is the barge.  And everybody was attracted and

:03:37  6   commented on the barge.  But the point being that you never saw

:03:42  7   large pieces of the foundation in any of the EBIA failures

:03:48  8   there.

:03:49  9                    Next slide, please.

:03:51  10           What one -- and it's consistent through the IHNC

:03:58  11  area that we have these massive scour trenches.  We have

:04:03  12  scouring behind the wall that allows us to see the stratigraphy

:04:07  13  at play.

:04:08  14                   Next slide, please.

:04:11  15           And, at the north breach, you don't see parts of

:04:16  16  the foundation at play, which is consistent with a very highly

:04:23  17  plastic clay that has had a lot of cohesion.

:04:27  18                   Next slide, please.

:04:29  19       THE COURT:  Just for the record, what do you mean when

:04:38  20  you describe foundation?

:04:39  21       THE WITNESS:  That means the area below the surface.

:04:42  22  We would be at the toe here.  So the soils that are at the toe

:04:47  23  of the levee that extend down.  At the end of 17th Street Canal,

:04:50  24  pieces of that surface below ground of that subsurface were

:04:55  25  ejected out.  At London Avenue, the sand that was in the

```
:04:58   1    foundation of the I-wall was transported out and we just don't
:05:05   2    -- we just don't see that kind of evidence here in the EBIA.
:05:10   3            THE COURT:  So you're stating that you don't see the
:05:13   4    soil materials that were at that level at the surface in these
:05:18   5    photographs?
:05:19   6            THE WITNESS:  That's correct.
:05:20   7            THE COURT:  Thank you.
:05:23   8            THE WITNESS:  So, in summary, Your Honor, there's no
:05:28   9    depositional environments with a history of underseepage in the
:05:34  10    EBIA area.  The geology indicates that this was one of rapid
:05:38  11    filling.  We have clay; we have organic clay.  We have no
:05:42  12    history of seepage conditions occurring.  And the soils for the
:05:46  13    most part are very impermeable.  There are no pervious peats
:05:56  14    that are present.
:05:57  15            In geology, one is always asked to look at the
:06:02  16    conditions.  And I've also found that Occam's Razor has been
:06:05  17    very appropriate when looking for equally valid explanations.
:06:10  18    One should also look at the more simple of the formulations.
:06:15  19            And, with that, I believe my presentation is
:06:21  20    concluded.
:06:26  21            THE COURT:  Counsel?
:06:27  22            By the way, if any witness needs a break, you
:06:30  23    let me know, and we'll get it.  And, of course, anybody else,
:06:34  24    with the witness being the more important player in all of this.
:06:34  25                        CROSS EXAMINATION
```

| | | |
|---|---|---|
| :06:34 | 1 | BY MR. OWENS: |
| :06:47 | 2 | Q   Good morning, Dr. Dunbar. |
| :06:48 | 3 | A   Good morning. |
| :06:49 | 4 | Q   My name an Andy Owens.  I represent the plaintiffs, and I'll |
| :06:52 | 5 | be asking you some questions. |
| :06:55 | 6 |          If we can start, if we can go -- can we go to your |
| :06:58 | 7 | Slide 23? |
| :07:41 | 8 |          If I understand your comparison, it's your |
| :07:43 | 9 | understanding and your belief that this figure on the right side |
| :07:46 | 10 | is a cross-section? |
| :07:50 | 11 | A   Yes, it is.  It has 4 and 4T in it, and it was stated that |
| :07:55 | 12 | it was a south breach cross-section. |
| :07:56 | 13 | Q   It's stated on -- |
| :07:58 | 14 | A   Not there, but I believe Dr. Rogers presented that section |
| :08:04 | 15 | previously, and I think it was used to illustrate a south breach |
| :08:08 | 16 | cross-section. |
| :08:09 | 17 | Q   You read Dr. Roger's deposition before you were deposed; |
| :08:13 | 18 | isn't that right? |
| :08:14 | 19 | A   I don't know the timing of that.  I think that may be |
| :08:22 | 20 | correct, yes. |
| :08:23 | 21 | Q   So, after reading his deposition, you don't recall any |
| :08:26 | 22 | portion where he said that that figure 211 was not intended to |
| :08:31 | 23 | be a south breach cross-section? |
| :08:33 | 24 | A   Based on the borings that he has in that figure, it's very |
| :08:40 | 25 | specific on where it's located at. |

:08:42  1    Q   I understand that's the borings you see, but I'm talking

:08:46  2    specifically about Dr. Roger's testimony.

:08:48  3    A   I would have to see his testimony.

:08:51  4          MR. OWENS:  Karl, could you bring up Rogers' depo?  And

:08:56  5    it's page 116.

:09:06  6          MR. MITSCH:  Your Honor, is this depo in evidence?  I

:09:09  7    don't believe that it is.

:09:11  8          MR. OWENS:  It's the deposition --

:09:13  9          THE COURT:  The deposition is not in evidence, but I

:09:16  10   think we've had other depositions that were not in evidence

:09:21  11   shown as well during the examinations.

:09:24  12         MR. MITSCH:  I'm not sure -- excuse me.

:09:26  13         THE COURT:  I may be wrong, but I've seen a lot of

:09:29  14   depositions and not all of them were in evidence.

:09:34  15         MR. TREEBY:  If Your Honor please, we had this argument

:09:36  16   when I was deposing Dr. Bea.  And I was only allowed to use what

:09:41  17   was in evidence at this trial about Dr. Rogers.  The plaintiffs

:09:44  18   objected twice on two or three things that I had in my outline

:09:48  19   because they came from his deposition and hasn't been presented

:09:50  20   at trial.

:09:51  21         THE COURT:  So the point is that, to impeach this

:09:56  22   witness -- really, it would be better to argue that to the

:10:01  23   Court -- to impeach this witness through testimony that's not in

:10:07  24   evidence.  That is your objection?  How do you impeach the

:10:12  25   witness -- you're trying to state the witness is incorrect, I

:10:15  1   assume, about the south breach, et cetera?

:10:17  2              MR. OWENS:  Right.

:10:18  3              THE COURT:  And you can point that out to me just to

:10:20  4   make sure we don't get into inconsistent rulings, which I try,

:10:26  5   not always successful.

:10:29  6              MR. MITSCH:  Maybe I can ask it a different way.

:10:29  7   BY MR. OWENS:

:10:32  8   Q   So, Dr. Dunbar, do you recall that you did testify in your

:10:37  9   deposition that you had read parts of Dr. Rogers' deposition?

:10:42  10  A   I believe that's correct.

:10:43  11  Q   Okay.  So do you recall the portions that you did read that

:10:49  12  Dr. Rogers said that the principal purpose of that figure 211

:10:53  13  was the lower part, the pollack like figure that Your Honor

:10:57  14  pointed out, the lower part showing the skeleton of the organic

:11:02  15  fabric?

:11:02  16  A   If you look at figure 211 very carefully, it says Peat.

:11:07  17  This is an illustration of sedge peats in his illustration.

:11:13  18              I was asked to comment on the geology that he

:11:18  19  describes for the EBIA area.  And the idea was he used this

:11:23  20  figure -- it's very specific in the borings that are present

:11:27  21  there.  This is a boring -- this is a section of the south

:11:30  22  breach.  And the implication is that these clays that we see --

:11:37  23  or, in his case, he sees peats -- are very pervious.

:11:43  24  Q   You were asked specifically about this figure 211 in your

:11:47  25  deposition; isn't that correct?

```
:11:49   1   A   That is correct.
:11:50   2   Q   And don't you recall being asked that the principal purpose
:11:56   3   of that figure was actually shown in the caption at the bottom?
:12:03   4   A   I think, as I stated in my deposition, too, the description
:12:10   5   of that shows a marsh horizon in that figure.  And the narrative
:12:16   6   or the idea that was left to the reader was that marsh horizon
:12:22   7   contained this fabric, if you will, that is described as this
:12:29   8   pollack-like figure I guess.
:12:31   9   Q   Okay.  So, Dr. Dunbar, you do recall being asked that
:12:36  10   specific question, whether the caption of figure 211 was the
:12:39  11   primary purpose of that figure; right?
:12:41  12   A   We discussed it.  I don't recall in the exact context.
:12:45  13           MR. OWENS:  Karl, could we pull up Dr. Dunbar's
:12:48  14   deposition, page 199.  Starting at line 13.  You can enlarge to
:13:02  15   the bottom.
:13:02  16   BY MR. OWENS:
:13:03  17   Q   Question:  But the caption says -- the caption for 211
:13:06  18   reads, quote:  DAI and Sparling demonstrated to the structure of
:13:12  19   organic fabrics of these peats would promote the water flow more
:13:16  20   strongly in the horizontal direction, as opposed to the vertical
:13:20  21   direction.
:13:20  22           That's what that is intended to demonstrate, is it
:13:23  23   not, that bottom section that looks like camouflage?
:13:26  24           And you said:  Okay.
:13:28  25           The answer clearly says that; does it not?
```

```
:13:29    1                    And you say:  Yes, it does.

:13:32    2                    Did I read that correctly?

:13:33    3    A    You did.

:13:34    4    Q    And were you here when Dr. Rogers testified last Friday

:13:38    5    about this specific figure?

:13:39    6    A    No, I was not.

:13:42    7                    For the clarification, Mr. Dudenhefer asked me a

:13:45    8    question about what he understood the figure to mean, and I

:13:48    9    agree with Mr. Dudenhefer on that.  I have never agreed that

:13:53   10    that figure 211 was anything but what I said it was.  It was

:14:00   11    meant to convey an inaccurate portrayal of those marsh soils.

:14:05   12    Q    So were you here -- and I apologize if you answered this

:14:09   13    question -- but were you here when Dr. Rogers testified about

:14:12   14    figure 211?

:14:13   15    A    I was not, no, sir.

:14:15   16    Q    Until reading from his transcript from the morning session,

:14:23   17    September 14, 2012, Dr. Rogers was specifically asked about

:14:30   18    figure 211 --

:14:31   19                    MR. OWENS:  And why don't we bring up that testimony,

:14:33   20    Karl.  It's the morning transcript, PF 67.

:14:33   21    BY MR. OWENS:

:15:05   22    Q    Mr. Mitsch asks -- brings up figure 211.  And we're

:15:10   23    discussing that figure 211, and the relevant testimony carries

:15:12   24    on to the next page, 606.

:15:16   25                    THE COURT:  I hope I didn't say I'm not a pollack
```

:15:20   1   artist.  But go ahead.

:15:22   2          MR. OWENS:  Can you enlarge lines 1 through 13.

:15:22   3   BY MR. OWENS:

:15:28   4   Q   And Mr. Mitsch asks:  That layer which is labeled Marsh,

:15:32   5   that in fact should be Swamp; isn't that correct?

:15:35   6          Dr. Rogers says:  That's correct.  We covered that

:15:39   7   at my deposition, and I explained, and you are taking it out of

:15:43   8   the context.  This has nothing to -- this, being figure 211 --

:15:47   9   has nothing to do with -- this figure has nothing to do with the

:15:50  10   EBIA site.  That is not why I put it in there.  I didn't draft

:15:53  11   that figure.  And, yes, it shouldn't say Marsh; it should say

:15:57  12   Swamp.  It might have some marsh horizons within the swamp,

:16:01  13   which is how you get the peats.  But I didn't put this in the

:16:04  14   report to be a representation of our current understanding of

:16:08  15   the conditions on the EBIA.

:16:10  16          Did I read that correctly?

:16:12  17   A   Yes, sir, I believe you did.

:16:13  18   Q   Okay.  So is it still your testimony today that figure 211

:16:17  19   is supposed to be a south breach cross-section?

:16:20  20   A   It is.

:16:21  21          And he specifically cites Boring 4 and 14.  And I

:16:25  22   believe, if you go into the *Journal of Geotechnical Engineering*,

:16:28  23   there's -- it was 207 or 208, the Special, that is used at the

:16:34  24   south breach cross-section.  So that cross-section is very

:16:39  25   specific.  It's very specific on the borings it used.

:16:43   1              And it's very troubling to me that Dr. Rogers,

:16:46   2   when he puts it in his report, now would try to walk away from

:16:49   3   that cross-section that has those south breach borings on that.

:16:56   4   Q   Certainly, you know that Dr. Rogers is not trying to create

:16:59   5   cross-sections in terms of for modeling.  That was Dr. Bea's

:17:03   6   job.

:17:03   7              You know that; right?

:17:04   8   A   That is correct.

:17:05   9   Q   And Dr. Bea did not use that cross-section as one of his --

:17:09   10  as part of his analysis for creating cross-sections; isn't that

:17:13   11  right?

:17:13   12  A   I believe that is correct.

:17:15   13  Q   Okay.

:17:17   14        MR. OWENS:  Can we go to page 3 of your presentation.

:17:25   15  BY MR. OWENS:

:17:29   16  Q   Dr. Dunbar, at the bottom, you state:  Conclusion:  The EBIA

:17:33   17  is composed of clay and organic clay, not peat or sand.

:17:38   18              And, as I understand your narrative, you said

:17:41   19  there's no peat.  Isn't that what you said?

:17:43   20  A   There's very minor amounts in there.  I mean, you'll find --

:17:49   21  am I allowed to talk about the Fugro borings at all?

:17:53   22  Q   No.  At least as I understand --

:17:55   23        THE COURT:  Don't ask him.  Don't ask him.

:17:59   24        MR. MITSCH:  The door is swinging open, Your Honor.

:18:02   25        THE COURT:  Exactly.

:18:06   1          What was the question?

:18:06   2    BY MR. OWENS:

:18:17   3    Q   Your conclusion at the bottom says there's not peat.  And I

:18:20   4    believe what you said when you were on the stand, you said

:18:22   5    there's almost no peat.  Is that correct?

:18:27   6    A   That is correct.  There will be minor stringers.

:18:31   7             THE COURT:  Fine.

:18:32   8             THE WITNESS:  Or very fine lenses.  But there's no

:18:36   9    significant quantities of peat there.

:18:39   10   By MR. OWENS:

:18:39   11   Q   Isn't it a fact, Dr. Dunbar, that in 1966, the Corps

:18:43   12   actually concluded that there was peat at the EBIA?  Isn't that

:18:50   13   a fact?

:18:51   14   A   It doesn't show up in the cross-sections, and it doesn't

:18:53   15   show in the borings.  And I don't know where they would have

:18:55   16   concluded that.

:18:57   17   Q   Let's take a look.  Can we go to your slide 25.

:19:05   18             So this is plate 28 from the 1966 design memo No.

:19:09   19   3.  Isn't that right?

:19:10   20   A   That is correct.

:19:10   21   Q   And you have --

:19:14   22             MR. OWENS:  Can we go to the next page, Karl?

:19:14   23   BY MR. OWENS:

:19:17   24   Q   You have the legend.  That's missing -- that's not the

:19:24   25   complete legend; is it, Dr. Dunbar?

:19:26   1   A    No, it's not.

:19:27   2   Q    So why don't we pull up the full legend so the Court has all

:19:31   3   the information.

:19:32   4           THE COURT:  When you're talking about the full legend,

:19:35   5   it would have been on the plate 28; correct?

:19:37   6           MR. OWENS:  It's not on here.

:19:39   7               Karl, can you go to PX 0763-0193.

:20:41   8           THE COURT:  Are we having technical difficulties?

:20:45   9           MR. OWENS:  Yes, Your Honor.

:20:54   10          THE COURT:  I'd prefer that we be able to display it to

:20:58   11  the witness so we all can see it.  You can always go to ELMO if

:21:05   12  necessary.  Just to save time.

:21:15   13          MR. OWENS:  There we go.

:21:16   14          THE COURT:  There we go.  All right.

:21:17   15          MR. OWENS:  And let's include the entire legend.

:21:20   16  BY MR. OWENS:

:21:23   17  Q    So, looking at the entire legend, you have the one on the

:21:32   18  right on your graphic.  On the left, for the marsh layer, that

:21:35   19  reads:  Very soft organic clays with peat.

:21:40   20              Isn't that what that says?

:21:40   21  A    That is correct.

:21:41   22  Q    Okay.  And then, isn't it a fact, Dr. Dunbar, that -- I'm

:21:50   23  not sure of the exact date -- but, the IPET report, didn't they

:21:53   24  conclude that the northern IHNC breach adjacent to the Lower

:22:01   25  Ninth Ward included weak clay under pervasive peat layers?

```
:22:11   1    A   Is that one of the questions that you asked me?  A, whether,

:22:14   2    that marsh contained peat?  Was that the first part of the

:22:18   3    question?

:22:19   4                 And then the second part was about the north

:22:21   5    breach?

:22:23   6    Q   No.  You answered my first question, which is whether the

:22:26   7    Corps concluded that, below the EBIA, there was very soft or

:22:30   8    organic clays with peat, according to their legend.  And you

:22:34   9    said yes.

:22:35  10                 And, now, I'm asking specifically about IPET's

:22:37  11    conclusion about the type of soil that's below the EBIA.

:22:41  12    A   I would have to see what the specifics of that, what you're

:22:46  13    referring to.

:22:47  14                 But, before we take that, what that is is a

:22:51  15    depositional environment.  It's marsh.  It's a broad inclusive

:22:55  16    statement.  And what it doesn't say is that the thickness or the

:23:00  17    quantities of peat.  That was probably what we'd call

:23:03  18    boilerplate that they put into the legend, that shows that marsh

:23:10  19    would be expected maybe to contain minor lenses and layers of

:23:14  20    peat.  No one said that you're not going to get it.

:23:19  21                 And, if I could talk about the Fugro borings, I

:23:21  22    think that would --

:23:22  23        THE COURT:  No.  No.  That answer is sufficient.

:23:22  24    BY MR. OWENS:

:23:26  25    Q   So, now, my question goes back to the IPET report.  And did
```

:23:30   1   you say that you needed to see it in order to affirm --

:23:33   2   A  I would like to see --

:23:35   3           THE COURT:  Absolutely.  He's entitled to see it.

:23:38   4           MR. OWENS:  Karl, can we pull up --

:23:40   5           THE COURT:  I don't expect anyone to commit any of

:23:43   6   these lengthy reports to memory, even if they were involved in

:23:46   7   it.

:23:46   8           MR. OWENS:  -- JX 02033.  And it's 2916.

:24:08   9           Actually, can you go 2915, because that's where

:24:11  10   the -- at the very bottom portion.

:24:18  11   BY MR. OWENS:

:24:19  12   Q  That reads:  The IPET investigation of the northern IHNC

:24:23  13   breach adjacent to the Lower Ninth Ward revealed a file failure

:24:26  14   mode similar to that experienced at the 17th Street breach.  The

:24:31  15   collection of the wall and the failure was the underlying weak

:24:34  16   clay layer --

:24:35  17           MR. OWENS:  And it continues over to next page, please.

:24:38  18           And then, the top paragraph, can you enlarge that?

:24:44  19   The sentence starting Since.

:24:46  20   BY MR. OWENS:

:24:46  21   Q  Since the geology of the site is similar to that of the 17th

:24:53  22   Street breach with weak clay under the pervasive peat layer, it

:24:56  23   is difficult to find evidence of major seepage through the clay

:25:01  24   or the peat.

:25:01  25           Did I read that correctly?

:25:02  1    A   Yes, did you.

:25:03  2    Q   So the IPET report opined that or states that, below the

:25:08  3    surface of the northern portion of the IHNC breach zone the

:25:14  4    north breach zone is weak clay and pervasive peat; isn't that

:25:19  5    correct?

:25:19  6    A   First of all, the geology there, if you asked my opinion on

:25:23  7    it --

:25:24  8            THE COURT:  Wait.  I guess, are you saying it's not

:25:27  9    correct?  I mean, that statement?

:25:30  10           THE WITNESS:  The failure part is correct.  They are

:25:33  11   both stability failures.  But I would -- a ticky point -- on the

:25:39  12   geology, I would have to say the 17th Street wasn't a weak clay

:25:45  13   or clustery clay.  We don't see that at the 17th Street.  And

:25:50  14   I'm not responsible for what somebody else wrote about the

:25:52  15   geology because I didn't write that particular piece.  I

:25:56  16   think -- and I don't know who wrote that -- that was an

:25:58  17   engineer.  And, I guess, through his eyes or her eyes, they

:26:02  18   deemed that the geology was similar.  But I would never call the

:26:06  19   geology similar.

:26:06  20   BY MR. OWENS:

:26:09  21   Q   Dr. Dunbar, again --

:26:11  22           MR. OWENS:  Could we go, Karl, to the slide 3 of the

:26:17  23   presentation --

:26:17  24   BY MR. OWENS:

:26:22  25   Q   With respect to sand, as I recall what you said, that there

```
:26:25   1    was no sand.  You mean that there's not any significant
:26:29   2    quantities, or do you mean that there's no sand?
:26:31   3    A   What I mean is there's no depositional environments capable
:26:36   4    of producing the kinds of pervious deposits that we have.
:26:42   5                    Beach, the beach sands, Point Bar, maybe curvas
:26:46   6    play, intradelta-type deposits, the kind of deposits, naturally
:26:52   7    occurring deposits that one would expect in a deltaic
:26:56   8    environment that have a lot of sand in them do not occur there.
:27:00   9    Q   You're aware that WGI undertook remediation at the EBIA;
:27:04  10    isn't that right?  By remediation, I mean the removal --
:27:08  11    generally, the removal of obstructions, contaminated soil
:27:10  12    beneath the ground.
:27:11  13    A   That is correct.
:27:12  14    Q   Okay.  And, as I understand, you didn't recall or you didn't
:27:15  15    review and create in your report, you didn't review or analyze
:27:20  16    any of the documents concerning any of those excavations?
:27:24  17    A   That is correct.
:27:26  18    Q   So, if WGI took out some of the soil below the ground, be it
:27:35  19    the fill, the swamp marsh layer, and replaced it with sand,
:27:38  20    wouldn't have any opinion -- you didn't have that opinion in
:27:41  21    your report?
:27:43  22    A   I'm not familiar with all the activities that WGI did, no,
:27:48  23    sir.  I would have -- I'm not qualified to talk about that.
:27:52  24    Q   I understand.
:27:54  25                    But you'd agree with me that, if an excavation was
```

:27:57  1   performed and it penetrated the swamp-marsh layer, took out the

:28:03  2   swamp marsh and put back sand, that would change the

:28:06  3   stratigraphy of the EBIA; isn't that right?

:28:08  4   A   It would change it locally, yes.

:28:10  5   Q   Now, Dr. Dunbar, you created, as I understand, three

:28:15  6   cross-sections in your report; isn't that right?

:28:17  7   A   That is correct.

:28:17  8   Q   And those are the same ones that were from the IPET

:28:20  9   report?

:28:21  10  A   That is correct.

:30:58  11  Q   And you'd agree with me, would you not, that it's important

:31:01  12  to be as accurate as possible when creating your cross sections;

:31:06  13  right?

:31:06  14  A   I would agree, sir, yes.

:31:08  15  Q   And part of being accurate is reviewing documents concerning

:31:11  16  the soils stratigraphy within that location; right?

:31:15  17  A   I'm not sure what location you're referring to.

:31:17  18  Q   Well, let's talk specifically about the north breach.

:31:20  19  A   Okay.

:31:20  20  Q   And, creating the cross-sections, you'd like to review

:31:23  21  borings that are from that area in order to create an accurate

:31:26  22  cross-section?

:31:27  23  A   Yes.

:31:28  24  Q   And, in all three of your cross-sections, you use the term

:31:33  25  swamp-marsh layer.  In all of your cross-sections, that's right

:31:36  1   below the fill.

:31:37  2           MR. OWENS:  Why don't we pull it up.  If we could.

:31:41  3   From your report.  Slide 21.  If we could just enlarge.

:31:41  4   BY MR. OWENS:

:32:27  5   Q   So you used the term swamp marsh to depict the layer between

:32:33  6   the top at the dredged fill, to use your terms, and it's right

:32:38  7   in between the dredged fill and the inter-distributary layer;

:32:43  8   correct?

:32:43  9   A   Correct.

:32:44  10  Q   And, for your two cross-sections, you tied your

:32:48  11  cross-sections to specific borings; isn't that correct?

:32:51  12  A   Yes.

:32:51  13  Q   Okay.  Now, I know you discuss underseepage in your report;

:32:57  14  and, before we get into the topic, I want to make sure I

:33:01  15  understand -- maybe I don't -- what you mean by underseepage.

:33:05  16  Are you when you talk about underseepage, are you referring just

:33:09  17  basically the movement of water from point A to point B

:33:14  18  underneath the ground?

:33:15  19  A   Yes.

:33:16  20  Q   Okay.  And so, with respect to your report, you did not

:33:20  21  attempt to discuss or analyze hydraulic uplift pressures; right?

:33:24  22  A   That would be the realm of the engineers.  I would -- I have

:33:28  23  no qualifications to do that.

:33:29  24  Q   Neither do I.

:33:33  25           In terms of the underseepage analysis that you

:33:36  1   performed or that -- yeah -- that you undertook, you did not

:33:39  2   perform any calculations of volumes of flow or forces; isn't

:33:42  3   that correct?

:33:42  4   A   That is correct.

:33:43  5   Q   And one of the reasons that you discounted underseepage as a

:33:50  6   possible failure mechanism at the north breach was the absence

:33:53  7   of permeable materials; isn't that correct?

:33:56  8   A   That is correct.

:33:56  9   Q   In fact, you stated that the boring data does not show that

:34:00  10  there's any pervious materials there; isn't that correct?

:34:03  11  A   There are no sands, or very little sands.  There may be a

:34:09  12  few lenses.  But there's no major type deposits underneath that

:34:19  13  area, like you would have had at London where you have thick

:34:24  14  quantities of sand, that is correct.

:34:25  15          MR. OWENS:  Karl, can we pull up Boring 81A?  JX

:34:32  16  001160632.

:34:41  17  BY MR. OWENS:

:34:42  18  Q   Dr. Dunbar, do you recognize this as Boring 81?

:34:50  19  A   Yes.  Yes.  It says at the top of the header that it is 81A.

:34:54  20  Q   And I know we discussed or you discussed in an area, and the

:34:57  21  judge asked questions about it, your relocation Boring 81A;

:35:03  22  right?

:35:03  23  A   That is correct.

:35:04  24  Q   And you were referring to some notes from a Ms. Calloway?

:35:09  25  A   Ms. Calloway was the MMG geologist who logged the borings

:35:15  1   in.

:35:15  2   Q   You didn't have any personal conversations with her?

:35:17  3   A   I had no conversation with her at all, that's correct.

:35:21  4   Q   Did you attempt to -- as I appreciate it, there's a latitude

:35:26  5   and a longitude on the right-hand side, the top box.

:35:30  6   A   That is -- I see that latitude and longitude.

:35:33  7   Q   Did you attempt to use that information, that specific data,

:35:37  8   instead of the field notes?  Or let me -- I'm sorry.  Let me

:35:40  9   strike that question.

:35:41  10          Did you attempt to use that specific latitude and

:35:44  11  longitude to triangulate the location?

:35:47  12  A   I had a table with the lat/longs of the borings that located

:35:54  13  that one.  Located MMG.  And -- 81.

:36:00  14          And one of the things about, from what I understand

:36:06  15  now, is, when that grid was laid out, they were very specific on

:36:11  16  where those borings would go.  But, when they located them and

:36:17  17  they put it on the log, they used a handheld GPS.  So it may not

:36:22  18  be as accurate as one would like.

:36:28  19          What I put on my figure there was the measurements

:36:35  20  that are very specific to the flood walls.

:36:40  21  Q   Okay.

:36:41  22  A   So, hopefully, that answered your question.

:36:44  23  Q   I don't think we need to belabor the point.

:36:48  24          Let's orient the Court with Boring 81A in

:36:52  25  relationship to -- and maybe this has been done?

:36:55   1          MR. OWENS:  But, Karl, can we bring up JX 0115-0145.

:37:08   2   And this is from the recapped submittal report.

:37:11   3                Can you enlarge, Karl, the top portion?  That

:37:16   4   should work.

:37:17   5   BY MR. OWENS:

:37:18   6   Q   Okay.  And, Dr. Dunbar, we can see in the top right corner,

:37:25   7   that's Boring 81A; is that correct?

:37:27   8   A   That's what it shows on that illustration, that's correct.

:37:30   9   Q   And can you -- and, at the time of your deposition, you

:37:37  10   described boring 81A as being the closest line to the I-wall at

:37:42  11   the north beach; is that right?

:37:43  12   A   It's in the new I-wall.  I believe it is the closest one

:37:47  13   there.  Boring 81A occurs or is located near the section that

:37:52  14   did not fail.

:37:54  15   Q   But it was closest boring that you were aware of to the

:38:00  16   north breach.

:38:01  17   A   Other than the 1966 borings, I believe, that would be

:38:06  18   correct.

:38:06  19   Q   So the 1966 Boring 8 was closer?

:38:09  20   A   Well, the borings that were drilled for the centerline of

:38:15  21   the -- I believe those were closer.

:38:18  22   Q   I have to ask you about that now.  I actually don't know, so

:38:39  23   this will help me.

:38:40  24          MR. OWENS:  Karl, can you bring up JX 1698-0001?

:38:50  25   BY MR. OWENS:

:39:03   1   Q   As I understand, what that title reads is the Inner Harbor

:39:10   2   Navigational Canal Levee and Flood Wall Capping, and it's dated

:39:13   3   November 1969.

:39:16   4              Did I generally describe that accurately?  That's

:39:21   5   a yes?

:39:21   6   A   I'm sorry.  Yes.

:39:23   7              MR. OWENS:  And, Karl, can you go to page 10?

:39:34   8              And can you enlarge the top portion, the top left

:39:39   9   portion right in here?

:39:41   10             Actually, can you include more of -- okay.

:39:41   11  BY MR. OWENS:

:39:55   12  Q   Dr. Dunbar, can you indicate, are you able to tell where the

:39:59   13  flood wall is, where the north breach occurred?  Just to orient

:40:04   14  the Court.

:40:05   15  A   No, I'm not.  And I don't see the boring located on here.

:40:10   16             Do you?

:40:10   17  Q   That's my question.  Is that 8, that No. 8, is that Boring

:40:15   18  8?

:40:15   19  A   Can you point to that?

:40:17   20             THE COURT:  Please.

:40:18   21             THE WITNESS:  -- would be --

:40:19   22             THE COURT:  Give assistance.

:40:19   23  BY MR. OWENS:

:40:22   24  Q   About right here?

:40:22   25             THE COURT:  Do you see it on that map, sir?

:40:25   1   Dr. Dunbar?

:40:30   2          THE WITNESS:  No.  Then I'm mistaken.  I guess boring

:40:33   3   MMG 81A may be the closest boring that occurs there.

:40:41   4          MR. OWEN:  That's all I wanted to triangulate.  That's

:40:44   5   all.

:40:46   6              We don't need that up there anymore.  Thank you,

:40:49   7   Karl.

:40:50   8   BY MR. OWEN:

:40:54   9   Q   Now, turning back to Boring 81A, isn't it a fact,

:40:58  10   Dr. Dunbar, that you describe Boring 81A as containing 17.8 feet

:41:02  11   of pervious sand and shell?

:41:04  12   A   That is correct.

:41:06  13   Q   And, with respect to your north breach cross-section, your

:41:11  14   figure 4, that didn't include Boring 81A; isn't that right?

:41:17  15   A   No, it did not.

:41:17  16   Q   And the reason you didn't incorporation Boring 81A into your

:41:21  17   north breach cross-section is because, as you stated, you came

:41:24  18   into this process pretty late in the game; isn't that right?

:41:26  19   A   That is correct.

:41:27  20   Q   And you said that you didn't have access to all the most

:41:30  21   recent data; isn't that right?

:41:32  22   A   Well, that would be correct.

:41:35  23   Q   Isn't the data Boring 81A October --

:41:40  24          THE COURT:  You may have cut him off, counsel.  I know

:41:43  25   you didn't intend to.  But I want the witness to be able to

:41:47   1   complete his answer.

:41:48   2              If you have something else to say.  You may have

:41:49   3   forgotten what it was.

:41:51   4        THE WITNESS:  With the permission of the Court, Your

:41:53   5   Honor, there was a lot of data that was still forthcoming.

:41:57   6   Among those were the Fugro borings which come to bare.  So those

:42:02   7   would probably be some borings that were even closer.  And,

:42:05   8   again, we had the preliminary logs.  We didn't have the final

:42:08   9   logs.

:42:08   10        THE COURT:  Right, absolutely.  That's certainly fair.

:42:11   11        MR. MITSCH:  Your Honor, he's trying to criticize

:42:14   12   Dr. Dunbar for not using the most up-to-date information,

:42:18   13   relying on the most up-to-date information.  But, at the same

:42:21   14   time, Dr. Dunbar keeps want to go talk about the Fugro borings.

:42:24   15        THE COURT:  Understand.  Maybe he's going into 81A

:42:27   16   which is not part of the Fugro report.  As I understand it, it's

:42:33   17   that's an MMG boring.

:42:36   18        MR. OWEN:  So maybe recent information --

:42:39   19        THE COURT:  You're trying to interrogate him as to

:42:42   20   whether he had the information that would enable him to utilize

:42:46   21   81A if he thought it were relevant.  Is that what you are trying

:42:49   22   to ask?

:42:49   23        MR. OWEN:  Yes.

:42:49   24   BY MR. OWEN:

:42:51   25   Q   But Dr. --

| | |
|---|---|
| :42:53 | 1 |

:42:53  1                     THE COURT:  Go ahead.

:42:53  2    BY MR. OWEN:

:42:54  3    Q    Dr. Dunbar, isn't it correct, isn't it true that somebody --

:42:59  4    that you had Boring 81A before you submitted your report?

:43:03  5    A    I submitted my report, and I developed that relatively

:43:09  6    rapidly based on the deadlines that -- and I had looked at

:43:16  7    Dr. Rogers' and Dr. Bea's cross-sections.  So my looking at 81A

:43:24  8    was in response to looking at their stratigraphy or their

:43:29  9    geology that was laid out in their reports.  And that's what I

:43:35  10   commented on, was my interpretations of Boring 81A.

:43:41  11   Q    And I appreciate that answer.  My question was just very

:43:45  12   specific, you had the Boring 81A before you submitted your

:43:48  13   report; right?

:43:49  14   A    Oh, yes.

:43:50  15   Q    Now, isn't it fact that, had you actually added in Boring

:43:54  16   81A, your north breach cross-section would have changed; isn't

:43:58  17   that a fact?

:43:59  18   A    I would have put a road in front of it, that is correct.

:44:07  19   Q    And you would have shown the 17.8 feet of the pervious sand

:44:10  20   and shell; right?

:44:11  21   A    That is correct.

:44:21  22              MR. OWEN:  Karl, can we go to his slide 46?

:44:25  23   BY MR. OWEN:

:44:31  24   Q    So there's Surekote Road with the 17.8 feet of pervious sand

:44:37  25   and shell.  Is that right?

```
:44:38   1   A   That is correct.

:44:38   2   Q   That's a pervious zone right next to the clay levee; right?

:44:43   3   A   Yes.

:44:45   4   Q   Okay.  And, that clay levee, that's a fat clay levee?

:44:51   5   A   I believe that's what the boring data shows.

:44:54   6   Q   And that fat clay levee has a low erodibility; isn't that

:44:58   7   right?

:44:59   8   A   Generally, yes.

:45:00   9   Q   Now, there are other borings, MMG borings, south of Boring

:45:12  10   81A; isn't that right?

:45:13  11   A   That is correct.

:45:15  12           MR. OWEN:  Karl, could we go back to JX 01150145.

:45:26  13                 And enlarge that top portion.

:45:35  14   BY MR. OWEN:

:45:35  15   Q   And there's Boring 81A, we've talked about that.

:45:38  16                 And there's two borings just south of that, 79A

:45:42  17   and 77A; is that right?

:45:43  18   A   That is correct.

:45:43  19   Q   And, Dr. Dunbar, can you do me a favor and indicate on your

:45:49  20   screen where your understanding -- I'm not going to hold you to

:45:51  21   any type of scale, but can you indicate where the north breach

:45:55  22   occurred?

:45:55  23   A   Probably maybe right here.

:46:01  24   Q   I mean, can you do the entire length or your understanding

:46:04  25   of the entire length?
```

```
:46:05   1    A    No, I could not.  To would be speculation on my part.

:46:09   2    Q    Okay.

:46:09   3    A    Where it went down to.

:46:11   4    Q    All right.

:46:16   5              With respect to Boring 79A -- and I'm going to ask

:46:20   6    you to assume for these next series of questions just

:46:23   7    hypothetically that the length of the north breach generally

:46:27   8    covered where you indicated and went down to boring 79A and 77A.

:46:33   9    Just for a hypothetical for our purposes.

:46:36  10    A    Okay.

:46:36  11    Q    Okay.

:46:38  12         MR. OWEN:  Let's pull up boring 79 A and that's JX

:46:45  13    1160619.

:46:52  14              We need to show the first page, Karl, if we could.

:47:07  15              Karl, can you enlarge up to from the top down to

:47:17  16    the 7?

:47:17  17    BY MR. OWEN:

:47:23  18    Q    So, Dr. Dunbar, in looking at boring 79A, within the first

:47:27  19    six feet of 79A, there are layers of that pervious sand and

:47:33  20    shell fill; isn't that right?

:47:34  21    A    That is correct.

:47:47  22              Before you leave that, what's critical to know is

:47:49  23    the elevation on that boring.  The elevation on that boring is

:47:52  24    plus 5.  So, if you subtract from the amount of fill, you're

:47:57  25    looking at about minus 1 elevation to the bottom of that fill.
```

```
:48:00   1   That is still fart of the roadway that is there.
:48:03   2   Q   I understand.   Surekote Road is west of that clay levee;
:48:09   3   right?
:48:09   4   A   Yes.
:48:11   5           MR. OWEN:  Can we pull up Boring 77A?  And that's,
:48:19   6   Karl, JX 011606110.
:48:35   7           THE COURT:  Just one question that it will help me.
:48:38   8               Can you tell me how you gleaned what the elevation
:48:40   9   was, sir?
:48:40  10           THE WITNESS:  Certainly, Your Honor.
:48:42  11           THE COURT:  You may have just known it, but is it on
:48:44  12   the wall?
:48:44  13           THE WITNESS:  I was looking at these borings early this
:48:47  14   week.  There was testimony regarding -- and I forget who it was
:48:52  15   -- regarding elevations.  And I -- or this particular boring and
:48:59  16   the fill.  And I was curious about what the elevation of that
:49:03  17   area was, and I looked at some materials that I had that showed
:49:09  18   what the elevation of this boring was.
:49:11  19           THE COURT:  All right.  Thank you.
:49:11  20   BY MR. OWEN:
:49:15  21   Q   This is 77A.
:49:16  22           MR. OWEN:  Can you just enlarge the top portion, Karl.
:49:18  23           THE COURT:  Is there any way to glean that from looking
:49:21  24   at the log itself, or did you have to --
:49:24  25           MR. OWEN:  You have to go look at the elevation.  And
```

1805

| | | |
|---|---|---|
| :49:28 | 1 | those elevations were based on LiDAR data.  WGI's group, I |
| :49:35 | 2 | believe, converted that surface.  There's a LiDAR profile.  And |
| :49:40 | 3 | they put the elevations for those borings.  And you have to |
| :49:44 | 4 | specifically go and understand the elevation really to |
| :49:46 | 5 | understand the boring. |
| :49:57 | 6 | THE COURT:  Thank you, sir.  I understand how you |
| :50:00 | 7 | ascertained the elevation of the top of the -- in essence, where |
| :50:05 | 8 | the borings starts. |
| :50:07 | 9 | THE WITNESS:  Yeah.  I was curious about some testimony |
| :50:09 | 10 | I heard, and I wanted to have it fresh in my mind. |
| :50:09 | 11 | BY MR. OWEN: |
| :50:14 | 12 | Q   So, Dr. Dunbar, in looking at the first 4 feet of 77A, there |
| :50:22 | 13 | are layers of that similar pervious sand and shell fill; isn't |
| :50:28 | 14 | that right? |
| :50:29 | 15 | A   That is correct. |
| :50:29 | 16 | Now, you have 81A, you have the previous boring we |
| :50:33 | 17 | looked at -- is this the new boring? |
| :50:36 | 18 | Q   It's right just south. |
| :50:38 | 19 | A   Yes. |
| :50:40 | 20 | MR. OWEN:  Let me pull it up again.  JX 1150145. |
| :50:40 | 21 | BY MR. OWEN: |
| :50:55 | 22 | Q   So there, again, you're assuming for my -- for the sake of |
| :50:59 | 23 | just these questions, that a breach ran generally south of 81A |
| :51:04 | 24 | within the vicinity of 79A and 77A. |
| :51:07 | 25 | So there's the locations of those three borings we |

```
:51:10    1   talked about
:51:10    2   A   Yes, sir.
:51:11    3   Q   Now we talked about, you know, the sand and shell fill.
:51:16    4   Let's, if we could look at some photos.  And, as I understand
:51:20    5   it, these are yours.
:51:22    6            THE WITNESS:  Karl, could we go could JX 0217-0003?
:51:34    7                No.  JX 02017.  I'm sorry.  003.
:51:53    8            THE COURT:  That seems to be it.
:51:59    9   BY MR. OWEN:
:51:59   10   Q   Dr. Dunbar, do you recognize this as one the photos that you
:52:02   11   took?
:52:03   12   A   I believe it is, yes, sir.
:52:04   13   Q   Okay.  And this photo's -- this is taken at the north
:52:08   14   breach; right?
:52:09   15   A   It is, yes, sir.
:52:09   16   Q   And I know you have some photos in your report.  This one,
:52:13   17   as you recall -- or, this photo's not in your report; right?
:52:17   18   A   No, it's not.
:52:19   19   Q   But it was taken at the same time as those other photos?
:52:22   20   A   I believe that is correct, yes.
:52:23   21   Q   And all that what we see, the white reflective material,
:52:27   22   that's that pervious shell and sand fill; isn't that right?
:52:30   23   A   I think that part of that may be crushed rock, too.
:52:33   24   Because, if you'll note near the telephone pole there in the
:52:36   25   background, there's a dump truck of material.  The breach, when
```

```
:52:43   1    they made the temporary cofferdam, they were using a lot of that

:52:49   2    type of material to cover it before they put this coating of big

:52:54   3    rock.  So I think some of that is shell and some of that is

:52:59   4    rock.

:53:00   5              MR. OWEN:  How about, Karl, can you pull up 15?

:53:06   6    BY MR. OWEN:

:53:09   7    Q   Again, as I understand it, this is the north breach?

:53:12   8    A   Yes.

:53:12   9    Q   And that's a photo that you took?

:53:14  10    A   I believe it might be, yes.  There's our red ice chest

:53:19  11    again.

:53:20  12    Q   And I believe -- probably get the same answer -- but, in

:53:23  13    this photo, is that reflective material that shell fill?

:53:26  14    A   There is some shell there just above the ice chest.  And

:53:29  15    that was materials that had washed in off of Surekote Road.

:53:34  16              And that was common, to have that shell from the

:53:39  17    roadway being transported and deposited.  Similar situation

:53:45  18    occurs on the west side as well.

:53:47  19              THE COURT:  Yes, sir.

:53:48  20              MR. MITSCH:  Your Honor, can we have a date of this

:53:50  21    photo?

:53:53  22              THE COURT:  I'll ask the ice -- I don't know how long

:53:58  23    the cooler remained there.

:54:00  24              But am I understanding that, Dr. Dunbar, that you

:54:03  25    recall taking this photograph?
```

:54:06   1          THE WITNESS:  No.  I believe I took that photograph as

:54:08   2   well.

:54:08   3          THE COURT:  Do you recall when that might have been?

:54:11   4          THE WITNESS:  I'm guessing --

:54:12   5          THE COURT:  Not the exact date.

:54:14   6          THE WITNESS:  I would say October 10th maybe.

:54:16   7          THE COURT:  That's a pretty good guess.

:54:19   8          MR. OWEN:  And that's my understanding as well.

:54:22   9          THE COURT:  All right.

:54:22   10  BY MR. OWEN:

:54:24   11  Q   Let's look at another photo from Dr. Bea's --

:54:28   12          THE COURT:  Just to orient everyone, and I'll ask Dr.

:54:32   13  Dunbar -- it's pretty obvious to those of us who knows this.

:54:35   14  But, for anyone looking at this, we would be looking in essence

:54:38   15  from the canal side towards the protective side.  And, in fact,

:54:44   16  the pump station that Mr. Villavaso was working in is in the

:54:50   17  photograph as well; is that correct?

:54:51   18          THE WITNESS:  That is correct.

:54:56   19          MR. TREEBY:  That's the open door up there, Your Honor.

:54:59   20          THE COURT:  Exactly, it sure is.

:55:03   21          MR. OWEN:  Let's pull up a different photo from Dr.

:55:08   22  Bea's -- Karl, can you pull up JX 01391-0030?  And enlarge the

:55:27   23  top one including the caption.

:55:27   24  BY MR. OWEN:

:55:30   25  Q   So this caption reads:  Figure 26A Photograph Taken

:55:34  1    Following the North Breach Showing Pervious Shell Fill Under

:55:38  2    Surekote Road.  That's by Mr. Convarey from 2005.

:55:43  3                    Did I read that correctly?

:55:47  4    A    Yes, you did.

:55:47  5    Q    That white reflective material, that's the fill material

:55:51  6    underneath Surekote Road; isn't that right?

:55:53  7    A    Yes, it is.

:55:54  8    Q    Let's -- can we look at a photo from your report, and that's

:56:03  9    JX 01781-0069.

:56:22  10                    And this photo -- and, this is from your report,

:56:25  11   Dr. Dunbar.

:56:26  12                    So you took this photo; right?

:56:27  13   A    That is correct.

:56:28  14   Q    And, there, you indicated, right behind the flood wall,

:56:32  15   there's Surekote Road; isn't that right?

:56:34  16   A    That is correct.

:56:35  17   Q    And we can see portions of it, some of that is pervious

:56:40  18   shell and sand fill; isn't that right?

:56:42  19                    THE COURT:  You want to point that out to him with your

:56:44  20   pointer to make sure he knows what you're talking about?

:56:47  21                    MR. OWEN:  Sure.

:56:47  22   BY MR. OWEN:

:56:48  23   Q    So this is Surekote Road and there's the arrow?

:56:51  24   A    Let me put my pointer in there, too, just so we're clear.

:56:56  25                    This is Surekote Road.  This is probably material

:56:58  1    that was transported in.  So the fill would have been further

:57:06  2    out.

:57:15  3            THE COURT:  Counsel, how much longer do you have with

:57:16  4    this witness, would you think?

:57:18  5            MR. OWEN:  Probably about a half an hour.

:57:20  6                We can take a break.

:57:21  7            THE COURT:  We'll take a recess.

:57:23  8                (Proceedings in recess.)

:09:17  9            THE COURT:  Okay, sir, ready to proceed?

:09:18  10           MR. OWEN:  Thank you, Your Honor.

:09:20  11               Can we go -- leave this picture and go to this

:09:23  12   presentation slide 30.

:09:36  13           THE COURT:  Go ahead, sir.

:09:36  14                   CROSS EXAMINATION (CONTINUED)

:09:36  15   BY MR. OWEN:

:09:38  16   Q   So this is your slide, Dr. Dunbar, for Boring 8; right?

:09:43  17   A   That is correct.

:09:44  18   Q   And, over on the left, you have the stick log, and it has

:09:48  19   the color indications.  The green is the fat clay.

:09:52  20               Did I read that correctly?

:09:54  21   A   That is correct.

:09:55  22   Q   And looking -- in looking at the stick log on the left,

:10:00  23   there are -- well, you're basing -- you have the unified soil

:10:06  24   classification chart.  That's what you are using; right?

:10:08  25   A   That is correct.  And the symbols that are used in the stick

1811

:10:12  1   log itself.

:10:12  2   Q   Right.

:10:13  3           And isn't -- there's another portion of this

:10:20  4   boring legend; right?  A descriptive symbols chart that goes

:10:25  5   with the unified soil classification?

:10:29  6   A   Yes, there is.

:10:31  7   Q   Okay.

:10:34  8         MR. OWEN:  Why don't we, Karl -- let's stay here before

:10:36  9   we go to that one.

:10:36  10  BY MR. OWEN:

:10:38  11  Q   So, in looking at your stick log, underneath the layers of

:10:42  12  green, there are some layers there that have the letters SLS.  I

:10:46  13  think it looks like SIS, but isn't it that's SLS?

:10:51  14  A   Where are you referring to?

:10:53  15  Q   I'm referring to -- I believe there's seven different

:10:58  16  instances.  So there's one right there.  There's another one

:11:01  17  right there.  SIS.

:11:04  18         I have a blowup without the green on it, so maybe

:11:07  19  you might be able to see it better that way.

:11:10  20       THE COURT:  Is where is the SIS supposed to be?

:11:13  21       MR. OWEN:  That's what we're going to talk about, Your

:11:16  22  Honor.

:11:16  23        And I have a clearer version without the green

:11:25  24  object it, if the Court would like.

:11:26  25       THE COURT:  I can see it now that I really focus.

| | | |
|---|---|---|
| :11:29 | 1 | MR. OWEN:  Dr. Dunbar, would you like a copy? |
| :11:32 | 2 | THE WITNESS:  Sure. |
| :11:33 | 3 | MR. OWEN:  May I approach, Your Honor? |
| :11:34 | 4 | THE COURT:  You may. |
| :11:35 | 5 | Now that it's blown up, I can certainly see it. |
| :11:35 | 6 | BY MR. OWEN: |
| :11:57 | 7 | Q   So now we can see the SLS layers underneath the green? |
| :12:00 | 8 | A   Yes. |
| :12:00 | 9 | Q   Okay. |
| :12:01 | 10 | MR. OWEN:  So let's pull up the descriptive symbols |
| :12:04 | 11 | chart, JX 4-237. |
| :12:09 | 12 | And the bottom left portion. |
| :12:09 | 13 | BY MR. OWEN: |
| :12:16 | 14 | Q   And that's the descriptive symbols chart. |
| :12:18 | 15 | And, over on the right-hand column, that says |
| :12:21 | 16 | Modification; right?  Did I read that correctly? |
| :12:25 | 17 | A   You did. |
| :12:26 | 18 | Q   And the SLS is about two-thirds the way down.  That stands |
| :12:32 | 19 | for silt strata or lenses; isn't that right? |
| :12:35 | 20 | A   That is correct. |
| :12:36 | 21 | Q   Okay.  So, within your stick log, Boring 8, there are silt |
| :12:41 | 22 | lenses; isn't that a fact? |
| :12:43 | 23 | A   That is correct. |
| :12:44 | 24 | Q   And isn't it also a fact that silt has a higher permeability |
| :12:48 | 25 | than clay? |

| | | |
|---|---|---|
| :12:49 | 1 | A    Yes. |
| :12:55 | 2 | Q    Dr. Dunbar, you ruled out underseepage as a potential |
| :13:00 | 3 | failure mechanism at the north and south breaches? |
| :13:06 | 4 | MR. MITSCH:  Your Honor, objection.  Dr. Dunbar isn't |
| :13:09 | 5 | here as a causation expert. |
| :13:11 | 6 | THE COURT:  I do understand that. |
| :13:12 | 7 | MR. MITSCH:  His testimony relates to whether or not |
| :13:15 | 8 | the geology supports -- |
| :13:17 | 9 | THE COURT:  It would be -- I hate to say the word |
| :13:23 | 10 | amenable -- would be the characteristics would support |
| :13:28 | 11 | underseepage or not, and I'm not sure to what degree.  So I know |
| :13:31 | 12 | he's not giving a causation theory, and the Court understands |
| :13:34 | 13 | that. |
| :13:34 | 14 | The question may have been a bit pregnant with |
| :13:36 | 15 | causation. |
| :13:37 | 16 | BY MR. OWEN: |
| :13:37 | 17 | Q    You ruled out underseepage as a potential failure mechanism; |
| :13:41 | 18 | isn't that right? |
| :13:42 | 19 | MR. MITSCH:  Same objection. |
| :13:42 | 20 | BY MR. OWEN: |
| :13:44 | 21 | Q    You describe scouring trenches throughout your report? |
| :13:48 | 22 | A    Yes. |
| :13:48 | 23 | Q    And scour trenches are caused by overtopping; isn't that |
| :13:52 | 24 | right? |
| :13:52 | 25 | A    Yes. |

1814

| | | |
|---|---|---|
| :13:53 | 1 | Q   Now, with respect to overtopping causing of these scour |
| :13:58 | 2 | trenches, you start off by describing the elevation difference |
| :14:02 | 3 | between the 1980s flood wall and the 1966 flood wall by |
| :14:07 | 4 | describing a 2.5 elevation foot difference; isn't that right? |
| :14:12 | 5 | A   That is correct. |
| :14:12 | 6 | Q   And the support for those elevations is a 1980 Corps |
| :14:17 | 7 | document; isn't that right? |
| :14:18 | 8 | A   It was based in NY Associates' materials on the Florida |
| :14:25 | 9 | Avenue complex. |
| :14:27 | 10 | Q   And so that's the 1980 document you referred to? |
| :14:31 | 11 | A   I believe that may be correct. |
| :14:33 | 12 | Q   So those heights are on NGVD? |
| :14:36 | 13 | A   They're NGVD. |
| :14:38 | 14 | Q   Okay.  And you write that the lower wall elevation would |
| :14:42 | 15 | have concentrated flow of water from overtopping at this |
| :14:45 | 16 | location especially as the storm surge came in from the north |
| :14:49 | 17 | through the MRGO and into the IHNC; isn't that right? |
| :14:52 | 18 | A   I believe that is correct. |
| :14:53 | 19 | Q   And you write that the storm surge would have overtopped |
| :14:58 | 20 | this location much earlier in time than the south breach and |
| :15:01 | 21 | likely contributed to this failure because of the concentration |
| :15:04 | 22 | of flow at this transition.  Isn't that correct? |
| :15:08 | 23 | A   I did say that. |
| :15:09 | 24 | Q   Okay.  So, when you're talking about overtopping, you're |
| :15:12 | 25 | talking about surge overtopping; isn't that right? |

:15:16    1    A    Not necessarily.  You're going to have gusty winds, and the

:15:22    2    hydrodynamic wind action is going to slosh water around.  I

:15:26    3    mean, you've got basically a huge bathtub with water sloshing

:15:31    4    back and forth.  And so I would assume that you would get

:15:36    5    overtopping, you know, caused by that --

:15:39    6    Q    I don't want you to assume about wave overtopping; because,

:15:44    7    correct me if I'm wrong, there's not a single mention of wave

:15:46    8    overtopping in your report; right?

:15:49    9    A    No, I don't specifically, I believe, ever use the word wave.

:15:54   10    I just say overtopping, which is a broad category to include any

:16:00   11    water that sloshes over the walls.

:16:03   12    Q    You write in your report that:  Evidence of storm surge

:16:07   13    overtopping and deep scouring from the overtopping were visible

:16:11   14    behind the I-wall section; isn't that right?

:16:14   15    A    That is correct.

:16:14   16    Q    So, again, you didn't do any analysis of waive heights in

:16:17   17    your report?

:16:18   18    A    No, no, no, no.

:16:20   19    Q    So you're not here to offer any new opinion about wave

:16:22   20    heights?

:16:22   21    A    That is true.

:16:24   22    Q    And, as I think you stated, you describe overtopping as a

:16:31   23    major failure mechanism at the north breach?  Surge overtopping;

:16:36   24    right?

:16:36   25    A    My observations were, it was a major mechanism for all of

:16:45   1    the EBIA failures, and also the north breach on the west side as

:16:49   2    well.

:16:49   3    Q    And isn't it a fact that you site the IPET report in support

:16:53   4    of your theory that surge overtopping was a major failure

:16:56   5    mechanism at the north breach?

:16:59   6    A    I don't recall if I did that specifically.

:17:02   7    Q    Okay.

:17:02   8    A    I think the -- maybe in the context of transitions that --

:17:09   9    transitions where you had superiority in elevations from one

:17:12  10    piece to another was a major factor as well.

:17:16  11                THE COURT:  Counsel, just let me make a footnote here.

:17:19  12    The Court is interested in Dr. Dunbar's testimony with reference

:17:23  13    to the geological information that he has thus provided.  I

:17:29  14    don't recall him giving an opinion as to causation and

:17:32  15    overtopping, et cetera.  I'm sure that's to come.  But I don't

:17:35  16    recall him giving that opinion.  It may be in his report, but

:17:38  17    I'm not considering his report.  Only his opinions here.  Which

:17:45  18    I don't think -- he said there was a scour trench.  He had

:17:48  19    pictures of it.  He talked about the material that was displayed

:17:53  20    as a result of the scour trench.  So I don't know why, frankly,

:17:58  21    we're delving into it, because I'm not going to consider it at

:18:02  22    all in any opinion that I render, because he hasn't opined as to

:18:10  23    whether -- he has not opined thus far.  At least, in his opinion

:18:15  24    testimony that he gave, that overtopping was the -- was a

:18:18  25    causative mechanism.  And I'm not sure a geologist is qualified

:18:21   1    to make that opinion.

:18:22   2           MR. OWEN:  Okay.  And I understand Your Honor's

:18:25   3    admonition, and I'll move on.

:18:26   4               And, with the Court's indulgence, can we talk

:18:30   5    about the scour trenches?

:18:33   6           THE COURT:  Certainly.

:18:34   7           MR. OWEN:  Karl, can you pull up JX 1781, page 66.

:18:43   8    BY MR. OWEN:

:18:46   9    Q   Dr. Dunbar, do you recognize this as a figure out of your

:18:49   10   report?

:18:49   11   A   I do.

:18:50   12   Q   And I actually don't know the answer to this, but is this in

:18:55   13   between the north and south breaches looking south?

:18:59   14   A   Yes.

:19:00   15   Q   And, obviously, this is a portion of the flood wall that

:19:03   16   didn't fail; right?

:19:05   17   A   That is correct.

:19:06   18   Q   And that's the scour trench that you observed and you took a

:19:10   19   photo of right behind the flood wall; right?

:19:12   20   A   That is correct.

:19:22   21          MR. OWEN:  Karl, can you go to page 65?

:19:22   22   BY MR. OWEN:

:19:24   23   Q   Dr. Dunbar, do you recognize this as an another figure and

:19:28   24   photo out of your report?

:19:29   25   A   Yes, it is.

:19:29   1   Q   Certainly, you're not contending that this photo represents

:19:32   2   the scour trench the moment the wall failed; is that right?

:19:35   3   A   No.  All I'm just showing is the stratigraphy and the trench

:19:40   4   where the sheet pile was embedded in.

:19:44   5   Q   So this photo was in fact taken several -- after several

:19:48   6   days of in-rushing and out-rushing flood waters; right?

:19:51   7   A   I believe -- I credit this to IPET.  And I don't know what

:19:55   8   the source of the photo is.  But I believe that was before Rita;

:19:59   9   because, after Rita, the barge in the upper left-hand corner

:20:04  10   would have been on top of the school bus.

:20:05  11   Q   Okay.  But, again, that's not a representative photo of this

:20:08  12   -- this is the scour trench behind the south breach the moment

:20:11  13   the wall failed; right?

:20:14  14   A   Nobody would know what that looked like.

:20:16  15   Q   Right.  Okay.

:20:23  16                  Let's go to the north breach.

:20:24  17              MR. OWEN:  Page 67, Karl.

:20:24  18   BY MR. OWEN:

:20:31  19   Q   This is at the north breach.  And that's the scour trench

:20:35  20   that you are describing right in front of the flood wall?

:20:39  21   A   No.  The scour trench would be the eroded area behind the

:20:45  22   I-wall.

:20:46  23                  What my comment about that photo was that there

:20:49  24   was no foundation that was ejected that you could see like you

:20:58  25   could see at 17th Street or some of the other failures where you

1819

```
:21:03   1   had slope failures.
:21:06   2           MR. OWEN:  All right, Karl, could we go to page 27.
:21:19   3   And highlight --
:21:22   4           THE COURT:  You're looking at 1781, marked 27.  And
:21:28   5   also 25 on the page itself.
:21:32   6               Go ahead.
:21:32   7   BY MR. OWEN:
:21:33   8   Q   I want to focus on the bottom sentence:  The water-filled
:21:36   9   depression in front of the overturned I-wall in figure 25 may be
:21:41  10   evidence of the deep scouring that likely occurred because of
:21:46  11   the concentration of currents.
:21:47  12               Did I read that correctly.
:21:49  13   A   You did.
:21:49  14           MR. OWEN:  So, going back, Karl, to figure or page 67.
:21:49  15   BY MR. OWEN:
:22:00  16   Q   So that, weren't you referring to, that water-filled
:22:04  17   depression in your -- in the text of your report --
:22:07  18           THE COURT:  When you say that, there were two
:22:10  19   water-filled depressions.  The one in the forefront of the --
:22:15  20   okay.  You're pointing to that, okay.
:22:30  21           THE WITNESS:  Can you reflect me back to what I said?
:22:32  22   I'm trying to think of what my meaning was at the time I wrote
:22:35  23   that.
:22:35  24   BY MR. OWEN:
:22:35  25   Q   Sure.
```

:22:36    1              MR. OWEN:  Page 27, Karl.  It's the bottom sentence.

:22:36    2      BY MR. OWEN:

:22:46    3      Q   The water-filled depression in front of the overturned

:22:49    4      I-wall in figure 25 may be evidence of the deep scouring that

:22:53    5      likely occurred here because of the concentration of currents.

:22:58    6      A   All right.  Yeah.  Okay.

:23:01    7                  What I guess I was referring to was the hole there

:23:05    8      that's in front of the -- that sheet there, as those currents

:23:10    9      were crossing that area, that may be evidence.  It's not a

:23:17   10      definitive statement.  I'm just saying it may be evidence of

:23:21   11      kind of the whole notion of the scouring that was occurring

:23:24   12      there.

:23:25   13      Q   So, let me understand.  Is that water-filled depression in

:23:32   14      front of the I-wall a scour trench?

:23:36   15      A   I don't know.  I don't specifically -- when you say the

:23:42   16      scour trenches, no.  I guess what I'm referring to is that water

:23:45   17      has to go somewhere as it's going over top of that.  And, if

:23:49   18      it's eroding that section, you're going to get erosion behind

:23:55   19      the toe of the levee.  And that was my meaning there.

:24:03   20      Q   One last question about this surge overtopping.

:24:22   21                  So, Dr. Dunbar, you discussed with respect to the

:24:29   22      scour trenches that were created over both the north and

:24:33   23      somebody were caused by storm surge overtopping; right?

:24:35   24      A   That's what I observed.

:24:37   25              MR. OWEN:  Okay, Karl, could we go to page 1781, page

:24:41  1    3.  And at the very top half.

:24:41  2    BY MR. OWEN:

:24:55  3    Q   What I'm focused on is the very first sentence:  Study of

:25:01  4    the levee failures along the IHNC between Florida and Claiborne

:25:06  5    Avenue by the IPET team concluded that the north breach was

:25:09  6    caused by a slope failure of the foundation prior to storm surge

:25:12  7    overtopping of the I-wall.

:25:15  8                Did I read that correctly?

:25:16  9    A   Yes.  And I think IPET concluded that.

:25:20  10   Q   But you have a different opinion than IPET; isn't that

:25:22  11   right?

:25:25  12               THE COURT:  I think he's offer that opinion on direct.

:25:27  13   I'm not sure why we're getting into this.  I don't think he's

:25:30  14   offered that opinion in this court what caused the failure.

:25:34  15               MR. OWEN:  Well --

:25:38  16               MR. MITSCH:  You're doing my work for me.

:25:47  17               THE COURT:  I don't mean to be facetious, but I'm just

:25:51  18   trying to figure out whether he was -- we were just talking

:25:55  19   about something that he didn't testify to, may be in his report.

:25:58  20   And if -- and whether those opinions are correct or not is

:26:05  21   fairly -- is completely irrelevant to me.  But I'm sure we're

:26:09  22   going to get experts who specifically testify to this.

:26:13  23               MR. OWEN:  Just, if we could, Karl, turn back to page

:26:19  24   67.

:26:26  25               Just so we can be certain about the actual

```
:26:28   1   distance of the flood wall at the north breach that's depicted
:26:31   2   in this figure 25 is from the actual rest of the flood wall that
:26:36   3   stayed intact.  And I think a good representation of that --
:26:39   4            MR. OWEN:  Can you go to JX -- there is Dr. Marr's
:26:43   5   report -- JX 1864, page 75.  Just the top figure.
:26:43   6   BY MR. OWEN:
:26:59   7   Q   Dr. Dunbar, I assume -- have you seen this figure before?
:27:06   8   A   No, I haven't.
:27:08   9   Q   You see, if Dr. Marr's to be believed, he has the flood wall
:27:13  10   60 feet.  The portion that's sheared off, he has that 60 feet
:27:18  11   away from the rest of the flood wall that stayed intact.
:27:21  12            Did I accurately describe that photo?
:27:26  13   A   I'm sorry, I was looking at -- I was trying to get in my
:27:30  14   mind what was said there.
:27:31  15            Would you repeat your question again?
:27:33  16   Q   Yes.
:27:34  17            So, in looking at this figure, do you see how Dr.
:27:41  18   Marr detailed the distance of the sheared-off sheet pile away
:27:47  19   from the intact sheet pile, and he assigned a distance of that
:27:51  20   of 60 feet.
:27:54  21            Do you see that?
:27:57  22   A   Oh, okay, yes.  I see the north part of his white arrow.
:28:01  23   I'm following you now.
:28:02  24   Q   Okay.  And you don't have any facts to contradict that
:28:05  25   measurement; right?
```

:28:06   1    A    No, no.

:28:09   2            MR. OWEN:  If Your Honor will give me one minute just

:28:11   3    to confer.

:28:11   4            THE COURT:  Certainly.  Please do that.

:28:13   5                (Pause in proceedings.)

:28:26   6            MR. OWEN:  I have just probably two last questions.

:28:26   7    BY MR. OWEN:

:28:56   8    Q    Is that the water-filled depression?  Is it your

:28:58   9    understanding that that's the water-filled depression in that

:29:00   10   figure 5-10, Dr. Dunbar?

:29:05   11   A    One of the things that I was having trouble with this

:29:07   12   photograph was, is everything is a long time away.  And that's

:29:14   13   obviously a low area there.  But we've got a very nice wall in

:29:20   14   place, cofferdam, and the drainage may be held there.  So I

:29:26   15   don't -- I guess what I'm saying is the conditions are much

:29:30   16   changed from the photo that we looked at, I believe the 10

:29:34   17   October photo.  So that low area -- the way they have structured

:29:40   18   that there's water impounded there.  So I'm assuming you're

:29:46   19   asking me if that's a scour trench, and I don't now how much of

:29:50   20   that is a scour trench versus how much is just water that's

:29:54   21   impounded because of the way they've constructed that photo.

:29:57   22   Q    Thank you for that.

:29:59   23            One last question.

:30:00   24            MR. OWEN:  Just if, Karl, can we turn to the

:30:02   25   presentation slide 9?

:30:02    1    BY MR. OWEN:

:30:06    2    Q    And it's just a date, and if you be you can recall.  When

:30:19    3    you were talking about this slide, there was an important Corps

:30:23    4    study of geology that was performed?

:30:24    5    A    There were numerous Corps reports to the geology.  There was

:30:28    6    one by Cobb and Van Lopic in 1958 that set the regional

:30:34    7    framework.  There was one by Cobb and Silva I believe in '74

:30:38    8    that looked at the New Orleans area.  There was the one that I

:30:41    9    did in the 1990s where I mapped the deltaic plain.  And then,

:30:46   10    Roger Saucier, in 1994, published his product that describes not

:30:53   11    only the geology of this area but also of the entire alluvial

:30:58   12    valley and gives history.  So there were a number of efforts

:31:02   13    that have focused on the geology of this area.

:31:06   14    Q    And one last one.

:31:07   15            MR. OWEN:   Sorry.   Page 44.

:31:07   16    BY MR. OWEN:

:31:13   17    Q    You discuss two of Dr. Bea's cross-sections in this graphic;

:31:17   18    isn't that right?

:31:18   19    A    That is correct.

:31:19   20    Q    And, in your report, those are the only two that you discuss

:31:23   21    and analyze; right?

:31:25   22    A    Yes.  And those two form the basis for the cross-sections

:31:30   23    that I think he presented.  The fact that you have that pervious

:31:35   24    material up against the north breach.  Which, as I say, this

:31:42   25    section is not correct, and I don't believe his other

| | | |
|---|---|---|
| :31:48 | 1 | cross-sections are correct either, because of that. |
| :31:50 | 2 | Q   You say other cross-sections.  My question's very specific. |
| :31:53 | 3 |             Your report is limited to only those two |
| :31:56 | 4 | cross-sections. |
| :31:57 | 5 | A   That is correct. |
| :31:58 | 6 | Q   So you have no idea whether or you didn't attempt to opine |
| :32:01 | 7 | about any other cross-sections that Dr. Bea created? |
| :32:03 | 8 | A   My intent was, all along, was that these cross-sections |
| :32:07 | 9 | basically form the narrative for their entire cross-sections |
| :32:12 | 10 | that he presents in the modeling.  And so I've used these as |
| :32:18 | 11 | central to this whole notion. |
| :32:20 | 12 | Q   Right. |
| :32:21 | 13 |             So just those two; right? |
| :32:23 | 14 | A   Yes, sir. |
| :32:23 | 15 |         MR. OWEN:  Thank you. |
| :32:32 | 16 |         THE COURT:  Mr. Treeby, which one of you -- I'm sure |
| :32:37 | 17 | you want to go first. |
| :32:38 | 18 |         MR. TREEBY:  Your Honor, we have no questions. |
| :32:40 | 19 |         THE COURT:  Okay. |
| :32:42 | 20 |           WGI have further questions? |
| :32:42 | 21 |         MR. MITSCH:  And we don't have any either. |
| :32:43 | 22 |         THE COURT:  Sir, you may -- we thank you, and you may |
| :32:47 | 23 | step down. |
| :32:48 | 24 |         THE WITNESS:  Thank you. |
| :32:51 | 25 |         MR. SMITH:  Your Honor, the United States calls W. |

:32:54  1    Allen Marr.

:33:02  2              MR. SCHULTZ:  Before we do that, may I ask a question?

:33:02  3    Because I'll be doing some cross examination.

:33:05  4              Yesterday, Judge, during Dr. Bea's cross

:33:08  5    examination by Mr. Treeby, Mr. Treeby got into standard of care

:33:11  6    issues that Dr. Bea did include in his report.  I made a scope

:33:16  7    objection, and the response was that you wouldn't limit the

:33:19  8    cross examination.  That was in fact their second cross

:33:22  9    examination.

:33:23  10             I'm just wondering what the rule is going forward,

:33:24  11   because we have --

:33:28  12       THE COURT:  The rule is, read the Federal rules, look

:33:30  13   in my rules.  And I cannot make any kind of statement like that

:33:34  14   now.  We'll have to see what happens at the time.  I mean, I'm

:33:38  15   not going to make some broad statement that's going to be --

:33:41  16   that will give you absolutely no guidance.  So, if you want to

:33:48  17   know what the scope of recross, it's sort of like obscenity,

:33:51  18   I'll know it when I see it.

:33:53  19       MR. SCHULTZ:  But, to understand the rule going

:33:55  20   forward, is the Federal rule, the scope, cross is limited by

:33:58  21   scope of direct.

:34:00  22       THE COURT:  That is not a Federal rule.  It's that the

:34:04  23   judge can determine what the scope is.  And the judge will

:34:09  24   determine.

:34:10  25             The Federal rules give me, delightfully,

:34:14  1   flexibility in that area.  And I shall exercise it.

:34:18  2          MR. DUDENHEFER:  Your Honor, speaking of flexibility,

:34:20  3   could have we have a couple of minutes to let Mr. Bruno get his

:34:24  4   materials together and get prepared?  I think this came very

:34:26  5   quickly in terms of the government resting with this witness.

:34:32  6          THE COURT:  Always be prepared.

:34:32  7                 We'll give you five minutes.

:34:34  8          MR. DUDENHEFER:  Yes, Your Honor.  That's fine, Your

:34:36  9   Honor.

:38:36  10                 (Pause in proceedings.)

:38:55  11          THE COURT:  I think we're prepared.

:38:59  12          MR. BRUNO:  Your Honor, I understand that there's the

:39:01  13   procedure that the defendants have employed.  I don't know if

:39:04  14   they're going to do it with this witness, but that's just fine.

:39:08  15   But may we have a convection so that I won't -- if I raise my

:39:13  16   hand, that the witness will stop to allow me to interpose my

:39:16  17   objection?

:39:17  18          THE COURT:  Of course.  The rule is, once the lawyer

:39:19  19   stands up on either side, the witness should -- if the witness

:39:21  20   sees it, and the Court will try to point it out to you -- stop.

:39:24  21   And then I assume an objection or other comment will be made.

:39:30  22          MR. BRUNO:  And, further, in an attempt to save time,

:39:32  23   we would stipulate to the witness's expertise.  I know that

:39:35  24   counsel may want to go into it anyway, but just to make a point.

:39:42  25          THE COURT:  His CV be introduce into evidence.

:39:42   1          WILLIAM ALLEN MARR, being first duly sworn, was

:39:42   2   examined as follows:

:39:42   3          CASE MANAGER:  Please state your name and spell it for

:39:42   4   the record.

:39:54   5          THE WITNESS:  William Allen Marr, W-I-L-L-I-A-M Allen

:40:00   6   A-L-L-E-N Marr M-A-R-R.

:40:00   7                      DIRECT EXAMINATION

:40:00   8   BY MR. SMITH:

:40:05   9   Q   Good morning, Dr. Marr.

:40:06   10   A   Good morning.

:40:07   11   Q   Your Honor, Dr. Marr is a graduate of the University of

:40:11   12   California at Davis with a Bachelor of Science degree in civil

:40:14   13   engineering.  He holds a Master of Science degree in

:40:19   14   geotechnical engineering from the Massachusetts Institute of

:40:24   15   Technology.  And he also has a Ph.D. from MIT in geotechnical

:40:29   16   engineering.

:40:31   17          Dr. Marr is a registered professional engineer in

:40:33   18   14 states, including Louisiana.  He has specialized expertise in

:40:40   19   the design of underground portions of large earth work

:40:42   20   facilities.  He designs of slopes and cover systems, web-based

:40:48   21   performance monitoring, the testing of soils, rocks and geo

:40:56   22   synthetics and active risk management.

:41:03   23          Dr. Marr's familiarity with Louisiana soils dates

:41:07   24   to the late 1980's when he advised Ustice Engineering as the

:41:11   25   firm was automating its consolidation testing apparatus to

:41:15  1    measure the thickness of clay soils.

:41:19  2            Since Hurricane Katrina, Dr. Marr has been engaged

:41:21  3    in the private sector, by private sector and governmental

:41:24  4    entities, who are repairing, improving and replacing flood

:41:27  5    protection structures along the Gulf Coast.

:41:33  6            Because Dr. Marr is recognize the authority in

:41:37  7    the field of geotechnical engineering, he has been invited to be

:41:40  8    a keynote speaker at the 2013 Geo Congress in San Diego next

:41:46  9    Marr focusing on slope stability.

:41:49  10           The Louisiana Office of Costal Protection and

:41:54  11   Restoration recently contracted with Geo Comp Corporation, of

:41:59  12   which Dr. Marr is the sole shareholder, to lead the development

:42:05  13   of a new system for realtime monitoring of the levees

:42:09  14   surrounding New Orleans.  The state stipulated as a condition of

:42:15  15   this contract that the Dr. Marr would lead the effort.

:42:20  16           Dr. Marr is an elected member of the prestigious

:42:28  17   Academy of Engineering.

:42:30  18           Dr. Marr, have I accurately summarized your

:42:33  19   credentials and your qualifications to provide opinions

:42:36  20   concerning the causes of the IHNC, each side breaches?

:42:40  21   A    Yes.

:42:42  22        MR. SMITH:  Your Honor, I would tender Dr. Marr as an

:42:44  23   expert in civil engineering, specifically in geotechnical

:42:49  24   engineering.  And I would move JX 1865, which is Dr. Marr's CV,

:42:55  25   into evidence at this time.

:42:57   1            MR. BRUNO:  No objection, Your Honor.

:42:58   2            THE COURT:  The Court accepts Dr. Marr as tendered, and

:43:01   3    his curriculum vitae curriculum vitae is admitted into evidence.

:43:04   4                 (Exhibit Admitted.)

:43:04   5            MR. SMITH:  Thank you, Your Honor.

:43:04   6    BY MR. SMITH:

:43:07   7    Q    Dr. Marr, have you prepared a summary of your opinions in

:43:11   8    this case and the reasons for those opinions?

:43:13   9    A    I have.

:43:14  10    Q    Would you be so kind as to present those opinions and the

:43:20  11    reasons for them to the Court at this time.

:43:21  12    A    I'd like to.

:43:23  13    Q    Thank you.

:43:27  14            THE WITNESS:  Your Honor, I've done a presentation here

:43:29  15    that probably takes about two hours.

:43:31  16            THE COURT:  Yes, sir.

:43:33  17            THE WITNESS:  It has had a natural divide about half

:43:35  18    way through, just to give you some warning.

:43:37  19            THE COURT:  That's helpful.

:43:41  20            THE WITNESS:  And I know a two-hour presentation can

:43:45  21    get quite long, so maybe we can take advantage of that.

:43:48  22            THE COURT:  All right, sir.

:43:49  23            THE WITNESS:  I start with a summary of my opinions as

:43:51  24    to the cause of the two failures on the east side of the EBIA.

:43:59  25                 I start with the south breach, and my opinion is

:44:03  1    it failed by overturning of the wall.  This overturning -- in

:44:08  2    fact, just rotation of the wall towards the land side -- was

:44:11  3    caused by overtopping of the storm water that scoured away the

:44:16  4    soil on the land side that holds the wall up in place.  Without

:44:20  5    that soil, it fell over, literally, rotated over.

:44:26  6            I have further have concluded that this failure at

:44:29  7    the south breach had nothing do with underseepage.  It did not

:44:34  8    involve a global stability failure or a subset of that, which is

:44:39  9    called translational stability failure.  And it did not involve

:44:43 10    a defect in the wall.  Not that anyone has said that there was a

:44:47 11    defect in the wall, that's just part of what I looked at in my

:44:50 12    studies.

:44:51 13            I've also concluded that the WGI excavations had

:44:56 14    no effect on this failure.  And, as I go through my

:44:59 15    presentation, I'll try to support these opinions.

:45:04 16            For the north breach, it was a little different.

:45:08 17    It ultimately is mostly the same, overturning.  Although it was

:45:18 18    more involved.  There was a low factor of safety against a

:45:23 19    global stability there due to weak soils, and that low factor of

:45:28 20    safety allowed the wall to move, which put stress in it in a way

:45:33 21    it wasn't designed to carry.  It experienced a structural

:45:37 22    failure, and then that was followed by scour and overturning and

:45:42 23    progression of the failure then to the full length of some 20

:45:46 24    feet.

:45:48 25            This north breach failure also was not the result

:45:51　1　of underseepage and it was not a full global translational

:45:58　2　instability failure.

:45:59　3　　　　　　　Likewise, in the WGI, excavations had no effect on

:46:03　4　this failure in my opinion.

:46:08　5　　　　　　　My presentation is outlined in the six topics.  I

:46:13　6　want to show you evidence of the failure modes as I see them as

:46:16　7　a trained engineer.  Scour and erosion are a key part of this,

:46:21　8　that led to the wall's failing.

:46:24　9　　　　　　　I'll then look at the south breach analysis

:46:27　10　because it's a little easier to explain first.  Although, the

:46:30　11　north breach occurred first.  Then I'll go to the north breach.

:46:35　12　　　　　　　Then I'll look at an assessment of the high

:46:39　13　underseepage that's been claimed specifically by Dr. Bea.  And

:46:42　14　I'll end up with a summary.

:46:44　15　　　　　　　THE COURT:  Thank you.

:46:45　16　　　　　　　I might point out, based on what you stated, we

:46:49　17　will try to keep going as long as everybody agrees until you

:46:54　18　complete the -- get to the point where there's a natural break.

:46:59　19　　　　　　　THE WITNESS:  I appreciate that.

:47:02　20　　　　　　　I might just say that my involvement in this

:47:04　21　particular assignment began roughly March/April of 2011 when I

:47:11　22　was contacted by the Department of Justice and asked if I would

:47:17　23　serve as an expert, and my charge was specifically to try to

:47:21　24　identify what was the cause of failure.  Very simple

:47:25　25　straightforward assignment that I have tried to carry out to the

1   best of my ability.

2            I went about this by trying to collect information

3   that I could that related to what people had observed at the

4   site, what was the known information.

5            I then worked jointly with the expert from WGI,

6   Dr. Silva, a man that I know, to develop the supplemental site

7   investigation program.  I helped lay out that particular

8   program, the boring locations, the scope of the program, the

9   scope of the laboratory testing.

10            I then participated in the execution of that

11   program.  So that, each step of the way that was significant, I

12   was there to examine and satisfy myself that it was being done

13   to the best of standard of care we would expect.

14            I visited laboratories where testing was being

15   done on the samples.  I visited the facilities where the samples

16   that were taken, the undisturbed samples that were taken, were

17   being extruded, and I examined probably something like a quarter

18   to a third of those.  I could not be present for all of them.

19            I was present in the field when some specialized

20   tests were being done to measure the shear -- what we call the

21   shear strength of the soil, how strong is it when it's subjected

22   to a load.  And there we use something called a cone penetration

23   test.  I was there when they first started that to make sure

24   that I was satisfied with the way it was set up.

25            They did something called field convenience.  I

:49:02  1    was there when that started.

:49:03  2                And then some piezometers were installed to

:49:08  3    measure ground water pressures, and I was there to help with the

:49:12  4    installation at the beginning of those.

:49:14  5                I was also -- I own a laboratory that tests

:49:19  6    soils and rocks.  It's one of the, I'm proud to say, one of the

:49:23  7    best in the United States in terms of quality and capability.

:49:26  8    So I asked that I be allowed to test some 15 to 20 percent of

:49:31  9    the tests to be done as a bit of a quality assurance.  But, over

:49:36  10   the work that Fugro was doing, but also I'm a hands-on soils

:49:42  11   engineer, and so it's important to me to touch things, to work

:49:46  12   with the soils, to see how it behaves physically and to see how,

:49:52  13   when the soil shears and fails, just how is it behaving as an

:49:58  14   engineering material.  And so my laboratory called Geo-testing

:50:03  15   did carry those tests, and did I oversee the conduct of those

:50:07  16   tests.  That's generally the scope of my work.

:50:13  17               I then proceeded with assessment of the

:50:15  18   information and a fair number of analyses of flow and of

:50:20  19   stability.

:50:21  20               I would like to tell Your Honor that, in doing

:50:23  21   this, it's a large scope of work, and so I engaged some of my

:50:27  22   staff to help me, my superiors of work that I'm relying on the

:50:35  23   assistance of other engineers to help do the scope of work that

:50:39  24   was fairly extensive.  So now, to try to -- and I hope --

:50:42  25               THE WITNESS:  Forgive me, Your Honor, if I get too

:50:45    1    simple on some of this.  But I'm just trying to make sure that

:50:48    2    the concepts, the key concepts that are here, are clear enough

:50:53    3    to for people to understand.  And, if I'm wasting your time, let

:50:58    4    me know.

:50:59    5              Also, if there's something you don't understand,

:51:03    6    please feel free to stop me.

:51:05    7              What we show here in this diagram is a pictorial

:51:10    8    of an I-wall, a levee flood wall, made up of earthen embankment

:51:17    9    piled up above the original ground level.  And then the wall

:51:20   10    itself, which has two main components.  It has had a sheet pile

:51:25   11    that's driven into the ground and sticks up a few feet above the

:51:29   12    top of the levee.  And it has a concrete cap.

:51:36   13              And I might just say, the reason for this is that,

:51:42   14    when we pile earth -- the reason for this approach is that, when

:51:46   15    we pile earth up on these soft Louisiana clay materials, we come

:51:51   16    close to exceeding their shear strength then.  We can't pile the

:51:55   17    earth long enough to use an earthen embankment as the full flood

:52:01   18    support system.  The weight of that, if we made an embankment

:52:04   19    all the way this high, the weight of that would overcome the

:52:07   20    strength of the foundation, the soft foundation.  So they pile

:52:11   21    up as much earth as they can and they get more height by driving

:52:15   22    the sheeting in and putting a concrete wall on top of it.

:52:18   23              It also limits the width of the earthen

:52:22   24    embankment, so it will limit how much space is required to build

:52:25   25    the flood protection.

1836

:52:26    1            Key to keeping this wall upright and stable is

:52:31    2    that the earth piled out here stays in place to provide a

:52:36    3    restraint to hold this wall in place as the water forces build

:52:40    4    up on the flood side of the control structure.

:52:45    5            Without the earth out here, there's nothing to

:52:47    6    hold the wall in place, and it simply starts to rotate landward.

:52:52    7    Kind of think about it almost in a simple terms of like a

:52:56    8    post in the ground, and I've got to have earth all around that

:52:59    9    post to keep it from rotating over.  If I take away soil from

:53:02   10    one side of the post, in a for-instance, it will fall over, just

:53:07   11    like this happened here.

:53:08   12            So the failure mechanism that is involved in this

:53:12   13    overturning failure is water comes, starts over the top of the

:53:17   14    I-wall, falls down on this earthen material, starts to erode and

:53:22   15    scour it away.  The erosion trench gets deeper and deeper, to

:53:27   16    the point that the resistance offered by this earth is no longer

:53:32   17    sufficient to hold back the pressures of the water and it simply

:53:36   18    starts to rotate about some fixed point down below.

:53:47   19            The pictorial to try to illustrate this a little

:53:49   20    bit more is in this diagram, where as the flood water builds up

:53:56   21    in the canal and got closer to the top of the concrete portion

:54:00   22    of the I-wall, waves started spilling over the top, falling down

:54:05   23    on to the land side earthen embankment.  And, initially, they

:54:11   24    would fall on the grass, and the grass would protect it for some

:54:15   25    short period of time.  But, as the water got higher and the

:54:18  1    waves got bigger and water started rushing over the top of the

:54:22  2    wall, this rate of scour from this water falling down with high

:54:27  3    energy, the rate of scour increased.  And the trenches started

:54:30  4    getting several feet deep.

:54:33  5            At some point, there's simply not enough lateral

:54:37  6    restraint here pushing and holding that wall back into place,

:54:41  7    that it simply in a sudden motion rotates over.  And it may not

:54:46  8    go completely flat right away; but, within a short time, it's

:54:50  9    flat.  Water rushing over the top of it, has a shear force and a

:54:55  10   drag force that happens on the sheathing and on the concrete top

:54:59  11   and literally starts to pull it out of the ground and drag it to

:55:02  12   the land side.

:55:04  13           THE COURT:  I'm sure, later on in your testimony, you

:55:09  14   go on -- you're going to provide us with the methodology

:55:11  15   utilized to determine when the grass lifts off?

:55:17  16           THE WITNESS:  Yes, sir.

:55:17  17           THE COURT:  Thank you.

:55:18  18           THE WITNESS:  I'll address that.

:55:19  19           THE COURT:  It's a -- I happen though know how complex

:55:22  20   an issue it is for many reasons.  Go ahead.  I don't understand

:55:26  21   it yet, but I know it's complicated.

:55:28  22           THE WITNESS:  Thank you.

:55:29  23           THE COURT:  Go ahead.

:55:30  24           THE WITNESS:  This shows an aerial view taken after the

:55:35  25   failure.  And we've searched all over, and we just could not

:55:40 1   find any photographs taken immediately after the failure, and so

:55:44 2   we're doing the best we can with what we have.

:55:48 3            We found a few that was taken about some seven,

:55:53 4   eight, nine days after, and then more were taken mostly after

:55:56 5   Hurricane Rita.

:55:57 6            This aerial view shows the spectacular failure at

:56:02 7   the south breach taking up some 820 feet of I-wall.  And what's

:56:10 8   shown here is the sheet piles that have started here, you can

:56:15 9   see is rotating over and now it's completely rotated horizontal

:56:19 10  and has been pulled out of the ground.  The white colored

:56:23 11  material is the concrete portion of the top of the original

:56:27 12  wall.  And then the brownish material are the sheet piles

:56:31 13  themselves.

:56:32 14           And what's remarkable to me as an engineer in

:56:35 15  this, knowing how catastrophic all this was and how much energy

:56:40 16  was being released here, is that those sheets stayed coupled

:56:44 17  from one end to the other.  They got longer, they were stretched

:56:48 18  out.  Their original length of 820 feet was stretched to what we

:56:53 19  estimated as 244 feet.  But they stayed together.

:56:58 20           There are some interesting clues, though.  We will

:57:00 21  see that the top of this concrete is missing in places.  So the

:57:04 22  concrete portions of the I-wall -- and I wish you could see it a

:57:08 23  little closer, Your Honor -- but there are definite sections

:57:11 24  there with missing portions.  There are other locations where

:57:15 25  parts, just parts of the I-wall, are missing, of the concrete

:57:21  1    portions of the I-wall are missing.

:57:24  2              I've been asked -- back up just one.  I'll just

:57:26  3    say now.  I've been asked if I could explain why it took this

:57:30  4    particular shape.  I cannot do that.  I don't know.

:57:35  5              Next slide.

:57:38  6              This is looking down in the fail zone looking to

:57:43  7    the south.  This is Claiborne Avenue bridge.  And this is where

:57:48  8    the sheets have been pulled up and translated laterally towards

:57:53  9    the land side.  These are the sheet piles.

:57:56  10             And these sheets, Your Honor, I don't know if

:57:58  11   you're familiar with them, but they have a zig-zag shape to

:58:01  12   them.  They're like a Z.  And they couple together so that you

:58:05  13   have a corrugated type wall.  That's a very efficient way to get

:58:09  14   something that can resist bending without consuming a lot of

:58:13  15   steal.

:58:14  16             And, on top, you can see this concrete portion

:58:18  17   that was 8 feet in dimension that covered the top of these sheet

:58:22  18   piles.

:58:24  19             If we look south, we see the wall has partially

:58:29  20   rotated.  And I'm going to show you that figure closer in the

:58:32  21   next diagram.

:58:33  22             We see some evidence here that's interesting to me

:58:36  23   in trying to assess this.  I have a vertical face here.  I can

:58:40  24   see it of a few feet exposed, telling me that this is a cohesive

:58:45  25   soil, which verifies what we knew the embankment was built out

:58:49  1    of cohesive soils, and seeing these vertical faces supports

:58:53  2    that.

:58:54  3                     Next slide, please.

:58:55  4          THE COURT:  Dr. Marr, just to orient me on this

:58:57  5    slide -- and I think I know the answer -- but just somebody

:59:01  6    looking at it, the material, if you can see what -- the what

:59:07  7    appears to be concrete material to the right or to the looks

:59:13  8    like the canal side of the photograph, what is that material?

:59:20  9          THE WITNESS:  That's the fill material that was put in

:59:23  10   by the Corps of Engineers after the storm to provide protection.

:59:27  11         THE COURT:  I just wanted that on the record.

:59:29  12         THE WITNESS:  I should have pointed that out to you.

:59:32  13   And you'll see, it runs all the way down here and ties back into

:59:36  14   the unfailed portion of the wall just south of this location

:59:38  15   that we'll see in the next slide.

:59:42  16                     Next slide, please.

:59:43  17               I'm looking closer now at that section, and the

:59:48  18   wall from this point south is intact, has not rotated.  We'll

:59:53  19   see this again in the next photo a little more closely.  But

:59:57  20   here's something.  This wall is made up of 30-foot long segments

:00:01  21   of concrete that are reinforced, and they have a construction

:00:04  22   joint at the end of each one of those 30-foot long segments.  So

:00:08  23   here's a segment that's started to rotate.  This one's rotated

:00:12  24   more.  This one's rotated over quite a bit.  And it's being

:00:15  25   pulled out of the ground now by the other segments that rotated

:00:20    1    earlier and have been translated towards the land side.

:00:25    2                  So, to me, it's very important here to see this

:00:29    3    increasing amount of rotation.  Because that's telling me the

:00:32    4    sequence in which this failure is occurring.

:00:37    5                  I'll show you later just behind here is a scour

:00:41    6    trench.  And so the water pouring over the top of the wall took

:00:45    7    away the soil, and then it will start to rotate.  And, once it

:00:51    8    gets started and turns over about this amount, there's more and

:00:54    9    more water going over, and it goes flat very quickly.

:01:02   10                  Next slide.

:01:04   11                  I'm looking a little more closer, we've just

:01:06   12    turned around, we're looking at the same set of segments.  I

:01:10   13    pointed out, this one is quite a bit rotated.  We're looking

:01:13   14    back now a north a bit, Your Honor.  And this slide is very

:01:16   15    significant to me because it starts showing signs of distress

:01:20   16    that are insightful, gives me insights as to how this thing is

:01:24   17    failing, how this wall is failing.  This is rebar that is being

:01:28   18    exposed here.  And the concrete is all cracked off and it's

:01:32   19    spalling off from the rebar.  That's an indicator, a signature

:01:35   20    to me, that this wall is being stretched horizontally along the

:01:40   21    axis of the wall.  And concrete is not very good in tension when

:01:46   22    it's stretched horizontally.  It fails at a fairly low stress.

:01:50   23    And it cracks.  So this is a signature of concrete that's failed

:01:54   24    under tension.

:01:56   25                  You'll see these walls are -- that's okay, you can

| | | |
|---|---|---|
| :02:01 | 1 | go to the next one -- this is looking at the north end.  The |
| :02:04 | 2 | north end of the south failure.  Similarly, we see concrete |
| :02:09 | 3 | that's quite distressed.  It's been popped off, the rebar is |
| :02:13 | 4 | being exposed.  Here's where the concrete is in severe distress. |
| :02:19 | 5 | What's happening is that, as this wall gets pulled |
| :02:22 | 6 | in tension, the concrete just cannot take that tension and it |
| :02:27 | 7 | starts to fall away, spalling. |
| :02:31 | 8 | Also, you'll see here this portion has not rotated |
| :02:34 | 9 | very much.  This 30-foot segment has started and rotated more, |
| :02:37 | 10 | more, more as we move towards the south. |
| :02:41 | 11 | Next slide. |
| :02:44 | 12 | That's just looking quickly at the south, this is |
| :02:46 | 13 | at the north breach.  And this was different.  I told you that |
| :02:53 | 14 | the sheeting stayed intact at the south breach.  Here, it came |
| :02:58 | 15 | apart.  And it's coughed here with debris.  But we think this is |
| :03:01 | 16 | about the end of the sheeting and that this originally connected |
| :03:04 | 17 | up to this point. |
| :03:07 | 18 | Back up just a second for a little bit more on |
| :03:11 | 19 | that.  I'm sorry. |
| :03:12 | 20 | We see here that the wall came lose, it went |
| :03:16 | 21 | horizontal and then it got flipped, because now the bottom of |
| :03:20 | 22 | the sheets are way over here and the top or the concrete portion |
| :03:25 | 23 | is this part here.  And you'll see a section right in here |
| :03:28 | 24 | that's missing concrete.  And there's also sections along here |
| :03:32 | 25 | where the concrete's broken completely away, disintegrated away |

:03:36   1    from the wall.

:03:37   2              There's also indication here now of this failure

:03:43   3    sequence as it's developing to the south.  You will see a little

:03:46   4    bit of rotation here, and I'll show you this better from another

:03:49   5    angle.  This segment, 30-foot segment's, rotated more.  This

:03:53   6    one's rotated more.  This is more.  This is the sequence of

:03:56   7    failure that's showing of this progression of the wall failing

:04:00   8    as the scour gets deeper and deeper.

:04:02   9              THE COURT:  Are you saying that the progression of

:04:07   10   failure -- and I know you're going to get into this later --

:04:11   11   commenced at the north end of the north breach and moved

:04:15   12   southward, or am I incorrect?

:04:17   13             THE WITNESS:  You're correct, Your Honor.

:04:19   14             THE COURT:  Thank you.

:04:19   15             MR. OWEN:  This one, the length stretched from the

:04:24   16   original 210 foot length that we measured from this end where it

:04:30   17   failed or came apart, down to here it, stretched out to 236

:04:35   18   feet, telling us that these zig-zag shaped sheetings got

:04:39   19   stretched by some 26 feet along that length.

:04:42   20             Next slide.

:04:49   21             I showed you from the aerial view before these

:04:51   22   segments that were rotating.  Here, we actually see-- and, the

:04:54   23   next slide, I'll show you a little more detail -- but you see

:04:58   24   some vertical lines here.  These are the segments.  And even one

:05:01   25   of them is rotating a little bit more.  And, the way the sun is

:05:04  1   shinning, it's leaving a shadow here to tell me that there is a

:05:07  2   bit of displacement, difference in displacement at that

:05:10  3   construction joint.  So this one's rotated more than this one

:05:13  4   and leaving the shadow from the sun.  We'll see that a little

:05:16  5   more closely.

:05:18  6          THE COURT:  I see it.

:05:18  7          MR. OWEN:  You can see from what's here, Your Honor,

:05:21  8   that this is rotated around somewhere from 120 degrees, as

:05:25  9   pretty much a plane that's just started to turn over.  This one

:05:29  10  is more, and then this one's out about 45 degrees maybe, and

:05:33  11  these are gone completely flat.  And, like you asked me for the

:05:38  12  south breach, this is the fill that was put in by the Corps and

:05:41  13  a temporary dike to provide protection.

:05:43  14         THE COURT:  Yes.

:05:44  15         MR. OWEN:  Next slide.

:05:48  16          This is looking a little more closely at the south

:05:50  17  breach.  I think you can see a little bit more clearly, Your

:05:52  18  Honor, the points at each one of these 30-foot segments where

:05:58  19  this one had rotated a little bit more than that one.  So

:06:00  20  there's a failure sequence underway further to the south here

:06:05  21  that stopped.  And I'll explain why I think that stopped.

:06:11  22          Next slide.

:06:13  23          This is looking at that south end of the north

:06:16  24  breach at those rotated segments we were just looking at.  And,

:06:20  25  like I showed you, north-south breach, again, for evidence to me

:06:23  1   here that this concrete I-wall was subjected to large tensile

:06:29  2   forces that will cause it to crawl and to spall off.

:06:33  3                  And next slide.

:06:36  4                  And then this is the north end where the wall

:06:39  5   actually broke free.  And this part stayed in place.

:06:46  6                  This turns out to be -- and I'll go into this in

:06:50  7   more detail -- a location where a newer section of wall was

:06:54  8   built and connected to the older section of wall.  And that

:06:58  9   joint occurred right at this location.

:07:05  10  You already correctly pointed out earlier, this is

:07:08  11  the pump house where Mr. Villavaso stood in the door and watched

:07:14  12  to observe this failure occur.

:07:18  13                 And this is a piece of sheeting, two sheets

:07:22  14  really, that we'll talk about some more.  I'm going to show you

:07:25  15  some pictures.  This sheet, this one and this one, were

:07:29  16  extracted and kept in a storage yard, and we were able to look

:07:34  17  at that much more carefully.

:07:37  18                 Next slide.

:07:39  19                 This is just a little more close-up of the last

:07:41  20  slide showing that newer northern wall.  And it lost three or

:07:46  21  four inches of the end of it in this what is really a structural

:07:50  22  failure of the wall here.  We've got concrete that has been

:07:54  23  sheared off, rebar sticking out of it.

:07:58  24                 But the important thing I wanted to show in this

:08:01  25  section of newer wall has no cracks in it.  So the concrete wall

:08:07    1    continued right down.  The part that was that originally was on

:08:11    2    the right side of the diagram would have been the older wall.  I

:08:15    3    showed you cracks in it.  This newer wall remained uncracked.

:08:20    4    Indicating that it had more resistance to the forces or for some

:08:25    5    reason saw less force than the part to the south.

:08:28    6              THE COURT:  Did that have anything to do with the depth

:08:30    7    of the sheet pile there which are considerably more than the

:08:34    8    depth of the sheet pile --

:08:36    9              THE WITNESS:  Your Honor, I think you understand a lot

:08:38   10    of what's going on here.

:08:39   11              THE COURT:  Well, I've had a bit of exposure to it.

:08:43   12              THE WITNESS:  So I understand.  That's why I walk a

:08:46   13    little bit of a dance here between boring you.

:08:48   14              THE COURT:  Oh, no, no.  It's important for you to get

:08:51   15    everything as clearly as possible into this record.

:08:53   16              THE WITNESS:  Thank you.

:08:55   17                   Next slide.

:08:57   18                   That's looking at the same 30-foot segment of new

:09:01   19    wall from the other side.  Again, in very good shape, no cracks.

:09:06   20                   There is some damage here where I showed you the

:09:09   21    separation occurred and some spalling that occurs here

:09:14   22    indicating what would be a pretty normally an explosive type of

:09:19   23    concrete that would make some sound.

:09:21   24                    This white that you see here is just exposed

:09:24   25    concrete.  It's not distressed concrete.

```
:09:27   1              There is Mr. Dunbar's famous cooler.  You will
:09:33   2   note that he took this photograph.
:09:35   3              And I guess, Joe, you got the date right, because
:09:38   4   it says October 10th.  Tried to date all the photographs.
:09:43   5              Next slide.
:09:44   6              So this gets -- you were ahead of me, Your Honor.
:09:48   7   And, as we go looking at what was going on here, what really
:09:54   8   existed prior to the failure, this is an attempt by us to sketch
:10:00   9   a three-dimensional view of that area.  So this segment on the
:10:05  10   left is showing a wall that I referred to as the 1969 design.
:10:12  11   And construction of that wall occurred in the 1966 to '69 era.
:10:19  12   So I just refer to it simply as 69.
:10:23  13              And then, the 80 wall, that was built later, and
:10:26  14   was just had one segment here in this north-south run.  It's
:10:30  15   about 30 feet long.  And then it turned, made a right angle and
:10:34  16   went off to the west.
:10:38  17              That turn, Your Honor, is very significant.  I'm
:10:40  18   sorry it doesn't show up in this slide very well.  It got greyed
:10:43  19   out.  But that acts as really a restraint to help hold this wall
:10:49  20   from moving landward.
:10:53  21              So there are two things.  You picked up on one.
:10:55  22   The longer sheets that are about 34-feet long compared to the
:11:01  23   1969 wall where the sheets were about 19.5-feet long.  So the
:11:06  24   longer sheets help provide more resistance, more strength.
:11:10  25              But the wall turning in this corner, going back,
```

:11:14   1   also provides a lot of restraint and really essentially pins

:11:17   2   this corner from any type of horizontal deflection.

:11:21   3              This construction detail results in what we call

:11:25   4   the inception of two different types of designs.  And such

:11:31   5   intersections are always problematic for us because we have

:11:35   6   something that's stronger carrying a certain force being

:11:38   7   transmitted to something that doesn't have as much strength, so

:11:42   8   there's going to be a concentration of force exchanged that goes

:11:46   9   on here that can create problems.

:11:50   10              Next slide.

:11:52   11              And this is an attempt to try to show with a

:11:55   12   three-dimensional sketch as what we think -- what I think

:11:59   13   happened, water built up and started to just started to have

:12:06   14   some waves coming over.  I'll show you later that we think this

:12:10   15   failed just about the time the surge got to the top of the wall,

:12:14   16   and simply too much force from the water and too little soil

:12:21   17   resistance over here, allowed this section of the wall going all

:12:26   18   the way down to the south to translate landward, to want to

:12:32   19   translate landward.  But this stiffer section up here, having

:12:36   20   longer sheet and also having more earth piled up against it on

:12:39   21   the land side, didn't want to move.  So now I've got something

:12:42   22   that's pulling on something.  If something's trying to move,

:12:46   23   pulling on something that doesn't want to move, creates a force

:12:49   24   concentrating here, it caused a tear in the sheet piles here

:12:52   25   that we'll look at later.  It caused them to stretch.  When they

:12:56  1  stretched, they caused this section of the concrete to crack up

:13:01  2  badly, to break-away or to break, as we've tried to show here.

:13:06  3  That allowed water to gush through here, scour away the soil.

:13:09  4  And now we've got an overtopping scour overturning type failure

:13:16  5  mechanism that's developing that works its way to the south.

:13:19  6        So the triggering action here was the structural

:13:21  7  failure that occurs due to high forces from soil and water

:13:27  8  pressures pushing against the wall.

:13:32  9        Next slide.  That kind of tries to present, Your

:13:35 10  Honor, just in a pictorial terms, my view of why it failed.  Now

:13:40 11  I want to go into a segment on the scour and that the removal of

:13:46 12  soil from the protected side.  And I've got a series of

:13:51 13  photographs here starting, and we've got a legend here to try to

:13:55 14  help us orient ourselves.

:13:58 15        Over here, we show an aerial view looking down on

:14:01 16  the I-wall.  And I sketch on here the location of the south

:14:07 17  breach, and up here is the north breach.  Florida Avenue is up

:14:13 18  here to the top part of the slide.  Claiborne Avenue is down

:14:17 19  here, just so you're oriented.

:14:20 20        And this blue arrow is showing where -- roughly,

:14:24 21  where this photograph was taken.  And the angle at which the

:14:27 22  camera was aimed.

:14:31 23        And here we see evidence that the grass is gone

:14:36 24  and soil has been removed down to what we estimate to be around

:14:42 25  eight inches to a foot.  And we're doing that estimation by

:14:46  1   running a discoloration line on the concrete.  When it gets

:14:52  2   covered with soil, it colors differently or wears differently.

:14:57  3   Tends to be lighter and not as dark as the exposed face.

:15:01  4            We can also look at kind of what shape of this lip

:15:04  5   here is, gives us a way to estimate the depth.

:15:08  6            We actually do this by taking the photograph,

:15:11  7   putting into a CAD system.  And we know this dimension from the

:15:15  8   top here to here is 3 feet.  And so that gives us a way to scale

:15:19  9   each of these diagrams to help pick off an approximation of what

:15:26 10   the depth of scour is.

:15:28 11            At this point also shown on this diagram, the top

:15:31 12   of the wall is at an elevation of 13.4 feet.  And, as we're

:15:37 13   going to see, that elevation varies as we go up along the length

:15:41 14   of this wall.

:15:42 15            THE COURT:  Dr. Marr, just -- and I think you talked

:15:47 16   about it -- but just to make it a little bit clearer.  The

:15:51 17   photograph that I'm looking at, which is taken on October the

:15:57 18   10th -- October the 6th --

:16:00 19            THE WITNESS:  Yes.

:16:02 20            THE COURT:  It shows a scour trench.  And then, looking

:16:07 21   towards the bridge, and that is the -- what bridge is that?

:16:14 22            THE WITNESS:  That's the Claiborne bridge.

:16:16 23            THE COURT:  That's what I thought, the Claiborne

:16:19 24   bridge.  Why does the scour trench abruptly end?  It looks like

:16:25 25   it does, and you can tell me.

:16:27  1              THE WITNESS:  Right there.

:16:28  2              THE COURT:  Yes, sir.

:16:29  3              THE WITNESS:  Good question, Your Honor.

:16:31  4                   This points out one of the complexities of scour

:16:35  5     in that we have variables going on that effect how much scour

:16:42  6     occurs.  One big variable is the soil conditions that are

:16:47  7     underneath the grass cover here.  They vary in composition,

:16:54  8     degree of compaction, how many that have been cracked by drying.

:16:59  9     If you've ever walked in these levees or had a chance to walk

:17:02  10    along them, in the dry weather, this cracks will shrink and

:17:06  11    develop big cracks that go down a half inch wide or so and go

:17:11  12    down.  They'll have flaws in them from ants, and the grass cover

:17:15  13    itself will vary.  Some spots, it will be very good with very

:17:19  14    good root penetration; other spots, it won't be quite so good.

:17:24  15    And so we'll get -- and we see this, if you look a lot of the

:17:29  16    photographs of erosion occurring during Katrina, you'll see

:17:33  17    areas where there was quite a bit of erosion, and then next to

:17:36  18    it it would not be much erosion at all.  And that's just the

:17:42  19    variability of the grass cover, underlying soil, partly

:17:45  20    composition and density and structure of it.

:17:48  21             THE COURT:  Thank you.

:17:49  22             THE WITNESS:  I'm glad you pointed this out because it

:17:51  23    shows really the complexity of trying to accurately forecast

:17:54  24    depth of scour.

:17:56  25                  Next slide.

| | | |
|---|---|---|
| :17:59 | 1 | Here, we're going a little bit more to the north, |
| :18:01 | 2 | and we'll see a scour trench that's a little bit more developed. |
| :18:05 | 3 | It's wider.  A little bit deeper here.  We estimate a foot and a |
| :18:05 | 4 | half. |
| :18:10 | 5 | Next slide. |
| :18:14 | 6 | This is looking along just at the south end of the |
| :18:19 | 7 | wall looking to the west.  Again, more developed, the trench is |
| :18:25 | 8 | getting deeper and wider. |
| :18:26 | 9 | I'm just showing you these to give you the |
| :18:28 | 10 | impression, Your Honor. |
| :18:30 | 11 | Next slide. |
| :18:33 | 12 | We're now up along the 4,000 foot long length of |
| :18:38 | 13 | the wall.  We're south of the south breach, looking down towards |
| :18:41 | 14 | Claiborne Avenue again. |
| :18:43 | 15 | And now you can see the scour is getting deeper. |
| :18:45 | 16 | This is the bottom of the concrete portion of the I-wall.  And |
| :18:49 | 17 | this turns out to be about below that we see -- you see this |
| :18:54 | 18 | dark stuff, but hidden in here is the sheet piles.  And, from |
| :18:59 | 19 | that photograph, we estimate that the depth of scour is about 4 |
| :19:03 | 20 | feet. |
| :19:06 | 21 | Next slide. |
| :19:07 | 22 | And I would just say, too, at this location, Your |
| :19:10 | 23 | Honor, the top of wall now is down to 12.6 feet. |
| :19:15 | 24 | THE COURT:  Yes, sir. |
| :19:17 | 25 | THE WITNESS:  This is some data that confirms that |

:19:20  1    we're picking up that scour trench depth off of these

:19:23  2    photographs reasonably well.

:19:26  3              There was LiDAR readings, it's a very

:19:30  4    sophisticated surveying system that was run by the USGS in 2005

:19:35  5    right after Katrina.  And they were provided that data set from

:19:39  6    which we were able to go at certain locations and pull off the

:19:45  7    top of ground.

:19:47  8              The elevation here isn't very accurate, so it

:19:50  9    doesn't tie in exactly to the common reference we're using

:19:54  10   because they were in a big hurry and they were just trying to

:19:57  11   get profiles.  So this number isn't exactly correct and

:20:01  12   relative.  But the difference is correct.  It tells me that the

:20:04  13   distance from the top of the levee embankment down to the bottom

:20:09  14   of the scour trench was about 4 feet, and that's what we got off

:20:12  15   the photograph as well.

:20:14  16             Next slide.

:20:17  17             Going just a little bit further north, and again

:20:20  18   another location, scour about 4 feet deep, the wall has come --

:20:25  19   top of the wall is down around 12.5 feet.

:20:29  20             Next slide.

:20:31  21             And now we're turning around and looking towards

:20:35  22   the south end of the breach.  Can't quite see it here but it's

:20:40  23   right up here.  Here we're estimating a depth of the scour

:20:44  24   trench of about 3.5 feet.  We have a nice reference keel here,

:20:50  25   this turns out to be Dr. Bea, I believe.  And this is the

:20:53 1  original earth height.  And, you know his height, so you can

:20:57 2  make your own estimate of how deep that might be.

:21:01 3                Next slide.

:21:01 4                This is the south end of the breach of the south

:21:07 5  breach.  And there is a big void in here.  It's a little hard to

:21:10 6  see the way it projects, but there's enough evidence in there to

:21:13 7  allow us to estimate a scour hole in there of about 4.5 feet

:21:18 8  deep.  And, so, just south of here, we think the evidence is

:21:22 9  that the scour trench was 4.5, on the order of 4.5 feet deep.

:21:32 10               And the top of the elevation of the top of the

:21:34 11 wall here was down to around 12.4 feet.

:21:38 12               Next slide.

:21:41 13               And we also had a LiDAR profile that we could pull

:21:44 14 off there, and we got about 5 feet.

:21:47 15               So, you see, Your Honor, the point of the

:21:49 16 photographs is not to give you a real precise number but a rough

:21:54 17 indicator to a foot for so of what the scour depth could have

:21:54 18 been.

:21:59 19               Next slide.

:22:01 20               This is north of the south breach.  Same kind of

:22:04 21 process here.

:22:06 22               This is someone with a carpenter's ruler stuck in

:22:09 23 there, but we can't really see it well enough.  We went ahead

:22:13 24 and stated about a 3 foot depth of scour.  And you can see

:22:17 25 here's the north end of the south breach.  So we're just north

:22:20  1   of that.

:22:21  2              Next slide.

:22:23  3              And, turning around looking the other way,

:22:25  4   estimating about 4 feet of scour along this section of the wall.

:22:29  5   It hasn't failed.

:22:32  6              Next slide.

:22:35  7              We'll just work our way up here and we'll run

:22:37  8   these pretty quickly.  I think you get the point that there is a

:22:41  9   scour trench along this entire length, a little bit -- varies

:22:49  10  somewhat in depth.

:22:51  11             Go ahead.

:22:52  12             Another confirmation from the LiDAR that what

:22:55  13  we're picking off is about right, 3.5 feet of scour.  So not

:23:02  14  that's what we had.  It's becoming a little bit less as we go

:23:05  15  further north.

:23:06  16             Next slide.

:23:08  17             We're up here now, starting to get into the area

:23:12  18  north breach.  About 4.5 feet of scour here.

:23:18  19             Water height is about 12.4 feet.

:23:21  20             Next slide.

:23:23  21             Now we're almost up to the north area.  We've

:23:27  22  turned around this photograph is looking south.  And this is a

:23:31  23  scour trench.  And this is the lip of the scour trench.  So the

:23:37  24  water's poured over here, washed away all of this soil, turned

:23:41  25  this up in a violent motion hereby.  This soil gets tossed up

:23:45   1   and you can actually see some of the residue of that soil as it

:23:48   2   gets tossed up and deposited on the side here.

:23:51   3          At this point, we estimate this trench is about

:23:54   4   4.5 feet, and the top of the wall is about 12.5 feet.  And

:23:58   5   you'll see a little bit of a difference in there.  That's a

:24:00   6   construction joint.  And you'll see this piece, this segment is

:24:03   7   displaced to the land a little bit more than this one.

:24:06   8          And you'll also see some indications here of not a

:24:10   9   straight line in this section of the levee.  This part has

:24:12  10   started to rotate out some.  It did not fail, but it's started

:24:15  11   to rotate.  This is rotated a little bit more than this.

:24:19  12          So the sections of this wall that did not fail

:24:23  13   that were very close to failure.

:24:27  14          Next slide.

:24:29  15          Here is looking at that erosion trench again from

:24:32  16   the aerial view, and you see the green grass, and then there's

:24:36  17   the dark line that indicates the shadow.  So that's just the lip

:24:39  18   of the outside edge of that erosion trench.  As it gets here

:24:43  19   further north, it gets wider which suggests it also was deeper.

:24:47  20   And notice kind of a quick transition, Your Honor.  It's not a

:24:51  21   gradual thing.  There was something different about either the

:24:54  22   soil composition or the grass cover that we got a step increase

:24:58  23   in how much scour would have developed here.

:25:04  24          And, if I could ask the video person, if you could

:25:06  25   possibly take a straight line and connect from the wall right at

:25:11  1    that point to the wall right at this point.  I failed to get

:25:15  2    this on to the diagram.  Is that possible.

:25:18  3            MR. SMITH:  Excuse me, Your Honor.  If we could remind

:25:22  4    Dr. Marr, you can kind of indicate that using your touch screen.

:25:25  5            THE COURT:  That's true.

:25:26  6            THE WITNESS:  The problem is my finger is not very

:25:29  7    steady and it does not work too well.

:25:31  8            THE COURT:  We may be able to give you a stylus and

:25:34  9    we'll just do the best we can.  If it doesn't work -- we did

:25:37  10   have a stylus for this.

:25:40  11           THE WITNESS:  See the line is really -- those are the

:25:43  12   two points I want to try to connect.

:25:44  13           THE COURT:  You can do the best you can.  If you don't

:25:47  14   like it, we won't use it.

:25:53  15           THE WITNESS:  That one didn't work.

:25:55  16           THE COURT:  Stylus didn't not work?

:26:00  17               That's really a straight line there.  Pretty good.

:26:04  18           THE WITNESS:  I think someone gibbled with it.

:26:07  19               But, when I tried to show here -- and you can take

:26:09  20   my exhibit and take a piece of paper and lay down on top of it

:26:13  21   yourself, but you'll see that this wall starts to deviate away

:26:17  22   from that line right about here.  And, the further we come up,

:26:20  23   the more that wall has rotated out.

:26:23  24               The line is meant to indicate -- originally, this

:26:27  25   wall was straight, connecting that point to the point up here.

```
:26:31   1   And so the wall from this point up has started to rotate
:26:34   2   outward.  It's rotated more and more and more, and now we're
:26:37   3   here in full failure.
:26:38   4              THE COURT:  I understand.
:26:39   5              THE WITNESS:  This, to me, is a very, very key
:26:41   6   information.  Don't have to do much more analysis than to look
:26:44   7   here, Your Honor, and see clear visible evidence of an
:26:48   8   overturning failure in the -- well into the stages of
:26:53   9   developing.
:26:53  10              THE COURT:  Want to print that, please.
:26:56  11                 Mr. Smith, do you want it printed?
:26:58  12              MR. SMITH:  Yes, Your Honor.
:26:59  13              THE COURT:  I would like it as well.
:27:00  14              MR. SMITH:  I'd appreciate it, thank you.
:27:02  15              THE COURT:  And you can label it however you want.
:27:04  16              MR. SMITH:  We'll label it with the letter A.
:27:07  17              THE COURT:  Yes.  And that's --
:27:10  18              MR. TREEBY:  36A.
:27:11  19              MR. SMITH:  36A.
:27:13  20              THE COURT:  Thanks.
:27:25  21                 Just to let you know, when I turn over here, I'm
:27:27  22   not looking at the line on football games, I'm looking at the
:27:33  23   realtime and making marks and notes so that I can recall some of
:27:40  24   the testimony.
:27:43  25                 All right.
```

:28:02  1          MR. SMITH:  Let's go to the next slide, please.

:28:07  2               How do I get rid of that line now?  I don't want

:28:11  3  it anymore.

:28:24  4               I showed you several photographs, Your Honor, with

:28:27  5  different depths of scour and different top of the wall

:28:31  6  elevation of the top of the wall.

:28:33  7          THE COURT:  Yes.

:28:33  8          THE WITNESS:  And I find it kind of distinctive to pull

:28:37  9  those together, this a diagram here, where this shows the top of

:28:41  10  the wall, the elevation of the top of the wall.  And along the

:28:44  11  Y-axis, it shows the depth of scour that we pulled off of those

:28:48  12  photographs.  And supplemented with the LiDAR survey or trench

:28:55  13  depths.  Although I didn't put the LiDAR on here.  Just forgot

:28:59  14  about it.  Never thought about it, really.

:29:01  15               We have 12 data points that show at different

:29:05  16  heights of wall.  And that's pretty interesting, Your Honor, to

:29:08  17  see -- you know, this just strictly came out of one of our

:29:14  18  engineers picking off those data points, putting off the

:29:17  19  photographs and getting them checked.

:29:19  20          THE COURT:  So these all various of depths -- maybe

:29:23  21  make an estimate, let's say 13.4 feet to 12.4, something like

:29:28  22  that?  You might tell me what it is.

:29:29  23          THE WITNESS:  I think I might have not been clear.

:29:31  24  There is the elevation of the top of the wall.

:29:34  25          THE COURT:  That's what exactly I mean.  That's what

```
:29:36   1   I'm talking about.
:29:36   2          THE WITNESS:  And we're going to get into it that in a
:29:38   3   moment, that the wall wasn't at a common height.  It had settled
:29:43   4   differently.
:29:44   5          THE COURT:  Right.
:29:44   6          THE WITNESS:  So the highest portion of the wall we
:29:46   7   have is about -- it was originally, in this datum, it was
:29:49   8   originally constructed to 13.55 feet.
:29:52   9          THE COURT:  Okay.
:29:53  10          THE WITNESS:  And the lowest part is up in the north
:29:55  11   where it got down to about 11.3 feet at the lowest point.
:30:01  12          So the north breach was -- if we knew what it was
:30:04  13   there, the top of the wall was here, it would have plotted here
:30:09  14   south breach, south breach was around 12.1.  See we have no data
:30:12  15   points in that region because the wall failed and there was
:30:18  16   nothing we can measure.
:30:19  17          THE COURT:  Realtime data points, you might be able to
:30:22  18   get what it was built as, but you don't have what it was at the
:30:26  19   time of the failure.
:30:27  20          THE WITNESS:  That's right, Your Honor.
:30:28  21          THE COURT:  All right.
:30:28  22          THE WITNESS:  One of the things, if you're interested
:30:31  23   in this new monitoring system that we are building for this
:30:34  24   state, is to actually put in more realtime monitoring
:30:37  25   capabilities to supplement or augment, give us more information
```

:30:42  1   on how these things behave.

:30:44  2          But there's a nice trend there that would be

:30:47  3   expected that, you know, as the water comes up, it starts

:30:51  4   spilling over the low parts of the wall.  So there's more time

:30:54  5   and more water that goes over a wall at that elevation 12.5 and

:31:01  6   causes more scour, deeper scour, than a wall that's higher.

:31:09  7          Next slide, we'll skip this one.  I don't need

:31:12  8   this one.

:31:32  9          We were able to find some data on the top of the

:31:39  10  wall, at different times.  This was not available to IPET, as

:31:47  11  best I can tell.  And, so, in the IPET report and also the ILIT

:31:53  12  report, there is an assumption that the top of the wall was a

:31:56  13  constant elevation 12.5 all the way from the southern end of the

:32:00  14  wall to the northern end corner where the north breach occurred.

:32:06  15  And the assessments that had been done up until we looked at

:32:10  16  this, had been a constant height of wall.  I think that's right,

:32:15  17  a correct statement, that's my impression.

:32:19  18          We were able to find that the levee board had at

:32:22  19  different times had surveys done by a team that would go out at

:32:29  20  fixed marks along the top of the wall and give us the elevation.

:32:34  21  And so, in 1991, they did a survey, and this is the yellow lines

:32:42  22  here, telling us what the elevation of the top of the wall was.

:32:45  23          In 1996, they repeated that, and the blue clear

:32:52  24  gives us the elevation of the top of the wall.

:32:54  25          The fact that it's lower is indicating that

:32:56   1   between 1991 and 1996 the wall settled.

:33:02   2                    And then, in 1999, they got another -- had another

:33:06   3   survey, and that's the purple line.

:33:10   4                    So, as geotechnical engineers, this is confirming

:33:13   5   something we know; that, when we build the levee, we build it to

:33:18   6   a certain elevation.  In this case, it was built to 13.55.  But

:33:22   7   these very soft compressible soils over time consolidate under

:33:28   8   the weight of the new levee fill and they settle.

:33:33   9                    And, as you probably know, Your Honor, also here

:33:35   10  in New Orleans, there's general ground subsidence, and that's

:33:38   11  also picked up in the change in elevation here.

:33:43   12                    So, over time, we're getting levee settlement and

:33:45   13  ground subsidence.  And so, in effect, parts of this wall are

:33:52   14  one to two feet below the original construction top of the wall.

:34:01   15                    Interestingly, there are two points that represent

:34:04   16  really the lowest top of the wall, and they coincide with the

:34:08   17  south breach and the north breach locations.

:34:14   18                    Couple of messages come out of that.  More

:34:16   19  settlement means more compressible soils.  Means somewhat softer

:34:22   20  soils beneath the section that's settling more.  The same over

:34:22   21  here.

:34:28   22                    Soft and more compressible.  That's something to

:34:31   23  try to remember.  And I'll try to remember by myself -- remind

:34:34   24  myself to come back and discuss that a little later.

:34:38   25                    There are a couple of question marks that were put

:34:42   1    on here, Your Honor, of data points that don't seem to follow

:34:46   2    trend.  We've spoken with the lead man over these surveys and

:34:52   3    he's explained to us the mechanisms or mechanics of how they do

:34:57   4    this would have presented the opportunity for the surveyor to

:35:01   5    have made an error in those entries.

:35:03   6              THE COURT:  For example, I'm looking at the yellow

:35:05   7    line, which is the 1991 levee, and it's lower than the 1996,

:35:15   8    meaning it would have uplift?  So that has to be -- at what

:35:19   9    point?  At one point it looks like --

:35:21  10              THE WITNESS:  This point right here.

:35:22  11              THE COURT:  Yes, sir.

:35:23  12              THE WITNESS:  Yes.  So that doesn't make sense; does

:35:25  13    it?

:35:25  14              THE COURT:  No, it doesn't.

:35:27  15              THE WITNESS:  It would have settled more and come back

:35:31  16    up.

:35:31  17              THE COURT:  It's certainly counter-intuitive so the

:35:35  18    Court will concede it an aberration or a mistake.

:35:39  19              THE WITNESS:  Next side.

:35:41  20              So the summary from that very important data is

:35:43  21    that the wall was not at a constant top elevation.  That, at the

:35:48  22    south breach, it was low lower than previously thought by about

:35:53  23    four-tenths afoot.

:35:55  24              At the north breach, it was low, by about 1.2

:36:00  25    feet, than had been previously thought.

:36:03  1          And then, in terms of design grade at the south

:36:05  2  breach, the top of the wall was about 1.48 feet below the

:36:09  3  original design elevation.  At the north breach, it was 2.2 feet

:36:14  4  below the original design elevation.

:36:18  5          Next slide.

:36:19  6          So let's look a little bit at the overtopping.

:36:22  7  It's enough, Your Honor, to look at the -- in my mind, it's

:36:27  8  enough to look at the diagrams and the data that I've given you

:36:30  9  on depth of scour to tell me or to give me information to go

:36:35  10  into calculations to show that these walls would fail by

:36:39  11  overturning.  But I did want us to see if we could look a little

:36:45  12  bit more in detail at modeling this to give us more insight on a

:36:51  13  couple of things that were important.

:36:54  14          One of those was that we have tail water

:36:58  15  developing during this storm.  Once the breach occurs, and water

:37:02  16  starts coming inside, it actually gets up over the top of that

:37:06  17  earthen embankment and it starts slowing down the scour rate

:37:10  18  here.  Right?  So that a wall that hasn't failed by the time

:37:14  19  this water comes up is probably not going to fail because it's

:37:19  20  -- the scour's not going to continuing to go deeper.

:37:23  21          And so we put this model together to try to tell

:37:26  22  us how would this rising water inside the Lower Ninth Ward slow

:37:32  23  down and stop this scour depth and help us to understand why

:37:35  24  some of these walls, even though they had scour trenches in

:37:40  25  front of them they didn't completely fail.

:37:44   1          Next slide.

:37:46   2          They did not fail.

:37:48   3          So, again, what we did was take known principles

:37:51   4   of soil scour including some methods done by the Corps of

:37:57   5   Engineers and then some research work done at Texas A&M and a

:38:02   6   result of the Katrina failures and integrated that with one of

:38:05   7   my staff members, Dr. Gorindasamy, who did his Ph.D. at Texas

:38:12   8   A&M, did scour testing for the ILIT team, to come together with

:38:16   9   something that would allow us to calculate very roughly what the

:38:20   10  depth of the scour might be and how things like the height of

:38:25   11  the wall, the duration of overtopping and the rising wear on

:38:30   12  land side would affect scour.

:38:40   13          This is a result, and this is the same kind of

:38:43   14  plot I showed you earlier of the measure depths of scour versus

:38:48   15  top of elevation.

:38:48   16          THE COURT:  Yes, sir.

:38:49   17          THE WITNESS:  And so, it turns out that, in doing this

:38:53   18  calculation where we're trying to say if the walls didn't fail,

:38:58   19  how much scour would we expect to see, it is very sensitive to

:39:04   20  the soil condition.  So, if it was all sand over there, you can

:39:06   21  see readily -- that's not on this diagram; but, if it was all

:39:10   22  sand, it would scour away really fast.  If it was asphalt

:39:14   23  topping or concrete, it wouldn't scour at all.

:39:16   24          Well, it turns out what we have is clay.  And it

:39:23   25  was described in the original construction documents that it

:39:30  1   would be a fat clay.  But, as we were modeling this and we were

:39:37  2   thinking about the fact that this clay has cracks in it and has

:39:44  3   had some indications of distress in the past, it's not in a good

:39:49  4   clean original shape that it was placed down, we felt it was

:39:52  5   going to behave more like not a fat clay which is a high

:39:58  6   plasticity clay but Dr. Gorindasamy felt it would play for a low

:38:08  7   plasticity clay.  So there were a bunch of tests run by Texas

:40:10  8   A&M including data run on Katrina soils to gets rates of

:40:16  9   absorption for different types of soil, and we picked off those

:40:18  10  data for low plasticity class to make this plot.  And we did a

:40:22  11  perimetric study here.  So, if it was more erodible plasticity,

:40:27  12  average plasticity the less erodible.

:40:32  13          And, if you look, let's see, this is attempting to

:40:36  14  show at the south breach where the wall was 12.1, if the soil

:40:42  15  worked or behaved more like a more erodible low plasticity clay,

:40:48  16  this model would predict about 25 feet of scour.

:40:51  17          Now, I've been criticized for this diagram and for

:40:56  18  this calculation.  Dr. Bea, I believe I heard him say on the

:40:59  19  stand here the other day that he walked the trenches and he was

:41:04  20  certainly that this was a fat clay.  He described some device he

:41:09  21  carried with him called a torvein that he used to measure the

:41:13  22  consistency of the clay.  A torvein does not tell me whether

:41:17  23  it's fat clay or low plastic clay.  It tells me some idea of the

:41:21  24  strength but it doesn't tell me plasticity.

:41:25  25          He described tasing the soil to see whether it was

:41:27  1    gritty or not.  And then grinding it between his teeth.  That

:41:31  2    doesn't describe plasticity.  That tells me whether it has silt

:41:35  3    or sand in it.

:41:36  4              And so we didn't really find that convincing to

:41:39  5    argue against this the validity of this work.

:41:44  6              So what I did was go back and look at some work

:41:47  7    Dr. Bea had done on erosion rates as he reported in his Robinson

:41:53  8    case expert report, Appendix C.  And he gives a figure in there,

:41:58  9    which I won't bore Your Honor with, but you can go look it up if

:42:03 10    you're really interested.  He classifies the soils in the EBIA a

:42:07 11    medium erodibility type, and that's exactly what we used to

:42:13 12    produce these models, these calculated results.

:42:18 13              And so I am not convinced that -- I've not been

:42:21 14    convinced that Dr. Bea has found a flaw.

:42:24 15         THE COURT:  I'm sure I'm following the basic point,

:42:27 16    that once failure occurs the scouring behind on the land side of

:42:39 17    the wall that's not failed becomes less accelerated or it

:42:48 18    becomes less.

:42:49 19         THE WITNESS:  Yes, Your Honor.  As the flood water

:42:51 20    starts coming up inside the Lower Ninth Ward.

:42:57 21         THE COURT:  And the basic reason for that is ...

:43:00 22         THE WITNESS:  That you really almost have a cushion now

:43:03 23    as the water is filling the scour trench.  The water continuing

:43:07 24    to pump over is falling on water.  It's not splashing or beating

:43:10 25    against the bottom of the scour.

:43:11  1          THE COURT:  And forgive me if I missed something.  Is

:43:15  2  this -- this particular diagram intended to support that

:43:21  3  proposition, or is it simply a methodology of computing scour

:43:29  4  depth based on the wall height and -- is that what it is?

:43:36  5          THE WITNESS:  It's the second, Your Honor.

:43:37  6          THE COURT:  That's what I'd thought.  We'd move on to

:43:39  7  something else.  Okay.

:43:42  8          THE WITNESS:  Thank you.

:43:43  9              Next slide.

:43:44 10          And, just to carry this on a little further, we've

:43:47 11  heard some discussion here of the importance of validating

:43:50 12  models and computations.  And these are the data points that we

:43:53 13  took off of those photographs, Your Honor, of the relationship

:43:57 14  between the elevation at the top of the wall and actual measured

:44:01 15  depth of scour.

:44:03 16          And, comparing that to our calculations, it says

:44:06 17  that the scour model that we're using -- again, only to better

:44:09 18  understand how a scour develops -- but it's telling us that the

:44:13 19  soils are really behaving very much like this green line that

:44:17 20  we've got out of our scour model.  Right?

:44:21 21          Now, Your Honor, this is not critical to my

:44:23 22  opinions.  It's just simply to try to get more understanding of

:44:28 23  how a scour developed and the fact that it got to a limiting

:44:32 24  depth because of the tail water coming up on the protected side.

:44:36 25          THE COURT:  I understand.

:44:38   1           THE WITNESS:  Next slide.

:44:40   2           THE COURT:  About how much longer do we have to go

:44:43   3   until your break?

:44:44   4           THE WITNESS:  That's a good question.

:44:48   5           THE COURT:  I don't want to starve the court reporter.

:44:54   6           THE WITNESS:  We could break here if you'd like.

:45:00   7           THE COURT:  I think it might be a good idea.

:45:03   8           THE WITNESS:  Think that's a good point.

:45:05   9           THE COURT:  Okay.  We will come back -- it's 20 to 1

:45:08  10   now.  Let's come back at 1:30.

:45:12  11                Is that satisfactory with everybody?

:45:16  12                All right, 1:30.

:45:18  13                (12:45 p.m., Proceedings recessed for lunch.)

        14

        15

        16                   CERTIFICATE

        17

        18

        19       I, Susan A. Zielie, Official Court Reporter, do hereby
             certify that the foregoing transcript is correct.

        20

        21

        22                        /S/ SUSAN A. ZIELIE, FCRR
                                  _____

        23                          Susan A. Zielie, FCRR

        24

        25

**'**

**'69** [1] - 1847:11
**'74** [1] - 1824:7
**'80s** [1] - 1752:8
**'90s** [1] - 1752:9

**/**

**/S** [1] - 1869:21

**0**

**001160632** [1] - 1795:16
**003** [1] - 1806:7
**0115-0145** [1] - 1797:1
**01150145** [1] - 1802:12
**011606110** [1] - 1804:6
**01391-0030** [1] - 1808:22
**01781-0069** [1] - 1809:9
**02017** [1] - 1806:7
**02033** [1] - 1790:8
**0217-0003** [1] - 1806:6
**05-CV-4182** [1] - 1739:5
**0763-0193** [1] - 1788:7

**1**

**1** [3] - 1785:2, 1803:25, 1869:9
**1.2** [1] - 1863:24
**1.48** [1] - 1864:2
**10** [4] - 1770:4, 1776:1, 1798:7, 1823:16
**10-CV-866** [1] - 1739:5
**10th** [3] - 1808:6, 1847:4, 1850:18
**11.3** [1] - 1860:11
**11.5** [4] - 1771:10, 1772:11, 1775:9, 1776:1
**1100** [1] - 1740:7
**1150145** [1] - 1805:20
**116** [1] - 1781:5
**1160619** [1] - 1803:13
**12** [1] - 1859:15
**12,000** [3] - 1755:17, 1755:24, 1758:8
**12.1** [2] - 1860:14, 1866:14
**12.4** [3] - 1834:11, 1855:19, 1859:21
**12.5** [4] - 1853:19,

1856:4, 1861:5, 1861:13
**12.6** [1] - 1852:23
**120** [1] - 1844:8
**12:45** [1] - 1869:13
**13** [2] - 1783:14, 1785:2
**13.4** [2] - 1850:12, 1859:21
**13.55** [2] - 1860:8, 1862:6
**14** [4] - 1763:2, 1784:17, 1785:21, 1828:18
**15** [4] - 1748:25, 1752:19, 1807:5, 1834:8
**1698-0001** [1] - 1797:24
**17.5** [1] - 1771:12
**17.8** [3] - 1799:10, 1801:19, 1801:24
**1718** [1] - 1741:4
**1750** [1] - 1742:2
**1781** [3] - 1817:7, 1819:4, 1820:25
**17th** [10] - 1759:4, 1776:21, 1776:22, 1777:5, 1778:23, 1790:14, 1790:21, 1791:12, 1791:13, 1818:25
**1810** [1] - 1742:3
**1828** [1] - 1742:4
**1864** [1] - 1822:5
**1865** [1] - 1829:24
**19** [1] - 1770:23
**19.5-feet** [1] - 1847:23
**1958** [1] - 1824:6
**1966** [7] - 1767:13, 1787:11, 1787:18, 1797:17, 1797:19, 1814:3, 1847:11
**1969** [3] - 1798:3, 1847:10, 1847:23
**1980** [2] - 1814:6, 1814:10
**1980's** [1] - 1828:24
**1980s** [1] - 1814:3
**199** [1] - 1783:14
**1990s** [1] - 1824:9
**1991** [3] - 1861:21, 1862:1, 1863:7
**1994** [1] - 1824:10
**1996** [3] - 1861:23, 1862:1, 1863:7
**1999** [1] - 1862:2
**1:30** [2] - 1869:10, 1869:12

**2**

**2.2** [1] - 1864:3
**2.5** [1] - 1814:4
**20** [3] - 1831:23, 1834:8, 1869:9
**200** [1] - 1741:7
**20001** [1] - 1741:17
**20044** [1] - 1741:23
**2005** [2] - 1809:2, 1853:4
**2011** [1] - 1832:21
**2012** [3] - 1739:5, 1743:1, 1784:17
**2013** [1] - 1829:8
**207** [1] - 1785:23
**208** [1] - 1785:23
**21** [4] - 1739:5, 1743:1, 1774:19, 1794:3
**210** [1] - 1843:16
**211** [14] - 1762:8, 1780:22, 1782:12, 1782:16, 1782:24, 1783:10, 1783:17, 1784:10, 1784:14, 1784:18, 1784:22, 1784:23, 1785:8, 1785:18
**22** [1] - 1774:19
**23** [1] - 1780:7
**236** [1] - 1843:17
**244** [1] - 1838:19
**25** [6] - 1787:17, 1819:5, 1819:9, 1820:4, 1822:2, 1866:16
**26** [1] - 1843:19
**2655** [1] - 1740:17
**26A** [1] - 1808:25
**27** [3] - 1819:2, 1819:4, 1820:1
**28** [3] - 1762:23, 1787:18, 1788:5
**2915** [1] - 1790:9
**2916** [1] - 1790:8

**3**

**3** [6] - 1786:14, 1787:19, 1791:22, 1821:1, 1850:8, 1854:24
**3.5** [2] - 1853:24, 1855:13
**30** [2] - 1810:12, 1847:15
**30-foot** [6] - 1840:20, 1840:22, 1842:9, 1843:5, 1844:18,

**2** [section header]

**4**

**4** [13] - 1762:4, 1763:2, 1763:15, 1763:24, 1780:11, 1785:21, 1799:14, 1805:12, 1852:19, 1853:14, 1853:18, 1855:4
**4,000** [3] - 1755:22, 1757:15, 1852:12
**4-237** [1] - 1812:11
**4.5** [5] - 1854:7, 1854:9, 1855:18, 1856:4
**40** [1] - 1759:18
**406** [1] - 1739:17
**44** [1] - 1824:15
**44A** [1] - 1774:17
**45** [1] - 1844:10
**46** [2] - 1776:11, 1801:22
**46-1** [1] - 1776:12
**46A** [1] - 1776:14
**4905** [1] - 1740:22
**4T** [2] - 1762:4, 1780:11

**5**

**5** [4] - 1770:8, 1772:14, 1803:24, 1854:14
**5-10** [1] - 1823:10
**50** [1] - 1751:24
**500** [2] - 1739:18, 1741:2
**504.589.7781** [1] - 1739:19
**51** [1] - 1741:17
**519** [1] - 1740:19
**546** [1] - 1741:11
**556** [1] - 1740:14

**6**

**6** [1] - 1769:24
**6-foot** [1] - 1771:13
**60** [3] - 1822:10,

1846:18
**31** [1] - 1755:6
**3102** [1] - 1740:7
**316** [1] - 1740:25
**32502** [1] - 1740:25
**34-feet** [1] - 1847:22
**35** [1] - 1759:17
**3668** [1] - 1740:14
**36A** [2] - 1858:18, 1858:19
**37** [1] - 1770:23

1822:20
**60-year** [1] - 1753:18
**600** [1] - 1740:25
**601** [1] - 1740:17
**606** [1] - 1784:24
**610** [1] - 1740:5
**65** [1] - 1817:21
**66** [1] - 1817:7
**67** [4] - 1784:20, 1818:17, 1819:14, 1821:24
**69** [1] - 1847:12
**6th** [1] - 1850:18

**7**

**7** [1] - 1803:16
**7,000** [1] - 1755:17
**7.5** [1] - 1770:4
**70** [1] - 1755:23
**70113** [2] - 1740:3, 1740:5
**70115** [1] - 1740:22
**70118** [1] - 1741:5
**70130** [2] - 1739:18, 1741:11
**70130-6004** [1] - 1740:17
**70502** [1] - 1740:15
**70726** [1] - 1740:20
**70801** [1] - 1740:11
**718** [1] - 1740:11
**75** [2] - 1761:6, 1822:5
**75219** [1] - 1740:8
**77A** [6] - 1802:17, 1803:8, 1804:5, 1804:21, 1805:12, 1805:24
**79** [1] - 1803:12
**79A** [6] - 1802:16, 1803:5, 1803:8, 1803:18, 1803:19, 1805:24

**8**

**8** [10] - 1763:2, 1764:6, 1769:24, 1797:19, 1798:17, 1798:18, 1810:16, 1812:21, 1839:17
**80** [1] - 1847:13
**800** [1] - 1741:2
**81** [3] - 1773:20, 1795:18, 1796:13
**81A** [28] - 1770:15, 1771:16, 1772:9, 1773:2, 1795:15, 1795:19, 1795:21, 1796:24, 1797:7,

1797:10, 1797:13, 1799:3, 1799:9, 1799:10, 1799:14, 1799:16, 1799:23, 1800:15, 1800:21, 1801:4, 1801:7, 1801:10, 1801:12, 1801:16, 1802:10, 1802:15, 1805:16, 1805:23
**820** [2] - 1838:7, 1838:18
**840** [1] - 1741:7
**850** [1] - 1755:18
**855** [1] - 1740:2
**888** [1] - 1741:22

## 9

**9** [1] - 1823:25
**90017** [1] - 1741:2
**94010** [1] - 1741:7
**9:08** [1] - 1743:2

## A

**A&M** [3] - 1865:5, 1865:8, 1866:8
**A.M** [1] - 1743:2
**abandoned** [1] - 1758:2
**aberration** [1] - 1863:18
**ability** [1] - 1833:1
**able** [12] - 1769:21, 1776:18, 1788:10, 1798:12, 1799:25, 1811:19, 1845:16, 1853:6, 1857:8, 1860:17, 1861:9, 1861:18
**abruptly** [1] - 1850:24
**absence** [1] - 1795:6
**absolute** [1] - 1743:7
**absolutely** [5] - 1745:3, 1745:8, 1790:3, 1800:10, 1826:16
**absorption** [1] - 1866:9
**Academy** [1] - 1829:17
**accelerated** [1] - 1867:17
**accepted** [1] - 1754:4
**accepts** [1] - 1830:2
**access** [1] - 1799:20
**accommodate** [3] - 1743:17, 1743:23, 1760:19

**accommodation** [4] - 1743:18, 1743:24, 1745:20, 1747:24
**according** [1] - 1789:8
**accurate** [5] - 1793:12, 1793:15, 1793:21, 1796:18, 1853:8
**accurately** [4] - 1798:4, 1822:12, 1829:18, 1851:23
**acknowledges** [1] - 1768:2
**action** [2] - 1815:2, 1849:6
**active** [1] - 1828:22
**activities** [1] - 1792:22
**acts** [1] - 1847:19
**actual** [3] - 1821:25, 1822:2, 1868:14
**add** [1] - 1747:2
**added** [1] - 1801:15
**address** [1] - 1837:18
**addressed** [1] - 1744:21
**adds** [1] - 1774:15
**adjacent** [2] - 1788:24, 1790:13
**adjust** [1] - 1771:5
**admitted** [1] - 1830:3
**Admitted** [1] - 1830:4
**admonition** [1] - 1817:3
**ADRIAN** [1] - 1741:14
**advance** [1] - 1745:21
**advantage** [1] - 1830:21
**advised** [1] - 1828:24
**advocacy** [1] - 1749:6
**aerial** [5] - 1837:24, 1838:6, 1843:21, 1849:15, 1856:16
**affect** [1] - 1865:12
**affirm** [1] - 1790:1
**afforded** [1] - 1765:15
**afoot** [1] - 1863:23
**ago** [4] - 1755:17, 1755:24, 1758:8, 1765:18
**agree** [6] - 1748:12, 1765:1, 1784:9, 1792:25, 1793:11, 1793:14
**agreed** [1] - 1784:9
**agreement** [5] - 1743:13, 1745:23, 1747:3, 1747:18, 1747:23
**agrees** [1] - 1770:2, 1832:17

**ahead** [12] - 1750:9, 1757:10, 1774:21, 1785:1, 1801:1, 1810:13, 1819:6, 1837:20, 1837:23, 1847:6, 1854:23, 1855:11
**aided** [1] - 1739:20
**aimed** [1] - 1849:22
**air** [1] - 1744:16
**Alabama** [1] - 1751:18
**ALLEN** [3] - 1742:4, 1828:1, 1828:6
**Allen** [3] - 1826:1, 1828:5
**allow** [3] - 1827:16, 1854:7, 1865:9
**allowed** [6] - 1781:16, 1786:21, 1831:20, 1834:8, 1848:17, 1849:3
**allows** [1] - 1778:12
**alluvial** [2] - 1753:19, 1824:11
**almost** [6] - 1754:25, 1762:15, 1787:5, 1836:7, 1855:21, 1867:22
**alter** [1] - 1743:18
**altered** [2] - 1767:3, 1767:5
**ambit** [2] - 1765:24, 1766:24
**amenable** [1] - 1813:10
**America** [1] - 1741:19
**amount** [6] - 1754:25, 1755:1, 1769:22, 1803:24, 1841:3, 1841:8
**amounts** [2] - 1755:7, 1786:20
**analyses** [1] - 1834:18
**analysis** [5] - 1786:10, 1794:25, 1815:16, 1832:9, 1858:6
**analyze** [3] - 1792:15, 1794:21, 1824:21
**AND** [1] - 1741:12
**ANDREW** [1] - 1741:1
**ANDRY** [2] - 1740:4, 1740:4
**Andy** [1] - 1780:4
**Angeles** [1] - 1741:2
**angle** [3] - 1843:5, 1847:15, 1849:21
**angles** [1] - 1752:18
**answer** [7] - 1783:25, 1789:23, 1800:1, 1801:11, 1807:12,

1817:12, 1840:5
**answered** [3] - 1784:12, 1789:6, 1796:22
**ants** [1] - 1851:12
**anyway** [1] - 1827:24
**apart** [2] - 1842:15, 1843:17
**apex** [1] - 1757:12
**apologize** [3] - 1747:13, 1748:13, 1784:12
**apparatus** [1] - 1828:25
**APPEARANCES** [1] - 1740:1
**Appendix** [2] - 1772:7, 1867:8
**applied** [1] - 1762:11
**applies** [1] - 1774:3
**apply** [1] - 1755:11
**appreciate** [5] - 1743:24, 1796:4, 1801:11, 1832:19, 1858:14
**approach** [2] - 1812:3, 1835:14
**appropriate** [3] - 1745:14, 1745:16, 1779:17
**approximate** [1] - 1776:3
**approximated** [1] - 1775:14
**approximation** [1] - 1850:9
**area** [42] - 1751:9, 1752:13, 1752:15, 1752:19, 1754:22, 1754:24, 1754:25, 1756:10, 1756:11, 1756:25, 1757:3, 1757:12, 1757:14, 1757:17, 1757:19, 1757:20, 1758:9, 1758:20, 1759:1, 1760:1, 1760:9, 1761:12, 1768:15, 1778:11, 1778:21, 1779:10, 1782:19, 1793:21, 1795:13, 1795:20, 1804:17, 1818:21, 1820:9, 1823:13, 1823:17, 1824:8, 1824:11, 1824:13, 1827:1, 1847:9, 1855:17, 1855:21
**areas** [1] - 1851:17
**argue** [3] - 1749:9,

1781:22, 1867:5
**argument** [1] - 1781:15
**arguments** [1] - 1745:5
**Armstrong** [1] - 1739:5
**Army** [2] - 1751:21, 1753:15
**arrangements** [1] - 1745:18
**arrow** [3] - 1809:23, 1822:22, 1849:20
**articles** [2] - 1751:22, 1751:25
**artist** [1] - 1785:1
**ascertained** [1] - 1805:7
**aspects** [1] - 1746:15
**asphalt** [1] - 1865:22
**assess** [1] - 1839:23
**assessment** [2] - 1832:12, 1834:17
**assessments** [1] - 1861:15
**assigned** [1] - 1822:19
**assignment** [2] - 1832:21, 1832:25
**assistance** [2] - 1798:22, 1834:23
**associated** [1] - 1761:17
**Associates'** [1] - 1814:8
**assume** [6] - 1782:1, 1803:6, 1815:4, 1815:6, 1822:7, 1827:21
**assuming** [2] - 1805:22, 1823:18
**assumption** [1] - 1861:12
**assurance** [1] - 1834:9
**AT** [1] - 1739:2
**attempt** [9] - 1764:14, 1794:21, 1796:4, 1796:7, 1796:10, 1825:6, 1827:22, 1847:8, 1848:11
**attempted** [1] - 1765:14
**attempting** [1] - 1866:13
**attention** [2] - 1768:23, 1772:8
**Atterberg** [1] - 1760:23
**attracted** [1] - 1778:5

**augment** [1] - 1860:25
**authority** [1] - 1829:6
**automating** [1] - 1828:25
**available** [2] - 1765:4, 1861:10
**Avenue** [14] - 1740:7, 1740:19, 1741:17, 1759:2, 1759:25, 1768:13, 1777:7, 1778:25, 1814:9, 1821:5, 1839:7, 1849:17, 1849:18, 1852:14
**average** [1] - 1866:12
**avoid** [1] - 1743:11
**awaited** [1] - 1749:13
**aware** [3] - 1765:7, 1792:9, 1797:15
**axis** [3] - 1759:3, 1841:21, 1859:11

**B**

**Bachelor** [1] - 1828:12
**bachelor's** [1] - 1750:20
**back-door** [2] - 1746:18, 1746:19
**background** [3] - 1750:19, 1769:8, 1806:25
**backside** [2] - 1772:17, 1772:18
**badly** [1] - 1849:2
**Bar** [1] - 1792:5
**bare** [1] - 1800:6
**barge** [4] - 1759:25, 1778:5, 1778:6, 1818:9
**BARON** [1] - 1740:6
**Baronne** [2] - 1740:2, 1740:5
**barrier** [1] - 1759:6
**based** [15] - 1760:22, 1761:2, 1762:20, 1765:13, 1769:20, 1770:14, 1773:18, 1780:24, 1801:6, 1805:1, 1814:8, 1828:20, 1832:16, 1868:4
**basic** [2] - 1867:15, 1867:21
**basin** [1] - 1755:9
**basing** [1] - 1810:23
**basins** [1] - 1755:9
**basis** [2] - 1774:8, 1824:22
**bathtub** [1] - 1815:3

**Baton** [1] - 1740:11
**Baylen** [1] - 1740:25
**Bayou** [8] - 1756:16, 1756:17, 1756:19, 1756:20, 1757:13, 1758:18
**bayou** [1] - 1759:4
**Bea** [12] - 1770:13, 1772:8, 1774:18, 1781:16, 1786:9, 1825:7, 1826:6, 1832:13, 1853:25, 1866:18, 1867:7, 1867:14
**Bea's** [7] - 1761:22, 1786:5, 1801:7, 1808:11, 1808:22, 1824:17, 1826:4
**beach** [8] - 1758:21, 1759:3, 1759:6, 1759:19, 1777:8, 1792:5, 1797:11
**Beach** [1] - 1758:25
**beating** [1] - 1867:24
**become** [1] - 1752:7
**becomes** [2] - 1867:17, 1867:18
**becoming** [1] - 1855:14
**BEFORE** [1] - 1739:8
**began** [3] - 1755:19, 1755:20, 1832:21
**begin** [1] - 1754:10
**beginning** [1] - 1834:4
**behave** [2] - 1861:1, 1866:5
**behaved** [1] - 1866:15
**behaves** [1] - 1834:12
**behaving** [2] - 1834:13, 1868:19
**behind** [16] - 1752:22, 1759:4, 1768:21, 1769:9, 1774:25, 1775:3, 1777:17, 1778:12, 1809:14, 1815:14, 1817:19, 1818:12, 1818:21, 1820:18, 1841:5, 1867:16
**belabor** [1] - 1796:23
**belief** [1] - 1780:9
**believes** [1] - 1773:2
**below** [13] - 1768:10, 1778:21, 1778:24, 1789:7, 1789:11, 1791:2, 1792:18, 1794:1, 1836:18, 1852:17, 1862:14, 1864:2, 1864:4
**bending** [1] - 1839:14

**beneath** [3] - 1759:21, 1792:12, 1862:20
**benevolent** [2] - 1743:6, 1743:7
**benjamin** [1] - 1741:22
**Bernard** [2] - 1752:17, 1755:21
**best** [8] - 1746:2, 1833:1, 1833:13, 1834:7, 1838:2, 1857:9, 1857:13, 1861:11
**better** [7] - 1743:5, 1743:25, 1744:2, 1781:22, 1811:19, 1843:4, 1868:17
**between** [10] - 1768:12, 1794:5, 1794:7, 1814:3, 1817:13, 1821:4, 1846:13, 1862:1, 1867:1, 1868:14
**big** [5] - 1807:2, 1851:6, 1851:11, 1853:10, 1854:5
**bigger** [1] - 1837:1
**bit** [31] - 1745:21, 1751:13, 1762:5, 1773:6, 1813:14, 1834:9, 1836:20, 1840:24, 1841:13, 1841:14, 1842:18, 1843:4, 1843:25, 1844:2, 1844:17, 1844:19, 1846:11, 1846:13, 1850:16, 1851:17, 1852:1, 1852:2, 1852:3, 1853:17, 1855:9, 1855:14, 1856:5, 1856:7, 1856:11, 1864:6, 1864:12
**bless** [1] - 1745:23
**blessed** [1] - 1749:3
**blown** [1] - 1812:5
**blowup** [1] - 1811:18
**blue** [4] - 1755:21, 1763:24, 1849:20, 1861:23
**Blvd** [1] - 1741:2
**board** [1] - 1861:18
**boil** [1] - 1777:15
**boilerplate** [1] - 1789:18
**boils** [2] - 1777:13, 1777:14
**bold** [1] - 1745:11
**BONNIE** [1] - 1740:13
**bore** [1] - 1867:9

**Boring** [30] - 1762:4, 1763:2, 1763:15, 1763:24, 1764:6, 1785:21, 1795:15, 1795:18, 1795:21, 1796:24, 1797:7, 1797:13, 1797:19, 1798:17, 1799:9, 1799:10, 1799:14, 1799:16, 1799:23, 1801:4, 1801:10, 1801:12, 1801:15, 1802:9, 1802:15, 1803:5, 1804:5, 1810:16, 1812:21
**boring** [46] - 1762:14, 1762:16, 1762:17, 1762:21, 1763:20, 1764:2, 1765:2, 1765:13, 1770:6, 1770:15, 1771:11, 1771:13, 1771:16, 1771:18, 1772:11, 1772:12, 1772:17, 1772:18, 1773:8, 1773:9, 1773:10, 1773:19, 1774:5, 1774:6, 1775:18, 1782:21, 1795:9, 1797:10, 1797:15, 1798:15, 1799:2, 1799:3, 1800:17, 1802:5, 1803:8, 1803:12, 1803:18, 1803:23, 1804:15, 1804:18, 1805:5, 1805:16, 1805:17, 1811:4, 1833:8, 1846:13
**borings** [43] - 1752:20, 1754:19, 1759:17, 1761:15, 1762:3, 1763:1, 1764:10, 1764:13, 1764:15, 1764:17, 1766:10, 1766:14, 1767:22, 1768:4, 1771:21, 1771:22, 1780:24, 1781:1, 1782:20, 1785:25, 1786:3, 1786:21, 1787:15, 1789:21, 1793:21, 1794:11, 1795:25, 1796:12, 1796:16, 1797:17, 1797:20, 1800:6, 1800:7, 1800:14, 1802:9, 1802:16, 1804:13, 1805:3, 1805:8, 1805:25
**Borings** [1] - 1763:2

**bottom** [19] - 1745:4, 1771:12, 1772:1, 1773:11, 1773:12, 1783:3, 1783:15, 1783:23, 1786:16, 1787:3, 1790:10, 1803:25, 1812:12, 1819:8, 1820:1, 1842:21, 1852:16, 1853:13, 1867:25
**box** [1] - 1796:5
**Box** [2] - 1740:14, 1741:22
**BRANCH** [1] - 1741:19
**Breach** [1] - 1809:1
**breach** [79] - 1761:24, 1764:7, 1768:20, 1775:14, 1778:15, 1780:12, 1780:15, 1780:23, 1782:1, 1782:22, 1785:19, 1785:24, 1786:3, 1788:24, 1789:5, 1790:13, 1790:14, 1790:22, 1791:3, 1791:4, 1793:18, 1795:6, 1797:16, 1798:13, 1799:13, 1799:17, 1801:16, 1802:21, 1803:7, 1805:23, 1806:14, 1806:25, 1807:7, 1814:20, 1815:23, 1816:1, 1816:5, 1818:12, 1818:16, 1818:19, 1821:5, 1822:1, 1824:24, 1830:25, 1831:7, 1831:16, 1831:25, 1832:9, 1832:11, 1838:7, 1842:13, 1842:14, 1843:11, 1844:12, 1844:17, 1844:24, 1844:25, 1849:17, 1852:13, 1853:22, 1854:4, 1854:5, 1854:20, 1854:25, 1855:18, 1860:12, 1860:14, 1861:14, 1862:17, 1863:22, 1863:24, 1864:2, 1864:3, 1864:15, 1866:14
**breaches** [5] - 1757:23, 1761:11, 1813:3, 1817:13, 1829:20
**BREACHES** [1] - 1739:4
**break** [10] - 1768:21,

1770:10, 1770:19, 1779:22, 1810:6, 1832:18, 1849:2, 1869:3, 1869:6

**break-away** [1] - 1849:2

**BRIAN** [1] - 1741:16

**bridge** [6] - 1777:12, 1839:7, 1850:21, 1850:22, 1850:24

**briefly** [1] - 1750:19

**bring** [4] - 1781:4, 1784:19, 1797:1, 1797:24

**bringing** [2] - 1753:8

**brings** [1] - 1784:22

**broad** [4] - 1756:12, 1789:15, 1815:10, 1826:15

**broke** [1] - 1845:5

**broken** [1] - 1842:25

**BROUSSARD** [1] - 1741:10

**brown** [1] - 1756:13

**brownish** [1] - 1838:12

**BRUNO** [16] - 1740:1, 1740:2, 1743:21, 1745:9, 1745:17, 1746:12, 1746:16, 1747:12, 1748:18, 1749:4, 1749:10, 1749:12, 1827:12, 1830:1

**Bruno** [2] - 1746:1, 1827:3

**BUDD** [1] - 1740:6

**build** [6] - 1753:22, 1758:15, 1835:24, 1836:3, 1862:5

**building** [2] - 1762:24, 1860:23

**builds** [1] - 1836:20

**built** [6] - 1839:25, 1845:8, 1847:13, 1848:13, 1860:18, 1862:6

**bunch** [1] - 1866:7

**buried** [2] - 1758:21, 1759:6

**Burlingame** [1] - 1741:7

**bus** [1] - 1818:10

**BY** [72] - 1740:2, 1740:4, 1740:7, 1740:13, 1740:16, 1740:19, 1740:21, 1740:24, 1741:1, 1741:4, 1741:6, 1741:9, 1741:14,

1741:19, 1750:16, 1766:8, 1767:20, 1775:22, 1780:1, 1782:7, 1783:16, 1784:21, 1785:3, 1786:15, 1787:2, 1787:23, 1788:16, 1789:24, 1790:11, 1790:20, 1791:20, 1791:24, 1794:4, 1795:17, 1797:5, 1797:25, 1798:11, 1798:23, 1799:4, 1799:8, 1800:24, 1801:2, 1801:23, 1802:14, 1803:17, 1804:20, 1805:11, 1805:21, 1806:9, 1807:6, 1808:10, 1808:24, 1809:22, 1810:15, 1811:10, 1812:6, 1812:13, 1813:16, 1813:20, 1817:8, 1817:22, 1818:18, 1819:7, 1819:15, 1819:24, 1820:2, 1822:6, 1823:7, 1824:1, 1824:16, 1828:8, 1830:6

### C

**CA** [2] - 1741:2, 1741:7

**CAD** [1] - 1850:7

**calculate** [1] - 1865:9

**calculated** [1] - 1867:12

**calculation** [2] - 1865:18, 1866:18

**calculations** [3] - 1795:2, 1864:10, 1868:16

**California** [5] - 1755:10, 1755:12, 1762:11, 1762:12, 1828:12

**calloway** [1] - 1770:21

**Calloway** [4] - 1772:1, 1775:17, 1795:24, 1795:25

**Calloway's** [1] - 1773:12

**calloway's** [1] - 1771:18

**CALVIN** [1] - 1740:19

**camera** [1] - 1849:22

**camouflage** [1] - 1783:23

**canal** [3] - 1808:15, 1836:21, 1840:8

**Canal** [2] - 1778:23, 1798:2

**CANAL** [1] - 1739:4

**cannot** [3] - 1826:13, 1839:4, 1842:6

**cap** [1] - 1835:12

**capabilities** [2] - 1746:3, 1860:25

**capability** [2] - 1757:7, 1834:7

**capable** [4] - 1743:8, 1755:3, 1759:20, 1792:3

**Capping** [1] - 1798:2

**caption** [6] - 1783:3, 1783:10, 1783:17, 1808:23, 1808:25

**care** [3] - 1748:12, 1767:8, 1826:5, 1833:13

**career** [1] - 1751:7

**carefully** [2] - 1782:16, 1845:17

**Carondelet** [1] - 1741:11

**carpenter's** [1] - 1854:22

**carried** [1] - 1866:21

**carries** [1] - 1784:23

**carry** [4] - 1831:21, 1832:25, 1834:15, 1868:10

**carrying** [1] - 1848:6

**cartoon** [1] - 1758:1

**case** [10] - 1744:2, 1744:22, 1745:2, 1747:19, 1749:7, 1759:20, 1782:23, 1830:8, 1862:6, 1867:8

**CASE** [2] - 1750:12, 1828:3

**catastrophic** [1] - 1838:15

**category** [1] - 1815:10

**causation** [5] - 1748:8, 1813:5, 1813:12, 1813:15, 1816:14

**causative** [1] - 1816:25

**caused** [9] - 1813:23, 1815:5, 1820:23, 1821:6, 1821:14, 1831:3, 1848:24, 1848:25, 1849:1

**causes** [2] - 1829:20, 1861:6

**causing** [1] - 1814:1

**caveat** [1] - 1745:9

**caveats** [1] - 1749:11

**centerline** [1] - 1797:20

**central** [1] - 1825:11

**certain** [4] - 1821:25, 1848:6, 1853:6, 1862:6

**certainly** [14] - 1754:11, 1757:6, 1765:17, 1765:19, 1767:11, 1786:4, 1800:10, 1804:10, 1812:5, 1817:6, 1818:1, 1823:4, 1863:17, 1866:20

**CERTIFICATE** [1] - 1869:16

**certifications** [1] - 1751:17

**certify** [1] - 1869:19

**cetera** [2] - 1782:1, 1816:15

**CH** [4] - 1763:11, 1763:23, 1764:4, 1764:7

**chance** [3] - 1743:11, 1749:9, 1851:9

**change** [3] - 1793:2, 1793:4, 1862:11

**changed** [3] - 1767:3, 1801:16, 1823:16

**changes** [1] - 1765:5

**channel** [2] - 1755:25, 1758:11

**channels** [2] - 1756:2, 1756:15

**character** [2] - 1765:20, 1767:12

**characteristic** [1] - 1761:3

**characteristics** [2] - 1763:18, 1813:10

**charge** [1] - 1832:23

**chart** [4] - 1810:24, 1811:4, 1812:11, 1812:14

**checked** [1] - 1859:19

**chest** [9] - 1768:24, 1769:10, 1769:12, 1769:14, 1769:15, 1769:18, 1769:20, 1807:10, 1807:14

**CHRISTOPHER** [2] - 1741:15, 1741:15

**cites** [1] - 1785:21

**CIVIL** [1] - 1741:19

**civil** [2] - 1828:12, 1829:23

**Claiborne** [6] - 1821:4, 1839:7, 1849:18, 1850:22, 1850:23, 1852:14

**claimed** [1] - 1832:13

**clarification** [2] - 1763:20, 1784:7

**clarifying** [1] - 1747:2

**class** [1] - 1866:10

**classification** [6] - 1760:19, 1763:16, 1766:12, 1766:14, 1810:24, 1811:5

**classifications** [1] - 1765:5

**classifies** [1] - 1867:10

**clay** [56] - 1754:24, 1755:7, 1758:9, 1760:21, 1761:16, 1762:15, 1763:25, 1764:3, 1764:8, 1768:16, 1769:1, 1769:5, 1769:18, 1770:5, 1772:16, 1773:18, 1773:25, 1774:4, 1774:5, 1774:25, 1775:3, 1775:4, 1775:16, 1778:17, 1779:11, 1788:25, 1790:16, 1790:22, 1790:23, 1791:4, 1791:12, 1791:13, 1802:2, 1802:4, 1802:6, 1804:2, 1810:19, 1812:25, 1829:1, 1835:15, 1865:24, 1866:1, 1866:2, 1866:5, 1866:6, 1866:7, 1866:15, 1866:20, 1866:22, 1866:23

**CLAYMAN** [1] - 1741:14

**clays** [7] - 1757:17, 1759:22, 1763:12, 1782:22, 1788:19, 1789:8

**clean** [1] - 1866:4

**clear** [7] - 1747:14, 1775:1, 1809:24, 1835:2, 1858:7, 1859:23, 1861:23

**cleared** [2] - 1749:8, 1749:9

**clearer** [2] - 1811:23, 1850:16

**clearly** [7] - 1769:17, 1772:13, 1773:24,

1777:9, 1783:25, 1844:17, 1846:15
**clerk** [1] - 1743:4
**click** [3] - 1768:9, 1776:20, 1777:8
**clicking** [1] - 1776:24
**close** [5] - 1748:19, 1757:22, 1835:16, 1845:19, 1856:13
**close-up** [2] - 1757:22, 1845:19
**closely** [6] - 1760:13, 1762:17, 1768:14, 1840:19, 1844:5, 1844:16
**closer** [8] - 1797:19, 1797:21, 1800:7, 1836:21, 1838:23, 1839:20, 1840:17, 1841:11
**closest** [4] - 1797:10, 1797:12, 1797:15, 1799:3
**Clowsky** [1] - 1752:17
**CLs** [2] - 1763:24, 1764:4
**clues** [1] - 1838:20
**clustery** [1] - 1791:13
**Coast** [1] - 1829:5
**coating** [1] - 1807:2
**Cobb** [2] - 1824:6, 1824:7
**cofferdam** [2] - 1807:1, 1823:14
**cohesion** [1] - 1778:17
**cohesive** [2] - 1839:24, 1840:1
**coincide** [1] - 1862:16
**collect** [1] - 1833:2
**collection** [1] - 1790:15
**color** [3] - 1756:24, 1763:20, 1810:19
**colored** [2] - 1763:9, 1838:10
**colors** [1] - 1850:2
**Colotex** [1] - 1752:11
**column** [1] - 1812:15
**coming** [6] - 1760:13, 1778:2, 1848:14, 1864:16, 1867:20, 1868:24
**commenced** [1] - 1843:11
**comment** [4] - 1749:5, 1782:18, 1818:23, 1827:21
**commented** [3] - 1753:24, 1778:6,

1801:10
**comments** [1] - 1777:23
**commit** [1] - 1790:5
**common** [3] - 1807:16, 1853:9, 1860:3
**communicate** [1] - 1748:7
**Comp** [1] - 1829:11
**compaction** [1] - 1851:8
**comparable** [2] - 1744:13, 1769:15
**compare** [1] - 1755:8
**compared** [1] - 1847:22
**comparing** [1] - 1868:16
**comparison** [2] - 1768:3, 1780:8
**complete** [3] - 1787:25, 1800:1, 1832:18
**completed** [1] - 1765:3
**completely** [9] - 1755:11, 1757:24, 1775:13, 1821:21, 1837:8, 1838:9, 1842:25, 1844:11, 1864:25
**complex** [3] - 1768:13, 1814:9, 1837:19
**complexities** [1] - 1851:4
**complexity** [1] - 1851:23
**complicated** [1] - 1837:21
**component** [2] - 1745:12, 1746:12
**components** [1] - 1835:10
**composed** [3] - 1759:6, 1759:17, 1786:17
**composition** [3] - 1851:7, 1851:20, 1856:22
**comprehensive** [1] - 1751:16
**compressible** [3] - 1862:7, 1862:19, 1862:22
**computations** [1] - 1868:12
**Computer** [1] - 1739:20

**Computer-aided** [1] - 1739:20
**computing** [1] - 1868:3
**concede** [1] - 1863:18
**concentrated** [1] - 1814:15
**concentrating** [1] - 1848:24
**concentration** [5] - 1751:9, 1814:21, 1819:11, 1820:5, 1848:8
**concepts** [2] - 1835:2
**concerning** [3] - 1792:16, 1793:15, 1829:20
**concerns** [2] - 1746:17, 1766:11
**concise** [1] - 1749:24
**conclude** [1] - 1788:24
**concluded** [8] - 1779:20, 1787:12, 1787:16, 1789:7, 1821:5, 1821:9, 1831:6, 1831:13
**conclusion** [3] - 1786:16, 1787:3, 1789:11
**conclusions** [2] - 1755:13, 1765:20
**concordance** [1] - 1748:23
**concrete** [29] - 1835:12, 1835:22, 1836:21, 1837:10, 1838:11, 1838:21, 1838:22, 1838:25, 1839:16, 1840:7, 1840:21, 1841:18, 1841:21, 1841:23, 1842:2, 1842:4, 1842:6, 1842:22, 1842:24, 1845:1, 1845:22, 1845:25, 1846:23, 1846:25, 1849:1, 1850:1, 1852:16, 1865:23
**concrete's** [1] - 1842:25
**condition** [2] - 1829:14, 1865:20
**conditions** [7] - 1757:18, 1757:20, 1779:12, 1779:16, 1785:15, 1823:15, 1851:6
**conduct** [1] - 1834:15
**cone** [1] - 1833:22

**confer** [1] - 1823:3
**confess** [1] - 1775:7
**confirmation** [1] - 1855:12
**confirmed** [1] - 1767:5
**confirming** [1] - 1862:4
**confirms** [1] - 1852:25
**confused** [2] - 1750:9, 1776:16
**confusion** [1] - 1747:22
**Congress** [1] - 1829:8
**connect** [2] - 1856:25, 1857:12
**connected** [2] - 1842:16, 1845:8
**connecting** [1] - 1857:25
**CONOR** [1] - 1741:21
**consider** [1] - 1816:21
**considerably** [1] - 1846:7
**consideration** [1] - 1748:20
**considering** [1] - 1816:17
**consistency** [1] - 1866:22
**consistent** [9] - 1766:22, 1767:6, 1767:23, 1770:5, 1772:3, 1776:14, 1777:5, 1778:10, 1778:16
**consolidate** [1] - 1862:7
**CONSOLIDATED** [1] - 1739:4
**consolidation** [1] - 1828:25
**constant** [3] - 1861:13, 1861:16, 1863:21
**constructed** [2] - 1823:21, 1860:8
**construction** [7] - 1840:21, 1844:3, 1847:11, 1848:3, 1856:6, 1862:14, 1865:25
**consuming** [1] - 1839:14
**contacted** [1] - 1832:22
**contain** [1] - 1789:19
**contained** [2] - 1783:7, 1789:2
**containing** [1] - 1799:10

**contaminated** [1] - 1792:11
**contending** [1] - 1818:1
**content** [3] - 1760:22, 1760:23, 1763:17
**context** [3] - 1783:12, 1785:8, 1816:8
**continued** [1] - 1846:1
**CONTINUED** [1] - 1810:14
**continues** [1] - 1790:17
**continuing** [2] - 1864:20, 1867:23
**contract** [1] - 1829:15
**contracted** [1] - 1829:11
**contradict** [1] - 1822:24
**contrast** [1] - 1760:11
**contributed** [1] - 1814:21
**control** [3] - 1758:16, 1766:20, 1836:4
**convarey** [1] - 1809:2
**convection** [1] - 1827:15
**convenience** [1] - 1833:25
**conversation** [1] - 1796:3
**conversations** [1] - 1796:2
**converted** [1] - 1805:2
**convey** [1] - 1784:11
**convinced** [2] - 1867:13, 1867:14
**convincing** [1] - 1867:4
**cooler** [2] - 1807:23, 1847:1
**copy** [2] - 1774:23, 1812:1
**corner** [6] - 1758:7, 1797:6, 1818:9, 1847:25, 1848:2, 1861:14
**Corporation** [1] - 1829:11
**Corps** [12] - 1751:21, 1753:15, 1756:5, 1758:13, 1787:11, 1789:7, 1814:6, 1824:3, 1824:5, 1840:10, 1844:12, 1865:4
**Corps'** [1] - 1751:1
**correct** [77] - 1746:13, 1746:24, 1747:11,

6

1779:6, 1780:20, 1782:10, 1782:25, 1783:1, 1785:5, 1785:6, 1786:8, 1786:12, 1787:5, 1787:6, 1787:20, 1788:5, 1788:21, 1791:5, 1791:9, 1791:10, 1792:13, 1792:17, 1793:7, 1793:10, 1794:8, 1794:9, 1794:11, 1795:3, 1795:4, 1795:7, 1795:8, 1795:10, 1795:14, 1795:23, 1796:3, 1797:7, 1797:8, 1797:18, 1799:12, 1799:19, 1799:22, 1801:3, 1801:18, 1801:21, 1802:1, 1802:11, 1802:18, 1803:21, 1805:15, 1806:20, 1808:17, 1808:18, 1809:13, 1809:16, 1810:17, 1810:21, 1810:25, 1812:20, 1812:23, 1814:5, 1814:11, 1814:18, 1814:22, 1815:7, 1815:15, 1817:17, 1817:20, 1821:20, 1824:19, 1824:25, 1825:1, 1825:5, 1843:13, 1853:11, 1853:12, 1861:17, 1869:19
**correctly** [9] - 1784:2, 1785:16, 1790:25, 1809:3, 1810:20, 1812:16, 1819:12, 1821:8, 1845:10
**correlation** [1] - 1752:23
**correspond** [2] - 1756:14, 1756:24
**corrugated** [1] - 1839:13
**Costal** [1] - 1829:10
**COTCHETT** [1] - 1741:6
**coughed** [1] - 1842:15
**counsel** [7] - 1774:23, 1776:7, 1779:21, 1799:24, 1810:3, 1816:11, 1827:24
**counter** [1] - 1863:17
**counter-intuitive** [1] - 1863:17
**couple** [6] - 1777:13,

1827:3, 1839:12, 1862:18, 1862:25, 1864:13
**coupled** [1] - 1838:16
**course** [5] - 1749:4, 1773:15, 1774:18, 1779:23, 1827:18
**court** [2] - 1821:14, 1869:5
**COURT** [180] - 1739:1, 1743:3, 1743:17, 1743:23, 1744:14, 1744:19, 1744:25, 1745:3, 1745:8, 1745:14, 1745:25, 1746:14, 1746:17, 1746:25, 1747:8, 1747:15, 1748:7, 1748:12, 1748:15, 1749:2, 1749:7, 1749:11, 1749:13, 1749:22, 1750:5, 1750:8, 1754:4, 1754:8, 1754:11, 1754:14, 1757:6, 1764:24, 1765:21, 1766:3, 1766:6, 1766:17, 1766:22, 1767:5, 1767:14, 1767:17, 1768:5, 1771:14, 1771:24, 1772:19, 1773:3, 1773:5, 1773:15, 1774:14, 1774:18, 1774:21, 1774:23, 1775:2, 1776:4, 1776:9, 1776:12, 1776:16, 1776:24, 1778:19, 1779:3, 1779:7, 1779:21, 1781:9, 1781:13, 1781:21, 1782:3, 1784:25, 1786:23, 1786:25, 1787:7, 1788:4, 1788:8, 1788:10, 1788:14, 1789:23, 1790:3, 1790:5, 1791:8, 1798:20, 1798:22, 1798:25, 1799:24, 1800:10, 1800:15, 1800:19, 1801:1, 1804:7, 1804:11, 1804:19, 1804:23, 1805:6, 1806:8, 1807:19, 1807:22, 1808:3, 1808:5, 1808:7, 1808:9, 1808:12, 1808:20, 1809:19, 1810:3, 1810:7, 1810:9,

1810:13, 1811:20, 1811:25, 1812:4, 1813:6, 1813:9, 1816:11, 1817:6, 1819:4, 1819:18, 1821:12, 1821:17, 1823:4, 1825:16, 1825:19, 1825:22, 1826:12, 1826:22, 1827:6, 1827:11, 1827:18, 1827:25, 1830:2, 1830:16, 1830:19, 1830:22, 1832:15, 1837:13, 1837:17, 1837:19, 1837:23, 1840:4, 1840:11, 1843:9, 1843:14, 1844:6, 1844:14, 1846:6, 1846:11, 1846:14, 1850:15, 1850:20, 1850:23, 1851:2, 1851:21, 1852:24, 1857:5, 1857:8, 1857:13, 1857:16, 1858:4, 1858:10, 1858:13, 1858:15, 1858:17, 1858:20, 1859:7, 1859:20, 1859:25, 1860:5, 1860:9, 1860:17, 1860:21, 1863:6, 1863:11, 1863:14, 1863:17, 1865:16, 1867:15, 1867:21, 1868:1, 1868:6, 1868:25, 1869:2, 1869:5, 1869:7, 1869:9
**Court** [26] - 1739:17, 1743:11, 1743:17, 1743:18, 1744:1, 1745:5, 1745:12, 1747:24, 1749:23, 1752:4, 1754:9, 1772:22, 1772:23, 1781:23, 1788:2, 1796:24, 1798:14, 1800:4, 1811:24, 1813:12, 1816:12, 1827:20, 1830:2, 1830:11, 1863:18, 1869:18
**Court's** [1] - 1817:4
**courthouse** [1] - 1755:18
**cover** [6] - 1807:2, 1828:20, 1851:7, 1851:12, 1851:19, 1856:22

**covered** [4] - 1785:6, 1803:8, 1839:17, 1850:2
**crack** [1] - 1849:1
**cracked** [2] - 1841:18, 1851:8
**cracks** [7] - 1841:23, 1845:25, 1846:3, 1846:19, 1851:10, 1851:11, 1866:2
**crawl** [1] - 1845:2
**create** [5] - 1757:1, 1786:4, 1792:15, 1793:21, 1848:9
**created** [3] - 1793:5, 1820:22, 1825:7
**creates** [1] - 1848:23
**creating** [4] - 1755:20, 1786:10, 1793:12, 1793:20
**credentials** [1] - 1829:19
**credit** [1] - 1818:7
**crescent** [1] - 1756:11
**critical** [4] - 1767:1, 1767:2, 1803:22, 1868:21
**criticize** [1] - 1800:11
**criticized** [1] - 1866:17
**CRONIN** [1] - 1741:16
**cross** [49] - 1744:23, 1759:13, 1761:10, 1761:14, 1761:22, 1761:23, 1762:2, 1762:5, 1762:23, 1763:9, 1764:22, 1770:13, 1780:10, 1780:12, 1780:16, 1780:23, 1785:19, 1785:24, 1786:3, 1786:5, 1786:9, 1786:10, 1787:14, 1793:6, 1793:12, 1793:20, 1793:22, 1793:24, 1793:25, 1794:10, 1794:11, 1799:13, 1799:17, 1801:7, 1801:16, 1824:17, 1824:22, 1825:1, 1825:2, 1825:4, 1825:7, 1825:8, 1825:9, 1826:3, 1826:4, 1826:8, 1826:20
**CROSS** [2] - 1779:25, 1810:14
**Cross** [1] - 1742:3
**cross-section** [17] - 1759:13, 1761:23,

1762:23, 1763:9, 1780:10, 1780:12, 1780:16, 1780:23, 1785:19, 1785:24, 1786:3, 1786:9, 1793:22, 1799:13, 1799:17, 1801:16
**cross-sections** [24] - 1761:10, 1761:14, 1761:22, 1762:2, 1762:5, 1770:13, 1786:5, 1786:10, 1787:14, 1793:6, 1793:20, 1793:24, 1793:25, 1794:10, 1794:11, 1801:7, 1824:17, 1824:22, 1825:1, 1825:2, 1825:4, 1825:7, 1825:8, 1825:9
**crossing** [1] - 1820:9
**crushed** [1] - 1806:23
**curious** [2] - 1804:16, 1805:9
**current** [1] - 1785:14
**currents** [4] - 1777:10, 1819:11, 1820:5, 1820:8
**curriculum** [2] - 1830:3
**curvas** [1] - 1792:5
**curved** [1] - 1759:4
**cushion** [1] - 1867:22
**cut** [2] - 1770:2, 1799:24
**CV** [2] - 1827:25, 1829:24

# D

**D-U-N-B-A-R** [1] - 1750:14
**DAI** [1] - 1783:18
**Dallas** [1] - 1740:8
**Dalrymple** [1] - 1748:25
**damage** [1] - 1846:20
**dance** [1] - 1846:13
**dark** [3] - 1850:3, 1852:18, 1856:17
**darker** [1] - 1756:12
**data** [26] - 1744:23, 1762:21, 1763:19, 1770:6, 1773:19, 1774:7, 1795:9, 1796:7, 1799:21, 1799:23, 1800:5, 1802:5, 1805:1, 1852:25, 1853:5, 1859:15, 1859:18,

1860:14, 1860:17, 1861:9, 1863:1, 1863:20, 1864:8, 1866:8, 1866:10, 1868:12
**date** [8] - 1788:23, 1800:12, 1800:13, 1807:20, 1808:5, 1824:2, 1847:3, 1847:4
**dated** [1] - 1798:2
**dates** [1] - 1828:23
**datum** [1] - 1860:7
**Davis** [1] - 1828:12
**DAY** [1] - 1741:13
**days** [4] - 1748:1, 1765:18, 1818:6, 1838:4
**DC** [2] - 1741:17, 1741:23
**deadlines** [1] - 1801:6
**DEBRA** [1] - 1741:14
**debris** [2] - 1777:3, 1842:15
**decimal** [1] - 1774:15
**deemed** [1] - 1791:18
**deep** [8] - 1815:13, 1819:10, 1820:4, 1837:4, 1853:18, 1854:2, 1854:8, 1854:9
**deeper** [10] - 1836:15, 1843:8, 1852:3, 1852:8, 1852:15, 1856:19, 1861:6, 1864:20
**defect** [2] - 1831:10, 1831:11
**Defendant** [2] - 1741:8, 1741:18
**defendants** [3] - 1749:3, 1749:8, 1827:13
**defer** [1] - 1745:15
**define** [1] - 1753:13
**definite** [1] - 1838:23
**definition** [1] - 1761:5
**definitive** [1] - 1820:10
**deflection** [1] - 1848:2
**DEGRAVELLES** [1] - 1740:9
**degree** [4] - 1813:11, 1828:12, 1828:13, 1851:8
**degrees** [2] - 1844:8, 1844:10
**Delaware** [1] - 1750:23
**delightfully** [1] -

1826:25
**delta** [4] - 1752:6, 1755:12, 1758:2, 1758:11
**deltaic** [7] - 1751:9, 1751:14, 1752:9, 1753:20, 1758:3, 1792:7, 1824:9
**Deltaic** [3] - 1752:2, 1752:5, 1753:12
**deltas** [1] - 1755:15, 1755:20, 1755:22, 1756:1
**delving** [1] - 1816:21
**demonstrate** [3] - 1757:19, 1767:23, 1783:22
**demonstrated** [2] - 1777:18, 1783:18
**demonstrates** [2] - 1758:1, 1773:25
**demonstrative** [5] - 1749:2, 1749:8, 1767:1, 1767:7, 1767:8
**Denham** [1] - 1740:20
**denoted** [1] - 1763:5
**density** [1] - 1851:20
**Department** [1] - 1832:22
**DEPARTMENT** [1] - 1741:18
**depict** [1] - 1794:5
**depicted** [3] - 1772:15, 1772:18, 1822:1
**depiction** [1] - 1771:17
**depo** [2] - 1781:4, 1781:6
**deposed** [1] - 1780:17
**deposing** [1] - 1781:16
**deposit** [1] - 1757:1
**deposited** [3] - 1760:7, 1807:17, 1856:2
**deposition** [23] - 1754:23, 1758:12, 1758:14, 1759:19, 1763:5, 1764:18, 1765:11, 1765:14, 1766:2, 1766:13, 1775:12, 1780:17, 1780:21, 1781:8, 1781:9, 1781:19, 1782:9, 1782:25, 1783:4, 1783:14, 1785:7, 1797:9
**depositional** [4] -

1752:22, 1779:9, 1789:15, 1792:3
**depositions** [2] - 1748:24, 1765:23, 1781:10, 1781:14
**deposits** [9] - 1757:1, 1758:11, 1761:17, 1763:13, 1792:4, 1792:6, 1792:7, 1795:12
**depression** [6] - 1819:9, 1819:17, 1820:3, 1820:13, 1823:8, 1823:9
**depressions** [1] - 1819:19
**depth** [21] - 1744:10, 1759:18, 1765:16, 1846:6, 1846:8, 1850:5, 1850:10, 1851:24, 1852:19, 1853:1, 1853:23, 1854:17, 1854:24, 1855:10, 1859:11, 1864:9, 1864:23, 1865:10, 1868:4, 1868:15, 1868:24
**depths** [4] - 1859:5, 1859:13, 1859:20, 1865:14
**des** [1] - 1756:16
**describe** [9] - 1761:1, 1761:24, 1778:20, 1798:4, 1799:10, 1813:21, 1815:22, 1822:12, 1867:2
**described** [7] - 1762:9, 1772:12, 1783:7, 1797:10, 1865:25, 1866:20, 1866:25
**describes** [5] - 1762:8, 1763:18, 1771:19, 1782:19, 1824:10
**describing** [3] - 1814:2, 1814:4, 1818:20
**description** [1] - 1783:4
**descriptive** [3] - 1811:4, 1812:10, 1812:14
**design** [8] - 1762:24, 1763:11, 1787:18, 1828:19, 1847:10, 1864:1, 1864:3, 1864:4
**designed** [1] - 1831:21

**designs** [2] - 1828:20, 1848:4
**despotism** [1] - 1743:11
**detail** [7] - 1761:19, 1763:3, 1765:12, 1843:23, 1845:7, 1848:3, 1864:12
**detailed** [1] - 1822:18
**determine** [4] - 1771:14, 1826:23, 1826:24, 1837:15
**develop** [3] - 1761:10, 1833:6, 1851:11
**developed** [7] - 1755:16, 1761:14, 1801:5, 1852:2, 1852:7, 1856:23, 1868:23
**developing** [4] - 1843:3, 1849:5, 1858:9, 1864:15
**development** [1] - 1829:12
**Development** [1] - 1751:1
**develops** [1] - 1868:18
**deviate** [1] - 1857:21
**device** [1] - 1866:20
**diagram** [11] - 1762:9, 1835:7, 1836:20, 1839:21, 1846:2, 1850:11, 1857:2, 1859:9, 1865:21, 1866:17, 1868:2
**diagrams** [2] - 1850:9, 1864:8
**dictatorship** [1] - 1743:7
**Diego** [1] - 1829:8
**difference** [5] - 1814:2, 1814:4, 1844:2, 1853:12, 1856:5
**differences** [1] - 1746:3
**different** [20] - 1753:9, 1755:11, 1758:14, 1759:9, 1760:21, 1762:6, 1782:6, 1808:21, 1811:15, 1821:10, 1831:16, 1842:13, 1848:4, 1856:21, 1859:5, 1859:15, 1861:10, 1861:19, 1866:9
**differently** [3] - 1850:2, 1860:4
**difficult** [1] - 1790:23
**difficulties** [1] -

1788:8
**dike** [1] - 1844:13
**dimension** [3] - 1769:13, 1839:17, 1850:7
**dimensional** [3] - 1746:23, 1847:9, 1848:12
**dimensions** [4] - 1769:14, 1770:3, 1770:8, 1775:15
**DIRECT** [2] - 1750:15, 1828:7
**direct** [7] - 1742:2, 1742:4, 1749:20, 1750:7, 1821:12, 1826:21
**direction** [2] - 1783:20, 1783:21
**directly** [1] - 1746:7
**disallow** [1] - 1767:10
**disc** [1] - 1748:16
**discernible** [1] - 1764:19
**discoloration** [1] - 1850:1
**discounted** [1] - 1795:5
**discs** [1] - 1744:18
**discuss** [7] - 1764:25, 1765:19, 1794:13, 1794:21, 1824:17, 1824:20, 1862:24
**discussed** [11] - 1743:4, 1765:9, 1765:10, 1765:11, 1766:1, 1766:2, 1766:4, 1783:12, 1795:20, 1820:21
**discussing** [1] - 1784:23
**discussion** [2] - 1753:10, 1868:11
**disintegrated** [1] - 1842:25
**displaced** [1] - 1856:7
**displacement** [1] - 1844:2
**display** [2] - 1767:1, 1788:10
**displayed** [1] - 1816:19
**disrupt** [1] - 1750:8
**distance** [4] - 1822:1, 1822:18, 1822:19, 1853:13
**distinctive** [1] - 1859:8
**distinguish** [2] - 1764:19, 1768:4

**distress** [3] - 1841:15, 1842:4, 1866:3
**distressed** [2] - 1842:3, 1846:25
**distributaries** [2] - 1757:13, 1758:3
**distributary** [5] - 1756:14, 1756:18, 1758:5, 1758:10, 1794:7
**DISTRICT** [3] - 1739:1, 1739:2, 1739:9
**district** [1] - 1760:16
**divide** [1] - 1830:17
**DIVISION** [1] - 1741:19
**DM** [1] - 1767:13
**Docket** [1] - 1739:5
**document** [2] - 1814:7, 1814:10
**documents** [3] - 1792:16, 1793:15, 1865:25
**DOMENGEAUX** [1] - 1740:12
**dominated** [2] - 1763:11, 1764:3
**done** [18] - 1747:18, 1751:13, 1751:15, 1756:5, 1765:6, 1766:12, 1774:9, 1796:25, 1830:14, 1833:12, 1833:15, 1833:20, 1834:9, 1861:15, 1861:19, 1865:4, 1865:5, 1867:7
**door** [5] - 1746:18, 1746:19, 1786:24, 1808:19, 1845:11
**down** [35] - 1745:12, 1759:25, 1771:12, 1772:14, 1774:1, 1778:23, 1803:3, 1803:8, 1803:15, 1812:18, 1825:23, 1836:14, 1836:18, 1836:22, 1837:2, 1839:6, 1840:13, 1843:17, 1846:1, 1848:18, 1849:15, 1849:18, 1849:24, 1851:11, 1851:12, 1852:13, 1852:23, 1853:13, 1853:19, 1854:11, 1857:20, 1860:11, 1864:17, 1864:23, 1866:4
**Dr** [107] - 1743:15, 1743:16, 1749:17,

1750:4, 1750:17, 1753:24, 1754:5, 1756:4, 1757:4, 1761:22, 1762:1, 1764:14, 1764:25, 1765:8, 1766:4, 1770:13, 1772:8, 1773:1, 1775:23, 1777:14, 1780:2, 1780:14, 1780:17, 1781:2, 1781:16, 1781:17, 1782:8, 1782:9, 1782:12, 1783:9, 1783:13, 1784:4, 1784:13, 1784:17, 1785:6, 1786:1, 1786:4, 1786:5, 1786:9, 1786:16, 1787:11, 1787:25, 1788:22, 1791:21, 1793:5, 1795:18, 1797:6, 1798:12, 1799:1, 1799:9, 1800:12, 1800:14, 1800:25, 1801:3, 1801:7, 1802:19, 1803:18, 1805:12, 1806:10, 1807:24, 1808:11, 1808:12, 1808:21, 1809:11, 1810:16, 1812:1, 1813:2, 1813:4, 1816:12, 1817:9, 1817:23, 1820:21, 1822:4, 1822:7, 1822:9, 1822:17, 1823:10, 1824:17, 1825:7, 1826:4, 1826:6, 1828:9, 1828:11, 1828:17, 1828:23, 1829:2, 1829:6, 1829:12, 1829:15, 1829:16, 1829:18, 1829:22, 1829:24, 1830:2, 1830:7, 1832:13, 1833:6, 1840:4, 1850:15, 1853:25, 1857:4, 1865:7, 1866:6, 1866:18, 1867:7, 1867:14
**draft** [1] - 1785:10
**drag** [2] - 1837:10, 1837:11
**drainage** [3] - 1755:9, 1823:14
**drains** [1] - 1755:6
**draw** [3] - 1768:23, 1773:13, 1773:17

**dredged** [2] - 1794:6, 1794:7
**drilled** [1] - 1797:20
**driven** [1] - 1835:11
**driving** [1] - 1835:21
**dry** [1] - 1851:10
**drying** [1] - 1851:8
**Dudenhefer** [2] - 1784:7, 1784:9
**DUDENHEFER** [4] - 1740:16, 1740:16, 1827:2, 1827:8
**due** [2] - 1831:19, 1849:7
**duly** [2] - 1750:10, 1828:1
**dump** [1] - 1806:25
**dunbar** [2] - 1803:18, 1810:16
**Dunbar** [44] - 1743:15, 1749:17, 1750:4, 1750:14, 1750:17, 1754:5, 1757:4, 1764:14, 1764:25, 1765:8, 1766:4, 1773:1, 1775:23, 1780:2, 1782:8, 1783:9, 1786:16, 1787:11, 1787:25, 1788:22, 1791:21, 1793:5, 1795:18, 1797:6, 1798:12, 1799:1, 1799:9, 1800:12, 1800:14, 1801:3, 1802:19, 1805:12, 1806:10, 1807:24, 1808:13, 1809:11, 1812:1, 1813:2, 1813:4, 1817:9, 1817:23, 1820:21, 1822:7, 1823:10
**DUNBAR** [2] - 1742:2, 1750:10
**Dunbar's** [3] - 1783:13, 1816:12, 1847:1
**duration** [1] - 1865:11
**during** [7] - 1756:1, 1757:15, 1757:23, 1781:11, 1826:4, 1851:16, 1864:15
**DUVAL** [1] - 1739:8
**DWR** [1] - 1777:14
**DX** [1] - 1749:1

### E

**early** [4] - 1752:8, 1757:18, 1760:17,

1804:13
**earth** [11] - 1828:19, 1835:14, 1835:15, 1835:17, 1835:21, 1836:2, 1836:5, 1836:8, 1836:16, 1848:20, 1854:1
**Earth** [1] - 1758:24
**earthen** [6] - 1835:8, 1835:17, 1835:23, 1836:14, 1836:23, 1864:17
**easier** [1] - 1832:10
**easily** [1] - 1776:16
**east** [3] - 1756:17, 1777:12, 1830:24
**EASTERN** [1] - 1739:2
**EBIA** [26] - 1753:1, 1754:21, 1757:3, 1757:11, 1757:22, 1759:5, 1760:9, 1760:12, 1761:11, 1768:15, 1778:2, 1778:7, 1779:2, 1779:10, 1782:19, 1785:10, 1785:15, 1786:16, 1787:12, 1789:7, 1789:11, 1792:9, 1793:3, 1816:1, 1830:24, 1867:10
**edge** [4] - 1771:5, 1771:7, 1773:9, 1856:18
**educational** [1] - 1750:19
**EDWARDS** [1] - 1740:12
**effect** [4] - 1831:14, 1832:3, 1851:5, 1862:13
**effects** [1] - 1751:12
**efficient** [1] - 1839:13
**effort** [1] - 1829:15
**efforts** [1] - 1824:12
**eight** [3] - 1751:24, 1838:4, 1849:25
**either** [7] - 1755:2, 1756:19, 1766:15, 1825:1, 1825:21, 1827:19, 1856:21
**ejected** [3] - 1777:4, 1778:25, 1818:24
**elected** [1] - 1829:16
**elegant** [1] - 1749:23
**elevation** [35] - 1771:10, 1771:13, 1772:3, 1775:8, 1803:23, 1803:25, 1804:8, 1804:16,

1804:18, 1804:25, 1805:4, 1805:7, 1814:2, 1814:4, 1814:14, 1850:12, 1850:13, 1853:8, 1854:10, 1859:6, 1859:10, 1859:24, 1861:5, 1861:13, 1861:20, 1861:22, 1861:24, 1862:6, 1862:11, 1863:21, 1864:3, 1864:4, 1865:15, 1868:14
**elevations** [5] - 1804:15, 1805:1, 1805:3, 1814:6, 1816:9
**ELMO** [1] - 1788:11
**ELWOOD** [1] - 1740:13
**email** [1] - 1748:3
**embankment** [8] - 1835:8, 1835:17, 1835:18, 1835:24, 1836:23, 1839:25, 1853:13, 1864:17
**embedded** [1] - 1818:4
**employed** [1] - 1827:13
**enable** [1] - 1800:20
**end** [19] - 1778:23, 1832:14, 1838:17, 1840:22, 1842:1, 1842:2, 1842:16, 1843:11, 1843:16, 1844:23, 1845:4, 1845:21, 1850:24, 1852:6, 1853:22, 1854:4, 1854:25, 1861:13, 1861:14
**endeavor** [1] - 1743:21
**energy** [2] - 1837:3, 1838:15
**engaged** [1] - 1829:2, 1834:21
**engineer** [5] - 1791:17, 1828:17, 1832:7, 1834:11, 1838:14
**Engineering** [3] - 1785:2, 1828:24, 1829:17
**engineering** [14] - 1750:21, 1752:23, 1752:24, 1753:17, 1756:7, 1758:15, 1760:22, 1828:13, 1828:14, 1828:16,

1829:7, 1829:23, 1829:24, 1834:14
**engineers** [5] - 1763:10, 1794:22, 1834:23, 1859:18, 1862:4
**Engineers** [2] - 1840:10, 1865:5
**enlarge** [10] - 1783:14, 1785:2, 1790:18, 1794:3, 1797:3, 1798:8, 1802:13, 1803:15, 1804:22, 1808:22
**enlarged** [1] - 1757:11
**entail** [1] - 1751:5
**entire** [7] - 1788:15, 1788:17, 1802:24, 1802:25, 1824:11, 1825:9, 1855:9
**entirely** [1] - 1763:24
**entities** [1] - 1829:4
**entitled** [1] - 1790:3
**entries** [1] - 1863:5
**environment** [3] - 1758:12, 1789:15, 1792:8
**environments** [8] - 1752:22, 1754:22, 1755:2, 1758:14, 1759:20, 1763:5, 1779:9, 1792:3
**equally** [1] - 1779:17
**equals** [1] - 1748:25
**era** [1] - 1847:11
**erode** [1] - 1836:14
**eroded** [2] - 1768:17, 1818:21
**erodibility** [2] - 1802:6, 1867:11
**erodible** [3] - 1866:11, 1866:12, 1866:15
**eroding** [1] - 1820:18
**erosion** [10] - 1769:8, 1820:18, 1832:7, 1836:15, 1851:16, 1851:17, 1851:18, 1856:15, 1856:18, 1867:7
**erroneous** [1] - 1755:13
**error** [1] - 1863:5
**especially** [1] - 1814:16
**ESQ** [28] - 1740:2, 1740:4, 1740:7, 1740:10, 1740:10, 1740:13, 1740:13, 1740:16, 1740:19, 1740:21, 1740:24,

1741:4, 1741:6, 1741:9, 1741:9, 1741:10, 1741:10, 1741:14, 1741:14, 1741:15, 1741:15, 1741:16, 1741:16, 1741:19, 1741:20, 1741:20, 1741:21, 1741:21
**essence** [2] - 1805:7, 1808:14
**essentially** [1] - 1848:1
**establish** [2] - 1746:5, 1746:25
**estimate** [8] - 1849:24, 1850:5, 1852:3, 1852:19, 1854:2, 1854:7, 1856:3, 1859:21
**estimated** [1] - 1838:19
**estimating** [2] - 1853:23, 1855:4
**estimation** [1] - 1849:25
**et** [2] - 1782:1, 1816:15
**evening** [1] - 1748:20
**everywhere** [1] - 1760:7
**Evidence** [1] - 1747:5
**evidence** [28] - 1747:6, 1749:3, 1754:20, 1777:3, 1777:12, 1779:22, 1781:6, 1781:9, 1781:10, 1781:14, 1781:17, 1781:24, 1790:23, 1815:12, 1819:10, 1820:4, 1820:9, 1820:10, 1827:25, 1829:25, 1830:3, 1832:6, 1839:22, 1844:25, 1849:23, 1854:6, 1854:8, 1858:7
**evident** [1] - 1777:9
**exact** [4] - 1771:23, 1783:12, 1788:23, 1808:5
**exactly** [9] - 1747:15, 1752:4, 1773:13, 1786:25, 1808:20, 1853:9, 1853:11, 1859:25, 1867:11
**examination** [4] - 1826:3, 1826:5, 1826:8, 1826:9
**EXAMINATION** [5] -

1742:1, 1750:15, 1779:25, 1810:14, 1828:7
**examinations** [1] - 1781:11
**examine** [3] - 1744:23, 1764:23, 1833:12
**examined** [2] - 1828:2, 1833:17
**example** [1] - 1863:6
**excavation** [3] - 1747:6, 1747:7, 1792:25
**excavations** [3] - 1792:16, 1831:13, 1832:3
**exceeding** [1] - 1835:16
**exchanged** [1] - 1848:8
**excuse** [2] - 1781:12, 1857:3
**execution** [1] - 1833:10
**exercise** [1] - 1827:1
**Exhibit** [1] - 1748:25
**exhibit** [15] - 1744:6, 1746:2, 1746:10, 1746:11, 1746:23, 1747:12, 1747:13, 1748:23, 1748:24, 1748:25, 1757:8, 1765:14, 1774:15, 1830:4, 1857:20
**exhibits** [1] - 1749:21
**exist** [1] - 1762:20
**existed** [1] - 1847:8
**existing** [1] - 1761:14
**expanded** [1] - 1760:18
**expect** [4] - 1790:5, 1792:7, 1833:13, 1865:19
**expected** [2] - 1789:19, 1861:3
**Experience** [1] - 1750:25
**experienced** [2] - 1790:14, 1831:21
**Experimental** [1] - 1751:1
**expert** [12] - 1746:10, 1746:14, 1748:9, 1752:1, 1752:7, 1752:14, 1752:25, 1813:5, 1829:23, 1832:23, 1833:5, 1867:8
**expertise** [2] - 1827:23, 1828:18

**experts** [2] - 1744:16, 1821:22
**explain** [3] - 1832:10, 1839:3, 1844:21
**explained** [3] - 1746:4, 1785:7, 1863:3
**explanations** [1] - 1779:17
**explanation** [1] - 1846:22
**explosive** [1] - 1846:22
**exposed** [12] - 1758:8, 1768:21, 1769:9, 1769:22, 1770:5, 1770:9, 1775:4, 1839:24, 1841:18, 1842:4, 1846:24, 1850:3
**exposure** [2] - 1772:14, 1846:11
**extend** [2] - 1775:18, 1778:23
**extends** [1] - 1774:3
**extensive** [2] - 1756:5, 1834:24
**extensively** [1] - 1753:23
**extent** [6] - 1747:8, 1747:22, 1748:2, 1764:21, 1767:14, 1767:17
**extracted** [1] - 1845:16
**extruded** [1] - 1833:17
**eyes** [2] - 1791:17

## F

**fabric** [2] - 1782:15, 1783:7
**fabrics** [1] - 1783:19
**face** [2] - 1839:23, 1850:3
**faces** [1] - 1840:1
**facetious** [1] - 1821:17
**facilities** [2] - 1828:20, 1833:15
**fact** [31] - 1756:5, 1760:17, 1761:16, 1761:22, 1762:14, 1764:15, 1764:25, 1772:3, 1772:9, 1772:16, 1773:17, 1785:5, 1787:11, 1787:13, 1788:22, 1795:9, 1799:9, 1801:15, 1801:17, 1808:15, 1812:22, 1812:24, 1816:3,

1818:5, 1824:23, 1826:8, 1831:2, 1861:25, 1866:2, 1868:23
**factor** [3] - 1816:10, 1831:18, 1831:19
**facts** [1] - 1822:24
**fail** [10] - 1797:14, 1817:16, 1839:6, 1856:10, 1856:12, 1864:10, 1864:19, 1864:25, 1865:2, 1865:18
**failed** [14] - 1777:19, 1818:2, 1818:13, 1831:1, 1841:23, 1843:17, 1848:15, 1849:10, 1855:5, 1857:1, 1860:15, 1864:18, 1867:17
**failing** [4] - 1832:8, 1841:17, 1843:7
**fails** [2] - 1834:13, 1841:22
**failure** [55] - 1752:12, 1753:9, 1756:21, 1756:22, 1759:1, 1759:10, 1760:3, 1761:10, 1774:2, 1777:3, 1777:4, 1777:6, 1790:13, 1790:15, 1791:10, 1795:6, 1813:3, 1813:17, 1814:21, 1815:23, 1816:4, 1821:6, 1821:14, 1831:6, 1831:8, 1831:9, 1831:14, 1831:22, 1831:23, 1831:25, 1832:2, 1832:4, 1832:6, 1832:24, 1836:12, 1836:13, 1837:25, 1838:1, 1838:6, 1841:4, 1842:2, 1843:2, 1843:7, 1843:10, 1844:20, 1845:12, 1845:22, 1847:8, 1849:4, 1849:7, 1856:13, 1858:3, 1858:8, 1860:19, 1867:16
**failures** [17] - 1752:11, 1753:5, 1759:1, 1759:5, 1759:9, 1776:19, 1777:2, 1777:7, 1778:5, 1778:7, 1791:11, 1816:1, 1818:25, 1819:1, 1821:4,

1830:24, 1865:6
**fair** [5] - 1743:20,
1745:8, 1752:9,
1800:10, 1834:18
**fairly** [3] - 1821:21,
1834:24, 1841:22
**fall** [3] - 1836:10,
1836:24, 1842:7
**falling** [3] - 1836:22,
1837:2, 1867:24
**falls** [1] - 1836:14
**familiar** [3] - 1752:12,
1792:22, 1839:11
**familiarity** [2] -
1753:7, 1828:23
**Families** [1] - 1756:17
**famous** [1] - 1847:1
**far** [3] - 1745:22,
1746:20, 1816:23
**FARRELL** [1] -
1741:15
**fart** [1] - 1804:1
**fashion** [1] - 1764:20
**fast** [1] - 1865:22
**fat** [10] - 1762:15,
1763:11, 1763:24,
1802:4, 1802:6,
1810:19, 1866:1,
1866:5, 1866:20,
1866:23
**fault** [1] - 1748:3
**favor** [1] - 1802:19
**FAYARD** [2] -
1740:18, 1740:19
**FCRR** [3] - 1739:16,
1869:21, 1869:22
**feature** [1] - 1758:20
**features** [1] - 1756:13
**Federal** [4] - 1826:12,
1826:20, 1826:22,
1826:25
**feet** [58] - 1755:18,
1755:24, 1759:18,
1769:24, 1770:4,
1770:9, 1770:23,
1770:24, 1771:10,
1771:12, 1772:11,
1772:14, 1775:9,
1799:10, 1801:19,
1801:24, 1803:19,
1805:12, 1822:10,
1822:20, 1831:24,
1835:11, 1837:4,
1838:7, 1838:18,
1838:19, 1839:17,
1839:24, 1843:18,
1843:19, 1847:15,
1850:8, 1850:12,
1852:20, 1852:23,
1853:14, 1853:18,

1853:19, 1853:24,
1854:7, 1854:9,
1854:11, 1854:14,
1855:4, 1855:13,
1855:18, 1855:19,
1856:4, 1859:21,
1860:8, 1860:11,
1862:14, 1863:25,
1864:2, 1864:3,
1866:16
**fell** [1] - 1831:5
**felt** [2] - 1866:4,
1866:6
**few** [5] - 1762:17,
1795:12, 1835:11,
1838:3, 1839:24
**field** [7] - 1752:1,
1752:14, 1771:18,
1796:8, 1829:7,
1833:19, 1833:25
**figure** [42] - 1762:7,
1772:7, 1780:9,
1780:22, 1780:24,
1782:12, 1782:13,
1782:16, 1782:20,
1782:24, 1783:3,
1783:5, 1783:8,
1783:10, 1783:11,
1784:5, 1784:8,
1784:10, 1784:14,
1784:18, 1784:22,
1784:23, 1785:8,
1785:9, 1785:11,
1785:18, 1796:19,
1799:14, 1808:25,
1817:9, 1817:23,
1819:9, 1819:14,
1820:4, 1821:18,
1822:2, 1822:5,
1822:7, 1822:17,
1823:10, 1839:20,
1867:8
**file** [1] - 1790:13
**Fill** [1] - 1809:1
**fill** [22] - 1771:3,
1772:4, 1775:17,
1775:20, 1792:19,
1794:1, 1794:6,
1794:7, 1803:20,
1803:24, 1803:25,
1804:16, 1805:13,
1806:3, 1806:22,
1807:13, 1809:5,
1809:18, 1810:1,
1840:9, 1844:12,
1862:8
**filled** [10] - 1754:24,
1758:9, 1819:8,
1819:16, 1819:19,
1820:3, 1820:13,

1823:8, 1823:9
**filling** [4] - 1755:1,
1755:23, 1779:11,
1867:23
**final** [7] - 1748:14,
1764:13, 1764:15,
1764:21, 1766:12,
1768:3, 1800:8
**fine** [7] - 1749:11,
1754:15, 1776:15,
1787:7, 1787:8,
1827:8, 1827:14
**finger** [2] - 1775:24,
1857:6
**firm** [1] - 1828:25
**FIRM** [4] - 1740:4,
1740:16, 1740:21,
1741:1
**first** [17] - 1743:15,
1745:4, 1749:16,
1765:22, 1777:9,
1789:2, 1789:6,
1791:6, 1803:14,
1803:18, 1805:12,
1821:3, 1825:17,
1828:1, 1832:10,
1832:11, 1833:23
**five** [1] - 1827:7
**fixed** [2] - 1836:18,
1861:20
**FL** [1] - 1740:25
**flat** [4] - 1837:8,
1837:9, 1841:9,
1844:11
**flaw** [1] - 1867:14
**flaws** [1] - 1851:12
**flexibility** [2] - 1827:1,
1827:2
**flipped** [1] - 1842:21
**Flood** [1] - 1798:2
**flood** [23] - 1751:6,
1758:16, 1770:23,
1796:20, 1798:13,
1809:14, 1814:3,
1817:15, 1817:19,
1818:6, 1818:20,
1822:1, 1822:2,
1822:9, 1822:11,
1829:4, 1835:8,
1835:17, 1835:25,
1836:4, 1836:20,
1867:19
**floodplains** [1] -
1751:14
**Florida** [5] - 1740:19,
1768:12, 1814:8,
1821:4, 1849:17
**flow** [6] - 1759:21,
1783:19, 1795:2,
1814:15, 1814:22,

1834:18
**focus** [2] - 1811:25,
1819:8
**focused** [2] - 1821:3,
1824:13
**focusing** [1] - 1829:9
**follow** [1] - 1863:1
**followed** [1] - 1831:22
**Following** [1] - 1809:1
**following** [2] -
1822:23, 1867:15
**follows** [2] - 1750:11,
1828:2
**foot** [7] - 1814:4,
1843:16, 1849:25,
1852:3, 1852:12,
1854:17, 1854:24
**football** [1] - 1858:22
**footnote** [1] - 1816:11
**FOR** [1] - 1739:1
**for-instance** [1] -
1836:10
**force** [7] - 1837:9,
1837:10, 1846:5,
1848:6, 1848:8,
1848:16, 1848:23
**forced** [1] - 1777:4
**forces** [5] - 1795:2,
1836:3, 1845:2,
1846:4, 1849:7
**forecast** [1] - 1851:23
**forefront** [1] - 1819:19
**foregoing** [1] -
1869:19
**forensic** [1] - 1753:3
**forget** [2] - 1757:7,
1804:14
**forgive** [2] - 1834:25,
1868:1
**forgot** [1] - 1859:13
**forgotten** [1] - 1800:3
**form** [2] - 1824:22,
1825:9
**formally** [1] - 1747:18
**formed** [2] - 1755:22,
1756:1
**forming** [1] - 1757:16
**forms** [1] - 1758:19
**formulations** [1] -
1779:18
**forth** [1] - 1815:4
**forthcoming** [1] -
1800:5
**forward** [3] - 1748:6,
1826:10, 1826:20
**foundation** [19] -
1756:6, 1760:7,
1760:12, 1763:13,
1768:16, 1777:4,
1777:9, 1777:18,

1777:24, 1777:25,
1778:2, 1778:7,
1778:16, 1778:20,
1779:1, 1818:24,
1821:6, 1835:20
**four** [2] - 1845:21,
1863:23
**four-tenths** [1] -
1863:23
**framework** [2] -
1749:25, 1824:7
**FRANK** [1] - 1740:16
**Franklin** [1] - 1741:22
**frankly** [1] - 1816:20
**free** [2] - 1835:6,
1845:5
**Freret** [1] - 1740:22
**fresh** [1] - 1805:10
**FRIDAY** [2] - 1739:7,
1743:1
**Friday** [1] - 1784:4
**front** [14] - 1758:10,
1758:11, 1768:21,
1770:8, 1770:9,
1773:19, 1775:5,
1801:18, 1818:20,
1819:9, 1820:3,
1820:8, 1820:14,
1864:25
**FRUGE** [1] - 1740:9
**Fugro** [29] - 1764:10,
1764:13, 1764:15,
1764:16, 1764:22,
1765:1, 1765:2,
1765:13, 1766:1,
1766:9, 1766:10,
1766:18, 1766:19,
1766:21, 1767:3,
1767:9, 1767:18,
1767:19, 1767:21,
1767:22, 1767:25,
1768:4, 1786:21,
1789:21, 1800:6,
1800:14, 1800:16,
1834:10
**Fugro's** [1] - 1765:19
**full** [6] - 1788:2,
1788:4, 1831:23,
1832:1, 1835:17,
1858:3

## G

**game** [1] - 1799:18
**games** [1] - 1858:22
**gavel** [1] - 1745:12
**gavel-down** [1] -
1745:12
**general** [2] - 1765:23,
1862:10

**generally** [6] - 1792:11, 1798:4, 1802:8, 1803:7, 1805:23, 1834:16
**Gentilly** [2] - 1756:19
**geo** [1] - 1828:21
**Geo** [3] - 1829:8, 1829:11, 1834:14
**Geo-testing** [1] - 1834:14
**geologic** [8] - 1751:6, 1751:14, 1751:16, 1753:19, 1753:22, 1754:18, 1759:16, 1772:15
**geological** [2] - 1750:21, 1816:13
**geologist** [10] - 1750:18, 1751:4, 1751:19, 1753:4, 1754:2, 1761:10, 1763:10, 1770:21, 1795:25, 1816:25
**geology** [32] - 1750:20, 1750:23, 1752:2, 1752:13, 1752:15, 1752:21, 1752:25, 1753:3, 1753:18, 1754:22, 1755:13, 1756:9, 1756:22, 1758:2, 1759:1, 1762:1, 1762:11, 1779:10, 1779:15, 1782:18, 1790:21, 1791:6, 1791:12, 1791:15, 1791:18, 1791:19, 1801:9, 1813:8, 1824:4, 1824:5, 1824:11, 1824:13
**Geotechnical** [1] - 1785:22
**geotechnical** [5] - 1828:14, 1828:15, 1829:7, 1829:23, 1862:4
**gibbled** [1] - 1857:18
**given** [3] - 1765:24, 1774:14, 1864:8
**glaciers** [1] - 1755:19
**glad** [1] - 1851:22
**glean** [1] - 1804:23
**gleaned** [1] - 1804:8
**global** [3] - 1831:8, 1831:19, 1832:1
**God** [1] - 1745:23
**Google** [1] - 1758:24
**Gorindasamy** [2] - 1865:7, 1866:6
**government** [1] -

1827:5
**governmental** [1] - 1829:3
**GPS** [1] - 1796:17
**grade** [1] - 1864:1
**gradual** [1] - 1856:21
**graduate** [1] - 1828:11
**Grand** [1] - 1751:7
**graphic** [6] - 1765:16, 1765:17, 1765:18, 1772:24, 1788:18, 1824:17
**graphics** [1] - 1746:23
**grass** [9] - 1836:24, 1837:15, 1849:23, 1851:7, 1851:12, 1851:19, 1856:16, 1856:22
**great** [1] - 1756:6
**greater** [2] - 1752:15, 1752:18
**green** [8] - 1763:23, 1810:19, 1811:12, 1811:18, 1811:23, 1812:7, 1856:16, 1868:19
**GREGORY** [1] - 1741:6
**greyed** [1] - 1847:18
**grid** [2] - 1771:21, 1796:15
**grinding** [1] - 1867:1
**gritty** [1] - 1867:1
**ground** [16] - 1758:3, 1769:5, 1778:24, 1792:12, 1792:18, 1794:18, 1834:3, 1835:9, 1835:11, 1836:8, 1837:11, 1838:10, 1840:25, 1853:7, 1862:10, 1862:13
**Group** [1] - 1741:9
**group** [1] - 1805:1
**guess** [12] - 1748:6, 1753:3, 1765:21, 1783:8, 1791:8, 1791:17, 1799:2, 1808:7, 1820:7, 1820:16, 1823:15, 1847:3
**guessing** [1] - 1808:4
**guidance** [1] - 1826:16
**Gulf** [1] - 1829:5
**GULOTTA** [1] - 1741:9
**gush** [1] - 1849:3
**gusty** [1] - 1815:1

**H**

**half** [5] - 1810:5, 1821:1, 1830:17, 1851:11, 1852:4
**hand** [5] - 1758:6, 1796:5, 1812:15, 1818:9, 1827:16
**handheld** [1] - 1796:17
**hands** [1] - 1834:10
**hands-on** [1] - 1834:10
**Harbor** [1] - 1798:1
**hard** [2] - 1757:23, 1854:5
**harder** [1] - 1777:14
**hate** [1] - 1813:9
**HB** [1] - 1739:17
**header** [1] - 1795:19
**hear** [1] - 1745:25
**heard** [3] - 1805:10, 1866:18, 1868:11
**HEARD** [1] - 1739:8
**heater** [2] - 1770:4, 1773:24
**HEATHER** [1] - 1741:10
**height** [8] - 1835:21, 1854:1, 1855:19, 1860:3, 1861:16, 1865:10, 1868:4
**heights** [4] - 1814:12, 1815:16, 1815:20, 1859:16
**held** [1] - 1823:14
**help** [10] - 1797:23, 1804:7, 1834:3, 1834:22, 1834:23, 1847:19, 1847:24, 1849:14, 1850:9, 1864:23
**helped** [1] - 1833:7
**helpful** [4] - 1753:25, 1772:21, 1773:3, 1830:19
**helps** [2] - 1749:22, 1776:17
**hereby** [2] - 1855:25, 1869:18
**hidden** [1] - 1852:18
**high** [9] - 1755:6, 1758:3, 1771:2, 1772:3, 1832:12, 1835:19, 1837:2, 1849:7, 1866:5
**higher** [4] - 1772:10, 1812:24, 1836:25, 1861:6
**highest** [1] - 1860:6

**highlight** [3] - 1763:3, 1774:24, 1819:3
**highly** [5] - 1762:15, 1763:23, 1764:3, 1764:8, 1778:16
**historical** [1] - 1754:19
**history** [7] - 1753:18, 1754:19, 1754:23, 1757:19, 1779:9, 1779:12, 1824:12
**hit** [1] - 1766:20
**hold** [8] - 1752:1, 1752:14, 1752:25, 1802:20, 1836:3, 1836:6, 1836:17, 1847:19
**holding** [1] - 1837:6
**holds** [2] - 1828:13, 1831:4
**hole** [2] - 1820:7, 1854:7
**HOLTHAUS** [1] - 1740:9
**HONEYCUTT** [1] - 1740:18
**Honor** [79] - 1743:14, 1744:8, 1746:16, 1746:24, 1748:11, 1749:15, 1749:18, 1750:2, 1754:1, 1754:3, 1754:5, 1754:16, 1757:4, 1764:11, 1764:25, 1766:16, 1767:4, 1768:6, 1769:4, 1772:8, 1773:1, 1779:8, 1781:6, 1781:15, 1782:13, 1786:24, 1788:9, 1800:5, 1800:11, 1804:10, 1807:20, 1808:19, 1810:10, 1811:22, 1812:3, 1813:4, 1823:2, 1825:18, 1825:25, 1827:2, 1827:8, 1827:9, 1827:12, 1828:11, 1829:22, 1830:1, 1830:5, 1830:14, 1834:20, 1834:25, 1838:23, 1839:10, 1841:14, 1843:13, 1844:7, 1844:18, 1846:9, 1847:6, 1847:17, 1849:10, 1851:3, 1852:10, 1852:23, 1854:15, 1856:20, 1857:3, 1858:7,

1858:12, 1859:4, 1859:16, 1860:20, 1862:9, 1863:1, 1864:7, 1867:9, 1867:19, 1868:5, 1868:13, 1868:21
**Honor's** [1] - 1817:2
**HONORABLE** [1] - 1739:8
**hope** [2] - 1784:25, 1834:24
**hopefully** [3] - 1743:6, 1750:8, 1796:22
**horizon** [2] - 1783:5, 1783:6
**horizons** [1] - 1785:12
**horizontal** [4] - 1783:20, 1838:9, 1842:21, 1848:2
**horizontally** [2] - 1841:20, 1841:22
**hot** [1] - 1773:24
**hour** [2] - 1810:5, 1830:20
**hours** [2] - 1749:25, 1830:15
**house** [1] - 1845:11
**huge** [1] - 1815:3
**Hurricane** [1] - 1829:2, 1838:5
**hurry** [1] - 1853:10
**hydraulic** [1] - 1794:21
**hydrodynamic** [1] - 1815:2
**hypothetical** [1] - 1803:9
**hypothetically** [1] - 1803:7

**I**

**I-wall** [26] - 1762:25, 1768:21, 1768:22, 1770:9, 1775:3, 1775:5, 1777:17, 1779:1, 1797:10, 1797:12, 1815:14, 1818:22, 1819:9, 1820:4, 1820:14, 1821:7, 1835:8, 1836:14, 1836:22, 1838:7, 1838:22, 1838:25, 1839:1, 1845:1, 1849:16, 1852:16
**ice** [10] - 1768:23, 1769:10, 1769:12, 1769:14, 1769:15, 1769:18, 1769:20,

1807:10, 1807:14, 1807:22
**idea** [7] - 1751:23, 1763:4, 1782:19, 1783:6, 1825:6, 1866:23, 1869:7
**identified** [3] - 1759:23, 1763:1, 1763:22
**identifies** [1] - 1763:24
**identify** [1] - 1832:24
**IHNC** [9] - 1759:5, 1762:12, 1778:10, 1788:24, 1790:12, 1791:3, 1814:17, 1821:4, 1829:20
**II** [2] - 1741:3, 1741:4
**ILIT** [3] - 1753:24, 1861:11, 1865:8
**illustrate** [2] - 1780:15, 1836:19
**illustrates** [1] - 1762:9
**illustration** [4] - 1775:8, 1782:17, 1797:8
**image** [1] - 1758:24
**immediately** [2] - 1756:10, 1838:1
**impact** [1] - 1758:25
**impacted** [1] - 1756:22
**impasse** [1] - 1745:23
**impeach** [3] - 1781:21, 1781:23, 1781:24
**impermeable** [1] - 1779:13
**implication** [1] - 1782:22
**importance** [1] - 1868:11
**important** [13] - 1748:9, 1763:18, 1770:12, 1777:11, 1779:24, 1793:11, 1824:3, 1834:11, 1841:2, 1845:24, 1846:14, 1863:20, 1864:13
**impounded** [2] - 1823:18, 1823:21
**impression** [2] - 1852:10, 1861:17
**improving** [1] - 1829:4
**IN** [2] - 1739:1, 1739:4
**in-rushing** [1] - 1818:6
**inaccurate** [1] - 1772:15, 1784:11

**Inc** [1] - 1741:9
**inception** [1] - 1848:4
**inch** [1] - 1851:11
**inches** [2] - 1845:21, 1849:25
**inclined** [1] - 1767:10
**include** [5] - 1788:15, 1798:10, 1799:14, 1815:10, 1826:6
**included** [1] - 1788:25
**including** [4] - 1808:23, 1828:18, 1865:4, 1866:8
**inclusive** [1] - 1789:15
**inconsistent** [1] - 1782:4
**incorporation** [1] - 1799:16
**incorrect** [6] - 1761:24, 1774:8, 1774:10, 1774:12, 1781:25, 1843:12
**incorrectly** [2] - 1761:23, 1762:11
**increase** [1] - 1856:22
**increased** [1] - 1837:3
**increasing** [1] - 1841:3
**INDEX** [1] - 1742:1
**Indiana** [1] - 1751:18
**indicate** [7] - 1771:16, 1775:24, 1798:12, 1802:19, 1802:21, 1857:4, 1857:24
**indicated** [2] - 1803:8, 1809:14
**indicates** [2] - 1779:10, 1856:17
**indicating** [3] - 1846:4, 1846:22, 1861:25
**indication** [1] - 1843:2
**indications** [3] - 1810:19, 1856:8, 1866:3
**indicator** [2] - 1841:19, 1854:17
**indulgence** [1] - 1817:4
**information** [17] - 1753:14, 1753:25, 1763:18, 1765:3, 1788:3, 1796:7, 1800:12, 1800:13, 1800:18, 1800:20, 1816:13, 1833:2, 1833:4, 1834:18, 1858:6, 1860:25, 1864:9
**Inner** [1] - 1798:1

**inside** [3] - 1864:16, 1864:22, 1867:20
**insight** [1] - 1864:12
**insightful** [1] - 1841:16
**insights** [1] - 1841:16
**instability** [1] - 1832:2
**installation** [1] - 1834:4
**installed** [1] - 1834:2
**instance** [1] - 1836:10
**instances** [1] - 1811:16
**instead** [2] - 1747:13, 1796:8
**Institute** [1] - 1828:14
**instructive** [1] - 1772:22
**intact** [5] - 1822:3, 1822:11, 1822:19, 1840:18, 1842:14
**integrated** [1] - 1865:6
**intend** [1] - 1799:25
**intended** [3] - 1780:22, 1783:22, 1868:2
**intent** [1] - 1825:8
**inter** [1] - 1794:7
**inter-distributary** [1] - 1794:7
**interested** [3] - 1816:12, 1860:22, 1867:10
**interesting** [3] - 1838:20, 1839:22, 1859:16
**interestingly** [1] - 1862:15
**International** [1] - 1741:9
**interpose** [1] - 1827:16
**interpretation** [3] - 1774:8, 1774:9, 1774:12
**interpretations** [1] - 1801:10
**interrogate** [1] - 1800:19
**intersections** [1] - 1848:5
**intradelta** [1] - 1792:6
**intradelta-type** [1] - 1792:6
**introduce** [1] - 1827:25
**intuitive** [1] - 1863:17
**investigation** [2] - 1790:12, 1833:7
**invite** [1] - 1750:2

**invited** [1] - 1829:7
**involve** [2] - 1831:8, 1831:9
**involved** [5] - 1751:12, 1753:4, 1790:6, 1831:18, 1836:12
**involvement** [1] - 1832:20
**involving** [1] - 1746:14
**IPET** [17] - 1753:2, 1753:5, 1753:6, 1753:23, 1761:9, 1788:23, 1789:25, 1790:12, 1791:2, 1793:8, 1816:3, 1818:7, 1821:5, 1821:9, 1821:10, 1861:10, 1861:11
**IPET's** [1] - 1789:10
**irrelevant** [1] - 1821:21
**Island** [1] - 1758:25
**issue** [9] - 1743:5, 1744:15, 1744:20, 1744:21, 1744:23, 1746:7, 1747:22, 1768:7, 1837:20
**issues** [2] - 1744:12, 1826:6
**Item** [1] - 1747:5
**itself** [6] - 1758:5, 1804:24, 1811:1, 1819:5, 1835:10, 1851:13

**J**

**JAMES** [2] - 1741:9, 1741:20
**Janet** [1] - 1743:4
**Jefferson** [1] - 1740:14
**JOANEN** [2] - 1740:21, 1740:21
**job** [1] - 1786:6
**Joe** [1] - 1847:3
**JOHN** [1] - 1741:21
**joint** [4] - 1840:22, 1844:3, 1845:9, 1856:6
**jointly** [1] - 1833:5
**JONATHAN** [1] - 1740:4
**JONES** [1] - 1741:13
**JOSEPH** [3] - 1740:2, 1742:2, 1750:10
**Joseph** [3] - 1743:15, 1749:17, 1750:14
**JOSHUA** [1] - 1740:10

**Journal** [1] - 1785:22
**journal** [2] - 1751:22, 1751:24
**JR** [5] - 1740:13, 1740:16, 1740:19, 1741:9, 1741:20
**judge** [4] - 1748:19, 1795:21, 1826:23
**JUDGE** [1] - 1739:9
**Judge** [6] - 1743:21, 1745:9, 1746:13, 1747:3, 1749:12, 1826:4
**JULIA** [1] - 1741:16
**Justice** [1] - 1832:22
**JUSTICE** [1] - 1741:18
**JX** [17] - 1790:8, 1795:15, 1797:1, 1797:24, 1802:12, 1803:12, 1804:6, 1805:20, 1806:6, 1806:7, 1808:22, 1809:9, 1812:11, 1817:7, 1822:4, 1822:5, 1829:24

**K**

**Karl** [32] - 1781:4, 1783:13, 1784:20, 1787:22, 1788:7, 1790:4, 1791:22, 1795:15, 1797:1, 1797:3, 1797:24, 1798:7, 1799:7, 1801:22, 1802:12, 1803:14, 1803:15, 1804:6, 1804:22, 1806:6, 1807:5, 1808:22, 1811:8, 1817:7, 1817:21, 1818:17, 1819:2, 1819:14, 1820:1, 1820:25, 1821:23, 1823:24
**Katrina** [9] - 1753:5, 1754:20, 1768:9, 1771:7, 1829:2, 1851:16, 1853:5, 1865:6, 1866:8
**KATRINA** [1] - 1739:4
**keel** [1] - 1853:24
**keep** [3] - 1745:2, 1832:17, 1836:9
**keeping** [1] - 1836:1
**keeps** [1] - 1800:14
**KELLS** [1] - 1741:21
**KENDRICK** [1] - 1740:13
**kept** [1] - 1845:16

**KERWIN** [1] - 1741:16
**key** [4] - 1832:7, 1835:2, 1836:1, 1858:5
**keynote** [1] - 1829:8
**kind** [22] - 1743:12, 1749:24, 1753:13, 1755:4, 1758:13, 1763:9, 1770:16, 1771:6, 1777:5, 1779:2, 1792:6, 1820:11, 1826:13, 1830:10, 1836:7, 1849:9, 1850:4, 1854:20, 1856:20, 1857:4, 1859:8, 1865:13
**kinds** [1] - 1792:4
**knowing** [1] - 1838:15
**knowledge** [1] - 1753:3
**known** [3] - 1804:11, 1833:4, 1865:3
**knows** [2] - 1808:13, 1809:20

## L

**LA** [9] - 1740:3, 1740:5, 1740:11, 1740:15, 1740:17, 1740:20, 1740:22, 1741:5, 1741:11
**lab** [1] - 1751:2
**label** [5] - 1774:15, 1776:7, 1776:9, 1858:15, 1858:16
**labeled** [2] - 1755:21, 1785:4
**laboratories** [1] - 1833:14
**laboratory** [6] - 1765:6, 1765:12, 1766:14, 1833:9, 1834:5, 1834:14
**Lafayette** [1] - 1740:15
**laid** [3] - 1756:6, 1796:15, 1801:9
**Lake** [1] - 1750:20
**LaLoutre** [1] - 1756:17
**land** [13] - 1751:15, 1755:19, 1755:24, 1831:2, 1831:4, 1836:23, 1837:12, 1839:9, 1841:1, 1848:21, 1856:7, 1865:12, 1867:16
**landward** [4] - 1836:6, 1847:20, 1848:18,

1848:19
**large** [4] - 1778:7, 1828:19, 1834:21, 1845:1
**largest** [1] - 1755:5
**last** [9] - 1746:1, 1747:16, 1755:22, 1784:4, 1820:20, 1823:6, 1823:23, 1824:14, 1845:19
**lat/longs** [1] - 1796:12
**late** [2] - 1799:18, 1828:24
**lateral** [1] - 1837:5
**laterally** [1] - 1839:8
**latitude** [3] - 1796:4, 1796:6, 1796:10
**law** [1] - 1743:4
**LAW** [4] - 1740:4, 1740:16, 1740:21, 1741:1
**Lawn** [1] - 1740:7
**lawyer** [1] - 1827:18
**lawyers** [1] - 1744:1
**lay** [2] - 1833:7, 1857:20
**layer** [9] - 1785:4, 1788:18, 1790:16, 1790:22, 1792:19, 1793:1, 1793:25, 1794:5, 1794:7
**layers** [7] - 1788:25, 1789:19, 1803:19, 1805:13, 1811:11, 1811:12, 1812:7
**laying** [1] - 1771:20
**lead** [3] - 1829:12, 1829:15, 1863:2
**least** [5] - 1743:5, 1749:9, 1764:14, 1786:22, 1816:23
**leave** [5] - 1749:7, 1754:14, 1756:23, 1803:22, 1810:11
**leaving** [2] - 1844:1, 1844:4
**led** [1] - 1832:8
**Lee** [2] - 1759:2, 1777:12
**left** [9] - 1768:16, 1783:6, 1788:18, 1798:8, 1810:18, 1810:22, 1812:12, 1818:9, 1847:10
**left-hand** [1] - 1818:9
**legend** [11] - 1763:8, 1787:24, 1787:25, 1788:2, 1788:4, 1788:15, 1788:17, 1789:8, 1789:18,

1811:4, 1849:13
**length** [11] - 1802:24, 1802:25, 1803:7, 1831:23, 1838:18, 1843:15, 1843:16, 1843:19, 1850:13, 1852:12, 1855:9
**lengthy** [1] - 1790:6
**lenses** [5] - 1787:8, 1789:19, 1795:12, 1812:19, 1812:22
**less** [6] - 1755:17, 1846:5, 1855:14, 1866:12, 1867:17, 1867:18
**letter** [3] - 1744:9, 1746:4, 1858:16
**letters** [2] - 1776:13, 1811:12
**Levee** [1] - 1798:2
**levee** [32] - 1751:7, 1752:11, 1753:4, 1758:4, 1759:21, 1762:8, 1772:2, 1772:5, 1772:11, 1772:13, 1774:3, 1775:13, 1775:17, 1775:19, 1778:1, 1778:23, 1802:2, 1802:4, 1802:6, 1804:2, 1820:19, 1821:4, 1835:8, 1835:12, 1853:13, 1856:9, 1861:18, 1862:5, 1862:8, 1862:12, 1863:7
**levees** [8] - 1751:12, 1751:13, 1756:12, 1756:14, 1768:16, 1768:17, 1829:13, 1851:9
**level** [3] - 1755:19, 1779:4, 1835:9
**levels** [1] - 1760:21
**LEVIN** [1] - 1740:23
**LiDAR** [7] - 1805:1, 1805:2, 1853:3, 1854:13, 1855:12, 1859:12, 1859:13
**lift** [1] - 1747:16
**lifts** [1] - 1837:15
**light** [1] - 1756:24
**lighter** [1] - 1850:3
**likely** [3] - 1814:21, 1819:10, 1820:5
**likewise** [1] - 1832:3
**limit** [2] - 1826:7, 1835:24
**limited** [3] - 1746:3, 1825:3, 1826:20

**limiting** [1] - 1868:23
**limits** [2] - 1760:24, 1835:23
**line** [16] - 1773:13, 1783:14, 1797:10, 1850:1, 1856:9, 1856:17, 1856:25, 1857:11, 1857:17, 1857:22, 1857:24, 1858:22, 1859:2, 1862:3, 1863:7, 1868:19
**lines** [3] - 1785:2, 1843:24, 1861:21
**lip** [3] - 1850:4, 1855:23, 1856:17
**literally** [3] - 1752:19, 1831:5, 1837:11
**LITIGATION** [1] - 1739:4
**live** [1] - 1756:18
**LLC** [1] - 1740:16
**LLP** [1] - 1741:6
**load** [2] - 1755:7, 1833:22
**locally** [1] - 1793:4
**located** [6] - 1780:25, 1796:12, 1796:13, 1796:16, 1797:13, 1798:15
**location** [19] - 1770:22, 1770:23, 1771:5, 1771:15, 1771:22, 1771:23, 1777:14, 1793:16, 1793:17, 1796:11, 1814:16, 1814:20, 1840:14, 1845:7, 1845:9, 1849:16, 1852:22, 1853:18
**locations** [8] - 1756:21, 1756:22, 1759:11, 1805:25, 1833:8, 1838:24, 1853:6, 1862:17
**log** [11] - 1762:17, 1763:16, 1767:19, 1767:21, 1796:17, 1804:24, 1810:18, 1810:22, 1811:1, 1811:11, 1812:21
**logged** [1] - 1795:25
**logs** [12] - 1763:5, 1764:18, 1764:22, 1765:2, 1765:13, 1766:11, 1766:12, 1767:3, 1767:9, 1771:15, 1800:8, 1800:9
**London** [6] - 1759:2,

1759:14, 1777:7, 1778:25, 1795:13
**long-awaited** [1] - 1749:13
**longitude** [3] - 1796:5, 1796:6, 1796:11
**LONIAN** [1] - 1741:10
**look** [35] - 1754:19, 1759:13, 1760:13, 1761:11, 1761:18, 1762:1, 1762:16, 1763:2, 1768:8, 1768:14, 1777:24, 1779:15, 1779:18, 1782:16, 1787:17, 1804:25, 1806:4, 1808:11, 1809:8, 1826:12, 1832:9, 1832:12, 1839:19, 1845:16, 1848:25, 1850:4, 1851:15, 1858:6, 1864:6, 1864:7, 1864:8, 1864:11, 1866:13, 1867:6, 1867:9
**looked** [14] - 1744:17, 1746:2, 1752:10, 1752:19, 1768:11, 1771:18, 1801:6, 1804:17, 1805:17, 1818:14, 1823:16, 1824:8, 1831:11, 1861:15
**looking** [57] - 1751:7, 1752:9, 1753:4, 1754:19, 1759:17, 1762:10, 1766:11, 1769:3, 1769:4, 1769:7, 1772:4, 1777:2, 1779:17, 1788:17, 1801:7, 1801:8, 1803:18, 1803:25, 1804:13, 1804:23, 1805:12, 1808:14, 1810:22, 1811:11, 1817:13, 1819:4, 1822:13, 1822:17, 1839:6, 1840:6, 1840:17, 1841:11, 1841:12, 1841:13, 1842:1, 1842:12, 1844:16, 1844:23, 1844:24, 1846:18, 1847:7, 1849:15, 1850:17, 1850:20, 1852:6, 1852:7, 1852:13, 1853:21, 1855:3, 1855:22, 1856:15, 1858:22, 1863:6

**looks** [5] - 1783:23, 1811:13, 1840:7, 1850:24, 1863:9
**Lopic** [1] - 1824:6
**Los** [1] - 1741:2
**lose** [1] - 1842:20
**loss** [2] - 1751:15, 1777:18
**lost** [3] - 1749:25, 1753:21, 1845:20
**LOUISIANA** [2] - 1739:2, 1743:1
**Louisiana** [7] - 1739:18, 1741:17, 1751:15, 1828:18, 1828:23, 1829:10, 1835:15
**low** [13] - 1802:6, 1823:13, 1823:17, 1831:18, 1831:19, 1841:22, 1861:4, 1863:22, 1863:24, 1866:6, 1866:10, 1866:15, 1866:23
**lower** [10] - 1753:19, 1755:18, 1758:6, 1774:1, 1782:13, 1782:14, 1814:14, 1861:25, 1863:7, 1863:22
**Lower** [4] - 1788:24, 1790:13, 1864:22, 1867:20
**lowest** [3] - 1860:10, 1860:11, 1862:16
**Lucy** [1] - 1752:12
**lunch** [1] - 1869:13

**M**

**M-A-R-R** [1] - 1828:6
**MAGGIE** [1] - 1741:10
**Main** [1] - 1740:11
**main** [1] - 1835:10
**major** [10] - 1756:13, 1756:14, 1757:12, 1758:20, 1790:23, 1795:12, 1815:23, 1815:25, 1816:4, 1816:10
**Malcolm** [1] - 1741:7
**man** [2] - 1833:6, 1863:2
**management** [1] - 1828:22
**MANAGER** [2] - 1750:12, 1828:3
**map** [1] - 1756:4, 1756:20, 1798:25
**mapped** [2] - 1752:17,

1824:9
**mapping** [8] - 1751:14, 1751:15, 1752:8, 1752:16, 1753:12, 1753:19, 1756:5, 1758:13
**maps** [2] - 1753:22, 1757:18
**March/April** [1] - 1832:21
**Marchand** [1] - 1752:11
**mark** [3] - 1772:20, 1773:1, 1773:4
**marked** [1] - 1819:4
**marks** [4] - 1757:8, 1858:23, 1861:20, 1862:25
**MARR** [2] - 1742:4, 1828:1
**Marr** [21] - 1743:16, 1822:18, 1826:1, 1828:5, 1828:6, 1828:9, 1828:11, 1828:17, 1829:2, 1829:6, 1829:9, 1829:12, 1829:15, 1829:16, 1829:18, 1829:22, 1830:2, 1830:7, 1840:4, 1850:15, 1857:4
**Marr's** [4] - 1822:4, 1822:9, 1828:23, 1829:24
**Marrero** [1] - 1752:11
**Marsh** [2] - 1785:4, 1785:11
**marsh** [16] - 1758:5, 1762:8, 1762:20, 1783:5, 1783:6, 1784:11, 1785:12, 1788:18, 1789:2, 1789:15, 1789:18, 1792:19, 1793:1, 1793:2, 1793:25, 1794:5
**Massachusetts** [1] - 1828:14
**massive** [7] - 1755:7, 1757:15, 1757:17, 1760:5, 1768:14, 1778:1, 1778:11
**Master** [1] - 1828:13
**master's** [1] - 1750:21
**material** [23] - 1761:7, 1772:2, 1772:5, 1772:11, 1772:13, 1777:18, 1806:21, 1806:25, 1807:2, 1807:13, 1809:5,

1809:25, 1816:19, 1824:24, 1834:14, 1836:14, 1838:11, 1838:12, 1840:6, 1840:7, 1840:8, 1840:9
**materials** [9] - 1764:17, 1779:4, 1795:7, 1795:10, 1804:17, 1807:15, 1814:8, 1827:4, 1835:15
**matter** [6] - 1765:9, 1765:10, 1765:11, 1767:8, 1767:9, 1767:11
**MATTHEW** [1] - 1740:24
**McCARTHY** [1] - 1741:6
**McCONNON** [1] - 1741:20
**mean** [17] - 1746:18, 1766:3, 1767:12, 1778:19, 1784:8, 1786:20, 1791:9, 1792:1, 1792:2, 1792:3, 1792:10, 1794:15, 1802:24, 1815:3, 1821:17, 1826:14, 1859:25
**meaning** [3] - 1819:22, 1820:19, 1863:8
**means** [3] - 1778:21, 1862:19
**meant** [2] - 1784:11, 1857:24
**measure** [6] - 1829:1, 1833:20, 1834:3, 1860:16, 1865:14, 1866:21
**measured** [2] - 1843:16, 1868:14
**measurement** [1] - 1822:25
**measurements** [2] - 1769:20, 1796:19
**Meatairie** [1] - 1756:19
**mechanics** [1] - 1863:3
**mechanism** [9] - 1795:6, 1813:3, 1813:17, 1815:23, 1815:25, 1816:5, 1816:25, 1836:12, 1849:5
**mechanisms** [2] - 1759:10, 1863:3
**medium** [1] - 1867:11

**melting** [1] - 1755:19
**member** [2] - 1753:2, 1829:16
**members** [1] - 1865:7
**memo** [1] - 1787:18
**memorable** [2] - 1777:23, 1778:4
**memorandum** [2] - 1762:24, 1763:11
**memory** [1] - 1790:6
**mention** [3] - 1764:16, 1766:9, 1815:7
**mentioned** [5] - 1756:4, 1766:10, 1766:19, 1767:22, 1767:25
**messages** [1] - 1862:18
**met** [1] - 1766:13
**Metairie** [1] - 1758:18
**methodology** [2] - 1837:14, 1868:3
**methods** [1] - 1865:4
**MICHAEL** [1] - 1740:10
**might** [17] - 1744:4, 1749:18, 1767:18, 1772:21, 1785:12, 1807:10, 1808:3, 1811:19, 1832:16, 1832:20, 1835:13, 1854:2, 1859:22, 1859:23, 1860:17, 1865:10, 1869:7
**migrates** [1] - 1756:25
**mind** [6] - 1744:15, 1744:16, 1745:24, 1805:10, 1822:14, 1864:7
**minor** [3] - 1786:20, 1787:6, 1789:19
**minus** [1] - 1772:14, 1803:25
**minute** [2] - 1752:19, 1823:2
**minutes** [2] - 1827:3, 1827:7
**Mirabeau** [2] - 1759:2, 1759:25
**miscommunication** [2] - 1748:2, 1748:13
**missed** [2] - 1747:8, 1868:1
**missing** [6] - 1787:24, 1838:21, 1838:24, 1838:25, 1839:1, 1842:24
**Mississippi** [14] - 1750:22, 1751:2, 1751:8, 1751:18,

1752:2, 1752:4, 1752:6, 1752:10, 1752:11, 1753:12, 1755:5, 1755:8, 1755:12, 1757:14
**mistake** [1] - 1863:18
**mistaken** [1] - 1799:2
**MIT** [1] - 1828:15
**MITCHELL** [1] - 1740:23
**MITSCH** [43] - 1741:20, 1749:15, 1750:2, 1750:6, 1750:16, 1754:1, 1754:5, 1754:9, 1754:12, 1754:16, 1757:4, 1764:25, 1765:17, 1766:2, 1766:4, 1766:7, 1766:8, 1766:15, 1766:18, 1767:4, 1767:11, 1767:15, 1767:20, 1768:6, 1772:25, 1773:7, 1774:13, 1774:17, 1775:1, 1775:22, 1776:11, 1776:15, 1781:6, 1781:12, 1782:6, 1786:24, 1800:11, 1807:20, 1813:4, 1813:7, 1813:19, 1821:16, 1825:21
**Mitsch** [3] - 1742:2, 1784:22, 1785:4
**MMG** [8] - 1770:15, 1771:21, 1773:20, 1795:25, 1796:13, 1799:2, 1800:17, 1802:9
**mode** [2] - 1743:10, 1790:14
**model** [6] - 1762:11, 1770:14, 1864:21, 1866:16, 1868:17, 1868:20
**modeling** [5] - 1774:9, 1786:5, 1825:10, 1864:12, 1866:1
**models** [3] - 1755:12, 1867:12, 1868:12
**modern** [1] - 1755:21
**modes** [1] - 1832:6
**Modification** [1] - 1812:16
**moment** [5] - 1743:3, 1745:20, 1818:2, 1818:12, 1860:3
**monarchy** [1] - 1743:7
**monitoring** [4] -

1828:21, 1829:13,
1860:23, 1860:24
**months** [1] - 1765:7
**MORNING** [1] - 1739:7
**morning** [7] - 1745:7,
1780:2, 1780:3,
1784:16, 1784:20,
1828:9, 1828:10
**most** [8] - 1757:18,
1767:15, 1776:19,
1777:22, 1779:13,
1799:20, 1800:12,
1800:13
**mostly** [2] - 1831:17,
1838:4
**motion** [2] - 1837:7,
1855:25
**move** [11] - 1747:6,
1768:6, 1773:10,
1817:3, 1829:24,
1831:20, 1842:10,
1848:21, 1848:22,
1848:23, 1868:6
**moved** [3] - 1771:15,
1771:16, 1843:11
**movement** [1] -
1794:17
**moving** [1] - 1847:20
**MR** [209] - 1743:14,
1743:21, 1744:8,
1744:15, 1744:20,
1745:1, 1745:4,
1745:9, 1745:17,
1746:12, 1746:16,
1746:24, 1747:2,
1747:9, 1747:12,
1747:20, 1748:11,
1748:13, 1748:14,
1748:16, 1748:18,
1749:4, 1749:10,
1749:12, 1749:15,
1750:2, 1750:6,
1750:16, 1754:1,
1754:3, 1754:5,
1754:9, 1754:12,
1754:16, 1757:4,
1764:11, 1764:25,
1765:10, 1765:17,
1766:2, 1766:4,
1766:7, 1766:8,
1766:15, 1766:18,
1766:19, 1767:4,
1767:11, 1767:15,
1767:20, 1767:25,
1768:6, 1772:25,
1773:7, 1774:13,
1774:17, 1775:1,
1775:22, 1776:11,
1776:15, 1780:1,
1781:4, 1781:6,

1781:8, 1781:12,
1781:15, 1782:2,
1782:6, 1782:7,
1783:13, 1783:16,
1784:19, 1784:21,
1785:2, 1785:3,
1786:14, 1786:15,
1786:24, 1787:2,
1787:10, 1787:22,
1787:23, 1788:6,
1788:9, 1788:13,
1788:15, 1788:16,
1789:24, 1790:4,
1790:8, 1790:11,
1790:17, 1790:20,
1791:20, 1791:22,
1791:24, 1794:2,
1794:4, 1795:15,
1795:17, 1797:1,
1797:5, 1797:24,
1797:25, 1798:7,
1798:11, 1798:23,
1799:2, 1799:4,
1799:6, 1799:8,
1800:11, 1800:18,
1800:23, 1800:24,
1801:2, 1801:22,
1801:23, 1802:12,
1802:14, 1803:12,
1803:17, 1804:5,
1804:20, 1804:22,
1804:25, 1805:11,
1805:20, 1805:21,
1806:9, 1807:5,
1807:6, 1807:20,
1808:8, 1808:10,
1808:19, 1808:21,
1808:24, 1809:21,
1809:22, 1810:5,
1810:10, 1810:15,
1811:8, 1811:10,
1811:21, 1812:1,
1812:3, 1812:6,
1812:10, 1812:13,
1813:4, 1813:7,
1813:16, 1813:19,
1813:20, 1817:2,
1817:7, 1817:8,
1817:21, 1817:22,
1818:17, 1818:18,
1819:2, 1819:7,
1819:14, 1819:15,
1819:24, 1820:1,
1820:2, 1820:25,
1821:2, 1821:15,
1821:16, 1821:23,
1822:4, 1822:6,
1823:2, 1823:6,
1823:7, 1823:24,
1824:1, 1824:15,
1824:16, 1825:15,

1825:18, 1825:21,
1825:25, 1826:2,
1826:19, 1827:2,
1827:8, 1827:12,
1827:22, 1828:8,
1829:22, 1830:1,
1830:5, 1830:6,
1843:15, 1844:7,
1844:15, 1857:3,
1858:12, 1858:14,
1858:16, 1858:18,
1858:19, 1859:1
**MRGO** [2] - 1739:5,
1814:17
**Muntz** [1] - 1752:12

---

# N

**name** [5] - 1748:4,
1750:12, 1764:19,
1780:4, 1828:3
**narrative** [3] - 1783:5,
1786:18, 1825:9
**national** [1] - 1751:12
**natural** [5] - 1756:12,
1756:14, 1758:4,
1830:17, 1832:18
**naturally** [1] - 1792:6
**Navigational** [1] -
1798:2
**near** [2] - 1797:13,
1806:24
**necessarily** [1] -
1815:1
**necessary** [2] -
1743:19, 1788:12
**need** [6] - 1744:18,
1745:10, 1796:23,
1799:6, 1803:14,
1861:7
**needed** [2] - 1766:13,
1790:1
**needs** [1] - 1779:22
**negative** [1] - 1771:13
**neighborhood** [2] -
1760:6, 1777:10
**nestled** [1] - 1757:12
**never** [6] - 1765:15,
1766:12, 1778:6,
1784:9, 1791:18,
1859:14
**NEW** [2] - 1739:2,
1743:1
**new** [10] - 1761:15,
1764:22, 1768:13,
1797:12, 1805:17,
1815:19, 1829:13,
1846:18, 1860:23,
1862:8
**New** [20] - 1739:18,

1740:3, 1740:5,
1740:17, 1740:22,
1741:5, 1741:11,
1751:9, 1752:13,
1752:15, 1752:17,
1752:18, 1756:9,
1756:11, 1756:16,
1758:20, 1760:16,
1824:8, 1829:14,
1862:10
**newer** [4] - 1845:7,
1845:20, 1845:25,
1846:3
**next** [106] - 1754:17,
1756:3, 1757:21,
1757:25, 1758:17,
1758:21, 1758:23,
1759:7, 1759:8,
1759:12, 1759:15,
1759:24, 1760:2,
1760:8, 1760:10,
1760:15, 1760:20,
1760:25, 1761:4,
1761:8, 1761:13,
1761:20, 1761:25,
1762:13, 1762:18,
1762:22, 1763:7,
1763:14, 1763:21,
1764:1, 1764:5,
1764:9, 1768:18,
1769:2, 1769:11,
1769:16, 1769:19,
1770:1, 1770:3,
1770:7, 1770:11,
1770:20, 1770:25,
1771:4, 1771:9,
1771:25, 1772:6,
1774:22, 1775:6,
1775:21, 1775:23,
1776:8, 1777:14,
1777:16, 1777:21,
1778:3, 1778:9,
1778:14, 1778:18,
1784:24, 1787:22,
1790:17, 1802:2,
1803:6, 1829:8,
1839:5, 1839:21,
1840:3, 1840:15,
1840:16, 1840:19,
1841:10, 1842:1,
1842:11, 1843:20,
1843:23, 1844:15,
1844:22, 1845:3,
1845:18, 1846:17,
1847:5, 1848:10,
1849:9, 1851:17,
1851:25, 1852:5,
1852:11, 1852:21,
1853:16, 1853:20,
1854:3, 1854:12,
1854:19, 1855:2,

1855:6, 1855:16,
1855:20, 1856:14,
1859:1, 1861:7,
1863:19, 1864:5,
1865:1, 1868:9,
1869:1
**Next** [4] - 1755:14,
1760:9, 1769:6,
1769:23
**NGVD** [2] - 1814:12,
1814:13
**nice** [3] - 1823:13,
1853:24, 1861:2
**night** [2] - 1746:1,
1747:16
**nine** [1] - 1838:4
**Ninth** [4] - 1788:25,
1790:13, 1864:22,
1867:20
**nobody** [1] - 1818:14
**normally** [1] - 1846:22
**north** [63] - 1756:17,
1761:24, 1764:7,
1768:20, 1770:23,
1778:15, 1789:4,
1791:4, 1793:18,
1795:6, 1797:11,
1797:16, 1798:13,
1799:13, 1799:17,
1801:16, 1802:21,
1803:7, 1806:13,
1807:7, 1813:3,
1814:16, 1815:23,
1816:1, 1816:5,
1817:13, 1818:16,
1818:19, 1820:22,
1821:5, 1822:1,
1822:22, 1824:24,
1831:16, 1831:25,
1832:11, 1841:14,
1842:1, 1842:2,
1842:13, 1843:11,
1844:23, 1844:25,
1845:4, 1847:14,
1849:17, 1852:1,
1853:17, 1854:20,
1854:25, 1855:15,
1855:18, 1855:21,
1856:19, 1860:10,
1860:12, 1861:14,
1862:17, 1863:24,
1864:3
**North** [2] - 1759:14,
1809:1
**north-south** [3] -
1770:23, 1844:25,
1847:14
**northern** [5] -
1788:24, 1790:12,
1791:3, 1845:20,

1861:14
**note** [10] - 1748:14,
1756:23, 1758:6,
1761:1, 1762:23,
1763:8, 1769:10,
1772:17, 1806:24,
1847:2
**noted** [1] - 1761:15
**notes** [7] - 1771:15,
1771:19, 1772:1,
1773:12, 1795:24,
1796:8, 1858:23
**nothing** [7] - 1769:18,
1785:8, 1785:9,
1831:7, 1836:5,
1860:16
**notice** [5] - 1758:10,
1759:17, 1762:3,
1762:25, 1856:20
**noticed** [1] - 1761:21
**notion** [2] - 1820:11,
1825:11
**November** [1] - 1798:3
**nuances** [1] - 1744:2
**number** [11] -
1748:25, 1751:15,
1752:9, 1752:10,
1767:25, 1768:2,
1774:15, 1824:12,
1834:18, 1853:11,
1854:16
**numbers** [3] -
1747:12, 1747:13,
1776:14
**numerous** [5] -
1751:21, 1756:2,
1776:19, 1824:5
**NW** [1] - 1741:17
**NY** [1] - 1814:8

# O

**OA** [1] - 1761:2
**Oak** [1] - 1740:7
**OB** [1] - 1761:2
**object** [2] - 1764:12,
1811:24
**objected** [2] - 1747:5,
1781:18
**objection** [11] -
1747:9, 1747:10,
1754:3, 1781:24,
1813:4, 1813:19,
1826:7, 1827:17,
1827:21, 1830:1
**obscenity** [1] -
1826:17
**observations** [2] -
1768:8, 1815:25
**observe** [2] - 1768:20,

1845:12
**observed** [7] -
1753:10, 1754:20,
1768:24, 1768:25,
1817:18, 1820:24,
1833:3
**obstructions** [1] -
1792:11
**obvious** [1] - 1808:13
**obviously** [4] -
1745:21, 1746:12,
1817:15, 1823:13
**OC** [1] - 1761:2
**Occam's** [1] - 1779:16
**occasions** [1] -
1776:19
**occur** [5] - 1763:10,
1763:13, 1774:11,
1792:8, 1845:12
**occurred** [16] -
1755:1, 1759:5,
1760:4, 1770:18,
1770:19, 1775:14,
1777:5, 1798:13,
1802:22, 1819:10,
1820:5, 1832:11,
1845:9, 1846:21,
1847:11, 1861:14
**occurring** [5] -
1779:12, 1792:7,
1820:11, 1841:4,
1851:16
**occurs** [13] - 1758:21,
1759:4, 1764:3,
1777:25, 1778:1,
1797:13, 1799:3,
1807:18, 1846:21,
1849:7, 1851:6,
1864:15, 1867:16
**October** [6] - 1799:23,
1808:6, 1823:17,
1847:4, 1850:17,
1850:18
**OF** [3] - 1739:2,
1739:8, 1741:18
**offer** [2] - 1815:19,
1821:12
**offered** [2] - 1821:14,
1836:16
**Office** [1] - 1829:10
**Official** [2] - 1739:17,
1869:18
**old** [1] - 1768:13
**older** [2] - 1845:8,
1846:2
**once** [4] - 1827:18,
1841:7, 1864:15,
1867:16
**one** [99] - 1744:10,
1744:12, 1744:20,

1745:2, 1745:9,
1745:25, 1746:9,
1746:17, 1747:3,
1747:20, 1748:14,
1748:21, 1748:24,
1753:15, 1755:5,
1755:20, 1756:5,
1756:7, 1757:8,
1760:3, 1760:16,
1761:9, 1761:21,
1762:7, 1765:23,
1766:10, 1767:25,
1768:10, 1768:19,
1770:12, 1771:7,
1776:21, 1776:24,
1777:22, 1778:10,
1779:10, 1779:15,
1779:18, 1786:9,
1788:17, 1789:1,
1789:20, 1792:7,
1795:5, 1796:13,
1796:14, 1796:18,
1797:12, 1804:7,
1806:10, 1806:16,
1808:23, 1811:9,
1811:16, 1816:9,
1819:19, 1820:20,
1823:2, 1823:11,
1823:23, 1824:6,
1824:7, 1824:8,
1824:14, 1825:16,
1834:6, 1836:10,
1838:17, 1839:2,
1840:22, 1841:13,
1842:1, 1843:15,
1843:24, 1844:3,
1844:9, 1844:18,
1844:19, 1845:15,
1847:14, 1847:21,
1851:4, 1851:6,
1856:7, 1857:15,
1859:17, 1860:22,
1861:7, 1861:8,
1862:14, 1863:9,
1864:14, 1865:6
**one's** [5] - 1840:23,
1840:24, 1843:6,
1844:3, 1844:10
**ones** [1] - 1793:8
**oops** [1] - 1776:22
**open** [6] - 1745:2,
1748:16, 1749:7,
1753:23, 1786:24,
1808:19
**opine** [1] - 1825:6
**opined** [3] - 1791:2,
1816:22, 1816:23
**opinion** [22] - 1746:9,
1746:11, 1746:19,
1746:20, 1764:22,

1765:24, 1765:25,
1767:2, 1791:6,
1792:20, 1815:19,
1816:14, 1816:16,
1816:22, 1816:23,
1817:1, 1821:10,
1821:12, 1821:14,
1830:25, 1832:4
**opinions** [12] -
1749:24, 1754:7,
1754:18, 1816:17,
1821:20, 1829:19,
1830:7, 1830:8,
1830:10, 1830:23,
1831:15, 1868:22
**opportunity** [7] -
1760:5, 1765:15,
1765:19, 1766:25,
1768:19, 1776:23,
1863:4
**opposed** [1] - 1783:20
**opposite** [1] - 1777:11
**order** [5] - 1747:25,
1748:5, 1790:1,
1793:21, 1854:9
**organic** [13] - 1754:24,
1760:17, 1760:21,
1760:22, 1761:2,
1761:7, 1763:12,
1779:11, 1782:14,
1783:19, 1786:17,
1788:19, 1789:8
**orient** [5] - 1796:24,
1798:13, 1808:12,
1840:4, 1849:14
**oriented** [1] - 1849:19
**original** [11] - 1762:24,
1835:9, 1838:11,
1838:18, 1843:16,
1854:1, 1862:14,
1864:3, 1864:4,
1865:25, 1866:4
**originally** [6] - 1775:8,
1842:16, 1846:1,
1857:24, 1860:7,
1860:8
**ORLEANS** [2] -
1739:2, 1743:1
**Orleans** [20] -
1739:18, 1740:3,
1740:5, 1740:17,
1740:22, 1741:5,
1741:11, 1751:9,
1752:13, 1752:15,
1752:17, 1752:19,
1756:9, 1756:11,
1756:16, 1758:20,
1760:16, 1824:8,
1829:14, 1862:10
**otherwise** [1] - 1767:3

**ourselves** [1] -
1849:14
**out-rushing** [1] -
1818:6
**outline** [1] - 1781:18
**outlined** [1] - 1832:5
**outside** [2] - 1773:22,
1856:18
**outward** [1] - 1858:2
**overcome** [1] -
1835:19
**overlay** [1] - 1763:20
**oversee** [1] - 1834:15
**overtopped** [1] -
1814:19
**overtopping** [23] -
1813:23, 1814:1,
1814:15, 1814:24,
1814:25, 1815:5,
1815:6, 1815:8,
1815:10, 1815:13,
1815:22, 1815:23,
1816:4, 1816:15,
1816:24, 1820:20,
1820:23, 1821:7,
1831:3, 1849:4,
1864:6, 1865:11
**overturned** [2] -
1819:9, 1820:3
**overturning** [8] -
1831:1, 1831:17,
1831:22, 1836:13,
1849:4, 1858:8,
1864:11
**OWEN** [1] - 1741:1
**OWEN** [2] - 1742:3,
1780:4
**OWEN** [121] - 1754:3,
1764:11, 1765:10,
1766:19, 1767:25,
1780:1, 1781:4,
1781:8, 1782:2,
1782:7, 1783:13,
1783:16, 1784:19,
1784:21, 1785:2,
1785:3, 1786:14,
1786:15, 1787:2,
1787:10, 1787:22,
1787:23, 1788:6,
1788:9, 1788:13,
1788:15, 1788:16,
1789:24, 1790:4,
1790:8, 1790:11,
1790:17, 1790:20,
1791:20, 1791:22,
1791:24, 1794:2,
1794:4, 1795:15,
1795:17, 1797:1,
1797:5, 1797:24,
1797:25, 1798:7,

1798:11, 1798:23, 1799:2, 1799:4, 1799:6, 1799:8, 1800:18, 1800:23, 1800:24, 1801:2, 1801:22, 1801:23, 1802:12, 1802:14, 1803:12, 1803:17, 1804:5, 1804:20, 1804:22, 1804:25, 1805:11, 1805:20, 1805:21, 1806:9, 1807:5, 1807:6, 1808:8, 1808:10, 1808:21, 1808:24, 1809:21, 1809:22, 1810:5, 1810:10, 1810:15, 1811:8, 1811:10, 1811:21, 1812:1, 1812:3, 1812:6, 1812:10, 1812:13, 1813:16, 1813:20, 1817:2, 1817:7, 1817:8, 1817:21, 1817:22, 1818:17, 1818:18, 1819:2, 1819:7, 1819:14, 1819:15, 1819:24, 1820:1, 1820:2, 1820:25, 1821:2, 1821:15, 1821:23, 1822:4, 1822:6, 1823:2, 1823:6, 1823:7, 1823:24, 1824:1, 1824:15, 1824:16, 1825:15, 1843:15, 1844:7, 1844:15

**OWEN'** [1] - 1765:1

**own** [5] - 1744:15, 1749:5, 1750:8, 1834:5, 1854:2

**P**

**p.m** [1] - 1869:13

**page** [20] - 1781:5, 1783:14, 1784:24, 1786:14, 1787:22, 1790:17, 1798:7, 1803:14, 1817:7, 1817:21, 1818:17, 1819:2, 1819:5, 1819:14, 1820:1, 1820:25, 1821:23, 1822:5, 1824:15

**PALMINTIER** [3] - 1740:9, 1740:10, 1740:10

**PAPANTONIO** [1] - 1740:23

**paper** [2] - 1753:21, 1857:20

**paragraph** [1] - 1790:18

**paralegal** [1] - 1744:17

**part** [25] - 1752:16, 1753:5, 1759:3, 1771:2, 1779:13, 1782:13, 1782:14, 1786:10, 1789:2, 1789:4, 1791:10, 1793:15, 1800:16, 1803:1, 1806:23, 1822:22, 1831:11, 1832:7, 1842:23, 1845:5, 1846:1, 1846:5, 1849:18, 1856:9, 1860:10

**partially** [1] - 1839:19

**participated** [1] - 1833:10

**particular** [6] - 1791:15, 1804:15, 1832:21, 1833:7, 1839:4, 1868:2

**particularly** [1] - 1755:9

**parties** [1] - 1743:11

**partly** [1] - 1851:19

**parts** [9] - 1746:12, 1768:17, 1778:1, 1778:15, 1782:9, 1838:25, 1861:4, 1862:13

**pass** [1] - 1775:20

**past** [1] - 1866:3

**pathway** [1] - 1759:21

**pattern** [2] - 1764:7, 1767:24

**Pause** [1] - 1823:5

**pause** [1] - 1827:10

**PC** [1] - 1741:1

**peace** [1] - 1745:24

**Peat** [2] - 1761:5, 1782:16

**peat** [17] - 1761:17, 1762:10, 1786:17, 1786:19, 1787:3, 1787:5, 1787:9, 1787:12, 1788:19, 1788:25, 1789:2, 1789:8, 1789:17, 1789:20, 1790:22, 1790:24, 1791:4

**peats** [9] - 1754:25, 1759:22, 1762:16, 1762:20, 1779:13, 1782:17, 1782:23, 1783:19, 1785:13

**pending** [1] - 1764:12

**penetrated** [1] - 1793:1

**penetration** [2] - 1833:22, 1851:14

**Pensacola** [1] - 1740:25

**people** [2] - 1833:3, 1835:3

**percent** [2] - 1761:6, 1834:8

**perform** [1] - 1795:2

**performance** [1] - 1828:21

**performed** [3] - 1793:1, 1795:1, 1824:4

**perhaps** [1] - 1776:1

**perimetric** [1] - 1866:11

**period** [4] - 1755:16, 1755:23, 1758:8, 1836:25

**permeability** [1] - 1812:24

**permeable** [2] - 1759:19, 1795:7

**permission** [1] - 1800:4

**permit** [1] - 1754:9

**person** [1] - 1856:24

**personal** [2] - 1744:16, 1796:2

**perspective** [1] - 1755:4

**PERTAINS** [1] - 1739:5

**pervasive** [3] - 1788:25, 1790:22, 1791:4

**Pervious** [1] - 1809:1

**previous** [16] - 1758:12, 1762:20, 1763:13, 1779:13, 1782:23, 1792:4, 1795:10, 1799:10, 1801:19, 1801:24, 1802:2, 1803:19, 1805:13, 1806:22, 1809:17, 1824:23

**pervious-type** [1] - 1763:13

**PF** [1] - 1784:20

**Ph.D** [3] - 1750:22, 1828:15, 1865:7

**PHILIP** [1] - 1741:6

**photo** [22] - 1769:21, 1777:1, 1807:9, 1807:13, 1807:21, 1808:11, 1808:21,

1809:8, 1809:10, 1809:12, 1817:19, 1817:24, 1818:1, 1818:5, 1818:8, 1818:11, 1818:23, 1822:12, 1823:16, 1823:17, 1823:21, 1840:19

**photo's** [2] - 1806:13, 1806:17

**photograph** [18] - 1769:13, 1769:15, 1771:1, 1771:17, 1773:18, 1776:25, 1807:25, 1808:1, 1808:17, 1823:12, 1840:8, 1847:2, 1849:21, 1850:6, 1850:17, 1852:19, 1853:15, 1855:22

**Photograph** [1] - 1808:25

**photographic** [1] - 1774:7

**photographs** [16] - 1754:20, 1772:13, 1773:23, 1774:25, 1775:15, 1779:5, 1838:1, 1847:4, 1849:13, 1851:16, 1853:2, 1854:16, 1859:4, 1859:12, 1859:19, 1868:13

**photos** [9] - 1768:10, 1768:25, 1771:7, 1776:20, 1806:4, 1806:10, 1806:16, 1806:19

**physical** [1] - 1754:19

**physically** [1] - 1834:12

**pick** [1] - 1850:9

**picked** [3] - 1847:21, 1862:11, 1866:9

**picking** [3] - 1853:1, 1855:13, 1859:18

**pictorial** [1] - 1835:7, 1836:19, 1849:10

**picture** [2] - 1760:11, 1810:11

**pictures** [2] - 1816:19, 1845:15

**piece** [6] - 1777:24, 1791:15, 1816:10, 1845:13, 1856:6, 1857:20

**pieces** [3] - 1777:3, 1778:7, 1778:24

**piezometers** [1] - 1834:2

**PIGMAN** [1] - 1741:8

**pile** [12] - 1775:4, 1777:23, 1818:4, 1822:18, 1822:19, 1835:10, 1835:14, 1835:15, 1835:16, 1835:20, 1846:7, 1846:8

**piled** [1] - 1835:9, 1836:2, 1848:20

**piles** [6] - 1838:8, 1838:12, 1839:9, 1839:18, 1848:24, 1852:18

**Pine** [1] - 1758:25

**pins** [1] - 1848:1

**PITRE** [1] - 1741:6

**place** [10] - 1753:16, 1764:13, 1769:8, 1823:14, 1831:4, 1836:2, 1836:3, 1836:6, 1837:6, 1845:5

**placed** [3] - 1771:21, 1771:22, 1866:4

**places** [1] - 1838:21

**plain** [7] - 1751:9, 1751:14, 1752:9, 1753:20, 1758:2, 1758:3, 1824:9

**Plain** [3] - 1752:2, 1752:5, 1753:12

**plains** [1] - 1751:6

**Plaintiffs** [1] - 1740:1

**plaintiffs** [9] - 1745:2, 1747:6, 1748:3, 1749:10, 1764:12, 1765:7, 1766:25, 1780:4, 1781:17

**plaintiffs'** [1] - 1748:20

**plan** [1] - 1749:19

**plane** [1] - 1844:9

**plastic** [6] - 1762:15, 1763:23, 1764:4, 1764:8, 1778:17, 1866:23

**plasticity** [8] - 1866:6, 1866:7, 1866:10, 1866:11, 1866:12, 1866:15, 1866:24, 1867:2

**plate** [3] - 1762:23, 1787:18, 1788:5

**play** [3] - 1753:6, 1760:13, 1778:2, 1778:13, 1778:16, 1792:6, 1866:6

**player** [1] - 1779:24

**PLC** [1] - 1741:3

**Pleistocene** [1] - 1758:7
**plot** [2] - 1865:14, 1866:10
**plotted** [1] - 1860:13
**plus** [1] - 1803:24
**PO** [1] - 1741:22
**pO** [1] - 1740:14
**point** [43] - 1745:22, 1747:2, 1756:25, 1759:9, 1763:3, 1765:3, 1769:3, 1773:16, 1774:14, 1777:11, 1778:6, 1781:21, 1782:3, 1791:11, 1794:17, 1796:23, 1798:19, 1809:19, 1827:20, 1827:24, 1832:16, 1832:18, 1836:16, 1836:18, 1837:5, 1840:18, 1842:17, 1850:11, 1854:15, 1855:8, 1856:3, 1857:1, 1857:25, 1858:1, 1860:11, 1863:9, 1863:10, 1867:15, 1869:8
**Point** [1] - 1792:5
**pointed** [6] - 1776:13, 1782:14, 1840:12, 1841:13, 1845:10, 1851:22
**pointer** [3] - 1757:5, 1809:20, 1809:24
**pointing** [1] - 1819:20
**points** [10] - 1844:18, 1851:4, 1857:12, 1859:15, 1859:18, 1860:15, 1860:17, 1862:15, 1863:1, 1868:12
**pole** [1] - 1806:24
**pollack** [3] - 1782:13, 1783:8, 1784:25
**pollack-like** [1] - 1783:8
**pool** [1] - 1777:15
**popped** [1] - 1842:3
**portion** [20] - 1780:22, 1790:10, 1791:3, 1797:3, 1798:8, 1798:9, 1802:13, 1804:22, 1811:3, 1812:12, 1817:15, 1822:10, 1836:21, 1838:11, 1839:16, 1840:14, 1842:8, 1842:22, 1852:16, 1860:6

**portions** [6] - 1782:11, 1809:17, 1828:19, 1838:22, 1838:24, 1839:1
**portray** [1] - 1763:6
**portrayal** [2] - 1762:19, 1784:11
**position** [2] - 1751:3, 1751:5
**possible** [4] - 1793:12, 1795:6, 1846:15, 1857:2
**possibly** [1] - 1856:25
**post** [5] - 1753:5, 1768:9, 1836:8, 1836:9, 1836:10
**post-Katrina** [2] - 1753:5, 1768:9
**potential** [2] - 1813:2, 1813:17
**poured** [1] - 1855:24
**pouring** [1] - 1841:6
**PowerPoint** [1] - 1754:6
**Poydras** [2] - 1739:18, 1740:17
**practice** [1] - 1773:6
**precise** [4] - 1747:25, 1748:5, 1776:5, 1854:16
**predict** [1] - 1866:16
**prefer** [1] - 1788:10
**pregnant** [1] - 1813:14
**prehistoric** [1] - 1757:23
**prelim** [1] - 1766:11
**preliminary** [6] - 1764:18, 1765:2, 1765:25, 1767:23, 1768:3, 1800:8
**prepare** [1] - 1748:10
**prepared** [8] - 1748:22, 1749:18, 1754:5, 1775:8, 1827:4, 1827:6, 1827:11, 1830:7
**present** [11] - 1749:21, 1756:2, 1762:16, 1765:14, 1768:15, 1779:14, 1782:20, 1830:10, 1833:18, 1833:19, 1849:9
**presentation** [13] - 1754:6, 1754:10, 1754:13, 1771:11, 1779:19, 1786:14, 1791:23, 1810:12, 1823:25, 1830:14, 1830:20, 1831:15, 1832:5

**presentations** [1] - 1749:19
**presented** [8] - 1765:13, 1765:18, 1770:15, 1773:18, 1780:14, 1781:19, 1824:23, 1863:4
**presents** [1] - 1825:10
**pressures** [4] - 1794:21, 1834:3, 1836:17, 1849:4
**prestigious** [1] - 1829:16
**pretty** [9] - 1755:22, 1799:18, 1808:7, 1808:13, 1844:9, 1846:22, 1855:8, 1857:17, 1859:16
**previous** [1] - 1805:16
**previously** [3] - 1780:15, 1863:22, 1863:25
**primarily** [7] - 1751:8, 1758:9, 1759:6, 1760:12, 1761:16, 1769:1, 1769:5
**primary** [1] - 1783:11
**principal** [2] - 1782:12, 1783:2
**principle** [1] - 1774:3
**principles** [1] - 1865:3
**print** [4] - 1772:21, 1775:25, 1776:6, 1858:10
**printed** [2] - 1774:13, 1858:11
**printing** [1] - 1757:8
**private** [2] - 1829:3
**problem** [1] - 1857:6
**problematic** [1] - 1848:5
**problems** [1] - 1848:9
**procedure** [1] - 1827:13
**proceed** [2] - 1774:20, 1810:9
**proceeded** [1] - 1834:17
**proceedings** [2] - 1823:5, 1827:10
**PROCEEDINGS** [1] - 1739:8
**Proceedings** [3] - 1739:20, 1810:8, 1869:13
**process** [2] - 1799:18, 1854:21
**PROCTOR** [1] - 1740:24
**produce** [1] - 1867:12

**produces** [1] - 1755:7
**producing** [3] - 1755:3, 1759:20, 1792:4
**product** [1] - 1824:10
**products** [3] - 1753:20, 1753:21, 1756:7
**profession** [1] - 1750:17
**professional** [7] - 1751:17, 1751:19, 1751:20, 1751:21, 1753:11, 1754:2, 1828:17
**profile** [2] - 1805:2, 1854:13
**profiles** [1] - 1853:11
**program** [4] - 1833:7, 1833:8, 1833:11
**progression** [3] - 1831:23, 1843:7, 1843:9
**project** [1] - 1752:16
**projects** [3] - 1751:11, 1752:8, 1854:6
**promote** [2] - 1757:18, 1783:19
**prone** [1] - 1757:2
**pronounced** [1] - 1758:19
**properly** [1] - 1745:5
**properties** [4] - 1752:24, 1758:15, 1759:10, 1760:23
**proposition** [1] - 1868:3
**protect** [1] - 1836:24
**protected** [2] - 1849:12, 1868:24
**protection** [4] - 1829:5, 1835:25, 1840:10, 1844:13
**Protection** [1] - 1829:10
**protective** [1] - 1808:15
**proud** [1] - 1834:6
**provide** [7] - 1754:18, 1829:19, 1836:2, 1837:14, 1840:10, 1844:13, 1847:24
**provided** [2] - 1816:13, 1853:5
**provides** [1] - 1848:1
**proxy** [1] - 1769:24
**public** [1] - 1753:23
**published** [3] - 1751:20, 1751:21, 1824:10

**pull** [19] - 1744:18, 1766:20, 1783:13, 1788:2, 1790:4, 1794:2, 1795:15, 1803:12, 1804:5, 1805:20, 1807:5, 1808:21, 1808:22, 1812:10, 1817:7, 1837:11, 1853:6, 1854:13, 1859:8
**pulled** [5] - 1838:10, 1839:8, 1840:25, 1842:5, 1859:11
**pulling** [2] - 1848:22, 1848:23
**pump** [3] - 1808:16, 1845:11, 1867:24
**purple** [1] - 1862:3
**purpose** [4] - 1772:19, 1782:12, 1783:2, 1783:11
**purposes** [1] - 1803:9
**pushing** [2] - 1837:6, 1849:8
**put** [21] - 1744:6, 1755:4, 1773:8, 1773:9, 1785:10, 1785:13, 1789:18, 1793:2, 1796:17, 1796:19, 1801:18, 1805:3, 1807:2, 1809:24, 1831:20, 1840:9, 1844:12, 1859:13, 1860:24, 1862:25, 1864:21
**puts** [1] - 1786:2
**putting** [3] - 1835:22, 1850:7, 1859:18
**PX** [2] - 1749:1, 1788:7

### Q

**qualification** [1] - 1750:4
**qualifications** [2] - 1794:23, 1829:19
**qualified** [2] - 1792:23, 1816:25
**qualify** [1] - 1749:20
**quality** [2] - 1834:7, 1834:9
**quantities** [6] - 1757:15, 1760:5, 1787:9, 1789:17, 1792:2, 1795:14
**quarter** [1] - 1833:17
**question's** [1] - 1825:2
**questions** [11] -

1750:3, 1750:7, 1765:9, 1780:5, 1789:1, 1795:21, 1803:6, 1805:23, 1823:6, 1825:18, 1825:20

**quick** [1] - 1856:20

**quickly** [5] - 1761:11, 1827:5, 1841:9, 1842:12, 1855:8

**quite** [9] - 1751:13, 1762:5, 1830:21, 1840:24, 1841:13, 1842:3, 1851:14, 1851:17, 1853:22

**quote** [1] - 1783:18

**R**

**RAFFERTY** [1] - 1740:24

**raise** [2] - 1775:9, 1827:15

**raised** [2] - 1775:25, 1777:15

**ran** [1] - 1805:23

**rapid** [2] - 1755:23, 1779:10

**rapidly** [3] - 1754:24, 1755:16, 1801:6

**rate** [3] - 1837:2, 1837:3, 1864:17

**rates** [2] - 1866:8, 1867:7

**rather** [4] - 1744:1, 1749:25, 1776:13

**Razor** [1] - 1779:16

**RE** [1] - 1739:4

**reach** [1] - 1745:22

**reached** [1] - 1743:12

**read** [13] - 1744:9, 1780:17, 1782:9, 1782:11, 1784:2, 1785:16, 1790:25, 1809:3, 1810:20, 1812:16, 1819:12, 1821:8, 1826:12

**reader** [1] - 1783:6

**readily** [1] - 1865:21

**reading** [2] - 1780:21, 1784:16

**readings** [1] - 1853:3

**reads** [5] - 1783:18, 1788:19, 1790:12, 1798:1, 1808:25

**ready** [1] - 1810:9

**real** [1] - 1854:16

**realize** [1] - 1743:24

**realized** [3] - 1747:17, 1753:20, 1760:17

**really** [27] - 1744:1, 1748:8, 1748:15, 1752:12, 1755:6, 1755:23, 1756:10, 1777:11, 1781:22, 1805:4, 1811:25, 1845:14, 1845:21, 1847:7, 1847:19, 1848:1, 1851:23, 1854:23, 1857:11, 1857:17, 1859:14, 1862:16, 1865:22, 1867:4, 1867:10, 1867:22, 1868:19

**realm** [1] - 1794:22

**realtime** [4] - 1829:13, 1858:23, 1860:17, 1860:24

**reason** [7] - 1745:19, 1752:22, 1799:16, 1835:13, 1835:14, 1846:5, 1867:21

**reasonably** [1] - 1853:2

**reasons** [4] - 1795:5, 1830:8, 1830:11, 1837:20

**rebar** [4] - 1841:17, 1841:19, 1842:3, 1845:23

**recapped** [1] - 1797:2

**received** [1] - 1757:15

**recent** [4] - 1751:10, 1767:16, 1799:21, 1800:18

**recently** [1] - 1829:11

**recess** [2] - 1810:7, 1810:8

**recessed** [1] - 1869:13

**recognize** [5] - 1795:18, 1806:10, 1817:9, 1817:23, 1829:6

**recollection** [1] - 1766:7

**record** [7] - 1747:14, 1748:18, 1750:13, 1778:19, 1828:4, 1840:11, 1846:15

**Recorded** [1] - 1739:20

**recross** [1] - 1826:17

**red** [2] - 1769:10, 1807:10

**refer** [1] - 1847:12

**reference** [3] - 1816:12, 1853:9, 1853:24

**referenced** [1] - 1767:9

**referred** [2] - 1814:10, 1847:10

**referring** [9] - 1789:13, 1793:17, 1794:16, 1795:24, 1811:14, 1811:15, 1819:16, 1820:7, 1820:16

**reflect** [1] - 1819:21

**reflective** [3] - 1806:21, 1807:13, 1809:5

**reflects** [1] - 1762:9

**refoundations** [1] - 1751:7

**regard** [1] - 1748:20

**regarding** [2] - 1804:14, 1804:15

**region** [1] - 1860:15

**regional** [3] - 1751:16, 1752:16, 1824:6

**registered** [2] - 1751:18, 1828:17

**reinforced** [1] - 1840:21

**related** [1] - 1833:3

**relates** [2] - 1753:11, 1813:7

**relationship** [3] - 1758:14, 1796:25, 1868:13

**relative** [1] - 1853:12

**relatively** [3] - 1755:16, 1758:8, 1801:5

**released** [1] - 1838:16

**relevant** [2] - 1784:23, 1800:21

**reliance** [1] - 1764:17

**relocation** [1] - 1795:21

**rely** [3] - 1767:17, 1767:18, 1767:21

**relying** [2] - 1800:13, 1834:22

**remained** [2] - 1807:23, 1846:3

**remains** [1] - 1767:6

**remarkable** [1] - 1838:14

**remediation** [2] - 1792:9, 1792:10

**remember** [4] - 1764:18, 1772:23, 1862:23

**remind** [1] - 1857:3, 1862:23

**removal** [3] - 1792:10, 1792:11, 1849:11

**removed** [1] - 1849:24

**render** [1] - 1816:22

**rendered** [1] - 1746:9

**repairing** [1] - 1829:4

**repeat** [1] - 1822:15

**repeated** [1] - 1861:23

**replaced** [1] - 1792:19

**replacing** [1] - 1829:4

**report** [61] - 1761:22, 1762:2, 1762:7, 1764:14, 1764:16, 1765:11, 1765:22, 1765:24, 1766:1, 1766:3, 1766:5, 1766:9, 1766:20, 1766:24, 1767:7, 1767:9, 1767:17, 1767:18, 1767:21, 1768:1, 1774:19, 1785:14, 1786:2, 1788:23, 1789:25, 1791:2, 1792:15, 1792:21, 1793:6, 1793:9, 1794:3, 1794:13, 1794:20, 1797:2, 1800:16, 1801:4, 1801:5, 1801:13, 1806:16, 1806:17, 1809:8, 1809:10, 1813:21, 1815:8, 1815:12, 1815:17, 1816:3, 1816:16, 1816:17, 1817:10, 1817:24, 1819:17, 1821:19, 1822:5, 1824:20, 1825:3, 1826:6, 1861:11, 1861:12, 1867:8

**reported** [1] - 1867:7

**Reporter** [2] - 1739:17, 1869:18

**reporter** [1] - 1869:5

**reports** [7] - 1751:20, 1751:21, 1751:22, 1751:24, 1790:6, 1801:9, 1824:5

**repository** [2] - 1753:13, 1753:22

**represent** [3] - 1745:5, 1780:4, 1862:15

**representation** [3] - 1765:1, 1785:14, 1822:3

**representative** [1] - 1818:11

**represents** [2] - 1764:21, 1818:1

**request** [1] - 1774:13

**required** [3] - 1745:17, 1835:24

**requirement** [1] - 1748:6

**research** [3] - 1751:2, 1771:14, 1865:5

**residue** [1] - 1856:1

**resist** [1] - 1839:14

**resistance** [4] - 1836:16, 1846:4, 1847:24, 1848:17

**resolve** [1] - 1744:1

**resolved** [2] - 1745:6, 1747:23

**respect** [8] - 1764:17, 1765:16, 1791:25, 1794:20, 1799:13, 1803:5, 1814:1, 1820:21

**respectfully** [1] - 1766:21

**respond** [1] - 1765:8

**response** [2] - 1801:8, 1826:7

**responsible** [3] - 1753:7, 1753:8, 1791:14

**rest** [4] - 1748:20, 1749:10, 1822:2, 1822:11

**resting** [1] - 1827:5

**Restoration** [1] - 1829:11

**restraint** [4] - 1836:3, 1837:6, 1847:19, 1848:1

**result** [4] - 1816:20, 1831:25, 1865:6, 1865:13

**results** [3] - 1765:25, 1848:3, 1867:12

**revealed** [1] - 1790:13

**review** [3] - 1792:15, 1793:20

**reviewed** [1] - 1764:18

**reviewing** [2] - 1761:22, 1793:15

**rid** [1] - 1859:2

**Ridge** [1] - 1756:19

**ridge** [4] - 1758:18, 1758:21, 1758:25, 1759:4

**right-hand** [3] - 1758:6, 1796:5, 1812:15

**Rio** [1] - 1751:7

**rising** [2] - 1864:22, 1865:11

**risk** [1] - 1828:22

**Rita** [3] - 1818:8, 1818:9, 1838:5

**River** [9] - 1751:8,

1752:2, 1752:5, 1752:10, 1753:12, 1755:5, 1755:9, 1755:12, 1757:14
**river** [3] - 1755:5, 1755:25, 1756:25
**River's** [1] - 1752:6
**RMR** [1] - 1739:16
**road** [7] - 1771:2, 1771:3, 1771:8, 1773:9, 1775:11, 1775:12, 1801:18
**Road** [13] - 1741:7, 1769:7, 1771:6, 1775:20, 1775:25, 1801:24, 1804:2, 1807:15, 1809:2, 1809:6, 1809:15, 1809:23, 1809:25
**roadway** [2] - 1804:1, 1807:17
**Robert** [2] - 1759:2, 1777:12
**ROBERT** [2] - 1741:3, 1741:4
**ROBIN** [1] - 1741:19
**Robinson** [1] - 1867:7
**rock** [3] - 1806:23, 1807:3, 1807:4
**rocks** [2] - 1828:21, 1834:6
**Roger** [1] - 1824:10
**Roger's** [2] - 1780:17, 1781:2
**Rogers** [11] - 1753:24, 1762:1, 1780:14, 1781:17, 1782:12, 1784:4, 1784:13, 1784:17, 1785:6, 1786:1, 1786:4
**Rogers'** [3] - 1781:4, 1782:9, 1801:7
**role** [1] - 1753:6
**root** [1] - 1851:14
**rose** [1] - 1755:20
**rotate** [7] - 1836:6, 1836:18, 1840:23, 1841:7, 1856:10, 1856:11, 1858:1
**rotated** [19] - 1831:5, 1838:9, 1839:20, 1840:18, 1840:23, 1840:24, 1840:25, 1841:13, 1842:8, 1842:9, 1843:5, 1843:6, 1844:3, 1844:8, 1844:19, 1844:24, 1856:11, 1857:23, 1858:2
**rotates** [1] - 1837:7

**rotating** [4] - 1836:9, 1838:9, 1843:22, 1843:25
**rotation** [3] - 1831:2, 1841:3, 1843:4
**Rouge** [1] - 1740:11
**rough** [2] - 1769:13, 1854:16
**roughly** [3] - 1832:21, 1849:20, 1865:9
**ROY** [1] - 1740:12
**rule** [10] - 1745:14, 1745:15, 1750:8, 1765:23, 1826:10, 1826:12, 1826:19, 1826:20, 1826:22, 1827:18
**ruled** [3] - 1747:17, 1813:2, 1813:17
**ruler** [1] - 1854:22
**rules** [3] - 1826:12, 1826:13, 1826:25
**rulings** [1] - 1782:4
**run** [5] - 1847:14, 1853:4, 1855:7, 1866:7, 1866:8
**running** [1] - 1850:1
**runs** [1] - 1840:13
**RUPERT** [1] - 1741:20
**Rupert** [1] - 1753:15
**rushing** [4] - 1818:6, 1837:1, 1837:9

## S

**safety** [2] - 1831:18, 1831:20
**sake** [1] - 1805:22
**sample** [1] - 1761:6
**samples** [5] - 1767:19, 1767:21, 1833:15, 1833:16
**sampling** [1] - 1771:2
**San** [1] - 1829:8
**sand** [36] - 1755:2, 1759:7, 1759:18, 1759:19, 1760:6, 1770:14, 1772:14, 1772:18, 1773:21, 1773:22, 1774:4, 1774:11, 1777:8, 1777:13, 1777:15, 1778:25, 1786:17, 1791:25, 1792:1, 1792:2, 1792:8, 1792:19, 1793:2, 1795:14, 1799:11, 1801:19, 1801:24, 1803:19, 1805:13, 1806:3, 1806:22,

1809:18, 1865:20, 1865:22, 1867:3
**sands** [4] - 1777:9, 1792:5, 1795:11
**sandy** [1] - 1757:1
**satisfactory** [1] - 1869:11
**satisfied** [1] - 1833:24
**satisfy** [1] - 1833:12
**Saucier** [2] - 1756:4, 1824:10
**Sauvage** [3] - 1756:20, 1757:13, 1757:14
**save** [2] - 1788:12, 1827:22
**saw** [7] - 1747:16, 1753:10, 1761:16, 1762:12, 1769:1, 1778:6, 1846:5
**scale** [6] - 1752:19, 1769:12, 1769:21, 1773:14, 1802:21, 1850:8
**scaling** [1] - 1773:24
**schedule** [1] - 1743:18
**school** [1] - 1818:10
**SCHULTZ** [3] - 1740:24, 1826:2, 1826:19
**Science** [2] - 1828:12, 1828:13
**scope** [10] - 1826:6, 1826:17, 1826:20, 1826:21, 1826:23, 1833:8, 1833:9, 1834:16, 1834:21, 1834:23
**SCOTT** [1] - 1740:21
**scour** [78] - 1768:14, 1769:22, 1775:14, 1778:11, 1813:23, 1814:1, 1816:18, 1816:20, 1817:5, 1817:18, 1818:2, 1818:12, 1818:19, 1818:21, 1820:14, 1820:16, 1820:22, 1823:19, 1823:20, 1831:22, 1832:7, 1836:15, 1837:2, 1837:3, 1841:5, 1843:8, 1849:3, 1849:4, 1849:11, 1850:10, 1850:20, 1850:24, 1851:4, 1851:5, 1851:24, 1852:2, 1852:15, 1852:19, 1853:1,

1853:14, 1853:18, 1853:23, 1854:7, 1854:9, 1854:17, 1854:24, 1855:4, 1855:9, 1855:13, 1855:18, 1855:23, 1856:23, 1859:5, 1859:11, 1861:6, 1864:9, 1864:17, 1864:23, 1864:24, 1865:4, 1865:8, 1865:10, 1865:12, 1865:14, 1865:19, 1865:22, 1865:23, 1866:16, 1867:23, 1867:25, 1868:3, 1868:15, 1868:17, 1868:18, 1868:20, 1868:23
**scour's** [1] - 1864:20
**scoured** [1] - 1831:3
**scouring** [8] - 1760:12, 1778:12, 1813:21, 1815:13, 1819:10, 1820:4, 1820:11, 1867:16
**screen** [5] - 1773:1, 1773:4, 1773:7, 1802:20, 1857:4
**sea** [1] - 1755:19
**searched** [1] - 1837:25
**seaward** [1] - 1759:5
**second** [4] - 1789:4, 1826:8, 1842:18, 1868:5
**section** [39] - 1759:13, 1759:16, 1761:18, 1761:23, 1762:23, 1763:9, 1774:1, 1780:10, 1780:12, 1780:14, 1780:16, 1780:23, 1782:21, 1783:23, 1785:19, 1785:24, 1786:3, 1786:9, 1793:22, 1797:13, 1799:13, 1799:17, 1801:16, 1815:14, 1820:18, 1824:25, 1840:17, 1842:23, 1845:7, 1845:8, 1845:25, 1848:17, 1848:19, 1849:1, 1855:4, 1856:9, 1862:20
**sections** [29] - 1761:10, 1761:14, 1761:22, 1762:2, 1762:5, 1763:6, 1770:13, 1786:5,

1786:10, 1787:14, 1793:6, 1793:12, 1793:20, 1793:24, 1793:25, 1794:10, 1794:11, 1801:7, 1824:17, 1824:22, 1825:1, 1825:2, 1825:4, 1825:7, 1825:8, 1825:9, 1838:23, 1842:24, 1856:12
**sector** [2] - 1829:3
**sedge** [1] - 1782:17
**sediment** [2] - 1755:7, 1757:15
**see** [131] - 1744:12, 1744:17, 1744:18, 1749:23, 1754:21, 1755:20, 1756:12, 1757:17, 1758:18, 1758:19, 1758:21, 1759:2, 1759:7, 1759:16, 1760:5, 1760:11, 1760:12, 1762:14, 1762:21, 1763:22, 1764:7, 1764:16, 1768:14, 1769:4, 1769:5, 1769:8, 1769:13, 1769:15, 1769:18, 1769:21, 1770:18, 1771:6, 1774:24, 1774:25, 1775:3, 1775:4, 1775:15, 1777:1, 1777:24, 1778:1, 1778:12, 1778:15, 1779:2, 1779:3, 1781:1, 1781:3, 1782:22, 1788:11, 1789:12, 1790:1, 1790:2, 1790:3, 1791:13, 1796:6, 1797:6, 1798:15, 1798:25, 1806:21, 1809:17, 1811:19, 1811:25, 1812:5, 1812:7, 1818:24, 1818:25, 1822:9, 1822:17, 1822:21, 1822:22, 1826:14, 1826:18, 1832:6, 1834:12, 1838:9, 1838:21, 1838:22, 1839:16, 1839:19, 1839:22, 1839:24, 1840:6, 1840:13, 1840:15, 1840:19, 1841:2, 1841:25, 1842:2, 1842:8, 1842:20, 1842:23, 1843:3,

1843:22, 1843:23,
1844:4, 1844:6,
1844:7, 1844:17,
1846:24, 1849:23,
1850:13, 1851:15,
1851:16, 1852:2,
1852:15, 1852:17,
1853:22, 1854:6,
1854:15, 1854:23,
1854:24, 1856:1,
1856:5, 1856:6,
1856:8, 1856:16,
1857:11, 1857:21,
1858:7, 1859:17,
1860:14, 1864:11,
1865:19, 1865:21,
1866:13, 1866:25
**seeing** [4] - 1756:11,
1764:16, 1766:19,
1840:1
**seem** [1] - 1863:1
**seepage** [2] - 1779:12,
1790:23
**sees** [2] - 1782:23,
1827:20
**segment** [8] -
1840:23, 1842:9,
1843:5, 1846:18,
1847:9, 1847:14,
1849:11, 1856:6
**segment's** [1] -
1843:5
**segments** [8] -
1840:20, 1840:22,
1840:25, 1841:12,
1843:22, 1843:24,
1844:18, 1844:24
**semi** [1] - 1743:7
**semi-benevolent** [1] -
1743:7
**send** [1] - 1749:4
**sense** [4] - 1772:16,
1774:17, 1775:18,
1863:12
**sensitive** [1] - 1865:19
**sent** [2] - 1744:9,
1744:17
**sentence** [4] -
1790:19, 1819:8,
1820:1, 1821:3
**separate** [3] -
1744:23, 1752:21,
1775:13
**separation** [1] -
1846:21
**September** [2] -
1739:5, 1784:17
**SEPTEMBER** [1] -
1743:1
**sequence** [4] -

1841:4, 1843:3,
1843:6, 1844:20
**series** [5] - 1752:8,
1754:6, 1755:15,
1803:6, 1849:12
**serve** [1] - 1832:23
**session** [1] - 1784:16
**SESSION** [1] - 1739:7
**set** [5] - 1759:7,
1824:6, 1833:24,
1841:12, 1853:5
**sets** [1] - 1749:24
**settle** [1] - 1862:8
**settled** [3] - 1860:3,
1862:1, 1863:15
**settlement** [2] -
1862:12, 1862:19
**settling** [1] - 1862:20
**seven** [4] - 1749:25,
1751:24, 1811:15,
1838:3
**several** [5] - 1759:7,
1818:5, 1837:4,
1859:4
**severe** [1] - 1842:4
**sewer** [2] - 1747:7,
1747:16
**shadow** [3] - 1844:1,
1844:4, 1856:17
**shall** [3] - 1774:20,
1827:1
**shallow** [1] - 1759:18
**shallowest** [1] -
1759:3
**shape** [5] - 1839:4,
1839:11, 1846:19,
1850:4, 1866:4
**shaped** [1] - 1843:18
**shareholder** [1] -
1829:12
**shear** [4] - 1833:20,
1833:21, 1835:16,
1837:9
**sheared** [3] - 1822:10,
1822:18, 1845:23
**sheared-off** [1] -
1822:18
**shears** [1] - 1834:13
**sheathing** [1] -
1837:10
**Sheena** [1] - 1776:6
**sheet** [17] - 1775:4,
1777:23, 1818:4,
1820:8, 1822:18,
1822:19, 1835:10,
1838:8, 1838:12,
1839:9, 1839:17,
1845:15, 1846:7,
1846:8, 1848:20,
1848:24, 1852:18

**sheeting** [4] -
1835:22, 1842:14,
1842:16, 1845:13
**sheetings** [1] -
1843:18
**sheets** [8] - 1838:16,
1839:8, 1839:10,
1842:22, 1845:13,
1847:22, 1847:23,
1847:24
**shelf** [1] - 1744:7
**shell** [12] - 1799:11,
1801:20, 1801:25,
1803:20, 1805:13,
1806:3, 1806:22,
1807:3, 1807:13,
1807:14, 1807:16,
1809:18
**Shell** [1] - 1809:1
**shinning** [1] - 1844:1
**short** [5] - 1755:1,
1755:16, 1758:8,
1836:25, 1837:8
**Short** [1] - 1741:4
**shot** [2] - 1743:20,
1769:7
**show** [26] - 1755:15,
1763:9, 1768:10,
1768:15, 1773:24,
1787:14, 1787:15,
1795:9, 1803:14,
1832:6, 1835:7,
1839:20, 1841:5,
1843:4, 1843:23,
1845:14, 1845:24,
1847:18, 1848:11,
1848:14, 1849:2,
1849:15, 1857:19,
1859:15, 1864:10,
1866:14
**showed** [7] - 1804:17,
1843:21, 1844:25,
1846:3, 1846:20,
1859:4, 1865:14
**showing** [8] -
1782:14, 1818:3,
1841:15, 1843:7,
1845:20, 1847:10,
1849:20, 1852:9
**Showing** [1] - 1809:1
**shown** [9] - 1746:15,
1756:20, 1773:23,
1774:11, 1781:11,
1783:3, 1801:19,
1838:8, 1850:11
**shows** [14] - 1770:14,
1771:1, 1773:18,
1774:7, 1783:5,
1789:18, 1797:8,
1802:5, 1837:24,

1838:6, 1850:20,
1851:23, 1859:9,
1859:11
**shrink** [1] - 1851:10
**side** [32] - 1761:23,
1763:21, 1777:11,
1777:12, 1777:15,
1780:9, 1796:5,
1807:18, 1808:15,
1816:1, 1827:19,
1829:20, 1830:24,
1831:2, 1831:4,
1836:4, 1836:10,
1836:23, 1837:12,
1839:9, 1840:8,
1841:1, 1846:2,
1846:19, 1848:21,
1849:12, 1856:2,
1863:19, 1865:12,
1867:16, 1868:24
**signature** [2] -
1841:19, 1841:23
**significant** [6] -
1768:7, 1787:9,
1792:1, 1833:11,
1841:15, 1847:17
**signs** [1] - 1841:15
**silt** [4] - 1812:19,
1812:21, 1812:24,
1867:2
**Silva** [2] - 1824:7,
1833:6
**similar** [7] - 1764:3,
1790:14, 1790:21,
1791:18, 1791:19,
1805:13, 1807:17
**similarly** [1] - 1842:2
**simple** [4] - 1779:18,
1832:24, 1835:1,
1836:7
**simply** [8] - 1836:6,
1836:17, 1837:5,
1837:7, 1847:12,
1848:16, 1868:3,
1868:22
**SIMS** [1] - 1740:7
**single** [3] - 1755:25,
1815:7
**sinkholes** [1] -
1777:17
**SIS** [3] - 1811:13,
1811:17, 1811:20
**sit** [2] - 1754:13,
1754:15
**site** [5] - 1785:10,
1790:21, 1816:3,
1833:4, 1833:6
**sites** [1] - 1753:9
**sitting** [2] - 1755:17,
1755:18

**situation** [2] - 1764:3,
1807:17
**six** [2] - 1803:19,
1832:5
**skeleton** [1] - 1782:14
**sketch** [3] - 1847:8,
1848:12, 1849:16
**skip** [1] - 1861:7
**slide** [109] - 1754:17,
1755:14, 1756:3,
1756:23, 1757:21,
1757:25, 1758:17,
1758:23, 1759:8,
1759:12, 1759:15,
1759:24, 1760:2,
1760:8, 1760:10,
1760:15, 1760:20,
1760:25, 1761:4,
1761:8, 1761:13,
1761:20, 1761:25,
1762:13, 1762:18,
1762:22, 1763:7,
1763:14, 1764:1,
1764:5, 1764:9,
1764:12, 1768:18,
1769:2, 1769:6,
1769:11, 1769:16,
1769:19, 1769:23,
1770:1, 1770:3,
1770:7, 1770:11,
1770:20, 1770:25,
1771:4, 1771:9,
1771:25, 1772:6,
1774:22, 1775:6,
1775:21, 1775:23,
1775:24, 1776:8,
1777:16, 1777:21,
1778:3, 1778:9,
1778:14, 1778:18,
1787:17, 1791:22,
1801:22, 1810:12,
1810:16, 1823:25,
1824:3, 1839:5,
1840:3, 1840:5,
1840:15, 1840:16,
1841:10, 1841:14,
1842:11, 1843:20,
1843:23, 1844:15,
1844:22, 1845:3,
1845:18, 1845:20,
1846:17, 1847:5,
1847:18, 1848:10,
1849:9, 1849:18,
1851:25, 1852:5,
1852:11, 1852:21,
1853:16, 1853:20,
1854:3, 1854:12,
1854:19, 1855:2,
1855:6, 1855:16,
1855:20, 1856:14,

1859:1, 1861:7, 1864:5, 1865:1, 1868:9, 1869:1
**Slide** [2] - 1780:7, 1794:3
**slides** [3] - 1754:6, 1759:7, 1762:17
**slope** [3] - 1819:1, 1821:6, 1829:9
**slopes** [1] - 1828:20
**slosh** [1] - 1815:2
**sloshes** [1] - 1815:11
**sloshing** [1] - 1815:3
**slow** [1] - 1864:22
**slowing** [1] - 1864:17
**SLS** [4] - 1811:12, 1811:13, 1812:7, 1812:18
**SMITH** [13] - 1741:19, 1743:14, 1825:25, 1828:8, 1829:22, 1830:5, 1830:6, 1857:3, 1858:12, 1858:14, 1858:16, 1858:19, 1859:1
**Smith** [4] - 1742:4, 1747:18, 1749:13, 1858:11
**soft** [7] - 1760:17, 1788:19, 1789:7, 1835:15, 1835:20, 1862:7, 1862:22
**softer** [1] - 1862:19
**soil** [36] - 1760:18, 1761:6, 1763:16, 1763:22, 1765:20, 1779:4, 1789:11, 1792:11, 1792:18, 1810:23, 1811:5, 1831:4, 1831:5, 1833:21, 1834:13, 1836:9, 1839:25, 1841:7, 1848:16, 1849:3, 1849:7, 1849:12, 1849:24, 1850:2, 1851:6, 1851:19, 1855:24, 1855:25, 1856:1, 1856:22, 1865:4, 1865:20, 1866:9, 1866:14, 1866:25
**soils** [25] - 1760:18, 1761:2, 1763:6, 1763:9, 1763:23, 1764:8, 1767:12, 1778:22, 1779:12, 1784:11, 1793:16, 1828:21, 1828:23, 1829:1, 1831:19, 1834:6, 1834:10,

1834:12, 1840:1, 1862:7, 1862:19, 1862:20, 1866:8, 1867:10, 1868:19
**sole** [1] - 1829:12
**solely** [1] - 1765:13
**someone** [2] - 1854:22, 1857:18
**something's** [1] - 1848:22
**somewhat** [3] - 1746:2, 1855:10, 1862:19
**somewhere** [2] - 1820:17, 1844:8
**soon** [1] - 1743:8
**sophisticated** [1] - 1853:4
**sorry** [7] - 1796:8, 1798:6, 1806:7, 1822:13, 1824:15, 1842:19, 1847:18
**sort** [2] - 1744:6, 1826:17
**sound** [1] - 1846:23
**source** [2] - 1753:25, 1818:8
**south** [62] - 1756:16, 1759:17, 1761:18, 1770:18, 1770:23, 1770:24, 1780:12, 1780:15, 1780:23, 1782:1, 1782:21, 1785:19, 1785:24, 1786:3, 1802:9, 1802:16, 1805:18, 1805:23, 1813:3, 1814:20, 1817:13, 1818:12, 1830:25, 1831:7, 1832:9, 1838:7, 1839:7, 1839:19, 1840:14, 1840:18, 1842:2, 1842:10, 1842:12, 1842:14, 1843:3, 1844:12, 1844:16, 1844:20, 1844:23, 1844:25, 1846:5, 1847:14, 1848:18, 1849:5, 1849:16, 1852:6, 1852:13, 1853:22, 1854:4, 1854:8, 1854:20, 1854:25, 1855:22, 1860:14, 1862:17, 1863:22, 1864:1, 1866:14
**southern** [1] - 1861:13
**southward** [1] - 1843:12

**space** [1] - 1835:24
**spall** [1] - 1845:2
**spalling** [3] - 1841:19, 1842:7, 1846:21
**Sparling** [1] - 1783:18
**speaker** [1] - 1829:8
**speaking** [1] - 1827:2
**Special** [1] - 1785:23
**specialized** [2] - 1828:18, 1833:19
**specific** [17] - 1761:5, 1762:25, 1770:22, 1780:25, 1782:20, 1783:10, 1784:5, 1785:25, 1794:11, 1796:7, 1796:10, 1796:15, 1796:20, 1801:12, 1825:2
**specifically** [15] - 1756:21, 1781:2, 1782:24, 1784:17, 1785:21, 1789:10, 1793:18, 1805:4, 1815:9, 1816:6, 1820:15, 1821:22, 1829:23, 1832:13, 1832:23
**specifics** [1] - 1789:12
**spectacular** [1] - 1838:6
**speculation** [1] - 1803:1
**spell** [2] - 1750:12, 1828:3
**spent** [2] - 1751:6, 1768:6
**spilling** [2] - 1836:22, 1861:4
**splashing** [1] - 1867:24
**spoken** [1] - 1863:2
**spots** [2] - 1851:13, 1851:14
**Springs** [1] - 1740:20
**squared** [1] - 1752:18
**St** [2] - 1752:17, 1755:21
**stability** [6] - 1791:11, 1829:9, 1831:8, 1831:9, 1831:19, 1834:19
**stable** [1] - 1836:1
**staff** [2] - 1834:22, 1865:7
**stages** [1] - 1858:8
**stand** [4] - 1754:12, 1754:14, 1787:4, 1866:19
**standard** [3] - 1763:17, 1826:5,

1833:13
**standing** [1] - 1777:14
**stands** [2] - 1812:18, 1827:19
**STANWOOD** [1] - 1739:8
**start** [6] - 1747:19, 1780:6, 1814:2, 1830:23, 1830:25, 1841:7
**started** [15] - 1833:23, 1834:1, 1836:22, 1837:1, 1837:3, 1838:8, 1840:23, 1841:8, 1842:9, 1844:9, 1848:13, 1856:10, 1858:1
**starting** [4] - 1783:14, 1790:19, 1849:13, 1855:17
**starts** [3] - 1805:8, 1836:6, 1836:13, 1836:14, 1836:18, 1837:11, 1841:15, 1842:7, 1857:21, 1861:3, 1864:16, 1864:17, 1867:20
**starve** [1] - 1869:5
**state** [7] - 1750:12, 1750:19, 1781:25, 1786:16, 1828:3, 1829:14, 1860:24
**State** [1] - 1750:20
**statement** [6] - 1789:16, 1791:9, 1820:10, 1826:13, 1826:15, 1861:17
**states** [3] - 1755:6, 1791:2, 1828:18
**STATES** [2] - 1739:1, 1739:9
**States** [4] - 1741:19, 1749:16, 1825:25, 1834:7
**stating** [1] - 1779:3
**Station** [3] - 1741:22, 1750:25, 1751:1
**station** [1] - 1808:16
**stay** [2] - 1743:19, 1811:8
**stayed** [6] - 1822:3, 1822:11, 1838:16, 1838:19, 1842:14, 1845:5
**stays** [1] - 1836:2
**steady** [1] - 1857:7
**steal** [1] - 1839:15
**Stenography** [1] - 1739:20
**step** [3] - 1825:23,

1833:11, 1856:22
**Stevens** [3] - 1744:8, 1746:1, 1746:6
**STEVENS** [5] - 1740:13, 1746:24, 1747:2, 1748:14, 1748:16
**stick** [6] - 1763:16, 1810:18, 1810:22, 1810:25, 1811:11, 1812:21
**sticking** [1] - 1845:23
**sticks** [1] - 1835:11
**stiffer** [1] - 1848:19
**still** [5] - 1745:24, 1758:19, 1785:18, 1800:5, 1804:1
**stipulate** [1] - 1827:23
**stipulated** [2] - 1747:4, 1829:14
**STONE** [1] - 1741:8
**stood** [1] - 1845:11
**stop** [4] - 1827:16, 1827:20, 1835:6, 1864:23
**stopped** [2] - 1844:21
**storage** [1] - 1845:16
**storm** [8] - 1814:16, 1814:19, 1815:12, 1820:23, 1821:6, 1831:3, 1840:10, 1864:15
**straight** [4] - 1856:9, 1856:25, 1857:17, 1857:25
**straightforward** [1] - 1832:25
**strata** [1] - 1812:19
**stratify** [1] - 1758:1
**stratigraphic** [1] - 1772:16
**stratigraphy** [16] - 1768:9, 1768:20, 1769:9, 1769:22, 1769:25, 1770:4, 1770:9, 1770:12, 1770:13, 1773:19, 1774:11, 1778:12, 1793:3, 1793:16, 1801:8, 1818:3
**Street** [20] - 1739:18, 1740:2, 1740:5, 1740:11, 1740:14, 1740:17, 1740:22, 1740:25, 1741:4, 1741:11, 1759:4, 1776:21, 1776:22, 1777:5, 1778:23, 1790:14, 1790:22, 1791:12, 1791:13,

1818:25
**strength** [7] - 1763:19,
1833:21, 1835:16,
1835:20, 1847:24,
1848:7, 1866:24
**stress** [2] - 1831:20,
1841:22
**stretch** [1] - 1848:25
**stretched** [8] -
1838:17, 1838:18,
1841:20, 1841:22,
1843:15, 1843:17,
1843:19, 1849:1
**stricken** [1] - 1746:20
**strictly** [1] - 1859:17
**strike** [2] - 1768:5,
1796:9
**stringers** [1] - 1787:6
**strong** [1] - 1833:21
**stronger** [1] - 1848:6
**strongly** [1] - 1783:20
**structural** [3] -
1831:21, 1845:21,
1849:6
**structure** [3] -
1783:18, 1836:4,
1851:20
**structured** [1] -
1823:17
**structures** [2] -
1758:16, 1829:5
**stuck** [1] - 1854:22
**studies** [4] - 1751:6,
1751:16, 1752:9,
1831:12
**study** [6] - 1751:12,
1753:5, 1756:8,
1821:3, 1824:4,
1866:11
**stuff** [1] - 1852:18
**stylus** [3] - 1857:8,
1857:10, 1857:16
**subject** [6] - 1765:9,
1765:10, 1765:11,
1767:8, 1767:9,
1767:11
**subjected** [2] -
1833:21, 1845:1
**submittal** [1] - 1797:2
**submitted** [3] -
1801:4, 1801:5,
1801:12
**subset** [1] - 1831:8
**subsistence** [2] -
1862:10, 1862:13
**subsurface** [2] -
1759:18, 1778:24
**subtract** [1] - 1803:24
**successful** [1] -
1782:5

**sudden** [1] - 1837:7
**sufficient** [3] - 1748:9,
1789:23, 1836:17
**suggest** [3] - 1745:1,
1755:10, 1774:16
**suggestion** [2] -
1744:10, 1745:10
**suggests** [1] -
1856:19
**Suite** [6] - 1740:7,
1740:17, 1740:22,
1740:25, 1741:2,
1741:7
**summarize** [2] -
1764:15, 1770:16
**summarized** [1] -
1829:18
**summarizing** [1] -
1754:6
**Summary** [1] - 1747:5
**summary** [10] -
1744:6, 1749:19,
1751:10, 1764:13,
1764:21, 1779:8,
1830:7, 1830:23,
1832:14, 1863:20
**sun** [2] - 1843:25,
1844:4
**superimposed** [1] -
1758:24
**Superior** [1] - 1750:20
**superiority** [1] -
1816:9
**superiors** [1] -
1834:22
**supplement** [1] -
1860:25
**supplemental** [2] -
1765:25, 1833:6
**supplemented** [1] -
1859:12
**support** [6] - 1813:10,
1814:6, 1816:3,
1831:15, 1835:18,
1868:2
**supports** [2] - 1813:8,
1840:1
**supposed** [3] -
1774:2, 1785:19,
1811:20
**Surekote** [12] -
1769:7, 1771:6,
1775:20, 1775:25,
1801:24, 1804:2,
1807:15, 1809:2,
1809:6, 1809:15,
1809:23, 1809:25
**surface** [9] - 1755:19,
1755:24, 1758:7,
1778:21, 1778:24,

1779:4, 1791:3,
1805:2
**surge** [10] - 1814:16,
1814:19, 1814:25,
1815:12, 1815:23,
1816:4, 1820:20,
1820:23, 1821:6,
1848:15
**surrounding** [1] -
1829:14
**survey** [3] - 1859:12,
1861:21, 1862:3
**surveying** [1] - 1853:4
**surveyor** [1] - 1863:4
**surveys** [2] - 1861:19,
1863:2
**SUSAN** [1] - 1739:16,
1869:21
**Susan** [2] - 1869:18,
1869:22
**susan_zielie@laed.
uscourts.gov** [1] -
1739:19
**SW** [1] - 1740:19
**Swamp** [2] - 1785:5,
1785:12
**swamp** [10] - 1757:18,
1757:19, 1757:24,
1758:4, 1785:12,
1792:19, 1793:1,
1793:2, 1793:25,
1794:5
**swamp-marsh** [2] -
1793:1, 1793:25
**swinging** [1] -
1786:24
**sworn** [2] - 1750:10,
1828:1
**symbol** [1] - 1763:17
**symbols** [4] - 1810:25,
1811:4, 1812:10,
1812:14
**synthetics** [1] -
1828:22
**system** [9] - 1755:25,
1757:13, 1760:19,
1763:16, 1829:13,
1835:18, 1850:7,
1853:4, 1860:23
**systems** [4] - 1755:5,
1755:11, 1756:2,
1828:20

---

## T

**table** [2] - 1748:23,
1796:12
**tail** [2] - 1864:14,
1868:24
**tan** [1] - 1756:24

**tasing** [1] - 1866:25
**team** [5] - 1753:2,
1753:24, 1821:5,
1861:19, 1865:8
**teams** [1] - 1753:8
**tear** [1] - 1848:24
**technical** [3] -
1751:22, 1751:24,
1788:8
**Technology** [1] -
1828:15
**teeth** [1] - 1867:1
**telephone** [1] -
1806:24
**temporary** [2] -
1807:1, 1844:13
**tendency** [1] - 1755:8
**tender** [2] - 1754:1,
1829:22
**tendered** [2] - 1754:4,
1830:2
**tends** [2] - 1757:17,
1850:3
**tense** [1] - 1743:25
**tensile** [1] - 1845:1
**tension** [4] - 1841:21,
1841:24, 1842:6
**tentative** [1] - 1743:12
**tenths** [1] - 1863:23
**term** [2] - 1793:24,
1794:5
**terms** [9] - 1765:4,
1786:5, 1794:6,
1794:25, 1827:5,
1834:7, 1836:7,
1849:10, 1864:1
**test** [2] - 1833:23,
1834:8
**testified** [3] - 1750:10,
1784:4, 1784:13
**testify** [4] - 1765:8,
1782:8, 1821:19,
1821:22
**testimony** [18] -
1746:14, 1746:19,
1750:1, 1772:20,
1772:23, 1781:2,
1781:3, 1781:23,
1784:19, 1784:23,
1785:18, 1804:14,
1805:9, 1813:17,
1816:12, 1816:24,
1837:13, 1858:24
**testing** [6] - 1828:21,
1828:25, 1833:9,
1833:14, 1834:14,
1865:8
**tests** [4] - 1765:6,
1765:12, 1833:20,
1834:5, 1834:9,

1834:15, 1834:16,
1866:7
**Texas** [3] - 1865:5,
1865:7, 1866:7
**text** [1] - 1819:17
**thankfully** [1] -
1747:23
**THATCH** [1] - 1741:15
**THE** [267] - 1739:1,
1739:2, 1739:8,
1740:4, 1740:16,
1741:1, 1743:3,
1743:17, 1743:23,
1744:14, 1744:19,
1744:25, 1745:3,
1745:8, 1745:14,
1745:25, 1746:14,
1746:17, 1746:25,
1747:8, 1747:15,
1748:7, 1748:12,
1748:15, 1749:2,
1749:7, 1749:11,
1749:13, 1749:22,
1750:5, 1750:8,
1750:14, 1754:4,
1754:8, 1754:11,
1754:14, 1754:17,
1757:6, 1757:11,
1764:24, 1765:21,
1766:3, 1766:6,
1766:17, 1766:22,
1767:5, 1767:14,
1767:17, 1768:5,
1768:8, 1771:14,
1771:18, 1771:24,
1771:25, 1772:19,
1773:3, 1773:4,
1773:5, 1773:8,
1773:15, 1773:16,
1774:14, 1774:18,
1774:20, 1774:21,
1774:22, 1774:23,
1774:24, 1775:2,
1775:3, 1776:4,
1776:8, 1776:9,
1776:12, 1776:16,
1776:18, 1776:24,
1777:1, 1778:19,
1778:21, 1779:3,
1779:6, 1779:7,
1779:8, 1779:21,
1781:9, 1781:13,
1781:21, 1782:3,
1784:25, 1786:23,
1786:25, 1787:7,
1787:8, 1788:4,
1788:8, 1788:10,
1788:14, 1789:23,
1790:3, 1790:5,
1791:8, 1791:10,

1798:20, 1798:21,
1798:22, 1798:25,
1799:24, 1800:4,
1800:10, 1800:15,
1800:19, 1801:1,
1804:7, 1804:10,
1804:11, 1804:13,
1804:19, 1804:23,
1805:6, 1805:9,
1806:6, 1806:8,
1807:19, 1807:22,
1808:1, 1808:3,
1808:4, 1808:5,
1808:6, 1808:7,
1808:9, 1808:12,
1808:18, 1808:20,
1809:19, 1810:3,
1810:7, 1810:9,
1810:13, 1811:20,
1811:25, 1812:2,
1812:4, 1813:6,
1813:9, 1816:11,
1817:6, 1819:4,
1819:18, 1819:21,
1821:12, 1821:17,
1823:4, 1825:16,
1825:19, 1825:22,
1825:24, 1826:12,
1826:22, 1827:6,
1827:11, 1827:18,
1827:25, 1828:5,
1830:2, 1830:14,
1830:16, 1830:17,
1830:19, 1830:20,
1830:22, 1830:23,
1832:15, 1832:19,
1834:25, 1837:13,
1837:16, 1837:17,
1837:18, 1837:19,
1837:22, 1837:23,
1837:24, 1840:4,
1840:9, 1840:11,
1840:12, 1843:9,
1843:13, 1843:14,
1844:6, 1844:14,
1846:6, 1846:9,
1846:11, 1846:12,
1846:14, 1846:16,
1850:15, 1850:19,
1850:20, 1850:22,
1850:23, 1851:1,
1851:2, 1851:3,
1851:21, 1851:22,
1852:24, 1852:25,
1857:5, 1857:6,
1857:8, 1857:11,
1857:13, 1857:15,
1857:16, 1857:18,
1858:4, 1858:5,
1858:10, 1858:13,
1858:15, 1858:17,

1858:20, 1859:7,
1859:8, 1859:20,
1859:23, 1859:25,
1860:2, 1860:5,
1860:6, 1860:9,
1860:10, 1860:17,
1860:20, 1860:21,
1860:22, 1863:6,
1863:10, 1863:11,
1863:12, 1863:14,
1863:15, 1863:17,
1863:19, 1865:16,
1865:17, 1867:15,
1867:19, 1867:21,
1867:22, 1868:1,
1868:5, 1868:6,
1868:8, 1868:25,
1869:1, 1869:2,
1869:4, 1869:5,
1869:6, 1869:7,
1869:8, 1869:9
**themselves** [1] -
1838:13
**theory** [2] - 1813:12,
1816:4
**therefore** [1] - 1747:5
**they've** [1] - 1823:21
**thick** [1] - 1795:13
**thickness** [2] -
1789:16, 1829:1
**thinking** [2] - 1748:5,
1866:2
**thinks** [2] - 1772:2,
1772:4
**third** [1] - 1833:18
**thirds** [1] - 1812:18
**THOMAS** [2] - 1740:7,
1740:23
**thousands** [1] -
1752:20
**three** [8] - 1746:23,
1781:18, 1793:5,
1793:24, 1805:25,
1845:20, 1847:9,
1848:12
**three-dimensional** [3]
- 1746:23, 1847:9,
1848:12
**throughout** [2] -
1757:20, 1813:21
**ticky** [1] - 1791:11
**tie** [1] - 1853:9
**tied** [1] - 1794:10
**ties** [1] - 1840:13
**timing** [1] - 1780:19
**title** [1] - 1798:1
**TO** [1] - 1739:5
**today** [2] - 1755:25,
1785:18
**toe** [7] - 1762:4,

1762:5, 1764:2,
1775:19, 1778:22,
1820:19
**together** [6] - 1827:4,
1838:19, 1839:12,
1859:9, 1864:21,
1865:8
**took** [16] - 1753:21,
1768:25, 1769:8,
1773:23, 1774:25,
1792:18, 1793:1,
1806:11, 1807:9,
1808:1, 1809:12,
1817:18, 1839:3,
1841:6, 1847:2,
1848:13
**top** [67] - 1759:22,
1762:25, 1768:10,
1772:10, 1776:2,
1777:8, 1790:18,
1794:6, 1795:19,
1796:5, 1797:3,
1797:6, 1798:8,
1802:13, 1803:15,
1804:22, 1805:7,
1808:23, 1818:10,
1820:17, 1821:1,
1822:5, 1835:12,
1835:22, 1836:13,
1836:21, 1836:22,
1837:1, 1837:9,
1837:10, 1838:11,
1838:21, 1839:16,
1839:17, 1841:6,
1842:22, 1848:15,
1849:18, 1850:8,
1850:11, 1852:23,
1853:7, 1853:13,
1853:19, 1854:10,
1856:4, 1857:20,
1859:5, 1859:6,
1859:9, 1859:10,
1859:24, 1860:13,
1861:9, 1861:12,
1861:20, 1861:22,
1861:24, 1862:14,
1862:16, 1863:21,
1864:2, 1864:16,
1865:15, 1868:14
**topic** [1] - 1794:14
**topics** [1] - 1832:5
**topographic** [2] -
1756:13, 1758:20
**topping** [1] - 1865:23
**TORTS** [1] - 1741:19
**torvein** [2] - 1866:21,
1866:22
**tossed** [2] - 1855:25,
1856:2
**totally** [1] - 1772:19

**touch** [3] - 1773:7,
1834:11, 1857:4
**toward** [1] - 1769:4
**towards** [9] - 1769:7,
1808:15, 1831:2,
1839:8, 1841:1,
1842:10, 1850:21,
1852:13, 1853:21
**traditional** [2] -
1749:19, 1750:6
**trained** [1] - 1832:7
**TRANSCRIPT** [1] -
1739:8
**transcript** [3] -
1784:16, 1784:20,
1869:19
**transition** [5] -
1768:12, 1769:17,
1770:18, 1814:22,
1856:20
**transitioned** [1] -
1758:4
**transitions** [2] -
1816:8, 1816:9
**translate** [2] -
1848:18, 1848:19
**translated** [2] -
1839:8, 1841:1
**translational** [2] -
1831:9, 1832:1
**transmitted** [1] -
1848:7
**transported** [5] -
1760:6, 1777:10,
1779:1, 1807:17,
1810:1
**treeby** [2] - 1746:8,
1747:4
**Treeby** [9] - 1744:4,
1745:9, 1745:13,
1746:4, 1747:4,
1770:15, 1825:16,
1826:5
**TREEBY** [14] - 1741:9,
1744:8, 1744:15,
1744:20, 1745:1,
1745:4, 1747:9,
1747:20, 1748:11,
1748:13, 1781:15,
1808:19, 1825:18,
1858:18
**Treeby's** [1] - 1771:11
**tremendous** [1] -
1758:25
**trench** [29] - 1816:18,
1816:20, 1817:18,
1818:2, 1818:3,
1818:12, 1818:19,
1818:21, 1820:14,
1823:19, 1823:20,

1836:15, 1841:6,
1850:20, 1850:24,
1852:2, 1852:7,
1853:1, 1853:14,
1853:24, 1854:9,
1855:9, 1855:23,
1856:3, 1856:15,
1856:18, 1859:12,
1867:23
**trenches** [11] -
1768:14, 1778:11,
1813:21, 1813:23,
1814:2, 1817:5,
1820:16, 1820:22,
1837:3, 1864:24,
1866:19
**trend** [2] - 1861:2,
1863:2
**TRIAL** [2] - 1739:8,
1741:1
**trial** [2] - 1781:17,
1781:20
**triangulate** [2] -
1796:11, 1799:5
**tried** [4] - 1832:25,
1847:4, 1849:2,
1857:19
**tries** [1] - 1849:9
**triggering** [1] - 1849:6
**trouble** [2] - 1776:24,
1823:11
**troubling** [1] - 1786:1
**truck** [1] - 1806:25
**true** [3] - 1801:3,
1815:21, 1857:5
**truncated** [1] -
1763:19
**try** [15] - 1782:4,
1786:2, 1827:20,
1831:15, 1832:17,
1832:23, 1834:24,
1836:19, 1848:11,
1849:13, 1857:12,
1862:23, 1864:21,
1868:22
**trying** [16] - 1744:11,
1781:25, 1786:4,
1800:11, 1800:19,
1800:21, 1819:22,
1821:18, 1822:13,
1833:2, 1835:1,
1839:23, 1848:22,
1851:23, 1853:10,
1865:18
**turn** [6] - 1743:6,
1821:23, 1823:24,
1844:9, 1847:17,
1858:21
**turned** [4] - 1841:12,
1847:15, 1855:22,

1855:24
**turning** [4] - 1799:9, 1847:25, 1853:21, 1855:3
**turns** [6] - 1841:8, 1845:6, 1852:17, 1853:25, 1865:17, 1865:24
**twice** [1] - 1781:18
**two** [30] - 1744:11, 1745:5, 1747:2, 1748:1, 1757:12, 1757:22, 1762:2, 1765:18, 1768:2, 1781:18, 1794:10, 1802:16, 1812:18, 1819:18, 1823:6, 1824:17, 1824:20, 1824:22, 1825:3, 1825:13, 1830:15, 1830:20, 1830:24, 1835:10, 1845:13, 1847:21, 1848:4, 1857:12, 1862:14, 1862:15
**two-hour** [1] - 1830:20
**two-thirds** [1] - 1812:18
**TX** [1] - 1740:8
**type** [22] - 1751:16, 1757:1, 1757:18, 1758:12, 1761:3, 1763:6, 1763:13, 1763:23, 1766:21, 1774:10, 1777:3, 1789:11, 1792:6, 1795:12, 1802:21, 1807:2, 1839:13, 1846:22, 1848:2, 1849:4, 1867:11
**types** [3] - 1763:22, 1848:4, 1866:9

## U

**ultimately** [1] - 1831:17
**uncracked** [1] - 1846:3
**under** [4] - 1788:25, 1790:22, 1841:24, 1862:7
**Under** [1] - 1809:1
**underground** [1] - 1828:19
**underlying** [2] - 1790:15, 1851:19
**underneath** [7] - 1762:8, 1794:18, 1795:12, 1809:6,

1811:11, 1812:7, 1851:7
**underseepage** [16] - 1754:23, 1757:2, 1759:20, 1777:13, 1779:9, 1794:13, 1794:15, 1794:16, 1794:25, 1795:5, 1813:2, 1813:11, 1813:17, 1831:7, 1832:1, 1832:13
**understood** [2] - 1756:10, 1784:8
**undertook** [2] - 1792:9, 1795:1
**underway** [1] - 1844:20
**undisturbed** [1] - 1833:16
**unfailed** [1] - 1840:14
**unified** [4] - 1760:18, 1763:16, 1810:23, 1811:5
**uniformly** [1] - 1762:15
**unique** [3] - 1753:16, 1759:10
**UNITED** [2] - 1739:1, 1739:9
**United** [4] - 1741:18, 1749:16, 1825:25, 1834:7
**University** [4] - 1750:21, 1750:22, 1828:11
**unless** [1] - 1766:23
**unlike** [1] - 1755:24
**up** [98] - 1744:16, 1755:13, 1756:17, 1757:8, 1757:14, 1757:22, 1759:13, 1762:25, 1766:20, 1767:15, 1769:1, 1771:7, 1772:3, 1772:9, 1775:10, 1775:18, 1776:1, 1776:2, 1776:25, 1777:15, 1777:24, 1781:4, 1783:13, 1784:19, 1784:22, 1787:14, 1788:2, 1790:4, 1794:2, 1795:15, 1797:1, 1797:24, 1799:6, 1800:12, 1800:13, 1803:12, 1803:15, 1804:5, 1805:20, 1807:5, 1808:19, 1808:21, 1808:22, 1812:5, 1812:10,

1817:7, 1824:24, 1827:19, 1831:4, 1832:14, 1833:24, 1835:8, 1835:9, 1835:11, 1835:15, 1835:21, 1836:4, 1836:20, 1838:7, 1839:2, 1839:8, 1840:20, 1842:17, 1842:18, 1845:19, 1847:18, 1847:21, 1848:13, 1848:19, 1848:20, 1849:1, 1849:17, 1850:13, 1852:12, 1853:1, 1853:23, 1855:7, 1855:17, 1855:21, 1855:25, 1856:2, 1857:22, 1857:25, 1858:1, 1860:10, 1861:3, 1861:15, 1862:11, 1863:16, 1864:16, 1864:19, 1867:9, 1867:20, 1868:24
**up-to-date** [2] - 1800:12, 1800:13
**uplift** [2] - 1794:21, 1863:8
**upper** [1] - 1818:9
**upright** [1] - 1836:1
**urbanized** [1] - 1757:24
**US** [1] - 1741:18
**USGS** [1] - 1853:4
**Ustice** [1] - 1828:24
**utilize** [1] - 1800:20
**utilized** [1] - 1837:15
**utilizing** [1] - 1746:11

## V

**valid** [1] - 1779:17
**validating** [1] - 1868:11
**validity** [1] - 1867:5
**valley** [2] - 1753:19, 1824:12
**Valley** [2] - 1751:8
**Van** [1] - 1824:6
**vantage** [1] - 1769:3
**variability** [1] - 1851:19
**variable** [1] - 1851:6
**variables** [1] - 1851:5
**varies** [2] - 1850:13, 1855:9
**various** [10] - 1753:8, 1756:14, 1756:21, 1759:1, 1759:11,

1763:1, 1774:25, 1776:20, 1777:2, 1859:20
**vary** [2] - 1851:7, 1851:13
**vegetation** [1] - 1751:13
**verifies** [1] - 1839:25
**verify** [1] - 1746:4
**version** [1] - 1811:23
**versus** [2] - 1823:20, 1865:14
**vertical** [4] - 1783:20, 1839:23, 1840:1, 1843:24
**vicinity** [1] - 1805:24
**Vicksburg** [1] - 1751:2
**video** [1] - 1856:24
**view** [10] - 1757:11, 1757:22, 1771:6, 1837:24, 1838:6, 1843:21, 1847:9, 1849:10, 1849:15, 1856:16
**Villavaso** [2] - 1808:16, 1845:11
**violent** [1] - 1855:25
**virtue** [1] - 1767:3
**visible** [4] - 1769:25, 1772:13, 1815:13, 1858:7
**visited** [2] - 1833:14, 1833:15
**visual** [1] - 1765:4
**visually** [1] - 1772:24
**vitae** [2] - 1830:3
**void** [1] - 1854:5
**volumes** [1] - 1795:2

## W

**WAGER** [1] - 1741:14
**WAGER-ZITO** [1] - 1741:14
**wait** [2] - 1774:20, 1791:8
**waive** [1] - 1815:16
**walk** [3] - 1786:2, 1846:12, 1851:9
**walked** [2] - 1851:9, 1866:19
**wall** [150] - 1762:25, 1768:10, 1768:13, 1768:21, 1768:22, 1769:1, 1769:4, 1769:9, 1770:3, 1770:9, 1770:23, 1773:19, 1775:3, 1775:5, 1777:17, 1777:18, 1778:12,

1779:1, 1790:15, 1797:10, 1797:12, 1798:13, 1804:12, 1809:14, 1814:3, 1814:14, 1815:14, 1817:15, 1817:19, 1818:2, 1818:13, 1818:20, 1818:22, 1819:9, 1820:4, 1820:14, 1821:7, 1822:1, 1822:2, 1822:9, 1822:11, 1823:13, 1831:1, 1831:2, 1831:4, 1831:10, 1831:11, 1831:20, 1835:8, 1835:9, 1835:22, 1836:1, 1836:3, 1836:6, 1836:14, 1836:22, 1837:2, 1837:6, 1838:7, 1838:12, 1838:22, 1838:25, 1839:1, 1839:13, 1839:19, 1840:14, 1840:18, 1840:20, 1841:6, 1841:17, 1841:20, 1841:21, 1842:5, 1842:20, 1843:1, 1843:7, 1845:1, 1845:4, 1845:7, 1845:8, 1845:20, 1845:22, 1845:25, 1846:2, 1846:3, 1846:19, 1847:10, 1847:11, 1847:13, 1847:19, 1847:23, 1847:25, 1848:15, 1848:17, 1849:8, 1849:16, 1850:12, 1850:14, 1852:7, 1852:13, 1852:16, 1852:23, 1853:18, 1853:19, 1854:11, 1855:4, 1856:4, 1856:12, 1856:25, 1857:1, 1857:21, 1857:23, 1857:25, 1858:1, 1859:5, 1859:6, 1859:10, 1859:16, 1859:24, 1860:3, 1860:6, 1860:13, 1860:15, 1861:4, 1861:5, 1861:6, 1861:10, 1861:12, 1861:14, 1861:16, 1861:20, 1861:22, 1861:24, 1862:1, 1862:13, 1862:14, 1862:16, 1863:21, 1864:2,

1864:18, 1865:11, 1866:14, 1867:17, 1868:4, 1868:14
**Wall** [1] - 1798:2
**wall's** [1] - 1832:8
**walls** [6] - 1796:20, 1815:11, 1841:25, 1864:10, 1864:24, 1865:18
**WALTHER** [1] - 1741:8
**wants** [1] - 1757:8
**Ward** [4] - 1788:25, 1790:13, 1864:22, 1867:20
**warning** [1] - 1830:18
**WARREN** [2] - 1741:3, 1741:4
**washed** [2] - 1807:15, 1855:24
**Washington** [3] - 1741:8, 1741:17, 1741:23
**wasting** [1] - 1835:3
**watched** [1] - 1845:11
**water** [49] - 1759:21, 1760:23, 1763:17, 1770:4, 1773:24, 1783:19, 1794:17, 1814:15, 1815:2, 1815:3, 1815:11, 1819:8, 1819:16, 1819:19, 1820:3, 1820:13, 1820:16, 1823:8, 1823:9, 1823:18, 1823:20, 1831:3, 1834:3, 1836:3, 1836:13, 1836:17, 1836:20, 1836:25, 1837:1, 1837:2, 1837:9, 1841:6, 1841:9, 1848:13, 1848:16, 1849:3, 1849:7, 1855:19, 1861:3, 1861:5, 1864:14, 1864:15, 1864:19, 1864:22, 1867:19, 1867:23, 1867:24, 1868:24
**water's** [1] - 1855:24
**water-filled** [7] - 1819:8, 1819:16, 1819:19, 1820:3, 1820:13, 1823:8, 1823:9
**waters** [1] - 1818:6
**Waterways** [1] - 1750:25
**wave** [4] - 1815:6,

1815:7, 1815:9, 1815:19
**waves** [3] - 1836:22, 1837:1, 1848:14
**weak** [6] - 1788:25, 1790:15, 1790:22, 1791:4, 1791:12, 1831:19
**wear** [1] - 1865:11
**wears** [1] - 1850:2
**weather** [1] - 1851:10
**web** [1] - 1828:20
**web-based** [1] - 1828:20
**Wednesday** [1] - 1744:13
**week** [1] - 1804:14
**weight** [3] - 1835:18, 1835:19, 1862:8
**west** [7] - 1761:23, 1770:23, 1804:2, 1807:18, 1816:1, 1847:16, 1852:7
**WGI** [7] - 1792:9, 1792:18, 1792:22, 1825:20, 1831:13, 1832:3, 1833:5
**WGI's** [2] - 1771:7, 1805:1
**white** [5] - 1806:21, 1809:5, 1822:22, 1838:10, 1846:24
**White** [1] - 1752:17
**whole** [2] - 1820:11, 1825:11
**wide** [1] - 1851:11
**wider** [3] - 1852:3, 1852:8, 1856:19
**width** [1] - 1835:23
**WILLIAM** [4] - 1741:9, 1742:4, 1828:1, 1828:5
**william** [1] - 1828:5
**willing** [1] - 1765:8
**Wiltshire** [1] - 1741:2
**wind** [1] - 1815:2
**winds** [1] - 1815:1
**wise** [1] - 1744:11
**wish** [2] - 1774:16, 1838:22
**witness** [25] - 1743:4, 1744:22, 1745:10, 1745:18, 1746:8, 1747:24, 1748:8, 1749:16, 1749:20, 1754:1, 1779:22, 1779:24, 1781:22, 1781:23, 1781:25, 1788:11, 1799:25, 1810:4, 1827:5,

1827:14, 1827:16, 1827:19
**WITNESS** [82] - 1750:14, 1754:17, 1757:11, 1768:8, 1771:18, 1771:25, 1773:4, 1773:8, 1773:16, 1774:20, 1774:22, 1774:24, 1775:3, 1776:8, 1776:18, 1777:1, 1778:21, 1779:6, 1779:8, 1787:8, 1791:10, 1798:21, 1800:4, 1804:10, 1804:13, 1805:9, 1806:6, 1808:1, 1808:4, 1808:6, 1808:18, 1812:2, 1819:21, 1825:24, 1828:5, 1830:14, 1830:17, 1830:20, 1830:23, 1832:19, 1834:25, 1837:16, 1837:18, 1837:22, 1837:24, 1840:9, 1840:12, 1843:13, 1846:9, 1846:12, 1846:16, 1850:19, 1850:22, 1851:1, 1851:3, 1851:22, 1852:25, 1857:6, 1857:11, 1857:15, 1857:18, 1858:5, 1859:8, 1859:23, 1860:2, 1860:6, 1860:10, 1860:20, 1860:22, 1863:10, 1863:12, 1863:15, 1863:19, 1865:17, 1867:19, 1867:22, 1868:5, 1868:8, 1869:1, 1869:4, 1869:6, 1869:8
**witness's** [1] - 1827:23
**witnesses** [2] - 1743:13, 1748:1
**WITTMAN** [1] - 1741:8
**wondering** [1] - 1826:10
**WOODCOCK** [1] - 1741:21
**word** [2] - 1813:9, 1815:9
**words** [4] - 1746:10, 1752:18, 1765:21, 1771:2
**works** [1] - 1849:5
**world's** [1] - 1755:5

**WRIGHT** [1] - 1740:12
**wrinkle** [1] - 1745:11
**write** [4] - 1791:15, 1814:14, 1814:19, 1815:12
**wrote** [3] - 1791:14, 1791:16, 1819:22

**Y**

**Y-axis** [1] - 1859:11
**yard** [1] - 1845:16
**years** [6] - 1755:17, 1755:22, 1755:24, 1757:16, 1758:8
**yellow** [3] - 1755:21, 1861:21, 1863:6
**yesterday** [4] - 1744:21, 1770:16, 1771:12, 1826:4
**yourself** [4] - 1752:1, 1752:14, 1752:25, 1857:21

**Z**

**zag** [2] - 1839:11, 1843:18
**Zielie** [2] - 1869:18, 1869:22
**ZIELIE** [2] - 1739:16, 1869:21
**zig** [2] - 1839:11, 1843:18
**zig-zag** [2] - 1839:11, 1843:18
**ZITO** [1] - 1741:14
**zone** [4] - 1791:3, 1791:4, 1802:2, 1839:6