```
 1                 UNITED STATES DISTRICT COURT
 2                 EASTERN DISTRICT OF LOUISIANA
 3
     * * * * * * * * * * * * * * * * * * * * * * * * * * * *
 4
     IN RE:  KATRINA CANAL BREACHES     DOCKET 05-CV-4182
 5   CONSOLIDATED LITIGATION
                                        SECTION K
 6
     PERTAINS TO:  MRGO                 NEW ORLEANS, LOUISIANA
 7        ARMSTRONG NO. 10-CV-866
                                        SEPTEMBER 21, 2012
 8
     * * * * * * * * * * * * * * * * * * * * * * * * * * * *
 9

10                   DAY 8, AFTERNOON SESSION
                    TRANSCRIPT OF TRIAL PROCEEDINGS
11            BEFORE THE HONORABLE STANWOOD R. DUVAL JR.
                     UNITED STATES DISTRICT JUDGE
12

13   APPEARANCES:

14
     FOR THE PLAINTIFFS:            BRUNO & BRUNO
15                                  BY:  JOSEPH M. BRUNO, ESQ.
                                    855 BARONNE STREET
16                                  NEW ORLEANS, LOUISIANA 70113

17   FOR THE PLAINTIFFS:            THE ANDRY LAW FIRM
                                    BY:  JONATHAN B. ANDRY, ESQ.
18                                  610 BARONNE STREET
                                    NEW ORLEANS, LOUISIANA 70113
19
     FOR THE PLAINTIFFS:            BARON & BUDD, PC
20                                  BY:  THOMAS SIMS, ESQ.
                                    3102 OAK LAWN AVENUE, SUITE 1100
21                                  DALLAS, TEXAS 75219

22   FOR THE PLAINTIFFS:            DEGRAVELLES PALMINTIER
                                       HOLTHAUS & FRUGÉ
23                                  BY:  MICHAEL C. PALMINTIER, ESQ.
                                         JOSHUA M. PALMINTIER, ESQ.
24                                  618 MAIN STREET
                                    BATON ROUGE, LOUISIANA 70801
25
```

```
 1   APPEARANCES:
 2
     FOR THE PLAINTIFFS:          DOMENGEAUX WRIGHT ROY
 3                                  & EDWARDS, LLC
                                  BY:  ELWOOD C. STEVENS JR., ESQ.
 4                                     BONNIE KENDRICK, ESQ.
                                  556 JEFFERSON STREET, SUITE 500
 5                                POST OFFICE BOX 3668
                                  LAFAYETTE, LOUISIANA 70502
 6
     FOR THE PLAINTIFFS:          THE DUDENHEFER LAW FIRM
 7                                BY:  FRANK C. DUDENHEFER JR., ESQ.
                                  601 POYDRAS STREET, SUITE 2655
 8                                NEW ORLEANS, LOUISIANA 70130

 9   FOR THE PLAINTIFFS:          FAYARD & HONEYCUTT, APC
                                  BY:  CALVIN C. FAYARD JR., ESQ.
10                                519 FLORIDA AVENUE, S.W.
                                  DENHAM SPRINGS, LOUISIANA 70726
11
     FOR THE PLAINTIFFS:          JOANEN LAW FIRM
12                                BY:  SCOTT JOANEN, ESQ.
                                  4905 FRERET STREET, SUITE B
13                                NEW ORLEANS, LOUISIANA 70115

14   FOR THE PLAINTIFFS:          LEVIN PAPANTONIO THOMAS
                                    MITCHELL RAFFERTY & PROCTOR
15                                BY:  MATTHEW D. SCHULTZ, ESQ.
                                  316 SOUTH BAYLEN STREET, SUITE 600
16                                PENSACOLA, FLORIDA 32502

17   FOR THE PLAINTIFFS:          THE TRIAL LAW FIRM, PC
                                  BY:  ANDREW P. OWEN, ESQ.
18                                800 WILTSHIRE BLVD., SUITE 500
                                  LOS ANGELES, CALIFORNIA 90017
19
     FOR THE PLAINTIFFS:          J. ROBERT WARREN II, APLC
20                                BY:  J. ROBERT WARREN II, ESQ.
                                  1718 SHORT STREET
21                                NEW ORLEANS, LOUISIANA 70118

22   FOR THE PLAINTIFFS:          COTCHETT PITRE & MCCARTHY, LLP
                                  BY:  PHILIP L. GREGORY, ESQ.
23                                840 MALCOLM ROAD, SUITE 200
                                  BURLINGAME, CALIFORNIA 94010
24

25
```

