1                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA

2

3    ***************************************************************

4    IN RE:  KATRINA CANAL
       BREACHES CONSOLIDATED

5    LITIGATION

6                        CIVIL ACTION NO. 05-4182
                        SECTION "K"(2)

7                        NEW ORLEANS, LOUISIANA
                        MONDAY, SEPTEMBER 24, 2012, 9:00 A.M.

8    PERTAINS TO: MRGO

9     ARMSTRONG NO. 10-CV-866

10   ***************************************************************

11                **DAY 9 MORNING SESSION**
             TRANSCRIPT OF TRIAL PROCEEDINGS

12      HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
             UNITED STATES DISTRICT JUDGE

13

14   APPEARANCES:

15

    FOR THE PLAINTIFFS:          BRUNO & BRUNO

16                        BY:  JOSEPH M. BRUNO, ESQUIRE
                        855 BARONNE STREET

17                        NEW ORLEANS LA  70113

18

19                        THE ANDRY LAW FIRM
                        BY:  JONATHAN B. ANDRY, ESQUIRE

20                        610 BARONNE STREET
                        NEW ORLEANS LA  70113

21

22                        BARON & BUDD

23                        BY:  THOMAS SIMS, ESQUIRE
                        CARLA M. BURKE, ESQUIRE

24                        3102 OAK LAWN AVENUE
                        SUITE 1100

25                        DALLAS TX  75219

                  **HOURLY TRANSCRIPT**

1   APPEARANCES CONTINUED:

2

3

4                                DEGRAVELLES PALMINTIER
                                 HOLTHAUS & FRUGE
5                                BY:  MICHAEL PALMINTIER, ESQ.
                                 618 MAIN STREET
6                                BATON ROUGE, LA 70801

7

8                                DOMENGEAUX WRIGHT ROY & JENKINS
                                 BY:  ELWOOD STEVENS JR, ESQUIRE
9                                     BONNIE KENDRICK, ESQUIRE
                                 PO BOX 3668
10                               556 JEFFERSON STREET
                                 LAFAYETTE LA  70502

11

12                               THE DUDENHEFER LAW FIRM
                                 BY: FRANK DUDENHEFER JR., ESQ.
13                               601 POYDRAS STREET, SUITE 2655
                                 NEW ORLEANS LA  70130

14

15                               FAYARD & HONEYCUTT
16                               BY:  CALVIN FAYARD, JR, ESQUIRE
                                 519 FLORIDA AVENUE, S.W.
17                               DENHAM SPRINGS LA  70726

18

19                               JOANEN LAW FIRM
                                 BY:  SCOTT JOANEN, ESQUIRE
20                               4905 FRERET STREET, SUITE B
                                 NEW ORLEANS LA  70115

21

22                               LEVIN PAPANTONIO THOMAS
23                               MITCHELL ECHSNER & PROCTOR
                                 BY:  MATT SCHULTZ, ESQUIRE
24                               316 S. BAYLEN STREET, SUITE 600
                                 PENSACOLA FL  32502

25

**HOURLY TRANSCRIPT**

```
1    APPEARANCES CONTINUED:

2

3                                        THE TRIAL LAW FIRM
                                         BY:  ANDREW P. OWEN, ESQUIRE
4                                        800 WILSHIRE BOULEVARD
                                         SUITE 500
5                                        LOS ANGELES CA  90017

6

7                                        J. ROBERT WARREN, II, A PLC
                                         BY:  J. ROBERT WARREN, II, ESQ.
8                                        1718 SHORT STREET
                                         NEW ORLEANS LA  70118
9

10

11   FOR WASHINGTON GROUP
     INTERNATIONAL, INC.:               STONE PIGMAN WALTHER WITTMANN
12                                       BY:  WILLIAM D. TREEBY, ESQUIRE
                                              HEATHER LONIAN, ESQUIRE
13                                            JAMES C. GULOTTA, ESQUIRE
                                              MAGGIE BROUSSARD, ESQUIRE
14                                       546 CARONDELET STREET
                                         NEW ORLEANS LA  70130
15

16

17                                       JONES DAY
                                         BY:  ADRIAN WAGER-ZITO, ESQUIRE
18                                            DEBRA CLAYMAN, ESQUIRE
                                              CHRISTOPHER THATCH, ESQ.
19                                            CHRISTOPHER FARRELL, ESQ.
                                              JULIA CRONIN, ESQUIRE
20                                            BRIAN KERWIN, ESQUIRE
                                         51 LOUISIANA AVENUE, N.W.
21                                       WASHINGTON DC  20001

22

23

24

25
```

**HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE UNITED STATES
     OF AMERICA:                        U.S. DEPARTMENT OF JUSTICE
4                                       BY:   ROBIN D. SMITH, ESQUIRE
                                              JAMES MCCONNON, JR., ESQ.
5                                             RUPERT MITSCH, ESQUIRE
                                              CONOR KELLS, ESQUIRE
6                                             JOHN A. WOODCOCK, ESQUIRE
                                        TORTS BRANCH, CIVIL DIVISION
7                                       BENJAMIN FRANKLIN STATION
                                        P.O. BOX 888
8                                       WASHINGTON D.C.  2004

9

10

11   OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RPR, CRR
                                 500 POYDRAS STREET, ROOM B406
12                               NEW ORLEANS LA  70130
                                 (504) 589-7779
13

14   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.

15

16

17

18

19

20

21

22

23

24

25

**HOURLY TRANSCRIPT**

# I N D E X

EXAMINATIONS                                                    PAGE


DIRECT EXAMINATION (CONTINUED)BY MR. SMITH...........1882

CROSS-EXAMINATION BY MR. BRUNO......................1948

LUNCHEON RECESS....................................1982

1          **P-R-O-C-E-E-D-I-N-G-S**

2              MONDAY, SEPTEMBER 24, 2012

3            M O R N I N G   S E S S I O N

4               (COURT CALLED TO ORDER)

5

09:06AM 6

09:06AM 7          THE DEPUTY CLERK:  ALL RISE, PLEASE.

09:06AM 8          THE COURT:  GOOD MORNING, SIR.  ARE YOU READY TO

09:06AM 9    PROCEED?

09:06AM 10          MR. SMITH:  YES, YOUR HONOR.

09:06AM 11             DIRECT EXAMINATION (CONTINUED)

09:06AM 12    BY MR. SMITH:

09:06AM 13    Q.   DR. MARR, WHEN WE ADJOURNED ON FRIDAY, YOU WERE IN THE

09:06AM 14    MIDST OF SUMMARIZING YOUR OPINIONS AND PRESENTING THE REASONS

09:06AM 15    FOR THEM.

09:06AM 16          AT THE TIME THAT WE BROKE, YOU WERE EXPLAINING HOW

09:06AM 17    YOU MEASURED AND CALCULATED SCOUR DEPTHS FOR THE EROSION TRENCH

09:06AM 18    THAT WAS ON THE LAND SIDE OF THE FLOOD WALL AND CORRELATING

09:07AM 19    THAT WITH THE ELEVATIONS AT THE TOP OF THE WALL?

09:07AM 20          I WONDER IF YOU COULD CONTINUE WITH THAT AT THIS

09:07AM 21    TIME, PLEASE?

09:07AM 22    A.   YES.

09:07AM 23    Q.   THANK YOU.

09:07AM 24    A.   WELL, AS YOU INTRODUCED HERE, THE LAST SLIDE WE SHOWED WAS

09:07AM 25    PUTTING TOGETHER THE MEASURED -- THE DEPTHS WE HAD GOTTEN FROM

                    **HOURLY TRANSCRIPT**

09:07AM 1    PHOTOGRAPHS SHOWN AS THE RED DOTS ON THIS DIAGRAM, AND THEN THE

09:07AM 2    RESULTS OF SOME CALCULATIONS WE HAD DONE WITH A COMPUTER MODEL

09:07AM 3    OF SCOUR, AND CONCLUDING THAT THE MEASURED DEPTHS SEEMED TO

09:07AM 4    CORRESPOND WITH THE COMPUTER MODEL USING A LOW PLASTICITY,

09:07AM 5    SOMEWHAT MORE ERODIBLE SOIL.

09:07AM 6         WE ALSO FOUND THAT WE HAVE NO DATA FOR THE LOW SPOTS

09:07AM 7    IN THE WALL BECAUSE THAT'S WHERE IT FAILED, AND SO WE HAVE NO

09:07AM 8    MEASURED DEPTHS OF SCOUR THAT OCCURRED THERE.

09:07AM 9         FROM THIS SLIDE, WE THEN LOOK AT WHAT IS THE IMPACT

09:08AM 10   OF A SCOUR TRENCH ON THE STABILITY OF THE WALL ITSELF FOR

09:08AM 11   OVERTURNING.

09:08AM 12        AND IF YOU CAN SHOW THE NEXT SLIDE, PLEASE.

09:08AM 13        THIS IS A CROSS-SECTION OF THE FLOODWALL SHOWING THE

09:08AM 14   FLOODWALL ITSELF WITH THE CONCRETE CAP AND THE SHEET PILE.  AND

09:08AM 15   AS WE -- AS THE SCOUR REMOVES SOIL ON THIS SIDE, IT IS REDUCING

09:08AM 16   THIS FORCE THAT HOLDS THE WALL IN PLACE.  AT THE SAME TIME, AS

09:08AM 17   THE WATER BUILDS ON THE FLOOD SIDE, THE FORCE THAT'S TRYING TO

09:08AM 18   PUSH IT OVER IS INCREASING.

09:08AM 19        IN MY EXPERT REPORT, WE HAD DONE AN ANALYSIS OF SCOUR

09:08AM 20   TRENCH DEPTH FOR THE CONDITION AT MAXIMUM FLOOD LEVEL IN THE

09:09AM 21   CANAL, SO WITH THE WATER AT 14.2 FEET.  AT THAT POINT, MY SCOUR

09:09AM 22   MODEL WAS SAYING THAT I WOULD HAVE A SCOUR DEPTH PREDICTED BY

09:09AM 23   THAT MODEL OF ABOUT 4.7 FEET.  IT WAS ALSO SAYING THAT WE WOULD

09:09AM 24   HAVE A GAP THAT WOULD HAVE DEVELOPED ABOUT ALMOST 13 FEET DEEP.

09:09AM 25        SO THE FORCES THAT EXIST FOR THOSE CONDITIONS ARE

**HOURLY TRANSCRIPT**

09:09AM 1  SUCH THAT THE OVERTURNING FORCE IS GREATER THAN THE RESISTING

09:09AM 2  FORCE.  THAT'S SHOWN BY THIS RATIO HERE IN THE LOWER LEFT-HAND

09:09AM 3  CORNER, THAT THE RATIO OF THE RESISTING FORCE TO THE

09:09AM 4  OVERTURNING FORCE IS LESS THAN ONE.  SO FOR THESE CONDITIONS,

09:09AM 5  THE WALL WOULD OVERTURN, WOULD ROTATE OVER.

09:09AM 6       I DID NOT ATTEMPT TO GO BACK AND PREDICT WHAT

09:09AM 7  CONDITIONS WOULD MAKE THIS IDENTICALLY ONE.  MY OBJECTIVE IN

09:10AM 8  THE EXPERT REPORT WAS SIMPLY TO DEMONSTRATE WITH THE

09:10AM 9  CALCULATIONS THAT AT SOME POINT BEFORE REACHING THIS MAXIMUM

09:10AM 10  WATER LEVEL, THE WALL WOULD HAVE FAILED IN OVERTURNING.  THAT'S

09:10AM 11  CONSISTENT WITH WHAT THE PHOTOGRAPHS WERE SHOWING US.

09:10AM 12       NEXT SLIDE.

09:10AM 13       AFTER I ISSUED MY EXPERT REPORT, SOMETIME LATER, IN

09:10AM 14  FACT, IN MY DEPOSITION, I WAS ASKED ABOUT WAVES, AND THE FACT

09:10AM 15  THAT IN THOSE -- IN MY EXPERT REPORT, I HAD CONSIDERED THAT

09:10AM 16  THERE WAS NO SIGNIFICANT WAVES IN MY ANALYSIS.  I'D LEARNED

09:10AM 17  LATER FROM DR. DALRYMPLE'S EXPERT REPORT SUBMITTED AT THE SAME

09:10AM 18  TIME AS MINE THAT THERE, IN FACT, WERE WAVES AS HIGH AS THREE

09:10AM 19  FOOT, SIGNIFICANT WAVES OCCURRING IN THE CANAL PRIOR TO THE

09:10AM 20  FAILURE.

09:10AM 21       SO, ALSO GOING BACK TO THE IPET REPORT, HE REFERRED

09:11AM 22  BACK TO OTHER SECTIONS IN THE IPET REPORT THAT I HAD NOT READ

09:11AM 23  OR I HAD MISSED THAT INDICATED THAT THERE WERE SIGNIFICANT

09:11AM 24  WAVES OF TWO TO THREE FEET IN THE CANAL.

09:11AM 25       I HAD DONE MY CALCULATIONS AND I STATE IN MY REPORT,

**HOURLY TRANSCRIPT**

09:11AM 1    ASSUMING THAT THE WAVES WERE LESS THAN ABOUT ONE FOOT, WHICH I

09:11AM 2    HAD GOTTEN OUT OF ANOTHER LOCATION IN THE IPET REPORT, AND THAT

09:11AM 3    THOSE WOULD NOT HAVE MUCH IMPACT ON THE SCOUR TRENCH DEPTH

09:11AM 4    PREDICTIONS.

09:11AM 5          ONCE I SAW THIS, WE REWORKED -- GO AHEAD -- WE

09:11AM 6    REWORKED THE CALCULATIONS TO INCLUDE THE EFFECT OF WAVES GOING

09:11AM 7    OVER THE WALL PRIOR TO IT BEING OVERTOPPED, AND WHAT THAT DID

09:11AM 8    WAS TO START SCOUR EARLIER THAN IN MY ORIGINAL CALCULATIONS.

09:11AM 9          WHERE THE WALL WAS HIGHER, WHERE THE TOP OF THE WALL

09:11AM 10   WAS UP AROUND 14, I GOT MORE SCOUR THAN I HAD HAD IN MY EXPERT

09:12AM 11   REPORT.

09:12AM 12         THE SIGNIFICANCE OF THIS WAS THAT THE WAVES JUST

09:12AM 13   ACCELERATED THE RATE AT WHICH THE SCOUR TRENCH DEVELOPED AND

09:12AM 14   MOVED IT FORWARD IN TIME -- OR BACKWARD IN TIME, I GUESS WOULD

09:12AM 15   BE THE RIGHT WORD.  THANK YOU.

09:12AM 16         NEXT SLIDE.

09:12AM 17         THE COURT:  AM I TO UNDERSTAND YOUR CALCULATION --

09:12AM 18   AND I'M NOT LOOKING AT THE RIGHT DEMONSTRATIVE -- BUT IF THE

09:12AM 19   SCOUR TRENCH REACHES 4.7, IS THAT THE POINT WHERE THE FACTOR OF

09:12AM 20   SAFETY IS LESS THAN ONE?

09:12AM 21         THE WITNESS:  IT'S APPROXIMATELY THAT CASE,

09:12AM 22   YOUR HONOR.

09:12AM 23         IT VARIES DEPENDING UPON HOW MUCH WATER IS

09:12AM 24   BEHIND THE WALL AND HOW DEEP THE GAP HAS DEVELOPED.  IT ALSO

09:12AM 25   DEPENDS ON LOCAL VARIATIONS IN SOIL CONDITIONS.

**HOURLY TRANSCRIPT**

09:13AM 1          YOU'LL RECALL THE SLIDE WE SAW AT THE VERY

09:13AM 2   BEGINNING, WHERE WE HAD A PHOTOGRAPH WHERE IT HAD SCOURED, AND

09:13AM 3   THEN IN THE BACKGROUND IT HAD NOT SCOURED.  THAT'S A

09:13AM 4   VARIABILITY IN SOIL AND GRASS COVER THAT ALSO AFFECTS THAT

09:13AM 5   DEPTH SOMEWHAT, SO.

09:13AM 6          BUT, IN GENERAL, WHEN THE SCOUR TRENCH GETS TO

09:13AM 7   FOUR TO FIVE FEET DEEP, THE CALCULATIONS SHOW IT SHOULD

09:13AM 8   OVERTURN.

09:13AM 9       THE COURT:  AND HOW DO WE DETERMINE THE DEPTH OF THE

09:13AM 10  GAP.  HOW DO YOU DETERMINE THE DEPTH OF THE GAP?

09:13AM 11      THE WITNESS:  WE DID A SEPARATE ANALYSIS WITH A

09:13AM 12  FAIRLY ADVANCED COMPUTER PROGRAM WE CALL PLAXIS THAT LOOKS AT

09:13AM 13  WHEN TENSION STARTS TO DEVELOP IN THE SOIL BEHIND -- ON THE

09:13AM 14  FLOOD SIDE OF THE WALL, SO, AS THE WALL STARTS TO ROTATE, IT

09:13AM 15  STARTS TO WANT TO SEPARATE FROM THE SOIL.

09:13AM 16          AS SOON AS THAT -- THE FORCE INITIALLY THAT'S

09:13AM 17  HOLDING THEM TOGETHER STARTS IN TENSION, SOIL CAN'T TAKE

09:14AM 18  TENSION, SO THE CRACK DEVELOPS IN THE SOIL.

09:14AM 19          THAT ANALYSIS TOLD US AT WHAT WATER LEVEL AND

09:14AM 20  WHAT SCOUR DEPTH WOULD THAT CRACK START TO DEVELOP.  THAT'S

09:14AM 21  DESCRIBED IN MY EXPERT REPORT.

09:14AM 22      THE COURT:  I DON'T WANT TO GET MORE INTO THAT.  I

09:14AM 23  WAS JUST TOUCHING THE SURFACE.

09:14AM 24      THE WITNESS:  WELL, I APPRECIATE IT.

09:14AM 25          NEXT SLIDE.

**HOURLY TRANSCRIPT**

09:14AM 1          BASED ON THE INFORMATION I PROVIDED IN THE

09:14AM 2    SUPPLEMENTAL REPORT, I DID GO BACK AND LOOK AT EARLIER

09:14AM 3    CONDITIONS WHERE THE WATER LEVEL IN THE CANAL WOULD BE AT

09:14AM 4    PLUS 13, SO THIS IS BEFORE IT GOT TO THE MAXIMUM.  WE WOULD

09:14AM 5    HAVE THESE THREE-FOOT-HIGH WAVES.

09:14AM 6          AT THAT POINT, WE WERE CALCULATING ABOUT

09:15AM 7    3.6 FEET DEPTH OF SCOUR.  WE WERE ALSO CALCULATING THE

09:15AM 8    DEVELOPMENT OF THE SCAB.  THESE CONDITIONS COMBINE TO PRODUCE A

09:15AM 9    FACTOR OF SAFETY OF ONE.

09:15AM 10          SO TURN IT BACK THE OTHER WAY, WHAT I'M DOING IS

09:15AM 11   WHAT CONDITIONS OF SCOUR AND WATER LEVEL WOULD PRODUCE AN

09:15AM 12   OVERTURNING FACTOR OF SAFETY OF ONE.  SO THAT'S THIS 3.6 FOOT

09:15AM 13   DEEP SCOUR TRENCH.

09:15AM 14          NEXT SLIDE.

09:15AM 15          SO MY CONCLUSION FROM THESE CALCULATIONS,

09:15AM 16   YOUR HONOR, WAS THAT AT A SCOUR DEPTH OF SOMEWHERE LIKE THREE

09:15AM 17   AND A HALF TO FOUR FEET PLUS, THE CONDITIONS -- AND WITH WATER

09:15AM 18   AT 13 FEET OR HIGHER ON THE WALL, THAT CONDITIONS WERE SUCH

09:15AM 19   THAT IT SHOULD OVERTURN, AND IT DID.

09:15AM 20          DR. BEA PROVIDED US WITH A SUPPLEMENTAL REPORT.

09:15AM 21   GOING THROUGH THAT, ON THE 40TH PAGE OF IT, HE ACTUALLY DID

09:16AM 22   SOME CALCULATIONS BY HAND OF OVERTURNING AND AGREES WITH THE

09:16AM 23   RESULTS THAT WE HAD OBTAINED.

09:16AM 24          IN HIS HAND CALCULATIONS, HE LOOKED AT THREE

09:16AM 25   FEET OF SCOUR, AND WITH WATER AT AN ELEVATION OF 12.5 IN THE

**HOURLY TRANSCRIPT**

09:16AM 1    CANAL, HE'S GETTING A FACTOR OF SAFETY AGAINST OVERTURNING,

09:16AM 2    DEFINED THE SAME WAY AS I DEFINE IT, OF APPROXIMATELY 1.

09:16AM 3              SO THESE ARE HIS CALCULATIONS LOOKING AT

09:16AM 4    DIFFERENT DEPTHS OF WATER IN THE CANAL.  SO THE MORE WATER

09:16AM 5    THERE IS IN THE CANAL, THE MORE FORCE THERE IS.

09:16AM 6              NEXT SLIDE.

09:16AM 7              ON THE PAGE FOLLOWING THE ONE I JUST SHOWED YOU,

09:16AM 8    HE SUMMARIZED IN HIS SUPPLEMENTAL REPORT HIS BEST ESTIMATE OF

09:16AM 9    THE OVERTURNING MODE OF FAILURE WAS A FACTOR OF SAFETY OF 1

09:16AM 10   WHEN THERE WAS TWO TO THREE FEET OF SCOUR WITH THE SURGE LEVEL

09:17AM 11   AT 12 AND A HALF.

09:17AM 12             NEXT.

09:17AM 13             THEN HE STATES ON THE 11TH PAGE OF HIS REPORT IN

09:17AM 14   THE TEXT THAT, "MY CONCLUSION, BASED ON ALL AVAILABLE

09:17AM 15   INFORMATION AND THE RESULTS FROM THESE ANALYSES, IS THAT THE

09:17AM 16   BEST ESTIMATE I-WALL OVERTURNING MODE OF FAILURE BASED ON A

09:17AM 17   DEFINITION OF FAILURE OF A MEDIAN FACTOR OF SAFETY EQUAL TO 1

09:17AM 18   FOR EROSION TRENCH DEPTHS OF 2 TO 3 FEET AND A TAILWATER

09:17AM 19   FLOODWATER DEPTH OF 10 FEET DEVELOPS FOR AN IHNC SURGE WATER

09:17AM 20   ELEVATION OF 12 AND A HALF TO 13 AND A HALF FEET."

09:17AM 21             THE NEXT PAGE, I THINK, SAYS SOMETHING, THESE

09:17AM 22   RESULTS ARE IN EXCELLENT AGREEMENT WITH MY PRIOR WORK.  JUST

09:17AM 23   BACK UP.

09:17AM 24             IN MY READING OF THIS ON TWO PAGES, DR. BEA IS

09:17AM 25   AGREEING WITH ME THAT THESE CONDITIONS PRODUCE AN OVERTURNING

**HOURLY TRANSCRIPT**

09:18AM 1   FAILURE OF THE WALL.

09:18AM 2             NEXT SLIDE.  SO IN CONCLUSION, FOR THE CAUSE OF

09:18AM 3   FAILURE AT THE SOUTH BREACH, BASED ON BOTH THE VISUAL EVIDENCE

09:18AM 4   THAT WE WENT THROUGH ON FRIDAY, AND THESE FAIRLY

09:18AM 5   STRAIGHTFORWARD CALCULATIONS OF STABILITY, THE WALL FAILED BY

09:18AM 6   OVERTURNING THAT WAS CAUSED BY OVERTOPPING AND SCOUR, AND

09:18AM 7   THAT'S MY REASON FOR THE CAUSE OF THAT SOUTH BREACH.

09:18AM 8             SO WE'LL TURN FROM THE SOUTH BREACH.  AS I

09:18AM 9   MENTIONED ON FRIDAY, EVEN THOUGH IT OCCURRED LATER, I TOOK IT

09:18AM 10  ON FIRST BECAUSE IT'S EASIER TO EXPLAIN.  SO NOW WE'LL TURN TO

09:18AM 11  THE NORTH BREACH.

09:18AM 12            THE NORTH BREACH, I THINK, OCCURRED AT 6:10

09:19AM 13  BASED ON THE TESTIMONY OF MR. VILLAVASO.  THE CONDITIONS THAT

09:19AM 14  EXISTED AT THAT TIME IN MY EXPERT REPORT WITH NO CONSIDERATION

09:19AM 15  OF WAVES, WE HAD NO SCOUR, BECAUSE THE WATER WAS JUST AT THE

09:19AM 16  TOP OF THE WALL.  THERE WOULD HAVE BEEN NO SIGNIFICANT

09:19AM 17  OVERTOPPING IN MY EXPERT REPORT, SO THERE WOULD HAVE BEEN

09:19AM 18  LITTLE TO NO SCOUR, AND THE FORCES HERE ARE RELATIVELY SMALL

09:19AM 19  COMPARED TO THE RESISTING FORCE.  MY FACTOR OF SAFETY AGAINST

09:19AM 20  OVERTURNING IS QUITE HIGH.  IT'S 6.  SO THE CHANCE THAT THE

09:19AM 21  WALL AT THE NORTH -- THE BREACH AT THE NORTH STARTED BY

09:19AM 22  OVERTURNING IS VERY LOW.

09:19AM 23            NEXT SLIDE.

09:19AM 24            WHEN I LOOKED AT -- GOT DR. DALRYMPLE'S RESULTS

09:19AM 25  AND SAW THAT SIGNIFICANT WAVES MAY HAVE BEEN THERE FOR TWO TO

**HOURLY TRANSCRIPT**

09:20AM 1    THREE HOURS PRIOR TO 6:10, WE RE-RAN OUR ANALYSIS AND WE STILL

09:20AM 2    ONLY GOT ABOUT 1-AND-A-HALF FOOT OF SCOUR AT THE NORTH BECAUSE

09:20AM 3    WE ONLY HAVE WAVES GOING OVER.  WE STILL DON'T HAVE FULL TIME

09:20AM 4    WATER GOING OVER THE TOP.  SO WE STILL, AT THAT INITIATING

09:20AM 5    CONDITION, THE FACTOR OF SAFETY AGAINST OVERTOPPING WOULD HAVE

09:20AM 6    BEEN QUITE HIGH; 4.9, I SHOW HERE.  I'M SORRY, AGAINST

09:20AM 7    OVERTURNING.  FORGIVE ME.  I CHANGE THOSE WORDS SOMETIMES.

09:20AM 8              SO WE HAVE TO LOOK AT SOMETHING DIFFERENT.

09:20AM 9              NEXT SLIDE.

09:20AM 10             WE LOOK AT -- BACK TO ANOTHER TYPE OF FACTOR OF

09:20AM 11   SAFETY, AND I'M SORRY WE USE THE SAME WORD, BUT IT'S A

09:20AM 12   DIFFERENT DEFINITION.  THIS IS LOOKING AT THE OVERALL STABILITY

09:20AM 13   OF THIS WHOLE SYSTEM.  WHAT IS THE FACTOR OF SAFETY AGAINST A

09:20AM 14   GLOBAL INSTABILITY OR A TRANSLATIONAL INSTABILITY FOR THE

09:20AM 15   CONDITIONS AT THAT TIME OF THE MORNING.

09:21AM 16             THIS IS SHOWING THE RESULTS OF A NUMBER OF

09:21AM 17   BORINGS, SO EACH ONE OF THESE STICK DIAGRAMS REPRESENTS A

09:21AM 18   BORING THAT WAS DONE SOMEWHERE IN THE VICINITY OF THE

09:21AM 19   NORTH BREACH, EITHER JUST POST-KATRINA OR DURING THE 2011

09:21AM 20   SUPPLEMENTAL INVESTIGATION.

09:21AM 21             THERE IS A LOT OF INFORMATION ON HERE THAT MEANS

09:21AM 22   SOMETHING TO GEOTECHNICAL ENGINEERS.  THE MAIN MESSAGE THAT I

09:21AM 23   WANT TO GET TO THE COURT THERE WAS A FAIR AMOUNT OF

09:21AM 24   INVESTIGATION THAT WENT ON HERE.  THERE WAS A LOT OF ATTENTION

09:21AM 25   IN TRYING TO MEASURE THE STRENGTH OF THESE ORGANIC CLAYS.  SO

09:21AM 1    IN THIS DIAGRAM, THIS IS LOWER ORGANIC CLAY, THIS IS THE UPPER

09:21AM 2    ORGANIC CLAY, AND THIS IS THE CLAY FILL AND THIS IS THE LEVEE

09:21AM 3    FILL.

09:21AM 4              THESE LITTLE SQUIGGLY DIAGRAMS AND DOTS DOWN

09:21AM 5    HERE ALL REPRESENT MEASUREMENTS TAKEN TO TRY TO DETERMINE THE

09:21AM 6    SHEAR STRENGTH OF THESE CLAY MATERIALS.

09:22AM 7              THE COURT:  YOU DO A SHEAR STRENGTH ANALYSIS TO

09:22AM 8    ACTUALLY OBTAIN, AMONG OTHER THINGS, GLOBAL STABILITY AND WHAT

09:22AM 9    ELSE?

09:22AM 10             THE WITNESS:  IT'S MAINLY FOR GLOBAL STABILITY,

09:22AM 11   YOUR HONOR.  IT IS THE RESISTANCE THAT THE SOIL HAS TO THE

09:22AM 12   PULLING FORCES OF GRAVITY AND THE PUSHING FORCES OF WATER.

09:22AM 13             THE COURT:  YOU MENTIONED TRANSITIONAL INSTABILITY.

09:22AM 14   HOW DOES THAT DIFFER FROM GLOBAL INSTABILITY?

09:22AM 15             THE WITNESS:  BOTH OF THEM ARE GLOBAL INSTABILITY.

09:22AM 16   TRANSLATIONAL IS A SUBSET.  IT'S A CASE WHERE IT'S JUST A

09:22AM 17   HORIZONTAL TRANSLATION.

09:22AM 18             THE COURT:  SO WOULD IT BE PART OF GLOBAL INSTABILITY

09:22AM 19   OR A SEPARATE --

09:22AM 20             THE WITNESS:  IT'S PART, YOUR HONOR.

09:22AM 21             THE COURT:  ALL RIGHT.

09:22AM 22             THE WITNESS:  SO JUST -- A GLOBAL INSTABILITY COULD

09:22AM 23   BE A SURFACE THAT GOES SOMETHING LIKE THAT, FOR EXAMPLE, OR IT

09:22AM 24   MIGHT EVEN GO DEEPER INTO THE SOFTER UNDERLYING CLAYS OR IT

09:23AM 25   COULD BE A GAP DEVELOPING AND THEN JUST SLIDING OUT ALONG THE

**HOURLY TRANSCRIPT**

09:23AM 1    WEAK ORGANIC CLAY SOMEHOW, LIKE DR. BEA ANALYZED.

09:23AM 2         THE COURT:  JUST SO THE RECORD DEMONSTRATES, AND I'M

09:23AM 3    SURE SOMEONE WILL ASK THIS, GLOBAL INSTABILITY TAKES INTO

09:23AM 4    CONSIDERATION WHAT FACTORS.  HOW WOULD ONE DEFINE IT, IN

09:23AM 5    ESSENCE?

09:23AM 6         THE WITNESS:  IT'S THE RATIO OF THE RESISTING FORCES

09:23AM 7    OR THE FORCES THAT ARE THERE HOLDING THINGS IN PLACE TO THE

09:23AM 8    DRIVING FORCES, THE THINGS THAT ARE TRYING TO PUSH IT LAND SIDE

09:23AM 9    AND DOWNHILL.

09:23AM 10        THE COURT:  SO IF THE IMMOVABLE FORCE MET -- THE

09:23AM 11   IRRESISTIBLE FORCE MET THE IMMOVABLE OBJECT, WE WOULD HAVE AN

09:23AM 12   INTERESTING CONUNDRUM INVOLVING GLOBAL STABILITY?

09:23AM 13        THE WITNESS:  THAT'S TRUE.

09:23AM 14        THIS IS A FUNDAMENTAL CALCULATION WE DO AS

09:23AM 15   GEOTECHNICAL ENGINEERS FOR DAMS AND LEVEES.  THE MOST IMPORTANT

09:24AM 16   DETERMINATION FOR THAT CALCULATION IS HOW DO WE CHARACTERIZE

09:24AM 17   THE STRENGTH OF THE SOILS THAT ARE GOING TO BE THERE TO HOLD

09:24AM 18   THINGS IN PLACE.

09:24AM 19        THAT STRENGTH -- I'VE BEEN TRYING TO THINK OF

09:24AM 20   SOME ANALYSIS -- SOME ANALOGY.  BUT IF YOU THINK OF A BLOCK

09:24AM 21   SITTING ON THE TABLE, YOUR HONOR, AND IT HAS SOME WEIGHT AND IN

09:24AM 22   ORDER TO MAKE IT MOVE, I HAVE TO PUSH AGAINST IT WITH SOME

09:24AM 23   FORCE TO OVERCOME THE FRICTIONAL RESISTANCE, AND THE MORE --

09:24AM 24   THE MORE THE BLOCK WEIGHS, THE MORE I HAVE TO PUSH.  THE

09:24AM 25   ROUGHER THE SURFACE INSIDE, THE MORE THE FRICTION AND THE MORE

**HOURLY TRANSCRIPT**

09:24AM 1   I WOULD HAVE TO PUSH.  THAT'S REALLY WHAT'S GOING ON IN THE

09:24AM 2   SOIL PARTICLES THEMSELVES.

09:24AM 3          IT GETS A LITTLE MORE COMPLICATED IN THAT THE

09:24AM 4   STRENGTH -- IF WE TO GO THE NEXT PAGE -- OF SOIL IS VERY, VERY

09:24AM 5   DIFFICULT FOR US TO QUANTIFY UNIQUELY.  I'M SORRY FOR THIS --

09:25AM 6   THIS DIAGRAM DOESN'T SHOW UP TOO WELL, BUT WHAT IT SHOWS IS

09:25AM 7   ELEVATION, SO I'M GOING DEEPER ON THE Y AXIS.

09:25AM 8          THIS DIAGRAM HERE ATTEMPTS TO SHOW THE SHEAR

09:25AM 9   STRENGTH OF THE SOIL, HOW STRONG IS THE SOIL AT DIFFERENT

09:25AM 10  DEPTHS AS MEASURED WITH DIFFERENT DEVICES.  SO THIS GREEN LINE

09:25AM 11  IS A CONTINUOUS LINE WITH MEASUREMENTS TAKEN EVERY INCH OR SO

09:25AM 12  WITH A DEVICE WE PUSH DOWN IN THE GROUND CALLED A CONE

09:25AM 13  PENETROMETER.  IT'S -- JUST IMAGE TAKING A STICK WITH SENSOR ON

09:25AM 14  THE END OF IT AND PUSHING IT INTO THE GROUND AND MEASURING HOW

09:25AM 15  MUCH FORCE YOU HAVE TO PUSH WITH IN ORDER TO GET IT TO

09:25AM 16  PENETRATE INTO THE GROUND.

09:25AM 17         THIS IS SHOWING THAT THE STRENGTH OF THE SOIL

09:25AM 18  VARIES QUITE A BIT, IT OSCILLATES QUITE A BIT, AS INDICATED BY

09:25AM 19  THAT CONE PENETRATION TEST.

09:25AM 20         THE COURT:  THIS IS THE SHEAR STRENGTH OF THE SOILS

09:26AM 21  ON THE PROTECTED SIDE OF THE LEVEE?

09:26AM 22         THE WITNESS:  YES, SIR.  ACTUALLY, THIS ONE, I THINK,

09:26AM 23  IS ON THE FLOOD SIDE.  BUT THERE IS SIMILAR DATA FOR THE

09:26AM 24  PROTECTED SIDE.

09:26AM 25         THE COURT:  THIS IS ON THE FLOOD SIDE.  OKAY.  THANK

**HOURLY TRANSCRIPT**

09:26AM 1    YOU.  WHEN I SAW --

09:26AM 2         THE WITNESS:  NO, YOU'RE RIGHT.  THIS SAYS LAND SIDE.

09:26AM 3    I SHOULD READ MY OWN SLIDE.  IT SAYS LAND SIDE, ZONE 3.

09:26AM 4         THIS IS ONLY AN INDEX, YOUR HONOR, OF STRENGTH.

09:26AM 5    IT'S ONE -- THERE ARE 13 DIFFERENT WAYS WE HAVE TO MEASURE THE

09:26AM 6    SHEAR STRENGTH OF SOIL, AND SO IT'S NOT -- IT BECOMES A BIT OF

09:26AM 7    PROFESSIONAL KNOWLEDGE AND JUDGMENT TO DECIDE WHICH ONE IS

09:26AM 8    APPROPRIATE FOR A GIVEN LOCATION AND CONDITION.

09:26AM 9         DURING THE SUPPLEMENTAL SITE INVESTIGATION, WE

09:26AM 10   HAD NINE DIFFERENT GEOTECHNICAL EXPERTS INVOLVED IN

09:26AM 11   COLLABORATING ON WHAT TESTS ARE RUN.  BASICALLY ANYTHING ANYONE

09:26AM 12   WANTED RUN GOT RUN.  THESE DOTS REPRESENT MEASUREMENTS OF SHEAR

09:27AM 13   STRENGTH OF THE SOIL OBTAINED BY DIFFERENT TYPES OF TESTS.

09:27AM 14   SOME WERE LABORATORY, SOME WERE FIELD.

09:27AM 15        SO IF YOU LOOK, THERE IS QUITE A BIT OF

09:27AM 16   VARIATION, YOU MIGHT SAY, BETWEEN 200 AND 400 POUNDS PER SQUARE

09:27AM 17   FOOT OF SHEAR STRENGTH IN THIS ZONE.  UP ABOVE IT MIGHT BE EVEN

09:27AM 18   STRONGER.

09:27AM 19        SINCE SOIL IS GOING TO FAIL THROUGH THE -- TEND

09:27AM 20   TO FAIL THROUGH WEAKER LAYERS, I SAT DOWN AND TOOK ALL THESE

09:27AM 21   DATA PUT TOGETHER BY MY GROUP, AND JUST BY HAND DREW THROUGH MY

09:27AM 22   INTERPRETATION OF THE SHEAR STRENGTH DATA FOR PURPOSES OF BACK

09:27AM 23   ANALYSIS OF THE FAILURE.

09:27AM 24        SO I TEND TO GO TOWARDS THE LOWER END OF THESE

09:27AM 25   DATA BECAUSE I KNOW IT'S FAILING THROUGH THE WEAKER MATERIALS.

**HOURLY TRANSCRIPT**

09:27AM 1          THE COURT:  DOES THIS PARTICULAR DIAGRAM SHOW THE

09:27AM 2   SHEAR STRENGTH OF THE SOILS OR ATTEMPT TO SHOW THE SHEAR

09:27AM 3   STRENGTH OF THE SOILS FROM MINUS 10 FEET TO MINUS 30 FEET?

09:28AM 4          THE WITNESS:  YES, YOUR HONOR.

09:28AM 5          THE COURT:  THANK YOU.

09:28AM 6          THE WITNESS:  THERE IS ANOTHER IMPORTANT FACTOR HERE

09:28AM 7   THAT ALL OF THESE SHEAR STRENGTHS OF SOIL ARE WHAT WE CALL

09:28AM 8   UNDRAINED SHEAR STRENGTH.

09:28AM 9          IN GEOTECHNICAL ENGINEERING, WE MEASURE THE

09:28AM 10  STRENGTH OF SOIL IN TWO DIFFERENT WAYS, DEPENDING UPON THE

09:28AM 11  LOADING CONDITION.  ONE IS UNDRAINED AND THE OTHER IS DRAINED.

09:28AM 12         IF THE LOADING IS GOING TO BE VERY SLOW RELATIVE

09:28AM 13  TO HOW FAST WATER CAN FLOW THROUGH THESE MATERIALS, WE WOULD

09:28AM 14  MEASURE DRAIN SHEAR STRENGTH.

09:28AM 15         IN THE CASE OF THE EBIA, THE GEOTECHNICAL

09:28AM 16  ENGINEERS SETTING UP THE TESTING PROGRAM MADE AN ASSESSMENT

09:28AM 17  THAT THESE WERE SLOW-DRAINING MATERIALS, THAT THE LOAD WOULD BE

09:28AM 18  VERY RAPID RELATIVE TO THE RATE AT WHICH THEY COULD DRAIN AND,

09:29AM 19  THEREFORE, THE APPROPRIATE SHEAR STRENGTH TO USE WOULD BE THE

09:29AM 20  UNDRAINED SHEAR STRENGTH THAT WE HAVE ON THIS DIAGRAM.

09:29AM 21         THE COURT:  DOES THAT YIELD A -- THE SIGNIFICANCE IS

09:29AM 22  THAT YIELDS A LOWER SHEAR STRENGTH OR A HIGHER SHEAR STRENGTH?

09:29AM 23         THE WITNESS:  IN THE CASE, IT YIELDS A HIGHER SHEAR

09:29AM 24  STRENGTH BECAUSE IT'S -- THE SOIL IS AT A CERTAIN CONDITION.

09:29AM 25  THE LOADING GOES ON FAST.  THE SOIL CANNOT CHANGE, SO THAT

**HOURLY TRANSCRIPT**

09:29AM 1   SHEAR STRENGTH STAYS THERE.

09:29AM 2           WITH TIME, AS -- IF THE WATER BE HELD ON

09:29AM 3   FOREVER, THE WATER WOULD START TO FLOW THROUGH, UPLIFT

09:29AM 4   PRESSURES WOULD DEVELOP AND DR. BEA'S CASE WOULD DEVELOP, THAT

09:29AM 5   STRENGTH WOULD ACTUALLY GO DOWN AS THE UPLIFT PRESSURES

09:29AM 6   INCREASED.

09:29AM 7           THE COURT:  ALTHOUGH WE -- EVERYONE HAS MADE AN

09:29AM 8   EFFORT TO EXPLAIN TO THE COURT THE LAY UNDERSTANDING OF WHAT

09:29AM 9   "DRAIN" VERSUS "UNDRAIN" MEANS, IF YOU COULD TAKE A CRACK AT

09:30AM 10  IT, I WOULD APPRECIATE IT.

09:30AM 11          THE WITNESS:  IT'S A LITTLE LATER, BUT I'LL TAKE IT

09:30AM 12  ON NOW.

09:30AM 13          THE COURT:  IF YOU HAVE IT LATER, LET'S FINE.  GO

09:30AM 14  AHEAD; I DON'T WANT TO DISRUPT YOU.

09:30AM 15          THE WITNESS:  THIS IS A GOOD POINT, THOUGH, I THINK.

09:30AM 16  LET ME TRY.

09:30AM 17          WHEN WE -- WHEN WE TAKE AN ELEMENT OF SOIL, AND

09:30AM 18  IT'S SOIL AND WATER, IT'S A COMBINATION OF THE TWO, AS YOU'VE

09:30AM 19  ALREADY HEARD, WHEN WE PUT A LOAD ON IT, WE STRESS THE SOIL.

09:30AM 20  WE CAUSE A STRESS THAT'S TRYING TO CAUSE IT TO SHEAR.

09:30AM 21          IF WE PUT THAT LOAD ON -- PART OF THE STRENGTH

09:30AM 22  OF SOIL DEPENDS ON WHAT HAPPENS TO THE PORE PRESSURE INSIDE.

09:30AM 23  IF WE PUT THAT LOAD A VERY RAPIDLY, THERE IS NO TIME FOR WATER

09:30AM 24  TO FLOW IN AND OUT OF THE SAMPLE, AND IT WILL -- THE WATER --

09:31AM 25  THE WATER CONTENT STAYS CONSTANT.

**HOURLY TRANSCRIPT**

09:31AM  1          THE COURT:  JUST A MINUTE.  MR. SMITH.

09:31AM  2          MR. SMITH:  I WAS JUST WONDERING, WOULD YOU LIKE TO

09:31AM  3  GO TO THE SLIDE, DR. MARR?  I CAN DIRECT YOU.

09:31AM  4          THE WITNESS:  MAYBE THAT WOULD HELP.

09:31AM  5          MR. SMITH:  SLIDE NUMBER 79, PLEASE.

09:31AM  6          THE WITNESS:  THANK YOU, MR. SMITH.

09:31AM  7          IF A SATURATED SOIL IS SHEARED RAPIDLY RELATIVE TO

09:31AM  8  THE RATE AT WHICH WATER CAN GO IN AND OUT, IT FAILS IN WHAT WE

09:31AM  9  CALL AN UNDRAINED MODE.  THE ANALOGY WOULD BE IF I PUT A SAMPLE

09:31AM 10  OF CLAY HERE ON YOUR BENCH AND I LOADED IT QUITE RAPIDLY TO

09:31AM 11  FAILURE, THAT WOULD BE AN UNDRAINED MODE.

09:31AM 12          IF I TOOK THAT SAME SAMPLE AND I LOADED IT VERY

09:31AM 13  SLOWLY, SAY, OVER WEEKS TO MONTHS SO THAT WATER COULD MOVE IN

09:32AM 14  AND OUT OF THE SAMPLE, IT WILL CHANGE IN WATER CONTENT, AND

09:32AM 15  THAT WOULD ALLOW IT TO CHANGE IN STRENGTH AS WELL.

09:32AM 16          THAT SLOW RATE OF LOADING RELATIVE TO THE RATE

09:32AM 17  AT WHICH WATER CAN FLOW IN AND OUT PRODUCES WHAT WE CALL A

09:32AM 18  DRAINED STRENGTH.

09:32AM 19          THE COURT:  I UNDERSTAND AS WELL AS I CAN.  HOW DOES

09:32AM 20  ONE DETERMINE THE RATE OF -- THE RATE OF HOW SLOW OR HOW FAST?

09:32AM 21          MR. SMITH:  EXCUSE ME, YOUR NEXT SLIDE DOES ADDRESS

09:32AM 22  THAT.

09:32AM 23          THE COURT:  I'M SORRY.  I'M WILLING TO YIELD TO --

09:32AM 24  BUT GO AHEAD.

09:32AM 25          THE WITNESS:  THAT'S DETERMINED BY THE CLAY'S

                          **HOURLY TRANSCRIPT**

09:33AM  1    PERMEABILITY OR THE SOIL'S PERMEABILITY.  IF IT'S A SAND LIKE

09:33AM  2    AT THE BENCH, IF YOU'VE PLAYED WITH SAND AT THE BEACH AND YOU

09:33AM  3    POURED WATER ON IT, YOU KNOW THAT THE WATER GOES IN VERY FAST.

09:33AM  4    ON THE OTHER HAND, IF IT'S A CLAY, WATER FLOWS THROUGH THE CLAY

09:33AM  5    VERY, VERY SLOWLY AS MEASURED BY THIS VERY LOW PERMEABILITY.

09:33AM  6            YOU'VE HEARD THAT THE PARTIES AGREED THAT THE

09:33AM  7    CLAY, THE ORGANIC CLAY HAD A PERMEABILITY OF 10 TO THE MINUS

09:33AM  8    5 CENTIMETERS PER SECOND OR LOWER.  THAT IS CONSIDERED A LOW

09:33AM  9    PERMEABILITY.  JUST ME AS A GEOTECHNICAL ENGINEER IN ALL MY

09:33AM 10    TRAINING, WHEN I HEAR THAT THE MATERIAL IS A CLAY, I KNOW THAT

09:33AM 11    IT'S GOING TO TAKE MONTHS TO YEARS FOR IT TO BEHAVE IN A

09:33AM 12    DRAINED MODE.

09:33AM 13            THE COURT:  IS IT YOUR UNDERSTANDING THAT IN

09:33AM 14    DR. BEA'S ANALYSIS OF UPLIFT PRESSURES, HE USED A DRAIN MODE TO

09:34AM 15    MAKE HIS CALCULATIONS OR NOT?

09:34AM 16            THE WITNESS:  YES, YOUR HONOR, DEFINITELY HE DID.

09:34AM 17            THE COURT:  OKAY.

09:34AM 18            THE WITNESS:  SO JUST TO FINISH THIS SLIDE, THE SOILS

09:34AM 19    THAT CONTROL THIS GLOBAL STABILITY IN THE EBIA ARE CLAYS, THEY

09:34AM 20    WERE LOADED IN A MATTER OF 30 HOURS MAXIMUM.  SO AS A RESULT,

09:34AM 21    ANY STABILITY ANALYSES OF THE FLOODWALL THAT INVOLVED THE

09:34AM 22    STRENGTH OF THE CLAY SHOULD BE USING UNDRAINED SHEAR STRENGTH.

09:34AM 23            IF WE COULD GO BACK NOW TO THE SLIDE WE WERE

09:34AM 24    ON --

09:34AM 25            THE COURT:  THANK YOU VERY MUCH.

**HOURLY TRANSCRIPT**

09:34AM 1          THE WITNESS:  -- WHICH I THINK WAS NUMBER 56.

09:34AM 2               DETERMINING THE STRENGTH, WHEN WE TALKING ABOUT

09:34AM 3     CLAYS HERE IN NEW ORLEANS, GEOTECHNICAL ENGINEERS LOOK AT THE

09:34AM 4     CHARACTERISTICS OF THESE CLAYS, AND KNOW IMMEDIATELY THAT

09:35AM 5     THE -- FOR STORM LOADING, THE CONTROLLING STRENGTH IS GOING TO

09:35AM 6     BE THE UNDRAINED SHEAR STRENGTH.

09:35AM 7               I THINK THE ILLUSTRATION OF THAT IS AS SIMPLE AS

09:35AM 8     WHEN WE WERE SETTING UP THE 2011 SUPPLEMENTAL SITE

09:35AM 9     INVESTIGATION AT WHICH ALL THOSE GEOTECHNICAL ENGINEERS HAD AN

09:35AM 10    OPPORTUNITY TO DETERMINE OR TO TELL US WHICH TYPE OF SHEAR TEST

09:35AM 11    TO RUN, THERE WAS NOT A SINGLE REQUEST FOR A DRAINED SHEAR

09:35AM 12    STRENGTH TEST.  ALL THE REQUESTS WERE FOR MEASUREMENTS TO GET

09:35AM 13    THE UNDRAINED SHEAR STRENGTH OF THE SOIL.  WE HAD NINE PH.D.'S

09:35AM 14    WITH BACKGROUNDS IN GEOTECHNICAL ENGINEERING.  NOT A SINGLE

09:35AM 15    REQUEST FOR DRAIN STRENGTH.

09:35AM 16              NEXT SLIDE, PLEASE.

09:35AM 17              THIS SLIDE SHOWS THE RESULTS THAT WE OBTAINED

09:36AM 18    FOR WHAT IS CALLED A GLOBAL STABILITY ANALYSIS.  WHAT IS

09:36AM 19    DONE -- THE LEFT SIDE SHOWS IT DONE WITH ONE METHOD, WHICH IS

09:36AM 20    AN ADVANCED COMPUTER NUMERICAL ANALYSIS SCHEME CALLED PLAXIS,

09:36AM 21    AND THE RIGHT SIDE IS STILL A COMPUTER METHOD, BUT IT'S A MORE

09:36AM 22    CONVENTIONAL PRACTICE.  THIS IS KIND OF THE STATE OF THE ART,

09:36AM 23    AND THIS IS KIND OF THE STATE OF THE PRACTICE.

09:36AM 24              WHAT WE DO IN THESE CALCULATIONS IS SIMPLY

09:36AM 25    FIGURE OUT -- MAYBE NOT SO SIMPLY -- WE FIGURE OUT, YOU KNOW,

**HOURLY TRANSCRIPT**

09:36AM 1   WHAT IS THE WEIGHT OF GRAVITY THAT'S TENDING TO PUSH THIS

09:36AM 2   HIGHER MATERIAL DOWN.  WHAT IS THE PRESSURE OF WATER THAT'S

09:36AM 3   PUSHING DOWN AND PUSHING LAND SIDE ON A MASS THAT'S CONTAINED

09:36AM 4   INSIDE THIS RED ZONE, THIS RED SURFACE.

09:36AM 5           THE COMPUTER DETERMINES THE CRITICAL SURFACE OR

09:36AM 6   SHAPE THAT'S MOST LIKELY TO FAIL.  WHEN WE DO THAT ANALYSIS,

09:37AM 7   WHICH INVOLVES LITERALLY THOUSANDS OF DIFFERENT TRIAL,

09:37AM 8   POTENTIAL FAILURE SURFACES, WE GET THE ONE THAT GIVES US THE

09:37AM 9   LOWER FACTOR OF SAFETY, AND FOR THE NORTH BREACH AREA, WITHOUT

09:37AM 10  A GAP, WE GOT A FACTOR SAFETY OF 1.13.  WITH A GAP, WE GOT

09:37AM 11  1.03.

09:37AM 12          THE COURT:  YOU DIDN'T FIND IT NECESSARY TO DO THE

09:37AM 13  SAME ANALYSIS ON THE SOUTH BREACH BECAUSE YOUR CONCLUSION WAS

09:37AM 14  THAT IT WASN'T A QUESTION OF GLOBAL INSTABILITY BUT A SCOURING,

09:37AM 15  IN ESSENCE?

09:37AM 16          THE WITNESS:  WE ACTUALLY DID DO THE ANALYSIS.  I

09:37AM 17  DIDN'T COVER IT HERE.  IT'S COVERED IN MY EXPERT REPORT.  WE

09:37AM 18  GOT A FACTOR OF SAFETY GREATER THAN 1.3, SO IT WASN'T THE

09:37AM 19  CRITICAL MODE.

09:37AM 20          THE COURT:  WHY WAS IT -- IN SHORTHAND, WHY WAS THE

09:37AM 21  GLOBAL STABILITY AT THE SOUTH BREACH, IN ESSENCE, THE FACTOR OF

09:37AM 22  SAFETY HIGHER THAN THE FACTOR OF SAFETY IN THE NORTH BREACH?

09:37AM 23          THE WITNESS:  THAT'S A VERY GOOD QUESTION.  THERE WAS

09:37AM 24  MORE SOIL OUTSIDE IN THIS LOWER AREA AT THE SOUTH SIDE THAN

09:38AM 25  THERE IS AT THE NORTH SIDE.  THE ELEVATION OF THE GROUND AT THE

**HOURLY TRANSCRIPT**

09:38AM 1   SOUTH SIDE WAS ROUGHLY PLUS 5 -- I'M SORRY, MINUS 5.5, AND HERE

09:38AM 2   AT THE NORTH SIDE, IT'S ABOUT MINUS 8.  SO THE MORE SOIL I HAVE

09:38AM 3   HERE, THE MORE RESISTANCE I HAVE TO THIS WANTING TO SLIDE.

09:38AM 4           THE COURT:  WE'RE TALKING ABOUT THE SOIL ON THE

09:38AM 5   PROTECTED SIDE?

09:38AM 6           THE WITNESS:  YES, YOUR HONOR.

09:38AM 7           THE COURT:  SO SOIL ON THE PROTECTED SIDE IN THE

09:38AM 8   NORTH BREACH WAS LOWER THAN THE SOIL ON THE PROTECTED SIDE FROM

09:38AM 9   THE SOUTH BREACH?

09:38AM 10          THE WITNESS:  YES, YOUR HONOR.

09:38AM 11          THE COURT:  THAT WAS ONE OF THE FACTORS -- A

09:38AM 12  PREDOMINANT FACTOR THAT RENDERED THE GLOBAL STABILITY FACTOR OF

09:38AM 13  SAFETY LOWER AT THE NORTH BREACH?

09:38AM 14          THE WITNESS:  THAT WAS ONE IMPORTANT FACTOR.  THE

09:38AM 15  OTHER WAS THAT THE SOILS ARE A LITTLE WEAKER ON THIS SIDE AT

09:38AM 16  THE NORTH BREACH THAN THEY WERE AT THE SOUTH BREACH, IN MY

09:38AM 17  ESTIMATION.

09:38AM 18              THE DESIGN STANDARD USED BY THE CORPS OF

09:38AM 19  ENGINEERS TO DESIGN THESE WALLS FOR THIS FAILURE MODE IS A

09:39AM 20  MINIMUM FACTOR OF SAFETY OF 1.3.  SO THAT MEANS WE MUST HAVE A

09:39AM 21  RESERVE STRENGTH OF AT LEAST 30 PERCENT, IS ONE WAY OF

09:39AM 22  INTERPRETING THAT.

09:39AM 23              THIS CALCULATION SHOWS THAT INSTEAD OF IT BEING

09:39AM 24  1.3, IT WAS ACTUALLY 1.13, AND BELOW THE DESIGN STANDARD.

09:39AM 25              NEXT SLIDE.  WELL, AT ONE POINT, I SHOULD HAVE

**HOURLY TRANSCRIPT**

09:39AM 1   SAID THAT WHEN WE GET TO A FACTOR OF SAFETY DOWN IN THE

09:39AM 2   VICINITY OF 1.1 ON GLOBAL STABILITY, THE SOIL STARTS TO MOVE.

09:39AM 3   IT'S UNDER A STATE OF STRESS AND IT STARTS TO DEFORM.  IT PUTS

09:39AM 4   ADDITIONAL LOAD ONTO THE FLOODWALL ITSELF.

09:39AM 5              SO THIS BRINGS US THEN TO LOOK AT SOME OF THE

09:39AM 6   DETAILS WE KNOW ABOUT THE STRUCTURAL ELEMENTS IN THE FLOODWALL

09:40AM 7   AT THE NORTH BREACH.  I MENTIONED ON FRIDAY THAT ONE OF THE --

09:40AM 8   SOME OF THE EVIDENCE FROM THE NORTH BREACH WERE THESE

09:40AM 9   SHEET PILES THAT WERE EXTRACTED RIGHT AT THE INTERSECTION OF

09:40AM 10  THE 1969 SHORTER WALL WITH THE 1980 WALL THAT HAD LONGER

09:40AM 11  SHEET PILES.

09:40AM 12             WE WERE ABLE TO ACTUALLY FIND OR RECOVER THOSE

09:40AM 13  SHEET PILES AT THAT INTERSECTION.  THE INTERSECTION IS ACTUALLY

09:40AM 14  RIGHT ALONG THAT CONNECTION THERE.  THIS IS A 34-FOOT LONG

09:40AM 15  SHEET PILE.  THIS IS A 19-AND-A-HALF-FOOT LONG GOING FROM HERE

09:40AM 16  TO HERE, AND THIS IS THE ANOTHER ONE, FROM THIS CONNECTION TO

09:40AM 17  HERE IS 19 AND A HALF FOOT LONG.

09:40AM 18             WHAT WE SEE -- I WENT TO -- THIS IS -- I HAD THE

09:40AM 19  OPPORTUNITY TO GO VISUALLY INSPECT THESE, AND WHAT WE SEE

09:41AM 20  THAT'S OF SIGNIFICANCE TO US IS A TEAR THAT DEVELOPED IN THE

09:41AM 21  STEEL IN THE SHEET I LABELED NUMBER 2 ALL THE WAY DOWN TO ABOUT

09:41AM 22  HERE.  SO FROM THE TOP OF THE SHEET DOWN TO THERE WAS ABOUT

09:41AM 23  12 FEET.  THE STEEL WAS LITERALLY STRETCHED AND PULLED APART.

09:41AM 24             THE COURT:  SO WE'RE LOOKING FROM TOP TO BOTTOM OF

09:41AM 25  THE SHEET PILE; IS THAT CORRECT?

**HOURLY TRANSCRIPT**

09:41AM 1          THE WITNESS:  YES.  YES.

09:41AM 2             SO TOO BAD THAT IT'S TAKEN THIS WAY, YOUR HONOR,

09:41AM 3     BUT YOU'VE GOT IT RIGHT, THE TOPS OF THE PILE WOULD HAVE BEEN

09:41AM 4     DOWN AT THE BOTTOM OF THIS SLIDE AND THE BOTTOM OF THE PILES

09:41AM 5     ARE BACK HERE.

09:41AM 6             ALSO HERE IS A CONNECTION.  IN THE NEXT SLIDE,

09:41AM 7     I'LL SHOW WHAT THIS IS.  BUT HERE IS A CONNECTION THAT

09:41AM 8     CONNECTED SHEET NUMBER 3 TO WHAT WOULD HAVE BEEN SHEET

09:41AM 9     NUMBER 4.  AND THAT CONNECTION IS A STRUCTURALLY FAILED

09:41AM 10    CONNECTION, AND I'LL SHOW THAT IN A MINUTE.

09:41AM 11            NEXT SLIDE.

09:41AM 12            THIS IS LOOKING AT IT JUST FROM A LITTLE BIT

09:42AM 13    DIFFERENT ANGLE.  THIS WOULD HAVE BEEN THE TOP OF THE PILES,

09:42AM 14    AND THE BOTTOM WOULD HAVE BEEN OVER TO THE LEFT.  THIS IS

09:42AM 15    SHOWING THE TEAR THAT OCCURRED ROUGHLY 12 FEET DOWN FROM THE

09:42AM 16    TOP.

09:42AM 17            THIS IS THE LONGER SHEET PILE, 34 FEET LONG.

09:42AM 18    THIS IS TWO SHORTER SHEET PILES, 19 AND A HALF FEET LONG.  THEN

09:42AM 19    THIS IS THAT FAILED CONNECTION WHERE THIS SHEET NUMBER 3 WOULD

09:42AM 20    HAVE CONNECTED TO NUMBER 4.

09:42AM 21            THE COURT:  JUST A MINUTE.  JUST A MINUTE.  EXCUSE

09:42AM 22    ME.  HOLD ON.  WE ONLY NOTE THAT WHEN THE COURT OF APPEAL

09:42AM 23    REVIEWS THIS, THERE WILL BE A, I HATE TO SAY DATA GAPS, BUT --

09:42AM 24    BECAUSE YOU'RE DESCRIBING IT QUITE WELL, BUT IT'S NOT BEING

09:43AM 25    MARKED SO THAT IN THE EVENT ANYONE -- AND I'M NOT GOING TO -- I

**HOURLY TRANSCRIPT**

09:43AM 1   DON'T WANT TO INTERFERE TOO MUCH IN YOU MAKING YOUR RECORD, BUT

09:43AM 2   JUST A NOTE THAT WE'LL UNDERSTAND IT BECAUSE WE'RE MAKING MARKS

09:43AM 3   ON THE EXHIBITS WE HAVE, BUT THE COURT OF APPEAL -- WHEN YOU

09:43AM 4   EXPLAIN CERTAIN THINGS, YOU'RE ABLE TO, IF ANYBODY THINKS IT'S

09:43AM 5   SIGNIFICANT, TO MARK AND PRINT, AND IF YOU WISH TO DO THAT, YOU

09:43AM 6   CERTAINLY MAY.  THAT'S THE ONLY THING I'M SAYING.

09:43AM 7          MR. SMITH:  IT JUST APPEARS TO ME THAT THIS SLIDE

09:43AM 8   ITSELF, SLIDE NUMBER 53 --

09:43AM 9          THE CLERK:  59.

09:43AM 10         MR. SMITH:  I'VE GOT THE WRONG NUMBER, I'M SORRY.

09:43AM 11           -- 59 DOES HAVE THE INDICATION OF WHERE THE TEAR

09:43AM 12  IS AND ALSO WHERE THE FAILED CONNECTION IS, SO I WONDER IF

09:43AM 13  MAYBE -- IN OTHER WORDS, I'M AFRAID HE WOULD OBLITERATE IT IF

09:43AM 14  HE MARKS ON IT.  I WONDER IF WE COULD MOVE THIS INDIVIDUAL

09:44AM 15  SLIDE INTO THE RECORD SO IT WOULD BE AVAILABLE FOR THE COURT OF

09:44AM 16  APPEALS TO SEE.

09:44AM 17         THE COURT:  I CERTAINLY DON'T HAVE A PROBLEM.  I

09:44AM 18  DON'T KNOW ABOUT THE OTHER SIDE.

09:44AM 19         MR. BRUNO:  OF COURSE NOT.

09:44AM 20         THE COURT:  YOU MAY.  WE'LL LABEL IT --

09:44AM 21         MR. SMITH:  DM NUMBER, AND I DON'T HAVE THE DM

09:44AM 22  NUMBER, BUT I'LL GET IT FOR YOUR HONOR.

09:44AM 23         THE COURT:  THANK YOU.

09:44AM 24         THE WITNESS:  WHILE THAT DISCUSSION WAS GOING ON, I

09:44AM 25  JUST PUT AN ARROW POINTING TO THE TEAR AND I PUT AN X ROUGHLY

**HOURLY TRANSCRIPT**

09:44AM 1    AT THE END OF THE TEAR.  THEN I DREW A LINE NEXT TO THE FAILED

09:44AM 2    CONNECTION.

09:44AM 3              THE COURT:  CERTAINLY "TEAR" AND "FAILED CONNECTION"

09:44AM 4    ARE LABELED ON THIS.  ALL RIGHT, SIR.

09:44AM 5              THE WITNESS:  NEXT SLIDE.

09:44AM 6              MR. SMITH:  IF I COULD JUST READ THIS INTO THE

09:44AM 7    RECORD, I DO HAVE THE EXHIBIT NUMBER.

09:44AM 8              THE COURT:  YOU MAY.  I WOULD LIKE YOU TO.

09:44AM 9              MR. SMITH:  IT'S DM 1006-59 -- -0059.  LET IT BE

09:45AM 10   ADMITTED.

09:45AM 11             THE WITNESS:  THE NEXT SLIDE SHOWS THE RESULTS OF

09:45AM 12   SOME WORK THAT WE ASKED AN EXTERNAL GROUP TO DO FOR US.  THE

09:45AM 13   GROUP IS CALLED EXPONENT.  WE ASKED THEM TO TAKE THE SHEETS,

09:45AM 14   THESE SHEETS, ONE, TWO AND THREE THAT I HAD LABELED, AND TO

09:45AM 15   ACTUALLY DO MEASUREMENTS OF THEIR PRECISE SHAPES AT DIFFERENT

09:45AM 16   CROSS-SECTIONS.  SO THIS IS THE TOP OF THE THREE SHEETS.  WE

09:46AM 17   GOT, AGAIN, THE LONGER ONE AND THE TWO SHORTER ONES.  ON EACH

09:46AM 18   ONE OF THESE COLORED LINES, THEY MADE PRECISE MEASUREMENTS OF

09:46AM 19   THE SHAPE OF THE SHEETS.

09:46AM 20             THESE SHEETS STARTED OUT ROUGHLY TO SCALE IN THE

09:46AM 21   UNSTRETCHED SHAPE SHOWN HERE ON THE RIGHT OF THE SLIDE IN A Z

09:46AM 22   PATTERN, SO THERE ARE TWO SHEETS PUT TOGETHER TO MAKE A PAIR.

09:46AM 23   IT STARTED IN THIS SHAPE AND STRETCHED OUT TO THE SHAPES SHOWN

09:46AM 24   IN THE UPPER PART OF THIS DIAGRAM.  THIS LENGTH FROM THIS

09:46AM 25   CONNECTION TO THIS CONNECTION STARTED AS 36 INCHES.  IN THIS

**HOURLY TRANSCRIPT**

09:46AM 1     DIAGRAM, IT'S WOUND UP AT 49 INCHES.  THIS IS THE DEFORMED,

09:46AM 2     STRETCHED SHAPE OF THESE SHEETS AS A RESULT OF THE FAILURE.

09:46AM 3              JUST WHILE I'M HERE, I'LL SHOW THAT WHAT THAT

09:46AM 4     CONNECTION LOOKS LIKE, I INDICATED A FAILED CONNECTION, IT'S

09:46AM 5     BLOWN UP IN THIS DIAGRAM.  IT CONSISTS OF A SOCKET AND A BALL.

09:47AM 6     NORMALLY, THAT FITS INSIDE THIS SOCKET, AND THESE JAWS CLOSE

09:47AM 7     DOWN AROUND THAT BALL WITH THIS GAP IN THEM OF A HALF AN INCH.

09:47AM 8              BUT AFTER THE FAILURE, WE MEASURED CONSISTENTLY

09:47AM 9     THAT GAP WAS NINE-TENTHS OF AN INCH WIDE, INDICATING THAT THIS

09:47AM 10    METAL HAD DEFORMED ENOUGH FOR THIS BALL TO PULL OUT OF IT AND

09:47AM 11    FAIL THAT CONNECTION.

09:47AM 12             THE COURT:  SO I DON'T MISUNDERSTAND, WAS THAT -- THE

09:47AM 13    SHEET PILE IMMEDIATELY ADJACENT TO THE LONGER SHEET PILE HAD A

09:47AM 14    TEAR IN IT.  IS THIS THE SHEET PILE IMMEDIATELY ADJACENT TO THE

09:47AM 15    SHEET PILE THAT HAD A TEAR IN IT?  IN OTHER WORDS, IS THAT ONE

09:47AM 16    MORE TOWARDS THE SOUTH BREACH?

09:47AM 17             THE WITNESS:  ACTUALLY, WE CAN SHOW IT HERE.  THE

09:48AM 18    TEAR IS RIGHT HERE IN THIS SECTION, AND THIS IS -- THE

09:48AM 19    CONNECTION I'M TALKING ABOUT IS THIS ONE.

09:48AM 20             THE COURT:  THAT'S EXACTLY WHAT I WAS ATTEMPTING TO

09:48AM 21    ELICIT FROM MY QUESTIONS, IS THAT WE'RE LOOKING AT, IN ESSENCE,

09:48AM 22    THE SECOND SHEET PILE UP, THE SHEET PILE ADJACENT TO THE ONE

09:48AM 23    THAT TORE THAT WAS IMMEDIATELY LOCKED TO THE NEWER SHEET PILE.

09:48AM 24             THE WITNESS:  YES.

09:48AM 25             MR. SMITH:  DR. MARR, IF I COULD SUGGEST THAT WE GO

**HOURLY TRANSCRIPT**

09:48AM 1   BACK TO SLIDE 58.  HE HAS THEM NUMBERED.

09:48AM 2        THE COURT:  1, 2 AND 3, GOT YOU.

09:48AM 3        THE WITNESS:  SO THAT CONNECTION WE WERE JUST TALKING

09:48AM 4   ABOUT IS THIS LEFT SIDE OF THE SLIDE, OF SLIDE NUMBER 3 --

09:48AM 5        THE COURT:  I UNDERSTAND COMPLETELY.

09:48AM 6        THE WITNESS:  -- I MEAN, OF SHEET NUMBER 3.

09:48AM 7        THE COURT:  I UNDERSTAND.  SO THAT'S ONE REASON WHY

09:48AM 8   THERE'S NO SHEET PILE ATTACHED.

09:48AM 9        THE WITNESS:  YES, SIR.

09:48AM 10        THE COURT:  GO AHEAD.

09:48AM 11        THE WITNESS:  JUST, THIS IS THE 1980 WALL THAT I

09:48AM 12   POINTED OUT ON FRIDAY HAD NO CRACKS IN IT, WAS STILL IN VERY

09:49AM 13   GOOD SHAPE.  THESE WE'RE TALKING ABOUT, THIS AREA THAT BECAME

09:49AM 14   DETACHED.

09:49AM 15        IT TAKES A LOT OF FORCE TO STRETCH SHEETS FROM

09:49AM 16   36 INCHES WIDE TO 49 INCHES WIDE.  THAT'S A 13-INCH

09:49AM 17   DIFFERENTIAL.  THAT REQUIRES PLASTIC ELONGATION OF THE STEEL.

09:49AM 18   IT ALSO IS A MODE OF STRESSING OF THE STEEL THAT IT'S NOT

09:49AM 19   DESIGNED TO WITHSTAND.

09:49AM 20        NEXT SLIDE.

09:49AM 21        THIS PICTORIAL SHOWS THE 1969 WALL WITH THE

09:49AM 22   SHORTER SHEETS COMING UP AND CONNECTING INTO THE 1980 WALL.

09:50AM 23   WE'VE JUST BEEN LOOKING AT THIS ONE LONGER SHEET AND THEN TWO

09:50AM 24   OF THE SHORTER ONES, WITH THAT MECHANICAL FAILURE OCCURRING

09:50AM 25   RIGHT IN THIS ZONE OF CONNECTION.

**HOURLY TRANSCRIPT**

09:50AM 1          WHAT I THINK HAPPENED, AS I MENTIONED BRIEFLY ON

09:50AM 2    FRIDAY, WAS THIS WALL BEING MUCH LONGER AND ALSO HAVING A

09:50AM 3    SECTION OF WALL THAT TAKES OFF AND GOES OFF TO THE WEST HERE IS

09:50AM 4    A MUCH STRONGER STRUCTURAL ELEMENT COMPARED TO THE SHORTER WALL

09:50AM 5    TO THE SOUTH THAT DOESN'T GO AS DEEP, HAS A LOW FACTOR OF

09:50AM 6    SAFETY AGAINST GLOBAL STABILITY OF 1.1 OR LESS, AND IT STARTS

09:50AM 7    TO MOVE.  IT WANTS TO DEFORM.  IT REALLY WANTS TO FAIL IN A

09:51AM 8    GLOBAL STABILITY TYPE FAILURE.

09:51AM 9          IT'S CONNECTED STRUCTURALLY TO THIS MORE RIGID

09:51AM 10   SECTION, AND SO IT'S HELD TOGETHER; BUT, FORCES IN THE

09:51AM 11   DIRECTION OF THE WALL START TO BUILD UP IN THE SHEETS,

09:51AM 12   SHEET PILE, THE SHEETS THEMSELVES, AND STARTS TO STRETCH THEM,

09:51AM 13   ELONGATE THEM ALONG THE AXIS OF THE WALL.

09:51AM 14         I'VE ALREADY MENTIONED THAT'S NOT A DESIGN MODE

09:51AM 15   THAT WE CONSIDER WHEN WE DESIGN WALLS OF THIS TYPE.  WE LOOK AT

09:51AM 16   THEM BENDING IN THIS DIRECTION, WE LOOK AT THEIR STRENGTH IN

09:51AM 17   THE AXIAL DIRECTION FOR THEM TO BE DRIVEN, BUT WE ASSUME THAT

09:51AM 18   ALONG THIS DIRECTION, EVERYTHING IS MOVING THE SAME.

09:51AM 19         NEXT SLIDE.

09:51AM 20         WHICH IT DIDN'T, IN THIS CASE.

09:51AM 21         EXPONENT -- I ASKED EXPONENT TO ACTUALLY TELL ME

09:51AM 22   HOW MUCH FORCE IT WOULD TAKE TO STRETCH THIS SHAPE OUT INTO THE

09:51AM 23   SHAPE THAT THEY ACTUALLY MEASURED ON THE RECOVERED SHEETS.

09:51AM 24         SO THEY DID A COMPUTER CALCULATION, AND WHICH

09:52AM 25   THEY MADE A MODEL OF TWO SHEETS AND THEY PULLED ONE SIDE, TRIED

**HOURLY TRANSCRIPT**

09:52AM 1    TO PULL IT APART, AND THEN THIS DIAGRAM SHOWS HOW MUCH -- AS

09:52AM 2    THEY PUT MORE FORCE ON IT, HOW MUCH DISPLACEMENT THEY WOULD

09:52AM 3    GET.

09:52AM 4              THEY CALCULATED HOW MUCH FORCE WOULD HAVE TO BE

09:52AM 5    APPLIED IN ORDER TO STRETCH THESE SHEETS OUT BY 13 INCHES,

09:52AM 6    WHICH IS WHAT THEY MEASURED ON THE RECOVERED SHEETS.  THAT

09:52AM 7    FORCE TURNED OUT TO BE ABOUT 500,000 POUNDS OF FORCE APPLIED

09:52AM 8    ALONG THE FULL LENGTH OF THE 19-AND-A-HALF-FOOT-LONG SHEETS,

09:52AM 9    WHICH I USE MORE AS A FORCE PER FOOT OF 25,000 POUNDS OF FORCE

09:52AM 10   PER LINEAL FOOT OF SHEET HAD TO BE APPLIED.

09:52AM 11             THE CONSEQUENCE OF THAT IS VERY SIGNIFICANT.

09:52AM 12             IF WE GO TO THE NEXT SLIDE.

09:52AM 13             I ALSO ASKED -- SORRY, BACK UP, I THINK.  YES.

09:53AM 14             I ASKED EXPONENT TO ALSO PUT TOGETHER A COMPUTER

09:53AM 15   ANALYSIS OF THE STRESSES THAT WOULD OCCUR IN THESE SHEET PILES

09:53AM 16   AND IN THE CONCRETE CAP THAT WAS SITTING UP ON TOP OF THE

09:53AM 17   SHEET PILES.  BECAUSE IF THE STEEL IS BEING DISTRESSED --

09:53AM 18   DEFORMED BY THAT AMOUNT, WHAT IS HAPPENING TO THIS CONCRETE UP

09:53AM 19   OVER ON THE TOP, WHICH IS UNABLE TO TAKE MUCH TENSION?

09:53AM 20             WHAT THIS DIAGRAM IS, IS A CONTOUR MAP OF STRESS

09:53AM 21   INTENSITY.  SO THE BLUE AREAS AREN'T SEEING A WHOLE LOT OF

09:53AM 22   TENSILE STRESS.  THE RED AND GRAY AREAS ARE SEEING A LOT OF --

09:53AM 23   EXPERIENCING A LOT OF TENSILE STRESS.

09:53AM 24             SO WHEREVER IT'S RED OR GRAY, THE CONCRETE IS IN

09:53AM 25   AN OVERSTRESSED MODE AND WILL CRACK.  SO YOU'LL SEE GRAY AREAS

**HOURLY TRANSCRIPT**

09:53AM 1   THERE, GRAY AREAS GOING UP THIS BACK SIDE.  THEN THERE ARE

09:54AM 2   STRESS ZONES IN THIS RED ZONE BECOMING STRESSED AS WELL.

09:54AM 3            I GO BACK TO A FIGURE THAT I SHOWED ON FRIDAY

09:54AM 4   TALKING ABOUT HOW THE CONCRETE -- THE PHOTOGRAPHS WERE SHOWING

09:54AM 5   MAJOR DISTRESS IN THE CONCRETE PORTION OF THE WALL WHERE THE

09:54AM 6   CONCRETE HAD SPALLED OFF AND THE REBAR WAS FULLY EXPOSED.  THAT

09:54AM 7   MATCHES THIS AREA RIGHT HERE ON THIS SHEET.

09:54AM 8            MR. BRUNO:  JUST TO ORIENT ME, IF NOBODY ELSE, THAT

09:54AM 9   PICTURE IS A PICTURE OF WHAT?  WHAT WALL, NORTH OR SOUTH?

09:54AM 10           THE WITNESS:  THIS IS -- THAT PICTURE IS A PICTURE OF

09:54AM 11  THE SOUTH WALL.

09:54AM 12           MR. BRUNO:  THE SOUTH WALL, THANK YOU.

09:54AM 13           THE WITNESS:  THE NORTH END OF THE SOUTH WALL.

09:54AM 14            SO THIS CALCULATION WAS DONE -- OR THESE

09:54AM 15  STRESSES, THESE OVERSTRESSED ZONES WERE DETERMINED ONLY BY

09:54AM 16  PULLING THESE SHEETS APART BY ABOUT .1 INCH.

09:55AM 17            KEEP IN MIND, THEY WERE ACTUALLY PULLED APART BY

09:55AM 18  13 INCHES.  SO THIS WOULD HAVE BEEN HIGHLY DISTRESSED, AS THE

09:55AM 19  PHOTOGRAPHS CLEARLY SHOW, ESPECIALLY AT THE NORTH AREA WHERE

09:55AM 20  THESE SHEETS WERE COMPLETELY FLATTENED.  THEY AREN'T HERE.

09:55AM 21  THEY STILL HAVE A LOT OF THEIR Z SHAPE.  BUT, AT THE NORTH,

09:55AM 22  WHERE THEY'RE ALMOST COMPLETELY FLATTENED, IN MY VIEW THIS

09:55AM 23  CONCRETE CAP WAS SO DISTRESSED THAT IT LITERALLY CAME APART AND

09:55AM 24  LIKELY FELL OFF.

09:55AM 25            NEXT SLIDE.

**HOURLY TRANSCRIPT**

09:55AM 1          I SUMMARIZED THAT IN WHAT I THINK IS KNOWN ABOUT

09:55AM 2   THE SHEETING.  IT WAS STRETCHED WELL INTO WHAT'S CALLED THE

09:55AM 3   PLASTIC RANGE.  APPROXIMATELY 25,000 POUNDS PER FOOT OF LENGTH

09:55AM 4   OF PILE DEVELOPED IN ORDER TO STRETCH IT OUT THIS MUCH.

09:55AM 5          IT TORE FOR A LENGTH OF 12 FEET.  THE INTERLOCK

09:55AM 6   WAS PULLED APART ON SHEET NUMBER 3.  AND UNDER THESE

09:56AM 7   CONDITIONS, THE CONCRETE WOULD HAVE HAD TO HAVE CRACKED AND

09:56AM 8   FALLEN AWAY FROM THE SHEETS AT THIS LOCATION, WHERE THE 1969

09:56AM 9   WALL CONNECTS TO THE 1980 WALL.

09:56AM 10         THE COURT:  A QUICK QUESTION, DR. MARR.  HAD THE

09:56AM 11  SHEET PILE THAT CRACKED WHERE THE TEAR WAS, AT THE TEAR, BEEN

09:56AM 12  AT THE SAME LENGTH AS THE OTHER SHEET PILE, NOTWITHSTANDING THE

09:56AM 13  GLOBAL INSTABILITY THAT WAS INHERENT, REGARDLESS OF THAT, DID

09:56AM 14  YOU DO ANY CALCULATIONS OR STUDY TO DETERMINE IF THE FAILURE

09:56AM 15  WOULD HAVE OCCURRED REGARDLESS?

09:56AM 16         THE WITNESS:  I DID NOT DO THOSE CALCULATIONS.

09:56AM 17         THE COURT:  SO AS I UNDERSTAND IT, IT'S YOUR OPINION,

09:56AM 18  PLEASE CORRECT ME, THAT, THUS FAR IN YOUR TESTIMONY, THERE WERE

09:56AM 19  TWO MODALITIES OF FAILURE, THE INHERENT GLOBAL INSTABILITY

09:57AM 20  COMBINED WITH THE JUXTAPOSITION OF THE TWO LONG AND SHORT

09:57AM 21  SHEET PILES THAT WOULD THEN CAUSE MORE FORCE TO BE APPLIED?

09:57AM 22         LET ME JUST SAY, BECAUSE OF THE DIFFERENCE IN

09:57AM 23  LENGTHS OF THE SHEET PILES AND THE GLOBAL INSTABILITY, THOSE

09:57AM 24  ARE TWO OF THE FACTORS THAT CONTRIBUTED TO THE FAILURE OF THE

09:57AM 25  NORTH BREACH?

**HOURLY TRANSCRIPT**

09:57AM 1          THE WITNESS:  YES.

09:57AM 2          THE COURT:  ALL RIGHT.

09:57AM 3          THE WITNESS:  NEXT SLIDE.

09:57AM 4          I DID SOME ANALYSES JUST TO SHOW THAT WE WOULD

09:57AM 5    GET MORE DISPLACEMENT OF THE SHORTER SHEET PILE SECTIONS, AND

09:57AM 6    THOSE ARE DESCRIBED IN MY EXPERT REPORT.

09:58AM 7          THEY CONFIRM THAT THE WALL TO THE SOUTH DOES

09:58AM 8    WANT TO MOVE TO THE LAND SEVERAL INCHES MORE THAN THE STIFFER

09:58AM 9    WALL TO THE SECTION -- TO THE NORTH.  THAT WAS SUFFICIENT

09:58AM 10   ENOUGH TO VERIFY FOR ME THAT WE WOULD HAVE STRESS

09:58AM 11   CONCENTRATIONS SUFFICIENT TO STRETCH OUT THE SHEETS.

09:58AM 12         THE COMPUTER PROGRAMS THAT WE DID FOR THIS ARE

09:58AM 13   NOT DESIGNED TO LOOK AT ACTUAL FAILURE CONDITIONS.  THEY JUST

09:58AM 14   CAN'T TAKE US OUT INTO THAT ZONE WHERE THINGS ARE BREAKING

09:58AM 15   APART.  THAT'S NOT WHAT THEY'RE DESIGNED OR INTENDED FOR.  BUT

09:58AM 16   THEY DO GIVE US INDICATIONS THAT ENOUGH DISPLACEMENT,

09:58AM 17   DIFFERENTIAL DISPLACEMENT WAS OCCURRING TO CREATE THIS

09:58AM 18   STRUCTURAL DISTRESS.

09:58AM 19         THE COURT:  WAS 25,000 POUNDS PER FOOT THAT YOU

09:58AM 20   DESCRIBED, WAS THAT A CONDITION RELATING TO THE WATER LEVEL

09:58AM 21   THAT WOULD BE THAT AMOUNT REGARDLESS, OR WAS IT EXACERBATED BY

09:59AM 22   THE DIFFERENCE IN THE LENGTH OF THE SHEET PILES?

09:59AM 23         THE WITNESS:  IT WAS BOTH.  IT WAS THE WATER LEVELS

09:59AM 24   WERE CREATING MORE FORCES IN THIS AREA, AND WE HAD THIS

09:59AM 25   25,000 POUNDS OF FORCE WAS BEING DEVELOPED BECAUSE OF THE

**HOURLY TRANSCRIPT**

09:59AM 1    DIFFERENT LENGTHS OF SHEETS AND THE DIFFERENT THICKNESSES.

09:59AM 2              THE COURT:  THANK YOU.

09:59AM 3              THE WITNESS:  HAD THEY BEEN SIMILAR, THIS FORCE WOULD

09:59AM 4    HAVE -- SHOULD NOT HAVE DEVELOPED.

09:59AM 5              THE COURT:  OKAY, THAT HELPS.  THANK YOU.

09:59AM 6              THE WITNESS:  NEXT SLIDE.

09:59AM 7                   THIS JUST LAYS OUT A SCENARIO OF WHAT I THINK

09:59AM 8    MOST LIKE -- THE SEQUENCE OF EVENTS THAT MOST LIKELY HAPPENED

09:59AM 9    AT THIS VERY COMPLEX NORTH FAILURE.

09:59AM 10                  FOLLOWING THE OVERSTRESSING OF THE CONCRETE AND

09:59AM 11   THE BREAKAWAY OF A FEW FEET OF CONCRETE, WATER GUSHES THROUGH

10:00AM 12   THAT OPENING AND STARTS TO ERODE AWAY THE SOIL EMBANKMENT ON

10:00AM 13   THE LAND SIDE VERY RAPIDLY.

10:00AM 14                  THIS STARTS REMOVING SOIL AND REDUCING THE

10:00AM 15   FACTOR OF SAFETY ON OVERTURNING VERY RAPIDLY.  I'VE ALREADY

10:00AM 16   SHOWED THAT.

10:00AM 17                  AS SOON AS WE ERODE AWAY THREE TO FOUR FEET OF

10:00AM 18   SOIL, THE FACTOR OF SAFETY ON OVERTURNING DROPS DOWN TO

10:00AM 19   ESSENTIALLY ONE.

10:00AM 20                  AS THIS IS HAPPENING, TOO, A GAP DEVELOPS ON THE

10:00AM 21   FLOOD SIDE OF THE WALL, WHICH PUTS MORE FORCE ONTO THE WALL AND

10:00AM 22   BRINGS THE GLOBAL FACTOR OF SAFETY DOWN TO ABOUT ONE.

10:00AM 23                  THIS INCREASES THE WATER LOADS ON THE WALL AND

10:00AM 24   IN THE SHEETS FURTHER.  THE TOP OF THE TWO SHEETS DEFORM

10:00AM 25   PLASTICALLY BY 13 INCHES.  SO THAT'S -- IT'S THE TOPS OF THE

**HOURLY TRANSCRIPT**

10:00AM 1    SHEETS.  IT'S NOT THE WHOLE SHEET AT ONCE, BUT THE TOPS OF THE

10:00AM 2    SHEETS DEFORM PLASTICALLY.  THE SHEETING TEARS TO A 12-FOOT

10:01AM 3    DEPTH.

10:01AM 4                THEN, THE LOAD THAT WAS IN THE TOP PULLING THEM

10:01AM 5    APART TRANSFERS TO THE BOTTOM, BECAUSE ONCE THE SHEETS HAVE A

10:01AM 6    TEAR IN THEM THEY CAN'T CARRY THAT FORCE ANYMORE.  THAT LOAD

10:01AM 7    SHIFTS TO THE BOTTOM, AND THEY STRETCH OUT TO A 13-INCH LENGTH.

10:01AM 8                THIS, THEN, HAS MORE FORCE AT THE BOTTOM OF THE

10:01AM 9    INTERLOCK, AND IT'S WEAKER AT THE END, SO THE INTERLOCK FAILS

10:01AM 10   STARTING AT THE BOTTOM.

10:01AM 11               ONCE IT STARTS, IT UNZIPS VERY RAPIDLY.  IT'S

10:01AM 12   WEAKEST AT THE -- THAT INTERLOCK, THE CONNECTION IS WEAKEST AT

10:01AM 13   THE END.  SO ONCE IT STARTS FAILING IT, UNZIPS TO THE -- THE

10:01AM 14   TWO SHEETS ALL THE WAY TO THE TOP.

10:01AM 15               NOW, WATER GUSHES THROUGH THE OPENINGS AND

10:01AM 16   SCOURS AWAY THE LEVEL EMBANKMENT, THE WALL OVERTURNS, AND A

10:01AM 17   FAILURE PROPAGATES, THEN, TO THE SOUTH BY FURTHER OVERTOPPING,

10:01AM 18   SCOUR AND OVERTURNING.

10:01AM 19               THAT'S MY ASSESSMENT OF THE SCENARIO OF EVENTS

10:02AM 20   THAT IS CONSISTENT WITH THE OBSERVED FACTS.  A LOT OF THINGS

10:02AM 21   HAPPENED VERY FAST HERE, AND SO THAT -- THERE MAY HAVE BEEN A

10:02AM 22   COUPLE OF THOSE SEQUENCES THAT WERE HAPPENING ESSENTIALLY IN

10:02AM 23   PARALLEL.  BUT THAT EXPLANATION FITS THE OBSERVATIONS AND THE

10:02AM 24   ANALYSES WE'VE DONE.

10:02AM 25               SO I CONCLUDE THAT THE CAUSE OF THE NORTH BREACH

**HOURLY TRANSCRIPT**

10:02AM 1   WAS REALLY INITIATED BY A LOW FACTOR OF SAFETY ON GLOBAL

10:02AM 2   STABILITY, SOMETHING THAN WHAT IS REQUIRED BY THE DESIGN

10:02AM 3   STANDARDS.

10:02AM 4           THIS TRIGGERED A STRUCTURAL FAILURE OF THE WALL,

10:02AM 5   WHICH THEN LED TO SCOUR AND OVERTURNING THAT PROPAGATED TO THE

10:02AM 6   SOUTH BY AN OVERTURNING MECHANISM.  HENCE, WE SEE AT THE SOUTH

10:02AM 7   END THIS EVIDENCE IN THE PHOTOGRAPHS OF AN OVERTURNING --

10:02AM 8   SEQUENTIAL OVER TURNING OF THE WALL AS THE WATER GOT HIGHER,

10:02AM 9   WENT OVER THE TOP, SCOURED AWAY MORE OF A TRENCH AND PROPAGATED

10:03AM 10  THE FAILURE TO THE SOUTH.

10:03AM 11          THAT PROVIDES MY OPINIONS.  THERE HAVE BEEN SOME

10:03AM 12  OTHER POINTS MADE THAT WOULD PERHAPS SEEM DIFFERENT THAN MY

10:03AM 13  OPINIONS, AND I WAS ASKED TO TAKE A LOOK AT SOME OF THESE AND

10:03AM 14  COMMENT ON THEM HERE TO THE COURT.

10:03AM 15          SO THIS NEXT SECTION, YOUR HONOR, TAKES A LOOK

10:03AM 16  AT THOSE ISSUES AND GIVES MY PROFESSIONAL RESPONSE TO SOME OF

10:03AM 17  THESE.

10:03AM 18          I CLASSIFIED THESE UNDER THE CATEGORY OF HIGH

10:03AM 19  UNDERSEEPAGE BECAUSE THAT SEEMED TO BE A CATCH-ALL WORD THAT

10:03AM 20  HAS BEEN USED FOR A NUMBER OF YEARS AS TO THE MECHANISM OF

10:03AM 21  FAILURE INVOLVED HERE.

10:03AM 22          THE COURT:  CAN YOU BACK UP JUST A LITTLE BIT FROM

10:04AM 23  THE MIC.  IT STARTS TO GIVE A MUFFLING SOUND.

10:04AM 24          GO AHEAD, SIR.

10:04AM 25          THE WITNESS:  THANK YOU.

**HOURLY TRANSCRIPT**

10:04AM 1          PROFESSOR BEA'S OPINION OVER TIME THAT THE

10:04AM 2    FAILURE WAS CAUSED BY HIGH PERMEABILITY OF THE ORGANIC CLAYS BY

10:04AM 3    A MECHANISM CALLED HYDRAULIC PRESSURE TRANSMISSION AND BY THE

10:04AM 4    EXCAVATIONS MADE BY WGI.

10:04AM 5          FROM THESE, HOPEFULLY I'VE CAPTURED KIND OF THE

10:04AM 6    CONSEQUENCES FROM HIS MECHANISMS.

10:04AM 7          ORIGINALLY, THEY TALKED IN THE ILIT REPORT ABOUT

10:04AM 8    A HIGH QUANTITY OF SEEPAGE, THAT, IN FACT, THE UNDERSEEPAGE WAS

10:04AM 9    SO MUCH THAT THE VOLUME COULD HAVE CONTRIBUTED TO THE FLOODING.

10:04AM 10   IN ALL FAIRNESS, DR. BEA DIDN'T MENTION THAT IN HIS LATEST

10:04AM 11   REPORTS.  BUT THAT THIS HIGH UNDERSEEPAGE CREATED HIGH EXIT

10:04AM 12   GRADIENTS IN THE TOW AREA, WHERE WATER TRYING TO GET OUT WAS

10:05AM 13   TRYING TO FLOW UP THROUGH THE SOIL AND COULD CARRY AWAY SOIL,

10:05AM 14   AND THAT THE UNDERSEEPAGE CREATED HIGH UPLIFT PRESSURES

10:05AM 15   SUFFICIENT TO CREATE A LATERAL TRANSLATION STABILITY FAILURE,

10:05AM 16   AS PROFESSOR BEA REFERS TO IT.

10:05AM 17          I'M GOING TO LOOK AT SOME OF -- USE SOME OF

10:05AM 18   PROFESSOR BEA'S EXHIBITS TO EXAMINE THESE OPINIONS IN LIGHT OF

10:05AM 19   MY UNDERSTANDING OF WHAT CAUSED THE FAILURES.

10:05AM 20          THE NEXT SLIDE.

10:05AM 21          I FOUND MAYBE THE EASIER WAY TO DO THIS WAS TO

10:05AM 22   TAKE DR. BEA'S LAST SUPPLEMENTAL REPORT.  HE PROVIDED US WITH

10:05AM 23   SEVERAL HAND CALCULATIONS TO ILLUSTRATE THE BACKGROUND FOR HIS

10:06AM 24   OPINIONS AND REPRESENTED THAT THOSE HAND CALCULATIONS WERE

10:06AM 25   REFLECTIVE OF THE WORK CONTAINED IN HIS EXPERT REPORT.

**HOURLY TRANSCRIPT**

10:06AM  1          ONE OF THOSE HAND CALCULATIONS WAS LOOKING AT A

10:06AM  2   SIMPLE CROSS-SECTION, SIMPLIFIED CROSS-SECTION SHOWING THE

10:06AM  3   LEVEE AND THE WALL AND THE ORGANIC CLAY LAYER GOING UNDERNEATH

10:06AM  4   THE WALL.

10:06AM  5          ON THE CANAL SIDE, HE SHOWED US PLUS 13 FEET OF

10:06AM  6   WATER.  ON THE LAND SIDE, HE HAD WATER AT MINUS 4 FEET.  IN

10:06AM  7   THIS CALCULATION BY HAND, HE WAS -- HE MADE AN ESTIMATE OF HOW

10:06AM  8   MUCH FLOW WOULD OCCUR THROUGH THE GAP, GOING FROM THE GAP

10:06AM  9   THROUGH THE ORGANIC CLAY TO THE LAND SIDE, AND THEN HE

10:06AM 10   POSTULATED THREE EXCAVATIONS HERE THAT WERE FILLED WITH SAND.

10:06AM 11   HE LABELED THEM ONE, TWO, THREE, AND THE GAP WAS LABELED

10:06AM 12   NUMBER 4.

10:06AM 13          HE GAVE US A HAND CALCULATION OF HOW MUCH HE

10:07AM 14   FELT EACH ONE OF THESE OPENINGS WOULD CONTRIBUTE TO THE FLOW,

10:07AM 15   THE UNDERSEEPAGE OCCURRING BENEATH THE FLOODWALL.

10:07AM 16          NEXT SLIDE.

10:07AM 17          THIS IS THAT HAND CALCULATION HE PROVIDED US FOR

10:07AM 18   EACH OF THOSE, EXCAVATION ONE, TWO, THREE, AND THEN THE GAP.

10:07AM 19   THIS A HAND CALCULATION, I RECOGNIZE.  IT'S DARCY'S LAW,

10:07AM 20   PERMEABILITY TIMES A GRADIENT TIMES AN AREA THROUGH WHICH FLOW

10:07AM 21   OCCURS.

10:07AM 22          SO HE ADDS ALL THESE UP TO GET A NUMBER THAT

10:07AM 23   REPRESENTS THE FLOW BENEATH THE WALL, THE AMOUNT OF

10:07AM 24   UNDERSEEPAGE.  SO IT'S A NUMBER OF 1.77 TIMES THE PERMEABILITY.

10:07AM 25          NOW, WE'VE STIPULATED AND AGREED THAT THE

**HOURLY TRANSCRIPT**

10:07AM 1    MAXIMUM AMOUNT OF PERMEABILITY OF THIS ORGANIC CLAY IS 10 TO

10:07AM 2    THE MINUS 5.  SO IF I PLUG THAT IN TO THIS ESTIMATE OF DR. BEA

10:07AM 3    OF THE AMOUNT OF FLOW OCCURRING UNDERNEATH THE WALL, AND I

10:07AM 4    CONVERT IT TO UNITS THAT MAKE SENSE TO A LAYPERSON, IT SAYS

10:08AM 5    THAT THE AMOUNT OF FLOW PER FOOT LENGTH OF WALL WAS A DROP

10:08AM 6    EVERY THREE SECONDS.

10:08AM 7         THAT'S A VERY SMALL QUANTITY OF WATER, BY HIS

10:08AM 8    OWN CALCULATION, WITH THE APPROPRIATE VALUE OF PERMEABILITY.

10:08AM 9         NEXT SLIDE.

10:08AM 10        THAT'S A HAND CALCULATION.  THERE IS A CHANCE

10:08AM 11   THAT PERHAPS IT WAS SIMPLIFIED, OVERLY SIMPLIFIED.  SO WE TOOK

10:08AM 12   THE SEEP/W ANALYSIS, WHICH IS THE SAME PROGRAM THAT

10:08AM 13   PROFESSOR BEA USED IN ALL OF HIS WORK -- ALL OF HIS COMPUTER

10:08AM 14   ANALYSES, AND WE MADE A MODEL IN THAT SEEP/W OF EXACTLY THE

10:08AM 15   SAME PROBLEM HE SAW BY HAND.  WE'VE GOT THE GAP, AND WE'VE GOT

10:08AM 16   EXCAVATION ONE, TWO, THREE, AND THE GAP.  THIS IS CALCULATING

10:08AM 17   HOW MUCH FLOW OCCURS UNDERNEATH THE WALL FOR STEADY STATE FLOW

10:09AM 18   CONDITIONS, WHICH IS WHAT HE ANALYZED IN HIS HAND CALCULATION.

10:09AM 19        THE MORE PRECISE CALCULATION WITH THE COMPUTER

10:09AM 20   GIVES US ONE-AND-A-HALF SECONDS PER DROP.  HE HAD THREE

10:09AM 21   SECONDS.  SO IT WAS PRETTY CLOSE.

10:09AM 22        BOTH OF THEM ARE SAYING THE AMOUNT OF FLOW GOING

10:09AM 23   UNDERNEATH THIS FLOODWALL WAS TINY.  ONE DROP EVERY ONE TO

10:09AM 24   THREE SECONDS IS A TINY AMOUNT OF WATER.

10:09AM 25        LATER, WE'LL COME BACK TO WHAT THESE LINES MEAN.

**HOURLY TRANSCRIPT**

10:09AM 1   THESE ARE TELLING US HOW THE PRESSURES ARE DEVELOPING IN THE

10:09AM 2   LAND SIDE FROM THIS UNDERSEEPAGE.

10:09AM 3              NEXT SLIDE.

10:09AM 4              THIS CALCULATION IS FOR STEADY STATE, THAT IS,

10:09AM 5   IF THESE CONDITIONS EXISTED LONG ENOUGH FOR FLOW TO OCCUR AND

10:10AM 6   COME TO AN EQUILIBRIUM STATE AND BE FLOWING UNDER CONSTANT

10:10AM 7   CONDITION, SOMETHING THAT TAKES MONTHS TO HAPPEN.

10:10AM 8              THIS QUANTITY OF FLOW IS LITERALLY *DE MINIMIS*.

10:10AM 9   IT COULD NOT -- IT'S SO SMALL IT COULD NOT BE MEASURED.  IT'S

10:10AM 10  IMPOSSIBLE FOR IT TO HAVE CONTRIBUTED TO FLOODING OF THE

10:10AM 11  LOWER NINTH WARD.  IT IS INSUFFICIENT TO CREATE OR SUSTAIN A

10:10AM 12  MECHANISM THAT WAS DISCUSSED HERE CALLED PIPING, IN WHICH SOIL

10:10AM 13  PARTICLES GET CARRIED OUT OF THE FOUNDATION AND UNDERMINE THE

10:10AM 14  SOIL ON THE LAND SIDE.  THAT IS, EVEN IF THE CONDITIONS WERE

10:10AM 15  CONDUCIVE TO PIPING, WHICH THEY AREN'T.

10:10AM 16             PIPING OCCURS IN SANDS.  THESE ARE CLAYS.  SO

10:10AM 17  THERE IS NO WAY PIPING COULD OCCUR AS A FAILURE MECHANISM FOR

10:10AM 18  THE CONDITIONS IN THE EBIA.

10:10AM 19             IT'S ALSO AN INSUFFICIENT AMOUNT OF FLOW TO

10:10AM 20  CREATE OR SUSTAIN WHAT PROFESSOR BEA REFERRED TO AS A HEAVE OR

10:10AM 21  A BLOWOUT FAILURE.  HE LOOKED AT PRESSURES DEVELOPING, UPLIFT

10:11AM 22  PRESSURES DEVELOPING TO CAUSE THESE; BUT, IT ALSO TAKES

10:11AM 23  SUFFICIENT QUANTITY OF FLOW FOR THOSE MECHANISMS TO ACTUALLY

10:11AM 24  DEVELOP.  THERE JUST SIMPLY ISN'T, WITH THESE LOW

10:11AM 25  PERMEABILITIES, SUFFICIENT FLOW.

**HOURLY TRANSCRIPT**

10:11AM 1           IF YOU GO BACK TO CONDITIONS LIKE AT

10:11AM 2    LONDON AVENUE, WHERE THE PERMEABILITY WAS A THOUSAND TIMES

10:11AM 3    MORE, THEN THAT'S DIFFERENT.  THESE CONDITIONS COULD DEVELOP

10:11AM 4    BECAUSE THERE IS A THOUSAND TIMES MORE FLOW THERE.  BUT NOT

10:11AM 5    HERE AT THE EBIA.

10:11AM 6           NEXT SLIDE.

10:11AM 7           THIS LITTLE EXAMPLE CAN REALLY BE USED TO GIVE

10:11AM 8    US ONE MORE VERY IMPORTANT CONCLUSION -- OR INSIGHT.  I SHOWED

10:11AM 9    YOU THE EXAMPLE SETUP SO WE HAVE THE GAP -- AND THEY AREN'T

10:11AM 10   SHOWN IN THIS SLIDE, BUT WE HAVE THE THREE HOLES, THE THREE

10:12AM 11   EXCAVATIONS DONE OVER HERE.  WE FOUND THAT THE AMOUNT OF FLOW

10:12AM 12   FOR THAT CONDITION WITH A GAP AND THREE EXCAVATIONS, IT TOOK

10:12AM 13   ONE-AND-A-HALF SECONDS PER DROP -- FOR A DROP TO GET UNDERNEATH

10:12AM 14   HERE.

10:12AM 15          SO THEN WE KILLED OFF THE LEFTMOST EXCAVATION.

10:12AM 16   WE SAID IT'S NOT THERE.  THE FLOW IS THE SAME.  WE KILLED OFF

10:12AM 17   THE NEXT EXCAVATION.  THE FLOW IS THE SAME.  IN FACT, IF I ONLY

10:12AM 18   HAVE THE TENSION GAP, THE FLOW IS THE SAME.

10:12AM 19          THESE EXCAVATIONS -- ONCE I HAVE THAT GAP THERE,

10:12AM 20   THESE EXCAVATIONS HAVE NO ROLE IN THE FLOW THAT OCCURS UNDER

10:12AM 21   THE WALL OR THE UPLIFT PRESSURES THAT DEVELOP ON THE LAND SIDE

10:12AM 22   OF THE WALL.

10:13AM 23          NEXT SLIDE.

10:13AM 24        THE COURT:  ONE QUESTION.  YOU MAY BE GETTING THERE.

10:13AM 25          DR. BEA TESTIFIED THAT AS A RESULT OF HIS

**HOURLY TRANSCRIPT**

10:13AM 1    PROGRAM AND ANALYSIS THAT THE FACTOR OF SAFETY WAS REDUCED BY

10:13AM 2    COMPARING THE NEAR BREACH SCENARIO TO THE BREACH SCENARIO, AND

10:13AM 3    THE FACTOR OF SAFETY OF THE NEAR BREACH SCENARIO WAS HIGHER

10:13AM 4    THAN IN THE BREACH SCENARIO ON EACH BREACH.

10:13AM 5             I'M WONDERING IF HE USED THIS MINIMAL FLOW, TO

10:13AM 6    YOUR KNOWLEDGE, IN HIS CALCULATIONS OF UPLIFT PRESSURE TO

10:13AM 7    DETERMINE A LOW FACTOR OF SAFETY, IF YOU UNDERSTAND MY

10:14AM 8    QUESTION.

10:14AM 9         THE WITNESS:  YOU'RE WONDERING IF HE USED THIS -- I

10:14AM 10   UNDERSTOOD IT TO BE DID HE USE THIS LOW FLOW IN HIS

10:14AM 11   DETERMINATION OF THIS?

10:14AM 12        THE COURT:  YES, SIR.

10:14AM 13        THE WITNESS:  IN FACT, HIS CALCULATIONS HAVE THIS

10:14AM 14   SAME QUANTITY OF FLOW, ROUGHLY THE SAME AMOUNT OF LOW

10:14AM 15   QUANTITIES OF FLOW, BECAUSE HE'S USING THE SAME PERMEABILITY.

10:14AM 16        THE COURT:  SO HOW DID HE, IN YOUR MIND, ACHIEVE A

10:14AM 17   LOW SAFETY FACTOR USING THIS LOW DETERMINING UPLIFT PRESSURES.

10:14AM 18        THE WITNESS:  IT SHOWS UP -- IF THERE IS ENOUGH TIME

10:14AM 19   FOR STEADY STATE CONDITIONS TO BE ACHIEVED, MY CALCULATIONS

10:14AM 20   ALSO SHOW THAT UPLIFT PRESSURE WOULD DEVELOP, JUST LIKE HE HAS

10:14AM 21   IN HIS ANALYSIS, AND THE FACTOR OF SAFETY WOULD HAVE DROPPED TO

10:14AM 22   A LOW NUMBER.

10:14AM 23        THE COURT:  SO IT'S A QUESTION WE GET TO, THEN, ONE

10:14AM 24   ASPECT BEING DRAINED VERSUS UNDRAINED, AND THE OTHER FACTOR

10:14AM 25   BEING STEADY FLOW VERSUS TRANSIENT FLOW -- OR AT LEAST NOT --

**HOURLY TRANSCRIPT**

10:15AM 1    IN A VERY BROAD SENSE, IS THAT FAIR ENOUGH?

10:15AM 2            THE WITNESS:  IN A VERY ELEMENTAL SENSE, YOUR HONOR,

10:15AM 3    THAT'S THE ISSUES.

10:15AM 4            THE COURT:  OKAY.

10:15AM 5            THE WITNESS:  I THOUGHT IT MIGHT BE INSTRUCTIVE TO

10:15AM 6    EVEN GO TO THE REAL EXTREME OF HAVING ALL THE MATERIAL ON THE

10:15AM 7    CANAL SIDE EXCAVATED AND REPLACED WITH SAND, WITH THE GAP

10:15AM 8    THERE, JUST TO ILLUSTRATE THAT WHAT REALLY DRIVES BOTH THE

10:15AM 9    QUANTITY OF FLOW AND THE DEVELOPMENT OF UPLIFT PRESSURE IS THE

10:15AM 10   OPENING THAT'S CLOSEST TO THE FLOODWALL, WHICH, IF THE GAP IS

10:15AM 11   PRESENT, THAT'S THE OPENING.

10:15AM 12           NEXT SLIDE.

10:15AM 13           THIS LEADS TO ADDING TO MY CONCLUSION THAT NOT

10:16AM 14   ONLY WAS THE QUANTITY OF UNDERSEEPAGE *DE MINIMIS*, THE LENGTH OF

10:16AM 15   THE SHEET PILE WAS REALLY NOT A FACTOR HERE.  PUTTING THE

10:16AM 16   SHEETING LONGER WOULDN'T HAVE CHANGED THE SITUATION BECAUSE THE

10:16AM 17   FLOW WAS ALREADY SMALL.

10:16AM 18           I THINK YOU CAN SEE SINCE REMOVING THE

10:16AM 19   EXCAVATIONS FROM THE FLOW ANALYSIS DIDN'T CHANGE ANYTHING; THEY

10:16AM 20   HAD NO EFFECT ON THE QUANTITY OF FLOW OR ON THE UPLIFT

10:16AM 21   PRESSURES FOR THE LAND SIDE SOILS.

10:16AM 22           I'LL COME BACK TO THIS QUESTION OF UPLIFT

10:16AM 23   PRESSURE A LITTLE BIT LATER.

10:16AM 24           DR. BEA TALKED ABOUT A TRANSLATIONAL STABILITY

10:16AM 25   FAILURE, AND YOU ASKED ME EARLIER, IN FACT, THE DIFFERENCE.

**HOURLY TRANSCRIPT**

10:17AM 1    THIS SLIDE ILLUSTRATES IT.  THE UPPER ONE IS JUST, AGAIN,

10:17AM 2    GLOBAL INSTABILITY WHERE WE'RE -- FACTOR OF SAFETY IS DEFINED

10:17AM 3    AS THE RATIO OF THE RESISTING SHEAR STRENGTH OF THE SOIL TO THE

10:17AM 4    DRIVING FORCES, AND THOSE DRIVING FORCES ARE THE FORCE FROM THE

10:17AM 5    WATER PUSHING HORIZONTALLY, BUT ALSO PUSHING DOWN ON THE SOIL.

10:17AM 6         THE TRANSLATIONAL STABILITY CASE IS JUST A

10:18AM 7    LIMITED FAILURE SURFACE GOING WHERE THE MASS IS MOVING

10:18AM 8    PRIMARILY TRANSLATING TO THE LAND SIDE TOWARD TRANSLATIONAL

10:18AM 9    HORIZONTAL MOVEMENT; WHEREAS, THE GLOBAL STABILITY SOMETIMES IS

10:18AM 10   MORE LIKE A -- INVOLVES A ROTATION AS WELL.

10:18AM 11        TRANSLATIONAL STABILITY, OR GLOBAL STABILITY,

10:18AM 12   WHERE THERE ARE EVIDENCES OF THESE FAILURE MECHANISMS IN THE

10:18AM 13   EBIA AREA, WHAT WOULD WE BE LOOKING FOR AS EVIDENCE?  THE NEXT

10:18AM 14   SLIDE SHOWS AN EXAMPLE OF A CLASSICAL GLOBAL STABILITY FAILURE.

10:18AM 15        THIS IS AT THE 17TH STREET CANAL FAILURE WHERE

10:18AM 16   YOU CAN SEE THE I-WALL THAT WAS NOT FAILED COMING DOWN.  THIS

10:18AM 17   WHITE DASHED LINE SHOWS THE ORIGINAL PATH OR POSITION OF THAT

10:18AM 18   I-WALL, AND WE CAN SEE IN THIS DIAGRAM NOW THE NEW POSITION OF

10:18AM 19   THE TOP OF THE I-WALL, AND WE CAN ALSO SEE THE LENGTH -- THE

10:19AM 20   LEVEE ITSELF, WHAT WAS THE TOP OF THE EARTHEN PORTION OF THE

10:19AM 21   LEVEE IS CLEARLY AND PREDOMINANTLY SHOWN HERE ALONG WITH A

10:19AM 22   FENCE LINE, A FENCE THAT RUNS ALONG THE TOP -- THAT RAN ALONG

10:19AM 23   THE TOP OF THIS.

10:19AM 24        I LOOK AS AT THIS AS A GEOTECHNICAL ENGINEER AS

10:19AM 25   A CLASSIC TRANSLATIONAL SLIDE OR MANIFESTATION OF THAT.  THE

**HOURLY TRANSCRIPT**

10:19AM 1   LEVEE WALL AND THE EARTH MOVED LANDWARD IN A TRANSLATIONAL

10:19AM 2   MODE.

10:19AM 3               WE SEE NO EVIDENCE OF THIS TYPE FROM ANY OF THE

10:19AM 4   PHOTOGRAPHS IN THE EBIA, AND WITHOUT THAT, IT'S JUST NOT REALLY

10:19AM 5   POSSIBLE TO CONCLUDE THAT THERE WAS A GLOBAL INSTABILITY

10:19AM 6   FAILURE AT THE EBIA.

10:19AM 7               BUT IF WE GO AND TRY TO SEE WHAT ANALYSIS WILL

10:19AM 8   TELL US, IF WE LOOK AT THE NEXT SLIDE, IN DOING THIS GLOBAL

10:20AM 9   STABILITY ANALYSIS, THE FACTOR OF SAFETY DEPENDS ON THE LOADS

10:20AM 10  THAT ARE BEING APPLIED, THE SURFACE GEOMETRY, WHAT ARE THE

10:20AM 11  SLIDE SLOPES, FOR EXAMPLE, HOW HIGH IS THE LEVEE EMBANKMENT,

10:20AM 12  AND THEN WHAT ARE THE SUBSURFACE CONDITIONS, WHAT ARE THE SOILS

10:20AM 13  LIKE AND, MOST IMPORTANTLY, WHAT ARE THE SHEAR STRENGTHS OF

10:20AM 14  THOSE SOILS.

10:20AM 15              HERE I WOULD LIKE TO SHOW YOU A SAMPLE OF

10:20AM 16  MATERIAL FROM THE EBIA, IF I MAY.

10:20AM 17          THE COURT:  I'VE BEEN DRAGGED THROUGH THE MUD NOW BY

10:20AM 18  BOTH THE PLAINTIFFS AND THE DEFENDANTS.

10:21AM 19          THE WITNESS:  BEING A GEOTECHNICAL ENGINEER, IT'S

10:21AM 20  PRETTY HARD FOR ME TO AVOID GETTING MY HANDS DIRTY.

10:21AM 21          THE COURT:  APPARENTLY THAT'S ONE OF THE

10:21AM 22  INTRINSICALLY NEAT THINGS ABOUT THE PROFESSION.

10:21AM 23          THE WITNESS:  THIS IS -- IS IT OKAY IF I TALK FROM

10:21AM 24  HERE?

10:21AM 25              THE COURT:  YES, AS LONG AS EVERYBODY CAN HEAR YOU.

10:21AM 1    IF ANYBODY HAS TROUBLE HEARING, LET ME KNOW.

10:21AM 2          THE WITNESS:  THIS IS AN UNDISTURBED SAMPLE TAKEN

10:21AM 3    FROM THE EBIA.  IT WAS BORING NUMBER 8.  IT WAS SAMPLE NUMBER

10:21AM 4    4B FROM A DEPTH OF 13 TO 14 FEET.  SO IT'S IN THE ORGANIC CLAY.

10:21AM 5          IT WAS TAKEN WITH A SPECIAL TUBE TO TRY TO

10:21AM 6    RECOVER THE MATERIAL IN AN UNDISTURBED STATE.  AND IT'S BEEN

10:21AM 7    PRESERVED AT ITS NATURAL MOISTURE CONTENT.  IT WAS

10:21AM 8    HAND-TRANSPORTED TO MY LAB IN MASSACHUSETTS.  IT'S BEEN CARRIED

10:22AM 9    CAREFULLY BACK TO HERE, SO IT'S STILL IN ITS UNDISTURBED STATE.

10:22AM 10         THIS SAMPLE IS AT 157 PERCENT MOISTURE CONTENT.

10:22AM 11   YOU SAW THE OTHER DAY A SAMPLE THAT WAS PUT IN FRONT OF YOU OF

10:22AM 12   MATERIAL WHICH, AT A HUNDRED PERCENT MOISTURE CONTENT, THE

10:22AM 13   SAMPLE -- THE MATERIAL SEPARATED FROM THE WATER.  THIS IS

10:22AM 14   157 PERCENT.  THEY DON'T SEPARATE FROM THE WATER.

10:22AM 15         IN A CLAY -- WHAT YOU SAW WAS A SILT.  THIS IS A

10:22AM 16   CLAY.  THIS IS A SO-CALLED -- THIS IS AN ORGANIC CLAY.  IT HAS

10:22AM 17   SOME WOOD IN IT, AND THAT GETS DESCRIBED IN THE BORINGS, BUT IF

10:22AM 18   YOU LOOK AT THE STRUCTURE OF THIS, AND IF I TOOK THE WHOLE

10:22AM 19   THING OUT, YOU'LL SEE IT'S THE SAME ALL THE WAY THROUGH, A VERY

10:22AM 20   TIGHT MATERIAL.  THAT'S CLAY ALL THE WAY THROUGH.  YES, IT'S

10:23AM 21   GOT STICKS AND ROOTS AND MATERIAL THROUGH IT, BUT THIS IS SO

10:23AM 22   TIGHT THAT IT'S -- WATER FLOWS THROUGH THIS VERY, VERY SLOWLY.

10:23AM 23         THAT'S REALLY THE ESSENCE OF WHAT GOES ON HERE,

10:23AM 24   YOUR HONOR.  THAT'S NOT A SAND.  THAT'S NOT PEAT.  THAT'S A

10:23AM 25   MATERIAL THAT REALLY IS CLAY.  AND THAT'S WHAT YOU -- WHEN WE

**HOURLY TRANSCRIPT**

10:23AM 1    TALK ABOUT ORGANIC CLAYS IN THE EBIA, THAT'S WHAT THE MATERIAL

10:23AM 2    IS.

10:23AM 3              THE COURT:  THANK YOU, SIR.

10:23AM 4              THE WITNESS:  MAY I ASK FOR A SHORT BREAK?

10:23AM 5              THE COURT:  YOU MAY.  WE'LL BOTH TAKE ONE, ALTHOUGH I

10:23AM 6    KNOW GEOTECHNICAL ENGINEERS EVERY NOW AND THEN AT LEAST BITE ON

10:23AM 7    THIS, I'M GOING TO TAKE YOUR DESCRIPTION AND WE'LL TAKE A

10:23AM 8    10-MINUTE RECESS.

10:24AM 9              (WHEREUPON, AT 10:24 A.M. THE COURT TOOK A RECESS.)

10:39AM 10             THE CLERK:  COURT IS IN SESSION.  PLEASE BE SEATED.

10:39AM 11             THE COURT:  JUST A HEADS-UP.  THIS IS OUR CALCULATION

10:39AM 12   OF TIME BASED ON THE COURT REPORTER'S INFORMATION TO ME.  THE

10:39AM 13   PLAINTIFFS' TIME -- I'M GOING TO ADD ON A LITTLE BIT, BUT THE

10:39AM 14   PLAINTIFFS' TIME -- AND THIS IS THROUGH FRIDAY AT NOON, OR AT

10:39AM 15   THE LUNCH BREAK, WHENEVER THAT WAS, IS 22 HOURS AND 28 MINUTES.

10:40AM 16   THE DEFENDANTS' TIME IS 25 HOURS AND 14 MINUTES.

10:40AM 17             IN ADDITION, WE HAVE 2 HOURS AND 7 MINUTES OF

10:40AM 18   ARGUMENT TIME THAT I'VE DECIDED TO SPLIT BETWEEN YOU.  I DON'T

10:40AM 19   KNOW HOW ELSE TO ALLOCATE IT.  SO YOU CAN EACH TACK ON AN HOUR

10:40AM 20   AND 3 AND A HALF MINUTES TO WHAT I GAVE YOU BEFORE.  IN OTHER

10:40AM 21   WORDS, THE PLAINTIFF WOULD TACK ON AN HOUR AND 3 AND A HALF

10:40AM 22   MINUTES TO 22 HOURS AND 28 MINUTES, THE DEFENSE AN HOUR AND 3

10:40AM 23   AND A HALF MINUTES TO 25 HOURS AND 14 MINUTES.

10:40AM 24             THAT'S JUST A HEADS-UP.  I DON'T THINK WE HAVE

10:40AM 25   ANY PROBLEMS, BUT JUST TO LET YOU KNOW.  MAY WE PROCEED.

**HOURLY TRANSCRIPT**

10:40AM  1            MR. SMITH:  YOUR HONOR, MAY DR. MARR CONTINUE HIS

10:40AM  2    SUMMARY TESTIMONY?

10:40AM  3            THE COURT:  YES.

10:40AM  4            MR. SMITH:  THANK YOU, YOUR HONOR.

10:41AM  5            THE WITNESS:  NEXT SLIDE.

10:41AM  6            THIS GOES BACK TO A SLIDE WE JUMPED TO EARLIER

10:41AM  7    ON DRAINED VERSUS UNDRAINED STRENGTH, AND I JUST SHOWED A

10:41AM  8    SAMPLE HERE OF THE CLAY MATERIAL TO SHOW HOW TIGHT AND PLACID

10:41AM  9    IT IS, TYPICAL OF A MATERIAL WITH A VERY LOW PERMEABILITY THAT

10:41AM 10    WOULD USE AN UNDRAINED STRENGTH AS APPROPRIATE FOR ANALYSIS FOR

10:41AM 11    A FLOOD LOAD.

10:41AM 12            NEXT SLIDE.

10:41AM 13            I ALSO HAD SHOWN THIS SLIDE THAT THIS

10:41AM 14    DETERMINATION OF WHETHER TO USE A DRAINED OR AN UNDRAINED

10:41AM 15    STRENGTH IS DOMINATED BY -- PRIMARILY BY THE SOIL'S

10:41AM 16    PERMEABILITY AND THAT THE -- THESE CLAYS HAVE A LOW

10:41AM 17    PERMEABILITY AND, AS A RESULT, WE SHOULD BE USING AN UNDRAINED

10:41AM 18    SHEAR STRENGTH IN THESE STABILITY ANALYSES.

10:41AM 19            YES, SIR.

10:41AM 20            NEXT SLIDE.

10:41AM 21            SO WE ASKED A QUESTION, YOU KNOW, HOW CAN WE BE

10:41AM 22    SURE THAT THESE CLAYS DRAIN SLOWLY, SO THAT UNDRAINED SHEAR

10:42AM 23    STRENGTH IS THE RIGHT APPROACH.  WE CAN USE THE SAME ANALYSES

10:42AM 24    THAT PROFESSOR BEA AND OTHERS HAVE USED TO LOOK AT HOW LONG IT

10:42AM 25    TAKES FOR WATER TO FLOW THROUGH THE EBIA CROSS-SECTIONS.

**HOURLY TRANSCRIPT**

10:42AM 1        IN DOING THIS, WE NEED TWO SOIL CONSTANTS.  ONE

10:42AM 2   IS THE PERMEABILITY THAT WE'VE ALREADY DISCUSSED, AND THE OTHER

10:42AM 3   IS SOMETHING CALLED THE COEFFICIENT OF VOLUME COMPRESSIBILITY,

10:42AM 4   ALSO REFERRED TO AS $M_v$.

10:42AM 5        I SHOWED HERE THE VALUES USED IN MY EXPERT

10:42AM 6   REPORT TO MAKE AN ASSESSMENT OF THIS TIME, AND THESE VALUES ARE

10:42AM 7   BASED -- WELL, PERMEABILITY WE'VE ALL AGREED ON AS KIND OF THE

10:42AM 8   UPPER END OF PERMEABILITIES MEASUREMENTS FOR THE EBIA.

10:42AM 9        THE $M_v$ CAME FROM LABORATORY TESTS THAT MY LAB HAD

10:43AM 10  RUN, FUGRO HAD RUN, ALSO COMES FROM THE FIELD PUMPING TEST DATA

10:43AM 11  AND IT COMES FROM PUBLISHED VALUES FOR ORGANIC CLAYS, ALL

10:43AM 12  SHOWING A SIMILAR NUMBER OF 3 TIMES 10 TO THE MINUS 5, AND THAT

10:43AM 13  CAN RANGE FROM 1 TO 5 TIMES 10 MINUS 5.  IT WOULDN'T MAKE ANY

10:43AM 14  DIFFERENCE.

10:43AM 15        NEXT SLIDE.

10:43AM 16        WHEN I TAKE THAT INFORMATION AND I GO BACK TO

10:43AM 17  THE SIMPLE EXAMPLE WE STARTED WITH A FEW MINUTES AGO OF

10:43AM 18  DR. BEA'S HAND CALCULATION AND WE LOOK AT HOW -- SO THESE ARE

10:43AM 19  SIMILAR ANALYSES I SHOWED YOU BEFORE, BUT WE'RE GOING TO FOCUS

10:43AM 20  ON HOW -- I SHOWED YOU STEADY STATE.  THAT MEANS THERE WAS A

10:43AM 21  LONG TIME, ENOUGH TIME FOR US TO GET OUT TO COMPLETE

10:43AM 22  EQUILIBRIUM.

10:43AM 23        LET'S BACK UP AND LOOK AT EARLIER TIMES, EXACTLY

10:43AM 24  THOSE SAME ANALYSES.  SO AT 6:00 A.M. -- WHAT WE DID IN THESE

10:43AM 25  ANALYSES WAS SIMULATE THE BUILDUP OF WATER IN THE CANAL, WITH A

**HOURLY TRANSCRIPT**

GAP THERE, WHICH IS THE WORST CASE, WE'RE ASSUMING THE GAP

STARTED RIGHT FROM THE BEGINNING, WHICH IT DIDN'T, BUT LET'S

SAY IT'S THERE, WATER IS THERE RIGHT FROM THE VERY BEGINNING

AND WATER CAN FLOW FROM THIS POINT, THEN, TRYING TO GET INTO

THE LAND SIDE.

AT 6:00 A.M. IN MORNING, THERE IS SOME LINES

HERE THAT REPRESENT KIND OF THE FLOW -- HOW THE FLOW IS GETTING

OUT AWAY FROM THIS GAP.  AND THIS LINE HERE REPRESENTS THE

FARTHEREST THAT THE UPLIFT PRESSURE HAS BEEN IMPACTED.  I DON'T

KNOW IF THAT HELPS US MUCH, BUT ...

MAYBE I CAN DO IT BETTER.  THIS LINE RIGHT HERE

REPRESENTS HOW FAR OUT THE UPLIFT PRESSURES HAVE MOVED BY

6:00 A.M. IN THE MORNING.  BY 8:00 A.M., IT'S MOVED OUT A

LITTLE BIT FURTHER.  NOW, THIS DISTANCE IS A LITTLE LESS THAN

10 FEET.  ALL RIGHT.  AT 8:00 A.M., IT'S OUT A LITTLE BIT

FURTHER.

AT THE NEXT DAY, THIS IS THE DAY AFTER THE FLOOD

OCCURRED, THE WATERS, WE'VE HELD THEM UP, BUT THEY ACTUALLY

HAVE GONE DOWN, IT REALLY HASN'T MOVED OUT MUCH MORE THAN ABOUT

12 FEET.  SO -- AND THIS IS JUST FOR A 1-FOOT INCREASE IN

UPLIFT PRESSURE.

THERE ARE NO SIGNIFICANT UPLIFT PRESSURES

DEVELOPING IN THE LAND SIDE DURING THE TIME OF THE STORM.  THIS

IS WHAT HAPPENS WHEN WE DO A TRANSIENT-FLOW ANALYSIS WITH THE

APPROPRIATE VALUE OF COEFFICIENT OF VOLUME COMPRESSIBILITY.

10:45AM  1              THE BIG DIFFERENCE HERE, PROFESSOR BEA USES AN

10:45AM  2   UNREALISTICALLY LOW VALUE OF $M_v$ SO THAT THESE CONTOURS MOVE

10:45AM  3   COMPLETELY IN A MATTER OF MINUTES.  THE REALISTIC VALUE OF SOIL

10:45AM  4   CONSTANT SHOWS THAT THEY MOVE LITERALLY ONLY A FEW FEET IN

10:46AM  5   DAYS.

10:46AM  6              THE COURT:  JUST SO I CAN PUT IT IN THE PARLANCE THAT

10:46AM  7   I'VE COME TO ALMOST UNDERSTAND THUS FAR, DR. BEA REGARDED

10:46AM  8   THE -- USED AN -- IN ESSENCE, FOUND THE SOILS INCOMPRESSIBLE.

10:46AM  9   ARE WE TALKING ABOUT NOW THE ISSUE OF WHAT WAS THE

10:46AM 10   COMPRESSIBILITY OF THE SOILS AT THE TIME -- ALL RELEVANT TIMES

10:46AM 11   THAT THIS OCCURRED, WHEN THE BREACH OCCURRED?

10:46AM 12              THE WITNESS:  YES, SIR.

10:46AM 13              THE COURT:  IT'S YOUR CONTENTION THAT DR. BEA USED AN

10:46AM 14   UNREALISTIC FIGURE IN ASCERTAINING THAT THE SOILS ARE

10:46AM 15   INCOMPRESSIBLE?

10:46AM 16              THE WITNESS:  YES, SIR.

10:46AM 17              THE COURT:  OKAY.

10:46AM 18              THE WITNESS:  NEXT SLIDE.

10:46AM 19              THIS IS SHOWING -- EVEN -- WE LOOKED AT THIS

10:46AM 20   EVEN LATER TIME, SO THIS -- IF WE KEPT THE WATER IN THE CANAL

10:46AM 21   EVEN 10 DAYS, SO IT WOULD BE NINE DAYS AFTER THE STORM, I

10:47AM 22   GUESS, BUT RUNNING FOR 10 DAYS, THEN THAT CONTOUR OF UPLIFT IS

10:47AM 23   MOVED OUT TO HERE, BUT THE UPLIFT PRESSURES IN GENERAL IN THIS

10:47AM 24   DOWNSTREAM LAND SIDE -- SORRY, ON THE LAND SIDE REALLY HAVEN'T

10:47AM 25   INCREASED SIGNIFICANTLY.

**HOURLY TRANSCRIPT**

10:47AM 1      YOU HAVE TO WAIT ON THE ORDER OF 50 TO A HUNDRED

10:47AM 2  OR MORE DAYS FOR THOSE FULL UPLIFT PRESSURES TO DEVELOP ON THE

10:47AM 3  LAND SIDE.

10:47AM 4      THAT'S A FUNDAMENTAL PRINCIPLE OF GEOTECHNICAL

10:47AM 5  ENGINEERING.  IT IS USED BY DESIGNERS IN LEVEES ALL OVER,

10:47AM 6  RECOGNIZING THAT WE -- IT TAKES A LONG TIME TO GET TO THIS

10:47AM 7  STEADY STATE CONDITION, WHICH HAS A LOWER FACTOR OF SAFETY, BUT

10:47AM 8  WE NEVER HAVE -- THE STORM IS NEVER IN PLACE ENOUGH TIME FOR

10:48AM 9  THAT CONDITION TO DEVELOP.

10:48AM 10      WE USE THAT PRINCIPAL IN DESIGN OF LEVEES UP

10:48AM 11  AND DOWN THE MISSISSIPPI AND OTHER RIVERS AS WELL.

10:48AM 12      NEXT SLIDE.

10:48AM 13      I'M GOING TO STIPULATE THIS ONE BECAUSE THIS IS

10:48AM 14  JUST SHOWING THE SOUTH BREACH EFFORT TO GET UNDRAINED SHEAR

10:48AM 15  STRENGTH.  WE'VE ALREADY COVERED THAT, I THINK, SO I'LL SKIP

10:48AM 16  THIS ONE AND THE NEXT ONE.

10:48AM 17      SKIP THAT ONE, TOO.

10:48AM 18      NEXT SLIDE.

10:48AM 19      JUST SUMMARIZING HERE, THE UNDRAINED STRENGTH IS

10:48AM 20  THE APPROPRIATE STRENGTH TO USE FOR SHORT-TERM LOADING IN THIS

10:48AM 21  SITUATION.  A SIGNIFICANT PART OF THIS UNDRAINED STRENGTH IS

10:48AM 22  THAT IT DOESN'T CHANGE.  THE STRENGTH DOESN'T CHANGE DURING THE

10:48AM 23  STORM.  THE SOIL HAD A STRENGTH BEFORE THE STORM; THAT STRENGTH

10:48AM 24  STAYED THE SAME BECAUSE THERE WASN'T TIME FOR WATER TO FLOW

10:49AM 25  INTO THE SOIL TO ALLOW IT TO CHANGE STRENGTH.

**HOURLY TRANSCRIPT**

10:49AM 1        USING OF UNDRAINED STRENGTH FOR DESIGNING LEVEES

10:49AM 2   IS THE STATE OF PRACTICE WITH THESE CLAYS IN NEW ORLEANS.

10:49AM 3   UNDRAINED STRENGTH WAS WHAT WAS USED IN THE ORIGINAL DESIGN IN

10:49AM 4   1966.  IT IS THE STRENGTH THAT WAS USED BY IPET WHEN IT MADE AN

10:49AM 5   EVALUATION OF THESE EBIA FAILURES.

10:49AM 6        IT WAS USED BY THE NATIONAL RESEARCH COUNCIL

10:49AM 7   WHEN IT REVIEWED IPET'S WORK.  IN FACT, ONE OF THEIR CRITICISMS

10:49AM 8   WAS THAT THEY WERE NOT -- THEY DID NOT ALLOW FOR DIFFERENCES IN

10:49AM 9   UNDRAINED STRENGTH BENEATH THE LEVEE.  THEY DIDN'T CRITICIZE

10:49AM 10  THAT THEY USED UNDRAINED STRENGTHS, THEY CRITICIZED THAT THEY

10:49AM 11  WEREN'T PRECISE ENOUGH IN HOW THEY USED IT.

10:49AM 12       UNDRAINED STRENGTH IS WHAT IS USED IN THE DESIGN

10:49AM 13  OF THE NEW 8,000-FOOT-LONG FLOODWALL IN ALL THE ADJACENT LEVEES

10:50AM 14  FOR THE IMPROVED PROTECTION SYSTEM FOR NEW ORLEANS.

10:50AM 15       FINALLY, MY KNOWLEDGE FROM 42 YEARS OF TEACHING

10:50AM 16  AND PRACTICING IN GEOTECHNICAL ENGINEERING, MUCH OF IT IN SOFT

10:50AM 17  GROUNDS LIKE THESE, IT IS NO DOUBT THAT THIS FAILURE WAS

10:50AM 18  DOMINATED, CONTROLLED BY THE UNDRAINED STRENGTH OF THE CLAYS.

10:50AM 19       NEXT SLIDE.

10:50AM 20       IN HIS SUPPLEMENTAL REPORT RECENTLY, DR. BEA

10:50AM 21  TRIED TO CONVINCE US THAT, WELL, HE HAD DONE A DRAINED

10:50AM 22  ANALYSIS, AND HE HAD GOTTEN A FACTOR OF SAFETY NEAR ONE; BUT,

10:50AM 23  IF HE DID AN UNDRAINED, HE WOULD GET THE SAME ANSWER.

10:50AM 24       SO THIS TOTAL STRESS ANALYSIS IS AN UNDRAINED

10:50AM 25  ANALYSIS, AND HE GETS 1.1.  THE EFFECTIVE STRESS ANALYSIS IS

**HOURLY TRANSCRIPT**

10:51AM 1    THE SAME AS A DRAINED ANALYSIS, AND HE GOT .99.  SO HE'S, I

10:51AM 2    THINK, TRYING TO MAKE THE ARGUMENT HERE THAT, WELL, YES, I DID

10:51AM 3    AN EFFECTIVE STRESS DRAINED ANALYSIS, BUT THE RESULTS ARE THE

10:51AM 4    SAME AS IF I HAD DONE AN UNDRAINED ANALYSIS.

10:51AM 5                WELL, LET'S LOOK AT THE JUSTIFICATION THAT HE

10:51AM 6    PROVIDED US TO SHOW THAT.

10:51AM 7                NEXT SLIDE.

10:51AM 8                HE HAD SOME HAND SKETCHES, WHICH I ASKED ONE OF

10:51AM 9    OUR ENGINEERS -- MY ENGINEERS TO TRY TO SIMPLIFY.  YOU MAY NOT

10:51AM 10   THINK IT'S SIMPLE, BUT WE TRIED TO SIMPLIFY IT INTO A DIAGRAM

10:51AM 11   OF FORCES.

10:51AM 12                THE KEY MESSAGE HERE IS THAT WE WERE -- HE HAD

10:51AM 13   A FACTOR OF SAFETY OF 1.1, AND THIS IS FOR HIS UNDRAINED

10:51AM 14   ANALYSIS.  HE'S USING AN UNDRAINED SHEAR STRENGTH OF 300 POUNDS

10:51AM 15   PER SQUARE FOOT.  WE GOT ROUGHLY THE SAME NUMBER.  WE HAD SOME

10:51AM 16   DIFFERENCES HERE AND THERE, BUT WE AGREE WITH THE CALCULATION

10:51AM 17   HERE OF FACTOR OF SAFETY THAT HE USED -- HE GOT USING UNDRAINED

10:52AM 18   SHEAR STRENGTH.

10:52AM 19                THERE IS JUST ONE PROBLEM, THOUGH.  THIS VALUE

10:52AM 20   OF 300 POUNDS PER SQUARE FOOT IS NOT THE SHEAR STRENGTH THAT HE

10:52AM 21   USED IN HIS EXPERT REPORT.  WE DON'T KNOW WHERE THIS NUMBER

10:52AM 22   COMES FROM.

10:52AM 23                IN HIS EXPERT REPORT -- NEXT SLIDE -- HE

10:52AM 24   ACTUALLY USES -- TELLS US -- I'M LOOKING FOR THE REFERENCE --

10:52AM 25   BUT, ANYWAY, IN THE APPENDIX TO HIS EXPERT REPORT, HE TELLS

**HOURLY TRANSCRIPT**

10:52AM 1   THAT THE SHEAR STRENGTH ALONG THIS PART OF THE LEVEE IS 442

10:52AM 2   PSF, NOT 300 PSF.  IF WE USE THE STRENGTH THAT HE SAYS IN HIS

10:52AM 3   REPORT APPLIES HERE, THE FACTOR OF SAFETY WOULD BE 1.6, NOT

10:52AM 4   1.1.

10:52AM 5           SO THIS IS HIS CHECK CALCULATION, WHICH HE DID

10:52AM 6   WITH THE WRONG SHEAR STRENGTH.  IF HE DOES IT WITH THE RIGHT

10:52AM 7   SHEAR STRENGTH, THE UNDRAINED FACTOR OF SAFETY WOULD NOT BE

10:52AM 8   1.1, BUT IT WOULD BE 1.6.  THAT'S JUST AN ISSUE THAT SAYS THIS

10:53AM 9   CHECK CALCULATION, IF IT MEANT TO REFLECT WHAT'S IN HIS EXPERT

10:53AM 10  REPORT, THERE IS SOMETHING THAT'S NOT CONSISTENT.

10:53AM 11          THIS IS ALSO THE STRENGTH THAT WAS USED IN AN

10:53AM 12  EARLIER REPORT -- WE HAVE A NOTE HERE -- IN THE BARGE TRIAL,

10:53AM 13  442.  SO IT'S NOT CLEAR TO ME AT ALL WHERE THIS 300 LOWER VALUE

10:53AM 14  COMES IN.

10:53AM 15          NEXT SLIDE.

10:53AM 16          IN HIS HAND CALCULATION SHOWING THAT -- HIS

10:53AM 17  DRAINED ANALYSIS GIVES A FACTOR OF SAFETY OF ONE.  WHEN WE WENT

10:53AM 18  THROUGH THAT CALCULATION AND DID IT WITH THE PORE PRESSURES,

10:53AM 19  THE UPLIFT PRESSURES HE ACTUALLY HAD IN HIS COMPUTER RUNS, IN

10:53AM 20  HIS EXPERT REPORT, WE GOT A FACTOR OF SAFETY OF A HALF.

10:53AM 21          SO HIS HAND CALCULATING THAT HE'S USING TO

10:54AM 22  VERIFY THAT HIS DRAINED ANALYSIS IS ALSO AN UNDRAINED JUST

10:54AM 23  DOESN'T HOLD SOMETHING.  THE NEXT SLIDE SUMMARIZES THIS --

10:54AM 24          NEXT SLIDE, PLEASE.

10:54AM 25          -- IN WHICH THESE HAND CALCULATIONS HE GAVE US

**HOURLY TRANSCRIPT**

10:54AM 1    IN HIS SUPPLEMENTAL REPORT, WHERE WE'RE TRYING TO UNDERSTAND

10:54AM 2    HIS JUSTIFICATION THAT HIS DRAINED ANALYSIS AND UNDRAINED

10:54AM 3    ANALYSIS AGREE, THOSE CALCULATIONS JUST DON'T HOLD UP.

10:54AM 4            SO THEY DO NOT AGREE WITH ANY REASONABLE BOUNDS.

10:54AM 5    HE'S NOT PROVEN THAT HIS DRAINED ANALYSIS IS THE SAME AS AN

10:54AM 6    UNDRAINED ANALYSIS.  THEREFORE, HE CANNOT USE THE DRAINED

10:54AM 7    ANALYSES THAT HE GAVE IN HIS REPORT IN LIEU OF A PROPER

10:54AM 8    UNDRAINED ANALYSIS.

10:54AM 9            NEXT SLIDE.

10:54AM 10           ONE MORE MAIN POINT, THIS PRESSURE TRANSMISSION

10:55AM 11   THEORY.  THIS WAS SOMETHING THAT HAS ALWAYS PUZZLED ME IN

10:55AM 12   READING, TRYING TO UNDERSTAND DR. BEA'S POINTS.

10:55AM 13           SOMEWHERE ALONG THE WAY, I BELIEVE IT WAS IN A

10:55AM 14   DEPOSITION, HE SAID, WE'RE WORKING TWO DIFFERENT PROBLEMS.  A

10:55AM 15   LIGHT KIND OF WENT ON IN MY HEAD, YOU KNOW, WHAT ARE THESE TWO

10:55AM 16   DIFFERENT PROBLEMS.

10:55AM 17           GOING BACK THROUGH AND TRYING TO UNDERSTAND, I

10:55AM 18   TRIED TO CHARACTERIZE IT AS DR. BEA WORKING A PRESSURE

10:55AM 19   TRANSMISSION STEADY FLOW PROBLEM, AND TRADITIONAL GEOTECHNICAL

10:55AM 20   ENGINEERING WORKING THE CONVENTIONAL TRANSIENT AND STEADY STATE

10:55AM 21   FLOW PROBLEM.

10:55AM 22           SO ARE THESE REALLY THE SAME THING, OR WHAT ARE

10:55AM 23   THE DIFFERENCES, AND WHICH ONE REALLY APPLIES TO THE EBIA?

10:55AM 24           NEXT SLIDE.

10:55AM 25           TO TRY TO UNDERSTAND A LITTLE BIT BETTER WHAT HE

10:55AM 1    MEANT BY THIS PRESSURE TRANSMISSION THEORY, I LOOKED AT SOME OF

10:56AM 2    THE THINGS HE ATTRIBUTED TO THIS THEORY.

10:56AM 3             ONE IS THAT PRESSURES ARE TRANSFERRED AT THE

10:56AM 4    SPEED OF SOUND AND WATER THROUGH THE LEVEE.  THAT'S SAYING THAT

10:56AM 5    AS THE WATER CAME UP IN THE CANAL, THAT THE PRESSURES ON THE

10:56AM 6    LAND SIDE RESULTING FROM THAT WOULD OCCUR INSTANTANEOUSLY.

10:56AM 7             HE ALSO CLAIMED THAT PRESSURE TRANSMISSION

10:56AM 8    OCCURS WITHOUT FLOW.  I QUOTE SOMETHING FROM A DEPOSITION THAT

10:56AM 9    SUPPORTS THAT STATEMENT.

10:56AM 10            NEXT SLIDE.

10:56AM 11            IN ONE DEPOSITION HE SAID, "INERTIAL TERMS MAY

10:56AM 12   BE INVOLVED."  THIS IS A CLUE TO ME THAT HE'S TALKING ABOUT

10:56AM 13   SOMETHING POTENTIALLY QUITE DIFFERENT THAN CONVENTIONAL SOIL

10:56AM 14   MECHANICS.

10:56AM 15            INERTIAL MEANS ACCELERATION.  IT MEANS THINGS

10:56AM 16   ARE HAPPENING VERY, VERY FAST.

10:56AM 17            THEN HE SAYS, "THESE FACTORS CAN BE MODELED,

10:56AM 18   THIS PRESSURE TRANSMISSION STEADY FLOW THEORY CAN BE MODELED IN

10:57AM 19   SEEP/W USING A VERY LOW VALUE OF COEFFICIENT OF VOLUME

10:57AM 20   COMPRESSIBILITY," THIS 10 THE MINUS 9 NUMBER.

10:57AM 21            THESE ARE FOUR THINGS THAT PICK UP IN MY MIND

10:57AM 22   THAT, YES, DR. BEA IS SOLVING A DIFFERENT PROBLEM.

10:57AM 23            NEXT SLIDE.

10:57AM 24            WHAT IS THIS PRESSURE WAVE TRANSMISSION THEORY?

10:57AM 25   PRESSURE WAVES CAUSED BY RAPID CHANGES IN LOAD.  WHEN SUCH A

**HOURLY TRANSCRIPT**

10:57AM 1   THING HAPPENS, THERE IS -- THERE IS ACTUAL SITUATIONS WHERE

10:57AM 2   THIS OCCURS.  LIKE IF I HAVE A SHOCK WAVE THAT GETS DEVELOPED

10:57AM 3   BY AN EXPLOSION, SAY, ON THE FLOOD SIDE OF THE CANAL, IT WOULD

10:57AM 4   CREATE A PRESSURE WAVE THAT WOULD TRAVEL VERY RAPIDLY.

10:57AM 5         THAT PRESSURE WAVE WOULD INCREASE STRESSES IN

10:57AM 6   THE GROUND, BOTH TOTAL STRESS AND PORE PRESSURE.  THERE WOULD

10:57AM 7   BE NO CHANGE IN STRENGTH, THOUGH, THAT HAPPENS FROM THAT.  IT'S

10:57AM 8   AN INSTANTANEOUS PULSE THAT LASTS FOR MILLISECONDS THAT OCCURS

10:58AM 9   IN PRESSURE WAVE TRANSMISSION THEORY.

10:58AM 10        THERE IS NO FLOW OF WATER OCCURS.  THERE IS NO

10:58AM 11  CHANGE IN SOIL VOLUME, WHICH MEANS THERE CAN BE NO CHANGE IN

10:58AM 12  SOIL STRENGTH.  INERTIAL TERMS ARE INVOLVED.

10:58AM 13        NEXT SLIDE.

10:58AM 14        NOW, I DON'T MEAN TO GET VERY DEEP HERE.  I JUST

10:58AM 15  PULLED OUT, THOUGH, FOR ILLUSTRATION, THE MATHEMATICS THAT ARE

10:58AM 16  INVOLVED IN PRESSURE WAVE TRANSMISSION IN AN AIR-WATER-SOIL

10:58AM 17  MEDIUM.  IT REQUIRES TWO BIG EQUATIONS, AND THIS IS JUST

10:58AM 18  LOOKING FOR A WAVE THEORY GOING IN ONE DIRECTION.

10:58AM 19        UNDERNEATH THE EBIA, WE HAVE WATER FLOWING UP

10:58AM 20  AND DOWN, AND WE HAVE IT FLOWING SIDEWAYS, SO THESE EQUATIONS

10:58AM 21  GET MUCH MORE DRAWN OUT.

10:58AM 22        THE MAIN THING I JUST WANT TO POINT OUT IS THERE

10:58AM 23  IS A TERM HERE THAT INVOLVES T, WHICH IS TIME, SQUARED.  THAT

10:58AM 24  MEANS ACCELERATION.  THAT MEANS TO SOLVE THE PRESSURE

10:58AM 25  TRANSMISSION PROBLEM, I NEED TO HAVE ACCELERATION TERMS

**HOURLY TRANSCRIPT**

10:59AM 1     INVOLVED BECAUSE THINGS ARE MOVING VERY FAST.

10:59AM 2              THE WATER IS MOVING BACK AND FORTH VERY FAST.

10:59AM 3     THE SOIL IS MOVING VERY FAST.  SO I HAVE TO HAVE THESE MORE

10:59AM 4     COMPLEX MATHEMATICS INVOLVED TO DESCRIBE THAT.

10:59AM 5              NEXT SLIDE.

10:59AM 6              THIS IS A VERY COMPLEX SET OF PROBLEMS THAT ARE

10:59AM 7     REALLY ADDRESSED ONLY BY VERY SPECIALIZED ENGINEERS AND

10:59AM 8     SCIENTISTS.  NO GEOTECHNICAL OR GEOHYDROLOGY TEXTBOOK TEACHES

10:59AM 9     PRESSURE WAVE THEORY FOR SEEPAGE ISSUES IN SOILS.  NO CORPS OF

10:59AM 10    ENGINEERS MANUAL EVEN ADDRESSES PRESSURE WAVE OR MENTIONS IT

10:59AM 11    FOR TRANSMISSION OF PORE PRESSURE THROUGH SOIL FROM RISING

10:59AM 12    FLOOD WATER.

10:59AM 13             THERE IS PROBABLY A MANUAL IN THE CORPS DEALS

10:59AM 14    WITH EARTHQUAKE ANALYSIS OF DAMS THAT MIGHT GET INTO PRESSURE

10:59AM 15    WAVE TRANSMISSION THEORY, BUT CERTAINLY NOTHING DEALING WITH

10:59AM 16    LEVEES.

10:59AM 17             I HAVE SOME EXPERIENCE WITH PRESSURE WAVE

10:59AM 18    THEORY, AND I HEARD PROFESSOR BEA MAKE REFERENCE TO THE NORTH

11:00AM 19    SEA THE OTHER DAY, WHERE, IN FACT, WE DO USE PRESSURE WAVE

11:00AM 20    THEORY FOR GETTING THE EFFECT, POTENTIAL EFFECT OF VERY LARGE

11:00AM 21    WAVES GOING UNDER VERY LARGE OFFSHORE STRUCTURES.

11:00AM 22             THIS IS NOT A LARGE OFFSHORE STRUCTURE, AND SO

11:00AM 23    THAT -- I HAVE EXPERIENCE SIMILARLY.  I'VE USED IT IN THAT

11:00AM 24    APPLICATION.  IT DOES NOT APPLY HERE.

11:00AM 25             IN MY 43 YEARS OF PRACTICING SOIL MECHANICS, I

**HOURLY TRANSCRIPT**

11:00AM 1   HAVE NEVER ONCE USED PRESSURE TRANSMISSION THEORY TO SOLVE A

11:00AM 2   GROUNDWATER FLOW PROBLEM FOR A WATER RETENTION STRUCTURE LIKE A

11:00AM 3   LEVEE OR A DAM.  IT'S ONLY IN VERY SPECIALIZED PROBLEMS LIKE

11:00AM 4   EARTHQUAKE ENGINEERING AND THINGS THAT INVOLVE VERY RAPID RATES

11:00AM 5   OF LOADING.

11:00AM 6             THE LOADING HERE CAME UP, IN A MATHEMATICAL

11:00AM 7   SENSE, VERY SLOWLY.  IT TOOK HOURS AND HOURS FOR THE LOAD TO

11:00AM 8   DEVELOP.  THAT'S NOT PRESSURE WAVE THEORY.

11:01AM 9             NEXT SLIDE.

11:01AM 10            I'M SORRY FOR THE EQUATIONS, BUT IT DOES, I

11:01AM 11  HOPE, MAKE A POINT THAT THIS IS THE EQUATION GOVERNING

11:01AM 12  GROUNDWATER FLOW THAT'S GIVEN IN TEXTBOOKS, SUCH AS LAMBE AND

11:01AM 13  WHITMAN.  IT'S ALSO GIVEN IN THE CORPS OF ENGINEERS' MANUAL.

11:01AM 14            IT INVOLVES PERMEABILITY, IT INVOLVES GRADIENT,

11:01AM 15  AND IT INVOLVES HOW PRESSURE CHANGES WITH TIME; NOT TIME

11:01AM 16  SQUARED, BUT WITH TIME.

11:01AM 17            SO THIS IS NOT A DYNAMIC FORMULATION.  IT'S NOT

11:01AM 18  AN INERTIAL TERM.

11:01AM 19            IT ALSO INVOLVES THIS COEFFICIENT HERE OF --

11:01AM 20  WHAT'S REFERRED TO IN THIS EQUATION AS $M_W$.  IT TURNS OUT, AND

11:01AM 21  I'LL SHOW YOU IN A MINUTE, THIS GOES TO THE SAME THING AS $M_V$.

11:01AM 22            NEXT SLIDE.

11:01AM 23            THAT EQUATION IS WHAT IS USED IN SEEP/W.  THIS

11:01AM 24  EQUATION, NOT THE PRESSURE WAVE EQUATION THAT I SHOWED YOU

11:01AM 25  EARLIER.  THIS IS COPIED STRAIGHT OUT OF THE SEEP/W MANUAL.  IT

**HOURLY TRANSCRIPT**

11:02AM 1   HAS NO INERTIAL TERMS IN IT.

11:02AM 2            IF WE USE A VERY SMALL NUMBER FOR THIS M

11:02AM 3   COEFFICIENT HERE, THIS SIDE GOES TO ZERO, AND WE GET WHAT'S

11:02AM 4   CALLED THE STEADY STATE FLOW EQUATION THAT'S INDEPENDENT OF

11:02AM 5   TIME.

11:02AM 6            THIS IS WHAT DR. BEA IS IN ESSENCE ACCOMPLISHING BY

11:02AM 7   USING A VERY LOW NUMBER OF M IN THIS EQUATION.  VERY LOW MAKES

11:02AM 8   THAT SIDE GO TO ZERO, AND IT FORCES THE SOLUTION, IN ESSENCE,

11:02AM 9   TO GET TO STEADY STATE ALMOST INSTANTLY.

11:02AM 10           THAT'S A WRONG REPRESENTATION OF THE CLAY SOILS

11:02AM 11  IN THE EBIA.

11:02AM 12           SEEP/W DOES NOT SOLVE THE PRESSURE WAVE

11:02AM 13  TRANSMISSION PROBLEM, AND HE'S INCORRECT WHEN HE SAYS THAT IT

11:02AM 14  DOES, WHICH HE DID.

11:02AM 15           SEEP/W INTIMATELY COUPLES PRESSURE AND FLOW.

11:02AM 16  PROFESSOR BEA TALKED ABOUT SEPARATING -- PRESSURE OCCURS

11:02AM 17  SEPARATELY FROM FLOW.  THEY ARE INTIMATELY COUPLED.  YOU CANNOT

11:03AM 18  SEPARATE THEM.  IN ORDER TO GET FLOW, YOU MUST HAVE A PRESSURE

11:03AM 19  CHANGE.  IN ORDER TO GET FLOW TO DEVELOP, YOU MUST HAVE A

11:03AM 20  PRESSURE CHANGE.

11:03AM 21           ONCE YOU ARE OUT TO STEADY STATE SEEPAGE, ONCE

11:03AM 22  YOU GET TO THIS STAGE, WHICH TAKES A VERY LONG -- YOU KNOW,

11:03AM 23  TAKES HUNDREDS OF DAYS, THEN YOU HAVE FLOW WITH NO CHANGE IN

11:03AM 24  PRESSURE, BUT THAT'S ONLY ONCE YOU'VE GOTTEN TO THE STEADY

11:03AM 25  STATE.

**HOURLY TRANSCRIPT**

11:03AM 1          HIS CALCULATIONS ARE EFFECTIVELY STEADY STATE

11:03AM 2    FLOW RESULTS AND, AS A RESULT, ARE NOT APPLICABLE TO WHAT

11:03AM 3    HAPPENED DURING THE STORM.

11:03AM 4          ONE MORE SLIDE.  NEXT.

11:03AM 5          AGAIN, THIS -- I HATE TO BELABOR HIS EQUATION,

11:03AM 6    BUT THIS $M_W$ IS ACTUALLY -- IF YOU GO INTO THE SEEP MANUAL, THEY

11:03AM 7    TELL US THAT IS THE COEFFICIENT OF VOLUME COMPRESSIBILITY FROM

11:03AM 8    A STANDARD SOIL CONSOLIDATION TEST.  I ADDED THE WORD "SOIL,"

11:04AM 9    BUT STANDARD CONSOLIDATION TEST.

11:04AM 10         IT IS THESE STANDARD CONSOLIDATION TESTS RUN IN

11:04AM 11   FUGRO'S LABORATORY AND MY LABORATORY THAT WE USED TO GET THE

11:04AM 12   THREE TIMES 10 TO THE MINUS 5.  IT'S NOTHING LIKE THE ONE TIMES

11:04AM 13   10 TO THE MINUS 9 THAT DR. BEA HAS USED.

11:04AM 14         NEXT SLIDE.

11:04AM 15         HOW DID THIS HAPPEN?  IF YOU GO INTO THE

11:04AM 16   TEXTBOOK, LAMBE AND WHITMAN, THERE IS SOMETHING CALLED A

11:04AM 17   CONSTRAINED MODULUS THAT USES THE SYMBOL D.  IT'S THE INVERSE

11:04AM 18   OF THE COEFFICIENT OF VOLUME CHANGE.

11:04AM 19         THERE IS ALSO -- THE SYMBOL D IS ALSO USED IN

11:04AM 20   TALKING ABOUT THE VELOCITY OF WAVES THAT TRAVEL THROUGH SOILS.

11:04AM 21   THIS IS PROFESSOR BEA'S PRESSURE WAVE TRAVELING AT THE SPEED OF

11:04AM 22   SOUND AND WATER.  THAT EQUATION DOES HAVE A SAME SYMBOL IN IT,

11:04AM 23   BUT IT'S NOT THE SAME CONSTANT.

11:05AM 24         WHEN DR. BEA TALKED ABOUT USING THE SPEED OF

11:05AM 25   SOUND AT 5,000 FEET PER SECOND IN ORDER TO COMPUTE D AND THEN

**HOURLY TRANSCRIPT**

11:05AM 1    GET THE INVERSE OF IT TO GET $M_V$, HE MADE A FUNDAMENTAL ERROR.

11:05AM 2    THAT D IS NOT THE SAME AS THAT D. NEXT SLIDE.

11:05AM 3             D IS THE CONSTRAINED MODULUS.  THAT'S THE ONE

11:05AM 4    THAT APPLIES TO SOILS IN THE EBIA.

11:05AM 5             THE OTHER IS THE DILATATIONAL MODULUS.

11:05AM 6    UNFORTUNATELY, IN THAT TEXTBOOK, BOTH OF THEM HAVE THE SAME

11:05AM 7    SYMBOL OF D.  ONE OF THEM IS THE INVERSE OF THE COEFFICIENT OF

11:05AM 8    VOLUME CHANGE; THE OTHER IS RELATED TO THE SPEED OF SOUND

11:05AM 9    TRAVELING THROUGH WATER.

11:05AM 10            I'VE USED A SUB D TO INDICATE THAT THAT'S THE

11:05AM 11   DILATATIONAL MODULUS.  THOSE TWO NUMBERS DO NOT REPRESENT THE

11:05AM 12   SAME THING.

11:05AM 13            THE DILATATIONAL MODULUS AND PERMEABILITY

11:06AM 14   CONTROL PRESSURE WAVE TRANSMISSION, WHICH IS NOT OUR PROBLEM.

11:06AM 15   THE CONSTRAINED MODULUS AND PERMEABILITY CONTROL SEEPAGE.  THIS

11:06AM 16   IS OUR PROBLEM.

11:06AM 17            I BELIEVE DR. BEA WAS PROBABLY RIGHT WHEN HE

11:06AM 18   SAID WE'RE SOLVING TWO DIFFERENT PROBLEMS.  HE'S SOLVING THIS

11:06AM 19   ONE -- OR DESCRIBING -- WHAT HE DESCRIBES AS SOLVING WITH ONE,

11:06AM 20   WHEN, IN ACTUALITY, THIS IS WHAT CONTROLS IN THE EBIA.

11:06AM 21            NEXT SLIDE.

11:06AM 22            THIS IS JUST, AGAIN, TO REINFORCE THAT THIS

11:06AM 23   VALUE OF $M_V$ COMES FROM REAL WORLD MEASUREMENTS FROM TESTS IN

11:06AM 24   THE EBIA.

11:06AM 25            LABORATORY TEST DATA, THIS IS SUMMARIZED IN MY

**HOURLY TRANSCRIPT**

11:06AM 1    EXPERT REPORT AS TO HOW WE GOT THIS.

11:06AM 2              FIELD PUMPING TEST DATA, WHERE DR. NAYMIK

11:06AM 3    BACK-FIGURED A VALUE OF STORAGE COEFFICIENT FROM WHICH I CAN

11:07AM 4    COMPUTE $M_V$, AND THEN PUBLICATIONS THAT GIVE VALUES OF $M_V$, ALL

11:07AM 5    ROUGHLY THE SAME ORDER.

11:07AM 6              THE CONSEQUENCE IS THAT BY USING A MUCH LOWER $M_V$,

11:07AM 7    DR. BEA GETS AN EXTREMELY STIFF MATERIAL THAT CANNOT CHANGE IN

11:07AM 8    VOLUME DURING THE STORM; AND, THEREFORE, HE GETS UPLIFT

11:07AM 9    PRESSURES DEVELOPING ALMOST INSTANTLY, WHICH IS NOT THE CASE IN

11:07AM 10   THE REAL WORLD.

11:07AM 11             NEXT SLIDE.

11:07AM 12             IN CONCLUSION ON PRESSURE WAVE TRANSMISSION,

11:07AM 13   PROFESSOR BEA'S WAVE THEORY DOES NOT APPLY TO THESE FAILURES.

11:07AM 14   HIS STATEMENT THAT SEEP/W INCLUDES THE INERTIAL TERMS REQUIRED

11:07AM 15   TO ANALYZE WAVE TRANSMISSION IS NOT CORRECT.  IT DOES NOT

11:08AM 16   INCLUDE THOSE TERMS.  THEREFORE, SEEP/W CANNOT ANALYZE PROPERLY

11:08AM 17   THE DEVELOPMENT OF UPLIFT PRESSURES AS HE DID IT.

11:08AM 18             THE APPROPRIATE SEEPAGE ANALYSIS FOR THE STORM

11:08AM 19   LOADING OF THESE AREAS IS SEEP/W WITH THE RIGHT VALUES OF

11:08AM 20   PERMEABILITY AND THE RIGHT COEFFICIENT OF VOLUME

11:08AM 21   COMPRESSIBILITY.

11:08AM 22             THAT'S WHAT I'VE USED IN MY EXPERT REPORT,

11:08AM 23   THAT'S WHAT I'VE USED IN THE EXAMPLES THAT I SHOWED YOU HERE

11:08AM 24   THIS MORNING, THAT ALL SAY THAT IT TAKES OVER A HUNDRED DAYS

11:08AM 25   FOR UPLIFT PRESSURES TO FULLY DEVELOP IN THE LAND SIDE OF THE

**HOURLY TRANSCRIPT**

11:08AM 1    LEVEES AND, THEREFORE, REINFORCES THE POINT THAT DURING THE

11:08AM 2    TIME OF THE STORM THERE WAS NO TIME FOR CHANGE IN UPLIFT

11:08AM 3    PRESSURES ON THE LAND SIDE SOILS.

11:08AM 4              THE STRENGTH STAYED THE SAME DURING THE STORM AS

11:08AM 5    WHAT IT STARTED AS, THAT IS, THE UNDRAINED STRENGTH, AND THAT

11:09AM 6    IS THE APPROPRIATE WAY TO ANALYZE THESE PROBLEMS.

11:09AM 7              NEXT SLIDE.

11:09AM 8              THANKS.  NEXT SLIDE, PLEASE.

11:09AM 9              SO, IN COMING TO A CONCLUSION HERE RELATIVE TO

11:09AM 10   HIGH UNDERSEEPAGE, IN PROFESSOR BEA'S OPINION THIS WAS CAUSED

11:09AM 11   BY HIGH PERMEABILITY OF ORGANIC CLAYS.  THIS IS GOING BACK TO

11:09AM 12   THE IPET REPORT DAYS.  THAT WAS WHEN PERMEABILITY WAS 10 TO THE

11:09AM 13   MINUS 2.  IT'S NOW PROVEN TO BE 10 TO THE MINUS 5 OR LESS.  SO

11:09AM 14   THAT NO LONGER APPLIES.

11:09AM 15             HYDRAULIC PRESSURE TRANSMISSION IS REALLY A

11:09AM 16   THEORY THAT DOESN'T APPLY TO THE EBIA AREA.  THE LOADING WAS

11:09AM 17   SIMPLY WAY TOO SLOW FOR PRESSURE WAVE THEORY TO APPLY.

11:09AM 18             THE PRESENCE OF THE WGI EXCAVATIONS I SHOWED HAD

11:09AM 19   NO IMPACT, NO EFFECT AT ALL, IF A GAP IS IN PLACE.

11:10AM 20             THE CONSEQUENCES, HIGH QUANTITY OF FLOW THAT

11:10AM 21   CONTRIBUTED TO THE FLOODING IN THE ORIGINAL ILIT CONCLUSIONS,

11:10AM 22   REALLY IS NOT THE CASE AT ALL WHEN WE'RE JUST GETTING A DROP

11:10AM 23   PER SECOND OR SO PER FOOT LENGTH.

11:10AM 24             THE HIGH EXIT GRADIENTS AT THE TOE AREA THAT'S

11:10AM 25   GIVEN IN DR. BEA'S REPORTS DON'T EXIST BECAUSE THERE WAS NOT

**HOURLY TRANSCRIPT**

11:10AM 1    ENOUGH TIME FOR UPLIFT PRESSURES TO DEVELOP IN THE LAND SIDE

11:10AM 2    TOE AREA.

11:10AM 3          THAT THESE UPLIFT PRESSURES CAUSED A LATERAL

11:10AM 4    TRANSLATION STABILITY FAILURE I DO NOT AGREE WITH FOR TWO

11:10AM 5    REASONS.  ONE IS THERE WAS NO TIME FOR THE UPLIFT PRESSURES TO

11:10AM 6    DEVELOP TO CREATE THE LOW FACTORS OF SAFETY THAT DR. BEA

11:10AM 7    OBTAINED.  TWO, THERE IS NO VISIBLE EVIDENCE TO SUPPORT THAT

11:10AM 8    SUCH A LATERAL TRANSLATION STABILITY FAILURE OCCURRED, AS WE

11:10AM 9    CLEARLY SAW AT THE 17TH STREET FAILURE.

11:11AM 10          JUST AS A SUMMARY OF SOME KEY POINTS I'VE TRIED

11:11AM 11    TO MAKE IN THE SUMMARY PRESENTATION.

11:11AM 12          NEXT SLIDE.

11:11AM 13          PHOTOGRAPHS TO ME CLEARLY SHOW FAILURE MODES --

11:11AM 14    THAT THE FAILURE MODES WERE OVERTURNING OF THE I-WALL.  THAT --

11:11AM 15    JUST APART FROM ANALYSIS, THOSE PHOTOGRAPHS ARE EXTREMELY

11:11AM 16    TELLING TO ME.

11:11AM 17          THE BREACHES, THE TWO BREACHES, NORTH AND SOUTH,

11:11AM 18    OCCURRED WHERE THE TOP OF THE WALL WAS THE LOWEST.  THAT'S

11:11AM 19    PRETTY -- STANDS OUT TO ME THAT IT MAKES SENSE THAT WHERE THE

11:11AM 20    WALL WAS THE LOWEST, WE WOULD HAVE HAD MORE -- CERTAINLY, AT

11:11AM 21    THE SOUTH, WE WOULD HAVE HAD MORE OVERFLOW, MORE DAMAGE, A

11:11AM 22    DEEPER SCOUR TRENCH AND, THEREFORE, OVERTURNING.

11:11AM 23          THE NORTH IS MORE COMPLICATED, WITH THE

11:11AM 24    STRUCTURAL FAILURE THAT OCCURRED THERE.

11:11AM 25          THE QUANTITIES OF UNDERSEEPAGE WERE *DE MINIMIS*.

**HOURLY TRANSCRIPT**

11:11AM 1   AN UNDERSEEPAGE OF ONE DROP OF WATER -- AND I'M SIMPLIFYING

11:11AM 2   THAT -- OF ROUGHLY ONE DROP OF WATER PER SECOND PER FOOT OF

11:12AM 3   WALL CANNOT CAUSE EROSION OR HEAVE OF THE LANDSIDE TOE, CANNOT

11:12AM 4   CREATE AND SUSTAIN HIGH PORE PRESSURE IN THE LAND SIDE

11:12AM 5   IMPACT -- OR HIGH UPLIFT PRESSURE ON THE LAND SIDE IMPACT.

11:12AM 6           THE WGI EXCAVATIONS HAD NO EFFECT ON THE

11:12AM 7   UNDERSEEPAGE, EITHER IN QUANTITY OR IN THE PRESSURES.

11:12AM 8           STORM LOADING OF THE LEVEE WAS SO QUICK THAT THE

11:12AM 9   CLAY SOILS DID NOT CHANGE IN STRENGTH FROM THEIR INITIAL

11:12AM 10  UNDRAINED SHEAR STRENGTHS.

11:12AM 11          THAT IS BASICALLY FUNDAMENTALLY DIFFERENT.  IN

11:12AM 12  DR. BEA'S ANALYSIS, HE HAS UPLIFT PRESSURES INCREASING AS THE

11:12AM 13  STORM PROGRESSES.  HE HAS SHEAR STRENGTH CHANGING, DECREASING

11:12AM 14  AS THE STORM PROGRESSES, WHICH IS WHY HIS FACTOR OF SAFETY GOES

11:12AM 15  DOWN.

11:12AM 16          THE LOW PERMEABILITY OF THIS CLAY SIMPLY DOES

11:12AM 17  NOT PERMIT THAT DEVELOPMENT OF UPLIFT PORE PRESSURES DURING THE

11:12AM 18  DURATION OF THE STORM AND THE EVOLUTION OF THESE FAILURES.

11:13AM 19          HIS ANALYSES VIOLATE THE BASIC OF CONCEPT OF

11:13AM 20  SOIL MECHANICS IN THAT HE HAS A SOIL STRENGTH THAT'S DECREASING

11:13AM 21  DURING THE STORM.  THAT GIVES HIM HIS LOW FACTORS OF SAFETY FOR

11:13AM 22  TRANSLATIONAL STABILITY WHEN, IN FACT, BASIC SOIL MECHANICS

11:13AM 23  TELLS US, FOR THIS RELATIVELY RAPID LOADING, THE SHEAR STRENGTH

11:13AM 24  OF THE SOIL WILL BE CONSTANT, BE THE SAME.

11:13AM 25          FINALLY, SUMMARIZING, AGAIN, WHERE I STARTED,

**HOURLY TRANSCRIPT**

11:13AM 1    NEXT SLIDE, THE SOUTH BREACH, IN MY VIEW, FAILED BY OVERTURNING

11:13AM 2    WHICH WAS CAUSED BY OVERTOPPING AND SCOUR.  IT WAS NOT DUE TO

11:13AM 3    UNDERSEEPAGE.  A GLOBAL TRANSLATIONAL INSTABILITY DID NOT

11:13AM 4    OCCUR.  MY CALCULATED FACTOR OF SAFETY THERE WAS 1.3.  THERE

11:13AM 5    WAS NO DEFECT IN THE WALL THAT WE FOUND, AND THE WGI

11:13AM 6    EXCAVATIONS HAD NO EFFECT ON THIS FAILURE.

11:13AM 7           NORTH BREACH WAS INITIATED BY A LOW FACTOR OF

11:14AM 8    SAFETY ON GLOBAL STABILITY.  I SHOWED YOU BETWEEN 1 AND 1.1,

11:14AM 9    MORE OR LESS.  THIS TRIGGERED A STRUCTURAL FAILURE OF THE WALL,

11:14AM 10   WHICH BROKE UP THE CONCRETE CAP, LEADING TO WATER GUSHING

11:14AM 11   THROUGH, SCOUR, EROSION TRENCH DEVELOPING, AND THEN

11:14AM 12   OVERTURNING.  THEN IT PROPAGATED TO THE SOUTH BY THEN

11:14AM 13   OVERTURNING MECHANISM DRIVEN BY SCOUR.

11:14AM 14           IT WAS NOT UNDERSEEPAGE.  IT WAS NOT A GLOBAL

11:14AM 15   TRANSLATIONAL INSTABILITY.  AGAIN, THE EXCAVATIONS MADE BY WGI

11:14AM 16   HAD NO EFFECT ON THIS FAILURE.

11:14AM 17           THAT ENDS MY SUMMARY.

11:14AM 18        THE COURT:  THANK YOU, SIR.

11:14AM 19        MR. SMITH:  YOUR HONOR, IF I MAY, I WOULD LIKE TO

11:14AM 20   MOVE THE ENTIRETY OF DR. MARR'S SUMMARY PRESENTATION AND

11:14AM 21   DEMONSTRATIVES INTO EVIDENCE AT THIS TIME.  IT'S BEEN MARKED AS

11:14AM 22   DEFENDANT'S EXHIBIT DM-1006.

11:15AM 23        MR. BRUNO:  TO WHICH WE WOULD OBJECT, YOUR HONOR.

11:15AM 24   THERE HAS BEEN NO FOUNDATION MADE FOR MANY OF THESE SLIDES, AND

11:15AM 25   WE WOULD LIKE AN OPPORTUNITY TO CROSS-EXAMINE THE WITNESS.

**HOURLY TRANSCRIPT**

11:15AM 1           THERE ARE SOME THAT WE HAVE NO PROBLEM WITH,

11:15AM 2   CERTAINLY, BUT PARTICULARLY THE ASSERTIONS BY THIS WITNESS

11:15AM 3   ABOUT WHAT DR. BEA SAID AND WHAT HE INTERPRETED THOSE

11:15AM 4   STATEMENTS TO MEAN HAVE ABSOLUTELY NO FOUNDATION, SO WE WOULD

11:15AM 5   OBJECT AT THIS TIME.

11:15AM 6           MR. SMITH:  YOUR HONOR, IF YOU WANT TO RESERVE

11:15AM 7   RULING, I CERTAINLY UNDERSTAND.

11:15AM 8           THE COURT:  I DO.  SEE WHICH ONES YOU CAN AGREE ON.

11:15AM 9   THE COURT WILL CERTAINLY ALLOW WHEN IT'S AGREED.  IF YOU CAN

11:15AM 10  AGREE ON SOME, AND NOT ALL, THEN I CAN THEN FOCUS MY RULING ON

11:15AM 11  WHAT'S NOT AGREED ON.

11:15AM 12          MR. SMITH:  THANK YOU, YOUR HONOR.

11:15AM 13          THE COURT:  THANK YOU.

11:15AM 14           MR. BRUNO.

11:15AM 15          MR. BRUNO:  YES, YOUR HONOR.

11:16AM 16          THE COURT:  WE'LL PROBABLY GO FOR ABOUT 45 MINUTES

11:16AM 17  AND THEN TAKE A LUNCH BREAK, IF THAT'S OKAY WITH YOU, SIR.

11:16AM 18                   CROSS-EXAMINATION

11:16AM 19  BY MR. BRUNO:

11:16AM 20  Q.   GOOD MORNING, DR. MARR.  I DON'T KNOW THAT WE'VE MET.  MY

11:16AM 21  NAME IS JOSEPH BRUNO.  I KNOW I WAS AT YOUR DEPOSITION FOR A

11:16AM 22  WHILE.

11:16AM 23          DR. MARR, YOU ISSUED AN EXPERT REPORT ON MARCH 12,

11:16AM 24  2012, DID YOU NOT?

11:16AM 25  A.   YES.

**HOURLY TRANSCRIPT**

11:16AM 1    Q.   THAT'S EXHIBIT NUMBER, FOR THE COURT, JX-01864.

11:16AM 2            AND I THINK THAT YOU TESTIFIED THAT YOU WERE RETAINED

11:16AM 3    BY COUNSEL FOR THE UNITED STATES OF AMERICA APPROXIMATELY ONE

11:16AM 4    YEAR EARLIER; IS THAT ACCURATE?

11:17AM 5    A.   YES.

11:17AM 6    Q.   CAN WE CALL UP, PLEASE -- AND THIS IS GOING TO BE YOUR

11:17AM 7    EXPERT REPORT AS CORRECTED, SO THAT I'M CALLING UP THE MOST

11:17AM 8    RECENT ONE.   JX -- I'M SORRY, PX-4721-16.   COULD WE HIGHLIGHT

11:17AM 9    THE PARAGRAPH THAT IS ENTITLED "APPROACH."

11:17AM 10           OKAY.   NOW, HERE WE SEE THAT YOU HAVE INDICATED IN

11:17AM 11   THIS EXPERT REPORT THAT YOUR OVERALL APPROACH WAS TO IDENTIFY

11:18AM 12   ANY AND ALL EXPLANATIONS THAT HAVE BEEN OFFERED FOR THE CAUSE

11:18AM 13   OF FAILURE AND TO COLLECT ALL INFORMATION AND DATA RELEVANT TO

11:18AM 14   THESE FAILURES.   IS THAT AN ACCURATE REPRESENTATION OF WHAT IT

11:18AM 15   WAS THAT THE GOVERNMENT ASKED YOU TO DO?

11:18AM 16   A.   NO.

11:18AM 17   Q.   IT'S NOT?

11:18AM 18   A.   NO.

11:18AM 19   Q.   ARE THOSE YOUR WORDS?

11:18AM 20   A.   YES.

11:18AM 21   Q.   DID YOU MAKE A MISTAKE?

11:18AM 22   A.   NO.

11:18AM 23   Q.   WELL, YOU'LL HAVE TO EXPLAIN TO ME -- I'M JUST A LAWYER --

11:18AM 24   HOW YOU PUT INTO YOUR REPORT THAT YOUR OVERALL APPROACH WAS TO

11:18AM 25   IDENTIFY ANY AND ALL EXPLANATIONS THAT HAVE BEEN OFFERED FOR

**HOURLY TRANSCRIPT**

11:18AM 1   THE CAUSE OF FAILURE AND TO COLLECT ALL INFORMATION AND DATA

11:18AM 2   RELEVANT TO THESE FAILURES, AND THEN TELL THE COURT THAT THAT'S

11:18AM 3   FALSE.  I'M VERY CONFUSED.  PLEASE EXPLAIN.

11:18AM 4   A.   YOU ASKED ME IF THAT'S WHAT THE GOVERNMENT ASKED ME TO DO,

11:18AM 5   AND THAT SENTENCE DOESN'T REFLECT WHAT THE GOVERNMENT ASKED ME

11:19AM 6   TO DO.  THE GOVERNMENT ASKED ME TO DETERMINE WHAT WAS THE CAUSE

11:19AM 7   OF THESE FAILURES.

11:19AM 8   Q.   THE GOVERNMENT ASKED YOU TO DETERMINE WHAT THE CAUSE OF

11:19AM 9   THE FAILURES WERE, AND THAT'S DIFFERENT FROM YOUR SENTENCE

11:19AM 10   THERE; IS THAT FAIR?

11:19AM 11   A.   YES.

11:19AM 12   Q.   ALL RIGHT.  SO AM I UNDERSTANDING, SIR, THAT YOU EXPANDED

11:19AM 13   THE MANDATE THAT THE GOVERNMENT GAVE YOU TO DO MORE THAN JUST

11:19AM 14   EXPLAIN THE FAILURES?

11:19AM 15   A.   NO.

11:19AM 16   Q.   WHICH DO YOU THINK IS MORE EXPANSIVE, YOUR SENTENCE OR THE

11:19AM 17   MANDATE?

11:19AM 18   A.   THE MANDATE WAS WHAT I WAS ASKED TO DO.  THE SENTENCE IS

11:19AM 19   HOW I WENT ABOUT DOING IT.

11:19AM 20   Q.   ALL RIGHT.  WELL, DID YOU, IN FACT, OR DID YOU NOT, IN

11:19AM 21   FACT, IDENTIFY ANY AND ALL EXPLANATIONS THAT HAD BEEN OFFERED

11:19AM 22   FOR THE CAUSE OF THE FAILURE?  DID YOU DO THAT?

11:19AM 23   A.   YES, I TRIED TO FIND, WITHIN THE CONTEXT OF MY

11:20AM 24   INVESTIGATION, THE EXPLANATIONS THAT SEEMED TO HAVE RELEVANCE

11:20AM 25   TO THE FAILURE.

**HOURLY TRANSCRIPT**

11:20AM 1    Q.   THAT SOUNDS A LITTLE DIFFERENT TO ME.  NOW YOU ARE

11:20AM 2    LIMITING THE APPROACH TO "SEEMED TO BE RELEVANT."  DID YOU --

11:20AM 3    YOU DIDN'T PUT THAT IN THERE, DID YOU?  YOU DIDN'T PUT THE

11:20AM 4    WORDS "THAT SEEMED TO BE RELEVANT," DID YOU?

11:20AM 5    A.   NO.

11:20AM 6    Q.   NO.  FAIR ENOUGH.  LET'S JUST SEE WHAT YOU DID.  YOU HAD A

11:20AM 7    YEAR TO DO WHATEVER YOU DID DO?  CAN WE AGREE ON THAT?

11:20AM 8    A.   YES.

11:20AM 9    Q.   OKAY.  AND YOU WERE AWARE, WERE YOU NOT, THAT THERE WERE

11:20AM 10   INVESTIGATIONS PERFORMED BY OTHERS IN CONNECTION WITH THIS

11:20AM 11   FAILURE?  ISN'T THAT TRUE?

11:20AM 12   A.   YES.

11:20AM 13   Q.   YOU WERE AWARE THAT A GROUP CALLED THE IPET OR THE -- I

11:20AM 14   DON'T RECALL WHAT THAT MEANS ANYMORE, "INTER" SOMETHING,

11:20AM 15   SOMETHING, SOMETHING, SOMETHING, BUT WHATEVER IT MEANS, WERE

11:21AM 16   YOU AWARE OF THAT INVESTIGATION?

11:21AM 17   A.   YES.

11:21AM 18   Q.   DID YOU READ THE REPORT?

11:21AM 19   A.   I READ -- NOT ALL OF IT.  I READ THE PARTS THAT DEALT WITH

11:21AM 20   EXPLAINING THE FAILURES, PARTICULARLY WITH FOCUS ON THE EBIA.

11:21AM 21   Q.   ALL RIGHT.  THAT WOULD INCLUDE VOLUME 4, WOULD IT NOT?

11:21AM 22   A.   YES.

11:21AM 23   Q.   NOW, DID YOU SKIM IT OR DID YOU ACTUALLY READ IT?

11:21AM 24   A.   I READ THE PARTS THAT DEALT WITH THE EBIA AREA.

11:21AM 25   Q.   AND YOU READ THE APPENDICES TO VOLUME 4; DID YOU NOT?

**HOURLY TRANSCRIPT**

11:21AM 1    A.   THE ONES -- I WOULD HAVE READ THE ONES THAT DEAL WITH

11:21AM 2    EBIA.  TO THE EXTENT THAT THEY WERE -- I'M SORRY, I CAN'T

11:21AM 3    REMEMBER WHAT WAS IN WHAT VOLUME.

11:21AM 4    Q.   I UNDERSTAND.  DID YOU MAKE AN INQUIRY OF THE GOVERNMENT

11:21AM 5    AS TO WHETHER OR NOT ANY OF THEIR OWN PREVIOUSLY RETAINED

11:21AM 6    EXPERTS HAD OFFERED OPINIONS ABOUT THE FAILURE OF THE WALLS AT

11:22AM 7    THE LOWER NINTH WARD?

11:22AM 8    A.   I DON'T THINK I DID.

11:22AM 9    Q.   DO YOU KNOW A PERSON NAMED REED MOSHER?

11:22AM 10   A.   YES.

11:22AM 11   Q.   WHO IS HE, SIR?

11:22AM 12   A.   HE WORKS FOR THE CORPS OF ENGINEERS.

11:22AM 13   Q.   DO YOU KNOW THAT HE RENDERED AN OPINION IN CONNECTION WITH

11:22AM 14   THE *ROBINSON* CASE REGARDING THE FAILURE OF THE LOWER NINTH WARD

11:22AM 15   WALLS?

11:22AM 16   A.   I KNOW THAT HE DID.  I DON'T RECALL HIS SPECIFIC OPINION.

11:22AM 17   Q.   ALL RIGHT.  YOU KNOW THAT HE DID.  SO WHAT HAPPENED TO

11:22AM 18   MY -- COULD WE HAVE IT BACK UP AND COULD WE LEAVE IT UP.

11:22AM 19           SO THAT'S ONE OF THE OPINIONS THAT WAS NOT CONSIDERED

11:22AM 20   IN YOUR OVERALL APPROACH; ISN'T THAT TRUE?

11:23AM 21   A.   WELL, YES, I THINK YOU'RE RIGHT.

11:23AM 22   Q.   OKAY.  ALL RIGHT.  SO WE DON'T KNOW WHAT HIS OPINION WAS,

11:23AM 23   AND WE DIDN'T CONSIDER IT, SO LET'S PUT THAT ASIDE.

11:23AM 24           LET'S TALK ABOUT IPET.  WHAT IS YOUR UNDERSTANDING OF

11:23AM 25   IPET'S EXPLANATION OF THE FAILURE OF THE NORTH BREACH?

**HOURLY TRANSCRIPT**

11:23AM 1    A.   GLOBAL INSTABILITY.

11:23AM 2    Q.   IS THAT CONSISTENT WITH YOUR CONCLUSION WITH REGARD TO THE

11:23AM 3    FAILURE OF THE NORTH BREACH?

11:23AM 4    A.   I THINK IT IS.

11:23AM 5    Q.   DID THEY FIND THIS STRETCHING OF THE SHEET PILE IN THE

11:23AM 6    500,000 POUNDS OF PRESSURE?  THEY FOUND ALL OF THAT AS WELL?

11:23AM 7    A.   NO.

11:23AM 8    Q.   SO IT'S NOT THE SAME?

11:23AM 9    A.   WELL, YOU ASKED ME IF THE GLOBAL INSTABILITY WAS

11:23AM 10   CONSISTENT WITH MY CONCLUSION.  I THINK I GAVE A DISCUSSION

11:23AM 11   HERE, SHOWING THAT I HAD COMPUTED A FACTOR OF SAFETY AGAINST

11:23AM 12   GLOBAL INSTABILITY OF 1.13 IF THERE WAS NO GAP, AND 1.03 IF

11:23AM 13   THERE WAS A GAP, AND I BELIEVE MY CONCLUSION SAID THAT WAS A

11:23AM 14   TRIGGERING MECHANISM TO LEAD TO LARGE FORCES IN THE FLOOD WALL.

11:23AM 15   Q.   PERHAPS I ASKED THE QUESTION INARTFULLY.  DID THE IPET

11:24AM 16   TEAM FIND THIS 500,000 POUNDS OF PRESSURE THAT YOU'VE DESCRIBED

11:24AM 17   TO THE COURT TODAY?

11:24AM 18   A.   I DON'T BELIEVE THEY LOOKED AT THAT PART.  THEY JUST DID A

11:24AM 19   GLOBAL STABILITY ANALYSIS.

11:24AM 20   Q.   AND THEY CONCLUDED THAT WAS THE SOLE CAUSE OF FAILURE?

11:24AM 21   A.   YES.

11:24AM 22   Q.   ALL RIGHT.  DID THE IPET TEAM CONSIDER OVERTOPPING?  AT

11:24AM 23   THE NORTH BREACH, I APOLOGIZE.

11:24AM 24   A.   I CAN'T RECALL.

11:24AM 25   Q.   SO WITH REGARD TO THE NORTH BREACH, WHAT OTHER OPINIONS

**HOURLY TRANSCRIPT**

11:24AM 1   DID YOU CONSIDER?  DID YOU CONSIDER ILIT?

11:24AM 2   A.   YES.

11:24AM 3   Q.   DID ILIT OPINE THAT OVERTOPPING CAUSED THE NORTH BREACH?

11:24AM 4   A.   NO.

11:24AM 5   Q.   DID YOU CONSIDER TEAM LOUISIANA?

11:24AM 6   A.   YES.

11:24AM 7   Q.   DID TEAM LOUISIANA OPINE THAT OVERTOPPING CAUSED THE

11:25AM 8   NORTH BREACH?

11:25AM 9   A.   I DON'T RECALL.

11:25AM 10  Q.   YOU -- WHEN YOU WROTE YOUR REPORT, YOU CONSIDERED

11:25AM 11  OVERTOPPING OF THE NORTH BREACH; DID YOU NOT?

11:25AM 12  A.   YES.

11:25AM 13  Q.   IN THIS SENTENCE, YOU SAID YOU IDENTIFIED ANY AND ALL

11:25AM 14  EXPLANATIONS THAT HAVE BEEN OFFERED FOR THE CAUSE OF FAILURE.

11:25AM 15  SO I'M WONDERING, DR. MARR, WHO WAS IT THAT OPINED THAT

11:25AM 16  OVERTOPPING AT THE NORTH BREACH WAS A POTENTIAL CAUSE OF

11:25AM 17  FAILURE WHICH YOU LOOKED AT IN CONSIDERATION OF THE REPORT THAT

11:25AM 18  YOU ULTIMATELY RENDERED IN MARCH OF 2012?

11:25AM 19  A.   BESIDES MYSELF, I DON'T KNOW -- I CAN'T RECALL AT THIS

11:25AM 20  POINT WHETHER ANYONE ELSE HAD TALKED ABOUT OVERTOPPING.

11:25AM 21  Q.   WELL, YOU DIDN'T THINK IT WAS A CAUSE OF FAILURE, DID YOU,

11:25AM 22  AT THE NORTH BREACH?  THIS IS BEFORE YOU WROTE YOUR

11:25AM 23  SUPPLEMENTAL REPORT.

11:26AM 24  A.   NO, IT WAS NOT.

11:26AM 25  Q.   IN FACT, THE ONLY PERSON OUT THERE IN THE WORLD, UP UNTIL

**HOURLY TRANSCRIPT**

11:26AM 1   THE TIME THAT YOUR REPORT WAS SUBMITTED, WHO HAD CONSIDERED

11:26AM 2   THAT OVERTOPPING WAS A POTENTIAL CAUSE OF FAILURE AT THE

11:26AM 3   NORTH BREACH WAS DR. DALRYMPLE AND DR. SILVA-TULLA; ISN'T THAT

11:26AM 4   TRUE?

11:26AM 5   A.   I DON'T KNOW.

11:26AM 6   Q.   YOU DON'T KNOW?

11:26AM 7   A.   RIGHT.

11:26AM 8   Q.   OKAY.  TODAY, AS YOU SIT HERE, DO YOU KNOW WHETHER OR NOT

11:26AM 9   DR. DALRYMPLE AND DR. SILVA-TULLA BELIEVE THAT OVERTOPPING AT

11:26AM 10  THE NORTH BREACH WAS A COMPONENT OF THE CAUSE OF FAILURE?

11:26AM 11  A.   YES.

11:26AM 12  Q.   OKAY.  SO YOU DIDN'T KNOW THEN, BUT YOU KNOW NOW THAT THE

11:26AM 13  ONLY PEOPLE BEFORE YOU WROTE YOUR REPORT WHO BELIEVED THAT

11:26AM 14  OVERTOPPING WAS A CAUSE OF THE NORTH BREACH FAILURE WAS

11:26AM 15  DR. DALRYMPLE AND DR. SILVA-TULLA; ISN'T THAT TRUE?

11:26AM 16  A.   THAT'S NOT TRUE.

11:26AM 17  Q.   WELL, WHO ELSE?

11:26AM 18       THE COURT:  YOU USED THE WORD "ONLY PEOPLE."  THAT

11:26AM 19  ENCOMPASSES 6 BILLION.  YOU MAY WANT TO CONFINE YOUR QUESTION.

11:27AM 20       MR. BRUNO:  ACTUALLY, JUDGE, WITH RESPECT, HE SAID

11:27AM 21  BEFORE NOBODY.  SO I HAD ASSUMED THAT HE INCLUDED THE WORLD.

11:27AM 22       THE COURT:  SIMPLY ASK HIM DOES HE KNOW OF ANYONE

11:27AM 23  ELSE OTHER THAN DR. SILVA-TULLA OR DR. DALRYMPLE WHO KNOWS

11:27AM 24  THAT.

11:27AM 25                    EXAMINATION

**HOURLY TRANSCRIPT**

11:27AM 1   BY MR. BRUNO:

11:27AM 2   Q.   BEFORE YOU WROTE YOUR REPORT, SIR, DO YOU KNOW OF ANYBODY

11:27AM 3   OTHER THAN DR. DALRYMPLE AND DR. SILVA-TULLA WHO HAD THE VIEW

11:27AM 4   THAT OVERTOPPING PLAYED ANY ROLE IN THE FAILURE OF THE

11:27AM 5   NORTH BREACH?

11:27AM 6   A.   NO.

11:27AM 7   Q.   AND IT'S YOUR TESTIMONY TODAY THAT IN THAT SENTENCE, "MY

11:27AM 8   OVERALL APPROACH WAS TO IDENTIFY ANY AND ALL EXPLANATIONS," DID

11:27AM 9   NOT INCLUDE THE OPINIONS OF DR. SILVA-TULLA AND DR. DALRYMPLE

11:27AM 10  WITH REGARD TO THE NORTH BREACH; ISN'T THAT TRUE?

11:27AM 11  A.   THAT'S CORRECT.  AT THAT TIME I WROTE THIS, I DIDN'T KNOW

11:27AM 12  WHAT THE THEIR REPORTS CONSISTED OF, NOR DID I KNOW THEIR

11:27AM 13  OPINIONS.

11:27AM 14  Q.   OKAY.  NOW, YOU WERE RETAINED BY THE GOVERNMENT, RIGHT?

11:28AM 15  A.   YES.

11:28AM 16  Q.   WERE YOU RETAINED BY WASHINGTON GROUP?

11:28AM 17  A.   NO.

11:28AM 18  Q.   DID WASHINGTON GROUP DIRECT YOUR INVESTIGATION?

11:28AM 19  A.   NO.

11:28AM 20  Q.   NOW, WHEN YOU WERE RETAINED BY THE GOVERNMENT, DID THE

11:28AM 21  GOVERNMENT INDICATE TO YOU THAT YOU HAD A BUDGET?

11:28AM 22  A.   NO.

11:28AM 23  Q.   SO YOU HAD FREE REIN TO SPEND WHAT YOU THOUGHT YOU NEEDED

11:28AM 24  TO SPEND, CORRECT?

11:28AM 25  A.   WITHIN THE REASON OF WHAT WAS NECESSARY TO ACCOMPLISH MY

**HOURLY TRANSCRIPT**

11:28AM 1    ASSIGNMENT.

11:28AM 2    Q.   OKAY.  ALL RIGHT.  WITH REGARD TO THE SOUTH BREACH,

11:28AM 3    SIMILAR QUESTIONS.  ARE YOU AWARE OF WHAT IPET OPINED TO HAVE

11:28AM 4    BEEN THE CAUSE OF THE SOUTH BREACH FAILURE?

11:28AM 5    A.   YES.

11:28AM 6    Q.   WHAT WAS THAT?

11:28AM 7    A.   OVERTOPPING AND OVERTURNING.

11:28AM 8    Q.   HOW ABOUT ILIT?

11:28AM 9    A.   YES.

11:28AM 10   Q.   SAME THING?

11:28AM 11   A.   NO.

11:28AM 12   Q.   WHAT WAS ILIT'S CONCLUSIONS ABOUT THE SOUTH BREACH

11:28AM 13   FAILURE?

11:28AM 14   A.   UNDERSEEPAGE.

11:28AM 15   Q.   TEAM LOUISIANA, WHAT WERE THEIR CONCLUSIONS ABOUT THE

11:29AM 16   FAILURE?

11:29AM 17   A.   I DON'T RECALL.

11:29AM 18   Q.   YOU DON'T RECALL.  ALL RIGHT.  SO I'M GATHERING FROM YOUR

11:29AM 19   TESTIMONY -- LET ME ASK YOU THIS QUESTION, DO YOU KNOW IF THE

11:29AM 20   GOVERNMENT HIRED ANY OTHER EXPERTS OTHER THAN YOURSELF TO

11:29AM 21   UNDERTAKE THIS EVALUATION OF THE NORTH AND SOUTH BREACH

11:29AM 22   FAILURES?

11:29AM 23   A.   YES.

11:29AM 24   Q.   DID YOU KNOW THAT WHEN YOU WERE RETAINED IN MARCH OF 2011?

11:29AM 25   A.   I KNEW SOME OF THEM.

**HOURLY TRANSCRIPT**

11:29AM 1   Q.   WERE ANY OF THEM RETAINED TO INVESTIGATE THE NORTH AND

11:29AM 2   SOUTH BREACH FAILURES SPECIFICALLY?

11:29AM 3   A.   YES.

11:29AM 4   Q.   WOULD YOU PLEASE IDENTIFY THEM.

11:29AM 5   A.   PROFESSOR BRANDON.

11:29AM 6   Q.   BRANDON.

11:29AM 7   A.   AND PROFESSOR STARK.

11:30AM 8   Q.   STARK.

11:30AM 9   A.   THAT'S ALL I KNOW, TO ANSWER YOUR QUESTION.

11:30AM 10  Q.   THANK YOU, SIR.   WHAT WAS DR. BRANDON TO DO?

11:30AM 11  A.   I DON'T KNOW FOR SURE.   I WAS NEVER -- I WAS NEVER TOLD OR

11:30AM 12  GIVEN HIS ASSIGNMENT.

11:30AM 13  Q.   DR. STARK, WHAT WAS HE TOLD TO DO?

11:30AM 14  A.   I DON'T KNOW.

11:30AM 15  Q.   ALL RIGHT.   SO IF I UNDERSTAND THIS CORRECTLY, YOU'RE

11:30AM 16  HIRED BY THE GOVERNMENT, YOU'RE TOLD, GO FIND OUT WHAT THE

11:30AM 17  CAUSE OF THE NORTH AND SOUTH BREACHES WERE, AND YOU ARE

11:30AM 18  EFFECTIVELY WORKING ON YOUR OWN; IS THAT CORRECT?

11:30AM 19  A.   I'M WORKING ON MY OWN TO CARRY OUT MY ASSIGNMENT.   I AM

11:30AM 20  COLLABORATING WITH THESE OTHER FOLKS.

11:30AM 21  Q.   ARE YOU COLLABORATING WITH BRANDON AND STARK?

11:30AM 22  A.   YES.

11:30AM 23  Q.   ARE YOU COLLABORATING WITH -- I'M SORRY, I'M CONFUSED.

11:30AM 24  WHEN DID YOU FIND OUT THAT STARK AND BRANDON WERE WORKING ON

11:30AM 25  THIS PROJECT?   WAS I AFTER YOU WERE HIRED?

**HOURLY TRANSCRIPT**

11:30AM 1   A.   FOR PROFESSOR BRANDON, I KNEW VERY SOON.  I DON'T KNOW IF

11:30AM 2   I KNEW IT THE DAY I WAS ASKED, BUT WITHIN A SHORT TIME, I KNEW.

11:31AM 3   Q.   THEN STARK, WHEN DID YOU FIND OUT THAT HE WAS ON BOARD?

11:31AM 4   A.   SEVERAL WEEKS LATER.

11:31AM 5   Q.   DID YOU LEARN FROM DR. BRANDON WHETHER HE HAD ANY

11:31AM 6   PRELIMINARY OPINIONS ABOUT THE FAILURE OF THE NORTH BREACH?

11:31AM 7   A.   I DID.  I DON'T RECALL HOW SOON AFTER MY ENGAGEMENT THAT

11:31AM 8   OCCURRED.

11:31AM 9   Q.   WELL, I ASKED YOU IF YOU EVER LEARNED.  DID YOU AT SOME

11:31AM 10  POINT LEARN?

11:31AM 11  A.   YES.

11:31AM 12  Q.   WHAT WAS HIS VIEW OF THE FAILURE OF THE NORTH BREACH?

11:31AM 13  A.   GLOBAL INSTABILITY.

11:31AM 14  Q.   HOW ABOUT THE SOUTH BREACH?

11:31AM 15  A.   I BELIEVE HIS CONCLUSION WAS THAT HAD TO BE OVERTURNING.

11:31AM 16  Q.   OVERTURNING?

11:31AM 17  A.   YES.

11:31AM 18  Q.   AS A RESULT OF WHAT?

11:31AM 19  A.   THE OVERTOPPING AND SCOUR.

11:31AM 20  Q.   OKAY.  ALL RIGHT.  NOW, AT WHAT POINT DID YOU LEARN THAT

11:31AM 21  DR. DALRYMPLE HAD BEEN RETAINED BY ANY OF THE PARTIES TO WORK

11:32AM 22  ON THIS CASE?

11:32AM 23  A.   SOMETIME EARLY THIS YEAR.

11:32AM 24  Q.   WAS IT BEFORE OR AFTER YOU WROTE YOUR MAY -- I'M SORRY,

11:32AM 25  MARCH 12TH REPORT?

**HOURLY TRANSCRIPT**

11:32AM 1    A.   I HAD HEARD HIS NAME BEFORE I WROTE MY REPORT.

11:32AM 2    Q.   CAN I ASSUME THAT THAT'S ABOUT AS FAR AS IT WENT, THAT ALL

11:32AM 3    YOU KNEW WAS THAT HE WAS INVOLVED?

11:32AM 4    A.   YES.

11:32AM 5    Q.   CAN I ALSO CONCLUDE THAT YOU HAD NO IDEA WHAT

11:32AM 6    DR. DALRYMPLE'S CONCLUSIONS WERE AT THE TIME THAT YOU DRAFTED

11:32AM 7    YOUR REPORT?

11:32AM 8    A.   CORRECT.

11:32AM 9    Q.   OKAY.  SO BASICALLY YOU TWO GENTLEMEN WERE OPERATING ON

11:32AM 10   SEPARATE TRACKS, CORRECT?

11:32AM 11   A.   WELL, WE WERE WORKING INDEPENDENTLY.  WE WERE NOT WORKING

11:32AM 12   TOGETHER.

11:32AM 13   Q.   OKAY.  DR. SILVA-TULLA, WHEN DID YOU LEARN THAT

11:33AM 14   DR. SILVA-TULLA HAD BEEN EMPLOYED BY ANYONE THAT WORKED ON THIS

11:33AM 15   CASE?

11:33AM 16   A.   I KNEW HE WAS WORKING ON IT BEFORE I WAS ENGAGED.

11:33AM 17   Q.   WHEN DID YOU LEARN THAT HE WAS INVOLVED?

11:33AM 18   A.   I KNEW SOME YEARS AGO THAT HE -- I CAN'T REMEMBER THE

11:33AM 19   EXACT TIME, WHETHER IT WAS TWO OR THREE OR FOUR YEARS AGO --

11:33AM 20   THAT HE WAS WORKING WITH WASHINGTON GROUP INTERNATIONAL ON THE

11:33AM 21   EBIA FAILURES.

11:33AM 22   Q.   OKAY.  BEFORE YOU WROTE YOUR REPORT, DID YOU HAVE ANY

11:33AM 23   UNDERSTANDING FROM ANY SOURCE AS TO WHAT DR. SILVA-TULLA'S

11:33AM 24   VIEWS WERE ABOUT THE FAILURE OF THE NORTH BREACH?

11:33AM 25   A.   I DIDN'T KNOW WHAT HIS FINAL CONCLUSIONS WERE GOING TO BE.

**HOURLY TRANSCRIPT**

11:33AM 1    I HAD HAD SOME DISCUSSIONS WITH HIM ON THE VARIOUS POTENTIAL

11:34AM 2    CAUSES OF THE FAILURE AND -- BUT I DIDN'T KNOW WHAT HIS FINAL

11:34AM 3    ASSESSMENT WAS UNTIL LATER.

11:34AM 4    Q.    DID YOU -- DID YOU KNOW, AT THE VERY LEAST, THAT

11:34AM 5    DR. SILVA-TULLA WAS JUST THINKING ABOUT THE POTENTIAL OF

11:34AM 6    OVERTOPPING AT THE NORTH BREACH BEFORE YOU WROTE YOUR REPORT?

11:34AM 7    A.    YES.

11:34AM 8    Q.    SO THAT'S PROBABLY THE SOURCE OF THE OVERTOPPING THEORY AT

11:34AM 9    THE NORTH BREACH; ISN'T THAT FAIR?

11:34AM 10   A.    NO.

11:34AM 11   Q.    IT'S NOT?

11:34AM 12   A.    NO.

11:34AM 13   Q.    WELL, I ASKED YOU BEFORE IF YOU KNEW OF ANYBODY WHO HAD

11:34AM 14   THE VIEW THAT OVERTOPPING PLAYED ANY ROLE IN THE NORTH BREACH,

11:34AM 15   YOU SAID NO ONE.  I THINK YOU JUST TOLD ME THAT YOU DID LEARN

11:34AM 16   ABOUT DR. SILVA-TULLA'S INVOLVEMENT BEFORE YOUR REPORT, AND I

11:34AM 17   THINK YOU JUST TOLD ME THAT YOU LEARNED BEFORE YOUR REPORT THAT

11:34AM 18   DR. SILVA-TULLA HAD THE VIEW THAT MAYBE OVERTOPPING PLAYED A

11:34AM 19   ROLE IN THE NORTH BREACH.  DID I GET THAT WRONG?

11:34AM 20   A.    NO, THAT'S CORRECT.

11:34AM 21   Q.    OKAY.  SO THE FACT OF THE MATTER IS, BEFORE YOU WROTE YOUR

11:34AM 22   REPORT, YOU KNEW THAT DR. SILVA-TULLA HAD THE VIEW THAT

11:34AM 23   OVERTOPPING MIGHT HAVE PLAYED A ROLE IN THE FAILURE OF THE

11:34AM 24   NORTH BREACH; ISN'T THAT TRUE?

11:35AM 25   A.    THAT'S TRUE.

**HOURLY TRANSCRIPT**

11:35AM 1    Q.   OKAY.  ALL RIGHT.  SO NOW WE HAVE A SOURCE OF THE -- AN

11:35AM 2    EXPLANATION THAT OVERTOPPING MAY HAVE BEEN A CAUSE OF THE

11:35AM 3    NORTH BREACH, CORRECT?

11:35AM 4    A.   YES.

11:35AM 5    Q.   THAT'S OUR SOURCE?

11:35AM 6    A.   WELL, THERE ARE OTHER SOURCES.

11:35AM 7    Q.   WELL, WHAT OTHER SOURCES?

11:35AM 8    A.   I SHOULD SAY OTHER SOURCE.  MYSELF.  MY OWN ASSESSMENT AND

11:35AM 9    EVALUATION OF THE INFORMATION.

11:35AM 10   Q.   ALL RIGHT.  SO YOU HAD THE VIEW THAT MAYBE OVERTOPPING

11:35AM 11   PLAYED A ROLE AT THE NORTH BREACH, RIGHT?

11:35AM 12   A.   YES.

11:35AM 13   Q.   OKAY.  THANK YOU.

11:35AM 14        NOW, IN ANY CASE, YOU ISSUE A REPORT ON THE 12TH, AND

11:35AM 15   ON APRIL 21ST, YOU ISSUED AN ERRATA SHEET IN CONNECTION WITH

11:35AM 16   YOUR REPORT, RIGHT?

11:35AM 17   A.   YES, SIR.

11:35AM 18   Q.   AND THAT IS JX-01886, AND THAT'S THE REPORT THAT WE HAVE

11:36AM 19   GOT ON THE SCREEN RIGHT THERE.

11:36AM 20        LET'S GO TO 4721-14 OF THAT REPORT.

11:36AM 21        MR. OWEN:  WHAT'S THE NUMBER AGAIN?

11:36AM 22        MR. BRUNO:  4721-0014.

11:36AM 23        UNIDENTIFIED SPEAKER:  PX OR DX?

11:36AM 24        MR. BRUNO:  PX-4721.  IF WE COULD HIGHLIGHT THE

11:36AM 25   SENTENCE WHICH BEGINS IN THE MIDDLE OF THE PAGE, "THE BREACHES

**HOURLY TRANSCRIPT**

11:36AM 1   OCCURRED."  DO YOU SEE IT?  WHERE IS MY POINTER?

11:36AM 2                        EXAMINATION

11:36AM 3   BY MR. BRUNO:

11:36AM 4   Q.   ALL RIGHT.  IN YOUR REPORT, DR. MARR, DATED -- THIS ONE IS

11:36AM 5   DATED APRIL 21ST, YOU INDICATE THAT THE BREACHES OCCURRED

11:36AM 6   BETWEEN 6 TO 9:00 A.M. ON THE MORNING OF AUGUST 29TH, AS THE

11:37AM 7   PEAK OF HURRICANE KATRINA PASSED OVER NEW ORLEANS.  THAT'S WHAT

11:37AM 8   YOU WROTE.

11:37AM 9   A.   YES.

11:37AM 10  Q.   AND THAT'S WHAT YOU BELIEVED WHEN YOU WROTE THIS REPORT;

11:37AM 11  ISN'T THAT CORRECT?

11:37AM 12  A.   YES.

11:37AM 13  Q.   AND HAS YOUR OPINION CHANGED SINCE THEN?

11:37AM 14  A.   NO.

11:37AM 15  Q.   ALL RIGHT.  SO YOUR OPINION IS IDENTICAL TODAY AS IT WAS

11:37AM 16  WHEN YOU WROTE THIS REPORT, RIGHT?

11:37AM 17  A.   YES.

11:37AM 18  Q.   OKAY.  THANK YOU.

11:37AM 19           NOW, ON APRIL 23RD AND 24TH, YOU GAVE A DEPOSITION.

11:37AM 20  DID YOU NOT?

11:37AM 21  A.   YES.

11:37AM 22  Q.   AND FOR THE RECORD, THE APRIL 23RD DEPOSITION IS PX-4438

11:38AM 23  AND THE APRIL 24TH DEPOSITION IS PX-4439, CORRECT?

11:38AM 24           THE COURT:  HE MAY NOT KNOW THE EXHIBIT NUMBERS.

11:38AM 25           MR. BRUNO:  I'M SORRY.  I'M ASKING THE WRONG GUY.  IS

**HOURLY TRANSCRIPT**

11:38AM 1    THAT RIGHT?

11:38AM 2              SPEAKER:  RIGHT.

11:38AM 3              MR. STEVENS:  I'LL AGREE.

11:38AM 4              MR. BRUNO:  THEN, JUST SO WE GET THIS CORRECT, WOULD

11:38AM 5    YOU PULL UP PX-4717-0001.

11:38AM 6                        EXAMINATION

11:38AM 7    BY MR. BRUNO:

11:38AM 8    Q.   ON APRIL 30TH, JOE FAIRBANKS WRITES TO YOU AND SENDS YOU A

11:38AM 9    COPY OF YOUR TRANSCRIPT FOR YOU TO REVIEW AND FOR YOUR

11:38AM 10   SIGNATURE, CORRECT?

11:38AM 11   A.   YES.

11:38AM 12   Q.   DID YOU CORRECT THE TRANSCRIPT AND SEND IT IN?

11:38AM 13   A.   YES.

11:38AM 14   Q.   DID YOU SEND IT IN SHORTLY AFTER APRIL OF 2012?

11:38AM 15   A.   NO.

11:39AM 16             MR. BRUNO:  IN FACT, CALL UP PX-4706-0001.

11:39AM 17                        EXAMINATION

11:39AM 18   BY MR. BRUNO:

11:39AM 19   Q.   IN FACT, YOU ASKED THAT THE DEPOSITION BE RE-SENT TO YOU,

11:39AM 20   APPARENTLY, AT SOME POINT IN TIME.  AND YOU SENT YOUR CHANGES

11:39AM 21   ON AUGUST 23, 2012, RIGHT?

11:39AM 22   A.   YES.

11:39AM 23   Q.   WHY DID IT TAKE SO LONG FOR YOU TO CORRECT YOUR

11:39AM 24   DEPOSITION?

11:39AM 25   A.   ONE, I DIDN'T HAVE A RECORD THAT I HAD RECEIVED THE

                        **HOURLY TRANSCRIPT**

11:39AM 1   REQUEST AND -- IS MY MEMORY.  AND I THINK THAT'S MY REASON.

11:39AM 2   Q.   THAT'S THE ONLY REASON?

11:39AM 3   A.   THAT'S THE REASON.

11:39AM 4   Q.   THE ONLY REASON IS YOU JUST DIDN'T HAVE IT OR YOU

11:39AM 5   MISPLACED IT, RIGHT?

11:39AM 6   A.   YES.

11:39AM 7   Q.   OKAY.  NOW, ON JULY 24, 2012, YOU SUBMITTED A SUPPLEMENTAL

11:40AM 8   REPORT.

11:40AM 9        MR. BRUNO:  WE CAN CALL UP, PLEASE, DX-02647-0001.

11:40AM 10  IF WE COULD HIGHLIGHT THE FIRST PARAGRAPH.

11:40AM 11  BY MR. BRUNO:

11:40AM 12  Q.   ALL RIGHT.  LET'S SEE NOW.  HERE YOU SAY, "MY EXPERT

11:40AM 13  REPORT" -- AND I GUESS YOU'RE TALKING ABOUT THE MARCH 12TH WITH

11:40AM 14  THE APRIL 21ST ERRATA, CORRECT?  THERE IS ONLY ONE REPORT?

11:40AM 15  A.   YES, SIR.

11:40AM 16  Q.   SO YOU'RE TELLING US THAT THAT REPORT DESCRIBED AN

11:40AM 17  ANALYSIS OF SCOUR OF THE TOP OF THE LANDSIDE LEVEE EMBANKMENT

11:41AM 18  CAUSED BY WATER SPILLING OVER THE TOP OF THE LEVEE WALL FOR

11:41AM 19  BOTH THE NORTH AND THE SOUTH BREACHES.  THESE ANALYSES

11:41AM 20  CONSIDERED ONLY OVERTOPPING BY SURGE WATER AND NOT BY WAVES.

11:41AM 21  IS THAT CORRECT?

11:41AM 22  A.   YES, SIR.

11:41AM 23  Q.   NOW, LET'S MOVE DOWN TO THE SECOND PARAGRAPH, FIRST

11:41AM 24  SENTENCE.  SOMETHING HAPPENED TO MOTIVATE YOU TO DO SOME

11:41AM 25  INITIAL INVESTIGATIONS, RIGHT?

**HOURLY TRANSCRIPT**

11:41AM 1   A.   YES.

11:41AM 2   Q.   NOW, IN THIS SUPPLEMENTAL REPORT, WHAT YOU SAY IS, "DURING

11:41AM 3   MY DEPOSITION, I WAS QUESTIONED ABOUT THE SCOURING EFFECT OF

11:41AM 4   OVERTOPPING WAVES, AND I REPEATED WHAT I HAD SAID IN MY EXPERT

11:41AM 5   REPORT, BECAUSE NOTHING HAD COME TO MY ATTENTION TO ALTER MY

11:41AM 6   UNDERSTANDING THAT THE SIGNIFICANT WAVES HAD BEEN SMALL."

11:42AM 7         ALL RIGHT.  LET ME ASK YOU THIS QUESTION, DO YOU KNOW

11:42AM 8   THE DIFFERENCE BETWEEN A FORENSIC EVALUATION AND A CRITIQUE?

11:42AM 9   A.   YES.

11:42AM 10  Q.   WHAT IS A FORENSIC EVALUATION?

11:42AM 11  A.   IT'S EXAMINING -- SOMETHING HAS HAPPENED, AND ONE IS

11:42AM 12  EXAMINING WHAT THE CAUSE IS, TRYING TO DETERMINE WHAT THE CAUSE

11:42AM 13  IS.

11:42AM 14  Q.   RIGHT.  WOULD YOU AGREE THAT THAT REQUIRES A THOROUGH AND

11:42AM 15  COMPLETE UNDERSTANDING OF ALL OF THE FACTS?

11:42AM 16  A.   TO THE EXTENT THAT THOSE FACTS ARE REVEALED AND FOUND AND

11:42AM 17  AVAILABLE TO THE PERSON MAKING THE ASSESSMENT.

11:42AM 18  Q.   IS IT YOUR CONTENTION TODAY AS YOU SIT IN THIS COURTROOM

11:42AM 19  WITH ALL OF US THAT YOU HAD NO INFORMATION ABOUT WAVES BEFORE

11:42AM 20  YOU WROTE YOUR MARCH 12TH REPORT?

11:42AM 21  A.   NO.

11:42AM 22  Q.   YOU HAD INFORMATION ABOUT WAVES, RIGHT?

11:42AM 23  A.   YES.

11:42AM 24  Q.   AND THE INFORMATION EVEN THAT YOU USED TO WRITE THIS

11:43AM 25  REPORT EXISTED BEFORE YOU WROTE YOUR REPORT; ISN'T THAT TRUE?

**HOURLY TRANSCRIPT**

11:43AM 1    A.   NOT TO ME.

11:43AM 2    Q.   WELL, IT EXISTED IN THE WORLD.  RIGHT?

11:43AM 3          THE COURT:  YOU WANT HIM TO SAY IT EXISTS -- THE

11:43AM 4    REPORT ALREADY -- HAD HIS CONCLUSION ALREADY BEEN REACHED BY

11:43AM 5    DR. DALRYMPLE?

11:43AM 6                          EXAMINATION

11:43AM 7    BY MR. BRUNO:

11:43AM 8    Q.   WHAT I'M SAYING IS WHATEVER IT WAS THAT CAME TO HIS

11:43AM 9    ATTENTION, WHATEVER THAT WAS, THAT PREDATED THE DATE OF YOUR

11:43AM 10   MARCH 12TH REPORT; ISN'T THAT TRUE?

11:43AM 11   A.   I WOULD ASSUME -- DR. DALRYMPLE'S REPORT CAME ABOUT THE

11:43AM 12   SAME TIME AS MINE, SO I THINK HE PROBABLY HAD THIS OPINION, BUT

11:43AM 13   IT WASN'T AVAILABLE TO ME.  I HAD NOT SEEN HIS REPORT, NOR HAD

11:43AM 14   I EVER TALKED WITH HIM.

11:43AM 15   Q.   ALL RIGHT.  WELL, SO WHAT WAS IT THAT MOTIVATED -- WHAT

11:43AM 16   WAS THE PROBLEM?  WHY WAS THERE ANY NEED FOR YOU TO EVEN THINK

11:43AM 17   ABOUT WAVES?  WHAT WAS THE ISSUE?

11:44AM 18   A.   I HAD LEARNED IN MY DEPOSITION THAT SOME PEOPLE THOUGHT --

11:44AM 19   WELL, IN MY DEPOSITION -- LET ME BACK UP.

11:44AM 20          IN MY REPORT, I HAD NOT PAID ANY ATTENTION TO TRYING

11:44AM 21   TO LOOK AT THE TIME OF FAILURE OF THE SOUTH BREACH.  AND IN MY

11:44AM 22   DEPOSITION, THAT WAS A TOPIC OF INTEREST AND SOME DISCUSSION.

11:44AM 23          AND AFTER MY DEPOSITION, I SPENT SOME TIME LOOKING AT

11:44AM 24   WHAT -- WHAT MIGHT HAVE -- WHAT WAS THE TIME OF FAILURE OF THE

11:44AM 25   SOUTH BREACH, AND FOUND THAT IT COULD HAVE BEEN EARLIER THAN

**HOURLY TRANSCRIPT**

11:44AM 1   WHAT MY CALCULATIONS WERE SHOWING, AND WENT TO SEE WHAT COULD

11:44AM 2   EXPLAIN THAT.

11:44AM 3   Q.   DR. MARR, ISN'T IT A FUNDAMENTAL PRECEPT OF FORENSIC

11:44AM 4   ENGINEERING THAT IN THE PROCESS OF EVALUATING THE CAUSE OF

11:45AM 5   WHATEVER IT IS YOU'RE EVALUATING THE CAUSE OF, YOU LEARN ALL

11:45AM 6   THAT YOU COULD LEARN ABOUT REAL WORLD FACTS AND DATA SO THAT

11:45AM 7   YOU CAN VALIDATE WHAT YOUR FINDINGS ARE?

11:45AM 8   A.   YES, TO THE EXTENT THAT WHAT YOUR FOCUS OF YOUR

11:45AM 9   INVESTIGATION IS, YES.  MY FOCUS OF MY INVESTIGATION WAS WHY

11:45AM 10  DID IT FAIL, AND NOT TO PINPOINT THE TIME OF FAILURE IN MY

11:45AM 11  EXPORT REPORT.

11:45AM 12  Q.   BEFORE YOU WROTE YOUR REPORT, DID YOU HAVE ANY

11:45AM 13  UNDERSTANDING AS TO THE TIME OF FAILURE OF THE SOUTH BREACH?

11:45AM 14  A.   I KNEW THAT PEOPLE HAD PUT IT AT TIMES VARYING FROM

11:45AM 15  7 O'CLOCK UNTIL 9 O'CLOCK IN THE MORNING.

11:45AM 16  Q.   WHO WERE THOSE PEOPLE?

11:46AM 17  A.   I CAN'T RECALL SPECIFICALLY.

11:46AM 18  Q.   WHAT DID IPET SAY ABOUT THE TIME OF THE SOUTH BREACH

11:46AM 19  FAILURE?

11:46AM 20  A.   I DON'T RECALL SPECIFICALLY.

11:46AM 21  Q.   WHAT DID ILIT SAY ABOUT THE TIMING OF THE SOUTH BREACH

11:46AM 22  FAILURE?

11:46AM 23  A.   I DON'T RECALL.

11:46AM 24  Q.   WHAT DID TEAM LOUISIANA SAY ABOUT THE TIMING OF THE

11:46AM 25  SOUTH BREACH FAILURE?

**HOURLY TRANSCRIPT**

11:46AM  1    A.   I DON'T RECALL.

11:46AM  2    Q.   SO DO I GATHER, SIR, THAT AS A PERSON WHO DID A FORENSIC

11:46AM  3    EVALUATION OF THE CAUSE OF THE FAILURE OF THE SOUTH BREACH IN

11:46AM  4    THE ONE-YEAR PERIOD BETWEEN YOUR RETAINER AND THE DATE OF YOUR

11:46AM  5    REPORT, YOU DID NOT ONCE MAKE ANY INQUIRY AS TO WHEN THE SOUTH

11:46AM  6    WALL FAILURE OCCURRED?

11:46AM  7    A.   I DIDN'T SAY THAT.

11:46AM  8    Q.   DESCRIBE FOR US, THEN, WHAT WAS YOUR APPRECIATION OF WHEN

11:46AM  9    THE SOUTH BREACH FAILURE OCCURRED?

11:46AM  10   A.   MY UNDERSTANDING WAS SOMEWHERE BETWEEN THE HOURS OF 7 AND

11:46AM  11   9:00 A.M. IN THE MORNING, AS I INDICATED EARLIER.

11:46AM  12   Q.   THAT'S AS SPECIFIC AS YOU GOT?

11:47AM  13   A.   YES.  I SAW -- YOU KNOW, I DON'T REMEMBER THE SPECIFICS,

11:47AM  14   BUT I SAW DIFFERENT TIMES BY DIFFERENT PEOPLE.  IT WAS NOT MY

11:47AM  15   CHARGE TO TIE -- TO PIN IT DOWN TO A SPECIFIC TIME.

11:47AM  16   Q.   WELL, IT WAS YOUR CHARGE TO DO A FORENSIC EVALUATION; WAS

11:47AM  17   IT NOT?

11:47AM  18   A.   TO DETERMINE WHY THEY FAILED.

11:47AM  19   Q.   PART OF WHAT A FORENSIC ENGINEER DOES IS HE COMPARES HIS

11:47AM  20   FINDINGS WITH THE REAL WORLD FACTS WITH REGARD TO THINGS LIKE

11:47AM  21   WHEN THE BREACH OCCURRED; ISN'T THAT TRUE?

11:47AM  22   A.   THAT'S ONE THING ONE COULD LOOK AT.

11:47AM  23   Q.   AND YOU DIDN'T DO THAT, DID YOU?

11:47AM  24   A.   FOR THE SOUTH BREACH, I DID NOT --

11:47AM  25   Q.   DID YOU?

**HOURLY TRANSCRIPT**

11:47AM 1   A.   AS I'VE SAID BEFORE, I DID NOT PAY ATTENTION TO TRY TO TIE

11:47AM 2   DOWN A SPECIFIC TIME OF FAILURE.

11:48AM 3   Q.   CARL, WOULD YOU PLEASE CALL UP JX-01713.  THIS IS

11:48AM 4   DR. DALRYMPLE'S EXPERT REPORT AT PAGE 63.

11:48AM 5            TYPICALLY --

11:48AM 6            THIS IS NOT PAGE 63.  DID I SAY DALRYMPLE JX-01713 AT

11:48AM 7   PAGE 63?

11:48AM 8            WHERE IS BONNIE?

11:48AM 9            WHICH WAY DO I GO, BACKWARDS OR FORWARD.  HELP ME

11:48AM 10  HERE, I'M DYING.

11:48AM 11           THERE WE GO.  BLOW UP, PLEASE, THE BOTTOM PARAGRAPH.

11:48AM 12  NO, THE BOTTOM BOTTOM, THE ONE THAT SAYS, "BASED ON."

11:48AM 13           OKAY.  NOW, DR. DALRYMPLE HAD CONCLUDED IN HIS REPORT

11:48AM 14  THAT THE NORTH BREACH OCCURRED AT SIX O'CLOCK IN THE MORNING

11:49AM 15  AND WAS FULLY OPENED BY 6:30.

11:49AM 16           WHEN DID YOU FIRST LEARN OF THIS CONCLUSION BY

11:49AM 17  DR. DALRYMPLE?

11:49AM 18  A.   SOME TIME AFTER MY DEPOSITION.

11:49AM 19  Q.   ALL RIGHT.  AND THE SOUTH BREACH, DR. DALRYMPLE CONCLUDED

11:49AM 20  THAT IT BEGAN AT 6:45, AND WAS FULLY OPENED BY 7 O'CLOCK,

11:49AM 21  RIGHT?  RIGHT?

11:49AM 22  A.   THAT'S WHAT THAT SAYS, YES.

11:49AM 23  Q.   YOU LEARNED THAT AT THE SAME TIME THAT YOU LEARNED ABOUT

11:49AM 24  DR. DALRYMPLE'S CONCLUSIONS ABOUT THE NORTH BREACH; ISN'T THAT

11:49AM 25  TRUE?

**HOURLY TRANSCRIPT**

11:49AM 1    A.   THIS IS -- YOU SAID THIS WAS HIS EXPERT REPORT --

11:49AM 2    Q.   YES.

11:49AM 3    A.   -- IS THAT CORRECT?

11:49AM 4         YES, I LEARNED IT AT THE SAME TIME.

11:49AM 5    Q.   HOW ABOUT THIS, HAVE YOU EVER READ DR. DALRYMPLE'S REPORT?

11:49AM 6    A.   YES.

11:49AM 7    Q.   WHEN DID YOU READ IT FOR THE FIRST TIME?

11:49AM 8    A.   SOME TIME AFTER MY DEPOSITION.

11:49AM 9    Q.   SOME TIME.  HOW MUCH TIME?

11:49AM 10   A.   I CAN'T REMEMBER IF IT WAS TWO WEEKS, THREE WEEKS, FOUR

11:50AM 11   WEEKS.

11:50AM 12   Q.   IN FACT, DR. MARR, THE LAWYERS CAME TO YOU AND SAID TO

11:50AM 13   YOU, WE HAVE A PROBLEM; ISN'T THAT TRUE?

11:50AM 14   A.   NO.

11:50AM 15        MR. SMITH:  OBJECTION, YOUR HONOR.

11:50AM 16        THE COURT:  YES, I'M SORRY.

11:50AM 17        MR. SMITH:  WITHDRAW THE OBJECTION.  HE'S ALREADY

11:50AM 18   ANSWERED.

11:50AM 19        THE COURT:  I WAS MAKING A NOTE.  I APOLOGIZE.  I

11:50AM 20   NEED TO BE ABLE TO LOOK AT THE WITNESS AND TYPE WITH MY LEFT

11:50AM 21   HAND.  I'M NOT QUITE THAT DEXTROUS.

11:50AM 22                        EXAMINATION

11:50AM 23   BY MR. BRUNO:

11:50AM 24   Q.   HOW ABOUT WE APPROACH IT FROM THIS DIRECTION, DR. MARR.

11:50AM 25   YOU UNDERSTOOD, FROM WHATEVER SOURCE, THAT THERE WAS A PROBLEM

**HOURLY TRANSCRIPT**

11:50AM  1    WITH WHAT YOU HAD TOLD THE LAWYERS IN YOUR DEPOSITION, IN THAT

11:50AM  2    IN YOUR DEPOSITION, YOU TOLD THE LAWYERS THAT THE SOUTH BREACH

11:50AM  3    OCCURRED AT APPROXIMATELY 9 O'CLOCK; ISN'T THAT TRUE?

11:50AM  4    A.    NO.

11:50AM  5    Q.    THERE WAS NO PROBLEM WHATSOEVER?  RIGHT?

11:50AM  6    A.    ASK ME YOUR QUESTION AGAIN, THE LEAD-UP TO THAT.

11:50AM  7    Q.    WELL, IF YOU DIDN'T UNDERSTAND THERE WAS A PROBLEM, I'D

11:50AM  8    HAVE TO ASSUME THAT THERE WAS NO PROBLEM.  THERE WAS NO PROBLEM

11:51AM  9    WITH WHAT YOU SAID IN YOUR DEPOSITION ABOUT THE TIMING OF THE

11:51AM 10    SOUTH BREACH; ISN'T THAT TRUE?

11:51AM 11    A.    THERE WAS A QUESTION RAISED IN MY MIND IN MY DEPOSITION

11:51AM 12    ABOUT THE TIMING OF THE SOUTH BREACH COMING OUT OF THE

11:51AM 13    DEPOSITION.

11:51AM 14    Q.    IT WASN'T AT YOUR DEPOSITION, DR. MARR.  IT WAS AFTER

11:51AM 15    SOMEBODY TOLD YOU ABOUT DR. DALRYMPLE'S DIFFERENT CONCLUSIONS;

11:51AM 16    ISN'T THAT TRUE?

11:51AM 17    A.    NO, IT WAS AT MY DEPOSITION.

11:51AM 18    Q.    SO AT YOUR DEPOSITION YOU INDICATED TO THE LAWYERS, I HAVE

11:51AM 19    SOME CONCERNS IN MY MIND ABOUT THE TIMING OF THE SOUTH BREACH;

11:51AM 20    YOU SAID THAT?

11:51AM 21            THE COURT:  WE'RE GOING TO HAVE AN OBJECTION.

11:51AM 22            MR. TREEBY:  YES.  I OBJECT THAT HE'S ASKING HIM WHAT

11:51AM 23    HE TOLD THE LAWYERS OR WHAT THE LAWYERS TOLD HIM.  I THINK

11:51AM 24    THAT'S INAPPROPRIATE.

11:51AM 25            MR. BRUNO:  THAT'S WHAT A DEPOSITION IS, JUDGE.

**HOURLY TRANSCRIPT**

11:51AM 1    THE COURT:  WELL, UNLESS THERE IS SOME -- FIRST, LET

11:51AM 2    ME UNDERSTAND, ARE YOU MAKING A PRIVILEGE OR A WORK PRODUCT

11:51AM 3    OBJECTION?

11:51AM 4    MR. TREEBY:  YEAH.  IT SOUNDS TO ME LIKE -- MAYBE I

11:51AM 5    MISUNDERSTOOD MR. BRUNO'S QUESTION, BUT IT SOUNDS TO ME LIKE

11:51AM 6    THAT'S WHAT HE'S SAYING HIM.

11:51AM 7    NOW HE'S SAYING, NO, IT WAS JUST LEARNED BY THE

11:51AM 8    LAWYERS AT THE DEPOSITION BECAUSE -- IF THAT'S WHAT HE'S

11:52AM 9    ASKING, I HAVE NO PROBLEM.  THE QUESTION CONFUSED ME BECAUSE IT

11:52AM 10   SEEMED LIKE HE WAS TALKING ABOUT CONVERSATIONS OUTSIDE THE

11:52AM 11   DEPOSITION WITH LAWYERS, AND THAT WOULD RAISE BOTH THOSE --

11:52AM 12   THE COURT:  YES.  YES.

11:52AM 13   MR. BRUNO:  I AM NOT.

11:52AM 14   THE COURT:  WHY DON'T YOU RESTATE IT.

11:52AM 15   EXAMINATION

11:52AM 16   BY MR. BRUNO:

11:52AM 17   Q.   LET ME RESTATE THE QUESTION.  I WANT TO UNDERSTAND YOUR

11:52AM 18   POSITION, DR. MARR, BECAUSE I'M VERY CONFUSED.  BECAUSE IN THIS

11:52AM 19   REPORT -- LET'S GO BACK TO DX-2647-0001.

11:52AM 20   IN THIS REPORT -- IN THIS REPORT, SECOND PARAGRAPH,

11:52AM 21   YOU SPECIFICALLY SAY -- THESE YOUR WORDS -- "AFTER MY

11:52AM 22   DEPOSITION, I LEARNED."  YOU SEE THAT?

11:52AM 23   A.   YES.

11:52AM 24   Q.   ALL RIGHT.  SO YOU'RE TELLING THE JUDGE TODAY THAT YOU HAD

11:52AM 25   A CONCERN ABOUT THE TIMING OF THE SOUTH BREACH DURING YOUR

**HOURLY TRANSCRIPT**

11:52AM 1    DEPOSITION; IS THAT WHAT YOU'RE TELLING US?

11:53AM 2    A.   NO, I THINK I HAD SAID I HAD QUESTIONS ABOUT THE TIMING

11:53AM 3    THAT WAS BEING INFERRED FROM MY SCOUR CALCULATIONS DURING MY

11:53AM 4    DEPOSITION, DURING QUESTIONS BY YOUR GROUP.

11:53AM 5    Q.   IN FACT, YOU'RE THE ONLY EXPERT IN THIS CASE THAT HAD

11:53AM 6    PERFORMED SCOUR CALCULATIONS; ISN'T THAT TRUE?

11:53AM 7    A.   I BELIEVE PROFESSOR BEA SAID HE DID SCOUR CALCULATIONS, IF

11:53AM 8    I UNDERSTOOD HIS TESTIMONY RIGHT.

11:53AM 9    Q.   LET ME ASK THE QUESTION A LITTLE DIFFERENTLY.  YOU'RE THE

11:53AM 10   ONLY EXPERT WORKING FOR THE DEFENSE WHO DID ANY SCOUR

11:53AM 11   CALCULATIONS?  RIGHT?

11:53AM 12   A.   I DON'T KNOW PRECISELY WHAT OTHERS DID.  IN ALL HONESTY, I

11:53AM 13   DON'T KNOW.

11:53AM 14   Q.   ALL RIGHT.  SO YOUR CONCLUSIONS ABOUT THE TIMING OF THE

11:53AM 15   SOUTH BREACH WERE BASED UPON YOUR SCOUR CALCULATIONS; IS THAT

11:53AM 16   RIGHT?

11:53AM 17   A.   I HAD NO CONCLUSIONS ABOUT THE TIMING OF THE SOUTH BREACH

11:53AM 18   IN MY EXPERT REPORT OR IN MY DEPOSITION.

11:53AM 19   Q.   OKAY.  WE'LL GET TO THAT IN A MINUTE.

11:54AM 20        ALL RIGHT.  LET GO DOWN IN THE -- I'M SORRY, LET'S GO

11:54AM 21   UP.  TOP PARAGRAPH, LAST SENTENCE.

11:54AM 22        YOU SAY, "WHEN THIS WORK WAS BEING DONE, I ASSUMED

11:54AM 23   THAT WAVES WITHIN THE EBIA AREA IN THE EARLY MORNING OF

11:54AM 24   AUGUST 29TH WERE ON THE ORDER OF ONE FOOT OR LESS.  I HAD BASED

11:54AM 25   THIS ON SECTION VOLUME 4, 15-36 OF THE IPET REPORT, WHICH

**HOURLY TRANSCRIPT**

11:54AM 1   STATED THE SIGNIFICANT WAVE HEIGHT NEAR THE FLORIDA AVENUE

11:54AM 2   BRIDGE IS ONE FOOT."

11:54AM 3           SO YOU DID USE THE IPET REPORT, AT LEAST IN PART,

11:54AM 4   RIGHT?

11:54AM 5   A.   YES.

11:54AM 6   Q.   IN FACT, WHAT YOU'RE CITING HER IS AN APPENDIX TO

11:54AM 7   VOLUME 4; ISN'T THAT TRUE?

11:54AM 8   A.   I -- SORRY.  IT GIVES THE EXACT CITATION, SO I'M NOT SURE.

11:55AM 9   Q.   HOW ABOUT THIS, IF THIS IS A CITE TO AN APPENDIX, ALL

11:55AM 10  RIGHT, CAN I ASSUME THAT YOU READ THE MAIN BODY OF THE REPORT,

11:55AM 11  THAT IS, VOLUME 4 OF THE IPET REPORT?

11:55AM 12  A.   I WOULD HAVE AT SOME POINT, YES.

11:55AM 13  Q.   YOU WOULD HAVE.  OKAY.  FINE.  AT SOME TIME.

11:55AM 14          WOULD YOU HAVE DONE IT IN CONNECTION WITH YOUR

11:55AM 15  FORENSIC EVALUATION OF THE NORTH AND SOUTH BREACHES?

11:55AM 16  A.   YES.

11:55AM 17  Q.   OKAY.  SO WE CAN CONCLUDE THAT YOU WERE FAMILIAR WITH WHAT

11:55AM 18  CONCLUSIONS ARE ARTICULATED IN VOLUME 4 OF THE IPET REPORT, CAN

11:55AM 19  WE NOT?

11:55AM 20  A.   YES.  AT THAT TIME --

11:55AM 21  Q.   ALL RIGHT.  LET 'S GO TO THE NEXT --

11:55AM 22          THE COURT:  COUNSEL --

11:55AM 23          MR. BRUNO:  I'M SORRY.

11:55AM 24          THE COURT:  -- HE WAS STILL TALKING.

11:55AM 25          THE WITNESS:  WHEN I HAD READ IT AND IT WAS FRESH IN

**HOURLY TRANSCRIPT**

11:55AM 1   MY MIND, I WOULD HAVE KNOWN WHAT THEY CONCLUDED.

11:55AM 2                       EXAMINATION

11:55AM 3   BY MR. BRUNO:

11:55AM 4   Q.   ALL RIGHT.   LET'S GO TO SECOND PARAGRAPH.

11:55AM 5        ALL RIGHT.   SO AFTER YOUR DEPOSITION, YOU LEARNED

11:55AM 6   THAT, "THE WAVES WERE MUCH LARGER THAN CONSIDERED IN MY

11:56AM 7   REPORT."   AND YOUR TESTIMONY IN THIS COURTROOM TODAY IS THAT

11:56AM 8   YOU WERE NOT CONCERNED IN ANY WAY THAT YOUR CONCLUSIONS ABOUT

11:56AM 9   WHEN THE SOUTH BREACH OCCURRED WERE IN CONFLICT WITH THE

11:56AM 10  CONCLUSIONS OF DR. DALRYMPLE; ISN'T THAT TRUE?

11:56AM 11  A.   AT WHAT TIME ARE YOU ASKING ME NOW?

11:56AM 12  Q.   AT THIS TIME.

11:56AM 13  A.   NOW?   YES, I NOW, AT THIS POINT, WHEN I LEARNED FROM

11:56AM 14  DR. DALRYMPLE THAT SIGNIFICANT WAVE HEIGHTS OF UP TO THREE FEET

11:56AM 15  COULD HAVE BEEN OCCURRING FOR HOURS BEFORE THE FAILURE, I

11:56AM 16  REALIZED THAT MY ANALYSES WAS MISSING SOMETHING.

11:56AM 17  Q.   ALL RIGHT.   SO YOU WERE --

11:56AM 18  A.   I'M SORRY, MY SCOUR ANALYSES WERE MISSING SOMETHING.

11:56AM 19  Q.   SO YOU WERE CONCERNED ABOUT THE DIFFERENCE IN FAILURE

11:56AM 20  TIMES BETWEEN YOU AND DR. DALRYMPLE; ISN'T THAT TRUE?

11:56AM 21  A.   WELL, I WAS NEVER -- I'VE NEVER BEEN ASKED TO PROJECT OR

11:56AM 22  PREDICT A FAILURE TIME FOR THE SOUTH BREACH.   SO MY ISSUE HERE

11:57AM 23  WAS NOT FAILURE TIME AS MUCH AS IT WAS THAT MY SCOUR ANALYSIS

11:57AM 24  DID NOT INCLUDE THE EFFECT OF THREE-FOOT WAVES, SIGNIFICANT

11:57AM 25  WAVE HEIGHTS, WHICH IS SIGNIFICANT.

**HOURLY TRANSCRIPT**

11:57AM 1    Q.   WELL, WHAT YOU DID DO WAS YOU EVALUATED SCOUR; ISN'T THAT

11:57AM 2    TRUE?

11:57AM 3    A.   YES.

11:57AM 4    Q.   AND WHAT YOU DID FIND WAS THAT SCOUR, AT LEAST THE SCOUR

11:57AM 5    THAT YOU UNDERSTOOD, DIDN'T OCCUR -- DIDN'T START TO OCCUR

11:57AM 6    UNTIL 7 O'CLOCK IN THE MORNING; ISN'T THAT TRUE?

11:57AM 7    A.   THAT'S ABOUT RIGHT.  WHERE NO WAVES, IT WOULDN'T HAVE

11:57AM 8    STARTED, BY DEFINITION, UNTIL THE FLOODWATER STARTED FLOWING

11:57AM 9    OVER THE TOP OF THE WALL.

11:57AM 10   Q.   UNDERSTOOD.  WHICH IS 15 MINUTES AFTER DR. DALRYMPLE SAYS

11:57AM 11   THE SOUTH BREACH OCCURRED, RIGHT?

11:57AM 12   A.   YES.

11:57AM 13   Q.   SO YOU WERE CONCERNED ABOUT THE DISPARITY IN TIME; ISN'T

11:57AM 14   THAT TRUE?

11:57AM 15   A.   WELL, CONCERN, I DON'T THINK IS THE RIGHT WORD.  I WANTED

11:57AM 16   TO KNOW, YOU KNOW, WHAT WAS THE DIFFERENCE NOW.  FROM

11:57AM 17   DR. DALRYMPLE'S REPORT, IT WAS CLEAR THAT HE WAS SAYING

11:57AM 18   THREE-FOOT SIGNIFICANT WAVE HEIGHTS.  THAT WASN'T IN MY SCOUR

11:58AM 19   ANALYSIS, AND WE FELT IT WAS IMPORTANT TO CORRECT THAT.

11:58AM 20   Q.   OKAY.  DID DR. DALRYMPLE DO A SCOUR ANALYSIS?

11:58AM 21   A.   NOT TO MY KNOWLEDGE.

11:58AM 22   Q.   SO, WHAT WAS THE BASIS OF HIS CONCLUSION THAT THE WALL

11:58AM 23   FELL AT 6:45?

11:58AM 24   A.   I DON'T KNOW.

11:58AM 25   Q.   YOU DON'T KNOW.  WELL, WHY WOULD YOU ASSUME THAT HE WAS

**HOURLY TRANSCRIPT**

11:58AM 1   CORRECT AND YOU'RE WRONG?

11:58AM 2   A.   I DIDN'T.

11:58AM 3   Q.   OKAY.  WELL, IT SEEMS LIKE YOU WANTED TO INVESTIGATE WAVES

11:58AM 4   WHEN YOU, IN FACT, KNEW THAT WAVES WERE EXTANT BEFORE YOUR

11:58AM 5   REPORT; ISN'T THAT TRUE?

11:58AM 6   A.   I'M SORRY, I DON'T UNDERSTAND THAT WORD.

11:58AM 7   Q.   YOU KNEW THAT WAVES -- THERE WERE WAVES OUT THERE, RIGHT?

11:58AM 8   IN THE IHNC.

11:58AM 9        DURING HURRICANE KATRINA, YOU KNEW THEY HAD WAVES?

11:58AM 10  A.   YES.

11:58AM 11  Q.   AND YOU KNEW THAT SOMEBODY HAD OPINED ABOUT THE SIZE OF

11:58AM 12  THOSE WAVES, RIGHT?

11:58AM 13  A.   YES.

11:58AM 14  Q.   AND YOU EVALUATED THAT OPINION AND CONCLUDED THAT THE SIZE

11:58AM 15  OF THE WAVE WAS NOT RELEVANT TO YOUR SCOUR ANALYSIS; ISN'T THAT

11:58AM 16  TRUE?

11:58AM 17  A.   NO.  I REVIEWED THE INFORMATION I HAD FROM IPET, WHICH I

11:59AM 18  HAD READ THAT THE WAVES WITHIN THE IHNC WERE LESS THAN ONE

11:59AM 19  FOOT, SIGNIFICANT WAVE HEIGHT.  AND I MADE A CONSCIOUS DECISION

11:59AM 20  NOT -- THAT THAT WOULD BE RELATIVELY SMALL, AND DID NOT INCLUDE

11:59AM 21  WAVES IN MY INITIAL -- IN MY EXPERT REPORT.

11:59AM 22  Q.   NOW, LET'S GO TO THE NEXT SENTENCE.

11:59AM 23        RECENT WORK BY PROFESSOR ROBERT DALRYMPLE OF

11:59AM 24  JOHNS HOPKINS, A HYDRAULICS EXPERT WHO HAS EXTENSIVELY STUDIED

11:59AM 25  THE SURGE AND WAVES DURING HURRICANE KATRINA, ESTABLISHES THAT

**HOURLY TRANSCRIPT**

11:59AM 1    THE SIGNIFICANT WAVE HEIGHT IN THE EBIA WAS ABOUT THREE FEET

11:59AM 2    WITH PERIODS OF ABOUT TWO SECONDS IN THE HOURS BEFORE THE

11:59AM 3    BREACHES OCCURRED, RIGHT?

11:59AM 4    A.   YES.

11:59AM 5    Q.   ALL RIGHT.  PLEASE DESCRIBE FOR THE JUDGE YOUR

11:59AM 6    UNDERSTANDING OF THE EXTENSIVE STUDY OF WAVES DURING

12:00PM 7    HURRICANE KATRINA.  DESCRIBE IT.

12:00PM 8    A.   WHAT I HAD LEARNED WAS THAT HE HAD DONE SOME PRETTY

12:00PM 9    EXTENSIVE COMPUTER MODELING OF THE -- A LARGE AREA IN THE GULF,

12:00PM 10   AND THEN HAD DONE A MORE DETAILED MODEL WITHIN THE -- COMING

12:00PM 11   INTO THE LOUISIANA SHORELINE, INCLUDING A FAIRLY DETAILED STUDY

12:00PM 12   OF THE IHNC.

12:00PM 13   Q.   WELL, HOW DID YOU LEARN ABOUT THAT WORK?  WAS IT DESCRIBED

12:00PM 14   TO YOU, OR DID YOU READ IT?

12:00PM 15   A.   AT ONE POINT, I ACTUALLY MET DR. DALRYMPLE, AND HE

12:00PM 16   DESCRIBED TO ME WHAT HE DID.

12:00PM 17   Q.   ALL RIGHT.  SO CAN I ASSUME THAT THIS EXTENSIVE STUDY THAT

12:00PM 18   YOU'VE DESCRIBED APPEARS IN HIS EXPERT REPORT?

12:00PM 19   A.   I DON'T KNOW.  WELL, I'M SORRY.  IN THE EXPERT REPORT?

12:00PM 20   Q.   OF DR. DALRYMPLE?

12:00PM 21   A.   OF DR. DALRYMPLE.

12:00PM 22        I DON'T -- I THINK THAT HE DESCRIBES THAT HE DID

12:01PM 23   ANALYSIS.  I DON'T RECALL THE SPECIFIC DETAILS OF WHAT IS

12:01PM 24   INCLUDED IN HIS REPORT ON THE METHOD OF ANALYSIS.

12:01PM 25   Q.   ALL RIGHT.  WELL, I WOULD LIKE TO GET A BETTER

**HOURLY TRANSCRIPT**

12:01PM 1  UNDERSTANDING, SIR, OF EXACTLY WHAT IT IS THAT YOU LEARNED FROM

12:01PM 2  DR. DALRYMPLE WHICH FORMED THE BASIS OF HIS OPINION THAT THERE

12:01PM 3  WAS A THREE-FOOT WAVE.

12:01PM 4        I GOT A VAGUE SENSE THAT HE DID SOME STUDIES, BUT

12:01PM 5  WHAT SPECIFICALLY DO YOU UNDERSTAND THAT HE DID TO DETERMINE

12:01PM 6  THAT THERE WAS A THREE-FOOT WAVE IN THE IHNC AT TIMES

12:01PM 7  APPROPRIATE TO YOUR EVALUATION?

12:01PM 8  A.   I'M NOT -- MY EXPERTISE IS NOT IN WAVE MECHANICS OR IN

12:01PM 9  WATER.  I KNOW OF DR. DALRYMPLE'S REPUTATION AND HIS

12:01PM 10 BACKGROUND.

12:01PM 11       I TOOK INFORMATION FROM HIM, BASICALLY STATEMENTS

12:01PM 12 THAT THE WAVES WOULD HAVE BEEN THREE-FOOT SIGNIFICANT WAVE

12:02PM 13 HEIGHTS, AND I RELIED ON THAT INFORMATION.  I DID NOT

12:02PM 14 INDEPENDENTLY TRY TO ASSESS WHETHER THAT WAS A REALISTIC

12:02PM 15 ASSESSMENT OR NOT.

12:02PM 16 Q.   OKAY.  ALL RIGHT.  SO YOU'RE NOT HERE TO SUGGEST TO

12:02PM 17 JUDGE DUVAL THAT, IN FACT, THERE WERE THREE-FOOT WAVES IN THE

12:02PM 18 IHNC AT TIMES RELEVANT TO YOUR INVESTIGATION; ISN'T THAT TRUE?

12:02PM 19 A.   I'M RELYING ON DR. DALRYMPLE'S WORK.

12:02PM 20 Q.   BY THE WAY, DO YOU KNOW HOW A THREE-FOOT WAVE IS MEASURED?

12:02PM 21 A.   YES.

12:02PM 22 Q.   HOW DO YOU MEASURE A THREE-FOOT WAVE?

12:02PM 23 A.   WELL, WE REFER TO IT AS SIGNIFICANT WAVE HEIGHT, YOU SAW

12:02PM 24 IN MY REPORT.  THAT'S -- MATHEMATICALLY, IT'S THE AVERAGE OF

12:02PM 25 THE TOP ONE-THIRD HIGH WAVES IN A TRAIN OF WAVES THAT ARE

**HOURLY TRANSCRIPT**

12:02PM 1    COMING OVER A PERIOD OF TIME.

12:02PM 2    Q.   ALL RIGHT.

12:02PM 3    A.   IT --

12:02PM 4    Q.   I'M SORRY.

12:02PM 5    A.   IT ALSO IS -- YOU KNOW, IT'S BEEN FOUND TO BE ROUGHLY WHAT

12:02PM 6    PEOPLE SEE WHEN THEY TRY TO ESTIMATE WAVE HEIGHTS IN THE OCEAN.

12:02PM 7    Q.   SO THERE ARE 10 WAVES.  A THIRD OF THEM ARE THE HIGHEST,

12:03PM 8    AND THAT'S THE SIGNIFICANT WAVE HEIGHT, RIGHT?

12:03PM 9    A.   THE AVERAGE OF THOSE THREE WOULD BE THE SIGNIFICANT WAVE

12:03PM 10   HEIGHT.

12:03PM 11   Q.   AND THE MEASURE OF WAVE HEIGHT IS A MEASURE OF THE TROUGH

12:03PM 12   TO THE PEAK OF THE WAVE, RIGHT?

12:03PM 13   A.   AS USED THERE, YES.

12:03PM 14   Q.   THE FACT OF THE MATTER IS THAT A THREE-FOOT WAVE WILL ONLY

12:03PM 15   HAVE A FOOT AND A HALF OF WAVE RIDING ON THE STILL WATER

12:03PM 16   HEIGHT; ISN'T THAT TRUE?

12:03PM 17   A.   IN A SIMPLE HEIGHT ANALYSIS, THAT'S CORRECT.

12:03PM 18   Q.   ALL RIGHT.  SO THAT IF YOU HAVE, FOR EXAMPLE, A 10-FOOT

12:03PM 19   SURGE, AND YOU HAVE A THREE FOOT WAVE, YOU WILL HAVE 11.5 FEET

12:03PM 20   OF WATER, RIGHT?

12:03PM 21   A.   AT THE PEAK OF THE WAVE, THAT'S CORRECT.

12:03PM 22   Q.   OKAY.  YOU WON'T HAVE 13?

12:03PM 23   A.   THAT'S RIGHT.

12:03PM 24   Q.   SO YOU CUT IT IN HALF.

12:03PM 25        SO LET'S SEE IF I CAN UNDERSTAND --

**HOURLY TRANSCRIPT**

12:03PM  1          THE COURT:  MR. BRUNO, DO YOU WANT TO GO AHEAD AND

12:03PM  2    FINISH THIS --

12:03PM  3          MR. BRUNO:  I HAVE TOO MUCH.  WE CAN STOP RIGHT HERE.

12:03PM  4    THANK YOU, JUDGE.

12:03PM  5          THE COURT:  THANK YOU, WE'LL BE BACK AT, SAY, 1:05.

12:03PM  6    WE'LL RECESS.

12:03PM  7          (WHEREUPON, AT 12:03 P.M., THE COURT WAS IN LUNCHEON

8    RECESS.)

9                              *   *   *

10

11

12                      REPORTER'S CERTIFICATE

13

14       I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED
     MERIT REPORTER, CERTIFIED COURT REPORTER OF THE STATE OF
15   LOUISIANA, OFFICIAL COURT REPORTER FOR THE UNITED STATES
     DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY
16   CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT TO
     THE BEST OF MY ABILITY AND UNDERSTANDING FROM THE RECORD OF THE
17   PROCEEDINGS IN THE ABOVE-ENTITLED AND NUMBERED MATTER.

18                              *S/CATHY PEPPER*
                                CATHY PEPPER, CRR, RMR, CCR
19                              CERTIFIED REALTIME REPORTER
                                REGISTERED MERIT REPORTER
20                              OFFICIAL COURT REPORTER
                                UNITED STATES DISTRICT COURT
21                              CATHY_PEPPER@LAED.USCOURTS.GOV

22

23

24

25

                         **HOURLY TRANSCRIPT**

## 0

**0059** [1] - 1905:9
**05-4182** [1] - 1877:6

## 1

**1** [7] - 1888:2, 1888:9, 1888:17, 1907:2, 1910:16, 1928:13, 1947:8
**1-AND-A-HALF** [1] - 1890:2
**1-FOOT** [1] - 1929:20
**1.03** [2] - 1900:11, 1953:12
**1.1** [7] - 1902:2, 1908:6, 1932:25, 1933:13, 1934:4, 1934:8, 1947:8
**1.13** [3] - 1900:10, 1901:24, 1953:12
**1.3** [4] - 1900:18, 1901:20, 1901:24, 1947:4
**1.6** [2] - 1934:3, 1934:8
**1.77** [1] - 1917:24
**10** [15] - 1888:19, 1895:3, 1898:7, 1918:1, 1928:12, 1928:13, 1929:15, 1930:21, 1930:22, 1936:20, 1941:12, 1941:13, 1944:12, 1944:13, 1981:7
**10-CV-866** [1] - 1877:9
**10-FOOT** [1] - 1981:18
**10-MINUTE** [1] - 1926:8
**1006-59** [1] - 1905:9
**10:24** [1] - 1926:9
**11.5** [1] - 1981:19
**1100** [1] - 1877:24
**11TH** [1] - 1888:13
**12** [7] - 1888:11, 1888:20, 1902:23, 1903:15, 1911:5, 1929:20, 1948:23
**12-FOOT** [1] - 1914:2
**12.5** [1] - 1887:25
**12:03** [1] - 1982:7
**12TH** [5] - 1959:25, 1962:14, 1965:13, 1966:20, 1967:10
**13** [11] - 1883:24, 1887:4, 1887:18, 1888:20, 1894:5,

1909:5, 1910:18, 1913:25, 1917:5, 1925:4, 1981:22
**13-INCH** [2] - 1907:16, 1914:7
**14** [4] - 1885:10, 1925:4, 1926:16, 1926:23
**14.2** [1] - 1883:21
**15** [1] - 1977:10
**15-36** [1] - 1974:25
**157** [2] - 1925:10, 1925:14
**1718** [1] - 1879:8
**17TH** [2] - 1923:15, 1945:9
**1882** [1] - 1881:5
**19** [2] - 1902:17, 1903:18
**19-AND-A-HALF-FOOT** [1] - 1902:15
**19-AND-A-HALF-FOOT-LONG** [1] - 1909:8
**1948** [1] - 1881:6
**1966** [1] - 1932:4
**1969** [2] - 1902:10, 1907:21, 1911:8
**1980** [4] - 1902:10, 1907:11, 1907:22, 1911:9
**1982** [1] - 1881:7
**1:05** [1] - 1982:5

## 2

**2** [5] - 1888:18, 1902:21, 1907:2, 1926:17, 1944:13
**200** [1] - 1894:16
**20001** [1] - 1879:20
**2004** [1] - 1880:8
**2011** [3] - 1890:19, 1899:8, 1957:24
**2012** [7] - 1877:7, 1882:2, 1948:24, 1954:18, 1964:14, 1964:21, 1965:7
**21ST** [3] - 1962:15, 1963:5, 1965:14
**22** [2] - 1926:15, 1926:22
**23** [1] - 1964:21
**23RD** [2] - 1963:19, 1963:22
**24** [3] - 1877:7, 1882:2, 1965:7
**24TH** [2] - 1963:19, 1963:23

**25** [2] - 1926:16, 1926:23
**25,000** [4] - 1909:9, 1911:3, 1912:19, 1912:25
**2655** [1] - 1878:13
**28** [2] - 1926:15, 1926:22
**29TH** [2] - 1963:6, 1974:24

## 3

**3** [12] - 1888:18, 1894:3, 1903:8, 1903:19, 1907:2, 1907:4, 1907:6, 1911:6, 1926:20, 1926:21, 1926:22, 1928:12
**3.6** [2] - 1887:7, 1887:12
**30** [3] - 1895:3, 1898:20, 1901:21
**300** [4] - 1933:14, 1933:20, 1934:2, 1934:13
**30TH** [1] - 1964:8
**3102** [1] - 1877:24
**316** [1] - 1878:24
**32502** [1] - 1878:24
**34** [1] - 1903:17
**34-FOOT** [1] - 1902:14
**36** [2] - 1905:25, 1907:16
**3668** [1] - 1878:9

## 4

**4** [10] - 1903:9, 1903:20, 1917:6, 1917:12, 1951:21, 1951:25, 1974:25, 1975:7, 1975:11, 1975:18
**4.7** [2] - 1883:23, 1885:19
**4.9** [1] - 1890:6
**400** [1] - 1894:16
**40TH** [1] - 1887:21
**42** [1] - 1932:15
**43** [1] - 1938:25
**442** [2] - 1934:1, 1934:13
**45** [1] - 1948:16
**4721-0014** [1] - 1962:22
**4721-14** [1] - 1962:20

**49** [2] - 1906:1, 1907:16
**4905** [1] - 1878:20
**4B** [1] - 1925:4

## 5

**5** [8] - 1898:8, 1901:1, 1918:2, 1928:12, 1928:13, 1941:12, 1944:13
**5,000** [1] - 1941:25
**5.5** [1] - 1901:1
**50** [1] - 1931:1
**500** [2] - 1879:4, 1880:11
**500,000** [3] - 1909:7, 1953:6, 1953:16
**504** [1] - 1880:12
**51** [1] - 1879:20
**519** [1] - 1878:16
**53** [1] - 1904:8
**546** [1] - 1879:14
**556** [1] - 1878:9
**56** [1] - 1899:1
**58** [1] - 1907:1
**589-7779** [1] - 1880:12
**59** [2] - 1904:9, 1904:11

## 6

**6** [3] - 1889:20, 1955:19, 1963:6
**600** [1] - 1878:24
**601** [1] - 1878:13
**610** [1] - 1877:20
**618** [1] - 1878:5
**63** [3] - 1970:4, 1970:6, 1970:7
**6:00** [1] - 1928:24, 1929:6, 1929:13
**6:10** [2] - 1889:12, 1890:1
**6:30** [1] - 1970:15
**6:45** [2] - 1970:20, 1977:23

## 7

**7** [5] - 1926:17, 1968:15, 1969:10, 1970:20, 1977:6
**70113** [2] - 1877:17, 1877:20
**70115** [1] - 1878:20
**70118** [1] - 1879:8
**70130** [3] - 1878:13,

1879:14, 1880:12
**70502** [1] - 1878:10
**70726** [1] - 1878:17
**70801** [1] - 1878:5
**75219** [1] - 1877:25
**79** [1] - 1897:5

## 8

**8** [2] - 1901:2, 1925:3
**8,000-FOOT-LONG** [1] - 1932:13
**800** [1] - 1879:4
**855** [1] - 1877:16
**888** [1] - 1880:7
**8:00** [2] - 1929:13, 1929:15

## 9

**9** [5] - 1877:11, 1936:20, 1941:13, 1968:15, 1972:3
**90017** [1] - 1879:5
**99** [1] - 1933:1
**9:00** [3] - 1877:7, 1963:6, 1969:11

## A

**A.M** [9] - 1877:7, 1926:9, 1928:24, 1929:6, 1929:13, 1929:15, 1963:6, 1969:11
**ABILITY** [1] - 1982:16
**ABLE** [3] - 1902:12, 1904:4, 1971:20
**ABOUT** [78] - 1883:23, 1883:24, 1884:14, 1885:1, 1887:6, 1890:2, 1899:2, 1901:2, 1901:4, 1902:6, 1902:21, 1902:22, 1904:18, 1906:19, 1907:4, 1907:13, 1909:7, 1910:4, 1910:16, 1911:1, 1913:22, 1916:7, 1922:24, 1924:22, 1926:1, 1929:19, 1930:9, 1936:12, 1940:16, 1941:20, 1941:24, 1948:3, 1948:16, 1950:19, 1952:6, 1952:24, 1954:20, 1957:8, 1957:12,

1957:15, 1959:6, 1959:14, 1960:2, 1960:24, 1961:5, 1961:16, 1965:13, 1966:3, 1966:19, 1966:22, 1967:11, 1967:17, 1968:6, 1968:18, 1968:21, 1968:24, 1970:23, 1970:24, 1971:5, 1971:24, 1972:9, 1972:12, 1972:15, 1972:19, 1973:10, 1973:25, 1974:2, 1974:14, 1974:17, 1975:9, 1976:8, 1976:19, 1977:7, 1977:13, 1978:11, 1979:1, 1979:2, 1979:13

**ABOVE** [2] - 1894:17, 1982:16

**ABOVE-ENTITLED** [1] - 1982:16

**ABSOLUTELY** [1] - 1948:4

**ACCELERATED** [1] - 1885:13

**ACCELERATION** [3] - 1936:15, 1937:24, 1937:25

**ACCOMPLISH** [1] - 1956:25

**ACCOMPLISHING** [1] - 1940:6

**ACCURATE** [2] - 1949:4, 1949:14

**ACHIEVE** [1] - 1921:16

**ACHIEVED** [1] - 1921:19

**ACTION** [1] - 1877:6

**ACTUAL** [2] - 1912:13, 1937:1

**ACTUALITY** [1] - 1942:20

**ACTUALLY** [21] - 1887:21, 1891:8, 1893:22, 1896:5, 1900:16, 1901:24, 1902:12, 1902:13, 1905:15, 1906:17, 1908:21, 1908:23, 1910:17, 1919:23, 1929:18, 1933:24, 1934:19, 1941:6, 1951:23, 1955:20, 1979:15

**ADD** [1] - 1926:13

**ADDED** [1] - 1941:8

**ADDING** [1] - 1922:13

**ADDITION** [1] - 1926:17

**ADDITIONAL** [1] - 1902:4

**ADDRESS** [1] - 1897:21

**ADDRESSED** [1] - 1938:7

**ADDRESSES** [1] - 1938:10

**ADDS** [1] - 1917:22

**ADJACENT** [4] - 1906:13, 1906:14, 1906:22, 1932:13

**ADJOURNED** [1] - 1882:13

**ADMITTED** [1] - 1905:10

**ADRIAN** [1] - 1879:17

**ADVANCED** [2] - 1886:12, 1899:20

**AFFECTS** [1] - 1905:17

**AFRAID** [1] - 1904:13

**AFTER** [15] - 1884:13, 1906:8, 1929:17, 1930:21, 1958:25, 1959:7, 1959:24, 1964:14, 1967:23, 1970:18, 1971:8, 1972:14, 1973:21, 1976:5, 1977:10

**AGAIN** [8] - 1905:17, 1923:1, 1941:5, 1942:22, 1946:25, 1947:15, 1962:21, 1972:6

**AGAINST** [8] - 1888:1, 1889:19, 1890:5, 1890:6, 1890:13, 1892:22, 1908:6, 1953:11

**AGO** [3] - 1928:17, 1960:18, 1960:19

**AGREE** [9] - 1933:16, 1935:3, 1935:4, 1945:4, 1948:8, 1948:10, 1951:7, 1964:3, 1966:14

**AGREED** [5] - 1898:6, 1917:25, 1928:7, 1948:9, 1948:11

**AGREEING** [1] - 1888:25

**AGREEMENT** [1] - 1888:22

**AGREES** [1] - 1887:22

**AHEAD** [6] - 1885:5, 1896:14, 1897:24, 1907:10, 1915:24,

1982:1

**AIR** [1] - 1937:16

**AIR-WATER-SOIL** [1] - 1937:16

**ALL** [80] - 1882:7, 1888:14, 1891:5, 1891:21, 1894:20, 1895:7, 1898:9, 1899:9, 1899:12, 1902:21, 1905:4, 1912:2, 1914:14, 1915:19, 1916:10, 1917:22, 1918:13, 1922:6, 1925:19, 1925:20, 1928:7, 1928:11, 1929:15, 1930:10, 1931:5, 1932:13, 1934:13, 1943:4, 1943:24, 1944:19, 1944:22, 1948:10, 1949:12, 1949:13, 1949:25, 1950:1, 1950:12, 1950:20, 1950:21, 1951:19, 1951:21, 1952:17, 1952:22, 1953:6, 1953:22, 1954:13, 1956:8, 1957:2, 1957:18, 1958:9, 1958:15, 1959:20, 1960:2, 1962:1, 1962:10, 1963:4, 1963:15, 1965:12, 1966:7, 1966:15, 1966:19, 1967:15, 1968:5, 1970:19, 1973:24, 1974:12, 1974:14, 1974:20, 1975:9, 1975:21, 1976:4, 1976:5, 1976:17, 1979:5, 1979:17, 1979:25, 1980:16, 1981:2, 1981:18

**ALLOCATE** [1] - 1926:19

**ALLOW** [4] - 1897:15, 1931:25, 1932:8, 1948:9

**ALMOST** [5] - 1883:24, 1910:22, 1930:7, 1940:9, 1943:9

**ALONG** [10] - 1891:25, 1902:14, 1908:13, 1908:18, 1909:8, 1923:21, 1923:22, 1934:1, 1935:13

**ALREADY** [9] - 1896:19, 1908:14,

1913:15, 1922:17, 1928:2, 1931:15, 1967:4, 1971:17

**ALSO** [29] - 1883:6, 1883:23, 1884:21, 1885:24, 1886:4, 1887:7, 1903:6, 1904:12, 1907:18, 1908:2, 1909:13, 1909:14, 1919:19, 1919:22, 1921:20, 1923:5, 1923:19, 1927:13, 1928:4, 1928:10, 1934:11, 1934:22, 1936:7, 1939:13, 1939:19, 1941:19, 1960:5, 1981:5

**ALTER** [1] - 1966:5

**ALTHOUGH** [2] - 1896:7, 1926:5

**ALWAYS** [1] - 1935:11

**AM** [4] - 1885:17, 1950:12, 1958:19, 1973:13

**AMERICA** [2] - 1880:3, 1949:3

**AMONG** [1] - 1891:8

**AMOUNT** [12] - 1890:23, 1909:18, 1912:21, 1917:23, 1918:1, 1918:3, 1918:5, 1918:22, 1918:24, 1919:19, 1920:11, 1921:14

**AN** [67] - 1883:19, 1887:11, 1887:25, 1888:19, 1888:25, 1892:11, 1894:4, 1895:16, 1896:7, 1896:17, 1897:9, 1897:11, 1899:9, 1899:20, 1904:25, 1905:12, 1906:7, 1906:9, 1909:25, 1915:6, 1915:7, 1917:7, 1917:20, 1919:6, 1919:19, 1923:14, 1925:2, 1925:6, 1925:16, 1926:19, 1926:21, 1926:22, 1927:10, 1927:14, 1927:17, 1928:6, 1930:1, 1930:8, 1930:13, 1932:4, 1932:23, 1932:24, 1933:14, 1933:4, 1933:14, 1934:8, 1934:11, 1934:22, 1935:5,

1937:3, 1937:8, 1937:16, 1939:18, 1943:7, 1946:1, 1947:25, 1948:23, 1949:14, 1952:4, 1952:13, 1962:1, 1962:15, 1965:16, 1972:21, 1975:6, 1975:9

**ANALOGY** [2] - 1892:20, 1897:9

**ANALYSES** [15] - 1888:15, 1898:21, 1912:4, 1914:24, 1918:14, 1927:18, 1927:23, 1928:19, 1928:24, 1928:25, 1935:7, 1946:19, 1965:19, 1976:16, 1976:18

**ANALYSIS** [51] - 1883:19, 1884:16, 1886:11, 1886:19, 1890:1, 1891:7, 1892:20, 1894:23, 1898:14, 1899:18, 1899:20, 1900:6, 1900:13, 1900:16, 1909:15, 1918:12, 1921:1, 1921:21, 1922:19, 1924:7, 1924:9, 1927:10, 1929:24, 1932:22, 1932:24, 1932:25, 1933:1, 1933:3, 1933:4, 1933:14, 1934:17, 1934:22, 1935:2, 1935:3, 1935:5, 1935:6, 1935:8, 1938:14, 1943:18, 1945:15, 1946:12, 1953:19, 1965:17, 1976:23, 1977:19, 1977:20, 1978:15, 1979:23, 1979:24, 1981:17

**ANALYZE** [3] - 1943:15, 1943:16, 1944:6

**ANALYZED** [2] - 1892:1, 1918:18

**AND** [383] - 1882:14, 1882:17, 1882:18, 1883:1, 1883:3, 1883:7, 1883:12, 1883:14, 1884:6, 1884:14, 1884:25, 1885:2, 1885:7, 1885:13, 1885:18, 1885:24, 1886:2,

1886:4, 1886:9, 1886:19, 1887:2, 1887:11, 1887:17, 1887:19, 1887:22, 1887:25, 1888:11, 1888:15, 1888:18, 1888:20, 1889:4, 1889:6, 1889:18, 1889:25, 1890:1, 1890:11, 1891:2, 1891:4, 1891:8, 1891:12, 1891:25, 1892:2, 1892:9, 1892:15, 1892:21, 1892:23, 1892:25, 1893:14, 1894:6, 1894:7, 1894:8, 1894:16, 1894:20, 1894:21, 1895:11, 1895:18, 1896:4, 1896:17, 1896:18, 1896:24, 1897:8, 1897:10, 1897:12, 1897:14, 1897:17, 1898:2, 1899:4, 1899:21, 1899:23, 1900:3, 1900:9, 1901:1, 1901:24, 1902:3, 1902:16, 1902:17, 1902:19, 1902:23, 1903:4, 1903:9, 1903:10, 1903:14, 1903:18, 1903:25, 1904:5, 1904:12, 1904:21, 1904:25, 1905:3, 1905:14, 1905:17, 1905:23, 1906:5, 1906:6, 1906:10, 1906:18, 1907:2, 1907:22, 1907:23, 1908:2, 1908:3, 1908:6, 1908:10, 1908:12, 1908:24, 1908:25, 1909:1, 1909:16, 1909:22, 1909:25, 1910:6, 1910:23, 1911:6, 1911:7, 1911:20, 1911:23, 1912:5, 1912:24, 1913:1, 1913:10, 1913:12, 1913:14, 1913:21, 1913:23, 1914:7, 1914:9, 1914:15, 1914:16, 1914:18, 1914:21, 1914:23, 1915:5, 1915:9, 1915:13, 1915:16, 1916:3, 1916:13, 1916:14, 1916:24,

1917:3, 1917:9, 1917:11, 1917:18, 1917:25, 1918:3, 1918:14, 1918:15, 1918:16, 1918:20, 1919:5, 1919:6, 1919:13, 1920:9, 1920:12, 1920:13, 1921:1, 1921:2, 1921:21, 1921:24, 1922:7, 1922:9, 1922:25, 1923:4, 1923:18, 1923:19, 1923:21, 1924:1, 1924:4, 1924:7, 1924:12, 1924:13, 1924:18, 1925:6, 1925:17, 1925:18, 1925:21, 1925:25, 1926:6, 1926:7, 1926:14, 1926:15, 1926:16, 1926:17, 1926:20, 1926:21, 1926:22, 1926:23, 1927:7, 1927:8, 1927:16, 1927:17, 1927:24, 1928:2, 1928:6, 1928:11, 1928:12, 1928:16, 1928:18, 1928:23, 1929:4, 1929:8, 1929:20, 1931:11, 1931:16, 1932:16, 1932:22, 1932:25, 1933:1, 1933:13, 1933:16, 1934:18, 1935:2, 1935:17, 1935:19, 1935:20, 1935:23, 1936:4, 1937:6, 1937:17, 1937:20, 1938:2, 1938:7, 1938:18, 1938:22, 1939:4, 1939:7, 1939:12, 1939:15, 1939:20, 1940:3, 1940:8, 1940:13, 1940:15, 1941:2, 1941:11, 1941:16, 1941:22, 1941:25, 1942:13, 1942:15, 1943:4, 1943:8, 1943:20, 1944:1, 1944:5, 1945:17, 1945:22, 1946:1, 1946:4, 1946:18, 1947:2, 1947:5, 1947:8, 1947:11, 1947:20, 1947:24, 1948:3, 1948:10, 1948:17, 1949:2, 1949:6,

1949:12, 1949:13, 1949:25, 1950:1, 1950:2, 1950:5, 1950:9, 1950:21, 1951:9, 1951:25, 1952:18, 1952:23, 1953:12, 1953:13, 1953:20, 1954:13, 1955:3, 1955:9, 1955:15, 1956:3, 1956:7, 1956:8, 1956:9, 1957:7, 1957:21, 1958:1, 1958:7, 1958:17, 1958:21, 1958:24, 1959:19, 1961:2, 1961:16, 1962:8, 1962:14, 1962:18, 1963:10, 1963:13, 1963:19, 1963:22, 1963:23, 1964:8, 1964:9, 1964:12, 1964:20, 1965:1, 1965:13, 1965:19, 1965:20, 1966:4, 1966:8, 1966:11, 1966:14, 1966:16, 1966:24, 1967:21, 1967:22, 1967:23, 1967:25, 1968:1, 1968:6, 1968:10, 1969:4, 1969:10, 1969:23, 1970:15, 1970:19, 1970:20, 1971:12, 1971:20, 1973:11, 1975:15, 1975:25, 1976:7, 1976:20, 1977:4, 1977:19, 1978:1, 1978:11, 1978:14, 1978:19, 1978:20, 1978:25, 1979:10, 1979:15, 1980:9, 1980:13, 1981:8, 1981:11, 1981:15, 1981:19, 1982:1, 1982:15, 1982:16, 1982:16

**ANDREW** [1] - 1879:3

**ANDRY** [2] - 1877:19, 1877:19

**ANGELES** [1] - 1879:5

**ANGLE** [1] - 1903:13

**ANOTHER** [4] - 1885:2, 1890:10, 1895:6, 1902:16

**ANSWER** [2] - 1932:23, 1958:9

**ANSWERED** [1] - 1971:18

**ANY** [27] - 1898:21, 1911:14, 1924:3, 1926:25, 1928:13, 1935:4, 1949:12, 1949:25, 1950:21, 1952:5, 1954:13, 1956:4, 1956:8, 1957:20, 1958:1, 1959:5, 1959:21, 1960:22, 1960:23, 1961:14, 1962:14, 1967:16, 1967:20, 1968:12, 1969:5, 1974:10, 1976:8

**ANYBODY** [4] - 1904:4, 1925:1, 1956:2, 1961:13

**ANYMORE** [2] - 1914:6, 1951:14

**ANYONE** [5] - 1894:11, 1903:25, 1954:20, 1955:22, 1960:14

**ANYTHING** [2] - 1894:11, 1922:19

**ANYWAY** [1] - 1933:25

**APART** [9] - 1902:23, 1909:1, 1910:16, 1910:17, 1910:23, 1911:6, 1912:15, 1914:5, 1945:15

**APOLOGIZE** [2] - 1953:23, 1971:19

**APPARENTLY** [2] - 1924:21, 1964:20

**APPEAL** [2] - 1903:22, 1904:3

**APPEALS** [1] - 1904:16

**APPEARANCES** [4] - 1877:14, 1878:1, 1879:1, 1880:1

**APPEARS** [2] - 1904:7, 1979:18

**APPENDICES** [1] - 1951:25

**APPENDIX** [3] - 1933:25, 1975:6, 1975:9

**APPLICABLE** [1] - 1941:2

**APPLICATION** [1] - 1938:24

**APPLIED** [5] - 1909:5, 1909:7, 1909:10, 1911:21, 1924:10

**APPLIES** [4] - 1934:3, 1935:23, 1942:4, 1944:14

**APPLY** [4] - 1938:24, 1943:13, 1944:16, 1944:17

**APPRECIATE** [2] - 1886:24, 1896:10

**APPRECIATION** [1] - 1969:8

**APPROACH** [8] - 1927:23, 1949:9, 1949:11, 1949:24, 1951:2, 1952:20, 1956:8, 1971:24

**APPROPRIATE** [9] - 1894:8, 1895:19, 1918:8, 1927:10, 1929:25, 1931:20, 1943:18, 1944:6, 1980:7

**APPROXIMATELY** [5] - 1885:21, 1888:2, 1911:3, 1949:3, 1972:3

**APRIL** [8] - 1962:15, 1963:5, 1963:19, 1963:22, 1963:23, 1964:8, 1964:14, 1965:14

**ARE** [71] - 1882:8, 1883:25, 1888:3, 1888:22, 1889:18, 1891:15, 1892:7, 1892:8, 1892:17, 1894:5, 1894:11, 1895:7, 1898:19, 1901:15, 1903:5, 1905:4, 1905:22, 1909:22, 1910:1, 1911:24, 1912:6, 1912:12, 1912:14, 1918:22, 1919:1, 1919:16, 1923:4, 1923:12, 1924:10, 1924:12, 1924:13, 1928:6, 1928:18, 1929:22, 1930:9, 1930:14, 1933:3, 1935:15, 1935:22, 1936:3, 1936:16, 1936:21, 1937:12, 1937:15, 1938:1, 1938:6, 1940:17, 1940:21, 1941:1, 1941:2, 1945:15, 1948:1, 1949:19, 1951:1, 1957:3, 1958:17, 1958:21, 1958:23, 1962:6, 1966:16, 1968:7, 1973:2, 1975:18, 1976:11, 1980:25,

1981:7

**AREA** [15] - 1900:9, 1900:24, 1907:13, 1910:7, 1910:19, 1912:24, 1916:12, 1917:20, 1923:13, 1944:16, 1944:24, 1945:2, 1951:24, 1974:23, 1979:9

**AREAS** [5] - 1909:21, 1909:22, 1909:25, 1910:1, 1943:19

**AREN'T** [4] - 1909:21, 1910:20, 1919:15, 1920:9

**ARGUMENT** [2] - 1926:18, 1933:2

**ARMSTRONG** [1] - 1877:9

**AROUND** [2] - 1885:10, 1906:7

**ARROW** [1] - 1904:25

**ART** [1] - 1899:22

**ARTICULATED** [1] - 1975:18

**AS** [102] - 1882:24, 1883:1, 1883:15, 1883:16, 1884:18, 1886:14, 1886:16, 1888:2, 1889:8, 1892:14, 1893:10, 1893:18, 1896:2, 1896:5, 1896:18, 1897:15, 1897:19, 1898:5, 1898:9, 1898:20, 1899:7, 1905:25, 1906:2, 1908:1, 1908:5, 1909:1, 1909:9, 1910:2, 1910:18, 1911:12, 1911:17, 1913:17, 1913:20, 1915:8, 1915:20, 1916:16, 1919:17, 1919:20, 1920:25, 1923:3, 1923:10, 1923:13, 1923:24, 1924:25, 1927:10, 1927:17, 1928:4, 1928:7, 1931:11, 1933:1, 1933:4, 1935:5, 1935:18, 1936:5, 1939:12, 1939:20, 1939:21, 1941:2, 1942:2, 1942:19, 1943:1, 1943:17, 1944:4, 1944:5, 1945:8, 1945:10, 1946:12, 1946:14, 1947:21,

1949:7, 1952:5, 1953:6, 1955:8, 1959:18, 1960:2, 1960:23, 1963:6, 1963:15, 1966:18, 1967:12, 1968:13, 1969:2, 1969:5, 1969:11, 1969:12, 1970:1, 1976:23, 1980:23, 1981:13

**ASCERTAINING** [1] - 1930:14

**ASIDE** [1] - 1952:23

**ASK** [7] - 1892:3, 1926:4, 1955:22, 1957:19, 1966:7, 1972:6, 1974:9

**ASKED** [24] - 1884:14, 1905:12, 1905:13, 1908:21, 1909:13, 1909:14, 1915:13, 1922:25, 1927:21, 1933:8, 1949:15, 1950:4, 1950:5, 1950:6, 1950:8, 1950:18, 1953:9, 1953:15, 1959:2, 1959:9, 1961:13, 1964:19, 1976:21

**ASKING** [4] - 1963:25, 1972:22, 1973:9, 1976:11

**ASPECT** [1] - 1921:24

**ASSERTIONS** [1] - 1948:2

**ASSESS** [1] - 1980:14

**ASSESSMENT** [7] - 1895:16, 1914:19, 1928:6, 1961:3, 1962:8, 1966:17, 1980:15

**ASSIGNMENT** [3] - 1957:1, 1958:12, 1958:19

**ASSUME** [7] - 1908:17, 1960:2, 1967:11, 1972:8, 1975:10, 1977:25, 1979:17

**ASSUMED** [2] - 1955:21, 1974:22

**ASSUMING** [2] - 1885:1, 1929:1

**AT** [177] - 1882:16, 1882:19, 1882:20, 1883:9, 1883:16, 1883:20, 1883:21, 1884:9, 1884:17, 1885:13, 1885:18, 1886:1, 1886:12,

1886:19, 1887:2, 1887:3, 1887:6, 1887:16, 1887:18, 1887:24, 1887:25, 1888:3, 1888:11, 1889:3, 1889:12, 1889:14, 1889:15, 1889:21, 1889:24, 1890:2, 1890:4, 1890:8, 1890:10, 1890:12, 1890:15, 1893:9, 1895:18, 1895:24, 1896:9, 1897:8, 1897:17, 1898:2, 1899:3, 1899:9, 1900:21, 1900:24, 1900:25, 1901:2, 1901:13, 1901:15, 1901:16, 1901:21, 1901:25, 1902:5, 1902:7, 1902:9, 1902:13, 1903:4, 1903:12, 1905:1, 1905:15, 1906:1, 1906:21, 1907:23, 1908:15, 1908:16, 1910:19, 1910:21, 1911:8, 1911:11, 1911:12, 1912:13, 1913:9, 1914:1, 1914:8, 1914:9, 1914:10, 1914:12, 1915:6, 1915:13, 1915:16, 1916:17, 1917:1, 1917:6, 1919:21, 1920:1, 1920:5, 1921:25, 1923:15, 1923:24, 1924:6, 1924:8, 1925:7, 1925:10, 1925:12, 1925:18, 1926:6, 1926:9, 1926:14, 1927:24, 1928:18, 1928:23, 1928:24, 1929:6, 1929:15, 1929:17, 1930:10, 1930:19, 1933:5, 1934:13, 1936:1, 1936:3, 1941:21, 1941:25, 1944:19, 1944:22, 1944:24, 1945:9, 1945:20, 1947:21, 1948:5, 1948:21, 1952:6, 1953:18, 1953:22, 1954:16, 1954:17, 1954:19, 1954:22, 1955:2, 1955:9, 1956:11, 1959:9, 1959:20, 1960:6,

1961:4, 1961:6, 1961:8, 1962:11, 1964:20, 1967:21, 1967:23, 1968:14, 1969:22, 1970:4, 1970:6, 1970:14, 1970:20, 1970:23, 1971:4, 1971:20, 1972:3, 1972:14, 1972:17, 1972:18, 1973:8, 1975:3, 1975:12, 1975:13, 1975:20, 1976:11, 1976:12, 1976:13, 1977:4, 1977:23, 1979:15, 1980:6, 1980:18, 1981:21, 1982:5, 1982:7

**ATTACHED** [1] - 1907:8

**ATTEMPT** [2] - 1884:6, 1895:2

**ATTEMPTING** [1] - 1906:20

**ATTEMPTS** [1] - 1893:8

**ATTENTION** [5] - 1890:24, 1966:5, 1967:9, 1967:20, 1970:1

**ATTRIBUTED** [1] - 1936:2

**AUGUST** [3] - 1963:6, 1964:21, 1974:24

**AVAILABLE** [4] - 1888:14, 1904:15, 1966:17, 1967:13

**AVENUE** [5] - 1877:24, 1878:16, 1879:20, 1920:2, 1975:1

**AVERAGE** [2] - 1980:24, 1981:9

**AVOID** [1] - 1924:20

**AWARE** [4] - 1951:9, 1951:13, 1951:16, 1957:3

**AWAY** [7] - 1911:8, 1913:12, 1913:17, 1914:16, 1915:9, 1916:13, 1929:8

**AXIAL** [1] - 1908:17

**AXIS** [2] - 1893:7, 1908:13

---

**B**

---

**B406** [1] - 1880:11

**BACK** [30] - 1884:6,

1884:21, 1884:22, 1887:2, 1887:10, 1888:23, 1890:10, 1894:22, 1898:23, 1903:5, 1907:1, 1909:13, 1910:1, 1910:3, 1915:22, 1918:25, 1920:1, 1922:22, 1925:9, 1927:6, 1928:16, 1928:23, 1935:17, 1938:2, 1943:3, 1944:11, 1952:18, 1967:19, 1973:19, 1982:5

**BACK-FIGURED** [1] - 1943:3

**BACKGROUND** [3] - 1886:3, 1916:23, 1980:10

**BACKGROUNDS** [1] - 1899:14

**BACKWARD** [1] - 1885:14

**BACKWARDS** [1] - 1970:9

**BAD** [1] - 1903:2

**BALL** [3] - 1906:5, 1906:7, 1906:10

**BARGE** [1] - 1934:12

**BARON** [1] - 1877:22

**BARONNE** [2] - 1877:16, 1877:20

**BASED** [10] - 1887:1, 1888:14, 1888:16, 1889:3, 1889:13, 1926:12, 1928:7, 1970:12, 1974:15, 1974:24

**BASIC** [2] - 1946:19, 1946:22

**BASICALLY** [4] - 1894:11, 1946:11, 1960:9, 1980:11

**BASIS** [2] - 1977:22, 1980:2

**BATON** [1] - 1878:5

**BAYLEN** [1] - 1878:24

**BE** [59] - 1885:15, 1887:3, 1891:18, 1891:23, 1891:25, 1892:17, 1894:17, 1895:12, 1895:17, 1895:19, 1896:2, 1897:9, 1897:11, 1898:22, 1899:6, 1903:23, 1904:15, 1905:9, 1908:17, 1909:4, 1909:7, 1909:10, 1911:21,

1912:21, 1915:19, 1919:6, 1919:9, 1920:7, 1920:24, 1921:10, 1921:19, 1922:5, 1923:13, 1926:10, 1927:17, 1927:21, 1930:21, 1934:3, 1934:7, 1934:8, 1936:12, 1936:17, 1936:18, 1937:7, 1937:11, 1944:13, 1946:24, 1949:6, 1951:2, 1951:4, 1959:15, 1960:25, 1964:19, 1971:20, 1978:20, 1981:5, 1981:9, 1982:5

**BEA** [27] - 1887:20, 1888:24, 1892:1, 1916:10, 1916:16, 1918:2, 1918:13, 1919:20, 1920:25, 1922:24, 1927:24, 1930:1, 1930:7, 1930:13, 1932:20, 1935:18, 1936:22, 1938:18, 1940:6, 1940:16, 1941:13, 1941:24, 1942:17, 1943:7, 1945:6, 1948:3, 1974:7

**BEA'S** [12] - 1896:4, 1898:14, 1916:1, 1916:18, 1916:22, 1928:18, 1935:12, 1941:21, 1943:13, 1944:10, 1944:25, 1946:12

**BEACH** [1] - 1898:2
**BECAME** [1] - 1907:13
**BECAUSE** [26] - 1883:7, 1889:10, 1889:15, 1890:2, 1894:25, 1895:24, 1900:13, 1903:24, 1904:2, 1909:17, 1911:22, 1912:25, 1914:5, 1915:19, 1920:4, 1921:15, 1922:16, 1931:13, 1931:24, 1938:1, 1944:25, 1966:5, 1973:8, 1973:9, 1973:18

**BECOMES** [1] - 1894:6
**BECOMING** [1] - 1910:2
**BEEN** [37] - 1889:16,

1889:17, 1889:25, 1890:6, 1892:19, 1903:3, 1903:8, 1903:13, 1903:14, 1907:23, 1910:18, 1911:11, 1913:3, 1914:21, 1915:11, 1915:20, 1924:17, 1925:6, 1925:8, 1929:9, 1947:21, 1947:24, 1949:12, 1949:25, 1950:21, 1954:14, 1957:4, 1959:21, 1960:14, 1962:2, 1966:6, 1967:4, 1967:25, 1976:15, 1976:21, 1980:12, 1981:5

**BEFORE** [26] - 1877:12, 1884:9, 1887:4, 1926:20, 1928:19, 1931:23, 1954:22, 1955:13, 1955:21, 1956:2, 1959:24, 1960:1, 1960:16, 1960:22, 1961:6, 1961:13, 1961:16, 1961:17, 1961:21, 1966:19, 1966:25, 1968:12, 1970:1, 1976:15, 1978:4, 1979:2

**BEGAN** [1] - 1970:20
**BEGINNING** [3] - 1886:2, 1929:2, 1929:3

**BEGINS** [1] - 1962:25
**BEHAVE** [1] - 1898:11
**BEHIND** [2] - 1885:24, 1886:13

**BEING** [12] - 1885:7, 1901:23, 1903:24, 1908:2, 1909:17, 1912:25, 1921:24, 1921:25, 1924:10, 1924:19, 1974:3, 1974:22

**BELABOR** [1] - 1941:5
**BELIEVE** [7] - 1935:13, 1942:17, 1953:13, 1953:18, 1955:9, 1959:15, 1974:7

**BELIEVED** [2] - 1955:13, 1963:10
**BELOW** [1] - 1901:24
**BENCH** [2] - 1897:10, 1898:2
**BENDING** [1] -

1908:16
**BENEATH** [3] - 1917:15, 1917:23, 1932:9
**BENJAMIN** [1] - 1880:7
**BESIDES** [1] - 1954:19
**BEST** [3] - 1888:8, 1888:16, 1982:16
**BETTER** [3] - 1929:11, 1935:25, 1979:25
**BETWEEN** [8] - 1894:16, 1926:18, 1947:8, 1963:6, 1966:8, 1969:4, 1969:10, 1976:20
**BIG** [2] - 1930:1, 1937:17
**BILLION** [1] - 1955:19
**BIT** [11] - 1893:18, 1894:6, 1894:15, 1903:12, 1915:22, 1922:23, 1926:13, 1929:14, 1929:15, 1935:25
**BITE** [1] - 1926:6
**BLOCK** [2] - 1892:20, 1892:24
**BLOW** [1] - 1970:11
**BLOWN** [1] - 1906:5
**BLOWOUT** [1] - 1919:21
**BLUE** [1] - 1909:21
**BOARD** [1] - 1959:3
**BODY** [1] - 1975:10
**BONNIE** [2] - 1878:8, 1970:8
**BORING** [2] - 1890:18, 1925:3
**BORINGS** [2] - 1890:17, 1925:17
**BOTH** [11] - 1889:3, 1891:15, 1912:23, 1918:22, 1922:8, 1924:18, 1926:5, 1937:6, 1942:6, 1965:19, 1973:11
**BOTTOM** [11] - 1902:24, 1903:4, 1903:14, 1914:5, 1914:7, 1914:8, 1914:10, 1970:11, 1970:12
**BOULEVARD** [1] - 1879:4
**BOUNDS** [1] - 1935:4
**BOX** [2] - 1878:9, 1880:7
**BRANCH** [1] - 1880:6

**BRANDON** [7] - 1958:5, 1958:6, 1958:10, 1958:21, 1958:24, 1959:1, 1959:5
**BREACH** [83] - 1889:3, 1889:7, 1889:8, 1889:11, 1889:12, 1889:21, 1890:19, 1900:9, 1900:13, 1900:21, 1900:22, 1901:8, 1901:9, 1901:13, 1901:16, 1902:7, 1902:8, 1906:16, 1911:25, 1914:25, 1921:2, 1921:3, 1921:4, 1930:11, 1931:14, 1947:1, 1947:7, 1952:25, 1953:3, 1953:23, 1953:25, 1954:3, 1954:8, 1954:11, 1954:16, 1954:22, 1955:3, 1955:10, 1955:14, 1956:5, 1956:10, 1957:2, 1957:4, 1957:12, 1957:21, 1958:2, 1959:6, 1959:12, 1959:14, 1960:24, 1961:6, 1961:9, 1961:14, 1961:19, 1961:24, 1962:3, 1962:11, 1967:21, 1967:25, 1968:13, 1968:18, 1968:21, 1968:25, 1969:3, 1969:9, 1969:21, 1969:24, 1970:14, 1970:19, 1970:24, 1972:2, 1972:10, 1972:12, 1972:19, 1973:25, 1974:15, 1974:17, 1976:9, 1976:22, 1977:11
**BREACHES** [9] - 1877:4, 1945:17, 1958:17, 1962:25, 1963:5, 1965:19, 1975:15, 1979:3
**BREAK** [3] - 1926:4, 1926:15, 1948:17
**BREAKAWAY** [1] - 1913:11
**BREAKING** [1] - 1912:14
**BRIAN** [1] - 1879:19
**BRIDGE** [1] - 1975:2
**BRIEFLY** [1] - 1908:1

**BRINGS** [2] - 1902:5, 1913:22
**BROAD** [1] - 1922:1
**BROKE** [2] - 1882:16, 1947:10
**BROUSSARD** [1] - 1879:13
**BRUNO** [32] - 1877:15, 1877:16, 1904:19, 1910:8, 1910:12, 1947:23, 1948:14, 1948:15, 1948:19, 1948:21, 1955:20, 1956:1, 1962:22, 1962:24, 1963:3, 1963:25, 1964:4, 1964:7, 1964:16, 1964:18, 1965:9, 1965:11, 1967:7, 1971:23, 1972:25, 1973:13, 1973:16, 1975:23, 1976:3, 1982:1, 1982:3
**BRUNO'S** [1] - 1973:5
**BRUNO..................... .** [1] - 1881:6
**BUDD** [1] - 1877:22
**BUDGET** [1] - 1956:21
**BUILD** [1] - 1908:11
**BUILDS** [1] - 1883:17
**BUILDUP** [1] - 1928:25
**BURKE** [1] - 1877:23
**BUT** [63] - 1885:18, 1886:6, 1890:11, 1892:20, 1893:6, 1893:23, 1896:11, 1897:24, 1899:21, 1900:14, 1903:3, 1903:7, 1903:23, 1903:24, 1904:1, 1904:3, 1904:22, 1906:8, 1908:10, 1908:17, 1910:21, 1912:15, 1914:1, 1914:23, 1916:11, 1919:22, 1920:4, 1920:10, 1923:5, 1924:7, 1925:17, 1925:21, 1926:13, 1926:25, 1928:19, 1929:2, 1929:10, 1929:18, 1930:22, 1930:23, 1931:7, 1932:22, 1933:3, 1933:10, 1933:16, 1933:25, 1934:8, 1938:15, 1939:10, 1939:16, 1940:24,

# C

1941:6, 1941:9, 1941:23, 1948:2, 1951:15, 1955:12, 1959:2, 1961:2, 1967:12, 1969:14, 1973:5, 1980:4
**BY** [104] - 1877:16, 1877:19, 1877:23, 1878:4, 1878:8, 1878:12, 1878:16, 1878:19, 1878:23, 1879:3, 1879:7, 1879:12, 1879:17, 1880:4, 1880:13, 1880:14, 1881:6, 1882:12, 1883:22, 1884:2, 1887:22, 1889:5, 1889:6, 1889:21, 1893:18, 1894:13, 1894:21, 1897:25, 1898:5, 1901:18, 1909:5, 1909:18, 1910:15, 1910:16, 1910:17, 1912:21, 1913:25, 1914:17, 1915:1, 1915:2, 1915:6, 1916:2, 1916:3, 1916:4, 1917:7, 1918:7, 1918:15, 1921:1, 1924:17, 1927:15, 1929:12, 1929:13, 1931:5, 1932:4, 1932:6, 1932:18, 1936:1, 1936:25, 1937:3, 1938:7, 1940:6, 1943:6, 1944:11, 1947:1, 1947:2, 1947:7, 1947:12, 1947:13, 1947:15, 1948:2, 1948:19, 1949:3, 1951:10, 1956:1, 1956:14, 1956:16, 1956:20, 1958:16, 1959:21, 1960:14, 1963:3, 1964:7, 1964:18, 1965:11, 1965:18, 1965:20, 1967:4, 1967:7, 1969:14, 1970:15, 1970:16, 1970:20, 1971:23, 1973:7, 1973:16, 1974:4, 1976:3, 1977:8, 1978:23, 1980:20

**CA** [1] - 1879:5
**CALCULATED** [3] - 1882:17, 1909:4, 1947:4
**CALCULATING** [4] - 1887:6, 1887:7, 1918:16, 1934:21
**CALCULATION** [22] - 1885:17, 1892:14, 1892:16, 1901:23, 1908:24, 1910:14, 1917:7, 1917:13, 1917:17, 1917:19, 1918:8, 1918:10, 1918:18, 1918:19, 1919:4, 1926:11, 1928:18, 1933:16, 1934:5, 1934:9, 1934:16, 1934:18
**CALCULATIONS** [30] - 1883:2, 1884:9, 1884:25, 1885:6, 1885:8, 1886:7, 1887:15, 1887:22, 1887:24, 1888:3, 1889:5, 1898:15, 1899:24, 1911:14, 1911:16, 1916:23, 1916:24, 1917:1, 1921:6, 1921:13, 1921:19, 1934:25, 1935:3, 1941:1, 1968:1, 1974:3, 1974:6, 1974:7, 1974:11, 1974:15
**CALL** [8] - 1886:12, 1895:7, 1897:9, 1897:17, 1949:6, 1964:16, 1965:9, 1970:3
**CALLED** [13] - 1882:4, 1893:12, 1899:18, 1899:20, 1905:13, 1911:2, 1916:3, 1919:12, 1925:16, 1928:3, 1940:4, 1941:16, 1951:13
**CALLING** [1] - 1949:7
**CALVIN** [1] - 1878:16
**CAME** [7] - 1910:23, 1928:9, 1936:5, 1939:6, 1967:8, 1967:11, 1971:12
**CAN** [40] - 1883:12, 1895:13, 1897:3, 1897:8, 1897:17, 1897:19, 1906:17,

1915:22, 1920:7, 1922:18, 1923:16, 1923:18, 1923:19, 1924:25, 1926:19, 1927:21, 1927:23, 1928:13, 1929:4, 1929:11, 1930:6, 1936:17, 1936:18, 1937:11, 1943:3, 1948:8, 1948:9, 1948:10, 1949:6, 1951:7, 1960:2, 1960:5, 1965:9, 1968:7, 1975:10, 1975:17, 1975:18, 1979:17, 1981:25, 1982:3
**CAN'T** [9] - 1886:17, 1912:14, 1914:6, 1952:2, 1953:24, 1954:19, 1960:18, 1968:17, 1971:10
**CANAL** [1] - 1877:4, 1883:21, 1884:19, 1884:24, 1887:3, 1888:1, 1888:4, 1888:5, 1917:5, 1922:7, 1923:15, 1928:25, 1930:20, 1936:5, 1937:3
**CANNOT** [7] - 1895:25, 1935:6, 1940:17, 1943:7, 1943:16, 1946:3
**CAP** [4] - 1883:14, 1909:16, 1910:23, 1947:10
**CAPTURED** [1] - 1916:5
**CAREFULLY** [1] - 1925:9
**CARL** [1] - 1970:3
**CARLA** [1] - 1877:23
**CARONDELET** [1] - 1879:14
**CARRIED** [2] - 1919:13, 1925:8
**CARRY** [3] - 1914:6, 1916:13, 1958:19
**CASE** [15] - 1885:21, 1891:16, 1895:15, 1895:23, 1896:4, 1908:20, 1923:6, 1929:1, 1943:9, 1944:22, 1952:14, 1959:22, 1960:15, 1962:14, 1974:5
**CATCH** [1] - 1915:19
**CATCH-ALL** [1] - 1915:19

**CATEGORY** [1] - 1915:18
**CATHY** [3] - 1880:11, 1982:13, 1982:18
**CATHY_PEPPER@ LAED.USCOURTS. GOV** [1] - 1982:21
**CAUSE** [28] - 1889:2, 1889:7, 1896:20, 1911:21, 1914:25, 1919:22, 1946:3, 1949:12, 1950:1, 1950:6, 1950:8, 1950:22, 1953:20, 1954:14, 1954:16, 1954:21, 1955:2, 1955:10, 1955:14, 1957:4, 1958:17, 1962:2, 1966:12, 1968:4, 1968:5, 1969:3
**CAUSED** [10] - 1889:6, 1916:2, 1916:19, 1936:25, 1944:10, 1945:3, 1947:2, 1954:3, 1954:7, 1965:18
**CAUSES** [1] - 1961:2
**CCR** [2] - 1880:11, 1982:18
**CENTIMETERS** [1] - 1898:8
**CERTAIN** [2] - 1895:24, 1904:4
**CERTAINLY** [8] - 1904:6, 1904:17, 1905:3, 1938:15, 1945:20, 1948:2, 1948:7, 1948:9
**CERTIFICATE** [1] - 1982:12
**CERTIFIED** [3] - 1982:13, 1982:14, 1982:19
**CERTIFY** [1] - 1982:15
**CHANCE** [2] - 1889:20, 1918:10
**CHANGE** [19] - 1890:7, 1895:25, 1897:14, 1897:15, 1922:19, 1931:22, 1931:25, 1937:7, 1937:11, 1940:19, 1940:20, 1940:23, 1941:18, 1942:8, 1943:7, 1944:2, 1946:9
**CHANGED** [2] - 1922:16, 1963:13
**CHANGES** [3] -

1936:25, 1939:15, 1964:20
**CHANGING** [1] - 1946:13
**CHARACTERISTICS** [1] - 1899:4
**CHARACTERIZE** [2] - 1892:16, 1935:18
**CHARGE** [2] - 1969:15, 1969:16
**CHECK** [2] - 1934:5, 1934:9
**CHRISTOPHER** [2] - 1879:18, 1879:18
**CITATION** [1] - 1975:8
**CITE** [1] - 1975:9
**CITING** [1] - 1975:6
**CIVIL** [2] - 1877:6, 1880:6
**CLAIMED** [1] - 1936:7
**CLASSIC** [1] - 1923:25
**CLASSICAL** [1] - 1923:14
**CLASSIFIED** [1] - 1915:18
**CLAY** [25] - 1891:1, 1891:2, 1891:6, 1892:1, 1897:10, 1898:4, 1898:7, 1898:10, 1898:22, 1917:3, 1917:9, 1918:1, 1925:4, 1925:15, 1925:16, 1925:20, 1925:25, 1927:8, 1940:10, 1946:9, 1946:16
**CLAY'S** [1] - 1897:25
**CLAYMAN** [1] - 1879:17
**CLAYS** [14] - 1890:25, 1891:24, 1898:19, 1899:3, 1899:4, 1916:2, 1919:16, 1926:1, 1927:16, 1927:22, 1928:11, 1932:2, 1932:18, 1944:11
**CLEAR** [2] - 1934:13, 1977:17
**CLEARLY** [4] - 1910:19, 1923:21, 1945:9, 1945:13
**CLERK** [3] - 1882:7, 1904:9, 1926:10
**CLOSE** [2] - 1906:6, 1918:21
**CLOSEST** [1] - 1922:10
**CLUE** [1] - 1936:12

**COEFFICIENT** [10] - 1928:3, 1929:25, 1936:19, 1939:19, 1940:3, 1941:7, 1941:18, 1942:7, 1943:3, 1943:20
**COLLABORATING** [4] - 1894:11, 1958:20, 1958:21, 1958:23
**COLLECT** [2] - 1949:13, 1950:1
**COLORED** [1] - 1905:18
**COMBINATION** [1] - 1896:18
**COMBINE** [1] - 1887:8
**COMBINED** [1] - 1911:20
**COME** [5] - 1918:25, 1919:6, 1922:22, 1930:7, 1966:5
**COMES** [5] - 1928:10, 1928:11, 1933:22, 1934:14, 1942:23
**COMING** [6] - 1907:22, 1923:16, 1944:9, 1972:12, 1979:10, 1981:1
**COMMENT** [1] - 1915:14
**COMPARED** [2] - 1889:19, 1908:4
**COMPARES** [1] - 1969:19
**COMPARING** [1] - 1921:2
**COMPLETE** [2] - 1928:21, 1966:15
**COMPLETELY** [4] - 1907:5, 1910:20, 1910:22, 1930:3
**COMPLEX** [3] - 1913:9, 1938:4, 1938:6
**COMPLICATED** [2] - 1893:3, 1945:23
**COMPONENT** [1] - 1955:10
**COMPRESSIBILITY** [6] - 1928:3, 1929:25, 1930:10, 1936:20, 1941:7, 1943:21
**COMPUTE** [2] - 1941:25, 1943:4
**COMPUTED** [1] - 1953:11
**COMPUTER** [14] - 1880:14, 1883:2, 1883:4, 1886:12, 1899:20, 1899:21,

1900:5, 1908:24, 1909:14, 1912:12, 1918:13, 1918:19, 1934:19, 1979:9
**CONCENTRATIONS** [1] - 1912:11
**CONCEPT** [1] - 1946:19
**CONCERN** [2] - 1973:25, 1977:15
**CONCERNED** [3] - 1976:8, 1976:19, 1977:13
**CONCERNS** [1] - 1972:19
**CONCLUDE** [4] - 1914:25, 1924:5, 1960:5, 1975:17
**CONCLUDED** [3] - 1953:20, 1970:13, 1970:19, 1976:1, 1978:14
**CONCLUDING** [1] - 1883:3
**CONCLUSION** [15] - 1887:15, 1888:14, 1889:2, 1900:13, 1920:8, 1922:13, 1943:12, 1944:9, 1953:2, 1953:10, 1953:13, 1959:15, 1967:4, 1970:16, 1977:22
**CONCLUSIONS** [12] - 1944:21, 1957:12, 1957:15, 1960:6, 1960:25, 1970:24, 1972:15, 1974:14, 1974:17, 1975:18, 1976:8, 1976:10
**CONCRETE** [12] - 1883:14, 1909:16, 1909:18, 1909:24, 1910:4, 1910:5, 1910:6, 1910:23, 1911:7, 1913:10, 1913:11, 1947:10
**CONDITION** [1] - 1883:20, 1890:5, 1894:8, 1895:11, 1895:24, 1912:20, 1919:7, 1920:12, 1931:7, 1931:9
**CONDITIONS** [22] - 1883:25, 1884:4, 1884:7, 1885:25, 1887:3, 1887:8, 1887:11, 1887:17, 1887:18, 1888:25, 1889:13, 1890:15,

1911:7, 1912:13, 1918:18, 1919:5, 1919:14, 1919:18, 1920:1, 1920:3, 1921:19, 1924:12
**CONDUCIVE** [1] - 1919:15
**CONE** [2] - 1893:12, 1893:19
**CONFINE** [1] - 1955:19
**CONFIRM** [1] - 1912:7
**CONFLICT** [1] - 1976:9
**CONFUSED** [4] - 1950:3, 1958:23, 1973:9, 1973:18
**CONNECTED** [3] - 1903:8, 1903:20, 1908:9
**CONNECTING** [1] - 1907:22
**CONNECTION** [23] - 1902:14, 1902:16, 1903:6, 1903:7, 1903:9, 1903:10, 1903:19, 1904:12, 1905:2, 1905:3, 1905:25, 1906:4, 1906:11, 1906:19, 1907:3, 1907:25, 1914:12, 1951:10, 1952:13, 1962:15, 1975:14
**CONNECTS** [1] - 1911:9
**CONOR** [1] - 1880:5
**CONSCIOUS** [1] - 1978:19
**CONSEQUENCE** [2] - 1909:11, 1943:6
**CONSEQUENCES** [2] - 1916:6, 1944:20
**CONSIDER** [6] - 1908:15, 1952:23, 1953:22, 1954:1, 1954:5
**CONSIDERATION** [3] - 1889:14, 1892:4, 1954:17
**CONSIDERED** [7] - 1884:15, 1898:8, 1952:19, 1954:10, 1955:1, 1965:20, 1976:6
**CONSISTED** [1] - 1956:12
**CONSISTENT** [5] - 1884:11, 1914:20, 1934:10, 1953:2,

1953:10
**CONSISTENTLY** [1] - 1906:8
**CONSISTS** [1] - 1906:5
**CONSOLIDATED** [1] - 1877:4
**CONSOLIDATION** [3] - 1941:8, 1941:9, 1941:10
**CONSTANT** [5] - 1896:25, 1919:6, 1930:4, 1941:23, 1946:24
**CONSTANTS** [1] - 1928:1
**CONSTRAINED** [3] - 1941:17, 1942:3, 1942:15
**CONTAINED** [2] - 1900:3, 1916:25
**CONTENT** [5] - 1896:25, 1897:14, 1925:7, 1925:10, 1925:12
**CONTENTION** [2] - 1930:13, 1966:18
**CONTEXT** [1] - 1950:23
**CONTINUE** [2] - 1882:20, 1927:1
**CONTINUED** [4] - 1878:1, 1879:1, 1880:1, 1882:11
**CONTINUED)BY** [1] - 1881:5
**CONTINUOUS** [1] - 1893:11
**CONTOUR** [2] - 1909:20, 1930:22
**CONTOURS** [1] - 1930:2
**CONTRIBUTE** [1] - 1917:14
**CONTRIBUTED** [4] - 1911:24, 1916:9, 1919:10, 1944:21
**CONTROL** [3] - 1898:19, 1942:14, 1942:15
**CONTROLLED** [1] - 1932:18
**CONTROLLING** [1] - 1899:5
**CONTROLS** [1] - 1942:20
**CONUNDRUM** [1] - 1892:12
**CONVENTIONAL** [3] - 1899:22, 1935:20,

1936:13
**CONVERSATIONS** [1] - 1973:10
**CONVERT** [1] - 1918:4
**CONVINCE** [1] - 1932:21
**COPIED** [1] - 1939:25
**COPY** [1] - 1964:9
**CORNER** [1] - 1884:3
**CORPS** [5] - 1901:18, 1938:9, 1938:13, 1939:13, 1952:12
**CORRECT** [24] - 1902:25, 1911:18, 1943:15, 1956:11, 1956:24, 1958:18, 1960:8, 1960:10, 1961:20, 1962:3, 1963:11, 1963:23, 1964:4, 1964:10, 1964:12, 1964:23, 1965:14, 1965:21, 1971:3, 1977:19, 1978:1, 1981:17, 1981:21, 1982:15
**CORRECTED** [1] - 1949:7
**CORRECTLY** [1] - 1958:15
**CORRELATING** [1] - 1882:18
**CORRESPOND** [1] - 1883:4
**COULD** [26] - 1882:20, 1891:22, 1891:25, 1895:18, 1896:9, 1897:13, 1898:23, 1904:14, 1905:6, 1906:25, 1916:9, 1916:13, 1919:9, 1919:17, 1920:3, 1949:8, 1952:18, 1962:24, 1965:10, 1967:25, 1968:1, 1968:6, 1969:22, 1976:15
**COUNCIL** [1] - 1932:6
**COUNSEL** [2] - 1949:3, 1975:22
**COUPLE** [1] - 1914:22
**COUPLED** [1] - 1940:17
**COUPLES** [1] - 1940:15
**COURSE** [1] - 1904:19
**COURT** [103] - 1877:1, 1880:11, 1882:4, 1882:8, 1885:17, 1886:9, 1886:22, 1890:23, 1891:7,

1891:13, 1891:18, 1891:21, 1892:2, 1892:10, 1893:20, 1893:25, 1895:1, 1895:5, 1895:21, 1896:7, 1896:8, 1896:13, 1897:1, 1897:19, 1897:23, 1898:13, 1898:17, 1898:25, 1900:12, 1900:20, 1901:4, 1901:7, 1901:11, 1902:24, 1903:21, 1903:22, 1904:3, 1904:15, 1904:17, 1904:20, 1904:23, 1905:3, 1905:8, 1906:12, 1906:20, 1907:2, 1907:5, 1907:7, 1907:10, 1911:10, 1911:17, 1912:2, 1912:19, 1913:2, 1913:5, 1915:14, 1915:22, 1920:24, 1921:12, 1921:16, 1921:23, 1922:4, 1924:17, 1924:21, 1924:25, 1926:3, 1926:5, 1926:9, 1926:10, 1926:11, 1926:12, 1927:3, 1930:6, 1930:13, 1930:17, 1947:18, 1948:8, 1948:9, 1948:13, 1948:16, 1949:1, 1950:2, 1953:17, 1955:18, 1955:22, 1963:24, 1967:3, 1971:16, 1971:19, 1972:21, 1973:1, 1973:12, 1973:14, 1975:22, 1975:24, 1982:1, 1982:5, 1982:7, 1982:14, 1982:14, 1982:15, 1982:20, 1982:20

**COURTROOM** [2] - 1966:18, 1976:7
**COVER** [2] - 1886:4, 1900:17
**COVERED** [2] - 1900:17, 1931:15
**CRACK** [4] - 1886:18, 1886:20, 1896:9, 1909:25
**CRACKED** [2] - 1911:7, 1911:11
**CRACKS** [1] - 1907:12
**CREATE** [7] -

1912:17, 1916:15, 1919:11, 1919:20, 1937:4, 1945:6, 1946:4
**CREATED** [2] - 1916:11, 1916:14
**CREATING** [1] - 1912:24
**CRITICAL** [2] - 1900:5, 1900:19
**CRITICISMS** [1] - 1932:7
**CRITICIZE** [1] - 1932:9
**CRITICIZED** [1] - 1932:10
**CRITIQUE** [1] - 1966:8
**CRONIN** [1] - 1879:19
**CROSS** [8] - 1881:6, 1883:13, 1905:16, 1917:2, 1927:25, 1947:25, 1948:18
**CROSS-EXAMINATION** [2] - 1881:6, 1948:18
**CROSS-EXAMINE** [1] - 1947:25
**CROSS-SECTION** [3] - 1883:13, 1917:2
**CROSS-SECTIONS** [2] - 1905:16, 1927:25
**CRR** [2] - 1880:11, 1982:18
**CUT** [1] - 1981:24

# D

**D.C** [1] - 1880:8
**DALLAS** [1] - 1877:25
**DALRYMPLE** [22] - 1955:3, 1955:9, 1955:15, 1955:23, 1956:3, 1956:9, 1959:21, 1967:5, 1970:6, 1970:13, 1970:17, 1970:19, 1976:10, 1976:14, 1976:20, 1977:10, 1977:20, 1978:23, 1979:15, 1979:20, 1979:21, 1980:2
**DALRYMPLE'S** [11] - 1884:17, 1889:24, 1960:6, 1967:11, 1970:4, 1970:24, 1971:5, 1972:15, 1977:17, 1980:9, 1980:19

**DAM** [1] - 1939:3
**DAMAGE** [1] - 1945:21
**DAMS** [2] - 1892:15, 1938:14
**DARCY'S** [1] - 1917:19
**DASHED** [1] - 1923:17
**DATA** [12] - 1883:6, 1893:23, 1894:21, 1894:22, 1894:25, 1903:23, 1928:10, 1942:25, 1943:2, 1949:13, 1950:1, 1968:6
**DATE** [2] - 1967:9, 1969:4
**DATED** [1] - 1963:4, 1963:5
**DAY** [7] - 1877:11, 1879:16, 1925:11, 1929:17, 1938:19, 1959:2
**DAYS** [8] - 1930:5, 1930:21, 1930:22, 1931:2, 1940:23, 1943:24, 1944:12
**DC** [1] - 1879:20
**DE** [3] - 1919:8, 1922:14, 1945:25
**DEAL** [1] - 1952:1
**DEALING** [1] - 1938:15
**DEALS** [1] - 1938:13
**DEALT** [2] - 1951:19, 1951:24
**DEBRA** [1] - 1879:17
**DECIDE** [1] - 1894:7
**DECIDED** [1] - 1926:18
**DECISION** [1] - 1978:19
**DECREASING** [2] - 1946:13, 1946:20
**DEEP** [6] - 1883:24, 1885:24, 1886:7, 1887:13, 1908:5, 1937:14
**DEEPER** [3] - 1891:24, 1893:7, 1945:22
**DEFECT** [1] - 1947:5
**DEFENDANT'S** [1] - 1947:22
**DEFENDANTS** [1] - 1924:18
**DEFENDANTS'** [1] - 1926:16
**DEFENSE** [2] - 1926:22, 1974:10

**DEFINE** [2] - 1888:2, 1892:4
**DEFINED** [2] - 1888:2, 1923:2
**DEFINITELY** [1] - 1898:16
**DEFINITION** [3] - 1888:17, 1890:12, 1977:8
**DEFORM** [4] - 1902:3, 1908:7, 1913:24, 1914:2
**DEFORMED** [3] - 1906:1, 1906:10, 1909:18
**DEGRAVELLES** [1] - 1878:3
**DEMONSTRATE** [1] - 1884:8
**DEMONSTRATES** [1] - 1892:2
**DEMONSTRATIVE** [1] - 1885:18
**DEMONSTRATIVES** [1] - 1947:21
**DENHAM** [1] - 1878:17
**DEPARTMENT** [1] - 1880:3
**DEPENDING** [2] - 1885:23, 1895:10
**DEPENDS** [3] - 1885:25, 1896:22, 1924:9
**DEPOSITION** [33] - 1884:14, 1935:14, 1936:8, 1936:11, 1948:21, 1963:19, 1963:22, 1963:23, 1964:19, 1964:24, 1966:3, 1967:18, 1967:19, 1967:22, 1967:23, 1970:18, 1971:8, 1972:1, 1972:2, 1972:9, 1972:11, 1972:13, 1972:14, 1972:17, 1972:18, 1972:25, 1973:8, 1973:11, 1973:22, 1974:1, 1974:4, 1974:18, 1976:5
**DEPTH** [12] - 1883:20, 1883:22, 1885:3, 1886:5, 1886:9, 1886:10, 1886:20, 1887:7, 1887:16, 1888:19, 1914:3, 1925:4
**DEPTHS** [7] - 1882:17,

1882:25, 1883:3, 1883:8, 1888:4, 1888:18, 1893:10
**DEPUTY** [1] - 1882:7
**DESCRIBE** [4] - 1938:4, 1969:8, 1979:5, 1979:7
**DESCRIBED** [9] - 1886:21, 1912:6, 1912:20, 1925:17, 1953:16, 1965:16, 1979:13, 1979:16, 1979:18
**DESCRIBES** [2] - 1942:19, 1979:22
**DESCRIBING** [2] - 1903:24, 1942:19
**DESCRIPTION** [1] - 1926:7
**DESIGN** [9] - 1901:18, 1901:19, 1901:24, 1908:14, 1908:15, 1915:2, 1931:10, 1932:3, 1932:12
**DESIGNED** [3] - 1907:19, 1912:13, 1912:15
**DESIGNERS** [1] - 1931:5
**DESIGNING** [1] - 1932:1
**DETACHED** [1] - 1907:14
**DETAILED** [2] - 1979:10, 1979:11
**DETAILS** [2] - 1902:6, 1979:23
**DETERMINATION** [3] - 1892:16, 1921:11, 1927:14
**DETERMINE** [12] - 1886:9, 1886:10, 1891:5, 1897:20, 1899:10, 1911:14, 1921:7, 1950:6, 1950:8, 1966:12, 1969:18, 1980:5
**DETERMINED** [2] - 1897:25, 1910:15
**DETERMINES** [1] - 1900:5
**DETERMINING** [2] - 1899:2, 1921:17
**DEVELOP** [15] - 1886:13, 1886:20, 1896:4, 1919:24, 1920:3, 1920:21, 1921:20, 1931:2, 1931:9, 1939:8, 1940:19, 1943:25,

1945:1, 1945:6
**DEVELOPED** [8] -
1883:24, 1885:13,
1885:24, 1902:20,
1911:4, 1912:25,
1913:4, 1937:2
**DEVELOPING** [7] -
1891:25, 1919:1,
1919:21, 1919:22,
1929:23, 1943:9,
1947:11
**DEVELOPMENT** [4] -
1887:8, 1922:9,
1943:17, 1946:17
**DEVELOPS** [3] -
1886:18, 1888:19,
1913:20
**DEVICE** [1] - 1893:12
**DEVICES** [1] -
1893:10
**DEXTROUS** [1] -
1971:21
**DIAGRAM** [13] -
1883:1, 1891:1,
1893:6, 1893:8,
1895:1, 1895:20,
1905:24, 1906:1,
1906:5, 1909:1,
1909:20, 1923:18,
1933:10
**DIAGRAMS** [2] -
1890:17, 1891:4
**DID** [107] - 1884:6,
1885:7, 1886:11,
1887:2, 1887:19,
1887:21, 1898:16,
1900:16, 1908:24,
1911:13, 1911:16,
1912:4, 1912:12,
1921:10, 1921:16,
1928:24, 1932:8,
1932:23, 1933:2,
1934:5, 1934:18,
1940:14, 1941:15,
1943:17, 1946:9,
1947:3, 1948:24,
1949:21, 1950:20,
1950:22, 1951:2,
1951:3, 1951:4,
1951:6, 1951:7,
1951:18, 1951:23,
1951:25, 1952:4,
1952:8, 1952:16,
1952:17, 1953:5,
1953:15, 1953:18,
1953:22, 1954:1,
1954:3, 1954:5,
1954:7, 1954:11,
1954:21, 1956:8,
1956:12, 1956:18,

1956:20, 1957:24,
1958:24, 1959:3,
1959:5, 1959:7,
1959:9, 1959:20,
1960:13, 1960:17,
1960:22, 1961:4,
1961:15, 1961:19,
1963:20, 1964:12,
1964:14, 1964:23,
1968:10, 1968:12,
1968:18, 1968:21,
1968:24, 1969:2,
1969:5, 1969:23,
1969:24, 1969:25,
1970:1, 1970:6,
1970:16, 1971:7,
1974:7, 1974:10,
1974:12, 1975:3,
1976:24, 1977:1,
1977:4, 1977:20,
1978:20, 1979:13,
1979:14, 1979:16,
1979:22, 1980:4,
1980:5, 1980:13
**DIDN'T** [23] - 1900:12,
1900:17, 1908:20,
1916:10, 1922:19,
1929:2, 1932:9,
1951:3, 1952:23,
1954:21, 1955:12,
1956:11, 1960:25,
1961:2, 1964:25,
1965:4, 1969:7,
1969:23, 1972:7,
1977:5, 1978:2
**DIFFER** [1] - 1891:14
**DIFFERENCE** [8] -
1911:22, 1912:22,
1922:25, 1928:14,
1930:1, 1966:8,
1976:19, 1977:16
**DIFFERENCES** [3] -
1932:8, 1933:16,
1935:23
**DIFFERENT** [27] -
1888:4, 1890:8,
1890:12, 1893:9,
1893:10, 1894:5,
1894:10, 1894:13,
1895:10, 1900:7,
1903:13, 1905:15,
1913:1, 1915:12,
1920:3, 1935:14,
1935:16, 1936:13,
1936:22, 1942:18,
1946:11, 1950:9,
1951:1, 1969:14,
1972:15
**DIFFERENTIAL** [2] -
1907:17, 1912:17

**DIFFERENTLY** [1] -
1974:9
**DIFFICULT** [1] -
1893:5
**DILATATIONAL** [3] -
1942:5, 1942:11,
1942:13
**DIRECT** [4] - 1881:5,
1882:11, 1897:3,
1956:18
**DIRECTION** [6] -
1908:11, 1908:16,
1908:17, 1908:18,
1937:18, 1971:24
**DIRTY** [1] - 1924:20
**DISCUSSED** [2] -
1919:12, 1928:2
**DISCUSSION** [3] -
1904:24, 1953:10,
1967:22
**DISCUSSIONS** [1] -
1961:1
**DISPARITY** [1] -
1977:13
**DISPLACEMENT** [4] -
1909:2, 1912:5,
1912:16, 1912:17
**DISRUPT** [1] -
1896:14
**DISTANCE** [1] -
1929:14
**DISTRESS** [2] -
1910:5, 1912:18
**DISTRESSED** [3] -
1909:17, 1910:18,
1910:23
**DISTRICT** [6] - 1877:1,
1877:1, 1877:12,
1982:15, 1982:20
**DIVISION** [1] - 1880:6
**DM** [3] - 1904:21,
1905:9
**DM-1006** [1] - 1947:22
**DO** [54] - 1886:9,
1886:10, 1891:7,
1892:14, 1892:16,
1899:24, 1900:6,
1900:12, 1900:16,
1904:5, 1905:7,
1905:12, 1905:15,
1911:14, 1911:16,
1912:16, 1916:21,
1929:11, 1929:24,
1935:4, 1938:19,
1942:11, 1945:4,
1948:8, 1949:15,
1950:4, 1950:6,
1950:13, 1950:16,
1950:18, 1950:22,
1951:7, 1952:9,

1952:13, 1955:8,
1956:2, 1957:19,
1958:10, 1958:13,
1963:1, 1965:24,
1966:7, 1969:2,
1969:16, 1969:23,
1970:9, 1977:1,
1977:20, 1980:5,
1980:20, 1980:22,
1982:1, 1982:15
**DOES** [18] - 1891:14,
1895:1, 1895:21,
1897:19, 1897:21,
1904:11, 1912:7,
1934:6, 1938:24,
1939:10, 1940:12,
1940:14, 1941:22,
1943:13, 1943:15,
1946:16, 1955:22,
1969:19
**DOESN'T** [7] - 1893:6,
1908:5, 1931:22,
1934:23, 1944:16,
1950:5
**DOING** [4] - 1887:10,
1924:8, 1928:1,
1950:19
**DOMENGEAUX** [1] -
1878:7
**DOMINATED** [2] -
1927:15, 1932:18
**DON'T** [46] - 1886:22,
1890:3, 1896:14,
1904:1, 1904:17,
1904:18, 1904:21,
1906:12, 1925:14,
1926:18, 1926:24,
1929:9, 1933:21,
1935:3, 1937:14,
1944:25, 1948:20,
1951:14, 1952:8,
1952:16, 1952:22,
1953:18, 1954:9,
1954:19, 1955:5,
1955:6, 1957:17,
1957:18, 1958:11,
1958:14, 1959:1,
1959:7, 1968:20,
1968:23, 1969:1,
1969:13, 1973:14,
1974:12, 1974:13,
1977:15, 1977:24,
1977:25, 1978:6,
1979:19, 1979:22,
1979:23
**DONE** [15] - 1883:2,
1883:19, 1884:25,
1890:18, 1899:19,
1910:14, 1914:24,
1920:11, 1932:21,

1933:4, 1974:22,
1975:14, 1979:8,
1979:10
**DOTS** [3] - 1883:1,
1891:4, 1894:12
**DOUBT** [1] - 1932:17
**DOWN** [24] - 1891:4,
1893:12, 1894:20,
1896:5, 1900:2,
1900:3, 1902:1,
1902:21, 1902:22,
1903:4, 1903:15,
1906:7, 1913:18,
1913:22, 1923:5,
1923:16, 1929:19,
1931:11, 1937:20,
1946:15, 1965:23,
1969:15, 1970:2,
1974:20
**DOWNHILL** [1] -
1892:9
**DOWNSTREAM** [1] -
1930:24
**DR** [89] - 1882:13,
1884:17, 1887:20,
1888:24, 1889:24,
1892:1, 1896:4,
1897:3, 1898:14,
1906:25, 1911:10,
1916:10, 1916:22,
1918:2, 1920:25,
1922:24, 1927:1,
1928:18, 1930:7,
1930:13, 1932:20,
1935:12, 1935:18,
1936:22, 1940:6,
1941:13, 1941:24,
1942:17, 1943:2,
1943:7, 1944:25,
1945:6, 1946:12,
1947:20, 1948:3,
1948:20, 1948:23,
1954:15, 1955:3,
1955:9, 1955:15,
1955:23, 1956:3,
1956:9, 1958:10,
1958:13, 1959:5,
1959:21, 1960:6,
1960:13, 1960:14,
1960:23, 1961:5,
1961:16, 1961:18,
1961:22, 1963:4,
1967:5, 1967:11,
1968:3, 1970:4,
1970:13, 1970:17,
1970:19, 1970:24,
1971:5, 1971:12,
1971:24, 1972:14,
1972:15, 1973:18,
1976:10, 1976:14,

1976:20, 1977:10, 1977:17, 1977:20, 1979:15, 1979:20, 1979:21, 1980:2, 1980:9, 1980:19
**DRAFTED** [1] - 1960:6
**DRAGGED** [1] - 1924:17
**DRAIN** [6] - 1895:14, 1895:18, 1896:9, 1898:14, 1899:15, 1927:22
**DRAINED** [15] - 1895:11, 1897:18, 1898:12, 1899:11, 1921:24, 1927:7, 1927:14, 1932:21, 1933:1, 1933:3, 1934:17, 1934:22, 1935:2, 1935:5, 1935:6
**DRAINING** [1] - 1895:17
**DRAWN** [1] - 1937:21
**DREW** [2] - 1894:21, 1905:1
**DRIVEN** [2] - 1908:17, 1947:13
**DRIVES** [1] - 1922:8
**DRIVING** [3] - 1892:8, 1923:4
**DROP** [8] - 1918:5, 1918:20, 1918:23, 1920:13, 1944:22, 1946:1, 1946:2
**DROPPED** [1] - 1921:21
**DROPS** [1] - 1913:18
**DUDENHEFER** [2] - 1878:12, 1878:12
**DUE** [1] - 1947:2
**DURATION** [1] - 1946:18
**DURING** [17] - 1890:19, 1894:9, 1929:23, 1931:22, 1941:3, 1943:8, 1944:1, 1944:4, 1946:17, 1946:21, 1966:2, 1973:25, 1974:3, 1974:4, 1978:9, 1978:25, 1979:6
**DUVAL** [2] - 1877:12, 1980:17
**DX** [1] - 1962:23
**DX-02647-0001** [1] - 1965:9
**DX-2647-0001** [1] - 1973:19

**DYING** [1] - 1970:10
**DYNAMIC** [1] - 1939:17

# E

**EACH** [6] - 1890:17, 1905:17, 1917:14, 1917:18, 1921:4, 1926:19
**EARLIER** [10] - 1885:8, 1887:2, 1922:25, 1927:6, 1928:23, 1934:12, 1939:25, 1949:4, 1967:25, 1969:11
**EARLY** [2] - 1959:23, 1974:23
**EARTH** [1] - 1924:1
**EARTHEN** [1] - 1923:20
**EARTHQUAKE** [2] - 1938:14, 1939:4
**EASIER** [2] - 1889:10, 1916:21
**EASTERN** [2] - 1877:1, 1982:15
**EBIA** [26] - 1895:15, 1898:19, 1919:18, 1920:5, 1923:13, 1924:4, 1924:6, 1924:16, 1925:3, 1926:1, 1927:25, 1928:8, 1932:5, 1935:23, 1937:19, 1940:11, 1942:4, 1942:20, 1942:24, 1944:16, 1951:20, 1951:24, 1952:2, 1960:21, 1974:23, 1979:1
**ECHSNER** [1] - 1878:23
**EFFECT** [10] - 1885:6, 1922:20, 1938:20, 1944:19, 1946:6, 1947:6, 1947:16, 1966:3, 1976:24
**EFFECTIVE** [2] - 1932:25, 1933:3
**EFFECTIVELY** [2] - 1941:1, 1958:18
**EFFORT** [2] - 1896:8, 1931:14
**EITHER** [2] - 1890:19, 1946:7
**ELEMENT** [2] - 1896:17, 1908:4
**ELEMENTAL** [1] -

1922:2
**ELEMENTS** [1] - 1902:6
**ELEVATION** [4] - 1887:25, 1888:20, 1893:7, 1900:25
**ELEVATIONS** [1] - 1882:19
**ELICIT** [1] - 1906:21
**ELONGATE** [1] - 1908:13
**ELONGATION** [1] - 1907:17
**ELSE** [6] - 1891:9, 1910:8, 1926:19, 1954:20, 1955:17, 1955:23
**ELWOOD** [1] - 1878:8
**EMBANKMENT** [4] - 1913:12, 1914:16, 1924:11, 1965:17
**EMPLOYED** [1] - 1960:14
**ENCOMPASSES** [1] - 1955:19
**END** [8] - 1893:14, 1894:24, 1905:1, 1910:13, 1914:9, 1914:13, 1915:7, 1928:8
**ENDS** [1] - 1947:17
**ENGAGED** [1] - 1960:16
**ENGAGEMENT** [1] - 1959:7
**ENGINEER** [4] - 1898:9, 1923:24, 1924:19, 1969:19
**ENGINEERING** [7] - 1895:9, 1899:14, 1931:5, 1932:16, 1935:20, 1939:4, 1968:4
**ENGINEERS** [12] - 1890:22, 1892:15, 1895:16, 1899:3, 1899:9, 1901:19, 1926:6, 1933:9, 1938:7, 1938:10, 1952:12
**ENGINEERS'** [1] - 1939:13
**ENOUGH** [11] - 1906:10, 1912:10, 1912:16, 1919:5, 1921:18, 1922:1, 1928:21, 1931:8, 1932:11, 1945:1, 1951:6
**ENTIRETY** [1] -

1947:20
**ENTITLED** [2] - 1949:9, 1982:16
**EQUAL** [1] - 1888:17
**EQUATION** [9] - 1939:11, 1939:20, 1939:23, 1939:24, 1940:4, 1940:7, 1941:5, 1941:22
**EQUATIONS** [3] - 1937:17, 1937:20, 1939:10
**EQUILIBRIUM** [2] - 1919:6, 1928:22
**ERODE** [2] - 1913:12, 1913:17
**ERODIBLE** [1] - 1883:5
**EROSION** [4] - 1882:17, 1888:18, 1946:3, 1947:11
**ERRATA** [2] - 1962:15, 1965:14
**ERROR** [1] - 1942:1
**ESPECIALLY** [1] - 1910:19
**ESQ** [6] - 1878:4, 1878:12, 1879:7, 1879:18, 1879:18, 1880:4
**ESQUIRE** [22] - 1877:16, 1877:19, 1877:23, 1877:23, 1878:8, 1878:8, 1878:16, 1878:19, 1878:23, 1879:3, 1879:12, 1879:12, 1879:13, 1879:13, 1879:17, 1879:17, 1879:19, 1879:19, 1880:4, 1880:5, 1880:5, 1880:6
**ESSENCE** [8] - 1892:5, 1900:15, 1900:21, 1906:21, 1925:23, 1930:8, 1940:6, 1940:8
**ESSENTIALLY** [2] - 1913:19, 1914:22
**ESTABLISHES** [1] - 1978:25
**ESTIMATE** [5] - 1888:8, 1888:16, 1917:7, 1918:2, 1981:6
**ESTIMATION** [1] - 1901:17
**EVALUATED** [2] - 1977:1, 1978:14
**EVALUATING** [2] -

1968:4, 1968:5
**EVALUATION** [9] - 1932:5, 1957:21, 1962:9, 1966:8, 1966:10, 1969:3, 1969:16, 1975:15, 1980:7
**EVEN** [11] - 1889:9, 1891:24, 1894:17, 1919:14, 1922:6, 1930:19, 1930:20, 1930:21, 1938:10, 1966:24, 1967:16
**EVENT** [1] - 1903:25
**EVENTS** [2] - 1913:8, 1914:19
**EVER** [3] - 1959:9, 1967:14, 1971:5
**EVERY** [4] - 1893:11, 1918:6, 1918:23, 1926:6
**EVERYBODY** [1] - 1924:25
**EVERYONE** [1] - 1896:7
**EVERYTHING** [1] - 1908:18
**EVIDENCE** [7] - 1889:3, 1902:8, 1915:7, 1923:13, 1924:3, 1945:7, 1947:21
**EVIDENCES** [1] - 1923:12
**EVOLUTION** [1] - 1946:18
**EXACERBATED** [1] - 1912:21
**EXACT** [2] - 1960:19, 1975:8
**EXACTLY** [4] - 1906:20, 1918:14, 1928:23, 1980:1
**EXAMINATION** [12] - 1881:5, 1881:6, 1882:11, 1948:18, 1955:25, 1963:2, 1964:6, 1964:17, 1967:6, 1971:22, 1973:15, 1976:2
**EXAMINATIONS** [1] - 1881:3
**EXAMINE** [2] - 1916:18, 1947:25
**EXAMINING** [2] - 1966:11, 1966:12
**EXAMPLE** [7] - 1891:23, 1920:7, 1920:9, 1923:14, 1924:11, 1928:17,

1981:18
**EXAMPLES** [1] -
1943:23
**EXCAVATED** [1] -
1922:7
**EXCAVATION** [4] -
1917:18, 1918:16,
1920:15, 1920:17
**EXCAVATIONS** [11] -
1916:4, 1917:10,
1920:11, 1920:12,
1920:19, 1920:20,
1922:19, 1944:18,
1946:6, 1947:6,
1947:15
**EXCELLENT** [1] -
1888:22
**EXCUSE** [2] -
1897:21, 1903:21
**EXHIBIT** [4] - 1905:7,
1947:22, 1949:1,
1963:24
**EXHIBITS** [2] - 1904:3,
1916:18
**EXIST** [2] - 1883:25,
1944:25
**EXISTED** [4] -
1889:14, 1919:5,
1966:25, 1967:2
**EXISTS** [1] - 1967:3
**EXIT** [2] - 1916:11,
1944:24
**EXPANDED** [1] -
1950:12
**EXPANSIVE** [1] -
1950:16
**EXPERIENCE** [2] -
1938:17, 1938:23
**EXPERIENCING** [1] -
1909:23
**EXPERT** [34] -
1883:19, 1884:8,
1884:13, 1884:15,
1884:17, 1885:10,
1886:21, 1889:14,
1889:17, 1900:17,
1912:6, 1916:25,
1928:5, 1933:21,
1933:23, 1933:25,
1934:9, 1934:20,
1943:1, 1943:22,
1948:23, 1949:7,
1949:11, 1965:12,
1966:4, 1970:4,
1971:1, 1974:5,
1974:10, 1974:18,
1978:21, 1978:24,
1979:18, 1979:19
**EXPERTISE** [1] -
1980:8

**EXPERTS** [3] -
1894:10, 1952:6,
1957:20
**EXPLAIN** [7] -
1889:10, 1896:8,
1904:4, 1949:23,
1950:3, 1950:14,
1968:2
**EXPLAINING** [2] -
1882:16, 1951:20
**EXPLANATION** [3] -
1914:23, 1952:25,
1962:2
**EXPLANATIONS** [6] -
1949:12, 1949:25,
1950:21, 1950:24,
1954:14, 1956:8
**EXPLOSION** [1] -
1937:3
**EXPONENT** [4] -
1905:13, 1908:21,
1909:14
**EXPORT** [1] - 1968:11
**EXPOSED** [1] - 1910:6
**EXTANT** [1] - 1978:4
**EXTENSIVE** [3] -
1979:6, 1979:9,
1979:17
**EXTENSIVELY** [1] -
1978:24
**EXTENT** [3] - 1952:2,
1966:16, 1968:8
**EXTERNAL** [1] -
1905:12
**EXTRACTED** [1] -
1902:9
**EXTREME** [1] - 1922:6
**EXTREMELY** [1] -
1943:7, 1945:15

# F

**FACT** [22] - 1884:14,
1884:18, 1916:8,
1920:17, 1921:13,
1922:25, 1932:7,
1938:19, 1946:22,
1950:20, 1950:21,
1954:25, 1961:21,
1964:16, 1964:19,
1971:12, 1974:5,
1975:6, 1978:4,
1980:17, 1981:14
**FACTOR** [47] -
1885:19, 1887:9,
1887:12, 1888:1,
1888:9, 1888:17,
1889:19, 1890:5,
1890:10, 1890:13,

1895:6, 1900:9,
1900:10, 1900:18,
1900:21, 1900:22,
1901:12, 1901:14,
1901:20, 1902:1,
1908:5, 1913:15,
1913:18, 1913:22,
1915:1, 1921:1,
1921:3, 1921:7,
1921:17, 1921:21,
1921:24, 1922:15,
1923:2, 1924:9,
1931:7, 1932:22,
1933:13, 1933:17,
1934:3, 1934:7,
1934:17, 1934:20,
1946:14, 1947:4,
1947:7, 1953:11
**FACTORS** [6] -
1892:4, 1901:11,
1911:24, 1936:17,
1945:6, 1946:21
**FACTS** [5] - 1914:20,
1966:15, 1966:16,
1968:6, 1969:20
**FAIL** [6] - 1894:19,
1894:20, 1900:6,
1906:11, 1908:7,
1968:10
**FAILED** [12] - 1883:7,
1884:10, 1889:5,
1903:9, 1903:19,
1904:12, 1905:1,
1905:3, 1906:4,
1923:16, 1947:1,
1969:18
**FAILING** [2] - 1894:25,
1914:13
**FAILS** [2] - 1897:8,
1914:9
**FAILURE** [83] -
1884:20, 1888:9,
1888:16, 1888:17,
1889:1, 1889:3,
1894:23, 1897:11,
1900:8, 1901:19,
1906:2, 1906:8,
1907:24, 1908:8,
1911:14, 1911:19,
1911:24, 1912:13,
1913:9, 1914:17,
1915:4, 1915:10,
1915:21, 1916:2,
1916:15, 1919:17,
1919:21, 1922:25,
1923:7, 1923:12,
1923:14, 1923:15,
1924:6, 1932:17,
1945:4, 1945:8,
1945:9, 1945:13,

1945:14, 1945:24,
1947:6, 1947:9,
1947:16, 1949:13,
1950:1, 1950:22,
1950:25, 1951:11,
1952:6, 1952:14,
1952:25, 1953:3,
1953:20, 1954:14,
1954:17, 1954:21,
1955:2, 1955:10,
1955:14, 1956:4,
1957:4, 1957:13,
1957:16, 1959:6,
1959:12, 1960:24,
1961:2, 1961:23,
1967:21, 1967:24,
1968:10, 1968:13,
1968:19, 1968:22,
1968:25, 1969:3,
1969:6, 1969:9,
1970:2, 1976:15,
1976:19, 1976:22,
1976:23
**FAILURES** [13] -
1916:19, 1932:5,
1943:13, 1946:18,
1949:14, 1950:2,
1950:7, 1950:9,
1950:14, 1951:20,
1957:22, 1958:2,
1960:21
**FAIR** [5] - 1890:23,
1922:1, 1950:10,
1951:6, 1961:9
**FAIRBANKS** [1] -
1964:8
**FAIRLY** [3] - 1886:12,
1889:4, 1979:11
**FAIRNESS** [1] -
1916:10
**FALLEN** [1] - 1911:8
**FALSE** [1] - 1950:3
**FAMILIAR** [1] -
1975:17
**FAR** [4] - 1911:18,
1929:12, 1930:7,
1960:2
**FARRELL** [1] -
1879:18
**FARTHEREST** [1] -
1929:9
**FAST** [9] - 1895:13,
1895:25, 1897:20,
1898:3, 1914:21,
1936:16, 1938:1,
1938:2, 1938:3
**FAYARD** [2] -
1878:15, 1878:16
**FEET** [32] - 1883:21,
1883:23, 1883:24,

1884:24, 1886:7,
1887:7, 1887:17,
1887:18, 1887:25,
1888:10, 1888:18,
1888:19, 1888:20,
1895:3, 1902:23,
1903:15, 1903:17,
1903:18, 1911:5,
1913:11, 1913:17,
1917:5, 1917:6,
1925:4, 1929:15,
1929:20, 1930:4,
1941:25, 1976:14,
1979:1, 1981:19
**FELL** [2] - 1910:24,
1977:23
**FELT** [2] - 1917:14,
1977:19
**FENCE** [1] - 1923:22
**FEW** [3] - 1913:11,
1928:17, 1930:4
**FIELD** [3] - 1894:14,
1928:10, 1943:2
**FIGURE** [4] - 1899:25,
1910:3, 1930:14
**FIGURED** [1] - 1943:3
**FILL** [2] - 1891:2,
1891:3
**FILLED** [1] - 1917:10
**FINAL** [2] - 1960:25,
1961:2
**FINALLY** [2] -
1932:15, 1946:25
**FIND** [9] - 1900:12,
1902:12, 1950:23,
1953:5, 1953:16,
1958:16, 1958:24,
1959:3, 1977:4
**FINDINGS** [2] -
1968:7, 1969:20
**FINE** [2] - 1896:13,
1975:13
**FINISH** [2] - 1898:18,
1982:2
**FIRM** [4] - 1877:19,
1878:12, 1878:19,
1879:3
**FIRST** [6] - 1889:10,
1965:10, 1965:23,
1970:16, 1971:7,
1973:1
**FITS** [2] - 1906:6,
1914:23
**FIVE** [1] - 1886:7
**FL** [1] - 1878:24
**FLATTENED** [2] -
1910:20, 1910:22
**FLOOD** [12] - 1882:18,
1883:17, 1883:20,
1886:14, 1893:23,

1893:25, 1913:21, 1927:11, 1929:17, 1937:3, 1938:12, 1953:14

**FLOODING** [3] - 1916:9, 1919:10, 1944:21

**FLOODWALL** [9] - 1883:13, 1883:14, 1898:21, 1902:4, 1902:6, 1917:15, 1918:23, 1922:10, 1932:13

**FLOODWATER** [2] - 1888:19, 1977:8

**FLORIDA** [2] - 1878:16, 1975:1

**FLOW** [56] - 1895:13, 1896:3, 1896:24, 1897:17, 1916:13, 1917:8, 1917:14, 1917:20, 1917:23, 1918:3, 1918:5, 1918:17, 1918:22, 1919:5, 1919:8, 1919:19, 1919:23, 1919:25, 1920:4, 1920:11, 1920:16, 1920:17, 1920:18, 1920:20, 1921:5, 1921:10, 1921:14, 1921:15, 1921:25, 1922:9, 1922:17, 1922:19, 1922:20, 1927:25, 1929:4, 1929:7, 1929:24, 1931:24, 1935:19, 1935:21, 1936:8, 1936:18, 1937:10, 1939:2, 1939:12, 1940:4, 1940:15, 1940:17, 1940:18, 1940:19, 1940:23, 1941:2, 1944:20

**FLOWING** [4] - 1919:6, 1937:19, 1937:20, 1977:8

**FLOWS** [2] - 1898:4, 1925:22

**FOCUS** [5] - 1928:19, 1948:10, 1951:20, 1968:8, 1968:9

**FOLKS** [1] - 1958:20

**FOLLOWING** [2] - 1888:7, 1913:10

**FOOT** [30] - 1884:19, 1885:1, 1887:5, 1887:12, 1890:2, 1894:17, 1902:17, 1909:9, 1909:10,

1911:3, 1912:19, 1918:5, 1933:15, 1933:20, 1944:23, 1946:2, 1974:24, 1975:2, 1976:24, 1977:18, 1978:19, 1980:3, 1980:6, 1980:12, 1980:17, 1980:20, 1980:22, 1981:14, 1981:15, 1981:19

**FOR** [124] - 1877:15, 1879:11, 1880:3, 1882:15, 1882:17, 1883:6, 1883:10, 1883:20, 1883:25, 1884:4, 1888:18, 1888:19, 1889:2, 1889:7, 1889:25, 1890:14, 1891:10, 1891:23, 1892:15, 1892:16, 1893:5, 1893:23, 1894:8, 1894:22, 1896:23, 1898:11, 1899:5, 1899:11, 1899:12, 1899:15, 1899:18, 1900:9, 1901:19, 1904:15, 1904:22, 1905:12, 1906:10, 1908:17, 1911:5, 1912:10, 1912:12, 1912:15, 1915:20, 1916:23, 1917:17, 1918:17, 1919:4, 1919:5, 1919:10, 1919:17, 1919:23, 1920:12, 1920:13, 1921:19, 1922:21, 1923:13, 1924:11, 1924:20, 1926:4, 1927:10, 1927:25, 1928:8, 1928:11, 1928:21, 1929:20, 1930:22, 1931:2, 1931:8, 1931:20, 1931:24, 1932:1, 1932:8, 1932:14, 1933:13, 1933:24, 1937:8, 1937:15, 1937:18, 1938:9, 1938:11, 1938:20, 1939:2, 1939:7, 1939:10, 1940:2, 1943:18, 1943:25, 1944:2, 1944:17, 1945:1, 1945:4, 1945:5, 1946:21, 1946:23, 1947:24, 1948:16, 1948:21, 1949:1, 1949:3,

1949:12, 1949:25, 1950:22, 1952:12, 1954:14, 1958:11, 1959:1, 1963:22, 1964:9, 1964:23, 1965:18, 1967:16, 1969:8, 1969:24, 1971:7, 1974:10, 1976:15, 1976:22, 1979:5, 1981:18, 1982:14

**FORCE** [28] - 1883:16, 1883:17, 1884:1, 1884:2, 1884:3, 1884:4, 1886:16, 1888:5, 1889:19, 1892:10, 1892:11, 1892:23, 1893:15, 1907:15, 1908:22, 1909:2, 1909:4, 1909:7, 1909:9, 1911:21, 1912:25, 1913:3, 1913:21, 1914:6, 1914:8, 1923:4

**FORCES** [14] - 1883:25, 1889:18, 1891:12, 1892:6, 1892:7, 1892:8, 1908:10, 1912:24, 1923:4, 1933:11, 1940:8, 1953:14

**FOREGOING** [1] - 1982:15

**FORENSIC** [7] - 1966:8, 1966:10, 1968:3, 1969:2, 1969:16, 1969:19, 1975:15

**FOREVER** [1] - 1896:3

**FORGIVE** [1] - 1890:7

**FORMED** [1] - 1980:2

**FORMULATION** [1] - 1939:17

**FORTH** [1] - 1938:2

**FORWARD** [2] - 1885:14, 1970:9

**FOUND** [9] - 1883:6, 1916:21, 1920:11, 1930:8, 1947:5, 1953:6, 1966:16, 1967:25, 1981:5

**FOUNDATION** [3] - 1919:13, 1947:24, 1948:4

**FOUR** [6] - 1886:7, 1887:17, 1913:17, 1936:21, 1960:19, 1971:10

**FRANK** [1] - 1878:12

**FRANKLIN** [1] - 1880:7

**FREE** [1] - 1956:23

**FRERET** [1] - 1878:20

**FRESH** [1] - 1975:25

**FRICTION** [1] - 1892:25

**FRICTIONAL** [1] - 1892:23

**FRIDAY** [8] - 1882:13, 1889:4, 1889:9, 1902:7, 1907:12, 1908:2, 1910:3, 1926:14

**FROM** [70] - 1882:25, 1883:9, 1884:17, 1886:15, 1887:15, 1888:15, 1889:8, 1891:14, 1895:3, 1901:8, 1902:8, 1902:15, 1902:16, 1902:22, 1902:24, 1903:12, 1903:15, 1905:24, 1906:21, 1907:15, 1911:8, 1915:22, 1916:5, 1916:6, 1917:8, 1919:2, 1922:19, 1923:4, 1924:3, 1924:16, 1924:23, 1925:3, 1925:4, 1925:13, 1925:14, 1928:9, 1928:10, 1928:11, 1928:13, 1929:2, 1929:3, 1929:4, 1929:8, 1932:15, 1933:22, 1936:6, 1936:8, 1937:7, 1938:11, 1940:17, 1941:7, 1942:23, 1943:3, 1945:15, 1946:9, 1950:9, 1957:18, 1959:5, 1960:23, 1968:14, 1971:24, 1971:25, 1974:3, 1976:13, 1977:16, 1978:17, 1980:1, 1980:11, 1982:16

**FRONT** [1] - 1925:11

**FRUGE** [1] - 1878:4

**FUGRO** [1] - 1928:10

**FUGRO'S** [1] - 1941:11

**FULL** [3] - 1890:3, 1909:8, 1931:2

**FULLY** [4] - 1910:6, 1943:25, 1970:15, 1970:20

**FUNDAMENTAL** [4] -

1892:14, 1931:4, 1942:1, 1968:3

**FUNDAMENTALLY** [1] - 1946:11

**FURTHER** [4] - 1913:24, 1914:17, 1929:14, 1929:16

## G

**GAP** [28] - 1883:24, 1885:24, 1886:10, 1891:25, 1900:10, 1906:7, 1906:9, 1913:20, 1917:8, 1917:11, 1917:18, 1918:15, 1918:16, 1920:9, 1920:12, 1920:18, 1920:19, 1922:7, 1922:10, 1929:1, 1929:8, 1944:19, 1953:12, 1953:13

**GAPS** [1] - 1903:23

**GATHER** [1] - 1969:2

**GATHERING** [1] - 1957:18

**GAVE** [7] - 1917:13, 1926:20, 1934:25, 1935:7, 1950:13, 1953:10, 1963:19

**GENERAL** [2] - 1886:6, 1930:23

**GENTLEMEN** [1] - 1960:9

**GEOHYDROLOGY** [1] - 1938:8

**GEOMETRY** [1] - 1924:10

**GEOTECHNICAL** [16] - 1890:22, 1892:15, 1894:10, 1895:9, 1895:15, 1898:9, 1899:3, 1899:9, 1899:14, 1923:24, 1924:19, 1926:6, 1931:4, 1932:16, 1935:19, 1938:8

**GET** [34] - 1886:22, 1890:23, 1893:15, 1899:12, 1900:8, 1902:1, 1904:22, 1909:3, 1912:5, 1916:12, 1917:22, 1919:13, 1920:13, 1921:23, 1928:21, 1929:4, 1931:6, 1931:14, 1932:23, 1937:14, 1937:21, 1938:14, 1940:3,

1940:9, 1940:18, 1940:19, 1940:22, 1941:11, 1942:1, 1961:19, 1964:4, 1974:19, 1979:25

**GETS** [7] - 1886:6, 1893:3, 1925:17, 1932:25, 1937:2, 1943:7, 1943:8

**GETTING** [6] - 1888:1, 1920:24, 1924:20, 1929:7, 1938:20, 1944:22

**GIVE** [4] - 1912:16, 1915:23, 1920:7, 1943:4

**GIVEN** [5] - 1894:8, 1939:12, 1939:13, 1944:25, 1958:12

**GIVES** [6] - 1900:8, 1915:16, 1918:20, 1934:17, 1946:21, 1975:8

**GLOBAL** [36] - 1890:14, 1891:8, 1891:10, 1891:14, 1891:15, 1891:18, 1891:22, 1892:3, 1892:12, 1898:19, 1899:18, 1900:14, 1900:21, 1901:12, 1902:2, 1908:6, 1908:8, 1911:13, 1911:19, 1911:23, 1913:22, 1915:1, 1923:2, 1923:9, 1923:11, 1923:14, 1924:5, 1924:8, 1947:3, 1947:8, 1947:14, 1953:1, 1953:9, 1953:12, 1953:19, 1959:13

**GO** [38] - 1884:6, 1885:5, 1887:2, 1891:24, 1893:4, 1894:24, 1896:5, 1896:13, 1897:3, 1897:8, 1897:24, 1898:23, 1902:19, 1906:25, 1907:10, 1908:5, 1909:12, 1910:3, 1915:24, 1920:1, 1922:6, 1924:7, 1928:16, 1940:8, 1941:6, 1941:15, 1948:16, 1958:16, 1962:20, 1970:9, 1970:11, 1973:19, 1974:20, 1975:21, 1976:4,

1978:22, 1982:1

**GOES** [9] - 1891:23, 1895:25, 1898:3, 1908:3, 1925:23, 1927:6, 1939:21, 1940:3, 1946:14

**GOING** [32] - 1884:21, 1885:6, 1887:21, 1890:3, 1890:4, 1892:17, 1893:1, 1893:7, 1894:19, 1895:12, 1898:11, 1899:5, 1902:15, 1903:25, 1904:24, 1910:1, 1916:17, 1917:3, 1917:8, 1918:22, 1923:7, 1926:7, 1926:13, 1928:19, 1931:13, 1935:17, 1937:18, 1938:24, 1944:11, 1949:6, 1960:25, 1972:21

**GONE** [1] - 1929:19

**GOOD** [5] - 1882:8, 1896:15, 1900:23, 1907:13, 1948:20

**GOT** [24] - 1885:10, 1887:4, 1889:24, 1890:2, 1894:12, 1900:10, 1900:18, 1903:3, 1904:10, 1905:17, 1907:2, 1915:8, 1918:15, 1925:21, 1933:1, 1933:15, 1933:17, 1934:20, 1943:1, 1962:19, 1969:12, 1980:4

**GOTTEN** [4] - 1882:25, 1885:2, 1932:22, 1940:24

**GOVERNING** [1] - 1939:11

**GOVERNMENT** [12] - 1949:15, 1950:4, 1950:5, 1950:6, 1950:8, 1950:13, 1952:4, 1956:14, 1956:20, 1956:21, 1957:20, 1958:16

**GRADIENT** [2] - 1917:20, 1939:14

**GRADIENTS** [2] - 1916:12, 1944:24

**GRASS** [1] - 1886:4

**GRAVITY** [2] - 1891:12, 1900:1

**GRAY** [4] - 1909:22, 1909:24, 1909:25,

1910:1

**GREATER** [2] - 1884:1, 1900:18

**GREEN** [1] - 1893:10

**GROUND** [5] - 1893:12, 1893:14, 1893:16, 1900:25, 1937:6

**GROUNDS** [1] - 1932:17

**GROUNDWATER** [2] - 1939:2, 1939:12

**GROUP** [9] - 1879:11, 1894:21, 1905:12, 1905:13, 1951:13, 1956:16, 1956:18, 1960:20, 1974:4

**GUESS** [3] - 1885:14, 1930:22, 1965:13

**GULF** [1] - 1979:9

**GULOTTA** [1] - 1879:13

**GUSHES** [2] - 1913:11, 1914:15

**GUSHING** [1] - 1947:10

**GUY** [1] - 1963:25

# H

**HAD** [103] - 1882:25, 1883:2, 1883:19, 1884:15, 1884:22, 1884:23, 1884:25, 1885:2, 1885:10, 1886:2, 1886:3, 1887:23, 1889:15, 1894:10, 1898:7, 1899:9, 1899:13, 1902:10, 1902:18, 1905:14, 1906:10, 1906:13, 1906:15, 1907:12, 1909:10, 1910:6, 1911:7, 1911:10, 1912:24, 1913:3, 1917:6, 1918:20, 1922:20, 1927:13, 1928:9, 1928:10, 1931:23, 1932:21, 1932:22, 1933:4, 1933:8, 1933:12, 1933:15, 1934:19, 1944:18, 1945:20, 1945:21, 1946:6, 1947:6, 1947:16, 1950:21, 1951:6, 1952:6, 1953:11, 1954:20, 1955:1, 1955:21, 1956:3, 1956:21,

1956:23, 1959:5, 1959:15, 1959:21, 1960:1, 1960:5, 1960:14, 1961:1, 1961:13, 1961:18, 1961:22, 1962:10, 1964:25, 1966:4, 1966:5, 1966:6, 1966:19, 1966:22, 1967:4, 1967:12, 1967:13, 1967:18, 1967:20, 1968:14, 1970:13, 1972:1, 1973:24, 1974:2, 1974:5, 1974:17, 1974:24, 1975:25, 1978:9, 1978:11, 1978:17, 1978:18, 1979:8, 1979:10

**HALF** [15] - 1887:17, 1888:11, 1888:20, 1902:17, 1903:18, 1906:7, 1918:20, 1920:13, 1926:20, 1926:21, 1926:23, 1934:20, 1981:15, 1981:24

**HAND** [22] - 1884:2, 1887:22, 1887:24, 1894:21, 1898:4, 1916:23, 1916:24, 1917:1, 1917:7, 1917:13, 1917:17, 1917:19, 1918:10, 1918:15, 1918:18, 1925:8, 1928:18, 1933:8, 1934:16, 1934:21, 1934:25, 1971:21

**HAND-TRANSPORTED** [1] - 1925:8

**HANDS** [1] - 1924:20

**HAPPEN** [2] - 1919:7, 1941:15

**HAPPENED** [7] - 1908:1, 1913:8, 1914:21, 1941:3, 1952:17, 1965:24, 1966:11

**HAPPENING** [4] - 1909:18, 1913:20, 1914:22, 1936:16

**HAPPENS** [4] - 1896:22, 1929:24, 1937:1, 1937:7

**HARD** [1] - 1924:20

**HAS** [23] - 1885:24, 1891:11, 1892:21, 1896:7, 1907:1,

1908:5, 1914:8, 1915:20, 1921:20, 1925:1, 1925:16, 1929:9, 1931:7, 1935:11, 1940:1, 1941:13, 1946:12, 1946:13, 1946:20, 1947:24, 1963:13, 1966:11, 1978:24

**HASN'T** [1] - 1929:19

**HATE** [2] - 1903:23, 1941:5

**HAVE** [124] - 1883:6, 1883:7, 1883:22, 1883:24, 1884:10, 1885:3, 1887:5, 1889:16, 1889:17, 1889:25, 1890:3, 1890:5, 1890:8, 1892:11, 1892:22, 1892:24, 1893:1, 1893:15, 1894:5, 1895:20, 1896:13, 1901:2, 1901:3, 1901:20, 1901:25, 1903:3, 1903:8, 1903:13, 1903:14, 1903:20, 1904:3, 1904:11, 1904:17, 1904:21, 1905:7, 1909:4, 1910:18, 1910:21, 1911:7, 1911:15, 1912:10, 1913:4, 1914:5, 1914:21, 1915:11, 1916:9, 1919:10, 1920:9, 1920:10, 1920:18, 1920:19, 1920:20, 1921:13, 1921:21, 1922:16, 1926:17, 1926:24, 1927:16, 1927:24, 1929:12, 1929:19, 1931:1, 1931:8, 1934:12, 1937:2, 1937:19, 1937:20, 1937:25, 1938:3, 1938:17, 1938:23, 1939:1, 1940:18, 1940:19, 1940:23, 1941:22, 1942:6, 1945:20, 1945:21, 1948:1, 1948:4, 1949:10, 1949:12, 1949:23, 1949:25, 1950:24, 1952:1, 1952:18, 1954:14, 1957:3, 1960:22, 1961:23, 1962:1, 1962:2, 1962:18, 1964:25, 1965:4,

1967:24, 1967:25, 1968:12, 1971:5, 1971:13, 1972:8, 1972:18, 1972:21, 1973:9, 1975:12, 1975:13, 1975:14, 1976:1, 1976:15, 1977:7, 1980:12, 1981:15, 1981:18, 1981:19, 1981:22, 1982:3

**HAVEN'T** [1] - 1930:24

**HAVING** [2] - 1908:2, 1922:6

**HE** [100] - 1884:21, 1887:21, 1887:24, 1888:8, 1888:13, 1898:14, 1898:16, 1904:13, 1904:14, 1907:1, 1916:22, 1917:5, 1917:6, 1917:7, 1917:9, 1917:11, 1917:13, 1917:17, 1917:22, 1918:15, 1918:18, 1918:20, 1919:21, 1921:5, 1921:9, 1921:10, 1921:16, 1921:20, 1932:21, 1932:22, 1932:23, 1932:25, 1933:1, 1933:5, 1933:8, 1933:12, 1933:17, 1933:20, 1933:23, 1933:25, 1934:2, 1934:5, 1934:6, 1934:19, 1934:25, 1935:6, 1935:7, 1935:14, 1935:25, 1936:2, 1936:7, 1936:11, 1936:17, 1940:13, 1940:14, 1942:1, 1942:17, 1942:19, 1943:8, 1943:17, 1946:12, 1946:13, 1946:20, 1948:3, 1952:11, 1952:12, 1952:13, 1952:16, 1952:17, 1955:20, 1955:21, 1955:22, 1958:13, 1959:3, 1959:5, 1960:3, 1960:16, 1960:17, 1960:18, 1960:20, 1963:24, 1967:12, 1969:19, 1972:23, 1973:10, 1974:7, 1975:24, 1977:17, 1977:25, 1979:8, 1979:15, 1979:16, 1979:22,

1980:4, 1980:5

**HE'S** [14] - 1888:1, 1921:15, 1933:1, 1933:14, 1934:21, 1935:5, 1936:12, 1940:13, 1942:18, 1971:17, 1972:22, 1973:6, 1973:7, 1973:8

**HEAD** [1] - 1935:15

**HEADS** [2] - 1926:11, 1926:24

**HEADS-UP** [2] - 1926:11, 1926:24

**HEAR** [2] - 1898:10, 1924:25

**HEARD** [5] - 1877:12, 1896:19, 1898:6, 1938:18, 1960:1

**HEARING** [1] - 1925:1

**HEATHER** [1] - 1879:12

**HEAVE** [2] - 1919:20, 1946:3

**HEIGHT** [9] - 1975:1, 1978:19, 1979:1, 1980:23, 1981:8, 1981:10, 1981:11, 1981:16, 1981:17

**HEIGHTS** [5] - 1976:14, 1976:25, 1977:18, 1980:13, 1981:6

**HELD** [3] - 1896:2, 1908:10, 1929:18

**HELP** [2] - 1897:4, 1970:9

**HELPS** [2] - 1913:5, 1929:10

**HENCE** [1] - 1915:6

**HER** [1] - 1975:6

**HERE** [72] - 1882:24, 1884:2, 1889:18, 1890:6, 1890:21, 1890:24, 1891:5, 1893:8, 1895:6, 1897:10, 1899:3, 1900:17, 1901:1, 1901:3, 1902:15, 1902:16, 1902:17, 1902:22, 1903:5, 1903:6, 1903:7, 1905:21, 1906:3, 1906:17, 1906:18, 1908:3, 1910:7, 1910:20, 1914:21, 1915:14, 1915:21, 1917:10, 1919:12, 1920:5, 1920:11, 1920:14, 1922:15,

1923:21, 1924:15, 1924:24, 1925:9, 1925:23, 1927:8, 1928:5, 1929:7, 1929:8, 1929:11, 1930:1, 1930:23, 1931:19, 1933:2, 1933:12, 1933:16, 1933:17, 1934:3, 1934:12, 1937:14, 1937:23, 1938:24, 1939:6, 1939:19, 1940:3, 1943:23, 1944:9, 1949:10, 1953:11, 1955:8, 1965:12, 1970:10, 1976:22, 1980:16, 1982:3

**HEREBY** [1] - 1982:15

**HIGH** [18] - 1884:18, 1887:5, 1889:20, 1890:6, 1915:18, 1916:2, 1916:8, 1916:11, 1916:14, 1924:11, 1944:10, 1944:11, 1944:20, 1944:24, 1946:4, 1946:5, 1980:25

**HIGHER** [8] - 1885:9, 1887:18, 1895:22, 1895:23, 1900:2, 1900:22, 1915:8, 1921:3

**HIGHEST** [1] - 1981:7

**HIGHLIGHT** [3] - 1949:8, 1962:24, 1965:10

**HIGHLY** [1] - 1910:18

**HIM** [9] - 1946:21, 1955:22, 1961:1, 1967:3, 1967:14, 1972:22, 1972:23, 1973:6, 1980:11

**HIRED** [3] - 1957:20, 1958:16, 1958:25

**HIS** [65] - 1887:24, 1888:3, 1888:8, 1888:13, 1898:15, 1916:6, 1916:10, 1916:23, 1916:25, 1918:7, 1918:13, 1918:18, 1920:25, 1921:6, 1921:10, 1921:13, 1921:21, 1927:1, 1932:20, 1933:13, 1933:21, 1933:23, 1933:25, 1934:2, 1934:5, 1934:9, 1934:16, 1934:19, 1934:20,

1934:21, 1934:22, 1935:1, 1935:2, 1935:5, 1935:7, 1941:1, 1941:5, 1943:14, 1946:14, 1946:19, 1946:21, 1952:16, 1952:22, 1958:12, 1959:12, 1959:15, 1960:1, 1960:25, 1961:2, 1967:4, 1967:8, 1967:13, 1969:19, 1970:13, 1971:1, 1974:8, 1977:22, 1979:18, 1979:24, 1980:2, 1980:9

**HOLD** [4] - 1892:17, 1903:22, 1934:23, 1935:3

**HOLDING** [2] - 1886:17, 1892:7

**HOLDS** [1] - 1883:16

**HOLES** [1] - 1920:10

**HOLTHAUS** [1] - 1878:4

**HONESTY** [1] - 1974:12

**HONEYCUTT** [1] - 1878:15

**HONOR** [24] - 1882:10, 1885:22, 1887:16, 1891:11, 1891:20, 1892:21, 1894:4, 1895:4, 1898:16, 1901:6, 1901:10, 1903:2, 1904:22, 1915:15, 1922:2, 1925:24, 1927:1, 1927:4, 1947:19, 1947:23, 1948:6, 1948:12, 1948:15, 1971:15

**HONORABLE** [1] - 1877:12

**HOPE** [1] - 1939:11

**HOPEFULLY** [1] - 1916:5

**HOPKINS** [1] - 1978:24

**HORIZONTAL** [2] - 1891:17, 1923:9

**HORIZONTALLY** [1] - 1923:5

**HOUR** [3] - 1926:19, 1926:21, 1926:22

**HOURS** [12] - 1890:1, 1898:20, 1926:15, 1926:16, 1926:17, 1926:22, 1926:23, 1939:7, 1969:10,

1976:15, 1979:2

**HOW** [49] - 1882:16, 1885:23, 1885:24, 1886:9, 1886:10, 1891:14, 1892:4, 1892:16, 1893:9, 1893:14, 1895:13, 1897:19, 1897:20, 1908:22, 1909:1, 1909:2, 1909:4, 1910:4, 1917:7, 1917:13, 1918:17, 1919:1, 1921:16, 1924:11, 1926:19, 1927:8, 1927:21, 1927:24, 1928:18, 1928:20, 1929:7, 1929:12, 1932:11, 1939:15, 1941:15, 1943:1, 1949:24, 1950:19, 1957:8, 1959:7, 1959:14, 1971:5, 1971:9, 1971:24, 1975:9, 1979:13, 1980:20, 1980:22

**HUNDRED** [3] - 1925:12, 1931:1, 1943:24

**HUNDREDS** [1] - 1940:23

**HURRICANE** [4] - 1963:7, 1978:9, 1978:25, 1979:7

**HYDRAULIC** [2] - 1916:3, 1944:15

**HYDRAULICS** [1] - 1978:24

---

## I

**I'D** [2] - 1884:16, 1972:7

**I'LL** [9] - 1896:11, 1903:7, 1903:10, 1904:22, 1906:3, 1922:22, 1931:15, 1939:21, 1964:3

**I'M** [51] - 1885:18, 1887:10, 1890:6, 1890:11, 1892:2, 1893:5, 1893:7, 1897:23, 1901:1, 1903:25, 1904:6, 1904:10, 1904:13, 1906:3, 1906:19, 1916:17, 1921:5, 1926:7, 1926:13, 1931:13, 1933:24, 1939:10, 1946:1,

1949:7, 1949:8, 1949:23, 1950:3, 1952:2, 1954:15, 1957:18, 1958:19, 1958:23, 1959:24, 1963:25, 1967:8, 1970:10, 1971:16, 1971:21, 1973:18, 1974:20, 1975:8, 1975:23, 1976:18, 1978:6, 1979:19, 1980:8, 1980:19, 1981:4

**I'VE** [15] - 1892:19, 1904:10, 1908:14, 1913:15, 1916:5, 1924:17, 1926:18, 1930:7, 1938:23, 1942:10, 1943:22, 1943:23, 1945:10, 1970:1, 1976:21

**I-WALL** [5] - 1888:16, 1923:16, 1923:18, 1923:19, 1945:14

**IDEA** [1] - 1960:5

**IDENTICAL** [1] - 1963:15

**IDENTICALLY** [1] - 1884:7

**IDENTIFIED** [1] - 1954:13

**IDENTIFY** [5] - 1949:11, 1949:25, 1950:21, 1956:8, 1958:4

**IF** [82] - 1882:20, 1883:12, 1885:18, 1892:10, 1892:20, 1893:4, 1894:15, 1895:12, 1896:2, 1896:9, 1896:13, 1896:21, 1896:23, 1897:7, 1897:9, 1897:12, 1898:1, 1898:2, 1898:4, 1898:23, 1904:4, 1904:5, 1904:12, 1904:13, 1904:14, 1905:6, 1906:25, 1909:12, 1909:17, 1910:8, 1911:14, 1918:2, 1919:5, 1919:14, 1920:1, 1920:17, 1921:5, 1921:7, 1921:9, 1921:18, 1922:10, 1924:7, 1924:8, 1924:16, 1924:23, 1925:1, 1925:17, 1925:18, 1929:10,

1930:20, 1932:23, 1933:4, 1934:2, 1934:6, 1934:9, 1937:2, 1940:2, 1941:6, 1941:15, 1944:19, 1947:19, 1948:6, 1948:9, 1948:17, 1950:4, 1953:9, 1953:12, 1957:19, 1958:15, 1959:1, 1959:9, 1961:13, 1962:24, 1965:10, 1971:10, 1972:7, 1973:8, 1974:7, 1975:9, 1981:18, 1981:25

**IHNC** [6] - 1888:19, 1978:8, 1978:18, 1979:12, 1980:6, 1980:18

**II** [2] - 1879:7, 1879:7

**ILIT** [6] - 1916:7, 1944:21, 1954:1, 1954:3, 1957:8, 1968:21

**ILIT'S** [1] - 1957:12

**ILLUSTRATE** [2] - 1916:23, 1922:8

**ILLUSTRATES** [1] - 1923:1

**ILLUSTRATION** [2] - 1899:7, 1937:15

**IMAGE** [1] - 1893:13

**IMMEDIATELY** [4] - 1899:4, 1906:13, 1906:14, 1906:23

**IMMOVABLE** [2] - 1892:10, 1892:11

**IMPACT** [5] - 1883:9, 1885:3, 1944:19, 1946:5

**IMPACTED** [1] - 1929:9

**IMPORTANT** [5] - 1892:15, 1895:6, 1901:14, 1920:8, 1977:19

**IMPORTANTLY** [1] - 1924:13

**IMPOSSIBLE** [1] - 1919:10

**IMPROVED** [1] - 1932:14

**IN** [396] - 1877:4, 1882:13, 1883:7, 1883:16, 1883:19, 1883:20, 1884:2, 1884:7, 1884:10, 1884:13, 1884:14, 1884:15, 1884:16,

1884:18, 1884:19, 1884:22, 1884:24, 1884:25, 1885:2, 1885:8, 1885:10, 1885:14, 1885:25, 1886:3, 1886:4, 1886:6, 1886:13, 1886:17, 1886:18, 1886:21, 1887:1, 1887:3, 1887:24, 1887:25, 1888:4, 1888:5, 1888:8, 1888:13, 1888:22, 1888:24, 1889:2, 1889:14, 1889:17, 1890:18, 1890:25, 1891:1, 1892:4, 1892:7, 1892:18, 1892:21, 1893:1, 1893:3, 1893:12, 1893:15, 1894:10, 1894:17, 1895:9, 1895:10, 1895:15, 1895:23, 1896:24, 1897:8, 1897:13, 1897:14, 1897:15, 1897:17, 1898:3, 1898:9, 1898:11, 1898:13, 1898:19, 1898:20, 1899:3, 1899:14, 1899:24, 1900:15, 1900:17, 1900:20, 1900:21, 1900:22, 1900:24, 1901:7, 1901:16, 1902:1, 1902:6, 1902:20, 1902:21, 1903:6, 1903:10, 1903:25, 1904:1, 1904:13, 1905:20, 1905:21, 1905:23, 1905:24, 1905:25, 1906:5, 1906:7, 1906:14, 1906:15, 1906:18, 1906:21, 1907:12, 1907:25, 1908:7, 1908:10, 1908:11, 1908:16, 1908:20, 1909:5, 1909:15, 1909:16, 1909:24, 1910:2, 1910:5, 1910:17, 1910:22, 1911:1, 1911:4, 1911:18, 1911:22, 1912:6, 1912:22, 1912:24, 1913:24, 1914:4, 1914:6, 1914:22, 1915:7, 1916:7, 1916:8, 1916:10, 1916:12, 1916:18,

1916:25, 1917:6, 1918:2, 1918:13, 1918:14, 1918:18, 1919:1, 1919:12, 1919:16, 1919:18, 1920:10, 1920:17, 1920:20, 1921:4, 1921:6, 1921:10, 1921:13, 1921:16, 1921:21, 1922:1, 1922:2, 1922:25, 1923:12, 1923:18, 1924:1, 1924:4, 1924:8, 1925:4, 1925:6, 1925:8, 1925:9, 1925:11, 1925:15, 1925:17, 1926:1, 1926:10, 1926:17, 1926:20, 1927:18, 1928:1, 1928:5, 1928:24, 1928:25, 1929:6, 1929:13, 1929:20, 1929:23, 1930:3, 1930:4, 1930:6, 1930:8, 1930:14, 1930:20, 1930:23, 1931:5, 1931:8, 1931:10, 1931:20, 1932:2, 1932:3, 1932:7, 1932:8, 1932:11, 1932:12, 1932:13, 1932:16, 1932:20, 1933:21, 1933:23, 1933:25, 1934:2, 1934:9, 1934:11, 1934:12, 1934:14, 1934:16, 1934:19, 1934:25, 1935:1, 1935:7, 1935:11, 1935:13, 1935:15, 1936:5, 1936:11, 1936:18, 1936:21, 1936:25, 1937:5, 1937:7, 1937:9, 1937:11, 1937:16, 1937:18, 1938:9, 1938:13, 1938:19, 1938:23, 1938:25, 1939:3, 1939:6, 1939:12, 1939:13, 1939:20, 1939:21, 1939:23, 1940:1, 1940:6, 1940:7, 1940:8, 1940:11, 1940:18, 1940:19, 1940:23, 1941:10, 1941:19, 1941:22, 1941:25, 1942:4, 1942:6, 1942:20, 1942:23,

1942:25, 1943:7, 1943:9, 1943:12, 1943:22, 1943:23, 1943:25, 1944:2, 1944:9, 1944:10, 1944:19, 1944:21, 1944:25, 1945:1, 1945:11, 1946:4, 1946:7, 1946:9, 1946:11, 1946:20, 1946:22, 1947:1, 1947:5, 1949:10, 1950:20, 1951:3, 1951:10, 1952:3, 1952:13, 1952:20, 1953:5, 1953:14, 1954:13, 1954:17, 1954:18, 1954:25, 1956:4, 1956:7, 1957:24, 1961:14, 1961:19, 1961:23, 1962:14, 1962:15, 1962:25, 1963:4, 1964:12, 1964:14, 1964:16, 1964:19, 1964:20, 1966:2, 1966:4, 1966:18, 1967:2, 1967:18, 1967:19, 1967:20, 1967:21, 1968:4, 1968:10, 1968:15, 1969:3, 1969:11, 1970:13, 1970:14, 1971:12, 1972:1, 1972:2, 1972:9, 1972:11, 1972:19, 1973:18, 1973:20, 1974:5, 1974:12, 1974:18, 1974:19, 1974:20, 1974:23, 1975:3, 1975:6, 1975:14, 1975:18, 1975:25, 1976:6, 1976:7, 1976:8, 1976:9, 1976:19, 1977:6, 1977:13, 1977:18, 1978:4, 1978:8, 1978:21, 1979:1, 1979:2, 1979:9, 1979:18, 1979:19, 1979:24, 1980:6, 1980:8, 1980:17, 1980:24, 1980:25, 1981:6, 1981:17, 1981:24, 1982:7, 1982:16

**INAPPROPRIATE** [1] - 1972:24

**INARTFULLY** [1] - 1953:15

**INC** [1] - 1879:11

INCH [4] - 1893:11, 1906:7, 1906:9, 1910:16
INCHES [8] - 1905:25, 1906:1, 1907:16, 1909:5, 1910:18, 1912:8, 1913:25
INCLUDE [6] - 1885:6, 1943:16, 1951:21, 1956:9, 1976:24, 1978:20
INCLUDED [2] - 1955:21, 1979:24
INCLUDES [1] - 1943:14
INCLUDING [1] - 1979:11
INCOMPRESSIBLE [2] - 1930:8, 1930:15
INCORRECT [1] - 1940:13
INCREASE [2] - 1929:20, 1937:5
INCREASED [2] - 1896:6, 1930:25
INCREASES [1] - 1913:23
INCREASING [2] - 1883:18, 1946:12
INDEPENDENT [1] - 1940:4
INDEPENDENTLY [2] - 1960:11, 1980:14
INDEX [1] - 1894:4
INDICATE [3] - 1942:10, 1956:21, 1963:5
INDICATED [6] - 1884:23, 1893:18, 1906:4, 1949:10, 1969:11, 1972:18
INDICATING [1] - 1906:9
INDICATION [1] - 1904:11
INDICATIONS [1] - 1912:16
INDIVIDUAL [1] - 1904:14
INERTIAL [6] - 1936:11, 1936:15, 1937:12, 1939:18, 1940:1, 1943:14
INFERRED [1] - 1974:3
INFORMATION [14] - 1887:1, 1888:15, 1890:21, 1926:12, 1928:16, 1949:13, 1950:1, 1962:9,

1966:19, 1966:22, 1966:24, 1978:17, 1980:11, 1980:13
INHERENT [2] - 1911:13, 1911:19
INITIAL [3] - 1946:9, 1965:25, 1978:21
INITIALLY [1] - 1886:16
INITIATED [2] - 1915:1, 1947:7
INITIATING [1] - 1890:4
INQUIRY [2] - 1952:4, 1969:5
INSIDE [4] - 1892:25, 1896:22, 1900:4, 1906:6
INSIGHT [1] - 1920:8
INSPECT [1] - 1902:19
INSTABILITY [20] - 1890:14, 1891:13, 1891:14, 1891:15, 1891:18, 1891:22, 1892:3, 1900:14, 1911:13, 1911:19, 1911:23, 1923:2, 1924:5, 1947:3, 1947:15, 1953:1, 1953:9, 1953:12, 1959:13
INSTANTANEOUS [1] - 1937:8
INSTANTANEOUSLY [1] - 1936:6
INSTANTLY [2] - 1940:9, 1943:9
INSTEAD [1] - 1901:23
INSTRUCTIVE [1] - 1922:5
INSUFFICIENT [2] - 1919:11, 1919:19
INTENDED [1] - 1912:15
INTENSITY [1] - 1909:21
INTER [1] - 1951:14
INTEREST [1] - 1967:22
INTERESTING [1] - 1892:12
INTERFERE [1] - 1904:1
INTERLOCK [4] - 1911:5, 1914:9, 1914:12
INTERNATIONAL [2] - 1879:11, 1960:20
INTERPRETATION [1]

- 1894:22
INTERPRETED [1] - 1948:3
INTERPRETING [1] - 1901:22
INTERSECTION [3] - 1902:9, 1902:13
INTIMATELY [2] - 1940:15, 1940:17
INTO [20] - 1886:22, 1891:24, 1892:3, 1893:14, 1893:16, 1904:15, 1905:6, 1907:22, 1908:22, 1911:2, 1912:14, 1929:4, 1931:25, 1933:10, 1938:14, 1941:6, 1941:15, 1947:21, 1949:24, 1979:11
INTRINSICALLY [1] - 1924:22
INTRODUCED [1] - 1882:24
INVERSE [3] - 1941:17, 1942:1, 1942:7
INVESTIGATE [2] - 1958:1, 1978:3
INVESTIGATION [10] - 1890:20, 1890:24, 1894:9, 1899:9, 1950:24, 1951:16, 1956:18, 1968:9, 1980:18
INVESTIGATIONS [2] - 1951:10, 1965:25
INVOLVE [1] - 1939:4
INVOLVED [10] - 1894:10, 1898:21, 1915:21, 1936:12, 1937:12, 1937:16, 1938:1, 1938:4, 1960:3, 1960:17
INVOLVEMENT [1] - 1961:16
INVOLVES [7] - 1900:7, 1923:10, 1937:23, 1939:14, 1939:15, 1939:19
INVOLVING [1] - 1892:12
IPET [16] - 1884:21, 1884:22, 1885:2, 1932:4, 1944:12, 1951:13, 1952:24, 1953:15, 1953:22, 1957:3, 1968:18, 1974:25, 1975:3, 1975:11, 1975:18,

1978:17
IPET'S [2] - 1932:7, 1952:25
IRRESISTIBLE [1] - 1892:11
IS [316] - 1883:9, 1883:13, 1883:15, 1883:18, 1884:1, 1884:4, 1885:19, 1885:20, 1885:23, 1887:4, 1887:10, 1888:5, 1888:15, 1888:24, 1889:20, 1889:22, 1890:12, 1890:13, 1890:16, 1890:21, 1891:1, 1891:2, 1891:11, 1891:16, 1892:14, 1892:16, 1893:4, 1893:6, 1893:9, 1893:11, 1893:17, 1893:20, 1893:23, 1893:25, 1894:4, 1894:7, 1894:15, 1894:19, 1895:6, 1895:11, 1895:12, 1895:21, 1895:24, 1896:15, 1896:23, 1897:7, 1898:8, 1898:10, 1898:13, 1899:5, 1899:7, 1899:18, 1899:19, 1899:21, 1899:22, 1899:23, 1899:24, 1900:1, 1900:2, 1900:25, 1901:19, 1901:21, 1902:13, 1902:14, 1902:15, 1902:16, 1902:17, 1902:18, 1902:20, 1902:25, 1903:6, 1903:7, 1903:9, 1903:12, 1903:14, 1903:17, 1903:18, 1903:19, 1904:12, 1905:13, 1905:16, 1906:1, 1906:14, 1906:15, 1906:18, 1906:19, 1906:21, 1907:4, 1907:11, 1907:18, 1908:3, 1908:18, 1909:6, 1909:11, 1909:17, 1909:18, 1909:19, 1909:20, 1909:24, 1910:9, 1910:10, 1911:1, 1913:20, 1914:12, 1914:20, 1915:2, 1917:17, 1918:1, 1918:10, 1918:12, 1918:16,

1918:18, 1918:24, 1919:4, 1919:8, 1919:11, 1919:14, 1919:17, 1920:4, 1920:16, 1920:17, 1920:18, 1921:18, 1922:1, 1922:9, 1922:10, 1923:1, 1923:2, 1923:6, 1923:7, 1923:9, 1923:15, 1923:21, 1924:11, 1924:23, 1925:2, 1925:10, 1925:13, 1925:15, 1925:16, 1925:21, 1925:25, 1926:2, 1926:10, 1926:11, 1926:14, 1926:15, 1926:16, 1927:9, 1927:15, 1927:23, 1928:2, 1928:3, 1929:1, 1929:3, 1929:6, 1929:7, 1929:14, 1929:17, 1929:20, 1929:24, 1930:19, 1930:22, 1931:5, 1931:8, 1931:13, 1931:19, 1931:21, 1932:2, 1932:4, 1932:12, 1932:17, 1932:24, 1932:25, 1933:12, 1933:13, 1933:19, 1933:20, 1934:1, 1934:5, 1934:10, 1934:11, 1934:22, 1935:5, 1936:3, 1936:12, 1936:22, 1936:24, 1937:1, 1937:10, 1937:17, 1937:22, 1937:23, 1938:2, 1938:3, 1938:6, 1938:13, 1938:22, 1939:11, 1939:17, 1939:23, 1939:25, 1940:6, 1941:6, 1941:7, 1941:10, 1941:16, 1941:19, 1941:21, 1942:2, 1942:3, 1942:5, 1942:7, 1942:8, 1942:14, 1942:16, 1942:20, 1942:22, 1942:25, 1943:6, 1943:9, 1943:15, 1943:19, 1944:5, 1944:6, 1944:11, 1944:15, 1944:19, 1944:22, 1945:5, 1945:7, 1945:23, 1946:11,

1946:14, 1948:21, 1949:4, 1949:6, 1949:9, 1949:14, 1950:10, 1950:16, 1950:18, 1952:11, 1952:24, 1953:2, 1953:4, 1954:22, 1958:18, 1961:21, 1962:18, 1963:1, 1963:4, 1963:15, 1963:22, 1963:23, 1963:25, 1965:1, 1965:4, 1965:14, 1965:21, 1966:2, 1966:10, 1966:11, 1966:12, 1966:13, 1966:18, 1967:8, 1968:5, 1968:9, 1969:19, 1970:3, 1970:6, 1970:8, 1971:1, 1971:3, 1972:25, 1973:1, 1974:1, 1974:15, 1975:2, 1975:6, 1975:9, 1975:11, 1976:7, 1976:25, 1977:10, 1977:15, 1979:23, 1980:1, 1980:8, 1980:20, 1981:5, 1981:11, 1981:14, 1982:15

**ISN'T** [29] - 1919:24, 1951:11, 1952:20, 1955:3, 1955:15, 1956:10, 1961:9, 1961:24, 1963:11, 1966:25, 1967:10, 1968:3, 1969:21, 1970:24, 1971:13, 1972:3, 1972:10, 1972:16, 1974:6, 1975:7, 1976:10, 1976:20, 1977:1, 1977:6, 1977:13, 1978:5, 1978:15, 1980:18, 1981:16

**ISSUE** [5] - 1930:9, 1934:8, 1962:14, 1967:17, 1976:22

**ISSUED** [3] - 1884:13, 1948:23, 1962:15

**ISSUES** [3] - 1915:16, 1922:3, 1938:9

**IT** [257] - 1883:7, 1883:15, 1883:18, 1883:23, 1885:7, 1885:14, 1885:23, 1885:24, 1886:2, 1886:3, 1886:7, 1886:14, 1886:24,

1887:4, 1887:10, 1887:19, 1887:21, 1888:2, 1889:9, 1891:11, 1891:18, 1891:23, 1891:24, 1892:4, 1892:8, 1892:21, 1892:22, 1893:3, 1893:6, 1893:14, 1893:15, 1893:18, 1894:3, 1894:6, 1894:17, 1895:23, 1896:10, 1896:11, 1896:13, 1896:19, 1896:20, 1896:24, 1897:8, 1897:10, 1897:12, 1897:14, 1897:15, 1898:3, 1898:11, 1898:13, 1899:19, 1900:12, 1900:14, 1900:17, 1900:18, 1900:20, 1901:23, 1901:24, 1902:3, 1903:3, 1903:12, 1903:24, 1904:2, 1904:7, 1904:13, 1904:14, 1904:15, 1904:20, 1904:22, 1905:9, 1905:23, 1906:5, 1906:10, 1906:14, 1906:15, 1906:17, 1907:12, 1907:15, 1907:18, 1908:6, 1908:7, 1908:20, 1908:22, 1909:1, 1909:2, 1910:23, 1911:2, 1911:4, 1911:5, 1911:17, 1912:21, 1912:23, 1914:11, 1914:13, 1915:23, 1916:16, 1918:4, 1918:11, 1918:21, 1919:9, 1919:10, 1919:11, 1919:22, 1920:12, 1921:10, 1921:18, 1922:5, 1923:1, 1924:23, 1925:3, 1925:5, 1925:7, 1925:16, 1925:17, 1925:21, 1926:19, 1927:9, 1927:24, 1928:11, 1928:13, 1929:2, 1929:11, 1929:19, 1930:6, 1930:21, 1931:5, 1931:6, 1931:22, 1931:25, 1932:4, 1932:6, 1932:7, 1932:11, 1932:16, 1932:17,

1933:10, 1934:6, 1934:8, 1934:9, 1934:18, 1935:13, 1935:18, 1936:15, 1937:3, 1937:17, 1937:20, 1938:10, 1938:23, 1938:24, 1939:7, 1939:10, 1939:14, 1939:15, 1939:19, 1939:20, 1939:25, 1940:11, 1940:8, 1940:13, 1941:10, 1941:22, 1942:1, 1943:15, 1943:17, 1943:24, 1944:5, 1945:19, 1947:2, 1947:12, 1947:14, 1949:14, 1950:19, 1951:15, 1951:19, 1951:21, 1951:23, 1952:18, 1952:23, 1953:4, 1954:15, 1954:21, 1954:24, 1959:2, 1959:24, 1960:2, 1960:16, 1960:19, 1963:1, 1963:15, 1964:12, 1964:14, 1964:23, 1965:4, 1965:5, 1966:18, 1967:2, 1967:3, 1967:8, 1967:13, 1967:15, 1967:25, 1968:3, 1968:5, 1968:10, 1968:14, 1969:14, 1969:15, 1969:16, 1969:17, 1970:20, 1971:4, 1971:7, 1971:10, 1971:24, 1972:14, 1972:17, 1973:4, 1973:5, 1973:7, 1973:9, 1973:14, 1975:8, 1975:14, 1975:25, 1976:23, 1977:7, 1977:17, 1977:19, 1978:3, 1979:7, 1979:13, 1979:14, 1980:1, 1980:23, 1981:3, 1981:5, 1981:24

**IT'S** [78] - 1885:21, 1889:10, 1889:20, 1890:11, 1891:10, 1891:16, 1891:20, 1892:6, 1893:13, 1894:5, 1894:6, 1894:25, 1895:24, 1896:11, 1896:18, 1898:1, 1898:4, 1898:11, 1899:21,

1900:17, 1901:2, 1902:3, 1903:2, 1903:24, 1904:4, 1905:9, 1906:1, 1906:4, 1907:18, 1908:9, 1908:10, 1909:24, 1911:17, 1913:25, 1914:1, 1914:9, 1914:11, 1917:19, 1917:24, 1919:9, 1919:19, 1920:16, 1921:23, 1924:4, 1924:19, 1925:4, 1925:6, 1925:8, 1925:9, 1925:19, 1925:20, 1925:22, 1929:3, 1929:13, 1929:15, 1930:13, 1933:10, 1934:13, 1937:7, 1939:3, 1939:13, 1939:17, 1941:12, 1941:17, 1941:23, 1944:13, 1947:21, 1948:9, 1949:17, 1953:8, 1956:7, 1961:11, 1966:11, 1980:24, 1981:5

**ITS** [2] - 1925:7, 1925:9

**ITSELF** [5] - 1883:10, 1883:14, 1902:4, 1904:8, 1923:20

---

## J

**JAMES** [2] - 1879:13, 1880:4

**JAWS** [1] - 1906:6

**JEFFERSON** [1] - 1878:9

**JENKINS** [1] - 1878:7

**JOANEN** [2] - 1878:19, 1878:19

**JOE** [1] - 1964:8

**JOHN** [1] - 1880:6

**JOHNS** [1] - 1978:24

**JONATHAN** [1] - 1877:19

**JONES** [1] - 1879:16

**JOSEPH** [2] - 1877:16, 1948:21

**JR** [5] - 1877:12, 1878:8, 1878:12, 1878:16, 1880:4

**JUDGE** [47] - 1877:12, 1955:20, 1972:25, 1973:24, 1979:5, 1980:17, 1982:4

**JUDGMENT** [1] -

1894:7

**JULIA** [1] - 1879:19

**JULY** [1] - 1965:7

**JUMPED** [1] - 1927:6

**JUST** [68] - 1885:12, 1886:23, 1888:7, 1888:22, 1889:15, 1890:19, 1891:16, 1891:22, 1891:25, 1892:2, 1893:13, 1894:21, 1897:1, 1897:2, 1898:9, 1898:18, 1903:12, 1903:21, 1904:2, 1904:7, 1904:25, 1905:6, 1906:3, 1907:3, 1907:11, 1907:23, 1910:8, 1911:22, 1912:4, 1912:13, 1913:7, 1915:22, 1919:24, 1921:20, 1922:8, 1923:1, 1923:6, 1924:4, 1926:11, 1926:24, 1926:25, 1927:7, 1929:20, 1930:6, 1931:14, 1931:19, 1933:19, 1934:8, 1934:22, 1935:3, 1937:14, 1937:17, 1937:22, 1942:22, 1944:22, 1945:10, 1945:15, 1949:23, 1950:13, 1951:6, 1953:18, 1961:5, 1961:15, 1961:17, 1964:4, 1965:4, 1973:7

**JUSTICE** [1] - 1880:3

**JUSTIFICATION** [2] - 1933:5, 1935:2

**JUXTAPOSITION** [1] - 1911:20

**JX** [1] - 1949:8

**JX-01713** [2] - 1970:3, 1970:6

**JX-01864** [1] - 1949:1

**JX-01886** [1] - 1962:18

---

## K

**K"(2** [1] - 1877:6

**KATRINA** [6] - 1877:4, 1890:19, 1963:7, 1978:9, 1978:25, 1979:7

**KEEP** [1] - 1910:17

**KELLS** [1] - 1880:5

**KENDRICK** [1] - 1878:8

**KEPT** [1] - 1930:20
**KERWIN** [1] - 1879:19
**KEY** [2] - 1933:12, 1945:10
**KILLED** [2] - 1920:15, 1920:16
**KIND** [6] - 1899:22, 1899:23, 1916:5, 1928:7, 1929:7, 1935:15
**KNEW** [14] - 1957:25, 1959:1, 1959:2, 1960:3, 1960:16, 1960:18, 1961:13, 1961:22, 1968:14, 1978:4, 1978:7, 1978:9, 1978:11
**KNOW** [55] - 1894:25, 1898:3, 1898:10, 1899:4, 1899:25, 1902:6, 1904:18, 1925:1, 1926:6, 1926:19, 1926:25, 1927:21, 1929:10, 1933:21, 1935:15, 1940:22, 1948:20, 1948:21, 1952:9, 1952:13, 1952:16, 1952:17, 1952:22, 1954:19, 1955:5, 1955:6, 1955:8, 1955:12, 1955:22, 1956:2, 1956:11, 1956:12, 1957:19, 1957:24, 1958:9, 1958:11, 1958:14, 1959:1, 1960:25, 1961:2, 1961:4, 1963:24, 1966:7, 1969:13, 1974:12, 1974:13, 1977:16, 1977:24, 1977:25, 1979:19, 1980:9, 1980:20, 1981:5
**KNOWLEDGE** [4] - 1894:7, 1921:6, 1932:15, 1977:21
**KNOWN** [2] - 1911:1, 1976:1
**KNOWS** [1] - 1955:23

# L

**LA** [10] - 1877:17, 1877:20, 1878:5, 1878:10, 1878:13, 1878:17, 1878:20, 1879:8, 1879:14, 1880:12
**LAB** [2] - 1925:8,

1928:9
**LABEL** [1] - 1904:20
**LABELED** [5] - 1902:21, 1905:4, 1905:14, 1917:11
**LABORATORY** [5] - 1894:14, 1928:9, 1941:11, 1942:25
**LAFAYETTE** [1] - 1878:10
**LAMBE** [2] - 1939:12, 1941:16
**LAND** [25] - 1882:18, 1892:8, 1894:2, 1894:3, 1900:3, 1912:8, 1913:13, 1917:6, 1917:9, 1919:2, 1919:14, 1920:21, 1922:21, 1923:8, 1929:5, 1929:23, 1930:24, 1931:3, 1936:6, 1943:25, 1944:3, 1945:1, 1946:4, 1946:5
**LANDSIDE** [2] - 1946:3, 1965:17
**LANDWARD** [1] - 1924:1
**LARGE** [5] - 1938:20, 1938:21, 1938:22, 1953:14, 1979:9
**LARGER** [1] - 1976:6
**LAST** [3] - 1882:24, 1916:22, 1974:21
**LASTS** [1] - 1937:8
**LATER** [10] - 1884:13, 1884:17, 1889:9, 1896:11, 1896:13, 1918:25, 1922:23, 1930:20, 1959:4, 1961:3
**LATERAL** [3] - 1916:15, 1945:3, 1945:8
**LATEST** [1] - 1916:10
**LAW** [5] - 1877:19, 1878:12, 1878:19, 1879:3, 1917:19
**LAWN** [1] - 1877:24
**LAWYER** [1] - 1949:23
**LAWYERS** [8] - 1971:12, 1972:1, 1972:2, 1972:18, 1972:23, 1973:8, 1973:11
**LAY** [1] - 1896:8
**LAYER** [1] - 1917:3
**LAYERS** [1] - 1894:20
**LAYPERSON** [1] -

1918:4
**LAYS** [1] - 1913:7
**LEAD** [2] - 1953:14, 1972:6
**LEAD-UP** [1] - 1972:6
**LEADING** [1] - 1947:10
**LEADS** [1] - 1922:13
**LEARN** [10] - 1959:5, 1959:10, 1959:20, 1960:13, 1960:17, 1961:15, 1968:5, 1968:6, 1970:16, 1979:13
**LEARNED** [13] - 1884:16, 1959:9, 1961:17, 1967:18, 1970:23, 1971:4, 1973:7, 1973:22, 1976:5, 1976:13, 1979:8, 1980:1
**LEAST** [6] - 1901:21, 1921:25, 1926:6, 1961:4, 1975:3, 1977:4
**LEAVE** [1] - 1952:18
**LED** [1] - 1915:5
**LEFT** [5] - 1884:2, 1899:19, 1903:14, 1907:4, 1971:20
**LEFT-HAND** [1] - 1884:2
**LEFTMOST** [1] - 1920:15
**LENGTH** [11] - 1905:24, 1909:8, 1911:3, 1911:5, 1911:12, 1912:22, 1914:7, 1918:5, 1922:14, 1923:19, 1944:23
**LENGTHS** [2] - 1911:23, 1913:1
**LESS** [9] - 1884:4, 1885:1, 1885:20, 1908:6, 1929:14, 1944:13, 1947:9, 1974:24, 1978:18
**LET** [13] - 1896:16, 1905:9, 1911:22, 1925:1, 1926:25, 1957:19, 1966:7, 1967:19, 1973:1, 1973:17, 1974:9, 1974:20, 1975:21
**LET'S** [15] - 1896:13, 1928:23, 1929:2, 1933:5, 1951:6, 1952:23, 1952:24, 1962:20, 1965:12,

1965:23, 1973:19, 1974:20, 1976:4, 1978:22, 1981:25
**LEVEE** [14] - 1891:2, 1893:21, 1917:3, 1923:20, 1923:21, 1924:1, 1924:11, 1932:9, 1934:1, 1936:4, 1939:3, 1946:8, 1965:17, 1965:18
**LEVEES** [7] - 1892:15, 1931:5, 1931:10, 1932:1, 1932:13, 1938:16, 1944:1
**LEVEL** [8] - 1883:20, 1884:10, 1886:19, 1887:3, 1887:11, 1888:10, 1912:20, 1914:16
**LEVELS** [1] - 1912:23
**LEVIN** [1] - 1878:22
**LIEU** [1] - 1935:7
**LIGHT** [2] - 1916:18, 1935:15
**LIKE** [26] - 1887:16, 1891:23, 1892:1, 1897:2, 1898:1, 1905:8, 1906:4, 1913:8, 1920:1, 1921:20, 1923:10, 1924:13, 1924:15, 1932:17, 1937:2, 1939:2, 1939:3, 1941:12, 1947:19, 1947:25, 1969:20, 1973:4, 1973:5, 1973:10, 1978:3, 1979:25
**LIKELY** [3] - 1900:6, 1910:24, 1913:8
**LIMITED** [1] - 1923:7
**LIMITING** [1] - 1951:2
**LINE** [7] - 1893:10, 1893:11, 1905:1, 1923:17, 1923:22, 1929:8, 1929:11
**LINEAL** [1] - 1909:10
**LINES** [3] - 1905:18, 1918:25, 1929:6
**LITERALLY** [5] - 1900:7, 1902:23, 1910:23, 1919:8, 1930:4
**LITIGATION** [1] - 1877:5
**LITTLE** [16] - 1889:18, 1891:4, 1893:3, 1896:11, 1901:15, 1903:12, 1915:22,

1920:7, 1922:23, 1926:13, 1929:14, 1929:15, 1935:25, 1951:1, 1974:9
**LOAD** [10] - 1895:17, 1896:19, 1896:21, 1896:23, 1902:4, 1914:4, 1914:6, 1927:11, 1936:25, 1939:7
**LOADED** [3] - 1897:10, 1897:12, 1898:20
**LOADING** [12] - 1895:11, 1895:12, 1895:25, 1897:16, 1899:5, 1931:20, 1939:5, 1939:6, 1943:19, 1944:16, 1946:8, 1946:23
**LOADS** [2] - 1913:23, 1924:9
**LOCAL** [1] - 1885:25
**LOCATION** [3] - 1885:2, 1894:8, 1911:8
**LOCKED** [1] - 1906:23
**LONDON** [1] - 1920:2
**LONG** [13] - 1902:14, 1902:15, 1902:17, 1903:17, 1903:18, 1911:20, 1919:5, 1924:25, 1927:24, 1928:21, 1931:6, 1940:22, 1964:23
**LONGER** [8] - 1902:10, 1903:17, 1905:17, 1906:13, 1907:23, 1908:2, 1922:16, 1944:14
**LONIAN** [1] - 1879:12
**LOOK** [23] - 1883:9, 1887:2, 1890:8, 1890:10, 1894:15, 1899:3, 1902:5, 1908:15, 1908:16, 1912:13, 1915:13, 1915:15, 1916:17, 1923:24, 1924:8, 1925:18, 1927:24, 1928:18, 1928:23, 1933:5, 1967:21, 1969:22, 1971:20
**LOOKED** [7] - 1887:24, 1889:24, 1919:21, 1930:19, 1936:1, 1953:18, 1954:17
**LOOKING** [12] - 1885:18, 1888:3,

1890:12, 1902:24, 1903:12, 1906:21, 1907:23, 1917:1, 1923:13, 1933:24, 1937:18, 1967:23
**LOOKS** [2] - 1886:12, 1906:4
**LOS** [1] - 1879:5
**LOT** [8] - 1890:21, 1890:24, 1907:15, 1909:21, 1909:22, 1909:23, 1910:21, 1914:20
**LOUISIANA** [10] - 1877:1, 1877:7, 1879:20, 1954:5, 1954:7, 1957:15, 1968:24, 1979:11, 1982:14, 1982:15
**LOW** [24] - 1883:4, 1883:6, 1889:22, 1898:5, 1898:8, 1908:5, 1915:1, 1919:24, 1921:7, 1921:10, 1921:14, 1921:17, 1921:22, 1927:9, 1927:16, 1930:2, 1936:19, 1940:7, 1945:6, 1946:16, 1946:21, 1947:7
**LOWER** [15] - 1884:2, 1891:1, 1894:24, 1895:22, 1898:8, 1900:9, 1900:24, 1901:8, 1901:13, 1919:11, 1931:7, 1934:13, 1943:6, 1952:7, 1952:14
**LOWEST** [2] - 1945:18, 1945:20
**LUNCH** [2] - 1926:15, 1948:17
**LUNCHEON** [2] - 1881:7, 1982:7

## M

**MADE** [13] - 1895:16, 1896:7, 1905:18, 1908:25, 1915:12, 1916:4, 1917:7, 1918:14, 1932:4, 1942:1, 1947:15, 1947:24, 1978:19
**MAGGIE** [1] - 1879:13
**MAIN** [5] - 1878:5, 1890:22, 1935:10, 1937:22, 1975:10
**MAINLY** [1] - 1891:10

**MAJOR** [1] - 1910:5
**MAKE** [14] - 1884:7, 1892:22, 1898:15, 1905:22, 1918:4, 1928:6, 1928:13, 1933:2, 1938:18, 1939:11, 1945:11, 1949:21, 1952:4, 1969:5
**MAKES** [2] - 1940:7, 1945:19
**MAKING** [5] - 1904:1, 1904:2, 1966:17, 1971:19, 1973:2
**MANDATE** [3] - 1950:13, 1950:17, 1950:18
**MANIFESTATION** [1] - 1923:25
**MANUAL** [5] - 1938:10, 1938:13, 1939:13, 1939:25, 1941:6
**MANY** [1] - 1947:24
**MAP** [1] - 1909:20
**MARCH** [7] - 1948:23, 1954:18, 1957:24, 1959:25, 1965:13, 1966:20, 1967:10
**MARK** [1] - 1904:5
**MARKED** [2] - 1903:25, 1947:21
**MARKS** [2] - 1904:2, 1904:14
**MARR** [14] - 1882:13, 1897:3, 1906:25, 1911:10, 1927:1, 1948:20, 1948:23, 1954:15, 1963:4, 1968:3, 1971:12, 1971:24, 1972:14, 1973:18
**MARR'S** [1] - 1947:20
**MASS** [2] - 1900:3, 1923:7
**MASSACHUSETTS** [1] - 1925:8
**MATCHES** [1] - 1910:7
**MATERIAL** [14] - 1898:10, 1900:2, 1922:6, 1924:16, 1925:6, 1925:12, 1925:13, 1925:20, 1925:21, 1925:25, 1926:1, 1927:8, 1927:9, 1943:7
**MATERIALS** [4] - 1891:6, 1894:25, 1895:13, 1895:17

**MATHEMATICAL** [1] - 1939:6
**MATHEMATICALLY** [1] - 1980:24
**MATHEMATICS** [2] - 1937:15, 1938:4
**MATT** [1] - 1878:23
**MATTER** [5] - 1898:20, 1930:3, 1961:21, 1981:14, 1982:16
**MAXIMUM** [5] - 1883:20, 1884:9, 1887:4, 1898:20, 1918:1
**MAY** [18] - 1889:25, 1904:6, 1904:20, 1905:8, 1914:21, 1920:24, 1924:16, 1926:4, 1926:5, 1926:25, 1927:1, 1933:9, 1936:11, 1947:19, 1955:19, 1959:24, 1962:2, 1963:24
**MAYBE** [8] - 1897:4, 1899:25, 1904:13, 1916:21, 1929:11, 1961:18, 1962:10, 1973:4
**MCCONNON** [1] - 1880:4
**ME** [46] - 1888:25, 1890:7, 1896:16, 1897:21, 1898:9, 1903:22, 1904:7, 1908:21, 1910:8, 1911:18, 1911:22, 1912:10, 1922:25, 1924:20, 1925:1, 1926:12, 1934:13, 1935:11, 1936:12, 1945:13, 1945:16, 1945:19, 1949:23, 1950:4, 1950:5, 1950:6, 1951:1, 1953:9, 1957:19, 1961:15, 1961:17, 1966:7, 1967:1, 1967:13, 1967:19, 1970:9, 1972:6, 1973:2, 1973:4, 1973:5, 1973:9, 1973:17, 1974:9, 1976:11, 1979:16
**MEAN** [4] - 1907:6, 1918:25, 1937:14, 1948:4
**MEANS** [11] - 1890:21, 1896:9, 1901:20,

1928:20, 1936:15, 1937:11, 1937:24, 1951:14, 1951:15
**MEANT** [2] - 1934:9, 1936:1
**MEASURE** [7] - 1890:25, 1894:5, 1895:9, 1895:14, 1980:22, 1981:11
**MEASURED** [11] - 1882:17, 1882:25, 1883:3, 1883:8, 1893:10, 1898:5, 1906:8, 1908:23, 1909:6, 1919:9, 1980:20
**MEASUREMENTS** [8] - 1891:5, 1893:11, 1894:12, 1899:12, 1905:15, 1905:18, 1928:8, 1942:23
**MEASURING** [1] - 1893:14
**MECHANICAL** [2] - 1880:13, 1907:24
**MECHANICS** [5] - 1936:14, 1938:25, 1946:20, 1946:22, 1980:8
**MECHANISM** [7] - 1915:6, 1915:20, 1916:3, 1919:12, 1919:17, 1947:13, 1953:14
**MECHANISMS** [3] - 1916:6, 1919:23, 1923:12
**MEDIAN** [1] - 1888:17
**MEDIUM** [1] - 1937:17
**MEMORY** [1] - 1965:1
**MENTION** [1] - 1916:10
**MENTIONED** [5] - 1889:9, 1891:13, 1902:7, 1908:1, 1908:14
**MENTIONS** [1] - 1938:10
**MERIT** [2] - 1982:14, 1982:19
**MESSAGE** [2] - 1890:22, 1933:12
**MET** [4] - 1892:10, 1892:11, 1948:20, 1979:15
**METAL** [1] - 1906:10
**METHOD** [3] - 1899:19, 1899:21, 1979:24
**MIC** [1] - 1915:23

**MICHAEL** [1] - 1878:4
**MIDDLE** [1] - 1962:25
**MIDST** [1] - 1882:14
**MIGHT** [7] - 1891:24, 1894:16, 1894:17, 1922:5, 1938:14, 1961:23, 1967:24
**MILLISECONDS** [1] - 1937:8
**MIND** [6] - 1910:17, 1921:16, 1936:21, 1972:11, 1972:19, 1976:1
**MINE** [2] - 1884:18, 1967:12
**MINIMAL** [1] - 1921:5
**MINIMIS** [3] - 1919:8, 1922:14, 1945:25
**MINIMUM** [1] - 1901:20
**MINUS** [14] - 1895:3, 1898:7, 1901:1, 1901:2, 1917:6, 1918:2, 1928:12, 1928:13, 1936:20, 1941:12, 1941:13, 1944:13
**MINUTE** [6] - 1897:1, 1903:10, 1903:21, 1939:21, 1974:19
**MINUTES** [12] - 1926:15, 1926:16, 1926:17, 1926:20, 1926:22, 1926:23, 1928:17, 1930:3, 1948:16, 1977:10
**MISPLACED** [1] - 1965:5
**MISSED** [1] - 1884:23
**MISSING** [2] - 1976:16, 1976:18
**MISSISSIPPI** [1] - 1931:11
**MISTAKE** [1] - 1949:21
**MISUNDERSTAND** [1] - 1906:12
**MISUNDERSTOOD** [1] - 1973:5
**MITCHELL** [1] - 1878:23
**MITSCH** [1] - 1880:5
**MODALITIES** [1] - 1911:19
**MODE** [12] - 1888:9, 1888:16, 1897:9, 1897:11, 1898:12, 1898:14, 1900:19, 1901:19, 1907:18, 1908:14, 1909:25,

1924:2

**MODEL** [7] - 1883:2, 1883:4, 1883:22, 1883:23, 1908:25, 1918:14, 1979:10

**MODELED** [2] - 1936:17, 1936:18

**MODELING** [1] - 1979:9

**MODES** [2] - 1945:13, 1945:14

**MODULUS** [6] - 1941:17, 1942:3, 1942:5, 1942:11, 1942:13, 1942:15

**MOISTURE** [3] - 1925:7, 1925:10, 1925:12

**MONDAY** [2] - 1877:7, 1882:2

**MONTHS** [3] - 1897:13, 1898:11, 1919:7

**MORE** [45] - 1883:5, 1885:10, 1886:22, 1888:4, 1888:5, 1892:23, 1892:24, 1892:25, 1893:3, 1899:21, 1900:24, 1901:2, 1901:3, 1906:16, 1908:9, 1909:2, 1909:9, 1911:21, 1912:5, 1912:8, 1912:24, 1913:21, 1914:8, 1915:9, 1918:19, 1920:3, 1920:4, 1920:8, 1923:10, 1929:19, 1931:2, 1935:10, 1937:21, 1938:3, 1941:4, 1945:20, 1945:21, 1945:23, 1947:9, 1950:13, 1950:16, 1979:10

**MORNING** [13] - 1877:11, 1882:8, 1890:15, 1929:6, 1929:13, 1943:24, 1948:20, 1963:6, 1968:15, 1969:11, 1970:14, 1974:23, 1977:6

**MOSHER** [1] - 1952:9

**MOST** [6] - 1892:15, 1900:6, 1913:8, 1924:13, 1949:7

**MOTIVATE** [1] - 1965:24

**MOTIVATED** [1] -

---

1967:15

**MOVE** [10] - 1892:22, 1897:13, 1902:2, 1904:14, 1908:7, 1912:8, 1930:2, 1930:4, 1947:20, 1965:23

**MOVED** [6] - 1885:14, 1924:1, 1929:12, 1929:13, 1929:19, 1930:23

**MOVEMENT** [1] - 1923:9

**MOVING** [5] - 1908:18, 1923:7, 1938:1, 1938:2, 1938:3

**MR** [56] - 1881:5, 1881:6, 1882:10, 1882:12, 1889:13, 1897:1, 1897:2, 1897:5, 1897:6, 1897:21, 1904:7, 1904:10, 1904:19, 1904:21, 1905:6, 1905:9, 1906:25, 1910:8, 1910:12, 1927:1, 1927:4, 1947:19, 1947:23, 1948:6, 1948:12, 1948:14, 1948:15, 1948:19, 1955:20, 1956:1, 1962:21, 1962:22, 1962:24, 1963:3, 1963:25, 1964:3, 1964:4, 1964:7, 1964:16, 1964:18, 1965:9, 1965:11, 1967:7, 1971:15, 1971:17, 1971:23, 1972:22, 1972:25, 1973:4, 1973:5, 1973:13, 1973:16, 1975:23, 1976:3, 1982:1, 1982:3

**MRGO** [1] - 1877:8

**MUCH** [26] - 1885:3, 1885:23, 1893:15, 1898:25, 1904:1, 1908:2, 1908:4, 1908:22, 1909:1, 1909:2, 1909:4, 1909:19, 1911:4, 1916:9, 1917:8, 1917:13, 1918:17, 1929:10, 1929:19, 1932:16, 1937:21, 1943:6, 1971:9, 1976:6, 1976:23,

---

1982:3

**MUD** [1] - 1924:17

**MUFFLING** [1] - 1915:23

**MUST** [3] - 1901:20, 1940:18, 1940:19

**MV** [9] - 1928:4, 1928:9, 1930:2, 1939:21, 1942:1, 1942:23, 1943:4, 1943:6

**MW** [2] - 1939:20, 1941:6

**MY** [109] - 1883:19, 1883:21, 1884:7, 1884:13, 1884:14, 1884:15, 1884:16, 1884:25, 1885:8, 1885:10, 1886:21, 1887:15, 1888:14, 1888:22, 1888:24, 1889:7, 1889:14, 1889:17, 1889:19, 1894:3, 1894:21, 1898:9, 1900:17, 1901:16, 1906:21, 1910:22, 1912:6, 1914:19, 1915:11, 1915:12, 1915:16, 1916:19, 1921:7, 1921:19, 1922:13, 1924:20, 1925:8, 1928:5, 1928:9, 1932:15, 1933:9, 1935:15, 1936:21, 1938:25, 1941:11, 1942:25, 1943:22, 1947:1, 1947:4, 1947:17, 1948:10, 1948:20, 1950:23, 1952:18, 1953:10, 1953:13, 1956:7, 1956:25, 1958:19, 1959:7, 1960:1, 1962:8, 1963:1, 1965:1, 1965:12, 1966:3, 1966:4, 1966:5, 1967:18, 1967:19, 1967:20, 1967:21, 1967:23, 1968:1, 1968:9, 1968:10, 1969:10, 1969:14, 1970:18, 1971:8, 1971:20, 1972:11, 1972:17, 1972:19, 1973:21, 1974:3, 1974:18, 1976:1, 1976:6, 1976:16, 1976:18, 1976:22, 1976:23,

---

1977:18, 1977:21, 1978:21, 1980:8, 1980:24, 1982:16

**MYSELF** [2] - 1954:19, 1962:8

---

# N

**N.W** [1] - 1879:20

**NAME** [2] - 1948:21, 1960:1

**NAMED** [1] - 1952:9

**NATIONAL** [1] - 1932:6

**NATURAL** [1] - 1925:7

**NAYMIK** [1] - 1943:2

**NEAR** [4] - 1921:2, 1921:3, 1932:22, 1975:1

**NEAT** [1] - 1924:22

**NECESSARY** [2] - 1900:12, 1956:25

**NEED** [4] - 1928:1, 1937:25, 1967:16, 1971:20

**NEEDED** [1] - 1956:23

**NEVER** [7] - 1931:8, 1939:1, 1958:11, 1976:21

**NEW** [14] - 1877:7, 1877:17, 1877:20, 1878:13, 1878:20, 1879:8, 1879:14, 1880:12, 1899:3, 1923:18, 1932:2, 1932:13, 1932:14, 1963:7

**NEWER** [1] - 1906:23

**NEXT** [71] - 1883:12, 1884:12, 1885:16, 1886:25, 1887:14, 1888:6, 1888:12, 1888:21, 1889:2, 1889:23, 1890:9, 1893:4, 1897:21, 1899:16, 1901:25, 1903:6, 1903:11, 1905:1, 1905:5, 1905:11, 1907:20, 1908:19, 1909:12, 1910:25, 1912:3, 1913:6, 1915:15, 1916:20, 1917:16, 1918:9, 1919:3, 1920:6, 1920:17, 1920:23, 1922:12, 1923:13, 1924:8, 1927:5, 1927:12, 1927:20, 1928:15, 1929:17, 1930:18,

---

1931:12, 1931:16, 1931:18, 1932:19, 1933:7, 1933:23, 1934:15, 1934:23, 1934:24, 1935:9, 1935:24, 1936:10, 1936:23, 1937:13, 1938:5, 1939:9, 1939:22, 1941:4, 1941:14, 1942:2, 1942:21, 1943:11, 1944:7, 1944:8, 1945:12, 1947:1, 1975:21, 1978:22

**NINE** [4] - 1894:10, 1899:13, 1906:9, 1930:21

**NINE-TENTHS** [1] - 1906:9

**NINTH** [3] - 1919:11, 1952:7, 1952:14

**NO** [77] - 1877:6, 1877:9, 1883:6, 1883:7, 1884:16, 1889:14, 1889:15, 1889:16, 1889:18, 1894:2, 1896:23, 1907:8, 1907:12, 1919:17, 1920:20, 1922:20, 1924:3, 1929:22, 1932:17, 1937:7, 1937:10, 1937:11, 1938:8, 1938:9, 1940:1, 1940:23, 1944:2, 1944:14, 1944:19, 1945:5, 1945:7, 1946:9, 1947:5, 1947:6, 1947:16, 1947:24, 1948:1, 1948:4, 1949:16, 1949:18, 1949:22, 1950:15, 1951:5, 1951:6, 1953:7, 1953:12, 1954:4, 1954:24, 1956:6, 1956:17, 1956:19, 1956:22, 1957:11, 1960:5, 1961:10, 1961:12, 1961:15, 1961:20, 1963:14, 1964:15, 1966:19, 1966:21, 1970:12, 1971:14, 1972:4, 1972:5, 1972:8, 1972:17, 1973:7, 1973:9, 1974:2, 1974:17, 1977:7, 1978:17

**NOBODY** [2] - 1910:8,

1955:21
**NOON** [1] - 1926:14
**NOR** [2] - 1956:12, 1967:13
**NORMALLY** [1] - 1906:6
**NORTH** [58] - 1889:11, 1889:12, 1889:21, 1890:2, 1890:19, 1900:9, 1900:22, 1900:25, 1901:2, 1901:8, 1901:13, 1901:16, 1902:7, 1902:8, 1910:9, 1910:13, 1910:19, 1910:21, 1911:25, 1912:9, 1913:9, 1914:25, 1938:18, 1945:17, 1945:23, 1947:7, 1952:25, 1953:3, 1953:23, 1953:25, 1954:3, 1954:8, 1954:11, 1954:16, 1954:22, 1955:3, 1955:10, 1955:14, 1956:5, 1956:10, 1957:21, 1958:1, 1958:17, 1959:6, 1959:12, 1960:24, 1961:6, 1961:9, 1961:14, 1961:19, 1961:24, 1962:3, 1962:11, 1965:19, 1970:14, 1970:24, 1975:15
**NOT** [116] - 1884:6, 1884:22, 1885:3, 1885:18, 1886:3, 1894:6, 1898:15, 1899:11, 1899:14, 1899:25, 1903:24, 1903:25, 1904:19, 1907:18, 1908:14, 1911:16, 1912:13, 1912:15, 1913:4, 1914:1, 1919:9, 1920:4, 1920:16, 1921:25, 1922:13, 1922:15, 1923:16, 1924:4, 1925:24, 1932:8, 1933:9, 1933:20, 1934:2, 1934:3, 1934:7, 1934:10, 1934:13, 1935:4, 1935:5, 1938:22, 1938:24, 1939:8, 1939:15, 1939:17, 1939:24, 1940:12, 1941:2, 1941:23, 1942:2,

1942:11, 1942:14, 1943:9, 1943:13, 1943:15, 1944:22, 1944:25, 1945:4, 1946:9, 1946:17, 1947:2, 1947:3, 1947:14, 1948:10, 1948:11, 1948:24, 1949:17, 1950:20, 1951:9, 1951:19, 1951:21, 1951:25, 1952:5, 1952:19, 1953:8, 1954:11, 1954:24, 1955:8, 1955:16, 1956:9, 1960:11, 1961:11, 1963:20, 1963:24, 1965:20, 1967:1, 1967:13, 1967:20, 1968:10, 1969:5, 1969:14, 1969:17, 1969:24, 1970:1, 1970:6, 1971:21, 1973:13, 1975:8, 1975:19, 1976:8, 1976:23, 1976:24, 1977:21, 1978:15, 1978:20, 1980:8, 1980:13, 1980:15, 1980:16
**NOTE** [4] - 1903:22, 1904:2, 1934:12, 1971:19
**NOTHING** [3] - 1938:15, 1941:12, 1966:5
**NOTWITHSTANDING** [1] - 1911:12
**NOW** [33] - 1889:10, 1896:12, 1898:23, 1914:15, 1917:25, 1923:18, 1924:17, 1926:6, 1929:14, 1930:9, 1937:14, 1944:13, 1949:10, 1951:1, 1951:23, 1955:12, 1956:14, 1956:20, 1959:20, 1962:1, 1962:14, 1963:19, 1965:7, 1965:12, 1965:23, 1966:2, 1970:13, 1973:7, 1976:11, 1976:13, 1977:16, 1978:22
**NUMBER** [31] - 1890:16, 1897:5, 1899:1, 1902:21, 1903:8, 1903:9, 1903:19, 1903:20,

1904:8, 1904:10, 1904:21, 1904:22, 1905:7, 1907:4, 1907:6, 1911:6, 1915:20, 1917:12, 1917:22, 1917:24, 1921:22, 1925:3, 1928:12, 1933:15, 1933:21, 1936:20, 1940:2, 1940:7, 1949:1, 1962:21
**NUMBERED** [2] - 1907:1, 1982:16
**NUMBERS** [2] - 1942:11, 1963:24
**NUMERICAL** [1] - 1899:20

---

# O

**O'CLOCK** [6] - 1968:15, 1970:14, 1970:20, 1972:3, 1977:6
**OAK** [1] - 1877:24
**OBJECT** [4] - 1892:11, 1947:23, 1948:5, 1972:22
**OBJECTION** [4] - 1971:15, 1971:17, 1972:21, 1973:3
**OBJECTIVE** [1] - 1884:7
**OBLITERATE** [1] - 1904:13
**OBSERVATIONS** [1] - 1914:23
**OBSERVED** [1] - 1914:20
**OBTAIN** [1] - 1891:8
**OBTAINED** [4] - 1887:23, 1894:13, 1899:17, 1945:7
**OCCUR** [8] - 1909:15, 1917:8, 1919:5, 1919:17, 1936:6, 1947:4, 1977:5
**OCCURRED** [22] - 1883:8, 1889:9, 1889:12, 1903:15, 1911:15, 1929:18, 1930:11, 1945:8, 1945:18, 1945:24, 1959:8, 1963:1, 1963:5, 1969:6, 1969:9, 1969:21, 1970:14, 1972:3, 1976:9, 1977:11, 1979:3
**OCCURRING** [6] -

1884:19, 1907:24, 1912:17, 1917:15, 1918:3, 1976:15
**OCCURS** [9] - 1917:21, 1918:17, 1919:16, 1920:20, 1936:8, 1937:2, 1937:8, 1937:10, 1940:16
**OCEAN** [1] - 1981:6
**OF** [623] - 1877:1, 1877:11, 1880:3, 1882:14, 1882:18, 1882:19, 1883:2, 1883:3, 1883:8, 1883:10, 1883:13, 1883:19, 1883:23, 1884:3, 1884:24, 1885:2, 1885:6, 1885:9, 1885:12, 1885:19, 1886:9, 1886:10, 1886:14, 1887:7, 1887:8, 1887:9, 1887:11, 1887:12, 1887:16, 1887:21, 1887:22, 1887:25, 1888:1, 1888:2, 1888:4, 1888:8, 1888:9, 1888:10, 1888:13, 1888:16, 1888:17, 1888:18, 1888:19, 1888:20, 1888:24, 1889:1, 1889:2, 1889:5, 1889:7, 1889:13, 1889:15, 1889:16, 1889:19, 1890:2, 1890:5, 1890:10, 1890:13, 1890:16, 1890:17, 1890:18, 1890:21, 1890:23, 1890:24, 1890:25, 1891:6, 1891:12, 1891:15, 1891:18, 1892:6, 1892:17, 1892:19, 1892:20, 1893:4, 1893:9, 1893:14, 1893:17, 1893:20, 1893:21, 1894:4, 1894:6, 1894:12, 1894:13, 1894:15, 1894:17, 1894:22, 1894:23, 1894:24, 1895:2, 1895:3, 1895:7, 1895:10, 1895:15, 1896:8, 1896:17, 1896:18, 1896:21, 1896:22, 1896:24, 1897:10, 1897:14,

1897:16, 1897:20, 1898:7, 1898:14, 1898:20, 1898:21, 1898:22, 1899:4, 1899:7, 1899:10, 1899:13, 1899:22, 1899:23, 1900:1, 1900:2, 1900:7, 1900:9, 1900:10, 1900:14, 1900:18, 1900:21, 1900:22, 1900:25, 1901:11, 1901:12, 1901:18, 1901:20, 1901:21, 1901:23, 1902:1, 1902:2, 1902:3, 1902:5, 1902:7, 1902:8, 1902:9, 1902:20, 1902:22, 1902:24, 1903:3, 1903:4, 1903:13, 1903:22, 1904:3, 1904:11, 1904:15, 1904:19, 1905:1, 1905:11, 1905:15, 1905:16, 1905:18, 1905:19, 1905:21, 1905:24, 1906:2, 1906:5, 1906:7, 1906:9, 1906:10, 1907:4, 1907:6, 1907:15, 1907:17, 1907:18, 1907:24, 1907:25, 1908:3, 1908:5, 1908:6, 1908:11, 1908:13, 1908:15, 1908:25, 1909:7, 1909:8, 1909:9, 1909:10, 1909:11, 1909:15, 1909:16, 1909:20, 1909:21, 1909:22, 1909:23, 1910:5, 1910:9, 1910:10, 1910:13, 1910:21, 1911:3, 1911:4, 1911:5, 1911:13, 1911:19, 1911:20, 1911:22, 1911:23, 1911:24, 1912:5, 1912:22, 1912:25, 1913:1, 1913:7, 1913:8, 1913:10, 1913:11, 1913:15, 1913:17, 1913:18, 1913:21, 1913:22, 1913:24, 1913:25, 1914:1, 1914:8, 1914:19, 1914:20, 1914:22, 1914:25, 1915:1, 1915:4,

1915:7, 1915:8,
1915:9, 1915:13,
1915:16, 1915:18,
1915:20, 1916:2,
1916:5, 1916:8,
1916:17, 1916:18,
1916:19, 1916:25,
1917:1, 1917:5,
1917:7, 1917:13,
1917:14, 1917:18,
1917:23, 1917:24,
1918:1, 1918:2,
1918:3, 1918:5,
1918:7, 1918:8,
1918:13, 1918:14,
1918:22, 1918:24,
1919:8, 1919:10,
1919:13, 1919:19,
1919:23, 1920:11,
1920:22, 1920:25,
1921:1, 1921:3,
1921:6, 1921:7,
1921:11, 1921:14,
1921:15, 1921:21,
1922:6, 1922:9,
1922:14, 1922:20,
1922:22, 1923:2,
1923:3, 1923:12,
1923:14, 1923:17,
1923:18, 1923:19,
1923:20, 1923:23,
1923:25, 1924:3,
1924:9, 1924:13,
1924:15, 1924:21,
1925:4, 1925:11,
1925:18, 1925:23,
1926:12, 1926:17,
1927:8, 1927:9,
1927:14, 1928:3,
1928:6, 1928:7,
1928:8, 1928:12,
1928:17, 1928:25,
1929:7, 1929:23,
1929:25, 1930:2,
1930:3, 1930:9,
1930:10, 1930:22,
1931:1, 1931:4,
1931:7, 1931:10,
1931:21, 1932:1,
1932:2, 1932:5,
1932:7, 1932:13,
1932:15, 1932:16,
1932:18, 1932:22,
1933:8, 1933:11,
1933:13, 1933:14,
1933:17, 1933:20,
1934:1, 1934:3,
1934:7, 1934:17,
1934:20, 1935:7,
1935:15, 1936:1,
1936:4, 1936:19,

1937:3, 1937:10,
1938:6, 1938:9,
1938:11, 1938:14,
1938:20, 1938:25,
1939:5, 1939:13,
1939:19, 1939:25,
1940:4, 1940:7,
1940:10, 1940:23,
1941:7, 1941:18,
1941:20, 1941:21,
1941:24, 1942:1,
1942:6, 1942:7,
1942:8, 1942:23,
1943:3, 1943:4,
1943:17, 1943:19,
1943:20, 1943:25,
1944:2, 1944:11,
1944:18, 1944:20,
1945:6, 1945:10,
1945:14, 1945:18,
1945:25, 1946:1,
1946:2, 1946:3,
1946:8, 1946:14,
1946:16, 1946:17,
1946:18, 1946:19,
1946:21, 1946:24,
1947:4, 1947:7,
1947:9, 1947:20,
1947:24, 1949:3,
1949:13, 1949:14,
1950:1, 1950:7,
1950:8, 1950:22,
1950:23, 1951:16,
1951:19, 1952:4,
1952:5, 1952:6,
1952:12, 1952:14,
1952:19, 1952:24,
1952:25, 1953:3,
1953:5, 1953:6,
1953:11, 1953:12,
1953:16, 1953:20,
1954:11, 1954:14,
1954:16, 1954:17,
1954:18, 1954:21,
1955:2, 1955:10,
1955:14, 1955:22,
1956:2, 1956:4,
1956:9, 1956:12,
1956:25, 1957:3,
1957:4, 1957:21,
1957:24, 1957:25,
1958:1, 1958:17,
1959:6, 1959:12,
1959:18, 1959:21,
1960:24, 1961:2,
1961:5, 1961:8,
1961:13, 1961:21,
1961:23, 1962:1,
1962:2, 1962:9,
1962:20, 1962:25,
1963:6, 1963:7,

1964:9, 1964:14,
1965:17, 1965:18,
1966:3, 1966:15,
1966:19, 1967:9,
1967:21, 1967:22,
1967:24, 1968:3,
1968:4, 1968:5,
1968:8, 1968:9,
1968:10, 1968:13,
1968:18, 1968:21,
1968:24, 1969:3,
1969:4, 1969:8,
1969:10, 1969:19,
1970:2, 1970:16,
1972:9, 1972:12,
1972:19, 1973:25,
1974:14, 1974:17,
1974:23, 1974:24,
1974:25, 1975:10,
1975:11, 1975:15,
1975:18, 1976:10,
1976:14, 1976:24,
1977:9, 1977:22,
1978:11, 1978:15,
1978:23, 1979:2,
1979:6, 1979:9,
1979:12, 1979:20,
1979:21, 1979:23,
1979:24, 1980:1,
1980:2, 1980:9,
1980:24, 1980:25,
1981:1, 1981:7,
1981:9, 1981:11,
1981:12, 1981:14,
1981:15, 1981:20,
1981:21, 1982:14,
1982:15, 1982:16
**OFF** [6] - 1908:3,
1910:6, 1910:24,
1920:15, 1920:16
**OFFERED** [5] -
1949:12, 1949:25,
1950:21, 1952:6,
1954:14
**OFFICIAL** [3] -
1880:11, 1982:14,
1982:20
**OFFSHORE** [2] -
1938:21, 1938:22
**OKAY** [31] - 1893:25,
1898:17, 1913:5,
1922:4, 1924:23,
1930:17, 1948:17,
1949:10, 1951:9,
1952:22, 1955:8,
1955:12, 1956:14,
1957:2, 1959:20,
1960:9, 1960:13,
1960:22, 1961:21,
1962:1, 1962:13,

1963:18, 1965:7,
1970:13, 1974:19,
1975:13, 1975:17,
1977:20, 1978:3,
1980:16, 1981:22
**ON** [139] - 1882:13,
1882:18, 1883:1,
1883:10, 1883:15,
1883:17, 1885:3,
1885:25, 1886:13,
1887:1, 1887:18,
1887:21, 1888:7,
1888:13, 1888:14,
1888:16, 1888:24,
1889:3, 1889:4,
1889:9, 1889:10,
1889:13, 1890:21,
1890:24, 1892:21,
1893:1, 1893:7,
1893:13, 1893:21,
1893:23, 1893:25,
1894:11, 1895:20,
1895:25, 1896:2,
1896:12, 1896:19,
1896:21, 1896:22,
1897:10, 1898:3,
1898:4, 1898:24,
1900:3, 1900:13,
1901:4, 1901:7,
1901:8, 1901:15,
1902:2, 1902:7,
1903:22, 1904:3,
1904:14, 1904:24,
1905:4, 1905:17,
1905:21, 1907:12,
1908:1, 1908:23,
1909:2, 1909:6,
1909:16, 1909:19,
1910:3, 1910:7,
1911:6, 1913:12,
1913:15, 1913:18,
1913:20, 1913:23,
1915:1, 1915:14,
1917:5, 1917:6,
1919:14, 1920:21,
1921:4, 1922:6,
1922:20, 1923:5,
1924:9, 1925:23,
1926:6, 1926:12,
1926:13, 1926:19,
1926:21, 1927:7,
1928:7, 1928:20,
1930:24, 1931:1,
1931:2, 1935:15,
1936:5, 1937:3,
1943:12, 1944:3,
1946:5, 1946:6,
1947:6, 1947:8,
1947:16, 1948:8,
1948:10, 1948:11,
1948:23, 1951:7,

1951:20, 1958:18,
1958:19, 1958:24,
1959:3, 1959:22,
1960:9, 1960:14,
1960:16, 1960:20,
1961:1, 1962:14,
1962:15, 1962:19,
1963:6, 1963:19,
1964:8, 1964:21,
1965:7, 1970:12,
1974:24, 1974:25,
1979:24, 1980:13,
1980:19, 1981:15
**ONCE** [11] - 1885:5,
1914:1, 1914:5,
1914:11, 1914:13,
1920:19, 1939:1,
1940:21, 1940:24,
1969:5
**ONE** [89] - 1884:4,
1884:7, 1885:1,
1885:20, 1887:9,
1887:12, 1888:7,
1890:17, 1892:4,
1893:22, 1894:5,
1894:7, 1895:11,
1897:20, 1899:19,
1900:8, 1901:11,
1901:14, 1901:21,
1901:25, 1902:7,
1902:16, 1905:14,
1905:17, 1905:18,
1906:15, 1906:19,
1906:22, 1907:7,
1907:23, 1908:25,
1913:19, 1913:22,
1917:1, 1917:11,
1917:14, 1917:18,
1918:16, 1918:20,
1918:23, 1920:8,
1920:13, 1920:24,
1921:23, 1923:1,
1924:21, 1926:5,
1928:1, 1931:13,
1931:16, 1931:17,
1932:7, 1932:22,
1933:8, 1933:19,
1934:17, 1935:10,
1935:23, 1936:3,
1936:11, 1937:18,
1941:4, 1941:12,
1942:3, 1942:7,
1942:19, 1945:5,
1946:1, 1946:2,
1949:3, 1949:8,
1952:19, 1961:15,
1963:4, 1964:25,
1965:14, 1966:11,
1969:4, 1969:22,
1970:12, 1974:24,
1975:2, 1978:18,

1979:15, 1980:25
**ONE-AND-A-HALF** [2]
- 1918:20, 1920:13
**ONE-THIRD** [1] -
1980:25
**ONE-YEAR** [1] -
1969:4
**ONES** [5] - 1905:17,
1907:24, 1948:8,
1952:1
**ONLY** [22] - 1890:2,
1890:3, 1894:4,
1903:22, 1904:6,
1910:15, 1920:17,
1922:14, 1930:4,
1938:7, 1939:3,
1940:24, 1954:25,
1955:13, 1955:18,
1965:2, 1965:4,
1965:14, 1965:20,
1974:5, 1974:10,
1981:14
**ONTO** [2] - 1902:4,
1913:21
**OPENED** [2] -
1970:15, 1970:20
**OPENING** [3] -
1913:12, 1922:10,
1922:11
**OPENINGS** [2] -
1914:15, 1917:14
**OPERATING** [1] -
1960:9
**OPINE** [2] - 1954:3,
1954:7
**OPINED** [3] - 1954:15,
1957:3, 1978:11
**OPINION** [11] -
1911:17, 1916:1,
1944:10, 1952:13,
1952:16, 1952:22,
1963:13, 1963:15,
1967:12, 1978:14,
1980:2
**OPINIONS** [11] -
1882:14, 1915:11,
1915:13, 1916:18,
1916:24, 1952:6,
1952:19, 1953:25,
1956:9, 1956:13,
1959:6
**OPPORTUNITY** [3] -
1899:10, 1902:19,
1947:25
**OR** [72] - 1884:23,
1885:14, 1887:18,
1890:14, 1890:19,
1891:19, 1891:23,
1891:24, 1892:7,
1893:11, 1895:2,

1895:22, 1897:20,
1898:1, 1898:8,
1898:15, 1899:10,
1900:5, 1902:12,
1908:6, 1909:24,
1910:9, 1910:14,
1911:14, 1912:15,
1912:21, 1919:11,
1919:20, 1920:8,
1920:21, 1921:25,
1922:20, 1923:11,
1923:17, 1923:25,
1926:14, 1927:14,
1931:2, 1935:22,
1938:8, 1938:10,
1939:3, 1942:19,
1944:13, 1944:23,
1946:3, 1946:5,
1946:7, 1947:9,
1950:16, 1950:20,
1951:13, 1951:23,
1952:5, 1955:8,
1955:23, 1958:11,
1959:24, 1960:19,
1962:23, 1965:4,
1970:9, 1972:23,
1973:2, 1974:18,
1974:24, 1976:21,
1979:14, 1980:8,
1980:15
**ORDER** [11] - 1882:4,
1892:22, 1893:15,
1909:5, 1911:4,
1931:1, 1940:18,
1940:19, 1941:25,
1943:5, 1974:24
**ORGANIC** [14] -
1890:25, 1891:1,
1891:2, 1892:1,
1898:7, 1916:2,
1917:3, 1917:9,
1918:1, 1925:4,
1925:16, 1926:1,
1928:11, 1944:11
**ORIENT** [1] - 1910:8
**ORIGINAL** [4] -
1885:8, 1923:17,
1932:3, 1944:21
**ORIGINALLY** [1] -
1916:7
**ORLEANS** [12] -
1877:7, 1877:17,
1877:20, 1878:13,
1878:20, 1879:8,
1879:14, 1880:12,
1899:3, 1932:2,
1932:14, 1963:7
**OSCILLATES** [1] -
1893:18
**OTHER** [28] - 1884:22,

1887:10, 1891:8,
1895:11, 1898:4,
1901:15, 1904:13,
1904:18, 1906:15,
1911:12, 1915:12,
1921:24, 1925:11,
1926:20, 1928:2,
1931:11, 1938:19,
1942:5, 1942:8,
1953:25, 1955:23,
1956:3, 1957:20,
1958:20, 1962:6,
1962:7, 1962:8
**OTHERS** [3] -
1927:24, 1951:10,
1974:12
**OUR** [6] - 1890:1,
1926:11, 1933:9,
1942:14, 1942:16,
1962:5
**OUT** [44] - 1885:2,
1891:25, 1896:24,
1897:8, 1897:14,
1897:17, 1899:25,
1905:20, 1905:23,
1906:10, 1907:12,
1908:22, 1909:5,
1909:7, 1911:4,
1912:11, 1912:14,
1913:7, 1914:7,
1916:12, 1919:13,
1925:19, 1928:21,
1929:8, 1929:12,
1929:13, 1929:15,
1929:19, 1930:23,
1937:15, 1937:21,
1937:22, 1939:20,
1939:25, 1940:21,
1945:19, 1954:25,
1958:16, 1958:19,
1958:24, 1959:3,
1972:12, 1978:7
**OUTSIDE** [2] -
1900:24, 1973:10
**OVER** [18] - 1883:18,
1884:5, 1885:7,
1890:3, 1890:4,
1897:13, 1903:14,
1909:19, 1915:8,
1915:9, 1916:1,
1920:11, 1931:5,
1943:24, 1963:7,
1965:18, 1977:9,
1981:1
**OVERALL** [5] -
1890:12, 1949:11,
1949:24, 1952:20,
1956:8
**OVERCOME** [1] -
1892:23

**OVERFLOW** [1] -
1945:21
**OVERLY** [1] - 1918:11
**OVERSTRESSED** [2] -
1909:25, 1910:15
**OVERSTRESSING** [1]
- 1913:10
**OVERTOPPED** [1] -
1885:7
**OVERTOPPING** [26] -
1889:6, 1889:17,
1890:5, 1914:17,
1947:2, 1953:22,
1954:3, 1954:7,
1954:11, 1954:16,
1954:20, 1955:2,
1955:9, 1955:14,
1956:4, 1957:7,
1959:19, 1961:6,
1961:8, 1961:14,
1961:18, 1961:23,
1962:2, 1962:10,
1965:20, 1966:4
**OVERTURN** [3] -
1884:5, 1886:8,
1887:19
**OVERTURNING** [28] -
1883:11, 1884:1,
1884:4, 1884:10,
1887:12, 1887:22,
1888:1, 1888:9,
1888:16, 1888:25,
1889:6, 1889:20,
1889:22, 1890:7,
1913:15, 1913:18,
1914:18, 1915:5,
1915:6, 1915:7,
1945:14, 1945:22,
1947:1, 1947:12,
1947:13, 1957:7,
1959:15, 1959:16
**OVERTURNS** [1] -
1914:16
**OWEN** [2] - 1879:3,
1962:21
**OWN** [6] - 1894:3,
1918:8, 1952:5,
1958:18, 1958:19,
1962:8

---

**P**

**P.M** [1] - 1982:7
**P.O** [1] - 1880:7
**PAGE** [10] - 1881:3,
1887:21, 1888:7,
1888:13, 1888:21,
1893:4, 1962:25,
1970:4, 1970:6,
1970:7

**PAGES** [1] - 1888:24
**PAID** [1] - 1967:20
**PAIR** [1] - 1905:22
**PALMINTIER** [2] -
1878:3, 1878:4
**PAPANTONIO** [1] -
1878:22
**PARAGRAPH** [7] -
1949:9, 1965:10,
1965:23, 1970:11,
1973:20, 1974:21,
1976:4
**PARALLEL** [1] -
1914:23
**PARLANCE** [1] -
1930:6
**PART** [9] - 1891:18,
1891:20, 1896:21,
1905:24, 1931:21,
1934:1, 1953:18,
1969:19, 1975:3
**PARTICLES** [2] -
1893:2, 1919:13
**PARTICULAR** [1] -
1895:1
**PARTICULARLY** [2] -
1948:2, 1951:20
**PARTIES** [2] - 1898:6,
1959:21
**PARTS** [2] - 1951:19,
1951:24
**PASSED** [1] - 1963:7
**PATH** [1] - 1923:17
**PATTERN** [1] -
1905:22
**PAY** [1] - 1970:1
**PEAK** [3] - 1963:7,
1981:12, 1981:21
**PEAT** [1] - 1925:24
**PENETRATE** [1] -
1893:16
**PENETRATION** [1] -
1893:19
**PENETROMETER** [1]
- 1893:13
**PENSACOLA** [1] -
1878:24
**PEOPLE** [7] -
1955:13, 1955:18,
1967:18, 1968:14,
1968:16, 1969:14,
1981:6
**PEPPER** [4] - 1880:11,
1982:13, 1982:18,
1982:18
**PER** [16] - 1894:16,
1898:8, 1909:9,
1909:10, 1911:3,
1912:19, 1918:5,
1918:20, 1920:13,

1933:15, 1933:20, 1941:25, 1944:23, 1946:2
**PERCENT** [4] - 1901:21, 1925:10, 1925:12, 1925:14
**PERFORMED** [2] - 1951:10, 1974:6
**PERHAPS** [3] - 1915:12, 1918:11, 1953:15
**PERIOD** [2] - 1969:4, 1981:1
**PERIODS** [1] - 1979:2
**PERMEABILITIES** [2] - 1919:25, 1928:8
**PERMEABILITY** [24] - 1898:1, 1898:5, 1898:7, 1898:9, 1916:2, 1917:20, 1917:24, 1918:1, 1918:8, 1920:2, 1921:15, 1927:9, 1927:16, 1927:17, 1928:2, 1928:7, 1939:14, 1942:13, 1942:15, 1943:20, 1944:11, 1944:12, 1946:16
**PERMIT** [1] - 1946:17
**PERSON** [4] - 1952:9, 1954:25, 1966:17, 1969:2
**PERTAINS** [1] - 1877:8
**PH.D.'S** [1] - 1899:13
**PHOTOGRAPH** [1] - 1886:2
**PHOTOGRAPHS** [8] - 1883:1, 1884:11, 1910:4, 1910:19, 1915:7, 1924:4, 1945:13, 1945:15
**PICK** [1] - 1936:21
**PICTORIAL** [1] - 1907:21
**PICTURE** [4] - 1910:9, 1910:10
**PIGMAN** [1] - 1879:11
**PILE** [20] - 1883:14, 1902:15, 1902:25, 1903:3, 1903:17, 1906:13, 1906:14, 1906:15, 1906:22, 1906:23, 1907:8, 1908:12, 1911:4, 1911:11, 1911:12, 1912:5, 1922:15, 1953:5
**PILES** [11] - 1902:9,

1902:11, 1902:13, 1903:4, 1903:13, 1903:18, 1909:15, 1909:17, 1911:21, 1911:23, 1912:22
**PIN** [1] - 1969:15
**PINPOINT** [1] - 1968:10
**PIPING** [4] - 1919:12, 1919:15, 1919:16, 1919:17
**PLACE** [5] - 1883:16, 1892:7, 1892:18, 1931:8, 1944:19
**PLACID** [1] - 1927:8
**PLAINTIFF** [1] - 1926:21
**PLAINTIFFS** [2] - 1877:15, 1924:18
**PLAINTIFFS'** [2] - 1926:13, 1926:14
**PLASTIC** [2] - 1907:17, 1911:3
**PLASTICALLY** [2] - 1913:25, 1914:2
**PLASTICITY** [1] - 1883:4
**PLAXIS** [2] - 1886:12, 1899:20
**PLAYED** [6] - 1898:2, 1956:4, 1961:14, 1961:18, 1961:23, 1962:11
**PLC** [1] - 1879:7
**PLEASE** [16] - 1882:7, 1882:21, 1883:12, 1897:5, 1899:16, 1911:18, 1926:10, 1934:24, 1944:8, 1949:6, 1950:3, 1958:4, 1965:9, 1970:3, 1970:11, 1979:5
**PLUG** [1] - 1918:2
**PLUS** [4] - 1887:4, 1887:17, 1901:1, 1917:5
**PO** [1] - 1878:9
**POINT** [18] - 1883:21, 1884:9, 1885:19, 1887:6, 1896:15, 1901:25, 1929:4, 1935:10, 1937:22, 1939:11, 1944:1, 1954:20, 1959:10, 1959:20, 1964:20, 1975:12, 1976:13, 1979:15
**POINTED** [1] - 1907:12

**POINTER** [1] - 1963:1
**POINTING** [1] - 1904:25
**POINTS** [3] - 1915:12, 1935:12, 1945:10
**PORE** [6] - 1896:22, 1934:18, 1937:6, 1938:11, 1946:4, 1946:17
**PORTION** [2] - 1910:5, 1923:20
**POSITION** [3] - 1923:17, 1923:18, 1973:18
**POSSIBLE** [1] - 1924:5
**POST** [1] - 1890:19
**POST-KATRINA** [1] - 1890:19
**POSTULATED** [1] - 1917:10
**POTENTIAL** [6] - 1900:8, 1938:20, 1954:16, 1955:2, 1961:1, 1961:5
**POTENTIALLY** [1] - 1936:13
**POUNDS** [10] - 1894:16, 1909:7, 1909:9, 1911:3, 1912:19, 1912:25, 1933:14, 1933:20, 1953:6, 1953:16
**POURED** [1] - 1898:3
**POYDRAS** [2] - 1878:13, 1880:11
**PRACTICE** [3] - 1899:22, 1899:23, 1932:2
**PRACTICING** [2] - 1932:16, 1938:25
**PRECEPT** [1] - 1968:3
**PRECISE** [4] - 1905:15, 1905:18, 1918:19, 1932:11
**PRECISELY** [1] - 1974:12
**PREDATED** [1] - 1967:9
**PREDICT** [2] - 1884:6, 1976:22
**PREDICTED** [1] - 1883:22
**PREDICTIONS** [1] - 1885:4
**PREDOMINANT** [1] - 1901:12
**PREDOMINANTLY** [1] - 1923:21
**PRELIMINARY** [1] -

1959:6
**PRESENCE** [1] - 1944:18
**PRESENT** [1] - 1922:11
**PRESENTATION** [2] - 1945:11, 1947:20
**PRESENTING** [1] - 1882:14
**PRESERVED** [1] - 1925:7
**PRESSURE** [47] - 1896:22, 1900:2, 1916:3, 1921:6, 1921:20, 1922:9, 1922:23, 1929:9, 1929:21, 1935:10, 1935:18, 1936:1, 1936:7, 1936:18, 1936:24, 1936:25, 1937:4, 1937:5, 1937:6, 1937:9, 1937:16, 1937:24, 1938:9, 1938:10, 1938:11, 1938:14, 1938:17, 1938:19, 1939:1, 1939:8, 1939:15, 1939:24, 1940:12, 1940:15, 1940:16, 1940:18, 1940:20, 1940:24, 1941:21, 1942:14, 1943:12, 1944:15, 1944:17, 1946:4, 1946:5, 1953:6, 1953:16
**PRESSURES** [28] - 1896:4, 1896:5, 1898:14, 1916:14, 1919:1, 1919:21, 1919:22, 1920:21, 1921:17, 1922:21, 1929:12, 1929:22, 1930:23, 1931:2, 1934:18, 1934:19, 1936:3, 1936:5, 1943:9, 1943:17, 1943:25, 1944:3, 1945:1, 1945:3, 1945:5, 1946:7, 1946:12, 1946:17
**PRETTY** [4] - 1918:21, 1924:20, 1945:19, 1979:8
**PREVIOUSLY** [1] - 1952:5
**PRIMARILY** [2] - 1923:8, 1927:15
**PRINCIPAL** [1] - 1931:10

**PRINCIPLE** [1] - 1931:4
**PRINT** [1] - 1904:5
**PRIOR** [4] - 1884:19, 1885:7, 1888:22, 1890:1
**PRIVILEGE** [1] - 1973:2
**PROBABLY** [5] - 1938:13, 1942:17, 1948:16, 1961:8, 1967:12
**PROBLEM** [20] - 1904:17, 1918:15, 1933:19, 1935:19, 1935:21, 1936:22, 1937:25, 1939:2, 1940:13, 1942:14, 1942:16, 1948:1, 1967:16, 1971:13, 1971:25, 1972:5, 1972:7, 1972:8, 1973:9
**PROBLEMS** [7] - 1926:25, 1935:14, 1935:16, 1938:6, 1939:3, 1942:18, 1944:6
**PROCEED** [2] - 1882:9, 1926:25
**PROCEEDINGS** [4] - 1877:11, 1880:13, 1882:1, 1982:16
**PROCESS** [1] - 1968:4
**PROCTOR** [1] - 1878:23
**PRODUCE** [3] - 1887:8, 1887:11, 1888:25
**PRODUCED** [1] - 1880:14
**PRODUCES** [1] - 1897:17
**PRODUCT** [1] - 1973:2
**PROFESSION** [1] - 1924:22
**PROFESSIONAL** [2] - 1894:7, 1915:16
**PROFESSOR** [17] - 1916:1, 1916:16, 1916:18, 1918:13, 1919:20, 1927:24, 1930:1, 1938:18, 1940:16, 1941:21, 1943:13, 1944:10, 1958:5, 1958:7, 1959:1, 1974:7, 1978:23

PROGRAM [4] - 1886:12, 1895:16, 1918:12, 1921:1
PROGRAMS [1] - 1912:12
PROGRESSES [2] - 1946:13, 1946:14
PROJECT [2] - 1958:25, 1976:21
PROPAGATED [3] - 1915:5, 1915:9, 1947:12
PROPAGATES [1] - 1914:17
PROPER [1] - 1935:7
PROPERLY [1] - 1943:16
PROTECTED [5] - 1893:21, 1893:24, 1901:5, 1901:7, 1901:8
PROTECTION [1] - 1932:14
PROVEN [2] - 1935:5, 1944:13
PROVIDED [5] - 1887:1, 1887:20, 1916:22, 1917:17, 1933:6
PROVIDES [1] - 1915:11
PSF [2] - 1934:2
PUBLICATIONS [1] - 1943:4
PUBLISHED [1] - 1928:11
PULL [3] - 1906:10, 1909:1, 1964:5
PULLED [5] - 1902:23, 1908:25, 1910:17, 1911:6, 1937:15
PULLING [3] - 1891:12, 1910:16, 1914:4
PULSE [1] - 1937:8
PUMPING [2] - 1928:10, 1943:2
PURPOSES [1] - 1894:22
PUSH [8] - 1883:18, 1892:8, 1892:22, 1892:24, 1893:1, 1893:12, 1893:15, 1900:1
PUSHING [6] - 1891:12, 1893:14, 1900:3, 1923:5
PUT [17] - 1894:21, 1896:19, 1896:21, 1896:23, 1897:9,

1904:25, 1905:22, 1909:2, 1909:14, 1925:11, 1930:6, 1949:24, 1951:3, 1952:23, 1968:14
PUTS [2] - 1902:3, 1913:21
PUTTING [2] - 1882:25, 1922:15
PUZZLED [1] - 1935:11
PX [1] - 1962:23
PX-4438 [1] - 1963:22
PX-4439 [1] - 1963:23
PX-4706-0001 [1] - 1964:16
PX-4717-0001 [1] - 1964:5
PX-4721 [1] - 1962:24
PX-4721-16 [1] - 1949:8

# Q

QUANTIFY [1] - 1893:5
QUANTITIES [2] - 1921:15, 1945:25
QUANTITY [10] - 1916:8, 1918:7, 1919:8, 1919:23, 1921:14, 1922:9, 1922:14, 1922:20, 1944:20, 1946:7
QUESTION [19] - 1900:14, 1900:23, 1911:10, 1920:24, 1921:8, 1921:23, 1922:22, 1927:21, 1953:15, 1955:19, 1957:19, 1958:9, 1966:7, 1972:6, 1972:11, 1973:5, 1973:9, 1973:17, 1974:9
QUESTIONED [1] - 1966:3
QUESTIONS [4] - 1906:21, 1957:3, 1974:2, 1974:4
QUICK [2] - 1911:10, 1946:8
QUITE [9] - 1889:20, 1890:6, 1893:18, 1894:15, 1897:10, 1903:24, 1936:13, 1971:21
QUOTE [1] - 1936:8

# R

RAISE [1] - 1973:11
RAISED [1] - 1972:11
RAN [2] - 1890:1, 1923:22
RANGE [2] - 1911:3, 1928:13
RAPID [4] - 1895:18, 1936:25, 1939:4, 1946:23
RAPIDLY [7] - 1896:23, 1897:7, 1897:10, 1913:13, 1913:15, 1914:11, 1937:4
RATE [7] - 1885:13, 1895:18, 1897:8, 1897:16, 1897:20
RATES [1] - 1939:4
RATIO [4] - 1884:2, 1884:3, 1892:6, 1923:3
RE [3] - 1877:4, 1890:1, 1964:19
RE-RAN [1] - 1890:1
RE-SENT [1] - 1964:19
REACHED [1] - 1967:4
REACHES [1] - 1885:19
REACHING [1] - 1884:9
READ [16] - 1884:22, 1894:3, 1905:6, 1951:18, 1951:19, 1951:23, 1951:24, 1951:25, 1952:1, 1971:5, 1971:7, 1975:10, 1975:25, 1978:18, 1979:14
READING [2] - 1888:24, 1935:12
READY [1] - 1882:8
REAL [5] - 1922:6, 1942:23, 1943:10, 1968:6, 1969:20
REALISTIC [2] - 1930:3, 1980:14
REALIZED [1] - 1976:16
REALLY [16] - 1893:1, 1908:7, 1915:1, 1920:7, 1922:8, 1922:15, 1924:4, 1925:23, 1925:25, 1929:19, 1930:24, 1935:22, 1935:23,

1938:7, 1944:15, 1944:22
REALTIME [2] - 1982:13, 1982:19
REASON [7] - 1889:7, 1907:7, 1956:25, 1965:1, 1965:2, 1965:3, 1965:4
REASONABLE [1] - 1935:4
REASONS [2] - 1882:14, 1945:5
REBAR [1] - 1910:6
RECALL [14] - 1886:1, 1951:14, 1952:16, 1953:24, 1954:9, 1954:19, 1957:17, 1957:18, 1959:7, 1968:17, 1968:20, 1968:23, 1969:1, 1979:23
RECEIVED [1] - 1964:25
RECENT [2] - 1949:8, 1978:23
RECENTLY [1] - 1932:20
RECESS [4] - 1926:8, 1926:9, 1982:6, 1982:8
RECESS.................... ................. [1] - 1881:7
RECOGNIZE [1] - 1917:19
RECOGNIZING [1] - 1931:6
RECORD [7] - 1892:2, 1904:1, 1904:15, 1905:7, 1963:22, 1964:25, 1982:16
RECORDED [1] - 1880:13
RECOVER [2] - 1902:12, 1925:6
RECOVERED [1] - 1908:23, 1909:6
RED [6] - 1883:1, 1900:4, 1909:22, 1909:24, 1910:2
REDUCED [1] - 1921:1
REDUCING [2] - 1883:15, 1913:14
REED [1] - 1952:9
REFER [1] - 1980:23
REFERENCE [2] - 1933:24, 1938:19
REFERRED [4] - 1884:21, 1919:20,

1928:4, 1939:20
REFERS [1] - 1916:16
REFLECT [2] - 1934:9, 1950:5
REFLECTIVE [1] - 1916:25
REGARD [5] - 1953:2, 1953:25, 1956:10, 1957:2, 1969:20
REGARDED [1] - 1930:7
REGARDING [1] - 1952:14
REGARDLESS [3] - 1911:13, 1911:15, 1912:21
REGISTERED [2] - 1982:13, 1982:19
REIN [1] - 1956:23
REINFORCE [1] - 1942:22
REINFORCES [1] - 1944:1
RELATED [1] - 1942:8
RELATING [1] - 1912:20
RELATIVE [5] - 1895:12, 1895:18, 1897:7, 1897:16, 1944:9
RELATIVELY [3] - 1889:18, 1946:23, 1978:20
RELEVANCE [1] - 1950:24
RELEVANT [7] - 1930:10, 1949:13, 1950:2, 1951:2, 1951:4, 1978:15, 1980:18
RELIED [1] - 1980:13
RELYING [1] - 1980:19
REMEMBER [4] - 1952:3, 1960:18, 1969:13, 1971:10
REMOVES [1] - 1883:15
REMOVING [2] - 1913:14, 1922:18
RENDERED [3] - 1901:12, 1952:13, 1954:18
REPEATED [1] - 1966:4
REPLACED [1] - 1922:7
REPORT [100] - 1883:19, 1884:8, 1884:13, 1884:15,

**HOURLY TRANSCRIPT**

1884:17, 1884:21, 1884:22, 1884:25, 1885:2, 1885:11, 1886:21, 1887:2, 1887:20, 1888:8, 1888:13, 1889:14, 1889:17, 1900:17, 1912:6, 1916:7, 1916:22, 1916:25, 1928:6, 1932:20, 1933:21, 1933:23, 1933:25, 1934:3, 1934:10, 1934:12, 1934:20, 1935:1, 1935:7, 1943:1, 1943:22, 1944:12, 1948:23, 1949:7, 1949:11, 1949:24, 1951:18, 1954:10, 1954:17, 1954:23, 1955:1, 1955:13, 1956:2, 1959:25, 1960:1, 1960:7, 1960:22, 1961:6, 1961:16, 1961:17, 1961:22, 1962:14, 1962:16, 1962:18, 1962:20, 1963:4, 1963:10, 1963:16, 1965:8, 1965:13, 1965:14, 1965:16, 1966:2, 1966:5, 1966:20, 1966:25, 1967:4, 1967:10, 1967:11, 1967:13, 1967:20, 1968:11, 1968:12, 1969:5, 1970:4, 1970:13, 1971:1, 1971:5, 1973:19, 1973:20, 1974:18, 1974:25, 1975:3, 1975:10, 1975:11, 1975:18, 1976:7, 1977:17, 1978:5, 1978:21, 1979:18, 1979:19, 1979:24, 1980:24

**REPORTER** [8] - 1880:11, 1982:13, 1982:14, 1982:14, 1982:19, 1982:19, 1982:20

**REPORTER'S** [2] - 1926:12, 1982:12

**REPORTS** [3] - 1916:11, 1944:25, 1956:12

**REPRESENT** [4] - 1891:5, 1894:12, 1929:7, 1942:11

**REPRESENTATION** [2] - 1940:10, 1949:14

**REPRESENTED** [1] - 1916:24

**REPRESENTS** [4] - 1890:17, 1917:23, 1929:8, 1929:12

**REPUTATION** [1] - 1980:9

**REQUEST** [3] - 1899:11, 1899:15, 1965:1

**REQUESTS** [1] - 1899:12

**REQUIRED** [2] - 1915:2, 1943:14

**REQUIRES** [3] - 1907:17, 1937:17, 1966:14

**RESEARCH** [1] - 1932:6

**RESERVE** [2] - 1901:21, 1948:6

**RESISTANCE** [3] - 1891:11, 1892:23, 1901:3

**RESISTING** [5] - 1884:1, 1884:3, 1889:19, 1892:6, 1923:3

**RESPECT** [1] - 1955:20

**RESPONSE** [1] - 1915:16

**RESTATE** [2] - 1973:14, 1973:17

**RESULT** [6] - 1898:20, 1906:2, 1920:25, 1927:17, 1941:2, 1959:18

**RESULTING** [1] - 1936:6

**RESULTS** [10] - 1883:2, 1887:23, 1888:15, 1888:22, 1889:24, 1890:16, 1899:17, 1905:11, 1933:3, 1941:2

**RETAINED** [8] - 1949:2, 1952:5, 1956:14, 1956:16, 1956:20, 1957:24, 1958:1, 1959:21

**RETAINER** [1] - 1969:4

**RETENTION** [1] - 1939:2

**REVEALED** [1] - 1966:16

**REVIEW** [1] - 1964:9

**REVIEWED** [2] - 1932:7, 1978:17

**REVIEWS** [1] - 1903:23

**REWORKED** [2] - 1885:5, 1885:6

**RIDING** [1] - 1981:15

**RIGHT** [88] - 1885:15, 1885:18, 1891:21, 1894:2, 1899:21, 1902:9, 1902:14, 1903:3, 1905:4, 1905:21, 1906:18, 1907:25, 1910:7, 1912:2, 1927:23, 1929:2, 1929:3, 1929:11, 1929:15, 1934:6, 1942:17, 1943:19, 1943:20, 1950:12, 1950:20, 1951:21, 1952:17, 1952:21, 1952:22, 1953:22, 1955:7, 1956:14, 1957:2, 1957:18, 1958:15, 1959:20, 1962:1, 1962:10, 1962:11, 1962:16, 1962:19, 1963:4, 1963:15, 1963:16, 1964:1, 1964:2, 1964:21, 1965:5, 1965:12, 1965:25, 1966:7, 1966:14, 1966:22, 1967:2, 1967:15, 1970:19, 1970:21, 1972:5, 1973:24, 1974:8, 1974:11, 1974:14, 1974:16, 1974:20, 1975:4, 1975:10, 1975:21, 1976:4, 1976:5, 1976:17, 1977:7, 1977:11, 1977:15, 1978:7, 1978:12, 1979:3, 1979:5, 1979:17, 1979:25, 1980:16, 1981:2, 1981:8, 1981:12, 1981:18, 1981:20, 1981:23, 1982:3

**RIGID** [1] - 1908:9

**RISE** [1] - 1882:7

**RISING** [1] - 1938:11

**RIVERS** [1] - 1931:11

**RMR** [1] - 1982:18

**ROBERT** [3] - 1879:7, 1879:7, 1978:23

**ROBIN** [1] - 1880:4

**ROBINSON** [1] - 1952:14

**ROLE** [6] - 1920:20, 1956:4, 1961:14, 1961:19, 1961:23, 1962:11

**ROOM** [1] - 1880:11

**ROOTS** [1] - 1925:21

**ROTATE** [2] - 1884:5, 1886:14

**ROTATION** [1] - 1923:10

**ROUGE** [1] - 1878:5

**ROUGHER** [1] - 1892:25

**ROUGHLY** [9] - 1901:1, 1903:15, 1904:25, 1905:20, 1921:14, 1933:15, 1943:5, 1946:2, 1981:5

**ROY** [1] - 1878:7

**RPR** [1] - 1980:11

**RULING** [2] - 1948:7, 1948:10

**RUN** [7] - 1894:11, 1894:12, 1899:11, 1928:10, 1941:10

**RUNNING** [1] - 1930:22

**RUNS** [2] - 1923:22, 1934:19

**RUPERT** [1] - 1880:5

## S

**S.W** [1] - 1878:16

**S/CATHY** [1] - 1982:18

**SAFETY** [44] - 1885:20, 1887:9, 1887:12, 1888:1, 1888:9, 1888:17, 1889:19, 1890:5, 1890:11, 1890:13, 1900:9, 1900:10, 1900:18, 1900:22, 1901:13, 1901:20, 1902:1, 1908:6, 1913:15, 1913:18, 1913:22, 1915:1, 1921:1, 1921:3, 1921:7, 1921:17, 1921:21, 1923:2, 1924:9, 1931:7, 1932:22, 1933:13, 1933:17, 1934:3, 1934:7, 1934:17, 1934:20, 1945:6,

1946:14, 1946:21, 1947:4, 1947:8, 1953:11

**SAID** [18] - 1902:1, 1920:16, 1935:14, 1936:11, 1942:18, 1948:3, 1953:13, 1954:13, 1955:20, 1961:15, 1966:4, 1970:1, 1971:1, 1971:12, 1972:9, 1972:20, 1974:2, 1974:7

**SAME** [40] - 1883:16, 1884:17, 1888:2, 1890:11, 1897:12, 1900:13, 1908:18, 1911:12, 1918:12, 1918:15, 1920:16, 1920:17, 1920:18, 1921:14, 1921:15, 1925:19, 1927:23, 1928:24, 1931:24, 1932:23, 1933:1, 1933:4, 1933:15, 1935:5, 1935:22, 1939:21, 1941:22, 1941:23, 1942:2, 1942:6, 1942:12, 1943:5, 1944:4, 1946:24, 1953:8, 1957:10, 1967:12, 1970:23, 1971:4

**SAMPLE** [11] - 1896:24, 1897:9, 1897:12, 1897:14, 1924:15, 1925:2, 1925:3, 1925:10, 1925:11, 1925:13, 1927:8

**SAND** [5] - 1898:1, 1898:2, 1917:10, 1922:7, 1925:24

**SANDS** [1] - 1919:16

**SAT** [1] - 1894:20

**SATURATED** [1] - 1897:7

**SAW** [11] - 1885:5, 1886:1, 1889:25, 1894:1, 1918:15, 1925:11, 1925:15, 1945:9, 1969:13, 1969:14, 1980:23

**SAY** [19] - 1894:16, 1897:13, 1903:23, 1911:22, 1929:3, 1937:3, 1943:24, 1962:8, 1965:12, 1966:2, 1967:3, 1968:18, 1968:21,

**HOURLY TRANSCRIPT**

1968:24, 1969:7,
1970:6, 1973:21,
1974:22, 1982:5
**SAYING** [9] - 1883:22,
1883:23, 1904:6,
1918:22, 1936:4,
1967:8, 1973:6,
1973:7, 1977:17
**SAYS** [11] - 1888:21,
1894:2, 1894:3,
1918:4, 1934:2,
1934:8, 1936:17,
1940:13, 1970:12,
1970:22, 1977:10
**SCAB** [1] - 1887:8
**SCALE** [1] - 1905:20
**SCENARIO** [6] -
1913:7, 1914:19,
1921:2, 1921:3,
1921:4
**SCHEME** [1] - 1899:20
**SCHULTZ** [1] -
1878:23
**SCIENTISTS** [1] -
1938:8
**SCOTT** [1] - 1878:19
**SCOUR** [46] - 1882:17,
1883:3, 1883:8,
1883:10, 1883:15,
1883:19, 1883:21,
1883:22, 1885:3,
1885:8, 1885:10,
1885:13, 1885:19,
1886:6, 1886:20,
1887:7, 1887:11,
1887:13, 1887:16,
1887:25, 1888:10,
1889:6, 1889:15,
1889:18, 1890:2,
1914:18, 1915:5,
1945:22, 1947:2,
1947:11, 1947:13,
1959:19, 1965:17,
1974:3, 1974:6,
1974:7, 1974:10,
1974:15, 1976:18,
1976:23, 1977:1,
1977:4, 1977:18,
1977:20, 1978:15
**SCOURED** [3] -
1886:2, 1886:3,
1915:9
**SCOURING** [2] -
1900:14, 1966:3
**SCOURS** [1] - 1914:16
**SCREEN** [1] - 1962:19
**SEA** [1] - 1938:19
**SEATED** [1] - 1926:10
**SECOND** [8] - 1898:8,
1906:22, 1941:25,

1944:23, 1946:2,
1965:23, 1973:20,
1976:4
**SECONDS** [6] -
1918:6, 1918:20,
1918:21, 1918:24,
1920:13, 1979:2
**SECTION** [10] -
1877:6, 1883:13,
1906:18, 1908:3,
1908:10, 1912:9,
1915:15, 1917:2,
1974:25
**SECTIONS** [4] -
1884:22, 1905:16,
1915:2, 1927:25
**SEE** [21] - 1902:18,
1902:19, 1904:16,
1909:25, 1915:6,
1922:18, 1923:16,
1923:18, 1923:19,
1924:3, 1924:7,
1925:19, 1948:8,
1949:10, 1951:6,
1963:1, 1965:12,
1968:1, 1973:22,
1981:6, 1981:25
**SEEING** [2] - 1909:21,
1909:22
**SEEM** [1] - 1915:12
**SEEMED** [6] - 1883:3,
1915:19, 1950:24,
1951:2, 1951:4,
1973:10
**SEEMS** [1] - 1978:3
**SEEN** [1] - 1967:13
**SEEP** [1] - 1941:6
**SEEP/W** [10] -
1918:12, 1918:14,
1936:19, 1939:23,
1939:25, 1940:12,
1940:15, 1943:14,
1943:16, 1943:19
**SEEPAGE** [5] -
1916:8, 1938:9,
1940:21, 1942:15,
1943:18
**SEND** [2] - 1964:12,
1964:14
**SENDS** [1] - 1964:8
**SENSE** [6] - 1918:4,
1922:1, 1922:2,
1939:7, 1945:19,
1980:4
**SENSOR** [1] - 1893:13
**SENT** [2] - 1964:19,
1964:20
**SENTENCE** [10] -
1950:5, 1950:9,
1950:16, 1950:18,

1954:13, 1956:7,
1962:25, 1965:24,
1974:21, 1978:22
**SEPARATE** [6] -
1886:11, 1886:15,
1891:19, 1925:14,
1940:18, 1960:10
**SEPARATED** [1] -
1925:13
**SEPARATELY** [1] -
1940:17
**SEPARATING** [1] -
1940:16
**SEPTEMBER** [2] -
1877:7, 1882:2
**SEQUENCE** [1] -
1913:8
**SEQUENCES** [1] -
1914:22
**SEQUENTIAL** [1] -
1915:8
**SESSION** [2] -
1877:11, 1926:10
**SET** [1] - 1938:6
**SETTING** [2] -
1895:16, 1899:8
**SETUP** [1] - 1920:9
**SEVERAL** [3] -
1912:8, 1916:23,
1959:4
**SHAPE** [9] - 1900:6,
1905:19, 1905:21,
1905:23, 1906:2,
1907:13, 1908:22,
1908:23, 1910:21
**SHAPES** [2] -
1905:15, 1905:23
**SHEAR** [39] - 1891:6,
1891:7, 1893:8,
1893:20, 1894:6,
1894:12, 1894:17,
1894:22, 1895:2,
1895:7, 1895:8,
1895:14, 1895:19,
1895:20, 1895:22,
1895:23, 1896:1,
1896:20, 1898:22,
1899:6, 1899:10,
1899:11, 1899:13,
1923:3, 1924:13,
1927:18, 1927:22,
1931:14, 1933:14,
1933:18, 1933:20,
1934:1, 1934:6,
1934:7, 1946:10,
1946:13, 1946:23
**SHEARED** [1] - 1897:7
**SHEET** [3] - 1883:14,
1902:9, 1902:11,
1902:13, 1902:15,

1902:21, 1902:22,
1902:25, 1903:8,
1903:17, 1903:18,
1903:19, 1906:13,
1906:14, 1906:15,
1906:22, 1906:23,
1907:6, 1907:8,
1907:23, 1908:12,
1909:10, 1909:15,
1909:17, 1910:7,
1911:6, 1911:11,
1911:12, 1911:21,
1911:23, 1912:5,
1912:22, 1914:1,
1922:15, 1953:5,
1962:15
**SHEETING** [3] -
1911:2, 1914:2,
1922:16
**SHEETS** [27] -
1905:13, 1905:14,
1905:16, 1905:19,
1905:20, 1905:22,
1906:2, 1907:15,
1907:22, 1908:11,
1908:12, 1908:23,
1908:25, 1909:5,
1909:6, 1909:8,
1910:16, 1910:20,
1911:8, 1912:11,
1913:1, 1913:24,
1914:1, 1914:2,
1914:5, 1914:14
**SHIFTS** [1] - 1914:7
**SHOCK** [1] - 1937:2
**SHORELINE** [1] -
1979:11
**SHORT** [5] - 1879:8,
1911:20, 1926:4,
1931:20, 1959:2
**SHORT-TERM** [1] -
1931:20
**SHORTER** [7] -
1902:10, 1903:18,
1905:17, 1907:22,
1907:24, 1908:4,
1912:5
**SHORTHAND** [1] -
1900:20
**SHORTLY** [1] -
1964:14
**SHOULD** [8] - 1886:7,
1887:19, 1894:3,
1898:22, 1901:25,
1913:4, 1927:17,
1962:8
**SHOW** [19] - 1883:12,
1886:7, 1890:6,
1893:6, 1893:8,
1895:1, 1895:2,

1903:7, 1903:10,
1906:3, 1906:17,
1910:19, 1912:4,
1921:20, 1924:15,
1927:8, 1933:6,
1939:21, 1945:13
**SHOWED** [14] -
1882:24, 1888:7,
1910:3, 1913:16,
1917:5, 1920:8,
1927:7, 1928:5,
1928:19, 1928:20,
1939:24, 1943:23,
1944:18, 1947:8
**SHOWING** [13] -
1883:13, 1884:11,
1890:16, 1893:17,
1903:15, 1910:4,
1917:2, 1928:12,
1930:19, 1931:14,
1934:16, 1953:11,
1968:1
**SHOWN** [7] - 1883:1,
1884:2, 1905:21,
1905:23, 1920:10,
1923:21, 1927:13
**SHOWS** [11] - 1893:6,
1899:17, 1899:19,
1901:23, 1905:11,
1907:21, 1909:1,
1921:18, 1923:14,
1923:17, 1930:4
**SIDE** [51] - 1882:18,
1883:15, 1883:17,
1886:14, 1892:8,
1893:21, 1893:23,
1893:24, 1893:25,
1894:2, 1894:3,
1899:19, 1899:21,
1900:3, 1900:24,
1900:25, 1901:1,
1901:2, 1901:5,
1901:7, 1901:8,
1901:15, 1904:18,
1907:4, 1908:25,
1910:1, 1913:13,
1913:21, 1917:5,
1917:6, 1917:9,
1919:2, 1919:14,
1920:21, 1922:7,
1922:21, 1923:8,
1929:5, 1929:23,
1930:24, 1931:3,
1936:6, 1937:3,
1940:3, 1940:8,
1943:25, 1944:3,
1945:1, 1946:4,
1946:5
**SIDEWAYS** [1] -
1937:20

SIGNATURE [1] - 1964:10

SIGNIFICANCE [3] - 1885:12, 1895:21, 1902:20

SIGNIFICANT [21] - 1884:16, 1884:19, 1884:23, 1889:16, 1889:25, 1904:5, 1909:11, 1929:22, 1931:21, 1966:6, 1975:1, 1976:14, 1976:24, 1976:25, 1977:18, 1978:19, 1979:1, 1980:12, 1980:23, 1981:8, 1981:9

SIGNIFICANTLY [1] - 1930:25

SILT [1] - 1925:15

SILVA [13] - 1955:3, 1955:9, 1955:15, 1955:23, 1956:3, 1956:9, 1960:13, 1960:14, 1960:23, 1961:5, 1961:16, 1961:18, 1961:22

SILVA-TULLA [11] - 1955:3, 1955:9, 1955:15, 1955:23, 1956:3, 1956:9, 1960:13, 1960:14, 1961:5, 1961:18, 1961:22

SILVA-TULLA'S [2] - 1960:23, 1961:16

SIMILAR [5] - 1893:23, 1913:3, 1928:12, 1928:19, 1957:3

SIMILARLY [1] - 1938:23

SIMPLE [5] - 1899:7, 1917:2, 1928:17, 1933:10, 1981:17

SIMPLIFIED [3] - 1917:2, 1918:11

SIMPLIFY [2] - 1933:9, 1933:10

SIMPLIFYING [1] - 1946:1

SIMPLY [7] - 1884:8, 1899:24, 1899:25, 1919:24, 1944:17, 1946:16, 1955:22

SIMS [1] - 1877:23

SIMULATE [1] - 1928:25

SINCE [3] - 1894:19, 1922:18, 1963:13

SINGLE [2] - 1899:11, 1899:14

SIR [21] - 1882:8, 1893:22, 1905:4, 1907:9, 1915:24, 1921:12, 1926:3, 1927:19, 1930:12, 1930:16, 1947:18, 1948:17, 1950:12, 1952:11, 1956:2, 1958:10, 1962:17, 1965:15, 1965:22, 1969:2, 1980:1

SIT [2] - 1955:8, 1966:18

SITE [2] - 1894:9, 1899:8

SITTING [2] - 1892:21, 1909:16

SITUATION [2] - 1922:16, 1931:21

SITUATIONS [1] - 1937:1

SIX [1] - 1970:14

SIZE [2] - 1978:11, 1978:14

SKETCHES [1] - 1933:8

SKIM [1] - 1951:23

SKIP [2] - 1931:15, 1931:17

SLIDE [85] - 1882:24, 1883:9, 1883:12, 1884:12, 1885:16, 1886:1, 1886:25, 1887:14, 1888:6, 1889:2, 1889:23, 1890:9, 1894:3, 1897:3, 1897:5, 1897:21, 1898:18, 1898:23, 1899:16, 1899:17, 1901:3, 1901:25, 1903:4, 1903:6, 1903:11, 1904:7, 1904:8, 1904:15, 1905:5, 1905:11, 1905:21, 1907:1, 1907:4, 1907:20, 1908:19, 1909:12, 1910:25, 1912:3, 1913:6, 1916:20, 1917:16, 1918:9, 1919:3, 1920:6, 1920:10, 1920:23, 1922:12, 1923:1, 1923:14, 1923:25, 1924:8, 1924:11, 1927:5, 1927:6, 1927:12, 1927:13, 1927:20,

1928:15, 1930:18, 1931:12, 1931:18, 1932:19, 1933:7, 1933:23, 1934:15, 1934:23, 1934:24, 1935:9, 1935:24, 1936:10, 1936:23, 1937:13, 1938:5, 1939:9, 1939:22, 1941:4, 1941:14, 1942:2, 1942:21, 1943:11, 1944:7, 1944:8, 1945:12, 1947:1

SLIDES [1] - 1947:24

SLIDING [1] - 1891:25

SLOPES [1] - 1924:11

SLOW [5] - 1895:12, 1895:17, 1897:16, 1897:20, 1944:17

SLOW-DRAINING [1] - 1895:17

SLOWLY [5] - 1897:13, 1898:5, 1925:22, 1927:22, 1939:7

SMALL [7] - 1889:18, 1918:7, 1919:9, 1922:17, 1940:2, 1966:6, 1978:20

SMITH [21] - 1880:4, 1882:10, 1882:12, 1897:1, 1897:2, 1897:5, 1897:6, 1897:21, 1904:7, 1904:10, 1904:21, 1905:6, 1905:9, 1906:25, 1927:1, 1927:4, 1947:19, 1948:6, 1948:12, 1971:15, 1971:17

SMITH.......... [1] - 1881:5

SO [157] - 1883:7, 1883:21, 1883:25, 1884:4, 1884:21, 1886:5, 1886:14, 1886:18, 1887:4, 1887:10, 1887:12, 1887:15, 1888:3, 1888:4, 1889:2, 1889:8, 1889:10, 1889:17, 1889:20, 1890:4, 1890:8, 1890:17, 1890:25, 1891:18, 1891:22, 1892:2, 1892:10, 1893:7, 1893:10, 1893:11, 1894:6, 1894:15, 1894:24,

1895:25, 1897:13, 1898:18, 1898:20, 1899:25, 1900:18, 1901:2, 1901:7, 1901:20, 1902:5, 1902:22, 1902:24, 1903:2, 1903:25, 1904:12, 1904:15, 1905:16, 1905:22, 1906:12, 1907:3, 1907:7, 1908:10, 1908:24, 1909:21, 1909:24, 1909:25, 1910:14, 1910:18, 1910:23, 1911:17, 1913:25, 1914:9, 1914:13, 1914:21, 1914:25, 1915:15, 1916:9, 1917:22, 1917:24, 1918:2, 1918:11, 1918:21, 1919:9, 1919:16, 1920:9, 1920:15, 1921:16, 1921:23, 1925:4, 1925:9, 1925:16, 1925:21, 1926:19, 1927:21, 1927:22, 1928:18, 1928:24, 1929:20, 1930:2, 1930:6, 1930:20, 1930:21, 1931:15, 1932:24, 1933:1, 1934:5, 1934:13, 1934:21, 1935:4, 1935:22, 1937:20, 1938:3, 1938:22, 1939:17, 1944:9, 1944:13, 1944:23, 1946:8, 1948:4, 1949:7, 1950:12, 1952:17, 1952:19, 1952:22, 1952:23, 1953:8, 1953:25, 1954:15, 1955:12, 1955:21, 1956:23, 1957:18, 1958:15, 1960:9, 1961:8, 1961:21, 1962:1, 1962:10, 1963:15, 1964:4, 1964:23, 1965:16, 1967:12, 1967:15, 1968:6, 1969:2, 1972:18, 1973:24, 1974:14, 1975:3, 1975:8, 1975:17, 1976:5, 1976:17, 1976:19, 1976:22, 1977:13, 1977:22, 1979:17, 1980:16, 1981:7, 1981:18,

1981:24, 1981:25

SO-CALLED [1] - 1925:16

SOCKET [2] - 1906:5, 1906:6

SOFT [1] - 1932:16

SOFTER [1] - 1891:24

SOIL [59] - 1883:5, 1883:15, 1885:25, 1886:4, 1886:13, 1886:15, 1886:17, 1886:18, 1891:11, 1893:2, 1893:4, 1893:9, 1893:17, 1894:6, 1894:13, 1894:19, 1895:7, 1895:10, 1895:24, 1895:25, 1896:17, 1896:18, 1896:19, 1896:22, 1897:7, 1899:13, 1900:24, 1901:2, 1901:4, 1901:7, 1901:8, 1902:2, 1913:12, 1913:14, 1913:18, 1916:13, 1919:12, 1919:14, 1923:3, 1923:5, 1928:1, 1930:3, 1931:23, 1931:25, 1936:13, 1937:11, 1937:12, 1937:16, 1938:3, 1938:11, 1938:25, 1941:8, 1946:20, 1946:22, 1946:24

SOIL'S [2] - 1898:1, 1927:15

SOILS [18] - 1892:17, 1893:20, 1895:2, 1895:3, 1898:18, 1901:15, 1922:21, 1924:12, 1924:14, 1930:8, 1930:10, 1930:14, 1938:9, 1940:10, 1941:20, 1942:4, 1944:3, 1946:9

SOLE [1] - 1953:20

SOLUTION [1] - 1940:8

SOLVE [3] - 1937:24, 1939:1, 1940:12

SOLVING [4] - 1936:22, 1942:18, 1942:19

SOME [45] - 1883:2, 1884:9, 1887:22, 1892:20, 1892:21, 1892:22, 1894:14, 1902:5, 1902:8,

1905:12, 1912:4, 1915:11, 1915:13, 1915:16, 1916:17, 1925:17, 1929:6, 1933:8, 1933:15, 1936:1, 1938:17, 1945:10, 1948:1, 1948:10, 1957:25, 1959:9, 1960:18, 1961:1, 1964:20, 1965:24, 1967:18, 1967:22, 1967:23, 1970:18, 1971:8, 1971:9, 1972:19, 1973:1, 1975:12, 1975:13, 1979:8, 1980:4

**SOMEBODY** [2] - 1972:15, 1978:11

**SOMEHOW** [1] - 1892:1

**SOMEONE** [1] - 1892:3

**SOMETHING** [21] - 1888:21, 1890:8, 1890:22, 1891:23, 1915:2, 1919:7, 1928:3, 1934:10, 1934:23, 1935:11, 1936:8, 1936:13, 1941:16, 1951:14, 1951:15, 1965:24, 1966:11, 1976:16, 1976:18

**SOMETIME** [2] - 1884:13, 1959:23

**SOMETIMES** [2] - 1890:7, 1923:9

**SOMEWHAT** [2] - 1883:5, 1886:5

**SOMEWHERE** [4] - 1887:16, 1890:18, 1935:13, 1969:10

**SOON** [4] - 1886:16, 1913:17, 1959:1, 1959:7

**SORRY** [22] - 1890:6, 1890:11, 1893:5, 1897:23, 1901:1, 1904:10, 1909:13, 1930:24, 1939:10, 1949:8, 1952:2, 1958:23, 1959:24, 1963:25, 1971:16, 1974:20, 1975:8, 1975:23, 1976:18, 1978:6, 1979:19, 1981:4

**SOUND** [5] - 1915:23, 1936:4, 1941:22,

1941:25, 1942:8

**SOUNDS** [3] - 1951:1, 1973:4, 1973:5

**SOURCE** [6] - 1960:23, 1961:8, 1962:1, 1962:5, 1962:8, 1971:25

**SOURCES** [2] - 1962:6, 1962:7

**SOUTH** [55] - 1889:3, 1889:7, 1889:8, 1900:13, 1900:21, 1900:24, 1901:1, 1901:9, 1901:16, 1906:16, 1908:5, 1910:9, 1910:11, 1910:12, 1910:13, 1912:7, 1914:17, 1915:6, 1915:10, 1931:14, 1945:17, 1945:21, 1947:1, 1947:12, 1957:2, 1957:4, 1957:12, 1957:21, 1958:2, 1958:17, 1959:14, 1965:19, 1967:21, 1967:25, 1968:13, 1968:18, 1968:21, 1968:25, 1969:3, 1969:5, 1969:9, 1969:24, 1970:19, 1972:2, 1972:10, 1972:12, 1972:19, 1973:25, 1974:15, 1974:17, 1975:15, 1976:9, 1976:22, 1977:11

**SPALLED** [1] - 1910:6

**SPEAKER** [2] - 1962:23, 1964:2

**SPECIAL** [1] - 1925:5

**SPECIALIZED** [2] - 1938:7, 1939:3

**SPECIFIC** [5] - 1952:16, 1969:12, 1969:15, 1970:2, 1979:23

**SPECIFICALLY** [5] - 1958:2, 1968:17, 1968:20, 1973:21, 1980:5

**SPECIFICS** [1] - 1969:13

**SPEED** [4] - 1936:4, 1941:21, 1941:24, 1942:8

**SPEND** [2] - 1956:23, 1956:24

**SPENT** [1] - 1967:23

**SPILLING** [1] -

1965:18

**SPLIT** [1] - 1926:18

**SPOTS** [1] - 1883:6

**SPRINGS** [1] - 1878:17

**SQUARE** [3] - 1894:16, 1933:15, 1933:20

**SQUARED** [2] - 1937:23, 1939:16

**SQUIGGLY** [1] - 1891:4

**STABILITY** [29] - 1883:10, 1889:5, 1890:12, 1891:8, 1891:10, 1892:12, 1898:19, 1898:21, 1899:18, 1900:21, 1901:12, 1902:2, 1908:6, 1908:8, 1915:2, 1916:15, 1922:24, 1923:6, 1923:9, 1923:11, 1923:14, 1924:9, 1927:18, 1945:4, 1945:8, 1946:22, 1947:8, 1953:19

**STAGE** [1] - 1940:22

**STANDARD** [5] - 1901:18, 1901:24, 1941:8, 1941:9, 1941:10

**STANDARDS** [1] - 1915:3

**STANDS** [1] - 1945:19

**STANWOOD** [1] - 1877:12

**STARK** [6] - 1958:7, 1958:8, 1958:13, 1958:21, 1958:24, 1959:3

**START** [5] - 1885:8, 1886:20, 1896:3, 1908:11, 1977:5

**STARTED** [10] - 1889:21, 1905:20, 1905:23, 1905:25, 1928:17, 1929:2, 1944:5, 1946:25, 1977:8

**STARTING** [1] - 1914:10

**STARTS** [13] - 1886:13, 1886:14, 1886:15, 1886:17, 1902:2, 1902:3, 1908:6, 1908:12, 1913:12, 1913:14, 1914:11, 1914:13, 1915:23

**STATE** [20] - 1884:25, 1899:22, 1899:23, 1902:3, 1918:17, 1919:4, 1919:6, 1921:19, 1925:6, 1925:9, 1928:20, 1931:7, 1932:2, 1935:20, 1940:4, 1940:9, 1940:21, 1940:25, 1941:1, 1982:14

**STATED** [1] - 1975:1

**STATEMENT** [2] - 1936:9, 1943:14

**STATEMENTS** [2] - 1948:4, 1980:11

**STATES** [7] - 1877:1, 1877:12, 1880:3, 1888:13, 1949:3, 1982:14, 1982:20

**STATION** [1] - 1880:7

**STAYED** [2] - 1931:24, 1944:4

**STAYS** [2] - 1896:1, 1896:25

**STEADY** [14] - 1918:17, 1919:4, 1921:19, 1921:25, 1928:20, 1931:7, 1935:19, 1935:20, 1936:18, 1940:4, 1940:9, 1940:21, 1940:24, 1941:1

**STEEL** [5] - 1902:21, 1902:23, 1907:17, 1907:18, 1909:17

**STENOGRAPHY** [1] - 1880:13

**STEVENS** [2] - 1878:8, 1964:3

**STICK** [2] - 1890:17, 1893:13

**STICKS** [1] - 1925:21

**STIFF** [1] - 1943:7

**STIFFER** [1] - 1912:8

**STILL** [9] - 1890:1, 1890:3, 1890:4, 1899:21, 1907:12, 1910:21, 1925:9, 1975:24, 1981:15

**STIPULATE** [1] - 1931:13

**STIPULATED** [1] - 1917:25

**STONE** [1] - 1879:11

**STOP** [1] - 1982:3

**STORAGE** [1] - 1943:3

**STORM** [16] - 1899:5, 1929:23, 1930:21,

1931:8, 1931:23, 1941:3, 1943:8, 1943:18, 1944:2, 1944:4, 1946:8, 1946:13, 1946:14, 1946:18, 1946:21

**STRAIGHT** [1] - 1939:25

**STRAIGHTFORWARD** [1] - 1889:5

**STREET** [12] - 1877:16, 1877:20, 1878:5, 1878:9, 1878:13, 1878:20, 1878:24, 1879:8, 1879:14, 1880:11, 1923:15, 1945:9

**STRENGTH** [75] - 1890:25, 1891:6, 1891:7, 1892:17, 1892:19, 1893:4, 1893:9, 1893:17, 1893:20, 1894:4, 1894:6, 1894:13, 1894:17, 1894:22, 1895:2, 1895:3, 1895:8, 1895:10, 1895:14, 1895:19, 1895:20, 1895:22, 1895:24, 1896:1, 1896:5, 1896:21, 1897:15, 1897:18, 1898:22, 1899:2, 1899:5, 1899:6, 1899:12, 1899:13, 1899:15, 1901:21, 1908:16, 1923:3, 1927:7, 1927:10, 1927:15, 1927:18, 1927:23, 1931:15, 1931:19, 1931:20, 1931:21, 1931:22, 1931:23, 1931:25, 1932:1, 1932:3, 1932:4, 1932:9, 1932:12, 1932:18, 1933:14, 1933:18, 1933:20, 1934:1, 1934:2, 1934:6, 1934:7, 1934:11, 1937:7, 1937:12, 1944:4, 1944:5, 1946:9, 1946:13, 1946:20, 1946:23

**STRENGTHS** [4] - 1895:7, 1924:13, 1932:10, 1946:10

**STRESS** [12] - 1896:19, 1896:20, 1902:3, 1909:20,

1909:22, 1909:23, 1910:2, 1912:10, 1932:24, 1932:25, 1933:3, 1937:6
**STRESSED** [1] - 1910:2
**STRESSES** [3] - 1909:15, 1910:15, 1937:5
**STRESSING** [1] - 1907:18
**STRETCH** [7] - 1907:15, 1908:12, 1908:22, 1909:5, 1911:4, 1912:11, 1914:7
**STRETCHED** [4] - 1902:23, 1905:23, 1906:2, 1911:2
**STRETCHING** [1] - 1953:5
**STRONG** [1] - 1893:9
**STRONGER** [2] - 1894:18, 1908:4
**STRUCTURAL** [6] - 1902:6, 1908:4, 1912:18, 1915:4, 1945:24, 1947:9
**STRUCTURALLY** [2] - 1903:9, 1908:9
**STRUCTURE** [3] - 1925:18, 1938:22, 1939:2
**STRUCTURES** [1] - 1938:21
**STUDIED** [1] - 1978:24
**STUDIES** [1] - 1980:4
**STUDY** [4] - 1911:14, 1979:6, 1979:11, 1979:17
**SUB** [1] - 1942:10
**SUBMITTED** [3] - 1884:17, 1955:1, 1965:7
**SUBSET** [1] - 1891:16
**SUBSURFACE** [1] - 1924:12
**SUCH** [5] - 1884:1, 1887:18, 1936:25, 1939:12, 1945:8
**SUFFICIENT** [5] - 1912:9, 1912:11, 1916:15, 1919:23, 1919:25
**SUGGEST** [2] - 1906:25, 1980:16
**SUITE** [5] - 1877:24, 1878:13, 1878:20, 1878:24, 1879:4

**SUMMARIZED** [3] - 1888:8, 1911:1, 1942:25
**SUMMARIZES** [1] - 1934:23
**SUMMARIZING** [3] - 1882:14, 1931:19, 1946:25
**SUMMARY** [5] - 1927:2, 1945:10, 1945:11, 1947:17, 1947:20
**SUPPLEMENTAL** [12] - 1887:2, 1887:20, 1888:8, 1890:20, 1894:9, 1899:8, 1916:22, 1932:20, 1935:1, 1954:23, 1965:7, 1966:2
**SUPPORT** [1] - 1945:7
**SUPPORTS** [1] - 1936:9
**SURE** [4] - 1892:3, 1927:22, 1958:11, 1975:8
**SURFACE** [7] - 1886:23, 1891:23, 1892:25, 1900:4, 1900:5, 1923:7, 1924:10
**SURFACES** [1] - 1900:8
**SURGE** [5] - 1888:10, 1888:19, 1965:20, 1978:25, 1981:19
**SUSTAIN** [3] - 1919:11, 1919:20, 1946:4
**SYMBOL** [4] - 1941:17, 1941:19, 1941:22, 1942:7
**SYSTEM** [2] - 1890:13, 1932:14

# T

**TABLE** [1] - 1892:21
**TACK** [2] - 1926:19, 1926:21
**TAILWATER** [1] - 1888:18
**TAKE** [17] - 1886:17, 1896:9, 1896:11, 1896:17, 1898:11, 1905:13, 1908:22, 1909:19, 1912:14, 1915:13, 1916:22, 1926:5, 1926:7, 1928:16, 1948:17

1964:23
**TAKEN** [5] - 1891:5, 1893:11, 1903:2, 1925:2, 1925:5
**TAKES** [11] - 1892:3, 1907:15, 1908:3, 1915:15, 1919:7, 1919:22, 1927:25, 1931:6, 1940:22, 1940:23, 1943:24
**TAKING** [1] - 1893:13
**TALK** [3] - 1924:23, 1926:1, 1952:24
**TALKED** [6] - 1916:7, 1922:24, 1940:16, 1941:24, 1954:20, 1967:14
**TALKING** [12] - 1899:2, 1901:4, 1906:19, 1907:3, 1907:13, 1910:4, 1930:9, 1936:12, 1941:20, 1965:13, 1973:10, 1975:24
**TEACHES** [1] - 1938:8
**TEACHING** [1] - 1932:15
**TEAM** [6] - 1953:16, 1953:22, 1954:5, 1954:7, 1957:15, 1968:24
**TEAR** [12] - 1902:20, 1903:15, 1904:11, 1904:25, 1905:1, 1905:3, 1906:14, 1906:15, 1906:18, 1911:11, 1914:6
**TEARS** [1] - 1914:2
**TELL** [5] - 1899:10, 1908:21, 1924:8, 1941:7, 1950:2
**TELLING** [5] - 1919:1, 1945:16, 1965:16, 1973:24, 1974:1
**TELLS** [3] - 1933:24, 1933:25, 1946:23
**TEND** [2] - 1894:19, 1894:24
**TENDING** [1] - 1900:1
**TENSILE** [2] - 1909:22, 1909:23
**TENSION** [5] - 1886:13, 1886:17, 1886:18, 1909:19, 1920:18
**TENTHS** [1] - 1906:9
**TERM** [3] - 1931:20, 1937:23, 1939:18
**TERMS** [6] - 1936:11, 1937:12, 1937:25,

1940:1, 1943:14, 1943:16
**TEST** [8] - 1893:19, 1899:10, 1899:12, 1928:10, 1941:8, 1941:9, 1942:25, 1943:2
**TESTIFIED** [2] - 1920:25, 1949:2
**TESTIMONY** [7] - 1889:13, 1911:18, 1927:2, 1956:7, 1957:19, 1974:8, 1976:7
**TESTING** [1] - 1895:16
**TESTS** [5] - 1894:11, 1894:13, 1928:9, 1941:10, 1942:23
**TEXT** [1] - 1888:14
**TEXTBOOK** [3] - 1938:8, 1941:16, 1942:6
**TEXTBOOKS** [1] - 1939:12
**THAN** [25] - 1884:1, 1884:4, 1885:1, 1885:8, 1885:10, 1885:20, 1900:18, 1900:22, 1900:24, 1901:8, 1901:16, 1912:8, 1915:2, 1915:12, 1921:4, 1929:14, 1929:19, 1936:13, 1950:13, 1955:23, 1956:3, 1957:20, 1967:25, 1976:6, 1978:18
**THANK** [21] - 1882:23, 1885:15, 1893:25, 1895:5, 1897:6, 1898:25, 1904:23, 1910:12, 1913:2, 1913:5, 1915:25, 1926:3, 1927:4, 1947:18, 1948:12, 1948:13, 1958:10, 1962:13, 1963:18, 1982:4, 1982:5
**THANKS** [1] - 1944:8
**THAT** [598] - 1882:16, 1882:18, 1882:19, 1882:20, 1883:3, 1883:6, 1883:8, 1883:16, 1883:21, 1883:22, 1883:23, 1883:24, 1883:25, 1884:1, 1884:3, 1884:9, 1884:15, 1884:18, 1884:22, 1884:23, 1885:1,

1885:2, 1885:7, 1885:12, 1885:19, 1885:21, 1886:4, 1886:12, 1886:16, 1886:19, 1886:20, 1886:22, 1887:6, 1887:16, 1887:18, 1887:19, 1887:21, 1887:23, 1888:14, 1888:15, 1888:25, 1889:4, 1889:6, 1889:7, 1889:13, 1889:14, 1889:20, 1889:25, 1890:4, 1890:15, 1890:18, 1890:21, 1890:22, 1890:24, 1891:11, 1891:14, 1891:23, 1892:7, 1892:8, 1892:16, 1892:17, 1892:19, 1893:3, 1893:17, 1893:19, 1895:7, 1895:17, 1895:20, 1895:21, 1895:22, 1895:25, 1896:4, 1896:21, 1896:23, 1897:4, 1897:11, 1897:12, 1897:13, 1897:15, 1897:16, 1897:22, 1898:3, 1898:6, 1898:8, 1898:10, 1898:13, 1898:19, 1898:21, 1899:4, 1899:7, 1899:17, 1900:6, 1900:8, 1900:14, 1901:11, 1901:12, 1901:14, 1901:15, 1901:20, 1901:22, 1901:23, 1902:1, 1902:7, 1902:9, 1902:10, 1902:13, 1902:14, 1902:20, 1902:25, 1903:2, 1903:7, 1903:9, 1903:10, 1903:15, 1903:19, 1903:22, 1903:25, 1904:2, 1904:5, 1904:7, 1904:24, 1905:12, 1905:14, 1906:3, 1906:6, 1906:7, 1906:9, 1906:11, 1906:12, 1906:15, 1906:21, 1906:23, 1906:25, 1907:3, 1907:11, 1907:13, 1907:17, 1907:18, 1907:24, 1908:3, 1908:5, 1908:15, 1908:17,

1908:23, 1909:6, 1909:11, 1909:15, 1909:16, 1909:18, 1910:3, 1910:6, 1910:8, 1910:10, 1910:23, 1911:1, 1911:11, 1911:13, 1911:18, 1911:21, 1911:24, 1912:4, 1912:7, 1912:9, 1912:10, 1912:12, 1912:14, 1912:16, 1912:19, 1912:20, 1912:21, 1913:5, 1913:8, 1913:12, 1913:16, 1914:4, 1914:6, 1914:12, 1914:20, 1914:21, 1914:22, 1914:23, 1914:25, 1915:5, 1915:11, 1915:12, 1915:19, 1916:1, 1916:8, 1916:9, 1916:10, 1916:11, 1916:14, 1916:24, 1917:10, 1917:17, 1917:22, 1917:25, 1918:2, 1918:4, 1918:5, 1918:11, 1918:12, 1918:14, 1919:4, 1919:7, 1919:12, 1919:14, 1920:11, 1920:12, 1920:19, 1920:20, 1920:21, 1920:25, 1921:1, 1921:20, 1922:1, 1922:8, 1922:13, 1923:16, 1923:17, 1923:22, 1923:25, 1924:4, 1924:5, 1924:10, 1925:11, 1925:17, 1925:22, 1925:25, 1926:15, 1926:18, 1927:9, 1927:13, 1927:16, 1927:22, 1927:24, 1928:2, 1928:9, 1928:12, 1928:16, 1928:20, 1929:7, 1929:9, 1929:10, 1930:2, 1930:4, 1930:6, 1930:11, 1930:13, 1930:14, 1930:22, 1931:6, 1931:9, 1931:10, 1931:15, 1931:17, 1931:22, 1931:23, 1932:4, 1932:8, 1932:10, 1932:17, 1932:21, 1933:2, 1933:5,

1933:6, 1933:12, 1933:17, 1933:20, 1934:1, 1934:2, 1934:8, 1934:11, 1934:16, 1934:18, 1934:21, 1934:22, 1935:2, 1935:5, 1935:7, 1935:11, 1936:3, 1936:4, 1936:5, 1936:6, 1936:7, 1936:8, 1936:9, 1936:12, 1936:21, 1936:22, 1937:2, 1937:4, 1937:5, 1937:7, 1937:8, 1937:15, 1937:23, 1937:24, 1938:4, 1938:6, 1938:14, 1938:23, 1939:4, 1939:11, 1939:23, 1939:24, 1940:8, 1940:13, 1941:7, 1941:11, 1941:13, 1941:17, 1941:20, 1941:22, 1942:2, 1942:4, 1942:6, 1942:10, 1942:22, 1943:4, 1943:6, 1943:7, 1943:14, 1943:23, 1943:24, 1944:1, 1944:5, 1944:12, 1944:14, 1944:16, 1944:20, 1945:3, 1945:6, 1945:7, 1945:14, 1945:19, 1945:24, 1946:2, 1946:8, 1946:11, 1946:17, 1946:20, 1946:21, 1947:5, 1947:17, 1948:1, 1948:20, 1949:2, 1949:4, 1949:7, 1949:9, 1949:10, 1949:11, 1949:12, 1949:14, 1949:15, 1949:24, 1949:25, 1950:2, 1950:5, 1950:10, 1950:12, 1950:13, 1950:21, 1950:22, 1950:24, 1951:1, 1951:3, 1951:4, 1951:7, 1951:9, 1951:11, 1951:13, 1951:14, 1951:16, 1951:19, 1951:21, 1951:24, 1952:1, 1952:2, 1952:13, 1952:16, 1952:17, 1952:19, 1952:20, 1952:23,

1953:2, 1953:6, 1953:11, 1953:13, 1953:16, 1953:18, 1953:20, 1954:3, 1954:7, 1954:14, 1954:15, 1954:17, 1955:1, 1955:2, 1955:3, 1955:9, 1955:12, 1955:13, 1955:15, 1955:18, 1955:21, 1955:24, 1956:4, 1956:7, 1956:10, 1956:11, 1956:21, 1957:6, 1957:24, 1958:18, 1958:24, 1959:3, 1959:7, 1959:15, 1959:20, 1960:2, 1960:3, 1960:5, 1960:6, 1960:13, 1960:14, 1960:17, 1960:18, 1960:20, 1961:4, 1961:9, 1961:14, 1961:15, 1961:17, 1961:18, 1961:19, 1961:22, 1961:24, 1962:2, 1962:10, 1962:18, 1962:20, 1963:5, 1963:11, 1964:1, 1964:19, 1964:25, 1965:16, 1965:21, 1966:6, 1966:14, 1966:16, 1966:19, 1966:24, 1966:25, 1967:8, 1967:9, 1967:10, 1967:15, 1967:18, 1967:22, 1967:25, 1968:2, 1968:4, 1968:6, 1968:8, 1968:14, 1969:2, 1969:7, 1969:21, 1969:23, 1970:12, 1970:14, 1970:20, 1970:22, 1970:23, 1970:24, 1971:3, 1971:13, 1971:21, 1971:25, 1972:1, 1972:2, 1972:3, 1972:6, 1972:8, 1972:10, 1972:16, 1972:20, 1972:22, 1973:11, 1973:22, 1973:24, 1974:1, 1974:3, 1974:5, 1974:6, 1974:15, 1974:19, 1974:23, 1975:7, 1975:10, 1975:11, 1975:17, 1975:20, 1976:6, 1976:7,

1976:8, 1976:10, 1976:14, 1976:16, 1976:20, 1976:23, 1977:1, 1977:4, 1977:5, 1977:6, 1977:14, 1977:17, 1977:18, 1977:19, 1977:22, 1977:25, 1978:4, 1978:5, 1978:6, 1978:7, 1978:11, 1978:14, 1978:15, 1978:18, 1978:20, 1978:25, 1979:8, 1979:13, 1979:17, 1979:22, 1980:1, 1980:2, 1980:4, 1980:5, 1980:6, 1980:12, 1980:13, 1980:14, 1980:17, 1980:18, 1980:25, 1981:14, 1981:16, 1981:18, 1982:15

**THAT'S** [91] – 1883:7, 1883:17, 1884:2, 1884:10, 1886:3, 1886:16, 1886:20, 1887:12, 1889:7, 1892:13, 1893:1, 1896:20, 1897:25, 1900:1, 1900:2, 1900:3, 1900:6, 1900:23, 1902:20, 1904:6, 1906:20, 1907:7, 1907:16, 1908:14, 1912:15, 1913:25, 1914:19, 1918:7, 1918:10, 1920:3, 1922:3, 1922:10, 1922:11, 1924:21, 1925:20, 1925:23, 1925:24, 1925:25, 1926:1, 1926:24, 1931:4, 1934:8, 1934:10, 1936:4, 1939:8, 1939:12, 1940:4, 1940:10, 1940:24, 1942:3, 1942:10, 1943:22, 1943:23, 1944:24, 1945:18, 1946:20, 1948:17, 1949:1, 1950:2, 1950:4, 1950:9, 1952:19, 1955:16, 1956:11, 1958:9, 1960:2, 1961:8, 1961:20, 1961:25, 1962:5, 1962:18, 1963:7, 1963:10, 1965:1, 1965:2,

1965:3, 1969:12, 1969:22, 1970:22, 1972:24, 1972:25, 1973:6, 1973:8, 1977:7, 1980:24, 1981:8, 1981:17, 1981:21, 1981:23

**THATCH** [1] – 1879:18

**THE** [1511] – 1877:12, 1877:15, 1877:19, 1878:12, 1879:3, 1880:3, 1882:7, 1882:8, 1882:13, 1882:14, 1882:16, 1882:17, 1882:18, 1882:19, 1882:24, 1882:25, 1883:1, 1883:3, 1883:4, 1883:6, 1883:7, 1883:9, 1883:10, 1883:12, 1883:13, 1883:14, 1883:15, 1883:20, 1883:21, 1883:25, 1884:1, 1884:2, 1884:3, 1884:5, 1884:8, 1884:10, 1884:11, 1884:14, 1884:17, 1884:19, 1884:21, 1884:22, 1884:24, 1885:1, 1885:2, 1885:3, 1885:6, 1885:7, 1885:9, 1885:12, 1885:13, 1885:15, 1885:17, 1885:18, 1885:19, 1885:21, 1885:24, 1886:1, 1886:3, 1886:6, 1886:7, 1886:9, 1886:10, 1886:11, 1886:13, 1886:14, 1886:15, 1886:16, 1886:18, 1886:22, 1886:23, 1886:24, 1887:1, 1887:3, 1887:4, 1887:7, 1887:8, 1887:10, 1887:17, 1887:18, 1887:21, 1887:22, 1887:25, 1888:2, 1888:4, 1888:5, 1888:7, 1888:9, 1888:10, 1888:13, 1888:14, 1888:15, 1888:21, 1889:1, 1889:2, 1889:3, 1889:5, 1889:7, 1889:8, 1889:11, 1889:12, 1889:13, 1889:15,

| | | | | |
|---|---|---|---|---|
| 1889:16, 1889:18, | 1898:10, 1898:13, | 1906:18, 1906:20, | 1915:8, 1915:9, | 1924:8, 1924:9, |
| 1889:19, 1889:20, | 1898:16, 1898:17, | 1906:22, 1906:23, | 1915:10, 1915:14, | 1924:10, 1924:11, |
| 1889:21, 1890:2, | 1898:18, 1898:19, | 1906:24, 1907:2, | 1915:18, 1915:20, | 1924:12, 1924:13, |
| 1890:4, 1890:5, | 1898:21, 1898:22, | 1907:3, 1907:4, | 1915:22, 1915:23, | 1924:16, 1924:17, |
| 1890:11, 1890:12, | 1898:23, 1898:25, | 1907:5, 1907:6, | 1915:25, 1916:1, | 1924:18, 1924:19, |
| 1890:13, 1890:14, | 1899:1, 1899:2, | 1907:7, 1907:9, | 1916:2, 1916:3, | 1924:21, 1924:22, |
| 1890:15, 1890:16, | 1899:3, 1899:5, | 1907:10, 1907:11, | 1916:5, 1916:7, | 1924:23, 1924:25, |
| 1890:18, 1890:19, | 1899:6, 1899:7, | 1907:17, 1907:18, | 1916:8, 1916:9, | 1925:2, 1925:3, |
| 1890:22, 1890:23, | 1899:8, 1899:12, | 1907:21, 1907:22, | 1916:12, 1916:13, | 1925:4, 1925:6, |
| 1890:25, 1891:1, | 1899:13, 1899:17, | 1907:24, 1908:3, | 1916:14, 1916:19, | 1925:11, 1925:12, |
| 1891:2, 1891:5, | 1899:19, 1899:21, | 1908:4, 1908:5, | 1916:20, 1916:21, | 1925:13, 1925:14, |
| 1891:7, 1891:10, | 1899:22, 1899:23, | 1908:10, 1908:11, | 1916:23, 1916:25, | 1925:17, 1925:18, |
| 1891:11, 1891:12, | 1900:1, 1900:2, | 1908:12, 1908:13, | 1917:2, 1917:3, | 1925:19, 1925:20, |
| 1891:13, 1891:15, | 1900:5, 1900:8, | 1908:17, 1908:18, | 1917:4, 1917:5, | 1925:23, 1926:1, |
| 1891:18, 1891:20, | 1900:9, 1900:12, | 1908:22, 1908:23, | 1917:6, 1917:8, | 1926:3, 1926:4, |
| 1891:21, 1891:22, | 1900:13, 1900:16, | 1909:6, 1909:8, | 1917:9, 1917:11, | 1926:5, 1926:9, |
| 1891:24, 1891:25, | 1900:18, 1900:20, | 1909:11, 1909:12, | 1917:14, 1917:15, | 1926:10, 1926:11, |
| 1892:2, 1892:6, | 1900:21, 1900:22, | 1909:15, 1909:16, | 1917:18, 1917:23, | 1926:12, 1926:13, |
| 1892:7, 1892:8, | 1900:23, 1900:24, | 1909:17, 1909:19, | 1917:24, 1917:25, | 1926:15, 1926:16, |
| 1892:10, 1892:11, | 1900:25, 1901:2, | 1909:21, 1909:22, | 1918:2, 1918:3, | 1926:21, 1926:22, |
| 1892:13, 1892:15, | 1901:3, 1901:4, | 1909:24, 1910:4, | 1918:5, 1918:8, | 1927:3, 1927:5, |
| 1892:17, 1892:21, | 1901:6, 1901:7, | 1910:5, 1910:6, | 1918:12, 1918:14, | 1927:8, 1927:15, |
| 1892:23, 1892:24, | 1901:8, 1901:9, | 1910:10, 1910:11, | 1918:15, 1918:16, | 1927:16, 1927:23, |
| 1892:25, 1893:1, | 1901:10, 1901:11, | 1910:12, 1910:13, | 1918:17, 1918:19, | 1927:25, 1928:2, |
| 1893:3, 1893:4, | 1901:12, 1901:13, | 1910:18, 1910:19, | 1918:22, 1919:1, | 1928:3, 1928:5, |
| 1893:7, 1893:8, | 1901:14, 1901:15, | 1910:21, 1911:2, | 1919:10, 1919:13, | 1928:7, 1928:8, |
| 1893:9, 1893:12, | 1901:16, 1901:18, | 1911:5, 1911:7, | 1919:14, 1919:18, | 1928:9, 1928:10, |
| 1893:14, 1893:16, | 1901:24, 1902:1, | 1911:8, 1911:9, | 1920:2, 1920:5, | 1928:12, 1928:17, |
| 1893:17, 1893:20, | 1902:2, 1902:4, | 1911:10, 1911:11, | 1920:9, 1920:10, | 1928:25, 1929:1, |
| 1893:21, 1893:22, | 1902:5, 1902:6, | 1911:12, 1911:14, | 1920:11, 1920:15, | 1929:2, 1929:3, |
| 1893:23, 1893:25, | 1902:7, 1902:8, | 1911:16, 1911:17, | 1920:16, 1920:17, | 1929:5, 1929:7, |
| 1894:2, 1894:5, | 1902:9, 1902:10, | 1911:19, 1911:20, | 1920:18, 1920:20, | 1929:8, 1929:9, |
| 1894:9, 1894:13, | 1902:13, 1902:16, | 1911:22, 1911:23, | 1920:21, 1920:22, | 1929:12, 1929:13, |
| 1894:19, 1894:22, | 1902:18, 1902:20, | 1911:24, 1912:1, | 1920:24, 1921:1, | 1929:17, 1929:18, |
| 1894:23, 1894:24, | 1902:21, 1902:22, | 1912:2, 1912:3, | 1921:2, 1921:3, | 1929:23, 1929:24, |
| 1894:25, 1895:1, | 1902:23, 1902:24, | 1912:5, 1912:7, | 1921:4, 1921:9, | 1930:1, 1930:3, |
| 1895:2, 1895:3, | 1902:25, 1903:1, | 1912:8, 1912:9, | 1921:12, 1921:13, | 1930:6, 1930:8, |
| 1895:4, 1895:5, | 1903:3, 1903:4, | 1912:11, 1912:12, | 1921:14, 1921:15, | 1930:9, 1930:10, |
| 1895:6, 1895:9, | 1903:6, 1903:13, | 1912:19, 1912:20, | 1921:16, 1921:18, | 1930:11, 1930:12, |
| 1895:10, 1895:11, | 1903:14, 1903:15, | 1912:22, 1912:23, | 1921:21, 1921:23, | 1930:13, 1930:14, |
| 1895:12, 1895:15, | 1903:17, 1903:21, | 1912:25, 1913:1, | 1921:24, 1922:2, | 1930:16, 1930:17, |
| 1895:16, 1895:17, | 1903:22, 1903:25, | 1913:2, 1913:3, | 1922:3, 1922:4, | 1930:18, 1930:20, |
| 1895:18, 1895:19, | 1904:3, 1904:6, | 1913:5, 1913:6, | 1922:5, 1922:6, | 1930:21, 1930:23, |
| 1895:21, 1895:23, | 1904:9, 1904:10, | 1913:8, 1913:10, | 1922:7, 1922:8, | 1930:24, 1931:1, |
| 1895:24, 1895:25, | 1904:11, 1904:12, | 1913:11, 1913:12, | 1922:9, 1922:10, | 1931:2, 1931:8, |
| 1896:2, 1896:3, | 1904:15, 1904:17, | 1913:13, 1913:14, | 1922:11, 1922:14, | 1931:11, 1931:14, |
| 1896:5, 1896:7, | 1904:18, 1904:20, | 1913:18, 1913:20, | 1922:15, 1922:16, | 1931:16, 1931:19, |
| 1896:8, 1896:11, | 1904:21, 1904:23, | 1913:21, 1913:22, | 1922:18, 1922:19, | 1931:20, 1931:22, |
| 1896:13, 1896:15, | 1904:24, 1904:25, | 1913:23, 1913:24, | 1922:20, 1922:21, | 1931:23, 1931:24, |
| 1896:18, 1896:19, | 1905:1, 1905:3, | 1913:25, 1914:1, | 1922:25, 1923:1, | 1931:25, 1932:2, |
| 1896:21, 1896:22, | 1905:5, 1905:6, | 1914:2, 1914:4, | 1923:3, 1923:4, | 1932:3, 1932:4, |
| 1896:24, 1896:25, | 1905:7, 1905:8, | 1914:5, 1914:7, | 1923:5, 1923:6, | 1932:6, 1932:9, |
| 1897:1, 1897:3, | 1905:11, 1905:12, | 1914:8, 1914:9, | 1923:7, 1923:8, | 1932:12, 1932:13, |
| 1897:4, 1897:6, | 1905:13, 1905:16, | 1914:10, 1914:12, | 1923:9, 1923:12, | 1932:14, 1932:18, |
| 1897:8, 1897:9, | 1905:17, 1905:19, | 1914:13, 1914:14, | 1923:13, 1923:15, | 1932:23, 1932:25, |
| 1897:14, 1897:16, | 1905:20, 1905:21, | 1914:15, 1914:16, | 1923:16, 1923:17, | 1933:1, 1933:2, |
| 1897:19, 1897:20, | 1905:23, 1905:24, | 1914:17, 1914:19, | 1923:18, 1923:19, | 1933:3, 1933:5, |
| 1897:23, 1897:25, | 1906:1, 1906:2, | 1914:20, 1914:23, | 1923:20, 1923:22, | 1933:12, 1933:15, |
| 1898:1, 1898:2, | 1906:8, 1906:12, | 1914:25, 1915:2, | 1923:23, 1923:25, | 1933:16, 1933:20, |
| 1898:3, 1898:4, | 1906:13, 1906:14, | 1915:4, 1915:5, | 1924:1, 1924:3, | 1933:24, 1933:25, |
| 1898:6, 1898:7, | 1906:16, 1906:17, | 1915:6, 1915:7, | 1924:4, 1924:6, | 1934:1, 1934:2, |

**HOURLY TRANSCRIPT**

1934:3, 1934:6,
1934:7, 1934:11,
1934:12, 1934:18,
1934:19, 1934:23,
1935:5, 1935:6,
1935:13, 1935:20,
1935:22, 1935:23,
1936:2, 1936:3,
1936:4, 1936:5,
1936:20, 1937:3,
1937:6, 1937:15,
1937:19, 1937:22,
1937:24, 1938:2,
1938:3, 1938:13,
1938:18, 1938:19,
1938:20, 1939:6,
1939:7, 1939:10,
1939:11, 1939:13,
1939:21, 1939:24,
1939:25, 1940:4,
1940:8, 1940:10,
1940:11, 1940:12,
1940:24, 1941:3,
1941:6, 1941:7,
1941:8, 1941:11,
1941:12, 1941:13,
1941:15, 1941:17,
1941:18, 1941:19,
1941:20, 1941:21,
1941:23, 1941:24,
1942:1, 1942:2,
1942:3, 1942:4,
1942:5, 1942:6,
1942:7, 1942:8,
1942:10, 1942:11,
1942:13, 1942:15,
1942:20, 1942:24,
1943:5, 1943:6,
1943:8, 1943:9,
1943:10, 1943:14,
1943:17, 1943:18,
1943:19, 1943:20,
1943:23, 1943:25,
1944:1, 1944:2,
1944:3, 1944:4,
1944:5, 1944:6,
1944:12, 1944:13,
1944:16, 1944:18,
1944:20, 1944:21,
1944:22, 1944:24,
1945:1, 1945:5,
1945:6, 1945:9,
1945:11, 1945:14,
1945:17, 1945:18,
1945:19, 1945:20,
1945:21, 1945:23,
1945:25, 1946:3,
1946:4, 1946:5,
1946:6, 1946:7,
1946:8, 1946:12,
1946:14, 1946:16,

1946:17, 1946:18,
1946:19, 1946:21,
1946:23, 1946:24,
1947:1, 1947:5,
1947:9, 1947:10,
1947:12, 1947:15,
1947:18, 1947:20,
1947:25, 1948:2,
1948:8, 1948:9,
1948:13, 1948:16,
1949:1, 1949:3,
1949:7, 1949:9,
1949:12, 1949:15,
1950:1, 1950:2,
1950:4, 1950:5,
1950:6, 1950:8,
1950:9, 1950:13,
1950:14, 1950:16,
1950:18, 1950:22,
1950:23, 1950:24,
1950:25, 1951:2,
1951:3, 1951:13,
1951:18, 1951:19,
1951:20, 1951:24,
1951:25, 1952:1,
1952:2, 1952:4,
1952:6, 1952:7,
1952:12, 1952:14,
1952:19, 1952:25,
1953:2, 1953:3,
1953:5, 1953:8,
1953:9, 1953:14,
1953:15, 1953:17,
1953:20, 1953:22,
1953:23, 1953:25,
1954:3, 1954:7,
1954:11, 1954:14,
1954:16, 1954:17,
1954:22, 1954:25,
1955:1, 1955:2,
1955:10, 1955:12,
1955:14, 1955:18,
1955:21, 1955:22,
1956:3, 1956:4,
1956:9, 1956:10,
1956:12, 1956:14,
1956:20, 1956:25,
1957:2, 1957:4,
1957:12, 1957:15,
1957:19, 1957:21,
1958:1, 1958:16,
1958:17, 1959:2,
1959:6, 1959:12,
1959:14, 1959:19,
1959:21, 1960:6,
1960:18, 1960:20,
1960:24, 1961:1,
1961:2, 1961:4,
1961:5, 1961:6,
1961:8, 1961:9,
1961:14, 1961:18,

1961:19, 1961:21,
1961:22, 1961:23,
1962:1, 1962:2,
1962:9, 1962:10,
1962:11, 1962:14,
1962:18, 1962:19,
1962:21, 1962:24,
1962:25, 1963:5,
1963:6, 1963:22,
1963:23, 1963:24,
1963:25, 1964:12,
1964:19, 1964:25,
1965:2, 1965:3,
1965:4, 1965:10,
1965:13, 1965:14,
1965:17, 1965:18,
1965:19, 1965:23,
1966:3, 1966:6,
1966:8, 1966:12,
1966:15, 1966:16,
1966:17, 1966:24,
1967:2, 1967:3,
1967:9, 1967:11,
1967:16, 1967:17,
1967:21, 1967:24,
1968:4, 1968:5,
1968:8, 1968:10,
1968:13, 1968:15,
1968:18, 1968:21,
1968:24, 1969:3,
1969:4, 1969:5,
1969:9, 1969:10,
1969:11, 1969:13,
1969:20, 1969:21,
1969:24, 1970:11,
1970:12, 1970:14,
1970:19, 1970:23,
1970:24, 1971:4,
1971:7, 1971:12,
1971:16, 1971:17,
1971:19, 1971:20,
1972:1, 1972:2,
1972:6, 1972:9,
1972:12, 1972:18,
1972:19, 1972:21,
1972:23, 1973:1,
1973:7, 1973:8,
1973:9, 1973:10,
1973:12, 1973:14,
1973:17, 1973:24,
1973:25, 1974:2,
1974:5, 1974:9,
1974:10, 1974:14,
1974:17, 1974:20,
1974:23, 1974:24,
1974:25, 1975:1,
1975:3, 1975:8,
1975:10, 1975:11,
1975:15, 1975:18,
1975:21, 1975:22,
1975:24, 1975:25,

1976:6, 1976:9,
1976:15, 1976:19,
1976:22, 1976:24,
1977:4, 1977:6,
1977:8, 1977:9,
1977:11, 1977:13,
1977:15, 1977:16,
1977:22, 1978:8,
1978:11, 1978:14,
1978:15, 1978:17,
1978:18, 1978:22,
1978:25, 1979:1,
1979:2, 1979:5,
1979:6, 1979:9,
1979:10, 1979:11,
1979:12, 1979:19,
1979:23, 1979:24,
1980:2, 1980:6,
1980:12, 1980:17,
1980:20, 1980:24,
1980:25, 1981:6,
1981:7, 1981:8,
1981:9, 1981:11,
1981:12, 1981:14,
1981:15, 1981:21,
1982:1, 1982:5,
1982:7, 1982:14,
1982:14, 1982:15,
1982:16, 1982:16
**THEIR** [9] - 1905:15,
1908:16, 1910:21,
1932:7, 1946:9,
1952:5, 1956:12,
1957:15
**THEM** [23] - 1882:15,
1886:17, 1891:15,
1905:13, 1906:7,
1907:1, 1908:12,
1908:13, 1908:16,
1908:17, 1914:4,
1914:6, 1915:14,
1917:11, 1918:22,
1929:18, 1940:18,
1942:6, 1942:7,
1957:25, 1958:1,
1958:4, 1981:7
**THEMSELVES** [2] -
1893:2, 1908:12
**THEN** [42] - 1883:1,
1883:9, 1886:3,
1888:13, 1891:25,
1902:5, 1903:18,
1905:1, 1907:23,
1909:1, 1910:1,
1911:21, 1914:4,
1914:8, 1914:17,
1915:5, 1917:9,
1917:18, 1920:3,
1920:15, 1921:23,
1924:12, 1926:6,
1929:4, 1930:22,

1936:17, 1940:23,
1941:25, 1943:4,
1947:11, 1947:12,
1948:10, 1948:17,
1950:2, 1955:12,
1959:3, 1963:13,
1964:4, 1969:8,
1979:10
**THEORY** [17] -
1935:11, 1936:1,
1936:2, 1936:18,
1936:24, 1937:9,
1937:18, 1938:9,
1938:15, 1938:18,
1938:20, 1939:1,
1939:8, 1943:13,
1944:16, 1944:17,
1961:8
**THERE** [99] - 1883:8,
1884:16, 1884:18,
1884:23, 1888:5,
1888:10, 1889:16,
1889:17, 1889:25,
1890:21, 1890:23,
1890:24, 1892:7,
1892:17, 1893:23,
1894:5, 1894:15,
1895:6, 1896:1,
1896:23, 1899:11,
1900:23, 1900:25,
1902:14, 1902:22,
1903:23, 1905:22,
1910:1, 1911:18,
1914:21, 1915:11,
1918:10, 1919:17,
1919:24, 1920:4,
1920:16, 1920:19,
1920:24, 1921:18,
1922:8, 1923:12,
1924:5, 1928:20,
1929:1, 1929:3,
1929:6, 1929:22,
1931:24, 1933:16,
1933:19, 1934:10,
1937:1, 1937:6,
1937:10, 1937:11,
1937:22, 1938:13,
1941:16, 1941:19,
1944:2, 1944:25,
1945:5, 1945:7,
1945:24, 1947:4,
1947:24, 1948:1,
1950:10, 1951:3,
1951:9, 1953:12,
1953:13, 1954:25,
1962:6, 1962:19,
1965:14, 1967:16,
1970:11, 1971:25,
1972:5, 1972:7,
1972:8, 1972:11,
1973:1, 1978:7,

**HOURLY TRANSCRIPT**

1980:2, 1980:6, 1980:17, 1981:7, 1981:13

**THERE'S** [1] - 1907:8

**THEREFORE** [6] - 1895:19, 1935:6, 1943:8, 1943:16, 1944:1, 1945:22

**THESE** [84] - 1884:4, 1887:5, 1887:8, 1887:15, 1888:3, 1888:15, 1888:21, 1888:25, 1889:4, 1890:17, 1890:25, 1891:4, 1891:6, 1894:12, 1894:20, 1894:24, 1895:7, 1895:13, 1895:17, 1899:4, 1899:24, 1901:19, 1902:8, 1902:19, 1905:14, 1905:18, 1905:20, 1906:2, 1906:6, 1907:13, 1909:5, 1909:15, 1910:14, 1910:15, 1910:16, 1910:20, 1911:6, 1915:13, 1915:17, 1915:18, 1916:5, 1916:18, 1917:14, 1917:22, 1918:25, 1919:1, 1919:5, 1919:16, 1919:22, 1919:24, 1920:3, 1920:19, 1920:20, 1923:12, 1927:16, 1927:18, 1927:22, 1928:6, 1928:18, 1928:24, 1930:2, 1932:2, 1932:5, 1932:17, 1934:25, 1935:15, 1935:22, 1936:17, 1936:21, 1937:20, 1938:3, 1941:10, 1943:13, 1943:19, 1944:6, 1945:3, 1946:18, 1947:24, 1949:14, 1950:2, 1950:7, 1958:20, 1965:19, 1973:21

**THEY** [48] - 1895:18, 1898:19, 1901:16, 1905:18, 1908:23, 1908:24, 1908:25, 1909:2, 1909:4, 1909:6, 1910:17, 1910:20, 1910:21, 1912:7, 1912:13, 1912:16, 1913:3, 1914:6, 1914:7,

1916:7, 1919:15, 1920:9, 1922:19, 1925:14, 1929:18, 1930:4, 1932:8, 1932:9, 1932:10, 1932:11, 1935:4, 1940:17, 1941:6, 1952:2, 1953:5, 1953:6, 1953:18, 1953:20, 1969:18, 1976:1, 1978:9, 1981:6

**THEY'RE** [2] - 1910:22, 1912:15

**THICKNESSES** [1] - 1913:1

**THING** [9] - 1904:6, 1925:19, 1935:22, 1937:1, 1937:22, 1939:21, 1942:12, 1957:10, 1969:22

**THINGS** [14] - 1891:8, 1892:7, 1892:8, 1892:18, 1904:4, 1912:14, 1914:20, 1924:22, 1936:2, 1936:15, 1936:21, 1938:1, 1939:4, 1969:20

**THINK** [33] - 1888:21, 1889:12, 1892:19, 1892:20, 1893:22, 1896:15, 1899:1, 1899:7, 1908:1, 1909:13, 1911:1, 1913:7, 1922:18, 1926:24, 1931:15, 1933:2, 1933:10, 1949:2, 1950:16, 1952:8, 1952:21, 1953:4, 1953:10, 1954:21, 1961:15, 1961:17, 1965:1, 1967:12, 1967:16, 1972:23, 1974:2, 1977:15, 1979:22

**THINKING** [1] - 1961:5

**THINKS** [1] - 1904:4

**THIRD** [2] - 1980:25, 1981:7

**THIS** [299] - 1882:20, 1883:1, 1883:9, 1883:13, 1883:15, 1883:16, 1884:2, 1884:7, 1884:9, 1885:5, 1885:12, 1887:4, 1887:12, 1888:24, 1890:12, 1890:13, 1890:16, 1891:1, 1891:2,

1892:3, 1892:14, 1893:5, 1893:6, 1893:8, 1893:10, 1893:17, 1893:20, 1893:22, 1893:25, 1894:2, 1894:4, 1894:17, 1895:1, 1895:20, 1896:15, 1898:5, 1898:18, 1898:19, 1899:17, 1899:22, 1899:23, 1900:1, 1900:4, 1900:24, 1901:3, 1901:15, 1901:19, 1901:23, 1902:5, 1902:14, 1902:15, 1902:16, 1902:18, 1903:2, 1903:4, 1903:7, 1903:12, 1903:13, 1903:14, 1903:17, 1903:18, 1903:19, 1903:23, 1904:7, 1904:14, 1905:4, 1905:6, 1905:16, 1905:23, 1905:24, 1905:25, 1906:1, 1906:5, 1906:6, 1906:7, 1906:9, 1906:10, 1906:14, 1906:18, 1906:19, 1907:4, 1907:11, 1907:13, 1907:21, 1907:23, 1907:25, 1908:2, 1908:9, 1908:15, 1908:16, 1908:18, 1908:20, 1908:22, 1909:1, 1909:18, 1909:20, 1910:1, 1910:2, 1910:7, 1910:10, 1910:14, 1910:18, 1910:22, 1911:4, 1911:8, 1912:12, 1912:17, 1912:24, 1913:3, 1913:7, 1913:9, 1913:14, 1913:20, 1913:23, 1914:8, 1915:4, 1915:7, 1915:15, 1916:11, 1916:21, 1917:7, 1917:17, 1917:19, 1918:1, 1918:2, 1918:16, 1918:23, 1919:2, 1919:4, 1919:8, 1920:7, 1920:10, 1921:5, 1921:9, 1921:10, 1921:11, 1921:13, 1921:17, 1922:13, 1922:22, 1923:1,

1923:15, 1923:16, 1923:18, 1923:23, 1923:24, 1924:3, 1924:8, 1924:23, 1925:2, 1925:10, 1925:13, 1925:15, 1925:16, 1925:18, 1925:21, 1925:22, 1926:7, 1926:11, 1926:14, 1927:6, 1927:13, 1928:1, 1928:6, 1929:4, 1929:8, 1929:11, 1929:14, 1929:17, 1929:20, 1929:23, 1930:11, 1930:19, 1930:20, 1930:23, 1931:6, 1931:13, 1931:16, 1931:20, 1931:21, 1932:17, 1932:24, 1933:13, 1933:19, 1933:21, 1934:1, 1934:5, 1934:8, 1934:11, 1934:13, 1934:23, 1935:10, 1935:11, 1936:1, 1936:2, 1936:12, 1936:18, 1936:20, 1936:24, 1937:2, 1937:17, 1938:6, 1938:22, 1939:11, 1939:17, 1939:19, 1939:20, 1939:21, 1939:23, 1939:25, 1940:2, 1940:3, 1940:6, 1940:7, 1940:22, 1941:5, 1941:6, 1941:15, 1941:21, 1942:15, 1942:18, 1942:20, 1942:22, 1942:25, 1943:1, 1943:24, 1944:10, 1944:11, 1946:16, 1946:23, 1947:6, 1947:9, 1947:16, 1947:21, 1948:2, 1948:5, 1949:6, 1949:11, 1951:10, 1953:5, 1953:16, 1954:13, 1954:19, 1954:22, 1956:11, 1957:19, 1957:21, 1958:15, 1958:25, 1959:22, 1959:23, 1960:14, 1963:4, 1963:10, 1963:16, 1964:4, 1966:2, 1966:7, 1966:18, 1966:24, 1967:12, 1970:3, 1970:6,

1970:16, 1971:1, 1971:5, 1971:24, 1973:18, 1973:20, 1974:5, 1974:22, 1974:25, 1975:9, 1976:7, 1976:12, 1976:13, 1979:17, 1982:2

**THOMAS** [2] - 1877:23, 1878:22

**THOROUGH** [1] - 1966:14

**THOSE** [30] - 1883:25, 1884:15, 1885:3, 1890:7, 1899:9, 1902:12, 1911:16, 1911:23, 1912:6, 1914:22, 1915:16, 1916:24, 1917:1, 1917:18, 1919:23, 1923:4, 1924:14, 1928:24, 1931:2, 1935:3, 1942:11, 1943:16, 1945:15, 1948:3, 1949:19, 1966:16, 1968:16, 1973:11, 1978:12, 1981:9

**THOUGH** [5] - 1889:9, 1896:15, 1933:19, 1937:7, 1937:15

**THOUGHT** [3] - 1922:5, 1956:23, 1967:18

**THOUSAND** [2] - 1920:2, 1920:4

**THOUSANDS** [1] - 1900:7

**THREE** [36] - 1884:18, 1884:24, 1887:5, 1887:16, 1887:24, 1888:10, 1890:1, 1905:14, 1905:16, 1913:17, 1917:10, 1917:11, 1917:18, 1918:6, 1918:16, 1918:20, 1918:24, 1920:10, 1920:12, 1941:12, 1960:19, 1971:10, 1976:14, 1976:24, 1977:18, 1979:1, 1980:3, 1980:6, 1980:12, 1980:17, 1980:20, 1980:22, 1981:9, 1981:14, 1981:19

**THREE-FOOT** [9] - 1976:24, 1977:18, 1980:3, 1980:6, 1980:12, 1980:17,

**HOURLY TRANSCRIPT**

1980:20, 1980:22, 1981:14

**THREE-FOOT-HIGH** [1] - 1887:5

**THROUGH** [29] - 1887:21, 1889:4, 1894:19, 1894:20, 1894:21, 1894:25, 1895:13, 1896:3, 1898:4, 1913:11, 1914:15, 1916:13, 1917:8, 1917:9, 1917:20, 1924:17, 1925:19, 1925:20, 1925:21, 1925:22, 1926:14, 1927:25, 1934:18, 1935:17, 1936:4, 1938:11, 1941:20, 1942:9, 1947:11

**THUS** [2] - 1911:18, 1930:7

**TIE** [2] - 1969:15, 1970:1

**TIGHT** [3] - 1925:20, 1925:22, 1927:8

**TIME** [68] - 1882:16, 1882:21, 1883:16, 1884:18, 1885:14, 1889:14, 1890:3, 1890:15, 1896:2, 1896:23, 1916:1, 1921:18, 1926:12, 1926:13, 1926:14, 1926:16, 1926:18, 1928:6, 1928:21, 1929:23, 1930:10, 1930:20, 1931:6, 1931:8, 1931:24, 1937:23, 1939:15, 1939:16, 1940:5, 1944:2, 1945:1, 1945:5, 1947:21, 1948:5, 1955:1, 1956:11, 1959:2, 1960:6, 1960:19, 1964:20, 1967:12, 1967:21, 1967:23, 1967:24, 1968:10, 1968:13, 1968:18, 1969:15, 1970:2, 1970:18, 1970:23, 1971:4, 1971:7, 1971:8, 1971:9, 1975:13, 1975:20, 1976:11, 1976:12, 1976:22, 1976:23, 1977:13, 1981:1

**TIMES** [16] - 1917:20, 1917:24, 1920:2,

1920:4, 1928:12, 1928:13, 1928:23, 1930:10, 1941:12, 1968:14, 1969:14, 1976:20, 1980:6, 1980:18

**TIMING** [9] - 1968:21, 1968:24, 1972:9, 1972:12, 1972:19, 1973:25, 1974:2, 1974:14, 1974:17

**TINY** [2] - 1918:23, 1918:24

**TO** [518] - 1877:8, 1882:4, 1882:8, 1883:3, 1883:17, 1884:3, 1884:6, 1884:8, 1884:19, 1884:21, 1884:22, 1884:24, 1885:6, 1885:7, 1885:8, 1885:17, 1886:6, 1886:7, 1886:13, 1886:14, 1886:15, 1886:20, 1886:22, 1887:4, 1887:8, 1887:17, 1888:10, 1888:17, 1888:18, 1888:20, 1889:10, 1889:18, 1889:19, 1889:25, 1890:1, 1890:8, 1890:10, 1890:22, 1890:23, 1890:25, 1891:5, 1891:7, 1891:11, 1892:7, 1892:8, 1892:17, 1892:19, 1892:22, 1892:23, 1892:24, 1893:1, 1893:4, 1893:5, 1893:8, 1893:15, 1894:5, 1894:7, 1894:19, 1894:20, 1894:24, 1895:2, 1895:3, 1895:12, 1895:13, 1895:18, 1895:19, 1896:3, 1896:8, 1896:14, 1896:20, 1896:22, 1896:24, 1897:2, 1897:3, 1897:7, 1897:10, 1897:13, 1897:15, 1897:16, 1897:23, 1898:7, 1898:11, 1898:14, 1898:18, 1898:23, 1899:5, 1899:10, 1899:11, 1899:12, 1900:1, 1900:6, 1900:12, 1901:3, 1901:19, 1902:1,

1902:2, 1902:3, 1902:5, 1902:12, 1902:16, 1902:18, 1902:19, 1902:20, 1902:21, 1902:22, 1902:24, 1903:8, 1903:14, 1903:20, 1903:23, 1903:25, 1904:1, 1904:4, 1904:5, 1904:7, 1904:16, 1904:25, 1905:1, 1905:8, 1905:12, 1905:13, 1905:14, 1905:20, 1905:22, 1905:23, 1905:25, 1906:10, 1906:13, 1906:14, 1906:20, 1906:22, 1906:23, 1907:1, 1907:15, 1907:16, 1907:19, 1908:3, 1908:4, 1908:5, 1908:7, 1908:9, 1908:11, 1908:12, 1908:17, 1908:21, 1908:22, 1909:1, 1909:4, 1909:5, 1909:7, 1909:10, 1909:12, 1909:14, 1909:18, 1909:19, 1910:3, 1910:8, 1911:4, 1911:7, 1911:9, 1911:14, 1911:21, 1911:24, 1912:4, 1912:7, 1912:8, 1912:9, 1912:10, 1912:11, 1912:13, 1912:17, 1912:20, 1913:12, 1913:17, 1913:18, 1913:22, 1914:2, 1914:5, 1914:7, 1914:13, 1914:14, 1914:17, 1915:5, 1915:10, 1915:13, 1915:14, 1915:16, 1915:19, 1915:20, 1915:23, 1916:9, 1916:12, 1916:13, 1916:15, 1916:16, 1916:17, 1916:18, 1916:21, 1916:23, 1917:9, 1917:14, 1917:22, 1918:1, 1918:2, 1918:4, 1918:23, 1918:25, 1919:5, 1919:6, 1919:7, 1919:10, 1919:11, 1919:15, 1919:19, 1919:20, 1919:22, 1919:23,

1920:1, 1920:7, 1920:13, 1921:2, 1921:5, 1921:6, 1921:10, 1921:19, 1921:21, 1921:23, 1922:5, 1922:6, 1922:8, 1922:10, 1922:13, 1922:22, 1923:3, 1923:8, 1924:5, 1924:7, 1924:15, 1924:20, 1925:4, 1925:5, 1925:8, 1925:9, 1926:7, 1926:12, 1926:13, 1926:18, 1926:19, 1926:20, 1926:22, 1926:23, 1926:25, 1927:6, 1927:8, 1927:14, 1927:24, 1927:25, 1928:4, 1928:6, 1928:12, 1928:13, 1928:16, 1928:19, 1928:21, 1929:4, 1930:7, 1930:23, 1931:1, 1931:2, 1931:6, 1931:9, 1931:13, 1931:14, 1931:20, 1931:24, 1931:25, 1932:21, 1933:2, 1933:6, 1933:9, 1933:10, 1933:25, 1934:9, 1934:13, 1934:21, 1935:1, 1935:12, 1935:17, 1935:18, 1935:23, 1935:25, 1936:2, 1936:12, 1937:14, 1937:22, 1937:24, 1937:25, 1938:3, 1938:4, 1938:18, 1939:1, 1939:7, 1939:20, 1939:21, 1940:3, 1940:8, 1940:9, 1940:18, 1940:19, 1940:21, 1940:22, 1940:24, 1941:2, 1941:5, 1941:11, 1941:12, 1941:13, 1941:25, 1942:1, 1942:4, 1942:8, 1942:10, 1942:22, 1943:1, 1943:13, 1943:15, 1943:25, 1944:6, 1944:9, 1944:11, 1944:12, 1944:13, 1944:16, 1944:17, 1944:21, 1945:1, 1945:5, 1945:6, 1945:7,

1945:11, 1945:13, 1945:16, 1945:19, 1947:2, 1947:10, 1947:12, 1947:19, 1947:23, 1947:25, 1948:4, 1948:6, 1949:6, 1949:11, 1949:13, 1949:15, 1949:23, 1949:24, 1950:1, 1950:2, 1950:4, 1950:6, 1950:8, 1950:13, 1950:18, 1950:23, 1950:24, 1950:25, 1951:1, 1951:2, 1951:4, 1951:7, 1951:25, 1952:2, 1952:5, 1952:17, 1953:2, 1953:14, 1953:17, 1953:25, 1955:19, 1956:8, 1956:10, 1956:21, 1956:23, 1956:25, 1957:2, 1957:3, 1957:20, 1958:1, 1958:9, 1958:10, 1958:13, 1958:19, 1959:15, 1959:21, 1960:23, 1960:25, 1962:20, 1963:6, 1964:8, 1964:9, 1964:19, 1964:23, 1965:23, 1965:24, 1966:5, 1966:12, 1966:16, 1966:17, 1966:24, 1967:1, 1967:3, 1967:8, 1967:13, 1967:16, 1967:20, 1967:21, 1968:1, 1968:8, 1968:10, 1968:13, 1969:5, 1969:15, 1969:16, 1969:18, 1969:20, 1970:1, 1971:12, 1971:20, 1972:6, 1972:8, 1972:21, 1973:4, 1973:5, 1973:17, 1973:19, 1974:19, 1975:6, 1975:9, 1975:21, 1976:4, 1976:14, 1976:21, 1977:5, 1977:16, 1977:19, 1977:21, 1978:3, 1978:15, 1978:22, 1979:14, 1979:16, 1979:25, 1980:5, 1980:7, 1980:14, 1980:16, 1980:18, 1980:23,

1981:5, 1981:6, 1981:12, 1982:1, 1982:15
**TODAY** [7] - 1953:17, 1955:8, 1956:7, 1963:15, 1966:18, 1973:24, 1976:7
**TOE** [3] - 1944:24, 1945:2, 1946:3
**TOGETHER** [7] - 1882:25, 1886:17, 1894:21, 1905:22, 1908:10, 1909:14, 1960:12
**TOLD** [11] - 1886:19, 1958:11, 1958:13, 1958:16, 1961:15, 1961:17, 1972:1, 1972:2, 1972:15, 1972:23
**TOO** [7] - 1893:6, 1903:2, 1904:1, 1913:20, 1931:17, 1944:17, 1982:3
**TOOK** [9] - 1889:9, 1894:20, 1897:12, 1918:11, 1920:12, 1925:18, 1926:9, 1939:7, 1980:11
**TOP** [25] - 1882:19, 1885:9, 1886:16, 1890:4, 1902:22, 1902:24, 1903:13, 1903:16, 1905:16, 1909:16, 1909:19, 1913:24, 1914:4, 1914:14, 1915:9, 1923:19, 1923:20, 1923:22, 1923:23, 1945:18, 1965:17, 1965:18, 1974:21, 1977:9, 1980:25
**TOPIC** [1] - 1967:22
**TOPS** [3] - 1903:3, 1913:25, 1914:1
**TORE** [2] - 1906:23, 1911:5
**TORTS** [1] - 1880:6
**TOTAL** [2] - 1932:24, 1937:6
**TOUCHING** [1] - 1886:23
**TOW** [1] - 1916:12
**TOWARD** [1] - 1923:8
**TOWARDS** [2] - 1894:24, 1906:16
**TRACKS** [1] - 1960:10
**TRADITIONAL** [1] - 1935:19
**TRAIN** [1] - 1980:25

**TRAINING** [1] - 1898:10
**TRANSCRIPT** [5] - 1877:11, 1880:13, 1964:9, 1964:12, 1982:15
**TRANSFERRED** [1] - 1936:3
**TRANSFERS** [1] - 1914:9
**TRANSIENT** [3] - 1921:25, 1929:24, 1935:20
**TRANSIENT-FLOW** [1] - 1929:24
**TRANSITIONAL** [1] - 1891:13
**TRANSLATING** [1] - 1923:8
**TRANSLATION** [4] - 1891:17, 1916:15, 1945:4, 1945:8
**TRANSLATIONAL** [11] - 1890:14, 1891:16, 1922:24, 1923:6, 1923:8, 1923:11, 1923:25, 1924:1, 1946:22, 1947:3, 1947:15
**TRANSMISSION** [18] - 1916:3, 1935:10, 1935:19, 1936:1, 1936:7, 1936:18, 1936:24, 1937:9, 1937:16, 1937:25, 1938:11, 1938:15, 1939:1, 1940:13, 1942:14, 1943:12, 1943:15, 1944:15
**TRANSPORTED** [1] - 1925:8
**TRAVEL** [2] - 1937:4, 1941:20
**TRAVELING** [2] - 1941:21, 1942:9
**TREEBY** [3] - 1879:12, 1972:22, 1973:4
**TRENCH** [12] - 1882:17, 1883:10, 1883:20, 1885:3, 1885:13, 1885:19, 1886:6, 1887:13, 1888:18, 1919:5, 1945:22, 1947:11
**TRIAL** [4] - 1877:11, 1879:3, 1900:7, 1934:12
**TRIED** [6] - 1908:25, 1932:21, 1933:10, 1935:18, 1945:10,

1950:23
**TRIGGERED** [2] - 1915:4, 1947:9
**TRIGGERING** [1] - 1953:14
**TROUBLE** [1] - 1925:1
**TROUGH** [1] - 1981:11
**TRUE** [29] - 1892:13, 1951:11, 1952:20, 1955:4, 1955:15, 1955:16, 1956:10, 1961:24, 1961:25, 1966:25, 1967:10, 1969:21, 1970:25, 1971:13, 1972:3, 1972:10, 1972:16, 1974:6, 1975:7, 1976:10, 1976:20, 1977:2, 1977:6, 1977:14, 1978:5, 1978:16, 1980:18, 1981:16, 1982:15
**TRY** [9] - 1891:5, 1896:16, 1924:7, 1925:5, 1933:9, 1935:25, 1970:1, 1980:14, 1981:6
**TRYING** [14] - 1883:17, 1890:25, 1892:8, 1892:19, 1896:20, 1916:12, 1916:13, 1929:4, 1933:2, 1935:1, 1935:12, 1935:17, 1966:12, 1967:20
**TUBE** [1] - 1925:5
**TULLA** [11] - 1955:3, 1955:9, 1955:15, 1955:23, 1956:3, 1956:9, 1960:13, 1960:14, 1961:5, 1961:18, 1961:22
**TULLA'S** [2] - 1960:23, 1961:16
**TURN** [3] - 1887:10, 1889:8, 1889:10
**TURNED** [1] - 1909:7
**TURNING** [1] - 1915:8
**TURNS** [1] - 1939:20
**TWO** [33] - 1884:24, 1888:10, 1888:24, 1889:25, 1895:10, 1896:18, 1903:18, 1905:14, 1905:17, 1905:22, 1907:23, 1908:25, 1911:19, 1911:20, 1911:24, 1913:24, 1914:14, 1917:11, 1917:18, 1918:16, 1928:1,

1935:14, 1935:15, 1937:17, 1942:11, 1942:18, 1945:4, 1945:7, 1945:17, 1960:9, 1960:19, 1971:10, 1979:2
**TX** [1] - 1877:25
**TYPE** [6] - 1890:10, 1899:10, 1908:8, 1908:15, 1924:3, 1971:20
**TYPES** [1] - 1894:13
**TYPICAL** [1] - 1927:9
**TYPICALLY** [1] - 1970:5

---

## U

**U.S** [1] - 1880:3
**ULTIMATELY** [1] - 1954:18
**UNABLE** [1] - 1909:19
**UNDER** [6] - 1902:3, 1911:6, 1915:18, 1919:6, 1920:20, 1938:21
**UNDERLYING** [1] - 1891:24
**UNDERMINE** [1] - 1919:13
**UNDERNEATH** [6] - 1917:3, 1918:3, 1918:17, 1918:23, 1920:13, 1937:19
**UNDERSEEPAGE** [15] - 1915:19, 1916:8, 1916:11, 1916:14, 1917:15, 1917:24, 1919:2, 1922:14, 1944:10, 1945:25, 1946:1, 1946:7, 1947:3, 1947:14, 1957:14
**UNDERSTAND** [21] - 1885:17, 1897:19, 1904:2, 1907:5, 1907:7, 1911:17, 1921:7, 1930:7, 1935:1, 1935:12, 1935:17, 1935:25, 1948:7, 1952:4, 1958:15, 1972:7, 1973:2, 1973:17, 1978:6, 1980:5, 1981:25
**UNDERSTANDING** [13] - 1896:8, 1898:13, 1916:19, 1950:12, 1952:24, 1960:23, 1966:6,

1966:15, 1968:13, 1969:10, 1979:6, 1980:1, 1982:16
**UNDERSTOOD** [5] - 1921:10, 1971:25, 1974:8, 1977:5, 1977:10
**UNDERTAKE** [1] - 1957:21
**UNDISTURBED** [3] - 1925:2, 1925:6, 1925:9
**UNDRAIN** [1] - 1896:9
**UNDRAINED** [36] - 1895:8, 1895:11, 1895:20, 1897:9, 1897:11, 1898:22, 1899:6, 1899:13, 1921:24, 1927:7, 1927:10, 1927:14, 1927:17, 1927:22, 1931:14, 1931:19, 1931:21, 1932:1, 1932:3, 1932:9, 1932:10, 1932:12, 1932:18, 1932:23, 1932:24, 1933:4, 1933:13, 1933:14, 1933:17, 1934:7, 1934:22, 1935:2, 1935:6, 1935:8, 1944:5, 1946:10
**UNFORTUNATELY** [1] - 1942:6
**UNIDENTIFIED** [1] - 1962:23
**UNIQUELY** [1] - 1893:5
**UNITED** [6] - 1877:1, 1877:12, 1880:3, 1949:3, 1982:14, 1982:20
**UNITS** [1] - 1918:4
**UNLESS** [1] - 1973:1
**UNREALISTIC** [1] - 1930:14
**UNREALISTICALLY** [1] - 1930:2
**UNSTRETCHED** [1] - 1905:21
**UNTIL** [5] - 1954:25, 1961:3, 1968:15, 1977:6, 1977:8
**UNZIPS** [2] - 1914:11, 1914:13
**UP** [44] - 1885:10, 1888:23, 1893:6, 1894:17, 1895:16, 1899:8, 1906:1, 1906:5, 1906:22,

1907:22, 1908:11, 1909:13, 1909:16, 1909:18, 1910:1, 1915:22, 1916:13, 1917:22, 1921:18, 1926:11, 1926:24, 1928:23, 1929:18, 1931:10, 1935:3, 1936:5, 1936:21, 1937:19, 1939:6, 1947:10, 1949:6, 1949:7, 1952:18, 1954:25, 1964:5, 1964:16, 1965:9, 1967:19, 1970:3, 1970:11, 1972:6, 1974:21, 1976:14

**UPLIFT** [30] - 1896:3, 1896:5, 1898:14, 1916:14, 1919:21, 1920:21, 1921:6, 1921:17, 1921:20, 1922:9, 1922:20, 1922:22, 1929:9, 1929:12, 1929:21, 1929:22, 1930:22, 1930:23, 1931:2, 1934:19, 1943:8, 1943:17, 1943:25, 1944:2, 1945:1, 1945:3, 1945:5, 1946:5, 1946:12, 1946:17

**UPON** [3] - 1885:23, 1895:10, 1974:15

**UPPER** [4] - 1891:1, 1905:24, 1923:1, 1928:8

**US** [31] - 1884:11, 1886:19, 1887:20, 1893:5, 1899:10, 1900:8, 1902:5, 1902:20, 1905:12, 1912:14, 1912:16, 1916:22, 1917:5, 1917:13, 1917:17, 1918:20, 1919:1, 1920:8, 1924:8, 1928:21, 1929:10, 1932:21, 1933:6, 1933:24, 1934:25, 1941:7, 1946:23, 1965:16, 1966:19, 1969:8, 1974:1

**USE** [15] - 1890:11, 1895:19, 1909:9, 1916:17, 1921:10, 1927:10, 1927:14, 1927:23, 1931:10, 1931:20, 1934:2,

1935:6, 1938:19, 1940:2, 1975:3

**USED** [33] - 1898:14, 1901:18, 1915:20, 1918:13, 1920:7, 1921:5, 1921:9, 1927:24, 1928:5, 1930:8, 1930:13, 1931:5, 1932:3, 1932:4, 1932:6, 1932:10, 1932:11, 1932:12, 1933:17, 1933:21, 1934:11, 1938:23, 1939:1, 1939:23, 1941:11, 1941:13, 1941:19, 1942:10, 1943:22, 1943:23, 1955:18, 1966:24, 1981:13

**USES** [3] - 1930:1, 1933:24, 1941:17

**USING** [13] - 1883:4, 1898:22, 1921:15, 1921:17, 1927:17, 1932:1, 1933:14, 1933:17, 1934:21, 1936:19, 1940:7, 1941:24, 1943:6

---

# V

**VAGUE** [1] - 1980:4
**VALIDATE** [1] - 1968:7
**VALUE** [9] - 1918:8, 1929:25, 1930:2, 1930:3, 1933:19, 1934:13, 1936:19, 1942:23, 1943:3
**VALUES** [5] - 1928:5, 1928:6, 1928:11, 1943:4, 1943:19
**VARIABILITY** [1] - 1886:4
**VARIATION** [1] - 1894:16
**VARIATIONS** [1] - 1885:25
**VARIES** [2] - 1885:23, 1893:18
**VARIOUS** [1] - 1961:1
**VARYING** [1] - 1968:14
**VELOCITY** [1] - 1941:20
**VERIFY** [2] - 1912:10, 1934:22
**VERSUS** [4] - 1896:9, 1921:24, 1921:25, 1927:7

**VERY** [53] - 1886:1, 1889:22, 1893:4, 1895:12, 1895:18, 1896:23, 1897:12, 1898:3, 1898:5, 1898:25, 1900:23, 1907:12, 1909:11, 1913:9, 1913:13, 1913:15, 1914:11, 1914:21, 1918:7, 1920:8, 1922:1, 1922:2, 1925:19, 1925:22, 1927:9, 1929:3, 1936:16, 1936:19, 1937:4, 1937:14, 1938:1, 1938:2, 1938:3, 1938:6, 1938:7, 1938:20, 1938:21, 1939:3, 1939:4, 1939:7, 1940:2, 1940:7, 1940:22, 1950:3, 1959:1, 1961:4, 1973:18
**VICINITY** [2] - 1890:18, 1902:2
**VIEW** [8] - 1910:22, 1947:1, 1956:3, 1959:12, 1961:14, 1961:18, 1961:22, 1962:10
**VIEWS** [1] - 1960:24
**VILLAVASO** [1] - 1889:13
**VIOLATE** [1] - 1946:19
**VISIBLE** [1] - 1945:7
**VISUAL** [1] - 1889:3
**VISUALLY** [1] - 1902:19
**VOLUME** [17] - 1916:9, 1928:3, 1929:25, 1936:19, 1937:11, 1941:7, 1941:18, 1942:8, 1943:8, 1943:20, 1951:21, 1951:25, 1952:3, 1974:25, 1975:7, 1975:11, 1975:18

---

# W

**WAGER** [1] - 1879:17
**WAGER-ZITO** [1] - 1879:17
**WAIT** [1] - 1931:1
**WALL** [67] - 1882:18, 1882:19, 1883:7, 1883:10, 1883:16, 1884:5, 1884:10,

1885:7, 1885:9, 1885:24, 1886:14, 1887:18, 1888:16, 1889:1, 1889:5, 1889:16, 1889:21, 1902:10, 1907:11, 1907:21, 1907:22, 1908:2, 1908:3, 1908:4, 1908:11, 1908:13, 1910:5, 1910:9, 1910:11, 1910:12, 1910:13, 1911:9, 1912:7, 1912:9, 1913:21, 1913:23, 1914:16, 1915:4, 1915:8, 1917:3, 1917:4, 1917:23, 1918:3, 1918:5, 1918:17, 1920:21, 1920:22, 1923:16, 1923:18, 1923:19, 1924:1, 1945:14, 1945:18, 1945:20, 1946:3, 1947:5, 1947:9, 1953:14, 1965:18, 1969:6, 1977:9, 1977:22
**WALLS** [4] - 1901:19, 1908:15, 1952:6, 1952:15
**WALTHER** [1] - 1879:11
**WANT** [12] - 1886:15, 1886:22, 1890:23, 1896:14, 1904:1, 1912:8, 1937:22, 1948:6, 1955:19, 1967:3, 1973:17, 1982:1
**WANTED** [3] - 1894:12, 1977:15, 1978:3
**WANTING** [1] - 1901:3
**WANTS** [2] - 1908:7
**WARD** [3] - 1919:11, 1952:7, 1952:14
**WARREN** [2] - 1879:7, 1879:7
**WAS** [222] - 1882:18, 1882:24, 1883:22, 1883:23, 1884:8, 1884:14, 1884:16, 1885:8, 1885:9, 1885:10, 1885:12, 1886:23, 1887:16, 1888:9, 1888:10, 1889:6, 1889:15, 1890:18, 1890:23, 1890:24, 1897:2,

1899:1, 1899:11, 1900:13, 1900:20, 1900:23, 1901:1, 1901:8, 1901:11, 1901:14, 1901:15, 1901:24, 1902:22, 1902:23, 1904:24, 1906:9, 1906:12, 1906:20, 1906:23, 1907:12, 1908:2, 1909:16, 1910:6, 1910:14, 1910:23, 1911:2, 1911:6, 1911:11, 1911:13, 1912:9, 1912:17, 1912:19, 1912:20, 1912:21, 1912:23, 1912:25, 1914:4, 1915:1, 1915:13, 1916:2, 1916:8, 1916:12, 1916:21, 1917:1, 1917:7, 1917:11, 1918:5, 1918:11, 1918:21, 1918:23, 1919:12, 1920:2, 1921:1, 1921:3, 1922:14, 1922:15, 1922:17, 1923:16, 1923:20, 1924:5, 1925:3, 1925:5, 1925:7, 1925:11, 1925:15, 1926:15, 1928:20, 1928:25, 1930:9, 1932:3, 1932:4, 1932:6, 1932:8, 1932:17, 1934:11, 1935:11, 1935:13, 1942:17, 1944:2, 1944:10, 1944:12, 1944:16, 1944:25, 1945:5, 1945:18, 1945:20, 1946:8, 1947:2, 1947:4, 1947:5, 1947:7, 1947:14, 1948:21, 1949:11, 1949:15, 1949:24, 1950:6, 1950:18, 1952:3, 1952:19, 1952:22, 1953:9, 1953:12, 1953:13, 1953:20, 1954:15, 1954:16, 1954:21, 1954:24, 1955:1, 1955:2, 1955:3, 1955:10, 1955:14, 1956:8, 1956:25, 1957:6, 1957:12, 1958:10, 1958:11, 1958:13, 1958:25, 1959:2,

---

**HOURLY TRANSCRIPT**

1959:3, 1959:12, 1959:15, 1959:24, 1960:3, 1960:16, 1960:17, 1960:19, 1960:20, 1961:3, 1961:5, 1963:15, 1966:3, 1967:8, 1967:9, 1967:15, 1967:16, 1967:17, 1967:22, 1967:24, 1968:9, 1969:8, 1969:10, 1969:14, 1969:16, 1970:15, 1970:20, 1971:1, 1971:10, 1971:19, 1971:25, 1972:5, 1972:7, 1972:8, 1972:11, 1972:14, 1972:17, 1973:7, 1973:10, 1974:3, 1974:22, 1975:24, 1975:25, 1976:16, 1976:21, 1976:23, 1977:1, 1977:4, 1977:16, 1977:17, 1977:19, 1977:22, 1977:25, 1978:15, 1979:1, 1979:8, 1979:13, 1980:3, 1980:6, 1980:14, 1982:7

**WASHINGTON** [6] - 1879:11, 1879:20, 1880:8, 1956:16, 1956:18, 1960:20

**WASN'T** [6] - 1900:14, 1900:18, 1931:24, 1967:13, 1972:14, 1977:18

**WATER** [69] - 1883:17, 1883:21, 1884:10, 1885:23, 1886:19, 1887:3, 1887:11, 1887:17, 1887:25, 1888:4, 1888:19, 1889:15, 1890:4, 1891:12, 1895:13, 1896:2, 1896:3, 1896:18, 1896:23, 1896:24, 1896:25, 1897:8, 1897:13, 1897:14, 1897:17, 1898:3, 1898:4, 1900:2, 1912:20, 1912:23, 1913:11, 1913:23, 1914:15, 1915:8, 1916:12, 1917:6, 1918:7, 1918:24, 1923:5, 1925:13, 1925:14, 1925:22, 1927:25,

1928:25, 1929:3, 1929:4, 1930:20, 1931:24, 1936:4, 1936:5, 1937:10, 1937:16, 1937:19, 1938:2, 1938:12, 1939:2, 1941:22, 1942:9, 1946:1, 1946:2, 1947:10, 1965:18, 1965:20, 1980:9, 1981:15, 1981:20

**WATERS** [1] - 1929:18

**WAVE** [44] - 1936:24, 1937:2, 1937:4, 1937:5, 1937:9, 1937:16, 1937:18, 1938:9, 1938:10, 1938:15, 1938:17, 1938:19, 1939:8, 1939:24, 1940:12, 1941:21, 1942:14, 1943:12, 1943:13, 1943:15, 1944:17, 1975:1, 1976:14, 1976:25, 1977:18, 1978:15, 1978:19, 1979:1, 1980:3, 1980:6, 1980:8, 1980:12, 1980:20, 1980:22, 1980:23, 1981:6, 1981:8, 1981:9, 1981:11, 1981:12, 1981:14, 1981:15, 1981:19, 1981:21

**WAVES** [40] - 1884:14, 1884:16, 1884:18, 1884:19, 1884:24, 1885:1, 1885:6, 1885:12, 1887:5, 1889:15, 1889:25, 1890:3, 1936:25, 1938:21, 1941:20, 1965:20, 1966:4, 1966:6, 1966:19, 1966:22, 1967:17, 1974:23, 1976:6, 1976:24, 1977:7, 1978:3, 1978:4, 1978:7, 1978:9, 1978:12, 1978:18, 1978:21, 1978:25, 1979:6, 1980:12, 1980:17, 1980:25, 1981:7

**WAY** [16] - 1887:10, 1888:2, 1901:21, 1902:21, 1903:2, 1914:14, 1916:21, 1919:17, 1925:19,

1925:20, 1935:13, 1944:6, 1944:17, 1970:9, 1976:8, 1980:20

**WAYS** [2] - 1894:5, 1895:10

**WE** [180] - 1882:13, 1882:16, 1882:24, 1882:25, 1883:2, 1883:6, 1883:7, 1883:9, 1883:15, 1883:19, 1883:23, 1885:5, 1886:1, 1886:2, 1886:9, 1886:11, 1886:12, 1887:4, 1887:6, 1887:7, 1887:23, 1889:4, 1889:15, 1890:1, 1890:3, 1890:4, 1890:8, 1890:10, 1890:11, 1892:11, 1892:14, 1892:16, 1893:4, 1893:12, 1894:5, 1894:9, 1895:7, 1895:9, 1895:13, 1895:20, 1896:7, 1896:17, 1896:19, 1896:20, 1896:21, 1896:23, 1897:8, 1897:17, 1898:23, 1899:2, 1899:8, 1899:13, 1899:17, 1899:24, 1899:25, 1900:6, 1900:8, 1900:10, 1900:16, 1900:17, 1901:20, 1902:1, 1902:6, 1902:12, 1902:18, 1902:19, 1903:22, 1904:3, 1904:14, 1905:12, 1905:13, 1905:16, 1906:8, 1906:17, 1906:25, 1907:3, 1908:15, 1908:16, 1908:17, 1909:12, 1912:4, 1912:10, 1912:12, 1912:24, 1913:17, 1915:6, 1918:11, 1918:14, 1920:9, 1920:10, 1920:11, 1920:15, 1920:16, 1921:23, 1923:13, 1923:18, 1923:19, 1924:3, 1924:7, 1924:8, 1925:25, 1926:17, 1926:24, 1926:25, 1927:6, 1927:17, 1927:21, 1927:23, 1928:1,

1928:17, 1928:18, 1928:24, 1929:24, 1930:9, 1930:19, 1930:20, 1931:6, 1931:8, 1931:10, 1933:10, 1933:12, 1933:15, 1933:16, 1933:21, 1934:2, 1934:12, 1934:17, 1934:20, 1937:19, 1937:20, 1938:19, 1940:2, 1940:3, 1941:11, 1943:1, 1945:8, 1945:20, 1945:21, 1947:5, 1947:23, 1947:25, 1948:1, 1948:4, 1949:6, 1949:8, 1949:10, 1951:7, 1952:18, 1952:22, 1952:23, 1960:11, 1962:1, 1962:18, 1962:24, 1964:4, 1965:9, 1965:10, 1970:11, 1971:13, 1971:24, 1975:17, 1975:19, 1977:19, 1980:23, 1982:3

**WE'LL** [11] - 1889:8, 1889:10, 1904:2, 1904:20, 1918:25, 1926:5, 1926:7, 1948:16, 1974:19, 1982:5, 1982:6

**WE'RE** [13] - 1901:4, 1902:24, 1904:2, 1906:21, 1907:13, 1923:2, 1928:19, 1929:1, 1935:1, 1935:14, 1942:18, 1944:22, 1972:21

**WE'VE** [10] - 1907:23, 1914:24, 1917:25, 1918:15, 1928:2, 1928:7, 1929:18, 1931:15, 1948:20

**WEAK** [1] - 1892:1

**WEAKER** [4] - 1894:20, 1894:25, 1901:15, 1914:9

**WEAKEST** [2] - 1914:12

**WEEKS** [5] - 1897:13, 1959:4, 1971:10, 1971:11

**WEIGHS** [1] - 1892:24

**WEIGHT** [2] - 1892:21, 1900:1

**WELL** [42] - 1882:24, 1886:24, 1893:6,

1897:15, 1897:19, 1901:25, 1903:24, 1910:2, 1911:2, 1923:10, 1928:7, 1931:11, 1932:21, 1933:2, 1933:5, 1949:23, 1950:20, 1952:21, 1953:6, 1953:9, 1954:21, 1955:17, 1959:9, 1960:11, 1961:13, 1962:6, 1962:7, 1967:2, 1967:15, 1967:19, 1969:16, 1972:7, 1973:1, 1976:21, 1977:1, 1977:15, 1977:25, 1978:3, 1979:13, 1979:19, 1979:25, 1980:23

**WENT** [9] - 1889:4, 1890:24, 1902:18, 1915:9, 1934:17, 1935:15, 1950:19, 1960:2, 1968:1

**WERE** [74] - 1882:13, 1882:16, 1884:11, 1884:18, 1884:23, 1885:1, 1887:6, 1887:7, 1887:18, 1894:14, 1895:17, 1898:20, 1898:23, 1899:8, 1899:12, 1901:16, 1902:8, 1902:9, 1902:12, 1907:3, 1910:4, 1910:15, 1910:17, 1910:20, 1911:18, 1912:24, 1914:22, 1916:24, 1917:10, 1919:14, 1932:8, 1933:12, 1945:14, 1945:25, 1949:2, 1950:9, 1951:9, 1951:13, 1951:15, 1952:2, 1956:14, 1956:16, 1956:20, 1957:15, 1957:24, 1958:1, 1958:17, 1958:24, 1958:25, 1960:6, 1960:9, 1960:11, 1960:24, 1960:25, 1968:1, 1968:16, 1974:15, 1974:24, 1975:17, 1976:6, 1976:8, 1976:9, 1976:17, 1976:18, 1976:19, 1977:13, 1978:4, 1978:7, 1978:18, 1980:17

**WEREN'T** [1] - 1932:11

**WEST** [1] - 1908:3

**WGI** [5] - 1916:4, 1944:18, 1946:6, 1947:5, 1947:15

**WHAT** [154] - 1883:9, 1884:6, 1884:11, 1885:7, 1886:19, 1886:20, 1887:10, 1887:11, 1890:13, 1891:8, 1892:4, 1893:6, 1894:11, 1895:7, 1896:8, 1896:22, 1897:8, 1897:17, 1899:18, 1899:24, 1900:1, 1900:2, 1902:18, 1902:19, 1903:7, 1903:8, 1906:3, 1906:20, 1908:1, 1909:6, 1909:18, 1909:20, 1910:9, 1911:1, 1912:15, 1913:7, 1915:2, 1916:19, 1918:18, 1918:25, 1919:20, 1922:8, 1923:13, 1923:20, 1924:7, 1924:10, 1924:12, 1924:13, 1925:15, 1925:23, 1925:25, 1926:1, 1926:20, 1928:24, 1929:24, 1930:9, 1932:3, 1932:12, 1935:15, 1935:22, 1935:25, 1936:24, 1939:23, 1940:6, 1941:2, 1942:19, 1942:20, 1943:22, 1943:23, 1944:5, 1948:3, 1949:14, 1950:4, 1950:5, 1950:6, 1950:8, 1950:18, 1951:6, 1951:14, 1952:3, 1952:17, 1952:22, 1952:24, 1953:25, 1956:12, 1956:23, 1956:25, 1957:3, 1957:6, 1957:12, 1957:15, 1958:10, 1958:13, 1958:16, 1959:12, 1959:18, 1959:20, 1960:5, 1960:23, 1960:25, 1961:2, 1962:7, 1963:7, 1963:10, 1966:2, 1966:4, 1966:10, 1966:12, 1967:8,

1967:15, 1967:17, 1967:24, 1968:1, 1968:7, 1968:8, 1968:18, 1968:21, 1968:24, 1969:8, 1969:19, 1970:22, 1972:1, 1972:9, 1972:22, 1972:23, 1972:25, 1973:6, 1973:8, 1974:1, 1974:12, 1975:6, 1975:17, 1976:1, 1976:11, 1977:1, 1977:4, 1977:16, 1977:22, 1979:8, 1979:16, 1979:23, 1980:1, 1980:5, 1981:5

**WHAT'S** [7] - 1893:1, 1911:2, 1934:9, 1939:20, 1940:3, 1948:11, 1962:21

**WHATEVER** [6] - 1951:7, 1951:15, 1967:8, 1967:9, 1968:5, 1971:25

**WHATSOEVER** [1] - 1972:5

**WHEN** [53] - 1882:13, 1886:6, 1886:13, 1888:10, 1889:24, 1894:1, 1896:17, 1896:19, 1898:10, 1899:2, 1899:8, 1900:6, 1902:1, 1903:22, 1904:3, 1908:15, 1925:25, 1928:16, 1929:24, 1930:11, 1932:4, 1932:7, 1934:17, 1936:25, 1940:13, 1941:24, 1942:17, 1942:20, 1944:12, 1944:22, 1946:22, 1948:9, 1954:10, 1956:20, 1957:24, 1958:24, 1959:3, 1960:13, 1960:17, 1963:10, 1963:16, 1969:5, 1969:8, 1969:21, 1970:16, 1971:7, 1974:22, 1975:25, 1976:9, 1976:13, 1978:4, 1981:6

**WHENEVER** [1] - 1926:15

**WHERE** [35] - 1883:7, 1885:9, 1885:19, 1886:2, 1887:3,

1891:16, 1903:19, 1904:11, 1904:12, 1910:5, 1910:19, 1910:22, 1911:8, 1911:11, 1912:14, 1916:12, 1920:2, 1923:2, 1923:7, 1923:12, 1923:15, 1933:21, 1934:13, 1935:1, 1937:1, 1938:19, 1943:2, 1945:18, 1945:19, 1946:25, 1963:1, 1970:8, 1977:7

**WHEREAS** [1] - 1923:9

**WHEREUPON** [2] - 1926:9, 1982:7

**WHEREVER** [1] - 1909:24

**WHETHER** [7] - 1927:14, 1952:5, 1954:20, 1955:8, 1959:5, 1960:19, 1980:14

**WHICH** [53] - 1885:1, 1885:13, 1894:7, 1895:18, 1897:8, 1897:17, 1899:1, 1899:9, 1899:10, 1899:19, 1900:7, 1908:20, 1908:24, 1909:6, 1909:9, 1909:19, 1913:21, 1915:5, 1917:20, 1918:12, 1918:18, 1919:12, 1919:15, 1922:10, 1925:12, 1929:1, 1929:2, 1931:7, 1933:8, 1934:5, 1934:25, 1935:23, 1937:11, 1937:23, 1940:14, 1940:22, 1942:14, 1943:3, 1943:9, 1946:14, 1947:2, 1947:10, 1947:23, 1948:8, 1950:16, 1954:17, 1962:25, 1970:9, 1974:25, 1976:25, 1977:10, 1978:17, 1980:2

**WHILE** [3] - 1904:24, 1906:3, 1948:22

**WHITE** [1] - 1923:17

**WHITMAN** [2] - 1939:13, 1941:16

**WHO** [12] - 1952:11, 1954:15, 1955:1, 1955:13, 1955:17,

1955:23, 1956:3, 1961:13, 1968:16, 1969:2, 1974:10, 1978:24

**WHOLE** [4] - 1890:13, 1909:21, 1914:1, 1925:18

**WHY** [10] - 1900:20, 1907:7, 1946:14, 1964:23, 1967:16, 1968:9, 1969:18, 1973:14, 1977:25

**WIDE** [3] - 1906:9, 1907:16

**WILL** [10] - 1892:3, 1896:24, 1897:14, 1903:23, 1909:25, 1924:7, 1946:24, 1948:9, 1981:14, 1981:19

**WILLIAM** [1] - 1879:12

**WILLING** [1] - 1897:23

**WILSHIRE** [1] - 1879:4

**WISH** [1] - 1904:5

**WITH** [98] - 1882:19, 1882:20, 1883:2, 1883:4, 1883:14, 1883:21, 1884:8, 1884:11, 1886:11, 1887:17, 1887:20, 1887:22, 1887:25, 1888:10, 1888:22, 1888:25, 1889:14, 1892:22, 1893:10, 1893:11, 1893:12, 1893:13, 1893:15, 1896:2, 1898:2, 1899:14, 1899:19, 1900:10, 1902:10, 1906:7, 1907:21, 1907:24, 1911:20, 1914:20, 1916:22, 1917:10, 1918:8, 1918:19, 1919:24, 1920:12, 1922:7, 1923:21, 1925:5, 1927:9, 1928:17, 1928:25, 1929:24, 1932:2, 1933:16, 1934:6, 1934:18, 1935:4, 1938:14, 1938:15, 1938:17, 1939:15, 1939:16, 1940:23, 1942:19, 1943:19, 1945:4, 1945:23, 1948:1, 1948:17, 1951:10, 1951:19, 1951:20, 1951:24, 1952:1,

1952:13, 1953:2, 1953:10, 1953:25, 1955:20, 1956:10, 1957:2, 1958:20, 1958:21, 1958:23, 1960:20, 1961:1, 1962:15, 1965:13, 1966:19, 1967:14, 1969:20, 1971:20, 1972:1, 1972:9, 1973:11, 1975:14, 1975:17, 1976:9, 1979:2

**WITHDRAW** [1] - 1971:17

**WITHIN** [6] - 1950:23, 1956:25, 1959:2, 1974:23, 1978:18, 1979:10

**WITHOUT** [3] - 1900:9, 1924:4, 1936:8

**WITHSTAND** [1] - 1907:19

**WITNESS** [63] - 1885:21, 1886:11, 1886:24, 1891:10, 1891:15, 1891:20, 1891:22, 1892:6, 1892:13, 1893:22, 1894:2, 1895:4, 1895:6, 1895:23, 1896:11, 1896:15, 1897:4, 1897:6, 1897:25, 1898:16, 1898:18, 1899:1, 1900:16, 1900:23, 1901:6, 1901:10, 1901:14, 1903:1, 1904:24, 1905:5, 1905:11, 1906:17, 1906:24, 1907:3, 1907:6, 1907:9, 1907:11, 1910:10, 1910:13, 1911:16, 1912:1, 1912:3, 1912:23, 1913:3, 1913:6, 1915:25, 1921:9, 1921:13, 1921:18, 1922:2, 1922:5, 1924:19, 1924:23, 1925:2, 1926:4, 1927:5, 1930:12, 1930:16, 1930:18, 1947:25, 1948:2, 1971:20, 1975:25

**WITTMANN** [1] - 1879:11

**WON'T** [1] - 1981:22

**HOURLY TRANSCRIPT**

WONDER [3] - 1882:20, 1904:12, 1904:14

WONDERING [4] - 1897:2, 1921:5, 1921:9, 1954:15

WOOD [1] - 1925:17

WOODCOCK [1] - 1880:6

WORD [7] - 1885:15, 1890:11, 1915:19, 1941:8, 1955:18, 1977:15, 1978:6

WORDS [7] - 1890:7, 1904:13, 1906:15, 1926:21, 1949:19, 1951:4, 1973:21

WORK [11] - 1888:22, 1905:12, 1916:25, 1918:13, 1932:7, 1959:21, 1973:2, 1974:22, 1978:23, 1979:13, 1980:19

WORKED [1] - 1960:14

WORKING [11] - 1935:14, 1935:18, 1935:20, 1958:18, 1958:19, 1958:24, 1960:11, 1960:16, 1960:20, 1974:10

WORKS [1] - 1952:12

WORLD [7] - 1942:23, 1943:10, 1954:25, 1955:21, 1967:2, 1968:6, 1969:20

WORST [1] - 1929:1

WOULD [96] - 1883:22, 1883:23, 1883:24, 1884:5, 1884:7, 1884:10, 1885:3, 1885:14, 1886:20, 1887:3, 1887:4, 1887:11, 1889:16, 1889:17, 1890:5, 1891:18, 1892:4, 1892:11, 1893:1, 1895:13, 1895:17, 1895:19, 1896:3, 1896:4, 1896:5, 1896:10, 1897:2, 1897:4, 1897:9, 1897:11, 1897:15, 1903:3, 1903:8, 1903:13, 1903:14, 1903:19, 1904:13, 1904:15, 1905:8, 1908:22, 1909:2, 1909:4, 1909:15, 1910:18,

1911:7, 1911:15, 1911:21, 1912:4, 1912:10, 1912:21, 1913:3, 1915:12, 1917:8, 1917:14, 1921:20, 1921:21, 1923:13, 1924:15, 1926:21, 1927:10, 1930:21, 1932:23, 1934:3, 1934:7, 1934:8, 1936:6, 1937:3, 1937:4, 1937:5, 1937:6, 1945:20, 1945:21, 1947:19, 1947:23, 1947:25, 1948:4, 1951:21, 1952:1, 1958:4, 1964:4, 1966:14, 1967:11, 1970:3, 1973:11, 1975:12, 1975:13, 1975:14, 1976:1, 1977:25, 1978:20, 1979:25, 1980:12, 1981:9

WOULDN'T [3] - 1922:16, 1928:13, 1977:7

WOUND [1] - 1906:1

WRIGHT [1] - 1878:7

WRITE [1] - 1966:24

WRITES [1] - 1964:8

WRONG [6] - 1904:10, 1934:6, 1940:10, 1961:19, 1963:25, 1978:1

WROTE [16] - 1954:10, 1954:22, 1955:13, 1956:2, 1956:11, 1959:24, 1960:1, 1960:22, 1961:6, 1961:21, 1963:8, 1963:10, 1963:16, 1966:20, 1966:25, 1968:12

## Y

YEAH [1] - 1973:4

YEAR [4] - 1949:4, 1951:7, 1959:23, 1969:4

YEARS [6] - 1898:11, 1915:20, 1932:15, 1938:25, 1960:18, 1960:19

YES [89] - 1882:10, 1882:22, 1893:22, 1895:4, 1898:16, 1901:6, 1901:10,

1903:1, 1906:24, 1907:9, 1909:13, 1912:1, 1921:12, 1924:25, 1925:20, 1927:3, 1927:19, 1930:12, 1930:16, 1933:2, 1936:22, 1948:15, 1948:25, 1949:5, 1949:20, 1950:11, 1950:23, 1951:8, 1951:12, 1951:17, 1951:22, 1952:10, 1952:21, 1953:21, 1954:2, 1954:6, 1954:12, 1955:11, 1956:15, 1957:5, 1957:9, 1957:23, 1958:3, 1958:22, 1959:11, 1959:17, 1960:4, 1961:7, 1962:4, 1962:12, 1962:17, 1963:9, 1963:12, 1963:17, 1963:21, 1964:11, 1964:13, 1964:22, 1965:6, 1965:15, 1965:22, 1966:1, 1966:9, 1966:23, 1968:8, 1968:9, 1969:13, 1970:22, 1971:2, 1971:4, 1971:6, 1971:16, 1972:22, 1973:12, 1973:23, 1975:5, 1975:12, 1975:16, 1975:20, 1976:13, 1977:3, 1977:12, 1978:10, 1978:13, 1979:4, 1980:21, 1981:13

YIELD [2] - 1895:21, 1897:23

YIELDS [2] - 1895:22, 1895:23

YOU [320] - 1882:8, 1882:13, 1882:16, 1882:17, 1882:20, 1882:23, 1882:24, 1883:12, 1885:15, 1886:10, 1888:7, 1891:7, 1891:13, 1892:20, 1893:15, 1894:1, 1894:15, 1894:16, 1895:5, 1896:9, 1896:13, 1896:14, 1897:2, 1897:3, 1897:6, 1898:2, 1898:3, 1898:25, 1899:25, 1900:12, 1904:1, 1904:3, 1904:5,

1904:20, 1904:23, 1905:8, 1907:2, 1910:12, 1911:14, 1912:19, 1913:2, 1913:5, 1915:22, 1915:25, 1920:1, 1920:9, 1920:24, 1921:7, 1922:18, 1922:25, 1923:16, 1924:15, 1924:25, 1925:11, 1925:15, 1925:18, 1925:25, 1926:3, 1926:5, 1926:18, 1926:19, 1926:20, 1926:25, 1927:4, 1927:21, 1928:19, 1928:20, 1931:1, 1933:9, 1935:15, 1939:21, 1939:24, 1940:17, 1940:18, 1940:19, 1940:21, 1940:22, 1940:23, 1941:6, 1941:15, 1943:23, 1947:8, 1947:18, 1948:6, 1948:8, 1948:9, 1948:12, 1948:13, 1948:17, 1948:23, 1948:24, 1949:2, 1949:10, 1949:15, 1949:21, 1949:24, 1950:4, 1950:8, 1950:12, 1950:13, 1950:16, 1950:20, 1950:22, 1951:1, 1951:2, 1951:3, 1951:4, 1951:6, 1951:7, 1951:9, 1951:13, 1951:16, 1951:18, 1951:23, 1951:25, 1952:4, 1952:9, 1952:13, 1952:17, 1953:9, 1954:1, 1954:5, 1954:10, 1954:11, 1954:13, 1954:17, 1954:18, 1954:21, 1954:22, 1955:6, 1955:8, 1955:12, 1955:13, 1955:18, 1955:19, 1956:2, 1956:14, 1956:16, 1956:20, 1956:21, 1956:23, 1957:3, 1957:18, 1957:19, 1957:24, 1958:4, 1958:10, 1958:17, 1958:21, 1958:23, 1958:24, 1958:25, 1959:3, 1959:5, 1959:9,

1959:20, 1959:24, 1960:3, 1960:5, 1960:6, 1960:9, 1960:13, 1960:17, 1960:22, 1961:4, 1961:6, 1961:13, 1961:15, 1961:17, 1961:21, 1961:22, 1962:10, 1962:13, 1962:14, 1962:15, 1963:1, 1963:5, 1963:8, 1963:10, 1963:16, 1963:18, 1963:19, 1963:20, 1964:5, 1964:8, 1964:9, 1964:12, 1964:14, 1964:19, 1964:20, 1964:23, 1965:4, 1965:7, 1965:12, 1965:24, 1966:2, 1966:7, 1966:14, 1966:18, 1966:19, 1966:20, 1966:22, 1966:24, 1966:25, 1967:3, 1967:16, 1968:5, 1968:6, 1968:7, 1968:12, 1969:5, 1969:12, 1969:13, 1969:23, 1969:25, 1970:3, 1970:16, 1970:23, 1971:1, 1971:5, 1971:7, 1971:12, 1971:13, 1971:25, 1972:1, 1972:2, 1972:7, 1972:9, 1972:15, 1972:18, 1972:20, 1973:2, 1973:14, 1973:21, 1973:22, 1973:24, 1974:22, 1975:3, 1975:10, 1975:13, 1975:14, 1975:17, 1976:5, 1976:8, 1976:11, 1976:17, 1976:19, 1976:20, 1977:1, 1977:4, 1977:5, 1977:13, 1977:16, 1977:25, 1978:3, 1978:4, 1978:7, 1978:9, 1978:11, 1978:14, 1979:13, 1979:14, 1980:1, 1980:5, 1980:20, 1980:22, 1980:23, 1981:5, 1981:18, 1981:19, 1981:22, 1981:24, 1982:1, 1982:4, 1982:5

YOU'LL [4] - 1886:1,

1909:25, 1925:19, 1949:23

**YOU'RE** [17] - 1894:2, 1903:24, 1904:4, 1921:9, 1952:21, 1958:15, 1958:16, 1965:13, 1965:16, 1968:5, 1973:24, 1974:1, 1974:5, 1974:9, 1975:6, 1978:1, 1980:16

**YOU'VE** [7] - 1896:18, 1898:2, 1898:6, 1903:3, 1940:24, 1953:16, 1979:18

**YOUR** [107] - 1882:10, 1882:14, 1885:17, 1885:22, 1887:16, 1891:11, 1891:20, 1892:21, 1894:4, 1895:4, 1897:10, 1897:21, 1898:13, 1898:16, 1900:13, 1901:6, 1901:10, 1903:2, 1904:1, 1904:22, 1911:17, 1911:18, 1915:15, 1921:6, 1921:16, 1922:2, 1925:24, 1926:7, 1927:1, 1927:4, 1930:13, 1947:19, 1947:23, 1948:6, 1948:12, 1948:15, 1948:21, 1949:6, 1949:11, 1949:19, 1949:24, 1950:9, 1950:16, 1952:20, 1952:24, 1953:2, 1954:10, 1954:22, 1955:1, 1955:13, 1955:19, 1956:2, 1956:7, 1956:18, 1957:18, 1958:9, 1958:18, 1959:24, 1960:7, 1960:22, 1961:6, 1961:16, 1961:17, 1961:21, 1962:16, 1963:4, 1963:13, 1963:15, 1964:9, 1964:20, 1964:23, 1966:18, 1966:20, 1966:25, 1967:9, 1968:7, 1968:8, 1968:12, 1969:4, 1969:8, 1969:16, 1971:15, 1972:1, 1972:2, 1972:6, 1972:9, 1972:14, 1972:18, 1973:17, 1973:21, 1973:25,

1974:4, 1974:14, 1974:15, 1975:14, 1976:5, 1976:7, 1976:8, 1978:4, 1978:15, 1979:5, 1980:7, 1980:18

**YOURSELF** [1] - 1957:20

---

# Z

**ZERO** [2] - 1940:3, 1940:8

**ZITO** [1] - 1879:17

**ZONE** [6] - 1894:3, 1894:17, 1900:4, 1907:25, 1910:2, 1912:14

**ZONES** [2] - 1910:2, 1910:15