1            UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
2

3   ****************************************************************

4   IN RE:  KATRINA CANAL
    BREACHES CONSOLIDATED
5   LITIGATION

6                        CIVIL ACTION NO. 05-4182
                         SECTION "K"(2)
7                        NEW ORLEANS, LOUISIANA
                         TUESDAY, SEPTEMBER 25, 2012, 9:00 A.M.
8   PERTAINS TO: MRGO

9     ARMSTRONG NO. 10-CV-866

10  ****************************************************************

11               **DAY 10 MORNING SESSION**
              TRANSCRIPT OF TRIAL PROCEEDINGS
12    HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                UNITED STATES DISTRICT JUDGE
13

14  APPEARANCES:

15

    FOR THE PLAINTIFFS:          BRUNO & BRUNO
16                               BY:  JOSEPH M. BRUNO, ESQUIRE
                                 855 BARONNE STREET
17                               NEW ORLEANS LA  70113

18

19                               THE ANDRY LAW FIRM
                                 BY:  JONATHAN B. ANDRY, ESQUIRE
20                               610 BARONNE STREET
                                 NEW ORLEANS LA  70113
21

22                               BARON & BUDD
23                               BY:  THOMAS SIMS, ESQUIRE
                                 CARLA M. BURKE, ESQUIRE
24                               3102 OAK LAWN AVENUE
                                 SUITE 1100
25                               DALLAS TX  75219

                    **HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3
                              DEGRAVELLES PALMINTIER
4                             HOLTHAUS & FRUGE
                              BY:  MICHAEL PALMINTIER, ESQ.
5                             618 MAIN STREET
                              BATON ROUGE, LA 70801
6

7
                              LAW OFFICE OF ELWOOD STEVENS JR
8                             BY:  ELWOOD STEVENS JR, ESQUIRE
                              1205 VICTOR II BOULEVARD
9                             MORGAN CITY LA  70381

10

11                            THE DUDENHEFER LAW FIRM
                              BY: FRANK DUDENHEFER JR., ESQ.
12                            601 POYDRAS STREET, SUITE 2655
                              NEW ORLEANS LA  70130
13

14
                              FAYARD & HONEYCUTT
15                            BY:  CALVIN FAYARD, JR, ESQUIRE
                              519 FLORIDA AVENUE SOUTHWEST
16                            DENHAM SPRINGS LA  70726

17

18                            JOANEN LAW FIRM
                              BY:  SCOTT JOANEN, ESQUIRE
19                            4905 FRERET STREET, SUITE B
                              NEW ORLEANS LA  70115
20

21
                              LEVIN PAPANTONIO THOMAS
22                            MITCHELL ECHSNER & PROCTOR
                              BY:  MATT SCHULTZ, ESQUIRE
23                            316 S. BAYLEN STREET, SUITE 600
                              PENSACOLA FL  32502
24

25

                         **HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                                        THE TRIAL LAW FIRM
                                         BY:  ANDREW P. OWEN, ESQUIRE
4                                        800 WILSHIRE BOULEVARD
                                         SUITE 500
5                                        LOS ANGELES CA  90017

6

7                                        J. ROBERT WARREN, II, A PLC
                                         BY:  J. ROBERT WARREN, II, ESQ.
8                                        1718 SHORT STREET
                                         NEW ORLEANS LA  70118

9

10

11   FOR WASHINGTON GROUP
     INTERNATIONAL, INC.:               STONE PIGMAN WALTHER WITTMANN
12                                       BY:  WILLIAM D. TREEBY, ESQUIRE
                                              HEATHER LONIAN, ESQUIRE
13                                            JAMES C. GULOTTA, ESQUIRE
                                              MAGGIE BROUSSARD, ESQUIRE
14                                       546 CARONDELET STREET
                                         NEW ORLEANS LA  70130

15

16

                                         JONES DAY
17                                       BY:  ADRIAN WAGER-ZITO, ESQUIRE
                                              DEBRA CLAYMAN, ESQUIRE
18                                            CHRISTOPHER THATCH, ESQ.
                                              CHRISTOPHER FARRELL, ESQ.
19                                            JULIA CRONIN, ESQUIRE
                                              BRIAN KERWIN, ESQUIRE
20                                       51 LOUISIANA AVENUE, N.W.
                                         WASHINGTON DC  20001

21

22

23

24

25

**HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE UNITED STATES
     OF AMERICA:                      U.S. DEPARTMENT OF JUSTICE
4                                     BY:  ROBIN D. SMITH, ESQUIRE
                                           JAMES MCCONNON, JR., ESQ.
5                                          RUPERT MITSCH, ESQUIRE
                                           CONOR KELLS, ESQUIRE
6                                          JOHN A. WOODCOCK, ESQUIRE
                                      TORTS BRANCH, CIVIL DIVISION
7                                     BENJAMIN FRANKLIN STATION
                                      P.O. BOX 888
8                                     WASHINGTON D.C.  2004

9

10

11   OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RMR, CRR
                                  CERTIFIED REALTIME REPORTER
12                                500 POYDRAS STREET, ROOM B406
                                  NEW ORLEANS LA  70130
13                                (504) 589-7779

14   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
15

16

17

18

19

20

21

22

23

24

25

                              **HOURLY TRANSCRIPT**

1                              **I N D E X**

2

3       EXAMINATIONS                                    PAGE

4

5

6       **STEPHEN ROE**........................................ 2268

7       DIRECT EXAMINATION BY MS. WAGER-ZITO................ 2269

8       CROSS-EXAMINATION BY MR. DUDENHEFER................. 2312

9       **LEE GUILLORY**....................................... 2342

10      DIRECT EXAMINATION BY MR. MITSCH.................... 2343

11      LUNCHEON RECESS.................................... 2372

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    **P-R-O-C-E-E-D-I-N-G-S**

2              TUESDAY, SEPTEMBER 25, 2012

3            M O R N I N G    S E S S I O N

4              (COURT CALLED TO ORDER)

5

6

09:06AM   7          THE DEPUTY CLERK:  ALL RISE, PLEASE.  COURT IS IN

09:06AM   8   SESSION.  PLEASE BE SEATED.

09:06AM   9          THE COURT:  ALL RIGHT.  GOOD MORNING.

09:07AM  10          MS. WAGER-ZITO:  GOOD MORNING, YOUR HONOR.  THERE IS

09:07AM  11   NO PRELIMINARY.  WE'RE READY WITH OUR NEXT WITNESS.

09:07AM  12          THE COURT:  NO PRELIMINARY FROM ME, SO THANKFULLY

09:07AM  13   NONE FROM ANYONE ELSE.  LOVELY.

09:07AM  14               OH, I SPOKE TOO SOON.

09:07AM  15          MR. DUDENHEFER:  IT'S VERY SHORT.  INVOKE THE RULE OF

09:07AM  16   SEQUESTRATION OF ANY LAY WITNESSES WHO MAY BE IN COURT THIS

09:07AM  17   MORNING, YOUR HONOR.

09:07AM  18          THE COURT:  ABSOLUTELY.  WE'VE ALREADY GIVEN THE

09:07AM  19   SEQUESTRATION ORDER, I THINK, THE SECOND DAY OF TRIAL.

09:07AM  20          MR. DUDENHEFER:  WE WAIVED IT YESTERDAY TO

09:07AM  21   ACCOMMODATE ONE WITNESS, BUT I DID NOT WANT TO DO THAT TODAY.

09:07AM  22          THE COURT:  OKAY.  ARE THERE ANY LAY WITNESSES IN

09:07AM  23   TRIAL?

09:07AM  24          MS. WAGER-ZITO:  ONLY THE ONE THAT'S ABOUT TO STEP

09:07AM  25   FORWARD, YOUR HONOR.

                         **HOURLY TRANSCRIPT**

09:07AM 1          THE COURT:  OKAY.  OBVIOUSLY, ANY WITNESS WHO IS TO

09:07AM 2    COME BEFORE THE COURT WHO IS NOT AN EXPERT WITNESS IS SUBJECT

09:07AM 3    TO THE RULE OF SEQUESTRATION AND MAY NOT BE IN THE COURTROOM

09:07AM 4    WHILE TESTIMONY IS ONGOING AND MAY NOT DISCUSS THE TESTIMONY

09:07AM 5    WITH ANYONE ELSE IN HERE.

09:07AM 6          OKAY.  WELL, IN THAT EVENT, WE HAVE CLEARED THE

09:08AM 7    DECK AND NO ONE ELSE IS IN HERE BUT THE WITNESS WHO IS COMING

09:08AM 8    UP.

09:08AM 9          MR. DUDENHEFER:  THANK YOU, YOUR HONOR.

09:08AM 10          MS. WAGER-ZITO:  THE DEFENDANTS CALL STEPHEN ROE,

09:08AM 11   YOUR HONOR.

12          THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT

13   HAND.

14          DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY WHICH

15   YOU ARE ABOUT TO GIVE WILL BE THE TRUTH, THE WHOLE TRUTH AND

16   NOTHING BUT THE TRUTH, SO HELP YOU GOD?

17          THE WITNESS:  I DO.

18                         **STEPHEN ROE,**

19    WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY

09:08AM 20    THE CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS FOLLOWS:

09:08AM 21          THE DEPUTY CLERK:  PLEASE BE SEATED.  WOULD YOU STATE

09:08AM 22   YOUR NAME AND SPELL IT FOR THE RECORD.

09:08AM 23          THE WITNESS:  STEPHEN ROE, S-T-E-P-H-E-N R-O-E.

09:08AM 24          MS. WAGER-ZITO:  YOUR HONOR, MR. ROE IS THE FORMER

09:08AM 25   PROGRAM MANAGER OF THE TULSA TERC, T-E-R-C, WITH

**HOURLY TRANSCRIPT**

09:09AM 1    RESPONSIBILITIES FOR NEGOTIATING AND IMPLEMENTING TASK

09:09AM 2    ORDER 26.

09:09AM 3              THE COURT:  THANK YOU.

09:09AM 4                        DIRECT EXAMINATION

09:08AM 5    BY MS. WAGER-ZITO:

09:08AM 6    Q.   MR. ROE, WHO IS YOUR EMPLOYER?

09:09AM 7    A.   URS CORPORATION.

09:09AM 8    Q.   AND HOW LONG HAVE YOU BEEN EMPLOYED BY URS CORPORATION?

09:09AM 9    A.   SINCE 1989.  ACTUALLY, WHEN I WAS HIRED ON, IT WAS

09:09AM 10   MORRISON KNUDSEN.  IN THE YEAR 2000, WE ACQUIRED RAYTHEON

09:09AM 11   ENGINEERS AND CONSTRUCTORS AND CHANGED OUR NAME TO

09:09AM 12   WASHINGTON GROUP INTERNATIONAL, OR WGI.  AND IN 2007, WE WERE

09:09AM 13   ACQUIRED BY URS CORPORATION, WHICH IS THE NAME WE GO BY NOW.

09:09AM 14   Q.   FOR SIMPLICITY'S SAKE, SINCE IT'S THE NAME WE HAVE BEEN

09:09AM 15   USING IN THIS TRIAL, I'LL REFER TO IT MOSTLY AS

09:09AM 16   WASHINGTON GROUP INTERNATIONAL, IS THAT OKAY?

09:09AM 17   A.   OKAY.

09:09AM 18   Q.   WHAT IS YOUR CURRENT TITLE?

09:09AM 19   A.   I'M DIRECTOR OF BUSINESS DEVELOPMENT.

09:09AM 20   Q.   AND IS THAT WITHIN ANY PARTICULAR BUSINESS UNIT OF THE

09:09AM 21   COMPANY?

09:09AM 22   A.   YES.  I'M IN THE INDUSTRIAL PROCESS BUSINESS UNIT.

09:10AM 23   Q.   AND WHAT IS THE FOCUS OF THE INDUSTRIAL PROCESS BUSINESS

09:10AM 24   UNIT?

09:10AM 25   A.   WE DO ENGINEERING AND CONSTRUCTION SERVICES FOR THE

**HOURLY TRANSCRIPT**

09:10AM 1    PRIVATE SECTOR; INDUSTRIAL MANUFACTURING, OIL, GAS AND

09:10AM 2    CHEMICALS.

09:10AM 3    Q.   AND HOW LONG HAVE YOU HELD THAT POSITION?

09:10AM 4    A.   ONLY FOUR MONTHS.

09:10AM 5    Q.   WHAT WAS YOUR POSITION IMMEDIATELY PRIOR TO THE BUSINESS

09:10AM 6    DEVELOPMENT POSITION?

09:10AM 7    A.   SENIOR PROJECT MANAGER.

09:10AM 8    Q.   WAS THAT FOR ANY PARTICULAR PROJECT?

09:10AM 9    A.   WELL, I WORKED -- I WAS A SENIOR PROJECT MANAGER FOR MANY

09:10AM 10   YEARS, WHICH WAS MY TITLE SINCE 1999, WHEN I WAS PROGRAM

09:10AM 11   MANAGER FOR THE TERC.  THAT WAS MY COMPANY TITLE.

09:10AM 12   Q.   COULD YOU DESCRIBE FOR THE COURT YOUR EXPERIENCE WORKING

09:10AM 13   ON GOVERNMENT CONTRACTS?

09:10AM 14   A.   YES.  SINCE ABOUT 1991 ON THROUGH ABOUT 2000 -- REALLY UP

09:10AM 15   UNTIL A FEW MONTHS AGO, NEARLY -- PROBABLY 90-PLUS PERCENT OF

09:11AM 16   MY EFFORT WAS ON GOVERNMENT CONTRACTS, MANAGING PROJECTS FOR

09:11AM 17   CORPS OF ENGINEERS, ENVIRONMENTAL PROTECTION AGENCY, DEPARTMENT

09:11AM 18   OF ENERGY, AND I GUESS THERE IS ONE OTHER, THE DEPARTMENT OF

09:11AM 19   THE ARMY, FOR CHEM DEMIL-TYPE STUFF.

09:11AM 20   Q.   CAN YOU DESCRIBE YOUR EDUCATIONAL BACKGROUND FOR THE

09:11AM 21   COURT.

09:11AM 22   A.   I HAVE A BACHELOR OF ENGINEERING SCIENCE FROM 1977, WITH

09:11AM 23   AN EMPHASIS IN ENVIRONMENTAL ENGINEERING, AND THEN IN 1982, I

09:11AM 24   RECEIVED MY PROFESSIONAL ENGINEERING LICENSE IN COLORADO.

09:11AM 25   Q.   ARE YOU A GEOTECHNICAL ENGINEER?

**HOURLY TRANSCRIPT**

09:11AM 1    A.   NO.

09:11AM 2    Q.   HAVE YOU EVER TAKEN ANY CLASSES IN GEOTECHNICAL

09:11AM 3    ENGINEERING?

09:11AM 4    A.   NO.

09:11AM 5    Q.   CAN YOU TELL US WHAT WAS YOUR ROLE AT THE COMPANY AT THE

09:11AM 6    COMMENCEMENT OF TASK ORDER 26, WHICH WAS IN 1999.

09:11AM 7    A.   I WAS THE PROGRAM MANAGER OF THE TULSA TERC CONTRACT FOR

09:12AM 8    WGI AT THAT TIME.

09:12AM 9    Q.   WE'LL OBVIOUSLY BE DISCUSSING THE TULSA TERC A BIT IN

09:12AM 10   DETAIL LATER, BUT CAN YOU BRIEFLY TELL THE COURT WHAT THE TULSA

09:12AM 11   TERC WAS?

09:12AM 12   A.   YES.   TERC STANDS FOR TOTAL ENVIRONMENTAL RESTORATION

09:12AM 13   CONTRACT, SO IT WAS A FULL-SERVICE HAZARDOUS WASTE REMEDIATION

09:12AM 14   CONTRACT FOR WHAT THEY CALLED HTRW SITES.   THAT'S HAZARDOUS,

09:12AM 15   TOXIC, RADIOACTIVE WASTE SITES.

09:12AM 16        AND SO OUR MISSION UNDER THE TERC WAS TO PROVIDE THE

09:12AM 17   GOVERNMENT WITH REMEDIATION SERVICES ON SITES WITHIN THE

09:12AM 18   SOUTHWEST DISTRICT IN THE CORPS.   IT WAS -- REALLY THE TERC

09:12AM 19   ENDED UP BEING A LONG-TERM CONTRACT.   IT LASTED OVER 10 YEARS.

09:12AM 20   AND IT WAS WHAT THEY CALL AN ID/IQ CONTRACT, WHICH IS

09:12AM 21   INDEFINITE DELIVERABLE/INDEFINITE QUANTITY.

09:12AM 22        AND WHAT THAT MEANS, YOU GET A CONTRACT AND IT'S SORT

09:13AM 23   OF AN UMBRELLA, GENERAL CONTRACT, AND WITHIN THAT, THEY ASSIGN

09:13AM 24   INDIVIDUAL DELIVERY ORDERS, OR LATER IN THE CONTRACT, THEY

09:13AM 25   CHANGE THE WORDING FROM DELIVERY ORDER TO TASK ORDER.   SO EACH

**HOURLY TRANSCRIPT**

09:13AM 1   TASK ORDER IS, IN ESSENCE, A PROJECT WITHIN THE TULSA TERC,

09:13AM 2   WHICH IS WHAT WE REFERRED TO AS THE PROGRAM.  SO ...

09:13AM 3   Q.   IS THERE A DIFFERENCE BETWEEN THE TERC CONTRACT AS YOU'VE

09:13AM 4   JUST DESCRIBED IT AND OTHER CONTRACTS THAT YOU'VE BEEN INVOLVED

09:13AM 5   IN THAT WASHINGTON GROUP HAS BEEN ON AND BEEN AWARDED?

09:13AM 6        MR. DUDENHEFER:  I'M GOING TO OBJECT, YOUR HONOR, TO

09:13AM 7   JUST TO THE RELEVANCE OF OTHER CONTRACTS AND HOW IT WOULD

09:13AM 8   RELATE TO THIS ISSUE.

09:13AM 9        MS. WAGER-ZITO:  YOUR HONOR, I THINK IT'S RELEVANT TO

09:13AM 10  HOW WASHINGTON GROUP OPERATED UNDER THE TERC VERSUS HOW IT

09:13AM 11  OPERATED UNDER OTHER CONTRACTS.  AND IT'S REALLY ONLY JUST THIS

09:13AM 12  ONE QUESTION, YOUR HONOR.

09:13AM 13       THE COURT:  I'M GOING TO OVERRULE YOUR OBJECTION,

09:13AM 14  MR. DUDENHEFER.

09:14AM 15       MR. DUDENHEFER:  I UNDERSTAND, YOUR HONOR.

09:14AM 16       THE WITNESS:  WELL, A LOT OF TIMES WE RECEIVE A

09:14AM 17  PROJECT JUST FOR ONE SITE, ONE SCOPE.  AND LIKE WE SAID, THE

09:14AM 18  TULSA TERC WAS KIND OF AN UMBRELLA CONTRACT WITH MULTIPLE

09:14AM 19  PROJECTS WITHIN THE CONTRACT.

09:14AM 20                        EXAMINATION

09:14AM 21  BY MS. WAGER-ZITO:

09:14AM 22  Q.   OKAY.  AND WAS THE TULSA TERC A COST-PLUS CONTRACT?

09:14AM 23  A.   YES.  THE -- REALLY, IT WAS VERY DIFFICULT TO DO, AND IT

09:14AM 24  STILL IS, TO DO ENVIRONMENTAL REMEDIATION ON A FIXED PRICE.  SO

09:14AM 25  GOVERNMENT CONTRACTS TYPICALLY WERE COST-PLUS OR COST

**HOURLY TRANSCRIPT**

09:14AM 1   REIMBURSABLE FOR HTRW, HAZARDOUS WASTE-TYPE WORK.

09:14AM 2   Q.   DOES THE FACT THAT THE TERC WAS A COST-PLUS CONTRACT

09:14AM 3   AFFECT THE LEVEL OF OVERSIGHT BY THE GOVERNMENT IN CARRYING OUT

09:14AM 4   THAT CONTRACT?

09:14AM 5         MR. DUDENHEFER:  I'M GOING TO OBJECT, YOUR HONOR.  I

09:14AM 6   DON'T UNDERSTAND HOW WE CAN START TALKING ABOUT THE THOUGHT

09:14AM 7   PROCESS OF THE GOVERNMENT AND HOW THIS CONTRACT AT COST-PLUS

09:15AM 8   MAY EFFECT THE WAY THAT THEY VIEW THIS AGREEMENT.  I DON'T

09:15AM 9   THINK THIS WITNESS IS COMPETENT TO TESTIFY TO THAT.

09:15AM 10        THE COURT:  OKAY, COUNSEL.

09:15AM 11        MS. WAGER-ZITO:  THIS WITNESS IS COMPETENT TO TESTIFY

09:15AM 12  AS TO HOW THE FACT THAT IT WAS A COST-PLUS CONTRACT AND THE

09:15AM 13  OVERSIGHT AFFECTED IT FROM THE PROSPECTIVE OF WASHINGTON GROUP.

09:15AM 14        THE COURT:  OKAY.  I'M NOT QUITE SURE YET HOW IT

09:15AM 15  RELATES TO THE PENULTIMATE ISSUES IN THE CASE, ONE OF THEM

09:15AM 16  BEING, I KNOW YOU'RE GETTING TO WHAT WAS THE DUTY OF, WE'LL

09:15AM 17  CALL THEM WGI, UNDER THE CONTRACT, AT LEAST BY THEIR

09:15AM 18  UNDERSTANDING OF THE CONTRACT AND THE SCOPE OF THE WORK,

09:15AM 19  ETCETERA.

09:15AM 20        OTHER THAN THAT, IT'S SIMPLY BACKGROUND

09:15AM 21  INFORMATION.  I'LL LET YOU PURSUE THAT FOR A PERIOD OF TIME.

09:15AM 22  YOU CAN OBJECT AGAIN IF IT GOES ON TOO LONG.

09:15AM 23        MR. DUDENHEFER:  UNDERSTOOD, YOUR HONOR.

09:15AM 24                    EXAMINATION

09:15AM 25  BY MS. WAGER-ZITO:

**HOURLY TRANSCRIPT**

09:15AM 1    Q.   DO YOU HAVE THE QUESTION IN MIND?

09:15AM 2    A.   SO MY ANSWER -- WELL, THIS TULSA TERC, BEING A COST

09:15AM 3    REIMBURSABLE CONTRACT, THE CORPS WAS VERY CONSCIENTIOUS IN

09:16AM 4    OVERSEEING WHAT WE WERE DOING, PARTICULARLY WHEN WE ARE IN THE

09:16AM 5    FIELD, SO THEY COULD MAKE SURE THAT THEIR DOLLARS WERE BEING

09:16AM 6    WISELY SPENT.  ALSO, TO MAKE SURE THAT THE QUALITY, THAT WE

09:16AM 7    WERE DOING THE WORK THAT THEY EXPECTED US TO DO.

09:16AM 8          MS. WAGER-ZITO:  I'M GOING TO -- YOUR HONOR, WITH

09:16AM 9    THIS WITNESS, THE DOCUMENTS, IT'S EASIER FOR HIM TO ACTUALLY BE

09:16AM 10   LOOKING AT THEM, AS OPPOSED TO ON THE SCREEN.  WE'RE STILL

09:16AM 11   GOING TO DISPLAY THEM FOR YOU AND FOR EVERYONE ELSE IN THE

09:16AM 12   COURTROOM, BUT, IF IT'S OKAY, I'D LIKE TO GIVE HIM A BINDER OF

09:16AM 13   THE EXHIBITS BECAUSE, AGAIN, IT'S THE CONTRACTS AND WORK

09:16AM 14   ORDERS.

09:16AM 15         THE COURT:  ALL RIGHT.  I THINK THAT'S --

09:16AM 16         MS. WAGER-ZITO:  WE HAVE ONE FOR THE PLAINTIFFS AS

09:16AM 17   WELL.

09:16AM 18         MAY I APPROACH, YOUR HONOR?

09:16AM 19         THE COURT:  YOU MAY.

09:17AM 20                         EXAMINATION

09:17AM 21   BY MS. WAGER-ZITO:

09:17AM 22   Q.   MR. ROE, I'M GOING TO ASK YOU IF YOU COULD LOOK AT

09:17AM 23   JX-0048, AND IF YOU COULD TELL US WHAT THIS IS?

09:17AM 24   A.   THIS IS THE TULSA TERC CONTRACT AT THE PROGRAM LEVEL, THE

09:17AM 25   UMBRELLA TULSA TERC CONTRACT.

**HOURLY TRANSCRIPT**

1          (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THERE

2    WAS AN OFF-THE-RECORD DISCUSSION CONCERNING THE COMPUTER

3    REFRESHING.)

4                          EXAMINATION

5    BY MS. WAGER-ZITO:

09:18AM  6    Q.   AGAIN, MR. ROE, CAN YOU TELL US WHAT THIS IS?  I'M SORRY.

09:18AM  7    WE GOT CAUGHT UP --

09:18AM  8    A.   IT'S THE BASIC TULSA TERC CONTRACT.

09:19AM  9    Q.   IF YOU COULD TURN TO JX-0048-0009, AND LOOK AT SECTION 2.1

09:19AM 10    ON THAT PAGE.  IS THE PURPOSE OF THE TULSA TERC LAID OUT IN

09:19AM 11    THIS SECTION 2.1?

09:19AM 12    A.   YES.

09:19AM 13    Q.   COULD YOU JUST READ THAT FOR THE RECORD, PLEASE?

09:19AM 14    A.   "THE EXPRESS PURPOSE OF THE TERC IS THE COMPLETE

09:19AM 15    REMEDIATION OF AN HTRW SITE.  IN ORDER TO ACCOMPLISH THIS,

09:19AM 16    THROUGH DELIVERY ORDERS" -- ACCOMPLISH THIS -- I'M SORRY --

09:19AM 17    Q.   ACTUALLY, THAT'S ENOUGH, MR. ROE.  CAN YOU TELL US WHAT

09:19AM 18    COMPLETE REMEDIATION MEANS?

09:19AM 19    A.   COMPLETE REMEDIATION BASICALLY MEANS THE FULL SUITE OF

09:19AM 20    REMEDIATION SERVICES, FROM THE INITIAL INVESTIGATION OF THE

09:19AM 21    SITE THROUGH CLEAN-UP AND CLOSURE OF THE SITE.

09:19AM 22    Q.   CAN YOU TELL US WHAT YOUR RESPONSIBILITIES WERE AS

09:19AM 23    PROGRAMMER MANAGER FOR THE TERC?

09:19AM 24    A.   WELL, THE PROGRAM MANAGER WAS THE POINT OF CONTACT WITH

09:20AM 25    THE TULSA CORPS CONTRACTING DIVISION.  I WAS THE GUY THAT THEY

**HOURLY TRANSCRIPT**

09:20AM 1    WOULD CALL FIRST IF THEY HAD A NEW DELIVERY ORDER.

09:20AM 2          I WAS INVOLVED.  I MAINTAINED A PROJECT MANAGEMENT

09:20AM 3    OFFICE IN DENVER OF SUPPORT PEOPLE WHO'D WORK ON ALL THE

09:20AM 4    DIFFERENT TASKS ORDERS.  THEN I WOULD FIGURE OUT HOW TO ASSIGN

09:20AM 5    STAFF TO APPROPRIATELY DO THE WORK, INCLUDING A PROJECT

09:20AM 6    MANAGER.

09:20AM 7          FOR EACH TASK ORDER, I ASSIGNED A PROJECT MANAGER WHO

09:20AM 8    WOULD RUN THAT TASK ORDER, BUT THEN WOULD REPORT TO ME AT THE

09:20AM 9    PROGRAM LEVEL.

09:20AM 10   Q.   HOW DID YOU BECOME THE PROGRAM MANAGER FOR THE TERC?

09:20AM 11   A.   IN ABOUT 1996, I BEGAN WORKING ON TASK ORDERS AS A PROJECT

09:20AM 12   MANAGER.  I HAD THREE OR FOUR DIFFERENT TASKS THAT I WAS

09:20AM 13   MANAGING.

09:20AM 14         AT THAT TIME, A LADY NAMED ANN VIGIL WAS THE PROGRAM

09:20AM 15   MANAGER.  IN MID-1997, SHE GOT A PROMOTION, AND LEFT DENVER TO

09:21AM 16   GO TO BOISE TO TAKE ON ANOTHER ROLE.  SO SHE NOMINATED ME TO

09:21AM 17   BECOME HER SUCCESSOR AS THE PROGRAM MANAGER, AND THE TULSA

09:21AM 18   CORPS ACCEPTED THAT.  SO I BECAME THE PROGRAM MANAGER PROBABLY

09:21AM 19   THE SUMMER OF 1997.

09:21AM 20   Q.   WHEN YOU BECAME THE PROGRAM MANAGER OF THE TERC, WHAT DID

09:21AM 21   YOU DO TO FAMILIARIZE YOURSELF WITH THE PROVISIONS OF THE TERC?

09:21AM 22   A.   A LOT OF READING.  I HAD TO GET FAMILIAR WITH THIS BASIC

09:21AM 23   CONTRACT AND SOME OF THE FAR CLAUSES AND THAT SORT OF THING.

09:21AM 24   Q.   YOU SAID YOU BECAME PROGRAM MANAGER IN 1997.  HOW LONG

09:21AM 25   WERE YOU THE PROGRAM MANAGER OF THE TULSA TERC?

**HOURLY TRANSCRIPT**

09:21AM 1   A.   ABOUT FOUR YEARS, UNTIL MAY -- OR NOT -- 2001 IS WHEN I

09:21AM 2   WAS -- LEFT THE CONTRACT.

09:21AM 3   Q.   SO FROM THE SUMMER OF 1997 TO MAY 2001?

09:21AM 4   A.   RIGHT.

09:22AM 5   Q.   DOES THAT MEAN YOU CEASED BEING PROGRAM MANAGER OF THE

09:22AM 6   TERC BEFORE TASK ORDER 26 WAS COMPLETED?

09:22AM 7   A.   YES.

09:22AM 8   Q.   THEN WHEN YOU LEFT THAT POSITION, WHO BECAME THE TULSA

09:22AM 9   TERC PROGRAM MANAGER?

09:22AM 10  A.   A GUY NAMED JOE SENSEBE.

09:22AM 11  Q.   CAN YOU TELL US APPROXIMATELY HOW MANY ENVIRONMENTAL

09:22AM 12  REMEDIATION PROJECTS YOU'VE WORKED AT IN YOUR TENURE AT

09:22AM 13  WASHINGTON GROUP?

09:22AM 14  A.   PROBABLY ABOUT 15.

09:22AM 15  Q.   WERE ALL OF THOSE ON THE TULSA TERC, OR WERE THERE SOME

09:22AM 16  OTHERS?

09:22AM 17  A.   NO.  MOST OF THEM WERE ON THE TERC, PROBABLY ABOUT 10 OR

09:22AM 18  SO.

09:22AM 19  Q.   GOING BACK TO THE CONTRACT ITSELF, I WOULD LIKE TO GO

09:22AM 20  THROUGH SOME OF THE SPECIFIC PROVISIONS.

09:22AM 21       MS. WAGER-ZITO:  NOT ALL OF THEM, YOUR HONOR, WE

09:22AM 22  PROMISE.

09:22AM 23       THE COURT:  THAT'S GOOD.

09:22AM 24                        EXAMINATION

09:22AM 25  BY MS. WAGER-ZITO:

**HOURLY TRANSCRIPT**

09:22AM 1    Q.   SO LET'S START WITH SECTION ONE, WHICH IS AT JX-0048-0008.

09:23AM 2    CAN YOU READ THE FIRST TWO SENTENCES OF THAT PROVISION.

09:23AM 3    A.   "THIS TOTAL ENVIRONMENTAL RESTORATION CONTRACT IS FOR

09:23AM 4    REMEDIATION OF VARIOUS HAZARDOUS WASTE SITES.  THE CONTRACT HAS

09:23AM 5    THE ADVANTAGE OF PROVIDING THE GOVERNMENT WITH CONTINUITY OF

09:23AM 6    PERSONNEL AND INSTITUTIONAL KNOWLEDGE FOR DEVELOPING

09:23AM 7    STREAMLINED AND COST EFFECTIVE REMEDIATIONS THROUGH THE USE OF

09:23AM 8    A SINGLE CONTRACTOR FOR ALL PHASES OF A REMEDIATION PROJECT.

09:23AM 9    Q.   TO YOUR UNDERSTANDING, WHY WAS IT ADVANTAGEOUS FOR

09:23AM 10   WASHINGTON GROUP TO BE ABLE TO PROVIDE A CONTINUITY OF

09:23AM 11   PERSONNEL AND INSTITUTIONAL KNOWLEDGE ON REMEDIATION PROJECTS?

09:23AM 12   A.   WELL, REALLY, TWO THINGS.  ONE IS WE HAD CONTINUITY OF

09:23AM 13   PERSONNEL IN THE PROGRAM OFFICE, WHERE A LOT OF THE PEOPLE THAT

09:23AM 14   WE HAD ON THE CONTRACT WERE MULTIPLE TASK ORDERS.  WHENEVER WE

09:23AM 15   GOT A NEW TASK ORDER, WE WOULD ALWAYS USE WORK PRODUCTS FROM

09:23AM 16   PREVIOUS TASK ORDERS TO EFFICIENTLY DEVELOP NEW ONES.

09:24AM 17        BUT, ALSO, YOU KNOW, WHERE THEY TALK ABOUT THE

09:24AM 18   CONTINUITY, YOU KNOW, THROUGH THE VARIOUS PHASES, WHAT THEY ARE

09:24AM 19   LOOKING FOR IS ONE CONTRACTOR TO DO THE FULL SUITE OF SERVICES,

09:24AM 20   FROM INVESTIGATION ALL THE WAY THROUGH CLOSURE, RATHER THAN

09:24AM 21   BREAKING IT UP, YOU KNOW, ONE CONTRACTOR DOES THE

09:24AM 22   INVESTIGATION, ANOTHER DOES ENGINEERING, ANOTHER DOES

09:24AM 23   CONSTRUCTION.

09:24AM 24   Q.   IF WE COULD GO ABOUT HALFWAY THROUGH, AGAIN, STILL IN

09:24AM 25   SECTION ONE, AND STILL ON JX-0048-0008, CAN YOU READ THE

**HOURLY TRANSCRIPT**

09:24AM 1   SENTENCE THAT STARTS, "THIS CONTRACT REQUIRES THE CONTRACTOR."

09:24AM 2   A.   "THIS CONTRACT REQUIRES THE CONTRACTOR TO FURNISH AND

09:24AM 3   TRANSPORT ALL PLANT, LABOR, MATERIALS AND EQUIPMENT AND TO

09:24AM 4   PERFORM ALL WORK NECESSARY TO COMPLETE MULTIPLE DELIVERY ORDERS

09:24AM 5   SIMULTANEOUSLY AT THE CONFIRMED OR SUSPECTED HAZARDOUS AND

09:24AM 6   RADIOACTIVE WASTE SITES."

09:25AM 7   Q.   WHAT WAS YOUR UNDERSTANDING OF WHAT THIS PROVISION

09:25AM 8   REQUIRES WASHINGTON GROUP TO PROVIDE?

09:25AM 9   A.   JUST THAT WE --

09:25AM 10       MR. DUDENHEFER:  YOUR HONOR, I'M GOING TO OBJECT TO

09:25AM 11  THE INTERPRETATION OF ANY OF THE CONTRACT LANGUAGE BY THIS

09:25AM 12  PARTICULAR WITNESS.

09:25AM 13       I THINK YOU'RE GETTING INTO DOCUMENTS THAT HAVE

09:25AM 14  VERY SPECIFIC WORDS.  THEY HAVE SIGNED PROVISIONS THAT SAY THEY

09:25AM 15  CAN'T BE AMENDED.  TO START TALKING ABOUT YOUR UNDERSTANDING OF

09:25AM 16  WHAT THIS LANGUAGE MEANS I THINK IS AN OBJECTIONABLE QUESTION.

09:25AM 17       THE COURT:  COUNSEL, ARE WE GETTING INTO INTERPRETING

09:25AM 18  THE CONTRACT HERE, OR TELL ME WHAT THE --

09:25AM 19       MS. WAGER-ZITO:  WHAT WE'RE GETTING INTO, YOUR HONOR,

09:25AM 20  IS NOT INTERPRETING THE CONTRACT.  THAT'S OBVIOUSLY AN ISSUE

09:25AM 21  THAT YOU'LL BE DECIDING.

09:25AM 22       IT'S WHAT HIS UNDERSTANDING WAS, AS THE PROGRAM

09:25AM 23  MANAGER OF THE TERC, AS TO WHAT WASHINGTON GROUP WAS PROVIDING

09:25AM 24  AND WHAT WAS -- WHAT THEY WERE REQUIRED TO PROVIDE TO THE

09:25AM 25  CORPS.

**HOURLY TRANSCRIPT**

09:25AM 1          THE COURT:  I'M GOING TO LET HIM TESTIFY TO WHAT HIS

09:25AM 2  UNDERSTANDING WAS, WITH THE ULTIMATE UNDERSTANDING THAT THE

09:25AM 3  CONTRACT WILL CONTROL.

09:25AM 4          MR. DUDENHEFER:  UNDERSTOOD, YOUR HONOR.  THANK YOU.

09:25AM 5          THE WITNESS:  WELL, LIKE IT SAYS, WE HAVE TO BE IN A

09:25AM 6  POSITION TO WORK ON MULTIPLE DELIVERY ORDERS SIMULTANEOUSLY AND

09:26AM 7  TO BRING THE RESOURCES NECESSARY FOR EACH INDIVIDUAL DELIVERY

09:26AM 8  ORDER.

09:26AM 9                          EXAMINATION

09:26AM 10 BY MS. WAGER-ZITO:

09:26AM 11 Q.   GOING DOWN JUST A LITTLE BIT FURTHER IN THIS PROVISION,

09:26AM 12 AGAIN, STILL IN SECTION ONE AND STILL ON JX-0048-0008, CAN YOU

09:26AM 13 READ THE SENTENCE STARTING WITH, "THE U.S. ARMY CORPS OF

09:26AM 14 ENGINEERS."

09:26AM 15 A.   "THE U.S. ARMY CORPS OF ENGINEERS WILL PREPARE THE

09:26AM 16 STATEMENT OF WORK FOR EACH DELIVERY ORDER."

09:26AM 17 Q.   GENERALLY, CAN YOU JUST TELL US, WHAT IS A STATEMENT OF

09:26AM 18 WORK AS REFERRED TO IN THAT PROVISION?

09:26AM 19 A.   THE STATEMENT OF WORK IS THE DESCRIPTION BY THE CORPS TO

09:26AM 20 WGI OF WHAT WAS EXPECTED TO BE DONE ON THAT PARTICULAR PROJECT.

09:26AM 21 IT WOULD TELL US, YOU KNOW, A LITTLE BIT ABOUT THE SITE, WHAT

09:26AM 22 THE GOAL WAS THAT THEY WANTED TO ACCOMPLISH, AND THEN A

09:27AM 23 DESCRIPTION OF THE ACTIVITIES SCHEDULED, THOSE SORTS OF THINGS.

09:27AM 24 Q.   IS THE STATEMENT OF WORK THE BEGINNING OF WHAT WOULD

09:27AM 25 ULTIMATELY BECOME EITHER A DELIVERY ORDER OR A TASK ORDER?

**HOURLY TRANSCRIPT**

09:27AM 1    A.   YES.

09:27AM 2    Q.   WE'LL GET BACK TO THIS LATER, BUT IS THIS THE PROCESS THAT

09:27AM 3    WAS FOLLOWED ON TASK ORDER 26?

09:27AM 4    A.   YES.

09:27AM 5    Q.   IF WE COULD TURN TO THE NEXT PAGE, JX-0048-0009, CAN YOU

09:27AM 6    READ THE FIRST FULL SENTENCE ON THAT PAGE STARTING WITH, "THIS

09:27AM 7    CONTRACTOR SHALL PROVIDE."

09:27AM 8    A.   "THE CONTRACTOR SHALL PROVIDE ALL SUPPORT ACTIVITIES

09:27AM 9    DESCRIBED HEREIN OR IN INDIVIDUAL DELIVERY ORDERS NECESSARY TO

09:27AM 10   ENSURE THE SAFE AND EFFECTIVE ACCOMPLISHMENT OF PROJECT

09:27AM 11   CRITERIA WITHIN SPECIFIED COMPLETION TIMES."

09:27AM 12   Q.   LOOKING AT THAT PROVISION, HOW DID WASHINGTON GROUP KNOW

09:27AM 13   WHAT SUPPORT ACTIVITIES THE CORPS NEEDED FOR THEM TO PROVIDE?

09:28AM 14   A.   WELL, THEY WOULD EITHER STATE WHAT NEEDED TO BE PROVIDED

09:28AM 15   IN THE STATEMENT OF WORK, OR THEY'D PROVIDE THE OBJECTIVES, AND

09:28AM 16   WE HAD THE EXPERIENCE AND JUDGMENT TO KNOW WHAT ACTIVITIES OR

09:28AM 17   RESOURCES WE NEEDED TO BRING TO MEET THOSE OBJECTIVES.

09:28AM 18   Q.   NOW, IF YOU CAN TURN TO SECTION 2.2, WHICH IS ON

09:28AM 19   JX-0048-0010, CAN YOU READ THE FIRST TWO SENTENCES IN

09:28AM 20   SECTION 2.2 THAT'S HEADED -- THE SECTION HEADED, "REMEDIAL

09:28AM 21   ACTION."

09:28AM 22   A.   "REQUIREMENTS RELATED TO REMEDIAL ACTION WILL BE DESCRIBED

09:28AM 23   IN INDIVIDUAL DELIVERY ORDERS.  THE CONTRACTOR SHALL PERFORM

09:28AM 24   ALL NECESSARY ACTIONS TO ADDRESS SPECIFIC REQUIREMENTS OF THE

09:28AM 25   DELIVERY ORDER."

**HOURLY TRANSCRIPT**

09:28AM 1    Q.   DOES THIS SPELL OUT THE RELATIONSHIP BETWEEN THE TASK AND

09:28AM 2    TASK ORDERS IN GENERAL, AND THEN ALSO TASK ORDER 26 IN

09:28AM 3    PARTICULAR?

09:28AM 4    A.   YES.

09:28AM 5    Q.   WHAT'S YOUR UNDERSTANDING OF THE RELATIONSHIP BETWEEN THE

09:29AM 6    TERC ITSELF AND THE TASK ORDERS AND -- AND THE TASK ORDERS?

09:29AM 7    A.   WELL, AGAIN, THE TERC IS THE OVERARCHING UMBRELLA PROGRAM

09:29AM 8    TO -- AND WITHIN THAT, WE DID MULTIPLE TASK ORDERS, EACH HAVING

09:29AM 9    THEIR OWN STATEMENT OF WORK AND DIFFERENT SITES, DIFFERENT

09:29AM 10   CONDITIONS, DIFFERENT REMEDIAL ACTIONS TO BE DONE.

09:29AM 11   Q.   AND IF YOU LOOK FURTHER DOWN ON THE PAGE, THE

09:29AM 12   SECTION 2.2.1, AND IT'S LABELED TYPES OF REMEDIAL ACTION.

09:29AM 13   THAT'S ALSO ON JX-0048-0010.  CAN YOU EXPLAIN WHAT'S LISTED

09:29AM 14   THERE UNDER REMEDIAL ACTIVITIES?

09:29AM 15   A.   YEAH.  IT SAYS HERE, "A WIDE VARIETY OF POTENTIAL REMEDIAL

09:29AM 16   ACTIVITIES COULD BE EXPECTED IN THIS CONTRACT."

09:29AM 17        SO THIS WAS THE WORDING THAT WAS PUT INTO THE

09:30AM 18   STATEMENT OF WORK BEFORE WE EVEN COMPETED TO GET THE TULSA

09:30AM 19   TERC, WHICH WAS WAY BACK IN 1994.

09:30AM 20        SO THESE -- THIS IS A LISTING OF THE VARIOUS

09:30AM 21   TECHNOLOGIES THAT THEY EXPECTED A TERC CONTRACTOR TO BE ABLE TO

09:30AM 22   DEPLOY FOR VARIOUS HAZARDOUS WASTE SITES.

09:30AM 23   Q.   WAS WASHINGTON GROUP REQUIRED TO PERFORM ALL OF THESE

09:30AM 24   TYPES OF REMEDIAL ACTIVITIES ON EVERY REMEDIATION PROJECT UNDER

09:30AM 25   THE TERC?

**HOURLY TRANSCRIPT**

09:30AM 1    A.   NO.  USUALLY, IT WOULD BE ONE OR TWO OR -- WELL, IN THE

09:30AM 2    CASE OF THE INNER HARBOR NAVIGATION, TASK 26, YOU COULD SEE WE

09:30AM 3    DID A FEW OF THESE.  WE DID EXCAVATION, WE DID DEMOLITION, WE

09:30AM 4    DID DEBRIS REMOVAL, WHICH ARE ON THE LIST; BUT, MOST OF THE

09:30AM 5    OTHER TECHNOLOGIES, WE DIDN'T HAVE ANYTHING TO DO WITH THIS

09:30AM 6    PROJECT.

09:30AM 7    Q.   IF WE COULD TURN TO JX-0048-0012, AND TAKE A LOOK AT

09:31AM 8    SECTION 2.4, WHICH IS LABELED, "REQUIREMENTS FOR

09:31AM 9    ARCHITECT-ENGINEERING TYPE SERVICES IN SUPPORT OF REMEDIAL

09:31AM 10   ACTION."  CAN YOU TELL US WHAT ARCHITECT-ENGINEERING SERVICES

09:31AM 11   INVOLVE IN CONNECTION WITH THE TERC?

09:31AM 12   A.   WELL, GENERALLY, A-E SERVICES IS TYPICALLY THE ENGINEERING

09:31AM 13   DESIGN SERVICES INVOLVED IN A DESIGN CONSTRUCTION-TYPE PROJECT.

09:31AM 14        IN THE CASE OF THE TERC, THEY WANTED THE CONTRACTOR

09:31AM 15   TO HAVE THE CAPABILITY TO DO ENGINEERING, AS WELL AS

09:31AM 16   INVESTIGATION AND CONSTRUCTION.

09:31AM 17        SO THIS STATEMENT BASICALLY JUST SAYS THAT WE NEED TO

09:31AM 18   BE ABLE TO PROVIDE A-E SERVICES IF NECESSARY ON A TASK ORDER.

09:32AM 19   Q.   DOES THIS PROVISION MEAN THAT WASHINGTON GROUP WAS

09:32AM 20   REQUIRED TO PROVIDE ARCHITECT-ENGINEERING SERVICES ON EVERY

09:32AM 21   TASK ORDER?

09:32AM 22   A.   NO.

09:32AM 23   Q.   DID TASK ORDER 26 REQUIRE ARCHITECT-ENGINEERING SERVICES?

09:32AM 24   A.   NO.

09:32AM 25   Q.   CAN YOU TELL US IN THE CONTEXT OF THE TERC WHEN

**HOURLY TRANSCRIPT**

09:32AM 1    ARCHITECTURE-ENGINEERING SERVICES MIGHT BE REQUIRED?

09:32AM 2    A.   WHEN WE NEED TO DESIGN A REMEDIATION SYSTEM THAT WE WOULD

09:32AM 3    CONSTRUCT LATER ON.

09:32AM 4         BECAUSE THIS CONTRACT WAS NOT AN A-E CONTRACT.   IT

09:32AM 5    WAS A FULL SUITE, MORE OF A TURNKEY, YOU KNOW, INVESTIGATE,

09:32AM 6    DESIGN, CONSTRUCT.

09:32AM 7         SO, FOR INSTANCE, IF WE WERE GOING TO BUILD A

09:32AM 8    GROUNDWATER PUMP AND TREAT SYSTEM, THEY WANTED US TO DO THE

09:32AM 9    DESIGN OF THAT, THEN THEY COULD USE -- ASK FOR A-E SERVICES.

09:32AM 10   Q.   THEN, IF WE CAN MOVE FORWARD TO JX-0048 TO JX-0015, AND

09:33AM 11   TAKE A LOOK AT SECTION 4.   COULD YOU READ THE FIRST THREE

09:33AM 12   SENTENCES OF THAT PARAGRAPH, MR. ROE.

09:33AM 13   A.   "THE CONTRACTOR SHALL DEMONSTRATE EXPERIENCE IN ALL

09:33AM 14   CATEGORIES, I.E., HTRW.   PERSONNEL ASSIGNED TO INDIVIDUAL

09:33AM 15   DELIVERY ORDERS SHALL HAVE THE REQUIRED QUALIFICATIONS

09:33AM 16   PERTAINING TO THE SPECIFIC CATEGORIES ANTICIPATED TO BE

09:33AM 17   ENCOUNTERED AT THE SITE.   THE REQUIREMENTS FOR ONSITE AND

09:33AM 18   OFFSITE PERSONNEL WILL DIFFER ON EACH PROJECT AND SHALL BE

09:33AM 19   SPECIFICALLY IDENTIFIED IN INDIVIDUAL DELIVERY ORDERS."

09:33AM 20   Q.   WHAT IS YOUR UNDERSTANDING OF WHAT THIS PROVISION REQUIRED

09:33AM 21   WASHINGTON GROUP TO DO FOR THE CORPS?

09:33AM 22   A.   JUST TO ASSIGN THE APPROPRIATE PEOPLE FOR THE NEEDS OF THE

09:33AM 23   DELIVERY ORDER.

09:33AM 24   Q.   THEN, IF WE CAN GO FURTHER INTO SECTION 4 OF THE TERC.

09:33AM 25   THIS NEXT SECTION SPANS SEVERAL PAGES.   IT'S JX-0048-0015 TO

**HOURLY TRANSCRIPT**

09:34AM 1   0020.

09:34AM 2         THIS LISTS SEVERAL DIFFERENT CATEGORIES OF PERSONNEL

09:34AM 3   WITH DIFFERENT QUALIFICATIONS.  WERE ALL THOSE ROLES THAT ARE

09:34AM 4   LISTED ON THESE VARIOUS PAGES REQUIRED ON EACH TASK ORDER?

09:34AM 5   A.   NO.  AGAIN, THIS WAS THE UMBRELLA CONTRACT.  THEY WANTED

09:34AM 6   US TO HAVE THESE TYPES OF SKILLS AVAILABLE TO US, BUT NOT

09:34AM 7   NECESSARILY NEEDED ON EVERY TASK ORDER.

09:34AM 8   Q.   IF YOU LOOK SPECIFICALLY AT JX-0048-0019, SECTION 4.10,

09:34AM 9   AND IT'S LABELED, "PROJECT GEOTECHNICAL ENGINEER."

09:34AM 10        WAS A PROJECT GEOTECHNICAL ENGINEER REQUIRED ON EVERY

09:34AM 11  TASK ORDER UNDER THE TERC?

09:34AM 12  A.   NO.

09:34AM 13  Q.   IN YOUR ROLE AS THE PROGRAM MANAGER, HOW DID YOU KNOW

09:34AM 14  WHICH ACTIVITIES AND WHICH PERSONNEL WASHINGTON GROUP WAS

09:35AM 15  TASKED TO PERFORM ON A SPECIFIC TASK ORDER OF THE TERC?

09:35AM 16  A.   WELL, THE STATEMENT OF WORK FROM THE CORPS TOLD US WHAT WE

09:35AM 17  WERE TASKED TO DO.  THEN, ALTHOUGH THE STATEMENT DIDN'T REALLY

09:35AM 18  TELL US EXACTLY WHAT SKILLS TO STAFF ON THE JOB, WE KNEW FROM

09:35AM 19  OUR EXPERIENCE WHAT SKILLS TO BRING TO ACCOMPLISH THE

09:35AM 20  ACTIVITIES AND OBJECTIVES THAT THEY REQUESTED IN THE STATEMENT

09:35AM 21  OF WORK.

09:35AM 22  Q.   WERE YOU ABLE TO GET THAT INFORMATION FROM THE TERC, OR

09:35AM 23  WAS IT FROM THE TASK ORDER?

09:35AM 24  A.   FROM THE TASK -- THE STATEMENT OF WORK OF THE TASK ORDER.

09:35AM 25  Q.   AS PROGRAM MANAGER OF THE TERC, WHAT WAS YOUR ROLE ON TASK

**HOURLY TRANSCRIPT**

09:35AM 1    ORDER 26?

09:35AM 2    A.   AGAIN, I WAS THE FIRST POINT OF CONTACT THAT THE CORPS

09:35AM 3    CALLED WHEN THEY DECIDED THAT THEY WANTED US TO TAKE A LOOK AT

09:35AM 4    THIS PROJECT.  I WAS -- PREPARED THE PROPOSAL FOR IT, I

09:35AM 5    ASSIGNED THE PROJECT MANAGER TO LEAD THE JOB, AND BASICALLY

09:36AM 6    NEGOTIATED THE TASK ORDER 26.

09:36AM 7    Q.   YOU MENTIONED THE PROJECT MANAGER.  WHO WAS THE PROJECT

09:36AM 8    MANAGER FOR TASK ORDER 26?

09:36AM 9    A.   DENNIS O'CONNOR.

09:36AM 10   Q.   WHERE WAS HE LOCATED?

09:36AM 11   A.   I'M NOT SURE WHERE HE WAS LOCATED.  HE WASN'T IN DENVER.

09:36AM 12   BUT WE GOT HIM, AND HE WAS INTERESTED IN TAKING THIS POSITION,

09:36AM 13   SO WE RELOCATED HIM TO NEW ORLEANS TO DO THIS WORK.

09:36AM 14   Q.   CAN YOU DESCRIBE FOR THE COURT WHAT THE PROJECT MANAGER'S

09:36AM 15   RESPONSIBILITIES WERE ON TASK ORDER 26?

09:36AM 16   A.   WELL, THE PROJECT MANAGER ACTUALLY WAS THE GUY DOING THE

09:36AM 17   DAILY MANAGEMENT OF THE PROJECT.  AGAIN, I WAS AT THE PROGRAM

09:36AM 18   LEVEL IN DENVER; SO, HE REPORTED TO ME, BUT I DIDN'T WORK ON

09:36AM 19   THIS PROJECT ON A DAY-IN-AND-DAY-OUT BASIS, DENNIS DID, AND HE

09:36AM 20   MANAGED IT.

09:36AM 21   Q.   CAN YOU TELL US HOW TASK ORDER 26 WAS INITIATED?

09:37AM 22   A.   THE CORPS OF ENGINEERS NOTIFIED ME.  THEY ASKED ME TO COME

09:37AM 23   DOWN AND TAKE A LOOK AT THE SITE.  THEY PROVIDED A REQUEST FOR

09:37AM 24   PROPOSAL, OR A RFP LETTER, AND ATTACHED TO THAT LETTER WAS THE

09:37AM 25   STATEMENT OF WORK.

**HOURLY TRANSCRIPT**

09:37AM  1                    IN RESPONSE TO THAT, WE PREPARED A PROPOSAL AND

09:37AM  2     SUBMITTED IT TO THEM TO DO THAT WORK.

09:37AM  3     Q.   YOU REFERENCED A SITE VISIT.  DID YOU PERSONALLY

09:37AM  4     PARTICIPATE IN THAT SITE VISIT?

09:37AM  5     A.   YES, I WAS ASKED TO COME DOWN.  I WAS THERE WITH -- I

09:37AM  6     BELIEVE IT WAS JOHN WEATHERLY FROM TULSA CORPS WHO WAS THE

09:37AM  7     CONTRACTING OFFICER, LEE GUILLORY FROM THE NEW ORLEANS

09:37AM  8     DISTRICT, MYSELF, AND PAUL LOWE, WHO WAS A LOCAL SUBCONTRACTOR

09:37AM  9     THAT WE INTENDED TO USE ON THIS PROJECT.

09:37AM 10     Q.   GENERALLY, WHAT WAS ACCOMPLISHED AT THAT SITE VISIT?

09:37AM 11     A.   IT WAS JUST AN INITIAL OVERVIEW SHOWING US THE SITE AND

09:38AM 12     EXPLAINING TO US WHAT THEY WERE AFTER AS FAR AS WHAT OUR

09:38AM 13     INVOLVEMENT WOULD BE ON THAT SITE.

09:38AM 14     Q.   MR. ROE, I'D LIKE YOU, IN THE BINDER OF DOCUMENTS, IF YOU

09:38AM 15     COULD LOOK AT DX-2701, AND THEN TURN TO 0003.

09:38AM 16     A.   OKAY.

09:38AM 17     Q.   CAN YOU TELL US WHAT IS THIS?

09:38AM 18     A.   YES, THIS IS THE RFP LETTER, REQUEST FOR PROPOSAL.

09:38AM 19               THE COURT:  WE LOST IT ON THE SCREEN, AS YOU CAN

09:38AM 20     OBVIOUSLY SEE.  OKAY.

09:38AM 21                              EXAMINATION

09:38AM 22     BY MS. WAGER-ZITO:

09:38AM 23     Q.   I'M SORRY, MR. ROE, THIS WAS THE RFP THAT YOU RECEIVED

09:38AM 24     FROM THE CORPS?

09:38AM 25     A.   YES.

                              **HOURLY TRANSCRIPT**

09:38AM 1    Q.    THEN, IF YOU COULD TURN THE PAGE TO DX-2701-0004, CAN YOU

09:38AM 2    TELL US WHAT THIS IS?

09:38AM 3    A.    YES.   IT'S THE STATEMENT OF WORK FOR WHAT THEY ASKED US TO

09:39AM 4    DO AS OUR FIRST PHASE ON THIS PROJECT.

09:39AM 5    Q.    IF YOU CAN LOOK AT THE SPECIFICS OF THIS STATEMENT OF

09:39AM 6    WORK, SPECIFICALLY PARAGRAPH 3 ON DX-2701-0004, IT SAYS,

09:39AM 7    "PROJECT REQUIREMENTS."  WHAT WERE THE PROJECT REQUIREMENTS THE

09:39AM 8    CORPS WAS LOOKING FOR IN CONNECTION WITH THIS STATEMENT OF

09:39AM 9    WORK?

09:39AM 10   A.    WELL, THEY WERE LOOKING FOR, AS IT SAYS HERE, "THE

09:39AM 11   TECHNICAL REVIEW OF SITE DOCUMENTS, ATTENDANCE AT SITE

09:39AM 12   MEETINGS, TRAVEL AS NECESSARY," AND THEN ASSOCIATED -- LET'S

09:39AM 13   SEE.  "IN ADDITION TO REVIEWING THE SITE DOCUMENTS, PREPARE A

09:39AM 14   COMPREHENSIVE REPORT RECOMMENDING THE SCOPE AND DURATION OF THE

09:39AM 15   REMEDIATION AND DEMOLITION THAT WILL BE REQUIRED, INCLUDING ANY

09:39AM 16   DATA GAPS."

09:39AM 17          SO THIS WAS TO GET FAMILIAR WITH THE SITE AND PUT

09:40AM 18   TOGETHER A COMPREHENSIVE REPORT ON WHAT NEEDED TO BE DONE TO

09:40AM 19   REMEDIATE THE SITE.

09:40AM 20   Q.    BUT THIS STATEMENT OF WORK DIDN'T PROVIDE FOR THE ACTUAL

09:40AM 21   REMEDIATION OF THE SITE, CORRECT?

09:40AM 22   A.    NO.

09:40AM 23   Q.    IF YOU LOOK AT THE FIRST SENTENCE OF THIS PARAGRAPH 3, IT

09:40AM 24   STATES, "THE CONTRACTOR SHALL FURNISH ALL ENGINEERING SERVICES,

09:40AM 25   MATERIALS, SUPPLIES," AND IT GOES ON.

**HOURLY TRANSCRIPT**

09:40AM  1          AS THE PROGRAM MANAGER FOR THE TERC, DID YOU

09:40AM  2     UNDERSTAND THIS STATEMENT TO MEAN THE CORPS WAS REQUESTING

09:40AM  3     WASHINGTON GROUP TO PROVIDE A LICENSED GEOTECHNICAL ENGINEER IN

09:40AM  4     CONNECTION WITH ITS WORK ON TASK ORDER 26?

09:40AM  5          MR. DUDENHEFER:  YOUR HONOR, I'M GOING TO OBJECT.

09:40AM  6     REQUIRING THIS WITNESS TO SPECULATE WHAT'S IN THE MIND OF THE

09:40AM  7     CORPS OF ENGINEERS IS WAY BEYOND THE ONE QUESTION COUNSEL ASKED

09:40AM  8     TO BE PERMITTED BEFORE.

09:40AM  9          THE COURT:  I UNDERSTAND YOUR OBJECTION.  YOU'RE

09:40AM 10     GOING TO BE ABLE TO CROSS-EXAMINE HIM ON HIS UNDERSTANDING.

09:41AM 11          OBVIOUSLY, WHATEVER HIS UNDERSTANDING IS, IF

09:41AM 12     IT'S CONTRARY TO WHAT I CONSIDER THE TERMS OF THE CONTRACT

09:41AM 13     AFTER BRIEFING, AND IT BECOMES RELEVANT TO THE DECISION, THAT'S

09:41AM 14     WHAT'S GOING TO TRUMP.  HE CAN SAY WHAT HIS UNDERSTANDING IS,

09:41AM 15     EVEN IF IT'S WRONG.

09:41AM 16          MR. DUDENHEFER:  UNDERSTOOD.  THANK YOU, YOUR HONOR.

09:41AM 17          THE WITNESS:  WELL, I UNDERSTOOD THIS TO BE WE NEEDED

09:41AM 18     TO PROVIDE WHAT WAS NECESSARY.  IT SAYS, "AS REQUIRED," UP

09:41AM 19     THERE IN THAT FIRST SENTENCE, "IN CONNECTION WITH," AND THEN

09:41AM 20     THEY LIST THE ACTIVITIES WE'RE SUPPOSED TO DO.

09:41AM 21          NO, I DIDN'T THINK -- YOU KNOW, I WAS THE GUY

09:41AM 22     THAT PUT THE PROPOSAL TOGETHER; AND, NO, I DIDN'T THINK THAT A

09:41AM 23     GEOTECHNICAL ENGINEER WAS BEING ASKED FOR OR WAS NECESSARY TO

09:41AM 24     PERFORM THESE FUNCTIONS.

09:41AM 25                         EXAMINATION

                         **HOURLY TRANSCRIPT**

09:41AM 1    BY MS. WAGER-ZITO:

09:41AM 2    Q.   IF WE CAN LOOK AT PARAGRAPH 6 OF THE JUNE 2, 1999,

09:41AM 3    STATEMENT OF WORK.  THAT'S AT DX-2701-0005 TO 0006.  THAT'S

09:42AM 4    ENTITLED, "GOVERNMENT FURNISHED INFORMATION."  CAN YOU TELL US

09:42AM 5    WHAT GOVERNMENT FURNISHED INFORMATION IS?

09:42AM 6    A.   YEAH, IT'S, IN THIS CASE, A LIST OF ALL THE REPORTS THAT

09:42AM 7    THEY HAD FROM PRIOR INVESTIGATIONS REGARDING THE SITE THAT WE

09:42AM 8    WERE GOING TO WORK ON IN THE FUTURE, THAT BASICALLY HAD REPORTS

09:42AM 9    ON INVESTIGATIONS PERFORMED IN THE PAST IN REGARDS TO

09:42AM 10   CONTAMINATION AND THAT SORT OF THING.

09:42AM 11        A LOT OF THESE REPORTS HELPED US INVENTORY, YOU KNOW,

09:42AM 12   THE STRUCTURES AND MATERIALS THAT NEEDED TO BE REMOVED, AS WELL

09:42AM 13   AS THE CONTAMINATION.

09:42AM 14   Q.   IN CONNECTION WITH THE GOVERNMENT FURNISHED INFORMATION

09:42AM 15   PROVIDED TO WASHINGTON GROUP, DID THE CORPS PROVIDE

09:42AM 16   WASHINGTON GROUP WITH DRAWINGS OF THE IHNC LEVEES AND

09:42AM 17   FLOODWALLS?

09:42AM 18   A.   NOT THAT I'M AWARE OF.

09:42AM 19   Q.   WHAT DID WASHINGTON GROUP DO IN RESPONSE TO THIS RFP?  YOU

09:43AM 20   ALREADY MENTIONED THE SITE VISIT, BUT WHAT HAPPENED NEXT?

09:43AM 21   A.   WE PUT THE PROPOSAL TOGETHER.

09:43AM 22   Q.   WHAT WAS INVOLVED IN PUTTING TOGETHER THAT PROPOSAL?

09:43AM 23   A.   BASICALLY, FIGURING OUT WHAT WE WERE GOING TO DO, HOW WE

09:43AM 24   WERE GOING TO STAFF THE PROJECT, AND THEN A COST ESTIMATE FOR

09:43AM 25   DOING THAT WORK, AND A LITTLE BIT ABOUT THE SCHEDULE.

**HOURLY TRANSCRIPT**

09:43AM  1    Q.   WHAT HAPPENED AFTER YOU SUBMITTED THE PROPOSAL TO THE

09:43AM  2    CORPS?

09:43AM  3    A.   THE CORPS REVIEWED THE PROPOSAL, PROVIDED SOME COMMENTS.

09:43AM  4    WE REVISED THE PROPOSAL, RESUBMITTED IT.

09:43AM  5         AFTER THAT, THE CORPS USED THAT REVISED PROPOSAL AS

09:43AM  6    THE BASIS OF THE ORIGINAL TASK ORDER 26.

09:43AM  7         IN CONNECTION WITH THE TECHNICAL ANALYSIS AND

09:43AM  8    SUBMITTING THE PROPOSAL, WERE THERE ANY ISSUES RAISED ABOUT THE

09:43AM  9    LEVEES OR FLOODWALLS AT THE IHNC?

09:43AM 10    A.   NO.

09:43AM 11    Q.   IF YOU COULD TURN TO JX-1228, CAN YOU TELL US WHAT THIS

09:44AM 12    IS?

09:44AM 13    A.   THIS IS OUR PROPOSAL, JULY 1999, IT'S ACTUALLY THE REVISED

09:44AM 14    PROPOSAL.   YOU CAN SEE IT SAYS PROPOSAL 76.   REVISION ONE, IF

09:44AM 15    YOU GO TO THE NEXT PAGE.

09:44AM 16    Q.   THAT'S JX-01228-0002.

09:44AM 17    A.   0002.   OKAY.   SO YOU CAN SEE FROM THIS COVER LETTER WHAT

09:44AM 18    IT IS.   IT'S BASICALLY THE REVISED PROPOSAL.

09:44AM 19    Q.   AND THIS LETTER IS SIGNED BY YOU?

09:44AM 20    A.   YES.

09:44AM 21    Q.   BECAUSE YOU SUBMITTED THIS TO THE CORPS?

09:44AM 22    A.   YES.

09:44AM 23    Q.   DOES THIS REVISED PROPOSAL INCLUDE ANY REFERENCE TO THE

09:44AM 24    LEVEES OR THE FLOODWALLS AT THE IHNC?

09:44AM 25    A.   NO.

**HOURLY TRANSCRIPT**

09:44AM 1    Q.   IF YOU COULD TAKE A LOOK AT SECTION 2.1 OF THIS DOCUMENT,

09:44AM 2    WHICH IS AT JX-1228-0006, AND THE SECTION 2.1 IS TITLED

09:45AM 3    "PROJECT APPROACH."  AND IT REFERENCES A COMPANY NAMED MMG, WHO

09:45AM 4    I BELIEVE YOU DISCUSSED EARLIER.  WHY WAS MMG INCLUDED IN TASK

09:45AM 5    ORDER 26?

09:45AM 6    A.   YEAH.  I MENTIONED THAT PAUL LO VISITED THE SITE WITH ME

09:45AM 7    ON THAT INITIAL SITE VISIT, AND HE WAS THE OWNER OF MATERIALS

09:45AM 8    MANAGEMENT GROUP, WHICH WAS A SMALL DISADVANTAGED BUSINESS THAT

09:45AM 9    WE ALREADY HAD A PROGRAM WITH CALLED A MENTOR PROTEGE

09:45AM 10   AGREEMENT.  IT WAS A GOVERNMENT-SANCTIONED, LARGE

09:45AM 11   BUSINESS/SMALL BUSINESS RELATIONSHIP.

09:45AM 12          SO IT WAS ADVANTAGEOUS TO USE THEM FOR THAT REASON,

09:45AM 13   TO HELP THE CORPS WITH SMALL BUSINESS GOALS, BUT ALSO BECAUSE

09:45AM 14   THEY HAD A LOT OF LOCAL KNOWLEDGE ABOUT THE NEW ORLEANS

09:45AM 15   BUSINESS AND REGULATORY CLIMATE AND THEY HAD ALSO WORKED ON THE

09:46AM 16   SITE BEFORE, SO IT WAS -- NOT ONLY THAT, THEY PROVIDED US

09:46AM 17   OFFICE SPACE FOR DENNIS O'CONNOR FOR THIS FIRST PHASE OF THE

09:46AM 18   WORK.

09:46AM 19   Q.   DID YOU LIST ALL THE PEOPLE YOU EXPECTED TO WORK TO

09:46AM 20   COMPLETE THE STATEMENT OF WORK THAT YOU WERE WORKING ON AT THIS

09:46AM 21   POINT IN TIME IN THIS PROPOSAL?

09:46AM 22   A.   WELL, WE DID, IF YOU GO TO PAGE 0011, IN THE FORM OF THE

09:46AM 23   COST ESTIMATE.  WE HAD TO ITEMIZE OUR COSTS BREAKDOWN, AND SO

09:46AM 24   WHAT YOU CAN SEE HERE UNDER "MK LABOR" AT THE -- NEAR THE TOP,

09:46AM 25   WE HAD THE PROJECT MANAGER, DENNIS O'CONNOR, AND WE HAD HIS

**HOURLY TRANSCRIPT**

09:46AM 1    ESTIMATED HOURS, HIS RATE AND SO FORTH.

09:46AM 2         AND THEN YOU SEE THE NEXT CATEGORY IS "MMG COSTS," SO

09:46AM 3    WE LISTED PROJECT ENGINEER, ENVIRONMENTAL SPECIALIST, CADD

09:46AM 4    OPERATOR, JUST THREE POSITIONS, AND THEN WE HAD SOME VARIOUS

09:47AM 5    EXPENSES, NONLABOR EXPENSES.

09:47AM 6         AND THEN IF YOU GO DOWN TO 02, "HOME OFFICE SUPPORT,"

09:47AM 7    THEN YOU COULD SEE WE HAD SOME, YOU KNOW, TECHNICAL AND

09:47AM 8    ADMINISTRATIVE SUPPORT FROM THE DENVER OFFICE.  DOWN THE WAY,

09:47AM 9    YOU CAN SEE PROGRAM MANAGER, I'M IN THERE FOR, WHAT, 50 HOURS.

09:47AM 10        SO THIS BASICALLY IS THE BUILDUP OF ALL THE

09:47AM 11   INDIVIDUALS WE EXPECTED TO WORK ON THE JOB AND OUR ESTIMATED

09:47AM 12   COSTS TO DO IT, AND AGAIN, THAT'S JUST FOR THE FIRST PHASE,

09:47AM 13   DOING THE RECOMMENDATIONS REPORT.

09:47AM 14   Q.   YOU REFERENCED AN MMG PROJECT ENGINEER.  WHAT WAS THE

09:47AM 15   EXPECTATION OF WHAT THE MMG PROJECT ENGINEER WAS GOING TO DO?

09:47AM 16   A.   A PROJECT ENGINEER WAS A GUY NAMED JIM BLAZEK WITH MMG WHO

09:47AM 17   WAS MORE OF AN ENVIRONMENTAL SPECIALIST.  HE HELPED US DIGEST

09:47AM 18   ALL THOSE REPORTS, WORK WITH THE CORPS, MAKE PHONE CALLS, WRITE

09:48AM 19   THE RECOMMENDATIONS REPORTS.  SO BASICALLY HE WAS PART OF THE

09:48AM 20   PLANNING PROCESS TO DEVELOP THE RECOMMENDATIONS REPORT.

09:48AM 21   Q.   WAS MR. BLAZEK A GEOTECHNICAL ENGINEER?

09:48AM 22   A.   NO.

09:48AM 23   Q.   IF THE STATEMENT OF WORK HAD REFERENCED A REQUIREMENT FOR

09:48AM 24   A GEOTECHNICAL ENGINEER, WOULD THAT PERSON HAVE BEEN LISTED IN

09:48AM 25   THIS PROPOSAL AND ON THIS TABLE?

**HOURLY TRANSCRIPT**

09:48AM 1   A.   YES.

09:48AM 2   Q.   IS THERE A GEOTECHNICAL ENGINEER LISTED ON THIS PAGE?

09:48AM 3   A.   NO.

09:48AM 4   Q.   COULD YOU HAVE INCLUDED A GEOTECHNICAL ENGINEER IN THE

09:48AM 5   PROPOSAL IF YOU HAD WANTED TO?

09:48AM 6   A.   I COULD HAVE, IF I HAD SOME BASIS FOR DOING THAT.  I WOULD

09:48AM 7   HAVE HAD TO JUSTIFY IT TO THE CORPS, BUT I DIDN'T SEE ANY NEED

09:48AM 8   FOR A GEOTECHNICAL ENGINEER.

09:48AM 9   Q.   AND WHY IS IT THAT YOU DIDN'T SEE A NEED FOR A

09:48AM 10  GEOTECHNICAL ENGINEER?

09:48AM 11  A.   BECAUSE, AGAIN, OUR SCOPE WAS TO DETERMINE HOW TO

09:48AM 12  REMEDIATE THE SITE, NOT TO DO ANY KIND OF GEOTECHNICAL

09:48AM 13  INVESTIGATION OR DESIGN.

09:48AM 14  Q.   AND YOU ALSO REFERENCED, WHEN YOU WERE DISCUSSING THE HOME

09:49AM 15  OFFICE SUPPORT SECTION OF THIS TABLE, THERE IS A COST SCHEDULE

09:49AM 16  ENGINEER FROM WASHINGTON GROUP.  WHAT WAS THAT PERSON'S

09:49AM 17  INTENDED ROLE?

09:49AM 18  A.   THAT'S BASICALLY WHAT WE CALL PROJECT CONTROLS, WHICH IS

09:49AM 19  KEEPING TRACK OF THE COSTS, THE SCHEDULE, STATUS OF THE

09:49AM 20  PROJECT, AND ISSUING MONTHLY COST SCHEDULE REPORTS TO THE

09:49AM 21  CORPS.

09:49AM 22  Q.   WHAT HAPPENED IN RESPONSE TO WASHINGTON GROUP'S REVISED

09:49AM 23  PROPOSAL?

09:49AM 24  A.   THE CORPS ISSUED US TASK ORDER 26.

09:49AM 25  Q.   COULD YOU TURN TO JX-0049.  IS THIS A COPY OF TASK

**HOURLY TRANSCRIPT**

09:49AM 1    ORDER 26?

09:49AM 2    A.   YES.  THIS IS.

09:49AM 3    Q.   AND IS THAT YOUR SIGNATURE IN THE MIDDLE OF THE PAGE?

09:49AM 4    A.   YES.

09:49AM 5    Q.   AND WE WERE JUST TALKING ABOUT THE JUNE 1, 1999, STATEMENT

09:50AM 6    OF WORK.  IS THAT INCORPORATED INTO TASK ORDER 26?

09:50AM 7    A.   YES.  IF YOU FLIP TO THE NEXT PAGE, 0003, THAT'S THE SAME

09:50AM 8    STATEMENT OF WORK THAT WE RECEIVED WITH THE REQUEST FOR

09:50AM 9    PROPOSAL.

09:50AM 10   Q.   JUST FOR THE RECORD, THAT'S JX-00049-0003.

09:50AM 11   A.   YES.

09:50AM 12   Q.   MR. ROE, IS THIS TASK ORDER A CONTRACT TO PERFORM THE

09:50AM 13   REMEDIATION WORK AT THE IHNC?

09:50AM 14   A.   NO.  THIS WAS JUST TO DO, AGAIN, THE PLANNING WORK, THE

09:50AM 15   RECOMMENDATIONS REPORT PHASE.

09:50AM 16   Q.   ONCE THE TASK ORDER WAS SIGNED AND IN PLACE, WHAT HAPPENED

09:50AM 17   NEXT?

09:50AM 18   A.   WE BEGAN WORK.  WE ASSIGNED DENNIS TO NEW ORLEANS, AND HE

09:50AM 19   AND JIM BLAZEK AND OTHERS GOT FAMILIAR WITH THE SITE, THE

09:50AM 20   DOCUMENTS, AND MADE A LOT OF PHONE CALLS, MET WITH THE CORPS ON

09:51AM 21   A FEW OCCASIONS AND PUT TOGETHER A RECOMMENDATIONS REPORT.

09:51AM 22   Q.   AND CAN YOU DESCRIBE YOUR INVOLVEMENT IN PUTTING TOGETHER

09:51AM 23   THE RECOMMENDATION REPORT.

09:51AM 24   A.   I WAS NOT INVOLVED IN DEVELOPING THE REPORT, BUT I DID

09:51AM 25   REVIEW A DRAFT BEFORE IT WAS SENT TO THE CORPS.

**HOURLY TRANSCRIPT**

09:51AM 1    Q.   AND ARE YOU FAMILIAR WITH THE CONTENT OF THE

09:51AM 2    RECOMMENDATION REPORT?

09:51AM 3    A.   YES.

09:51AM 4    Q.   DID THE CORPS APPROVE THE RECOMMENDATION REPORT?

09:51AM 5    A.   YES.

09:51AM 6    Q.   CAN YOU TELL THE COURT ABOUT THE CORPS APPROVAL PROCESS

09:51AM 7    WITH REGARD TO THE RECOMMENDATION REPORT?  AND BY THAT, I MEAN

09:51AM 8    ITS INTERACTION WITH WASHINGTON GROUP.

09:51AM 9    A.   OKAY.  WELL, EARLY ON, WE SUBMITTED AN OUTLINE -- DENNIS

09:51AM 10   SUBMITTED AN OUTLINE TO LEE GUILLORY, SO THERE WAS KIND OF A

09:51AM 11   MUTUAL AGREEMENT ON WHAT THE REPORT WAS GOING TO LOOK LIKE

09:51AM 12   BEFORE IT WAS DEVELOPED.

09:51AM 13        THEN WE SUBMITTED THE DRAFT REPORT TO THE CORPS.

09:51AM 14   THEY REVIEWED IT, PROVIDED US A LIST OF COMMENTS THAT WE WENT

09:52AM 15   THROUGH AND ADDRESSED THEIR COMMENTS.  TURNED IT AROUND AGAIN,

09:52AM 16   AND I THINK THERE WERE A FEW ADDITIONAL COMMENTS AFTER THAT,

09:52AM 17   AND THEN WE BASICALLY ISSUED FINALIZED REPORT, WHICH THE CORPS

09:52AM 18   APPROVED.

09:52AM 19   Q.   SO THERE WAS A FAIR AMOUNT OF BACK AND FORTH BETWEEN

09:52AM 20   WASHINGTON GROUP AND THE CORPS IN CONNECTION WITH FINALIZING

09:52AM 21   THE RECOMMENDATION REPORT?

09:52AM 22   A.   YES.

09:52AM 23   Q.   COULD YOU TAKE A LOOK AT JX-1234 AND TELL US WHAT THIS IS.

09:52AM 24   A.   THIS IS THE FINAL RECOMMENDATIONS REPORT THAT THE CORPS

09:52AM 25   APPROVED.

**HOURLY TRANSCRIPT**

09:52AM 1   Q.   IF YOU CAN LOOK AT JX-1234-0003, CAN YOU TELL US WHAT THIS

09:52AM 2   IS?

09:52AM 3   A.   THIS IS THE LETTER FROM LEE GUILLORY TO DENNIS O'CONNOR,

09:52AM 4   TELLING US THAT THE RECOMMENDATIONS REPORT WAS APPROVED.

09:52AM 5           THE COURT:  COUNSEL, IF YOU WOULD JUST GIVE ME ONE

09:52AM 6   SECOND.

09:53AM 7           MS. WAGER-ZITO:  CERTAINLY, YOUR HONOR.

09:53AM 8           THE COURT:  I'M SORRY.

09:54AM 9           MS. WAGER-ZITO:  NO PROBLEM, YOUR HONOR.

09:54AM 10  BY MS. WAGER-ZITO:

09:54AM 11  Q.   DID YOU RECEIVE A COPY OF THIS LETTER, JX-01234-0003?

09:54AM 12  A.   YES.

09:54AM 13  Q.   MR. ROE, DOES THE RECOMMENDATION REPORT SKETCH OUT THE

09:54AM 14  RECOMMENDED FEATURES OF WORK THAT WOULD NEED TO BE PERFORMED

09:54AM 15  WHEN THE TIME CAME TO ACTUALLY DO THE REMEDIATION AT THE EBIA?

09:54AM 16  A.   YES, THAT WAS HIS PRIMARY PURPOSE.

09:54AM 17  Q.   IF YOU COULD TURN TO JX-1234-0007 TO 0008, CAN YOU TELL US

09:54AM 18  WHAT THESE PAGES ARE REFERRING TO?

09:54AM 19  A.   THIS IS THE TABLE OF CONTENTS FOR THE REPORT, AND IF YOU

09:54AM 20  LOOK AT THE SECTION 5 RECOMMENDATIONS, IT LISTS THE ACTIVITIES

09:54AM 21  THAT WE'RE, YOU KNOW, GOING TO NEED TO DO TO REMEDIATE THE

09:55AM 22  SITE, STARTING WITH DEVELOPING A BUNCH OF WORK PLANS.

09:55AM 23           THEN IF YOU FLIP TO THE NEXT PAGE, 0008, YOU CAN SEE

09:55AM 24  THERE IS STILL A NUMBER OF PLANS DISCUSSED.  THEN WE SET UP OUR

09:55AM 25  OFFICE ON THE SITE.  WE BASICALLY DO A LOT OF DEBRIS AND TRASH

**HOURLY TRANSCRIPT**

09:55AM 1    REMOVAL.  WE REMOVE ALL THE BUILDINGS AND STRUCTURES,

09:55AM 2    ABOVEGROUND TANKS.

09:55AM 3         SO THERE IS AN ABOVEGROUND DEMOLITION EFFORT, AND

09:55AM 4    THEN THERE IS THE BELOW-GROUND EFFORT WHERE WE -- YOU KNOW, WE

09:55AM 5    DIG UP WASTE PILES, WE DID A LOT OF CHARACTERIZATION -- OR WE

09:55AM 6    DID THINGS LIKE GEOTECHNICAL -- OR GEOPHYSICAL, I'M SORRY,

09:55AM 7    SURVEYING AND GRID TRENCHING TO LOOK FOR UNDERGROUND OBSTACLES.

09:55AM 8         AND WE ALSO HAD TO -- AFTER WE REMOVED THINGS

09:56AM 9    UNDERGROUND LIKE PILES AND CONCRETE UNDERGROUND STRUCTURES, WE

09:56AM 10   HAD TO DEAL WITH THE SOIL CONTAMINATION, SO THAT INVOLVED

09:56AM 11   SAMPLING THE SOIL, DEFINING THE LIMITS OF THE SOIL

09:56AM 12   CONTAMINATION AND THEN REMOVING THE CONTAMINATED SOIL.

09:56AM 13        IT ALSO INVOLVED A LOT OF WORK ALONG THE BANK TO

09:56AM 14   REMOVE WHARVES AND ANY STRUCTURES OR DEBRIS ON THE BANK AT THE

09:56AM 15   INTERFACE OF THE SITE AND THE CANAL.

09:56AM 16        THEN, FINALLY, WE BASICALLY GRADED THE SITE TO SLOPE

09:56AM 17   TO THE CANAL AND WERE TO LEAVE THE SITE WITH A CLEAN,

09:56AM 18   REMEDIATED SITE THAT COULD THEN BE DREDGED LATER ON BY THE

09:56AM 19   CORPS TO CREATE THE BYPASS CHANNEL FOR THE NAVIGATION PROJECT.

09:56AM 20        AFTER WE LEFT THE SITE, THEN WE HAD TO DO A

09:56AM 21   COMPLETION REPORT.  SO THAT'S BASICALLY THE FULL-SERVICE,

09:57AM 22   START-TO-FINISH KIND OF RUN-DOWN OF WHAT WE WERE TO DO.

09:57AM 23   Q.   SO LOOKING AT THESE FEATURES OF WORK, DOES THIS

09:57AM 24   ESSENTIALLY GET YOU FROM THE BEGINNING -- THE VERY BEGINNING OF

09:57AM 25   THE PROJECT TO THE VERY END OF THE PROJECT?

**HOURLY TRANSCRIPT**

09:57AM 1    A.    YES.   FOR THE FIELD WORK PART OF THE PROJECT.

09:57AM 2    Q.    WHAT WAS THE ULTIMATE GOAL OF THE WORK THAT THE CORPS

09:57AM 3    SOUGHT TO HAVE PERFORMED AT THE EBIA?

09:57AM 4    A.    TO HAVE A CLEAN, GENERALLY SLOPING SITE, FREE OF ANY

09:57AM 5    OBSTRUCTIONS OR CONTAMINATION SO THAT THE DREDGES COULD COME IN

09:57AM 6    LATER ON AND WIDEN OUT THE CHANNEL FOR THE NAVIGATION PROJECT.

09:57AM 7    Q.    AND IF WASHINGTON GROUP WERE GOING TO HAVE TO PERFORM ANY

09:57AM 8    GEOTECHNICAL ENGINEERING ANALYSIS OF THE LEVEES AND THE

09:57AM 9    FLOODWALLS ON THE PROJECT, WOULD IT HAVE BEEN INCLUDED IN THESE

09:58AM 10   PROPOSED FEATURES OF WORK?

09:58AM 11   A.    YES.

09:58AM 12   Q.    AND DO ANY OF THESE PROPOSED FEATURES OF WORK INCLUDE ANY

09:58AM 13   REFERENCE FOR THE LEVEES AND FLOODWALLS AT THE IHNC?

09:58AM 14   A.    NO.

09:58AM 15   Q.    I WOULD LIKE TO ASK YOU TO TAKE A LOOK AT JX-1234-0041 TO

09:58AM 16   0042.   THIS IS A SECTION TITLED "PROJECT WORK PLAN."   WOULD YOU

09:58AM 17   DESCRIBE WHAT THE INTENDED PURPOSE WAS OF THE PROJECT WORK

09:58AM 18   PLAN.

09:58AM 19   A.    WELL, A LATER PHASE AFTER THIS RECOMMENDATIONS REPORT WAS

09:58AM 20   TO GIVE BETTER DEFINITION TO OUR WORK PROCESSES AND PROCEDURES

09:58AM 21   FOR DOING THE FIELD WORK, AND THAT'S -- THE PROJECT WORK PLAN

09:58AM 22   WAS THE MAIN WORK PLAN DOCUMENT THAT WE WERE GOING TO DO IN A

09:58AM 23   LATER PHASE AFTER THE RECOMMENDATIONS REPORT.

09:58AM 24   Q.    BUT THAT WAS YET TO BE PREPARED?

09:59AM 25   A.    YES.

**HOURLY TRANSCRIPT**

09:59AM 1   Q.   IF YOU LOOK FURTHER DOWN ON THAT PAGE TO

09:59AM 2   SECTION 5.1.2.1.5, WHICH IS A SECTION ENTITLED "DETAILED

09:59AM 3   ENGINEERING," WOULD YOU READ THAT FIRST SENTENCE OF THAT

09:59AM 4   SECTION.

09:59AM 5   A.   "SYSTEMATIC UNITS OF WORK THAT WILL BE INTEGRATED INTO THE

09:59AM 6   OVERALL PROJECT SHALL BE IDENTIFIED WITH RESPECT TO LOCATION,

09:59AM 7   OPERATIONS, AND EXECUTION."

09:59AM 8   Q.   AND THIS CONTINUES ON AND STATES, "ENGINEERING DETAILS ARE

09:59AM 9   TO INCLUDE," AND IF WE COULD TURN TO THE NEXT PAGE, IT SAYS,

09:59AM 10  "GEOTECHNICAL."

09:59AM 11       DO YOU KNOW WHY WASHINGTON GROUP INCLUDED

09:59AM 12  GEOTECHNICAL ENGINEERING IN THE ENGINEERING DETAILS IN THIS

09:59AM 13  SECTION OF THE RECOMMENDATION REPORT?

09:59AM 14       MR. DUDENHEFER:  YOUR HONOR, AGAIN, WE'RE STARTING TO

09:59AM 15  TALK ABOUT -- THIS WAS A 30(B)(6) WITNESS OF THE CORPS.

09:59AM 16       THE COURT:  I READ HIS DEPOSITION.

09:59AM 17       MR. DUDENHEFER:  AGAIN, YOUR HONOR, I HAVE SOME

10:00AM 18  ISSUES WITH REGARD TO WHAT IS IN THE MIND OF WGI AS OPPOSED TO

10:00AM 19  THE LANGUAGE.  IT SAYS --

10:00AM 20       THE COURT:  I UNDERSTAND.  I UNDERSTAND, AND YOUR

10:00AM 21  OBJECTION IS NOTED.  CERTAINLY TO THE EXTENT THE CONTRACT

10:00AM 22  STATES THAT, IT DOES, AND SO YOU CAN CROSS-EXAMINE HIM ABOUT

10:00AM 23  IT.  HE CAN SAY, I GUESS, WHAT WAS HIS IN MIND OR WHAT HE

10:00AM 24  THINKS IT MEANT OR WHY IT'S THERE.

10:00AM 25       THE WITNESS:  WELL, THIS IS SPECULATION ON MY PART

**HOURLY TRANSCRIPT**

10:00AM 1    BECAUSE I DIDN'T WRITE THIS SECTION.

10:00AM 2          THE COURT:  WELL, COUNSEL, NOW, WE'RE NOT GOING TO

10:00AM 3    GET INTO SPECULATION.  THE WITNESS HAS BEEN CANDID.  WE'RE

10:00AM 4    MOVING ON.

10:00AM 5    BY MS. WAGER-ZITO:

10:00AM 6    Q.  WE COULD LOOK AT THE OTHER LISTED AREAS OF -- WERE ALL OF

10:00AM 7    THESE AREAS OF ENGINEERING THAT ARE LISTED HERE, WERE THEY

10:00AM 8    NECESSARILY GOING TO BE INCLUDED IN THE PROJECT WORK PLAN,

10:00AM 9    MR. ROE?

10:00AM 10   A.  NO, IT WAS JUST KIND OF A LIST OF ALL THE CONSIDERATIONS

10:01AM 11   THAT WOULD BE LOOKED AT IN THE WORK PLAN PHASE.

10:01AM 12   Q.  AND IF WE CAN SKIP AHEAD TO JX-01234-0095, AND THIS GOES

10:01AM 13   ON THROUGH TO PAGE 116.  WE'RE NOT GOING TO PUT ALL OF THIS ON

10:01AM 14   THE SCREEN.  CAN YOU TELL US WHAT THESE PAGES REFERENCE.

10:01AM 15   A.  DATA GAPS WERE AREAS OF UNCERTAINTY.  THERE WERE UNKNOWNS

10:01AM 16   AS FAR AS SITE CONDITIONS, THERE WERE UNKNOWNS AS FAR AS

10:01AM 17   REGULATORY REQUIREMENTS, AND THIS WAS JUST A LIST OF WHAT THOSE

10:01AM 18   AREAS OF UNCERTAINTY WERE AND HOW WE WOULD GO ABOUT FILLING

10:01AM 19   THOSE DATA GAPS AS THE WORK PROGRESSED IN THE FIELD.

10:01AM 20   Q.  DID ANY OF THE DATA GAPS IN TASK ORDER 26 REFER OR RELATE

10:01AM 21   TO CONCERNS WITH THE LEVEES AND THE FLOODWALLS AT THE IHNC?

10:01AM 22   A.  NO.

10:01AM 23   Q.  ONCE IT WAS APPROVED BY THE CORPS, DID THE RECOMMENDATION

10:02AM 24   REPORT INCLUDE ALL THE PLANS FOR THE REMEDIATION OF THE EBIA?

10:02AM 25   A.  THE RECOMMENDATIONS REPORT?

**HOURLY TRANSCRIPT**

10:02AM  1    Q.    YES.

10:02AM  2    A.    NO.  I REMEMBER THERE WERE, LIKE, EIGHT DIFFERENT WORK

10:02AM  3    PLANS THAT WE WERE TO DEVELOP LATER ON, SO THAT WOULD PROVIDE A

10:02AM  4    LOT MORE DEFINITION THAN THE RECOMMENDATIONS REPORT.

10:02AM  5    Q.    COULD YOU DESCRIBE FOR THE COURT HOW THE PROJECT MOVED

10:02AM  6    FORWARD AFTER THE RECOMMENDATION REPORT WAS APPROVED?

10:02AM  7    A.    WELL, THERE WERE SUBSEQUENT MODIFICATIONS TO ADD MORE

10:02AM  8    FUNDING AND MORE SCOPE TO THE PROJECT.  FOR INSTANCE, I THINK

10:02AM  9    WITHIN ABOUT A YEAR, THEY ASKED US -- THEY SENT US AN RFP TO DO

10:02AM 10    THE WORK PLANS, AND WE -- IN RESPONSE TO THAT RFP, THEY HAD A

10:02AM 11    STATEMENT OF WORK, WE SUBMITTED A PROPOSAL, THEY ACCEPTED THE

10:02AM 12    PROPOSAL AND GAVE US A MODIFICATION TO ALLOW US TO DO THE WORK

10:02AM 13    PLANNING PHASE.

10:02AM 14    Q.    IF YOU COULD TURN TO JX-1252, MR. ROE, IS THIS A COPY OF

10:03AM 15    THE PROJECT WORK PLAN?

10:03AM 16    A.    YES, MA'AM.

10:03AM 17    Q.    AND IF WE CAN TURN TO JX-1252-0002, IS THAT YOUR SIGNATURE

10:03AM 18    ON THE PROJECT WORK PLAN?

10:03AM 19    A.    YES.

10:03AM 20    Q.    AND WE WERE DISCUSSING A LIST OF ENGINEERING SERVICES IN

10:03AM 21    THE RECOMMENDATION REPORT THAT COULD BE INCLUDED IN THE PROJECT

10:03AM 22    WORK PLAN.  COULD YOU TURN TO JX-1252-0019 TO -0020.  AND COULD

10:03AM 23    YOU TELL US WHAT'S INCLUDED ON THESE TWO PAGES?

10:03AM 24    A.    THIS IS A DISCUSSION OF THE PROJECT ORGANIZATION THAT WE

10:03AM 25    WERE PROPOSING FOR THE ACTUAL FIELD WORK FOR PART OF THIS

**HOURLY TRANSCRIPT**

10:03AM  1    PROJECT.

10:03AM  2    Q.   THESE WERE THE PEOPLE WHO WERE GOING TO BE WORKING ON THE

10:04AM  3    FIELD WORK OF THE REMEDIATION PROJECT?

10:04AM  4    A.   YES.

10:04AM  5    Q.   LOOKING THROUGH THESE TWO PAGES, DOES IT CONTAIN ANY

10:04AM  6    REFERENCES TO HAVING A GEOTECHNICAL ENGINEER ON THE PROJECT?

10:04AM  7    A.   NO.

10:04AM  8    Q.   AND WE SEE IN SECTION 2.1, THERE IS A REFERENCE TO

10:04AM  9    ENVIRONMENTAL ENGINEERING.  WHAT DOES THAT ENTAIL?

10:04AM 10    A.   BASICALLY JUST THE REGULATORY ASPECTS OF THE REMEDIATION,

10:04AM 11    SAMPLING ANALYSIS, REPORTING, AND A LOT OF WASTE MANAGEMENT

10:04AM 12    ACTIVITIES.

10:04AM 13    Q.   DID THE CORPS APPROVE THIS PROJECT WORK PLAN?

10:04AM 14    A.   YES.

10:04AM 15    Q.   DID THIS SIMILARLY GO THROUGH A LOT OF BACK AND FORTH WITH

10:04AM 16    THE CORPS TO GET TO APPROVAL?

10:04AM 17    A.   WELL, NO, IT WAS REVIEWED BY THE CORPS, AND THERE WAS

10:04AM 18    PROBABLY AT LEAST ONE ITERATION OF RECEIVING COMMENTS AND

10:04AM 19    RESPONDING AND SUBMITTING A REVISION.

10:05AM 20    Q.   AND AFTER THE PROJECT WORK PLANS WERE IN PLACE, DID YOU

10:05AM 21    HAVE TO PREPARE ANOTHER PROPOSAL FOR THE CORPS IN CONNECTION

10:05AM 22    WITH THE REMEDIATION FIELD WORK THAT WASHINGTON GROUP PERFORMED

10:05AM 23    AT THE IHNC?

10:05AM 24    A.   YES.  SOMEWHERE IN THAT 2000 TIME FRAME, WE WERE ASKED TO

10:05AM 25    PROVIDE A PROPOSAL FOR THE ENTIRE FIELD WORK PORTION OF THE

**HOURLY TRANSCRIPT**

10:05AM 1  JOB.

10:05AM 2  Q.   AND IN ORDER TO PREPARE THAT PROPOSAL, DID YOU RECEIVE

10:05AM 3  ANOTHER STATEMENT OF WORK FROM THE CORPS?

10:05AM 4  A.   YES.

10:05AM 5  Q.   WOULD YOU TURN TO JX-1244.  AND COULD YOU TELL US WHAT

10:05AM 6  THIS DOCUMENT IS?

10:05AM 7  A.   THIS IS THE MODIFICATION WHERE THEY BASICALLY TOLD US TO

10:05AM 8  GO AHEAD -- OR AWARDED A GOOD PORTION OF THE FIELD WORK.

10:05AM 9  Q.   AND IS THAT YOUR NAME ON THE FIRST PAGE OF THIS DOCUMENT?

10:06AM 10  A.   WHICH PAGE ARE YOU TALKING ABOUT?

10:06AM 11  Q.   THE DISTRIBUTION SHEET ON THE TULSA TERC.

10:06AM 12  A.   YEAH, THAT THERE IS JUST OUR IN-HOUSE DOCUMENT CONTROL

10:06AM 13  COVER SHEET THAT WE SLAP ON THE TOP OF THE DOCUMENT BEFORE WE

10:06AM 14  FILE IT.

10:06AM 15  Q.   AND IF YOU CAN TURN TO 1244-0002.

10:06AM 16  A.   YES.

10:06AM 17  Q.   CAN YOU TELL US WHAT THAT IS?

10:06AM 18  A.   THIS IS THE LETTER FROM JOHN WEATHERLY TO ME, JOHN

10:06AM 19  WEATHERLY BEING THE CONTRACTING OFFICER OF THE CORPS IN TULSA,

10:06AM 20  AWARDING US MODIFICATION NUMBER 5 TO TASK ORDER 26 THAT ALLOWED

10:06AM 21  US TO START WORKING IN THE FIELD.

10:06AM 22  Q.   AND THEN IF YOU COULD TURN TO JX-1244-0006, CAN YOU TELL

10:06AM 23  THE COURT WHAT THIS DOCUMENT IS?

10:06AM 24  A.   THIS IS THE STATEMENT OF WORK FOR THE ENTIRE FIELD WORK

10:07AM 25  PORTION OF THE PROJECT.

**HOURLY TRANSCRIPT**

10:07AM 1  Q.   AND WHAT DID WASHINGTON GROUP DO IN RESPONSE TO THIS

10:07AM 2  STATEMENT OF WORK?

10:07AM 3  A.   WELL, PRIOR TO RECEIVING THIS MODIFICATION, YOU KNOW, WE

10:07AM 4  HAD TO DO A BIG PROPOSAL FOR THE ENTIRE FIELD WORK PART OF THE

10:07AM 5  JOB, WHICH WAS A SUBSTANTIAL EFFORT TO COME UP WITH OUR BEST

10:07AM 6  ESTIMATE OF WHAT IT WOULD TAKE TO DO THE WORK BY DEFINABLE

10:07AM 7  FEATURE OF WORK.

10:07AM 8       SO THERE WAS A LARGE PROPOSAL EFFORT.  THERE WAS A

10:07AM 9  LARGE NEGOTIATION WITH THE CORPS, SOME BACK AND FORTH ON THAT.

10:07AM 10 AND THAT -- ONCE WE WERE DONE NEGOTIATING, THEN THE CORPS

10:07AM 11 ISSUED US THIS MODIFICATION.

10:07AM 12 Q.   DOES THIS STATEMENT OF WORK INCLUDE ANY REFERENCE TO

10:07AM 13 GEOTECHNICAL ENGINEERING OR TO WORK ON THE LEVEES AND

10:07AM 14 FLOODWALLS AT THE IHNC?

10:07AM 15 A.   NO.

10:07AM 16 Q.   AND HOW DID YOU KNOW WHICH PERSONNEL AND WHAT RESOURCES

10:08AM 17 WERE TO BE USED IN DRAFTING A PROPOSAL FOR THIS STATEMENT OF

10:08AM 18 WORK?

10:08AM 19 A.   YOU MEAN WHAT RESOURCES WERE NEEDED TO DO THE WORK OR TO

10:08AM 20 DRAFT THE PROPOSAL?

10:08AM 21 Q.   WHAT RESOURCES WERE NEEDED TO ULTIMATELY DO THE WORK.

10:08AM 22 A.   TO DO THE WORK.  YEAH, WE -- BASICALLY IT WAS OUR OWN

10:08AM 23 EXPERIENCE, BEING REMEDIATION CONTRACTORS, TO KNOW WHAT

10:08AM 24 RESOURCES WE WOULD NEED ON SITE.  AND A LOT OF THE WORK WAS

10:08AM 25 SUBCONTRACTED, SO A LOT OF OUR EFFORT WAS DOCUMENTATION,

**HOURLY TRANSCRIPT**

10:08AM 1 OVERSEEING SUBCONTRACTORS, AS WELL AS DOING THE SAMPLING AND

10:08AM 2 ANALYSIS AND SO FORTH.  SO JUST BY OUR KNOWLEDGE OF, YOU KNOW,

10:08AM 3 PAST EXPERIENCE, WE KNEW HOW TO STAFF THIS JOB.

10:08AM 4 Q.   DID YOU GET YOUR INFORMATION AS TO WHAT PERSONNEL TO USE

10:08AM 5 AND WHICH WORK WAS GOING TO BE DONE FROM THE STATEMENT OF WORK,

10:08AM 6 OR DID THAT COME FROM THE TERC?

10:09AM 7 A.   WELL, THE SCOPE OF WORK ORIGINATED SORT OF IN OUR

10:09AM 8 RECOMMENDATIONS REPORT.  A LOT OF THE STATEMENT OF WORK HERE

10:09AM 9 HAS THE SAME LISTING OF ACTIVITIES THAT CAME FROM THE

10:09AM 10 RECOMMENDATIONS REPORT.  BUT IT REALLY HAD NOTHING TO DO WITH

10:09AM 11 THE UMBRELLA TERC CONTRACT.

10:09AM 12 Q.   COULD YOU TAKE A LOOK AT JX-1240.  CAN YOU TELL US WHAT

10:09AM 13 THIS IS.

10:09AM 14 A.   YEAH, I MENTIONED THAT WE DID A BIG PROPOSAL IN THE YEAR

10:09AM 15 2000, AND THIS IS IT, AFTER IT HAD BEEN REVISED BASED ON

10:09AM 16 NEGOTIATING WITH THE CORPS.  SO THIS PROPOSAL HAD OUR ENTIRE

10:09AM 17 COST ESTIMATE AND ALL OUR ASSUMPTIONS AND BASIS OF THAT COST

10:09AM 18 ESTIMATE AS WELL AS SCHEDULE AND OUR SUBCONTRACTING PLAN TO DO

10:09AM 19 THE WORK IN THE FIELD.

10:09AM 20 Q.   DID THIS PROPOSAL INCLUDE ALL THE START-TO-FINISH TASKS

10:10AM 21 THAT YOU -- THAT WE HAD PREVIOUSLY DISCUSSED THAT WERE IN THE

10:10AM 22 RECOMMENDATION REPORT?

10:10AM 23 A.   YES.

10:10AM 24 Q.   ARE THE INDIVIDUAL PERSONNEL NECESSARY TO DO THAT WORK

10:10AM 25 DETAILED IN THIS PROPOSAL?

**HOURLY TRANSCRIPT**

10:10AM 1    A.   YES.  IN THE SECTION 5, "COST PROPOSAL," WE HAD

10:10AM 2    SPREADSHEETS THAT ESTIMATED COSTS BY TASK, AND I THINK THERE

10:10AM 3    WERE, WHAT, 16 DIFFERENT TASKS.  AND THEN WE ALSO HAD A ROLLUP

10:10AM 4    SHEET THAT SHOWS ALL THE STAFFING FOR ALL THE TASKS ON ONE

10:10AM 5    CONSOLIDATED SHEET.

10:10AM 6    Q.   IS THAT ROLLUP SHEET THAT YOU JUST REFERRED TO AS

10:10AM 7    JX-1240-0043?

10:10AM 8    A.   YES.  THAT'S IT.

10:10AM 9    Q.   AND IN THE TOP PART OF THAT DOCUMENT UNDER THE HEADING

10:11AM 10   "PROJECT SUPPORT LABOR," IT LOOKS LIKE THERE IS A PROJECT

10:11AM 11   ENGINEER ASSIGNED TO THIS TEAM.  WHAT WAS THE PLANNED ROLE FOR

10:11AM 12   THE PROJECT ENGINEER LISTED HERE?

10:11AM 13   A.   WELL, THIS IS PROJECT SUPPORT LABOR, AS IN HOME OFFICE

10:11AM 14   SUPPORT.  SO THIS WAS MY TEAM IN DENVER.  AND WE HAD A SORT OF

10:11AM 15   A JUNIOR ENVIRONMENTAL ENGINEER THAT WE PRICED FOR 2200 HOURS.

10:11AM 16   AND THAT WAS TO PROVIDE ANY SUPPORT FROM THE OFFICE AS NEEDED

10:11AM 17   IN CASE THE FIELD NEEDED MORE TECHNICAL SUPPORT.

10:11AM 18        BELOW THAT PART, YOU CAN SEE THE FIELD LABOR, AND

10:11AM 19   THOSE WERE ACTUAL PEOPLE ASSIGNED FULL TIME TO THE PROJECT DOWN

10:11AM 20   IN THE FIELD LABOR PART.

10:11AM 21   Q.   AND THOSE HOURS THAT YOU JUST REFERENCED WERE GOING TO BE

10:11AM 22   SPREAD OUT OVER THE ENTIRE LIFE OF THE CONTRACT, CORRECT?

10:11AM 23   A.   YES.

10:11AM 24   Q.   WHO IS THE SPECIFIC PROJECT ENGINEER THAT YOU HAD IN MIND

10:11AM 25   WHEN YOU PUT THIS PROJECT ENGINEER ON THE TABLE?

**HOURLY TRANSCRIPT**

10:12AM 1    A.   IT IS A WOMAN NAMED KAREN MORRISON.

10:12AM 2    Q.   IS SHE REFERENCED SPECIFICALLY IN THIS DOCUMENT?

10:12AM 3    A.   YES.   THERE IS ANOTHER SHEET FURTHER BACK THAT KIND OF

10:12AM 4    ITEMIZED THE HOME OFFICE, THE BASIS OF THE HOME OFFICE SUPPORT

10:12AM 5    ESTIMATE.   IT'S ON PAGE JX-01240-0054.

10:12AM 6    Q.   AND WHO IS THE PERSON DESIGNATED AS THE PROJECT ENGINEER

10:12AM 7    ON THIS TABLE?

10:12AM 8    A.   THE THIRD POSITION LISTED, MORRISON.

10:12AM 9    Q.   AND WAS SHE -- WAS MS. MORRISON A GEOTECHNICAL ENGINEER?

10:13AM 10   A.   NO, SHE WASN'T.

10:13AM 11   Q.   WAS SHE A LICENSED PROFESSIONAL ENGINEER?

10:13AM 12   A.   NO.

10:13AM 13   Q.   DID YOU INCLUDE ANY GEOTECHNICAL ENGINEERS IN THIS

10:13AM 14   PROPOSAL?

10:13AM 15   A.   NO, WE DIDN'T.

10:13AM 16   Q.   AND DOES WASHINGTON GROUP EMPLOY GEOTECHNICAL ENGINEERS?

10:13AM 17   A.   YES.

10:13AM 18   Q.   WHY DIDN'T YOU USE ANY OF THEM IN CONNECTION WITH TASK

10:13AM 19   ORDER 26?

10:13AM 20   A.   BECAUSE AS A REMEDIATION JOB, WE FELT OUR SCOPE WAS TO DO

10:13AM 21   THE DEMOLITION AND REMOVAL OF MATERIALS.   IT DIDN'T INVOLVE ANY

10:13AM 22   GEOTECHNICAL ANALYSIS OR DESIGN ENGINEERING WORK.

10:13AM 23   Q.   IN YOUR EXPERIENCE AS THE PROGRAM MANAGER FOR THE TULSA

10:13AM 24   TERC, DID THE CORPS EVER QUESTION THE STAFFING THAT YOU HAD

10:13AM 25   PROPOSED IN YOUR PROPOSALS?

**HOURLY TRANSCRIPT**

10:13AM   1   A.   ON THIS PROJECT OR ON OTHERS?

10:13AM   2   Q.   IN YOUR EXPERIENCE --

10:13AM   3   A.   YES.

10:13AM   4   Q.   -- ON THE TULSA TERC?

10:13AM   5   A.   YEAH.   THEY DID.   IN CERTAIN OCCASIONS, THEY WOULD ASK US

10:14AM   6   TO REMOVE PEOPLE THAT WE HAD PROPOSED.

10:14AM   7   Q.   IF YOU HAD INCLUDED A GEOTECHNICAL ENGINEER IN THIS

10:14AM   8   PROPOSAL, WHAT DO YOU THINK THE CORPS WOULD HAVE DONE?

10:14AM   9        MR. DUDENHEFER:   I'M GOING TO OBJECT.   THAT'S

10:14AM  10   LEADING, YOUR HONOR.

10:14AM  11        THE COURT:   SUSTAINED.   SUSTAINED.

10:14AM  12                          EXAMINATION

10:14AM  13   BY MS. WAGER-ZITO:

10:14AM  14   Q.   DID THE CORPS ACCEPT WASHINGTON GROUP'S PROPOSAL IN

10:14AM  15   CONNECTION WITH DOING THE ACTUAL WORK FOR THE REMEDIATION OF

10:14AM  16   THE EBIA?

10:14AM  17   A.   YES.   THIS WAS THE BASIS OF THE MODIFICATION WE LOOKED AT

10:14AM  18   A MINUTE AGO THAT WAS MODIFICATION NUMBER 5 IN TASK ORDER 26,

10:14AM  19   SO.

10:14AM  20   Q.   MR. ROE, WHEN DID THE ACTUAL BOOTS ON THE GROUND WORK

10:14AM  21   BEGIN ON TASK ORDER 26?

10:14AM  22   A.   IN FEBRUARY OF 2001.

10:14AM  23   Q.   WHAT HAPPENED AT THAT TIME?

10:14AM  24   A.   WELL, SLIGHTLY BEFORE THAT, WE MOBILIZED SOME TRAILERS AND

10:14AM  25   FENCING TO CONTROL THE SITE ACCESS.

                              **HOURLY TRANSCRIPT**

10:14AM 1          BEFORE WE ACTUALLY STARTED ANY OF THE ACTUAL FIELD

10:15AM 2    WORK ON THE SITE INVOLVED WITH THE DEMOLITION OR REMEDIATION,

10:15AM 3    WE HAD A PRECONSTRUCTION MEETING THERE IN OFFICE TRAILERS AT

10:15AM 4    THE SITE IN FEBRUARY, AND THEN WE STARTED WORK SHORTLY AFTER

10:15AM 5    THAT.

10:15AM 6    Q.   WHAT WAS THE PURPOSE OF THE PRECONSTRUCTION MEETING?

10:15AM 7    A.   BASICALLY, TO GET ALIGNMENT BETWEEN THE CONTRACTOR AND THE

10:15AM 8    CORPS OF ENGINEERS.  SO IT WAS A BIG MEETING WITH TULSA CORPS

10:15AM 9    PEOPLE, NEW ORLEANS CORPS PEOPLE, AND WGI FOLKS, BOTH FROM

10:15AM 10   DENVER AND NEW ORLEANS.

10:15AM 11   Q.   CAN YOU TAKE A LOOK AT JX-1646.

10:15AM 12   A.   YES.

10:15AM 13   Q.   CAN YOU TELL THE COURT WHAT THIS IS.

10:15AM 14   A.   THESE ARE THE MEETING MINUTES ISSUED BY JIM MONTAGUT AFTER

10:15AM 15   THE PRECONSTRUCTION MEETING.

10:15AM 16   Q.   CAN YOU TELL THE COURT WHAT OCCURRED AT THE

10:16AM 17   PRECONSTRUCTION MEETING?

10:16AM 18   A.   OH, WHAT OCCURRED?  WE KIND OF DID A RUNDOWN OF THE WORK

10:16AM 19   THAT HAD BEEN PERFORMED BEFORE, JIM MONTEGUT DID, KIND OF A

10:16AM 20   BACKGROUND OF WHAT WE HAD BEEN DOING IN THE YEAR AND A HALF OR

10:16AM 21   TWO YEARS UP TO THIS POINT IN THE PLANNING PHASE.

10:16AM 22          THEN, IT GOT INTO WHAT WE'RE GOING TO DO, THE MAJOR

10:16AM 23   PHASES OF WORK THAT WOULD BE DONE DURING THE FIELD WORK PHASE.

10:16AM 24          THEN, VARIOUS PEOPLE TALKED ABOUT WHAT THEY THOUGHT

10:16AM 25   THE KEY ISSUES WERE AND THINGS THAT WE NEEDED TO BE AWARE OF

10:16AM 1   DURING THE COURSE OF DOING THE PROJECT.

10:16AM 2   Q.   IF YOU LOOK AT THE -- THERE IS AN ATTENDANCE LIST ON THE

10:16AM 3   FIRST PAGE OF THIS DOCUMENT, AND ONE OF THE PEOPLE IN

10:16AM 4   ATTENDANCE WAS JOE DICHARRY.  DO YOU KNOW WHO IS HE IS?

10:16AM 5   A.   YES, HE WAS THE PROJECT DIRECTOR OF THE ENTIRE IHNC

10:17AM 6   NAVIGATION PROJECT, OF WHICH OUR WORK WAS JUST A SMALL, INITIAL

10:17AM 7   FIRST STEP OF GETTING THE SITE CLEANED UP SO THEY COULD WIDEN

10:17AM 8   OUT THE CHANNEL.

10:17AM 9   Q.   IF YOU LOOK AT THE REST OF THE PEOPLE LISTED HERE, WERE

10:17AM 10  THEY ALL PEOPLE WHO WERE ACTUALLY GOING TO BE WORKING ON TASK

10:17AM 11  ORDER 26, OR WERE THERE SOME OTHER PEOPLE INVOLVED AS WELL?

10:17AM 12  A.   WELL, REALLY, ABOUT HALF THE PEOPLE ON THIS LIST WERE

10:17AM 13  PEOPLE WHO WERE GOING TO BE WORKING ON THE PROJECT IN

10:17AM 14  NEW ORLEANS, EITHER CORPS, WGI OR MMG FOLKS.

10:17AM 15        THEN, BEYOND THAT, MOST OF THE OTHERS WERE MANAGERS

10:17AM 16  FROM TULSA DISTRICT, NEW ORLEANS DISTRICT OR WGI DENVER.

10:17AM 17  Q.   IF YOU COULD TAKE LOOK AT JX-01646-0002.  YOU MENTIONED

10:17AM 18  THAT THERE WAS A DISCUSSION OF THE MAJOR PHASES OF THE WORK

10:18AM 19  PROJECT.  WAS THERE ANY DISCUSSION ABOUT THE LEVEES AND

10:18AM 20  FLOODWALLS IN CONNECTION WITH THE MAJOR PHASES OF THE WORK

10:18AM 21  PROJECT?

10:18AM 22  A.   NO, BECAUSE WE WEREN'T TO BE WORKING ON THE LEVEES OR

10:18AM 23  FLOODWALLS.

10:18AM 24  Q.   THEN, IF YOU COULD TURN TO JX-01646-0007.  THERE IS A

10:18AM 25  SUMMARY THERE OF THE MAJOR POINTS THAT WERE DISCUSSED AT THIS

**HOURLY TRANSCRIPT**

10:18AM 1    MEETING.  WAS THERE ANY DISCUSSION THERE ABOUT THE LEVEES AND

10:18AM 2    THE FLOODWALLS?

10:18AM 3    A.   NO.

10:18AM 4            MS. WAGER-ZITO:  THAT'S ALL I HAVE, YOUR HONOR.

10:18AM 5            THE COURT:  THANK YOU, COUNSEL.

10:18AM 6            MR. DUDENHEFER:  WOULD YOUR HONOR LIKE TO TAKE A

10:18AM 7    BREAK, OR WOULD YOU LIKE ME TO START?  I'LL PROBABLY BE A HALF

10:18AM 8    HOUR.

10:18AM 9            THE COURT:  WHY DON'T WE TRY TO GET THROUGH YOUR

10:19AM 10   QUESTIONING, AND THEN WE'LL TAKE A BREAK.

10:19AM 11            BUT WE'RE NOT GOING TO 8:30 TONIGHT.  I WANT THE

10:19AM 12   COURT TO BE SEMI-COGENT.

10:19AM 13            YOU MAY PROCEED, SIR.

10:19AM 14            MR. DUDENHEFER:  THANK YOU, YOUR HONOR.

10:19AM 15                        CROSS-EXAMINATION

10:19AM 16   BY MR. DUDENHEFER:

10:19AM 17   Q.   MR. ROE, GOOD MORNING.

10:19AM 18   A.   GOOD MORNING.

10:19AM 19   Q.   MY NAME IS FRANK DUDENHEFER.  I'M AN ATTORNEY.  I

10:19AM 20   REPRESENT CERTAIN OF THE PLAINTIFF INTERESTS.

10:19AM 21            I WAS NOT AT YOUR DEPOSITION, BUT I DO WANT TO CLEAR

10:19AM 22   UP ONE THING.  AT THE TIME OF YOUR DEPOSITION, YOU WERE, IN

10:19AM 23   FACT, TENDERED AS A 30(B)(6) WITNESS FOR THE WASHINGTON GROUP

10:20AM 24   INTERNATIONAL IN CONNECTION WITH TASK ORDER 26 AND THE WGI

10:20AM 25   PROJECT; IS THAT CORRECT?

                            **HOURLY TRANSCRIPT**

10:20AM 1    A.    THAT'S CORRECT.

10:20AM 2    Q.    SO THAT THE TESTIMONY THAT WE MAY DISCUSS IN YOUR

10:20AM 3    DEPOSITION WAS NOT ONLY YOUR PERSONAL RECOLLECTIONS, BUT YOU DO

10:20AM 4    AGREE WITH ME IT WAS TESTIMONY THAT YOU OFFERED ON BEHALF YOUR

10:20AM 5    EMPLOYER, WGI?

10:20AM 6    A.    THAT'S RIGHT.

10:20AM 7    Q.    I WON'T HAVE TO MAKE THAT POINT EACH TIME WE -- IF AND

10:20AM 8    WHEN WE DO GET TO YOUR DEPOSITION, I WON'T HAVE TO MAKE THAT

10:20AM 9    POINT EACH AND EVERY TIME.

10:20AM 10         SIR, I'LL START WITH USING THE BINDER THAT YOU HAVE

10:20AM 11    IN FRONT OF YOU.   I'LL DIRECT YOU TO -- WELL, LET'S SEE.

10:20AM 12         (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THERE

10:20AM 13    WAS AN OFF-THE-RECORD DISCUSSION CONCERNING DOCUMENT

10:20AM 14    LOGISTICS.)

10:20AM 15         MR. DUDENHEFER:  WOULD YOU CALL UP 007, PAGE 379.

10:20AM 16    I'M SORRY, 2701-3.

10:21AM 17         THE WITNESS:  2701, PAGE 3?

10:21AM 18                  EXAMINATION

10:21AM 19    BY MR. DUDENHEFER:

10:21AM 20    Q.    YES, SIR.

10:21AM 21    A.    ALL RIGHT.

10:21AM 22    Q.    THAT'S A DX.

10:21AM 23         (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THERE

10:21AM 24    WAS AN OFF-THE-RECORD DISCUSSION CONCERNING DOCUMENT

10:21AM 25    LOGISTICS.)

**HOURLY TRANSCRIPT**

10:21AM 1          MR. DUDENHEFER:  COULD YOU CALL UP PLEASE DX-02701,

10:21AM 2     AND GO TO PAGE 3.

10:21AM 3               YOUR HONOR, TO MOVE THIS ALONG, MAYBE I'LL JUST

10:21AM 4     DEAL WITH THIS THE OLD FASHIONED WAY.  LET'S SEE HOW THAT

10:21AM 5     WORKS, WITHOUT TRYING TO GOING TO THE SLIDE.

10:21AM 6          THE COURT:  ALL RIGHT.

10:21AM 7                    EXAMINATION

10:21AM 8     BY MR. DUDENHEFER:

10:21AM 9     Q.   MR. ROE, YOU'VE TURNED NOW TO PAGE 3 OF DX-2701?

10:22AM 10    A.   YES.

10:22AM 11    Q.   YOU WOULD AGREE WITH ME, SIR, THAT THE INITIAL WORK WAS

10:22AM 12    FOR A DEMOLITION AND SITE PREPARATION FOR THE INNER HARBOR

10:22AM 13    NAVIGATION CANAL; IS THAT CORRECT?

10:22AM 14    A.   YES --

10:22AM 15    Q.   I'M LOOKING AT THE THIRD LINE.

10:22AM 16    A.   RIGHT.  THAT WAS NOT ONLY THE INITIAL WORK, THAT WAS THE

10:22AM 17    WORK FOR THE FIELD PHASE AS WELL.

10:22AM 18    Q.   UNDERSTOOD.  THAT CONTEMPLATED BOTH THE REMEDIATION AND,

10:22AM 19    ULTIMATELY, YOU KNEW, FROM YOUR CONVERSATIONS WITH THE CORPS OF

10:22AM 20    ENGINEERS, THAT ULTIMATELY THIS WAS TO BE A SITE PREPARATION IN

10:22AM 21    ANTICIPATION OF DREDGING FOR THE NEW CANAL.

10:22AM 22    A.   THAT'S CORRECT.

10:22AM 23    Q.   SO YOU UNDERSTOOD THAT THAT WAS GOING TO BE A LARGE SCOPE

10:22AM 24    OF WORK DONE IN LITTLE BITTY PIECES, PARTIALLY BECAUSE OF CORPS

10:22AM 25    FUNDING ISSUES; IS THAT A FAIR STATEMENT?

**HOURLY TRANSCRIPT**

10:22AM 1    A.   YES.

10:22AM 2                THE COURT:  IT DID COME UP, SIR.

10:22AM 3                MR. DUDENHEFER:  THANK YOU VERY MUCH.

10:22AM 4                          EXAMINATION

10:23AM 5    BY MR. DUDENHEFER:

10:23AM 6    Q.   TO UNDERSTAND, THIS WAS NOT THE CORPS OF ENGINEERS TELLING

10:23AM 7    WASHINGTON GROUP WHAT TO DO, AND ONLY WHAT WASHINGTON GROUP

10:23AM 8    COULD DO IN RESPONSE TO THEIR INITIAL REQUEST?

10:23AM 9    A.   THE INITIAL REQUEST PROVIDED A STATEMENT OF WORK THAT DID

10:23AM 10   PRETTY MUCH TELL US WHAT WE WERE SUPPOSED TO DO AS FAR AS THAT

10:23AM 11   FIRST PHASE TO DEVELOP THE RECOMMENDATIONS REPORT; BUT, IN

10:23AM 12   GENERAL TERMS, YES.

10:23AM 13   Q.   IT DIDN'T LIMIT YOU, THOUGH, FROM EXERCISING

10:23AM 14   WASHINGTON GROUP INTERNATIONAL'S VAST ENGINEERING RESOURCES IN

10:23AM 15   TERMS OF EVALUATING THE PROPOSAL AND WHAT MIGHT BE NECESSARY TO

10:23AM 16   INCLUDE?

10:23AM 17   A.   NO, NOT NECESSARILY.

10:23AM 18   Q.   YOU WERE PERFECTLY FREE IN THIS COLLABORATIVE EFFORT TO

10:23AM 19   RECOMMEND ANY ENGINEERING SERVICES YOU THOUGHT MIGHT BE

10:23AM 20   APPROPRIATE TO THE CORPS IN CONNECTION WITH THIS PROJECT?

10:23AM 21   A.   WELL, IN CONNECTION WITH THE SCOPE THAT THEY ASKED US TO

10:24AM 22   DO, YES.  THAT WOULD BE THE DEMOLITION AND REMEDIATION PART OF

10:24AM 23   THE JOB.

10:24AM 24   Q.   ARE YOU SAYING, SIR, THAT YOU COULD NOT LOOK AT ANY OTHER

10:24AM 25   ASPECT OF THE JOB EXCEPT THAT IN TERMS OF MAKING

                          **HOURLY TRANSCRIPT**

10:24AM  1    RECOMMENDATIONS?

10:24AM  2    A.   WELL, WE PROBABLY COULD HAVE MADE OTHER RECOMMENDATIONS,

10:24AM  3    BUT IT MIGHT HAVE BEEN OUTSIDE OF THE SCOPE OF WHAT WE WERE

10:24AM  4    TASKED TO DO, AND I DON'T KNOW WHY WE WOULD HAVE DONE THAT.

10:24AM  5    Q.   MAYBE BECAUSE, SIR, IF I RECALL YOUR DEPOSITION, YOU

10:24AM  6    TALKED ABOUT THAT YOU HAVE AN INTEREST IN BILLING, AND THAT'S

10:24AM  7    CERTAINLY A PLAUSIBLE AND LAUDABLE REASON.

10:24AM  8         ISN'T IT AN ECONOMIC OPPORTUNITY TO SUGGEST TO THE

10:24AM  9    CORPS OF ENGINEERS OTHER WORK THAT MIGHT BE RELATIVE TO THIS

10:24AM 10    PROJECT THAT WASHINGTON GROUP WOULD BRING IN TO BEAR BECAUSE OF

10:24AM 11    ITS EXPERIENCE IN CANALS, IRRIGATION CANALS AND THE HOOVER DAM?

10:24AM 12    A.   ARE YOU TALKING ABOUT BASICALLY CONVERSING WITH THE CORPS

10:24AM 13    OR IN PROVIDING A RESPONSE TO THEIR PROPOSAL?

10:24AM 14    Q.   WELL, SIR, INITIALLY, YOU HAD CONVERSATIONS WITH THE

10:25AM 15    CORPS; DID YOU NOT?

10:25AM 16    A.   YES.

10:25AM 17    Q.   YOU WALKED THE SITE, CORRECT?

10:25AM 18    A.   RIGHT.

10:25AM 19    Q.   YOU KNEW THAT THERE WAS A MAJOR NAVIGATION CHANNEL LINKING

10:25AM 20    THE MISSISSIPPI RIVER WITH LAKE PONTCHARTRAIN; YOU UNDERSTOOD

10:25AM 21    THAT, DIDN'T YOU?

10:25AM 22    A.   YES.

10:25AM 23    Q.   YOU UNDERSTOOD THAT THERE WAS A LEVEE, DID YOU NOT?

10:25AM 24    A.   YES.

10:25AM 25    Q.   YOU UNDERSTOOD THAT THERE WAS A FLOODWALL, CORRECT?

**HOURLY TRANSCRIPT**

10:25AM 1    A.    CORRECT.

10:25AM 2    Q.    YOU UNDERSTOOD IN THE SOUTHERN PART OF THE UNITED STATES

10:25AM 3    THAT FLOODWALLS AND LEVEE WERE VERY IMPORTANT IN CONTAINING

10:25AM 4    WATERS WITHIN THEIR CHANNELS, CORRECT?

10:25AM 5    A.    YES --

10:25AM 6    Q.    YOU --

10:25AM 7    A.    -- IN A GENERAL SENSE.

10:25AM 8    Q.    PARDON ME.  I DIDN'T MEAN TO SPEAK OVER YOU.

10:25AM 9    A.    YEAH, I DIDN'T HAVE MUCH EXPERIENCE, AND I DIDN'T ASK A

10:25AM 10   WHOLE LOT OF QUESTIONS ABOUT FLOOD CONTROL AND -- YOU KNOW.

10:25AM 11         SO YES, IN GENERAL, I UNDERSTOOD THE IMPORTANCE.  I

10:25AM 12   UNDERSTAND YOU GOT A VAST POPULATION LIVING AT OR BELOW SEA

10:25AM 13   LEVEL HERE, SO CERTAINLY.

10:25AM 14   Q.    AND YOU WERE TAKING THE LEAD FOR WGI IN THIS PROJECT AT

10:25AM 15   THAT WALK-THROUGH, CORRECT?

10:25AM 16   A.    YES.

10:25AM 17   Q.    THE PROJECT ITSELF BEGAN AT THE FLOODWALL, DID IT NOT, AND

10:26AM 18   EXTENDED INTO THE EBIA?

10:26AM 19   A.    YEAH, EITHER WAY YOU WANT TO LOOK AT IT.  OR IT BEGAN AT

10:26AM 20   THE CANAL AND EXTENDED UP TO WITHIN 15 FEET OR WHATEVER OF THE

10:26AM 21   TOE OF THE FLOODWALL, WHERE WE INSTALLED OUR FENCE.

10:26AM 22   Q.    IS IT FAIR STATEMENT THAT WHEN YOU CAME AWAY FROM YOUR

10:26AM 23   FIRST SITE MEETING, YOUR IMPRESSION OF THE LEVEE WAS THAT IT

10:26AM 24   WOULD MAKE A GOOD GEOGRAPHICAL BOUNDARY TO ISOLATE THE PROJECT

10:26AM 25   FROM THE NEIGHBORHOOD?

**HOURLY TRANSCRIPT**

10:26AM 1    A.   YEAH, IT WAS PART OF THE LIMIT OF OUR SITE.  IT PROVIDED A

10:26AM 2    PREEXISTING BOUNDARY.  BUT THEN WE PUT IN ANOTHER BOUNDARY,

10:26AM 3    BEING THE FENCE, TO SEPARATE OUR WORK FROM THE FLOODWALL.

10:26AM 4    Q.   WHERE WAS THAT FENCE PLACED?

10:26AM 5    A.   MY UNDERSTANDING, IT WAS ABOUT 15 FEET AND RAN PARALLEL TO

10:26AM 6    THE TOE OF THE FLOODWALL, ABOUT 15 FEET AWAY FROM THE TOE.

10:26AM 7    Q.   IT WAS ON THE LEVEE, THOUGH?

10:26AM 8    A.   ON THE -- NO, I THOUGHT IT WAS --

10:26AM 9    Q.   ON THE TOE OF THE LEVEE?

10:26AM 10   A.   I THOUGHT IT WAS OFF THE LEVEE, ON THE FLAT PART, BETWEEN

10:27AM 11   THE SUREKOTE ROAD AND THE BEGINNING OF THE LEVEE.

10:27AM 12   Q.   AT ANY TIME DID YOU ASK -- STRIKE THAT.

10:27AM 13        YOU RECOGNIZE THAT THE CORPS OF ENGINEERS WERE THE

10:27AM 14   MAJOR -- ARE THE MOST IMPORTANT BUILDER OF LEVEES AND FLOOD

10:27AM 15   CONTROL STRUCTURES IN THE UNITED STATES.  YOU UNDERSTOOD THAT,

10:27AM 16   DIDN'T YOU?

10:27AM 17   A.   YEAH.  I PROBABLY DID.

10:27AM 18   Q.   WELL, YOU'VE BEEN DOING BUSINESS WITH THEM FOR SOME TIME.

10:27AM 19   A.   SURE.

10:27AM 20   Q.   LET ME ASK YOU THIS QUESTION, WHEN YOU WERE OUT THERE WITH

10:27AM 21   FROM MR. GUILLORY HE'S FROM THE CORPS OF ENGINEERS, DID YOU ASK

10:27AM 22   HIM ANY QUESTIONS AT ALL, SIR, ABOUT WHAT LIMITATIONS THERE

10:27AM 23   WERE WORKING IN PROXIMITY TO THE FLOOD WALL IN THE LEVEE ALONG

10:27AM 24   THE EBIA?

10:27AM 25   A.   I DON'T RECALL.  WHAT, THAT WAS 13 YEARS AGO.  I DON'T

**HOURLY TRANSCRIPT**

10:27AM 1   KNOW IF I DID OR NOT.

10:27AM 2   Q.   YOU RECALL NONE OF THOSE CONVERSATIONS?

10:27AM 3   A.   NO.

10:27AM 4   Q.   IF I SUGGESTED -- WE'LL COME BACK TO THAT.

10:27AM 5        IT'S CERTAINLY UNDERSTOOD THAT TO THE EXTENT THAT

10:28AM 6   GEOTECHNICAL ENGINEERING WOULD BE REQUIRED OF THE CORPS IN THIS

10:28AM 7   PROJECT, WGI HAD THE TECHNICAL RESOURCES TO PROVIDE THAT,

10:28AM 8   CORRECT?

10:28AM 9   A.   WE HAD -- YES, WE HAD GEOTECHNICAL RESOURCES; NOT IN MY

10:28AM 10  OFFICE IN DENVER, BUT WE HAD THEM WITHIN THE COMPANY.  BUT, YOU

10:28AM 11  KNOW, WE CERTAINLY FELT LIKE OUR EXPERTISE ON FLOOD AND LEVEE

10:28AM 12  CONTROL WOULDN'T REALLY MATCH WHAT THE CORPS DOES, BECAUSE, YOU

10:28AM 13  KNOW, THEY ARE THE GUYS THAT DESIGN THE SYSTEMS.

10:28AM 14  Q.   DID YOU EVER GO TO ANYBODY IN THE GEOTECHNICAL ENGINEERING

10:28AM 15  GROUP OF WGI, ADVISE THEM OF THE PROJECT, AND IF ASK IF THERE

10:29AM 16  WERE ANY CONCERNS THAT YOU OUGHT TO TAKE INTO ACCOUNT IN

10:29AM 17  CONNECTION WITH THE DESIGN OF THIS PROJECT?

10:29AM 18  A.   NO, I DIDN'T.

10:29AM 19  Q.   UNDER THE TERC AGREEMENT, YOU WOULD ALLOW THAT TO THE

10:29AM 20  EXTENT THAT ANY ENGINEERING SERVICES THAT MIGHT BE NEEDED COULD

10:29AM 21  BE PROVIDED UNDER THE TERMS OF THE TERC AGREEMENT, CORRECT?

10:29AM 22  A.   YES.  CORRECT.

10:29AM 23  Q.   THAT COULD COME AT THE SUGGESTION OF EITHER WGI OR THE

10:29AM 24  REQUEST OF THE CORPS; EITHER PARTY COULD SUGGEST THE NEED FOR

10:29AM 25  CERTAIN ENGINEERING SERVICES IF THEY RECOGNIZED A PROBLEM OR AN

**HOURLY TRANSCRIPT**

10:29AM 1    ISSUE?

10:29AM 2    A.   YES.

10:29AM 3    Q.   SO, TO THE EXTENT THAT EITHER WGI OR THE CORPS OF

10:29AM 4    ENGINEERS RECOGNIZED AN ISSUE THAT INVOLVED GEOTECHNICAL

10:30AM 5    SCIENCE, THE ENGINEERING SERVICES WERE AVAILABLE FROM WGI UNDER

10:30AM 6    THAT TASK ORDER; IS THAT CORRECT?

10:30AM 7    A.   THAT'S CORRECT.

10:30AM 8    Q.   AT SOME POINT, IN FACT, I THINK MAYBE AT THE VERY END OF

10:30AM 9    YOUR TENURE, THERE BECAME AN ISSUE WITH WATER SEEPAGE AND THE

10:30AM 10   NECESSITY TO BUILD A COFFERDAM, CORRECT, AT ONE OF THE AREAS;

10:30AM 11   DO YOU RECALL THAT IN GENERAL?

10:30AM 12   A.   I HAVE HEARD DISCUSSION ON THAT.  THAT HAPPENED AFTER I

10:30AM 13   LEFT THE PROJECT.

10:30AM 14   Q.   YOU'D AGREE WITH ME THAT GEOTECHNICAL ENGINEERING ADVICE

10:30AM 15   WAS BROUGHT TO BEAR ON THAT PARTICULAR ISSUE, WOULD YOU NOT?

10:30AM 16   A.   WELL, I KNOW THAT WE -- OR OUR SUBCONTRACTOR RETAINED A

10:30AM 17   LOUISIANA LICENSED ENGINEER TO HELP US WITH THE COFFERDAM.

10:30AM 18   THAT'S WHAT I'VE BEEN TOLD.  I WASN'T THERE.  I WAS OFF THE JOB

10:30AM 19   BY THEN.

10:30AM 20            I DON'T KNOW IF THAT WAS A GEOTECHNICAL, STRUCTURAL,

10:30AM 21   I DON'T KNOW WHAT TYPE OF ENGINEER THAT WAS.

10:30AM 22   Q.   BUT TO THE EXTENT THAT ANY GEOTECHNICAL ENGINEERING WOULD

10:31AM 23   BE NECESSARY AS A PRECURSOR TO THAT COFFERDAM CONSTRUCTION,

10:31AM 24   THAT WAS AVAILABLE AND COULD BE PROVIDED UNDER THE TASK ORDER

10:31AM 25   IN THE TERC, CORRECT?

**HOURLY TRANSCRIPT**

10:31AM 1        MS. WAGER-ZITO:  OBJECTION, YOUR HONOR.  HE JUST

10:31AM 2   TESTIFIED THAT HE WASN'T THERE AT THE TIME, AND HE DOESN'T KNOW

10:31AM 3   EXACTLY WHAT HAPPENED.  SO IT WOULD BE SPECULATION ON HIS PART

10:31AM 4   TO HAVE TO ANSWER MORE QUESTIONS ON THIS.

10:31AM 5        THE COURT:  ANY RESPONSE, COUNSEL?

10:31AM 6        MR. DUDENHEFER:  I THINK I SAID TO THE EXTENT IT WAS

10:31AM 7   NECESSARY UNDER THE TERMS OF THE ORDER.  I DIDN'T SAY IT WAS OR

10:31AM 8   IT WAS NOT.  I SAID TO THE EXTENT IT WAS NECESSARY.

10:31AM 9        THE COURT:  FORGIVE ME, WOULD YOU REMIND REPEATING

10:31AM 10  THE QUESTION, SIR?

10:31AM 11       MR. DUDENHEFER:  CERTAINLY, YOUR HONOR.

10:31AM 12        TO THE EXTENT -- WHEN THE COFFERDAM ISSUE WAS

10:31AM 13  BEING DISCUSSED, TO THE EXTENT THAT ANY GEOTECHNICAL

10:31AM 14  ENGINEERING WOULD BE NECESSARY, INPUT WOULD BE NECESSARY, UNDER

10:31AM 15  THE TERMS OF THE TERC ORDER AND THE TASK ORDER, WGI COULD HAVE

10:31AM 16  PROVIDED THAT TO THE CORPS, CORRECT.

10:31AM 17       THE COURT:  I'M GOING TO ALLOW THE QUESTION.

10:31AM 18       THE WITNESS:  YES, I THINK, UNDER THE TERMS OF THE

10:31AM 19  CORPS, NOW, THEN, IT WOULD HAVE DEFAULTED, DO WE HAVE A

10:31AM 20  QUALIFIED LOUISIANA PROFESSIONAL ENGINEER TO DO THAT SORT OF

10:32AM 21  THING OR -- AND, YOU KNOW, WE DON'T HAVE AN OFFICE IN THE

10:32AM 22  STATE, SO.

10:32AM 23        BUT THE CORPS -- I MEAN, THE TERC CONTRACT WOULD

10:32AM 24  NOT HAVE PRECLUDED THAT.

10:32AM 25                    EXAMINATION

                        **HOURLY TRANSCRIPT**

10:32AM 1    BY MR. DUDENHEFER:

10:32AM 2    Q.   OF COURSE, YOUR TERC CONTRACT ALLOWS YOU TO RETAIN

10:32AM 3    SUBCONTRACTORS, AS YOU DID WITH MR. LOWE --

10:32AM 4    A.   YEAH, RIGHT.   SO WE ACCESSED THAT THROUGH A SUBCONTRACTOR.

10:32AM 5    THAT'S CORRECT.

10:32AM 6    Q.   WE'VE ALREADY DISCUSSED, YOU PROVIDE A FULL SUITE OF

10:32AM 7    SERVICE TO THE CORPS?

10:32AM 8    A.   RIGHT.

10:32AM 9    Q.   THAT INCLUDES GEOTECHNICAL ENGINEERING?

10:32AM 10   A.   YES.

10:32AM 11   Q.   YOU WEREN'T TRYING TO EXCLUDE THAT IN YOUR DISCUSSIONS AT

10:32AM 12   ALL, WERE YOU?

10:32AM 13   A.   NO.

10:32AM 14   Q.   DID MORRISON-KNUDSEN OR WGI DECIDE WHAT WAS GOING TO BE

10:33AM 15   CONSIDERED IN THE CONTEXT OF THE POTENTIAL FOR HARM TO PERSONS

10:33AM 16   OR PROPERTY IN THE DISCUSSIONS LEADING UP TO THIS AGREEMENT?

10:33AM 17   A.   YES.   WE -- YOU KNOW, THE REASON I'M KIND OF HESITATING IS

10:33AM 18   YOU'RE SAYING LEADING UP TO THE AGREEMENT.   YOU MEAN WHAT THE

10:33AM 19   TASK ORDER, THE ORIGINAL TASK ORDER.

10:33AM 20   Q.   THE TASK ORDER, YES, SIR.

10:33AM 21   A.   IT WAS MOSTLY AT THAT TIME SCOPING WHAT IT'S GOING TO TAKE

10:33AM 22   TO DO THE INITIAL WORK, YOU KNOW, WHICH WAS THE RECOMMENDATIONS

10:33AM 23   REPORT.

10:33AM 24        SO WE HAD NOT GOTTEN INTO A SERIOUS EVALUATION OF

10:33AM 25   HEALTH AND SAFETY ISSUES AT THAT POINT.   THAT CAME IN LATER

**HOURLY TRANSCRIPT**

10:33AM 1   WHEN WE WERE DOING THE WORK PLANS.

10:33AM 2   Q.   BUT THE POINT BECOMES THAT YOU HAD, AS WGI, THE FIRST

10:33AM 3   RESPONSIBILITY FOR DRAFTING THE WORK PLAN, CORRECT?

10:33AM 4   A.   AS WGI OR AS ME PERSONALLY?

10:34AM 5   Q.   EXCUSE ME?  I DIDN'T HEAR THE LAST.

10:34AM 6   A.   SO YES, WGI HAD THE RESPONSIBILITY FOR DEVELOPING THE WORK

10:34AM 7   PLANS.

10:34AM 8   Q.   SO IT HAD TO MAKE DECISIONS AS TO THE POTENTIAL FOR HARMS

10:34AM 9   TO PERSON OR PROPERTY, CORRECT, IN EVALUATING THIS PROJECT?

10:34AM 10  A.   YES.  IN REGARDS TO OUR DIRECT ACTIVITIES ON THE SITE,

10:34AM 11  HARM TO THE WORKERS AND ALSO IMPACTS TO THE NEIGHBORING

10:34AM 12  COMMUNITY RESULTING FROM THE WORK THAT WE WERE DOING ON THE

10:34AM 13  SITE.

10:34AM 14  Q.   YOU'RE NOT SUGGESTING TO ME, SIR, THAT YOU ONLY LOOK AT

10:34AM 15  ONSITE ISSUES OF SAFETY?

10:34AM 16  A.   NO.  I'M NOT SUGGESTING THAT.

10:34AM 17  Q.   IN FACT, YOU DO -- I'M SORRY, I DIDN'T MEAN TO SPEAK OVER

10:34AM 18  YOU.

10:34AM 19  A.   WE DO LOOK AT OFFSITE IMPACTS, NOISE, DUST, YOU KNOW, AIR

10:34AM 20  POLLUTION, CONTAMINANTS.  WE PROVIDE SECURITY TO KEEP PEOPLE

10:34AM 21  OFF THE SITE, THINGS OF THAT NATURE.  THOSE WERE ADDRESSED IN

10:34AM 22  THE SITE SAFETY AND HEALTH PLAN.

10:34AM 23  Q.   YOU RETAINED A SUBCONTRACTOR, CORRECT, AS I THINK YOU

10:35AM 24  TESTIFIED, BECAUSE OF THEIR UNIQUE KNOWLEDGE OF THE EBIA AND

10:35AM 25  THE COMMUNITY, CORRECT?

**HOURLY TRANSCRIPT**

10:35AM 1     A.   YES.   THAT WAS PART OF THE REASON.

10:35AM 2     Q.   YOU DIDN'T INTEND TO IMPLY IN THAT ANSWER, SIR, DID YOU,

10:35AM 3     THAT, IN FACT, THEY HAD SPECIALIZED KNOWLEDGE AS TO UNDERGROUND

10:35AM 4     SEEPAGE ISSUES AND/OR SOIL ISSUES OF THE EBIA?

10:35AM 5     A.   NO.

10:35AM 6     Q.   IN FACT, YOU HAD NO UNDERSTANDING OF WHAT THEIR KNOWLEDGE

10:35AM 7     WAS WITH RESPECT TO THE SOILS, CORRECT?

10:35AM 8     A.   CORRECT.

10:35AM 9     Q.   I THINK YOU DESCRIBED IN YOUR DEPOSITION THAT IT WAS THE

10:35AM 10    PRACTICE OF WGI NOT TO TURN A BLIND EYE TO SAFETY ISSUES; IS

10:35AM 11    THAT CORRECT?

10:35AM 12    A.   YES.

10:36AM 13    Q.   DID YOU EVER GO TO THE CORPS OF ENGINEERS, AS WGI, AND ASK

10:36AM 14    WHETHER OR NOT THE LIST OF DOCUMENTS AND RELEVANT DOCUMENTS

10:36AM 15    THAT THEY CONSIDERED WAS COMPLETE?

10:36AM 16    A.   NO, I DIDN'T.

10:36AM 17    Q.   DID YOU SEE ONE DOCUMENT IN THAT LIST THAT RELATED TO THE

10:36AM 18    LEVEE, ITS CONSTRUCTION OR ITS SUBSOIL CHARACTERISTICS?

10:36AM 19    A.   NO, I ONLY REVIEWED THE TITLES, BUT I DON'T -- THE TITLES

10:36AM 20    DIDN'T IMPLY, YOU KNOW, DESIGN DOCUMENTATION ON THE LEVEE AND

10:36AM 21    FLOODWALL.

10:36AM 22    Q.   DID YOU EVER ASK ANYONE WITH THE CORPS OF ENGINEERS,

10:36AM 23    SHOULD WE BE CONCERNED ABOUT THE LEVEE, ITS DESIGN AND ITS

10:36AM 24    FOOTING IN TERMS OF THE WORK THAT WE'RE GOING TO DO OUT HERE?

10:36AM 25    A.   NO, I THINK THAT WOULD HAVE BEEN PRESUMPTIVE ON MY PART TO

**HOURLY TRANSCRIPT**

10:36AM 1   QUESTION THEIR DESIGN OF THE LEVEE AND THE FLOODWALL.

10:37AM 2       THEY HAVE THE EXPERTISE ON THAT, NOT WGI.  WE WERE

10:37AM 3   RETAINED TO DO REMEDIATION ON THE SITE, NOT TO EVALUATE

10:37AM 4   FLOOD -- IMPACTS ON THE FLOODWALL.

10:37AM 5   Q.   SIR, THERE IS A DIFFERENCE BETWEEN QUESTIONING SOMEBODY'S

10:37AM 6   JUDGMENT OR ENGINEERING JUDGMENT AND ASKING THEM FOR

10:37AM 7   INFORMATION THAT MAY OR MAY NOT BE RELEVANT TO YOUR PROJECT.

10:37AM 8   A.   WELL, AS A CONTRACTOR, WE WANT TO STAY FOCUSED TO WHAT

10:37AM 9   WE'RE ACTUALLY BEING PAID TO DO.  AS A GOVERNMENT ENTITY, THE

10:37AM 10   CORPS IS TRYING TO BE CONSCIOUS OF THE TAXPAYERS' FUNDS, SO

10:37AM 11   THEY'RE TRYING TO KEEP US FOCUSED.

10:37AM 12       SO, YOU KNOW, THEY DON'T WANT US GOING OUT ON

10:37AM 13   TANGENTS AND ASKING QUESTIONS OR DOING OTHER, YOU KNOW,

10:37AM 14   INVESTIGATIONS THAT WERE NOT CALLED FOR IN THE STATEMENT OF

10:37AM 15   WORK.

10:37AM 16   Q.   LET ME ASK YOU THIS:  WHEN YOU'RE WALKING THE LEVEE WITH

10:37AM 17   MR. GUILLORY, YOU WEREN'T GETTING PAID FOR THAT, WERE YOU?

10:37AM 18   A.   NO.

10:37AM 19   Q.   IN FACT, YOU DIDN'T START ON THE CLOCK, AS YOU WILL, UNTIL

10:37AM 20   SOME POINT LATER ON IN THE PROCESS?

10:38AM 21   A.   THAT'S TRUE.

10:38AM 22   Q.   SO YOU WEREN'T WASTING ANYBODY'S TIME ON TOP OF THE LEVEE

10:38AM 23   ASKING MR. GUILLORY FOR INFORMATION REGARDING HOW THIS WAS

10:38AM 24   BUILT, WHAT PARTICULAR CRITERIA SHOULD WE BE CONCERNED ABOUT?

10:38AM 25   A.   THAT WAS NOT MY BACKGROUND NOR MY MISSION FOR THE VISIT.

10:38AM 1  Q.   ONE OF THE PROJECTS WOULD BE TO REMOVE PILINGS, CORRECT?

10:38AM 2  A.   YES.

10:38AM 3  Q.   AND IF I RECALL CORRECTLY, THE REQUIREMENT OF THE CORPS

10:38AM 4  WOULD BE THAT YOU WOULD LEAVE A 36-FOOT CLEARANCE TO THE BED OF

10:38AM 5  THE CHANNEL TO PERMIT DREDGING; AM I CORRECT?

10:38AM 6  A.   YES.

10:38AM 7  Q.   NOW, THERE WAS SOME QUESTION AS TO WHETHER OR NOT, IF THE

10:38AM 8  PILES WOULD BE LEFT AT THAT 36-FOOT LEVEL, WHAT YOU WOULD DO

10:38AM 9  WITH THEM; BUT, NONETHELESS, YOU UNDERSTOOD THAT YOU WERE

10:39AM 10  PULLING PILES FROM THE EBIA SITE, CORRECT?

10:39AM 11  A.   CORRECT.

10:39AM 12  Q.   YOU UNDERSTOOD THAT AT LEAST YOU WOULD BE PULLING THINGS

10:39AM 13  AT THE DEPTH OF 36 FEET, CORRECT?

10:39AM 14  A.   CORRECT.

10:39AM 15  Q.   WERE THERE NOT THOUSANDS OF PILES INVOLVED IN THIS

10:39AM 16  PROCESS?

10:39AM 17  A.   I DON'T KNOW THE NUMBER.  THERE WERE LOTS, YES.

10:39AM 18  Q.   THERE WERE LOTS.

10:39AM 19  A.   UH-HUH.

10:39AM 20  Q.   I MEAN, WEEKS ON END OF PULLING PILES; CORRECT?

10:39AM 21  A.   CORRECT.

10:39AM 22  Q.   DID IT EVER OCCUR TO WGI THAT IN PULLING ANY OF THESE

10:39AM 23  PILES THAT SOMEHOW THE UNDERGROUND SOIL CONDITIONS MAY BE

10:39AM 24  ADVERSELY AFFECTED?

10:39AM 25  A.   I CAN'T SPEAK FOR THE WHOLE OF WGI.

**HOURLY TRANSCRIPT**

10:39AM 1    Q.   DID YOU EVER RECOGNIZE AS -- DID YOU EVER RECOGNIZE DURING

10:39AM 2    YOUR WORK AND AS THE CORPORATE REPRESENTATIVE OF WGI, THAT THAT

10:39AM 3    MAY, IN FACT, ADVERSELY AFFECT THE SUBSOIL CONDITIONS OF THIS

10:39AM 4    AREA?

10:39AM 5    A.   NO, I PERSONALLY DID NOT.

10:39AM 6    Q.   YOU HAD A RESPONSIBILITY TO REVIEW -- OR WGI HAD A

10:40AM 7    RESPONSIBILITY TO REVIEW ALL TECHNICAL -- I'M SORRY, TO DO A

10:40AM 8    TECHNICAL REVIEW OF SITE DOCUMENTS AT THE IHNC, CORRECT?

10:40AM 9    A.   CORRECT.

10:40AM 10   Q.   THE LEVEE WAS ONSITE, CORRECT?

10:40AM 11   A.   WELL, AGAIN, IF OUR SITE WAS DEFINED BY THE FENCE, NO, THE

10:40AM 12   LEVEE WAS EAST OF OUR SITE.

10:40AM 13   Q.   SIR, THE FENCE IS NOT DESCRIBED IN ANY OF THE DOCUMENTS WE

10:40AM 14   TALKED ABOUT THIS MORNING.  IN POINT OF FACT, THE BOUNDARIES OF

10:40AM 15   YOUR WORK EFFORT WERE THE FLOODWALL INTO THE EBIA OR

10:40AM 16   VICE-VERSA, AS WE AGREED EARLIER?

10:40AM 17   A.   WELL, NOT NECESSARILY.  WE DIDN'T -- I THINK THE LIMIT OF

10:40AM 18   OUR ACTIVITIES WENT TO SUREKOTE ROAD AND NOT ALL THE WAY UP TO

10:41AM 19   THE FLOODWALL --

10:41AM 20   Q.   SIR, I'M NOT MAKING A DISTINCTION AS TO WHERE YOU WORKED.

10:41AM 21   MY QUESTION IS, IN FACT, THE AGREEMENTS SAY THAT THE AREA TO BE

10:41AM 22   ENCOMPASSED BY THIS EFFORT IS THE FLOODWALL TO THE WATER.

10:41AM 23   A.   OKAY.

10:41AM 24   Q.   DID YOU LOOK AT ANY TECHNICAL DOCUMENTS DEALING WITH THE

10:41AM 25   CONSTRUCTION OF THE LEVEE?

**HOURLY TRANSCRIPT**

10:41AM 1    A.   ME PERSONALLY, NO.

10:41AM 2    Q.   WGI.

10:41AM 3    A.   I DON'T KNOW WHETHER JIM BLAZEK OR DENNIS O'CONNOR DID.

10:41AM 4    Q.   LET'S TALK A LITTLE BIT ABOUT SOME PERMITS, IF WE WILL.

10:41AM 5         MS. WAGER-ZITO:  OBJECTION, YOUR HONOR.  PERMITS ARE

10:41AM 6    BEYOND THE SCOPE OF HIS DIRECT EXAMINATION.

10:41AM 7         I KNOW MR. DUDENHEFER IS GOING TO POINT OUT HE

10:41AM 8    DISCUSSED IT AT HIS DEPOSITION, WHICH IS TRUE.  AT THAT POINT

10:41AM 9    IN TIME, HE WAS A 30(B)(6) WITNESS.  HE'S NOT A 30(B)(6)

10:41AM 10   WITNESS HERE.  AND THE PLAINTIFFS HAVE DESIGNATED PAGES AND

10:42AM 11   PAGES AND PAGES FROM HIS DEPOSITION DEALING WITH THE DEPONENT'S

10:42AM 12   TESTIMONY.

10:42AM 13        THE COURT:  THE COURT HAS READ THOSE PAGES.  I'M NOT

10:42AM 14   GOING TO CONFINE RIGIDLY CROSS TO THE SCOPE OF DIRECT IN MY

10:42AM 15   DISCRETION.  I HAVEN'T DONE THAT WITH ANYONE YET.  BUT I AM

10:42AM 16   CONCERNED ABOUT GOING OVER TESTIMONY THAT I'VE READ ALREADY,

10:42AM 17   UNLESS IT'S SOMETHING DIFFERENT.

10:42AM 18        I READ A LOT IN THE DEPOSITIONS ABOUT THE

10:42AM 19   PERMIT, NOT ONLY FROM THIS WITNESS.

10:42AM 20        MR. DUDENHEFER:  I UNDERSTAND, YOUR HONOR.

10:42AM 21        THE COURT:  I UNDERSTAND WHAT IT MEANS IN THE GRAND

10:42AM 22   SCHEME OF THIS CASE, WHETHER THERE WAS OR WASN'T ONE, BUT

10:42AM 23   THAT'S FOR BRIEFING.  BUT IF THERE IS SOMETHING ENLIGHTENING

10:42AM 24   YOU CAN BRING FORTH THAT THIS WITNESS KNOWS, THEN I HAVEN'T

10:42AM 25   RULED IT TO BE COMPLETELY IRRELEVANT.  EVEN THOUGH THERE IS

**HOURLY TRANSCRIPT**

10:43AM 1    OBJECTIONS TO IT BY THE DEFENDANTS, I'VE OVERRULED THOSE

10:43AM 2    *IN LIMINE*.

10:43AM 3           MR. DUDENHEFER:  CAN YOU PULL UP 1650, PAGE 1.

10:43AM 4           THE COURT:  WITH THOSE CONTOURS, I'M GOING TO

10:43AM 5    OVERRULE YOUR OBJECTION, BUT AT THE SAME TIME, I WOULD

10:43AM 6    PREFER -- IF HE HAS KNOWLEDGE, HOWEVER HE'S DESIGNATED ABOUT

10:43AM 7    THE PERMIT PROCESS, I FOUND IT -- I HAVE YET -- I HAVE NOT YET

10:43AM 8    FOUND THAT IT'S IRRELEVANT.  BUT HE CAN ANSWER THEM, I JUST

10:43AM 9    HATE TO GO OVER THE SAME STUFF THAT'S IN THE DEPOSITION THAT I

10:43AM 10   READ AND SUMMARIZED MYSELF.  THAT'S ALL I'M SAYING,

10:43AM 11   MR. DUDENHEFER.  IT'S YOUR TIME, BUT IT'S A WASTE OF TIME IF

10:43AM 12   IT'S SOMETHING I'VE READ AND SUMMARIZED.

10:43AM 13          MR. DUDENHEFER:  I UNDERSTAND.

10:43AM 14          THE COURT:  WITH THAT ADMONITION, WE'LL MOVE ON.  YOU

10:43AM 15   CAN OBJECT AGAIN, COUNSEL, IF YOU FEEL IT NECESSARY TO DO SO.

10:43AM 16          MR. DUDENHEFER:  LET'S TAKE THAT DOWN.  LET'S GO TO

10:43AM 17   1254.  JX-1254-2.

10:43AM 18                        EXAMINATION

10:43AM 19   BY MR. DUDENHEFER:

10:44AM 20   Q.   AND THIS IS A PERMIT REQUEST FORM OF NO OBJECTION FROM THE

10:44AM 21   DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, CORRECT?

10:44AM 22   A.   CORRECT.

10:44AM 23   Q.   AND THIS WAS AT A TIME WHEN YOU WERE STILL ASSOCIATED WITH

10:44AM 24   THE PROJECT, CORRECT?

10:44AM 25   A.   YEP.

**HOURLY TRANSCRIPT**

10:44AM 1    Q.   IT SAYS -- IF YOU GO BACK TO THE SMALL PART, I'M LOOKING

10:44AM 2    AT NUMBER 2.  RIGHT THERE.  IT READS THAT THE LEVEE DISTRICT --

10:44AM 3    ORLEANS PARISH LEVEE BOARD BE NOTIFIED UPON COMPLETION OF THE

10:44AM 4    DEMOLITION ACTIVITIES SO AN INSPECTION AND APPROVAL OF THE

10:44AM 5    LEVEE CONDITION MAY BE MADE.  DID I READ IT CORRECTLY?

10:44AM 6    A.   YES.  YES.

10:44AM 7    Q.   AND IN YOUR DEPOSITION, YOU WERE ASKED IF, IN FACT, THAT

10:44AM 8    SUCH NOTIFICATION WAS MADE, AND IF I RECALL CORRECTLY, YOU SAID

10:44AM 9    NO; IS THAT CORRECT?

10:44AM 10   A.   THAT DOESN'T SOUND RIGHT TO ME.  I WASN'T INVOLVED IN THE

10:45AM 11   PROJECT AT THAT TIME.  SO IF I SAID THAT IN MY DEPOSITION,

10:45AM 12   MAYBE I HAD BEEN PREPPED AND I'VE FORGOTTEN IT SINCE THEN.  I

10:45AM 13   DON'T KNOW WHAT THE DEAL IS.

10:45AM 14   Q.   DO YOU REMEMBER SAYING YOU DIDN'T NOTIFY THE LEVEE BOARD

10:45AM 15   BECAUSE THE PEOPLE OUT THERE WERE CUTTING GRASS AND THEY KNEW

10:45AM 16   THE SCOPE OF WORK THAT WAS BEING DONE?

10:45AM 17   A.   OKAY.  I HAVE READ SOMETHING TO THAT EFFECT, THAT THEY

10:45AM 18   KIND OF KNEW -- THEY WERE OUT THERE ON A DAILY BASIS OR A

10:45AM 19   WEEKLY BASIS AND THEY KIND OF KNEW WHAT WAS GOING ON.

10:45AM 20   Q.   AND THAT WAS THE BASIS ON WHICH WGI CHOSE NOT TO DO ANY

10:45AM 21   NOTIFICATION WITH RESPECT TO THE LEVEE DISTRICT TO BE NOTIFIED,

10:45AM 22   CORRECT?

10:45AM 23        MS. WAGER-ZITO:  OBJECTION.

10:45AM 24        THE WITNESS:  NO, I DON'T KNOW THAT.

10:45AM 25        THE COURT:  HE SAID HE DIDN'T KNOW IT.  HE SAID HE

**HOURLY TRANSCRIPT**

10:45AM 1   DOESN'T KNOW IT.  THAT CLEARS THAT UP.

10:45AM 2                        EXAMINATION

10:45AM 3   BY MR. DUDENHEFER:

10:46AM 4   Q.   WGI RELIED EXCLUSIVELY ON THE CORPS OF ENGINEERS TO

10:46AM 5   PROVIDE IT WITH INFORMATION REGARDING THE LEVEE AND ITS

10:46AM 6   CONSTRUCTION AND UNDER-SOIL CHARACTERISTICS?

10:46AM 7   A.   THE CORPS CHOSE NOT TO PROVIDE THAT TO US FOR A REASON.

10:46AM 8   WE DIDN'T ASK FOR THAT INFORMATION.

10:46AM 9   Q.   MY POINT IS THE CORPS NEVER SHARED THAT INFORMATION WITH

10:46AM 10  YOU, AND YOU'VE RELIED ON THE CORPS TO TELL YOU WHAT WAS

10:46AM 11  IMPORTANT, CORRECT?

10:46AM 12  A.   CORRECT.  I GUESS.  AT THAT POINT.  I CAN'T SPEAK FOR

10:46AM 13  BLAZEK AND O'CONNOR, BUT FROM MY STANDPOINT, THAT'S CORRECT.

10:46AM 14  Q.   WOULD YOU AGREE WITH ME THAT NOT ASKING QUESTIONS ABOUT

10:46AM 15  THE LEVEE IS, IN FACT, TURNING A BLIND EYE TO SAFETY?

10:46AM 16  A.   I DON'T THINK SO, BECAUSE WE WERE DOING OUR JOB AS FAR AS

10:46AM 17  A REMEDIATION CONTRACTOR, NOT AS FAR AS A CONTRACTOR THAT LOOKS

10:46AM 18  AT IMPACTS OF UNDERGROUND ISSUES TO A FLOOD CONTROL STRUCTURE.

10:46AM 19  Q.   WGI MADE NO EFFORT TO INVESTIGATE ITS WORK ACTIVITY ON

10:47AM 20  THE -- ON THE LEVEE AND FLOODWALL; IS THAT CORRECT?

10:47AM 21  A.   I'M NOT AWARE OF WHAT WE DID OR DIDN'T DO ONCE WE WERE ON

10:47AM 22  SITE, BUT, NO, WE DIDN'T HAVE ENGINEERING CAPABILITY TO DO THAT

10:47AM 23  SORT OF ANALYSIS ON OUR TEAM.

10:47AM 24  Q.   ON THE TEAM.  BUT YOU HAD IT WITHIN WGI.

10:47AM 25            MR. DUDENHEFER:  CAN YOU CALL UP MR. ROE'S DEPOSITION

**HOURLY TRANSCRIPT**

10:47AM 1   AT PAGE 118.  AND THAT'S -- I'VE GOT TOO MANY PIECES OF PAPER.

10:47AM 2   THANK YOU.  START AT PAGE 118.

10:47AM 3                       EXAMINATION

10:47AM 4   BY MR. DUDENHEFER:

10:48AM 5   Q.   STARTING AT LINE 3:

10:48AM 6           "SO ALL OF THE SPECIFICATIONS THAT YOU GUYS RECEIVED

10:48AM 7   FROM THE UNITED STATES ARMY CORPS OF ENGINEERS WITH REGARD TO

10:48AM 8   THE REMOVAL OF THE SUBSURFACE STRUCTURES CAME FROM EITHER THE

10:48AM 9   WORK ORDER OR YOUR CONVERSATIONS WITH THE GENTLEMAN WHO WALKED

10:48AM 10  THE SITE WITH YOU; IS THAT TRUE?

10:48AM 11          "ANSWER:  IN REGARDS TO DEVELOPING THE ORIGINAL WORK

10:48AM 12  RECOMMENDATION REPORT, THAT IS THE EXTENT.

10:48AM 13          "QUESTION:  OKAY.

10:48AM 14          "ANSWER:  AND THEN, YOU KNOW, LIKE I SAID" --

10:48AM 15          MR. DUDENHEFER:  CAN WE MOVE UP.

10:48AM 16          THE COURT:  MOVE UP.

10:48AM 17                       EXAMINATION

10:48AM 18  BY MR. DUDENHEFER:

10:48AM 19  Q.   AND THEN, YOU KNOW --

10:48AM 20          THE COURT:  WAIT.  COUNSEL IS STANDING.

10:48AM 21          MS. WAGER-ZITO:  I DON'T SEE ANYTHING ON THIS PAGE

10:48AM 22  THAT RELATES TO QUESTION THAT HE ASKED.

10:48AM 23          THE COURT:  I DON'T EITHER, COUNSEL.  YOUR POINT IS

10:49AM 24  WELL TAKEN.  MR. DUDENHEFER, IF WE'RE GOING TO GO TO

10:49AM 25  IMPEACHMENT, MAYBE WE CAN GO --

**HOURLY TRANSCRIPT**

10:49AM 1          MR. DUDENHEFER:  LET'S GO TO LINE [SIC] 119, LINE 21,

10:49AM 2    PLEASE.

10:49AM 3          THE COURT:  PAGE 119, LINE 21.

10:49AM 4                        EXAMINATION

10:49AM 5    BY MR. DUDENHEFER:

10:49AM 6    Q.   LET'S GO TO LINE 17.

10:49AM 7          "DID THE CORPS TELL WASHINGTON GROUP INTERNATIONAL

10:49AM 8    THAT?"

10:49AM 9          LET'S GO BACK UP A LITTLE BIT.  THE PROBLEM IS,

10:49AM 10   YOUR HONOR, IT'S A FAIRLY LONG COLLOQUY TO GET TO THE ANSWER.

10:49AM 11   BUT LET'S SEE WHERE YOU START AT LINE 3.

10:49AM 12         "DID THE UNITED STATES ARMY CORPS OF ENGINEERS TELL

10:49AM 13   YOU THAT WHATEVER ANYONE INTENDED TO DO WITHIN A HUNDRED FEET

10:49AM 14   OF THE CENTER LINE OF THE FLOOD" --

10:49AM 15         THE COURT:  300 FEET.

10:49AM 16                        EXAMINATION

10:49AM 17   BY MR. DUDENHEFER:

10:49AM 18   Q.   -- "300 FEET OF THE CENTER LINE OF THE FLOOD CONTROL

10:49AM 19   STRUCTURE, AN ENGINEERING ANALYSIS WAS REQUIRED IN ORDER TO

10:49AM 20   ASSESS WHETHER OR NOT THE EXCAVATION MAY HAVE IMPACT ON THE

10:49AM 21   FLOOD CONTROL STRUCTURE, DID THEY TELL YOU THAT?

10:49AM 22         "ANSWER:  ME, PERSONALLY, NO.

10:49AM 23         "QUESTION:  WELL, NO, UNFORTUNATELY, YOU'RE WGI

10:50AM 24   TODAY.

10:50AM 25         "ANSWER:  YEAH.

                          **HOURLY TRANSCRIPT**

10:50AM 1          "QUESTION:  YOU GET THE HAT ON.

10:50AM 2          "ANSWER:  OKAY.

10:50AM 3          "QUESTION:  DID THE CORPS TELL WASHINGTON GROUP

10:50AM 4     INTERNATIONAL THAT?

10:50AM 5          "ANSWER:  I DON'T KNOW.

10:50AM 6          "QUESTION:  OKAY.

10:50AM 7          "ANSWER:  I HAVE NOT -- NOT INVESTIGATED THAT."

10:50AM 8          MS. WAGER-ZITO:  OBJECTION, YOUR HONOR, THAT'S STILL

10:50AM 9     NOT PROPER IMPEACHMENT.  IT DOESN'T SAY ANYTHING DIFFERENT THAN

10:50AM 10    WHAT HE JUST TESTIFIED TO.

10:50AM 11         THE COURT:  I WILL ASSESS THAT AFTER I LOOK AT THE

10:50AM 12    QUESTION, LOOK AT THE ANSWER.  IT'S IN.  AND IF IT'S NOT

10:50AM 13    IMPEACHMENT, I'LL -- I CAN ASCERTAIN THAT AT THAT TIME.  I

10:50AM 14    DON'T REMEMBER, FRANKLY, WHAT THE ORIGINAL QUESTION WAS

10:50AM 15    SPECIFICALLY ENOUGH TO RULE ON YOUR OBJECTION, TO BE ABSOLUTELY

10:50AM 16    CANDID.

10:50AM 17         MS. WAGER-ZITO:  I THINK MANY OF US HAVE THAT

10:50AM 18    PROBLEM, YOUR HONOR.

10:50AM 19                    EXAMINATION

10:50AM 20    BY MR. DUDENHEFER:

10:50AM 21    Q.  MR. ROE, DID ANYONE AT THE CORPS OF ENGINEERS UP UNTIL THE

10:50AM 22    DECEMBER 2ND RECOMMENDATION REPORT TELL YOU THAT UNDERSEEPAGE

10:50AM 23    WAS AN ISSUE TO BE CONSIDERED WHEN WORKING UNDER A FLOOD

10:50AM 24    CONTROL PROJECT?

10:51AM 25    A.   NO, NOT ME PERSONALLY.  I DON'T KNOW IF THAT WAS CONVEYED

**HOURLY TRANSCRIPT**

10:51AM 1    TO O'CONNOR AND BLAZEK.

10:51AM 2    Q.   BUT YOU TESTIFIED IN YOUR 30(B)(6) DEPOSITION ON BEHALF OF

10:51AM 3    WGI THAT, NO, NOT THAT YOU WERE AWARE OF, WEARING THE HAT OF

10:51AM 4    WGI, CORRECT?

10:51AM 5    A.   YES, THAT'S CORRECT.

10:51AM 6    Q.   AND THEN DO I GATHER, SIR, THAT THE REMEDIATION IS WHAT

10:51AM 7    DICTATES --

10:51AM 8             MS. WAGER-ZITO:  YOUR HONOR, I'M SORRY, I DON'T

10:51AM 9    BELIEVE THE TESTIMONY THAT WAS PUT UP THERE IS ANY DIFFERENT

10:51AM 10   THAN THE ANSWER HE GAVE.

10:51AM 11            THE COURT:  I THINK HE'S MOVED ON --

10:51AM 12            MR. DUDENHEFER:  I JUST FRAMED A QUESTION AND AN

10:51AM 13   ANSWER, YOUR HONOR.

10:51AM 14            THE COURT:  HE'S MOVING ON TO SOMETHING ELSE.  WE'RE

10:51AM 15   NOT UP THERE ANYMORE, AS I UNDERSTAND IT.  IS THAT RIGHT,

10:51AM 16   MR. --

10:51AM 17            MR. DUDENHEFER:  THAT'S CORRECT, YOUR HONOR.  I'M

10:51AM 18   SORRY IT WASN'T CLEAR.

10:51AM 19            MS. WAGER-ZITO:  BUT HE'S ASKING HIM QUESTIONS ABOUT

10:51AM 20   HIS DEPOSITION, AND HE DOESN'T HAVE THE DEPOSITION TESTIMONY --

10:51AM 21            THE COURT:  WHAT WAS OBJECTIONABLE TO THE QUESTION?

10:51AM 22   I KNOW THE DEPOSITION WASN'T UP THERE, BUT --

10:52AM 23            MR. DUDENHEFER:  YOUR HONOR, I'M USING NOTES FROM THE

10:52AM 24   DEPOSITION TO ASK QUESTIONS.

10:52AM 25            THE COURT:  I UNDERSTAND.  IF COUNSEL WANTS IT UP

**HOURLY TRANSCRIPT**

10:52AM 1    THERE IF A WITNESS CAN'T ANSWER THE QUESTION BECAUSE HE NEEDS

10:52AM 2    TO LOOK AT THE DEPOSITION, HE CAN SAY SO.

10:52AM 3         MR. DUDENHEFER:  THERE IS NO PENDING QUESTION RIGHT

10:52AM 4    NOW.

10:52AM 5         THE COURT:  RIGHT.  WOULD YOU LIKE TO GO BACK TO YOUR

10:52AM 6    DEPOSITION -- AND WE'LL TAKE A RECESS.  WOULD YOU LIKE TO GO

10:52AM 7    BACK TO THE DEPOSITION TO DETERMINE IF THE ANSWER YOU GAVE IS

10:52AM 8    CORRECT OR NOT, SIR?

10:52AM 9         I THINK ALL HE SAID WAS THAT ON THE -- THAT ON

10:52AM 10   THE WALK-THROUGH, NOBODY TALKED ABOUT UNDERSEEPAGE, TO HIS

10:52AM 11   KNOWLEDGE, TO HIM.  THAT'S WHAT HE SAID.

10:52AM 12        MR. DUDENHEFER:  I UNDERSTAND, BUT YOUR HONOR, IT'S

10:52AM 13   ALSO IMPORTANT THAT IT'S TO WGI BECAUSE HE WAS DEPOSED AS A

10:52AM 14   30(B)(6) WGI MAN.

10:52AM 15        THE COURT:  I UNDERSTAND, BUT ALL I KNOW IS WHETHER

10:52AM 16   HE'S TESTIFYING AS THE ALL OMNISCIENT HUMAN BEING IN THE WORLD,

10:52AM 17   HE SAYS NOW, HE SAID THEN, HE DOESN'T KNOW IF ANYBODY TALKED

10:53AM 18   ABOUT UNDERSEEPAGE EXCEPT THEY DIDN'T DO IT TO HIM.  I DON'T

10:53AM 19   KNOW WHAT ELSE WE CAN MAKE OUT OF THAT OTHER THAN THAT.

10:53AM 20        MR. DUDENHEFER:  I AGREE, YOUR HONOR.

10:53AM 21        THE COURT:  UNLESS WE CAN GET INTO ALCHEMY.  SO I'VE

10:53AM 22   GOT THAT.  NOBODY TALKED ABOUT UNDERSEEPAGE TO HIM.  THAT'S HIS

10:53AM 23   TESTIMONY.

10:53AM 24        MS. WAGER-ZITO:  AND HE'S NOT HERE TODAY AS A

10:53AM 25   30(B)(6) WITNESS.

**HOURLY TRANSCRIPT**

10:53AM 1          THE COURT:  AGAIN, HOWEVER HE'S HERE.  HE CAN TESTIFY

10:53AM 2     TO WHAT -- TO HIS PERSONAL KNOWLEDGE HOWEVER HE'S HERE.  IF

10:53AM 3     HE'S HERE BY INTERGALACTIC TRANSMISSION, HE CAN TESTIFY TO

10:53AM 4     WHAT'S HIS PERSONAL KNOWLEDGE AS TO WHAT'S RELEVANT.  THAT'S

10:53AM 5     WHAT HE CAN DO.  HE JUST SAID NOBODY TOLD HIM THAT, SO LET'S

10:53AM 6     MOVE ON.

10:53AM 7          MR. DUDENHEFER:  I INTENDED TO, JUDGE.

10:53AM 8          THE COURT:  ALL RIGHT.  GOOD, GOOD.

10:53AM 9     AFTER THOSE FIFTH CIRCUIT REFEREES LAST NIGHT BOTCHED

10:53AM 10    UP THAT GREEN BAY GAME, I'M IN A TERRIBLE MOOD.  YOU DIDN'T

10:53AM 11    KNOW THAT THEY MOONLIGHTED.

10:53AM 12         MR. DUDENHEFER:  I DID NOT REALIZE THAT, YOUR HONOR.

10:53AM 13         THE COURT:  I HAD TO DO THAT, I'M SORRY, I GOT IT

10:53AM 14    OUT.  THE FIFTH CIRCUIT HAS A GREAT SENSE OF HUMOR.  HOPEFULLY

10:54AM 15    I DO TOO.

10:54AM 16         MS. WAGER-ZITO:  THEY LOOK VERY FAMILIAR, YOUR HONOR.

10:54AM 17         MR. STEVENS:  LET'S GO.

10:54AM 18                       EXAMINATION

10:54AM 19    BY MR. DUDENHEFER:

10:54AM 20    Q.   IT'S NOT SURPRISING THAT THERE IS NO REFERENCE TO THE

10:54AM 21    FLOODWALL OR THE LEVEE IN THE SENSE THAT WGI DIDN'T DO ANYTHING

10:54AM 22    TO UNDERSTAND WHETHER OR NOT THAT FLOODWALL HAD ANY -- COULD BE

10:54AM 23    ADVERSELY AFFECTED BY THE WORK THAT WAS BEING DONE IN THE EBIA,

10:54AM 24    CORRECT?

10:54AM 25    A.   NOT TO MY KNOWLEDGE DURING THE PHASE THAT I WAS INVOLVED

**HOURLY TRANSCRIPT**

10:54AM 1    IN, THAT'S CORRECT.

10:54AM 2    Q.   THAT WASN'T EVEN ON THE RADAR SCREEN IN TERMS OF BEING OF

10:54AM 3    A CONCERN?

10:54AM 4           THE COURT:  THAT'S THE QUESTION?

10:54AM 5           THE WITNESS:  NO, I DON'T THINK IT WAS.

10:54AM 6                       EXAMINATION

10:54AM 7    BY MR. DUDENHEFER:

10:54AM 8    Q.   WERE YOU EVER ADVISED BY THE CORPS THAT DIGGING WITHIN

10:54AM 9    300 FEET OF A FLOOD CONTROL STRUCTURE WAS A CONCERN AND HAD

10:54AM 10   CERTAIN IMPLICATIONS DEALING WITH ENGINEERING STABILITY OF THE

10:54AM 11   LEVEE?

10:55AM 12   A.   AGAIN, NO, I DIDN'T KNOW -- HEAR ANYTHING ABOUT THAT.  I

10:55AM 13   WOULD SPECULATE THAT O'CONNOR AND BLAZEK WERE NOT TOLD --

10:55AM 14          MR. DUDENHEFER:  I'M GOING TO OBJECT, YOUR HONOR, TO

10:55AM 15   SPECULATION.

10:55AM 16          THE COURT:  THAT'S SPECULATION.  I AGREE IT'S NOT

10:55AM 17   ADMISSIBLE.

10:55AM 18                       EXAMINATION

10:55AM 19   BY MR. DUDENHEFER:

10:55AM 20   Q.   YOU WOULD AGREE WITH ME THAT NONE OF THE WORK THAT WE'VE

10:55AM 21   LOOKED AT TODAY DISCUSSES THE SAFETY OF THE FLOODWALL, THE

10:55AM 22   LEVEE AND THE ASSOCIATED SUBSOILS, CORRECT?

10:55AM 23   A.   CORRECT.

10:55AM 24   Q.   THERE WAS NEVER A TIME WHEN WGI COULD NOT MAKE A

10:55AM 25   RECOMMENDATION TO THE CORPS OF ENGINEERS REGARDING ENGINEERING

**HOURLY TRANSCRIPT**

10:55AM 1    SAFETY ISSUES; IS THAT CORRECT?

10:55AM 2    A.   CORRECT.

10:55AM 3    Q.   WASHINGTON GROUP DID NOTHING TO FAMILIARIZE ITSELF WITH

10:55AM 4    THE UNDERLYING SOIL CHARACTERISTICS OF THE EBIA; IS THAT

10:55AM 5    CORRECT?

10:55AM 6    A.   I DON'T KNOW.

10:55AM 7    Q.   YOU'RE NOT AWARE OF ANY?

10:55AM 8    A.   I'M NOT AWARE OF ANY.

10:56AM 9    Q.   AT THE TIME OF YOUR DEPOSITION, YOU WERE NOT AWARE OF ANY?

10:56AM 10   A.   RIGHT.

10:56AM 11   Q.   THERE WAS NEVER AN INVESTIGATION BY WGI TO DETERMINE IF

10:56AM 12   THE BELOW-SURFACE EXCAVATIONS PRESENTED A RISK OF FLOODWALL --

10:56AM 13   PRESENTED A RISK OF DAMAGE TO THE FLOODWALL?

10:56AM 14   A.   NO.

10:56AM 15   Q.   DID WGI CONDUCT ANY REVIEW OF THE CORPS OF ENGINEERING

10:56AM 16   MANUALS TO ASCERTAIN WHETHER OR NOT THERE WERE CORPS

10:56AM 17   RECOMMENDATIONS OR GUIDELINES AS TO THE WORK DONE IN THAT AREA?

10:56AM 18   A.   NO, NOT TO MY KNOWLEDGE.

10:56AM 19        MR. DUDENHEFER:  I HAVE NO FURTHER QUESTIONS,

10:56AM 20   YOUR HONOR.

10:56AM 21        THE COURT:  WAIT A MINUTE, YOU HAVE ONE COUNSEL WHO

10:56AM 22   YOU MAY NEED TO CONSULT WITH.  COUNSEL, IF YOU HAVE MUCH

10:56AM 23   REDIRECT, WE WILL TAKE A RECESS, BUT I DIDN'T ANTICIPATE YOU

10:56AM 24   WOULD.  IF YOU DO, LET ME KNOW AND WE'LL TAKE A RECESS.

10:56AM 25        MS. WAGER-ZITO:  UNLESS IT'S A DOOZY OF A QUESTION,

**HOURLY TRANSCRIPT**

10:56AM 1    YOUR HONOR, I WON'T HAVE ANY REDIRECT.

10:56AM 2        THE COURT:  I'M DOUBTING THAT, BUT -- THAT THERE WILL

10:57AM 3    BE.  NOT TO DENIGRATE ANYONE AT ALL.

10:57AM 4        MR. DUDENHEFER:  WOULD YOU CALL UP JX-1252-10.

10:57AM 5        THE COURT:  IN FACT, WE MAY TAKE A RECESS, IF IT'S

10:57AM 6    WHAT I'M THINKING.

10:57AM 7        I CAN'T READ IT WELL ENOUGH TO DETERMINE IT.  GO

10:57AM 8    AHEAD, SIR.

10:57AM 9                        EXAMINATION

10:57AM 10   BY MR. DUDENHEFER:

10:57AM 11   Q.   YOU RECOGNIZE THIS DOCUMENT, DO YOU NOT?  GO TO THE FIRST

10:57AM 12   PAGE.

10:57AM 13   A.   IS THIS THE WORK PLAN, THE PROJECT WORK PLAN?

10:57AM 14   Q.   YES.

10:57AM 15   A.   OKAY, YES.

10:57AM 16   Q.   DO YOU AGREE WITH ME -- CAN YOU FOCUS IN ON SECTION 1.2,

10:57AM 17   LOCATION.

10:58AM 18   A.   YES.

10:58AM 19   Q.   THAT DOCUMENT PROVIDES, AND I'LL READ, "THE 32-ACRE EBIA

10:58AM 20   IS A TRACT OF LAND LOCATED BETWEEN FLORIDA AVENUE AND

10:58AM 21   CLAIBORNE AVENUE ALONG THE EAST BANK SIDE OF THE IHNC.  A

10:58AM 22   FLOODWALL BETWEEN SUREKOTE ROAD AND JOURDAN AVENUE DELINEATES

10:58AM 23   THE SITE'S EASTERN BOUNDARY.  THE SITE LOCATION IS SHOWN IN

10:58AM 24   FIGURE 11, SITE LOCATION MAP." THAT IS THE LOCATION THAT IS

10:58AM 25   PROVIDED FOR IN THE WRITTEN DOCUMENTATION ASSOCIATED WITH

**HOURLY TRANSCRIPT**

10:58AM 1    BOTH -- WITH TASK ORDER 26; IS THAT CORRECT?

10:58AM 2    A.   YES.

10:58AM 3    Q.   ARE YOU AWARE OF ANY WORK THAT WGI MAY HAVE DONE BETWEEN

10:58AM 4    SUREKOTE ROAD AND THE FLOODWALL?

10:58AM 5    A.   I KNOW WE REMOVED THE ROAD.  THAT WAS OUR TASK.  BUT I AM

10:58AM 6    NOT AWARE PER SE BECAUSE I WASN'T INVOLVED IN THAT PART OF THE

10:58AM 7    JOB.

10:58AM 8        MR. DUDENHEFER:  I HAVE NO FURTHER QUESTIONS,

10:59AM 9    YOUR HONOR.

10:59AM 10       THE COURT:  ALL RIGHT.  THANK YOU, SIR.

10:59AM 11           REDIRECT, MA'AM?

10:59AM 12       MS. WAGER-ZITO:  I HAVE NO REDIRECT, YOUR HONOR.

10:59AM 13       THE COURT:  THANK YOU, COUNSEL.  WE WILL TAKE A WELL

10:59AM 14   DESERVED RECESS, AND THE COURT WILL MAKE NO MORE ATTEMPTS AT

10:59AM 15   SORT OF THAT KIND OF HUMOR.

11:01AM 16       (WHEREUPON, AT 10:59 A.M., THE COURT TOOK A RECESS.)

11:18AM 17       THE DEPUTY CLERK:  ALL RISE, PLEASE.  COURT IS IN

11:18AM 18   SESSION.

11:18AM 19       THE COURT:  DID I GET A LIST OF WITNESSES FOR THE

11:18AM 20   NEXT TWO DAYS?  I JUST WAS CURIOUS.

11:18AM 21       MR. TREEBY:  YES, YOUR HONOR.  I SENT IT, AND I

11:18AM 22   FAILED TO SEND IT TO SHEENA.  I SENT IT TO JANET.  I SENT IT TO

11:18AM 23   THE PLAINTIFFS.

11:18AM 24       THE COURT:  I KNEW IT HAD PROBABLY BEEN SENT.  I JUST

11:18AM 25   HAVEN'T SEEN IT.

**HOURLY TRANSCRIPT**

11:18AM 1            MR. TREEBY:  IT'S MY FAILURE TO NOT SEND IT TO

11:18AM 2    SHEENA.  I APOLOGIZE.

11:18AM 3            THE COURT:  ALL RIGHT.

11:19AM 4            MR. MITSCH:  YOUR HONOR, THE UNITED STATES CALLS

11:19AM 5    LEE GUILLORY.

6            THE COURT:  ALL RIGHT, SIR.

7            THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT

8    HAND.  DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY WHICH YOU ARE

9    ABOUT TO GIVE WILL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING

10   BUT THE TRUTH, SO HELP YOU GOD?

11           THE WITNESS:  I DO.

12                         **LEE GUILLORY**

13   WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY

14   THE CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS FOLLOWS:

11:19AM 15           THE COURT:  BY THE WAY, BEFORE WE START THIS, WHILE

11:19AM 16   I'M THINKING ABOUT IT, WE WILL START TOMORROW AT 11 O'CLOCK.

11:19AM 17   I'LL HAVE FINISHED -- I'LL HAVE BEEN THROUGH WITH MY DENTAL

11:19AM 18   APPOINTMENT AND THE CRIMINAL MATTER I HAVE.  JUDGE BARBIER HAS

11:19AM 19   AGREED TO TAKE SOME OF MY OTHER CRIMINAL MATTERS, SO WE CAN

11:20AM 20   START AT 11 O'CLOCK AND GO ON.

11:20AM 21           MR. MITSCH:  WITH THE ASSUMPTION THAT WE'LL STILL

11:20AM 22   HAVE THE NORMAL LUNCH HOUR, OR DO YOU WANT TO WORK THROUGH?

11:20AM 23           THE COURT:  PROBABLY THE NORMAL LUNCH HOUR, UNLESS

11:20AM 24   THERE IS SOME EXIGENT CIRCUMSTANCE THAT BECAUSE OF A WITNESS WE

11:20AM 25   WOULD CERTAINLY TRY TO ACCOMMODATE.

                         **HOURLY TRANSCRIPT**

11:20AM 1          MR. MITSCH:  THANK YOU.

11:20AM 2          THE COURT:  ALL RIGHT, SIR.

11:20AM 3                    DIRECT EXAMINATION

11:20AM 4    BY MR. MITSCH:

11:20AM 5    Q.   MR. GUILLORY, WOULD YOU STATE YOUR NAME AND ADDRESS FOR

11:20AM 6    THE RECORD, PLEASE.

11:20AM 7    A.   FIRST NAME LEE, L-E-E, MIDDLE INITIAL IS A, LAST NAME

11:20AM 8    GUILLORY, G-U-I-L-L-O-R-Y.

11:20AM 9    Q.   WHAT IS YOUR PROFESSION?

11:20AM 10   A.   DIDN'T YOU WANT THE ADDRESS?

11:20AM 11   Q.   OH, I'M SORRY.  JUMPED AHEAD.

11:20AM 12   A.   HOME ADDRESS, 404 CHRISTIAN, C-H-R-I-S-T-I-A-N, LANE,

11:20AM 13   L-A-N-E, SLIDELL, LOUISIANA  70458.

11:20AM 14   Q.   AND WHAT IS YOUR PROFESSION?

11:21AM 15   A.   CIVIL ENGINEER.

11:21AM 16   Q.   WHERE DID YOU GO TO COLLEGE?

11:21AM 17   A.   I GRADUATED IN DECEMBER OF 1982 FROM THE UNIVERSITY OF

11:21AM 18   SOUTHWESTERN LOUISIANA IN LAFAYETTE, LOUISIANA.

11:21AM 19   Q.   AND WHAT WAS YOUR DEGREE?

11:21AM 20   A.   BACHELOR OF SCIENCE IN CIVIL ENGINEERING.

11:21AM 21   Q.   ARE YOU A LICENSED PROFESSIONAL ENGINEER?

11:21AM 22   A.   YES, I AM.

11:21AM 23   Q.   SINCE WHEN?

11:21AM 24   A.   JANUARY 1991.

11:21AM 25   Q.   WHERE DO YOU CURRENTLY WORK?

                         **HOURLY TRANSCRIPT**

11:21AM 1    A.   THE U.S. ARMY CORPS OF ENGINEERS, NEW ORLEANS DISTRICT.

11:21AM 2    Q.   WHAT'S YOUR POSITION?

11:21AM 3    A.   CONSTRUCTION MANAGER.

11:21AM 4    Q.   HOW LONG HAVE YOU HELD THIS POSITION?

11:21AM 5    A.   IN MY CURRENT STATUS, I HAVE BEEN FOR THE LAST THREE AND A

11:21AM 6    HALF YEARS AS A CONSTRUCTION MANAGER.

11:21AM 7    Q.   WHAT DOES THAT JOB ENTAIL?

11:21AM 8    A.   I'M IN CHARGE OF 15 CONTRACTS FOR THE HURRICANE STORM

11:21AM 9    DAMAGE RISK REDUCTION SYSTEM ON THE WESTBANK, TOTALING IN THE

11:22AM 10   MILLIONS OF DOLLARS.

11:22AM 11   Q.   HOW LONG HAVE YOU BEEN WORKING FOR THE CORPS?

11:22AM 12   A.   THIS IS MY 30TH YEAR.

11:22AM 13   Q.   JUST VERY BRIEFLY, TELL US WHAT YOUR FIRST POSITION WAS.

11:22AM 14   A.   IN JANUARY OF 1983 TO DECEMBER 1983, I WAS A JUNIOR

11:22AM 15   ENGINEER IN TRAINING WITH THE NEW ORLEANS DISTRICT.  VARIOUS

11:22AM 16   OFFICES WITHIN THE DISTRICT OFFICE.

11:22AM 17   Q.   WHAT WAS YOUR NEXT POSITION?

11:22AM 18   A.   JANUARY 1984 THROUGH NOVEMBER OF 1986, I WAS A PROJECT

11:22AM 19   ENGINEER.

11:22AM 20   Q.   WHAT WERE YOUR RESPONSIBILITIES AS A PROJECT ENGINEER?

11:22AM 21   A.   I WAS IN CHARGE OF CONTRACT ADMINISTRATION OF VARIOUS

11:22AM 22   LEVEE CONTRACTS, FLOODWALL CONTRACTS, DREDGING CONTRACTS, AND

11:22AM 23   NAVIGATION STRUCTURE CONTRACTS IN OUR LAFAYETTE AREA OFFICE IN

11:22AM 24   LAFAYETTE, LOUISIANA.

11:22AM 25   Q.   AFTER PROJECT -- YOUR POSITION AS A PROJECT ENGINEER, WHAT

**HOURLY TRANSCRIPT**

11:23AM 1    WAS YOUR NEXT POSITION?

11:23AM 2    A.   NOVEMBER OF 1986 THROUGH DECEMBER OF 1989, I TRANSFERRED

11:23AM 3    TO -- BACK TO NEW ORLEANS DISTRICT, IN OUR NEW ORLEANS AREA

11:23AM 4    OFFICE, AS A PROJECT ENGINEER.

11:23AM 5         I WAS RESPONSIBLE FOR LEVEE -- CONTRACT

11:23AM 6    ADMINISTRATION OF LEVEE CONTRACTS, FLOODWALL CONTRACTS,

11:23AM 7    DREDGING, NAVIGATION CONTRACTS, REVETMENT CONTRACTS, SIMILAR TO

11:23AM 8    THE POSITION I HAD IN LAFAYETTE.

11:23AM 9    Q.   IN YOUR DEPOSITION, YOU REFERRED TO SOMETHING CALLED

11:23AM 10   BCOE REVIEWS.  WHAT ARE THOSE?

11:23AM 11   A.   THAT STANDS FOR BIDABILITY, CONSTRUCTABILITY, OPERABILITY

11:23AM 12   AND ENVIRONMENTAL REVIEW.

11:23AM 13   Q.   WHAT DOES IT INVOLVE?

11:23AM 14   A.   IT INVOLVES A COMPREHENSIVE REVIEW OF ALL PROPOSED

11:24AM 15   CONTRACTS THAT ARE APPROXIMATELY READY TO BE ADVERTISED FOR

11:24AM 16   CONSTRUCTION.

11:24AM 17        IT INCLUDES A 30-DAY COMPREHENSIVE REVIEW OF ALL

11:24AM 18   PLANS AND SPECIFICATIONS, COMMENTING ON THE PLANS AND

11:24AM 19   SPECIFICATIONS FOR IMPROVEMENT, REMOVING ANY DISCREPANCIES OR

11:24AM 20   GRAY AREAS IN THE CONTRACT PRIOR TO IT BEING ADVERTISED TO THE

11:24AM 21   CONTRACTORS.

11:24AM 22   Q.   WHAT WAS YOUR NEXT POSITION?

11:24AM 23   A.   I FORGOT WHERE WE LEFT OFF.

11:24AM 24   Q.   YOU WERE A CIVIL ENGINEER IN THE QA BRANCH -- LET ME ASK

11:24AM 25   IT THIS WAY, DID YOU BECOME A CONSTRUCTION MANAGER IN THE

**HOURLY TRANSCRIPT**

11:24AM 1   CONSTRUCTION DIVISION?

11:25AM 2   A.   YES, I DID.

11:25AM 3   Q.   WHEN WAS THAT?

11:25AM 4   A.   APPROXIMATELY MAY OF 1998 THROUGH JUNE OF 2006.

11:25AM 5   Q.   WAS THAT IN THE HTRW BRANCH OF THE CONSTRUCTION DIVISION?

11:25AM 6   A.   NO.  IT WAS IN THE CONSTRUCTION DIVISION QUALITY ASSURANCE

11:25AM 7   BRANCH, AND MY TITLE WAS HTRW CONSTRUCTION MANAGER.

11:25AM 8   Q.   WHAT IS HTRW?

11:25AM 9   A.   IT STANDS FOR HAZARDOUS, TOXIC AND RADIOACTIVE WASTE.

11:25AM 10  Q.   OKAY.  WHAT WAS YOUR RESPONSIBILITY IN THAT BRANCH?

11:25AM 11  A.   PRIMARILY, I WAS IN CHARGE OF ADMINISTERING ENVIRONMENTAL

11:25AM 12  CONTRACTS, SUCH AS U.S. EPA SUPERFUND CLEANUPS; DEFENSE

11:25AM 13  ENVIRONMENTAL RESTORATION PROGRAM, DERP PROJECTS; OIL POLLUTION

11:26AM 14  ACT, OPA, CLEANUP PROJECTS; AND, TERC, TOTAL ENVIRONMENTAL

11:26AM 15  RESTORATION CONTRACTS.

11:26AM 16  Q.   FOR THE RECORD, COULD YOU DEFINE WHAT A TERC IS?

11:26AM 17  A.   YES, A TERC IS OUR CRADLE TO GRAVE ENVIRONMENTAL CONTRACT

11:26AM 18  BY THE CORPS OF ENGINEERS THAT WAS HEADQUARTERED -- THE ONES I

11:26AM 19  PARTICULARLY WORKED ON WERE HEADQUARTERED IN TULSA DISTRICT FOR

11:26AM 20  THE CORPS OF ENGINEERS.

11:26AM 21  Q.   WHY ARE TERC'S USED?

11:26AM 22  A.   A TERC IS AN EXCELLENT CONTRACT THAT IS A PREPLACED,

11:26AM 23  PREAWARDED CONTRACT FOR CLEANING UP ENVIRONMENTAL SITES FROM

11:26AM 24  CRADLE TO GRAVE.

11:26AM 25  Q.   IS IT CONSIDERED A TRADITIONAL CIVIL WORKS PROJECT?

**HOURLY TRANSCRIPT**

11:26AM 1   A.   NO, IT IS NOT.

11:26AM 2   Q.   HOW IS IT DIFFERENT FROM A TRADITIONAL CIVIL WORKS

11:26AM 3   PROJECT?

11:26AM 4   A.   PRIMARILY BECAUSE IT IS A COST REIMBURSABLE GOVERNMENT

11:27AM 5   CONTRACT THAT REQUIRES AN EXTENSIVE AMOUNT OF GOVERNMENT

11:27AM 6   OVERSIGHT OF THE CONTRACTORS, COST TRACKING, SCHEDULING,

11:27AM 7   ETCETERA.

11:27AM 8   Q.   HOW MANY TERC PROJECTS HAVE YOU BEEN INVOLVED WITH?

11:27AM 9   A.   FOUR.

11:27AM 10  Q.   WOULD YOU QUICKLY -- ARE YOU INCLUDING TASK ORDER 26

11:27AM 11  WITHIN THAT GROUP?

11:27AM 12  A.   YES, I AM.

11:27AM 13  Q.   WHERE ARE THE OTHERS?

11:27AM 14  A.   THREE OTHERS.  BAYOU BONFOUCA SUPERFUND SITE IN SLIDELL,

11:27AM 15  LOUISIANA, WAS A $3 MILLION CONTRACT FOR UPGRADING THE

11:27AM 16  GROUNDWATER TREATMENT SYSTEM, WITH IT CORPORATION AS THE

11:27AM 17  CONTRACTOR.

11:27AM 18       SECOND ONE WAS AGRICULTURE STREET AND LANDFILL

11:27AM 19  SUPERFUND SITE, PHASE 2.  THE CONTRACTOR WAS IT CORPORATION.

11:28AM 20       THIRDLY WAS TASK ORDER FOR THE POPILE, P-O-P-I-L-E,

11:28AM 21  SUPERFUND SITE IN EL DORADO, ARKANSAS.  THE CONTRACTOR WAS

11:28AM 22  MORRISON-KNUDSEN CORPORATION.

11:28AM 23  Q.   IS THERE A SIMILARITY IN THE WORK THAT YOU WERE DOING ON

11:28AM 24  THOSE PROJECTS WITH TASK ORDER 26?

11:28AM 25  A.   VERY SIMILAR, YES.

**HOURLY TRANSCRIPT**

11:28AM 1    Q.    IN WHAT WAY?

11:28AM 2    A.    THEY WERE ALL COST REIMBURSABLE-TYPE CONTRACTS, ALL

11:28AM 3    ENVIRONMENTAL REMEDIATION CONTRACTS.

11:28AM 4    Q.    ARE YOU FAMILIAR WITH THE LOCK REPLACEMENT PROJECT?

11:28AM 5    A.    YES.

11:28AM 6    Q.    WHAT INVOLVEMENT DID YOU HAVE WITH THAT?

11:28AM 7    A.    I WAS LISTED AS THE ASSISTANT FUNCTIONAL TEAM LEADER, FTL,

11:28AM 8    AND LATER BECAME THE FULL FTL ON THE IHNC LOCK REPLACEMENT

11:28AM 9    PROJECT BEGINNING IN THE SUMMER OF 1998.

11:28AM 10   Q.    AND WHAT DOES IT MEAN TO BE AN FTL, OR FUNCTIONAL TEAM

11:29AM 11   LEADER?

11:29AM 12   A.    AN FTL IS A TECHNICAL REPRESENTATIVE FOR, IN MY CASE,

11:29AM 13   CONSTRUCTION DIVISION ON A 20-MEMBER TEAM THAT IS RESPONSIBLE

11:29AM 14   FOR PLANNING, EXECUTING, AND COMPLETING AN ENTIRE PROJECT FROM

11:29AM 15   START TO FINISH.

11:29AM 16   Q.    AND WAS THAT 20-MEMBER TEAM CALLED THE PROJECT DELIVERY

11:29AM 17   TEAM?

11:29AM 18   A.    THAT IS CORRECT.

11:29AM 19   Q.    WHAT WAS IT RESPONSIBLE FOR?

11:29AM 20   A.    AGAIN, TO PLAN, SCHEDULE, EXECUTE AND COMPLETE THE ENTIRE

11:29AM 21   $700 MILLION IHNC LOCK REPLACEMENT PROJECT FROM START TO

11:29AM 22   FINISH.

11:29AM 23   Q.    WHAT WAS THE STATUS OF THE LOCK REPLACEMENT PROJECT AT THE

11:29AM 24   TIME YOU BECAME AN FTL?

11:29AM 25   A.    SENIOR PROJECT MANAGER JOSEPH DICHARRY, JR., WAS -- HAD

**HOURLY TRANSCRIPT**

11:30AM 1    RECENTLY RECEIVED FUNDING TO COMMENCE CONSTRUCTION OF THE IHNC

11:30AM 2    LOCK REPLACEMENT PROJECT IN THE SUMMER OF 1998.  HE ASSEMBLED

11:30AM 3    THE PDT, PROJECT DELIVERY TEAM, TOGETHER, AND WE COMMENCED WORK

11:30AM 4    ON THE PLANNING OF THE FUTURE CONTRACTS AT THAT POINT.

11:30AM 5    Q.   AS PART OF THAT PDT TEAM, DID YOU REVIEW THE 1997 REPORTS

11:30AM 6    FOR THE IHNC LOCK REPLACEMENT PROJECT?

11:30AM 7    A.   YES, I DID.

11:30AM 8    Q.   DESCRIBE YOUR UNDERSTANDING OF THE IMPACT THAT THE LOCK

11:30AM 9    REPLACEMENT PROJECT WOULD HAVE ON THE EBIA FLOODWALL.

11:30AM 10   A.   THE EXISTING JORDAN AVENUE FLOODWALL AND LEVEE ALONG THE

11:30AM 11   EBIA WAS TO REMAIN INTACT DURING THE COURSE OF TERC TASK

11:31AM 12   ORDER 26.

11:31AM 13        ONCE THE FUTURE IHNC LOCK REPLACEMENT PROJECT WAS

11:31AM 14   CONSTRUCTED, THE NORTHERN SECTION OF THAT WALL WOULD BE TIED

11:31AM 15   INTO THE HURRICANE PROTECTION SYSTEM OF THE LOCK GATEWAY, AND

11:31AM 16   THE SOUTHERN PORTIONS OF THOSE FLOODWALLS WOULD BE RAISED AND

11:31AM 17   RECONSTRUCTED TO MISSISSIPPI RIVER AND TRIBUTARY FLOODING

11:31AM 18   DESIGN PARAMETERS.

11:31AM 19   Q.   I QUICKLY WANT TO GO NOW TO TASK ORDER 26.

11:31AM 20        WHERE DID TASK ORDER 26 FIT INTO THE LARGER CONTEXT

11:31AM 21   OF THE LOCK REPLACEMENT PROJECT?

11:31AM 22   A.   IT WAS THE SECOND CONTRACT TO BE PLANNED AND EXECUTED AS

11:31AM 23   PART OF THE IHNC LOCK REPLACEMENT CONTRACT.

11:31AM 24   Q.   WHAT WAS THE FIRST ONE?

11:31AM 25   A.   THE VERY FIRST WAS THE DEMOLITION OF THE GALVEZ STREET

**HOURLY TRANSCRIPT**

11:31AM 1    WHARF BY CONTRACTOR VIRGINIA WRECKING COMPANY ON THE WESTERN

11:32AM 2    SIDE OF THE IHNC CANAL.

11:32AM 3    Q.   WAS THE -- DID THE LOCK REPLACEMENT PROJECT HAVE A DDR OR

11:32AM 4    SERIES OF DDR'S ASSOCIATED WITH IT?

11:32AM 5    A.   YES, THEY DID.   THREE, IN FACT.

11:32AM 6    Q.   WHAT IS A DDR?

11:32AM 7    A.   A DESIGN DOCUMENTATION REPORT.

11:32AM 8    Q.   WHAT'S THE PURPOSE OF THAT?

11:32AM 9    A.   THE PURPOSE OF A DDR IS TO IDENTIFY ALL OF THE DESIGN

11:32AM 10   PARAMETERS, DESIGN ASSUMPTIONS, BACKGROUND INFORMATION THAT

11:32AM 11   GOES INTO THE FUTURE DESIGN OF THE PROJECT.

11:32AM 12   Q.   NOW, YOU SAID THAT TASK ORDER 26 WAS PART OF THE LARGER

11:32AM 13   LOCK REPLACEMENT PROJECT.   DID THE TASK ORDER 26 HAVE TO HAVE A

11:32AM 14   DDR?

11:33AM 15   A.   NO, IT DID NOT.   IT WAS A -- BEING A PRELIMINARY, OR A

11:33AM 16   FIRST CONTRACT TO PREPARE FOR THE FUTURE LOCK, IT DID NOT NEED

11:33AM 17   A SEPARATE DDR FOR IT BECAUSE THE OVERALL IHNC LOCK REPLACEMENT

11:33AM 18   CONTRACT WAS FULLY COVERED BY DDR'S.

11:33AM 19   Q.   DOES THAT MEAN THAT THE WORK ASSOCIATED WITH TASK ORDER 26

11:33AM 20   DIDN'T HAVE VARIOUS FEASIBILITY STUDIES, PROJECT WORK PLANS

11:33AM 21   DEVELOPED AS PART OF THE EFFORT?

11:33AM 22   A.   IT DID, BUT THEY WERE NOT CALLED BY THAT SAME TERMINOLOGY.

11:33AM 23   WE HAD A DIFFERENT TERMINOLOGY CALLED A DESIGN CRITERIA REPORT,

11:33AM 24   A RECOMMENDATIONS REPORT THAT SERVED THE SAME FUNCTION AND

11:33AM 25   EQUIVALENT FUNCTION AS A DDR.

**HOURLY TRANSCRIPT**

11:33AM 1    Q.   LET'S GO TO JX-1231, PLEASE.

11:34AM 2         I WOULD LIKE YOU TO REFER TO PAGE 5 OF THAT DOCUMENT.

11:34AM 3    DO YOU RECOGNIZE THAT?

11:34AM 4    A.   YES, I DO.

11:34AM 5    Q.   WHAT IS THAT?

11:34AM 6    A.   THIS IS A LETTER FROM MY BOSS TO TULSA DISTRICT CORPS OF

11:34AM 7    ENGINEERS CONTRACTING DIVISION REQUESTING THAT I BE DESIGNATED

11:34AM 8    AS A CONTRACTING OFFICER'S -- NO, I'M SORRY, THIS IS A LETTER

11:34AM 9    FROM TULSA DISTRICT TO THE NEW ORLEANS DISTRICT DESIGNATING ME

11:35AM 10   AS THE CONTRACTING OFFICER'S REPRESENTATIVE ON TERC TASK

11:35AM 11   ORDER 26.

11:35AM 12   Q.   WHAT DOES A CONTRACTING OFFICER REPRESENTATIVE MEAN?

11:35AM 13   A.   IT'S A LEGAL DESIGNATION THAT I HAVE THE AUTHORITY TO ACT

11:35AM 14   ON BEHALF OF THE CONTRACTING OFFICER OR OFFICERS THAT ARE

11:35AM 15   LOCATED IN TULSA DISTRICT ON THIS PARTICULAR CONTRACT AS

11:35AM 16   DESIGNATED BY THE AUTHORITIES IN THIS LETTER.

11:35AM 17   Q.   DID YOU HAVE ANY OTHER POSITIONS RELATING TO TASK

11:35AM 18   ORDER 26?

11:35AM 19   A.   I WAS ALSO THE HTRW CONSTRUCTION MANAGER IN CHARGE OF IT.

11:35AM 20   Q.   LET'S GO BACK TO JX-1231, PAGE 5.  WHAT I WOULD LIKE TO DO

11:35AM 21   IS GO TO PARAGRAPH A.  CAN WE BLOW THAT UP, PLEASE.

11:36AM 22         WHAT IS YOUR UNDERSTANDING OF WHAT THAT PARAGRAPH

11:36AM 23   MEANS?

11:36AM 24   A.   IT WAS MY RESPONSIBILITY TO VERIFY THAT WASHINGTON GROUP

11:36AM 25   INTERNATIONAL, WGI, THE CONTRACTOR, PERFORMED ALL TECHNICAL

**HOURLY TRANSCRIPT**

11:36AM 1    REQUIREMENTS OF THE CONTRACT IN ACCORDANCE WITH THE APPROVED

11:36AM 2    WORK PLANS, THE PROJECT EXECUTION PLANS, AND ESPECIALLY THE

11:36AM 3    QUALITY CONTROL PLAN.

11:36AM 4    Q.   HOW DID YOU DO THAT?

11:36AM 5    A.   I PERSONALLY PERFORMED ONSITE INSPECTIONS OF THE

11:36AM 6    CONTRACTOR, APPROXIMATELY ONE TO THREE DAYS PER WEEK, WITH

11:36AM 7    ACTUAL SITE VISITS ON SITE.

11:36AM 8         I PARTICIPATED IN NUMEROUS QUALITY CONTROL MEETINGS,

11:36AM 9    QUALITY CONTROL AND QUALITY ASSURANCE INSPECTION MEETINGS, AND

11:36AM 10   OTHER COORDINATION WITH THEM.

11:37AM 11   Q.   DID YOU HAVE AN ON-SITE TEAM THERE?

11:37AM 12   A.   YES, I DID.  I HAD A QUALITY ASSURANCE FIELD STAFF ON SITE

11:37AM 13   DAILY, MONDAY THROUGH FRIDAY, FOR THE ENTIRE DURATION OF THE

11:37AM 14   FOUR AND A HALF YEARS OF THE CONTRACT.

11:37AM 15   Q.   GO TO LETTER PARAGRAPH B AND TELL US WHAT THAT MEANS.

11:37AM 16   A.   AGAIN, IT WAS MY RESPONSIBILITY AND THE QUALITY ASSURANCE

11:37AM 17   FIELD STAFF'S RESPONSIBILITY ONSITE TO PERFORM DAILY

11:37AM 18   INSPECTIONS OF WASHINGTON GROUP'S WORK IN ACCORDANCE WITH TASK

11:37AM 19   ORDER 26 TO ENSURE THAT IT WAS PERFORMED AND CONSTRUCTED IN

11:37AM 20   COMPLIANCE WITH THE QUALITY REQUIREMENTS OF THE CONTRACT

11:37AM 21   WITHOUT ANY DEFICIENCIES; AND, SHOULD ANY DEFICIENCIES HAVE

11:37AM 22   BEEN NOTED, THOSE WERE BROUGHT TO THE ATTENTION OF THE

11:37AM 23   CONTRACTOR AND WERE CORRECTED.

11:38AM 24   Q.   DID THIS REQUIRE YOU TO VISIT THE SITE?

11:38AM 25   A.   YES, IT DID.

**HOURLY TRANSCRIPT**

11:38AM 1    Q.   ON HOW MANY OCCASIONS -- TYPICALLY, HOW MANY OCCASIONS

11:38AM 2    WOULD YOU VISIT THE SITE?

11:38AM 3    A.   AS STATED PREVIOUSLY, ONE TO THREE DAYS -- ONE TO THREE

11:38AM 4    TIMES PER WEEK.

11:38AM 5    Q.   DID YOU DELEGATE ANY INSPECTIONS, RESPONSIBILITIES?

11:38AM 6    A.   YES, THE DAILY QUALITY ASSURANCE INSPECTIONS WERE

11:38AM 7    DELEGATED TO MY FIELD STAFF.

11:38AM 8    Q.   LETTER B ALSO SAYS, PERFORM ACCEPTANCE FOR THE

11:38AM 9    GOVERNMENT OF -- PERFORM ACCEPTANCE FOR THE GOVERNMENT OF

11:38AM 10   SERVICES PERFORMED UNDER THIS CONTRACT.  WHAT DID THAT MEAN?

11:38AM 11   A.   THAT MEANS PERFORMING THREE-PHASE QUALITY ASSURANCE

11:38AM 12   INSPECTIONS ON DAILY, WEEKLY, MONTHLY BASIS; PERFORMING

11:38AM 13   COMPREHENSIVE AUDITS OF THE CONTRACTORS' MONTHLY INVOICES TO

11:39AM 14   THE GOVERNMENT AND COMMENTING THEREON, ACCEPTING THOSE

11:39AM 15   INVOICES, AND MAKING MONTHLY PROGRESS STATEMENTS AGAINST THOSE

11:39AM 16   INVOICES.

11:39AM 17   Q.   GO TO LETTER C, PLEASE.  WHAT IS THIS?

11:39AM 18   A.   IT WAS MY RESPONSIBLE AS COR TO MAINTAIN A CONSTANT

11:39AM 19   LIAISON AND HAVE DAILY, WEEKLY, MONTHLY COMMUNICATIONS WITH

11:39AM 20   WASHINGTON GROUP, INCLUDING FACE-TO-FACE MEETINGS, WRITTEN

11:39AM 21   LETTER CORRESPONDENCE, WRITTEN E-MAILS CORRESPONDENCE BACK AND

11:39AM 22   FORTH WITH THE CONTRACTOR, AND APPROVING OVER 300 TECHNICAL

11:39AM 23   SUBMITTALS FROM THE CONTRACTOR TO THE GOVERNMENT, AS COR.

11:39AM 24   Q.   GO TO LETTER D, PLEASE.  TELL US WHAT THIS IS.

11:40AM 25   A.   IT WAS MY RESPONSIBILITY TO MONITOR WGI'S PERFORMANCE ON A

**HOURLY TRANSCRIPT**

11:40AM 1   MONTHLY BASIS, COMPARE THAT PERFORMANCE TO THEIR PROPOSED

11:40AM 2   SCHEDULE, NOTIFY THE CONTRACTOR IF HE WAS FALLING BEHIND

11:40AM 3   SCHEDULE AND WHAT EFFORTS IT WOULD TAKE ON HIS PART TO GET BACK

11:40AM 4   ON SCHEDULE.

11:40AM 5   Q.   HOW WOULD YOU MONITOR THE PERFORMANCE OF THE CONTRACTOR?

11:40AM 6   A.   WE COMPARED HIS SCHEDULE ON A MONTHLY BASIS TO WHAT WAS

11:40AM 7   ACTUAL VERSUS PROPOSED, AND WOULD CALCULATE THE PERCENT

11:40AM 8   COMPLETE ON A MONTHLY BASIS.

11:40AM 9        ALSO, ON A QUARTERLY BASIS, THE TULSA DISTRICT

11:41AM 10  CONTRACTING OFFICER REQUIRED US TO PERFORM AN EVALUATION OF THE

11:41AM 11  CONTRACTOR'S PERFORMANCE AND SCORE IT ON SEVERAL DIFFERENT

11:41AM 12  ITEMS, SUBMIT THAT BACK TO TULSA DISTRICT.  AND

11:41AM 13  WASHINGTON GROUP WAS ACTUALLY GRANTED AN AWARD FEE BASED ON THE

11:41AM 14  SCORES PER QUARTER.

11:41AM 15  Q.   HOW DID THEY DO, GENERALLY?

11:41AM 16  A.   GENERALLY, VERY WELL.  SCORED IN THE HIGH 90 TO 95 PERCENT

11:41AM 17  RANGE EVERY QUARTER.

11:41AM 18  Q.   LET'S GO TO JX-1227.  DO YOU RECOGNIZE THIS DOCUMENT?

11:41AM 19  A.   YES, I DO.

11:41AM 20  Q.   WHAT IS IT?

11:41AM 21  A.   THIS IS THE ACTUAL AWARD DOCUMENT FROM TULSA DISTRICT TO

11:42AM 22  MORRISON-KNUDSEN DATED JULY 12, 1999.  THIS IS THE INITIAL

11:42AM 23  AWARD OF TASK ORDER 26 TO THE CONTRACTOR.

11:42AM 24  Q.   WHAT WAS THE PURPOSE OF THIS INITIAL AWARD?

11:42AM 25  A.   THIS WAS THE INITIAL AWARD TO KICK OFF TASK ORDER 26 AND

**HOURLY TRANSCRIPT**

11:42AM 1    GET IT STARTED.

11:42AM 2    Q.   NOW, DID YOU PROVIDE -- DID YOU HAVE ANY ROLE IN THIS

11:42AM 3    DOCUMENT?

11:42AM 4    A.   YES, I DID.  IF YOU TURN TO PAGE 2 AND 3, I PERSONALLY

11:42AM 5    PREPARED THE STATEMENT OF WORK.

11:42AM 6    Q.   OKAY.  WHAT IS THE STATEMENT OF WORK?

11:42AM 7    A.   THE STATEMENT OF WORK, OR A SCOPE OF WORK, IS A GENERAL

11:42AM 8    DESCRIPTION DETAILING WHAT -- SERVICES, SUPERINTENDENTS, AND

11:43AM 9    REQUIREMENTS THAT THE CORPS OF ENGINEERS IS REQUESTING

11:43AM 10   WASHINGTON GROUP TO PERFORM.

11:43AM 11   Q.   OKAY.  GO TO PAGE 3 OF THIS DOCUMENT AND FOCUS ON

11:43AM 12   PARAGRAPH 1, IF YOU COULD.  THE FIRST SENTENCE READS, "THE

11:43AM 13   CONTRACTOR SHALL FURNISH ALL SERVICES, MATERIALS, SUPPLIES,

11:43AM 14   LABOR AND TRAVEL IN CONNECTION WITH THE COORDINATION AND

11:43AM 15   TECHNICAL REVIEW OF SITE DOCUMENTS," AND THEN IT GOES ON.

11:43AM 16        WHAT DID THAT FIRST SENTENCE -- OR PARAGRAPH, I DON'T

11:43AM 17   WANT TO LIMIT YOU TO THE FIRST SENTENCE, BUT WHAT DID THAT MEAN

11:43AM 18   TO YOU AS A COR?

11:43AM 19   A.   THIS IS TELLING THE CONTRACTOR, WASHINGTON GROUP

11:43AM 20   INTERNATIONAL, THAT THEY ARE RESPONSIBLE FOR FURNISHING AND

11:43AM 21   PROVIDING THESE REQUIRED SERVICES TO THE CORPS OF ENGINEERS.

11:43AM 22   Q.   AND HOW DO YOU DEFINE "ALL SERVICES"?  WHAT WAS YOUR

11:43AM 23   UNDERSTANDING OF WHAT THAT MEANT?

11:43AM 24   A.   THAT IS A GENERAL OVERALL DESCRIPTION.  IT GETS INTO --

11:44AM 25   MORE DETAILED IN THE REMAINDER OF THIS DOCUMENT.

**HOURLY TRANSCRIPT**

11:44AM 1    Q.   LET'S GO DOWN TO SECTION 3, "PROJECT REQUIREMENTS."  THE

11:44AM 2    SENTENCE BEGINS, THE CONTRACTOR SHALL FURNISH ALL ENGINEERING

11:44AM 3    SERVICES," ETCETERA.  WHAT DOES THAT MEAN TO YOU?

11:44AM 4    A.   THAT MEANS THAT THE -- WASHINGTON GROUP INTERNATIONAL IS

11:44AM 5    AN EXPERIENCED AE CONSULTING FIRM HIRED BY THE CORPS OF

11:45AM 6    ENGINEERS, AND WE ARE PERSONALLY HIRING THEM AND THEIR SERVICES

11:45AM 7    TO PERFORM THESE ENGINEERING SERVICES, MATERIALS, SUPPLIES, AND

11:45AM 8    LABOR AND TECHNICAL REVIEW AS STATED IN THE SCOPE OF WORK.

11:45AM 9    Q.   GO TO THE SENTENCE ON THE NEXT PAGE THAT BEGINS, "IN

11:45AM 10   ADDITION," AND READ THAT TO YOURSELF.

11:45AM 11        IF YOU'RE DONE, I WOULD LIKE TO REFER YOU TO THE

11:45AM 12   PHRASE THAT SAYS, "DATA GAPS THAT MAY NEED TO BE FILLED BY

11:45AM 13   SAMPLING OR OTHER INVESTIGATIONS."  WHAT DID THIS MEAN?

11:45AM 14   A.   DATA --

11:45AM 15        MR. SIMS:  OBJECTION, YOUR HONOR, THE QUESTIONS TO

11:45AM 16   DATE HAVE BEEN PHRASED AS TO WHAT THIS WITNESS'S UNDERSTANDING

11:45AM 17   OF THE LANGUAGE WAS.  THIS QUESTION IS A LITTLE BIT DIFFERENT

11:45AM 18   AND COULD BE ASKED WHAT THIS CONTRACT LANGUAGES MEANS IN

11:45AM 19   GENERAL --

11:45AM 20        THE COURT:  I CAN'T QUITE HEAR YOU, COUNSEL, AND

11:45AM 21   APOLOGIZE, THAT MIC DOESN'T --

11:45AM 22        MR. SIMS:  THAT'S ALL RIGHT, YOUR HONOR.

11:45AM 23        COUNSEL'S QUESTIONS UP TO DATE HAS ASKED THIS

11:45AM 24   WITNESS FOR HIS UNDERSTANDING; WHEREAS, THIS QUESTION, AS

11:45AM 25   BEFORE IT, SEEMS TO BE ASKING FOR HIM TO INTERPRET THIS

**HOURLY TRANSCRIPT**

11:45AM 1  CONTRACT, NOT TO GIVE HIS UNDERSTANDING.  SO WE WOULD OBJECT TO

11:45AM 2  THAT QUESTION, YOUR HONOR.

11:45AM 3          MR. MITSCH:  I THINK MR. GUILLORY TESTIFIED THAT HE

11:45AM 4  WROTE THIS DOCUMENT.  HE CAN CERTAINLY STATE WHAT HIS INTENTION

11:45AM 5  WAS IN WRITING THOSE WORDS.

11:45AM 6          THE COURT:  THAT'S AN INTERESTING LEGAL POINT.  IF WE

11:46AM 7  GET TO DRAFT -- WHEN IT'S AMBIGUOUS, HE MAY.  DO YOU CONTEND

11:46AM 8  IT'S AMBIGUOUS?

11:46AM 9          MR. MITSCH:  I DON'T THINK IT'S AMBIGUOUS AT ALL.

11:46AM 10         THE COURT:  THEN THERE'S NO NEED FOR US TO EXPOUND ON

11:46AM 11 IT IF IT'S NOT AMBIGUOUS.  I MEAN, WHY ARE YOU GOING TO SAY

11:46AM 12 WHAT IT MEANS IF IT'S NOT AMBIGUOUS?  BECAUSE THE COURT

11:46AM 13 ULTIMATELY HAS TO MAKE THAT INTERPRETATION, SO WHY IS ONE WHO

11:46AM 14 DRAFTED A CONTRACT OR IS INVOLVED IN ITS NEGOTIATIONS TALKING

11:46AM 15 ABOUT WHAT WAS REALLY INTENDED, WHEN THE INTENT IS EXPRESSLY

11:46AM 16 NOT AMBIGUOUS, ACCORDING TO WHAT YOU STATED?

11:46AM 17         MR. MITSCH:  I WOULD LIKE HIM TO TESTIFY ABOUT WHAT

11:46AM 18 HIS UNDERSTANDING WAS OF THE DATA GAPS.

11:46AM 19         THE COURT:  THAT, HE MAY.

11:46AM 20                          EXAMINATION

11:46AM 21 BY MR. MITSCH:

11:46AM 22 Q.   WHAT WAS YOUR UNDERSTANDING OF THE DATA GAPS?

11:46AM 23 A.   AS PART OF THE SCOPE OF WORK, IT WAS WASHINGTON GROUP'S

11:46AM 24 RESPONSIBILITY TO DIGEST 12 PRIOR STUDIES AND DOCUMENTS

11:46AM 25 PROVIDED TO THEM BY THE CORPS AND TO CONDENSE AND COMPILE ALL

**HOURLY TRANSCRIPT**

11:46AM 1   OF THAT INFORMATION INTO WHAT WAS LATER CALLED A

11:47AM 2   RECOMMENDATIONS REPORT THAT WOULD RECOMMEND THE SCOPE AND

11:47AM 3   DURATION OF TERC TASK ORDER 26, SPECIALLY FOR THE ENVIRONMENTAL

11:47AM 4   REMEDIATION AND DEMOLITION PART OF THE CONTRACT.

11:47AM 5         THE DATA GAPS, AS STATED IN THIS PARAGRAPH, WERE

11:47AM 6   SIMPLY THAT THE GOVERNMENT HAD THIS BODY OF KNOWLEDGE IN THESE

11:47AM 7   DOCUMENTS LISTED IN PARAGRAPH 6 LATER ON, AND WE KNEW WHAT WE

11:47AM 8   HAD, WE KNEW THE ENDPOINT THAT WE WANTED TO GET TO, BUT WE WERE

11:47AM 9   TASKING WASHINGTON GROUP TO TELL US WHAT INFORMATION ARE WE

11:47AM 10  MISSING, WHAT DATA, TESTING, LABORATORY ANALYSIS OR WHAT HAVE

11:47AM 11  YOU THAT WE WERE MISSING THAT WE NEEDED TO ACCOMPLISH THE

11:47AM 12  MISSION AT HAND.

11:48AM 13  Q.   HOW DID YOU EXPECT WGI TO ACCOMPLISH THAT TASK?

11:48AM 14  A.   WE EXPECTED THEM TO REVIEW ALL OF THE DOCUMENTS LISTED IN

11:48AM 15  PARAGRAPH 6 OF THIS DOCUMENT AND PROVIDE AN OUTLINE OF THE DATA

11:48AM 16  GAPS THAT THEY INTERPRETED THAT WE WERE MISSING AND MAKE

11:48AM 17  RECOMMENDATIONS TO THE CORPS ON WHAT SPECIFIC INFORMATION OR

11:48AM 18  FUTURE CONTRACT WORK OR INCREASES IN THE SCOPE OF WORK IT WOULD

11:48AM 19  TAKE TO FULFILL THOSE DATA GAPS.

11:48AM 20  Q.   DID YOU EXPECT WGI TO IDENTIFY ANY DATA GAPS RELATING TO

11:48AM 21  THE IMPACT ITS PROPOSED SITE CLEARING AND REMEDIATION WORK

11:48AM 22  MIGHT HAVE ON THE LEVEE AND FLOODWALL ALONG JOURDAN ROAD?

11:48AM 23  A.   NO, WE DID NOT.

11:48AM 24  Q.   WHY IS THAT?

11:49AM 25  A.   PRIMARILY BECAUSE THE GOVERNMENT HAD BEEN DESIGNING THE

**HOURLY TRANSCRIPT**

11:49AM 1    IHNC LOCK REPLACEMENT CONTRACT FOR MANY YEARS, AND THAT

11:49AM 2    INFORMATION, THAT ISSUE HAD ALREADY BEEN DISCUSSED AND

11:49AM 3    ADDRESSED IN PRIOR DOCUMENTS, ESPECIALLY IN 1966.

11:49AM 4    Q.   WHEN YOU SAY PRIOR DOCUMENTS, YOU MEAN PRIOR DOCUMENTS --

11:49AM 5    OR WHEN YOU SAY DISCUSSED, I SHOULD SAY, DID YOU MEAN DISCUSSED

11:49AM 6    WITH WGI?

11:49AM 7    A.   NO.  DISCUSSED FROM THE CORPS OF ENGINEERS' STANDPOINT.

11:49AM 8    Q.   INTERNALLY WITHIN THE CORPS?

11:49AM 9    A.   YES.

11:49AM 10   Q.   GO ON PAGE 4 TO SECTION 6, "GOVERNMENT-FURNISHED

11:49AM 11   INFORMATION," AND TELL US WHAT THIS WAS.

11:49AM 12   A.   AS PREVIOUSLY STATED, THESE 12 DOCUMENTS WERE PRIOR

11:49AM 13   STUDIES, HTRW INVESTIGATIONS PERFORMED BY THE CORPS, PERFORMED

11:50AM 14   BY OTHER AE CONSULTING FIRMS FOR THE CORPS AND PERFORMED BY

11:50AM 15   OTHER FIRMS FOR THE PORT OF NEW ORLEANS, AND THE INFORMATION

11:50AM 16   WAS CONVEYED OVER TO THE CORPS OF ENGINEERS.

11:50AM 17        THE COURT:  BEFORE YOUR NEXT QUESTION, GOING BACK TO

11:50AM 18   THE 1966 STUDY, I JUST WANT TO GET FROM YOUR STANDPOINT THE

11:50AM 19   CORPS'S UNDERSTANDING OF WHAT IT EXPECTED FROM WGI.

11:50AM 20        IN THE EVENT THAT WGI, HYPOTHETICALLY, EXCAVATED

11:50AM 21   SOMETHING THAT WAS A DATA GAP THAT WAS, SAY, 20 TO 30 FEET

11:50AM 22   DEEP, DO YOU THINK THE 1966 STUDY THEN WAS SUFFICIENT SO THAT

11:50AM 23   NOTHING ELSE HAD TO BE DONE?

11:50AM 24        THE WITNESS:  NO, YOUR HONOR, I WOULD NOT SAY THAT.

11:50AM 25        THE COURT:  SO WHAT WAS THE RESPONSE FROM WGI, IF

**HOURLY TRANSCRIPT**

11:51AM 1    ANY, BUT FROM THE CORPS'S STANDPOINT IN THE EVENT THAT

11:51AM 2    OCCURRED?

11:51AM 3            THE WITNESS:  WE FULLY EXPECTED THAT SHOULD ANY

11:51AM 4    GEOTECHNICAL ASPECT OF THE TERC TASK ORDER 26 CAME UP OR ANY

11:51AM 5    ISSUE THAT THEY FELT AS A CONTRACTOR WAS IMPORTANT FOR US TO

11:51AM 6    KNOW, THEY WOULD HAVE IMMEDIATELY ALERTED US TO THAT SITUATION

11:51AM 7    SO THAT WE COULD TAKE FURTHER ACTIONS, FURTHER EVALUATION,

11:51AM 8    ETCETERA.

11:51AM 9            THE COURT:  FAIR ENOUGH.  THANK YOU, SIR.

11:51AM 10                        EXAMINATION

11:51AM 11   BY MR. MITSCH:

11:51AM 12   Q.   GOING BACK TO SECTION 6, LOOK AT THE SECOND BULLET.  IT

11:51AM 13   SAYS, "1997 USACE-NOD."  WHAT'S THAT?

11:51AM 14   A.   SECOND BULLET?

11:51AM 15   Q.   SECOND BULLET.  SECTION 6, SECOND BULLET.

11:52AM 16   A.   OKAY.  THAT WAS PART OF THE 1997 EVALUATION REPORT, A

11:52AM 17   NINE-VOLUME SET ON THE NEW LOCK AND CONNECTING CHANNEL.  THIS

11:52AM 18   PARTICULAR BULLET IS TALKING ABOUT A -- THIS IS VOLUME 5,

11:52AM 19   APPENDIX C OF THAT NINE-VOLUME SET.  AND IT'S TALKING ABOUT THE

11:52AM 20   PHASE 1 AND PHASE 2 HTRW ASSESSMENTS OF THE SITE.

11:52AM 21   Q.   AND DID THAT DOCUMENT INCLUDE ANY DISCUSSIONS RELATING TO

11:52AM 22   SOIL STRATIGRAPHY IN THE EBIA AREA?

11:52AM 23   A.   YES, DID.  IT COVERED A WIDE RANGE OF ISSUES AND TOPICS,

11:52AM 24   AND IT DID INCLUDE STRATIGRAPHY, HYDROGEOLOGY, ETCETERA.

11:52AM 25   Q.   DID THAT DOCUMENT INCLUDE ANY ESTIMATE OF HYDRAULIC

**HOURLY TRANSCRIPT**

11:52AM  1    CONDUCTIVITY OF THE SOILS IN THE EBIA AREA?

11:52AM  2    A.   YES, IT DID.

11:52AM  3    Q.   WE'LL GO BACK TO THAT DOCUMENT A LITTLE BIT LATER.

11:52AM  4         THE FOURTH BULLET, WHICH IS THE SECOND ONE ON THE

11:53AM  5    SECOND PAGE -- THE FIRST ONE ON THE SECOND PAGE, WHAT WAS THAT?

11:53AM  6    A.   FIRST BULLET ON PAGE 5?

11:53AM  7    Q.   YES.

11:53AM  8    A.   THAT LOOKS LIKE A SECTION 404(B)(1) EVALUATION, VOLUME 6,

11:53AM  9    APPENDIX D.

11:53AM 10    Q.   OKAY.  AND WHAT DID THAT DOCUMENT TALK ABOUT GENERALLY?

11:53AM 11    A.   I DO NOT RECALL THE SPECIFICS OF IT.

11:53AM 12    Q.   AS FAR AS YOU KNOW, DID ANY OF THE INFORMATION FURNISHED

11:53AM 13    TO WGI IN CONNECTION WITH THIS CONTAIN AS-BUILT DRAWINGS OF THE

11:53AM 14    LEVEES AND FLOODWALLS BORDERING THE EBIA?

11:53AM 15    A.   NO, THEY DID NOT.

11:54AM 16    Q.   DID WGI EVER ASK FOR THOSE DOCUMENTS?

11:54AM 17    A.   NO, THEY DID NOT.

11:54AM 18    Q.   WOULD YOU HAVE PROVIDED THOSE DOCUMENTS, IF ASKED?

11:54AM 19    A.   WE SURE WOULD HAVE.

11:54AM 20    Q.   NOW, BEFORE I LEAVE THIS DOCUMENT, I WANT TO GO BACK TO

11:54AM 21    PAGE 3, JX-1227-0003, SECTION 3, AND THE STATEMENT THAT SAYS,

11:54AM 22    "THE CONTRACTOR SHALL FURNISH ALL ENGINEERING SERVICES."

11:54AM 23         MY QUESTION IS WHETHER OR NOT IT WAS YOUR

11:54AM 24    UNDERSTANDING THAT THAT TERM "ENGINEERING SERVICES" INCLUDED

11:54AM 25    ANY WORK RELATING TO THE FLOODWALL AND THE LEVEE ALONG THE EAST

**HOURLY TRANSCRIPT**

11:54AM   1    SIDE OF THE EBIA.

11:54AM   2    A.   NO, IT DID NOT.

11:54AM   3    Q.   THANK YOU.

11:54AM   4         LET'S GO TO JX-1234.  DO YOU RECOGNIZE THIS?

11:55AM   5    A.   YES, I DO.

11:55AM   6    Q.   WHAT IS IT?

11:55AM   7    A.   THIS IS THE REPORT PREPARED BY WASHINGTON GROUP CALLED A

11:55AM   8    RECOMMENDATION REPORT FOR DEMOLITION AND SITE PREPARATION

11:55AM   9    ACTIVITIES AT THE EBIA.  AND THIS IS THE DOCUMENT THAT WAS

11:55AM  10    GENERATED FROM THAT INITIAL $113,092 AWARDED UNDER TASK

11:55AM  11    ORDER 26.

11:55AM  12    Q.   ALL RIGHT.  WE'LL GO TO PAGE 3.  WHAT'S THAT DOCUMENT?

11:55AM  13    A.   THIS IS A LETTER SIGNED BY ME TO MORRISON KNUDSEN, WGI,

11:55AM  14    APPROVING THE FINAL VERSION OF THE RECOMMENDATIONS REPORT.

11:55AM  15    Q.   NOW, WHAT WAS THIS DOCUMENT USED FOR?

11:56AM  16    A.   THIS DOCUMENT SERVED AS THE BASIS FOR THE FUTURE DETAILED

11:56AM  17    SCOPE OF WORK OF THE ENVIRONMENTAL REMEDIATION DEMOLITION OF

11:56AM  18    TERC TASK ORDER 26 ON THE EBIA.

11:56AM  19    Q.   GO TO PAGE JX-1234-15.  AND UNDER THE SECTION 1.0,

11:56AM  20    "PURPOSE OF THE REPORT," IS THAT WHAT YOU UNDERSTAND -- WAS

11:56AM  21    THAT YOUR UNDERSTANDING OF THE PURPOSE OF THE REPORT?

11:56AM  22    A.   YES, AS WRITTEN.

11:56AM  23    Q.   WERE YOU INVOLVED IN THE DEVELOPMENT OF THIS?

11:56AM  24    A.   YES, I WAS.

11:56AM  25    Q.   HOW WOULD YOU DESCRIBE THAT?  HOW WOULD YOU DESCRIBE YOUR

**HOURLY TRANSCRIPT**

11:56AM  1    INVOLVEMENT?

11:56AM  2    A.   GENERALLY, THE CORPS AND WASHINGTON GROUP, AS ITS

11:57AM  3    CONTRACTOR, UTILIZED A TEAMWORK APPROACH IN PERFORMING TERC

11:57AM  4    TASK ORDER 26, AND AT THE KICKOFF OF THAT INITIAL AWARD OF THE

11:57AM  5    TASK ORDER IN JUNE OF '99, SHORTLY THEREAFTER, THE CORPS AND

11:57AM  6    ITS SMALL HTRW TEAM MET WITH WASHINGTON GROUP AND BRAINSTORMED

11:57AM  7    AND CAME UP WITH THE ISSUES AND DETAILS IN AN OUTLINE FORM THAT

11:57AM  8    WE WANTED WASHINGTON GROUP TO PREPARE AND ELABORATE ON, WHICH

11:57AM  9    ULTIMATELY RESULTED IN THIS RECOMMENDATIONS REPORT.  AND I WAS

11:57AM  10   A PART OF THAT TEAM.

11:57AM  11   Q.   GO TO PAGE JX-1234-36.  SECTION 4.1, "PROJECT

11:58AM  12   ASSUMPTIONS."  THAT'S THE WRONG PAGE.  WE SEEM TO HAVE A

11:58AM  13   PROBLEM HERE.  "PROJECT ALTERNATIVE."  GO BACK A LITTLE BIT AND

11:58AM  14   LOOK FOR "PROJECT ASSUMPTIONS," WHICH IS SECTION 4.1.  THERE WE

11:58AM  15   ARE.

11:59AM  16          I WOULD LIKE YOU TO GO TO -- I'M SORRY, BUT THE NEXT

11:59AM  17   PAGE, AND GO TO THE BULLET POINT WHICH BEGINS, "ONCE ALL

11:59AM  18   CONSTITUENTS OF CONCERN."  THERE WE ARE.

11:59AM  19          OKAY.  WHAT DO "CONSTITUENTS OF CONCERN" MEAN?

11:59AM  20   A.   THOSE WERE POTENTIAL CONTAMINANTS THAT WE EXPECTED TO FIND

11:59AM  21   ON THE EBIA SITE.

11:59AM  22   Q.   AND WHAT WAS THE PROJECT ASSUMPTION RELATING TO WHAT WOULD

11:59AM  23   HAPPEN TO THE SITE AT THE END OF PROJECT?

11:59AM  24   A.   AT THE END OF THE ENTIRE PROJECT, THE SITE WOULD BE

11:59AM  25   COMPLETELY AN EARTHEN 32-ACRE SITE, FINAL DRESSED AND SLOPED TO

**HOURLY TRANSCRIPT**

12:00PM 1  DRAIN FROM THE EXISTING JOURDAN AVENUE FLOODWALL TOWARDS THE

12:00PM 2  IHNC CANAL, AND THEN A SUBSEQUENT FOLLOW-ON CONTRACT WOULD BE

12:00PM 3  AWARDED TO ANOTHER CONTRACTOR TO HYDRAULICALLY DREDGE TWO

12:00PM 4  BYPASS CHANNELS THROUGH THE EBIA SITE.

12:00PM 5  Q.   AND HOW MUCH OF THAT, OF THE EBIA AREA WOULD YOU ESTIMATE

12:00PM 6  WOULD HAVE BEEN DREDGED TO ACCOMMODATE THOSE BYPASS CHANNELS?

12:00PM 7  A.   APPROXIMATELY TWO-THIRDS OF THE FOOTPRINT.

12:00PM 8  Q.   AND GOING BACK TO THAT BULLET POINT ON THE SCREEN, WHAT'S

12:00PM 9  THE SIGNIFICANCE OF THE 1V:3H FINAL SLOPE?  WHAT DOES THAT

12:00PM 10  MEAN?

12:00PM 11  A.   THE 1 VERTICAL AND 3 HORIZONTAL FINAL SLOPE IS THE

12:00PM 12  RECOMMENDATION BY OUR GEOTECHNICAL BRANCH TO SHAPE OR SLOPE THE

12:01PM 13  WESTERN EDGE OF THE EBIA SITE WHERE IT INTERFACED WITH THE IHNC

12:01PM 14  CANAL.

12:01PM 15  Q.   IS THAT A STANDARD ENGINEERING SLOPE?

12:01PM 16  A.   THAT IS STANDARD ENGINEERING PRACTICES.

12:01PM 17  Q.   AND IT SAYS, "SHORING OF THE BANK WILL NOT BE REQUIRED AS

12:01PM 18  PART OF THIS SCOPE OF WORK."  WHY IS THAT?

12:01PM 19  A.   PRIMARILY BECAUSE THE FUTURE HYDRAULIC DREDGING WAS TO

12:01PM 20  OCCUR IMMEDIATELY THEREAFTER THROUGH THIS WORK, AND WE DID NOT

12:01PM 21  WANT TO HAVE ANY HARDENED STRUCTURES, ARMORING OR ANYTHING LIKE

12:01PM 22  THAT, THAT WOULD ADVERSELY AFFECT THE DREDGING CONTRACT.

12:01PM 23  Q.   OKAY.  THEN IT SAYS, "NO ADDITIONAL FILL WILL BE

12:01PM 24  INTRODUCED INTO THE PROJECT AREA."  WHAT WAS THAT?

12:01PM 25  A.   THE POINT BEING MADE THERE IS WE DID NOT WANT TO ADD ANY

**HOURLY TRANSCRIPT**

12:01PM 1  ADDITIONAL FILL OR MATERIAL ONTO THE PROJECT SITE OTHER THAN

12:02PM 2  WHAT PREVIOUSLY EXISTED BECAUSE IT WOULD NOT BE ADVANTAGEOUS TO

12:02PM 3  THE GOVERNMENT ONCE WE CAME BACK AND HYDRAULICALLY DREDGED THE

12:02PM 4  TWO BYPASS CHANNELS THROUGH THE SITE.

12:02PM 5  Q.   SO WAS THE ASSUMPTION THAT YOU WERE GOING TO USE FILL --

12:02PM 6  BACKFILL FROM THE AREA ON THE PROJECT?

12:02PM 7  A.   CORRECT.

12:02PM 8  Q.   DID THAT TURN OUT TO BE THE CASE?

12:02PM 9  A.   THAT IS THE CASE.

12:02PM 10  Q.   DID THAT ULTIMATELY TURN OUT TO BE THE CASE?  WERE YOU

12:02PM 11  ABLE ONLY TO -- WERE YOU ABLE TO ACCOMMODATE ALL YOUR BACKFILL

12:02PM 12  NEEDS WITH MATERIAL FROM THE EBIA SITES?

12:02PM 13  A.   NO.  ONCE WE DEPLETED THE MCDONOUGH MARINE ON-SITE BORROW

12:02PM 14  AREA, WE DID HAVE TO IMPORT A SMALL AMOUNT OF IMPORTED RIVER

12:02PM 15  SAND FOR BACKFILL.

12:02PM 16  Q.   OKAY.  GO TO JX-1234-40.  AND IT'S SECTION 5.0,

12:03PM 17  "RECOMMENDATION."  IT'S THE BEGINNING OF SECTION 5, SO YOU'LL

12:03PM 18  HAVE TO GO A LITTLE BIT EARLIER IN THE DOCUMENT.  KEEP ON GOING

12:03PM 19  BACK.  OKAY.  "RAMP UP."  HIGHLIGHT 5.1, "RAMP UP."  WHAT DOES

12:03PM 20  THIS SECTION PROVIDE?

12:03PM 21  A.   SECTION 5.1, "RAMP UP," IS GIVING AN OUTLINE OF HOW

12:03PM 22  WASHINGTON GROUP AND THE CORPS CAREFULLY PLANNED THE START AND

12:03PM 23  THE INCREASE IN SCOPE OF WORK AS WE PROGRESSED OVER THE COURSE

12:04PM 24  OF THE PROJECT.

12:04PM 25  Q.   WERE THOSE -- WAS THAT ULTIMATELY SET AND TURNED INTO

**HOURLY TRANSCRIPT**

12:04PM   1   PROJECT PLANS AND PROCEDURES?

12:04PM   2   A.   YES, THEY WERE.

12:04PM   3   Q.   GO DOWN TO SECTION 5.1.2 AND HIGHLIGHT THE BULLET POINT.

12:04PM   4            WERE THOSE THE SEPARATE PLANS THAT WERE DEVELOPED AS

12:04PM   5   PART OF THIS RAMP-UP PROJECT?

12:04PM   6   A.   AT THIS POINT IN TIME, WASHINGTON GROUP ANTICIPATED THAT

12:04PM   7   THERE WOULD BE SIX PROJECT PLANS ASSOCIATED WITH THE

12:04PM   8   REMEDIATION OF THE SITE.

12:04PM   9   Q.   DID THAT ULTIMATELY TURN OUT TO BE THE CASE?

12:04PM  10   A.   NO.  AS THE SCOPE OF WORK INCREASED AND DURING THE

12:04PM  11   CONTRACT, WE ULTIMATELY PREPARED AND UTILIZED EIGHT MAJOR WORK

12:05PM  12   PLANS.

12:05PM  13   Q.   IS IT FAIR TO SAY THAT THESE SIX AND ULTIMATELY EIGHT WORK

12:05PM  14   PLANS WERE THE UMBRELLA DOCUMENTS THAT DESCRIBE ULTIMATELY HOW

12:05PM  15   WGI WAS GOING TO ACCOMPLISH THIS REMEDIATION?

12:05PM  16   A.   YES, IT IS.

12:05PM  17   Q.   I'M GOING TO SPEND A LITTLE BIT OF TIME ON THE NEXT PAGE,

12:05PM  18   ON THE PROJECT WORK PLAN, 5.1.2.1.  WHAT'S THE PURPOSE OF THIS

12:05PM  19   PROJECT WORK PLAN?

12:05PM  20   A.   THE PROJECT WORK PLAN WAS THE OVERALL DESCRIPTION OF HOW

12:05PM  21   THE ON-SITE FIELD OPERATIONS AND FIELD REMEDIATION AND

12:05PM  22   DEMOLITION WOULD OCCUR.  IT WAS THE OVERALL UMBRELLA OVER THE

12:05PM  23   OTHER SEVEN PROJECT WORK PLANS.

12:05PM  24   Q.   OKAY.  GO DOWN TO THE BOTTOM OF THE PAGE, 5.1.2.1.5,

12:06PM  25   "DETAILED ENGINEERING."  AND -- I'M SORRY, TO GO THE NEXT PAGE,

**HOURLY TRANSCRIPT**

12:06PM 1    THE BULLET POINT THAT SAYS "GEOTECHNICAL."

12:06PM 2            CAN YOU DESCRIBE TO THE COURT WHAT GEOTECHNICAL

12:06PM 3    SERVICES YOU EXPECTED WGI TO PROVIDE IN THE EBIA REMEDIATION

12:06PM 4    PROJECT.

12:06PM 5    A.   OKAY.  OVERALL, THIS BULLETED LIST ON 041 AND 042

12:06PM 6    DESCRIBES POTENTIAL ITEMS THAT WE WANTED WASHINGTON GROUP TO

12:06PM 7    IDENTIFY AND ADDRESS AND ELABORATE ON AND INCLUDE IN THE

12:06PM 8    PROJECT WORK PLAN.

12:06PM 9            SPECIFICALLY, GEOTECHNICAL, THE BULLET, WE EXPECTED

12:06PM 10   WGI, AS A PROFESSIONAL ARCHITECT, ENGINEERING FIRM TO USE

12:07PM 11   STANDARD ENGINEERING PRINCIPLES AND PRACTICES IN DESIGNING THE

12:07PM 12   EXCAVATIONS REQUIRED FOR THE ENVIRONMENTAL REMEDIATION OF THE

12:07PM 13   PROJECT.

12:07PM 14   Q.   AND, AGAIN, AT THE POINT THAT THIS DOCUMENT WAS DEVELOPED,

12:07PM 15   DID YOU HAVE ANY EXPECTATION THAT WGI WOULD DO ANY ENGINEERING

12:07PM 16   SERVICES RELATED TO THE LEVEE OR THE FLOODWALL ALONG THE EAST

12:07PM 17   SIDE OF THE EBIA?

12:07PM 18   A.   NO, WE DID NOT.  IT WAS NOT SPECIFIED OR INCLUDED IN THE

12:07PM 19   SCOPE OF WORK.

12:07PM 20   Q.   THERE ARE NINE BULLET POINTS UNDER -- DETAILED UNDER

12:07PM 21   "ENGINEERING."  WAS IT YOUR UNDERSTANDING THAT WGI WOULD

12:07PM 22   PROVIDE ENGINEERING SERVICES RELATIVE TO ALL OF THOSE NINE

12:08PM 23   POINTS?

12:08PM 24   A.   NO.  THESE WERE JUST POTENTIAL ISSUES THAT WE MAY

12:08PM 25   ENCOUNTER ON THE JOB SITE.

**HOURLY TRANSCRIPT**

12:08PM 1   Q.   AND WOULD IT BE FAIR TO SAY THAT WHETHER OR NOT ANY OF

12:08PM 2   THESE NINE POINTS WOULD COME INTO PLAY DEPENDED ON THE NEEDS OF

12:08PM 3   THE PROJECT AS IT DEVELOPED?

12:08PM 4   A.   ABSOLUTELY.

12:08PM 5   Q.   OKAY.  I WOULD LIKE TO GO TO JX-1252, WHICH ACTUALLY IS

12:08PM 6   THE PROJECT WORK PLAN.  AND DO YOU RECOGNIZE THIS DOCUMENT?

12:08PM 7   A.   YES, I DO.

12:08PM 8   Q.   TURN TO PAGE 2.  IS THAT YOUR SIGNATURE THERE?

12:08PM 9   A.   YES, IT IS.

12:08PM 10  Q.   AND I WOULD LIKE YOU TO GO TO PAGE 9, THE FIRST SENTENCE

12:09PM 11  IN 1.1.  WAS IT YOUR UNDERSTANDING THAT WGI WAS TASKED TO

12:09PM 12  FURNISH ALL SERVICES, MATERIALS, SUPPLIES, ETCETERA, AS

12:09PM 13  REQUIRED FOR THE PROJECT SITE DEVELOPMENT AND REMEDIAL ACTION

12:09PM 14  OF THE EBIA?

12:09PM 15  A.   YES.

12:09PM 16  Q.   AND HAD YOUR UNDERSTANDING CHANGED SINCE THIS DOCUMENT HAD

12:09PM 17  BEEN DEVELOPED?

12:09PM 18  A.   NO.

12:09PM 19          THE COURT:  ONE FOLLOW-UP TO THE QUESTION, I'M SORRY,

12:09PM 20  IT WAS TWO QUESTIONS BACK AND I APOLOGIZE.

12:09PM 21          IT WAS ON THE GEOTECHNICAL SERVICES YOU EXPECTED

12:09PM 22  FROM WGI.  I THINK THE GIST OF YOUR ANSWER WAS FOR GEOTECHNICAL

12:09PM 23  SERVICE THAT MAY BE REQUIRED WITH REFERENCE TO DESIGN OF ANY

12:09PM 24  EXCAVATION THAT THEY WERE GOING TO DO THAT MIGHT IMPACT SOME --

12:10PM 25  THAT MIGHT REQUIRE GEOTECHNICAL EXPERTISE; IS THAT CORRECT?

**HOURLY TRANSCRIPT**

12:10PM 1          THE WITNESS:  ONLY AS REQUESTED, YOUR HONOR.

12:10PM 2          THE COURT:  ONLY AS REQUESTED BY YOU?

12:10PM 3          THE WITNESS:  BY THE CORPS.

12:10PM 4          THE COURT:  AND DID THE CORPS MAKE ANY SUCH REQUESTS

12:10PM 5  OF WGI DURING THE ENTIRE COURSE OF THIS PROJECT?

12:10PM 6          THE WITNESS:  SPECIFICALLY FOR BRACED COFFERDAMS, WE

12:10PM 7  HAD MADE SPECIFIC REQUESTS FOR THE CONTRACTOR TO UTILIZE A

12:10PM 8  LICENSED PROFESSIONAL ENGINEER TO DESIGN THOSE COFFERDAMS.

12:10PM 9  HOWEVER, WE DID NOT REQUIRE WASHINGTON GROUP TO PROVIDE ANY

12:10PM 10 STABILITY ANALYSIS OR SEEPAGE ANALYSIS DURING THE COURSE OF THE

12:10PM 11 CONTRACT.

12:10PM 12         THE COURT:  OKAY.

12:10PM 13                      EXAMINATION

12:10PM 14 BY MR. MITSCH:

12:10PM 15 Q.  WOULD YOU HAVE EXPECTED WGI TO ALERT YOU TO ITS CONCERN --

12:11PM 16 STRIKE THAT.

12:11PM 17         ASSUMING FOR THE MOMENT THAT WGI HAD A CONCERN

12:11PM 18 RELATIVE TO THE EBIA FLOODWALL, SPECIFICALLY THE WORK THAT IT

12:11PM 19 WAS DOING AND ITS POTENTIAL EFFECT ON THE FLOODWALL, WOULD YOU

12:11PM 20 HAVE EXPECTED WGI TO ALERT YOU TO ITS CONCERN?

12:11PM 21 A.  ABSOLUTELY.

12:11PM 22         THE COURT:  JUST TO FOLLOW UP THAT, WAS THERE ANY

12:11PM 23 ALERT TO THAT EFFECT EVER GIVEN TO --

12:11PM 24         THE WITNESS:  NO, YOUR HONOR.

12:11PM 25                      EXAMINATION

**HOURLY TRANSCRIPT**

12:11PM 1    BY MR. MITSCH:

12:11PM 2    Q.   GO TO PAGE 19 OF JX-1252.  WHAT DOES SECTION 2.1 PROVIDE?

12:12PM 3    A.   IT PROVIDES THAT WASHINGTON GROUP, WGI, IS RESPONSIBLE FOR

12:12PM 4    THE IMPLEMENTATION OF THE OVERALL PROJECT AND WILL PROVIDE

12:12PM 5    ENVIRONMENTAL ENGINEERING, ENVIRONMENTAL SAMPLING AND

12:12PM 6    REMEDIATION, WASTE MANAGEMENT, AND OVERALL PROJECT SUPPORT FOR

12:12PM 7    THE REMEDIATION AND DEMOLITION WORK.

12:12PM 8    Q.   AND LOOK AT SECTION 2.2.  JUST BRIEFLY, WHAT IS THAT?

12:12PM 9    A.   2.2 IS AN OUTLINE OF THE PROPOSED WGI ORGANIZATION

12:12PM 10   PERSONNEL ON SITE.

12:12PM 11   Q.   OKAY.  ARE THESE ALL WGI EMPLOYEES?

12:12PM 12   A.   ALL THREE LISTED ON 019 ARE WGI EMPLOYEES.

12:12PM 13            ON PAGE 20, THE FIRST TWO, SITE SAFETY AND HEALTH

12:13PM 14   OFFICER AND QUALITY CONTROL SYSTEM MANAGER, ARE WGI EMPLOYEES.

12:13PM 15            THE LAST ONE, THE ENVIRONMENTAL MANAGER, WAS A

12:13PM 16   SUBCONTRACTOR EMPLOYEE FROM MATERIALS MANAGEMENT GROUP IN

12:13PM 17   ALGIERS, LOUISIANA.

12:13PM 18   Q.   GO TO PAGE 55 OF JX-1252.  I WANT YOU TO FOCUS ON THE

12:13PM 19   FIRST PARAGRAPH, AND HIGHLIGHT THE SENTENCE THAT BEGINS WITH,

12:13PM 20   "BASED."  "BASED ON PREVIOUS REPORT," COULD YOU HIGHLIGHT THAT

12:13PM 21   SENTENCE.

12:14PM 22            WHAT DOES THAT MEAN?

12:14PM 23   A.   BASED ON ALL THE PRIOR DOCUMENTATION THAT THE CORPS HAD ON

12:14PM 24   HAND AT THIS POINT, AND THIS IS THE YEAR 2000, THERE ARE

12:14PM 25   63 KNOWN AREAS OF NONHAZARDOUS SUBSURFACE CONTAMINATION, TWO

**HOURLY TRANSCRIPT**

12:14PM  1    CONTAMINATED MOUNDS, AND THREE KNOWN AREAS OF HAZARDOUS

12:14PM  2    CONTAMINATION.

12:14PM  3    Q.   THE NEXT SENTENCE SAYS THAT THOSE AREAS ARE DETAILED IN

12:14PM  4    TABLE 3-7.  WOULD YOU LOOK AT 3-7, PLEASE.

12:14PM  5         THE COURT:  MR. MITSCH, WHEN YOU GET TO -- LET HIM

12:15PM  6    ANSWER THIS QUESTION -- A LOGICAL BREAKING POINT, WE'LL TAKE A

12:15PM  7    RECESS FOR LUNCH.

12:15PM  8         MR. MITSCH:  CAN I JUST FINISH THIS DOCUMENT?

12:15PM  9         THE COURT:  ABSOLUTELY.

12:15PM 10         MR. MITSCH:  THREE MINUTES.

12:15PM 11         THE COURT:  OKAY.

12:15PM 12         THE WITNESS:  OKAY, TABLE 3-7 BEGINS ON PAGE 0052 AND

12:15PM 13    RUNS FOR TWO MORE PAGES.

12:15PM 14                        EXAMINATION

12:15PM 15    BY MR. MITSCH:

12:15PM 16    Q.   AND WHAT I WOULD LIKE YOU TO DO IS LOOK AT THE COLUMN, THE

12:15PM 17    DEPTH IN FEET.  COULD YOU JUST GO BACK TO PAGE 52.  DEPTH IN

12:15PM 18    FEET.

12:15PM 19         YOU SEE THE NUMBER THREE THERE?

12:15PM 20    A.   YES.

12:15PM 21    Q.   WOULD YOU PLEASE GO TO PAGE 54, AND HIGHLIGHT THE CHART

12:15PM 22    AGAIN.

12:16PM 23         YOU SEE THE NUMBERS IN THE SAME DEPTH IN FEET COLUMN,

12:16PM 24    THERE ARE NUMBERS EIGHT, SEVEN AND SEVEN, DO YOU SEE THOSE?

12:16PM 25    A.   YES.

**HOURLY TRANSCRIPT**

12:16PM  1    Q.    WHAT DO THOSE NUMBERS REFER TO?

12:16PM  2    A.    THAT WAS THE ANTICIPATED DEPTH BELOW GROUND THAT WOULD

12:16PM  3    HAVE TO BE EXCAVATED TO REMOVE THOSE ITEMS IDENTIFIED AS

12:16PM  4    ITEMS 116, 84A, AND 84B.

12:16PM  5    Q.    OKAY.  NOW, WAS IT YOUR UNDERSTANDING THAT THE DEPTHS OF

12:16PM  6    THE EXCAVATIONS WOULD GO NO FURTHER THAN THE DEPTHS THAT ARE

12:16PM  7    LISTED IN THIS TABLE?

12:16PM  8    A.    NOT AT ALL.  THIS WAS A PRELIMINARY DOCUMENT BASED ON ALL

12:16PM  9    THE PRIOR REPORTS.  THESE CHARTS CAME SPECIFICALLY FROM THE

12:16PM 10    SITE ASSESSMENT AND INVESTIGATIONS DONE BY DAMES & MOORE FOR

12:16PM 11    THE CORPS OF ENGINEERS, NEW ORLEANS DISTRICT.

12:16PM 12            MR. MITSCH:  OKAY, THIS IS A GOOD BREAKING POINT,

12:17PM 13    YOUR HONOR.

12:17PM 14            THE COURT:  OKAY.  THANK YOU, COUNSEL.

12:17PM 15               WE WILL TAKE A ONE-HOUR RECESS.

12:17PM 16               TOMORROW, WHY DON'T WE JUST SAY MY PLAN IS TO GO

12:17PM 17    TO 6:00.  SO WE'LL START AT 11:00, BECAUSE OF THE CRIMINAL

12:17PM 18    MATTER I HAVE TO HANDLE, AND END AT 6:00, JUST FOR YOUR

12:17PM 19    PLANNING.  THANK YOU.

12:17PM 20            THE DEPUTY CLERK:  ALL RISE.

21            (WHEREUPON AT 12:17 P.M., THE COURT WAS IN LUNCHEON

22    RECESS.)

23                      *   *   *

24

25

**HOURLY TRANSCRIPT**

1                    REPORTER'S CERTIFICATE

2

3      I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED

4    MERIT REPORTER, CERTIFIED COURT REPORTER OF THE STATE OF

5    LOUISIANA, OFFICIAL COURT REPORTER FOR THE UNITED STATES

6    DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY

7    CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT TO

8    THE BEST OF MY ABILITY AND UNDERSTANDING FROM THE RECORD OF THE

9    PROCEEDINGS IN THE ABOVE-ENTITLED AND NUMBERED MATTER.

10

11

12                          *S/CATHY PEPPER*
                            _____

13                          CATHY PEPPER, CRR, RMR, CCR
                            CERTIFIED REALTIME REPORTER
14                          REGISTERED MERIT REPORTER
                            OFFICIAL COURT REPORTER
15                          UNITED STATES DISTRICT COURT
                            CATHY_PEPPER@LAED.USCOURTS.GOV
16

17

18

19

20

21

22

23

24

25

                          **HOURLY TRANSCRIPT**

## $

**$113,092** [1] - 2362:10
**$700** [1] - 2348:21

## '

**'99** [1] - 2363:5

## 0

**0002** [1] - 2291:17
**0003** [2] - 2287:15, 2295:7
**0006** [1] - 2290:3
**0008** [2] - 2297:17, 2297:23
**0011** [1] - 2292:22
**0020** [2] - 2285:1, 2302:22
**0042** [1] - 2299:16
**0052** [1] - 2371:12
**007** [1] - 2313:15
**019** [1] - 2370:12
**02** [1] - 2293:6
**041** [1] - 2367:5
**042** [1] - 2367:5
**05-4182** [1] - 2262:6

## 1

**1** [5] - 2295:5, 2329:3, 2355:12, 2360:20, 2364:11
**1.0** [1] - 2362:19
**1.1** [1] - 2368:11
**1.2** [1] - 2340:16
**10** [3] - 2262:11, 2271:19, 2277:17
**10-CV-866** [1] - 2262:9
**10:59** [1] - 2341:16
**11** [3] - 2340:24, 2342:16, 2342:20
**1100** [1] - 2262:24
**116** [2] - 2301:13, 2372:4
**118** [2] - 2332:1, 2332:2
**119** [2] - 2333:1, 2333:3
**11:00** [1] - 2372:17
**12** [3] - 2354:22, 2357:24, 2359:12
**1205** [1] - 2263:8
**1244-0002** [1] - 2304:15
**1254** [1] - 2329:17

**12:17** [1] - 2372:21
**13** [1] - 2318:25
**15** [5] - 2277:14, 2317:20, 2318:5, 2318:6, 2344:8
**16** [1] - 2307:3
**1650** [1] - 2329:3
**17** [1] - 2333:6
**1718** [1] - 2264:8
**19** [1] - 2370:2
**1966** [3] - 2359:3, 2359:18, 2359:22
**1977** [1] - 2270:22
**1982** [2] - 2270:23, 2343:17
**1983** [2] - 2344:14
**1984** [1] - 2344:18
**1986** [2] - 2344:18, 2345:2
**1989** [2] - 2269:9, 2345:2
**1991** [2] - 2270:14, 2343:24
**1994** [1] - 2282:19
**1996** [1] - 2276:11
**1997** [6] - 2276:19, 2276:24, 2277:3, 2349:5, 2360:13, 2360:16
**1998** [3] - 2346:4, 2348:9, 2349:2
**1999** [6] - 2270:10, 2271:6, 2290:2, 2291:13, 2295:5, 2354:22
**1V:3H** [1] - 2364:9

## 2

**2** [6] - 2290:2, 2330:2, 2347:19, 2355:4, 2360:20, 2368:8
**2.1** [6] - 2275:9, 2275:11, 2292:1, 2292:2, 2303:8, 2370:2
**2.2** [4] - 2281:18, 2281:20, 2370:8, 2370:9
**2.2.1** [1] - 2282:12
**2.4** [1] - 2283:8
**20** [2] - 2359:21, 2370:13
**20-MEMBER** [2] - 2348:13, 2348:16
**2000** [5] - 2269:10, 2270:14, 2303:24, 2306:15, 2370:24
**20001** [1] - 2264:20

**2001** [3] - 2277:1, 2277:3, 2309:22
**2004** [1] - 2265:8
**2006** [1] - 2346:4
**2007** [1] - 2269:12
**2012** [2] - 2262:7, 2267:2
**21** [2] - 2333:1, 2333:3
**2200** [1] - 2307:15
**2268** [1] - 2266:6
**2269** [1] - 2266:7
**2312** [1] - 2266:8
**2342** [1] - 2266:9
**2343** [1] - 2266:10
**2372** [1] - 2266:11
**25** [2] - 2262:7, 2267:2
**26** [44] - 2269:2, 2271:6, 2277:6, 2281:3, 2282:2, 2283:2, 2283:23, 2286:1, 2286:6, 2286:8, 2286:15, 2286:21, 2289:4, 2291:6, 2292:5, 2294:24, 2295:1, 2295:6, 2301:20, 2304:20, 2308:19, 2309:18, 2309:23, 2311:11, 2312:24, 2341:1, 2347:10, 2347:24, 2349:12, 2349:19, 2349:20, 2350:12, 2350:13, 2350:19, 2351:11, 2351:18, 2352:19, 2354:23, 2354:25, 2358:3, 2360:4, 2362:11, 2362:18, 2363:4
**2655** [1] - 2263:12
**2701** [1] - 2313:17
**2701-3** [1] - 2313:16
**2ND** [1] - 2334:22

## 3

**3** [15] - 2288:6, 2288:23, 2313:17, 2314:2, 2314:9, 2332:5, 2333:11, 2347:15, 2354:5, 2355:11, 2356:1, 2361:21, 2362:12, 2364:13, 2371:4, 2371:12
**3-7** [3] - 2371:4, 2371:12
**30** [1] - 2359:21
**30(B)(6** [7] - 2300:15, 2312:23, 2328:9,

**2335:2, 2336:14, 2336:25
**30-DAY** [1] - 2345:17
**300** [4] - 2333:15, 2333:18, 2338:9, 2353:22
**30TH** [1] - 2344:12
**3102** [1] - 2262:24
**316** [1] - 2263:23
**32-ACRE** [2] - 2340:19, 2363:25
**32502** [1] - 2263:23
**36** [1] - 2326:13
**36-FOOT** [2] - 2326:4, 2326:8
**379** [1] - 2313:15

## 4

**4** [3] - 2284:11, 2284:24, 2359:10
**4.1** [2] - 2363:11, 2363:14
**4.10** [1] - 2285:8
**404** [1] - 2343:12
**404(B)(1** [1] - 2361:8
**4905** [1] - 2263:19

## 5

**5** [9] - 2297:20, 2304:20, 2307:1, 2309:18, 2351:2, 2351:20, 2360:18, 2361:6, 2365:17
**5.0** [1] - 2365:16
**5.1** [2] - 2365:19, 2365:21
**5.1.2** [1] - 2366:3
**5.1.2.1** [1] - 2366:18
**5.1.2.1.5** [2] - 2300:2, 2366:24
**50** [1] - 2293:9
**500** [2] - 2264:4, 2265:12
**504** [1] - 2265:13
**51** [1] - 2264:20
**519** [1] - 2263:15
**52** [1] - 2371:17
**54** [1] - 2371:21
**546** [1] - 2264:14
**55** [1] - 2370:18
**589-7779** [1] - 2265:13

## 6

**6** [7] - 2290:2, 2358:7, 2358:15, 2359:10,

**2360:12, 2360:15, 2361:8
**600** [1] - 2263:23
**601** [1] - 2263:12
**610** [1] - 2262:20
**618** [1] - 2263:12
**63** [1] - 2370:25
**6:00** [2] - 2372:17, 2372:18

## 7

**70113** [2] - 2262:17, 2262:20
**70115** [1] - 2263:19
**70118** [1] - 2264:8
**70130** [3] - 2263:12, 2264:14, 2265:12
**70381** [1] - 2263:9
**70458** [1] - 2343:13
**70726** [1] - 2263:16
**70801** [1] - 2263:5
**75219** [1] - 2262:25
**76** [1] - 2291:14

## 8

**800** [1] - 2264:4
**84A** [1] - 2372:4
**84B** [1] - 2372:4
**855** [1] - 2262:16
**888** [1] - 2265:7
**8:30** [1] - 2312:11

## 9

**9** [1] - 2368:10
**90** [1] - 2354:16
**90-PLUS** [1] - 2270:15
**90017** [1] - 2264:5
**95** [1] - 2354:16
**9:00** [1] - 2262:7

## A

**A.M** [2] - 2262:7, 2341:16
**ABILITY** [1] - 2373:8
**ABLE** [7] - 2278:10, 2282:21, 2283:18, 2285:22, 2289:10, 2365:11
**ABOUT** [53] - 2267:24, 2268:15, 2270:14, 2273:6, 2276:11, 2277:1, 2277:14, 2277:17, 2278:17,

2278:24, 2279:15, 2280:21, 2290:25, 2291:8, 2292:14, 2295:5, 2296:6, 2300:15, 2300:22, 2301:18, 2302:9, 2304:10, 2310:24, 2311:12, 2311:19, 2312:1, 2316:6, 2316:12, 2317:10, 2318:5, 2318:6, 2318:22, 2324:23, 2325:24, 2327:14, 2328:4, 2328:16, 2328:18, 2329:6, 2331:14, 2335:19, 2336:10, 2336:18, 2336:22, 2338:12, 2342:9, 2342:16, 2357:15, 2357:17, 2360:18, 2360:19, 2361:10

**ABOVE** [1] - 2373:9

**ABOVE-ENTITLED** [1] - 2373:9

**ABOVEGROUND** [2] - 2298:2, 2298:3

**ABSOLUTELY** [5] - 2267:18, 2334:15, 2368:4, 2369:21, 2371:9

**ACCEPT** [1] - 2309:14

**ACCEPTANCE** [2] - 2353:8, 2353:9

**ACCEPTED** [2] - 2276:18, 2302:11

**ACCEPTING** [1] - 2353:14

**ACCESS** [1] - 2309:25

**ACCESSED** [1] - 2322:4

**ACCOMMODATE** [4] - 2267:21, 2342:25, 2364:6, 2365:11

**ACCOMPLISH** [7] - 2275:15, 2275:16, 2280:22, 2285:19, 2358:11, 2358:13, 2366:15

**ACCOMPLISHED** [1] - 2287:10

**ACCOMPLISHMENT** [1] - 2281:10

**ACCORDANCE** [2] - 2352:1, 2352:18

**ACCORDING** [1] - 2357:16

**ACCOUNT** [1] - 2319:16

**ACQUIRED** [2] -

2269:10, 2269:13

**ACT** [2] - 2346:14, 2351:13

**ACTION** [6] - 2262:6, 2281:21, 2281:22, 2282:12, 2283:10, 2368:13

**ACTIONS** [3] - 2281:24, 2282:10, 2360:7

**ACTIVITIES** [17] - 2280:23, 2281:8, 2281:13, 2281:16, 2282:14, 2282:16, 2282:24, 2285:14, 2285:20, 2289:20, 2297:20, 2303:12, 2306:9, 2323:10, 2327:18, 2330:4, 2362:9

**ACTIVITY** [1] - 2331:19

**ACTUAL** [9] - 2288:20, 2302:25, 2307:19, 2309:15, 2309:20, 2310:1, 2352:7, 2354:7, 2354:21

**ACTUALLY** [11] - 2269:9, 2274:9, 2275:17, 2286:16, 2291:13, 2297:15, 2310:1, 2311:10, 2325:9, 2354:13, 2368:5

**ADD** [2] - 2302:7, 2364:25

**ADDITION** [2] - 2288:13, 2356:10

**ADDITIONAL** [3] - 2296:16, 2364:23, 2365:1

**ADDRESS** [5] - 2281:24, 2343:5, 2343:10, 2343:12, 2367:7

**ADDRESSED** [3] - 2296:15, 2323:21, 2359:3

**ADMINISTERING** [1] - 2346:11

**ADMINISTRATION** [2] - 2344:21, 2345:6

**ADMINISTRATIVE** [1] - 2293:8

**ADMISSIBLE** [1] - 2338:17

**ADMONITION** [1] - 2329:14

**ADRIAN** [1] - 2264:17

**ADVANTAGE** [1] -

2278:5

**ADVANTAGEOUS** [3] - 2278:9, 2292:12, 2365:2

**ADVERSELY** [4] - 2326:24, 2327:3, 2337:23, 2364:22

**ADVERTISED** [2] - 2345:15, 2345:20

**ADVICE** [1] - 2320:14

**ADVISE** [1] - 2319:15

**ADVISED** [1] - 2338:8

**AE** [6] - 2283:12, 2283:18, 2284:4, 2284:9, 2356:5, 2359:14

**AFFECT** [3] - 2273:3, 2327:3, 2364:22

**AFFECTED** [3] - 2273:13, 2326:24, 2337:23

**AFTER** [20] - 2268:19, 2287:12, 2289:13, 2291:1, 2291:5, 2296:16, 2298:8, 2298:20, 2299:19, 2299:23, 2302:6, 2303:20, 2306:15, 2310:4, 2310:14, 2320:12, 2334:11, 2337:9, 2342:13, 2344:25

**AGAIN** [23] - 2273:22, 2274:13, 2275:6, 2278:24, 2280:12, 2282:7, 2285:5, 2286:2, 2286:17, 2293:12, 2294:11, 2295:14, 2296:15, 2300:14, 2300:17, 2327:11, 2329:15, 2337:1, 2338:12, 2348:20, 2352:16, 2367:14, 2371:22

**AGAINST** [1] - 2353:15

**AGENCY** [1] - 2270:17

**AGO** [3] - 2270:15, 2309:18, 2318:25

**AGREE** [8] - 2313:4, 2314:11, 2320:14, 2331:14, 2336:20, 2338:16, 2338:20, 2340:16

**AGREED** [2] - 2327:16, 2342:19

**AGREEMENT** [7] - 2273:8, 2292:10, 2296:11, 2319:19, 2319:21, 2322:16,

2322:18

**AGREEMENTS** [1] - 2327:21

**AGRICULTURE** [1] - 2347:18

**AHEAD** [4] - 2301:12, 2304:8, 2340:8, 2343:11

**AIR** [1] - 2323:19

**ALCHEMY** [1] - 2336:21

**ALERT** [3] - 2369:15, 2369:20, 2369:23

**ALERTED** [1] - 2360:6

**ALGIERS** [1] - 2370:17

**ALIGNMENT** [1] - 2310:7

**ALL** [74] - 2267:7, 2267:9, 2274:15, 2276:3, 2277:15, 2277:21, 2278:8, 2278:20, 2279:3, 2279:4, 2281:8, 2281:24, 2282:23, 2284:13, 2285:3, 2288:24, 2290:6, 2292:19, 2293:10, 2293:18, 2298:1, 2301:6, 2301:10, 2301:13, 2301:24, 2306:17, 2306:20, 2307:4, 2311:10, 2312:4, 2313:21, 2314:6, 2318:22, 2322:12, 2327:7, 2327:18, 2329:10, 2332:6, 2336:9, 2336:15, 2336:16, 2337:8, 2340:3, 2341:10, 2341:17, 2342:3, 2342:6, 2343:2, 2345:14, 2345:17, 2348:2, 2350:9, 2351:25, 2355:13, 2355:22, 2356:2, 2356:22, 2357:9, 2357:25, 2358:14, 2361:22, 2362:12, 2363:17, 2365:11, 2367:22, 2368:12, 2370:11, 2370:12, 2370:23, 2372:8, 2372:20

**ALLOW** [3] - 2302:12, 2319:19, 2321:17

**ALLOWED** [1] - 2304:20

**ALLOWS** [1] - 2322:2

**ALONG** [8] - 2298:13,

2314:3, 2318:23, 2340:21, 2349:10, 2358:22, 2361:25, 2367:16

**ALREADY** [6] - 2267:18, 2290:20, 2292:9, 2322:6, 2328:16, 2359:2

**ALSO** [15] - 2274:6, 2278:17, 2282:2, 2282:13, 2292:13, 2292:15, 2294:14, 2298:8, 2298:13, 2307:3, 2323:11, 2336:13, 2351:19, 2353:8, 2354:9

**ALTERNATIVE** [1] - 2363:13

**ALTHOUGH** [1] - 2285:17

**ALWAYS** [1] - 2278:15

**AM** [5] - 2326:5, 2328:15, 2341:5, 2343:22, 2347:12

**AMBIGUOUS** [6] - 2357:7, 2357:8, 2357:9, 2357:11, 2357:12, 2357:16

**AMENDED** [1] - 2279:15

**AMERICA** [1] - 2265:3

**AMOUNT** [3] - 2296:19, 2347:5, 2365:14

**AN** [48] - 2268:2, 2270:23, 2271:20, 2271:23, 2272:18, 2275:2, 2275:15, 2279:16, 2279:20, 2284:4, 2287:11, 2293:14, 2293:17, 2296:9, 2296:10, 2298:3, 2302:9, 2311:2, 2312:19, 2313:13, 2313:24, 2316:6, 2316:8, 2319:25, 2320:4, 2320:9, 2321:21, 2330:4, 2333:19, 2334:23, 2335:12, 2339:11, 2346:22, 2347:5, 2348:10, 2348:12, 2348:14, 2348:24, 2352:11, 2354:10, 2354:13, 2356:5, 2357:6, 2358:15, 2363:7, 2363:25, 2365:21, 2370:9

**ANALYSIS** [10] -

2291:7, 2299:8, 2303:11, 2306:2, 2308:22, 2331:23, 2333:19, 2358:10, 2369:10

**AND** [458] - 2268:3, 2268:4, 2268:7, 2268:15, 2268:19, 2268:20, 2268:22, 2269:1, 2269:8, 2269:11, 2269:12, 2269:20, 2269:23, 2269:25, 2270:1, 2270:3, 2270:18, 2270:23, 2271:16, 2271:20, 2271:22, 2271:23, 2272:4, 2272:5, 2272:7, 2272:11, 2272:17, 2272:22, 2272:23, 2273:7, 2273:12, 2273:18, 2274:11, 2274:13, 2274:23, 2275:9, 2275:21, 2276:15, 2276:17, 2276:23, 2278:6, 2278:7, 2278:11, 2278:25, 2279:2, 2279:3, 2279:5, 2279:24, 2280:6, 2280:12, 2280:22, 2281:10, 2281:15, 2281:16, 2282:1, 2282:2, 2282:6, 2282:8, 2282:9, 2282:11, 2282:12, 2283:7, 2283:16, 2284:8, 2284:10, 2284:17, 2284:18, 2285:9, 2285:14, 2285:20, 2286:5, 2286:12, 2286:19, 2286:23, 2286:24, 2287:1, 2287:8, 2287:11, 2287:15, 2288:12, 2288:14, 2288:15, 2288:17, 2288:25, 2289:13, 2289:19, 2289:22, 2290:10, 2290:12, 2290:16, 2290:24, 2290:25, 2291:7, 2291:19, 2292:2, 2292:3, 2292:7, 2292:15, 2292:23, 2292:25, 2293:1, 2293:2, 2293:4, 2293:6, 2293:7, 2293:11, 2293:12, 2293:25, 2294:9, 2294:14, 2294:20,

2295:3, 2295:5, 2295:16, 2295:18, 2295:19, 2295:20, 2295:21, 2295:22, 2296:1, 2296:7, 2296:15, 2296:16, 2296:17, 2296:19, 2296:20, 2296:23, 2297:19, 2297:25, 2298:1, 2298:3, 2298:7, 2298:8, 2298:9, 2298:12, 2298:14, 2298:15, 2298:17, 2299:6, 2299:7, 2299:8, 2299:12, 2299:13, 2299:20, 2299:21, 2300:7, 2300:8, 2300:9, 2300:20, 2300:22, 2301:12, 2301:17, 2301:18, 2301:21, 2302:8, 2302:10, 2302:12, 2302:17, 2302:20, 2302:22, 2303:8, 2303:11, 2303:15, 2303:17, 2303:18, 2303:19, 2303:20, 2304:2, 2304:5, 2304:9, 2304:15, 2304:22, 2305:1, 2305:9, 2305:10, 2305:13, 2305:16, 2305:24, 2306:1, 2306:2, 2306:5, 2306:15, 2306:17, 2306:18, 2307:2, 2307:3, 2307:9, 2307:14, 2307:16, 2307:18, 2307:21, 2308:6, 2308:9, 2308:16, 2308:21, 2309:24, 2310:4, 2310:7, 2310:9, 2310:10, 2310:20, 2310:25, 2311:3, 2311:19, 2312:1, 2312:10, 2312:24, 2313:7, 2313:9, 2314:2, 2314:12, 2314:18, 2315:7, 2315:15, 2315:22, 2316:4, 2316:6, 2316:7, 2316:11, 2317:3, 2317:9, 2317:10, 2317:14, 2317:17, 2317:20, 2318:5, 2318:11, 2318:14, 2319:11, 2319:15, 2320:9, 2320:24, 2321:2,

2321:15, 2321:21, 2322:25, 2323:11, 2323:22, 2323:24, 2324:13, 2324:14, 2324:20, 2324:23, 2325:1, 2325:6, 2325:13, 2326:3, 2327:2, 2327:18, 2328:10, 2328:11, 2329:10, 2329:12, 2329:20, 2329:21, 2329:23, 2330:4, 2330:7, 2330:8, 2330:12, 2330:15, 2330:19, 2330:20, 2331:5, 2331:6, 2331:10, 2331:13, 2331:20, 2332:1, 2332:14, 2332:19, 2334:12, 2335:1, 2335:6, 2335:12, 2335:20, 2336:6, 2336:24, 2338:9, 2338:13, 2338:22, 2339:24, 2340:19, 2340:20, 2340:22, 2341:4, 2341:14, 2341:21, 2342:9, 2342:13, 2342:14, 2342:18, 2342:20, 2343:5, 2343:14, 2343:19, 2344:5, 2344:22, 2345:12, 2345:18, 2346:7, 2346:9, 2346:14, 2347:18, 2348:8, 2348:10, 2348:14, 2348:16, 2348:20, 2349:3, 2349:10, 2349:15, 2349:16, 2349:17, 2349:22, 2350:24, 2352:2, 2352:9, 2352:14, 2352:15, 2352:16, 2352:19, 2352:21, 2352:23, 2353:14, 2353:15, 2353:19, 2353:21, 2353:22, 2354:3, 2354:7, 2354:11, 2354:12, 2354:25, 2355:4, 2355:8, 2355:11, 2355:14, 2355:15, 2355:20, 2355:22, 2356:6, 2356:7, 2356:8, 2356:10, 2356:18, 2356:20, 2357:24, 2357:25, 2358:2, 2358:4, 2358:7, 2358:15, 2358:16, 2358:21,

2358:22, 2359:1, 2359:2, 2359:11, 2359:14, 2359:15, 2360:17, 2360:19, 2360:20, 2360:21, 2360:23, 2360:24, 2361:10, 2361:14, 2361:21, 2361:25, 2362:8, 2362:9, 2362:19, 2363:2, 2363:4, 2363:5, 2363:6, 2363:7, 2363:8, 2363:9, 2363:13, 2363:17, 2363:22, 2363:25, 2364:2, 2364:5, 2364:8, 2364:11, 2364:17, 2364:20, 2365:3, 2365:16, 2365:22, 2365:25, 2366:1, 2366:3, 2366:10, 2366:11, 2366:13, 2366:21, 2366:25, 2367:5, 2367:7, 2367:11, 2367:14, 2368:1, 2368:6, 2368:10, 2368:13, 2368:16, 2368:20, 2369:4, 2369:19, 2370:4, 2370:5, 2370:6, 2370:7, 2370:8, 2370:13, 2370:14, 2370:19, 2370:24, 2371:1, 2371:12, 2371:16, 2371:21, 2371:24, 2372:4, 2372:10, 2372:18, 2373:7, 2373:8, 2373:9

**AND/OR** [1] - 2324:4

**ANDREW** [1] - 2264:3

**ANDRY** [2] - 2262:19, 2262:19

**ANGELES** [1] - 2264:5

**ANN** [1] - 2276:14

**ANOTHER** [8] - 2276:16, 2278:22, 2303:21, 2304:3, 2308:3, 2318:2, 2364:3

**ANSWER** [19] - 2274:2, 2321:4, 2324:2, 2329:8, 2332:11, 2332:14, 2333:10, 2333:22, 2333:25, 2334:2, 2334:5, 2334:7, 2334:12, 2335:10, 2335:13, 2336:1,

2336:7, 2368:22, 2371:6

**ANTICIPATE** [1] - 2339:23

**ANTICIPATED** [3] - 2284:16, 2366:6, 2372:2

**ANTICIPATION** [1] - 2314:21

**ANY** [71] - 2267:16, 2267:22, 2268:1, 2269:20, 2270:8, 2271:2, 2279:11, 2288:15, 2291:8, 2291:23, 2294:7, 2294:12, 2298:14, 2299:4, 2299:7, 2299:12, 2301:20, 2303:5, 2305:12, 2307:16, 2308:13, 2308:18, 2308:21, 2310:1, 2311:19, 2312:1, 2315:19, 2315:24, 2318:12, 2318:22, 2319:16, 2319:20, 2320:22, 2321:5, 2321:13, 2326:22, 2327:13, 2327:24, 2330:20, 2335:9, 2337:22, 2339:7, 2339:8, 2339:9, 2339:15, 2340:1, 2341:3, 2345:19, 2351:17, 2352:21, 2353:5, 2355:2, 2358:20, 2360:1, 2360:3, 2360:4, 2360:21, 2360:25, 2361:12, 2361:25, 2364:21, 2364:25, 2367:15, 2368:1, 2368:23, 2369:4, 2369:9, 2369:22

**ANYBODY** [2] - 2319:14, 2336:17

**ANYBODY'S** [1] - 2325:22

**ANYMORE** [1] - 2335:15

**ANYONE** [7] - 2267:13, 2268:5, 2324:22, 2328:15, 2333:13, 2334:21, 2340:3

**ANYTHING** [6] - 2283:5, 2332:21, 2334:9, 2337:21, 2338:12, 2364:21

**APOLOGIZE** [3] -

2342:2, 2356:21, 2368:20

**APPEARANCES** [4] - 2262:14, 2263:1, 2264:1, 2265:1

**APPENDIX** [2] - 2360:19, 2361:9

**APPOINTMENT** [1] - 2342:18

**APPROACH** [3] - 2274:18, 2292:3, 2363:3

**APPROPRIATE** [2] - 2284:22, 2315:20

**APPROPRIATELY** [1] - 2276:5

**APPROVAL** [3] - 2296:6, 2303:16, 2330:4

**APPROVE** [2] - 2296:4, 2303:13

**APPROVED** [6] - 2296:18, 2296:25, 2297:4, 2301:23, 2302:6, 2352:1

**APPROVING** [2] - 2353:22, 2362:14

**APPROXIMATELY** [5] - 2277:11, 2345:15, 2346:4, 2352:6, 2364:7

**ARCHITECT** [5] - 2283:9, 2283:10, 2283:20, 2283:23, 2367:10

**ARCHITECT-ENGINEERING** [4] - 2283:9, 2283:10, 2283:20, 2283:23

**ARCHITECTURE** [1] - 2284:1

**ARCHITECTURE-ENGINEERING** [1] - 2284:1

**ARE** [44] - 2267:22, 2268:15, 2270:25, 2274:4, 2278:18, 2279:17, 2283:4, 2285:3, 2296:1, 2297:18, 2300:8, 2301:7, 2304:10, 2306:24, 2310:14, 2315:24, 2316:12, 2318:14, 2319:13, 2328:5, 2341:3, 2342:8, 2343:21, 2345:10, 2345:15, 2346:21, 2347:10, 2347:13, 2348:4, 2351:14, 2355:20,

2356:6, 2357:11, 2358:9, 2363:15, 2363:18, 2367:20, 2370:11, 2370:12, 2370:14, 2370:24, 2371:3, 2371:24, 2372:6

**AREA** [11] - 2327:4, 2327:21, 2339:17, 2344:23, 2345:3, 2360:22, 2361:1, 2364:5, 2364:24, 2365:6, 2365:14

**AREAS** [9] - 2301:6, 2301:7, 2301:15, 2301:18, 2320:10, 2345:20, 2370:25, 2371:1, 2371:3

**ARKANSAS** [1] - 2347:21

**ARMORING** [1] - 2364:21

**ARMSTRONG** [1] - 2262:9

**ARMY** [6] - 2270:19, 2280:13, 2280:15, 2332:7, 2333:12, 2344:1

**AROUND** [1] - 2296:15

**AS** [121] - 2268:19, 2268:20, 2269:15, 2272:2, 2272:3, 2273:12, 2274:10, 2274:16, 2275:22, 2276:11, 2276:17, 2279:22, 2279:23, 2280:18, 2283:15, 2285:13, 2285:25, 2287:12, 2287:19, 2288:4, 2288:10, 2288:12, 2289:1, 2289:18, 2290:12, 2290:13, 2291:5, 2300:18, 2301:16, 2301:19, 2306:1, 2306:4, 2306:18, 2307:6, 2307:13, 2307:16, 2308:6, 2308:20, 2308:23, 2311:11, 2312:23, 2314:17, 2315:10, 2320:23, 2322:3, 2323:2, 2323:4, 2323:8, 2323:23, 2324:3, 2324:13, 2325:8, 2325:9, 2325:19, 2326:7, 2327:1, 2327:2, 2327:16, 2327:20,

2331:16, 2331:17, 2335:15, 2336:13, 2336:16, 2336:24, 2337:4, 2339:17, 2342:13, 2342:14, 2344:6, 2344:20, 2344:25, 2345:4, 2346:12, 2347:16, 2348:7, 2349:5, 2349:22, 2350:21, 2350:25, 2351:8, 2351:10, 2351:15, 2353:3, 2353:18, 2353:23, 2355:18, 2356:8, 2356:16, 2356:24, 2357:23, 2358:5, 2359:12, 2360:5, 2361:12, 2361:13, 2362:16, 2362:22, 2363:2, 2364:17, 2365:23, 2366:4, 2366:10, 2367:10, 2368:3, 2368:12, 2369:1, 2369:2, 2372:3

**AS-BUILT** [1] - 2361:13

**ASCERTAIN** [2] - 2334:13, 2339:16

**ASK** [16] - 2274:22, 2284:9, 2299:15, 2309:5, 2317:9, 2318:12, 2318:20, 2318:21, 2319:15, 2324:13, 2324:22, 2325:16, 2331:8, 2335:24, 2345:24, 2361:16

**ASKED** [13] - 2286:22, 2287:5, 2288:3, 2289:7, 2289:23, 2302:9, 2303:24, 2315:21, 2330:7, 2332:22, 2356:18, 2356:23, 2361:18

**ASKING** [6] - 2325:6, 2325:13, 2325:23, 2331:14, 2335:19, 2356:25

**ASPECT** [2] - 2315:25, 2360:4

**ASPECTS** [1] - 2303:10

**ASSEMBLED** [1] - 2349:2

**ASSESS** [2] - 2333:20, 2334:11

**ASSESSMENT** [1] - 2372:10

**ASSESSMENTS** [1] -

2360:20

**ASSIGN** [3] - 2271:23, 2276:4, 2284:22

**ASSIGNED** [6] - 2276:7, 2284:14, 2286:5, 2295:18, 2307:11, 2307:19

**ASSISTANT** [1] - 2348:7

**ASSOCIATED** [7] - 2288:12, 2329:23, 2338:22, 2340:25, 2350:4, 2350:19, 2366:7

**ASSUMING** [1] - 2369:17

**ASSUMPTION** [3] - 2342:21, 2363:22, 2365:5

**ASSUMPTIONS** [4] - 2306:17, 2350:10, 2363:12, 2363:14

**ASSURANCE** [6] - 2346:6, 2352:9, 2352:12, 2352:16, 2353:6, 2353:11

**AT** [134] - 2271:5, 2271:8, 2273:7, 2273:17, 2274:10, 2274:22, 2274:24, 2275:1, 2275:9, 2276:8, 2276:14, 2277:12, 2278:1, 2279:5, 2281:12, 2283:7, 2284:11, 2284:17, 2285:8, 2286:3, 2286:17, 2286:23, 2287:10, 2287:15, 2288:5, 2288:11, 2288:23, 2290:2, 2290:3, 2291:9, 2291:24, 2292:1, 2292:2, 2292:20, 2292:24, 2295:13, 2296:23, 2297:1, 2297:15, 2297:20, 2298:14, 2298:23, 2299:3, 2299:13, 2299:15, 2301:6, 2301:11, 2301:21, 2303:18, 2303:23, 2305:14, 2306:12, 2309:17, 2309:23, 2310:3, 2310:11, 2310:16, 2311:2, 2311:9, 2311:17, 2311:25, 2312:21, 2312:22, 2313:12, 2313:23, 2314:15, 2315:24,

2317:12, 2317:14, 2317:17, 2317:19, 2318:12, 2318:22, 2319:23, 2320:8, 2320:10, 2321:2, 2322:11, 2322:21, 2322:25, 2323:14, 2323:19, 2326:8, 2326:12, 2326:13, 2327:8, 2327:24, 2328:8, 2329:5, 2329:23, 2330:2, 2330:11, 2331:12, 2331:18, 2332:1, 2332:2, 2332:5, 2333:11, 2334:11, 2334:12, 2334:13, 2334:21, 2336:2, 2338:21, 2339:9, 2340:3, 2341:14, 2341:16, 2342:16, 2342:20, 2348:23, 2349:4, 2357:9, 2358:12, 2360:12, 2362:9, 2363:4, 2363:23, 2363:24, 2366:6, 2367:14, 2370:8, 2370:24, 2371:4, 2371:16, 2372:8, 2372:17, 2372:18, 2372:21

**ATTACHED** [1] - 2286:24

**ATTEMPTS** [1] - 2341:14

**ATTENDANCE** [3] - 2288:11, 2311:2, 2311:4

**ATTENTION** [1] - 2352:22

**ATTORNEY** [1] - 2312:19

**AUDITS** [1] - 2353:13

**AUTHORITIES** [1] - 2351:16

**AUTHORITY** [1] - 2351:13

**AVAILABLE** [3] - 2285:6, 2320:5, 2320:24

**AVENUE** [8] - 2262:24, 2263:15, 2264:20, 2340:20, 2340:21, 2340:22, 2349:10, 2364:1

**AWARD** [6] - 2354:13, 2354:21, 2354:23, 2354:24, 2354:25, 2363:4

**AWARDED** [4] -

2272:5, 2304:8, 2362:10, 2364:3
**AWARDING** [1] - 2304:20
**AWARE** [9] - 2290:18, 2310:25, 2331:21, 2335:3, 2339:7, 2339:8, 2339:9, 2341:3, 2341:6
**AWAY** [2] - 2317:22, 2318:6

# B

**B406** [1] - 2265:12
**BACHELOR** [2] - 2270:22, 2343:20
**BACK** [27] - 2277:19, 2281:2, 2282:19, 2296:19, 2303:15, 2305:9, 2308:3, 2319:4, 2330:1, 2333:9, 2336:5, 2336:7, 2345:3, 2351:20, 2353:21, 2354:3, 2354:12, 2359:17, 2360:12, 2361:3, 2361:20, 2363:13, 2364:8, 2365:3, 2365:19, 2368:20, 2371:17
**BACKFILL** [3] - 2365:6, 2365:11, 2365:15
**BACKGROUND** [5] - 2270:20, 2273:20, 2310:20, 2325:25, 2350:10
**BANK** [4] - 2298:13, 2298:14, 2340:21, 2364:17
**BARBIER** [1] - 2342:18
**BARON** [1] - 2262:22
**BARONNE** [2] - 2262:16, 2262:20
**BASED** [6] - 2306:15, 2354:13, 2370:20, 2370:23, 2372:8
**BASIC** [2] - 2275:8, 2276:22
**BASICALLY** [18] - 2275:19, 2283:17, 2286:5, 2290:8, 2290:23, 2291:18, 2293:10, 2293:19, 2294:18, 2296:17, 2297:25, 2298:16, 2298:21, 2303:10, 2304:7, 2305:22,

2310:7, 2316:12
**BASIS** [15] - 2286:19, 2291:6, 2294:6, 2306:17, 2308:4, 2309:17, 2330:18, 2330:19, 2330:20, 2353:12, 2354:1, 2354:6, 2354:8, 2354:9, 2362:16
**BATON** [1] - 2263:5
**BAY** [1] - 2337:10
**BAYLEN** [1] - 2263:23
**BAYOU** [1] - 2347:14
**BCOE** [1] - 2345:10
**BE** [104] - 2267:8, 2267:16, 2268:3, 2268:15, 2268:21, 2271:9, 2274:9, 2278:10, 2279:15, 2279:21, 2280:5, 2280:20, 2281:14, 2281:22, 2282:10, 2282:16, 2282:21, 2283:1, 2283:18, 2284:1, 2284:16, 2284:18, 2287:13, 2288:15, 2288:18, 2289:8, 2289:10, 2289:17, 2290:12, 2297:14, 2298:18, 2299:24, 2300:5, 2300:6, 2301:8, 2301:11, 2302:21, 2303:2, 2305:17, 2306:5, 2307:21, 2310:23, 2310:25, 2311:10, 2311:13, 2311:22, 2312:7, 2312:12, 2314:20, 2314:23, 2315:15, 2315:19, 2315:22, 2316:9, 2319:6, 2319:20, 2319:21, 2320:23, 2320:24, 2321:3, 2321:14, 2322:14, 2324:23, 2325:7, 2325:10, 2325:24, 2326:1, 2326:4, 2326:8, 2326:12, 2326:23, 2327:21, 2328:25, 2330:3, 2330:5, 2330:21, 2334:15, 2334:23, 2337:22, 2340:3, 2342:9, 2345:15, 2348:10, 2349:14, 2349:16, 2349:22, 2351:7, 2356:12, 2356:18, 2356:25, 2359:23,

2363:24, 2364:2, 2364:17, 2364:23, 2365:2, 2365:8, 2365:10, 2366:7, 2366:9, 2368:1, 2368:23, 2372:3
**BEAR** [2] - 2316:10, 2320:15
**BECAME** [7] - 2276:18, 2276:20, 2276:24, 2277:8, 2320:9, 2348:8, 2348:24
**BECAUSE** [26] - 2274:13, 2284:4, 2291:21, 2292:13, 2294:11, 2301:1, 2308:20, 2311:22, 2314:24, 2316:5, 2316:10, 2319:12, 2323:24, 2330:15, 2331:16, 2336:1, 2336:13, 2341:6, 2342:24, 2347:4, 2350:17, 2357:12, 2358:25, 2364:19, 2365:2, 2372:17
**BECOME** [4] - 2276:10, 2276:17, 2280:25, 2345:25
**BECOMES** [2] - 2289:13, 2323:2
**BED** [1] - 2326:4
**BEEN** [27] - 2269:8, 2269:14, 2272:4, 2272:5, 2293:24, 2299:9, 2301:3, 2306:15, 2310:19, 2310:20, 2316:3, 2318:18, 2320:18, 2324:25, 2330:12, 2341:24, 2342:17, 2344:5, 2344:11, 2347:8, 2352:22, 2356:16, 2358:25, 2359:2, 2364:6, 2368:17
**BEFORE** [16] - 2262:12, 2268:2, 2277:6, 2282:18, 2289:8, 2292:16, 2295:25, 2296:12, 2304:13, 2309:24, 2310:1, 2310:19, 2342:15, 2356:25, 2359:17, 2361:20
**BEGAN** [4] - 2276:11, 2295:18, 2317:17, 2317:19
**BEGIN** [1] - 2309:21

**BEGINNING** [6] - 2280:24, 2298:24, 2318:11, 2348:9, 2365:17
**BEGINS** [5] - 2356:2, 2356:9, 2363:17, 2370:19, 2371:12
**BEHALF** [3] - 2313:4, 2335:2, 2351:14
**BEHIND** [1] - 2354:2
**BEING** [20] - 2268:19, 2271:19, 2273:16, 2274:2, 2274:5, 2277:5, 2289:23, 2304:19, 2305:23, 2318:3, 2321:13, 2325:9, 2330:16, 2336:16, 2337:23, 2338:2, 2342:13, 2345:20, 2350:15, 2364:25
**BELIEVE** [3] - 2287:6, 2292:4, 2335:9
**BELOW** [5] - 2298:4, 2307:18, 2317:12, 2339:12, 2372:2
**BELOW-GROUND** [1] - 2298:4
**BELOW-SURFACE** [1] - 2339:12
**BENJAMIN** [1] - 2265:7
**BEST** [2] - 2305:5, 2373:8
**BETTER** [1] - 2299:20
**BETWEEN** [10] - 2272:3, 2282:1, 2282:5, 2296:19, 2310:7, 2318:10, 2325:5, 2340:20, 2340:22, 2341:3
**BEYOND** [3] - 2289:7, 2311:15, 2328:6
**BIDABILITY** [1] - 2345:11
**BIG** [3] - 2305:4, 2306:14, 2310:8
**BILLING** [1] - 2316:6
**BINDER** [3] - 2274:12, 2287:14, 2313:10
**BIT** [11] - 2271:9, 2280:11, 2280:21, 2290:25, 2328:4, 2333:9, 2356:17, 2361:3, 2363:13, 2365:18, 2366:17
**BITTY** [1] - 2314:24
**BLAZEK** [7] - 2293:16, 2293:21, 2295:19, 2328:3, 2331:13,

2335:1, 2338:13
**BLIND** [2] - 2324:10, 2331:15
**BLOW** [1] - 2351:21
**BOARD** [2] - 2330:3, 2330:14
**BODY** [1] - 2358:6
**BOISE** [1] - 2276:16
**BONFOUCA** [1] - 2347:14
**BOOTS** [1] - 2309:20
**BORDERING** [1] - 2361:14
**BORROW** [1] - 2365:13
**BOSS** [1] - 2351:6
**BOTCHED** [1] - 2337:9
**BOTH** [3] - 2310:9, 2314:18, 2341:1
**BOTTOM** [1] - 2366:24
**BOULEVARD** [2] - 2263:8, 2264:4
**BOUNDARIES** [1] - 2327:14
**BOUNDARY** [4] - 2317:24, 2318:2, 2340:23
**BOX** [1] - 2265:7
**BRACED** [1] - 2369:6
**BRAINSTORMED** [1] - 2363:6
**BRANCH** [6] - 2265:6, 2345:24, 2346:5, 2346:7, 2346:10, 2364:12
**BREACHES** [1] - 2262:4
**BREAK** [2] - 2312:7, 2312:10
**BREAKDOWN** [1] - 2292:23
**BREAKING** [3] - 2278:21, 2371:6, 2372:12
**BRIAN** [1] - 2264:19
**BRIEFING** [2] - 2289:13, 2328:23
**BRIEFLY** [3] - 2271:10, 2344:13, 2370:8
**BRING** [5] - 2280:7, 2281:17, 2285:19, 2316:10, 2328:24
**BROUGHT** [2] - 2320:15, 2352:22
**BROUSSARD** [1] - 2264:13
**BRUNO** [3] - 2262:15, 2262:16

**BUDD** [1] - 2262:22

**BUILD** [2] - 2284:7, 2320:10

**BUILDER** [1] - 2318:14

**BUILDINGS** [1] - 2298:1

**BUILDUP** [1] - 2293:10

**BUILT** [2] - 2325:24, 2361:13

**BULLET** [13] - 2360:12, 2360:14, 2360:15, 2360:18, 2361:4, 2361:6, 2363:17, 2364:8, 2366:3, 2367:1, 2367:9, 2367:20

**BULLETED** [1] - 2367:5

**BUNCH** [1] - 2297:22

**BURKE** [1] - 2262:23

**BUSINESS** [10] - 2269:19, 2269:20, 2269:22, 2269:23, 2270:5, 2292:8, 2292:11, 2292:13, 2292:15, 2318:18

**BUSINESS/SMALL** [1] - 2292:11

**BUT** [56] - 2267:21, 2268:7, 2268:16, 2271:10, 2274:12, 2276:8, 2278:17, 2281:2, 2283:4, 2285:6, 2286:12, 2286:18, 2288:20, 2290:20, 2292:13, 2294:7, 2295:24, 2299:24, 2306:10, 2312:11, 2312:21, 2313:3, 2315:11, 2316:3, 2318:2, 2319:10, 2320:22, 2321:23, 2323:2, 2324:19, 2326:9, 2328:15, 2328:22, 2328:23, 2329:5, 2329:8, 2329:11, 2331:13, 2331:22, 2331:24, 2333:11, 2335:2, 2335:19, 2335:22, 2336:12, 2336:15, 2339:23, 2340:2, 2341:5, 2342:10, 2350:22, 2355:17, 2358:8, 2360:1, 2363:16

**BY** [97] - 2262:16, 2262:19, 2262:23,

2263:4, 2263:8, 2263:11, 2263:15, 2263:18, 2263:22, 2264:3, 2264:7, 2264:12, 2264:17, 2265:4, 2265:14, 2265:14, 2266:7, 2266:8, 2266:10, 2268:19, 2269:5, 2269:8, 2269:13, 2272:21, 2273:3, 2273:17, 2273:25, 2274:21, 2275:5, 2277:25, 2279:11, 2280:10, 2280:19, 2287:22, 2290:1, 2291:19, 2296:7, 2297:10, 2298:18, 2301:5, 2301:23, 2303:17, 2305:6, 2306:2, 2307:2, 2309:13, 2310:14, 2312:16, 2313:19, 2314:8, 2315:5, 2320:19, 2322:1, 2327:11, 2327:22, 2329:1, 2329:19, 2331:3, 2332:4, 2332:18, 2333:5, 2333:17, 2334:20, 2337:3, 2337:19, 2337:23, 2338:7, 2338:8, 2338:19, 2339:11, 2340:10, 2342:13, 2342:15, 2343:4, 2346:18, 2350:1, 2350:18, 2350:22, 2351:16, 2356:5, 2356:12, 2357:21, 2357:25, 2359:13, 2359:14, 2360:11, 2362:7, 2362:13, 2364:12, 2369:2, 2369:3, 2369:14, 2370:1, 2371:15, 2372:10

**BYPASS** [4] - 2298:19, 2364:4, 2364:6, 2365:4

## C

**CA** [1] - 2264:5

**CADD** [1] - 2293:3

**CALCULATE** [1] - 2354:7

**CALL** [9] - 2268:10, 2271:20, 2273:17, 2276:1, 2294:18, 2313:15, 2314:1,

2331:25, 2340:4

**CALLED** [13] - 2267:4, 2268:19, 2271:14, 2286:3, 2292:9, 2325:14, 2342:13, 2345:9, 2348:16, 2350:22, 2350:23, 2358:1, 2362:7

**CALLS** [3] - 2293:18, 2295:20, 2342:4

**CALVIN** [1] - 2263:15

**CAME** [9] - 2297:15, 2306:9, 2317:22, 2322:25, 2332:8, 2360:4, 2363:7, 2365:3, 2372:9

**CAN** [74] - 2270:20, 2271:5, 2271:10, 2273:6, 2273:22, 2275:6, 2275:17, 2275:22, 2277:11, 2278:2, 2278:25, 2280:12, 2280:17, 2281:5, 2281:18, 2281:19, 2282:13, 2283:10, 2283:25, 2284:10, 2284:24, 2286:14, 2286:21, 2287:17, 2287:19, 2288:1, 2288:5, 2289:14, 2290:2, 2290:4, 2291:11, 2291:14, 2291:17, 2292:24, 2293:9, 2295:22, 2296:9, 2297:1, 2297:17, 2297:23, 2300:22, 2300:23, 2301:12, 2301:14, 2302:17, 2304:15, 2304:17, 2304:22, 2306:12, 2307:18, 2310:11, 2310:13, 2310:16, 2328:24, 2329:3, 2329:8, 2329:15, 2331:25, 2332:15, 2332:25, 2334:13, 2336:2, 2336:19, 2336:21, 2337:1, 2337:3, 2337:5, 2340:16, 2342:19, 2351:21, 2357:4, 2367:2, 2371:8

**CAN'T** [6] - 2279:15, 2326:25, 2331:12, 2336:1, 2340:7, 2356:20

**CANAL** [9] - 2262:4, 2298:15, 2298:17, 2314:13, 2314:21,

2317:20, 2350:2, 2364:2, 2364:14

**CANALS** [2] - 2316:11

**CANDID** [2] - 2301:3, 2334:16

**CAPABILITY** [2] - 2283:15, 2331:22

**CAREFULLY** [1] - 2365:22

**CARLA** [1] - 2262:23

**CARONDELET** [1] - 2264:14

**CARRYING** [1] - 2273:3

**CASE** [11] - 2273:15, 2283:2, 2283:14, 2290:6, 2307:17, 2328:22, 2348:12, 2365:8, 2365:9, 2365:10, 2366:9

**CATEGORIES** [3] - 2284:14, 2284:16, 2285:2

**CATEGORY** [1] - 2293:2

**CATHY** [3] - 2265:11, 2373:3, 2373:13

**CATHY_PEPPER@ LAED.USCOURTS. GOV** [1] - 2373:15

**CAUGHT** [1] - 2275:7

**CCR** [2] - 2265:11, 2373:13

**CEASED** [1] - 2277:5

**CENTER** [2] - 2333:14, 2333:18

**CERTAIN** [4] - 2309:5, 2312:20, 2319:25, 2338:10

**CERTAINLY** [9] - 2297:7, 2300:21, 2316:7, 2317:13, 2319:5, 2319:11, 2321:11, 2342:25, 2357:4

**CERTIFICATE** [1] - 2373:1

**CERTIFIED** [4] - 2265:11, 2373:3, 2373:4, 2373:13

**CERTIFY** [1] - 2373:7

**CHANGE** [1] - 2271:25

**CHANGED** [2] - 2269:11, 2368:16

**CHANNEL** [6] - 2298:19, 2299:6, 2311:8, 2316:19, 2326:5, 2360:17

**CHANNELS** [4] - 2317:4, 2364:4,

2364:6, 2365:4

**CHARACTERISTICS** [3] - 2324:18, 2331:6, 2339:4

**CHARACTERIZATIO N** [1] - 2298:5

**CHARGE** [4] - 2344:8, 2344:21, 2346:11, 2351:19

**CHART** [1] - 2371:21

**CHARTS** [1] - 2372:9

**CHEM** [1] - 2270:19

**CHEMICALS** [1] - 2270:2

**CHOSE** [2] - 2330:20, 2331:7

**CHRISTIAN** [2] - 2343:12

**CHRISTOPHER** [2] - 2264:18, 2264:18

**CIRCUIT** [2] - 2337:9, 2337:14

**CIRCUMSTANCE** [1] - 2342:24

**CITY** [1] - 2263:9

**CIVIL** [7] - 2262:6, 2265:6, 2343:15, 2343:20, 2345:24, 2346:25, 2347:2

**CLAIBORNE** [1] - 2340:21

**CLASSES** [1] - 2271:2

**CLAUSES** [1] - 2276:23

**CLAYMAN** [1] - 2264:17

**CLEAN** [3] - 2275:21, 2298:17, 2299:4

**CLEAN-UP** [1] - 2275:21

**CLEANED** [1] - 2311:7

**CLEANING** [1] - 2346:23

**CLEANUP** [1] - 2346:14

**CLEANUPS** [1] - 2346:12

**CLEAR** [2] - 2312:21, 2335:18

**CLEARANCE** [1] - 2337:4

**CLEARED** [1] - 2268:6

**CLEARING** [1] - 2358:21

**CLEARS** [1] - 2331:1

**CLERK** [8] - 2267:7, 2268:12, 2268:20, 2268:21, 2341:17, 2342:7, 2342:14, 2372:20

**CLIMATE** [1] - 2292:15

**CLOCK** [1] - 2325:19

**CLOSURE** [2] - 2275:21, 2278:20

**COFFERDAM** [4] - 2320:10, 2320:17, 2320:23, 2321:12

**COFFERDAMS** [2] - 2369:6, 2369:8

**COGENT** [1] - 2312:12

**COLLABORATIVE** [1] - 2315:18

**COLLEGE** [1] - 2343:16

**COLLOQUY** [1] - 2333:10

**COLORADO** [1] - 2270:24

**COLUMN** [2] - 2371:16, 2371:23

**COME** [10] - 2268:2, 2286:22, 2287:5, 2299:5, 2305:5, 2306:6, 2315:2, 2319:4, 2319:23, 2368:2

**COMING** [1] - 2268:7

**COMMENCE** [1] - 2349:1

**COMMENCED** [1] - 2349:3

**COMMENCEMENT** [1] - 2271:6

**COMMENTING** [2] - 2345:18, 2353:14

**COMMENTS** [5] - 2291:3, 2296:14, 2296:15, 2296:16, 2303:18

**COMMUNICATIONS** [1] - 2353:19

**COMMUNITY** [2] - 2323:12, 2323:25

**COMPANY** [6] - 2269:21, 2270:11, 2271:5, 2292:3, 2319:10, 2350:1

**COMPARE** [1] - 2354:1

**COMPARED** [1] - 2354:6

**COMPETED** [1] - 2282:18

**COMPETENT** [2] - 2273:9, 2273:11

**COMPILE** [1] - 2357:25

**COMPLETE** [8] - 2275:14, 2275:18,

2275:19, 2279:4, 2292:20, 2324:15, 2348:20, 2354:8

**COMPLETED** [1] - 2277:6

**COMPLETELY** [2] - 2328:25, 2363:25

**COMPLETING** [1] - 2348:14

**COMPLETION** [3] - 2281:11, 2298:21, 2330:3

**COMPLIANCE** [1] - 2352:20

**COMPREHENSIVE** [5] - 2288:14, 2288:18, 2345:14, 2345:17, 2353:13

**COMPUTER** [2] - 2265:14, 2275:2

**CONCERN** [7] - 2338:3, 2338:9, 2363:18, 2363:19, 2369:15, 2369:17, 2369:20

**CONCERNED** [3] - 2324:23, 2325:24, 2328:16

**CONCERNING** [3] - 2275:2, 2313:13, 2313:24

**CONCERNS** [2] - 2301:21, 2319:16

**CONCRETE** [1] - 2298:9

**CONDENSE** [1] - 2357:25

**CONDITION** [1] - 2330:5

**CONDITIONS** [4] - 2282:10, 2301:16, 2326:23, 2327:3

**CONDUCT** [1] - 2339:15

**CONDUCTIVITY** [1] - 2361:1

**CONFINE** [1] - 2328:14

**CONFIRMED** [1] - 2279:5

**CONNECTING** [1] - 2360:17

**CONNECTION** [17] - 2283:11, 2288:8, 2289:4, 2289:19, 2290:14, 2291:7, 2296:20, 2303:21, 2308:18, 2309:15, 2311:20, 2312:24, 2315:20, 2315:21,

2319:17, 2355:14, 2361:13

**CONOR** [1] - 2265:5

**CONSCIENTIOUS** [1] - 2274:3

**CONSCIOUS** [1] - 2325:10

**CONSIDER** [1] - 2289:12

**CONSIDERATIONS** [1] - 2301:10

**CONSIDERED** [4] - 2322:15, 2324:15, 2334:23, 2346:25

**CONSOLIDATED** [2] - 2262:4, 2307:5

**CONSTANT** [1] - 2353:18

**CONSTITUENTS** [2] - 2363:18, 2363:19

**CONSTRUCT** [2] - 2284:3, 2284:6

**CONSTRUCTABILIT Y** [1] - 2345:11

**CONSTRUCTED** [2] - 2349:14, 2352:19

**CONSTRUCTION** [19] - 2269:25, 2278:23, 2283:13, 2283:16, 2320:23, 2324:18, 2327:25, 2331:6, 2344:3, 2344:6, 2345:16, 2345:25, 2346:1, 2346:5, 2346:6, 2346:7, 2348:13, 2349:1, 2351:19

**CONSTRUCTION-TYPE** [1] - 2283:13

**CONSTRUCTORS** [1] - 2269:11

**CONSULT** [1] - 2339:22

**CONSULTING** [2] - 2356:5, 2359:14

**CONTACT** [2] - 2275:24, 2286:2

**CONTAIN** [2] - 2303:5, 2361:13

**CONTAINING** [1] - 2317:3

**CONTAMINANTS** [2] - 2323:20, 2363:20

**CONTAMINATED** [2] - 2298:12, 2371:1

**CONTAMINATION** [7] - 2290:10, 2290:13, 2298:10, 2298:12, 2299:5, 2370:25, 2371:2

**CONTEMPLATED** [1] - 2314:18

**CONTEND** [1] - 2357:7

**CONTENT** [1] - 2296:1

**CONTENTS** [1] - 2297:19

**CONTEXT** [3] - 2283:25, 2322:15, 2349:20

**CONTINUED** [3] - 2263:1, 2264:1, 2265:1

**CONTINUES** [1] - 2300:8

**CONTINUITY** [4] - 2278:5, 2278:10, 2278:12, 2278:18

**CONTOURS** [1] - 2329:4

**CONTRACT** [72] - 2271:7, 2271:13, 2271:14, 2271:19, 2271:20, 2271:22, 2271:23, 2271:24, 2272:3, 2272:18, 2272:19, 2272:22, 2273:2, 2273:4, 2273:7, 2273:12, 2273:17, 2273:18, 2274:3, 2274:24, 2274:25, 2275:8, 2276:23, 2277:2, 2277:19, 2278:3, 2278:4, 2278:14, 2279:1, 2279:2, 2279:11, 2279:18, 2279:20, 2280:3, 2282:16, 2284:4, 2285:5, 2289:12, 2295:12, 2300:21, 2306:11, 2307:22, 2321:23, 2322:2, 2344:21, 2345:5, 2345:20, 2346:17, 2346:22, 2346:23, 2347:5, 2347:15, 2349:22, 2349:23, 2350:16, 2350:18, 2351:15, 2352:1, 2352:14, 2352:20, 2353:10, 2356:18, 2357:1, 2357:14, 2358:4, 2358:18, 2359:1, 2364:2, 2364:22, 2366:11, 2369:11

**CONTRACTING** [9] - 2275:25, 2287:7, 2304:19, 2351:7,

2351:8, 2351:10, 2351:12, 2351:14, 2354:10

**CONTRACTOR** [36] - 2278:8, 2278:19, 2278:21, 2279:1, 2279:2, 2281:7, 2281:8, 2281:23, 2282:21, 2283:14, 2284:13, 2288:24, 2310:7, 2325:8, 2331:17, 2347:17, 2347:19, 2347:21, 2350:1, 2351:25, 2352:6, 2352:23, 2353:22, 2353:23, 2354:2, 2354:5, 2354:23, 2355:13, 2355:19, 2356:2, 2360:5, 2361:22, 2363:3, 2364:3, 2369:7

**CONTRACTOR'S** [1] - 2354:11

**CONTRACTORS** [3] - 2305:23, 2345:21, 2347:6

**CONTRACTORS'** [1] - 2353:13

**CONTRACTS** [22] - 2270:13, 2270:16, 2272:4, 2272:7, 2272:11, 2272:25, 2274:13, 2344:8, 2344:22, 2344:23, 2345:6, 2345:7, 2345:15, 2346:12, 2346:15, 2348:2, 2348:3, 2349:4

**CONTRARY** [1] - 2289:12

**CONTROL** [15] - 2280:3, 2304:12, 2309:25, 2317:10, 2318:15, 2319:12, 2331:18, 2333:18, 2333:21, 2334:24, 2338:9, 2352:3, 2352:8, 2352:9, 2370:14

**CONTROLS** [1] - 2294:18

**CONVERSATIONS** [4] - 2314:19, 2316:14, 2319:2, 2332:9

**CONVERSING** [1] - 2316:12

**CONVEYED** [2] - 2334:25, 2359:16

**COORDINATION** [2] -

2352:10, 2355:14
**COPY** [3] - 2294:25, 2297:11, 2302:14
**COR** [3] - 2353:18, 2353:23, 2355:18
**CORPORATE** [1] - 2327:2
**CORPORATION** [6] - 2269:7, 2269:8, 2269:13, 2347:16, 2347:19, 2347:22
**CORPS** [113] - 2270:17, 2271:18, 2274:3, 2275:25, 2276:18, 2279:25, 2280:13, 2280:15, 2280:19, 2281:13, 2284:21, 2285:16, 2286:2, 2286:22, 2287:6, 2287:24, 2288:8, 2289:2, 2289:7, 2290:15, 2291:2, 2291:3, 2291:5, 2291:21, 2292:13, 2293:18, 2294:7, 2294:21, 2294:24, 2295:20, 2295:25, 2296:4, 2296:6, 2296:13, 2296:17, 2296:20, 2296:24, 2298:19, 2299:2, 2300:15, 2301:23, 2303:13, 2303:16, 2303:17, 2303:21, 2304:3, 2304:19, 2305:9, 2305:10, 2306:16, 2308:24, 2309:8, 2309:14, 2310:8, 2310:9, 2311:14, 2314:19, 2314:24, 2315:6, 2315:20, 2316:9, 2316:12, 2316:15, 2318:13, 2318:21, 2319:6, 2319:12, 2319:24, 2320:3, 2321:16, 2321:19, 2321:23, 2322:7, 2324:13, 2324:22, 2325:10, 2326:3, 2331:4, 2331:7, 2331:9, 2331:10, 2332:7, 2333:7, 2333:12, 2334:3, 2334:21, 2338:8, 2338:25, 2339:15, 2339:16, 2344:1, 2344:11, 2346:18, 2346:20, 2351:6, 2355:9,

2355:21, 2356:5, 2357:25, 2358:17, 2359:7, 2359:8, 2359:13, 2359:14, 2359:16, 2363:2, 2363:5, 2365:22, 2369:3, 2369:4, 2370:23, 2372:11
**CORPS'S** [2] - 2359:19, 2360:1
**CORRECT** [63] - 2288:21, 2307:22, 2312:25, 2313:1, 2314:13, 2314:22, 2316:17, 2316:25, 2317:1, 2317:4, 2317:15, 2319:8, 2319:21, 2319:22, 2320:6, 2320:7, 2320:10, 2320:25, 2321:16, 2322:5, 2323:3, 2323:9, 2323:23, 2323:25, 2324:7, 2324:8, 2324:11, 2326:1, 2326:5, 2326:10, 2326:11, 2326:13, 2326:14, 2326:20, 2326:21, 2327:8, 2327:9, 2327:10, 2329:21, 2329:22, 2329:24, 2330:9, 2330:22, 2331:11, 2331:12, 2331:13, 2331:20, 2335:4, 2335:5, 2335:17, 2336:8, 2337:24, 2338:1, 2338:22, 2338:23, 2339:1, 2339:2, 2339:5, 2341:1, 2348:18, 2365:7, 2368:25, 2373:7
**CORRECTED** [1] - 2352:23
**CORRECTLY** [3] - 2326:3, 2330:5, 2330:8
**CORRESPONDENC E** [2] - 2353:21
**COST** [18] - 2272:22, 2272:25, 2273:2, 2273:7, 2273:12, 2274:2, 2278:7, 2290:24, 2292:23, 2294:15, 2294:20, 2306:17, 2307:1, 2347:4, 2347:6, 2348:2
**COST-PLUS** [5] -

2272:22, 2272:25, 2273:2, 2273:7, 2273:12
**COSTS** [5] - 2292:23, 2293:2, 2293:12, 2294:19, 2307:2
**COULD** [55] - 2270:12, 2274:5, 2274:22, 2274:23, 2275:9, 2275:13, 2278:24, 2281:5, 2282:16, 2283:2, 2283:7, 2284:9, 2284:11, 2287:15, 2288:1, 2291:11, 2292:1, 2293:7, 2294:4, 2294:6, 2294:25, 2296:23, 2297:17, 2298:18, 2299:5, 2300:9, 2301:6, 2302:5, 2302:14, 2302:21, 2302:22, 2304:5, 2304:22, 2306:12, 2311:7, 2311:17, 2311:24, 2314:1, 2315:8, 2315:24, 2316:2, 2319:20, 2319:23, 2319:24, 2320:24, 2321:15, 2337:22, 2338:24, 2346:16, 2355:12, 2356:18, 2360:7, 2370:20, 2371:17
**COUNSEL** [16] - 2273:10, 2279:17, 2289:7, 2297:5, 2301:2, 2312:5, 2321:5, 2329:15, 2332:20, 2332:23, 2335:25, 2339:21, 2339:22, 2341:13, 2356:20, 2372:14
**COUNSEL'S** [1] - 2356:23
**COURSE** [6] - 2311:1, 2322:2, 2349:11, 2365:23, 2369:5, 2369:10
**COURT** [108] - 2262:1, 2265:11, 2267:4, 2267:7, 2267:9, 2267:12, 2267:16, 2267:18, 2267:22, 2268:1, 2268:2, 2269:3, 2270:12, 2270:21, 2271:10, 2272:13, 2273:10, 2273:14, 2274:15, 2274:19, 2277:23,

2279:17, 2280:1, 2286:14, 2287:19, 2289:9, 2296:6, 2297:5, 2297:8, 2300:16, 2300:20, 2301:2, 2302:5, 2304:23, 2309:11, 2310:13, 2310:16, 2312:5, 2312:9, 2312:12, 2314:6, 2315:2, 2321:5, 2321:9, 2321:17, 2328:13, 2328:21, 2329:4, 2329:14, 2330:25, 2332:16, 2332:20, 2332:23, 2333:3, 2333:15, 2334:11, 2335:11, 2335:14, 2335:21, 2335:25, 2336:5, 2336:15, 2336:21, 2337:1, 2337:8, 2337:13, 2338:4, 2338:16, 2339:21, 2340:2, 2340:5, 2341:10, 2341:13, 2341:14, 2341:16, 2341:17, 2341:19, 2341:24, 2342:3, 2342:6, 2342:15, 2342:23, 2343:2, 2356:20, 2357:6, 2357:10, 2357:12, 2357:19, 2359:17, 2359:25, 2360:9, 2367:2, 2368:19, 2369:2, 2369:4, 2369:12, 2369:22, 2371:5, 2371:9, 2371:11, 2372:14, 2372:21, 2373:4, 2373:5, 2373:6, 2373:14, 2373:15
**COURTROOM** [2] - 2268:3, 2274:12
**COVER** [2] - 2291:17, 2304:13
**COVERED** [2] - 2350:18, 2360:23
**CRADLE** [2] - 2346:17, 2346:24
**CREATE** [1] - 2298:19
**CRIMINAL** [3] - 2342:18, 2342:19, 2372:17
**CRITERIA** [3] - 2281:11, 2325:24, 2350:23
**CRONIN** [1] - 2264:19
**CROSS** [5] - 2266:8,

2289:10, 2300:22, 2312:15, 2328:14
**CROSS-EXAMINATION** [2] - 2266:8, 2312:15
**CROSS-EXAMINE** [2] - 2289:10, 2300:22
**CRR** [2] - 2265:11, 2373:13
**CURIOUS** [1] - 2341:20
**CURRENT** [2] - 2269:18, 2344:5
**CURRENTLY** [1] - 2343:25
**CUTTING** [1] - 2330:15

# D

**D.C** [1] - 2265:8
**DAILY** [7] - 2286:17, 2330:18, 2352:13, 2352:17, 2353:6, 2353:12, 2353:19
**DALLAS** [1] - 2262:25
**DAM** [1] - 2316:11
**DAMAGE** [2] - 2339:13, 2344:9
**DAMES** [1] - 2372:10
**DATA** [14] - 2288:16, 2301:15, 2301:19, 2301:20, 2356:12, 2356:14, 2357:18, 2357:22, 2358:5, 2358:10, 2358:15, 2358:19, 2358:20, 2359:21
**DATE** [2] - 2356:16, 2356:23
**DATED** [1] - 2354:22
**DAY** [5] - 2262:11, 2264:16, 2267:19, 2286:19
**DAY-IN-AND-DAY-OUT** [1] - 2286:19
**DAYS** [3] - 2341:20, 2352:6, 2353:3
**DC** [1] - 2264:20
**DDR** [6] - 2350:3, 2350:6, 2350:9, 2350:14, 2350:17, 2350:25
**DDR'S** [2] - 2350:4, 2350:18
**DEAL** [2] - 2298:10, 2314:4, 2330:13
**DEALING** [3] - 2327:24, 2328:11,

2338:10

**DEBRA** [1] - 2264:17

**DEBRIS** [3] - 2283:4, 2297:25, 2298:14

**DECEMBER** [4] - 2334:22, 2343:17, 2344:14, 2345:2

**DECIDE** [1] - 2322:14

**DECIDED** [1] - 2286:3

**DECIDING** [1] - 2279:21

**DECISION** [1] - 2289:13

**DECISIONS** [1] - 2323:8

**DECK** [1] - 2268:7

**DEEP** [1] - 2359:22

**DEFAULTED** [1] - 2321:19

**DEFENDANTS** [2] - 2268:10, 2329:1

**DEFENSE** [1] - 2346:12

**DEFICIENCIES** [2] - 2352:21

**DEFINABLE** [1] - 2305:6

**DEFINE** [2] - 2346:16, 2355:22

**DEFINED** [1] - 2327:11

**DEFINING** [1] - 2298:11

**DEFINITION** [2] - 2299:20, 2302:4

**DEGRAVELLES** [1] - 2263:3

**DEGREE** [1] - 2343:19

**DELEGATE** [1] - 2353:5

**DELEGATED** [1] - 2353:7

**DELINEATES** [1] - 2340:22

**DELIVERABLE/ INDEFINITE** [1] - 2271:21

**DELIVERY** [17] - 2271:24, 2271:25, 2275:16, 2276:1, 2279:4, 2280:6, 2280:7, 2280:16, 2280:25, 2281:9, 2281:23, 2281:25, 2284:15, 2284:19, 2284:23, 2348:16, 2349:3

**DEMIL** [1] - 2270:19

**DEMIL-TYPE** [1] - 2270:19

**DEMOLITION** [14] - 2283:3, 2288:15, 2298:3, 2308:21, 2310:2, 2314:12, 2315:22, 2330:4, 2349:25, 2358:4, 2362:8, 2362:17, 2366:22, 2370:7

**DEMONSTRATE** [1] - 2284:13

**DENHAM** [1] - 2263:16

**DENIGRATE** [1] - 2340:3

**DENNIS** [8] - 2286:9, 2286:19, 2292:17, 2292:25, 2295:18, 2296:9, 2297:3, 2328:3

**DENTAL** [1] - 2342:17

**DENVER** [9] - 2276:3, 2276:15, 2286:11, 2286:18, 2293:8, 2307:14, 2310:10, 2311:16, 2319:10

**DEPARTMENT** [4] - 2265:3, 2270:17, 2270:18, 2329:21

**DEPENDED** [1] - 2368:2

**DEPLETED** [1] - 2365:13

**DEPLOY** [1] - 2282:22

**DEPONENT'S** [1] - 2328:11

**DEPOSED** [1] - 2336:13

**DEPOSITION** [23] - 2300:16, 2312:21, 2312:22, 2313:3, 2313:8, 2316:5, 2324:9, 2328:8, 2328:11, 2329:9, 2330:7, 2330:11, 2331:25, 2335:2, 2335:20, 2335:22, 2335:24, 2336:2, 2336:6, 2336:7, 2339:9, 2345:9

**DEPOSITIONS** [1] - 2328:18

**DEPTH** [5] - 2326:13, 2371:17, 2371:23, 2372:2

**DEPTHS** [2] - 2372:5, 2372:6

**DEPUTY** [6] - 2267:7, 2268:12, 2268:21, 2341:17, 2342:7, 2372:20

**DERP** [1] - 2346:13

**DESCRIBE** [11] - 2270:12, 2270:20, 2286:14, 2295:22, 2299:17, 2302:5, 2349:8, 2362:25, 2366:14, 2367:2

**DESCRIBED** [5] - 2272:4, 2281:9, 2281:22, 2324:9, 2327:13

**DESCRIBES** [1] - 2367:6

**DESCRIPTION** [5] - 2280:19, 2280:23, 2355:8, 2355:24, 2366:20

**DESERVED** [1] - 2341:14

**DESIGN** [20] - 2283:13, 2284:2, 2284:6, 2284:9, 2294:13, 2308:22, 2319:13, 2319:17, 2324:20, 2324:23, 2325:1, 2349:18, 2350:7, 2350:9, 2350:10, 2350:11, 2350:23, 2368:23, 2369:8

**DESIGNATED** [5] - 2308:6, 2328:10, 2329:6, 2351:7, 2351:16

**DESIGNATING** [1] - 2351:9

**DESIGNATION** [1] - 2351:13

**DESIGNING** [2] - 2358:25, 2367:11

**DETAIL** [1] - 2271:10

**DETAILED** [7] - 2300:2, 2306:25, 2355:25, 2362:16, 2366:25, 2367:20, 2371:3

**DETAILING** [1] - 2355:8

**DETAILS** [3] - 2300:8, 2300:12, 2363:7

**DETERMINE** [4] - 2294:11, 2336:7, 2336:8, 2340:7

**DEVELOP** [4] - 2278:16, 2293:20, 2302:3, 2315:11

**DEVELOPED** [6] - 2296:12, 2350:21, 2366:4, 2367:14, 2368:3, 2368:17

**DEVELOPING** [5] - 2278:6, 2295:24, 2297:22, 2323:6, 2332:11

**DEVELOPMENT** [5] - 2269:19, 2270:6, 2329:21, 2362:23, 2368:13

**DICHARRY** [2] - 2311:4, 2348:25

**DICTATES** [1] - 2335:7

**DID** [128] - 2267:21, 2276:10, 2276:20, 2281:12, 2282:8, 2283:3, 2283:4, 2283:23, 2285:13, 2286:19, 2287:3, 2289:1, 2290:15, 2290:19, 2292:19, 2292:22, 2295:24, 2296:4, 2297:11, 2298:5, 2298:6, 2301:20, 2301:23, 2303:13, 2303:15, 2303:20, 2304:2, 2305:1, 2305:16, 2306:4, 2306:6, 2306:14, 2306:20, 2308:13, 2308:24, 2309:5, 2309:14, 2309:20, 2310:18, 2310:19, 2315:2, 2315:9, 2316:15, 2316:23, 2317:17, 2318:12, 2318:17, 2318:21, 2319:1, 2319:14, 2322:3, 2322:14, 2324:2, 2324:13, 2324:17, 2324:22, 2326:22, 2327:1, 2327:5, 2327:24, 2328:3, 2330:5, 2331:21, 2333:7, 2333:12, 2333:21, 2334:3, 2334:21, 2337:12, 2339:3, 2339:15, 2341:19, 2343:16, 2345:25, 2346:2, 2348:6, 2349:5, 2349:7, 2349:20, 2350:3, 2350:5, 2350:13, 2350:15, 2350:16, 2350:22, 2351:17, 2352:4, 2352:11, 2352:12, 2352:24, 2352:25, 2353:5, 2353:10, 2354:15, 2355:2, 2355:4, 2355:16, 2355:17, 2356:13, 2358:13, 2358:20, 2358:23, 2359:5, 2360:21, 2360:23, 2360:24, 2360:25, 2361:2, 2361:10, 2361:12, 2361:15, 2361:16, 2361:17, 2362:2, 2364:20, 2364:25, 2365:8, 2365:10, 2365:14, 2366:9, 2367:15, 2367:18, 2369:4, 2369:9

**DIDN'T** [39] - 2283:5, 2285:17, 2286:18, 2288:20, 2289:21, 2289:22, 2294:7, 2294:9, 2301:1, 2308:15, 2308:18, 2308:21, 2315:13, 2316:21, 2317:8, 2317:9, 2318:16, 2319:18, 2321:7, 2323:5, 2323:17, 2324:2, 2324:16, 2324:20, 2325:19, 2327:17, 2330:14, 2330:25, 2331:8, 2331:21, 2331:22, 2336:18, 2337:10, 2337:21, 2338:12, 2339:23, 2343:10, 2350:20

**DIFFER** [1] - 2284:18

**DIFFERENCE** [2] - 2272:3, 2325:5

**DIFFERENT** [16] - 2276:4, 2276:12, 2282:9, 2282:10, 2285:2, 2285:3, 2302:2, 2307:3, 2328:17, 2334:9, 2335:9, 2347:2, 2350:23, 2354:11, 2356:17

**DIFFICULT** [1] - 2272:23

**DIG** [1] - 2298:5

**DIGEST** [2] - 2293:17, 2357:24

**DIGGING** [1] - 2338:8

**DIRECT** [8] - 2266:7, 2266:10, 2269:4, 2313:11, 2323:10, 2328:6, 2328:14, 2343:3

**DIRECTOR** [2] - 2269:19, 2311:5

**DISADVANTAGED** [1] - 2292:8

**DISCREPANCIES** [1] - 2345:19

**DISCRETION** [1] - 2328:15

**DISCUSS** [2] - 2268:4, 2313:2

**DISCUSSED** [11] - 2292:4, 2297:24, 2306:21, 2311:25, 2321:13, 2322:6, 2328:8, 2359:2, 2359:5, 2359:7

**DISCUSSES** [1] - 2338:21

**DISCUSSING** [3] - 2271:9, 2294:14, 2302:20

**DISCUSSION** [8] - 2275:2, 2302:24, 2311:18, 2311:19, 2312:1, 2313:13, 2313:24, 2320:12

**DISCUSSIONS** [3] - 2322:11, 2322:16, 2360:21

**DISPLAY** [1] - 2274:11

**DISTINCTION** [1] - 2327:20

**DISTRIBUTION** [1] - 2304:11

**DISTRICT** [25] - 2262:1, 2262:1, 2262:12, 2271:18, 2287:8, 2311:16, 2330:2, 2330:21, 2344:1, 2344:15, 2344:16, 2345:3, 2346:19, 2351:6, 2351:9, 2351:15, 2354:9, 2354:12, 2354:21, 2372:11, 2373:6, 2373:15

**DIVISION** [7] - 2265:6, 2275:25, 2346:1, 2346:5, 2346:6, 2348:13, 2351:7

**DO** [109] - 2267:21, 2268:14, 2268:17, 2269:25, 2272:23, 2272:24, 2274:1, 2274:7, 2276:5, 2276:21, 2278:19, 2283:5, 2283:15, 2284:8, 2284:21, 2287:2, 2288:4, 2289:20, 2290:19, 2290:23, 2293:12,

2293:15, 2294:12, 2295:14, 2297:15, 2297:21, 2297:25, 2298:20, 2298:22, 2299:12, 2299:22, 2300:11, 2302:9, 2302:12, 2305:1, 2305:4, 2305:6, 2305:19, 2305:21, 2305:22, 2306:10, 2306:18, 2306:24, 2308:20, 2309:8, 2310:22, 2311:4, 2312:21, 2313:3, 2313:8, 2315:7, 2315:8, 2315:10, 2315:22, 2316:4, 2320:11, 2321:19, 2321:20, 2322:22, 2323:17, 2323:19, 2324:24, 2325:3, 2325:9, 2326:8, 2327:7, 2329:15, 2330:14, 2330:20, 2331:21, 2331:22, 2333:13, 2335:6, 2336:18, 2337:5, 2337:13, 2337:15, 2337:21, 2339:24, 2340:11, 2340:16, 2342:8, 2342:11, 2342:22, 2343:25, 2351:3, 2351:4, 2351:20, 2352:4, 2354:15, 2354:18, 2354:19, 2355:22, 2357:7, 2359:22, 2361:11, 2362:4, 2362:5, 2363:19, 2367:15, 2368:6, 2368:7, 2368:24, 2371:16, 2371:24, 2372:1, 2373:6

**DOCUMENT** [38] - 2292:1, 2299:22, 2304:6, 2304:9, 2304:12, 2304:13, 2304:23, 2307:9, 2308:2, 2311:3, 2313:13, 2313:24, 2324:17, 2340:11, 2340:19, 2351:2, 2354:18, 2354:21, 2355:3, 2355:11, 2355:25, 2357:4, 2358:15, 2360:21, 2360:25, 2361:3, 2361:10, 2361:20, 2362:9, 2362:12, 2362:15, 2362:16, 2365:18, 2367:14,

2368:6, 2368:16, 2371:8, 2372:8

**DOCUMENTATION** [5] - 2305:25, 2324:20, 2340:25, 2350:7, 2370:23

**DOCUMENTS** [22] - 2274:9, 2279:13, 2287:14, 2288:11, 2288:13, 2295:20, 2324:14, 2327:8, 2327:13, 2327:24, 2355:15, 2357:24, 2358:7, 2358:14, 2359:3, 2359:4, 2359:12, 2361:16, 2361:18, 2366:14

**DOES** [26] - 2273:2, 2277:5, 2278:21, 2278:22, 2282:1, 2283:19, 2291:23, 2297:13, 2298:23, 2300:22, 2303:5, 2303:9, 2305:12, 2308:16, 2319:12, 2344:7, 2345:13, 2348:10, 2350:19, 2351:12, 2356:3, 2364:9, 2365:19, 2370:2, 2370:22

**DOESN'T** [7] - 2321:2, 2330:10, 2331:1, 2334:9, 2335:20, 2336:17, 2356:21

**DOING** [18] - 2274:4, 2274:7, 2286:16, 2290:25, 2293:13, 2294:6, 2299:21, 2306:1, 2309:15, 2310:20, 2311:1, 2318:18, 2323:1, 2323:12, 2325:13, 2331:16, 2347:23, 2369:19

**DOLLARS** [2] - 2274:5, 2344:10

**DON'T** [28] - 2273:6, 2273:8, 2312:9, 2316:4, 2318:25, 2320:20, 2320:21, 2321:21, 2324:19, 2325:12, 2326:17, 2328:3, 2330:13, 2330:24, 2331:16, 2332:21, 2332:23, 2334:5, 2334:14, 2334:25, 2335:8, 2336:18, 2338:5, 2339:6, 2355:16, 2357:9, 2372:16

**DONE** [17] - 2280:20, 2282:10, 2288:18, 2305:10, 2306:5, 2309:8, 2310:23, 2314:24, 2316:4, 2328:15, 2330:16, 2337:23, 2339:17, 2341:3, 2356:11, 2359:23, 2372:10

**DOOZY** [1] - 2339:25

**DORADO** [1] - 2347:21

**DOUBTING** [1] - 2340:2

**DOWN** [13] - 2280:11, 2282:11, 2286:23, 2287:5, 2293:6, 2293:8, 2298:22, 2300:1, 2307:19, 2329:16, 2356:1, 2366:3, 2366:24

**DRAFT** [4] - 2295:25, 2296:13, 2305:20, 2357:7

**DRAFTED** [1] - 2357:14

**DRAFTING** [2] - 2305:17, 2323:3

**DRAIN** [1] - 2364:1

**DRAWINGS** [2] - 2290:16, 2361:13

**DREDGE** [1] - 2364:3

**DREDGED** [3] - 2298:18, 2364:6, 2365:3

**DREDGES** [1] - 2299:5

**DREDGING** [6] - 2314:21, 2326:5, 2344:22, 2345:7, 2364:19, 2364:22

**DRESSED** [1] - 2363:25

**DUDENHEFER** [63] - 2263:11, 2263:11, 2267:15, 2267:20, 2268:9, 2272:6, 2272:14, 2272:15, 2273:5, 2273:23, 2279:10, 2280:4, 2289:5, 2289:16, 2300:14, 2300:17, 2309:9, 2312:6, 2312:14, 2312:16, 2312:19, 2313:15, 2313:19, 2314:1, 2314:8, 2315:3, 2315:5, 2321:6, 2321:11, 2322:1, 2328:7, 2328:20,

2329:3, 2329:11, 2329:13, 2329:16, 2329:19, 2331:3, 2331:25, 2332:4, 2332:15, 2332:18, 2332:24, 2333:1, 2333:5, 2333:17, 2334:20, 2335:12, 2335:17, 2335:23, 2336:3, 2336:12, 2336:20, 2337:7, 2337:12, 2337:19, 2338:7, 2338:14, 2338:19, 2339:19, 2340:4, 2340:10, 2341:8

**DUDENHEFER.......... .......** [1] - 2266:8

**DULY** [2] - 2268:19, 2342:13

**DURATION** [3] - 2288:14, 2352:13, 2358:3

**DURING** [8] - 2310:23, 2311:1, 2327:1, 2337:25, 2349:11, 2366:10, 2369:5, 2369:10

**DUST** [1] - 2323:19

**DUTY** [1] - 2273:16

**DUVAL** [1] - 2262:12

**DX** [1] - 2313:22

**DX-02701** [1] - 2314:1

**DX-2701** [2] - 2287:15, 2314:9

**DX-2701-0004** [2] - 2288:1, 2288:6

**DX-2701-0005** [1] - 2290:3

**E**

**E-MAILS** [1] - 2353:21

**EACH** [9] - 2271:25, 2276:7, 2280:7, 2280:16, 2282:8, 2284:18, 2285:4, 2313:7, 2313:9

**EARLIER** [3] - 2292:4, 2327:16, 2365:18

**EARLY** [1] - 2296:9

**EARTHEN** [1] - 2363:25

**EASIER** [1] - 2274:9

**EAST** [4] - 2327:12, 2340:21, 2361:25, 2367:16

**EASTERN** [3] - 2262:1, 2340:23,

2373:6
**EBIA** [30] - 2297:15, 2299:3, 2301:24, 2309:16, 2317:18, 2318:24, 2323:24, 2324:4, 2326:10, 2327:15, 2337:23, 2339:4, 2340:19, 2349:9, 2349:11, 2360:22, 2361:1, 2361:14, 2362:1, 2362:9, 2362:18, 2363:21, 2364:4, 2364:5, 2364:13, 2365:12, 2367:3, 2367:17, 2368:14, 2369:18
**ECHSNER** [1] - 2263:22
**ECONOMIC** [1] - 2316:8
**EDGE** [1] - 2364:13
**EDUCATIONAL** [1] - 2270:20
**EFFECT** [4] - 2273:8, 2330:17, 2369:19, 2369:23
**EFFECTIVE** [2] - 2278:7, 2281:10
**EFFICIENTLY** [1] - 2278:16
**EFFORT** [11] - 2270:16, 2298:3, 2298:4, 2305:5, 2305:8, 2305:25, 2315:18, 2327:15, 2327:22, 2331:19, 2350:21
**EFFORTS** [1] - 2354:3
**EIGHT** [4] - 2302:2, 2366:11, 2366:13, 2371:24
**EITHER** [9] - 2280:25, 2281:14, 2311:14, 2317:19, 2319:23, 2319:24, 2320:3, 2332:8, 2332:23
**EL** [1] - 2347:21
**ELABORATE** [2] - 2363:8, 2367:7
**ELSE** [7] - 2267:13, 2268:5, 2268:7, 2274:11, 2335:14, 2336:19, 2359:23
**ELWOOD** [2] - 2263:7, 2263:8
**EMPHASIS** [1] - 2270:23
**EMPLOY** [1] - 2308:16
**EMPLOYED** [1] -

2269:8
**EMPLOYEE** [1] - 2370:16
**EMPLOYEES** [3] - 2370:11, 2370:12, 2370:14
**EMPLOYER** [2] - 2269:6, 2313:5
**ENCOMPASSED** [1] - 2327:22
**ENCOUNTER** [1] - 2367:25
**ENCOUNTERED** [1] - 2284:17
**END** [6] - 2298:25, 2320:8, 2326:20, 2363:23, 2363:24, 2372:18
**ENDED** [1] - 2271:19
**ENDPOINT** [1] - 2358:8
**ENERGY** [1] - 2270:18
**ENGINEER** [38] - 2270:25, 2285:9, 2285:10, 2289:3, 2289:23, 2293:3, 2293:14, 2293:15, 2293:16, 2293:21, 2293:24, 2294:2, 2294:4, 2294:8, 2294:10, 2294:16, 2303:6, 2307:11, 2307:12, 2307:15, 2307:24, 2307:25, 2308:6, 2308:9, 2308:11, 2309:7, 2320:17, 2320:21, 2321:20, 2343:15, 2343:21, 2344:15, 2344:19, 2344:20, 2344:25, 2345:4, 2345:24, 2369:8
**ENGINEERING** [55] - 2269:25, 2270:22, 2270:23, 2270:24, 2271:3, 2278:22, 2283:9, 2283:10, 2283:12, 2283:15, 2283:20, 2283:23, 2284:1, 2288:24, 2299:8, 2300:3, 2300:8, 2300:12, 2301:7, 2302:20, 2303:9, 2305:13, 2308:22, 2315:14, 2315:19, 2319:6, 2319:14, 2319:20, 2319:25, 2320:5, 2320:14, 2320:22, 2321:14, 2322:9,

2325:6, 2331:22, 2333:19, 2338:10, 2338:25, 2339:15, 2343:20, 2356:2, 2356:7, 2361:22, 2361:24, 2364:15, 2364:16, 2366:25, 2367:10, 2367:11, 2367:15, 2367:21, 2367:22, 2370:5
**ENGINEERS** [31] - 2269:11, 2270:17, 2280:14, 2280:15, 2286:22, 2289:7, 2308:13, 2308:16, 2310:8, 2314:20, 2315:6, 2316:9, 2318:13, 2318:21, 2320:4, 2324:13, 2324:22, 2331:4, 2332:7, 2333:12, 2334:21, 2338:25, 2344:1, 2346:18, 2346:20, 2351:7, 2355:9, 2355:21, 2356:6, 2359:16, 2372:11
**ENGINEERS'** [1] - 2359:7
**ENLIGHTENING** [1] - 2328:23
**ENOUGH** [4] - 2275:17, 2334:15, 2340:7, 2360:9
**ENSURE** [2] - 2281:10, 2352:19
**ENTAIL** [2] - 2303:9, 2344:7
**ENTIRE** [11] - 2303:25, 2304:24, 2305:4, 2306:16, 2307:22, 2311:5, 2348:14, 2348:20, 2352:13, 2363:24, 2369:5
**ENTITLED** [3] - 2290:4, 2300:2, 2373:9
**ENTITY** [1] - 2325:9
**ENVIRONMENTAL** [23] - 2270:17, 2270:23, 2271:12, 2272:24, 2277:11, 2278:3, 2293:3, 2293:17, 2303:9, 2307:15, 2345:12, 2346:11, 2346:13, 2346:14, 2346:17, 2346:23, 2348:3, 2358:3, 2362:17,

2367:12, 2370:5, 2370:15
**EPA** [1] - 2346:12
**EQUIPMENT** [1] - 2279:3
**EQUIVALENT** [1] - 2350:25
**ESPECIALLY** [2] - 2352:2, 2359:3
**ESQ** [6] - 2263:4, 2263:11, 2264:7, 2264:18, 2264:18, 2265:4
**ESQUIRE** [21] - 2262:16, 2262:19, 2262:23, 2262:23, 2263:8, 2263:15, 2263:18, 2263:22, 2264:3, 2264:12, 2264:12, 2264:13, 2264:13, 2264:14, 2264:17, 2264:17, 2264:19, 2264:19, 2265:4, 2265:5, 2265:5, 2265:6
**ESSENCE** [1] - 2272:1
**ESSENTIALLY** [1] - 2298:24
**ESTIMATE** [8] - 2290:24, 2292:23, 2305:6, 2306:17, 2306:18, 2308:5, 2360:25, 2364:5
**ESTIMATED** [3] - 2293:1, 2293:11, 2307:2
**ETCETERA** [6] - 2273:19, 2347:7, 2356:3, 2360:8, 2360:24, 2368:12
**EVALUATE** [1] - 2325:3
**EVALUATING** [2] - 2315:15, 2323:9
**EVALUATION** [5] - 2322:24, 2354:10, 2360:7, 2360:16, 2361:8
**EVEN** [4] - 2282:18, 2289:15, 2328:25, 2338:2
**EVENT** [3] - 2268:6, 2359:20, 2360:1
**EVER** [11] - 2271:2, 2308:24, 2319:14, 2324:13, 2324:22, 2326:22, 2327:1, 2338:8, 2361:16, 2369:23
**EVERY** [6] - 2282:24,

2283:20, 2285:7, 2285:10, 2313:9, 2354:17
**EVERYONE** [1] - 2274:11
**EXACTLY** [2] - 2285:18, 2321:3
**EXAMINATION** [36] - 2266:7, 2266:8, 2266:10, 2269:4, 2272:20, 2273:24, 2274:20, 2275:4, 2277:24, 2280:9, 2287:21, 2289:25, 2309:12, 2312:15, 2313:18, 2314:7, 2315:4, 2321:25, 2328:6, 2329:18, 2331:2, 2332:3, 2332:17, 2333:4, 2333:16, 2334:19, 2337:18, 2338:6, 2338:18, 2340:9, 2343:3, 2357:20, 2360:10, 2369:13, 2369:25, 2371:14
**EXAMINATIONS** [1] - 2266:3
**EXAMINE** [2] - 2289:10, 2300:22
**EXAMINED** [2] - 2268:20, 2342:14
**EXCAVATED** [2] - 2359:20, 2372:3
**EXCAVATION** [3] - 2283:3, 2333:20, 2368:24
**EXCAVATIONS** [3] - 2339:12, 2367:12, 2372:6
**EXCELLENT** [1] - 2346:22
**EXCEPT** [2] - 2315:25, 2336:18
**EXCLUDE** [1] - 2322:11
**EXCLUSIVELY** [1] - 2331:4
**EXCUSE** [1] - 2323:5
**EXECUTE** [1] - 2348:20
**EXECUTED** [1] - 2349:22
**EXECUTING** [1] - 2348:14
**EXECUTION** [2] - 2300:7, 2352:2
**EXERCISING** [1] - 2315:13
**EXHIBITS** [1] -

2274:13
**EXIGENT** [1] - 2342:24
**EXISTED** [1] - 2365:2
**EXISTING** [2] - 2349:10, 2364:1
**EXPECT** [2] - 2358:13, 2358:20
**EXPECTATION** [2] - 2293:15, 2367:15
**EXPECTED** [15] - 2274:7, 2280:20, 2282:16, 2282:21, 2292:19, 2293:11, 2358:14, 2359:19, 2360:3, 2363:20, 2367:3, 2367:9, 2368:21, 2369:15, 2369:20
**EXPENSES** [2] - 2293:5
**EXPERIENCE** [10] - 2270:12, 2281:16, 2284:13, 2285:19, 2305:23, 2306:3, 2308:23, 2309:2, 2316:11, 2317:9
**EXPERIENCED** [1] - 2356:5
**EXPERT** [1] - 2268:2
**EXPERTISE** [3] - 2319:11, 2325:2, 2368:25
**EXPLAIN** [1] - 2282:13
**EXPLAINING** [1] - 2287:12
**EXPOUND** [1] - 2357:10
**EXPRESS** [1] - 2275:14
**EXPRESSLY** [1] - 2357:15
**EXTENDED** [2] - 2317:18, 2317:20
**EXTENSIVE** [1] - 2347:5
**EXTENT** [10] - 2300:21, 2319:5, 2319:20, 2320:3, 2320:22, 2321:6, 2321:8, 2321:12, 2321:13, 2332:12
**EYE** [2] - 2324:10, 2331:15

# F

**FACE** [2] - 2353:20
**FACE-TO-FACE** [1] -

2353:20
**FACT** [15] - 2273:2, 2273:12, 2312:23, 2320:8, 2323:17, 2324:3, 2324:6, 2325:19, 2327:3, 2327:14, 2327:21, 2330:7, 2331:15, 2340:5, 2350:5
**FAILED** [1] - 2341:22
**FAILURE** [1] - 2342:1
**FAIR** [6] - 2296:19, 2314:25, 2317:22, 2360:9, 2366:13, 2368:1
**FAIRLY** [1] - 2333:10
**FALLING** [1] - 2354:2
**FAMILIAR** [6] - 2276:22, 2288:17, 2295:19, 2296:1, 2337:16, 2348:4
**FAMILIARIZE** [2] - 2276:21, 2339:3
**FAR** [8] - 2276:23, 2287:12, 2301:16, 2315:10, 2331:16, 2331:17, 2361:12
**FARRELL** [1] - 2264:18
**FASHIONED** [1] - 2314:4
**FAYARD** [2] - 2263:14, 2263:15
**FEASIBILITY** [1] - 2350:20
**FEATURE** [1] - 2305:7
**FEATURES** [4] - 2297:14, 2298:23, 2299:10, 2299:12
**FEBRUARY** [2] - 2309:22, 2310:4
**FEE** [1] - 2354:13
**FEEL** [1] - 2329:15
**FEET** [12] - 2317:20, 2318:5, 2318:6, 2326:13, 2333:13, 2333:15, 2333:18, 2338:9, 2359:21, 2371:17, 2371:18, 2371:23
**FELT** [3] - 2308:20, 2319:11, 2360:5
**FENCE** [5] - 2317:21, 2318:3, 2318:4, 2327:11, 2327:13
**FENCING** [1] - 2309:25
**FEW** [4] - 2270:15, 2283:3, 2295:21, 2296:16

**FIELD** [24] - 2274:5, 2299:1, 2299:21, 2301:19, 2302:25, 2303:3, 2303:22, 2303:25, 2304:8, 2304:21, 2304:24, 2305:4, 2306:19, 2307:17, 2307:18, 2307:20, 2310:1, 2310:23, 2314:17, 2352:12, 2352:17, 2353:7, 2366:21
**FIFTH** [2] - 2337:9, 2337:14
**FIGURE** [2] - 2276:4, 2340:24
**FIGURING** [1] - 2290:23
**FILE** [1] - 2304:14
**FILL** [3] - 2364:23, 2365:1, 2365:5
**FILLED** [1] - 2356:12
**FILLING** [1] - 2301:18
**FINAL** [5] - 2296:24, 2362:14, 2363:25, 2364:9, 2364:11
**FINALIZED** [1] - 2296:17
**FINALIZING** [1] - 2296:20
**FINALLY** [1] - 2298:16
**FIND** [1] - 2363:20
**FINISH** [5] - 2298:22, 2306:20, 2348:15, 2348:22, 2371:8
**FINISHED** [1] - 2342:17
**FIRM** [6] - 2262:19, 2263:11, 2263:18, 2264:3, 2356:5, 2367:10
**FIRMS** [2] - 2359:14, 2359:15
**FIRST** [34] - 2268:19, 2276:1, 2278:2, 2281:6, 2281:19, 2284:11, 2286:2, 2288:4, 2288:23, 2289:19, 2292:17, 2293:12, 2300:3, 2304:9, 2311:3, 2311:7, 2315:11, 2317:23, 2323:2, 2340:11, 2342:13, 2343:7, 2344:13, 2349:24, 2349:25, 2350:16, 2355:12, 2355:16, 2355:17, 2361:5, 2361:6, 2368:10, 2370:13,

2370:19
**FIT** [1] - 2349:20
**FIXED** [1] - 2272:24
**FL** [1] - 2263:23
**FLAT** [1] - 2318:10
**FLIP** [2] - 2295:7, 2297:23
**FLOOD** [11] - 2317:10, 2318:14, 2318:23, 2319:11, 2325:4, 2331:18, 2333:14, 2333:18, 2333:21, 2334:23, 2338:9
**FLOODING** [1] - 2349:17
**FLOODWALL** [29] - 2316:25, 2317:17, 2317:21, 2318:3, 2318:6, 2324:21, 2325:1, 2325:4, 2327:15, 2327:19, 2327:22, 2331:20, 2337:21, 2337:22, 2338:21, 2339:12, 2339:13, 2340:22, 2341:4, 2344:22, 2345:6, 2349:9, 2349:10, 2358:22, 2361:25, 2364:1, 2367:16, 2369:18, 2369:19
**FLOODWALLS** [13] - 2290:17, 2291:9, 2291:24, 2299:9, 2299:13, 2301:21, 2305:14, 2311:20, 2311:23, 2312:2, 2317:3, 2349:16, 2361:14
**FLORIDA** [2] - 2263:15, 2340:20
**FOCUS** [4] - 2269:23, 2340:16, 2355:11, 2370:18
**FOCUSED** [2] - 2325:8, 2325:11
**FOLKS** [2] - 2310:9, 2311:14
**FOLLOW** [3] - 2364:2, 2368:19, 2369:22
**FOLLOW-ON** [1] - 2364:2
**FOLLOW-UP** [1] - 2368:19
**FOLLOWED** [1] - 2281:3
**FOLLOWS** [2] - 2268:20, 2342:14
**FOOTING** [1] - 2324:24

**FOOTPRINT** [1] - 2364:7
**FOR** [163] - 2262:15, 2264:11, 2265:3, 2268:22, 2269:1, 2269:14, 2269:25, 2270:8, 2270:9, 2270:11, 2270:12, 2270:16, 2270:19, 2270:20, 2271:7, 2271:12, 2271:14, 2272:17, 2273:1, 2273:21, 2274:9, 2274:11, 2274:16, 2275:13, 2275:23, 2276:7, 2276:10, 2278:3, 2278:6, 2278:8, 2278:9, 2278:19, 2280:7, 2280:16, 2281:13, 2282:22, 2283:8, 2284:7, 2284:9, 2284:17, 2284:21, 2284:22, 2286:4, 2286:8, 2286:14, 2286:23, 2287:18, 2288:3, 2288:8, 2288:10, 2288:20, 2289:1, 2289:23, 2290:24, 2292:12, 2292:17, 2293:9, 2293:12, 2293:23, 2294:6, 2294:8, 2294:9, 2295:8, 2295:10, 2297:19, 2298:7, 2298:19, 2299:1, 2299:6, 2299:13, 2299:21, 2301:24, 2302:5, 2302:8, 2302:25, 2303:21, 2303:25, 2304:24, 2305:4, 2305:17, 2307:4, 2307:11, 2307:15, 2308:23, 2309:15, 2312:23, 2314:12, 2314:17, 2314:21, 2317:14, 2318:18, 2319:24, 2322:15, 2323:3, 2323:6, 2323:8, 2325:6, 2325:14, 2325:17, 2325:23, 2325:25, 2326:25, 2328:23, 2331:7, 2331:8, 2331:12, 2340:25, 2341:19, 2343:5, 2344:5, 2344:8, 2344:11, 2345:5, 2345:11, 2345:15, 2345:19, 2346:9,

2346:16, 2346:19, 2346:23, 2347:15, 2347:20, 2348:12, 2348:14, 2348:19, 2349:6, 2350:16, 2350:17, 2352:13, 2353:8, 2353:9, 2355:20, 2356:24, 2356:25, 2357:10, 2358:3, 2359:1, 2359:14, 2359:15, 2360:5, 2361:16, 2362:8, 2362:15, 2362:16, 2363:14, 2365:15, 2367:12, 2368:13, 2368:22, 2369:6, 2369:7, 2369:17, 2370:3, 2370:6, 2371:7, 2371:13, 2372:10, 2372:18, 2373:5
**FOREGOING** [1] - 2373:7
**FORGIVE** [1] - 2321:9
**FORGOT** [1] - 2345:23
**FORGOTTEN** [1] - 2330:12
**FORM** [3] - 2292:22, 2329:20, 2363:7
**FORMER** [1] - 2268:24
**FORTH** [7] - 2293:1, 2296:19, 2303:15, 2305:9, 2306:2, 2328:24, 2353:22
**FORWARD** [3] - 2267:25, 2284:10, 2302:6
**FOUND** [2] - 2329:7, 2329:8
**FOUR** [5] - 2270:4, 2276:12, 2277:1, 2347:9, 2352:14
**FOURTH** [1] - 2361:4
**FRAME** [1] - 2303:24
**FRAMED** [1] - 2335:12
**FRANK** [2] - 2263:11, 2312:19
**FRANKLIN** [1] - 2265:7
**FRANKLY** [1] - 2334:14
**FREE** [2] - 2299:4, 2315:18
**FRERET** [1] - 2263:19
**FRIDAY** [1] - 2352:13
**FROM** [71] - 2267:12, 2267:13, 2270:22, 2271:25, 2273:13, 2275:20, 2277:3, 2278:15, 2278:20,

2285:16, 2285:18, 2285:22, 2285:23, 2285:24, 2287:6, 2287:7, 2287:24, 2290:7, 2291:17, 2293:8, 2294:16, 2297:3, 2298:24, 2304:3, 2304:18, 2306:5, 2306:6, 2306:9, 2307:16, 2310:9, 2311:16, 2314:19, 2315:13, 2317:22, 2317:25, 2318:3, 2318:6, 2318:21, 2320:5, 2323:12, 2326:10, 2328:11, 2328:19, 2329:20, 2331:13, 2332:7, 2332:8, 2335:23, 2343:17, 2346:23, 2347:2, 2348:14, 2348:21, 2351:6, 2351:9, 2353:23, 2354:21, 2359:7, 2359:18, 2359:19, 2359:25, 2360:1, 2362:10, 2364:1, 2365:6, 2365:12, 2368:22, 2370:16, 2372:9, 2373:8
**FRONT** [1] - 2313:11
**FRUGE** [1] - 2263:4
**FTL** [5] - 2348:7, 2348:8, 2348:10, 2348:12, 2348:24
**FULFILL** [1] - 2358:19
**FULL** [6] - 2271:13, 2275:19, 2278:19, 2281:6, 2284:5, 2298:21, 2307:19, 2322:6, 2348:8
**FULL-SERVICE** [2] - 2271:13, 2298:21
**FULLY** [2] - 2350:18, 2360:3
**FUNCTION** [2] - 2350:24, 2350:25
**FUNCTIONAL** [2] - 2348:7, 2348:10
**FUNCTIONS** [1] - 2289:24
**FUNDING** [3] - 2302:8, 2314:25, 2349:1
**FUNDS** [1] - 2325:10
**FURNISH** [6] - 2279:2, 2288:24, 2355:13, 2356:2, 2361:22, 2368:12
**FURNISHED** [5] -

2290:4, 2290:5, 2290:14, 2359:10, 2361:12
**FURNISHING** [1] - 2355:20
**FURTHER** [10] - 2280:11, 2282:11, 2284:24, 2300:1, 2308:3, 2339:19, 2341:8, 2360:7, 2372:6
**FUTURE** [8] - 2290:8, 2349:4, 2349:13, 2350:11, 2350:16, 2358:18, 2362:16, 2364:19

## G

**G-U-I-L-L-O-R-Y** [1] - 2343:8
**GALVEZ** [1] - 2349:25
**GAME** [1] - 2337:10
**GAP** [1] - 2359:21
**GAPS** [11] - 2288:16, 2301:15, 2301:19, 2301:20, 2356:12, 2357:18, 2357:22, 2358:5, 2358:16, 2358:19, 2358:20
**GAS** [1] - 2270:1
**GATEWAY** [1] - 2349:15
**GATHER** [1] - 2335:6
**GAVE** [3] - 2302:12, 2335:10, 2336:7
**GENERAL** [9] - 2271:23, 2282:2, 2315:12, 2317:7, 2317:11, 2320:11, 2355:7, 2355:24, 2356:19
**GENERALLY** [8] - 2280:17, 2283:12, 2287:10, 2299:4, 2354:15, 2354:16, 2361:10, 2363:2
**GENERATED** [1] - 2362:10
**GENTLEMAN** [1] - 2332:9
**GEOGRAPHICAL** [1] - 2317:24
**GEOPHYSICAL** [1] - 2298:6
**GEOTECHNICAL** [41] - 2270:25, 2271:2, 2285:9, 2285:10, 2289:3, 2289:23,

2293:21, 2293:24, 2294:2, 2294:4, 2294:8, 2294:10, 2294:12, 2298:6, 2299:8, 2300:10, 2300:12, 2303:6, 2305:13, 2308:9, 2308:13, 2308:16, 2308:22, 2309:7, 2319:6, 2319:9, 2319:14, 2320:4, 2320:14, 2320:20, 2320:22, 2321:13, 2322:9, 2360:4, 2364:12, 2367:1, 2367:2, 2367:9, 2368:21, 2368:22, 2368:25
**GET** [23] - 2271:22, 2276:22, 2281:2, 2282:18, 2285:22, 2288:17, 2298:24, 2301:3, 2303:16, 2306:4, 2310:7, 2312:9, 2313:8, 2333:10, 2334:1, 2336:21, 2341:19, 2354:3, 2355:1, 2357:7, 2358:8, 2359:18, 2371:5
**GETS** [1] - 2355:24
**GETTING** [6] - 2273:16, 2279:13, 2279:17, 2279:19, 2311:7, 2325:17
**GIST** [1] - 2368:22
**GIVE** [6] - 2268:15, 2274:12, 2297:5, 2299:20, 2342:9, 2357:1
**GIVEN** [2] - 2267:18, 2369:23
**GIVING** [1] - 2365:21
**GO** [63] - 2269:13, 2276:16, 2277:19, 2278:24, 2284:24, 2291:15, 2292:22, 2293:6, 2301:18, 2303:15, 2304:8, 2314:2, 2319:14, 2324:13, 2329:9, 2329:16, 2330:1, 2332:24, 2332:25, 2333:1, 2333:6, 2333:9, 2336:5, 2336:6, 2337:17, 2340:7, 2340:11, 2342:20, 2343:16, 2349:19, 2351:1, 2351:20, 2351:21,

2352:15, 2353:17, 2353:24, 2354:18, 2355:11, 2356:1, 2356:9, 2359:10, 2361:3, 2361:20, 2362:4, 2362:12, 2362:19, 2363:11, 2363:13, 2363:16, 2363:17, 2365:16, 2365:18, 2366:3, 2366:24, 2366:25, 2368:5, 2368:10, 2370:2, 2370:18, 2371:17, 2371:21, 2372:6, 2372:16
**GOAL** [2] - 2280:22, 2299:2
**GOALS** [1] - 2292:13
**GOD** [2] - 2268:16, 2342:10
**GOES** [5] - 2273:22, 2288:25, 2301:12, 2350:11, 2355:15
**GOING** [56] - 2272:6, 2272:13, 2273:5, 2274:8, 2274:11, 2274:22, 2277:19, 2279:10, 2280:1, 2280:11, 2284:7, 2289:5, 2289:10, 2289:14, 2290:8, 2290:23, 2290:24, 2293:15, 2296:11, 2297:21, 2299:7, 2299:22, 2301:2, 2301:8, 2301:13, 2303:2, 2306:5, 2307:21, 2309:9, 2310:22, 2311:10, 2311:13, 2312:11, 2314:5, 2314:23, 2321:17, 2322:14, 2322:21, 2324:24, 2325:12, 2328:7, 2328:14, 2328:16, 2329:4, 2330:19, 2332:24, 2338:14, 2357:11, 2359:17, 2360:12, 2364:8, 2365:5, 2366:15, 2366:17, 2368:24
**GOOD** [10] - 2267:9, 2267:10, 2277:23, 2304:8, 2312:17, 2312:18, 2317:24, 2337:8, 2372:12
**GOT** [10] - 2275:7, 2276:15, 2278:15, 2286:12, 2295:19,

2310:22, 2317:12, 2332:1, 2336:22, 2337:13
**GOTTEN** [1] - 2322:24
**GOVERNMENT** [22] - 2270:13, 2270:16, 2271:17, 2272:25, 2273:3, 2273:7, 2278:5, 2290:4, 2290:5, 2290:14, 2292:10, 2325:9, 2347:4, 2347:5, 2353:9, 2353:14, 2353:23, 2358:6, 2358:25, 2359:10, 2365:3
**GOVERNMENT-FURNISHED** [1] - 2359:10
**GOVERNMENT-SANCTIONED** [1] - 2292:10
**GRADED** [1] - 2298:16
**GRADUATED** [1] - 2343:17
**GRAND** [1] - 2328:21
**GRANTED** [1] - 2354:13
**GRASS** [1] - 2330:15
**GRAVE** [2] - 2346:17, 2346:24
**GRAY** [1] - 2345:20
**GREAT** [1] - 2337:14
**GREEN** [1] - 2337:10
**GRID** [1] - 2298:7
**GROUND** [3] - 2298:4, 2309:20, 2372:2
**GROUNDWATER** [2] - 2284:8, 2347:16
**GROUP** [55] - 2264:11, 2269:12, 2269:16, 2272:5, 2272:10, 2273:13, 2277:13, 2278:10, 2279:8, 2279:23, 2281:12, 2282:23, 2283:19, 2284:21, 2285:14, 2289:3, 2290:15, 2290:16, 2290:19, 2292:8, 2294:16, 2296:8, 2296:20, 2299:7, 2300:11, 2303:22, 2305:1, 2308:16, 2312:23, 2315:7, 2315:14, 2316:10, 2319:15, 2333:7, 2334:3, 2339:3, 2347:11, 2351:24, 2353:20, 2354:13,

2355:10, 2355:19, 2356:4, 2358:9, 2362:7, 2363:2, 2363:6, 2363:8, 2365:22, 2366:6, 2367:6, 2369:9, 2370:3, 2370:16
**GROUP'S** [4] - 2294:22, 2309:14, 2352:18, 2357:23
**GUESS** [3] - 2270:18, 2300:23, 2331:12
**GUIDELINES** [1] - 2339:17
**GUILLORY** [11] - 2287:7, 2296:10, 2297:3, 2318:21, 2325:17, 2325:23, 2342:5, 2342:12, 2343:5, 2343:8, 2357:3
**GUILLORY**................
......................... [1] - 2266:9
**GULOTTA** [1] - 2264:13
**GUY** [5] - 2275:25, 2277:10, 2286:16, 2289:21, 2293:16
**GUYS** [2] - 2319:13, 2332:6

# H

**HAD** [72] - 2276:1, 2276:12, 2276:22, 2278:12, 2278:14, 2281:16, 2290:7, 2290:8, 2292:9, 2292:14, 2292:15, 2292:23, 2292:25, 2293:4, 2293:7, 2293:23, 2294:5, 2294:6, 2294:7, 2298:8, 2298:10, 2298:20, 2302:10, 2305:4, 2306:10, 2306:15, 2306:16, 2306:21, 2307:1, 2307:3, 2307:14, 2307:24, 2308:24, 2309:6, 2309:7, 2310:3, 2310:19, 2310:20, 2316:14, 2319:7, 2319:9, 2319:10, 2322:24, 2323:2, 2323:6, 2323:8, 2324:3, 2324:6, 2327:6, 2330:12, 2331:24,

2337:13, 2337:22, 2338:9, 2341:24, 2345:8, 2348:25, 2350:23, 2352:12, 2358:6, 2358:8, 2358:25, 2359:2, 2359:23, 2368:16, 2369:7, 2369:17, 2370:23
**HALF** [5] - 2310:20, 2311:12, 2312:7, 2344:6, 2352:14
**HALFWAY** [1] - 2278:24
**HAND** [4] - 2268:13, 2342:8, 2358:12, 2370:24
**HANDLE** [1] - 2372:18
**HAPPEN** [1] - 2363:23
**HAPPENED** [7] - 2290:20, 2291:1, 2294:22, 2295:16, 2309:23, 2320:12, 2321:3
**HARBOR** [2] - 2283:2, 2314:12
**HARDENED** [1] - 2364:21
**HARM** [2] - 2322:15, 2323:11
**HARMS** [1] - 2323:8
**HAS** [10] - 2272:5, 2278:4, 2301:3, 2306:9, 2328:13, 2329:6, 2337:14, 2342:18, 2356:23, 2357:13
**HAT** [2] - 2334:1, 2335:3
**HATE** [1] - 2329:9
**HAVE** [96] - 2268:6, 2269:8, 2269:14, 2270:3, 2270:22, 2271:2, 2274:1, 2274:16, 2279:13, 2279:14, 2280:5, 2283:5, 2283:15, 2284:15, 2285:6, 2293:24, 2294:4, 2294:6, 2294:7, 2299:3, 2299:4, 2299:7, 2299:9, 2300:17, 2303:21, 2309:8, 2312:4, 2313:7, 2313:8, 2313:10, 2316:2, 2316:3, 2316:4, 2316:6, 2317:9, 2320:12, 2321:4, 2321:15, 2321:19,

2321:21, 2321:24, 2324:25, 2325:2, 2328:10, 2329:7, 2330:17, 2331:22, 2333:20, 2334:7, 2334:17, 2335:20, 2339:19, 2339:21, 2339:22, 2340:1, 2341:3, 2341:8, 2341:12, 2342:17, 2342:18, 2342:22, 2344:4, 2344:5, 2344:11, 2347:8, 2348:6, 2349:9, 2350:3, 2350:13, 2350:20, 2351:13, 2351:17, 2352:11, 2352:21, 2353:19, 2355:2, 2356:16, 2358:10, 2358:22, 2360:6, 2361:18, 2361:19, 2363:12, 2364:6, 2364:21, 2365:14, 2365:18, 2367:15, 2369:15, 2369:20, 2372:3, 2372:18
**HAVEN'T** [3] - 2328:15, 2328:24, 2341:25
**HAVING** [2] - 2282:8, 2303:6
**HAZARDOUS** [8] - 2271:13, 2271:14, 2273:1, 2278:4, 2279:5, 2282:22, 2346:9, 2371:1
**HE** [48] - 2286:10, 2286:11, 2286:12, 2286:18, 2286:19, 2289:14, 2292:7, 2293:17, 2293:19, 2295:18, 2300:23, 2311:4, 2311:5, 2321:1, 2321:2, 2328:7, 2328:9, 2329:6, 2329:8, 2330:25, 2332:22, 2334:10, 2335:10, 2335:20, 2336:1, 2336:2, 2336:9, 2336:11, 2336:13, 2336:17, 2337:1, 2337:3, 2337:5, 2349:2, 2354:2, 2357:3, 2357:4, 2357:7, 2357:19
**HE'S** [11] - 2318:21, 2328:9, 2329:6, 2335:11, 2335:14,

2335:19, 2336:16, 2336:24, 2337:1, 2337:2, 2337:3
**HEADED** [2] - 2281:20
**HEADING** [1] - 2307:9
**HEADQUARTERED** [2] - 2346:18, 2346:19
**HEALTH** [3] - 2322:25, 2323:22, 2370:13
**HEAR** [3] - 2323:5, 2338:12, 2356:20
**HEARD** [2] - 2262:12, 2320:12
**HEATHER** [1] - 2264:12
**HELD** [2] - 2270:3, 2344:4
**HELP** [4] - 2268:16, 2292:13, 2320:17, 2342:10
**HELPED** [2] - 2290:11, 2293:17
**HER** [1] - 2276:17
**HERE** [18] - 2268:5, 2268:7, 2279:18, 2282:15, 2288:10, 2292:24, 2301:7, 2306:8, 2307:12, 2311:9, 2317:13, 2324:24, 2328:10, 2336:24, 2337:1, 2337:2, 2337:3, 2363:13
**HEREBY** [1] - 2373:6
**HEREIN** [1] - 2281:9
**HESITATING** [1] - 2322:17
**HIGH** [1] - 2354:16
**HIGHLIGHT** [5] - 2365:19, 2366:3, 2370:19, 2370:20, 2371:21
**HIM** [16] - 2274:9, 2274:12, 2280:1, 2286:12, 2286:13, 2289:10, 2300:22, 2318:22, 2335:19, 2336:11, 2336:18, 2336:22, 2337:5, 2356:25, 2357:17, 2371:5
**HIRED** [2] - 2269:9, 2356:5
**HIRING** [1] - 2356:6
**HIS** [27] - 2268:20, 2279:22, 2280:1, 2289:10, 2289:11, 2289:14, 2292:25, 2293:1, 2297:16,

**HOURLY TRANSCRIPT**

2300:16, 2300:23, 2321:3, 2328:6, 2328:8, 2328:11, 2335:20, 2336:10, 2336:22, 2337:2, 2337:4, 2342:14, 2354:3, 2354:6, 2356:24, 2357:1, 2357:4, 2357:18

**HOLTHAUS** [1] - 2263:4

**HOME** [6] - 2293:6, 2294:14, 2307:13, 2308:4, 2343:12

**HONEYCUTT** [1] - 2263:14

**HONOR** [58] - 2267:10, 2267:17, 2267:25, 2268:9, 2268:11, 2268:24, 2272:6, 2272:9, 2272:12, 2272:15, 2273:5, 2273:23, 2274:8, 2274:18, 2277:21, 2279:10, 2279:19, 2280:4, 2289:5, 2289:16, 2297:7, 2297:9, 2300:14, 2300:17, 2309:10, 2312:4, 2312:6, 2312:14, 2314:3, 2321:1, 2321:11, 2328:5, 2328:20, 2333:10, 2334:8, 2334:18, 2335:8, 2335:13, 2335:17, 2335:23, 2336:12, 2336:20, 2337:12, 2337:16, 2338:14, 2339:20, 2340:1, 2341:9, 2341:12, 2341:21, 2342:4, 2356:15, 2356:22, 2357:2, 2359:24, 2369:1, 2369:24, 2372:13

**HONORABLE** [1] - 2262:12

**HOOVER** [1] - 2316:11

**HOPEFULLY** [1] - 2337:14

**HORIZONTAL** [1] - 2364:11

**HOUR** [4] - 2312:8, 2342:22, 2342:23, 2372:15

**HOURS** [4] - 2293:1, 2293:9, 2307:15, 2307:21

**HOUSE** [1] - 2304:12

**HOW** [41] - 2269:8, 2270:3, 2272:7, 2272:10, 2273:6, 2273:7, 2273:12, 2273:14, 2276:4, 2276:10, 2276:24, 2277:11, 2281:12, 2285:13, 2286:21, 2290:23, 2294:11, 2301:18, 2302:5, 2305:16, 2306:3, 2314:4, 2325:23, 2344:4, 2344:11, 2347:2, 2347:8, 2352:4, 2353:1, 2354:5, 2354:15, 2355:22, 2358:13, 2362:25, 2364:5, 2365:21, 2366:14, 2366:20

**HOWEVER** [4] - 2329:6, 2337:1, 2337:2, 2369:9

**HTRW** [11] - 2271:14, 2273:1, 2275:15, 2284:14, 2346:5, 2346:7, 2346:8, 2351:19, 2359:13, 2360:20, 2363:6

**HUH** [1] - 2326:19

**HUMAN** [1] - 2336:16

**HUMOR** [2] - 2337:14, 2341:15

**HUNDRED** [1] - 2333:13

**HURRICANE** [2] - 2344:8, 2349:15

**HYDRAULIC** [2] - 2360:25, 2364:19

**HYDRAULICALLY** [2] - 2364:3, 2365:3

**HYDROGEOLOGY** [1] - 2360:24

**HYPOTHETICALLY** [1] - 2359:20

# I

**I'D** [2] - 2274:12, 2287:14

**I'LL** [10] - 2269:15, 2273:21, 2312:7, 2313:10, 2313:11, 2314:3, 2334:13, 2340:19, 2342:17

**I'M** [51] - 2269:19, 2269:22, 2272:6, 2272:13, 2273:5, 2273:14, 2274:8,

2274:22, 2275:6, 2275:16, 2279:10, 2280:1, 2286:11, 2287:23, 2289:5, 2290:18, 2293:9, 2297:8, 2298:6, 2309:9, 2312:19, 2313:16, 2314:15, 2321:17, 2322:17, 2323:16, 2323:17, 2327:7, 2327:20, 2328:13, 2329:4, 2329:10, 2330:1, 2331:21, 2335:8, 2335:17, 2335:23, 2337:10, 2337:13, 2338:14, 2339:8, 2340:2, 2340:6, 2342:16, 2343:11, 2344:8, 2351:8, 2363:16, 2366:17, 2366:25, 2368:19

**I'VE** [7] - 2320:18, 2328:16, 2329:1, 2329:12, 2330:12, 2332:1, 2336:21

**I.E** [1] - 2284:14

**ID/IQ** [1] - 2271:20

**IDENTIFIED** [3] - 2284:19, 2300:6, 2372:3

**IDENTIFY** [3] - 2350:9, 2358:20, 2367:7

**IF** [91] - 2273:22, 2274:12, 2274:22, 2274:23, 2275:9, 2276:1, 2278:24, 2281:5, 2281:18, 2282:11, 2283:7, 2283:18, 2284:7, 2284:10, 2284:24, 2285:8, 2287:14, 2288:1, 2288:5, 2288:23, 2289:11, 2289:15, 2290:2, 2291:11, 2291:14, 2292:1, 2292:22, 2293:6, 2293:23, 2294:5, 2294:6, 2295:7, 2297:1, 2297:5, 2297:17, 2297:19, 2297:23, 2299:7, 2300:1, 2300:9, 2301:12, 2302:14, 2302:17, 2304:15, 2304:22, 2309:7, 2311:2, 2311:9, 2311:17, 2311:24, 2313:7, 2316:5, 2319:1,

2319:4, 2319:15, 2319:25, 2320:20, 2326:3, 2326:7, 2327:11, 2328:4, 2328:23, 2329:6, 2329:11, 2329:15, 2330:1, 2330:7, 2330:8, 2330:11, 2332:24, 2334:12, 2334:25, 2335:25, 2336:1, 2336:7, 2336:17, 2337:2, 2339:11, 2339:22, 2339:24, 2340:5, 2354:2, 2355:4, 2355:12, 2356:11, 2357:6, 2357:11, 2357:12, 2359:25, 2361:18

**IHNC** [22] - 2290:16, 2291:9, 2291:24, 2295:13, 2299:13, 2301:21, 2303:23, 2305:14, 2311:5, 2327:8, 2340:21, 2348:8, 2348:21, 2349:1, 2349:6, 2349:13, 2349:23, 2350:2, 2350:17, 2359:1, 2364:2, 2364:13

**II** [3] - 2263:8, 2264:7, 2264:7

**IMMEDIATELY** [3] - 2270:5, 2360:6, 2364:20

**IMPACT** [4] - 2333:20, 2349:8, 2358:21, 2368:24

**IMPACTS** [4] - 2323:11, 2323:19, 2325:4, 2331:18

**IMPEACHMENT** [3] - 2332:25, 2334:9, 2334:13

**IMPLEMENTATION** [1] - 2370:4

**IMPLEMENTING** [1] - 2269:1

**IMPLICATIONS** [1] - 2338:10

**IMPLY** [2] - 2324:2, 2324:20

**IMPORT** [1] - 2365:14

**IMPORTANCE** [1] - 2317:11

**IMPORTANT** [5] - 2317:3, 2318:14, 2331:11, 2336:13, 2360:5

**IMPORTED** [1] - 2365:14

**IMPRESSION** [1] - 2317:23

**IMPROVEMENT** [1] - 2345:19

**IN** [316] - 2262:4, 2267:7, 2267:16, 2267:22, 2268:3, 2268:5, 2268:6, 2268:7, 2269:10, 2269:12, 2269:15, 2269:22, 2270:23, 2270:24, 2271:2, 2271:6, 2271:9, 2271:18, 2271:24, 2272:1, 2272:5, 2273:3, 2273:15, 2274:1, 2274:3, 2274:4, 2274:11, 2275:1, 2275:10, 2275:15, 2276:3, 2276:11, 2276:15, 2276:24, 2277:12, 2278:13, 2278:24, 2280:5, 2280:11, 2280:12, 2280:18, 2281:9, 2281:15, 2281:19, 2281:23, 2282:2, 2282:16, 2282:19, 2283:1, 2283:9, 2283:11, 2283:13, 2283:14, 2283:25, 2284:13, 2284:19, 2285:13, 2285:20, 2286:11, 2286:12, 2286:18, 2286:19, 2287:1, 2287:4, 2287:14, 2288:8, 2288:13, 2289:3, 2289:6, 2289:19, 2290:6, 2290:8, 2290:9, 2290:14, 2290:19, 2290:22, 2291:7, 2292:4, 2292:21, 2292:22, 2293:9, 2293:24, 2294:4, 2294:22, 2295:3, 2295:16, 2295:22, 2295:24, 2296:20, 2299:5, 2299:9, 2299:22, 2300:12, 2300:18, 2300:23, 2301:8, 2301:11, 2301:19, 2301:20, 2302:10, 2302:20, 2302:21, 2303:8, 2303:20, 2303:21, 2303:24, 2304:2, 2304:12, 2304:19,

2304:21, 2305:1,
2305:17, 2306:7,
2306:14, 2306:19,
2306:21, 2306:25,
2307:1, 2307:9,
2307:13, 2307:14,
2307:17, 2307:20,
2307:24, 2308:2,
2308:13, 2308:18,
2308:23, 2308:25,
2309:2, 2309:5,
2309:7, 2309:14,
2309:18, 2309:22,
2310:3, 2310:4,
2310:20, 2310:21,
2311:3, 2311:13,
2311:20, 2312:22,
2312:24, 2313:2,
2313:11, 2313:12,
2313:23, 2314:20,
2314:24, 2315:8,
2315:11, 2315:14,
2315:18, 2315:20,
2315:21, 2315:25,
2316:6, 2316:10,
2316:11, 2316:13,
2317:2, 2317:3,
2317:7, 2317:11,
2317:14, 2318:2,
2318:15, 2318:23,
2319:6, 2319:9,
2319:10, 2319:14,
2319:16, 2320:8,
2320:11, 2320:25,
2321:21, 2322:11,
2322:15, 2322:16,
2322:25, 2323:9,
2323:10, 2323:17,
2323:21, 2324:2,
2324:3, 2324:6,
2324:9, 2324:17,
2324:24, 2325:14,
2325:19, 2325:20,
2326:15, 2326:22,
2327:3, 2327:13,
2327:14, 2327:21,
2328:9, 2328:14,
2328:18, 2328:21,
2329:2, 2329:9,
2330:7, 2330:10,
2330:11, 2331:15,
2332:11, 2333:19,
2334:12, 2335:2,
2336:16, 2337:10,
2337:21, 2337:23,
2338:1, 2338:2,
2339:17, 2340:5,
2340:16, 2340:23,
2340:25, 2341:6,
2341:17, 2343:17,
2343:18, 2343:20,

2344:5, 2344:8,
2344:9, 2344:14,
2344:15, 2344:21,
2344:23, 2345:3,
2345:8, 2345:9,
2345:20, 2345:24,
2345:25, 2346:5,
2346:6, 2346:10,
2346:11, 2346:19,
2347:14, 2347:21,
2347:23, 2348:1,
2348:9, 2348:12,
2349:2, 2350:5,
2351:15, 2351:16,
2351:19, 2352:1,
2352:8, 2352:18,
2352:19, 2354:16,
2355:2, 2355:14,
2355:25, 2356:8,
2356:9, 2356:18,
2357:5, 2357:14,
2358:5, 2358:6,
2358:7, 2358:14,
2358:18, 2359:3,
2359:20, 2360:1,
2360:22, 2361:1,
2361:13, 2362:23,
2363:3, 2363:5,
2363:7, 2363:9,
2365:18, 2365:23,
2366:6, 2367:3,
2367:7, 2367:11,
2367:18, 2368:11,
2370:16, 2371:3,
2371:17, 2371:23,
2372:7, 2372:21,
2373:9

**IN-HOUSE** [1] -
2304:12

**INC** [1] - 2264:11

**INCLUDE** [12] -
2291:23, 2299:12,
2300:9, 2301:24,
2305:12, 2306:20,
2308:13, 2315:16,
2360:21, 2360:24,
2360:25, 2367:7

**INCLUDED** [10] -
2292:4, 2294:4,
2299:9, 2300:11,
2301:8, 2302:21,
2302:23, 2309:7,
2361:24, 2367:18

**INCLUDES** [2] -
2322:9, 2345:17

**INCLUDING** [4] -
2276:5, 2288:15,
2347:10, 2353:20

**INCORPORATED** [1] -
2295:6

**INCREASE** [1] -
2365:23

**INCREASED** [1] -
2366:10

**INCREASES** [1] -
2358:18

**INDEFINITE** [1] -
2271:21

**INDIVIDUAL** [7] -
2271:24, 2280:7,
2281:9, 2281:23,
2284:14, 2284:19,
2306:24

**INDIVIDUALS** [1] -
2293:11

**INDUSTRIAL** [3] -
2269:22, 2269:23,
2270:1

**INFORMATION** [19] -
2273:21, 2285:22,
2290:4, 2290:5,
2290:14, 2306:4,
2325:7, 2325:23,
2331:5, 2331:8,
2331:9, 2350:10,
2358:1, 2358:9,
2358:17, 2359:2,
2359:11, 2359:15,
2361:12

**INITIAL** [15] - 2275:20,
2287:11, 2292:7,
2311:6, 2314:11,
2314:16, 2315:8,
2315:9, 2322:22,
2343:7, 2354:22,
2354:24, 2354:25,
2362:10, 2363:4

**INITIALLY** [1] -
2316:14

**INITIATED** [1] -
2286:21

**INNER** [2] - 2283:2,
2314:12

**INPUT** [1] - 2321:14

**INSPECTION** [2] -
2330:4, 2352:9

**INSPECTIONS** [5] -
2352:5, 2352:18,
2353:5, 2353:6,
2353:12

**INSTALLED** [1] -
2317:21

**INSTANCE** [2] -
2284:7, 2302:8

**INSTITUTIONAL** [2] -
2278:6, 2278:11

**INTACT** [1] - 2349:11

**INTEGRATED** [1] -
2300:5

**INTEND** [1] - 2324:2

**INTENDED** [6] -
2287:9, 2294:17,
2299:17, 2333:13,
2337:7, 2357:15

**INTENT** [1] - 2357:15

**INTENTION** [1] -
2357:4

**INTERACTION** [1] -
2296:8

**INTEREST** [1] -
2316:6

**INTERESTED** [1] -
2286:12

**INTERESTING** [1] -
2357:6

**INTERESTS** [1] -
2312:20

**INTERFACE** [1] -
2298:15

**INTERFACED** [1] -
2364:13

**INTERGALACTIC** [1] -
2337:3

**INTERNALLY** [1] -
2359:8

**INTERNATIONAL** [9] -
2264:11, 2269:12,
2269:16, 2312:24,
2333:7, 2334:4,
2351:25, 2355:20,
2356:4

**INTERNATIONAL'S**
[1] - 2315:14

**INTERPRET** [1] -
2356:25

**INTERPRETATION** [2]
- 2279:11, 2357:13

**INTERPRETED** [1] -
2358:16

**INTERPRETING** [2] -
2279:17, 2279:20

**INTO** [22] - 2279:13,
2279:17, 2279:19,
2282:17, 2284:24,
2295:6, 2300:5,
2301:3, 2310:22,
2317:18, 2319:16,
2322:24, 2327:15,
2336:21, 2349:15,
2349:20, 2350:11,
2355:24, 2358:1,
2364:24, 2365:25,
2368:2

**INTRODUCED** [1] -
2364:24

**INVENTORY** [1] -
2290:11

**INVESTIGATE** [2] -
2284:5, 2331:19

**INVESTIGATED** [1] -

2334:7

**INVESTIGATION** [6] -
2275:20, 2278:20,
2278:22, 2283:16,
2294:13, 2339:11

**INVESTIGATIONS** [6]
- 2290:7, 2290:9,
2325:14, 2356:13,
2359:13, 2372:10

**INVOICES** [3] -
2353:13, 2353:15,
2353:16

**INVOKE** [1] - 2267:15

**INVOLVE** [3] -
2283:11, 2308:21,
2345:13

**INVOLVED** [17] -
2272:4, 2276:2,
2283:13, 2290:22,
2295:24, 2298:10,
2298:13, 2310:2,
2311:11, 2320:4,
2326:15, 2330:10,
2337:25, 2341:6,
2347:8, 2357:14,
2362:23

**INVOLVEMENT** [4] -
2287:13, 2295:22,
2348:6, 2363:1

**INVOLVES** [1] -
2345:14

**IRRELEVANT** [2] -
2328:25, 2329:8

**IRRIGATION** [1] -
2316:11

**IS** [225] - 2267:7,
2267:10, 2268:1,
2268:2, 2268:4,
2268:7, 2268:24,
2269:6, 2269:13,
2269:16, 2269:18,
2269:20, 2269:23,
2270:18, 2271:20,
2272:1, 2272:2,
2272:3, 2272:24,
2273:9, 2273:11,
2274:23, 2274:24,
2275:6, 2275:10,
2275:14, 2277:1,
2278:1, 2278:3,
2278:12, 2278:19,
2279:16, 2279:20,
2280:17, 2280:19,
2280:24, 2281:2,
2281:18, 2282:7,
2282:20, 2283:8,
2283:12, 2284:20,
2287:17, 2287:18,
2288:2, 2289:7,
2289:11, 2289:14,

2290:5, 2291:12, 2291:13, 2291:18, 2291:19, 2292:2, 2293:2, 2293:10, 2294:2, 2294:9, 2294:15, 2294:18, 2294:25, 2295:2, 2295:3, 2295:6, 2295:12, 2296:23, 2296:24, 2297:2, 2297:3, 2297:19, 2297:24, 2298:3, 2298:4, 2299:16, 2300:2, 2300:18, 2300:21, 2300:25, 2302:14, 2302:17, 2302:24, 2303:8, 2304:6, 2304:7, 2304:9, 2304:12, 2304:17, 2304:18, 2304:23, 2304:24, 2306:13, 2306:15, 2307:6, 2307:10, 2307:13, 2307:24, 2308:1, 2308:2, 2308:3, 2308:6, 2310:13, 2311:2, 2311:4, 2311:24, 2312:19, 2312:25, 2314:13, 2314:25, 2317:22, 2320:6, 2322:17, 2324:10, 2325:5, 2325:10, 2327:13, 2327:21, 2327:22, 2328:7, 2328:8, 2328:23, 2328:25, 2329:20, 2330:9, 2330:13, 2331:9, 2331:15, 2331:20, 2332:10, 2332:12, 2332:20, 2332:23, 2333:9, 2335:6, 2335:9, 2335:15, 2336:3, 2336:7, 2336:15, 2337:20, 2339:1, 2339:4, 2340:13, 2340:20, 2340:23, 2340:24, 2341:1, 2341:17, 2342:24, 2343:7, 2343:9, 2343:14, 2344:12, 2346:8, 2346:16, 2346:17, 2346:22, 2346:25, 2347:1, 2347:2, 2347:4, 2347:23, 2348:12, 2348:13, 2348:18, 2350:6, 2350:9, 2351:5, 2351:6, 2351:8, 2351:21,

2351:22, 2353:17, 2353:24, 2354:20, 2354:21, 2354:22, 2355:6, 2355:7, 2355:9, 2355:19, 2355:24, 2356:4, 2356:17, 2357:13, 2357:14, 2357:15, 2358:24, 2360:18, 2361:4, 2361:23, 2362:6, 2362:7, 2362:9, 2362:13, 2362:20, 2363:14, 2364:11, 2364:15, 2364:16, 2364:18, 2364:25, 2365:9, 2365:21, 2366:13, 2366:16, 2368:5, 2368:8, 2368:9, 2368:25, 2370:3, 2370:8, 2370:9, 2370:24, 2371:16, 2372:12, 2372:16, 2373:7

**ISN'T** [1] - 2316:8

**ISOLATE** [1] - 2317:24

**ISSUE** [10] - 2272:8, 2279:20, 2320:1, 2320:4, 2320:9, 2320:15, 2321:12, 2334:23, 2359:2, 2360:5

**ISSUED** [4] - 2294:24, 2296:17, 2305:11, 2310:14

**ISSUES** [15] - 2273:15, 2291:8, 2300:18, 2310:25, 2314:25, 2322:25, 2323:15, 2324:4, 2324:10, 2331:18, 2339:1, 2360:23, 2363:7, 2367:24

**ISSUING** [1] - 2294:20

**IT** [199] - 2267:20, 2268:22, 2269:9, 2269:15, 2271:13, 2271:18, 2271:19, 2271:20, 2272:4, 2272:7, 2272:10, 2272:23, 2273:12, 2273:13, 2273:14, 2273:22, 2278:9, 2278:21, 2280:5, 2280:21, 2282:15, 2283:1, 2284:4, 2285:23, 2286:4, 2286:20, 2287:2, 2287:6, 2287:11, 2287:19, 2288:6,

2288:10, 2288:23, 2288:25, 2289:13, 2289:18, 2291:4, 2291:14, 2291:18, 2292:3, 2292:10, 2292:12, 2292:16, 2293:12, 2294:7, 2294:9, 2295:25, 2296:12, 2296:14, 2296:15, 2297:20, 2298:13, 2299:9, 2300:9, 2300:19, 2300:22, 2300:23, 2300:24, 2301:10, 2301:23, 2303:5, 2303:17, 2304:14, 2305:6, 2305:22, 2306:10, 2306:15, 2307:8, 2307:10, 2308:1, 2308:21, 2310:8, 2310:22, 2313:4, 2315:2, 2315:13, 2316:3, 2316:8, 2317:17, 2317:19, 2317:22, 2317:23, 2318:1, 2318:5, 2318:7, 2318:8, 2318:10, 2321:3, 2321:6, 2321:7, 2321:8, 2321:19, 2322:21, 2323:8, 2324:9, 2326:22, 2328:8, 2328:21, 2328:25, 2329:1, 2329:7, 2329:15, 2330:1, 2330:2, 2330:5, 2330:12, 2330:25, 2331:1, 2331:5, 2331:24, 2334:9, 2335:15, 2335:18, 2335:25, 2336:18, 2337:13, 2338:5, 2340:7, 2341:21, 2341:22, 2341:24, 2341:25, 2342:1, 2342:16, 2345:13, 2345:14, 2345:17, 2345:20, 2345:25, 2346:6, 2346:9, 2346:25, 2347:1, 2347:2, 2347:4, 2347:16, 2347:19, 2348:10, 2348:19, 2349:22, 2350:4, 2350:15, 2350:16, 2350:17, 2350:22, 2351:19, 2351:24, 2352:16, 2352:19, 2352:25, 2353:18, 2353:25, 2354:3,

2354:11, 2354:20, 2355:1, 2355:15, 2355:24, 2356:25, 2357:11, 2357:12, 2357:23, 2358:18, 2359:19, 2360:12, 2360:23, 2360:24, 2361:2, 2361:11, 2361:23, 2362:2, 2362:6, 2364:13, 2364:17, 2364:23, 2365:2, 2366:13, 2366:16, 2366:22, 2367:18, 2367:21, 2368:1, 2368:3, 2368:9, 2368:11, 2368:20, 2368:21, 2369:18, 2370:3, 2372:5

**IT'S** [48] - 2267:15, 2269:14, 2271:22, 2272:9, 2272:11, 2273:20, 2274:9, 2274:12, 2274:13, 2275:8, 2279:22, 2282:12, 2284:25, 2285:9, 2288:3, 2289:12, 2289:15, 2290:6, 2291:13, 2291:18, 2300:24, 2308:5, 2319:5, 2322:21, 2328:17, 2329:8, 2329:11, 2329:12, 2333:10, 2334:12, 2336:12, 2336:13, 2337:20, 2338:16, 2339:25, 2340:5, 2342:1, 2351:13, 2357:7, 2357:8, 2357:9, 2357:11, 2357:12, 2360:19, 2365:16, 2365:17

**ITEMIZE** [1] - 2292:23

**ITEMIZED** [1] - 2308:4

**ITEMS** [4] - 2354:12, 2367:6, 2372:3, 2372:4

**ITERATION** [1] - 2303:18

**ITS** [16] - 2289:4, 2296:8, 2316:11, 2324:18, 2324:23, 2331:5, 2331:19, 2357:14, 2358:21, 2363:2, 2363:6, 2369:15, 2369:19, 2369:20

**ITSELF** [4] - 2277:19, 2282:6, 2317:17,

2339:3

# J

**JAMES** [2] - 2264:13, 2265:4

**JANET** [1] - 2341:22

**JANUARY** [3] - 2343:24, 2344:14, 2344:18

**JIM** [5] - 2293:16, 2295:19, 2310:14, 2310:19, 2328:3

**JOANEN** [2] - 2263:18, 2263:18

**JOB** [14] - 2285:18, 2286:5, 2293:11, 2304:1, 2305:5, 2306:3, 2308:20, 2315:23, 2315:25, 2320:18, 2331:16, 2341:7, 2344:7, 2367:25

**JOE** [2] - 2277:10, 2311:4

**JOHN** [4] - 2265:6, 2287:6, 2304:18

**JONATHAN** [1] - 2262:19

**JONES** [1] - 2264:16

**JORDAN** [1] - 2349:10

**JOSEPH** [2] - 2262:16, 2348:25

**JOURDAN** [3] - 2340:22, 2358:22, 2364:1

**JR** [7] - 2262:12, 2263:7, 2263:8, 2263:11, 2263:15, 2265:4, 2348:25

**JUDGE** [3] - 2262:12, 2337:7, 2342:18

**JUDGMENT** [3] - 2281:16, 2325:6

**JULIA** [1] - 2264:19

**JULY** [2] - 2291:13, 2354:22

**JUMPED** [1] - 2343:11

**JUNE** [4] - 2290:2, 2295:5, 2346:4, 2363:5

**JUNIOR** [2] - 2307:15, 2344:14

**JUST** [42] - 2272:4, 2272:7, 2272:11, 2272:17, 2275:13, 2279:9, 2280:11, 2280:17, 2283:17, 2284:22, 2287:11,

2293:4, 2293:12, 2295:5, 2295:10, 2295:14, 2297:5, 2301:10, 2301:17, 2303:10, 2304:12, 2306:2, 2307:6, 2307:21, 2311:6, 2314:3, 2321:1, 2329:8, 2334:10, 2335:12, 2337:5, 2341:20, 2341:24, 2344:13, 2359:18, 2367:24, 2369:22, 2370:8, 2371:8, 2371:17, 2372:16, 2372:18

**JUSTICE** [1] - 2265:3
**JUSTIFY** [1] - 2294:7
**JX-00049-0003** [1] - 2295:10
**JX-0015** [1] - 2284:10
**JX-0048** [2] - 2274:23, 2284:10
**JX-0048-0008** [3] - 2278:1, 2278:25, 2280:12
**JX-0048-0009** [2] - 2275:9, 2281:5
**JX-0048-0010** [2] - 2281:19, 2282:13
**JX-0048-0012** [1] - 2283:7
**JX-0048-0015** [1] - 2284:25
**JX-0048-0019** [1] - 2285:8
**JX-0049** [1] - 2294:25
**JX-01228-0002** [1] - 2291:16
**JX-01234-0003** [1] - 2297:11
**JX-01234-0095** [1] - 2301:12
**JX-01240-0054** [1] - 2308:5
**JX-01646-0002** [1] - 2311:17
**JX-01646-0007** [1] - 2311:24
**JX-1227** [1] - 2354:18
**JX-1227-0003** [1] - 2361:21
**JX-1228** [1] - 2291:11
**JX-1228-0006** [1] - 2292:2
**JX-1231** [2] - 2351:1, 2351:20
**JX-1234** [2] - 2296:23, 2362:4
**JX-1234-0003** [1] -

2297:1
**JX-1234-0007** [1] - 2297:17
**JX-1234-0041** [1] - 2299:15
**JX-1234-15** [1] - 2362:19
**JX-1234-36** [1] - 2363:11
**JX-1234-40** [1] - 2365:16
**JX-1240** [1] - 2306:12
**JX-1240-0043** [1] - 2307:7
**JX-1244** [1] - 2304:5
**JX-1244-0006** [1] - 2304:22
**JX-1252** [4] - 2302:14, 2368:5, 2370:2, 2370:18
**JX-1252-0002** [1] - 2302:17
**JX-1252-0019** [1] - 2302:22
**JX-1252-10** [1] - 2340:4
**JX-1254-2** [1] - 2329:17
**JX-1646** [1] - 2310:11

# K

**K"(2** [1] - 2262:6
**KAREN** [1] - 2308:1
**KATRINA** [1] - 2262:4
**KEEP** [3] - 2323:20, 2325:11, 2365:18
**KEEPING** [1] - 2294:19
**KELLS** [1] - 2265:5
**KERWIN** [1] - 2264:19
**KEY** [1] - 2310:25
**KICK** [1] - 2354:25
**KICKOFF** [1] - 2363:4
**KIND** [12] - 2272:18, 2294:12, 2296:10, 2298:22, 2301:10, 2308:3, 2310:18, 2310:19, 2322:17, 2330:18, 2330:19, 2341:15
**KNEW** [10] - 2285:18, 2306:3, 2314:19, 2316:19, 2330:15, 2330:18, 2330:19, 2341:24, 2358:7, 2358:8
**KNOW** [58] - 2273:16, 2278:17, 2278:18,

2278:21, 2280:21, 2281:12, 2281:16, 2284:5, 2285:13, 2289:21, 2290:11, 2293:7, 2297:21, 2298:4, 2300:11, 2305:3, 2305:16, 2305:23, 2306:2, 2311:4, 2316:4, 2317:10, 2319:1, 2319:11, 2319:13, 2320:16, 2320:20, 2320:21, 2321:2, 2321:21, 2322:17, 2322:22, 2323:19, 2324:20, 2325:12, 2325:13, 2326:17, 2328:3, 2328:7, 2330:13, 2330:24, 2330:25, 2331:1, 2332:14, 2332:19, 2334:5, 2334:25, 2335:22, 2336:15, 2336:17, 2336:19, 2337:11, 2338:12, 2339:6, 2339:24, 2341:5, 2360:6, 2361:12
**KNOWLEDGE** [14] - 2278:6, 2278:11, 2292:14, 2306:2, 2323:24, 2324:3, 2324:6, 2329:6, 2336:11, 2337:2, 2337:4, 2337:25, 2339:18, 2358:6
**KNOWN** [2] - 2370:25, 2371:1
**KNOWS** [1] - 2328:24
**KNUDSEN** [5] - 2269:10, 2322:14, 2347:22, 2354:22, 2362:13

# L

**LA** [10] - 2262:17, 2262:20, 2263:5, 2263:9, 2263:12, 2263:16, 2263:19, 2264:8, 2264:14, 2265:12
**LABELED** [3] - 2282:12, 2283:8, 2285:9
**LABOR** [8] - 2279:3, 2292:24, 2307:10, 2307:13, 2307:18, 2307:20, 2355:14, 2356:8

**LABORATORY** [1] - 2358:10
**LADY** [1] - 2276:14
**LAFAYETTE** [4] - 2343:18, 2344:23, 2344:24, 2345:8
**LAID** [1] - 2275:10
**LAKE** [1] - 2316:20
**LAND** [1] - 2340:20
**LANDFILL** [1] - 2347:18
**LANE** [2] - 2343:12, 2343:13
**LANGUAGE** [4] - 2279:11, 2279:16, 2300:19, 2356:17
**LANGUAGES** [1] - 2356:18
**LARGE** [4] - 2292:10, 2305:8, 2305:9, 2314:23
**LARGER** [2] - 2349:20, 2350:12
**LAST** [5] - 2323:5, 2337:9, 2343:7, 2344:5, 2370:15
**LASTED** [1] - 2271:19
**LATER** [1] - 2271:10, 2271:24, 2281:2, 2284:3, 2298:18, 2299:6, 2299:19, 2299:23, 2302:3, 2322:25, 2325:20, 2348:8, 2358:1, 2358:7, 2361:3
**LAUDABLE** [1] - 2316:7
**LAW** [5] - 2262:19, 2263:7, 2263:11, 2263:18, 2264:3
**LAWN** [1] - 2262:24
**LAY** [2] - 2267:16, 2267:22
**LEAD** [2] - 2286:5, 2317:14
**LEADER** [2] - 2348:7, 2348:11
**LEADING** [3] - 2309:10, 2322:16, 2322:18
**LEAST** [3] - 2273:17, 2303:18, 2326:12
**LEAVE** [3] - 2298:17, 2326:4, 2361:20
**LEE** [8] - 2266:9, 2287:7, 2296:10, 2297:3, 2342:5, 2342:12, 2343:7
**LEFT** [7] - 2276:15, 2277:2, 2277:8,

2298:20, 2320:13, 2326:8, 2345:23
**LEGAL** [2] - 2351:13, 2357:6
**LET** [7] - 2273:21, 2280:1, 2318:20, 2325:16, 2339:24, 2345:24, 2371:5
**LET'S** [18] - 2278:1, 2288:12, 2313:11, 2314:4, 2328:4, 2329:16, 2333:1, 2333:6, 2333:9, 2333:11, 2337:5, 2337:17, 2351:1, 2351:20, 2354:18, 2356:1, 2362:4
**LETTER** [17] - 2286:24, 2287:18, 2291:17, 2291:19, 2297:3, 2297:11, 2304:18, 2351:6, 2351:8, 2351:16, 2352:15, 2353:8, 2353:17, 2353:21, 2353:24, 2362:13
**LEVEE** [36] - 2316:23, 2317:3, 2317:23, 2318:7, 2318:9, 2318:10, 2318:11, 2318:23, 2319:11, 2324:18, 2324:20, 2324:23, 2325:1, 2325:16, 2325:22, 2327:10, 2327:12, 2327:25, 2330:2, 2330:3, 2330:5, 2330:14, 2330:21, 2331:5, 2331:15, 2331:20, 2337:21, 2338:11, 2338:22, 2344:22, 2345:5, 2345:6, 2349:10, 2358:22, 2361:25, 2367:16
**LEVEES** [12] - 2290:16, 2291:9, 2291:24, 2299:8, 2299:13, 2301:21, 2305:13, 2311:19, 2311:22, 2312:1, 2318:14, 2361:14
**LEVEL** [6] - 2273:3, 2274:24, 2276:9, 2286:18, 2317:13, 2326:8
**LEVIN** [1] - 2263:21
**LIAISON** [1] - 2353:19
**LICENSE** [1] - 2270:24

LICENSED [5] - 2289:3, 2308:11, 2320:17, 2343:21, 2369:8
LIFE [1] - 2307:22
LIKE [27] - 2272:17, 2274:12, 2277:19, 2280:5, 2287:14, 2296:11, 2298:6, 2298:9, 2299:15, 2302:2, 2307:10, 2312:6, 2312:7, 2319:11, 2332:14, 2336:5, 2336:6, 2351:2, 2351:20, 2356:11, 2357:17, 2361:8, 2363:16, 2364:21, 2368:5, 2368:10, 2371:16
LIMINE [1] - 2329:2
LIMIT [4] - 2315:13, 2318:1, 2327:17, 2355:17
LIMITATIONS [1] - 2318:22
LIMITS [1] - 2298:11
LINE [9] - 2314:15, 2332:5, 2333:1, 2333:3, 2333:6, 2333:11, 2333:14, 2333:18
LINKING [1] - 2316:19
LIST [14] - 2283:4, 2289:20, 2290:6, 2292:19, 2296:14, 2301:10, 2301:17, 2302:20, 2311:2, 2311:12, 2324:14, 2324:17, 2341:19, 2367:5
LISTED [15] - 2282:13, 2285:4, 2293:3, 2293:24, 2294:2, 2301:6, 2301:7, 2307:12, 2308:8, 2311:9, 2348:7, 2358:7, 2358:14, 2370:12, 2372:7
LISTING [2] - 2282:20, 2306:9
LISTS [2] - 2285:2, 2297:20
LITIGATION [1] - 2262:5
LITTLE [11] - 2280:11, 2280:21, 2290:25, 2314:24, 2328:4, 2333:9, 2356:17, 2361:3, 2363:13, 2365:18, 2366:17

LIVING [1] - 2317:12
LO [1] - 2292:6
LOCAL [2] - 2287:8, 2292:14
LOCATED [4] - 2286:10, 2286:11, 2340:20, 2351:15
LOCATION [5] - 2300:6, 2340:17, 2340:23, 2340:24
LOCK [17] - 2348:4, 2348:8, 2348:21, 2348:23, 2349:2, 2349:6, 2349:8, 2349:13, 2349:15, 2349:21, 2349:23, 2350:3, 2350:13, 2350:16, 2350:17, 2359:1, 2360:17
LOGICAL [1] - 2371:6
LOGISTICS [2] - 2313:14, 2313:25
LONG [8] - 2269:8, 2270:3, 2271:19, 2273:22, 2276:24, 2333:10, 2344:4, 2344:11
LONG-TERM [1] - 2271:19
LONIAN [1] - 2264:12
LOOK [40] - 2274:22, 2275:9, 2282:11, 2283:7, 2284:11, 2285:8, 2286:3, 2286:23, 2287:15, 2288:5, 2288:23, 2290:2, 2292:1, 2296:11, 2296:23, 2297:1, 2297:20, 2298:7, 2299:15, 2300:1, 2301:6, 2306:12, 2310:11, 2311:2, 2311:9, 2311:17, 2315:24, 2317:19, 2323:14, 2323:19, 2327:24, 2334:11, 2334:12, 2336:2, 2337:16, 2360:12, 2363:14, 2370:8, 2371:4, 2371:16
LOOKED [3] - 2301:11, 2309:17, 2338:21
LOOKING [9] - 2274:10, 2278:19, 2281:12, 2288:8, 2288:10, 2298:23, 2303:5, 2314:15, 2330:1

LOOKS [3] - 2307:10, 2331:17, 2361:8
LOS [1] - 2264:5
LOST [1] - 2287:19
LOT [17] - 2272:16, 2276:22, 2278:13, 2290:11, 2292:14, 2295:20, 2297:25, 2298:5, 2298:13, 2302:4, 2303:11, 2303:15, 2305:24, 2305:25, 2306:8, 2317:10, 2328:18
LOTS [2] - 2326:17, 2326:18
LOUISIANA [13] - 2262:1, 2262:7, 2264:20, 2320:17, 2321:20, 2343:13, 2343:18, 2344:24, 2347:15, 2370:17, 2373:5, 2373:6
LOVELY [1] - 2267:13
LOWE [2] - 2287:8, 2322:3
LUNCH [2] - 2342:22, 2342:23, 2371:7
LUNCHEON [2] - 2266:11, 2372:21

# M

MA'AM [2] - 2302:16, 2341:11
MADE [7] - 2295:20, 2316:2, 2330:5, 2330:8, 2331:19, 2364:25, 2369:7
MAGGIE [1] - 2264:13
MAILS [1] - 2353:21
MAIN [2] - 2263:5, 2299:22
MAINTAIN [1] - 2353:18
MAINTAINED [1] - 2276:2
MAJOR [7] - 2310:22, 2311:18, 2311:20, 2311:25, 2316:19, 2318:14, 2366:11
MAKE [13] - 2274:5, 2274:6, 2293:18, 2313:7, 2313:8, 2317:24, 2323:8, 2336:19, 2338:24, 2341:14, 2357:13, 2358:16, 2369:4
MAKING [3] - 2315:25, 2327:20, 2353:15

MAN [1] - 2336:14
MANAGED [1] - 2286:20
MANAGEMENT [6] - 2276:2, 2286:17, 2292:8, 2303:11, 2370:6, 2370:16
MANAGER [38] - 2268:25, 2270:7, 2270:9, 2270:11, 2271:7, 2275:23, 2275:24, 2276:6, 2276:7, 2276:10, 2276:12, 2276:15, 2276:17, 2276:18, 2276:20, 2276:24, 2276:25, 2277:5, 2277:9, 2279:23, 2285:13, 2285:25, 2286:5, 2286:7, 2286:8, 2286:16, 2289:1, 2292:25, 2293:9, 2308:23, 2344:3, 2344:6, 2345:25, 2346:7, 2348:25, 2351:19, 2370:14, 2370:15
MANAGER'S [1] - 2286:14
MANAGERS [1] - 2311:15
MANAGING [2] - 2270:16, 2276:13
MANUALS [1] - 2339:16
MANUFACTURING [1] - 2270:1
MANY [8] - 2270:9, 2277:11, 2332:1, 2334:17, 2347:8, 2353:1, 2359:1
MAP [1] - 2340:24
MARINE [1] - 2365:13
MATCH [1] - 2319:12
MATERIAL [2] - 2365:1, 2365:12
MATERIALS [9] - 2279:3, 2288:25, 2290:12, 2292:7, 2308:21, 2355:13, 2356:7, 2368:12, 2370:16
MATT [1] - 2263:22
MATTER [3] - 2342:18, 2372:18, 2373:9
MATTERS [1] - 2342:19
MAY [25] - 2267:16, 2268:3, 2268:4,

2273:8, 2274:18, 2274:19, 2277:1, 2277:3, 2312:13, 2313:2, 2325:7, 2326:23, 2327:3, 2330:5, 2333:20, 2339:22, 2340:5, 2341:3, 2346:4, 2356:12, 2357:7, 2357:19, 2367:24, 2368:23
MAYBE [5] - 2314:3, 2316:5, 2320:8, 2330:12, 2332:25
MCCONNON [1] - 2265:4
MCDONOUGH [1] - 2365:13
ME [32] - 2267:12, 2276:8, 2276:16, 2279:18, 2286:18, 2286:22, 2292:6, 2297:5, 2304:18, 2312:7, 2313:4, 2314:11, 2317:8, 2318:20, 2320:14, 2321:9, 2323:4, 2323:5, 2323:14, 2325:16, 2328:1, 2330:10, 2331:14, 2333:22, 2334:25, 2338:20, 2339:24, 2340:16, 2345:24, 2351:9, 2362:13
MEAN [23] - 2277:5, 2283:19, 2289:2, 2296:7, 2305:19, 2317:8, 2321:23, 2322:18, 2323:17, 2326:20, 2348:10, 2350:19, 2351:12, 2353:10, 2355:17, 2356:3, 2356:13, 2357:11, 2359:4, 2359:5, 2363:19, 2364:10, 2370:22
MEANS [11] - 2271:22, 2275:18, 2275:19, 2279:16, 2328:21, 2351:23, 2352:15, 2353:11, 2356:4, 2356:18, 2357:12
MEANT [2] - 2300:24, 2355:23
MECHANICAL [1] - 2265:14
MEET [1] - 2281:17
MEETING [8] - 2310:3, 2310:6, 2310:8, 2310:14, 2310:15,

**HOURLY TRANSCRIPT**

2310:17, 2312:1,
2317:23

**MEETINGS** [4] -
2288:12, 2352:8,
2352:9, 2353:20

**MENTIONED** [5] -
2286:7, 2290:20,
2292:6, 2306:14,
2311:17

**MENTOR** [1] - 2292:9

**MERIT** [2] - 2373:4,
2373:14

**MET** [2] - 2295:20,
2363:6

**MIC** [1] - 2356:21

**MICHAEL** [1] - 2263:4

**MID-1997** [1] -
2276:15

**MIDDLE** [2] - 2295:3,
2343:7

**MIGHT** [9] - 2284:1,
2315:15, 2315:19,
2316:3, 2316:9,
2319:20, 2358:22,
2368:24, 2368:25

**MILLION** [2] -
2347:15, 2348:21

**MILLIONS** [1] -
2344:10

**MIND** [5] - 2274:1,
2289:6, 2300:18,
2300:23, 2307:24

**MINUTE** [2] - 2309:18,
2339:21

**MINUTES** [2] -
2310:14, 2371:10

**MISSING** [3] -
2358:10, 2358:11,
2358:16

**MISSION** [3] -
2271:16, 2325:25,
2358:12

**MISSISSIPPI** [2] -
2316:20, 2349:17

**MITCHELL** [1] -
2263:22

**MITSCH** [17] - 2265:5,
2342:4, 2342:21,
2343:1, 2343:4,
2357:3, 2357:9,
2357:17, 2357:21,
2360:11, 2369:14,
2370:1, 2371:5,
2371:8, 2371:10,
2371:15, 2372:12

**MITSCH....................**
[1] - 2266:10

**MK** [1] - 2292:24

**MMG** [7] - 2292:3,
2292:4, 2293:2,

2293:14, 2293:15,
2293:16, 2311:14

**MOBILIZED** [1] -
2309:24

**MODIFICATION** [7] -
2302:12, 2304:7,
2304:20, 2305:3,
2305:11, 2309:17,
2309:18

**MODIFICATIONS** [1] -
2302:7

**MOMENT** [1] -
2369:17

**MONDAY** [1] -
2352:13

**MONITOR** [2] -
2353:25, 2354:5

**MONTAGUT** [1] -
2310:14

**MONTEGUT** [1] -
2310:19

**MONTHLY** [8] -
2294:20, 2353:12,
2353:13, 2353:15,
2353:19, 2354:1,
2354:6, 2354:8

**MONTHS** [2] - 2270:4,
2270:15

**MOOD** [1] - 2337:10

**MOONLIGHTED** [1] -
2337:11

**MOORE** [1] - 2372:10

**MORE** [10] - 2284:5,
2293:17, 2302:4,
2302:7, 2302:8,
2307:17, 2321:4,
2341:14, 2355:25,
2371:13

**MORGAN** [1] - 2263:9

**MORNING** [7] -
2262:11, 2267:9,
2267:10, 2267:17,
2312:17, 2312:18,
2327:14

**MORRISON** [8] -
2269:10, 2308:1,
2308:8, 2308:9,
2322:14, 2347:22,
2354:22, 2362:13

**MORRISON-
KNUDSEN** [3] -
2322:14, 2347:22,
2354:22

**MOST** [4] - 2277:17,
2283:4, 2311:15,
2318:14

**MOSTLY** [2] -
2269:15, 2322:21

**MOUNDS** [1] - 2371:1

**MOVE** [6] - 2284:10,

2314:3, 2329:14,
2332:15, 2332:16,
2337:6

**MOVED** [2] - 2302:5,
2335:11

**MOVING** [2] - 2301:4,
2335:14

**MR** [108] - 2266:8,
2266:10, 2267:15,
2267:20, 2268:9,
2268:24, 2269:6,
2272:6, 2272:14,
2272:15, 2273:5,
2273:23, 2274:22,
2275:6, 2275:17,
2279:10, 2280:4,
2284:12, 2287:14,
2287:23, 2289:5,
2289:16, 2293:21,
2295:12, 2297:13,
2300:14, 2300:17,
2301:9, 2302:14,
2309:9, 2309:20,
2312:6, 2312:14,
2312:16, 2312:17,
2313:15, 2313:19,
2314:1, 2314:8,
2314:9, 2315:3,
2315:5, 2318:21,
2321:6, 2321:11,
2322:1, 2322:3,
2325:17, 2325:23,
2328:7, 2328:20,
2329:3, 2329:11,
2329:13, 2329:16,
2329:19, 2331:3,
2331:25, 2332:4,
2332:15, 2332:18,
2332:24, 2333:1,
2333:5, 2333:17,
2334:20, 2334:21,
2335:12, 2335:16,
2335:17, 2335:23,
2336:3, 2336:12,
2336:20, 2337:7,
2337:12, 2337:17,
2337:19, 2338:7,
2338:14, 2338:19,
2339:19, 2340:4,
2340:10, 2341:8,
2341:21, 2342:1,
2342:4, 2342:21,
2343:1, 2343:4,
2343:5, 2356:15,
2356:22, 2357:3,
2357:9, 2357:17,
2357:21, 2360:11,
2369:14, 2370:1,
2371:5, 2371:8,
2371:10, 2371:15,
2372:12

**MRGO** [1] - 2262:8

**MS** [39] - 2266:7,
2267:10, 2267:24,
2268:10, 2268:24,
2269:5, 2272:9,
2272:21, 2273:11,
2273:25, 2274:8,
2274:16, 2274:21,
2275:5, 2277:21,
2277:25, 2279:19,
2280:10, 2287:22,
2290:1, 2297:7,
2297:9, 2297:10,
2301:5, 2308:9,
2309:13, 2312:4,
2321:1, 2328:5,
2330:23, 2332:21,
2334:8, 2334:17,
2335:8, 2335:19,
2336:24, 2337:16,
2339:25, 2341:12

**MUCH** [5] - 2315:3,
2315:10, 2317:9,
2339:22, 2364:5

**MULTIPLE** [5] -
2272:18, 2278:14,
2279:4, 2280:6,
2282:8

**MUTUAL** [1] - 2296:11

**MY** [36] - 2270:10,
2270:11, 2270:16,
2270:24, 2274:2,
2300:25, 2307:14,
2312:19, 2318:5,
2319:9, 2324:25,
2325:25, 2327:21,
2328:14, 2330:11,
2331:9, 2331:13,
2337:25, 2339:18,
2342:1, 2342:17,
2342:19, 2344:5,
2344:12, 2346:7,
2348:12, 2351:6,
2351:24, 2352:16,
2353:7, 2353:18,
2353:25, 2361:23,
2372:16, 2373:8

**MYSELF** [2] - 2287:8,
2329:10

---

# N

**N.W** [1] - 2264:20

**NAME** [9] - 2268:22,
2269:11, 2269:13,
2269:14, 2304:9,
2312:19, 2343:5,
2343:7

**NAMED** [5] - 2276:14,
2277:10, 2292:3,

2293:16, 2308:1

**NATURE** [1] - 2323:21

**NAVIGATION** [8] -
2283:2, 2298:19,
2299:6, 2311:6,
2314:13, 2316:19,
2344:23, 2345:7

**NEAR** [1] - 2292:24

**NEARLY** [1] - 2270:15

**NECESSARILY** [4] -
2285:7, 2301:8,
2315:17, 2327:17

**NECESSARY** [16] -
2279:4, 2280:7,
2281:9, 2281:24,
2283:18, 2288:12,
2289:18, 2289:23,
2306:24, 2315:15,
2320:23, 2321:7,
2321:8, 2321:14,
2329:15

**NECESSITY** [1] -
2320:10

**NEED** [12] - 2283:17,
2284:2, 2294:7,
2294:9, 2297:14,
2297:21, 2305:24,
2319:24, 2339:22,
2350:16, 2356:12,
2357:10

**NEEDED** [14] -
2281:13, 2281:14,
2281:17, 2285:7,
2288:18, 2289:17,
2290:12, 2305:19,
2305:21, 2307:16,
2307:17, 2310:25,
2319:20, 2358:11

**NEEDS** [4] - 2284:22,
2336:1, 2365:12,
2368:2

**NEGOTIATED** [1] -
2286:6

**NEGOTIATING** [3] -
2269:1, 2305:10,
2306:16

**NEGOTIATION** [1] -
2305:9

**NEGOTIATIONS** [1] -
2357:14

**NEIGHBORHOOD** [1]
- 2317:25

**NEIGHBORING** [1] -
2323:11

**NEVER** [3] - 2331:9,
2338:24, 2339:11

**NEW** [28] - 2262:7,
2262:17, 2262:20,
2263:12, 2263:19,
2264:8, 2264:14,

2265:12, 2276:1,
2278:15, 2278:16,
2286:13, 2287:7,
2292:14, 2295:18,
2310:9, 2310:10,
2311:14, 2311:16,
2314:21, 2344:1,
2344:15, 2345:3,
2351:9, 2359:15,
2360:17, 2372:11

**NEXT** [20] - 2267:11,
2281:5, 2284:25,
2290:20, 2291:15,
2293:2, 2295:7,
2295:17, 2297:23,
2300:9, 2341:20,
2344:17, 2345:1,
2345:22, 2356:9,
2359:17, 2363:16,
2366:17, 2366:25,
2371:3

**NIGHT** [1] - 2337:9

**NINE** [5] - 2360:17,
2360:19, 2367:20,
2367:22, 2368:2

**NINE-VOLUME** [2] -
2360:17, 2360:19

**NO** [87] - 2262:6,
2262:9, 2267:11,
2267:12, 2268:7,
2271:1, 2271:4,
2277:17, 2283:1,
2283:22, 2283:24,
2285:5, 2285:12,
2288:22, 2289:21,
2289:22, 2291:10,
2291:25, 2293:22,
2294:3, 2295:14,
2297:9, 2299:14,
2301:10, 2301:22,
2302:2, 2303:7,
2303:17, 2305:15,
2308:10, 2308:12,
2308:15, 2311:22,
2312:3, 2315:17,
2318:8, 2319:3,
2319:18, 2322:13,
2323:16, 2324:5,
2324:6, 2324:16,
2324:19, 2324:25,
2325:18, 2327:5,
2327:11, 2328:1,
2329:20, 2330:9,
2330:24, 2331:19,
2331:22, 2333:22,
2333:23, 2334:25,
2335:3, 2336:3,
2337:20, 2338:5,
2338:12, 2339:14,
2339:18, 2339:19,

2341:8, 2341:12,
2341:14, 2346:6,
2347:1, 2350:15,
2351:8, 2357:10,
2358:23, 2359:7,
2359:24, 2361:15,
2361:17, 2362:2,
2364:23, 2365:13,
2366:10, 2367:18,
2367:24, 2368:18,
2369:24, 2372:6

**NOBODY** [3] -
2336:10, 2336:22,
2337:5

**NOD** [1] - 2360:13

**NOISE** [1] - 2323:19

**NOMINATED** [1] -
2276:16

**NONE** [3] - 2267:13,
2319:2, 2338:20

**NONETHELESS** [1] -
2326:9

**NONHAZARDOUS** [1]
- 2370:25

**NONLABOR** [1] -
2293:5

**NOR** [1] - 2325:25

**NORMAL** [2] -
2342:22, 2342:23

**NORTHERN** [1] -
2349:14

**NOT** [108] - 2267:21,
2268:2, 2268:3,
2268:4, 2273:14,
2277:1, 2277:21,
2279:20, 2284:4,
2285:6, 2286:11,
2290:18, 2292:16,
2294:12, 2295:24,
2301:2, 2301:13,
2312:11, 2312:21,
2313:3, 2314:16,
2315:6, 2315:17,
2315:24, 2316:15,
2316:23, 2317:17,
2319:1, 2319:9,
2320:15, 2321:8,
2321:24, 2322:24,
2323:14, 2323:16,
2324:10, 2324:14,
2325:2, 2325:3,
2325:7, 2325:14,
2325:25, 2326:7,
2326:15, 2327:5,
2327:13, 2327:17,
2327:18, 2327:20,
2328:9, 2328:13,
2328:19, 2329:7,
2330:20, 2331:7,
2331:14, 2331:17,

2331:21, 2333:20,
2334:7, 2334:9,
2334:12, 2334:25,
2335:3, 2335:15,
2336:8, 2336:24,
2337:12, 2337:20,
2337:22, 2337:25,
2338:13, 2338:16,
2338:24, 2339:7,
2339:8, 2339:9,
2339:16, 2339:18,
2340:3, 2340:11,
2341:6, 2342:1,
2347:1, 2350:15,
2350:16, 2350:22,
2357:1, 2357:11,
2357:12, 2357:16,
2358:23, 2359:24,
2361:11, 2361:15,
2361:17, 2361:23,
2362:2, 2364:17,
2364:20, 2364:25,
2365:2, 2367:18,
2368:1, 2369:9,
2372:8

**NOTED** [2] - 2300:21,
2352:22

**NOTES** [1] - 2335:23

**NOTHING** [5] -
2268:16, 2306:10,
2339:3, 2342:9,
2359:23

**NOTIFICATION** [2] -
2330:8, 2330:21

**NOTIFIED** [3] -
2286:22, 2330:3,
2330:21

**NOTIFY** [2] - 2330:14,
2354:2

**NOVEMBER** [2] -
2344:18, 2345:2

**NOW** [14] - 2269:13,
2281:18, 2301:2,
2314:9, 2321:19,
2326:7, 2336:4,
2336:17, 2349:19,
2350:12, 2355:2,
2361:20, 2362:15,
2372:5

**NUMBER** [6] -
2297:24, 2304:20,
2309:18, 2326:17,
2330:2, 2371:19

**NUMBERED** [1] -
2373:9

**NUMBERS** [3] -
2371:23, 2371:24,
2372:1

**NUMEROUS** [1] -
2352:8

# O

**O'CLOCK** [2] -
2342:16, 2342:20

**O'CONNOR** [8] -
2286:9, 2292:17,
2292:25, 2297:3,
2328:3, 2331:13,
2335:1, 2338:13

**OAK** [1] - 2262:24

**OATH** [2] - 2268:20,
2342:14

**OBJECT** [9] - 2272:6,
2273:5, 2273:22,
2279:10, 2289:5,
2309:9, 2329:15,
2338:14, 2357:1

**OBJECTION** [11] -
2272:13, 2289:9,
2300:21, 2321:1,
2328:5, 2329:5,
2329:20, 2330:23,
2334:8, 2334:15,
2356:15

**OBJECTIONABLE** [2]
- 2279:16, 2335:21

**OBJECTIONS** [1] -
2329:1

**OBJECTIVES** [3] -
2281:15, 2281:17,
2285:20

**OBSTACLES** [1] -
2298:7

**OBSTRUCTIONS** [1] -
2299:5

**OBVIOUSLY** [5] -
2268:1, 2271:9,
2279:20, 2287:20,
2289:11

**OCCASIONS** [4] -
2295:21, 2309:5,
2353:1

**OCCUR** [3] - 2326:22,
2364:20, 2366:22

**OCCURRED** [3] -
2310:16, 2310:18,
2360:2

**OF** [571] - 2262:1,
2262:11, 2263:7,
2265:3, 2267:15,
2267:16, 2267:19,
2268:3, 2268:25,
2269:19, 2269:20,
2269:23, 2270:15,
2270:17, 2270:18,
2270:22, 2271:6,
2271:7, 2271:23,
2272:7, 2272:16,
2272:18, 2273:3,

2273:7, 2273:13,
2273:15, 2273:16,
2273:18, 2273:21,
2274:12, 2275:10,
2275:14, 2275:15,
2275:19, 2275:20,
2275:21, 2275:24,
2276:3, 2276:19,
2276:20, 2276:21,
2276:22, 2276:23,
2276:25, 2277:3,
2277:5, 2277:15,
2277:17, 2277:20,
2277:21, 2278:2,
2278:4, 2278:5,
2278:7, 2278:8,
2278:10, 2278:12,
2278:13, 2278:19,
2279:7, 2279:11,
2279:15, 2279:23,
2280:13, 2280:15,
2280:16, 2280:17,
2280:19, 2280:20,
2280:23, 2280:24,
2281:10, 2281:15,
2281:24, 2282:5,
2282:9, 2282:12,
2282:15, 2282:18,
2282:20, 2282:23,
2282:24, 2283:2,
2283:3, 2283:4,
2283:9, 2283:14,
2283:25, 2284:5,
2284:9, 2284:12,
2284:20, 2284:22,
2284:24, 2285:2,
2285:6, 2285:15,
2285:16, 2285:21,
2285:24, 2285:25,
2286:2, 2286:17,
2286:22, 2286:25,
2287:14, 2288:3,
2288:5, 2288:8,
2288:11, 2288:14,
2288:20, 2288:21,
2288:23, 2289:6,
2289:7, 2289:12,
2290:2, 2290:3,
2290:6, 2290:10,
2290:11, 2290:16,
2290:18, 2291:6,
2292:1, 2292:7,
2292:14, 2292:17,
2292:20, 2292:22,
2293:10, 2293:15,
2293:17, 2293:19,
2293:23, 2294:12,
2294:15, 2294:19,
2294:25, 2295:3,
2295:6, 2295:8,
2295:20, 2296:1,

2296:10, 2296:14, 2296:19, 2297:11, 2297:14, 2297:19, 2297:22, 2297:24, 2297:25, 2298:5, 2298:11, 2298:13, 2298:15, 2298:22, 2298:23, 2298:24, 2298:25, 2299:1, 2299:2, 2299:4, 2299:8, 2299:10, 2299:12, 2299:17, 2300:3, 2300:5, 2300:13, 2300:15, 2300:18, 2301:6, 2301:7, 2301:10, 2301:13, 2301:15, 2301:17, 2301:18, 2301:20, 2301:24, 2302:11, 2302:14, 2302:20, 2302:24, 2302:25, 2303:3, 2303:10, 2303:11, 2303:15, 2303:18, 2303:25, 2304:3, 2304:8, 2304:9, 2304:13, 2304:19, 2304:24, 2304:25, 2305:2, 2305:4, 2305:6, 2305:7, 2305:12, 2305:17, 2305:24, 2305:25, 2306:2, 2306:5, 2306:7, 2306:8, 2306:9, 2306:17, 2307:9, 2307:14, 2307:22, 2308:3, 2308:4, 2308:18, 2308:21, 2309:15, 2309:17, 2309:22, 2310:1, 2310:6, 2310:8, 2310:18, 2310:19, 2310:20, 2310:23, 2310:25, 2311:1, 2311:3, 2311:5, 2311:6, 2311:7, 2311:9, 2311:15, 2311:18, 2311:20, 2311:25, 2312:20, 2312:22, 2313:11, 2314:9, 2314:19, 2314:21, 2314:24, 2315:6, 2315:9, 2315:15, 2315:22, 2315:25, 2316:3, 2316:9, 2316:10, 2317:2, 2317:10, 2317:20, 2317:21, 2317:23, 2318:1, 2318:6, 2318:9, 2318:11,

2318:13, 2318:14, 2318:21, 2319:2, 2319:6, 2319:15, 2319:17, 2319:21, 2319:23, 2319:24, 2320:3, 2320:8, 2320:10, 2320:21, 2321:7, 2321:15, 2321:18, 2321:20, 2322:2, 2322:6, 2322:15, 2322:17, 2322:24, 2323:15, 2323:21, 2323:24, 2324:1, 2324:4, 2324:6, 2324:10, 2324:13, 2324:14, 2324:22, 2324:24, 2325:1, 2325:10, 2325:14, 2325:22, 2326:1, 2326:3, 2326:4, 2326:13, 2326:15, 2326:20, 2326:22, 2326:25, 2327:2, 2327:3, 2327:8, 2327:12, 2327:13, 2327:14, 2327:17, 2327:25, 2328:6, 2328:14, 2328:22, 2329:11, 2329:20, 2329:21, 2330:3, 2330:4, 2330:16, 2330:18, 2330:19, 2331:4, 2331:18, 2331:21, 2331:23, 2332:1, 2332:6, 2332:7, 2332:8, 2333:12, 2333:14, 2333:18, 2334:17, 2334:21, 2335:2, 2335:3, 2336:19, 2337:14, 2338:2, 2338:9, 2338:10, 2338:20, 2338:21, 2338:25, 2339:4, 2339:7, 2339:8, 2339:9, 2339:12, 2339:13, 2339:15, 2339:25, 2340:20, 2340:21, 2341:3, 2341:6, 2341:15, 2341:19, 2342:19, 2342:24, 2343:17, 2343:20, 2344:1, 2344:8, 2344:10, 2344:14, 2344:18, 2344:21, 2345:2, 2345:6, 2345:14, 2345:17, 2346:4, 2346:5, 2346:11, 2346:18, 2346:20, 2347:5,

2347:6, 2348:9, 2348:23, 2349:1, 2349:2, 2349:4, 2349:5, 2349:8, 2349:11, 2349:14, 2349:15, 2349:16, 2349:21, 2349:23, 2349:25, 2350:2, 2350:4, 2350:8, 2350:9, 2350:11, 2350:12, 2350:21, 2351:2, 2351:6, 2351:14, 2351:19, 2351:22, 2352:1, 2352:5, 2352:13, 2352:14, 2352:18, 2352:20, 2352:22, 2353:9, 2353:13, 2354:5, 2354:10, 2354:23, 2354:24, 2355:5, 2355:6, 2355:7, 2355:9, 2355:11, 2355:15, 2355:21, 2355:23, 2355:25, 2356:5, 2356:8, 2356:17, 2357:18, 2357:22, 2357:23, 2358:1, 2358:3, 2358:4, 2358:6, 2358:14, 2358:15, 2358:18, 2359:7, 2359:15, 2359:16, 2359:19, 2360:4, 2360:16, 2360:19, 2360:20, 2360:23, 2360:25, 2361:1, 2361:11, 2361:12, 2361:13, 2362:1, 2362:14, 2362:17, 2362:20, 2362:21, 2362:23, 2363:4, 2363:5, 2363:10, 2363:18, 2363:19, 2363:23, 2363:24, 2364:5, 2364:7, 2364:9, 2364:13, 2364:17, 2364:18, 2365:14, 2365:17, 2365:21, 2365:23, 2365:24, 2366:5, 2366:8, 2366:10, 2366:17, 2366:18, 2366:20, 2366:24, 2367:12, 2367:17, 2367:19, 2367:22, 2368:1, 2368:2, 2368:14, 2368:22, 2368:23, 2369:5, 2369:10, 2370:2, 2370:4, 2370:9, 2370:18,

2370:25, 2371:1, 2372:5, 2372:11, 2372:17, 2373:4, 2373:6, 2373:8

**OFF** [8] - 2275:2, 2313:13, 2313:24, 2318:10, 2320:18, 2323:21, 2345:23, 2354:25

**OFF-THE-RECORD** [3] - 2275:2, 2313:13, 2313:24

**OFFERED** [1] - 2313:4

**OFFICE** [18] - 2263:7, 2276:3, 2278:13, 2292:17, 2293:6, 2293:8, 2294:15, 2297:25, 2307:13, 2307:16, 2308:4, 2310:3, 2319:10, 2321:21, 2344:16, 2344:23, 2345:4

**OFFICER** [6] - 2287:7, 2304:19, 2351:12, 2351:14, 2354:10, 2370:14

**OFFICER'S** [2] - 2351:8, 2351:10

**OFFICERS** [1] - 2351:14

**OFFICES** [1] - 2344:16

**OFFICIAL** [3] - 2265:11, 2373:5, 2373:14

**OFFSITE** [2] - 2284:18, 2323:19

**OH** [3] - 2267:14, 2310:18, 2343:11

**OIL** [2] - 2270:1, 2346:13

**OKAY** [38] - 2267:22, 2268:1, 2268:6, 2269:16, 2269:17, 2272:22, 2273:10, 2273:14, 2274:12, 2287:16, 2287:20, 2291:17, 2296:9, 2327:23, 2330:17, 2332:13, 2334:2, 2334:6, 2340:15, 2346:10, 2355:6, 2355:11, 2360:16, 2361:10, 2363:19, 2364:23, 2365:16, 2365:19, 2366:24, 2367:5, 2368:5, 2369:12, 2370:11, 2371:11, 2371:12, 2372:5, 2372:12,

2372:14

**OLD** [1] - 2314:4

**OMNISCIENT** [1] - 2336:16

**ON** [211] - 2268:20, 2269:9, 2270:13, 2270:14, 2270:16, 2271:17, 2272:5, 2272:24, 2273:22, 2274:10, 2275:10, 2276:3, 2276:11, 2276:16, 2277:15, 2277:17, 2278:11, 2278:14, 2278:25, 2280:6, 2280:12, 2280:20, 2281:3, 2281:6, 2281:18, 2282:11, 2282:13, 2282:24, 2283:4, 2283:18, 2283:20, 2284:3, 2284:18, 2285:4, 2285:7, 2285:10, 2285:15, 2285:18, 2285:25, 2286:15, 2286:18, 2286:19, 2287:9, 2287:13, 2287:19, 2288:4, 2288:6, 2288:18, 2288:25, 2289:4, 2289:10, 2290:8, 2290:9, 2292:7, 2292:15, 2292:20, 2293:11, 2293:25, 2294:2, 2295:20, 2296:9, 2296:11, 2297:25, 2298:14, 2298:18, 2299:6, 2299:9, 2300:1, 2300:8, 2300:25, 2301:4, 2301:13, 2302:3, 2302:18, 2302:23, 2303:2, 2303:6, 2304:9, 2304:11, 2304:13, 2305:9, 2305:13, 2305:24, 2306:15, 2307:4, 2307:25, 2308:5, 2308:7, 2309:1, 2309:4, 2309:20, 2309:21, 2310:2, 2311:2, 2311:10, 2311:12, 2311:13, 2311:22, 2313:4, 2318:7, 2318:8, 2318:9, 2318:10, 2319:11, 2320:12, 2320:15, 2321:3, 2321:4, 2323:10, 2323:12, 2324:20, 2324:25, 2325:2,

2325:3, 2325:4, 2325:12, 2325:19, 2325:20, 2325:22, 2326:20, 2329:14, 2330:18, 2330:19, 2330:20, 2331:4, 2331:10, 2331:19, 2331:20, 2331:21, 2331:23, 2331:24, 2332:21, 2333:20, 2334:1, 2334:15, 2335:2, 2335:11, 2335:14, 2336:9, 2337:6, 2338:2, 2340:16, 2342:14, 2342:20, 2344:9, 2345:18, 2346:19, 2347:23, 2348:8, 2348:13, 2349:4, 2349:9, 2350:1, 2351:10, 2351:14, 2351:15, 2352:7, 2352:11, 2352:12, 2353:1, 2353:12, 2353:25, 2354:3, 2354:4, 2354:6, 2354:8, 2354:9, 2354:11, 2354:13, 2355:11, 2355:15, 2356:9, 2357:10, 2358:7, 2358:17, 2358:22, 2359:10, 2360:17, 2361:4, 2361:5, 2361:6, 2362:18, 2363:8, 2363:21, 2364:2, 2364:8, 2365:6, 2365:13, 2365:18, 2366:17, 2366:18, 2366:21, 2367:5, 2367:7, 2367:25, 2368:2, 2368:21, 2369:19, 2370:10, 2370:12, 2370:13, 2370:18, 2370:20, 2370:23, 2371:12, 2372:8

**ON-SITE** [3] - 2352:11, 2365:13, 2366:21

**ONCE** [8] - 2295:16, 2301:23, 2305:10, 2331:21, 2349:13, 2363:17, 2365:3, 2365:13

**ONE** [39] - 2267:21, 2267:24, 2268:7, 2270:18, 2272:12, 2272:17, 2273:15, 2274:16, 2278:1, 2278:12, 2278:19, 2278:21, 2278:25,

2280:12, 2283:1, 2289:7, 2291:14, 2297:5, 2303:18, 2307:4, 2311:3, 2312:22, 2320:10, 2324:17, 2326:1, 2328:22, 2339:21, 2347:18, 2349:24, 2352:6, 2353:3, 2357:13, 2361:4, 2361:5, 2368:19, 2370:15, 2372:15

**ONE-HOUR** [1] - 2372:15

**ONES** [2] - 2278:16, 2346:18

**ONGOING** [1] - 2268:4

**ONLY** [13] - 2267:24, 2270:4, 2272:11, 2292:16, 2313:3, 2314:16, 2315:7, 2323:14, 2324:19, 2328:19, 2365:11, 2369:1, 2369:2

**ONSITE** [5] - 2284:17, 2323:15, 2327:10, 2352:5, 2352:17

**ONTO** [1] - 2365:1

**OPA** [1] - 2346:14

**OPERABILITY** [1] - 2345:11

**OPERATED** [2] - 2272:10, 2272:11

**OPERATIONS** [2] - 2300:7, 2366:21

**OPERATOR** [1] - 2293:4

**OPPORTUNITY** [1] - 2316:8

**OPPOSED** [2] - 2274:10, 2300:18

**OR** [98] - 2269:12, 2271:24, 2272:25, 2276:12, 2277:1, 2277:15, 2277:17, 2279:5, 2279:18, 2280:25, 2281:9, 2281:15, 2281:16, 2283:1, 2285:22, 2286:24, 2289:23, 2291:9, 2291:24, 2294:13, 2298:5, 2298:6, 2298:14, 2299:5, 2300:23, 2300:24, 2301:20, 2304:8, 2305:13, 2305:19, 2306:6, 2308:22, 2309:1, 2310:2, 2310:20, 2311:11, 2311:14,

2311:16, 2311:22, 2312:7, 2316:13, 2317:12, 2317:19, 2317:20, 2319:1, 2319:23, 2319:25, 2320:3, 2320:16, 2321:7, 2321:21, 2322:14, 2322:16, 2323:4, 2323:9, 2324:14, 2324:18, 2325:6, 2325:7, 2325:13, 2326:7, 2327:6, 2327:15, 2328:3, 2328:22, 2330:18, 2331:21, 2333:3, 2333:20, 2336:8, 2337:21, 2337:22, 2339:16, 2339:17, 2342:22, 2345:19, 2348:10, 2350:3, 2350:15, 2351:14, 2355:7, 2355:16, 2356:13, 2357:14, 2358:10, 2358:17, 2358:18, 2359:5, 2360:4, 2361:23, 2364:12, 2364:21, 2365:1, 2367:16, 2367:18, 2368:1, 2369:10

**ORDER** [82] - 2267:4, 2267:19, 2269:2, 2271:6, 2271:25, 2272:1, 2275:15, 2276:1, 2276:7, 2276:8, 2277:6, 2278:15, 2280:8, 2280:16, 2280:25, 2281:3, 2281:25, 2282:2, 2283:18, 2283:21, 2283:23, 2284:23, 2285:4, 2285:7, 2285:11, 2285:15, 2285:23, 2285:24, 2286:1, 2286:6, 2286:8, 2286:15, 2286:21, 2289:4, 2291:6, 2292:5, 2294:24, 2295:1, 2295:6, 2295:12, 2295:16, 2301:20, 2304:2, 2304:20, 2308:19, 2309:18, 2309:21, 2311:11, 2312:24, 2320:6, 2320:24, 2321:7, 2321:15, 2322:19, 2322:20, 2332:9, 2333:19, 2341:1, 2347:10, 2347:20, 2347:24,

2349:12, 2349:19, 2349:20, 2350:12, 2350:13, 2350:19, 2351:11, 2351:18, 2352:19, 2354:23, 2354:25, 2358:3, 2360:4, 2362:11, 2362:18, 2363:4, 2363:5

**ORDERS** [17] - 2271:24, 2274:14, 2275:16, 2276:4, 2276:11, 2278:14, 2278:16, 2279:4, 2280:6, 2281:9, 2281:23, 2282:2, 2282:6, 2282:8, 2284:15, 2284:19

**ORGANIZATION** [2] - 2302:24, 2370:9

**ORIGINAL** [4] - 2291:6, 2322:19, 2332:11, 2334:14

**ORIGINATED** [1] - 2306:7

**ORLEANS** [24] - 2262:7, 2262:17, 2262:20, 2263:12, 2263:19, 2264:8, 2264:14, 2265:12, 2286:13, 2287:7, 2292:14, 2295:18, 2310:9, 2310:10, 2311:14, 2311:16, 2330:3, 2344:1, 2344:15, 2345:3, 2351:9, 2359:15, 2372:11

**OTHER** [21] - 2270:18, 2272:4, 2272:7, 2272:11, 2273:20, 2283:5, 2301:6, 2311:11, 2315:24, 2316:2, 2316:9, 2325:13, 2336:19, 2342:19, 2351:17, 2352:10, 2356:13, 2359:14, 2359:15, 2365:1, 2366:23

**OTHERS** [6] - 2277:16, 2295:19, 2309:1, 2311:15, 2347:13, 2347:14

**OUGHT** [1] - 2319:16

**OUR** [39] - 2267:11, 2269:11, 2271:16, 2285:19, 2287:12, 2288:4, 2291:13, 2292:23, 2293:11, 2294:11, 2297:24,

2299:20, 2304:12, 2305:5, 2305:22, 2305:25, 2306:2, 2306:7, 2306:16, 2306:17, 2306:18, 2308:20, 2311:6, 2317:21, 2318:1, 2318:3, 2319:11, 2320:16, 2323:10, 2327:11, 2327:12, 2327:18, 2331:16, 2331:23, 2341:5, 2344:23, 2345:3, 2346:17, 2364:12

**OUT** [21] - 2273:3, 2275:10, 2276:4, 2282:1, 2286:19, 2290:23, 2297:13, 2299:6, 2307:22, 2311:8, 2318:20, 2324:24, 2325:12, 2328:7, 2330:15, 2330:18, 2336:19, 2337:14, 2365:8, 2365:10, 2366:9

**OUTLINE** [6] - 2296:9, 2296:10, 2358:15, 2363:7, 2365:21, 2370:9

**OUTSIDE** [1] - 2316:3

**OVER** [10] - 2271:19, 2307:22, 2317:8, 2323:17, 2328:16, 2329:9, 2353:22, 2359:16, 2365:23, 2366:22

**OVERALL** [8] - 2300:6, 2350:17, 2355:24, 2366:20, 2366:22, 2367:5, 2370:4, 2370:6

**OVERARCHING** [1] - 2282:7

**OVERRULE** [2] - 2272:13, 2329:5

**OVERRULED** [1] - 2329:1

**OVERSEEING** [2] - 2274:4, 2306:1

**OVERSIGHT** [3] - 2273:3, 2273:13, 2347:6

**OVERVIEW** [1] - 2287:11

**OWEN** [1] - 2264:3

**OWN** [2] - 2282:9, 2305:22

**OWNER** [1] - 2292:7

**HOURLY TRANSCRIPT**

# P

**P.M** [1] - 2372:21
**P.O** [1] - 2265:7
**PAGE** [55] - 2266:3, 2275:10, 2281:5, 2281:6, 2282:11, 2288:1, 2291:15, 2292:22, 2294:2, 2295:3, 2295:7, 2297:23, 2300:1, 2300:9, 2301:13, 2304:9, 2304:10, 2308:5, 2311:3, 2313:15, 2313:17, 2314:2, 2314:9, 2329:3, 2332:1, 2332:2, 2332:21, 2333:3, 2340:12, 2351:2, 2351:20, 2355:4, 2355:11, 2356:9, 2359:10, 2361:5, 2361:6, 2361:21, 2362:12, 2362:19, 2363:11, 2363:12, 2363:17, 2366:17, 2366:24, 2366:25, 2368:8, 2368:10, 2370:2, 2370:13, 2370:18, 2371:12, 2371:17, 2371:21
**PAGES** [11] - 2284:25, 2285:4, 2297:18, 2301:14, 2302:23, 2303:5, 2328:10, 2328:11, 2328:13, 2371:13
**PAID** [2] - 2325:9, 2325:17
**PALMINTIER** [2] - 2263:3, 2263:4
**PAPANTONIO** [1] - 2263:21
**PAPER** [1] - 2332:1
**PARAGRAPH** [13] - 2284:12, 2288:6, 2288:23, 2290:2, 2351:21, 2351:22, 2352:15, 2355:12, 2355:16, 2358:5, 2358:7, 2358:15, 2370:19
**PARALLEL** [1] - 2318:5
**PARAMETERS** [2] - 2349:18, 2350:10
**PARDON** [1] - 2317:8
**PARISH** [1] - 2330:3

**PART** [28] - 2293:19, 2299:1, 2300:25, 2302:25, 2305:4, 2307:9, 2307:18, 2307:20, 2315:22, 2317:2, 2318:1, 2318:10, 2321:3, 2324:1, 2324:25, 2330:1, 2341:6, 2349:5, 2349:23, 2350:12, 2350:21, 2354:3, 2357:23, 2358:4, 2360:16, 2363:10, 2364:18, 2366:5
**PARTIALLY** [1] - 2314:24
**PARTICIPATE** [1] - 2287:4
**PARTICIPATED** [1] - 2352:8
**PARTICULAR** [9] - 2269:20, 2270:8, 2279:12, 2280:20, 2282:3, 2320:15, 2325:24, 2351:15, 2360:18
**PARTICULARLY** [2] - 2274:4, 2346:19
**PARTY** [1] - 2319:24
**PAST** [2] - 2290:9, 2306:3
**PAUL** [2] - 2287:8, 2292:6
**PDT** [2] - 2349:3, 2349:5
**PENDING** [1] - 2336:3
**PENSACOLA** [1] - 2263:23
**PENULTIMATE** [1] - 2273:15
**PEOPLE** [18] - 2276:3, 2278:13, 2284:22, 2292:19, 2303:2, 2307:19, 2309:6, 2310:9, 2310:24, 2311:3, 2311:9, 2311:10, 2311:11, 2311:12, 2311:13, 2323:20, 2330:15
**PEPPER** [4] - 2265:11, 2373:3, 2373:12, 2373:13
**PER** [4] - 2341:6, 2352:6, 2353:4, 2354:14
**PERCENT** [3] - 2270:15, 2354:7, 2354:16
**PERFECTLY** [1] -

2315:18
**PERFORM** [13] - 2279:4, 2281:23, 2282:23, 2285:15, 2289:24, 2295:12, 2299:7, 2352:17, 2353:8, 2353:9, 2354:10, 2355:10, 2356:7
**PERFORMANCE** [4] - 2353:25, 2354:1, 2354:5, 2354:11
**PERFORMED** [12] - 2290:9, 2297:14, 2299:3, 2303:22, 2310:19, 2351:25, 2352:5, 2352:19, 2353:10, 2359:13, 2359:14
**PERFORMING** [3] - 2353:11, 2353:12, 2363:3
**PERIOD** [1] - 2273:21
**PERMIT** [4] - 2326:5, 2328:19, 2329:7, 2329:20
**PERMITS** [2] - 2328:4, 2328:5
**PERMITTED** [1] - 2289:8
**PERSON** [3] - 2293:24, 2308:6, 2323:9
**PERSON'S** [1] - 2294:16
**PERSONAL** [3] - 2313:3, 2337:2, 2337:4
**PERSONALLY** [9] - 2287:3, 2323:4, 2327:5, 2328:1, 2333:22, 2334:25, 2352:5, 2355:4, 2356:6
**PERSONNEL** [11] - 2278:6, 2278:11, 2278:13, 2284:14, 2284:18, 2285:2, 2285:14, 2305:16, 2306:4, 2306:24, 2370:10
**PERSONS** [1] - 2322:15
**PERTAINING** [1] - 2284:16
**PERTAINS** [1] - 2262:8
**PHASE** [17] - 2288:4, 2292:17, 2293:12, 2295:15, 2299:19,

2299:23, 2301:11, 2302:13, 2310:21, 2310:23, 2314:17, 2315:11, 2337:25, 2347:19, 2353:11, 2360:20
**PHASES** [5] - 2278:8, 2278:18, 2310:23, 2311:18, 2311:20
**PHONE** [2] - 2293:18, 2295:20
**PHRASE** [1] - 2356:12
**PHRASED** [1] - 2356:16
**PIECES** [2] - 2314:24, 2332:1
**PIGMAN** [1] - 2264:11
**PILES** [7] - 2298:5, 2298:9, 2326:8, 2326:10, 2326:15, 2326:20, 2326:23
**PILINGS** [1] - 2326:1
**PLACE** [2] - 2295:16, 2303:20
**PLACED** [1] - 2318:4
**PLAINTIFF** [1] - 2312:20
**PLAINTIFFS** [4] - 2262:15, 2274:16, 2328:10, 2341:23
**PLAN** [23] - 2299:16, 2299:18, 2299:21, 2299:22, 2301:8, 2301:11, 2302:15, 2302:18, 2302:22, 2303:13, 2306:18, 2323:3, 2323:22, 2340:13, 2348:20, 2352:3, 2366:18, 2366:19, 2366:20, 2367:8, 2368:6, 2372:16
**PLANNED** [3] - 2307:11, 2349:22, 2365:22
**PLANNING** [7] - 2293:20, 2295:14, 2302:13, 2310:21, 2348:14, 2349:4, 2372:19
**PLANS** [19] - 2297:22, 2297:24, 2301:24, 2302:3, 2302:10, 2303:20, 2323:1, 2323:7, 2345:18, 2350:20, 2352:2, 2366:1, 2366:4, 2366:7, 2366:12, 2366:14, 2366:23
**PLANT** [1] - 2279:3

**PLAUSIBLE** [1] - 2316:7
**PLAY** [1] - 2368:2
**PLC** [1] - 2264:7
**PLEASE** [16] - 2267:7, 2267:8, 2268:12, 2268:21, 2275:13, 2314:1, 2333:2, 2341:17, 2342:7, 2343:6, 2351:1, 2351:21, 2353:17, 2353:24, 2371:4, 2371:21
**PLUS** [5] - 2272:22, 2272:25, 2273:2, 2273:7, 2273:12
**POINT** [31] - 2275:1, 2275:24, 2286:2, 2292:21, 2310:21, 2313:7, 2313:9, 2313:12, 2313:23, 2320:8, 2322:25, 2323:2, 2325:20, 2327:14, 2328:7, 2328:8, 2331:9, 2331:12, 2332:23, 2349:4, 2357:6, 2363:17, 2364:8, 2364:25, 2366:3, 2366:6, 2367:1, 2367:14, 2370:24, 2371:6, 2372:12
**POINTS** [4] - 2311:25, 2367:20, 2367:23, 2368:2
**POLLUTION** [2] - 2323:20, 2346:13
**PONTCHARTRAIN** [1] - 2316:20
**POPILE** [2] - 2347:20
**POPULATION** [1] - 2317:12
**PORT** [1] - 2359:15
**PORTION** [3] - 2303:25, 2304:8, 2304:25
**PORTIONS** [1] - 2349:16
**POSITION** [15] - 2270:3, 2270:5, 2270:6, 2277:8, 2280:6, 2286:12, 2308:8, 2344:2, 2344:4, 2344:13, 2344:17, 2344:25, 2345:1, 2345:8, 2345:22
**POSITIONS** [2] - 2293:4, 2351:17
**POTENTIAL** [7] -

2282:15, 2322:15, 2323:8, 2363:20, 2367:6, 2367:24, 2369:19
**POYDRAS** [2] - 2263:12, 2265:12
**PRACTICE** [1] - 2324:10
**PRACTICES** [2] - 2364:16, 2367:11
**PREAWARDED** [1] - 2346:23
**PRECLUDED** [1] - 2321:24
**PRECONSTRUCTIO N** [4] - 2310:3, 2310:6, 2310:15, 2310:17
**PRECURSOR** [1] - 2320:23
**PREEXISTING** [1] - 2318:2
**PREFER** [1] - 2329:6
**PRELIMINARY** [4] - 2267:11, 2267:12, 2350:15, 2372:8
**PREPARATION** [3] - 2314:12, 2314:20, 2362:8
**PREPARE** [6] - 2280:15, 2288:13, 2303:21, 2304:2, 2350:16, 2363:8
**PREPARED** [6] - 2286:4, 2287:1, 2299:24, 2355:5, 2362:7, 2366:11
**PREPLACED** [1] - 2346:22
**PREPPED** [1] - 2330:12
**PRESENTED** [2] - 2339:12, 2339:13
**PRESUMPTIVE** [1] - 2324:25
**PRETTY** [1] - 2315:10
**PREVIOUS** [2] - 2278:16, 2370:20
**PREVIOUSLY** [4] - 2306:21, 2353:3, 2359:12, 2365:2
**PRICE** [1] - 2272:24
**PRICED** [1] - 2307:15
**PRIMARILY** [4] - 2346:11, 2347:4, 2358:25, 2364:19
**PRIMARY** [1] - 2297:16
**PRINCIPLES** [1] - 2367:11

**PRIOR** [11] - 2270:5, 2290:7, 2305:3, 2345:20, 2357:24, 2359:3, 2359:4, 2359:12, 2370:23, 2372:9
**PRIVATE** [1] - 2270:1
**PROBABLY** [10] - 2270:15, 2276:18, 2277:14, 2277:17, 2303:18, 2312:7, 2316:2, 2318:17, 2341:24, 2342:23
**PROBLEM** [5] - 2297:9, 2319:25, 2333:9, 2334:18, 2363:13
**PROCEDURES** [2] - 2299:20, 2366:1
**PROCEED** [1] - 2312:13
**PROCEEDINGS** [7] - 2262:11, 2265:14, 2267:1, 2275:1, 2313:12, 2313:23, 2373:9
**PROCESS** [9] - 2269:22, 2269:23, 2273:7, 2281:2, 2293:20, 2296:6, 2325:20, 2326:16, 2329:7
**PROCESSES** [1] - 2299:20
**PROCTOR** [1] - 2263:22
**PRODUCED** [1] - 2265:14
**PRODUCTS** [1] - 2278:15
**PROFESSION** [2] - 2343:9, 2343:14
**PROFESSIONAL** [6] - 2270:24, 2308:11, 2321:20, 2343:21, 2367:10, 2369:8
**PROGRAM** [27] - 2268:25, 2270:10, 2271:7, 2272:2, 2274:24, 2275:24, 2276:9, 2276:10, 2276:14, 2276:17, 2276:18, 2276:20, 2276:24, 2276:25, 2277:5, 2277:9, 2278:13, 2279:22, 2282:7, 2285:13, 2285:25, 2286:17, 2289:1, 2292:9, 2293:9, 2308:23,

2346:13
**PROGRAMMER** [1] - 2275:23
**PROGRESS** [1] - 2353:15
**PROGRESSED** [2] - 2301:19, 2365:23
**PROJECT** [145] - 2270:7, 2270:8, 2270:9, 2272:1, 2272:17, 2276:2, 2276:5, 2276:7, 2276:11, 2278:8, 2280:20, 2281:10, 2282:24, 2283:6, 2283:13, 2284:18, 2285:9, 2285:10, 2286:4, 2286:5, 2286:7, 2286:14, 2286:16, 2286:17, 2286:19, 2287:9, 2288:4, 2288:7, 2290:24, 2292:3, 2292:25, 2293:3, 2293:14, 2293:15, 2293:16, 2294:18, 2294:20, 2298:19, 2298:25, 2299:1, 2299:6, 2299:9, 2299:16, 2299:17, 2299:21, 2300:6, 2301:8, 2302:5, 2302:8, 2302:15, 2302:18, 2302:21, 2302:24, 2303:1, 2303:3, 2303:6, 2303:13, 2303:20, 2304:25, 2307:10, 2307:12, 2307:13, 2307:19, 2307:24, 2307:25, 2308:6, 2309:1, 2311:1, 2311:5, 2311:6, 2311:13, 2311:19, 2311:21, 2312:25, 2315:20, 2316:10, 2317:14, 2317:17, 2317:24, 2319:7, 2319:15, 2319:17, 2320:13, 2323:9, 2325:7, 2329:24, 2330:11, 2334:24, 2340:13, 2344:18, 2344:20, 2344:25, 2345:4, 2346:25, 2347:3, 2348:4, 2348:9, 2348:14, 2348:16, 2348:21, 2348:23, 2348:25, 2349:2, 2349:3, 2349:6, 2349:9,

2349:13, 2349:21, 2350:3, 2350:11, 2350:13, 2350:20, 2352:2, 2356:1, 2363:11, 2363:13, 2363:14, 2363:22, 2363:23, 2363:24, 2364:24, 2365:1, 2365:6, 2365:24, 2366:1, 2366:5, 2366:7, 2366:18, 2366:19, 2366:20, 2366:23, 2367:4, 2367:8, 2367:13, 2368:3, 2368:6, 2368:13, 2369:5, 2370:4, 2370:6
**PROJECTS** [9] - 2270:16, 2272:19, 2277:12, 2278:11, 2326:1, 2346:13, 2346:14, 2347:8, 2347:24
**PROMISE** [1] - 2277:22
**PROMOTION** [1] - 2276:15
**PROPER** [1] - 2334:9
**PROPERTY** [2] - 2322:16, 2323:9
**PROPOSAL** [41] - 2286:4, 2286:24, 2287:1, 2287:18, 2289:22, 2290:21, 2290:22, 2291:1, 2291:3, 2291:4, 2291:5, 2291:8, 2291:13, 2291:14, 2291:18, 2291:23, 2292:21, 2293:25, 2294:5, 2294:23, 2295:9, 2302:11, 2302:12, 2303:21, 2303:25, 2304:2, 2305:4, 2305:8, 2305:17, 2305:20, 2306:14, 2306:16, 2306:20, 2306:25, 2307:1, 2308:14, 2309:8, 2309:14, 2315:15, 2316:13
**PROPOSALS** [1] - 2308:25
**PROPOSED** [9] - 2299:10, 2299:12, 2308:25, 2309:6, 2345:14, 2354:1, 2354:7, 2358:21, 2370:9
**PROPOSING** [1] -

2302:25
**PROSPECTIVE** [1] - 2273:13
**PROTECTION** [2] - 2270:17, 2349:15
**PROTEGE** [1] - 2292:9
**PROVIDE** [30] - 2271:16, 2278:10, 2279:8, 2279:24, 2281:7, 2281:8, 2281:13, 2281:15, 2283:18, 2283:20, 2288:20, 2289:3, 2289:18, 2290:15, 2302:3, 2303:25, 2307:16, 2319:7, 2322:6, 2323:20, 2331:5, 2331:7, 2355:2, 2358:15, 2365:20, 2367:3, 2367:22, 2369:9, 2370:2, 2370:4
**PROVIDED** [14] - 2281:14, 2286:23, 2290:15, 2291:3, 2292:16, 2296:14, 2315:9, 2318:1, 2319:21, 2320:24, 2321:16, 2340:25, 2357:25, 2361:18
**PROVIDES** [2] - 2340:19, 2370:3
**PROVIDING** [4] - 2278:5, 2279:23, 2316:13, 2355:21
**PROVISION** [7] - 2278:2, 2279:7, 2280:11, 2280:18, 2281:12, 2283:19, 2284:20
**PROVISIONS** [3] - 2276:21, 2277:20, 2279:14
**PROXIMITY** [1] - 2318:23
**PULL** [1] - 2329:3
**PULLING** [4] - 2326:10, 2326:12, 2326:20, 2326:22
**PUMP** [1] - 2284:8
**PURPOSE** [11] - 2275:10, 2275:14, 2297:16, 2299:17, 2310:6, 2350:8, 2350:9, 2354:24, 2362:20, 2362:21, 2366:18
**PURSUE** [1] - 2273:21
**PUT** [9] - 2282:17, 2288:17, 2289:22,

2290:21, 2295:21,
2301:13, 2307:25,
2318:2, 2335:9
**PUTTING** [2] -
2290:22, 2295:22

## Q

**QA** [1] - 2345:24
**QUALIFICATIONS** [2]
- 2284:15, 2285:3
**QUALIFIED** [1] -
2321:20
**QUALITY** [12] -
2274:6, 2346:6,
2352:3, 2352:8,
2352:9, 2352:12,
2352:16, 2352:20,
2353:6, 2353:11,
2370:14
**QUANTITY** [1] -
2271:21
**QUARTER** [2] -
2354:14, 2354:17
**QUARTERLY** [1] -
2354:9
**QUESTION** [32] -
2272:12, 2274:1,
2279:16, 2289:7,
2308:24, 2318:20,
2321:10, 2321:17,
2325:1, 2326:7,
2327:21, 2332:13,
2332:22, 2333:23,
2334:1, 2334:3,
2334:6, 2334:12,
2334:14, 2335:12,
2335:21, 2336:1,
2336:3, 2338:4,
2339:25, 2356:17,
2356:24, 2357:2,
2359:17, 2361:23,
2368:19, 2371:6
**QUESTIONING** [2] -
2312:10, 2325:5
**QUESTIONS** [12] -
2317:10, 2318:22,
2321:4, 2325:13,
2331:14, 2335:19,
2335:24, 2339:19,
2341:8, 2356:15,
2356:23, 2368:20
**QUICKLY** [2] -
2347:10, 2349:19
**QUITE** [2] - 2273:14,
2356:20

## R

**R-O-E** [1] - 2268:23
**RADAR** [1] - 2338:2
**RADIOACTIVE** [3] -
2271:15, 2279:6,
2346:9
**RAISE** [2] - 2268:12,
2342:7
**RAISED** [2] - 2291:8,
2349:16
**RAMP** [4] - 2365:19,
2365:21, 2366:5
**RAMP-UP** [1] - 2366:5
**RAN** [1] - 2318:5
**RANGE** [2] - 2354:17,
2360:23
**RATE** [1] - 2293:1
**RATHER** [1] - 2278:20
**RAYTHEON** [1] -
2269:10
**RE** [1] - 2262:4
**READ** [19] - 2275:13,
2278:2, 2278:25,
2280:13, 2281:6,
2281:19, 2284:11,
2300:3, 2300:16,
2328:13, 2328:16,
2328:18, 2329:10,
2329:12, 2330:5,
2330:17, 2340:7,
2340:19, 2356:10
**READING** [1] -
2276:22
**READS** [2] - 2330:2,
2355:12
**READY** [2] - 2267:11,
2345:15
**REALIZE** [1] - 2337:12
**REALLY** [10] -
2270:14, 2271:18,
2272:11, 2272:23,
2278:12, 2285:17,
2306:10, 2311:12,
2319:12, 2357:15
**REALTIME** [3] -
2265:11, 2373:3,
2373:13
**REASON** [5] -
2292:12, 2316:7,
2322:17, 2324:1,
2331:7
**RECALL** [7] - 2316:5,
2318:25, 2319:2,
2320:11, 2326:3,
2330:8, 2361:11
**RECEIVE** [3] -
2272:16, 2297:11,
2304:2

**RECEIVED** [5] -
2270:24, 2287:23,
2295:8, 2332:6,
2349:1
**RECEIVING** [2] -
2303:18, 2305:3
**RECENTLY** [1] -
2349:1
**RECESS** [9] - 2336:6,
2339:23, 2339:24,
2340:5, 2341:14,
2341:16, 2371:7,
2372:15, 2372:22
**RECESS.................
................** [1] -
2266:11
**RECOGNIZE** [8] -
2318:13, 2327:1,
2340:11, 2351:3,
2354:18, 2362:4,
2368:6
**RECOGNIZED** [2] -
2319:25, 2320:4
**RECOLLECTIONS** [1]
- 2313:3
**RECOMMEND** [2] -
2315:19, 2358:2
**RECOMMENDATION**
[17] - 2295:23,
2296:2, 2296:4,
2296:7, 2296:21,
2297:13, 2300:13,
2301:23, 2302:6,
2302:21, 2306:22,
2332:12, 2334:22,
2338:25, 2362:8,
2364:12, 2365:17
**RECOMMENDATION
S** [24] - 2293:13,
2293:19, 2293:20,
2295:15, 2295:21,
2296:24, 2297:4,
2297:20, 2299:19,
2299:23, 2301:25,
2302:4, 2306:8,
2306:10, 2315:11,
2316:1, 2316:2,
2322:22, 2339:17,
2350:24, 2358:2,
2358:17, 2362:14,
2363:9
**RECOMMENDED** [1] -
2297:14
**RECOMMENDING** [1]
- 2288:14
**RECONSTRUCTED**
[1] - 2349:17
**RECORD** [9] -
2268:22, 2275:2,
2275:13, 2295:10,

2313:13, 2313:24,
2343:6, 2346:16,
2373:8
**RECORDED** [1] -
2265:14
**REDIRECT** [4] -
2339:23, 2340:1,
2341:11, 2341:12
**REDUCTION** [1] -
2344:9
**REFER** [5] - 2269:15,
2301:20, 2351:2,
2356:11, 2372:1
**REFEREES** [1] -
2337:9
**REFERENCE** [7] -
2291:23, 2299:13,
2301:14, 2303:8,
2305:12, 2337:20,
2368:23
**REFERENCED** [6] -
2287:3, 2293:14,
2293:23, 2294:14,
2307:21, 2308:2
**REFERENCES** [2] -
2292:3, 2303:6
**REFERRED** [4] -
2272:2, 2280:18,
2307:6, 2345:9
**REFERRING** [1] -
2297:18
**REFRESHING** [1] -
2275:3
**REGARD** [3] - 2296:7,
2300:18, 2332:7
**REGARDING** [4] -
2290:7, 2325:23,
2331:5, 2338:25
**REGARDS** [3] -
2290:9, 2323:10,
2332:11
**REGISTERED** [2] -
2373:3, 2373:14
**REGULATORY** [3] -
2292:15, 2301:17,
2303:10
**REIMBURSABLE** [4] -
2273:1, 2274:3,
2347:4, 2348:2
**REIMBURSABLE-
TYPE** [1] - 2348:2
**RELATE** [2] - 2272:8,
2301:20
**RELATED** [3] -
2281:22, 2324:17,
2367:16
**RELATES** [2] -
2273:15, 2332:22
**RELATING** [5] -
2351:17, 2358:20,

2360:21, 2361:25,
2363:22
**RELATIONSHIP** [3] -
2282:1, 2282:5,
2292:11
**RELATIVE** [3] -
2316:9, 2367:22,
2369:18
**RELEVANCE** [1] -
2272:7
**RELEVANT** [5] -
2272:9, 2289:13,
2324:14, 2325:7,
2337:4
**RELIED** [2] - 2331:4,
2331:10
**RELOCATED** [1] -
2286:13
**REMAIN** [1] - 2349:11
**REMAINDER** [1] -
2355:25
**REMEDIAL** [9] -
2281:20, 2281:22,
2282:10, 2282:12,
2282:14, 2282:15,
2282:24, 2283:9,
2368:13
**REMEDIATE** [1] -
2288:19, 2294:12,
2297:21
**REMEDIATED** [1] -
2298:18
**REMEDIATION** [41] -
2271:13, 2271:17,
2272:24, 2275:15,
2275:18, 2275:19,
2275:20, 2277:12,
2278:4, 2278:8,
2278:11, 2282:24,
2284:2, 2288:15,
2288:21, 2295:13,
2297:15, 2301:24,
2303:3, 2303:10,
2303:22, 2305:23,
2308:20, 2309:15,
2310:2, 2314:18,
2315:22, 2325:3,
2331:17, 2335:6,
2348:3, 2358:4,
2358:21, 2362:17,
2366:8, 2366:15,
2366:21, 2367:3,
2367:12, 2370:6,
2370:7
**REMEDIATIONS** [1] -
2278:7
**REMEMBER** [3] -
2302:2, 2330:14,
2334:14
**REMIND** [1] - 2321:9

**HOURLY TRANSCRIPT**

REMOVAL [4] - 2283:4, 2298:1, 2308:21, 2332:8
REMOVE [5] - 2298:1, 2298:14, 2309:6, 2326:1, 2372:3
REMOVED [3] - 2290:12, 2298:8, 2341:5
REMOVING [2] - 2298:12, 2345:19
REPEATING [1] - 2321:9
REPLACEMENT [14] - 2348:4, 2348:8, 2348:21, 2348:23, 2349:2, 2349:6, 2349:9, 2349:13, 2349:21, 2349:23, 2350:3, 2350:13, 2350:17, 2359:17
REPORT [48] - 2276:8, 2288:14, 2288:18, 2293:13, 2293:20, 2295:15, 2295:21, 2295:23, 2295:24, 2296:2, 2296:4, 2296:7, 2296:11, 2296:13, 2296:17, 2296:21, 2296:24, 2297:4, 2297:13, 2297:19, 2298:21, 2299:19, 2299:23, 2300:13, 2301:24, 2301:25, 2302:4, 2302:6, 2302:21, 2306:8, 2306:10, 2306:22, 2315:11, 2322:23, 2332:12, 2334:22, 2350:7, 2350:23, 2350:24, 2358:2, 2360:16, 2362:7, 2362:8, 2362:14, 2362:20, 2362:21, 2363:9, 2370:20
REPORTED [1] - 2286:18
REPORTER [9] - 2265:11, 2265:11, 2373:3, 2373:4, 2373:5, 2373:13, 2373:14, 2373:14
REPORTER'S [1] - 2373:1
REPORTING [1] - 2303:11
REPORTS [8] - 2290:6, 2290:8, 2290:11, 2293:18,

2293:19, 2294:20, 2349:5, 2372:9
REPRESENT [1] - 2312:20
REPRESENTATIVE [4] - 2327:2, 2348:12, 2351:10, 2351:12
REQUEST [7] - 2286:23, 2287:18, 2295:8, 2315:8, 2315:9, 2319:24, 2329:20
REQUESTED [3] - 2285:20, 2369:1, 2369:2
REQUESTING [3] - 2289:2, 2351:7, 2355:9
REQUESTS [2] - 2369:4, 2369:7
REQUIRE [4] - 2283:23, 2352:24, 2368:25, 2369:9
REQUIRED [18] - 2279:24, 2282:23, 2283:20, 2284:1, 2284:15, 2284:20, 2285:4, 2285:10, 2288:15, 2289:18, 2319:6, 2333:19, 2354:10, 2355:21, 2364:17, 2367:12, 2368:13, 2368:23
REQUIREMENT [2] - 2293:23, 2326:3
REQUIREMENTS [11] - 2281:22, 2281:24, 2283:8, 2284:17, 2288:7, 2301:17, 2352:1, 2352:20, 2355:9, 2356:1
REQUIRES [4] - 2279:1, 2279:2, 2279:8, 2347:5
REQUIRING [1] - 2289:6
RESOURCES [9] - 2280:7, 2281:17, 2305:16, 2305:19, 2305:21, 2305:24, 2315:14, 2319:7, 2319:9
RESPECT [3] - 2300:6, 2324:7, 2330:21
RESPONDING [1] - 2303:19
RESPONSE [9] - 2287:1, 2290:19, 2294:22, 2302:10,

2305:1, 2315:8, 2316:13, 2321:5, 2359:25
RESPONSIBILITIES [5] - 2269:1, 2275:22, 2286:15, 2344:20, 2353:5
RESPONSIBILITY [10] - 2323:3, 2323:6, 2327:6, 2327:7, 2346:10, 2351:24, 2352:16, 2352:17, 2353:25, 2357:24
RESPONSIBLE [6] - 2345:5, 2348:13, 2348:19, 2353:18, 2355:20, 2370:3
REST [1] - 2311:9
RESTORATION [4] - 2271:12, 2278:3, 2346:13, 2346:15
RESUBMITTED [1] - 2291:4
RESULTED [1] - 2363:9
RESULTING [1] - 2323:12
RETAIN [1] - 2322:2
RETAINED [3] - 2320:16, 2323:23, 2325:3
REVETMENT [1] - 2345:7
REVIEW [13] - 2288:11, 2295:25, 2327:6, 2327:7, 2327:8, 2339:15, 2345:12, 2345:14, 2345:17, 2349:5, 2355:15, 2356:8, 2358:14
REVIEWED [4] - 2291:3, 2296:14, 2303:17, 2324:19
REVIEWING [1] - 2288:13
REVIEWS [1] - 2345:10
REVISED [7] - 2291:4, 2291:5, 2291:13, 2291:18, 2291:23, 2294:22, 2306:15
REVISION [2] - 2291:14, 2303:19
RFP [6] - 2286:24, 2287:18, 2287:23, 2290:19, 2302:9, 2302:10
RIGHT [25] - 2267:9, 2268:12, 2274:15,

2277:4, 2313:6, 2313:21, 2314:6, 2314:16, 2316:18, 2322:4, 2322:8, 2330:2, 2330:10, 2335:15, 2336:3, 2336:5, 2337:8, 2339:10, 2341:10, 2342:3, 2342:6, 2342:7, 2343:2, 2356:22, 2362:12
RIGIDLY [1] - 2328:14
RISE [3] - 2267:7, 2341:17, 2372:20
RISK [3] - 2339:12, 2339:13, 2344:9
RIVER [3] - 2316:20, 2349:17, 2365:14
RMR [2] - 2265:11, 2373:13
ROAD [6] - 2318:11, 2327:18, 2340:22, 2341:4, 2341:5, 2358:22
ROBERT [2] - 2264:7, 2264:7
ROBIN [1] - 2265:4
ROE [19] - 2268:10, 2268:18, 2268:23, 2268:24, 2269:6, 2274:22, 2275:6, 2275:17, 2284:12, 2287:14, 2287:23, 2295:12, 2297:13, 2301:9, 2302:14, 2309:20, 2312:17, 2314:9, 2334:21
ROE'S [1] - 2331:25
ROE..........................
.............. [1] - 2266:6
ROLE [7] - 2271:5, 2276:16, 2285:13, 2285:25, 2294:17, 2307:11, 2355:2
ROLES [1] - 2285:3
ROLLUP [2] - 2307:3, 2307:6
ROOM [1] - 2265:12
ROUGE [1] - 2263:5
RULE [3] - 2267:15, 2268:3, 2334:15
RULED [1] - 2328:25
RUN [2] - 2276:8, 2298:22
RUN-DOWN [1] - 2298:22
RUNDOWN [1] - 2310:18
RUNS [1] - 2371:13
RUPERT [1] - 2265:5

# S

S/CATHY [1] - 2373:12
SAFE [1] - 2281:10
SAFETY [8] - 2322:25, 2323:15, 2323:22, 2324:10, 2331:15, 2338:21, 2339:1, 2370:13
SAID [14] - 2272:17, 2276:24, 2321:6, 2321:8, 2330:8, 2330:11, 2330:25, 2332:14, 2336:9, 2336:11, 2336:17, 2337:5, 2350:12
SAKE [1] - 2269:14
SAME [7] - 2295:7, 2306:9, 2329:5, 2329:9, 2350:22, 2350:24, 2371:23
SAMPLING [5] - 2298:11, 2303:11, 2306:1, 2356:13, 2370:5
SANCTIONED [1] - 2292:10
SAND [1] - 2365:15
SAY [16] - 2279:14, 2289:14, 2300:23, 2321:7, 2327:21, 2334:9, 2336:2, 2357:11, 2359:4, 2359:5, 2359:21, 2359:24, 2366:13, 2368:1, 2372:16
SAYING [4] - 2315:24, 2322:18, 2329:10, 2330:14
SAYS [19] - 2280:5, 2282:15, 2283:17, 2288:6, 2288:10, 2289:18, 2291:14, 2300:9, 2300:19, 2330:1, 2336:17, 2353:8, 2356:12, 2360:13, 2361:21, 2364:17, 2364:23, 2367:1, 2371:3
SCHEDULE [10] - 2290:25, 2294:15, 2294:19, 2294:20, 2306:18, 2340:20, 2354:2, 2354:3, 2354:4, 2354:6
SCHEDULED [1] - 2280:23
SCHEDULING [1] -

2347:6
**SCHEME** [1] - 2328:22
**SCHULTZ** [1] - 2263:22
**SCIENCE** [3] - 2270:22, 2320:5, 2343:20
**SCOPE** [23] - 2272:17, 2273:18, 2288:14, 2294:11, 2302:8, 2306:7, 2308:20, 2314:23, 2315:21, 2316:3, 2328:6, 2328:14, 2330:16, 2355:7, 2356:8, 2357:23, 2358:2, 2358:18, 2362:17, 2364:18, 2365:23, 2366:10, 2367:19
**SCOPING** [1] - 2322:21
**SCORE** [1] - 2354:11
**SCORED** [1] - 2354:16
**SCORES** [1] - 2354:14
**SCOTT** [1] - 2263:18
**SCREEN** [5] - 2274:10, 2287:19, 2301:14, 2338:2, 2364:8
**SE** [1] - 2341:6
**SEA** [1] - 2317:12
**SEATED** [2] - 2267:8, 2268:21
**SECOND** [11] - 2267:19, 2297:6, 2347:18, 2349:22, 2360:12, 2360:14, 2360:15, 2361:4, 2361:5
**SECTION** [45] - 2262:6, 2275:9, 2275:11, 2278:1, 2278:25, 2280:12, 2281:18, 2281:20, 2282:12, 2283:8, 2284:11, 2284:24, 2284:25, 2285:8, 2292:1, 2292:2, 2294:15, 2297:20, 2299:16, 2300:2, 2300:4, 2300:13, 2301:1, 2303:8, 2307:1, 2340:16, 2349:14, 2356:1, 2359:10, 2360:12, 2360:15, 2361:8, 2361:21, 2362:19, 2363:11, 2363:14, 2365:16, 2365:17, 2365:20, 2365:21,

2366:3, 2370:2, 2370:8
**SECTOR** [1] - 2270:1
**SECURITY** [1] - 2323:20
**SEE** [22] - 2283:2, 2287:20, 2288:13, 2291:14, 2291:17, 2292:24, 2293:2, 2293:7, 2293:9, 2294:7, 2294:9, 2297:23, 2303:8, 2307:18, 2313:11, 2314:4, 2324:17, 2332:21, 2333:11, 2371:19, 2371:23, 2371:24
**SEEM** [1] - 2363:12
**SEEMS** [1] - 2356:25
**SEEN** [1] - 2341:25
**SEEPAGE** [3] - 2320:9, 2324:4, 2369:10
**SEMI** [1] - 2312:12
**SEMI-COGENT** [1] - 2312:12
**SEND** [2] - 2341:22, 2342:1
**SENIOR** [3] - 2270:7, 2270:9, 2348:25
**SENSE** [3] - 2317:7, 2337:14, 2337:21
**SENSEBE** [1] - 2277:10
**SENT** [6] - 2295:25, 2302:9, 2341:21, 2341:22, 2341:24
**SENTENCE** [15] - 2279:1, 2280:13, 2281:6, 2288:23, 2289:19, 2300:3, 2355:12, 2355:16, 2355:17, 2356:2, 2356:9, 2368:10, 2370:19, 2370:21, 2371:3
**SENTENCES** [3] - 2278:2, 2281:19, 2284:12
**SEPARATE** [3] - 2318:3, 2350:17, 2366:4
**SEPTEMBER** [2] - 2262:7, 2267:2
**SEQUESTRATION** [3] - 2267:16, 2267:19, 2268:3
**SERIES** [1] - 2350:4
**SERIOUS** [1] - 2322:24

**SERVED** [2] - 2350:24, 2362:16
**SERVICE** [4] - 2271:13, 2298:21, 2322:7, 2368:23
**SERVICES** [34] - 2269:25, 2271:17, 2275:20, 2278:19, 2283:9, 2283:10, 2283:12, 2283:13, 2283:18, 2283:20, 2283:23, 2284:1, 2284:9, 2288:24, 2302:20, 2315:19, 2319:20, 2319:25, 2320:5, 2353:10, 2355:8, 2355:13, 2355:21, 2355:22, 2356:3, 2356:6, 2356:7, 2361:22, 2361:24, 2367:3, 2367:16, 2367:22, 2368:19, 2368:21
**SESSION** [3] - 2262:11, 2267:8, 2341:18
**SET** [4] - 2297:24, 2360:17, 2360:19, 2365:25
**SEVEN** [3] - 2366:23, 2371:24
**SEVERAL** [3] - 2284:25, 2285:2, 2354:11
**SHALL** [11] - 2281:7, 2281:8, 2281:23, 2284:13, 2284:15, 2284:18, 2288:24, 2300:6, 2355:13, 2356:2, 2361:22
**SHAPE** [1] - 2364:12
**SHARED** [1] - 2331:9
**SHE** [6] - 2276:15, 2276:16, 2308:2, 2308:9, 2308:10, 2308:11
**SHEENA** [2] - 2341:22, 2342:2
**SHEET** [6] - 2304:11, 2304:13, 2307:4, 2307:5, 2307:6, 2308:3
**SHORING** [1] - 2364:17
**SHORT** [2] - 2264:8, 2267:15
**SHORTLY** [2] - 2310:4, 2363:5
**SHOULD** [5] - 2324:23, 2325:24,

2352:21, 2359:5, 2360:3
**SHOWING** [1] - 2287:11
**SHOWN** [1] - 2340:23
**SHOWS** [1] - 2307:4
**SIC** [1] - 2333:1
**SIDE** [4] - 2340:21, 2350:2, 2362:1, 2367:17
**SIGNATURE** [3] - 2295:3, 2302:17, 2368:8
**SIGNED** [4] - 2279:14, 2291:19, 2295:16, 2362:13
**SIGNIFICANCE** [1] - 2364:9
**SIMILAR** [2] - 2345:7, 2347:25
**SIMILARITY** [1] - 2347:23
**SIMILARLY** [1] - 2303:15
**SIMPLICITY'S** [1] - 2269:14
**SIMPLY** [2] - 2273:20, 2358:6
**SIMS** [3] - 2262:23, 2356:15, 2356:22
**SIMULTANEOUSLY** [2] - 2279:5, 2280:6
**SINCE** [7] - 2269:9, 2269:14, 2270:10, 2270:14, 2330:12, 2343:23, 2368:16
**SINGLE** [1] - 2278:8
**SIR** [23] - 2312:13, 2313:10, 2313:20, 2314:11, 2315:2, 2315:24, 2316:5, 2316:14, 2318:22, 2321:10, 2322:20, 2323:14, 2324:2, 2325:5, 2327:13, 2327:20, 2335:6, 2336:8, 2340:8, 2341:10, 2342:6, 2343:2, 2360:9
**SITE** [86] - 2272:17, 2275:15, 2275:21, 2280:21, 2284:17, 2286:23, 2287:3, 2287:4, 2287:10, 2287:11, 2287:13, 2288:11, 2288:13, 2288:17, 2288:19, 2288:21, 2290:7, 2290:20, 2292:6, 2292:7, 2292:16,

2294:12, 2295:19, 2297:22, 2297:25, 2298:15, 2298:16, 2298:17, 2298:18, 2298:20, 2299:4, 2301:16, 2305:24, 2309:25, 2310:2, 2310:4, 2311:7, 2314:12, 2314:20, 2316:17, 2317:23, 2318:1, 2323:10, 2323:13, 2323:21, 2323:22, 2325:3, 2326:10, 2327:8, 2327:11, 2327:12, 2331:22, 2332:10, 2340:23, 2340:24, 2347:14, 2347:19, 2347:21, 2352:7, 2352:11, 2352:12, 2352:24, 2353:2, 2355:15, 2358:21, 2360:20, 2362:8, 2363:21, 2363:23, 2363:24, 2363:25, 2364:4, 2364:13, 2365:1, 2365:4, 2365:13, 2366:8, 2366:21, 2367:25, 2368:13, 2370:10, 2370:13, 2372:10
**SITE'S** [1] - 2340:23
**SITES** [9] - 2271:14, 2271:15, 2271:17, 2278:4, 2279:6, 2282:9, 2282:22, 2346:23, 2365:12
**SITUATION** [1] - 2360:6
**SIX** [2] - 2366:7, 2366:13
**SKETCH** [1] - 2297:13
**SKILLS** [3] - 2285:6, 2285:18, 2285:19
**SKIP** [1] - 2301:12
**SLAP** [1] - 2304:13
**SLIDE** [1] - 2314:5
**SLIDELL** [2] - 2343:13, 2347:14
**SLIGHTLY** [1] - 2309:24
**SLOPE** [5] - 2298:16, 2364:9, 2364:11, 2364:12, 2364:15
**SLOPED** [1] - 2363:25
**SLOPING** [1] - 2299:4
**SMALL** [6] - 2292:8, 2292:13, 2311:6, 2330:1, 2363:6, 2365:14

SMITH [1] - 2265:4
SO [79] - 2267:12, 2268:16, 2271:13, 2271:16, 2271:25, 2272:2, 2272:24, 2274:2, 2274:5, 2276:16, 2276:18, 2277:3, 2277:18, 2278:1, 2282:17, 2282:20, 2283:17, 2284:7, 2286:13, 2286:18, 2288:17, 2291:17, 2292:12, 2292:16, 2292:23, 2293:1, 2293:2, 2293:10, 2293:19, 2296:10, 2296:19, 2298:3, 2298:10, 2298:21, 2298:23, 2299:5, 2300:22, 2302:3, 2305:8, 2305:25, 2306:2, 2306:16, 2307:14, 2309:19, 2310:8, 2311:7, 2313:2, 2314:23, 2317:11, 2317:13, 2320:3, 2321:3, 2321:22, 2322:4, 2322:24, 2323:6, 2323:8, 2325:10, 2325:12, 2325:22, 2329:15, 2330:4, 2330:11, 2331:16, 2332:6, 2336:2, 2336:21, 2337:5, 2342:10, 2342:19, 2357:1, 2357:13, 2359:22, 2359:25, 2360:7, 2365:5, 2365:17, 2372:17
SOIL [9] - 2298:10, 2298:11, 2298:12, 2324:4, 2326:23, 2331:6, 2339:4, 2360:22
SOILS [2] - 2324:7, 2361:1
SOLEMNLY [2] - 2268:14, 2342:8
SOME [19] - 2276:23, 2277:15, 2277:20, 2291:3, 2293:4, 2293:7, 2294:6, 2300:17, 2305:9, 2309:24, 2311:11, 2318:18, 2320:8, 2325:20, 2326:7, 2328:4, 2342:19, 2342:24, 2368:24

SOMEBODY'S [1] - 2325:5
SOMEHOW [1] - 2326:23
SOMETHING [7] - 2328:17, 2328:23, 2329:12, 2330:17, 2335:14, 2345:9, 2359:21
SOMEWHERE [1] - 2303:24
SOON [1] - 2267:14
SORRY [16] - 2275:6, 2275:16, 2287:23, 2297:8, 2298:6, 2313:16, 2323:17, 2327:7, 2335:8, 2335:18, 2337:13, 2343:11, 2351:8, 2363:16, 2366:25, 2368:19
SORT [8] - 2271:22, 2276:23, 2290:10, 2306:7, 2307:14, 2321:20, 2331:23, 2341:15
SORTS [1] - 2280:23
SOUGHT [1] - 2299:3
SOUND [1] - 2330:10
SOUTHERN [2] - 2317:2, 2349:16
SOUTHWEST [2] - 2263:15, 2271:18
SOUTHWESTERN [1] - 2343:18
SPACE [1] - 2292:17
SPANS [1] - 2284:25
SPEAK [4] - 2317:8, 2323:17, 2326:25, 2331:12
SPECIALIST [2] - 2293:3, 2293:17
SPECIALIZED [1] - 2324:3
SPECIALLY [1] - 2358:3
SPECIFIC [8] - 2277:20, 2279:14, 2281:24, 2284:16, 2285:15, 2307:24, 2358:17, 2369:7
SPECIFICALLY [9] - 2284:19, 2285:8, 2288:6, 2308:2, 2334:15, 2367:9, 2369:6, 2369:18, 2372:9
SPECIFICATIONS [3] - 2332:6, 2345:18, 2345:19

SPECIFICS [2] - 2288:5, 2361:11
SPECIFIED [2] - 2281:11, 2367:18
SPECULATE [2] - 2289:6, 2338:13
SPECULATION [5] - 2300:25, 2301:3, 2321:3, 2338:15, 2338:16
SPELL [2] - 2268:22, 2282:1
SPEND [1] - 2366:17
SPENT [1] - 2274:6
SPOKE [1] - 2267:14
SPREAD [1] - 2307:22
SPREADSHEETS [1] - 2307:2
SPRINGS [1] - 2263:16
STABILITY [2] - 2338:10, 2369:10
STAFF [6] - 2276:5, 2285:18, 2290:24, 2306:3, 2352:12, 2353:7
STAFF'S [1] - 2352:17
STAFFING [2] - 2307:4, 2308:24
STANDARD [3] - 2364:15, 2364:16, 2367:11
STANDING [1] - 2332:20
STANDPOINT [4] - 2331:13, 2359:17, 2359:18, 2360:1
STANDS [3] - 2271:12, 2345:11, 2346:9
STANWOOD [1] - 2262:12
START [18] - 2273:6, 2278:1, 2279:15, 2298:22, 2304:21, 2306:20, 2312:7, 2313:10, 2325:19, 2332:2, 2333:11, 2342:15, 2342:16, 2342:20, 2348:15, 2348:21, 2365:22, 2372:17
START-TO-FINISH [2] - 2298:22, 2306:20
STARTED [3] - 2310:1, 2310:4, 2355:1
STARTING [5] - 2280:13, 2281:6, 2297:22, 2300:14,

2332:5
STARTS [1] - 2279:1
STATE [5] - 2268:21, 2281:14, 2321:22, 2343:5, 2357:4, 2373:4
STATED [5] - 2353:3, 2356:8, 2357:16, 2358:5, 2359:12
STATEMENT [39] - 2280:16, 2280:17, 2280:19, 2280:24, 2281:15, 2282:9, 2282:18, 2283:17, 2285:16, 2285:17, 2285:20, 2285:24, 2286:25, 2288:3, 2288:5, 2288:8, 2288:20, 2289:2, 2290:3, 2292:20, 2293:23, 2295:5, 2295:8, 2302:11, 2304:3, 2304:24, 2305:2, 2305:12, 2305:17, 2306:5, 2306:8, 2314:25, 2315:9, 2317:22, 2325:14, 2355:5, 2355:6, 2355:7, 2361:21
STATEMENTS [1] - 2353:15
STATES [13] - 2262:1, 2262:12, 2265:3, 2288:24, 2300:8, 2300:22, 2317:2, 2318:15, 2332:7, 2333:12, 2342:4, 2373:5, 2373:15
STATION [1] - 2265:7
STATUS [3] - 2294:19, 2344:5, 2348:23
STAY [1] - 2325:8
STENOGRAPHY [1] - 2265:14
STEP [2] - 2267:24, 2311:7
STEPHEN [5] - 2266:6, 2268:10, 2268:18, 2268:23
STEVENS [3] - 2263:7, 2263:8, 2337:17
STILL [10] - 2272:24, 2274:10, 2278:24, 2278:25, 2280:12, 2297:24, 2329:23, 2334:8, 2342:21
STONE [1] - 2264:11
STORM [1] - 2344:8

STRATIGRAPHY [2] - 2360:22, 2360:24
STREAMLINED [1] - 2278:7
STREET [11] - 2262:16, 2262:20, 2263:5, 2263:12, 2263:19, 2263:23, 2264:8, 2264:14, 2265:12, 2347:18, 2349:25
STRIKE [2] - 2318:12, 2369:16
STRUCTURAL [1] - 2320:20
STRUCTURE [5] - 2331:18, 2333:19, 2333:21, 2338:9, 2344:23
STRUCTURES [7] - 2290:12, 2298:1, 2298:9, 2298:14, 2318:15, 2332:8, 2364:21
STUDIES [3] - 2350:20, 2357:24, 2359:13
STUDY [2] - 2359:18, 2359:22
STUFF [2] - 2270:19, 2329:9
SUBCONTRACTED [1] - 2305:25
SUBCONTRACTING [1] - 2306:18
SUBCONTRACTOR [5] - 2287:8, 2320:16, 2322:4, 2323:23, 2370:16
SUBCONTRACTORS [2] - 2306:1, 2322:3
SUBJECT [1] - 2268:2
SUBMIT [1] - 2354:12
SUBMITTALS [1] - 2353:23
SUBMITTED [7] - 2287:2, 2291:1, 2291:21, 2296:9, 2296:10, 2296:13, 2302:11
SUBMITTING [2] - 2291:8, 2303:19
SUBSEQUENT [2] - 2302:7, 2364:2
SUBSOIL [2] - 2324:18, 2327:3
SUBSOILS [1] - 2338:22
SUBSTANTIAL [1] - 2305:5

**HOURLY  TRANSCRIPT**

SUBSURFACE [2] - 2332:8, 2370:25
SUCCESSOR [1] - 2276:17
SUCH [3] - 2330:8, 2346:12, 2369:4
SUFFICIENT [1] - 2359:22
SUGGEST [2] - 2316:8, 2319:24
SUGGESTED [1] - 2319:4
SUGGESTING [2] - 2323:14, 2323:16
SUGGESTION [1] - 2319:23
SUITE [9] - 2262:24, 2263:12, 2263:19, 2263:23, 2264:4, 2275:19, 2278:19, 2284:5, 2322:6
SUMMARIZED [2] - 2329:10, 2329:12
SUMMARY [1] - 2311:25
SUMMER [4] - 2276:19, 2277:3, 2348:9, 2349:2
SUPERFUND [4] - 2346:12, 2347:14, 2347:19, 2347:21
SUPERINTENDENTS [1] - 2355:8
SUPPLIES [4] - 2288:25, 2355:13, 2356:7, 2368:12
SUPPORT [14] - 2276:3, 2281:8, 2281:13, 2283:9, 2293:6, 2293:8, 2294:15, 2307:10, 2307:13, 2307:14, 2307:16, 2307:17, 2308:4, 2370:6
SUPPOSED [2] - 2289:20, 2315:10
SURE [6] - 2273:14, 2274:5, 2274:6, 2286:11, 2318:19, 2361:19
SUREKOTE [4] - 2318:11, 2327:18, 2340:22, 2341:4
SURFACE [1] - 2339:12
SURPRISING [1] - 2337:20
SURVEYING [1] - 2298:7
SUSPECTED [1] -

2279:5
SUSTAINED [2] - 2309:11
SWEAR [2] - 2268:14, 2342:8
SWORN [2] - 2268:19, 2342:13
SYSTEM [6] - 2284:2, 2284:8, 2344:9, 2347:16, 2349:15, 2370:14
SYSTEMATIC [1] - 2300:5
SYSTEMS [1] - 2319:13

T

TABLE [8] - 2293:25, 2294:15, 2297:19, 2307:25, 2308:7, 2371:4, 2371:12, 2372:7
TAKE [28] - 2276:16, 2283:7, 2284:11, 2286:3, 2286:23, 2292:1, 2296:23, 2299:15, 2305:6, 2306:12, 2310:11, 2311:17, 2312:6, 2312:10, 2319:16, 2322:21, 2329:16, 2336:6, 2339:23, 2339:24, 2340:5, 2341:13, 2342:19, 2354:3, 2358:19, 2360:7, 2371:6, 2372:15
TAKEN [2] - 2271:2, 2332:24
TAKING [2] - 2286:12, 2317:14
TALK [4] - 2278:17, 2300:15, 2328:4, 2361:10
TALKED [6] - 2310:24, 2316:6, 2327:14, 2336:10, 2336:17, 2336:22
TALKING [8] - 2273:6, 2279:15, 2295:5, 2304:10, 2316:12, 2357:14, 2360:18, 2360:19
TANGENTS [1] - 2325:13
TANKS [1] - 2298:2
TASK [80] - 2269:1, 2271:6, 2271:25, 2272:1, 2276:7,

2276:8, 2276:11, 2277:6, 2278:14, 2278:15, 2278:16, 2280:25, 2281:3, 2282:1, 2282:2, 2282:6, 2282:8, 2283:2, 2283:18, 2283:21, 2283:23, 2285:4, 2285:7, 2285:11, 2285:15, 2285:23, 2285:24, 2285:25, 2286:6, 2286:8, 2286:15, 2286:21, 2289:4, 2291:6, 2292:4, 2294:24, 2294:25, 2295:6, 2295:12, 2295:16, 2301:20, 2304:20, 2307:2, 2308:18, 2309:18, 2309:21, 2311:10, 2312:24, 2320:6, 2320:24, 2321:15, 2322:19, 2322:20, 2341:1, 2341:5, 2347:10, 2347:20, 2347:24, 2349:11, 2349:19, 2349:20, 2350:12, 2350:13, 2350:19, 2351:10, 2351:17, 2352:18, 2354:23, 2354:25, 2358:3, 2358:13, 2360:4, 2362:10, 2362:18, 2363:4, 2363:5
TASKED [4] - 2285:15, 2285:17, 2316:4, 2368:11
TASKING [1] - 2358:9
TASKS [5] - 2276:4, 2276:12, 2306:20, 2307:3, 2307:4
TAXPAYERS' [1] - 2325:10
TEAM [14] - 2307:11, 2307:14, 2331:23, 2331:24, 2348:7, 2348:10, 2348:13, 2348:16, 2348:17, 2349:3, 2349:5, 2352:11, 2363:6, 2363:10
TEAMWORK [1] - 2363:3
TECHNICAL [13] - 2288:11, 2291:7, 2293:7, 2307:17, 2319:7, 2327:7, 2327:8, 2327:24,

2348:12, 2351:25, 2353:22, 2355:15, 2356:8
TECHNOLOGIES [2] - 2282:21, 2283:5
TELL [42] - 2271:5, 2271:10, 2274:23, 2275:6, 2275:17, 2275:22, 2277:11, 2279:18, 2280:17, 2280:21, 2283:10, 2283:25, 2285:18, 2286:21, 2287:17, 2288:2, 2290:4, 2291:11, 2296:6, 2296:23, 2297:1, 2297:17, 2301:14, 2302:23, 2304:5, 2304:17, 2304:22, 2306:12, 2310:13, 2310:16, 2315:10, 2331:10, 2333:7, 2333:12, 2333:21, 2334:3, 2334:22, 2344:13, 2352:15, 2353:24, 2358:9, 2359:11
TELLING [3] - 2297:4, 2315:6, 2355:19
TENDERED [1] - 2312:23
TENURE [2] - 2277:12, 2320:9
TERC [67] - 2268:25, 2270:11, 2271:7, 2271:9, 2271:11, 2271:12, 2271:16, 2271:18, 2272:1, 2272:3, 2272:10, 2272:18, 2272:22, 2273:2, 2274:2, 2274:24, 2274:25, 2275:8, 2275:10, 2275:14, 2275:23, 2276:10, 2276:20, 2276:21, 2276:25, 2277:6, 2277:9, 2277:15, 2277:17, 2279:23, 2282:6, 2282:7, 2282:19, 2282:21, 2282:25, 2283:11, 2283:14, 2283:25, 2284:24, 2285:11, 2285:15, 2285:22, 2285:25, 2289:1, 2304:11, 2306:6, 2306:11, 2308:24, 2309:4, 2319:19, 2319:21, 2320:25, 2321:15,

2321:23, 2322:2, 2346:14, 2346:16, 2346:17, 2346:22, 2347:8, 2349:11, 2351:10, 2358:3, 2360:4, 2362:18, 2363:3
TERC'S [1] - 2346:21
TERM [2] - 2271:19, 2361:24
TERMINOLOGY [2] - 2350:22, 2350:23
TERMS [10] - 2289:12, 2315:12, 2315:15, 2315:25, 2319:21, 2321:7, 2321:15, 2321:18, 2324:24, 2338:2
TERRIBLE [1] - 2337:10
TESTIFIED [7] - 2268:20, 2321:2, 2323:24, 2334:10, 2335:2, 2342:14, 2357:3
TESTIFY [6] - 2273:9, 2273:11, 2280:1, 2337:1, 2337:3, 2357:17
TESTIFYING [1] - 2336:16
TESTIMONY [11] - 2268:4, 2268:14, 2313:2, 2313:4, 2328:12, 2328:16, 2335:9, 2335:20, 2336:23, 2342:8
TESTING [1] - 2358:10
THAN [8] - 2273:20, 2278:20, 2302:4, 2334:9, 2335:10, 2336:19, 2365:1, 2372:6
THANK [15] - 2268:9, 2269:3, 2280:4, 2289:16, 2312:5, 2312:14, 2315:3, 2332:2, 2341:10, 2341:13, 2343:1, 2360:9, 2362:3, 2372:14, 2372:19
THANKFULLY [1] - 2267:12
THAT [512] - 2267:21, 2268:6, 2268:14, 2269:16, 2269:20, 2270:3, 2270:8, 2270:11, 2271:8, 2271:22, 2271:23, 2272:4, 2272:5,

**HOURLY TRANSCRIPT**

2273:2, 2273:4, 2273:8, 2273:9, 2273:12, 2273:20, 2273:21, 2274:5, 2274:6, 2274:7, 2275:10, 2275:13, 2275:25, 2276:8, 2276:12, 2276:14, 2276:18, 2276:23, 2277:5, 2277:8, 2278:2, 2278:13, 2279:1, 2279:9, 2279:13, 2279:14, 2279:21, 2280:2, 2280:18, 2280:20, 2280:22, 2281:2, 2281:6, 2281:12, 2282:8, 2282:17, 2282:21, 2283:17, 2283:19, 2284:2, 2284:9, 2284:12, 2285:3, 2285:20, 2285:22, 2286:2, 2286:3, 2286:24, 2287:1, 2287:2, 2287:4, 2287:9, 2287:10, 2287:13, 2287:23, 2288:15, 2289:19, 2289:22, 2290:6, 2290:7, 2290:8, 2290:10, 2290:12, 2290:18, 2290:22, 2290:25, 2291:5, 2292:6, 2292:7, 2292:8, 2292:12, 2292:16, 2292:20, 2293:24, 2294:6, 2294:9, 2294:16, 2295:3, 2295:6, 2295:8, 2296:7, 2296:14, 2296:16, 2296:24, 2297:4, 2297:14, 2297:16, 2297:21, 2298:10, 2298:18, 2299:2, 2299:5, 2299:22, 2299:24, 2300:1, 2300:3, 2300:5, 2300:22, 2301:7, 2301:11, 2302:3, 2302:10, 2302:17, 2302:21, 2302:24, 2303:9, 2303:22, 2303:24, 2304:2, 2304:9, 2304:12, 2304:13, 2304:17, 2304:20, 2305:9, 2305:10, 2306:6, 2306:9, 2306:14, 2306:17, 2306:21, 2306:24,

2307:2, 2307:4, 2307:6, 2307:9, 2307:15, 2307:16, 2307:18, 2307:21, 2307:24, 2308:3, 2308:24, 2309:6, 2309:18, 2309:23, 2309:24, 2310:5, 2310:19, 2310:23, 2310:25, 2311:15, 2311:18, 2311:25, 2312:25, 2313:2, 2313:4, 2313:7, 2313:8, 2313:10, 2314:4, 2314:11, 2314:13, 2314:16, 2314:18, 2314:20, 2314:23, 2314:25, 2315:9, 2315:10, 2315:21, 2315:22, 2315:24, 2315:25, 2316:4, 2316:6, 2316:9, 2316:10, 2316:19, 2316:21, 2316:23, 2316:25, 2317:3, 2317:15, 2317:22, 2317:23, 2318:4, 2318:12, 2318:13, 2318:15, 2318:25, 2319:4, 2319:5, 2319:7, 2319:13, 2319:16, 2319:19, 2319:20, 2319:23, 2320:3, 2320:4, 2320:6, 2320:11, 2320:12, 2320:14, 2320:15, 2320:16, 2320:20, 2320:21, 2320:22, 2320:23, 2320:24, 2321:2, 2321:13, 2321:16, 2321:20, 2321:24, 2322:4, 2322:9, 2322:11, 2322:21, 2322:25, 2323:2, 2323:12, 2323:14, 2323:16, 2323:21, 2324:1, 2324:2, 2324:3, 2324:9, 2324:11, 2324:15, 2324:17, 2324:24, 2324:25, 2325:2, 2325:7, 2325:14, 2325:17, 2325:25, 2326:4, 2326:8, 2326:9, 2326:12, 2326:22, 2326:23, 2327:2, 2327:21, 2328:8, 2328:15, 2328:16, 2328:24, 2329:8,

2329:9, 2329:14, 2329:16, 2330:2, 2330:7, 2330:9, 2330:10, 2330:11, 2330:16, 2330:17, 2330:20, 2330:24, 2331:1, 2331:7, 2331:8, 2331:9, 2331:12, 2331:14, 2331:17, 2331:20, 2331:22, 2332:6, 2332:10, 2332:12, 2332:22, 2333:8, 2333:13, 2333:21, 2334:4, 2334:7, 2334:11, 2334:13, 2334:17, 2334:22, 2334:25, 2335:3, 2335:6, 2335:9, 2335:15, 2336:9, 2336:13, 2336:19, 2336:22, 2337:5, 2337:10, 2337:11, 2337:12, 2337:13, 2337:20, 2337:21, 2337:22, 2337:23, 2337:25, 2338:2, 2338:8, 2338:12, 2338:13, 2338:20, 2339:1, 2339:4, 2339:17, 2340:2, 2340:19, 2340:24, 2341:1, 2341:3, 2341:5, 2341:6, 2341:15, 2342:8, 2342:21, 2342:24, 2344:7, 2345:11, 2345:15, 2346:3, 2346:5, 2346:10, 2346:18, 2346:22, 2347:5, 2347:11, 2347:23, 2348:6, 2348:13, 2348:16, 2348:18, 2349:4, 2349:5, 2349:8, 2349:14, 2350:8, 2350:10, 2350:12, 2350:19, 2350:22, 2350:24, 2351:2, 2351:3, 2351:5, 2351:7, 2351:13, 2351:14, 2351:21, 2351:22, 2351:24, 2352:4, 2352:15, 2352:19, 2353:10, 2353:11, 2354:1, 2354:12, 2355:9, 2355:16, 2355:17, 2355:20, 2355:23, 2355:24, 2356:3, 2356:4, 2356:9,

2356:10, 2356:12, 2356:21, 2357:2, 2357:3, 2357:13, 2357:19, 2358:1, 2358:2, 2358:6, 2358:8, 2358:11, 2358:13, 2358:16, 2358:24, 2359:1, 2359:2, 2359:20, 2359:21, 2359:22, 2359:24, 2360:1, 2360:3, 2360:5, 2360:6, 2360:7, 2360:13, 2360:16, 2360:19, 2360:21, 2360:25, 2361:3, 2361:5, 2361:8, 2361:10, 2361:21, 2361:24, 2362:9, 2362:10, 2362:12, 2362:20, 2362:21, 2362:25, 2363:4, 2363:7, 2363:10, 2363:20, 2364:5, 2364:8, 2364:9, 2364:15, 2364:16, 2364:18, 2364:22, 2364:24, 2365:5, 2365:8, 2365:9, 2365:10, 2365:25, 2366:4, 2366:6, 2366:9, 2366:13, 2366:14, 2367:1, 2367:6, 2367:14, 2367:15, 2367:21, 2367:24, 2368:1, 2368:8, 2368:11, 2368:23, 2368:24, 2368:25, 2369:16, 2369:17, 2369:18, 2369:22, 2369:23, 2370:3, 2370:8, 2370:19, 2370:20, 2370:22, 2370:23, 2371:3, 2372:2, 2372:5, 2372:6, 2373:7

**THAT'S** [47] - 2267:24, 2271:14, 2274:15, 2275:17, 2277:23, 2279:20, 2281:20, 2282:13, 2289:13, 2290:3, 2291:16, 2293:12, 2294:18, 2295:7, 2295:10, 2298:21, 2299:21, 2307:8, 2309:9, 2312:4, 2313:1, 2313:6, 2313:22, 2314:22, 2316:6, 2320:7, 2320:18,

2322:5, 2325:21, 2328:23, 2329:9, 2329:10, 2331:13, 2332:1, 2334:8, 2335:5, 2335:17, 2336:11, 2336:22, 2337:4, 2338:1, 2338:4, 2338:16, 2356:22, 2357:6, 2363:12

**THATCH** [1] - 2264:18

**THE** [1442] - 2262:12, 2262:15, 2262:19, 2263:11, 2264:3, 2265:3, 2267:7, 2267:9, 2267:12, 2267:15, 2267:18, 2267:19, 2267:22, 2267:24, 2268:1, 2268:2, 2268:3, 2268:4, 2268:6, 2268:7, 2268:10, 2268:12, 2268:14, 2268:15, 2268:16, 2268:17, 2268:20, 2268:21, 2268:22, 2268:23, 2268:24, 2268:25, 2269:3, 2269:10, 2269:13, 2269:14, 2269:20, 2269:22, 2269:23, 2269:25, 2270:5, 2270:11, 2270:12, 2270:18, 2270:19, 2270:20, 2271:5, 2271:7, 2271:9, 2271:10, 2271:16, 2271:17, 2271:18, 2271:24, 2271:25, 2272:1, 2272:2, 2272:3, 2272:7, 2272:10, 2272:13, 2272:16, 2272:17, 2272:19, 2272:22, 2272:23, 2273:2, 2273:3, 2273:6, 2273:7, 2273:8, 2273:10, 2273:12, 2273:13, 2273:14, 2273:15, 2273:16, 2273:17, 2273:18, 2274:1, 2274:3, 2274:4, 2274:6, 2274:7, 2274:9, 2274:10, 2274:11, 2274:13, 2274:15, 2274:16, 2274:19, 2274:24, 2275:1, 2275:2, 2275:8, 2275:10, 2275:13, 2275:14, 2275:19,

2275:20, 2275:21,
2275:23, 2275:24,
2275:25, 2276:3,
2276:5, 2276:8,
2276:10, 2276:14,
2276:17, 2276:18,
2276:19, 2276:20,
2276:21, 2276:23,
2276:25, 2277:2,
2277:3, 2277:5,
2277:8, 2277:15,
2277:17, 2277:19,
2277:20, 2277:23,
2278:2, 2278:4,
2278:5, 2278:7,
2278:13, 2278:14,
2278:17, 2278:18,
2278:19, 2278:20,
2278:21, 2278:25,
2279:1, 2279:2,
2279:5, 2279:11,
2279:17, 2279:18,
2279:20, 2279:22,
2279:23, 2279:24,
2280:1, 2280:2,
2280:5, 2280:7,
2280:13, 2280:15,
2280:19, 2280:21,
2280:22, 2280:23,
2280:24, 2281:2,
2281:5, 2281:6,
2281:8, 2281:10,
2281:13, 2281:15,
2281:16, 2281:19,
2281:20, 2281:23,
2281:24, 2282:1,
2282:5, 2282:6,
2282:7, 2282:11,
2282:17, 2282:18,
2282:20, 2282:25,
2283:1, 2283:2,
2283:4, 2283:11,
2283:12, 2283:14,
2283:15, 2283:25,
2284:8, 2284:11,
2284:13, 2284:15,
2284:16, 2284:17,
2284:21, 2284:22,
2284:24, 2285:5,
2285:11, 2285:13,
2285:15, 2285:16,
2285:17, 2285:18,
2285:19, 2285:20,
2285:22, 2285:23,
2285:24, 2285:25,
2286:2, 2286:4,
2286:5, 2286:6,
2286:7, 2286:14,
2286:16, 2286:17,
2286:22, 2286:23,
2286:24, 2287:6,

2287:7, 2287:11,
2287:14, 2287:18,
2287:19, 2287:23,
2287:24, 2288:1,
2288:3, 2288:5,
2288:7, 2288:10,
2288:13, 2288:14,
2288:17, 2288:19,
2288:20, 2288:21,
2288:23, 2288:24,
2289:1, 2289:2,
2289:6, 2289:7,
2289:9, 2289:12,
2289:13, 2289:17,
2289:20, 2289:21,
2289:22, 2290:2,
2290:6, 2290:7,
2290:8, 2290:9,
2290:12, 2290:13,
2290:14, 2290:15,
2290:16, 2290:20,
2290:21, 2290:24,
2290:25, 2291:1,
2291:3, 2291:4,
2291:5, 2291:6,
2291:7, 2291:8,
2291:9, 2291:13,
2291:15, 2291:18,
2291:21, 2291:23,
2291:24, 2292:2,
2292:6, 2292:7,
2292:13, 2292:14,
2292:15, 2292:17,
2292:19, 2292:20,
2292:22, 2292:24,
2292:25, 2293:2,
2293:8, 2293:10,
2293:11, 2293:12,
2293:13, 2293:14,
2293:15, 2293:18,
2293:19, 2293:20,
2293:23, 2294:4,
2294:7, 2294:12,
2294:14, 2294:19,
2294:20, 2294:24,
2295:3, 2295:5,
2295:7, 2295:8,
2295:10, 2295:12,
2295:13, 2295:14,
2295:16, 2295:19,
2295:20, 2295:23,
2295:24, 2295:25,
2296:1, 2296:4,
2296:6, 2296:7,
2296:11, 2296:13,
2296:17, 2296:20,
2296:21, 2296:24,
2297:3, 2297:4,
2297:5, 2297:8,
2297:13, 2297:15,
2297:19, 2297:20,

2297:21, 2297:23,
2297:25, 2298:1,
2298:4, 2298:10,
2298:11, 2298:12,
2298:13, 2298:14,
2298:15, 2298:16,
2298:17, 2298:18,
2298:19, 2298:20,
2298:21, 2298:24,
2298:25, 2299:1,
2299:2, 2299:3,
2299:5, 2299:6,
2299:8, 2299:9,
2299:13, 2299:17,
2299:21, 2299:22,
2299:23, 2300:5,
2300:9, 2300:12,
2300:13, 2300:15,
2300:16, 2300:18,
2300:19, 2300:20,
2300:21, 2300:25,
2301:2, 2301:3,
2301:6, 2301:8,
2301:10, 2301:11,
2301:14, 2301:19,
2301:20, 2301:21,
2301:23, 2301:24,
2301:25, 2302:4,
2302:5, 2302:6,
2302:8, 2302:10,
2302:11, 2302:12,
2302:15, 2302:18,
2302:21, 2302:24,
2302:25, 2303:2,
2303:3, 2303:6,
2303:10, 2303:13,
2303:16, 2303:17,
2303:20, 2303:21,
2303:22, 2303:23,
2303:25, 2304:3,
2304:7, 2304:8,
2304:9, 2304:11,
2304:13, 2304:18,
2304:19, 2304:21,
2304:23, 2304:24,
2304:25, 2305:4,
2305:6, 2305:9,
2305:10, 2305:13,
2305:14, 2305:19,
2305:20, 2305:21,
2305:22, 2305:24,
2306:1, 2306:5,
2306:6, 2306:7,
2306:8, 2306:9,
2306:11, 2306:14,
2306:16, 2306:19,
2306:20, 2306:21,
2306:24, 2307:1,
2307:4, 2307:9,
2307:11, 2307:12,
2307:16, 2307:17,

2307:18, 2307:19,
2307:20, 2307:22,
2307:24, 2307:25,
2308:4, 2308:6,
2308:8, 2308:21,
2308:23, 2308:24,
2309:4, 2309:8,
2309:11, 2309:14,
2309:15, 2309:16,
2309:17, 2309:20,
2309:25, 2310:1,
2310:2, 2310:4,
2310:6, 2310:7,
2310:13, 2310:14,
2310:15, 2310:16,
2310:18, 2310:20,
2310:21, 2310:22,
2310:23, 2310:25,
2311:1, 2311:2,
2311:3, 2311:5,
2311:7, 2311:8,
2311:9, 2311:12,
2311:13, 2311:15,
2311:18, 2311:19,
2311:20, 2311:22,
2311:25, 2312:1,
2312:2, 2312:5,
2312:9, 2312:11,
2312:20, 2312:22,
2312:23, 2312:24,
2313:2, 2313:10,
2313:12, 2313:13,
2313:17, 2313:23,
2313:24, 2314:4,
2314:5, 2314:6,
2314:11, 2314:12,
2314:15, 2314:16,
2314:17, 2314:18,
2314:19, 2314:21,
2315:2, 2315:6,
2315:9, 2315:11,
2315:15, 2315:20,
2315:21, 2315:22,
2315:23, 2315:25,
2316:3, 2316:8,
2316:11, 2316:12,
2316:14, 2316:17,
2316:20, 2317:2,
2317:11, 2317:14,
2317:17, 2317:18,
2317:20, 2317:21,
2317:23, 2317:24,
2317:25, 2318:1,
2318:3, 2318:6,
2318:7, 2318:8,
2318:9, 2318:10,
2318:11, 2318:13,
2318:14, 2318:15,
2318:21, 2318:23,
2318:24, 2319:5,
2319:6, 2319:7,

2319:10, 2319:12,
2319:13, 2319:14,
2319:15, 2319:17,
2319:19, 2319:21,
2319:23, 2319:24,
2320:3, 2320:5,
2320:8, 2320:9,
2320:10, 2320:13,
2320:17, 2320:18,
2320:22, 2320:24,
2320:25, 2321:2,
2321:5, 2321:6,
2321:7, 2321:8,
2321:9, 2321:10,
2321:12, 2321:13,
2321:15, 2321:16,
2321:17, 2321:18,
2321:21, 2321:23,
2322:7, 2322:15,
2322:16, 2322:17,
2322:18, 2322:19,
2322:20, 2322:22,
2323:1, 2323:2,
2323:3, 2323:5,
2323:6, 2323:8,
2323:10, 2323:11,
2323:12, 2323:21,
2323:22, 2323:24,
2323:25, 2324:1,
2324:4, 2324:7,
2324:9, 2324:13,
2324:14, 2324:17,
2324:19, 2324:20,
2324:22, 2324:23,
2324:24, 2325:1,
2325:2, 2325:3,
2325:4, 2325:9,
2325:10, 2325:14,
2325:16, 2325:19,
2325:20, 2325:22,
2325:25, 2326:1,
2326:3, 2326:4,
2326:5, 2326:7,
2326:10, 2326:13,
2326:17, 2326:23,
2326:25, 2327:2,
2327:3, 2327:8,
2327:10, 2327:11,
2327:13, 2327:14,
2327:15, 2327:17,
2327:18, 2327:19,
2327:21, 2327:22,
2327:24, 2327:25,
2328:6, 2328:10,
2328:11, 2328:13,
2328:14, 2328:18,
2328:21, 2329:1,
2329:4, 2329:5,
2329:7, 2329:9,
2329:14, 2329:20,
2329:24, 2330:1,

**HOURLY TRANSCRIPT**

2330:2, 2330:3,
2330:4, 2330:10,
2330:13, 2330:14,
2330:15, 2330:16,
2330:20, 2330:21,
2330:24, 2330:25,
2331:4, 2331:5,
2331:7, 2331:9,
2331:10, 2331:15,
2331:20, 2331:24,
2332:6, 2332:7,
2332:8, 2332:9,
2332:10, 2332:11,
2332:12, 2332:16,
2332:20, 2332:23,
2333:3, 2333:7,
2333:9, 2333:10,
2333:12, 2333:14,
2333:15, 2333:18,
2333:20, 2334:1,
2334:3, 2334:11,
2334:12, 2334:14,
2334:21, 2335:3,
2335:6, 2335:9,
2335:10, 2335:11,
2335:14, 2335:20,
2335:21, 2335:22,
2335:23, 2335:25,
2336:1, 2336:2,
2336:5, 2336:7,
2336:9, 2336:10,
2336:15, 2336:16,
2336:21, 2337:1,
2337:8, 2337:13,
2337:14, 2337:20,
2337:21, 2337:23,
2337:25, 2338:2,
2338:4, 2338:5,
2338:8, 2338:10,
2338:16, 2338:20,
2338:21, 2338:22,
2338:25, 2339:4,
2339:9, 2339:12,
2339:13, 2339:15,
2339:17, 2339:21,
2340:2, 2340:5,
2340:11, 2340:13,
2340:19, 2340:21,
2340:23, 2340:24,
2340:25, 2341:4,
2341:5, 2341:6,
2341:10, 2341:13,
2341:14, 2341:16,
2341:17, 2341:19,
2341:23, 2341:24,
2342:3, 2342:4,
2342:6, 2342:7,
2342:8, 2342:9,
2342:10, 2342:11,
2342:14, 2342:15,
2342:18, 2342:21,

2342:22, 2342:23,
2343:2, 2343:6,
2343:10, 2343:17,
2344:1, 2344:5,
2344:8, 2344:9,
2344:11, 2344:15,
2344:16, 2345:8,
2345:18, 2345:20,
2345:24, 2345:25,
2346:5, 2346:6,
2346:16, 2346:18,
2346:20, 2347:6,
2347:13, 2347:15,
2347:16, 2347:19,
2347:20, 2347:21,
2347:23, 2348:4,
2348:7, 2348:8,
2348:9, 2348:16,
2348:20, 2348:23,
2349:1, 2349:2,
2349:3, 2349:4,
2349:5, 2349:6,
2349:8, 2349:9,
2349:10, 2349:11,
2349:13, 2349:14,
2349:15, 2349:16,
2349:20, 2349:21,
2349:22, 2349:23,
2349:24, 2349:25,
2350:1, 2350:2,
2350:3, 2350:8,
2350:9, 2350:11,
2350:12, 2350:13,
2350:16, 2350:17,
2350:19, 2350:21,
2350:24, 2351:9,
2351:10, 2351:13,
2351:14, 2351:16,
2351:19, 2351:25,
2352:1, 2352:2,
2352:5, 2352:13,
2352:14, 2352:16,
2352:20, 2352:22,
2352:24, 2353:2,
2353:6, 2353:8,
2353:9, 2353:13,
2353:14, 2353:22,
2353:23, 2354:2,
2354:5, 2354:7,
2354:9, 2354:10,
2354:13, 2354:16,
2354:21, 2354:22,
2354:23, 2354:24,
2354:25, 2355:5,
2355:6, 2355:7,
2355:9, 2355:12,
2355:14, 2355:17,
2355:19, 2355:21,
2355:25, 2356:1,
2356:2, 2356:4,
2356:5, 2356:8,

2356:9, 2356:11,
2356:15, 2356:17,
2356:20, 2357:6,
2357:10, 2357:12,
2357:15, 2357:18,
2357:19, 2357:22,
2357:23, 2357:25,
2358:2, 2358:3,
2358:4, 2358:5,
2358:6, 2358:8,
2358:11, 2358:14,
2358:15, 2358:17,
2358:18, 2358:21,
2358:22, 2358:25,
2359:7, 2359:8,
2359:13, 2359:14,
2359:15, 2359:16,
2359:17, 2359:18,
2359:20, 2359:22,
2359:24, 2359:25,
2360:1, 2360:3,
2360:4, 2360:9,
2360:12, 2360:16,
2360:17, 2360:19,
2360:20, 2360:22,
2361:1, 2361:4,
2361:5, 2361:11,
2361:12, 2361:13,
2361:14, 2361:21,
2361:22, 2361:25,
2362:1, 2362:7,
2362:9, 2362:14,
2362:16, 2362:17,
2362:18, 2362:19,
2362:20, 2362:22,
2362:23, 2363:2,
2363:4, 2363:5,
2363:7, 2363:12,
2363:16, 2363:17,
2363:21, 2363:22,
2363:23, 2363:24,
2364:1, 2364:4,
2364:5, 2364:7,
2364:8, 2364:9,
2364:11, 2364:12,
2364:13, 2364:17,
2364:19, 2364:22,
2364:24, 2364:25,
2365:1, 2365:3,
2365:4, 2365:5,
2365:6, 2365:8,
2365:9, 2365:10,
2365:12, 2365:13,
2365:17, 2365:18,
2365:22, 2365:23,
2365:24, 2366:3,
2366:4, 2366:7,
2366:8, 2366:9,
2366:10, 2366:14,
2366:17, 2366:18,
2366:20, 2366:21,

2366:22, 2366:24,
2366:25, 2367:1,
2367:2, 2367:3,
2367:7, 2367:9,
2367:11, 2367:12,
2367:14, 2367:16,
2367:17, 2367:18,
2367:25, 2368:2,
2368:3, 2368:6,
2368:10, 2368:13,
2368:14, 2368:19,
2368:21, 2368:22,
2369:1, 2369:2,
2369:3, 2369:4,
2369:5, 2369:6,
2369:7, 2369:10,
2369:12, 2369:17,
2369:18, 2369:19,
2369:22, 2369:24,
2370:4, 2370:7,
2370:9, 2370:13,
2370:15, 2370:18,
2370:19, 2370:23,
2370:24, 2371:3,
2371:5, 2371:9,
2371:11, 2371:12,
2371:16, 2371:19,
2371:21, 2371:23,
2372:2, 2372:5,
2372:6, 2372:9,
2372:11, 2372:14,
2372:17, 2372:20,
2372:21, 2373:4,
2373:5, 2373:7,
2373:8, 2373:9

**THEIR** [12] – 2273:17,
2274:5, 2282:9,
2296:15, 2315:8,
2316:13, 2317:4,
2323:24, 2324:6,
2325:1, 2354:1,
2356:6

**THEM** [20] – 2273:15,
2273:17, 2274:10,
2274:11, 2277:17,
2277:21, 2281:13,
2287:2, 2292:12,
2308:18, 2318:18,
2319:10, 2319:15,
2325:6, 2326:9,
2329:8, 2352:10,
2356:6, 2357:25,
2358:14

**THEN** [51] – 2270:23,
2276:4, 2276:8,
2277:8, 2280:22,
2282:2, 2284:9,
2284:10, 2284:24,
2285:17, 2287:15,
2288:1, 2288:12,
2289:19, 2290:24,

2293:2, 2293:4,
2293:6, 2293:7,
2296:13, 2296:17,
2297:23, 2297:24,
2298:4, 2298:12,
2298:16, 2298:18,
2298:20, 2304:22,
2305:10, 2307:3,
2310:4, 2310:22,
2310:24, 2311:15,
2311:24, 2312:10,
2318:2, 2320:19,
2321:19, 2328:24,
2330:12, 2332:14,
2332:19, 2335:6,
2336:17, 2355:15,
2357:10, 2359:22,
2364:2, 2364:23

**THERE** [86] – 2267:10,
2267:22, 2270:18,
2272:3, 2275:1,
2277:15, 2282:14,
2287:5, 2289:19,
2291:8, 2293:9,
2294:2, 2294:15,
2296:10, 2296:16,
2296:19, 2297:24,
2298:3, 2298:4,
2300:24, 2301:15,
2301:16, 2302:2,
2302:7, 2303:8,
2303:17, 2304:12,
2305:8, 2307:2,
2307:10, 2308:3,
2310:3, 2311:2,
2311:11, 2311:18,
2311:19, 2311:24,
2311:25, 2312:1,
2313:12, 2313:23,
2316:19, 2316:23,
2316:25, 2318:20,
2318:22, 2319:15,
2320:9, 2320:18,
2321:2, 2325:5,
2326:7, 2326:15,
2326:17, 2326:18,
2328:22, 2328:23,
2328:25, 2330:2,
2330:15, 2330:18,
2335:9, 2335:15,
2335:22, 2336:1,
2336:3, 2337:20,
2338:24, 2339:11,
2339:16, 2340:2,
2342:24, 2347:23,
2352:11, 2363:14,
2363:18, 2364:25,
2366:7, 2367:20,
2368:8, 2369:22,
2370:24, 2371:19,
2371:24

**HOURLY TRANSCRIPT**

**THERE'S** [1] - 2357:10
**THEREAFTER** [2] - 2363:5, 2364:20
**THEREON** [1] - 2353:14
**THESE** [27] - 2282:20, 2282:23, 2283:3, 2285:4, 2285:6, 2289:24, 2290:11, 2297:18, 2298:23, 2299:9, 2299:12, 2301:7, 2301:14, 2302:23, 2303:2, 2303:5, 2310:14, 2326:22, 2355:21, 2356:7, 2358:6, 2359:12, 2366:13, 2367:24, 2368:2, 2370:11, 2372:9
**THEY** [73] - 2271:14, 2271:20, 2271:23, 2271:24, 2273:8, 2274:5, 2274:7, 2275:25, 2276:1, 2278:17, 2278:18, 2279:14, 2279:24, 2280:22, 2281:14, 2282:21, 2283:14, 2284:8, 2284:9, 2285:5, 2285:20, 2286:3, 2286:22, 2286:23, 2287:12, 2288:3, 2288:10, 2289:20, 2290:7, 2292:14, 2292:15, 2292:16, 2296:14, 2301:7, 2302:9, 2302:10, 2302:11, 2304:7, 2309:5, 2310:24, 2311:7, 2311:10, 2315:21, 2319:13, 2319:25, 2324:3, 2324:15, 2325:2, 2325:12, 2330:15, 2330:17, 2330:18, 2330:19, 2333:21, 2336:18, 2337:11, 2337:16, 2348:2, 2350:5, 2350:22, 2354:15, 2355:20, 2358:16, 2360:5, 2360:6, 2361:15, 2361:17, 2366:2, 2368:24
**THEY'D** [1] - 2281:15
**THEY'RE** [1] - 2325:11
**THING** [4] - 2276:23, 2290:10, 2312:22, 2321:21
**THINGS** [7] - 2278:12,

2280:23, 2298:6, 2298:8, 2310:25, 2323:21, 2326:12
**THINK** [28] - 2267:19, 2272:9, 2273:9, 2274:15, 2279:13, 2279:16, 2289:21, 2289:22, 2296:16, 2302:8, 2307:2, 2309:8, 2320:8, 2321:6, 2321:18, 2323:23, 2324:9, 2324:25, 2327:17, 2331:16, 2334:17, 2335:11, 2336:9, 2355:8, 2357:3, 2357:9, 2359:22, 2368:22
**THINKING** [2] - 2340:6, 2342:16
**THINKS** [1] - 2300:24
**THIRD** [2] - 2308:8, 2314:15
**THIRDLY** [1] - 2347:20
**THIRDS** [1] - 2364:7
**THIS** [227] - 2267:16, 2269:15, 2272:8, 2272:11, 2273:7, 2273:8, 2273:9, 2273:11, 2274:2, 2274:9, 2274:23, 2274:24, 2275:1, 2275:6, 2275:11, 2275:15, 2275:16, 2276:22, 2278:3, 2279:1, 2279:2, 2279:7, 2279:11, 2279:16, 2280:11, 2281:2, 2281:6, 2282:1, 2282:16, 2282:17, 2282:20, 2283:5, 2283:17, 2283:19, 2284:4, 2284:20, 2284:25, 2285:2, 2285:5, 2286:4, 2286:12, 2286:13, 2286:19, 2287:9, 2287:17, 2287:18, 2287:23, 2288:2, 2288:4, 2288:5, 2288:8, 2288:17, 2288:20, 2288:23, 2289:2, 2289:6, 2289:17, 2290:6, 2290:19, 2291:11, 2291:13, 2291:17, 2291:19, 2291:21, 2291:23, 2292:1, 2292:17, 2292:20, 2292:21,

2293:10, 2293:25, 2294:2, 2294:15, 2294:25, 2295:2, 2295:12, 2295:14, 2296:23, 2296:24, 2297:1, 2297:3, 2297:11, 2297:19, 2298:23, 2299:16, 2299:19, 2300:8, 2300:12, 2300:15, 2300:25, 2301:1, 2301:12, 2301:13, 2301:17, 2302:14, 2302:24, 2302:25, 2303:13, 2303:15, 2304:6, 2304:7, 2304:9, 2304:18, 2304:23, 2304:24, 2305:1, 2305:3, 2305:11, 2305:12, 2305:17, 2306:3, 2306:13, 2306:15, 2306:16, 2306:20, 2306:25, 2307:11, 2307:13, 2307:14, 2307:25, 2308:2, 2308:7, 2308:13, 2309:1, 2309:7, 2309:17, 2310:13, 2310:21, 2311:3, 2311:12, 2311:25, 2313:12, 2313:23, 2314:3, 2314:4, 2314:20, 2315:6, 2315:18, 2315:20, 2316:9, 2317:14, 2318:20, 2319:6, 2319:17, 2321:4, 2322:16, 2323:9, 2325:16, 2325:23, 2326:15, 2327:3, 2327:14, 2327:22, 2328:19, 2328:22, 2328:24, 2329:20, 2329:23, 2332:21, 2340:11, 2340:13, 2342:15, 2344:4, 2344:12, 2345:25, 2351:6, 2351:8, 2351:15, 2351:16, 2352:24, 2353:10, 2353:17, 2353:24, 2354:18, 2354:21, 2354:22, 2354:24, 2354:25, 2355:2, 2355:11, 2355:19, 2355:25, 2356:13, 2356:16, 2356:17, 2356:18, 2356:23, 2356:24, 2356:25, 2357:4, 2358:5,

2358:6, 2358:15, 2359:11, 2360:17, 2360:18, 2361:13, 2361:20, 2362:4, 2362:7, 2362:9, 2362:13, 2362:15, 2362:16, 2362:23, 2363:9, 2364:18, 2364:20, 2365:20, 2366:5, 2366:6, 2366:15, 2366:18, 2367:5, 2367:14, 2368:6, 2368:16, 2369:5, 2370:24, 2371:6, 2371:8, 2372:7, 2372:8, 2372:12
**THOMAS** [2] - 2262:23, 2263:21
**THOSE** [35] - 2277:15, 2280:23, 2281:17, 2285:3, 2293:18, 2301:17, 2301:19, 2307:19, 2307:21, 2319:2, 2323:21, 2328:13, 2329:1, 2329:4, 2337:9, 2345:10, 2347:24, 2349:16, 2352:22, 2353:14, 2353:15, 2357:5, 2358:19, 2361:16, 2361:18, 2363:20, 2364:6, 2365:25, 2366:4, 2367:22, 2369:8, 2371:3, 2371:24, 2372:1, 2372:3
**THOUGH** [3] - 2315:13, 2318:7, 2328:25
**THOUGHT** [5] - 2273:6, 2310:24, 2315:19, 2318:8, 2318:10
**THOUSANDS** [1] - 2326:15
**THREE** [14] - 2276:12, 2284:11, 2293:4, 2344:5, 2347:14, 2350:5, 2352:6, 2353:3, 2353:11, 2370:12, 2371:1, 2371:10, 2371:19
**THREE-PHASE** [1] - 2353:11
**THROUGH** [25] - 2270:14, 2275:16, 2275:21, 2277:20, 2278:7, 2278:18, 2278:20, 2278:24,

2296:15, 2301:13, 2303:5, 2303:15, 2312:9, 2317:15, 2322:4, 2336:10, 2342:17, 2342:22, 2344:18, 2345:2, 2346:4, 2352:13, 2364:4, 2364:20, 2365:4
**TIED** [1] - 2349:14
**TIME** [28] - 2271:8, 2273:21, 2276:14, 2292:21, 2297:15, 2303:24, 2307:19, 2309:23, 2312:22, 2313:7, 2313:9, 2318:12, 2318:18, 2321:2, 2322:21, 2325:22, 2328:9, 2329:5, 2329:11, 2329:23, 2330:11, 2334:13, 2338:24, 2339:9, 2348:24, 2366:6, 2366:17
**TIMES** [3] - 2272:16, 2281:11, 2353:4
**TITLE** [4] - 2269:18, 2270:10, 2270:11, 2346:7
**TITLED** [2] - 2292:2, 2299:16
**TITLES** [2] - 2324:19
**TO** [694] - 2262:8, 2267:4, 2267:20, 2267:21, 2267:24, 2268:1, 2268:3, 2268:15, 2269:11, 2269:15, 2270:5, 2271:16, 2271:25, 2272:2, 2272:6, 2272:7, 2272:8, 2272:9, 2272:13, 2272:23, 2272:24, 2273:5, 2273:9, 2273:11, 2273:12, 2273:15, 2273:16, 2274:6, 2274:7, 2274:8, 2274:9, 2274:10, 2274:11, 2274:12, 2274:22, 2275:9, 2275:15, 2276:4, 2276:5, 2276:8, 2276:15, 2276:16, 2276:21, 2276:22, 2277:3, 2277:19, 2278:9, 2278:10, 2278:16, 2278:19, 2279:2, 2279:3, 2279:4, 2279:8, 2279:10,

2279:15, 2279:23,
2279:24, 2280:1,
2280:5, 2280:6,
2280:7, 2280:18,
2280:19, 2280:20,
2280:22, 2281:2,
2281:5, 2281:9,
2281:13, 2281:14,
2281:16, 2281:17,
2281:18, 2281:22,
2281:24, 2282:8,
2282:10, 2282:18,
2282:21, 2282:23,
2283:5, 2283:7,
2283:15, 2283:17,
2283:18, 2283:20,
2284:2, 2284:7,
2284:8, 2284:10,
2284:14, 2284:16,
2284:21, 2284:22,
2284:25, 2285:6,
2285:15, 2285:17,
2285:18, 2285:19,
2285:22, 2286:3,
2286:5, 2286:13,
2286:18, 2286:22,
2286:24, 2287:1,
2287:2, 2287:5,
2287:9, 2287:12,
2287:15, 2288:1,
2288:3, 2288:13,
2288:17, 2288:18,
2289:2, 2289:3,
2289:5, 2289:6,
2289:8, 2289:10,
2289:12, 2289:13,
2289:14, 2289:17,
2289:18, 2289:20,
2289:23, 2290:3,
2290:8, 2290:9,
2290:12, 2290:15,
2290:19, 2290:23,
2290:24, 2291:1,
2291:11, 2291:15,
2291:21, 2291:23,
2292:12, 2292:13,
2292:19, 2292:22,
2292:23, 2293:6,
2293:11, 2293:12,
2293:15, 2293:20,
2294:5, 2294:7,
2294:11, 2294:12,
2294:20, 2294:22,
2294:25, 2295:7,
2295:12, 2295:14,
2295:18, 2295:25,
2296:7, 2296:10,
2296:11, 2296:13,
2297:3, 2297:14,
2297:15, 2297:17,
2297:18, 2297:21,

2297:23, 2298:7,
2298:8, 2298:10,
2298:13, 2298:16,
2298:17, 2298:19,
2298:20, 2298:22,
2298:25, 2299:3,
2299:4, 2299:7,
2299:15, 2299:20,
2299:22, 2299:24,
2300:1, 2300:6,
2300:9, 2300:14,
2300:18, 2300:21,
2301:2, 2301:8,
2301:12, 2301:13,
2301:21, 2302:3,
2302:7, 2302:8,
2302:9, 2302:10,
2302:12, 2302:14,
2302:17, 2302:22,
2303:2, 2303:6,
2303:8, 2303:16,
2303:21, 2303:24,
2304:2, 2304:5,
2304:7, 2304:15,
2304:18, 2304:20,
2304:21, 2304:22,
2305:1, 2305:3,
2305:4, 2305:5,
2305:6, 2305:12,
2305:13, 2305:17,
2305:19, 2305:21,
2305:22, 2305:23,
2306:3, 2306:4,
2306:5, 2306:10,
2306:18, 2306:20,
2306:24, 2307:6,
2307:11, 2307:16,
2307:19, 2307:21,
2308:20, 2309:6,
2309:9, 2309:25,
2310:7, 2310:21,
2310:22, 2310:25,
2311:10, 2311:13,
2311:22, 2311:24,
2312:6, 2312:7,
2312:9, 2312:11,
2312:12, 2312:21,
2313:7, 2313:8,
2313:11, 2314:2,
2314:3, 2314:5,
2314:9, 2314:20,
2314:23, 2315:6,
2315:7, 2315:8,
2315:10, 2315:11,
2315:15, 2315:18,
2315:20, 2315:21,
2316:4, 2316:8,
2316:9, 2316:10,
2316:13, 2317:8,
2317:19, 2317:20,
2317:24, 2318:3,

2318:5, 2318:23,
2319:4, 2319:5,
2319:7, 2319:14,
2319:16, 2319:19,
2320:3, 2320:10,
2320:15, 2320:17,
2320:22, 2320:23,
2321:4, 2321:6,
2321:8, 2321:12,
2321:13, 2321:16,
2321:17, 2321:20,
2322:2, 2322:7,
2322:11, 2322:14,
2322:15, 2322:16,
2322:18, 2322:21,
2322:22, 2323:8,
2323:9, 2323:10,
2323:11, 2323:14,
2323:17, 2323:20,
2324:2, 2324:3,
2324:7, 2324:10,
2324:13, 2324:17,
2324:24, 2324:25,
2325:3, 2325:7,
2325:8, 2325:9,
2325:10, 2325:11,
2326:1, 2326:4,
2326:5, 2326:7,
2326:22, 2327:6,
2327:7, 2327:18,
2327:20, 2327:21,
2327:22, 2328:7,
2328:14, 2328:25,
2329:1, 2329:4,
2329:9, 2329:15,
2329:16, 2330:1,
2330:10, 2330:17,
2330:20, 2330:21,
2331:4, 2331:7,
2331:10, 2331:15,
2331:18, 2331:19,
2331:22, 2332:7,
2332:11, 2332:22,
2332:24, 2333:1,
2333:6, 2333:10,
2333:13, 2333:19,
2334:10, 2334:15,
2334:23, 2335:1,
2335:14, 2335:21,
2335:24, 2336:2,
2336:5, 2336:6,
2336:7, 2336:10,
2336:11, 2336:13,
2336:18, 2336:22,
2337:2, 2337:3,
2337:4, 2337:7,
2337:13, 2337:20,
2337:22, 2337:25,
2338:14, 2338:25,
2339:3, 2339:11,
2339:13, 2339:16,

2339:17, 2339:18,
2339:22, 2340:3,
2340:7, 2340:11,
2341:22, 2342:1,
2342:9, 2342:19,
2342:22, 2342:25,
2343:16, 2344:14,
2345:3, 2345:7,
2345:9, 2345:15,
2345:20, 2346:17,
2346:24, 2348:10,
2348:15, 2348:20,
2348:21, 2349:1,
2349:11, 2349:17,
2349:19, 2349:22,
2350:9, 2350:13,
2350:16, 2351:1,
2351:2, 2351:6,
2351:9, 2351:13,
2351:17, 2351:20,
2351:21, 2351:24,
2352:6, 2352:15,
2352:17, 2352:19,
2352:22, 2352:24,
2353:3, 2353:7,
2353:13, 2353:17,
2353:18, 2353:20,
2353:23, 2353:24,
2353:25, 2354:1,
2354:3, 2354:6,
2354:10, 2354:12,
2354:16, 2354:18,
2354:21, 2354:23,
2354:25, 2355:4,
2355:10, 2355:11,
2355:17, 2355:18,
2355:21, 2356:1,
2356:3, 2356:7,
2356:9, 2356:10,
2356:11, 2356:12,
2356:15, 2356:16,
2356:23, 2356:25,
2357:1, 2357:7,
2357:10, 2357:11,
2357:13, 2357:16,
2357:17, 2357:24,
2357:25, 2358:8,
2358:9, 2358:11,
2358:13, 2358:14,
2358:17, 2358:19,
2358:20, 2359:10,
2359:16, 2359:17,
2359:18, 2359:21,
2359:23, 2360:5,
2360:6, 2360:12,
2360:21, 2361:3,
2361:13, 2361:20,
2361:25, 2362:4,
2362:12, 2362:13,
2362:19, 2363:8,
2363:11, 2363:12,

2363:16, 2363:17,
2363:20, 2363:22,
2363:23, 2363:25,
2364:3, 2364:6,
2364:8, 2364:12,
2364:19, 2364:21,
2364:25, 2365:2,
2365:5, 2365:8,
2365:10, 2365:11,
2365:14, 2365:16,
2365:18, 2366:3,
2366:9, 2366:13,
2366:15, 2366:17,
2366:24, 2366:25,
2367:2, 2367:3,
2367:6, 2367:10,
2367:16, 2367:22,
2368:1, 2368:5,
2368:8, 2368:10,
2368:11, 2368:19,
2368:23, 2368:24,
2369:7, 2369:8,
2369:9, 2369:15,
2369:18, 2369:20,
2369:22, 2369:23,
2370:2, 2370:18,
2371:5, 2371:16,
2371:17, 2371:21,
2372:1, 2372:3,
2372:16, 2372:17,
2372:18, 2373:7

**TODAY** [4] - 2267:21,
2333:24, 2336:24,
2338:21

**TOE** [4] - 2317:21,
2318:6, 2318:9

**TOGETHER** [7] -
2288:18, 2289:22,
2290:21, 2290:22,
2295:21, 2295:22,
2349:3

**TOLD** [5] - 2285:16,
2304:7, 2320:18,
2337:5, 2338:13

**TOMORROW** [2] -
2342:16, 2372:16

**TONIGHT** [1] -
2312:11

**TOO** [4] - 2267:14,
2273:22, 2332:1,
2337:15

**TOOK** [1] - 2341:16

**TOP** [4] - 2292:24,
2304:13, 2307:9,
2325:22

**TOPICS** [1] - 2360:23

**TORTS** [1] - 2265:6

**TOTAL** [3] - 2271:12,
2278:3, 2346:14

**TOTALING** [1] -

**HOURLY TRANSCRIPT**

2344:9
**TOWARDS** [1] - 2364:1
**TOXIC** [2] - 2271:15, 2346:9
**TRACK** [1] - 2294:19
**TRACKING** [1] - 2347:6
**TRACT** [1] - 2340:20
**TRADITIONAL** [2] - 2346:25, 2347:2
**TRAILERS** [2] - 2309:24, 2310:3
**TRAINING** [1] - 2344:15
**TRANSCRIPT** [3] - 2262:11, 2265:14, 2373:7
**TRANSFERRED** [1] - 2345:2
**TRANSMISSION** [1] - 2337:3
**TRANSPORT** [1] - 2279:3
**TRANSPORTATION** [1] - 2329:21
**TRASH** [1] - 2297:25
**TRAVEL** [2] - 2288:12, 2355:14
**TREAT** [1] - 2284:8
**TREATMENT** [1] - 2347:16
**TREEBY** [3] - 2264:12, 2341:21, 2342:1
**TRENCHING** [1] - 2298:7
**TRIAL** [5] - 2262:11, 2264:3, 2267:14, 2267:23, 2269:15
**TRIBUTARY** [1] - 2349:17
**TRUE** [4] - 2325:21, 2328:8, 2332:10, 2373:7
**TRUMP** [1] - 2289:14
**TRUTH** [6] - 2268:15, 2268:16, 2342:9, 2342:10
**TRY** [2] - 2312:9, 2342:25
**TRYING** [4] - 2314:5, 2322:11, 2325:10, 2325:11
**TUESDAY** [2] - 2262:7, 2267:2
**TULSA** [32] - 2268:25, 2271:7, 2271:9, 2271:10, 2272:1, 2272:18, 2272:22, 2274:2, 2274:24,

2274:25, 2275:8, 2275:10, 2275:25, 2276:17, 2276:25, 2277:8, 2277:15, 2282:18, 2287:6, 2304:11, 2304:19, 2308:23, 2309:4, 2310:8, 2311:16, 2346:19, 2351:6, 2351:9, 2351:15, 2354:9, 2354:12, 2354:21
**TURN** [23] - 2275:9, 2281:5, 2281:18, 2283:7, 2287:15, 2288:1, 2291:11, 2294:25, 2297:17, 2300:9, 2302:14, 2302:17, 2302:22, 2304:5, 2304:15, 2304:22, 2311:24, 2324:10, 2355:4, 2365:8, 2365:10, 2366:9, 2368:8
**TURNED** [3] - 2296:15, 2314:9, 2365:25
**TURNING** [1] - 2331:15
**TURNKEY** [1] - 2284:5
**TWO** [15] - 2278:2, 2278:12, 2281:19, 2283:1, 2302:23, 2303:5, 2310:21, 2341:20, 2364:3, 2364:7, 2365:4, 2368:20, 2370:13, 2370:25, 2371:13
**TWO-THIRDS** [1] - 2364:7
**TX** [1] - 2262:25
**TYPE** [6] - 2270:19, 2273:1, 2283:9, 2283:13, 2320:21, 2348:2
**TYPES** [3] - 2282:12, 2282:24, 2285:6
**TYPICALLY** [3] - 2272:25, 2283:12, 2353:1

### U

**U.S** [5] - 2265:3, 2280:13, 2280:15, 2304:1, 2346:12
**UH** [1] - 2326:19
**UH-HUH** [1] - 2326:19
**ULTIMATE** [2] - 2280:2, 2299:2

**ULTIMATELY** [12] - 2280:25, 2305:21, 2314:19, 2314:20, 2357:13, 2363:9, 2365:10, 2365:25, 2366:9, 2366:11, 2366:13, 2366:14
**UMBRELLA** [8] - 2271:23, 2272:18, 2274:25, 2282:7, 2285:5, 2306:11, 2366:14, 2366:22
**UNCERTAINTY** [2] - 2301:15, 2301:18
**UNDER** [23] - 2271:16, 2272:10, 2272:11, 2273:17, 2282:14, 2282:24, 2285:11, 2292:24, 2307:9, 2319:19, 2319:21, 2320:5, 2320:24, 2321:7, 2321:14, 2321:18, 2331:6, 2334:23, 2353:10, 2362:10, 2362:19, 2367:20
**UNDER-SOIL** [1] - 2331:6
**UNDERGROUND** [6] - 2298:7, 2298:9, 2324:3, 2326:23, 2331:18
**UNDERLYING** [1] - 2339:4
**UNDERSEEPAGE** [4] - 2334:22, 2336:10, 2336:18, 2336:22
**UNDERSTAND** [17] - 2272:15, 2273:6, 2289:2, 2289:9, 2300:20, 2315:6, 2317:12, 2328:20, 2328:21, 2329:13, 2335:15, 2335:25, 2336:12, 2336:15, 2337:22, 2362:20
**UNDERSTANDING** [30] - 2273:18, 2278:9, 2279:7, 2279:15, 2279:22, 2280:2, 2282:5, 2284:20, 2289:10, 2289:11, 2289:14, 2318:5, 2324:6, 2349:8, 2351:22, 2355:23, 2356:16, 2356:24, 2357:1, 2357:18, 2357:22, 2359:19, 2361:24, 2362:21, 2367:21,

2368:11, 2368:16, 2372:5, 2373:8
**UNDERSTOOD** [15] - 2273:23, 2280:4, 2289:16, 2289:17, 2314:18, 2314:23, 2316:20, 2316:23, 2316:25, 2317:2, 2317:11, 2318:15, 2319:5, 2326:9, 2326:12
**UNFORTUNATELY** [1] - 2333:23
**UNIQUE** [1] - 2323:24
**UNIT** [3] - 2269:20, 2269:22, 2269:24
**UNITED** [10] - 2262:1, 2262:12, 2265:3, 2317:2, 2318:15, 2332:7, 2333:12, 2342:4, 2373:5, 2373:15
**UNITS** [1] - 2300:5
**UNIVERSITY** [1] - 2343:17
**UNKNOWNS** [2] - 2301:15, 2301:16
**UNLESS** [4] - 2328:17, 2336:21, 2339:25, 2342:23
**UNTIL** [4] - 2270:15, 2277:1, 2325:19, 2334:21
**UP** [44] - 2268:8, 2270:14, 2271:19, 2275:7, 2275:21, 2278:21, 2289:18, 2297:24, 2298:5, 2305:5, 2310:21, 2311:7, 2312:22, 2313:15, 2314:1, 2315:2, 2317:20, 2322:16, 2322:18, 2327:18, 2329:3, 2331:1, 2331:25, 2332:15, 2332:16, 2333:9, 2334:21, 2335:9, 2335:15, 2335:22, 2335:25, 2337:10, 2340:4, 2346:23, 2351:21, 2356:23, 2360:4, 2363:7, 2365:19, 2365:21, 2366:5, 2368:19, 2369:22
**UPGRADING** [1] - 2347:15
**UPON** [1] - 2330:3
**URS** [3] - 2269:7, 2269:8, 2269:13

**US** [64] - 2271:5, 2274:7, 2274:23, 2275:6, 2275:17, 2275:22, 2277:11, 2280:17, 2280:21, 2283:10, 2283:25, 2284:8, 2285:6, 2285:16, 2285:18, 2286:3, 2286:21, 2287:11, 2287:12, 2287:17, 2288:2, 2288:3, 2290:4, 2290:11, 2291:11, 2292:16, 2293:17, 2294:24, 2296:14, 2297:1, 2297:4, 2297:17, 2301:14, 2302:9, 2302:12, 2302:23, 2304:5, 2304:7, 2304:17, 2304:20, 2304:21, 2305:11, 2306:12, 2309:5, 2315:10, 2315:21, 2320:17, 2325:11, 2325:12, 2331:7, 2334:17, 2344:13, 2352:15, 2353:24, 2354:10, 2357:10, 2358:9, 2359:11, 2360:5, 2360:6
**USACE** [1] - 2360:13
**USACE-NOD** [1] - 2360:13
**USE** [9] - 2278:7, 2278:15, 2284:9, 2287:9, 2292:12, 2306:4, 2308:18, 2365:5, 2367:10
**USED** [4] - 2291:5, 2305:17, 2346:21, 2362:15
**USING** [3] - 2269:15, 2313:10, 2335:23
**USUALLY** [1] - 2283:1
**UTILIZE** [1] - 2369:7
**UTILIZED** [2] - 2363:3, 2366:11

### V

**VARIETY** [1] - 2282:15
**VARIOUS** [10] - 2278:4, 2278:18, 2282:20, 2282:22, 2285:4, 2293:4, 2310:24, 2344:15, 2344:21, 2350:20
**VAST** [2] - 2315:14, 2317:12

**VERIFY** [1] - 2351:24
**VERSA** [1] - 2327:16
**VERSION** [1] - 2362:14
**VERSUS** [2] - 2272:10, 2354:7
**VERTICAL** [1] - 2364:11
**VERY** [14] - 2267:15, 2272:23, 2274:3, 2279:14, 2298:24, 2298:25, 2315:3, 2317:3, 2320:8, 2337:16, 2344:13, 2347:25, 2349:25, 2354:16
**VICE** [1] - 2327:16
**VICE-VERSA** [1] - 2327:16
**VICTOR** [1] - 2263:8
**VIEW** [1] - 2273:8
**VIGIL** [1] - 2276:14
**VIRGINIA** [1] - 2350:1
**VISIT** [8] - 2287:3, 2287:4, 2287:10, 2290:20, 2292:7, 2325:25, 2352:24, 2353:2
**VISITED** [1] - 2292:6
**VISITS** [1] - 2352:7
**VOLUME** [4] - 2360:17, 2360:18, 2360:19, 2361:8

# W

**WAGER** [39] - 2264:17, 2266:7, 2267:10, 2267:24, 2268:10, 2268:24, 2269:5, 2272:9, 2272:21, 2273:11, 2273:25, 2274:8, 2274:16, 2274:21, 2275:5, 2277:21, 2277:25, 2279:19, 2280:10, 2287:22, 2290:1, 2297:7, 2297:9, 2297:10, 2301:5, 2309:13, 2312:4, 2321:1, 2328:5, 2330:23, 2332:21, 2334:8, 2334:17, 2335:8, 2335:19, 2336:24, 2337:16, 2339:25, 2341:12
**WAGER-ZITO** [38] - 2264:17, 2267:10,

2267:24, 2268:10, 2268:24, 2269:5, 2272:9, 2272:21, 2273:11, 2273:25, 2274:8, 2274:16, 2274:21, 2275:5, 2277:21, 2277:25, 2279:19, 2280:10, 2287:22, 2290:1, 2297:7, 2297:9, 2297:10, 2301:5, 2309:13, 2312:4, 2321:1, 2328:5, 2330:23, 2332:21, 2334:8, 2334:17, 2335:8, 2335:19, 2336:24, 2337:16, 2339:25, 2341:12
**WAGER-ZITO............ ....** [1] - 2266:7
**WAIT** [2] - 2332:20, 2339:21
**WAIVED** [1] - 2267:20
**WALK** [2] - 2317:15, 2336:10
**WALK-THROUGH** [2] - 2317:15, 2336:10
**WALKED** [2] - 2316:17, 2332:9
**WALKING** [1] - 2325:16
**WALL** [2] - 2318:23, 2349:14
**WALTHER** [1] - 2264:11
**WANT** [15] - 2267:21, 2312:11, 2312:21, 2317:19, 2325:8, 2325:12, 2342:22, 2343:10, 2349:19, 2355:17, 2359:18, 2361:20, 2364:21, 2364:25, 2370:18
**WANTED** [9] - 2280:22, 2283:14, 2284:8, 2285:5, 2286:3, 2294:5, 2358:8, 2363:8, 2367:6
**WANTS** [1] - 2335:25
**WARREN** [2] - 2264:7, 2264:7
**WAS** [305] - 2268:19, 2268:20, 2269:9, 2270:5, 2270:8, 2270:9, 2270:10, 2270:11, 2270:16, 2271:5, 2271:6, 2271:7, 2271:11, 2271:13, 2271:16,

2271:18, 2271:20, 2272:18, 2272:22, 2272:23, 2273:2, 2273:12, 2273:16, 2274:3, 2275:2, 2275:24, 2275:25, 2276:2, 2276:12, 2276:14, 2277:2, 2277:6, 2278:9, 2279:7, 2279:22, 2279:23, 2279:24, 2280:2, 2280:20, 2280:22, 2281:3, 2282:17, 2282:19, 2282:23, 2283:19, 2284:4, 2284:5, 2285:5, 2285:10, 2285:14, 2285:23, 2285:25, 2286:2, 2286:4, 2286:7, 2286:10, 2286:11, 2286:12, 2286:16, 2286:17, 2286:21, 2286:24, 2287:5, 2287:6, 2287:8, 2287:10, 2287:11, 2287:23, 2288:8, 2288:17, 2289:2, 2289:18, 2289:21, 2289:23, 2290:22, 2292:4, 2292:7, 2292:8, 2292:10, 2292:12, 2292:16, 2293:14, 2293:15, 2293:16, 2293:17, 2293:19, 2293:21, 2294:11, 2294:16, 2295:14, 2295:16, 2295:24, 2295:25, 2296:10, 2296:11, 2296:12, 2296:19, 2297:4, 2297:16, 2299:2, 2299:17, 2299:19, 2299:22, 2299:24, 2300:15, 2300:23, 2301:10, 2301:17, 2301:23, 2302:6, 2303:17, 2305:5, 2305:8, 2305:22, 2305:24, 2305:25, 2306:5, 2307:11, 2307:14, 2307:16, 2308:9, 2308:11, 2308:20, 2309:17, 2309:18, 2310:6, 2310:8, 2311:4, 2311:5, 2311:6, 2311:18, 2311:19, 2312:1, 2312:21, 2313:3, 2313:4, 2313:13,

2313:24, 2314:11, 2314:16, 2314:20, 2314:23, 2315:6, 2316:19, 2316:23, 2316:25, 2317:23, 2318:1, 2318:4, 2318:5, 2318:7, 2318:8, 2318:10, 2318:25, 2320:15, 2320:18, 2320:20, 2320:21, 2320:24, 2321:6, 2321:7, 2321:8, 2321:12, 2322:14, 2322:21, 2322:22, 2324:1, 2324:7, 2324:9, 2324:15, 2325:23, 2325:25, 2326:7, 2327:10, 2327:11, 2327:12, 2328:9, 2328:22, 2329:23, 2330:8, 2330:16, 2330:19, 2330:20, 2331:10, 2333:19, 2334:14, 2334:23, 2334:25, 2335:9, 2335:21, 2336:9, 2336:13, 2337:23, 2337:25, 2338:5, 2338:9, 2338:24, 2339:11, 2341:5, 2341:20, 2342:13, 2342:14, 2343:19, 2344:13, 2344:14, 2344:17, 2344:18, 2344:21, 2345:1, 2345:5, 2345:22, 2346:3, 2346:5, 2346:6, 2346:7, 2346:10, 2346:11, 2346:18, 2347:15, 2347:18, 2347:19, 2347:20, 2347:21, 2348:7, 2348:16, 2348:19, 2348:23, 2348:25, 2349:11, 2349:13, 2349:22, 2349:24, 2349:25, 2350:3, 2350:12, 2350:15, 2350:18, 2351:19, 2351:24, 2352:16, 2352:19, 2353:18, 2353:25, 2354:2, 2354:6, 2354:13, 2354:24, 2354:25, 2355:22, 2356:17, 2357:5, 2357:15, 2357:18, 2357:22, 2357:23, 2358:1, 2359:11, 2359:16, 2359:21,

2359:22, 2359:25, 2360:5, 2360:16, 2361:5, 2361:23, 2362:9, 2362:15, 2362:20, 2362:24, 2363:9, 2363:22, 2364:19, 2364:24, 2365:5, 2365:25, 2366:15, 2366:20, 2366:22, 2367:14, 2367:18, 2367:21, 2368:11, 2368:20, 2368:21, 2368:22, 2369:19, 2369:22, 2370:15, 2372:2, 2372:5, 2372:8, 2372:21
**WASHINGTON** [57] - 2264:11, 2264:20, 2265:8, 2269:12, 2269:16, 2272:5, 2272:10, 2273:13, 2277:13, 2278:10, 2279:8, 2279:23, 2281:12, 2282:23, 2283:19, 2284:21, 2285:14, 2289:3, 2290:15, 2290:16, 2290:19, 2294:16, 2294:22, 2296:8, 2296:20, 2299:7, 2300:11, 2303:22, 2305:1, 2308:16, 2309:14, 2312:23, 2315:7, 2315:14, 2316:10, 2333:7, 2334:3, 2339:3, 2351:24, 2352:18, 2353:20, 2354:13, 2355:10, 2355:19, 2356:4, 2357:23, 2358:9, 2362:7, 2363:2, 2363:6, 2363:8, 2365:22, 2366:6, 2367:6, 2369:9, 2370:3
**WASN'T** [10] - 2286:11, 2308:10, 2320:18, 2321:2, 2328:22, 2330:10, 2335:18, 2335:22, 2338:2, 2341:6
**WASTE** [11] - 2271:13, 2271:15, 2273:1, 2278:4, 2279:6, 2282:22, 2298:5, 2303:11, 2329:11, 2346:9, 2370:6
**WASTE-TYPE** [1] - 2273:1

**WASTING** [1] - 2325:22

**WATER** [2] - 2320:9, 2327:22

**WATERS** [1] - 2317:4

**WAY** [11] - 2273:8, 2278:20, 2282:19, 2289:7, 2293:8, 2314:4, 2317:19, 2327:18, 2342:15, 2345:25, 2348:1

**WE** [217] - 2267:20, 2268:6, 2269:10, 2269:12, 2269:13, 2269:14, 2269:25, 2272:2, 2272:16, 2272:17, 2273:6, 2274:4, 2274:6, 2274:16, 2275:7, 2277:21, 2278:12, 2278:14, 2278:15, 2278:24, 2279:9, 2279:17, 2280:5, 2281:5, 2281:16, 2281:17, 2282:8, 2282:18, 2283:2, 2283:3, 2283:5, 2283:7, 2283:17, 2284:2, 2284:7, 2284:10, 2284:24, 2285:16, 2285:18, 2286:12, 2286:13, 2287:1, 2287:9, 2287:19, 2289:17, 2290:2, 2290:7, 2290:21, 2290:23, 2291:4, 2292:9, 2292:22, 2292:23, 2292:25, 2293:3, 2293:4, 2293:7, 2293:11, 2294:18, 2295:5, 2295:8, 2295:18, 2296:9, 2296:13, 2296:14, 2296:17, 2297:24, 2297:25, 2298:1, 2298:4, 2298:5, 2298:8, 2298:9, 2298:16, 2298:20, 2298:22, 2299:22, 2300:9, 2301:6, 2301:12, 2301:18, 2302:3, 2302:10, 2302:11, 2302:17, 2302:20, 2302:24, 2303:8, 2303:24, 2304:13, 2305:3, 2305:10, 2305:22, 2305:24, 2306:3, 2306:14, 2306:21,

2307:1, 2307:3, 2307:14, 2307:15, 2308:15, 2308:20, 2309:6, 2309:17, 2309:24, 2310:1, 2310:3, 2310:4, 2310:18, 2310:20, 2310:25, 2311:22, 2312:9, 2313:2, 2313:7, 2313:8, 2315:10, 2316:2, 2316:3, 2316:4, 2317:21, 2318:2, 2319:9, 2319:10, 2319:11, 2320:16, 2321:19, 2321:21, 2322:4, 2322:17, 2322:24, 2323:1, 2323:12, 2323:19, 2323:20, 2324:23, 2325:2, 2325:8, 2325:24, 2327:13, 2327:16, 2327:17, 2328:4, 2331:8, 2331:16, 2331:21, 2331:22, 2332:15, 2332:25, 2336:19, 2336:21, 2339:23, 2340:5, 2341:5, 2341:13, 2342:15, 2342:16, 2342:19, 2342:24, 2345:23, 2349:3, 2350:23, 2351:21, 2354:6, 2356:6, 2357:1, 2357:6, 2358:7, 2358:8, 2358:9, 2358:11, 2358:14, 2358:16, 2358:23, 2360:3, 2360:7, 2361:19, 2363:8, 2363:12, 2363:14, 2363:18, 2363:20, 2364:20, 2364:25, 2365:3, 2365:13, 2365:14, 2365:23, 2366:11, 2367:6, 2367:9, 2367:18, 2367:24, 2369:6, 2369:9, 2372:15, 2372:16

**WE'LL** [13] - 2271:9, 2273:16, 2281:2, 2312:10, 2319:4, 2329:14, 2336:6, 2339:24, 2342:21, 2361:3, 2362:12, 2371:6, 2372:17

**WE'RE** [15] - 2267:11, 2274:10, 2279:19, 2289:20, 2297:21,

2300:14, 2301:2, 2301:3, 2301:13, 2310:22, 2312:11, 2324:24, 2325:9, 2332:24, 2335:14

**WE'VE** [3] - 2267:18, 2322:6, 2338:20

**WEARING** [1] - 2335:3

**WEATHERLY** [3] - 2287:6, 2304:18, 2304:19

**WEEK** [2] - 2352:6, 2353:4

**WEEKLY** [3] - 2330:19, 2353:12, 2353:19

**WEEKS** [1] - 2326:20

**WELL** [48] - 2268:6, 2270:9, 2272:16, 2274:2, 2274:17, 2275:24, 2278:12, 2280:5, 2281:14, 2282:7, 2283:1, 2283:12, 2283:15, 2285:16, 2286:16, 2288:10, 2289:17, 2290:12, 2292:22, 2296:9, 2299:19, 2300:25, 2301:2, 2302:7, 2303:17, 2305:3, 2306:1, 2306:7, 2306:18, 2307:13, 2309:24, 2311:11, 2311:12, 2313:11, 2314:17, 2315:21, 2316:2, 2316:14, 2318:18, 2320:16, 2325:8, 2327:11, 2327:17, 2332:24, 2333:23, 2340:7, 2341:13, 2354:16

**WENT** [2] - 2296:14, 2327:18

**WERE** [123] - 2269:12, 2272:25, 2274:4, 2274:5, 2274:7, 2275:22, 2276:25, 2277:15, 2277:17, 2278:14, 2279:24, 2284:7, 2285:3, 2285:17, 2285:22, 2286:15, 2287:12, 2288:7, 2288:10, 2290:8, 2290:23, 2290:24, 2291:8, 2292:20, 2294:14, 2295:5, 2296:16, 2298:17, 2298:22, 2299:7, 2299:22,

2301:6, 2301:7, 2301:15, 2301:16, 2301:18, 2302:2, 2302:3, 2302:7, 2302:20, 2302:25, 2303:2, 2303:20, 2303:24, 2305:10, 2305:17, 2305:19, 2305:21, 2306:21, 2307:3, 2307:19, 2307:21, 2310:25, 2311:9, 2311:10, 2311:11, 2311:12, 2311:13, 2311:15, 2311:25, 2312:22, 2315:10, 2315:18, 2316:3, 2317:3, 2317:14, 2318:13, 2318:20, 2318:23, 2319:16, 2320:5, 2322:12, 2323:1, 2323:12, 2323:21, 2325:2, 2325:14, 2325:17, 2326:9, 2326:15, 2326:17, 2326:18, 2327:15, 2329:23, 2330:7, 2330:15, 2330:18, 2331:16, 2331:21, 2335:3, 2338:8, 2338:13, 2339:9, 2339:16, 2344:20, 2345:24, 2346:19, 2347:23, 2348:2, 2350:22, 2352:22, 2352:23, 2353:6, 2358:5, 2358:8, 2358:11, 2358:16, 2359:12, 2362:23, 2363:20, 2365:5, 2365:10, 2365:11, 2365:25, 2366:2, 2366:4, 2366:14, 2367:24, 2368:24

**WEREN'T** [4] - 2311:22, 2322:11, 2325:17, 2325:22

**WESTBANK** [1] - 2344:9

**WESTERN** [2] - 2350:1, 2364:13

**WGI** [69] - 2269:12, 2271:8, 2273:17, 2280:20, 2300:18, 2310:9, 2311:14, 2311:16, 2312:24, 2313:5, 2317:14, 2319:7, 2319:15, 2319:23, 2320:3, 2320:5, 2321:15, 2322:14, 2323:2,

2323:4, 2323:6, 2324:10, 2324:13, 2325:2, 2326:22, 2326:25, 2327:2, 2327:6, 2328:2, 2330:20, 2331:4, 2331:19, 2331:24, 2333:23, 2335:3, 2335:4, 2336:13, 2336:14, 2337:21, 2338:24, 2339:11, 2339:15, 2341:3, 2351:25, 2358:13, 2358:20, 2359:6, 2359:19, 2359:20, 2359:25, 2361:13, 2361:16, 2362:13, 2366:15, 2367:3, 2367:10, 2367:15, 2367:21, 2368:11, 2368:22, 2369:5, 2369:15, 2369:17, 2369:20, 2370:3, 2370:9, 2370:11, 2370:12, 2370:14

**WGI'S** [1] - 2353:25

**WHARF** [1] - 2350:1

**WHARVES** [1] - 2298:14

**WHAT** [213] - 2269:18, 2269:23, 2270:5, 2271:5, 2271:10, 2271:14, 2271:20, 2271:22, 2272:2, 2273:16, 2274:4, 2274:23, 2275:6, 2275:17, 2275:22, 2276:20, 2278:18, 2279:7, 2279:16, 2279:18, 2279:19, 2279:22, 2279:23, 2279:24, 2280:1, 2280:17, 2280:20, 2280:21, 2280:24, 2281:13, 2281:14, 2281:16, 2283:10, 2284:20, 2285:16, 2285:18, 2285:19, 2285:25, 2286:14, 2287:10, 2287:12, 2287:17, 2288:2, 2288:3, 2288:7, 2288:18, 2289:12, 2289:14, 2289:18, 2290:5, 2290:19, 2290:20, 2290:22, 2290:23, 2291:1, 2291:11, 2291:17, 2292:24, 2293:9, 2293:14, 2293:15, 2294:16, 2294:18,

**HOURLY TRANSCRIPT**

2294:22, 2295:16, 2296:11, 2296:23, 2297:1, 2297:18, 2298:22, 2299:2, 2299:17, 2300:18, 2300:23, 2301:14, 2301:17, 2303:9, 2304:5, 2304:17, 2304:23, 2305:1, 2305:6, 2305:16, 2305:19, 2305:21, 2305:23, 2306:4, 2306:12, 2307:3, 2307:11, 2309:8, 2309:23, 2310:6, 2310:13, 2310:16, 2310:18, 2310:20, 2310:22, 2310:24, 2315:7, 2315:10, 2315:15, 2316:3, 2318:22, 2318:25, 2319:12, 2320:18, 2320:21, 2321:3, 2322:14, 2322:18, 2322:21, 2324:6, 2325:8, 2325:24, 2326:8, 2328:21, 2330:13, 2330:19, 2331:10, 2331:21, 2334:10, 2334:14, 2335:6, 2335:21, 2336:11, 2336:19, 2337:2, 2337:5, 2340:6, 2343:9, 2343:14, 2343:19, 2344:7, 2344:13, 2344:17, 2344:20, 2344:25, 2345:10, 2345:13, 2345:22, 2346:8, 2346:10, 2346:16, 2348:1, 2348:6, 2348:10, 2348:19, 2348:23, 2349:24, 2350:6, 2351:5, 2351:12, 2351:20, 2351:22, 2352:15, 2353:10, 2353:17, 2353:24, 2354:3, 2354:6, 2354:20, 2354:24, 2355:6, 2355:8, 2355:16, 2355:17, 2355:22, 2355:23, 2356:3, 2356:13, 2356:16, 2356:18, 2357:4, 2357:12, 2357:15, 2357:16, 2357:17, 2357:22, 2358:1, 2358:7, 2358:9, 2358:10, 2358:17, 2359:11,

2359:19, 2359:25, 2361:5, 2361:10, 2362:6, 2362:15, 2362:20, 2363:19, 2363:22, 2364:9, 2364:24, 2365:2, 2365:19, 2367:2, 2370:2, 2370:8, 2370:22, 2371:16, 2372:1

**WHAT'S** [13] - 2282:5, 2282:13, 2289:6, 2289:14, 2302:23, 2337:4, 2344:2, 2350:8, 2360:13, 2362:12, 2364:8, 2366:18

**WHATEVER** [3] - 2289:11, 2317:20, 2333:13

**WHEN** [29] - 2269:9, 2270:10, 2274:4, 2276:20, 2277:1, 2277:8, 2283:25, 2284:2, 2286:3, 2294:14, 2297:15, 2307:25, 2309:20, 2313:8, 2317:22, 2318:20, 2321:12, 2323:1, 2325:16, 2329:23, 2334:23, 2338:24, 2343:23, 2346:3, 2357:7, 2357:15, 2359:4, 2359:5, 2371:5

**WHENEVER** [1] - 2278:14

**WHERE** [16] - 2278:13, 2278:17, 2286:10, 2286:11, 2298:4, 2304:7, 2317:21, 2318:4, 2327:20, 2333:11, 2343:16, 2343:25, 2345:23, 2347:13, 2349:20, 2364:13

**WHEREAS** [1] - 2356:24

**WHEREUPON** [5] - 2275:1, 2313:12, 2313:23, 2341:16, 2372:21

**WHETHER** [10] - 2324:14, 2326:7, 2328:3, 2328:22, 2333:20, 2336:15, 2337:22, 2339:16, 2361:23, 2368:1

**WHICH** [32] - 2268:14, 2269:13, 2270:10,

2271:6, 2271:20, 2272:2, 2278:1, 2281:18, 2282:19, 2283:4, 2283:8, 2285:14, 2292:2, 2292:8, 2294:18, 2296:17, 2300:2, 2304:10, 2305:5, 2305:16, 2306:5, 2311:6, 2322:22, 2328:8, 2330:20, 2342:8, 2361:4, 2363:8, 2363:14, 2363:17, 2368:5

**WHILE** [2] - 2268:4, 2342:15

**WHO** [21] - 2267:16, 2268:1, 2268:2, 2268:7, 2269:6, 2276:7, 2277:8, 2286:7, 2287:6, 2287:8, 2292:3, 2293:16, 2303:2, 2307:24, 2308:6, 2311:4, 2311:10, 2311:13, 2332:9, 2339:21, 2357:13

**WHO'D** [1] - 2276:3

**WHOLE** [4] - 2268:15, 2317:10, 2326:25, 2342:9

**WHY** [14] - 2278:9, 2292:4, 2294:9, 2300:11, 2300:24, 2308:18, 2312:9, 2316:4, 2346:21, 2357:11, 2357:13, 2358:24, 2364:18, 2372:16

**WIDE** [2] - 2282:15, 2360:23

**WIDEN** [2] - 2299:6, 2311:7

**WILL** [20] - 2268:15, 2280:3, 2280:15, 2281:22, 2284:18, 2288:15, 2300:5, 2325:19, 2328:4, 2334:11, 2339:23, 2340:2, 2341:13, 2341:14, 2342:9, 2342:16, 2364:17, 2364:23, 2370:4, 2372:15

**WILLIAM** [1] - 2264:12

**WILSHIRE** [1] - 2264:4

**WISELY** [1] - 2274:6

**WITH** [124] - 2267:11, 2268:5, 2268:25,

2270:22, 2271:17, 2272:18, 2274:8, 2275:24, 2276:21, 2276:22, 2278:1, 2278:5, 2280:2, 2280:13, 2281:6, 2283:5, 2283:11, 2285:3, 2287:5, 2288:8, 2288:17, 2289:4, 2289:19, 2290:14, 2290:16, 2291:7, 2292:6, 2292:9, 2292:13, 2293:16, 2293:18, 2295:8, 2295:19, 2295:20, 2296:1, 2296:7, 2296:8, 2296:20, 2297:22, 2298:10, 2298:17, 2300:6, 2300:18, 2301:21, 2303:15, 2303:22, 2305:5, 2305:9, 2306:10, 2306:16, 2308:18, 2309:15, 2310:2, 2310:8, 2311:20, 2312:24, 2313:4, 2313:10, 2314:4, 2314:11, 2314:19, 2315:20, 2315:21, 2316:12, 2316:14, 2316:20, 2318:18, 2318:20, 2319:17, 2320:9, 2320:14, 2320:17, 2322:3, 2324:7, 2324:22, 2325:16, 2326:9, 2327:24, 2328:11, 2328:15, 2329:4, 2329:14, 2329:23, 2330:21, 2331:5, 2331:9, 2331:14, 2332:7, 2332:9, 2332:10, 2338:10, 2338:20, 2339:3, 2339:22, 2340:16, 2340:25, 2341:1, 2342:17, 2342:21, 2344:15, 2347:8, 2347:16, 2347:24, 2348:4, 2348:6, 2350:4, 2350:19, 2352:1, 2352:6, 2352:10, 2352:18, 2352:20, 2353:19, 2353:22, 2355:14, 2359:6, 2361:13, 2363:6, 2363:7, 2364:13, 2365:12, 2366:7, 2368:23, 2370:19

**WITHIN** [17] - 2269:20, 2271:17, 2271:23, 2272:1, 2272:19, 2281:11, 2282:8, 2302:9, 2317:4, 2317:20, 2319:10, 2331:24, 2333:13, 2338:8, 2344:16, 2347:11, 2359:8

**WITHOUT** [2] - 2314:5, 2352:21

**WITNESS** [41] - 2267:11, 2267:21, 2268:1, 2268:2, 2268:7, 2268:17, 2268:19, 2268:23, 2272:16, 2273:9, 2273:11, 2274:9, 2279:12, 2280:5, 2289:6, 2289:17, 2300:15, 2300:25, 2301:3, 2312:23, 2313:17, 2321:18, 2328:9, 2328:10, 2328:19, 2328:24, 2330:24, 2336:1, 2336:25, 2338:5, 2342:11, 2342:13, 2342:24, 2356:24, 2359:24, 2360:3, 2369:1, 2369:3, 2369:6, 2369:24, 2371:12

**WITNESS'S** [1] - 2356:16

**WITNESSES** [3] - 2267:16, 2267:22, 2341:19

**WITTMANN** [1] - 2264:11

**WOMAN** [1] - 2308:1

**WON'T** [3] - 2313:7, 2313:8, 2340:1

**WOODCOCK** [1] - 2265:6

**WORDING** [2] - 2271:25, 2282:17

**WORDS** [2] - 2279:14, 2357:5

**WORK** [165] - 2273:1, 2273:18, 2274:7, 2274:13, 2276:3, 2276:5, 2278:15, 2279:4, 2280:6, 2280:16, 2280:18, 2280:19, 2280:24, 2281:15, 2282:9, 2282:18, 2285:16, 2285:21, 2285:24, 2286:13, 2286:18,

2286:25, 2287:2,
2288:3, 2288:6,
2288:9, 2288:20,
2289:4, 2290:3,
2290:8, 2290:25,
2292:18, 2292:19,
2292:20, 2293:11,
2293:18, 2293:23,
2295:6, 2295:8,
2295:13, 2295:14,
2295:18, 2297:14,
2297:22, 2298:13,
2298:23, 2299:1,
2299:2, 2299:10,
2299:12, 2299:16,
2299:17, 2299:20,
2299:21, 2299:22,
2300:5, 2301:8,
2301:11, 2301:19,
2302:2, 2302:10,
2302:11, 2302:12,
2302:15, 2302:18,
2302:22, 2302:25,
2303:3, 2303:13,
2303:20, 2303:22,
2303:25, 2304:3,
2304:8, 2304:24,
2305:2, 2305:4,
2305:6, 2305:7,
2305:12, 2305:13,
2305:18, 2305:19,
2305:21, 2305:22,
2305:24, 2306:5,
2306:7, 2306:8,
2306:19, 2306:24,
2308:22, 2309:15,
2309:20, 2310:2,
2310:4, 2310:18,
2310:23, 2311:6,
2311:18, 2311:20,
2314:11, 2314:16,
2314:17, 2314:24,
2315:9, 2316:9,
2318:3, 2322:22,
2323:1, 2323:3,
2323:6, 2323:12,
2324:24, 2325:15,
2327:2, 2327:15,
2330:16, 2331:19,
2332:9, 2332:11,
2337:23, 2338:20,
2339:17, 2340:13,
2341:3, 2342:22,
2343:25, 2347:23,
2349:3, 2350:19,
2350:20, 2352:2,
2352:18, 2355:5,
2355:6, 2355:7,
2356:8, 2357:23,
2358:18, 2358:21,
2361:25, 2362:17,

2364:18, 2364:20,
2365:23, 2366:10,
2366:11, 2366:13,
2366:18, 2366:19,
2366:20, 2366:23,
2367:8, 2367:19,
2368:6, 2369:18,
2370:7
**WORKED** [5] - 2270:9,
2277:12, 2292:15,
2327:20, 2346:19
**WORKERS** [1] -
2323:11
**WORKING** [11] -
2270:12, 2276:11,
2292:20, 2303:2,
2304:21, 2311:10,
2311:13, 2311:22,
2318:23, 2334:23,
2344:11
**WORKS** [3] - 2314:5,
2346:25, 2347:2
**WORLD** [1] - 2336:16
**WOULD** [112] -
2268:12, 2268:21,
2272:7, 2276:1,
2276:4, 2276:8,
2277:19, 2278:15,
2280:21, 2280:24,
2281:14, 2283:1,
2284:2, 2287:13,
2293:24, 2294:6,
2297:5, 2297:14,
2299:9, 2299:15,
2299:16, 2300:24,
2301:11, 2301:18,
2302:3, 2304:5,
2305:6, 2305:24,
2309:5, 2309:8,
2310:23, 2312:6,
2312:7, 2313:15,
2314:11, 2315:22,
2316:4, 2316:10,
2317:24, 2319:6,
2319:19, 2320:15,
2320:22, 2321:3,
2321:9, 2321:14,
2321:19, 2321:23,
2324:25, 2326:1,
2326:4, 2326:8,
2326:12, 2329:5,
2331:14, 2336:5,
2336:6, 2338:13,
2338:20, 2339:24,
2340:4, 2342:7,
2342:25, 2343:5,
2347:10, 2349:9,
2349:14, 2349:16,
2351:2, 2351:20,
2353:2, 2354:3,

2354:5, 2354:7,
2356:11, 2357:1,
2357:17, 2358:2,
2358:18, 2359:24,
2360:6, 2361:18,
2361:19, 2362:25,
2363:16, 2363:22,
2363:24, 2364:2,
2364:5, 2364:6,
2364:22, 2365:2,
2366:7, 2366:22,
2367:15, 2367:21,
2368:1, 2368:2,
2368:5, 2368:10,
2369:15, 2369:19,
2371:4, 2371:16,
2371:21, 2372:2,
2372:6
**WOULDN'T** [1] -
2319:12
**WRECKING** [1] -
2350:1
**WRITE** [2] - 2293:18,
2301:1
**WRITING** [1] - 2357:5
**WRITTEN** [4] -
2340:25, 2353:20,
2353:21, 2362:22
**WRONG** [2] - 2289:15,
2363:12
**WROTE** [1] - 2357:4

---

# Y

**YEAH** [13] - 2282:15,
2290:6, 2292:6,
2304:12, 2305:22,
2306:14, 2309:5,
2317:9, 2317:19,
2318:1, 2318:17,
2322:4, 2333:25
**YEAR** [6] - 2269:10,
2302:9, 2306:14,
2310:20, 2344:12,
2370:24
**YEARS** [8] - 2270:10,
2271:19, 2277:1,
2310:21, 2318:25,
2344:6, 2352:14,
2359:1
**YEP** [1] - 2329:25
**YES** [108] - 2269:22,
2270:14, 2271:12,
2272:23, 2275:12,
2277:7, 2281:1,
2281:4, 2282:4,
2287:5, 2287:18,
2287:25, 2288:3,
2291:20, 2291:22,
2294:1, 2295:2,

2295:4, 2295:7,
2295:11, 2296:3,
2296:5, 2296:22,
2297:12, 2297:16,
2299:1, 2299:11,
2299:25, 2302:1,
2302:16, 2302:19,
2303:4, 2303:14,
2303:24, 2304:4,
2304:16, 2306:23,
2307:1, 2307:8,
2307:23, 2308:3,
2308:17, 2309:3,
2309:17, 2310:12,
2311:5, 2313:20,
2314:10, 2314:14,
2315:1, 2315:12,
2315:22, 2316:16,
2316:22, 2316:24,
2317:5, 2317:11,
2317:16, 2319:9,
2319:22, 2320:2,
2321:18, 2322:10,
2322:17, 2322:20,
2323:6, 2323:10,
2324:1, 2324:12,
2326:2, 2326:6,
2326:17, 2330:6,
2335:5, 2340:14,
2340:15, 2340:18,
2341:2, 2341:21,
2343:22, 2346:2,
2346:17, 2347:12,
2347:25, 2348:5,
2349:7, 2350:5,
2351:4, 2352:12,
2352:25, 2353:6,
2354:19, 2355:4,
2359:9, 2360:23,
2361:2, 2361:7,
2362:5, 2362:22,
2362:24, 2366:2,
2366:16, 2368:7,
2368:9, 2368:15,
2371:20, 2371:25
**YESTERDAY** [1] -
2267:20
**YET** [5] - 2273:14,
2299:24, 2328:15,
2329:7
**YOU** [412] - 2268:9,
2268:12, 2268:14,
2268:15, 2268:16,
2268:21, 2269:3,
2269:8, 2270:3,
2270:12, 2270:20,
2270:25, 2271:2,
2271:5, 2271:10,
2271:22, 2273:21,
2273:22, 2274:1,
2274:11, 2274:19,

2274:22, 2274:23,
2275:6, 2275:9,
2275:13, 2275:17,
2275:22, 2276:10,
2276:20, 2276:21,
2276:24, 2276:25,
2277:5, 2277:8,
2277:11, 2278:2,
2278:17, 2278:18,
2278:21, 2278:25,
2280:4, 2280:12,
2280:17, 2280:21,
2281:5, 2281:18,
2281:19, 2282:11,
2282:13, 2283:2,
2283:10, 2283:25,
2284:5, 2284:11,
2285:8, 2285:13,
2285:22, 2286:7,
2286:14, 2286:21,
2287:3, 2287:14,
2287:17, 2287:19,
2287:23, 2288:1,
2288:5, 2288:23,
2289:1, 2289:16,
2289:21, 2290:4,
2290:11, 2290:19,
2291:1, 2291:11,
2291:14, 2291:15,
2291:17, 2291:19,
2291:21, 2292:1,
2292:4, 2292:19,
2292:20, 2292:22,
2292:24, 2293:2,
2293:6, 2293:7,
2293:9, 2293:14,
2294:4, 2294:5,
2294:9, 2294:14,
2294:25, 2295:7,
2295:22, 2296:1,
2296:6, 2296:23,
2297:1, 2297:5,
2297:11, 2297:17,
2297:19, 2297:21,
2297:23, 2298:4,
2298:24, 2299:15,
2299:16, 2300:1,
2300:3, 2300:11,
2300:22, 2301:14,
2302:5, 2302:14,
2302:22, 2302:23,
2303:20, 2304:2,
2304:5, 2304:10,
2304:15, 2304:17,
2304:22, 2305:3,
2305:16, 2305:19,
2306:2, 2306:4,
2306:12, 2306:21,
2307:6, 2307:18,
2307:21, 2307:24,
2307:25, 2308:13,

2308:18, 2308:24,
2309:7, 2309:8,
2310:11, 2310:13,
2310:16, 2311:2,
2311:4, 2311:9,
2311:17, 2311:24,
2312:5, 2312:7,
2312:13, 2312:14,
2312:22, 2313:3,
2313:4, 2313:10,
2313:11, 2313:15,
2314:1, 2314:11,
2314:19, 2314:23,
2315:3, 2315:13,
2315:18, 2315:19,
2315:24, 2316:5,
2316:6, 2316:12,
2316:14, 2316:15,
2316:17, 2316:19,
2316:20, 2316:21,
2316:23, 2316:25,
2317:2, 2317:6,
2317:8, 2317:10,
2317:12, 2317:14,
2317:19, 2317:22,
2318:12, 2318:13,
2318:15, 2318:16,
2318:20, 2318:21,
2319:2, 2319:10,
2319:12, 2319:14,
2319:16, 2319:19,
2320:11, 2320:15,
2321:9, 2321:21,
2322:2, 2322:3,
2322:6, 2322:11,
2322:12, 2322:17,
2322:18, 2322:22,
2323:2, 2323:14,
2323:17, 2323:18,
2323:19, 2323:23,
2324:2, 2324:6,
2324:9, 2324:13,
2324:17, 2324:20,
2324:22, 2325:12,
2325:13, 2325:16,
2325:17, 2325:19,
2325:22, 2326:4,
2326:8, 2326:9,
2326:12, 2327:1,
2327:6, 2327:20,
2327:24, 2328:24,
2329:3, 2329:14,
2329:15, 2329:23,
2330:1, 2330:7,
2330:8, 2330:14,
2331:10, 2331:14,
2331:24, 2331:25,
2332:2, 2332:6,
2332:10, 2332:14,
2332:19, 2333:11,
2333:13, 2333:21,

2334:1, 2334:22,
2335:2, 2335:3,
2336:5, 2336:6,
2336:7, 2337:10,
2338:8, 2338:20,
2339:9, 2339:21,
2339:22, 2339:23,
2339:24, 2340:4,
2340:11, 2340:16,
2341:3, 2341:10,
2341:13, 2342:7,
2342:8, 2342:10,
2342:22, 2343:1,
2343:5, 2343:10,
2343:16, 2343:21,
2343:25, 2344:4,
2344:11, 2345:9,
2345:24, 2345:25,
2346:16, 2347:8,
2347:10, 2347:23,
2348:4, 2348:6,
2348:24, 2349:5,
2350:12, 2351:2,
2351:3, 2351:17,
2352:4, 2352:11,
2352:24, 2353:2,
2353:5, 2354:5,
2354:18, 2355:2,
2355:4, 2355:12,
2355:17, 2355:18,
2355:22, 2356:3,
2356:11, 2356:20,
2357:7, 2357:11,
2357:16, 2358:11,
2358:13, 2358:20,
2359:4, 2359:5,
2359:22, 2360:9,
2361:12, 2361:18,
2362:3, 2362:4,
2362:20, 2362:23,
2362:25, 2363:16,
2364:5, 2365:5,
2365:10, 2365:11,
2367:2, 2367:3,
2367:15, 2368:6,
2368:10, 2368:21,
2369:2, 2369:15,
2369:19, 2369:20,
2370:18, 2370:20,
2371:4, 2371:5,
2371:16, 2371:17,
2371:19, 2371:21,
2371:23, 2371:24,
2372:14, 2372:19
**YOU'D** [1] - 2320:14
**YOU'LL** [2] - 2279:21,
2365:17
**YOU'RE** [9] - 2273:16,
2279:13, 2289:9,
2322:18, 2323:14,
2325:16, 2333:23,

2339:7, 2356:11
**YOU'VE** [6] - 2272:3,
2272:4, 2277:12,
2314:9, 2318:18,
2331:10
**YOUR** [144] - 2267:10,
2267:17, 2267:25,
2268:9, 2268:11,
2268:12, 2268:22,
2268:24, 2269:6,
2269:18, 2270:5,
2270:12, 2270:20,
2271:5, 2272:6,
2272:9, 2272:12,
2272:13, 2272:15,
2273:5, 2273:23,
2274:8, 2274:18,
2275:22, 2277:12,
2277:21, 2278:9,
2279:7, 2279:10,
2279:15, 2279:19,
2280:4, 2282:5,
2284:20, 2285:13,
2285:25, 2289:5,
2289:9, 2289:16,
2295:3, 2295:22,
2297:7, 2297:9,
2300:14, 2300:17,
2300:20, 2302:17,
2304:9, 2306:4,
2308:23, 2308:25,
2309:2, 2309:10,
2312:4, 2312:6,
2312:9, 2312:14,
2312:21, 2312:22,
2313:2, 2313:3,
2313:4, 2313:8,
2314:3, 2314:19,
2316:5, 2317:22,
2317:23, 2320:9,
2321:1, 2321:11,
2322:2, 2322:11,
2324:9, 2325:7,
2327:2, 2327:15,
2328:5, 2328:20,
2329:5, 2329:11,
2330:7, 2332:9,
2332:23, 2333:10,
2334:8, 2334:15,
2334:18, 2335:2,
2335:8, 2335:13,
2335:17, 2335:23,
2336:5, 2336:12,
2336:20, 2337:12,
2337:16, 2338:14,
2339:9, 2339:20,
2340:1, 2341:9,
2341:12, 2341:21,
2342:4, 2342:7,
2343:5, 2343:9,
2343:14, 2343:19,

2344:2, 2344:13,
2344:17, 2344:20,
2344:25, 2345:1,
2345:9, 2345:22,
2346:10, 2349:8,
2351:22, 2355:22,
2356:15, 2356:22,
2357:2, 2357:22,
2359:17, 2359:18,
2359:24, 2361:23,
2362:21, 2362:25,
2365:11, 2367:21,
2368:8, 2368:11,
2368:16, 2368:22,
2369:1, 2369:24,
2372:5, 2372:13,
2372:18
**YOURSELF** [2] -
2276:21, 2356:10

## Z

**ZITO** [38] - 2264:17,
2267:10, 2267:24,
2268:10, 2268:24,
2269:5, 2272:9,
2272:21, 2273:11,
2273:25, 2274:8,
2274:16, 2274:21,
2275:5, 2277:21,
2277:25, 2279:19,
2280:10, 2287:22,
2290:1, 2297:7,
2297:9, 2297:10,
2301:5, 2309:13,
2312:4, 2321:1,
2328:5, 2330:23,
2332:21, 2334:8,
2334:17, 2335:8,
2335:19, 2336:24,
2337:16, 2339:25,
2341:12
**ZITO**................ [1] -
2266:7

**HOURLY TRANSCRIPT**