*HOURLY TRANSCRIPT*

```
 1   APPEARANCES:

 2

 3   FOR THE DEFENDANT,              STONE PIGMAN WALTHER WITTMANN, LLC
     WASHINGTON GROUP                BY:  WILLIAM D. TREEBY, ESQ.
     INTERNATIONAL, INC.:                 JAMES C. GULOTTA JR., ESQ.
 4                                        HEATHER S. LONIAN, ESQ.
                                          MAGGIE A. BROUSSARD, ESQ.
 5                                   546 CARONDELET STREET
                                     NEW ORLEANS, LOUISIANA 70130
 6
     FOR THE DEFENDANT,              JONES DAY (WASHINGTON)
 7   WASHINGTON GROUP                BY:  ADRIAN WAGER-ZITO, ESQ.
     INTERNATIONAL, INC.:                 DEBRA S. CLAYMAN, ESQ.
 8                                        CHRISTOPHER N. THATCH, ESQ.
                                          CHRISTOPHER R. FARRELL, ESQ.
 9                                        JULIA CRONIN, ESQ.
                                          BRIAN KERWIN, ESQ.
10                                   51 LOUISIANA AVENUE, N.W.
                                     WASHINGTON, D.C. 20001
11
     FOR THE DEFENDANT,              U.S. DEPARTMENT OF JUSTICE
12   UNITED STATES OF AMERICA:       CIVIL RIGHTS DIVISION-TORTS BRANCH
                                     BY:  ROBIN D. SMITH, ESQ.
13                                        JAMES F. MCCONNON JR., ESQ.
                                          RUPERT MITSCH, ESQ.
14                                        CONOR KELLS, ESQ.
                                          JOHN A. WOODCOCK, ESQ.
15                                   BENJAMIN FRANKLIN STATION
                                     POST OFFICE BOX 888
16                                   WASHINGTON, DC 20044

17   OFFICIAL COURT REPORTER:        TONI DOYLE TUSA, CCR, FCRR
                                     500 POYDRAS STREET, ROOM HB-406
18                                   NEW ORLEANS, LOUISIANA 70130
                                     (504) 589-7778
19                                   TONI_TUSA@LAED.USCOURTS.GOV

20

21
     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY USING
22   COMPUTER-AIDED TRANSCRIPTION SOFTWARE.

23

24

25
```

*HOURLY TRANSCRIPT*

| | | |
|---|---|---|
| 13:28 | 1 | **AFTERNOON SESSION** |
| 13:28 | 2 | **(SEPTEMBER 21, 2012)** |
| 13:28 | 3 | (THE FOLLOWING PROCEEDINGS WERE HELD IN OPEN COURT.) |
| 13:30 | 4 | **THE COURT:** THE COURT HAS BEEN APPRISED OF THE VERY |
| 13:30 | 5 | TRAGIC NEWS THAT IS RELATED TO MR. BRUNO AND HIS NEPHEW. |
| 13:30 | 6 | **MR. JOANEN:** YES, SIR, YOUR HONOR. |
| 13:30 | 7 | **THE COURT:** AS I UNDERSTAND IT, THERE IS NO OBJECTION |
| 13:30 | 8 | FROM ANY PARTY FOR THE COURT ADJOURNING FOR THE DAY AND |
| 13:30 | 9 | RESUMING MONDAY MORNING. IS THAT EVERYBODY'S UNDERSTANDING? |
| 13:31 | 10 | **MR. SMITH:** YES, YOUR HONOR. |
| 13:31 | 11 | **THE COURT:** WELL, THE COURT IS GOING TO DO THAT. |
| 13:31 | 12 | I WILL TRY TO GET YOM KIPPUR OPEN MORE IF YOU |
| 13:31 | 13 | NEED THAT TIME. YOU CAN MAKE THAT DECISION WHEN THE TIME |
| 13:31 | 14 | COMES. |
| 13:31 | 15 | **MR. TREEBY:** YOUR HONOR, IF WE CAN STILL FINISH |
| 13:31 | 16 | AND IF -- WE DON'T KNOW WHAT IS GOING TO DEVELOP, BUT IF WE CAN |
| 13:31 | 17 | STILL FINISH, WE WILL GIVE UP YOM KIPPUR; AND THE TWO PEOPLE |
| 13:31 | 18 | THAT ARE INVOLVED WITH THAT, WE WILL JUST SCHEDULE WITNESSES |
| 13:31 | 19 | AROUND THAT TO BUY THAT TIME BACK, IF THAT WORKS. BUT WE DON'T |
| 13:31 | 20 | KNOW RIGHT NOW WHAT'S GOING TO HAPPEN. |
| 13:31 | 21 | **THE COURT:** RIGHT. I AM GOING TO TRY TO OPEN -- IN |
| 13:31 | 22 | CASE YOU WANT TIME DURING YOM KIPPUR, I'M GOING TO TRY TO GET |
| 13:31 | 23 | MY CRIMINAL DOCKET TO JUDGE AFRICK OR SOMEBODY TO TAKE IT JUST |
| 13:31 | 24 | TO GIVE YOU MORE TIME IF YOU DECIDE YOU WANT TO -- |
| 13:31 | 25 | **MR. TREEBY:** I SUSPECT WE WILL WANT TO BUY THAT TIME |

| | | |
|---|---|---|
| 13:31 | 1 | BACK. |
| 13:31 | 2 | **THE COURT:** I WOULD SUSPECT YOU WOULD. |
| 13:31 | 3 | YES, SIR. |
| 13:31 | 4 | **MR. JOANEN:** IF I COULD JUST -- SCOTT JOANEN. FOR |
| 13:31 | 5 | THE RECORD, IF I COULD ASK FOR CLARIFICATION. IF WE ADJOURN TO |
| 13:32 | 6 | MONDAY, IF DR. MARR TAKES THE STAND AGAIN -- OBVIOUSLY |
| 13:32 | 7 | DR. MARR'S PRESENTATION IS COMPLEX. HIS MATERIAL IS EXTREMELY |
| 13:32 | 8 | COMPLICATED. |
| 13:32 | 9 | JOE BRUNO HAS BEEN THE SHEPHERD OF THIS CASE |
| 13:32 | 10 | FROM THE GET-GO, AND HE IS THE ONE WHO HAS BEEN PREPARED AND |
| 13:32 | 11 | THE ONLY PERSON ON THIS TEAM THAT HAS PREPARED AS THOROUGHLY AS |
| 13:32 | 12 | NEEDS BE TO TAKE DR. MARR'S CROSS-EXAMINATION. I DON'T KNOW |
| 13:32 | 13 | THAT IT'S FAIR TO ASK HIM TO COME IN MONDAY MORNING, BE |
| 13:32 | 14 | PREPARED TO DO A CROSS-EXAMINATION, CONSIDERING THE GRAVITY OF |
| 13:32 | 15 | WHAT LITERALLY JUST HAPPENED WITHIN THE HOUR. SO IF WE CAN GET |
| 13:32 | 16 | A CLARIFICATION FROM THE COURT OF WHAT THE EXPECTATIONS ARE. |
| 13:32 | 17 | **THE COURT:** I'M GOING TO BE VERY CANDID WITH YOU. |
| 13:32 | 18 | THIS TRIAL HAS TO FINISH BY A CERTAIN TIME. I WILL NOT BE |
| 13:32 | 19 | HERE. SO REALITY IS DIFFICULT ALL OVER. SO YOU NEED TO TALK |
| 13:32 | 20 | TO MR. BRUNO ABOUT THAT, BECAUSE MY INDICATION IS TO START -- |
| 13:32 | 21 | SOMEBODY BETTER GET READY. |
| 13:32 | 22 | **MR. JOANEN:** I JUST WANTED TO MAKE SURE WE WERE CLEAR |
| 13:32 | 23 | ABOUT THAT, YOUR HONOR. |
| 13:32 | 24 | **THE COURT:** I'M SORRY ABOUT THAT. UNLESS SOMEBODY |
| 13:32 | 25 | MOVES FOR A CONTINUANCE OF THE ENTIRE TRIAL, WHICH -- I DON'T |

| | | |
|---|---|---|
| 13:33 | 1 | WANT TO CLOUD IT RIGHT NOW.  WE NEED TO FIND OUT WHAT'S GOING |
| 13:33 | 2 | ON.  SO YOU CAN CERTAINLY COMMUNICATE WITH JANET DURING THE -- |
| 13:33 | 3 | ANYBODY CAN WITH JANET DURING THIS TIME.  RIGHT NOW I AM |
| 13:33 | 4 | INTENDING TO START COURT AT 9:00.  I DON'T SEE US FINISHING AT |
| 13:33 | 5 | A POINT WHEN I'M NOT GOING TO BE THE HERE, WHICH IS ANOTHER |
| 13:33 | 6 | REALITY. |
| 13:33 | 7 | **MR. JOANEN:**  YES, SIR, YOUR HONOR.  THANK YOU. |
| 13:33 | 8 | **THE COURT:**  AND Y'ALL CAN COMMUNICATE.  IF YOU NEED |
| 13:33 | 9 | RELIEF FROM THE COURT, I WILL CERTAINLY CONSIDER ANYTHING.  BUT |
| 13:33 | 10 | THAT'S MY INTENT RIGHT NOW, IN ORDER TO GET THIS TRIAL |
| 13:33 | 11 | FINISHED, OR IT WON'T BE FINISHED.  I THINK, WITH THE TIME AND |
| 13:33 | 12 | MONEY AND EFFORT THAT'S GONE INTO IT -- AND I REALIZE |
| 13:34 | 13 | DR. MARR'S TESTIMONY IS COMPLICATED, BUT THAT'S WHY WE HAVE -- |
| 13:34 | 14 | WE HAVE TO HAVE BACKUP.  MR. BRUNO MAY BE READY TO DO THAT. |
| 13:34 | 15 | HAS ANYBODY TALKED TO HIM ABOUT THAT? |
| 13:34 | 16 | **MR. JOANEN:**  YOUR HONOR, HE IS NOT AT THE COURTHOUSE. |
| 13:34 | 17 | **THE COURT:**  THAT'S WHAT I MEAN.  SO AT THE |
| 13:34 | 18 | APPROPRIATE TIME, COMMUNICATE WITH THE COURT, AND THEN YOU CAN |
| 13:34 | 19 | MAKE WHATEVER MOTION YOU LIKE.  THEN I'M GOING TO HAVE TO LAY |
| 13:34 | 20 | OUT THE REALITIES TO YOU. |
| 13:34 | 21 | AND THE DEFENSE -- I MIGHT SAY BOTH HAVE BEEN |
| 13:34 | 22 | VERY GRACIOUS THROUGHOUT THIS, WHICH I APPRECIATE.  EVERYBODY |
| 13:34 | 23 | HAS BEEN.  THE COURT CERTAINLY UNDERSTANDS IT AND WOULD WANT TO |
| 13:34 | 24 | ADJOURN THE PROCEEDINGS TODAY, BUT I'M JUST TRYING TO GIVE YOU |
| 13:34 | 25 | A REALITY IN TIME. |

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
| 13:34 | 1  | **MR. JOANEN:** I UNDERSTAND. I JUST WANT TO MAKE SURE               |
| 13:34 | 2  | I GET AS MUCH INFORMATION TO GIVE TO JOE WHEN HE DOES HAVE A         |
| 13:34 | 3  | CHANCE TO THINK ABOUT IT. HE WOULD BE THE ONE WHO WOULD MAKE         |
| 13:34 | 4  | ANY DECISIONS TO DO THAT.                                            |
| 13:35 | 5  | **THE COURT:** ABSOLUTELY. ABSOLUTELY.                               |
| 13:35 | 6  | THE ONLY REASON I'M SAYING THAT, ONE, I'M NOT                        |
| 13:35 | 7  | SURE HOW LONG DR. MARR CAN BE HERE. I CAN'T HOLD SOMEBODY OVER       |
| 13:35 | 8  | FOR SEVERAL DAYS WHO DIDN'T PLAN TO BE HERE.                         |
| 13:35 | 9  | THERE'S A LOT OF THINGS. SO I THINK THE REALITY                      |
| 13:35 | 10 | IS THIS COURT WOULD WANT TO START MONDAY, NOT FROM A HEARTLESS       |
| 13:35 | 11 | STAND, FROM A REALITY STANDPOINT.                                    |
| 13:35 | 12 | **MR. JOANEN:** I UNDERSTAND.                                        |
| 13:35 | 13 | **THE COURT:** ALL RIGHT. THANK YOU.                                 |
| 13:35 | 14 | (PROCEEDINGS ADJOURNED.)                                             |
| 13:35 | 15 | * * *                                                                |
|       | 16 | **<u>CERTIFICATE</u>**                                               |
|       | 17 | I, TONI DOYLE TUSA, CCR, FCRR, OFFICIAL COURT                        |
|       | 18 | REPORTER FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT      |
|       | 19 | OF LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE         |
|       | 20 | AND CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND                |
|       | 21 | UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE             |
|       | 22 | ABOVE-ENTITLED MATTER.                                               |
|       | 23 |                                                                      |
|       | 24 |                                                                      |
|       | 25 | S/ TONI DOYLE TUSA<br>TONI DOYLE TUSA, CCR, FCRR<br>OFFICIAL COURT REPORTER |

*HOURLY TRANSCRIPT*