1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  KATRINA CANAL BREACHES*   CIVIL ACTION
    CONSOLIDATED LITIGATION        *
6                                  *   NO. 05-4182
                                   *
7                                  *   SECTION K(2)
    PERTAINS TO:  MRGO             *
8   ARMSTRONG NO. 10-CV-866        *   NEW ORLEANS, LOUISIANA
                                   *
9                                  *   SEPTEMBER 25, 2012
    * * * * * * * * * * * * * * * *

10                   DAY TEN, AFTERNOON SESSION
11                   BENCH TRIAL BEFORE THE
                HONORABLE STANWOOD R. DUVAL, JR.
12                 UNITED STATES DISTRICT JUDGE

13
    APPEARANCES:
14
    FOR THE PLAINTIFFS:          BRUNO & BRUNO
15                               BY: JOSEPH M. BRUNO, ESQ.
                                 855 BARONNE STREET
16                               NEW ORLEANS, LOUISIANA 70113

17

18                               THE ANDRY LAW FIRM
                                 BY: JONATHAN B. ANDRY, ESQ.
19                               610 BARONNE ST.
                                 NEW ORLEANS, LOUISIANA 70113
20

21                               BARON & BUDD
                                 BY: THOMAS SIMS, ESQ.
22                               3102 OAK LAWN AVE.
                                 SUITE 1100
23                               DALLAS, TEXAS 75219

24

25

              JODI SIMCOX, RMR, FCRR – OFFICIAL COURT REPORTER
                      UNITED STATES DISTRICT COURT
                      EASTERN DISTRICT OF LOUISIANA

1    APPEARANCES CONTINUED:

2    FOR THE PLAINTIFFS:                DEGRAVELLES, PALMINTIER,
                                          HOLTHAUS & FRUGE
3                                       BY: MICHAEL C. PALMINTIER, ESQ.
                                        BY:  JOSHUA M. PALMINTIER, ESQ.
4                                       618 MAIN STREET
                                        BATON ROUGE, LOUISIANA 70801
5

6
                                        DOMENGEAUX, WRIGHT, ROY & EDWARDS
7                                       BY: ELLWOOD C. STEVENS, JR., ESQ.
                                        BY: BONNIE KENDRICK, ESQ.
8                                       P. O. BOX 3668
                                        556 JEFFERSON ST.
9                                       LAFAYETTE, LOUISIANA 70502

10

11                                      THE DUDENHEFER LAW FIRM, LLC
                                        BY: FRANK DUDENHEFER, JR., ESQ.
12                                      601 POYDRAS ST.
                                        SUITE 2655
13                                      NEW ORLEANS, LOUISIANA 70130-6004

14

15                                      FAYARD & HONEYCUTT
                                        BY: CALVIN C. FAYARD, JR., ESQ.
16                                      519 FLORIDA AVE., S.W.
                                        DENHAM SPRINGS, LOUISIANA 70726
17

18
                                        JOANEN LAW FIRM
19                                      BY: SCOTT JOANEN, ESQ.
                                        4905 FRERET ST.
20                                      SUITE B
                                        NEW ORLEANS, LOUISIANA 70115
21

22
                                        LEVIN, PAPANTONIO, THOMAS,
23                                        MITCHELL, RAFFERTY & PROCTOR
                                        BY: MATTHEW D. SCHULTZ, ESQ.
24                                      316 S. BAYLEN ST.
                                        SUITE 600
25                                      PENSACOLA, FLORIDA 32502

1    APPEARANCES CONTINUED:

2    FOR THE PLAINTIFFS:            THE TRIAL LAW FIRM PC
                                    BY: ANDREW P. OWEN, ESQ.
3                                   800 WILTSHIRE BLVD.
                                    SUITE 500
4                                   LOS ANGELES, CALIFORNIA 90017

5

6                                   J. ROBERT WARREN, II, A PLC
                                    BY: J. ROBERT WARREN, II, ESQ.
7                                   1718 SHORT ST.
                                    NEW ORLEANS, LOUISIANA 70118

8

9                                   COTCHETT, PITRE & MCCARTHY, LLP
10                                  BY: PHILIP L. GREGORY, ESQ.
                                    840 MALCOLM ROAD, SUITE 200
11                                  BURLINGAME, CALIFORNIA 94010

12

13   FOR THE DEFENDANT WASHINGTON
     GROUP INTERNATIONAL, INC.:     STONE PIGMAN WALTHER WITTMANN
14                                  BY:  WILLIAM D. TREEBY, ESQ.
                                    BY:  JAMES C. GULOTTA, JR., ESQ.
15                                  BY:  HEATHER S. LONIAN, ESQ
                                    BY:  MAGGIE A. BROUSSARD, ESQ.
16                                  546 CARONDELET STREET
                                    NEW ORLEANS, LOUISIANA 70130
17

18

19

20

21

22

23

24

25

1   APPEARANCES CONTINUED:

2   FOR THE DEFENDANT WASHINGTON
    GROUP INTERNATIONAL, INC.:        JONES DAY
3                                     BY:  ADRIAN WAGER-ZITO, ESQ.
                                      BY:  DEBRA S. CLAYMAN, ESQ.
4                                     BY:  CHRISTOPHER N. THATCH, ESQ.
                                      BY:  CHRISTOPHER R. FARRELL, ESQ.
5                                     BY:  JULIA CRONIN, ESQ.
                                      BY:  BRIAN KERWIN, ESQ.
6                                     51 LOUISIANA AVENUE, N.W.
                                      WASHINGTON, D.C. 20001
7

8

9   FOR THE DEFENDANT UNITED
    STATES OF AMERICA:                U.S. DEPARTMENT OF JUSTICE
10                                    CIVIL DIVISION, TORTS BRANCH
                                      BY:  ROBIN D. SMITH, ESQ.
11                                    BY:  JAMES F. MCCONNON, JR., ESQ.
                                      BY:  RUPERT MITSCH, ESQ.
12                                    BY:  CONOR KELLS, ESQ.
                                      BY:  JOHN A. WOODCOCK, ESQ.
13                                    BENJAMIN FRANKLIN STATION
                                      P.O. BOX 888
14                                    WASHINGTON, D.C. 20044

15

16
    OFFICIAL COURT REPORTER:          JODI SIMCOX, RMR, FCRR
17                                    500 POYDRAS STREET
                                      ROOM HB-406
18                                    NEW ORLEANS, LOUISIANA 70130
                                      (504) 589-7780
19                                    JODI_SIMCOX@LAED.USCOURTS.GOV

20

21  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT

22  PRODUCED BY COMPUTER.

23

24

25

1                            I N D E X

2                                                    PAGE

3
   LEE A. GUILLORY
4        DIRECT EXAMINATION BY MR. MITSCH:          2379
         DIRECT EXAMINATION BY MS. CLAYMAN:         2418
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 13:10:16 | 1  | **AFTERNOON SESSION**                                        |
| 13:10:16 | 2  | **(SEPTEMBER 25, 2012)**                                     |
| 13:10:16 | 3  | * * * * *                                                    |
| 13:10:17 | 4  | **THE DEPUTY CLERK:**  ALL RISE.                             |
| 13:18:53 | 5  | COURT'S IN SESSION.  PLEASE BE SEATED.                       |
| 13:18:56 | 6  | (WHEREUPON, **LEE A. GUILLORY**, HAVING BEEN PREVIOUSLY      |
| 13:18:56 | 7  | DULY SWORN, TESTIFIED AS FOLLOWS.)                           |
| 13:19:04 | 8  | **MR. MITSCH:**  GO BACK TO JX-1252, PAGE 55.               |
| 13:19:15 | 9  | OKAY.  SECOND PARAGRAPH.  AND I WANT YOU TO                  |
| 13:19:17 | 10 | HIGHLIGHT THE FIRST SENTENCE.                                |
| 13:19:20 | 11 | **DIRECT EXAMINATION**                                       |
|          | 12 | BY MR. MITSCH:                                               |
| 13:19:32 | 13 | **Q.**  WHO DETERMINED THAT WGI COULD NOT REMEDIATE WITHIN 15 FEET |
| 13:19:38 | 14 | OF THE FLOODWALL?                                            |
| 13:19:38 | 15 | **A.**  THE CORPS DECIDED THIS AT THE VERY BEGINNING OF TASK |
| 13:19:42 | 16 | ORDER 26, TO ESTABLISH A SAFETY OR EXCLUSION ZONE 15 FEET WEST |
| 13:19:49 | 17 | OF THE INSIDE FACE OF THE JOURDAN AVENUE FLOODWALL.          |
| 13:19:54 | 18 | **Q.**  OKAY.  AND WHAT WAS THE BASIS FOR THE RULE?          |
| 13:19:57 | 19 | **A.**  THE BASIS WAS TO CREATE A SAFETY OR EXCLUSION ZONE THAT |
| 13:20:02 | 20 | COINCIDED WITH THE EASTERN CURVE OF SUREKOTE ROAD, THAT WOULD |
| 13:20:09 | 21 | SERVE TO PROTECT THE FLOODWALL FROM ANY HARM FROM THE SWING  |
| 13:20:13 | 22 | RADIUS OF ANY CONSTRUCTION EQUIPMENT, DOZERS, BACKHOES, OR THE |
| 13:20:18 | 23 | LIKE.                                                        |
| 13:20:19 | 24 | **Q.**  WERE THERE ANY OTHER RISKS THAT YOU CONSIDERED?      |
| 13:20:22 | 25 | **A.**  YES.  AS -- I CONSIDERED MY EXPERIENCE AND EXPERTISE AND |

| | | |
|---|---|---|
| 13:20:32 | 1 | THE EXPERTISE OF OUR HTRW TEAM.  WE ALL KNOW THAT WHEN YOU GET |
| 13:20:36 | 2 | 8, 10, 12, 15 FEET AWAY FROM A FLOOD CONTROL WORK STRUCTURE, |
| 13:20:44 | 3 | YOU HAVE TO BE COGNIZANT OF THE CONSTRUCTION AND THE MINIMUM |
| 13:20:49 | 4 | CONTROL LINE, STABILITY CONTROL LINE, OF THAT PARTICULAR |
| 13:20:53 | 5 | STRUCTURE.  AND YOU DO NOT WANT TO VIOLATE THAT. |
| 13:20:56 | 6 | **Q.**   DID WGI EVER CROSS THIS 15-FOOT LINE IN PERFORMING THE |
| 13:20:59 | 7 | REMEDIATION? |
| 13:21:01 | 8 | **A.**   ONLY IN A VERY FEW MINOR INSTANCES, SUCH AS UTILITY |
| 13:21:08 | 9 | REMOVALS TO THE FLOODSIDE FACE OF THE FLOODWALL IN WHICH THE |
| 13:21:12 | 10 | UTILITIES WERE CUT AND PERMANENTLY CAPPED.  AND IN A COUPLE OF |
| 13:21:17 | 11 | INSTANCES A FEW BORE HOLES WERE DRILLED JUST INSIDE THE 15-FOOT |
| 13:21:24 | 12 | ZONE. |
| 13:21:25 | 13 | **Q.**   DID THE CORPS RECEIVE NOTICE OF THAT ACTIVITY? |
| 13:21:27 | 14 | **A.**   YES, WE DID. |
| 13:21:30 | 15 | **Q.**   DID IT APPROVE THE ACTIVITY? |
| 13:21:32 | 16 | **A.**   YES, WE DID. |
| 13:21:40 | 17 | **Q.**   IN CONJUNCTION WITH THE DEVELOPMENT OF THE PROJECT WORK |
| 13:21:42 | 18 | PLAN THAT WE'VE BEEN DISCUSSING, DID YOU OR ANYONE ELSE ON YOUR |
| 13:21:45 | 19 | TEAM CONSULT WITH THE GEOTECHNICAL BRANCH AT THE CORPS? |
| 13:21:54 | 20 | **A.**   YES, WE DID.  IN FACT, WE HAD DR. GEORGE BACUTA, A TEAM |
| 13:21:58 | 21 | MEMBER OF OUR HTRW TEAM.  HE WAS A PROFESSIONAL GEOLOGIST IN |
| 13:22:02 | 22 | THE ENGINEERING DIVISION OF THE CORPS. |
| 13:22:05 | 23 | **Q.**   WAS HE ACTUALLY A MEMBER OF THE HTRW TEAM? |
| 13:22:09 | 24 | **A.**   YES.  HE WAS A VERY KEY MEMBER OF OUR TEAM. |
| 13:22:10 | 25 | **THE COURT:**  DID YOU SAY -- OH, A GEOLOGIST.  THANK |

13:22:11  1  YOU.

13:22:12  2          **THE WITNESS:**  A PROFESSIONAL GEOLOGIST, YOUR HONOR.

13:22:15  3  **BY MR. MITSCH:**

13:22:15  4  **Q.**  AND HOW OFTEN WOULD YOU WORK WITH DR. BACUTA?

13:22:18  5  **A.**  WE WORKED ON A DAILY BASIS ON THIS TASK ORDER OVER A

13:22:21  6  SIX-YEAR PERIOD.

13:22:22  7          **MR. MITSCH:**  LET'S GO TO JX-1238.

13:22:34  8  **BY MR. MITSCH:**

13:22:35  9  **Q.**  OKAY.  DO YOU RECOGNIZE THIS DOCUMENT?

13:22:36  10  **A.**  YES, I DO.

13:22:37  11  **Q.**  WHAT IS IT?

13:22:38  12  **A.**  THIS IS AN E-MAIL FROM ANOTHER KEY MEMBER OF OUR HTRW

13:22:42  13  TEAM, JEAN SPADARO, REQUESTING GEOTECHNICAL INPUT FROM MR. JIM

13:22:50  14  GATELY.  HE'S A -- HE WAS AN EMPLOYEE IN OUR ENGINEERING

13:23:00  15  DIVISION, GEOTECHNICAL BRANCH.

13:23:01  16  **Q.**  WHAT WAS THE PURPOSE OF THIS E-MAIL?

13:23:03  17  **A.**  DURING THIS TIME FRAME, FROM AUGUST THROUGH DECEMBER 2000,

13:23:08  18  WASHINGTON GROUP WAS FORMULATING AND PREPARING AND DEVELOPING

13:23:14  19  THOSE EIGHT PROJECT WORK PLANS WE DISCUSSED EARLIER THIS

13:23:24  20  MORNING.

13:23:24  21          AND ONE OF THE KEY ACTION ITEMS THAT CAME UP DURING

13:23:27  22  OUR DEVELOPMENT AND BRAINSTORMING MEETING WAS, LET'S GET SOME

13:23:32  23  ADDITIONAL GEOTECHNICAL INPUT ON HOW WE WANT TO ADDRESS THE

13:23:33  24  SITE.

13:23:33  25  **Q.**  OKAY.  SO LET'S START FIRST WITH:  WHO IS JEAN SPADARO?

13:23:40   1   **A.**   SHE IS A CIVIL ENGINEER THAT WORKED IN THE ENGINEERING

13:23:45   2   DIVISION, GENERAL ENGINEERING BRANCH.

13:23:47   3   **Q.**   OKAY.  AND WAS THIS A REQUEST NOW TO THE GEOTECHNICAL --

13:23:49   4   FOR GEOTECHNICAL --

13:23:50   5   **A.**   YES.

13:23:50   6   **Q.**   -- SUPPORT?

13:23:55   7   **A.**   YES.

13:23:56   8   **Q.**   AND WHAT IS HER CURRENT POSITION?

13:23:58   9   **A.**   CURRENTLY, SHE IS IN THE ENGINEERING DIVISION.  SHE IS A

13:24:01   10   BRANCH CHIEF OF THE CIVIL BRANCH IN THE ENGINEERING DIVISION.

13:24:06   11   **Q.**   OKAY.  WHAT ARE HER RESPONSIBILITIES?

13:24:08   12   **A.**   SHE IS RESPONSIBLE, IN CHARGE OF PREPARING CONTRACTS,

13:24:12   13   PLANS, AND SPECIFICATIONS FOR LEVEE CONTRACTS FOR THE

13:24:18   14   MISSISSIPPI RIVER AND TRIBUTARIES.

13:24:20   15   **Q.**   OKAY.  AND WHO IS JIM GATELY?

13:24:23   16   **A.**   JIM GATELY, AT THIS TIME, WAS A CIVIL ENGINEER WORKING IN

13:24:26   17   THE GEOTECHNICAL BRANCH ENGINEERING DIVISION.

13:24:30   18   **Q.**   OKAY.  SO LET'S LOOK AT THE FIRST PARAGRAPH, 1A.

13:24:35   19        AND WHAT WAS THIS REQUEST FOR?

13:24:45   20   **A.**   HERE, JEAN IS REQUESTING HOW TO SHAPE THE FINAL

13:24:48   21   CONFIGURATION OF THE CANAL BANK AFTER WE COMPLETE TASK

13:24:50   22   ORDER 26.

13:24:53   23   **Q.**   AND WHAT WAS THE ADVICE?

13:24:56   24   **A.**   THE ADVICE FROM MR. GATELY IS, AFTER THE CANAL BANK IS

13:25:03   25   EXCAVATED, THE CONTRACTOR, WGI, SHALL FINISH THE SLOPE TO A

| 13:25:07 | 1 | 1 VERTICAL AND 3 HORIZONTAL SLOPE.  AND, ADDITIONALLY, THE |

13:25:07   1   1 VERTICAL AND 3 HORIZONTAL SLOPE.  AND, ADDITIONALLY, THE

13:25:12   2   CONTRACTOR SHALL PROVIDE COMPLIANCE SURVEYS TO THE GOVERNMENT

13:25:15   3   PROVING THAT HAD BEEN DONE .

13:25:17   4   **Q.**   OKAY.  WHAT'S THE PURPOSE OF B?

13:25:24   5   **A.**   B --

13:25:25   6        **MR. SIMS:**  YOUR HONOR, I'M GOING TO OBJECT, TO THE

13:25:27   7   EXTENT THAT COUNSEL IS ASKING THIS WITNESS TO DESCRIBE THE

13:25:30   8   GEOTECHNICAL BRANCH'S PURPOSE IN PROVIDING THE ADVICE AS SET

13:25:33   9   OUT IN THIS EXHIBIT.

13:25:35   10        AS I UNDERSTAND IT, THIS IS FROM GEOTECHNICAL TO

13:25:37   11   THE HTRW TEAM.  SO THE PURPOSE FOR THAT ADVICE -- THERE'S NO

13:25:41   12   FOUNDATION LAID WITH THIS WITNESS ON WHAT GEOTECHNICAL WAS

13:25:44   13   THINKING WHEN THEY GAVE THAT ADVICE.

13:25:46   14        **THE COURT:**  OKAY.  COUNSEL, DO YOU WANT TO RESPOND?

13:25:48   15        **MR. MITSCH:**  YOUR HONOR, THIS IS A RESPONSE TO A

13:25:50   16   REQUEST BY A MEMBER OF MR. GUILLORY'S STAFF ABOUT SPECIFIC

13:25:53   17   ISSUES RELATING TO THIS SITE.

13:25:59   18        AND CERTAINLY, HE'S IN A POSITION WHERE HE CAN

13:26:02   19   TESTIFY ABOUT WHAT THE IMPACT -- THE IMPORT OF THAT ADVICE IS.

13:26:05   20        **THE COURT:**  THE COURT DOES NOT REGARD THIS AS AN

13:26:09   21   EXPERT OPINION IN GEOTECHNICAL ENGINEERING, NOR DO YOU, I TAKE

13:26:12   22   IT.

13:26:14   23        **MR. MITSCH:**  NO, I DON'T.  I'VE NOT QUALIFIED HIM AS

13:26:15   24   A GEOTECHNICAL ENGINEER.

13:26:19   25        **THE COURT:**  EXACTLY.  SO WITH THAT CAVEAT, I'LL LET

13:26:22   1   HIM GO AHEAD AND ANSWER.

13:26:23   2   **BY MR. MITSCH:**

13:26:23   3   **Q.**   GOING BACK TO 1B, WHAT WAS YOUR UNDERSTANDING ABOUT WHAT

13:26:26   4   THE IMPORT OF THAT ADVICE WAS?

13:26:27   5   **A.**   IN 1B, MR. GATELY IS RECOMMENDING THAT ANY EXCAVATIONS

13:26:31   6   DEEPER THAN 3 FEET, THE SLOPES AROUND THE EXCAVATION SHOULD BE

13:26:38   7   CUT BACK AT 1 VERTICAL ON 3 HORIZONTAL.

13:26:43   8   **Q.**   DID THE GEOTECHNICAL BRANCH HAVE ANY ADVICE ABOUT THE

13:26:50   9   STOCKPILES, REFERRING NOW TO 1C.

13:26:54  10   **A.**   AT 1C?  AGAIN, MR. GATELY RECOMMENDED THAT STOCKPILES

13:26:58  11   SHOULD BE NO GREATER THAN 5 FEET ABOVE THE SURROUNDING GROUND

13:27:02  12   AND PLACED NO CLOSER THAN 20 FEET FROM THE EDGE OF THE

13:27:06  13   EXCAVATION.

13:27:06  14   **Q.**   WHAT WAS THE PURPOSE OF THAT?

13:27:08  15   **A.**   THOSE WERE SAFETY REASONS OF THE STOCKPILE NOT FAILING

13:27:13  16   DIRECTLY INTO THE EXCAVATION OR THE EXCAVATION EQUIPMENT ITSELF

13:27:17  17   FAILING OR SLIDING INTO THE EXCAVATION.

13:27:20  18   **Q.**   GOING TO PARAGRAPH -- OR SUBPARAGRAPH D.

13:27:25  19           WHAT WAS THIS?

13:27:27  20   **A.**   AGAIN, MR. GATELY IS RECOMMENDING THAT ANY BACKFILLED

13:27:32  21   EXCAVATIONS SHOULD BE COMPACTED TO THE DENSITY OF THE EXISTING

13:27:37  22   ADJACENT SOIL.

13:27:38  23   **Q.**   WHAT DID YOU INTERPRET THIS TO MEAN?

13:27:40  24   **A.**   THIS MEANS THAT THE CONTRACTOR SHALL USE WHATEVER MEANS

13:27:43  25   AND METHODS AND EQUIPMENT ON THE SITE TO USE NORMAL

| | | |
|---|---|---|
| 13:27:48 | 1 | CONSTRUCTION PRACTICES TO BUCKET-TAMP OR DOZER-DRESS AND |
| 13:27:57 | 2 | DOZER-COMPACT THE SOIL INTO THE EXCAVATIONS. |
| 13:28:01 | 3 | **Q.**   LET'S GO BACK A MOMENT. |
| 13:28:03 | 4 |         WHAT DOES THE TERM "COMPACTED TO THE DENSITY OF THE |
| 13:28:07 | 5 | EXISTING SOIL" MEAN? |
| 13:28:11 | 6 | **A.**   IT'S STANDARD ENGINEERING AND CONSTRUCTION PRACTICES TO |
| 13:28:19 | 7 | PLACE THE BACKFILL IN LIFTS AND USE A MECHANICAL MEANS OF SOME |
| 13:28:25 | 8 | SORT TO COMPACT THE MATERIAL TO WHERE IT'S THE SAME DENSITY AS |
| 13:28:29 | 9 | THE EXISTING SOIL AND DOESN'T CREATE A DEPRESSION OR SUBSIDENCE |
| 13:28:32 | 10 | ON THE SITE. |
| 13:28:33 | 11 | **Q.**   AND WHAT WAS YOUR UNDERSTANDING OF HOW THIS WOULD BE |
| 13:28:36 | 12 | ACHIEVED ON THE SITE? |
| 13:28:38 | 13 | **A.**   WE HAD THE EXPECTATION THAT THIS WOULD BE ACHIEVED, AGAIN, |
| 13:28:42 | 14 | BY LIFTS AND BUCKET-TAMPING OR DOZER-TRACKING. |
| 13:28:50 | 15 | **Q.**   DID YOU ANTICIPATE THAT THE PROCTOR TEST WOULD BE USED? |
| 13:28:54 | 16 | **A.**   NO. |
| 13:28:55 | 17 | **Q.**   WHY NOT? |
| 13:28:56 | 18 | **A.**   BECAUSE IT'S NOT NECESSARY.  MYSELF AND MY FIELD STAFF |
| 13:29:03 | 19 | THAT WAS ON SITE DAILY HAS SUFFICIENT YEARS OF EXPERIENCE THAT |
| 13:29:07 | 20 | THEY COULD JUST DO QUALITY ASSURANCE INSPECTION BEHIND |
| 13:29:14 | 21 | WASHINGTON GROUP'S QUALITY CONTROL STAFF TO ENSURE THAT THE |
| 13:29:17 | 22 | COMPACTION WAS ACHIEVED. |
| 13:29:19 | 23 | **Q.**   OKAY.  WOULD YOU TELL THE JUDGE WHY YOU FELT THAT YOU HAD |
| 13:29:22 | 24 | THE CONFIDENCE IN YOUR STAFF TO BE ABLE TO DO THIS? |
| 13:29:26 | 25 |         **THE COURT:**  MR. GUILLORY, ARE YOU READING FROM |

13:29:27   1   YOUR --

13:29:29   2           THE WITNESS:  NO.

13:29:29   3           THE COURT:  YOU'RE LOOKING DOWN.  I DIDN'T KNOW IF

13:29:31   4   YOU WERE READING.

13:29:32   5           THE WITNESS:  I'M LOOKING AT MY EXHIBIT.

13:29:33   6           THE COURT:  OKAY.  I APOLOGIZE, SIR.

13:29:38   7           THE WITNESS:  I'M SORRY.

13:29:39   8   BY MR. MITSCH:

13:29:40   9   Q.   I BELIEVE MY QUESTION WAS, WOULD YOU TELL THE JUDGE WHY

13:29:44  10   YOU HAD THE CONFIDENCE IN YOUR STAFF TO BE ABLE TO DO THIS?

13:29:48  11   A.   SURE.  YES, YOUR HONOR.

13:29:50  12           WE HAD AN EXCELLENT STAFF, QUALITY ASSURANCE STAFF ON

13:29:53  13   SITE.  MR. JIM MONTEGUT WAS MY SENIOR PROJECT ENGINEER, WITH

13:29:57  14   36 YEARS OF SERVICE, ON SITE DAILY.

13:29:58  15           I HAD ANYWHERE FROM -- I ALSO HAD A JUNIOR PROJECT

13:30:02  16   ENGINEER, ROBERT ARIATTI, JR., ON SITE FOR THE FIRST YEAR, ALSO

13:30:08  17   PROVIDING CONTRACT ADMINISTRATION AND INSPECTION.

13:30:11  18           AND THEN ANYWHERE FROM ONE TO THREE QUALITY ASSURANCE

13:30:14  19   GOVERNMENT INSPECTORS ON SITE DAILY SIDE BY SIDE WITH THE

13:30:20  20   WASHINGTON GROUP QUALITY CONTROL STAFF WATCHING IT WITH US

13:30:25  21   EVERY STEP OF THE WAY.

13:30:27  22   Q.   DID THE FACT THAT THIS WAS A LONG-TERM PROJECT OVER THE

13:30:30  23   COURSE OF FOUR OR FIVE YEARS, DID THAT PLAY ANY ROLE IN WHETHER

13:30:33  24   OR NOT YOU HAD CONFIDENCE IN THIS BACKFILL PROCEDURE?

13:30:37  25   A.   SURE.  BECAUSE OUR QA FIELD STAFF ON SITE ALWAYS HAD THE

13:30:43   1   OPPORTUNITY.  JIM MONTEGUT WAS ALSO A CONTRACTING OFFICERS

13:30:47   2   REPRESENTATIVE, THE SAME RESPONSIBILITIES AS MYSELF.  AND HE

13:30:52   3   ALWAYS HAD THE OPPORTUNITY AND THE AUTHORITY TO DIRECT --

13:30:54   4            **THE COURT:**  ARE YOU LOOKING AT THAT EXHIBIT?

13:30:56   5            **THE WITNESS:**  YES, SIR.

13:30:57   6            **THE COURT:**  OKAY.  BECAUSE I JUST --

13:31:04   7            **MR. MITSCH:**  HE IS LOOKING DOWN, YOUR HONOR, BUT HE'S

13:31:06   8   LOOKING DOWN AT THE EXHIBIT.  HE HAS A PAPER COPY OF THE

13:31:09   9   EXHIBIT.

13:31:09  10            **THE COURT:**  RIGHT.  THAT'S WHAT I'M UNDERSTANDING.

13:31:11  11   OKAY.  GO AHEAD.

13:31:14  12            **THE WITNESS:**  MR. MONTEGUT ALWAYS HAD THE AUTHORITY

13:31:17  13   TO DIRECT WASHINGTON GROUP SHOULD HE SEE ANY DEPRESSIONS OR

13:31:23  14   SUBSIDENCE FROM PREVIOUS BACKFILLS OVER THE FOUR AND A HALF

13:31:27  15   YEARS.  HE COULD EASILY DIRECT WASHINGTON GROUP, GO DO SOME

13:31:30  16   ADDITIONAL WORK, DIG THAT OUT, RECOMPACT IT, PUT IT OVER HERE.

13:31:36  17            **MR. TREEBY:**  EXCUSE ME.

13:31:46  18            **MR. MITSCH:**  YOUR HONOR, MR. GUILLORY HAS A CATARACT

13:31:48  19   PROBLEM, AND THAT'S WHY HE'S NOT SEEING -- THAT'S WHY HE'S NOT

13:31:51  20   LOOKING AT THE SCREEN.  THAT MAY EXPLAIN WHAT'S GOING ON.

13:31:54  21            **THE COURT:**  JUST A LOT OF THAT TESTIMONY DOES NOT

13:31:56  22   APPEAR ON THAT DOCUMENT.  SO THAT'S WHY I --

13:31:59  23            **MR. MITSCH:**  NO, NO.  WHAT I'M ASKING HIM IS

13:32:02  24   BACKGROUND TO AND HIS UNDERSTANDING OF WHAT THE IMPORT OF THAT

13:32:05  25   CONTRACT -- OF THAT DOCUMENT IS.

13:32:06   1         **THE COURT:**  OH, I UNDERSTAND THAT.  BUT JUST --

13:32:09   2   THAT'S CLEAR.  I'M GOING TO ASSUME THAT WHAT HE SAID IS

13:32:15   3   ACCURATE, AND WE'RE GOING TO MOVE ON.

13:32:24   4         I DO WANT TO -- AND I'M NOT GOING TO GET INTO

13:32:27   5   CROSS-EXAMINATION.  BUT JUST TO BENCHMARK A FEW THINGS, BECAUSE

13:32:30   6   I KNOW YOU'RE GOING TO ASK ABOUT THIS.

13:32:35   7         HOW DID YOU -- WHAT WAS YOUR -- WHAT DID YOU USE

13:32:40   8   TO DETERMINE THE DENSITY OF THE EXISTING SOIL, IF ANYTHING?  OR

13:32:50   9   WAS IT SIMPLY A VISUAL?

13:32:52   10         **THE WITNESS:**  VISUAL OBSERVATIONS, YOUR HONOR.

13:32:54   11         **THE COURT:**  OKAY.  AND THE -- WHETHER THE COMPACTION

13:32:59   12   ACHIEVED THAT DENSITY BASED ON WHAT YOU TALKED ABOUT, THE LIFTS

13:33:02   13   AND BUCKET-TAMPING, ET CETERA, YOUR -- YOUR SATISFACTION OF

13:33:07   14   THAT WAS ALSO VISUAL, BY LOOKING AT THE -- AT THE COMPACTED

13:33:14   15   FILL AND THEN SEEING HOW IT DEVELOPED OVER THE PERIODS OF TIME?

13:33:18   16         **THE WITNESS:**  YES.  PLUS THE COMPACTED -- THE NEW

13:33:22   17   COMPACTED EXCAVATION HAD TO HAVE THE ABILITY TO WITHSTAND HEAVY

13:33:27   18   EQUIPMENT DRIVING ACROSS IT, TRAVERSING ACROSS IT.

13:33:32   19         **THE COURT:**  DID IT MAKE ANY DIFFERENCE, AS TO THE

13:33:33   20   DEPTH OF THE EXCAVATION, AS TO WHETHER COMPACTION WAS REQUIRED

13:33:35   21   OR NOT?

13:33:41   22         **THE WITNESS:**  ALL EXCAVATIONS WERE COMPACTED TO SOME

13:33:43   23   EXTENT.

13:33:44   24         **THE COURT:**  EXCUSE ME.  COMPACTED, WHERE YOU WOULD

13:33:47   25   NOT NEED A PROCTOR?

13:33:49   1           **THE WITNESS:**  OH, WE DID NOT REQUIRE A PROCTOR ON ANY

13:33:53   2   BACKFILLED AREA.

13:33:54   3           **THE COURT:**  I THOUGHT THERE WAS ONE THAT I READ IN

13:33:56   4   THE DEPOSITIONS -- AND I COULD BE WRONG -- ONE EXCAVATION, AND

13:33:59   5   I MAY BE OFF.  THERE WAS NOT A PROCTOR REQUIRED ON ANY OF THE

13:34:03   6   EXCAVATIONS ON ANY PART OF THE EBIA?

13:34:07   7           **THE WITNESS:**  NOT REQUIRED, YOUR HONOR, BUT

13:34:09   8   RECOMMENDED IN ONE DOCUMENT YOU ARE REFERRING TO.

13:34:11   9           **THE COURT:**  I'M GLAD.  DO YOU REMEMBER WHICH ONE,

13:34:13  10   WHICH EXCAVATION THAT IS?

13:34:14  11           **THE WITNESS:**  YES, YOUR HONOR.  THAT WAS ON THE

13:34:17  12   MCDONOUGH MARINE SITE, TWO SPECIFIC ENVIRONMENTAL EXCAVATIONS

13:34:21  13   DIRECTLY UNDERNEATH SUREKOTE ROAD, APPROXIMATELY 15 FEET FROM

13:34:25  14   THE FACE OF THE FLOODWALL.

13:34:27  15           **THE COURT:**  AND WHEN YOU SAY THE MCDONOUGH MARINE

13:34:30  16   SITE, IS THAT THE BORROW PIT ITSELF OR SOMETHING OTHER THAN THE

13:34:34  17   BORROW PIT?

13:34:34  18           **THE WITNESS:**  IT'S JUST -- THOSE TWO SPECIFIC

13:34:37  19   EXCAVATIONS WERE JUST EAST OF THE MCDONOUGH MARINE SITE.

13:34:40  20           **THE COURT:**  OKAY.  THAT'S ALL I'M GOING INTO.

13:34:44  21           **MR. MITSCH:**  WE'RE GOING TO GET THERE, YOUR HONOR.

13:34:45  22           **THE COURT:**  OKAY.  THAT'S ALL I'M GOING INTO.

13:34:46  23   **BY MR. MITSCH:**

13:34:46  24   **Q.**   IF MOST OF THE AREA -- MOST OF THE EBIA AREA WAS GOING TO

13:34:50  25   BE DREDGED FOR THE BYPASS CHANNELS, WHY -- WHY GO THROUGH THIS

13:34:54   1    PROCESS OF BACKFILLING AT ALL?

13:34:56   2    **A.**   TWO REASONS.  WE WANTED TO BACKFILL THE EXCAVATIONS

13:35:01   3    IMMEDIATELY FOR SAFETY REASONS SO CONTRACTOR PERSONNEL AND

13:35:05   4    GOVERNMENT PERSONNEL AND EQUIPMENT WOULD NOT FALL INTO THE

13:35:10   5    HOLES AND HURT THEMSELVES OR HAVE PROPERTY DAMAGE.

13:35:14   6          THE SECOND REASON, WHEN YOU PERFORM AN ENVIRONMENTAL

13:35:19   7    REMEDIATION JOB LIKE THIS, THE GOAL IS TO IMMEDIATELY REMOVE

13:35:23   8    THE CONTAMINATED POINT SOURCE, OR CONTAMINATED MATERIAL,

13:35:28   9    STOCKPILE IT ON THE SIDE ON VISQUEEN AND ISOLATE IT FROM THE

13:35:33   10   REST OF THE SITE.

13:35:34   11         AND THEN YOU WANT TO IMMEDIATELY BACKFILL THE HOLE,

13:35:36   12   AFTER CONFIRMATION SAMPLES ARE TAKEN AND CONFIRMED, TO PREVENT

13:35:42   13   ADDITIONAL RAINWATER FROM FILLING UP A HOLE THAT COULD

13:35:45   14   POTENTIALLY BECOME CONTAMINATED AND WOULD THEN HAVE TO COST

13:35:51   15   ADDITIONAL -- PLUS ADDITIONAL COSTS WOULD BE INCURRED TO TREAT

13:35:56   16   THAT WATER BEFORE IT COULD BE DISPOSED OF BY THE EFFLUENT

13:36:01   17   PERMIT.

13:36:04   18   **Q.**   SO YOU WERE CONCERNED THAT IF YOU LEFT THE -- IS IT FAIR

13:36:07   19   TO SAY THAT IF YOU LEFT THE -- THE EXCAVATION OPEN AND IT

13:36:12   20   RAINED AND THERE WAS STILL POTENTIAL CONTAMINATION IN THE HOLE,

13:36:19   21   THAT YOU WERE CONCERNED ABOUT THE RAINWATER THEN BEING

13:36:24   22   CONTAMINATED?

13:36:25   23   **A.**   CORRECT.  IT WOULD BE --

13:36:25   24   **Q.**   WHY WOULD THAT BE A CONCERN?

13:36:27   25   **A.**   IT WOULD BE INCUMBENT UPON WASHINGTON GROUP AND THE CORPS,

| 13:36:31 | 1 | THEN, TO CAPTURE THAT RAINWATER, PUT IT IN A FRAC TANK, AND RUN |

13:36:31   1   THEN, TO CAPTURE THAT RAINWATER, PUT IT IN A FRAC TANK, AND RUN

13:36:36   2   IT THROUGH A WATER TREATMENT PLANT BEFORE IT COULD BE

13:36:38   3   DISCHARGED INTO THE ADJACENT IHNC CANAL.

13:36:43   4   **Q.**   WOULD YOU GO TO JX-1239, PLEASE.

15:23:36   5   **A.**   (WITNESS COMPLIES.)

13:36:54   6   **Q.**   DO YOU RECOGNIZE THAT DOCUMENT?

13:36:56   7   **A.**   YES.

13:36:57   8   **Q.**   WHAT IS IT?

13:36:58   9   **A.**   THIS IS WGI'S CONTRACTOR QUALITY CONTROL PLAN, ONE OF THE

13:37:02   10   EIGHT MAJOR PLANS.

13:37:03   11   **Q.**   AND GO TO PAGE 2.

15:23:36   12   **A.**   (WITNESS COMPLIES.)

13:37:13   13   **Q.**   IS THAT YOUR SIGNATURE?

13:37:14   14   **A.**   YES, IT IS.

13:37:15   15   **Q.**   GO TO PAGE 9.

15:23:36   16   **A.**   (WITNESS COMPLIES.)

13:37:24   17   **Q.**   AND THAT'S THE NOMINATED POLICY STATEMENT.

13:37:26   18          WHAT WAS THE POINT OF THIS?

13:37:30   19   **A.**   WELL, THIS POLICY STATEMENT IS WHERE WASHINGTON GROUP IS

13:37:38   20   ACKNOWLEDGING AND STATING THAT THEY ARE DEVELOPING A SOUND

13:37:42   21   BASELINE FOR PERFORMING A QUALITY PROJECT ON BEHALF OF ITS

13:37:47   22   CLIENT, THE CORPS, FOR THE EXECUTION OF THE EBIA PROJECT WORK.

13:37:56   23   **Q.**   WAS THE IMPLEMENTATION OF THIS QUALITY CONTROL PLAN THE

13:38:01   24   RESPONSIBILITY OF WGI?

13:38:06   25   **A.**   YES.  THE QUALITY CONTROL, INSPECTION PROGRAM, AND THE

| | | |
|---|---|---|
| 13:38:09 | 1 | DOCUMENTATION PROGRAM IS 100 PERCENT THE RESPONSIBILITY OF THE |
| 13:38:09 | 2 | CONTRACTOR. |
| 13:38:13 | 3 | **Q.**   WHO IS THE CONTRACTOR QUALITY CONTROL MANAGER? |
| 13:38:14 | 4 | **A.**   THE QUALITY CONTROL MANAGER IS THE ONE PERSON ON THE WGI |
| 13:38:18 | 5 | STAFF THAT IS SOLELY RESPONSIBLE FOR IMPLEMENTING THE CQC PLAN, |
| 13:38:27 | 6 | ENSURING THAT ALL OF THE THREE-PHASE INSPECTION SYSTEMS TAKE |
| 13:38:32 | 7 | PLACE, FULLY DOCUMENTING ALL QUALITY CONTROL ACTIONS, TESTS, |
| 13:38:37 | 8 | ET CETERA THAT ARE TAKEN OCCUR, AND THAT THE CQC SYSTEM IS |
| 13:38:46 | 9 | FULLY INTEGRATED WITH THE CORPS'S QUALITY ASSURANCE SYSTEM. |
| 13:38:51 | 10 | **Q.**   WHAT AUTHORITY WAS HE GIVEN? |
| 13:38:53 | 11 | **A.**   THE CQC MANAGER IS GIVEN FULL AUTHORITY TO MAINTAIN THIS |
| 13:39:03 | 12 | CQC PLAN AND FULL RESPONSIBILITY OF ENSURING ITS |
| 13:39:07 | 13 | IMPLEMENTATION. |
| 13:39:09 | 14 | **Q.**   GO TO PAGE 11 AND SECTION 1.2.  DOES THAT, AGAIN, DESCRIBE |
| 13:39:20 | 15 | THE -- STRIKE THAT. |
| 13:39:21 | 16 | DOES THAT DESCRIBE THE GENERAL RESPONSIBILITIES OF |
| 13:39:23 | 17 | THE WGI PERSONNEL ASSOCIATED WITH THE EXECUTION OF THIS QUALITY |
| 13:39:28 | 18 | CONTROL PROGRAM? |
| 13:39:29 | 19 | **A.**   YES, IT DOES. |
| 13:39:41 | 20 | **Q.**   GO TO 1.4 ON PAGE 12.  DOES THIS SECTION GIVE WGI THE |
| 13:39:58 | 21 | RESPONSIBILITY TO IMPLEMENT THE QUALITY CONTROL PROGRAM AT THE |
| 13:40:05 | 22 | REMEDIATION SITES? |
| 13:40:05 | 23 | **A.**   YES, IT DOES.  AND IT GOES INTO FURTHER DETAIL ABOUT THE |
| 13:40:09 | 24 | RESPONSIBILITIES OF THE CQC SYSTEM MANAGER. |
| 13:40:12 | 25 | **Q.**   AND THE INDIVIDUALS THAT ARE MENTIONED HERE, ARE ALL |

13:40:15  1  THESE -- ARE ALL THESE PEOPLE WGI EMPLOYEES?

13:40:18  2  **A.**  YES, THEY ARE.

13:40:29  3  **Q.**  GO TO JX-1255, PLEASE.  DO YOU RECOGNIZE THIS DOCUMENT?

13:40:44  4  **A.**  YES.  IT IS THE SAMPLING AND ANALYSIS PLAN BY WASHINGTON

13:40:47  5  GROUP.

13:40:48  6  **Q.**  WHAT'S THE PURPOSE OF THE SAMPLING AND ANALYSIS PLAN?

13:40:53  7  **A.**  IN GENERAL TERMS, A SAMPLING AND ANALYSIS PLAN STATES THE

13:40:57  8  OVERALL CONCEPTS OR REGULATORY REQUIREMENTS AND MEANS AND

13:41:07  9  METHODS THAT WASHINGTON GROUP WILL USE TO CHARACTERIZE THE

13:41:12  10  ENVIRONMENTAL ASPECT OF THE ENTIRE SITE.

13:41:16  11  **Q.**  WAS THIS -- WOULD IT BE FAIR TO SAY THAT THIS WAS THE ROAD

13:41:18  12  MAP TO -- FOR WGI TO DETERMINE WHERE THE CONTAMINATION ON THE

13:41:24  13  SITE WAS?

13:41:26  14  **A.**  EXACTLY.

13:41:34  15  **Q.**  DO YOU KNOW WHETHER OR NOT WGI HAD AVAILABLE ANY

13:41:38  16  INFORMATION REGARDING THE SOIL CHARACTERISTICS OF THE EBIA

13:41:42  17  SITE?

13:41:43  18  **A.**  YES.  IF YOU'LL RECALL FROM THE INITIAL AWARD OF THE TASK

13:41:51  19  ORDER, THOSE 12 DOCUMENTS THAT THE CORPS ORIGINALLY CONVEYED TO

13:41:56  20  WASHINGTON GROUP STATED THE HTRW CHARACTERISTICS OF THE SITE.

13:42:00  21  AND SPECIFICALLY VOLUME V OF THE 1997 EVALUATION REPORT WAS THE

13:42:08  22  PHASE 1 AND PHASE 2 HTRW ASSESSMENTS IN WHICH THE EBIA WAS

13:42:12  23  COVERED IN THAT VOLUME.

13:42:19  24  **Q.**  OKAY.  I WANT TO STICK WITH THIS DOCUMENT FOR A MOMENT.

13:42:20  25        **MR. MITSCH:**  GO TO PAGE 31, JX-1255, 31.  AND I'D

13:42:32   1   LIKE YOU TO HIGHLIGHT THE PARAGRAPH JUST ABOVE 1.3.4.

13:42:48   2   **BY MR. MITSCH:**

13:42:48   3   **Q.**   DOES THIS GIVE YOU ANY INFORMATION ABOUT THE HYDRAULIC

13:42:53   4   CONDUCTIVITIES OF THE SOILS -- THE EXPECTED HYDRAULIC

13:42:57   5   CONDUCTIVITIES OF THE SOILS IN THE EBIA?

13:43:00   6   **A.**   YES.   THIS STATES THAT THE HYDRAULIC CONDUCTIVITY OF THE

13:43:07   7   CLAY SOILS WERE NOTED TO BE 1.2 TIMES 10 TO THE MINUS 8 OR

13:43:15   8   1.8 TIMES 10 TO THE MINUS 8 IN THE CLAY SOILS IN THE EBIA.

13:43:22   9   **Q.**   AND THAT REFERENCE WAS FOR SOIL TESTS DONE AT THE CSX

13:43:27   10   GENTILLY YARD?

13:43:29   11   **A.**   CORRECT.

13:43:29   12   **Q.**   OKAY.   AND THE TESTS THAT THEY ARE REFERRING TO ARE WHAT?

13:43:34   13   **A.**   THESE GENERALLY ARE DONE BY A SLUG TEST OR A PUMPING TEST

13:43:43   14   FROM A MONITORING WELL THAT IS ACTUALLY PLACED IN THE GROUND.

13:43:47   15   **Q.**   OKAY.   AND THE LAST SENTENCE READS:   "SIMILAR HYDRAULIC

13:43:50   16   CONDUCTIVITIES ARE EXPECTED FOR THE EBIA SOILS."

13:43:53   17           IS THAT RIGHT?

13:43:54   18   **A.**   THAT'S CORRECT.

13:43:55   19   **Q.**   DO YOU KNOW WHAT THE SOURCE OF THESE -- OF THESE

13:43:59   20   PARAGRAPHS WERE?

13:44:00   21   **A.**   SURE.   THIS CAME STRAIGHT OUT OF THE CORPS' '97 EVALUATION

13:44:05   22   REPORT, VOLUME V, APPENDIX C.

13:44:12   23   **Q.**   ALL RIGHT.

13:44:12   24           **MR. MITSCH:**   AND FOR THE RECORD, THAT IS JX-32, AND

13:44:16   25   COULD YOU CALL THAT UP, PLEASE?

| | | |
|---|---|---|
| 13:44:20 | 1 | **BY MR. MITSCH:** |
| 13:44:27 | 2 | **Q.**   IS THAT THE DOCUMENT YOU'RE REFERRING TO? |
| 13:44:29 | 3 | **A.**   YES. |
| 13:44:33 | 4 | **Q.**   ARE YOU LOOKING FOR THE DOCUMENT?  DO YOU HAVE IT? |
| 13:44:35 | 5 | **A.**   NO, I SEE IT ON THE SCREEN. |
| 13:44:37 | 6 | **Q.**   DO YOU HAVE THE BINDER THERE TOO? |
| 13:44:40 | 7 | **A.**   I DON'T SEE IT IN MY BINDER. |
| 13:44:42 | 8 | **Q.**   DO YOU HAVE THE SECOND BINDER?  THERE SHOULD BE TWO |
| 13:44:46 | 9 | BINDERS THERE. |
| 13:45:03 | 10 | **A.**   STATE THE EXHIBIT NUMBER AGAIN. |
| 13:45:05 | 11 | **Q.**   JX-32.  IT SHOULD BE THE FIRST ONE, I BELIEVE, IN THAT |
| 13:45:15 | 12 | SECOND BINDER. |
| 13:45:16 | 13 | **A.**   NOPE, NOT HERE. |
| 13:45:17 | 14 | **Q.**   THERE'S ANOTHER BINDER -- I SEE THREE BINDERS UP THERE. |
| 13:45:23 | 15 | **MS. DALEY:**  DO YOU WANT ME TO HELP? |
| 13:45:26 | 16 | **MR. MITSCH:**  WOULD YOU HELP HIM, PLEASE? |
| 13:45:29 | 17 | **MS. DALEY:**  SURE.  JX-32.  DO YOU WANT ME TO GIVE HIM |
| 13:45:49 | 18 | MINE? |
| 13:45:50 | 19 | YOU FOUND IT? |
| 13:45:54 | 20 | **THE WITNESS:**  OKAY.  GO AHEAD. |
| 13:45:56 | 21 | **BY MR. MITSCH:** |
| 13:45:56 | 22 | **Q.**   IS THAT THE DOCUMENT THAT YOU WERE REFERRING TO? |
| 13:45:59 | 23 | **A.**   YES, IT IS. |
| 13:46:00 | 24 | **Q.**   NOW, THE WGI SAMPLING AND ANALYSIS PLAN REFERRED TO |
| 13:46:06 | 25 | HYDRAULIC CONDUCTIVITIES; CORRECT? |

| | | |
|---|---|---|
| 13:46:08 | 1 | **A.**   CORRECT. |
| 13:46:11 | 2 | **Q.**   DO YOU KNOW WHETHER OR NOT THE DOCUMENT THAT WE'VE |
| 13:46:13 | 3 | DISPLAYED HERE DEALT WITH ANY SOIL BORINGS THAT WERE STUDIED IN |
| 13:46:19 | 4 | THE EBIA SITES? |
| 13:46:21 | 5 | **A.**   YES.   THERE WERE SEVERAL SOIL BORINGS THAT WERE IDENTIFIED |
| 13:46:25 | 6 | AND INCLUDED IN THE -- IN THIS DOCUMENT AND REFERRED TO IN THE |
| 13:46:30 | 7 | VOLUME V. |
| 13:46:31 | 8 | **Q.**   NOW, YOU MENTIONED EARLIER THAT GEORGE BACUTA WAS ON YOUR |
| 13:46:35 | 9 | STAFF? |
| 13:46:35 | 10 | **A.**   YES. |
| 13:46:37 | 11 | **Q.**   DO YOU KNOW WHETHER OR NOT GEORGE BACUTA WAS INVOLVED IN |
| 13:46:42 | 12 | DOING ANY OF THE SOIL BORINGS IN THE EBIA? |
| 13:46:44 | 13 | **A.**   I'M NOT SURE PERFORMING, BUT HE WAS ACTUALLY INVOLVED IN |
| 13:46:48 | 14 | THE REVIEW AND DEVELOPMENT OF THE PLATES, THE DRAWINGS, |
| 13:46:53 | 15 | ASSOCIATED WITH THOSE SEVERAL BORINGS THAT WE'RE REFERRING TO. |
| 13:46:59 | 16 | **Q.**   OKAY.   DID YOU EVER DISCUSS WITH GEORGE BACUTA THE SOIL |
| 13:47:02 | 17 | STRATIGRAPHY AT THE EBIA? |
| 13:47:04 | 18 | **A.**   YES.   GEORGE WAS MY RIGHT-HAND MAN DURING -- ON THE HTRW |
| 13:47:07 | 19 | TEAM, AND I RELIED HEAVILY FOR HIM -- ON HIM FOR HIS ADVICE AND |
| 13:47:13 | 20 | COUNSEL REGARDING THE STRATIGRAPHY AND SOIL CHARACTERISTICS OF |
| 13:47:17 | 21 | EBIA SITE. |
| 13:47:18 | 22 | **Q.**   AND WHAT WAS YOUR UNDERSTANDING OF THE SOIL STRATIGRAPHY |
| 13:47:23 | 23 | AT THE EBIA SITE? |
| 13:47:24 | 24 | **A.**   THAT IT WAS COMPOSED OF PREDOMINANTLY CLAY LAYERS |
| 13:47:28 | 25 | THROUGHOUT THE ENTIRE 32-ACRE SITE. |

13:47:36   1   **Q.**   OKAY.  WILL YOU PLEASE GO TO JX-108, PLEASE.

13:47:57   2              DO YOU SEE IT?  WHAT IS THAT DOCUMENT?

13:48:01   3   **A.**   THIS IS THE RECAP, AND RECAP STANDS FOR RISK EVALUATION

13:48:07   4   CORRECTIVE ACTION PLAN SUBMITTAL REPORT FOR THE MCDONOUGH

13:48:13   5   MARINE BORROW PIT.

13:48:16   6   **Q.**   JUST FOR MY EDIFICATION, I HAVE SEEN DOCUMENTS DENOMINATED

13:48:20   7   AS RECAP, I BELIEVE, CAP AND THEN NFAATT DOCUMENTS.  JUST CAN

13:48:30   8   YOU EXPLAIN TO ME WHAT THOSE DOCUMENTS ARE JUST VERY GENERALLY

13:48:34   9   SO WE CAN PLACE IT IN THE SCHEME OF THIS PROJECT?

13:48:39   10  **A.**   RECAP IS THE STATE OF LOUISIANA'S ENVIRONMENTAL

13:48:42   11  REGULATION -- CLEANUP REGULATIONS THAT WERE PROMULGATED IN

13:48:47   12  2000, AND THE ACRONYM IS RECAP, WHICH STANDS FOR RISK

13:48:59   13  EVALUATION CORRECTIVE ACTION PLAN.

13:49:03   14             THE WAY THIS ALL PLAYS OUT IS THE RECAP REPORT ON

13:49:05   15  EACH OF THE SIX INDUSTRIAL SITES IS THE VERY FIRST REPORT

13:49:09   16  GENERATED BY WASHINGTON GROUP, FOLLOWED BY A CAP REPORT, WHICH

13:49:13   17  STANDS FOR CORRECTIVE ACTION PLAN.  AND AFTER EACH INDIVIDUAL

13:49:20   18  SITE IS REMEDIATED, FINALLY THE FINAL REPORT THAT WE WANT TO

13:49:26   19  GET IS CALLED AN NFAATT, NO FURTHER ACTION AT THIS TIME, AND

13:49:32   20  THAT IS THE FINAL APPROVAL, THAT THAT PARTICULAR INDUSTRIAL

13:49:41   21  MARINE SITE IS CLEAN IN THE EYES OF THE LOUISIANA DEQ.

13:49:46   22  **Q.**   SO IS IT FAIR TO SAY THAT THE RECAP REPORT IDENTIFIES THE

13:49:50   23  AREAS OF CONCERN?

13:49:52   24  **A.**   THE RECAP REPORT SUMMARIZES ALL THE ENVIRONMENTAL DRILLING

13:49:57   25  AND SITE ASSESSMENT THAT IS PROPOSED FOR EACH OF THE SIX SITES.

13:50:02   1           THE CAP REPORT GOES FURTHER ON, SAYING, THIS IS WHAT

13:50:08   2   WE DRILLED, THIS IS THE CONTAMINATED AREAS WE FOUND; THIS IS

13:50:14   3   THE NATURE AND THE EXTENT AND SIZE OF THE EXCAVATIONS WE INTEND

13:50:19   4   TO DIG TO REMOVE THAT CONTAMINATION.

13:50:24   5           AND THEN FINALLY, THE NFAATT REPORT GOES ON TO SAY,

13:50:27   6   THESE ARE THE ACTUAL EXCAVATIONS THAT WE PERFORMED TO REMOVE

13:50:32   7   THE CONTAMINATION; THESE ARE THE CONFIRMED -- CONFIRMATORY

13:50:39   8   SAMPLES AND LAB ANALYSIS WE TOOK AND RECORDED TO PROVE THAT

13:50:44   9   EACH INDIVIDUAL EXCAVATION SITE IS CLEAN.  AND THEN THE NFAATT

13:50:50  10   REPORT REQUESTS A -- AN NFAATT LETTER FROM THE LOUISIANA

13:50:54  11   DEPARTMENT OF ENVIRONMENTAL QUALITY APPROVING THAT FINAL

13:50:59  12   REPORT.

13:51:00  13   **Q.**   ALL RIGHT.  LET'S GO TO PAGE 8 OF JX-108.  AND I WANT TO

13:51:14  14   TAKE YOU TO RIGHT UNDER THE EXECUTIVE SUMMARY.

13:51:20  15           **MR. MITSCH:**  AND THE FIRST THREE SENTENCES, PLEASE,

13:51:24  16   HIGHLIGHT THOSE.

13:51:26  17   **BY MR. MITSCH:**

13:51:45  18   **Q.**   OKAY.  THERE WE'RE TALKING ABOUT THE BORROW PIT.  WHAT'S

13:51:47  19   THE BORROW PIT?

13:51:48  20   **A.**   THE ON-SITE BORROW PIT IS THE MCDONOUGH MARINE BORROW PIT

13:51:57  21   THAT WAS EXCAVATED, APPROXIMATELY 2.4 ACRES.

13:52:00  22   **Q.**   OKAY.  WAS THE BORROW PIT ALWAYS ANTICIPATED TO BE IN THE

13:52:05  23   MCDONOUGH MARINE AREA?

13:52:05  24   **A.**   NO.  AT THE OUTSET OF TASK ORDER 26, WE ACTUALLY

13:52:09  25   ANTICIPATED THAT WE WOULD CONSTRUCT THE BORROW AREA AT THE MOST

13:52:15   1   SOUTHERN OF THE SIX SITES, CALLED INTERNATIONAL TANK TERMINAL,

13:52:19   2   ITT.

13:52:19   3   **Q.**   SO WHAT HAPPENED?

13:52:21   4   **A.**   IMMEDIATELY UPON DOING THE BORING AND DRILLING PROGRAM AT

13:52:26   5   ITT, WASHINGTON GROUP DISCOVERED EXCESSIVE UNDERGROUND CONCRETE

13:52:34   6   DEBRIS AND EXCESSIVE CONTAMINATED MATERIAL; SO, THEREFORE, WE

13:52:41   7   COULD NOT USE THAT SITE.

13:52:42   8   **Q.**   AT THE ITT SITE, YOU MEAN?

13:52:45   9   **A.**   YES.

13:52:46   10   **Q.**   SO WHAT DID YOU DO?

13:52:48   11   **A.**   SO AS WE DID FURTHER DRILLING, IT CAME TO OUR ATTENTION

13:52:52   12   AND WE DISCOVERED THAT THE MCDONOUGH MARINE SITE WAS RELATIVELY

13:52:56   13   UNCONTAMINATED AND HAD EXCELLENT CLAY MATERIAL IN IT.

13:53:04   14   **Q.**   HOW DID THE SOILS IN THE MCDONOUGH MARINE AREA COMPARE

13:53:09   15   GENERALLY TO THE SOILS ACROSS THE EBIA?

13:53:12   16   **A.**   VERY SIMILAR AND EQUIVALENT SOIL CHARACTERISTICS AND

13:53:19   17   STRATIGRAPHY AS THE REST OF THE AREA.

13:53:20   18   **Q.**   I TAKE IT YOU AGREE -- YOU WOULD -- YOU WOULD FEEL THAT

13:53:23   19   THERE WAS NOTHING UNIQUE ABOUT THE SOILS AT THE MCDONOUGH

13:53:26   20   MARINE AREA?

13:53:27   21   **A.**   NO.   THEY WERE THE SAME AS THE REST OF THE AREAS.

13:53:40   22   **Q.**   NOW, WHAT WAS THE -- WHAT WAS THE SIZE OF THE ORIGINAL

13:53:43   23   BORROW PIT ANTICIPATED TO BE?

13:53:44   24   **A.**   THE ORIGINAL BORROW PIT AT MCDONOUGH MARINE, WHAT WE CALL

13:53:48   25   PHASE 1, WAS .84 ACRES ANTICIPATED.

13:53:53  1   Q.   OKAY.  NOW, DID THERE COME A TIME WHEN THERE WAS A DESIRE

13:54:00  2   TO ENLARGE THAT AREA?

13:54:02  3   A.   YES.  DURING THE COURSE OF THE CONTRACT, WE FOUND THAT THE

13:54:06  4   ENTIRE MCDONOUGH MARINE AREA WAS RELATIVELY CLEAN, AND

13:54:11  5   WASHINGTON GROUP PREPARED A BORROW PIT EXPANSION SUBMITTAL AND

13:54:14  6   SUBMITTED THAT TO THE CORPS AND LOUISIANA DEQ FOR APPROVAL.

13:54:19  7   Q.   WHY DID YOU NEED TO EXPAND THE BORROW PIT AREA?

13:54:22  8   A.   IT WAS ADVANTAGEOUS TO THE GOVERNMENT TO USE ON-SITE CLEAN

13:54:27  9   CLAY MATERIAL IN THE BACKFILLED EXCAVATIONS VERSUS BRINGING IN

13:54:32  10  ADDITIONAL IMPORTED MATERIAL.  SO THE MORE WE HAD AVAILABLE,

13:54:35  11  THE BETTER, I SUPPOSE, CONTRACT, MORE COST EFFECTIVE.

13:54:55  12        MR. MITSCH:  GO TO JX-1280, PLEASE.

13:54:58  13  BY MR. MITSCH:

13:54:58  14  Q.   YOU SAID BEFORE THERE WAS A BORROW PIT EXTENSION

13:55:00  15  APPLICATION.  IS THIS THAT APPLICATION?

13:55:02  16  A.   THAT'S CORRECT.

13:55:12  17  Q.   TURN TO JX-1283 -- 1280-3.

13:55:23  18        MR. MITSCH:  IS THAT THE -- THE FIRST FULL PARAGRAPH

13:55:35  19  FROM THE TOP.

13:55:37  20  BY MR. MITSCH:

13:55:48  21  Q.   IS THAT YOUR REFERENCE TO THE INCREASE IN THE SIZE IN THE

13:55:51  22  BORROW PIT?

13:55:52  23  A.   YES.

13:55:52  24  Q.   AND WHAT WAS YOUR UNDERSTANDING OF TO WHAT SIZE THE BORROW

13:55:55  25  PIT WOULD BE INCREASED?

13:55:59   1   **A.**   A TOTAL OF 2.4 ACRES -- AN INCREASE OF 1.55 ACRES, TOTAL

13:56:03   2   OF 2.4 ACRES.

13:56:05   3   **Q.**   WAS IT ANTICIPATED THAT THE BORROW PIT WOULD BE FILLED

13:56:09   4   BACK IN?

13:56:10   5   **A.**   ABSOLUTELY NOT.  IT WOULD HAVE BEEN FLOODED BY CONTROL

13:56:16   6   FLOODING AT THE VERY END OF TASK ORDER 26 AND CONNECTED TO THE

13:56:20   7   IHNC CANAL FOR INTERTIDAL FLOW BACK AND FORTH.

13:56:25   8   **Q.**   AS IT ULTIMATELY WORKED ITS WAY OUT, HOW FAR FROM THE

13:56:28   9   FLOODWALL WAS THE EASTERN EDGE OF THE BORROW PIT?

13:56:33   10   **A.**   AS I RECALL, I BELIEVE IT WAS AROUND THE NEIGHBORHOOD OF

13:56:37   11   55 TO 56 FEET TO THE TOP OF IT.

13:56:52   12   **Q.**   WAS THE CORPS INVOLVED IN PREPARING THIS PROPOSAL TO

13:56:57   13   ENLARGE THE BORROW PIT?

13:56:59   14   **A.**   YES, WE WERE.  WASHINGTON GROUP PROPOSED THE INITIAL

13:57:02   15   EXPANSION AND DRAFTED THE INITIAL REPORT REQUESTING IT, AND

13:57:06   16   MYSELF AND SEVERAL MEMBERS OF THE HTRW TEAM PROVIDED INSIGHT

13:57:11   17   AND REVIEW COMMENTS INTO IT.  AND THEN IT WAS REVISED

13:57:15   18   ACCORDINGLY AND THEN SUBMITTED TO US AND DEQ FOR APPROVAL.

13:57:22   19   **Q.**   LET'S GO TO 1282.  DO YOU RECOGNIZE THIS DOCUMENT?

13:57:38   20   **A.**   YES, THIS IS THE ENG FORM 4025 IN WHICH I APPROVED THE

13:57:45   21   BORROW PIT EXPANSION SUBMITTED.

13:57:47   22   **Q.**   OKAY.  WOULD YOU PAGE ON -- GO TO THE NEXT PAGE.  AND

13:57:53   23   WOULD YOU TELL US WHAT THE NEXT FEW PAGES ARE?

13:57:58   24   **A.**   THESE PAGES WERE A TYPICAL SUBMITTAL, COMMENT, REVIEW, AND

13:58:07   25   RESOLUTION SPREADSHEET THAT I UTILIZED TO DOCUMENT THE CORPS'

13:58:14   1   COMMENTS, THE CONTRACTOR'S CONCURRENCE OR NONCONCURRENCE AND

13:58:19   2   THE FINAL APPROVAL OF EACH COMMENT BY THE CORPS TO RESOLVE

13:58:26   3   EACH -- EACH ONE.  IT SHOWED -- IT SHOWED A GOOD TRACKING

13:58:31   4   SYSTEM OF HOW EACH ACTION OCCURRED AND HOW IT WAS RESOLVED.

13:58:36   5   **Q.**   SO THE CORPS WOULD MAKE A RECOMMENDATION OR A COMMENT, AND

13:58:41   6   THEN WGI WOULD RESPOND TO THAT?  IS THAT BASICALLY THE PROCESS?

13:58:46   7   **A.**   EXACTLY.  EXACTLY.  THE CORPS' COMMENTS ARE IN COLUMN 4,

13:58:50   8   WASHINGTON GROUP'S CONCURRENCE OR NONCONCURRENCE IS IN

13:58:54   9   COLUMN 5, WASHINGTON GROUP'S REMARKS OR RESPONSE IS IN

13:59:02   10  COLUMN 6.  AND THEN THE CORPS' ACCEPTANCE OR DISAPPROVAL IS IN

13:59:06   11  THE LAST COLUMN.

13:59:06   12  **Q.**   OKAY.  SO LET'S GO TO JX-1282, PAGE 3.  AND I WANT TO

13:59:12   13  REFER YOU TO COMMENT NO. 5 BY GEORGE.  DO YOU SEE THAT?

13:59:15   14  **A.**   YES.

13:59:17   15  **Q.**   WHO'S GEORGE?

13:59:18   16  **A.**   DR. GEORGE BACUTA.

13:59:20   17  **Q.**   OKAY.

13:59:25   18  **A.**   GEOLOGIST.

13:59:26   19  **Q.**   CAN YOU TELL ME WHAT HIS COMMENT IS?

13:59:28   20  **A.**   SURE.  WHAT DR. BACUTA IS SAYING HERE IS THAT BASED ON THE

13:59:33   21  PROPOSED DIMENSIONS OF THE PROPOSED BORROW AREA, THE DEPTHS AND

13:59:39   22  DISTANCES FROM THE JOURDAN AVENUE FLOODWALL AND LEVEE, HE'S

13:59:44   23  ASKING:  ARE THERE ANY IMPACTS TO THE STRUCTURAL INTEGRITY OF

13:59:47   24  THE ADJACENT LEVEE AND FLOODWALL?

13:59:50   25          AND THEN HE HIGHLY RECOMMENDS THAT A BORROW

13:59:53   1   EXCAVATION DESIGN BE COORDINATED WITH THE CORPS' GEOTECHNICAL

13:59:58   2   BRANCH.

13:59:59   3   **Q.**   OKAY.  NOW -- AND HE'S SPECIFICALLY REFERRING TO THE

14:00:02   4   BORROW PIT EXPANSION; CORRECT?

14:00:04   5   **A.**   CORRECT.

14:00:13   6   **Q.**   DO YOU KNOW WHY HE DECIDED TO ASK THE GEOTECHNICAL BRANCH

14:00:15   7   TO LOOK AT THIS ISSUE?

14:00:17   8   **A.**   FROM HIS EXPERIENCE AND OUR EXPERIENCE WITH WORKING AT THE

14:00:22   9   CORPS FOR SO MANY YEARS, ANY TIME YOU GET WITHIN SO MANY FEET

14:00:29   10   OF A FLOOD CONTROL WORKS, IT'S PRUDENT TO PERFORM A STABILITY

14:00:35   11   ANALYSIS TO SEE WHETHER THIS LARGE PERMANENT FUTURE BORROW PIT

14:00:41   12   EXPANSION WOULD HAVE ANY IMPACT, ADVERSE IMPACT ON THE ADJACENT

14:00:47   13   FLOODWALL AND LEVEE.

14:00:48   14   **Q.**   OKAY.  I WANT YOU TO GO TO THE NEXT PAGE FOR COMMENT

14:00:55   15   NO. 6.  DOES THE REFERENCE THERE LEAD TO YOU?

14:01:09   16   **A.**   THAT WAS MY PERSONAL COMMENT.

14:01:10   17   **Q.**   OKAY.  AND WOULD YOU SUMMARIZE WHAT -- WHAT YOUR COMMENT

14:01:12   18   WAS?

14:01:13   19   **A.**   I AM AGREEING WITH DR. BACUTA AND I'M MAKING -- FURTHERING

14:01:20   20   AND EXPANDING THE COMMENT TO SAY, IN ORDER TO ASSESS AND ENSURE

14:01:24   21   THE STRUCTURAL INTEGRITY OF THE PROPOSED BORROW PIT ON THE

14:01:27   22   ADJACENT JOURDAN AVENUE FLOODWALL AND LEVEE, I'M REQUESTING WGI

14:01:33   23   TO DO SEVERAL THINGS.  FIRST BEING THAT I'M REQUESTING THAT

14:01:39   24   THEY DO -- PERFORM SURVEYING AND PROVIDE SIX CROSS SECTIONS OF

14:01:48   25   THE AREA TO THE CORPS SO THAT WE CAN USE THAT TO EVALUATE THE

14:01:54   1   STABILITY ANALYSIS.

14:01:55   2   **Q.**   OKAY.  LET ME STOP YOU THERE.  DID WGI DO THAT?

14:01:58   3   **A.**   YES, THEY DID.

14:01:59   4   **Q.**   THEY PROVIDED YOU THE CROSS SECTIONS?

14:02:01   5   **A.**   THEY DID.

14:02:02   6   **Q.**   GO ON.

14:02:03   7   **A.**   OKAY.  SECONDLY, WE WANTED THOSE CROSS SECTIONS TO

14:02:10   8   EVALUATE THE NEED FOR ANY TEMPORARY SHORING OR BRACING FOR THE

14:02:19   9   TWO ENVIRONMENTAL EXCAVATIONS UNDERNEATH SURKOTE ROAD AT

14:02:24  10   MCDONOUGH MARINE THAT --

14:02:25  11           **THE WITNESS:**  -- YOUR HONOR, THAT YOU REFERRED TO

14:02:26  12   EARLIER.

14:02:27  13           **THE COURT:**  THANK YOU.

14:02:28  14   **BY MR. MITSCH:**

14:02:28  15   **Q.**   OKAY.  WAS THERE ANYTHING ELSE THAT YOU SUGGESTED?

14:02:34  16   **A.**    THIRDLY, WE WANTED THE CROSS SECTIONS ACROSS THE ENTIRE

14:02:37  17   SIX SITES -- TO HAVE OUR GEOTECHNICAL BRANCH DETERMINE AN

14:02:44  18   ACCEPTABLE FINAL GRADING -- GRADING PLAN ONCE WE CONCLUDED --

14:02:51  19   CONCLUDED TASK ORDER 26.

14:02:56  20   **Q.**   SO TO SUMMARIZE, IS IT FAIR TO SAY THAT AS PART OF THIS

14:03:02  21   BORROW PIT EXPANSION PLAN, YOU WERE REQUESTING INPUT FROM THE

14:03:06  22   GEOTECHNICAL BRANCH ON BOTH THE -- THE POTENTIAL IMPACT OF

14:03:13  23   EXPANSION OF THE BORROW PIT AND THE TWO EXCAVATIONS NEAR THE

14:03:18  24   FLOODWALL ALONG SURKOTE ROAD?  IS THAT RIGHT?

14:03:22  25   **A.**   YES, YES.

14:03:23    1   **Q.**   OKAY.  GO TO COMMENT 9.  AND IS THE REFERENCE THERE, LEE,

14:03:40    2   IS THAT AGAIN TO YOU?

14:03:41    3   **A.**   CORRECT.

14:03:42    4   **Q.**   AND GO TO THE SENTENCE -- I GUESS IT'S THE LAST SENTENCE

14:03:48    5   THAT BEGINS WITH "UPON COMPLETION OF ALL BORROW OPERATIONS, THE

14:03:52    6   DIKES BETWEEN THE IHNC AND THE BORROW AREA SHALL BE SLOWLY --

14:03:57    7   SHALL BE SLOWLY BREACHED TO ALLOW THE IHNC WATER TO FILL THE

14:04:00    8   BORROW AREA AND ALLOW INTERTIDAL FLOW BETWEEN THE TWO WATER

14:04:06    9   BODIES."

14:04:07   10          DO YOU SEE THAT?

14:04:08   11   **A.**   YES.

14:04:08   12   **Q.**   WHAT WAS THE POINT OF THAT?

14:04:09   13   **A.**   THE POINT OF THAT WAS TO COMPLETELY CONNECT THE TWO WATER

14:04:12   14   BODIES ACROSS A SHALLOW DITCH SO THAT THE INTERTIDAL FLOW COULD

14:04:17   15   GO BACK AND FORTH AND THE MCDONOUGH MARINE BORROW AREA, WHICH

14:04:21   16   IS NOW FLOODED, WOULD NO LONGER BECOME STAGNANT OR A CESSPOOL

14:04:29   17   OR ANYTHING LIKE THAT, TO ALLOW NORMAL TIDAL FLOW BACK AND

14:04:33   18   FORTH.

14:04:33   19   **Q.**   OKAY.  DID YOU HAVE ANY CONCERNS RELATIVE TO THE LEVEES

14:04:35   20   AND THE FLOODWALLS ABOUT LEAVING THE BORROW PIT FILLED WITH

14:04:39   21   WATER?

14:04:40   22   **A.**   NO, WE DID NOT, IN LIGHT OF THE FACT THAT TWO-THIRDS OF

14:04:43   23   THE FOOTPRINT OF THE FUTURE -- THE EBIA WAS TO BE HYDRAULICALLY

14:04:48   24   DREDGED AND TURNED INTO TWO BYPASS CHANNELS.

14:04:54   25          **THE COURT:**  WHAT WAS THE DEPTH OF THE BORROW PIT?  DO

14:04:57   1   YOU RECALL?  WE MAY HAVE HAD TESTIMONY ON THAT ALREADY,

14:04:59   2   BUT . . .

14:05:00   3            **THE WITNESS:**  YES, YOUR HONOR.

14:05:02   4            **THE COURT:**  I THINK IT WAS 5 AT IT'S -- AT THE END OF

14:05:06   5   THE BORROWING, SO TO SPEAK.

14:05:09   6            **THE WITNESS:**  SURE.  16 FEET BELOW THE TOP OF THE

14:05:12   7   GROUND SO THAT THE TOP ELEVATION OF THE GROUND WAS AROUND AN

14:05:16   8   ELEVATION OF 4, SO THE BOTTOM ELEVATION OF THE BORROW PIT WAS

14:05:20   9   ELEVATION MINUS 12.

14:05:23  10            **THE COURT:**  OKAY.  THANK YOU.

14:05:24  11   **BY MR. MITSCH:**

14:05:24  12   **Q.**  GO TO JX-2260.  AND I'D LIKE YOU TO GO TO PAGE 2 OF THAT

14:05:44  13   DOCUMENT.  DO YOU RECOGNIZE THAT?

14:05:44  14   **A.**  YES, I DO.

14:05:45  15   **Q.**  WHAT IS THAT?

14:05:46  16   **A.**  THIS IS A MEMORANDUM THAT I WROTE SIGNED BY MY BOSS, JAMES

14:05:51  17   MILES, REQUESTING GEOTECHNICAL INPUT.

14:05:55  18   **Q.**  OF WHOM?

14:05:58  19   **A.**  FROM CONSTRUCTION DIVISION, WHERE I WORKED, TO ENGINEERING

14:06:02  20   DIVISION, GEOTECHNICAL BRANCH.

14:06:05  21   **Q.**  OKAY.  GO TO PARAGRAPH 1.  WHAT'S THAT SAY?  SUMMARIZE IT.

14:06:11  22            **THE COURT:**  YOU LOST CONTACT.

14:06:34  23            **MR. MITSCH:**  JX-2260.

14:06:36  24                 AND THE SECOND PAGE.  NOT THE FIRST PAGE, THE

14:06:37  25   SECOND PAGE.

14:06:38  1        **THE WITNESS:**  PARAGRAPH 1 IS JUST A SUMMARY PARAGRAPH

14:06:42  2  EXPLAINING THE SCOPE OF THE TASK ORDER 21, FROM CONSTRUCTION

14:06:45  3  DIVISION TO ENGINEERING DIVISION, SO THEY WOULD HAVE INSIGHT

14:06:50  4  INTO WHY WE'RE MAKING THIS REQUEST.

14:06:53  5        **MR. MITSCH:**  OKAY.  HIGHLIGHT PARAGRAPH 2A.  ALSO

14:07:06  6  THE 2.

14:07:07  7  **BY MR. MITSCH:**

14:07:20  8  **Q.**  OKAY.  SO LET'S LOOK AT A.  WHAT -- WHAT ARE YOU ASKING

14:07:23  9  FOR IN PARAGRAPH 2A?

14:07:25  10  **A.**  AGAIN, REFERRING TO THOSE CROSS SECTIONS PROVIDED BY WGI,

14:07:29  11  I AM SPECIFICALLY ASKING THE GEOTECH BRANCH IN THE ENGINEERING

14:07:37  12  DIVISION TO PERFORM A STABILITY ANALYSIS ON THE PROPOSED

14:07:40  13  16-FOOT DEEP MCDONOUGH MARINE BORROW AREA WITH RESPECT TO THE

14:07:48  14  JOURDAN AVENUE LEVEE AND FLOODWALL, AND PROVIDE A STABILITY

14:07:52  15  CONTROL LINE WITH RESPECT TO THE EASTERN SIDE OF THE BORROW

14:07:55  16  AREA.

14:07:55  17  **Q.**  BEFORE I FORGET, THE RECOMMENDATIONS THAT WERE ULTIMATELY

14:07:59  18  MADE, DID YOU PROVIDE THOSE RECOMMENDATIONS TO WGI?

14:08:02  19  **A.**  YES, I DID.

14:08:03  20  **Q.**  AND DID THEY IMPLEMENT THEM?

14:08:06  21  **A.**  YES, THEY DID.

14:08:08  22  **Q.**  SO LET'S LOOK AT THE NEXT PAGE NOW, PAGE 3, SO YOU CAN

14:08:21  23  ORIENT US.  WHAT ARE WE LOOKING AT HERE?  CAN YOU IDENTIFY THE

14:08:29  24  BORROW PIT FIRST?  AND YOU CAN USE YOUR POINTER IF YOU'D LIKE.

14:09:00  25        START OVER HERE.

| | | |
|---|---|---|
| 14:09:00 | 1 | JUST GIVE US THE OUTLINE OF THE BORROW PIT. |
| 14:09:02 | 2 | **A.**   OKAY.   THIS IS THE PROPERTY LINE OF THE MCDONOUGH MARINE |
| 14:09:05 | 3 | AND BOLAND MARINE HERE. |
| 14:09:08 | 4 | THIS IS THE PROPERTY LINE BETWEEN MCDONOUGH MARINE |
| 14:09:11 | 5 | AND INDIAN TOWING RIGHT HERE. |
| 14:09:13 | 6 | SO THE BORROW PIT IS -- THE TOP OF THE BANK IS THIS |
| 14:09:18 | 7 | OUTLINE. |
| 14:09:21 | 8 | **Q.**   OKAY.   NOW, WE REFERRED TO, IN THE COMMENT SECTION IN THE |
| 14:09:27 | 9 | PREVIOUS EXHIBIT, TO TWO EXCAVATIONS NEAR SUREKOTE ROAD. |
| 14:09:30 | 10 | ARE THOSE REPRESENTED ON HERE? |
| 14:09:32 | 11 | **A.**   YES, THEY ARE. |
| 14:09:33 | 12 | **Q.**   COULD YOU SHOW US THOSE? |
| 14:09:35 | 13 | **A.**   OKAY.   IT'S VERY LIGHT, BUT HERE'S THE FIRST ONE. |
| 14:09:40 | 14 | **Q.**   ALL RIGHT.   WHERE'S THE SECOND ONE? |
| 14:09:42 | 15 | **A.**   THE SECOND ONE IS RIGHT HERE. |
| 14:09:45 | 16 | **Q.**   OKAY.   SO WHAT I'M GOING TO DO NOW IS, I'M GOING TO ASK |
| 14:09:59 | 17 | YOU TO GO BACK TO -- |
| 14:10:16 | 18 | NOW GO TO PARAGRAPH 2B, PLEASE.   THE PREVIOUS PAGE, |
| 14:10:20 | 19 | 2B. |
| 15:23:36 | 20 | **A.**   (WITNESS COMPLIES.) |
| 14:10:21 | 21 | **Q.**   WAS THIS YOUR REQUEST RELATING TO THE SUREKOTE ROAD |
| 14:10:35 | 22 | EXCAVATIONS? |
| 14:10:35 | 23 | **A.**   YES, IT IS. |
| 14:10:36 | 24 | **Q.**   AND DID YOU ASK FOR WHAT THEIR RECOMMENDATION -- WHAT |
| 14:10:41 | 25 | GEOTECH'S RECOMMENDATIONS WERE FOR SOIL BACKFILL AND COMPACTION |

| | | |
|---|---|---|
| 14:10:48 | 1 | REQUIREMENTS? |
| 14:10:48 | 2 | **A.**   YES. |
| 14:10:49 | 3 | **Q.**   AND WHETHER OR NOT THERE SHOULD BE ANY KIND OF SHEETING, |
| 14:10:51 | 4 | SHORING, OR BRACING SYSTEM? |
| 14:10:53 | 5 | **A.**   CORRECT. |
| 14:10:53 | 6 | **MR. MITSCH:**   NOW, LET'S GO TO 1220 -- DX-2260, FIRST |
| 14:11:03 | 7 | PAGE. |
| 14:11:05 | 8 | **BY MR. MITSCH:** |
| 14:11:08 | 9 | **Q.**   WAS THAT GEOTECH'S RESPONSE? |
| 14:11:11 | 10 | **A.**   YES, IT IS, SIGNED BY THE CHIEF OF ENGINEERING DIVISION. |
| 14:11:14 | 11 | **Q.**   OKAY.   LOOK AT PARAGRAPH 1. |
| 14:11:17 | 12 | WHAT DOES THAT SAY? |
| 14:11:19 | 13 | **A.**   FIRST OFF, GEOTECH ANALYZED THE STABILITY OF THE |
| 14:11:26 | 14 | PROPOSED -- THE TWO PROPOSED EXCAVATIONS UNDER SUREKOTE ROAD |
| 14:11:31 | 15 | AND FOUND THAT THEY DID NOT PRESENT A STABILITY PROBLEM WITH |
| 14:11:35 | 16 | RESPECT TO THE ADJACENT FLOODWALL AND LEVEE. |
| 14:11:43 | 17 | THE NEXT SENTENCE:  "THE PROPOSED 16-FOOT-DEEP |
| 14:11:47 | 18 | MCDONOUGH MARINE BORROW AREA, HOWEVER, DID PRESENT A STABILITY |
| 14:11:50 | 19 | PROBLEM WITH RESPECT TO THE EASTERN SIDE OF THE BORROW AREA AS |
| 14:11:53 | 20 | WE PROPOSED." |
| 14:11:56 | 21 | AND IT SAYS, "VARIOUS OPTIONS WERE ANALYZED AND SHOWN |
| 14:11:58 | 22 | ON THE ENCLOSURES," AND THOSE ENCLOSURES WERE THE PLOTTED CROSS |
| 14:12:06 | 23 | SECTIONS THAT WE DON'T HAVE HERE. |
| 14:12:08 | 24 | **Q.**   OKAY. |
| 14:12:09 | 25 | **THE COURT:**   CAN I -- MAY I SEE THE ENTIRE DOCUMENT, |

```
14:12:11    1  || IF IT'S A . . .

14:12:18    2  ||              AND I ASSUME YOU'RE GOING TO ASK HIM ABOUT

14:12:21    3  || EVERYTHING ON THIS.

14:12:23    4  ||         MR. MITSCH:  YES.  YES, WE'RE GOING TO GO THROUGH IT.

14:12:30    5  || BY MR. MITSCH:

14:12:31    6  || Q.   JUST AS A BACKGROUND, WHEN YOU RECEIVED THIS DOCUMENT,

14:12:34    7  || WHAT DID YOU DO?

14:12:37    8  || A.   IMMEDIATELY UPON READING THE DOCUMENT, WHEN I RECEIVED IT,

14:12:42    9  || I SAW THAT THE TWO EXCAVATIONS ON SUREKOTE ROAD WERE OKAY, NO

14:12:47   10  || PROBLEM THERE.

14:12:48   11  ||         BUT I ALSO SAW THAT THE PROPOSED SLOPES WE HAD ON THE

14:12:51   12  || MCDONOUGH MARINE BORROW AREA WERE NOT OKAY.  THEY VIOLATED THE

14:12:57   13  || STABILITY CONTROL LINE.  SO I CALLED AND CONTACTED MS. JULIE

14:13:02   14  || OLIPHANT, THE AUTHOR OF THE MEMORANDUM, AND REQUESTED A MEETING

14:13:08   15  || WITH HER, AND IMMEDIATELY WENT TO MEET WITH HER TO DISCUSS

14:13:11   16  || POSSIBLE ALTERNATIVES.

14:13:18   17  || Q.   OKAY.  WHAT CAME FROM THAT MEETING?

14:13:20   18  || A.   FROM THAT MEETING, AFTER WE LOOKED AT VARIOUS

14:13:22   19  || CONFIGURATIONS AND ALTERNATIVES THAT WE COULD UTILIZE FOR THE

14:13:26   20  || MCDONOUGH MARINE BORROW AREA, THE FINAL OUTCOME WAS IT WAS SAFE

14:13:30   21  || AND STABLE TO USE A 1 VERTICAL ON 6.5 HORIZONTAL ON THE EASTERN

14:13:38   22  || SLOPE OF THE MCDONOUGH MARINE BORROW AREA AND A 1 VERTICAL ON 7

14:13:45   23  || HORIZONTAL ON THE WESTERN SLOPE OF THE BORROW AREA ADJACENT TO

14:13:50   24  || THE IHNC CANAL.

14:13:50   25  || Q.   OKAY.  SO WHAT'S THE SIGNIFICANCE OF MOVING FROM A 1-3
```

14:13:55  1  SLOPE TO 1-6, 1-7 SLOPE?  WHY DOES THAT HELP THE STABILITY

14:14:01  2  ISSUE?

14:14:02  3  **A.**  YOU'RE GOING FROM A STEEPER SLOPE TO A MUCH FLATTER SLOPE.

14:14:08  4  IT'S MORE STABLE AND SAFER.

14:14:14  5  **Q.**  OKAY.  AND DID THAT REQUIRE THAT THE BORROW PIT BE

14:14:19  6  EXTENDED EVEN MORE?  WAS IT ENLARGED EVEN MORE TO ACCOMMODATE

14:14:27  7  THAT MORE GRADUAL SLOPE?

14:14:29  8  **A.**  NOT NECESSARILY ENLARGED.  BUT THE BORROW AREA HAD TO BE

14:14:34  9  RESHAPED, RECONFIGURED, TO CONFORM TO THESE NEW STABLE SLOPES.

14:14:42  10  **Q.**  SOME WITNESSES HAVE SAID THAT THE BORROW PIT WAS

14:14:47  11  REDRESSED.  DO YOU UNDERSTAND WHAT THAT TERM "REDRESSED" MEANS?

14:14:53  12  **A.**  SURE.  REDRESSING.  WGI TOOK THE -- AND ITS OPERATORS TOOK

14:14:59  13  THE KOMATSU LONG-REACH BACKHOE AND EXCAVATED OR REDRESSED THE

14:15:08  14  EXISTING 1 VERTICAL ON 3 HORIZONTAL SLOPES AND CUT THEM TO A

14:15:13  15  1 VERTICAL ON 6.5 ON THE EAST SIDE, 1 VERTICAL ON 7 ON THE

14:15:18  16  WESTERN SIDE, JUST AS DICTATED AND RECOMMENDED BY THE

14:15:23  17  GEOTECHNICAL BRANCH.

14:15:27  18  **Q.**  THERE'S BEEN SOME TESTIMONY THAT THERE WAS CLAY LINED

14:15:37  19  ALONG THE EASTERN SIDE OF THE MCDONOUGH MARINE BORROW PIT.

14:15:44  20  DO YOU BELIEVE THAT THERE WERE ANY CLAY -- THAT THERE

14:15:46  21  WAS ANY CLAY LINED ALONG THE EASTERN SIDE OF THE BORROW PIT?

14:15:52  22  **A.**  NO.  THAT IS ABSOLUTELY UNTRUE BECAUSE THE ENTIRE

14:15:55  23  COMPOSITION OF THE MCDONOUGH MARINE BORROW PIT WAS CLAY.  SO BY

14:16:01  24  DRESSING AND EXCAVATING, YOU'RE DEALING WITH CLAY ONLY.  THERE

14:16:06  25  WAS NO NEED TO LINE AT ALL.

14:16:12  1  **Q.**  IS THERE ANY WAY THAT SOMEHOW WGI COULD HAVE LINED THAT

14:16:17  2  EASTERN EDGE OF THE BORROW PIT WITH NEW SPECIAL CLAY THAT

14:16:25  3  SOMEHOW THE CORPS WOULD NOT HAVE BEEN AWARE OF?

14:16:27  4  **A.**  NOT AT ALL.

14:16:29  5  **Q.**  WHY IS THAT?

14:16:29  6  **A.**  WE PERFORMED 100 PERCENT DAILY INSPECTIONS.

14:16:35  7  **Q.**  OKAY.  LET'S GO TO PARAGRAPH 2.

15:23:36  8  **A.**  (WITNESS COMPLIES.)

14:16:51  9  **Q.**  NOW, THAT'S CROSSED OUT.  DO YOU KNOW WHY THAT'S CROSSED

14:16:54  10  OUT?

14:16:54  11  **A.**  IT CAME BACK FROM THE CHIEF OF THE ENGINEERING DIVISION

14:16:58  12  CROSSED OUT JUST LIKE THAT.  THEY EDITED THE MEMO BEFORE THEY

14:17:06  13  SENT IT TO US.

14:17:07  14  AND THE ONLY REASON I CAN ASCERTAIN IS THAT WE DID

14:17:09  15  NOT SPECIFICALLY ASK THEM TO ADDRESS THE WESTERN SIDE, SO THEY

14:17:13  16  CROSSED OUT THEIR RESPONSE.

14:17:14  17  **Q.**  BUT, IN FACT, THERE WAS A CHANGE ON THE SLOPING ON THE

14:17:17  18  WESTERN SIDE, WASN'T THERE?

14:17:19  19  **A.**  YES.  WE ALSO CHANGED TO 1 VERTICAL ON 7 HORIZONTAL ON THE

14:17:24  20  WESTERN SIDE.

14:17:24  21  **Q.**  AND WAS THAT AT THE BEHEST OF THE GEOTECHNICAL BRANCH?

14:17:29  22  **A.**  YES.  THAT WAS AS RECOMMENDED BY JULIE OLIPHANT IN MY

14:17:32  23  MEETINGS WITH HER.

14:17:35  24  **Q.**  OKAY.  SO JUST TO SUMMARIZE IT, JUST TELL ME IF THIS IS A

14:17:39  25  FAIR STATEMENT.

14:17:39   1            THAT YOUR GROUP REQUESTED GEOTECH EVALUATION,

14:17:43   2   STABILITY -- POTENTIAL STABILITY IMPACT ON THE EBIA FLOODWALLS;

14:17:48   3   IS THAT RIGHT?

14:17:49   4   **A.**   CORRECT.

14:17:50   5   **Q.**   AND GEOTECH TOLD YOU THAT THERE WAS A CONCERN BUT THAT IT

14:17:55   6   COULD BE AMELIORATED BY RESHAPING THE SLOPE OF THE SIDES OF THE

14:18:04   7   BORROW AREA.  IS THAT RIGHT?

14:18:07   8   **A.**   THAT'S CORRECT.

14:18:07   9   **Q.**   AND WGI DID THAT.

14:18:09  10   **A.**   YES.

14:18:10  11   **Q.**   IS THAT CORRECT?

14:18:10  12   **A.**   WE CONVEYED THESE RECOMMENDATIONS TO WGI, AND THEY

14:18:13  13   COMPLIED WITH OUR REQUESTS.

14:18:15  14   **Q.**   OKAY.  NOW I WANT TO TALK ABOUT PARAGRAPH 3.

14:18:27  15            DOES PARAGRAPH 3 RELATE TO THE EXCAVATIONS BY

14:18:30  16   SUREKOTE ROAD?

14:18:31  17   **A.**   YES.  ONLY TO THE TWO EXCAVATIONS UNDER SUREKOTE ROAD.

14:18:36  18   **Q.**   AND WHAT DOES THIS SENTENCE MEAN?

14:18:40  19   **A.**   IN THIS PARAGRAPH, MS. OLIPHANT IS RECOMMENDING THAT THE

14:18:47  20   TWO EXCAVATIONS BY SUREKOTE ROAD BE BACKFILLED IN 12-INCH LIFTS

14:18:58  21   OF 90 PERCENT PROCTOR COMPACTED BACKFILL.

14:19:03  22            **THE COURT:**  WHERE IS THE -- DO YOU REMEMBER THE

14:19:03  23   DEPTHS OF THOSE TWO EXCAVATIONS, APPROXIMATELY?  I'M NOT

14:19:08  24   HOLDING YOU TO THE EXACT DEPTHS.

14:19:10  25            **THE WITNESS:**  I REMEMBER THE EXACT DEPTHS,

| | | |
|---|---|---|
| 14:19:12 | 1 | YOUR HONOR.  WE RECOMMENDED 3 FEET, AND WE ACTUALLY EXCAVATED |
| 14:19:17 | 2 | 4 FEET TO CLEAN SOIL. |
| 14:19:18 | 3 | **THE COURT:**  ON EACH ONE? |
| 14:19:20 | 4 | **THE WITNESS:**  ON EACH ONE. |
| 14:19:20 | 5 | **THE COURT:**  OKAY. |
| 14:19:20 | 6 | BY MR. MITSCH: |
| 14:19:20 | 7 | **Q.**   I'M NOT SURE THAT I GOT YOUR ANSWER. |
| 14:19:21 | 8 | WHAT DOES -- THE 12-INCH LIFTS OF 90 PERCENT PROCTOR |
| 14:19:30 | 9 | COMPACTED BACKFILL, WHAT DOES THAT SENTENCE MEAN? |
| 14:19:34 | 10 | **A.**   THAT WAS A RECOMMENDATION TO BACKFILL -- AFTER THE |
| 14:19:37 | 11 | CONTAMINATED MATERIAL WAS REMOVED, BACKFILL THAT PORTION OF THE |
| 14:19:46 | 12 | EXCAVATION WITH CLAY MATERIAL IN 12-INCH LIFTS, 90 PERCENT |
| 14:19:51 | 13 | COMPACTED. |
| 14:19:55 | 14 | **Q.**   DID YOU CONVEY THAT TO WGI? |
| 14:19:59 | 15 | **A.**   YES, WE DID. |
| 14:20:02 | 16 | **Q.**   AND WHAT WAS THE RESULT? |
| 14:20:03 | 17 | **A.**   THE RESULT WAS WE BACKFILLED THE WEDGE ON THE EASTERN EDGE |
| 14:20:09 | 18 | OF THE TWO EXCAVATIONS.  WGI BACKFILLED A CLAY WEDGE OF CLEAN |
| 14:20:15 | 19 | CLAY MATERIAL TO APPROXIMATE WHAT WOULD HAVE BEEN THE NET LEVEE |
| 14:20:21 | 20 | SECTION ON THE CONTROL LINE SLOPE WITHIN THOSE EXCAVATIONS, AND |
| 14:20:28 | 21 | COMPACTED IT BY MECHANICAL MEANS, WITH A DOZER, WITH MULTIPLE |
| 14:20:32 | 22 | PASSES OF A DOZER-TRACKING BACK AND FORTH OVER IT, TO THE |
| 14:20:37 | 23 | EQUIVALENT OF WHAT A 90 PERCENT COMPACTION WOULD HAVE BEEN. |
| 14:20:41 | 24 | **Q.**   IN A FEW MOMENTS I'M GOING TO SHOW YOU A PICTURE OF THOSE |
| 14:20:44 | 25 | TWO EXCAVATIONS -- OR PICTURES.  WHAT I FIRST -- BEFORE WE GET |

14:20:48  1   THERE, I WANT TO ASK YOU.

14:20:49  2            IT SAYS "90 PERCENT PROCTOR."  WHAT DOES THAT MEAN?

14:20:52  3   **A.**   90 PERCENT PROCTOR IS A STANDARD ASTM TESTING REQUIREMENT

14:21:03  4   TO CONFIRM COMPACTION ON A CLAY MATERIAL.

14:21:07  5   **Q.**   DID YOU REQUIRE WGI TO DO A PROCTOR TEST ON THOSE -- ON

14:21:15  6   THE BACKFILL IN THE SUREKOTE ROAD EXCAVATIONS?

14:21:19  7   **A.**   NO, WE DID NOT.

14:21:20  8   **Q.**   WHY NOT?

14:21:23  9   **A.**   BECAUSE, ONE, IT WAS JUST A RECOMMENDATION BY GEOTECHNICAL

14:21:26  10  BRANCH; IT WAS NOT A REQUIREMENT.

14:21:29  11           AND, TWO, OUR QUALITY ASSURANCE STAFF HAD SO MANY

14:21:33  12  YEARS OF EXPERIENCE THAT THEY JUST KNEW THAT MULTIPLE PASSES

14:21:41  13  WITH A D6 DOZER OR GRADER OVER A CLAY MATERIAL WOULD PRODUCE

14:21:48  14  THE EQUIVALENT OF 90 PERCENT PROCTOR.

14:22:04  15           **THE COURT:**  AND WHO ARE THOSE PEOPLE, SIR?

14:22:06  16           **THE WITNESS:**  JIM MONTEGUT, PROJECT ENGINEER ON THE

14:22:09  17  SITE, AND THREE QUALITY ASSURANCE GOVERNMENT INSPECTORS.

14:22:13  18           **THE COURT:**  ALL RIGHT.

14:22:15  19           **THE WITNESS:**  I CAN GIVE YOU THEIR NAMES, TOO, IF

14:22:17  20  YOU'D LIKE.

14:22:17  21           **THE COURT:**  THAT'S ALL RIGHT.

14:22:25  22  **BY MR. MITSCH:**

14:22:26  23  **Q.**   OKAY.  I WANT YOU TO GO TO DX-2265.  AND IF YOU COULD, GO

14:22:54  24  TO PAGE 3 AND LOOK AT THE TOP PHOTO, PLEASE.

14:23:03  25  **A.**   YES.

14:23:04    1    **Q.**   WHAT IS THAT?

14:23:05    2    **A.**   THIS IS AN ACTUAL PHOTOGRAPH OF THE CLAY WEDGE BEING

14:23:11    3    RESTORED.  AND THIS IS AREA 2, THE SOUTHERNMOST EXCAVATED AREA

14:23:23    4    ON THE SUREKOTE ROAD, ADJACENT TO MCDONOUGH MARINE.

14:23:27    5    **Q.**   OKAY.  NOW, CAN YOU -- USING YOUR POINTER, CAN YOU SHOW US

14:23:30    6    WHERE THE WEDGE IS?

14:23:34    7    **A.**   THERE'S THE VERTICAL WALL WHERE THE EXCAVATION WAS -- TOOK

14:23:39    8    PLACE.

14:23:40    9          THERE'S THE JOURDAN AVENUE FLOODWALL.  THIS IS

14:23:42   10    APPROXIMATELY 15 FEET TO THIS VERTICAL WALL, AND THIS IS THE

14:23:47   11    CLAY WEDGE, THE TRIANGLE OF MATERIAL -- OF CLAY MATERIAL THAT

14:23:54   12    WAS BACKFILLED.

14:23:55   13    **Q.**   NOW, WHY DID YOU PUT IT IN TERMS -- IN THE SHAPE OF A

14:24:00   14    TRIANGLE?

14:24:02   15    **A.**   IT WAS TO APPROXIMATE THE STABILITY CONTROL LINE THAT

14:24:05   16    WOULD HAVE COME UNDERNEATH THE JOURDAN AVENUE FLOODWALL AND

14:24:09   17    CREATE A FLAT CROWN AREA AND THEN TAKE A STABILITY SLOPE DIVING

14:24:19   18    UNDERNEATH THE EBIA PROPERTY.

14:24:24   19    **Q.**   WOULD IT BE FAIR TO SAY THAT IT WAS ALSO TO FOLLOW THE

14:24:27   20    SLOPE OF THE ACTUAL LEVEE?

14:24:30   21    **A.**   THE PRESUMPTIVE SLOPE OF THE ACTUAL LEVEE.

14:24:32   22    **Q.**   ALL RIGHT.

14:24:36   23          **MR. MITSCH:**  GO TO DX-2265, PHOTOGRAPH 6.  2265-6.

14:25:10   24    YES, THE BOTTOM PHOTOGRAPH.

           25

14:25:13   1   **BY MR. MITSCH:**

14:25:13   2   **Q.**   WHAT'S THAT?

14:25:15   3   **A.**   AGAIN, THIS IS AREA 1, PLACING THE CLAY WEDGE OF BACKFILL

14:25:24   4   IN AREA 1 BENEATH THE EXCAVATION OF THE SUREKOTE ROAD.

14:25:44   5              **MR. MITSCH:**   YOUR HONOR, THAT'S ALL THAT I HAVE FOR

14:25:45   6   NOW.

14:25:46   7              **THE COURT:**   OH.  OH, THANK YOU, SIR.  I WAS LOOKING

14:25:53   8   AT THE PICTURE.

14:25:54   9              OKAY.  I THINK IT MIGHT BE WISE BECAUSE WE'RE

14:25:56  10   GOING TO HAVE TO TAKE A RECESS.

14:25:59  11              HOW LONG DO YOU THINK YOUR QUESTIONING WILL BE?

14:26:03  12              **MR. SIMS:**   YOUR HONOR, ACTUALLY, I BELIEVE WGI'S

14:26:05  13   COUNSEL --

14:26:05  14              **THE COURT:**   OH, MR. TREEBY, I APOLOGIZE.

14:26:07  15              **MR. TREEBY:**   WE HAVE A CONSIDERABLE AMOUNT OF

14:26:10  16   ADDITIONAL TESTIMONY FROM THIS WITNESS THAT WE WANT TO GET.

14:26:14  17              **THE COURT:**   OKAY.  WELL, LET'S TAKE ABOUT A

14:26:15  18   TEN-MINUTE RECESS, AND THEN WE'LL PICK IT UP.

14:26:20  19              **THE DEPUTY CLERK:**   ALL RISE.

14:26:20  20              (WHEREUPON, THE COURT TOOK A RECESS.)

14:41:18  21              **THE DEPUTY CLERK:**   ALL RISE.

14:41:20  22              COURT'S IN SESSION.  PLEASE BE SEATED.

14:41:31  23              **MS. CLAYMAN:**   GOOD AFTERNOON, YOUR HONOR.

14:41:22  24              **THE COURT:**   GOOD AFTERNOON.

          25

| | | |
|---|---|---|
| 14:41:32 | 1 | **DIRECT EXAMINATION** |
| 14:41:32 | 2 | BY MS. CLAYMAN: |
| 14:41:32 | 3 | Q.   MR. GUILLORY, MY NAME IS DEBRA CLAYMAN, AND I'M COUNSEL |
| 14:41:36 | 4 | FOR WASHINGTON GROUP. |
| 14:41:38 | 5 | MS. CLAYMAN:  YOUR HONOR, WE HAVE SOME |
| 14:41:38 | 6 | DEMONSTRATIVES, AND I DON'T KNOW WHAT WOULD BE THE BEST FOR |
| 14:41:41 | 7 | YOU.  I CAN EITHER HAVE MR. GUILLORY POINT TO THOSE |
| 14:41:45 | 8 | DEMONSTRATIVES OR I COULD, WITH THE COURT'S INDULGENCE, HAVE |
| 14:41:51 | 9 | HIM COME DOWN HERE AND USE THE POINTER ON THE SCREEN. |
| 14:41:54 | 10 | THE COURT:  WHATEVER'S CONVENIENT FOR THE WITNESS.  I |
| 14:41:57 | 11 | COULD CERTAINLY LOOK OVER HERE, BUT HE PROBABLY WOULD HAVE TO |
| 14:42:01 | 12 | POINT TO THEM BY GETTING OUT OF THE WITNESS STAND, AND THAT |
| 14:42:03 | 13 | WOULD BE FINE.  NOT A PROBLEM.  AND I'LL LOOK AT THEM RIGHT |
| 14:42:05 | 14 | HERE. |
| 14:42:06 | 15 | WHATEVER YOU THINK IS BEST, I'LL ACCOMMODATE. |
| 14:42:10 | 16 | MS. CLAYMAN:  OKAY.  MR. GUILLORY, WHY DON'T YOU USE |
| 14:42:13 | 17 | THE DEMONSTRATIVES OVER THERE?  THAT'S FINE. |
| 14:42:16 | 18 | THE COURT:  FOR YOUR PRESENTATION, WHATEVER MAKES IT |
| 14:42:19 | 19 | MORE EFFECTIVE. |
| 14:42:21 | 20 | BY MS. CLAYMAN: |
| 14:42:28 | 21 | Q.   MR. GUILLORY, I'M GOING TO DIRECT YOU TO A DEMONSTRATIVE |
| 14:42:33 | 22 | EXHIBIT WITH AN AERIAL PHOTOGRAPH FROM 2000.  IT'S MARKED |
| 14:42:38 | 23 | DM-DX-001.  HAVE YOU SEEN THIS DEMONSTRATIVE EXHIBIT BEFORE? |
| 14:42:43 | 24 | A.   YES, I HAVE. |
| 14:42:44 | 25 | Q.   DID YOU PARTICIPATE IN THE IDENTIFICATION AND LABELING OF |

14:42:48  1  THE AERIAL PHOTOGRAPH?

14:42:50  2  **A.**  YES.

14:42:50  3  **(OFF THE RECORD)**

14:44:07  4  **THE COURT:**  COUNSEL, YOU MAY PROCEED.

14:44:09  5  **BY MS. CLAYMAN:**

14:44:10  6  **Q.**  OKAY.  DID YOU REVIEW AND CONFIRM THE ACCURACY OF THIS

14:44:14  7  EXHIBIT LABELED DM-DX-0001 --

14:44:18  8  **A.**  YES.

14:44:18  9  **Q.**  -- ON YOUR PERSONAL KNOWLEDGE?

14:44:21  10  **A.**  YES, TO THE BEST OF MY RECOLLECTION.

14:44:23  11  **Q.**  OKAY.  THE AERIAL PHOTO ON THIS EXHIBIT IS DATED

14:44:26  12  NOVEMBER 27TH, 2000.  WHEN DID WASHINGTON GROUP AND THE CORPS

14:44:30  13  START PHYSICAL WORK IN THE EAST BANK INDUSTRIAL AREA?

14:44:35  14  **A.**  ACTUAL MOBILIZATION STARTED JANUARY 2ND, 2001.

14:44:38  15  **Q.**  AND DID YOU VISIT THE EAST BANK INDUSTRIAL AREA BEFORE

14:44:43  16  WASHINGTON GROUP AND THE CORPS MOBILIZED TO THE SITE?

14:44:46  17  **A.**  YES, SEVERAL TIMES WHILE WE WERE PLANNING THE TERC TASK

14:44:54  18  ORDER 26.

14:44:55  19  **Q.**  AND WHEN DID THOSE VISITS OCCUR?  WHAT TIME FRAME?

14:44:59  20  **A.**  APPROXIMATELY 1998 THROUGH 2000.

14:45:03  21  **Q.**  AND HOW MANY TIMES APPROXIMATELY WOULD YOU SAY YOU VISITED

14:45:06  22  THE SITE DURING THIS TIME PERIOD?

14:45:08  23  **A.**  FIVE TO SIX TIMES.

14:45:10  24  **Q.**  OKAY.  AND IF YOU WOULD LOOK AT THE BOTTOM PHOTOGRAPH,

14:45:17  25  WHICH IS EMBEDDED IN THE EXHIBIT.  IT'S JX-1357-0001.  AND AT

14:45:29  1    THE SAME TIME, ON THE AERIAL PHOTO, WOULD YOU PLEASE DESCRIBE

14:45:31  2    FOR THE RECORD HOW YOU WOULD HAVE ENTERED THE EAST BANK

14:45:36  3    INDUSTRIAL SITE AT THIS TIME?

14:45:39  4    **A.**   SURE.   PROCEEDING EASTWARD ACROSS THE OLD FLORIDA AVENUE

14:45:45  5    BRIDGE, ONE WOULD HAVE COME DOWN ON THIS DIAGONAL ROAD RIGHT

14:45:50  6    HERE AND THEN EXITED ON THIS ASPHALT RAMP UP AND OVER THE

14:45:55  7    EXISTING FLOOD CONTROL AND THEN DOWN THE RAMP.   AND THIS IS THE

14:46:00  8    BEGINNING OF SUREKOTE ROAD AT THIS POINT.

14:46:05  9    **Q.**   OKAY.   AND WHAT DID YOU CONSIDER THE NORTHERN BOUNDARY OF

14:46:11  10   THE EBIA SITE TO BE?

14:46:14  11   **A.**   THE NORTHERN BOUNDARY STARTED AT THIS POINT, RAN DUE WEST

14:46:17  12   UNDERNEATH THE ACCESS RAMP, AND THEN RAN AT A DIAGONAL ALONG

14:46:25  13   THIS FLOODWALL HERE UNTIL IT REACHED THE CANAL.

14:46:28  14   **Q.**   AND THE FLOODWALL YOU'RE POINTING TO, FOR THE RECORD, IS

14:46:30  15   THAT KNOWN AS THE EAST/WEST FLOODWALL?

14:46:34  16   **A.**   THAT'S CORRECT.   AND IT'S SHOWN HERE IN THIS PHOTO HERE.

14:46:37  17           **MR. SIMS:**   YOUR HONOR, IS IT ALL RIGHT IF I APPROACH

14:46:39  18   THE DEMONSTRATIVE SO I CAN GET A BETTER VIEW?

14:46:42  19           **THE COURT:**   YOU MAY.   I'M SURE YOU CAN FIND A --

14:46:44  20           **MR. SIMS:**   I'LL PROBABLY STAND HERE.   THANK YOU.

14:46:46  21           **THE WITNESS:**   YOUR HONOR, I'LL BE GLAD TO GO WALK

14:46:48  22   OVER THERE AND SHOW IT ON THE BIG BOARD IF YOU WANT.

14:46:53  23           **MS. CLAYMAN:**   I JUST DON'T KNOW IF THE -- IF THE

14:46:54  24   MICROPHONE IS PORTABLE, THAT'S FINE.

14:46:57  25           **THE COURT:**   YOU CAN DO THAT.   THAT'S FINE, AS LONG AS

14:46:59   1   COUNSEL DOESN'T FEEL THEIR PRESENTATION IS BEING DISRUPTED.

14:47:05   2             **MS. CLAYMAN:**  ABSOLUTELY.

14:47:05   3             **THE COURT:**  YOU MAY GO THERE, SIR.  THANK YOU FOR

14:47:08   4   YOUR VOLUNTEERING.  IT DOES HELP.

14:47:20   5   **BY MS. CLAYMAN:**

14:47:20   6   **Q.**  MR. GUILLORY, WOULD YOU DESCRIBE THE EASTERN BOUNDARY OF

14:47:24   7   THE EAST BANK INDUSTRIAL AREA SITE?

14:47:30   8   **A.**  THE EASTERN BOUNDARY IS THE EXISTING JOURDAN AVENUE

14:47:33   9   FLOODWALL STARTING RIGHT HERE AT THIS CORNER; IT ROUNDS THE TOP

14:47:38  10   OF THE JOURDAN AVENUE LEVEE TO THIS CORNER HERE.

14:47:41  11   **Q.**  AND THAT'S -- THAT'S THE SOUTHEASTERN CORNER YOU'RE

14:47:46  12   POINTING TO?

14:47:46  13   **A.**  THIS IS THE NORTHEASTERN CORNER, AND THEN THIS IS THE

14:47:48  14   SOUTHEASTERN CORNER.

14:47:51  15   **Q.**  AND WHAT IS THE DISTANCE BETWEEN THE FLOODWALL AND THE

14:47:55  16   EASTERN CURVE OF SUREKOTE ROAD?

14:47:58  17   **A.**  APPROXIMATELY 15 FEET.

14:48:02  18   **Q.**  AND HOW WIDE IS SUREKOTE ROAD?

14:48:05  19   **A.**  25 FEET.

14:48:08  20   **Q.**  LET'S GO TO THE NORTHWEST CORNER OF THE BOLAND MARINE

14:48:11  21   SITE, JUST NORTH OF WHAT IS LABELED HERE AS THE JOURDAN AVENUE

14:48:15  22   WHARF.  CAN YOU POINT OUT WITH YOUR LASER POINTER TO THE

14:48:20  23   APPROXIMATE LOCATION WHERE BOLAND MARINE AREA 8 IS?

14:48:24  24   **A.**  BOLAND MARINE AREA 8 WAS IN APPROXIMATELY THIS NORTHWEST

14:48:27  25   CORNER OF BOLAND MARINE.

14:48:31   1   **Q.**   OKAY.  AND HOW DID THE LABEL "BOLAND MARINE AREA 8" COME

14:48:34   2   ABOUT?

14:48:37   3   **A.**   WASHINGTON GROUP TITLED THAT AREA "AREA 8" AFTER PREPARING

14:48:42   4   THE CAP REPORT FOR BOLAND MARINE.

14:48:44   5   **Q.**   AND THAT'S A CORRECTIVE ACTION PLAN?

14:48:47   6   **A.**   CORRECT.

14:48:49   7   **Q.**   WOULD YOU DESCRIBE WHAT AREA 8 WAS LIKE AS OF

14:48:52   8   NOVEMBER 2000, BEFORE WGI AND THE CORPS MOBILIZED TO THE SITE?

14:48:58   9   **A.**   THE PREEXISTING CONDITION OF AREA 8, THIS NORTHWEST

14:49:00   10   CORNER, WAS VERY LOW IN ELEVATION, VERY SWAMPY.  AND THE PRIOR

14:49:08   11   TENANTS FOR THE PORT OF NEW ORLEANS HAD SOMEWHAT BUILT UP THIS

14:49:11   12   AREA BY CUTTING STEEL BARGES IN HALF, LAYING THEM ON THE GROUND

14:49:18   13   AND FILLING THEM WITH CONCRETE.

14:49:20   14   **Q.**   OKAY.  I WANT TO PUT A PHOTO ON THE SCREEN WHICH IS DATED

14:49:25   15   9/13/2001.  IT'S JX-1314-0016, AND IT'S THE BOTTOM PHOTOGRAPH.

14:49:40   16           THE CAPTION ON THIS PHOTOGRAPH SAYS "BOL," FOR

14:49:44   17   BOLAND, AND IT SAYS:  "ELEVATED WATER LEVEL FROM HIGH TIDE."

14:49:49   18           FIRST I WANT TO ASK YOU:  DID -- HAD WGI DONE ANY

14:49:54   19   EXCAVATION OR DEMOLITION WORK IN THIS NORTHWEST AREA OF

14:49:58   20   AREA 8 -- OR THIS NORTHWEST AREA OF BOLAND KNOWN AS AREA 8 AS

14:50:03   21   OF SEPTEMBER 13TH, 2001?

14:50:11   22   **A.**   NOT AT THIS TIME.

14:50:11   23   **Q.**   AND WHAT IS THIS PHOTOGRAPH SHOWING?

14:50:14   24   **A.**   I'M SHOWING ON THE LEFT THE WESTERN SIDE.  THIS IS THE

14:50:17   25   EXISTING FORMER BOLAND AVENUE WHARF.  THIS IS THE BOLAND

14:50:28    1    MARINE, WHAT WE CALL THE ARMORED BANK LINE.  AND THIS IS THE

14:50:32    2    BOLAND MARINE PROPERTY HERE.  AND IN THE FAR BACKGROUND, YOU

14:50:35    3    CAN SEE THE EAST/WEST FLOODWALL TRAVERSING FROM -- IF YOU'LL

14:50:40    4    RECALL, FROM THE ENTRANCE AT THE RAMP, TOWARDS THE FLORIDA

14:50:45    5    AVENUE BRIDGE.

14:50:49    6    Q.   AND YOU MENTIONED AN ARMORED BANK, AND THAT'S KIND OF --

14:50:52    7    IS THAT THE RIDGE IN BETWEEN THOSE TWO BODIES -- WHAT APPEARS

14:50:56    8    TO BE TWO BODIES OF WATER THERE?

14:50:57    9    A.   CORRECT.  THIS IS DURING A HIGH TIDE EVENT.  EVEN THOUGH

14:51:02   10    THE PRIOR TENANTS, BOLAND MARINE, ATTEMPTED TO CREATE THIS

14:51:08   11    CONCRETE ARMORED BANK DIKE, WHATEVER YOU WANT TO CALL IT, IT

14:51:16   12    WAS PENETRATED BY MANY DRAINAGE -- STEEL DRAINAGE PIPES AND

14:51:21   13    CRACKS AND CREVICES -- YOU CAN KIND OF SEE ONE THERE.  AND WHEN

14:51:25   14    THE INTERTIDAL FLOW CAME IN BACK AND FORTH, IT FLOODED THE SITE

14:51:28   15    OCCASIONALLY.

14:51:29   16    Q.   SO IT SOUNDS LIKE THE ARMORED BANK -- THE, QUOTE, ARMORED

14:51:34   17    BANK, THAT WE SEE HERE IN 2001 DID NOT PREVENT AREA 8 FROM

14:51:38   18    FLOODING DURING HIGH TIDE?

14:51:40   19    A.   NO, IT DID NOT.

14:51:47   20             MS. CLAYMAN:  IF WE CAN PULL UP FOR A MOMENT --

14:51:49   21             THE COURT:  WAIT ONE SECOND.  OKAY.  GIVE ME THAT --

14:51:53   22             MS. DALEY:  I DON'T HAVE THAT PICTURE.  IS THAT

14:51:54   23    PICTURE ON THIS?

14:51:59   24             MS. CLAYMAN:  I'M SORRY.  THAT PHOTOGRAPH IS ACTUALLY

14:52:00   25    NOT INSET IN THE --

14:52:01  1          **THE COURT:**  OKAY.  THANKS.

14:52:02  2              **MS. CLAYMAN:**  BUT THERE IS ONE IN THE STACK OF

14:52:04  3   DOCUMENTS I GAVE YOU.  IT'S JX-1314-006.  IT SHOULD BE ONE OF

14:52:16  4   THE FIRST DOCUMENTS.

14:52:25  5          **THE COURT:**  YOU CAN MOVE ON.

14:52:28  6              **MS. CLAYMAN:**  JUST GO AHEAD.

14:52:28  7                  MAY SHE APPROACH?

14:52:37  8          **THE COURT:**  WE TRY TO MAKE NOTES, I ON THE COMPUTER,

14:52:42  9   MY LAW CLERK ON THE EXHIBIT.  I'M SURE WE WON'T BE LOOKING AT

14:52:47  10  ALL OF THEM WHEN THIS IS SAID AND DONE.  SO GO AHEAD.

14:52:52  11             **MS. CLAYMAN:**  OKAY.

14:52:53  12             ALL RIGHT.  IF YOU CAN GO BACK TO THE DEMONSTRATIVE

14:52:59  13  EXHIBIT DM-DX-001 AND FOCUS IN ON THE PHOTOGRAPH IN THE UPPER

14:53:11  14  RIGHT-HAND CORNER.

14:53:13  15  BY MS. CLAYMAN:

14:53:14  16  **Q.**   MR. GUILLORY, WHAT IS THIS SHOWING?

14:53:16  17  **A.**   THIS IS SHOWING ANOTHER PICTURE DEPICTING THE ARMORED BANK

14:53:20  18  LINE AROUND BOLAND MARINE, RIGHT AT THE WATER INTERFACE BETWEEN

14:53:28  19  THE LAND PORTION AND THE CANAL.

14:53:32  20  **Q.**   AND WHERE IS THIS PHOTO BEING TAKEN FROM?

14:53:35  21  **A.**   THIS IS ESSENTIALLY STANDING ON THE NORTH APPROACH RAIL --

14:53:37  22  YOU CAN SEE IT RIGHT HERE -- OF THE FORMER JOURDAN AVENUE WHARF

14:53:43  23  AND LOOKING NORTH.

14:53:47  24  **Q.**   ALL RIGHT.

14:53:48  25             **MS. CLAYMAN:**  CAN YOU JUST PUT THE DEMONSTRATIVE

14:53:50   1   DM-DX-001 BACK ON THE SCREEN?

14:53:54   2   **BY MS. CLAYMAN:**

14:53:54   3   **Q.**   DID THE CORPS DIRECT WASHINGTON GROUP TO REMOVE THIS

14:53:57   4   ARMORED BANK ALONG BOLAND MARINE AS PART OF TASK ORDER 26?

14:54:02   5   **A.**   YES.  IT WAS PART OF THE SCOPE OF WORK, AND IT WAS REMOVED

14:54:04   6   LATE IN THE PROJECT BY A SUBCONTRACTOR NAMED BOH BROTHERS

14:54:08   7   CONSTRUCTION COMPANY.

14:54:15   8   **Q.**   OKAY.  WAS WASHINGTON GROUP DIRECTED TO PUT ANY MATERIAL

14:54:17   9   IN THE BANK LINE TO REPLACE THE ARMORED BANK THAT IT REMOVED IN

14:54:20  10   THIS AREA?

14:54:22  11   **A.**   NO, NOT TO REPLACE THE BANK LINE.  BUT AFTER -- WE'LL

14:54:26  12   DISCUSS IT A LITTLE LATER, BUT AFTER WE GET TO THE BANK

14:54:33  13   REMEDIATION PORTION OF THE WORK, WASHINGTON GROUP DID

14:54:37  14   REESTABLISH A NEW BANK LINE OF CLAY MATERIAL.

14:54:43  15   **Q.**   I WANT TO BRIEFLY LOOK AT THE CONDITION OF THE BANK LINE

14:54:46  16   ALONG SOME OF THE OTHER SITES IN THE EAST BANK INDUSTRIAL AREA.

14:54:51  17           **MS. CLAYMAN:**  WOULD YOU PLEASE PUT UP ON THE SCREEN

14:54:52  18   PX-3376-0099, AND LOOK AT THE TOP PHOTOGRAPH.

14:54:58  19   **BY MS. CLAYMAN:**

14:55:05  20   **Q.**   WOULD YOU TELL ME, FIRST OF ALL, WHAT SITE THIS IS?

14:55:07  21   **A.**   THIS IS THE SAUCER MARINE SITE.

14:55:09  22   **Q.**   AND FOR THE RECORD, THIS PHOTOGRAPH IS DATED DECEMBER 7TH,

14:55:12  23   2000; IS THAT RIGHT?

14:55:13  24   **A.**   THAT'S CORRECT.

14:55:17  25   **Q.**   AND CAN YOU EXPLAIN WHAT WE SEE HERE ALONG THE BANK LINE

14:55:21   1   OF SAUCER MARINE?

14:55:22   2   **A.**   SAUCER MARINE'S BANK LINE WAS HEAVILY -- FULL OF DEBRIS

14:55:30   3   AND STEEL, SUNKEN BARGES.  WE HAD IDENTIFIED EIGHT SUNKEN

14:55:36   4   BARGES ALONG THE ENTIRE LENGTH OF THE SAUCER MARINE SITE.

14:55:42   5   HERE'S AN OLD SHED ON TOP OF ONE OF THE SUNKEN BARGES, STEEL

14:55:47   6   STRUCTURES, JUST A LOT OF STEEL DEBRIS AND CONCRETE AND

14:55:52   7   GARBAGE.

14:55:54   8   **Q.**   OKAY.  AND NOW LET'S MOVE NORTH TO THE MAYER YACHT SITE.

14:56:01   9          **MS. CLAYMAN:**  IF YOU WOULD PUT ON THE SCREEN

14:56:02  10   PX-3376-0209 AND FOCUS ON THE TOP PHOTOGRAPH.

14:56:08  11   **BY MS. CLAYMAN:**

14:56:18  12   **Q.**   CAN YOU TELL ME, MR. GUILLORY, WHAT THIS IS A PHOTOGRAPH

14:56:21  13   OF?

14:56:22  14   **A.**   THIS IS THE MCDONOUGH MARINE BANK LINE.  YOU CAN SEE A

14:56:26  15   PORTION OF AN OLD RUSTY BARGE THAT'S DRUG UP ON THE BANK LINE

14:56:28  16   HERE; SOME MORE RUSTY STEEL DEBRIS, HALF ON LAND, HALF IN THE

14:56:33  17   WATER.  THIS WAS AN OLD BUILDING THAT WE HAD TO REMOVE IN

14:56:38  18   MCDONOUGH MARINE.  WE REMOVED A TOTAL OF 35 BUILDINGS FROM THE

14:56:43  19   ENTIRE EAST BANK INDUSTRIAL AREA.

14:56:44  20   **Q.**   AND I JUST WANT TO CLARIFY SOMETHING.  IT LOOKS LIKE IT

14:56:48  21   SAYS MAYER YACHT AT THE BOTTOM HERE.

14:56:51  22   **A.**   I'M SORRY.

14:56:51  23   **Q.**   SO IT'S NOT MCDONOUGH MARINE?

14:56:54  24          **THE COURT:**  YEAH.  I THOUGHT WE WERE -- YEAH.  I

14:56:57  25   UNDERSTAND.  YOU GOT IT.

14:56:59   1                 **MS. CLAYMAN:**  SURE.

14:56:59   2                 IF WE COULD GO BACK TO DM-DX-0001.

14:57:05   3                 **THE COURT:**  SO WE WENT PAST MCDONOUGH MARINE TO MAYER

14:57:08   4     YACHT?

14:57:09   5                 **MS. CLAYMAN:**  YES.  I'M JUST GIVING SOME EXAMPLES.

14:57:12   6                 **THE COURT:**  RIGHT.  AND I KNEW WHEN YOU WENT TO

14:57:14   7     SAUCER MARINE, YOU HAD GONE FURTHER TO THE SOUTH.  I UNDERSTAND

14:57:16   8     NOW.

14:57:19   9     BY MS. CLAYMAN:

14:57:19   10    **Q.**   OKAY.  NOW WE'RE GOING TO GO BACK TO BOLAND MARINE NORTH,

14:57:22   11    AND IF YOU WOULD BRIEFLY DESCRIBE THE STATUS OR THE STATE OF

14:57:26   12    THE JOURDAN AVENUE WHARF THERE.

14:57:30   13    **A.**   HERE YOU SEE THE JOURDAN AVENUE WHARF, WHICH TRAVERSES

14:57:34   14    APPROXIMATELY TWO-THIRDS -- THREE-QUARTERS OF THE DISTANCE

14:57:38   15    ACROSS THE WATERFRONT OF BOLAND MARINE.  AND THREE SIGNIFICANT

14:57:39   16    FEATURES ON IT WERE THE NORTH APPROACH RAMP, THE CENTER

14:57:44   17    APPROACH RAMP, AND THE SOUTH APPROACH RANCH.

14:57:46   18    **Q.**   OKAY.  I SEE -- WE FREQUENTLY SEE IN SOME OF THE QARS THE

14:57:55   19    PHRASE "HAUL ROAD."  WHAT IS A HAUL ROAD?

14:57:58   20    **A.**   A HAUL ROAD IS A TYPICAL CLAM SHELL TEMPORARY OR PERMANENT

14:58:02   21    ROAD THAT'S INDICATED RIGHT HERE IN THIS WHITE AREA AND THEN

14:58:07   22    GOING AROUND THESE BUILDINGS TO THESE RAMPS OVER HERE.

14:58:10   23    **Q.**   AND WERE THERE HAUL ROADS ALONG THE OTHER INDUSTRIAL SITES

14:58:17   24    IN THE EBIA?

14:58:17   25    **A.**   YES.  YOU CAN SEE THE -- JUST ABOUT EACH INDIVIDUAL SITE

14:58:20   1  HAD AT LEAST ONE DRIVEWAY ENTRANCE GOING INTO EACH ONE.  AND

14:58:25   2  THIS ONE -- THIS IS THE SEWER LIFT STATION.  THIS IS SAUCER

14:58:30   3  MARINE.  ITT DIDN'T REALLY HAVE A HAUL ROAD.  SUREKOTE ROAD

14:58:34   4  JUST DEAD-ENDED RIGHT AT THE BEGINNING OF THE PROPERTY OF ITT.

14:58:38   5  **Q.**   OKAY.  FROM THIS AERIAL PHOTO, IT LOOKS LIKE THEY WERE

14:58:42   6  BUILDING ACROSS VIRTUALLY EVERY SITE IN THE EAST BANK

14:58:45   7  INDUSTRIAL AREA.  IS THAT RIGHT?

14:58:46   8  **A.**   CORRECT.  THERE WAS A TOTAL OF 35 BUILDINGS SCATTERED

14:58:49   9  ACROSS THE ENTIRE 32 ACRES, ALSO OVER 35 CONCRETE SLABS THAT

14:58:57  10  HAD TO BE REMOVED AND DEMOLISHED ALONG THE ENTIRE AREA.

14:59:02  11  **Q.**   COULD YOU DESCRIBE GENERALLY WHAT THE FOUNDATIONS OF THE

14:59:06  12  BUILDINGS ON THE SITE WERE COMPOSED OF?

14:59:10  13  **A.**   MOST OF THE BIGGER BUILDINGS, LIKE THIS WAREHOUSE AND THIS

14:59:14  14  GIANT WAREHOUSE ON BOLAND MARINE, HAD CONCRETE-REINFORCED SLABS

14:59:20  15  ANYWHERE FROM 1- TO 3-FOOT THICK, USUALLY PILE-FOUNDED WITH

14:59:29  16  TIMBER PILES OR STEEL PIPE PILES.

14:59:32  17  **Q.**   AND WHY WERE THE FOUNDATIONS SUPPORTED BY PILES?

14:59:35  18  **A.**   AS YOU'RE AWARE, IN MOST OF SOUTHEAST LOUISIANA, MOST

14:59:41  19  COMMERCIAL BUILDINGS, INCLUDING A LOT OF THE RESIDENTIAL

14:59:44  20  BUILDINGS, ARE PILE-FOUNDED IN THE CLAY DOWN HERE SO THERE'S NO

14:59:51  21  SUBSIDENCE OR SETTLEMENT OF THE BUILDING.

14:59:56  22  **Q.**   OKAY.  I WANT TO MOVE SOUTH FROM THE BOLAND SITE TO THE

15:00:00  23  NEXT SITE OVER, WHICH IS MCDONOUGH MARINE.

15:00:07  24         WOULD YOU DESCRIBE THE BANK LINE ALONG MCDONOUGH

15:00:10  25  MARINE AS OF NOVEMBER 2000?

15:00:12   1   **A.**   SURE.   THE BANK LINE BEGINS RIGHT HERE AT BOLAND MARINE,

15:00:14   2   AND THEN YOU'LL SEE AN INDENTATION, WHICH IS AN EXISTING BOAT

15:00:17   3   SLIP, A BARGE SLIP.   AND THEN FROM THIS CORNER TO THE OTHER

15:00:21   4   EDGE OF THE PROPERTY LINE RIGHT HERE WAS A WOODEN TIMBER

15:00:29   5   BULKHEAD WITH TIMBER PILINGS AND OCCASIONALLY STEEL PIPE PILES

15:00:36   6   FOR MOORING BARGES AND THE LIKE ACROSS THAT.

15:00:42   7   **Q.**   AND HOW MANY PILINGS WOULD YOU ESTIMATE WERE ALONG THE

15:00:45   8   MCDONOUGH MARINE SITE?

15:00:46   9   **A.**   THE MCDONOUGH MARINE SITE PROBABLY HAD 50 TO 75 VERTICAL

15:00:52   10   PILES, AND IT WAS COMPLETELY TIMBERED WITH BULKHEAD FROM THE

15:00:56   11   SLIP ALL THE WAY TO IN HERE.

15:01:02   12   **Q.**   AND WAS WASHINGTON GROUP -- DID WASHINGTON GROUP'S SCOPE

15:01:05   13   OF WORK INCLUDE REMOVING THE BULKHEAD AND PILINGS ALONG THE

15:01:10   14   MCDONOUGH BANK LINE?

15:01:12   15   **A.**   YES, IT DID.

15:01:13   16   **Q.**   OKAY.   IF WE COULD BRIEFLY GO BACK SOUTH TOWARD THE SAUCER

15:01:21   17   MARINE SITE.   AND THERE'S A LABEL THERE ON THE SOUTHERN END OF

15:01:25   18   THE SITE THAT SAYS "PREEXISTING DRAINAGE DITCH."

15:01:29   19        WOULD YOU DESCRIBE WHERE THE DRAINAGE DITCH WAS AS OF

15:01:31   20   NOVEMBER 2000?

15:01:33   21   **A.**   SURE.   IF YOU COULD GO BACK TO THE BIGGER PICTURE.

15:01:37   22        OKAY.   IT'S LABELED "PREEXISTING DRAINAGE DITCH"

15:01:40   23   HERE, BUT THE BEGINNING OF THE DITCH STARTED HERE AT THE BOLAND

15:01:47   24   MARINE/MCDONOUGH MARINE PROPERTY LINE, AND IT RAN PARALLEL TO

15:01:51   25   SUREKOTE ROAD AND THEN TURNED 90 DEGREES WEST RIGHT HERE AND

15:01:58   1   THEN EMPTIED INTO THE IHNC CANAL.

15:02:00   2            **THE COURT:**  IT TURNED WEST AT THE -- THE END OF THE

15:02:06   3   SAUCER MARINE?

15:02:07   4            **THE WITNESS:**  THE END OF SAUCER, YOUR HONOR, CORRECT.

15:02:10   5            **THE COURT:**  AS IT JOINS THE ITT SITE?

15:02:13   6            **THE WITNESS:**  EXACTLY, SIR.

15:02:15   7   BY MS. CLAYMAN:

15:02:15   8   **Q.**   WHAT WAS THE CONDITION OF THE DRAINAGE DITCH IN

15:02:18   9   NOVEMBER 2000 BEFORE WASHINGTON GROUP MOBILIZED TO THE SITE?

15:02:23   10  **A.**   IT WAS FULL OF VEGETATION AND DEBRIS.  IT HAD A FEW

15:02:30   11  CULVERTS GOING ACROSS THE DRIVEWAYS, ENTRANCES HERE, BUT IT WAS

15:02:34   12  HEAVILY VEGETATED AND FILLED IN AND FULL OF DEBRIS.

15:02:38   13  **Q.**   AND HOW DEEP WOULD YOU ESTIMATE THE DRAINAGE DITCH WAS IN

15:02:44   14  NOVEMBER 2000?

15:02:45   15  **A.**   APPROXIMATELY 2 1/2 TO 3 FEET DEEP.

15:02:48   16  **Q.**   AND HOW WIDE WAS THE DRAINAGE DITCH?

15:02:50   17  **A.**   APPROXIMATELY 2 TO 3 FEET AT THE BOTTOM, 4 TO 6 FEET AT

15:02:53   18  THE TOP.

15:02:54   19  **Q.**   OKAY.  CAN YOU DESCRIBE WHAT WASHINGTON GROUP DID TO THE

15:02:57   20  EXISTING DRAINAGE DITCH WHEN IT MOBILIZED TO THE SITE IN EARLY

15:03:02   21  2001?

15:03:04   22  **A.**   THE FIRST PORTION OF WORK WAS TO CUT ALL THE GRASS AND

15:03:09   23  VEGETATION ACROSS THE SITE SO WE COULD TELL WHAT WAS COVERED UP

15:03:15   24  AND THAT KIND OF THING.  SO THE -- USING DOZERS AND BACKHOES,

15:03:22   25  THEY CLEANED THE DITCH AND MUCKED OUT THE OLD VEGETATION AND

15:03:28  1  DEBRIS FOR THE ENTIRE LENGTH OF IT.

15:03:33  2  **Q.**  AND HOW MUCH WOULD YOU ESTIMATE THAT WASHINGTON GROUP

15:03:37  3  DEEPENED THE EXISTING DRAINAGE DITCH AFTER THEY MOBILIZED TO

15:03:42  4  THE SITE?

15:03:44  5  **MR. SIMS:**  YOUR HONOR, OBJECTION TO FOUNDATION.  THIS

15:03:46  6  WITNESS HAS ALREADY TESTIFIED HE WASN'T AT THE SITE EVERY DAY.

15:03:48  7  HE MADE OCCASIONAL VISITS DURING THE COURSE OF WEEK.  THERE'S

15:03:53  8  BEEN NO FOUNDATION LAID THAT HE ACTUALLY OBSERVED THE ENTIRE

15:03:55  9  COURSE OF WGI'S WORK ALONG THAT DITCH THROUGH THE PERIOD IT WAS

15:03:58  10  BEING DONE OR THAT HE REVIEWED ANY OF THE DOCUMENTS TO ANSWER

15:04:03  11  THAT SPECIFIC QUESTION.

15:04:05  12  **THE COURT:**  I'M GOING TO LET HIM ANSWER THE QUESTION,

15:04:06  13  AND YOU CAN CROSS-EXAMINE HIM IN REFERENCE TO HIS ANSWER.

15:04:12  14  GO AHEAD.

15:04:12  15  **THE WITNESS:**  AT THE CONCLUSION OF THE TERC TASK

15:04:14  16  ORDER 26, AT MOST, THE DITCH WAS 4 TO 6 FEET DEEP, 6 TO 8 FEET

15:04:20  17  WIDE AT THE TOP, AND PROBABLY 3 TO 4 FEET WIDE AT THE BOTTOM.

15:04:26  18  **BY MS. CLAYMAN:**

15:04:29  19  **Q.**  WHEN YOU SAY "THE TOP," WHAT ARE YOU REFERRING TO?

15:04:32  20  **A.**  I'M TALKING ABOUT ONE BANK, THE EASTERN BANK, THE TOP OF

15:04:35  21  THE BANK TO THE WESTERN TOP OF THE BANK.

15:04:37  22  **Q.**  AND, MR. GUILLORY, WAS THERE A PLAN THAT WASHINGTON GROUP

15:04:42  23  SUBMITTED TO YOU ON HOW THEY WERE GOING TO RESTORE AND MAINTAIN

15:04:47  24  THE DRAINAGE DITCH AS PART OF TASK ORDER 26?

15:04:51  25  **A.**  YES.  ONE OF THE EIGHT MAJOR WORK PLANS THAT WASHINGTON

15:04:53  1  GROUP UTILIZED ON THE PROJECT WAS CALLED A STORMWATER POLLUTION

15:04:56  2  PREVENTION PLAN, SWPPP.  AND WHAT THAT PLAN SAID WAS THEY WOULD

15:05:04  3  UTILIZE THIS ON-SITE FLOODSIDE DRAINAGE DITCH AS PART OF THE

15:05:13  4  SWPPP TO DRAIN SURFACE WATER ON THE SITE DURING THE COURSE OF

15:05:18  5  THE CONTRACT.

15:05:20  6         AND THE PLAN INCLUDED PLACING HAY BALES AND SILT

15:05:27  7  FENCES APPROXIMATELY EVERY 200-FOOT INTERVAL ALONG THE CANAL

15:05:32  8  AND ONE FINAL SILT CURTAIN OR HAY BALE LOCATION RIGHT HERE AT

15:05:38  9  IHNC CANAL TO TRAP ANY KIND OF TURBIDITY AS WATER FLOWED

15:05:44  10  THROUGH THE CANAL AND DISCHARGED INTO THE --

15:05:45  11         **THE COURT:**  AND THE HAY BALES, FOR THE RECORD -- YOU

15:05:49  12  WEREN'T HERE, BUT I THINK THEY HAVE BEEN DEMONSTRATED IN SOME

15:05:52  13  OF THE PHOTOGRAPHS WE'VE ALREADY SEEN.  OR AM I INCORRECT?  IS

15:05:59  14  THAT CORRECT?

15:06:00  15         **MS. CLAYMAN:**  YES, YOUR HONOR.  WE'RE GOING TO GET TO

15:06:03  16  THAT.

15:06:03  17         **THE COURT:**  I JUST WANTED TO -- HAY BALE IS NOT

15:06:05  18  NECESSARILY SOMETHING THAT SOMEONE ON THE COURT OF APPEAL MIGHT

15:06:11  19  HAVE EVER DEALT WITH.  EXCUSE ME.

15:06:16  20  **BY MS. CLAYMAN:**

15:06:16  21  **Q.**   AND, MR. GUILLORY, YOU TESTIFIED EARLIER THAT YOU VISITED

15:06:20  22  THE SITE BETWEEN ONE AND THREE TIMES A WEEK; IS THAT RIGHT?

15:06:23  23  **A.**   THAT'S CORRECT.  AND I ALSO SUBSTITUTED FOR PROJECT

15:06:27  24  ENGINEER MR. JIM MONTEGUT WHEN HE WENT ON VACATION.  I WAS

15:06:31  25  THERE EVERY DAY SUBSTITUTING FOR HIM WHEN HE WAS GONE.

15:06:35   1   **Q.**   AND WHEN YOU VISITED THE SITE, WHAT KINDS OF THINGS DID

15:06:41   2   YOU -- WERE YOU IN THE TRAILER THE ENTIRE TIME, OR WERE YOU

15:06:44   3   WALKING THE FIELD?

15:06:44   4   **A.**   WALKING AND RIDING AROUND THE FIELD WITH MY QUALITY

15:06:50   5   ASSURANCE INSPECTORS AND DISCUSSING THE PROJECT WITH THE

15:06:52   6   WASHINGTON GROUP QUALITY PERSONNEL, ASKING WHAT'S GOING ON,

15:06:52   7   WHAT'S THE PROGRESS, WHAT ARE YOUR FINDINGS SO FAR, THAT KIND

15:06:59   8   OF THING.  AND PERSONALLY MAKING INSPECTIONS, QUALITY ASSURANCE

15:07:03   9   INSPECTIONS OF HOW WASHINGTON GROUP IS PERFORMING THE WORK AND

15:07:05   10   MAKING SAFETY INSPECTIONS ALSO.

15:07:09   11   **Q.**   ALL RIGHT.  AND AS PART OF THESE SAFETY AND QUALITY

15:07:12   12   ASSURANCE INSPECTIONS THAT YOU PERFORMED, DO YOU CONSIDER

15:07:14   13   YOURSELF KNOWLEDGEABLE ABOUT HOW WASHINGTON GROUP MAINTAINS THE

15:07:20   14   STORMWATER DITCH RELATIVE TO THE STORMWATER POLLUTION PLAN THAT

15:07:24   15   WAS IN PLACE?

15:07:26   16   **A.**   YES.  AND, IN FACT, THE STORMWATER POLLUTION PREVENTATIVE

15:07:28   17   PLAN -- PREVENTION PLAN AND MAINTAINING THE 200-FOOT INTERVALS

15:07:36   18   OF HAY BALES AND SILT FENCES WAS ONE OF MY PET PEEVES.  BECAUSE

15:07:42   19   UNDER THE LOUISIANA POLLUTION DISCHARGE ELIMINATION ACT, LPDES,

15:07:50   20   OR SOMETHING LIKE THAT, WASHINGTON GROUP AND THE CORPS HAD TO

15:07:55   21   APPLY FOR A DISCHARGE PERMIT FROM THE STATE IN ACCORDANCE WITH

15:08:01   22   THEIR SWPPP PLAN.

15:08:03   23        AND ONE OF THE REQUIREMENTS WAS THAT EVERY TIME THERE

15:08:06   24   WAS HEAVY RAIN OF APPROXIMATELY 2 INCHES OR MORE, IT WAS

15:08:11   25   INCUMBENT UPON WASHINGTON GROUP TO PERFORM AN INSPECTION AND

15:08:15   1   RESTORATION OF ANYTHING THAT MIGHT HAVE MOVED AFTER THAT HEAVY

15:08:19   2   RAINFALL.  AND I WAS CONSTANTLY REMINDING THEM, REPLACE THESE

15:08:23   3   HAY BALES HERE, PUT A NEW SILT FENCE HERE.

15:08:27   4   **Q.**   OKAY.  I JUST WANT TO BRIEFLY LOOK AT THE WEST BANK OF THE

15:08:31   5   INDUSTRIAL CANAL.  THERE'S A STRUCTURE THERE LABELED THE

15:08:34   6   "GALVEZ STREET WHARF."  CAN YOU BRIEFLY DESCRIBE WHAT THE

15:08:38   7   STATUS OF THE GALVEZ STREET WHARF WAS AS OF NOVEMBER 2000?

15:08:43   8   **A.**   AT THIS TIME THE GALVEZ STREET WHARF WAS THIS GIANT STEEL

15:08:47   9   WAREHOUSE STRUCTURE ON TOP OF A CONCRETE PLATFORM ON TIMBER

15:08:50  10   PILES, AND IT'S STILL IN USE AT THIS TIME.  THERE ARE ONLY A

15:08:54  11   COUPLE OF TENANTS STILL USING IT AS LESSEES TO THE PORT OF

15:08:59  12   NEW ORLEANS.

15:09:00  13   **Q.**   DO YOU KNOW ABOUT HOW MANY PILINGS WERE ALONG THIS WHARF?

15:09:04  14   **A.**   THERE WERE THOUSANDS OF TIMBER PILES AND TIMBER STRINGERS

15:09:08  15   UNDERNEATH THIS WHARF.

15:09:11  16   **Q.**   DO YOU KNOW WHETHER THE WHARF WAS GOING TO BE DEMOLISHED

15:09:15  17   AS PART OF THE LOCK REPLACEMENT PROJECT?

15:09:18  18   **A.**   YES.  OF THE 35 OR SO CONTRACTS FOR THE FUTURE IHNC LOCK

15:09:24  19   REPLACEMENT WOULD BE RIGHT -- WAS GOING TO BE RIGHT HERE IN THE

15:09:27  20   CENTER OF THE INDUSTRIAL CANAL.

15:09:28  21          THE GALVEZ STREET WHARF DEMOLITION CONTRACT WAS

15:09:32  22   AWARDED TO VIRGINIA WRECKING COMPANY AS THE FIRST OF THE

15:09:36  23   OVERALL IHNC LOCK REPLACEMENT PROJECT.

15:09:39  24   **Q.**   OKAY.  I WANT TO GO TO THE NEXT DEMONSTRATIVE, THAT'S

15:09:42  25   DATED JANUARY 2003.  THAT'S DM-DX-0002.

15:09:50  1        HAVE YOU SEEN THIS EXHIBIT BEFORE?

15:09:52  2   **A.**   YES.

15:09:53  3   **Q.**   DID YOU PARTICIPATE IN THE IDENTIFICATION AND LABELING OF

15:09:56  4   THIS AERIAL PHOTO?

15:09:57  5   **A.**   YES.

15:09:59  6   **Q.**   DID YOU REVIEW IT AND CONFIRM ITS ACCURACY BASED ON YOUR

15:10:01  7   PERSONAL KNOWLEDGE?

15:10:02  8   **A.**   YES.

15:10:04  9        **MS. CLAYMAN:**  OKAY.  FOR THE RECORD, THE AERIAL PHOTO

15:10:07  10   IN THE CENTER OF THE EXHIBIT IS DATED JANUARY 7TH, 2003.

15:10:11  11        **THE COURT:**  THANK YOU.

15:10:11  12   BY MS. CLAYMAN:

15:10:11  13   **Q.**   WOULD YOU GIVE US A BRIEF OVERVIEW OF WHAT HAS HAPPENED ON

15:10:15  14   THE SITE BETWEEN JANUARY 2001, WHEN WASHINGTON GROUP AND THE

15:10:20  15   CORPS MOBILIZED TO THE SITE, AND THE DATE OF THIS AERIAL PHOTO

15:10:23  16   IN JANUARY 2003?

15:10:25  17   **A.**   OKAY.  ESSENTIALLY, THE FIRST YEAR OF CONSTRUCTION AND

15:10:29  18   DEMOLITION INVOLVED DEMOLITION REMOVAL OF THESE 35 BUILDINGS,

15:10:37  19   CONCRETE SLABS, CONCRETE FOUNDATIONS, AND THE PILINGS

15:10:41  20   UNDERNEATH THOSE FOUNDATIONS.

15:10:44  21        AT THIS POINT IN 2003, WE ARE JUST BEGINNING THE --

15:10:49  22   ARE IN THE PROCESS OF DOING THE RECAP RISK EVALUATION

15:10:56  23   CORRECTIVE ACTION PLAN AND THE ENVIRONMENTAL REMEDIATION OF THE

15:11:00  24   INDIVIDUAL SIX SITES.

15:11:04  25   **Q.**   HAD GRID TRENCHING BEEN COMPLETED ON THE SITE YET?

15:11:09  1   **A.**   ON SOME OF THE SITES.  WE STARTED ON THE SOUTHERNMOST

15:11:12  2   PROPERTY AT ITT AND PROGRESSED IN A NORTHERLY DIRECTION.

15:11:17  3   **Q.**   WHAT ABOUT THE SEWER LIFT STATION?  HAD THAT BEEN REMOVED?

15:11:19  4   **A.**   YES.  THE SEWER LIFT STATION, WHICH WAS RIGHT HERE, WAS

15:11:23  5   ONE OF THE EARLY THINGS REMOVED.

15:11:25  6             **THE COURT:**  YOU'RE POINTING TO -- YEAH.

15:11:27  7             **THE WITNESS:**  I'M SORRY.  RIGHT THERE, YOUR HONOR.

15:11:28  8             **THE COURT:**  OKAY.  MORE TO THE -- THE NORTH OF THE

15:11:32  9   SAUCER MARINE?

15:11:33  10            **THE WITNESS:**  THE NORTHEAST -- VERY NORTHEAST CORNER

15:11:36  11  OF SAUCER MARINE.

15:11:37  12            **THE COURT:**  THERE YOU GO.  THANK YOU.

15:11:38  13  **BY MS. CLAYMAN:**

15:11:39  14  **Q.**   AND ABOUT -- AND JUST FOR REFERENCE, HOW FAR WEST OF THE

15:11:45  15  FLOODWALL WOULD YOU ESTIMATE THE SEWER LIFT STATION WAS?

15:11:49  16  **A.**   APPROXIMATELY 150 TO 200 FEET.

15:11:56  17  **Q.**   AT THIS POINT IN EARLY 2003, DO YOU RECALL SEEING ANY

15:12:02  18  VISUAL SIGNS OF GROUND DEPRESSIONS OR SUBSIDENCE IN ANY AREAS

15:12:07  19  WHERE WASHINGTON GROUP HAD BACKFILLED EXCAVATIONS?

15:12:10  20  **A.**   NO, NONE WERE OBSERVED.

15:12:12  21  **Q.**   IF YOU OR ANY MEMBER OF THE ON-SITE CORPS STAFF HAD SEEN

15:12:17  22  SUCH DEPRESSIONS, WHAT WOULD YOU HAVE DONE?

15:12:19  23  **A.**   WE WOULD HAVE IMMEDIATELY DIRECTED WASHINGTON GROUP TO

15:12:23  24  RECTIFY THE SITUATION BY EITHER REMOVING THE EXCAVATION AND

15:12:28  25  RECOMPACTING IT IN PLACE OR GETTING ADDITIONAL MATERIAL -- CLAY

15:12:32   1   MATERIAL FROM THE MCDONOUGH MARINE BORROW AREA -- AND ADDING

15:12:35   2   ADDITIONAL MATERIAL TO WHEREVER THE SUBSIDED AREA WAS.

15:12:41   3   **Q.**   OKAY.  HOW LONG WAS THE CORPS AND WGI ON SITE AFTER THIS

15:12:44   4   POINT IN JANUARY 2003?

15:12:48   5   **A.**   JANUARY -- TWO YEARS AND FIVE MONTHS.

15:12:52   6   **Q.**   OKAY.  AND WERE THERE ADDITIONAL EXCAVATIONS PERFORMED BY

15:12:55   7   WGI BETWEEN JANUARY 2003 AND MAY -- APPROXIMATELY MAY 2005?

15:13:02   8   **A.**   YES, THERE WERE.

15:13:03   9   **Q.**   WHAT KIND OF EXCAVATIONS WERE THOSE, GENERALLY?

15:13:06   10  **A.**   GENERALLY, ADDITIONAL EXCAVATION HERE IN THE MCDONOUGH

15:13:10   11  BORROW AREA, UNTIL IT WAS FULLY DEPLETED OF CLEAN CLAY

15:13:15   12  MATERIAL.  AND THEN, OF COURSE, ADDITIONAL EXCAVATIONS OVER

15:13:23   13  HERE IN BOLAND MARINE.

15:13:24   14  **Q.**   DO YOU RECALL SEEING ANY VISUAL SIGNS OF GROUND

15:13:28   15  DEPRESSIONS OR SUBSIDENCE IN THE AREAS WHERE WGI HAD BACKFILLED

15:13:33   16  EXCAVATIONS DURING THIS LATER TIME PERIOD, JANUARY 2003 TO

15:13:36   17  MAY 2005?

15:13:38   18  **A.**   NO.

15:13:43   19  **Q.**   I'D LIKE YOU TO LOOK AT THE NORTHEASTERN CORNER OF BOLAND

15:13:48   20  MARINE ON THIS EXHIBIT DX-002.  THERE'S A YELLOW DOTTED LINE

15:13:54   21  AND THEN AN ARROW TO A PHOTOGRAPH IN THE UPPER RIGHT CORNER.

15:13:58   22       WOULD YOU EXPLAIN WHAT'S BEING DEPICTED HERE?

15:14:02   23  **A.**   THIS WAS AN 8-FOOT SECURITY FENCE THAT BEGAN AT THE

15:14:05   24  EAST/WEST FLOODWALL AT APPROXIMATELY THIS LOCATION.  AND IT

15:14:09   25  CAME IN A SOUTHEASTERLY DIRECTION ON A DIAGONAL, AS SEEN HERE,

15:14:14   1   TO THE BASE OR FOOT OF THE ENTRANCE RAMP.

15:14:20   2              AND THEN WE HAD DOUBLE SWING GATES, CHAIN LINK SWING

15:14:25   3   GATES, ACROSS SUREKOTE ROAD HERE.  AND AN 8-FOOT FENCE CAME UP

15:14:32   4   TO THE FLOODWALL AND WENT UP AND OVER THE FLOODWALL FOR 3 FEET

15:14:36   5   RIGHT THERE.

15:14:38   6   Q.   OKAY.  AND THEN DID THAT CHAIN LINK FENCE EXTEND FROM

15:14:42   7   BOLAND MARINE SOUTH ALL THE WAY TO ITT?

15:14:45   8   A.   CORRECT.  THE CHAIN LINK FENCE CAME ACROSS AT THIS

15:14:49   9   LOCATION AND GENERALLY FOLLOWED THE JOURDAN AVENUE FLOODWALL ON

15:14:55  10   THE PROTECTED SIDE WITH AN OFFSET OF APPROXIMATELY 3 FEET.

15:14:59  11   Q.   OKAY.  GOING BACK TO THE CHAIN LINK SECURITY FENCE THAT

15:15:03  12   YOU DESCRIBED IN THE NORTHEAST CORNER OF BOLAND MARINE, WAS

15:15:09  13   THERE ANY EXCAVATION WORK PERFORMED BY WGI BETWEEN THE SECURITY

15:15:14  14   FENCE AND THAT FLOODWALL RIGHT IN THE SHOULDER -- OR JUST TO

15:15:19  15   THE EAST OF THE SHOULDER OF SUREKOTE ROAD?

15:15:22  16   A.   NO WORK AT ALL IN THIS AREA EXCEPT FOR MOWING THE GRASS.

15:15:27  17   Q.   I'M SORRY.  EXCEPT FOR WHAT?

15:15:30  18   A.   EXCEPT FOR MOWING THE GRASS.

15:15:31  19   Q.   OKAY.  WERE THERE ANY BOREHOLES DRILLED ON THIS RAMP AREA

15:15:35  20   OF SUREKOTE ROAD?

15:15:38  21   A.   YES.  THERE WAS ONE RECAP BOREHOLE THAT WAS DRILLED AT THE

15:15:41  22   TOP OF THE ENTRANCE RAMP.

15:15:42  23   Q.   AND THAT'S THE PHOTOGRAPH IN THE LOWER RIGHT-HAND

15:15:45  24   CORNER --

15:15:46  25   A.   CORRECT.

15:15:47    1   **Q.**    -- OF THE DEMONSTRATIVE?

15:15:49    2   **A.**    CORRECT.  THIS IS BOREHOLE 81-A FOR BOLAND MARINE.

15:15:52    3   **Q.**    OKAY.  AND WE'LL TALK ABOUT THAT A LITTLE BIT LATER.

15:15:56    4          I WANT TO TURN NOW TO THE AERIAL PHOTO FROM 2005,

15:16:02    5   WHICH IS DM-DX-0003.

15:16:07    6          HAVE YOU SEEN THIS DEMONSTRATIVE EXHIBIT BEFORE?

15:16:10    7   **A.**    YES, I HAVE.

15:16:11    8   **Q.**    DID YOU PARTICIPATE IN THE IDENTIFICATION AND LABELING OF

15:16:14    9   THIS APRIL 2005 AERIAL PHOTO SHOWN HERE?

15:16:16   10   **A.**    YES.

15:16:17   11   **Q.**    DID YOU REVIEW AND CONFIRM ITS ACCURACY BASED ON YOUR

15:16:19   12   PERSONAL KNOWLEDGE?

15:16:20   13   **A.**    YES.

15:16:20   14   **Q.**    FIRST, CAN YOU TELL ME WHAT THE STATE OF THE EAST BANK

15:16:23   15   INDUSTRIAL AREA IS AS OF APRIL 2005?

15:16:26   16   **A.**    IN APRIL OF 2005, WASHINGTON GROUP WAS APPROXIMATELY

15:16:29   17   90 PERCENT COMPLETE WITH THE PROJECT, AND ULTIMATELY COMPLETED

15:16:34   18   ON MAY 26TH, 2005.

15:16:40   19   **Q.**    OKAY.  HAS THE ARMORED BANK BEEN REMOVED ALONG THE BOLAND

15:16:44   20   MARINE SITE AT THIS TIME?

15:16:45   21   **A.**    YES, IT HAS.

15:16:47   22   **Q.**    OKAY.

15:16:47   23          **MS. CLAYMAN:**  I'D LIKE TO PULL UP ON THE SCREEN

15:16:50   24   JX-1355-0013.

15:16:55   25          AND YOU CAN FOCUS ON THE TOP PHOTOGRAPH.

15:16:58   1    **BY MS. CLAYMAN:**

15:16:59   2    **Q.**   AND CAN YOU TELL ME WHAT THIS PHOTOGRAPH SHOWS?

15:17:03   3    **A.**   SURE.   THE WASHINGTON GROUP OPERATOR IS USING A KOMATSU

15:17:08   4    LONG-REACH BACKHOE TO PLACE CLEAN CLAY MATERIAL ALONG THE BANK

15:17:15   5    LINE OF THE NORTHWEST CORNER OF BOLAND MARINE TO REESTABLISH A

15:17:21   6    SOLID BANK LINE ADJACENT TO AREA 8.

15:17:25   7            **MS. CLAYMAN:**   AND IF YOU COULD PULL UP THE BOTTOM

15:17:27   8    PHOTOGRAPH ON THE SAME EXHIBIT.

15:17:29   9    **BY MS. CLAYMAN:**

15:17:34  10    **Q.**   AND IS THIS PART OF THE SAME CLAY BANK LINE THAT YOU WERE

15:17:38  11    JUST DESCRIBING?

15:17:39  12    **A.**   YES.   THIS IS PRIOR TO SHAPING THE BANK LINE.   HERE'S THE

15:17:43  13    CLAY DIKE, OR RIDGE, THAT WAS AT THE WATER'S EDGE.

15:17:48  14    **Q.**   OKAY.

15:17:49  15            **MS. CLAYMAN:**   CAN YOU -- IF YOU COULD GO BACK TO THE

15:17:52  16    DEMONSTRATIVE O -- DX-0003.

15:17:56  17    **BY MS. CLAYMAN:**

15:18:03  18    **Q.**   DO YOU KNOW WHETHER THAT CLEAN BANK LINE THAT YOU JUST

15:18:06  19    DESCRIBED MADE OUT OF CLAY ERODED DURING HIGH TIDE EVENTS ON

15:18:12  20    THE EAST BANK INDUSTRIAL AREA SITE?

15:18:13  21    **A.**   NO, IT DID NOT.

15:18:14  22    **Q.**   AND HOW DO YOU KNOW THAT?

15:18:15  23    **A.**   YOU CAN CLEARLY SEE IT RIGHT HERE.   THE BANK LINE HAS BEEN

15:18:20  24    REESTABLISHED WITH CLAY ACROSS HERE.   AND THEN IT TAKES THIS

15:18:24  25    LITTLE NOTCH IN THE BANK LINE WHERE THE FORMER JOURDAN AVENUE

15:18:29  1   NORTH APPROACH RAMP USED TO BE LOCATED.  AND YOU CAN SEE THE

15:18:34  2   BACKFILL UNDERNEATH THE WATER, EVEN THOUGH THE TIDE IS HIGH AT

15:18:39  3   THIS POINT.

15:18:41  4   **Q.**   I THINK YOU TALKED A LITTLE BIT ABOUT THIS IN YOUR PRIOR

15:18:44  5   TESTIMONY.  BUT WOULD YOU JUST BRIEFLY DESCRIBE FOR THE RECORD

15:18:46  6   WHAT THE CORPS' FINAL INSTRUCTIONS TO WGI WERE FOR SITE

15:18:50  7   GRADING, FIRST ON BOLAND MARINE?

15:18:54  8   **A.**   THE FINAL SITE GRADING WAS TO REESTABLISH THIS BANK LINE

15:19:00  9   WITH CLAY AND THEN GRADE THE ENTIRE SITE WITH A 1 PERCENT OR

15:19:07  10  LESS SLOPE FROM THE WATER'S EDGE EASTWARD TO THE EASTERN EDGE

15:19:15  11  OF SUREKOTE ROAD.

15:19:19  12  **Q.**   AND JUST GENERALLY, WHAT WERE THE CORPS' INSTRUCTIONS

15:19:22  13  REGARDING THE REST OF THE SITE SOUTH OF BOLAND MARINE?

15:19:24  14  **A.**   ESSENTIALLY THE SAME THING.  WE ALSO GRADED ALL THE REST

15:19:27  15  OF THE SITE ON A 1 PERCENT OR LESS SLOPE SO THAT THE WATER --

15:19:31  16  ANY FUTURE RAINWATER WOULD SLOPE TO DRAIN FROM THE WALL TOWARD

15:19:36  17  THE CANAL.

15:19:39  18          AND YOU CAN SEE RIGHT HERE, PART OF SAUCER MARINE HAS

15:19:42  19  ALREADY BEEN FERTILIZED AND SEEDED, AND THE GRASS IS GROWING AT

15:19:46  20  THIS POINT.

15:19:48  21          THE MCDONOUGH MARINE AREA HAS BEEN FULLY DEPLETED OF

15:19:53  22  CLEAN CLAY MATERIAL.  A DITCH HAS BEEN DUG FROM THE FORMER BOAT

15:19:59  23  SLIP AT THIS POINT AND CONNECTED TO THE BORROW PIT SO THAT YOU

15:20:03  24  GET INTERTIDAL FLOW BACK AND FORTH.

15:20:10  25  **Q.**   DO YOU REMEMBER WHEN THE BANK LINE BETWEEN THE BORROW PIT

15:20:13   1   AND THE CANAL WAS REACHED?

15:20:15   2   **A.**   I DO NOT RECALL THE EXACT DATE.  PROBABLY IN THE SPRING OF

15:20:21   3   2005.

15:21:04   4   **Q.**   GOING BACK TO THE BORROW PIT.

15:21:05   5           SO IS IT FAIR TO SAY YOU DON'T KNOW HOW LONG, BY

15:21:08   6   APRIL 2005, THE BORROW PIT HAS BEEN SITTING FILLED WITH WATER

15:21:13   7   LIKE IT'S SHOWN HERE ON THIS APRIL 2005 DEMONSTRATIVE?

15:21:17   8   **A.**   I DON'T RECALL THE EXACT DATE, BUT IT WAS LIKELY THAT THE

15:21:22   9   DITCH CONNECTING THE TWO WAS PROBABLY IN THE SPRING OF 2005 OR

15:21:26  10   LATE FALL 2004.

15:21:31  11   **Q.**   OKAY.  AND LET'S GO TO THE SITE JUST TO THE SOUTH, INDIAN

15:21:36  12   TOWING.

15:21:37  13           I SEE ANOTHER PIT ON INDIAN TOWING.  WHAT IS THAT?

15:21:42  14   **A.**   THIS IS IDENTIFIED AS INDIAN TOWING AREA 2.

15:21:48  15           ON THE RECAP EXCAVATION PROGRAM, WE INITIALLY STARTED

15:21:53  16   TO EXCAVATE -- WASHINGTON GROUP INITIALLY STARTED EXCAVATING A

15:21:58  17   SMALL AREA OF AREA 2.  AND IT GREW IN SIZE BECAUSE

15:22:06  18   ENVIRONMENTAL SAMPLING AND TESTING INDICATED THAT THIS WAS A

15:22:11  19   VERY HIGHLY CONTAMINATED NASTY SITE THAT HAD TO BE -- THE

15:22:16  20   DIMENSIONS HAD TO BE ENLARGED FROM THE PREVIOUS ANTICIPATED

15:22:23  21   AREA 2 DIMENSIONS.

15:22:26  22   **Q.**   WHY WASN'T THIS EXCAVATION BACKFILLED?

15:22:29  23   **A.**   TWO REASONS.  AS YOU CAN SEE ON THIS RIGHT-HAND SIDE, THE

15:22:33  24   MCDONOUGH MARINE PIT HAD ALREADY BEEN DEPLETED OF ALL CLAY

15:22:37  25   SOIL.  AND IT WAS FELT THAT IT WAS NOT NECESSARY TO IMPORT ANY

15:22:45   1   ADDITIONAL MATERIAL TO BACKFILL AREA 2 BECAUSE IT WAS SCHEDULED

15:22:50   2   TO BE IN THE FOOTPRINT OF THE FUTURE TWO BYPASS CHANNELS, WHICH

15:22:56   3   WOULD HAVE PASSED RIGHT ABOUT THERE.

15:22:57   4   **Q.**   AND THAT WAS A DECISION MADE BY THE CORPS OF ENGINEERS; IS

15:23:00   5   THAT RIGHT?

15:23:00   6   **A.**   YES.

15:23:02   7   **Q.**   OKAY.  WERE BOTH THESE PITS -- JUST TO BE CLEAR, IS IT --

15:23:09   8   WERE THEY ONLY FILLED DURING HIGH TIDE, OR WERE THEY FILLED ALL

15:23:14   9   THE TIME?  IN OTHER WORDS, DID THE WATER FLOW OUT OF IT AND

15:23:17  10   EMPTY AND THEN COME BACK IN, OR WAS IT ALWAYS FILLED?

15:23:21  11   **A.**   AT THIS POINT IN TIME, APRIL OF 2005, THEY WERE CONSTANTLY

15:23:24  12   FILLED.

15:23:29  13   **Q.**   DID YOU HAVE ANY CONCERNS -- WE'VE TALKED ABOUT THE BORROW

15:23:32  14   PIT EARLIER.  BUT DID YOU HAVE ANY CONCERNS ABOUT SEEPAGE

15:23:38  15   RELATIVE TO THE FLOODWALL IN LEAVING THE INDIAN TOWING

15:23:42  16   EXCAVATION AREA 2 OPEN TO THE CANAL LIKE THAT?

15:23:44  17             **MR. SIMS:**  OBJECTION, YOUR HONOR, FOUNDATION.  THIS

15:23:46  18   WITNESS HASN'T BEEN QUALIFIED AS SOMEONE WHO CAN OPINE ON THESE

15:23:50  19   ISSUES.

15:23:50  20             **THE COURT:**  THIS IS TRUE.  SHE'S ASKING HIM IF HE HAD

15:23:53  21   ANY CONCERNS.  I GUESS THAT'S RELEVANT AS TO THE PERSON ON THE

15:23:56  22   GROUND WHO WOULD REPORT TO ENGINEERING IF HE HAD ANY CONCERNS.

15:23:59  23   THAT DOESN'T MEAN HE SHOULDN'T HAVE HAD ANY, BUT DID HE?

15:24:07  24             AND I'M NOT IMPLYING THAT HE SHOULD.  I'M JUST

15:24:11  25   TRYING TO BE FIDDLER ON THE ROOF HERE.

15:24:13  1  |                   GO AHEAD.  ON THE OTHER HAND.  GO AHEAD.  GO

15:24:14  2  | AHEAD.

15:24:16  3  |            **THE WITNESS:**  ANSWER THE QUESTION?

15:24:17  4  |            **THE COURT:**  YES, PLEASE.

15:24:18  5  |            **THE WITNESS:**  NO, I WAS NOT CONCERNED ABOUT ANY

15:24:21  6  | SEEPAGE ISSUES ON INDIAN TOWING AREA 2 BECAUSE THE ENTIRE SITE

15:24:26  7  | WAS PREDOMINANTLY CLAY MATERIAL, VERY LOW PERMEABILITY

15:24:33  8  | MATERIAL, AND THE PROXIMITY OF AREA 2 WITH RESPECT TO THE

15:24:36  9  | JOURDAN AVENUE FLOODWALL WAS FAR AWAY.

15:24:41  10 |            **THE COURT:**  I WON'T GET INTO THE PROXIMITY QUESTIONS

15:24:44  11 | BECAUSE I'M SURE THAT WILL BE ON CROSS-EXAMINATION AS TO WHAT

15:24:46  12 | THE PROTOCOL OF THE CORPS IS.  I'M CURIOUS ABOUT THAT AS WELL.

15:24:50  13 |                   GO AHEAD.

15:24:51  14 | **BY MS. CLAYMAN:**

15:24:53  15 | **Q.**  I'M LOOKING FOR THE DRAINAGE DITCH THAT WAS ON THE PRIOR

15:24:59  16 | TWO DEMONSTRATIVE EXHIBITS THAT RAN ALONG SAUCER MARINE.

15:25:04  17 |                   DO YOU SEE THEM ON THE APRIL 2005 PHOTOGRAPH?

15:25:08  18 | **A.**  NO.  THE DRAINAGE DITCH IS NOT SHOWN AT THIS POINT BECAUSE

15:25:12  19 | IT HAS BEEN FULLY BACKFILLED IN THIS PHOTOGRAPH IN THIS TIME

15:25:16  20 | FRAME.

15:25:16  21 | **Q.**  AND WHAT MATERIAL WAS USED TO BACKFILL THE DRAINAGE DITCH?

15:25:20  22 | **A.**  THE DRAINAGE DITCH WAS BACKFILLED WITH CLEAN CLAY MATERIAL

15:25:23  23 | FROM THE MCDONOUGH MARINE BORROW AREA.

15:25:26  24 | **Q.**  IF YOU LOOK AT THE MAYER YACHT SITE -- AND THIS IS IN

15:25:32  25 | BETWEEN SAUCER MARINE AND INDIAN TOWING -- WHAT IS THAT BIG

15:25:35   1   CUTOUT SHAPE IN THE BANK LINE?

15:25:39   2   **A.**   THIS INDENTATION -- THIS DOUBLE INDENTATION YOU SEE RIGHT

15:25:43   3   HERE, THIS FIRST ONE RIGHT HERE WAS FORMERLY THE MAYER YACHT

15:25:48   4   BOAT LIFT OR CRADLE LIFT SLIP LIFT.

15:25:53   5           COMMERCIAL BOATS WOULD JUST COME INTO THIS SLIP; THE

15:25:56   6   CRADLE WOULD BE LOWERED TO MEET THE WATER; AND THE CRADLE WOULD

15:25:59   7   BE LIFTED, LIFTING THE BOAT OUT OF WATER FOR REPAIR WORK.

15:26:04   8           THIS SECOND INDENTATION YOU SEE HERE WAS A

15:26:10   9   DOUBLE-WIDE LIFT AT MAYER YACHT COVERED BY A LARGE

15:26:14  10   STEEL-STRUCTURED SHED RIGHT ABOUT THIS LOCATION.

15:26:20  11           AND AFTER WASHINGTON GROUP REMOVED ALL OF THE

15:26:22  12   BULKHEAD -- ALL THE BULKHEAD AROUND HERE, THE STEEL STRUCTURE

15:26:26  13   BUILDING, AND THE STEEL BULK- -- STEEL SHEET PILE BULKHEAD

15:26:30  14   AROUND THIS ENTIRE SLIP, THE EXCAVATION WAS LEFT OPEN TO THE

15:26:34  15   WATER AND OPEN TO THE INDUSTRIAL CANAL.

15:26:38  16   **Q.**   OKAY.  AND CAN YOU JUST BRIEFLY TELL US -- IT LOOKS

15:26:41  17   LIKE -- THE INTERNATIONAL TANK TERMINAL SITE, IT LOOKS LIKE THE

15:26:47  18   BANK IS CUT CLOSER TO THE FLOODWALL THAN ALL OF THE OTHER

15:26:51  19   SITES.

15:26:51  20           IS THAT A FAIR CHARACTERIZATION?

15:26:53  21   **A.**   THAT'S CORRECT.

15:26:54  22   **Q.**   WHY IS THAT?

15:26:56  23   **A.**   WHILE WE WERE COMPLETING THE FINAL PORTIONS OF THE TASK

15:26:59  24   ORDER IN THE BANK REMEDIATION PROGRAM, IT WAS DISCOVERED BY

15:27:04  25   WASHINGTON GROUP AND NUMEROUS CLAY SAMPLING AND TESTING RESULTS

15:27:11   1   THAT THE BANK LINE OF ITT WAS HIGHLY, HIGHLY CONTAMINATED

15:27:18   2   MATERIAL, AND THAT HAD TO BE REMOVED UNDER SPECIAL

15:27:21   3   CIRCUMSTANCES.

15:27:22   4   **Q.**   OKAY.  AND JUST VERY BRIEFLY, I'LL LOOK AT THE -- I'D LIKE

15:27:25   5   YOU TO LOOK AT THE WEST BANK OF THE CANAL.  AND IT SAYS "FORMER

15:27:29   6   GALVEZ STREET WHARF."

15:27:32   7            IS THAT INDICATING THE WHARF HAD BEEN REMOVED AT THIS

15:27:35   8   POINT?

15:27:36   9   **A.**   CORRECT.  AT THIS POINT THE ENTIRE WHARF AND ITS

15:27:40  10   SUBSTRUCTURE AND PILINGS ARE TOTALLY REMOVED, AND THE SITE HAD

15:27:43  11   BEEN FERTILIZED AND SEEDED, AND NEW GRASS RESTORED TO IT.

15:27:47  12   **Q.**   IS THERE A FLOOD CONTROL STRUCTURE RUNNING ALONG THE WEST

15:27:50  13   SIDE OF WHERE THE FORMER GALVEZ STREET WHARF IS?

15:27:54  14   **A.**   YES.  THE IHNC WEST FLOODWALL, YOU CAN SEE IT COMING UP

15:27:57  15   THIS WAY.  IT TURNS AND IT RUNS PARALLEL TO THE RAILROAD

15:28:00  16   TRACKS; TURNS DOWN UNDER THE CLAIBORNE AVENUE BRIDGE, AND

15:28:05  17   CONTINUES ON TO THE MISSISSIPPI RIVER.

15:28:07  18            **THE COURT:**  COUNSEL, I'M GOING TO ASK A QUESTION, AND

15:28:09  19   IT'S NOT -- IT'S A BIT OF A NON-SEQUITUR FROM WHAT YOU ASKED,

15:28:14  20   ONLY BECAUSE I'M THINKING OF IF NOW.

15:28:16  21            AND I WANT EVERYBODY TO KNOW, JUST BECAUSE I ASK

15:28:19  22   A QUESTION DOESN'T MEAN THAT I THINK IT HAS ANY PARTICULAR

15:28:21  23   RELEVANCE OR NOT.  I'M JUST TRYING TO FILL IN EVERY GAP, AS ALL

15:28:26  24   OF YOU HAVE BEEN DOING.

15:28:27  25            AND I HAD READ IN THE DEPOSITIONS -- IT'S

15:28:30   1   MENTIONED IN ONE PERSON'S TESTIMONY -- ABOUT AN AREA, AND I'M

15:28:34   2   NOT SURE WHERE IT IS.  AND WHILE WE'RE TALKING ABOUT AREAS, I

15:28:38   3   WANTED TO ASK -- DISRUPT COUNSEL FOR JUST A LITTLE BIT -- ABOUT

15:28:42   4   WATER CHANGE AND FLOW AFTER THE REMEDIATION SO IT FLOWS BOTH

15:28:45   5   WAYS.

15:28:46   6            ARE YOU FAMILIAR WITH THAT AT ALL, SIR?  ARE YOU

15:28:49   7   FAMILIAR WITH SOME EXHIBIT THAT INDICATES THAT, THAT THE WATER

15:28:54   8   FLOWED, IN ESSENCE, FROM THE CANAL TOWARDS THE FLOODWALL AFTER

15:29:00   9   REMEDIATION IN SOME SPOT?

15:29:03  10            IF NOT, YOU DON'T HAVE TO BE . . .

15:29:05  11        **THE WITNESS:**  I DON'T RECALL THAT SPECIFIC EXHIBIT,

15:29:06  12   YOUR HONOR.

15:29:07  13            **THE COURT:**  OKAY.  OKAY.

15:29:08  14            I HAVE A BATES NUMBER, BUT IF YOU DON'T KNOW

15:29:11  15   ABOUT IT, I'M NOT GOING TO ASK YOU ABOUT IT.

15:29:13  16            COUNSEL, GO AHEAD.

15:29:14  17   **BY MS. CLAYMAN:**

15:29:14  18   **Q.**  ALL RIGHT.  MR. GUILLORY, THANK YOU FOR STANDING SO LONG.

15:29:17  19   YOU CAN HAVE A SEAT.

15:29:20  20            **THE COURT:**  AND JUST TO ADD WHILE HE'S WALKING, WHEN

15:29:29  21   I READ SOMETHING IN A DEPOSITION, IT MAY OR MAY NOT HAVE

15:29:33  22   ANYTHING TO DO WITH THE CASE.  THERE'S BEEN SOME TESTIMONY

15:29:35  23   ABOUT IT, NOT A LOT.  I JUST WANT TO TRY TO GET IT POSITIONED

15:29:39  24   GEOGRAPHICALLY IN MY MIND.

15:29:41  25            **MS. CLAYMAN:**  SURE.

| | | |
|---|---|---|
| 15:29:42 | 1 | **THE COURT:** EVEN IF IT'S NOT SIGNIFICANT. |
| 15:29:50 | 2 | **BY MS. CLAYMAN:** |
| 15:29:50 | 3 | **Q.** I WANT TO START WITH THE DRAINAGE DITCH THAT YOU TESTIFIED |
| 15:29:55 | 4 | PARALLEL TO SUREKOTE ROAD, FROM THE SOUTH END OF SAUCER MARINE |
| 15:30:00 | 5 | TO THE NORTHERN END OF MCDONOUGH. |
| 15:30:02 | 6 | AND FIRST I WANT TO SHOW YOU WHAT HAS BEEN MARKED |
| 15:30:04 | 7 | PX-3404-508. AND LOOK AT THE TOP PHOTOGRAPH, WHICH IS DATED |
| 15:30:15 | 8 | OCTOBER 8TH, 2002. |
| 15:30:17 | 9 | FOR THE RECORD, THE CAPTION OF THIS PHOTOGRAPH READS |
| 15:30:20 | 10 | "STORMWATER PROTECTION PROGRAM BEING MAINTAINED AFTER TROPICAL |
| 15:30:24 | 11 | STORM/HURRICANE (SAUCER)." |
| 15:30:27 | 12 | DO YOU SEE THAT? |
| 15:30:31 | 13 | **A.** YES, I DO. |
| 15:30:31 | 14 | **Q.** MR. GUILLORY, DID YOU HAVE OCCASION TO VISIT THE EAST BANK |
| 15:30:34 | 15 | INDUSTRIAL AREA SITE AFTER A HURRICANE AND TROPICAL STORM HIT |
| 15:30:40 | 16 | THE NEW ORLEANS AREA IN THE FALL OF 2002? |
| 15:30:41 | 17 | **A.** YES, I DID. |
| 15:30:42 | 18 | **Q.** ARE YOU FAMILIAR WITH WHAT THIS PHOTOGRAPH IS SHOWING? |
| 15:30:45 | 19 | **A.** YES, I AM. |
| 15:30:46 | 20 | **Q.** OKAY. I'M GOING TO REPRESENT TO YOU THERE'S BEEN |
| 15:30:49 | 21 | TESTIMONY DURING THIS TRIAL THAT THIS PHOTOGRAPH, PX-3404-508, |
| 15:30:57 | 22 | EVIDENCES THAT THE DRAINAGE DITCH PARALLELLING SUREKOTE ROAD AT |
| 15:31:02 | 23 | SAUCER MARINE WAS 10 FEET BELOW GROUND SURFACE. |
| 15:31:06 | 24 | DO YOU BELIEVE THAT IS ACCURATE, BASED ON YOUR |
| 15:31:08 | 25 | PERSONAL KNOWLEDGE OF THE SITE AT THIS TIME AND WHAT IS SHOWN |

15:31:11   1   HERE IN THIS PHOTOGRAPH?

15:31:12   2   **A.**   NO.   THAT IS INCORRECT, AND I CAN EXPLAIN IT TO YOU.

15:31:17   3   **Q.**   WOULD YOU EXPLAIN THAT.

15:31:23   4   **A.**   SURE.   THESE STEEL T-POSTS YOU SEE RIGHT HERE ARE STANDARD

15:31:27   5   STEEL T-FENCE POSTS THAT YOU CAN BUY AT HOME DEPOT,

15:31:32   6   APPROXIMATELY 6 1/2 FEET LONG.   THE TOP FEW INCHES OF IT ARE

15:31:37   7   PAINTED WITH REFLECTIVE GRAY PAINT, AND THE REST OF THE STEEL

15:31:41   8   POST IS PAINTED GREEN.

15:31:44   9            IF YOU'LL TAKE A LOOK AT THIS CRANE MAT THAT

15:31:47   10   STRADDLES ACROSS THE SUREKOTE ROAD DRAINAGE DITCH, FOCUS ON THE

15:31:53   11   BOTTOM SIDE OF THE CRANE MAT.

15:31:56   12            **THE COURT:**   WHAT ARE YOU SAYING, SIR?   I'M SORRY.

15:31:59   13            **THE WITNESS:**   YOU SEE THE -- YOUR HONOR, YOU SEE THE

15:32:01   14   WOODEN CRANE MAT STRADDLING ACROSS THE CANAL HERE?

15:32:08   15            **THE COURT:**   YOU'RE SAYING THAT'S A CRANE --

15:32:09   16            **THE WITNESS:**   A CRANE MAT.   IT'S WOODEN TIMBERS THAT

15:32:11   17   ARE BOLTED TOGETHER AND ARE APPROXIMATELY 1-FOOT THICK IN DEPTH

15:32:17   18   THAT CONSTRUCTION COMPANIES TEMPORARILY -- USUALLY PLACE ON

15:32:22   19   SOFT MUDDY GROUND CONDITIONS, AND PLACE A CRANE ON TOP OF IT,

15:32:26   20   SO THE CRANE DOES NOT SINK INTO THE MUD.   IT'S CALLED A CRANE

15:32:30   21   MAT.

15:32:30   22            IF YOU LOOK AT THE UNDERSIDE OF THE CRANE MAT IN

15:32:33   23   RELATION TO THE TOP OF THE STEEL T-POSTS, ABOUT A FOOT AND A

15:32:39   24   HALF OF THE STEEL POST IS EXPOSED, OR SHOWING ABOVE THE CRANE

15:32:43   25   MAT, WHICH INDICATES TO ME THAT THE DEPTH OF THE DITCH BENEATH

15:32:47   1   THE CRANE MAT IS APPROXIMATELY 4 FEET, 4 OR 4 1/2 FEET AT MOST.

15:32:54   2                 THESE HAY BALES YOU SEE RIGHT HERE ARE

15:32:57   3   DIMENSIONED 15 INCHES BY 18 INCHES BY APPROXIMATELY 24 INCHES,

15:33:07   4   AND THEY'RE PLACED ON THE EDGE AT THIS POINT.

15:33:11   5                 THIS RIGHT HERE AT THE BOTTOM IS -- WASHINGTON

15:33:14   6   GROUP PLACED SOME CRUSHED ROCK AND STONE TO ACT AS A WEIR, AS

15:33:20   7   PART OF THEIR STORMWATER POLLUTION PREVENTION PLAN, SO THAT AS

15:33:25   8   THE WASTE FLOWS NORTH TO SOUTH, IT HITS THAT WEIR OF STONE,

15:33:29   9   SLOWS THE WATER DOWN, FORCES THE WATER TO COME THROUGH THE HAY

15:33:33  10   BALE, REMOVING ANY TURBIDITY OR SUSPENDED SOLIDS, AND GOING

15:33:39  11   SOUTHWARD AND OUT TO THE IHNC CANAL.

15:33:42  12   **BY MS. CLAYMAN:**

15:33:42  13   **Q.**   JUST TO BE CLEAR -- AND I MAY HAVE MISHEARD YOU, OR MAYBE

15:33:45  14   NOT.

15:33:46  15                 WHAT WAS THE LENGTH OF THOSE STEEL T-POSTS?

15:33:50  16   **A.**   THESE ARE APPROXIMATELY 6 1/2 FEET TOTAL.  AND THE BOTTOM

15:33:57  17   OF THE STEEL POST IS EMBEDDED IN THE CRUSHED ROCK, CRUSHED

15:34:01  18   STONE WEIR.

15:34:06  19   **Q.**   I BELIEVE YOU TESTIFIED EARLIER THAT BY APRIL 2005, THE

15:34:09  20   DRAINAGE DITCH IN THE EBIA WAS COMPLETELY BACKFILLED BY WGI.

15:34:12  21   IS THAT RIGHT?

15:34:13  22   **A.**   THAT IS CORRECT.

15:34:14  23   **Q.**   ARE YOU FAMILIAR WITH HOW THE DITCH WAS BACKFILLED?

15:34:18  24   **A.**   YES.

15:34:20  25                 **THE COURT:**  HE DID ANSWER THAT.  BUT HE SAID FROM

| | | |
|---|---|---|
| 15:34:24 | 1 | MATERIAL FROM THE MCDONOUGH MARINE BORROW -- YOU SAID CLAY |
| 15:34:29 | 2 | MATERIAL FROM THE MCDONOUGH MARINE BORROW PIT. |
| 15:34:32 | 3 | **MS. CLAYMAN:**  CORRECT.  AND I JUST WANT TO PULL UP |
| 15:34:34 | 4 | JX-1073-001. |
| 15:34:53 | 5 | **BY MS. CLAYMAN:** |
| 15:34:53 | 6 | **Q.**   OKAY.  AND THIS IS A QAR FOR AUGUST 31ST, 2004. |
| 15:34:57 | 7 | IF YOU WOULD TURN TO PAGE 002. |
| 15:35:04 | 8 | ARE YOU ABLE TO FIND THAT DOCUMENT? |
| 15:35:06 | 9 | **A.**   YES, I HAVE IT. |
| 15:35:08 | 10 | **Q.**   OKAY. |
| 15:35:08 | 11 | **MS. CLAYMAN:**  AND IF COULD HIGHLIGHT THE FIRST |
| 15:35:12 | 12 | PARAGRAPH, STARTING AT THE FOURTH LINE DOWN. |
| 15:35:14 | 13 | **BY MS. CLAYMAN:** |
| 15:35:14 | 14 | **Q.**   "OBSERVED THE PC220 EXCAVATOR AND DP41P DOZER PLACING |
| 15:35:22 | 15 | SEMI-COMPACTED BACKFILL INTO THE DRAINAGE SYSTEM THAT PARALLELS |
| 15:35:27 | 16 | SUREKOTE ROAD AND ROUGH GRADING THE ADJACENT AREA.  ASSURED |
| 15:35:33 | 17 | DRESSED AREA SLOPED TO DRAIN -- SLOPED TO NATURALLY DRAIN TO |
| 15:35:38 | 18 | THE CANAL TO AVOID STANDING WATER ADJACENT TO THE LEVEE." |
| 15:35:44 | 19 | FIRST OF ALL, WHAT DOES "SEMI-COMPACTED" MEAN IN THIS |
| 15:35:47 | 20 | CONTEXT? |
| 15:35:48 | 21 | **A.**   SEMI-COMPACTED MEANS THAT WASHINGTON GROUP PLACED CLEAN |
| 15:35:53 | 22 | CLAY BACKFILL IN 12-INCH LIFTS INTO THE SUREKOTE ROAD DRAINAGE |
| 15:35:59 | 23 | DITCH AND COMPACTED IT EITHER BY BUCKET-TAMPING WITH A |
| 15:36:05 | 24 | HYDRAULIC BACKHOE AND AS THE MATERIAL GOT HIGHER IN ELEVATION, |
| 15:36:11 | 25 | USED A D6 DOZER OR ABOVE AND MADE MULTIPLE PASSES OVER THE CLAY |

15:36:17    1    BACKFILL UNTIL IT'S CONSIDERED SEMI-COMPACTED BACKFILL.

15:36:24    2    **Q.**    AND WHO -- DO YOU KNOW WHO WROTE THIS DESCRIPTION OF WHAT

15:36:28    3    HAPPENED ON THE SITE THIS DAY?

15:36:30    4    **A.**    THIS PARTICULAR REPORT WAS WRITTEN BY THE GOVERNMENT'S

15:36:35    5    QUALITY ASSURANCE INSPECTOR, MR. ALEX BROGNA.

15:36:45    6    **Q.**    AND WHAT DOES THE TERM "DRESSED" MEAN IN THIS CONTEXT?   IT

15:36:49    7    SAYS "ASSURED DRESSED AREA SLOPED TO NATURALLY DRAIN."

15:36:52    8    **A.**    THAT'S PART OF THE FINAL DRESSING OF THE SITE.   MR. BROGNA

15:36:56    9    AND SEVERAL WGI EMPLOYEES SURVEYED THE SITE BETWEEN THE

15:37:06   10    FLOODWALL AND THE TOP OF THE BANK AT THE IHNC CANAL AND

15:37:09   11    ESTABLISHED THE GRADE THAT THEY WANTED TO ACHIEVE ON THAT

15:37:12   12    1 PERCENT OR LESS SLOPED TO DRAIN FINAL DRESSING.

15:37:17   13              AND "DRESSING" MEANS THEY'VE TAKEN THE DOZER AND

15:37:20   14    THEY'RE PUSHING MATERIAL BACK AND FORTH AND THEN TRACK-WALKING

15:37:25   15    IT IN TO ASSURE A POSITIVE DRAINAGE FROM THE FLOODWALL TO THE

15:37:30   16    CANAL.

15:37:33   17    **Q.**    OKAY.   IF YOU COULD TURN QUICKLY TO 004.   AND THERE'S A

15:37:38   18    HEADING IN THE BOTTOM CENTER OF THE PAGE.   IT SAYS "SAUCER

15:37:49   19    MARINE."   AND IT SAYS HERE "BUCKET DRESSING FORMER DITCH LINE

15:37:54   20    AFTER BACKFILL PC220."

15:37:57   21              WHAT DOES THIS INDICATE TO YOU?

15:37:59   22    **A.**    AGAIN, WASHINGTON GROUP IS USING A PC220 HYDRAULIC

15:38:03   23    BACKHOE.   AND THEY ARE PLACING MATERIAL IN THE SAUCER MARINE --

15:38:06   24    IN THE DITCH ADJACENT TO SAUCER MARINE.   THEY ARE BUCKET

15:38:11   25    DRESSING, BUCKET-TAMPING THE SOIL WITHIN THE DITCH.

| | | |
|---|---|---|
| 15:38:15 | 1 | **Q.**   I GUESS WHAT I'M TRYING -- |
| 15:38:16 | 2 | **THE COURT:**   CAN YOU ANSWER THE QUESTION WHY IT'S A |
| 15:38:17 | 3 | FORMER DITCH?   YOU MAY HAVE BEEN -- |
| 15:38:18 | 4 | **MS. CLAYMAN:**   YEAH. |
| 15:38:18 | 5 | **THE WITNESS:**   FORMER DITCH, YES. |
| 15:38:19 | 6 | **BY MS. CLAYMAN:** |
| 15:38:19 | 7 | **Q.**   WHAT DOES THAT MEAN, "THE FORMER DITCH"?   DOES THIS MEAN |
| 15:38:23 | 8 | THAT THE BACKFILL HAS BEEN COMPLETE AS OF -- ON AUGUST 24TH? |
| 15:38:27 | 9 | **A.**   YES.   THE CITATION "FORMER DITCH" MEANS THE BACKFILL HAS |
| 15:38:31 | 10 | BEEN COMPLETED. |
| 15:38:32 | 11 | **Q.**   DO YOU KNOW APPROXIMATELY HOW LONG IT TOOK WGI TO BACKFILL |
| 15:38:35 | 12 | THIS DRAINAGE DITCH ALONG SAUCER MARINE? |
| 15:38:38 | 13 | **A.**   I BELIEVE APPROXIMATELY ONE WEEK OF WORK. |
| 15:38:44 | 14 | **Q.**   OKAY.   I'M GOING TO SHOW YOU A DOCUMENT MARKED |
| 15:38:47 | 15 | JX-01349-0003.   AND I WANT TO LOOK AT BOTH THE TOP AND THE |
| 15:38:56 | 16 | BOTTOM PHOTOGRAPH. |
| 15:38:56 | 17 | BUT THE CAPTION ON THE TOP ONE READS: |
| 15:38:59 | 18 | "STOCKPILING SECOND CUT FROM SUREKOTE ROAD ON SITE SOUTHEAST |
| 15:39:03 | 19 | END OF BOLAND MARINE." |
| 15:39:05 | 20 | DO YOU KNOW WHAT THIS PHOTOGRAPH SHOWS? |
| 15:39:07 | 21 | **A.**   YES, I DO. |
| 15:39:07 | 22 | **Q.**   WHAT IS IT? |
| 15:39:08 | 23 | **A.**   A LITTLE BACKGROUND HERE.   ON APPROXIMATELY SEPTEMBER 1ST |
| 15:39:14 | 24 | OF 2004, SUBCONTRACTOR BOH BROTHERS CONSTRUCTION CAME ON SITE |
| 15:39:20 | 25 | AND DID THE PHASE 1 ASPHALT COLD PLANE OF THE SUREKOTE ROAD |

15:39:27   1   FROM ITT TO THE PROPERTY LINE AT BOLAND MARINE.

15:39:33   2        THEY MADE AN INITIAL CUT WITH THE PLANING MACHINE

15:39:36   3   APPROXIMATELY 4 INCHES DEEP, TOP-LOADED THAT MATERIAL DIRECTLY

15:39:41   4   INTO TANDEM DUMP TRUCKS, AND IT WAS HAULED OFF SITE TO BOH

15:39:47   5   BROTHERS' ASPHALT PLANT TO BE RECYCLED AND REUSED.

15:39:54   6        WHAT THIS PHOTO IS DEPICTING, WHEN BOH BROTHERS MADE

15:39:57   7   THE SECOND CUT, OR A SLIGHTLY DEEPER CUT, OF COLD PLANE -- OF

15:40:01   8   THE COLD PLANE MACHINE INTO THE -- WHERE SUREKOTE ROAD EXISTED,

15:40:06   9   THEY MIGHT HAVE CUT ANOTHER 2 OR 3 INCHES WITH THE COLD-PLANING

15:40:11  10   MACHINE.

15:40:13  11        AND THIS MATERIAL YOU SEE HERE IS A COMBINATION OF

15:40:15  12   ASPHALT AND CLAMSHELL THAT WAS STOCKPILED ON SITE AT BOLAND

15:40:19  13   MARINE.  APPROXIMATELY FIVE TO SIX TRUCKLOADS ARE SHOWN HERE.

15:40:25  14   **Q.**   OKAY.  I JUST WANT TO PUT UP NOW ON THE SCREEN

15:40:28  15   JX-1087-0002.

15:40:33  16        AND THIS IS PART OF A QAR DATED SEPTEMBER 29TH, 2004.

15:40:39  17   IT'S ABOUT A MONTH AFTER --

15:40:47  18        **MS. DALEY:**  COULD YOU REPEAT THE DOCUMENT NUMBER,

15:40:49  19   PLEASE?

15:40:50  20        **MS. CLAYMAN:**  SURE.  THE EXHIBIT NUMBER IS JX-1087.

15:40:56  21   AND I WAS SKIPPING DIRECTLY TO PAGE 2 OF THAT DOCUMENT.

15:41:06  22        **MS. DALEY:**  THANK YOU.  GO AHEAD.

15:41:17  23        **MS. CLAYMAN:**  IF YOU COULD TAKE THAT HIGHLIGHTING

15:41:18  24   OFF.  I THINK IT'S A LITTLE BIT MISLEADING.

15:41:21  25        I THINK THE DATE OF THE -- ON THE COVER OF THE

15:41:22   1   QAR IS SEPTEMBER 1ST, 2004.

15:41:28   2   **BY MS. CLAYMAN:**

15:41:28   3   **Q.**   I WANT TO LOOK AT THIS PARAGRAPH THAT'S ON THE SCREEN

15:41:32   4   ENTITLED "FOLLOW-UP SITE WORK."  AND THERE'S A REFERENCE IN THE

15:41:38   5   QAR IN THE LAST FIVE LINES TO BACKFILLING THE DRAINAGE DITCH

15:41:43   6   WITH MILLED ASPHALT.

15:41:45   7            DO YOU SEE THAT?

15:41:45   8   **A.**   YES, I DO.

15:41:46   9   **Q.**   DO YOU HAVE ANY RECOLLECTION ABOUT THIS USE OF MILLED

15:41:50   10  ASPHALT IN CONNECTION WITH THE DRAINAGE DITCH ALONG SUREKOTE

15:41:53   11  ROAD?

15:41:55   12  **A.**   YES.

15:41:56   13  **Q.**   WHAT'S YOUR UNDERSTANDING OF WHAT IS BEING REFERRED TO IN

15:41:59   14  THIS QAR?

15:42:02   15  **A.**   IF YOU'LL READ FURTHER UP IN THE FOLLOW-UP SITE WORK

15:42:08   16  PARAGRAPH, I BELIEVE IT IS THE FIRST THREE SENTENCES:

15:42:15   17            "THE CONTRACTOR'S PERSONNEL ARE PERFORMING

15:42:18   18  HOUSEKEEPING AND SITE MAINTENANCE.  THEY ASSURED HOUSEKEEPING

15:42:23   19  AND SITE MAINTENANCE ACTIVITIES ARE ACHIEVE -- ARE ADEQUATE."

15:42:26   20            THE IMPORTANT PART -- POINT HERE IS:  "OBSERVED THE

15:42:29   21  CONTRACTOR PERSONNEL CONTINUE RESTORING THE SITE AFTER

15:42:32   22  HURRICANE IVAN."

15:42:36   23            AT THIS POINT, ON 29 SEPTEMBER 2004, HURRICANE IVAN

15:42:41   24  MADE LANDFALL NEAR PENSACOLA, FLORIDA.  AND ALTHOUGH

15:42:47   25  NEW ORLEANS AND THE SOUTHEAST SIDE WAS ON THE WESTERN SIDE OF

15:42:50  1  THE STORM, THE STORM SURGE WAS PUSHING THE TIDES ABOVE NORMAL,

15:42:54  2  AND THE ENTIRE EBIA SITE GOT FLOODED AND WAS VERY MUDDY WHEN

15:43:02  3  WASHINGTON GROUP RETURNED TO WORK ON THE 29TH.

15:43:06  4          SO WHAT THEY'RE DOING HERE IS THEY'VE HIRED TWO

15:43:12  5  STRANCO DUMP TRUCKS ON AN HOURLY BASIS.  WASHINGTON GROUP

15:43:17  6  TOP-LOADED THOSE TWO DUMP TRUCKS WITH THOSE -- THAT PREVIOUS

15:43:20  7  STOCKPILE YOU SAW IN THE PREVIOUS PHOTO WITH THE ASPHALT AND

15:43:26  8  CLAMSHELL MIXTURE, TRUCKED IT DOWN TO THE INDIAN TOWING AND

15:43:36  9  SAUCER SITES, I BELIEVE IT WAS, AND WAS CONSTRUCTING

15:43:40  10  APPROXIMATELY 12-FOOT TEMPORARY DRIVEWAYS FROM THE WESTERN EDGE

15:43:45  11  OF SUREKOTE ACROSS WHERE THE DITCH USED TO BE, AND BUILDING

15:43:55  12  TEMPORARY HAUL ROADS ONTO THE SAUCER MARINE SITE AND THE INDIAN

15:44:00  13  TOWING SITE SO THAT THE TANDEM DUMP TRUCKS COULD BE BACKED ONTO

15:44:06  14  THIS TEMPORARY AGGREGATE ROAD.

15:44:10  15          IN OTHER WORDS, LIKE A GRAVEL ROAD, YOUR HONOR, AND

15:44:14  16  COULD BE LOADED OUT WITH CONCRETE DEBRIS TO SEND TO THE

15:44:18  17  RECYCLER.

15:44:20  18  Q.   JUST TO CLARIFY.  SO THESE TEMPORARY DRIVEWAYS WERE

15:44:24  19  ACTUALLY PERPENDICULAR TO SUREKOTE ROAD?

15:44:29  20  A.   CORRECT.

15:44:29  21  Q.   OKAY.  AND WHEN YOU SAY "TEMPORARY," DO YOU KNOW HOW LONG

15:44:34  22  THEY WERE IN PLACE IN THE EAST BANK INDUSTRIAL AREA?

15:44:37  23  A.   JUST A MATTER OF DAYS, AND THEN THEY WOULD HAVE BEEN

15:44:41  24  EXCAVATED OUT AND REMOVED.

15:44:42  25  Q.   OKAY.  I JUST WANT TO CORRECT SOMETHING FOR THE RECORD.

15:44:45   1          I REPRESENTED THIS QAR WAS DATED SEPTEMBER 1ST, 2004.

15:44:50   2  AND IF YOU LOOK ON PAGE 001, IT'S ACTUALLY DATED

15:44:55   3  SEPTEMBER 29TH, 2004.

15:44:59   4         **MS. CLAYMAN:**  IF YOU WOULD BRING UP JX-1349-0015, AND

15:45:07   5  IF WE COULD LOOK AT THE TOP PHOTOGRAPH.

15:45:09   6  **BY MS. CLAYMAN:**

15:45:19   7  **Q.**   MR. GUILLORY, THIS PHOTOGRAPH IS DATED

15:45:20   8  SEPTEMBER [*SIC*] 7TH, 2004.

15:45:23   9         DO YOU KNOW WHETHER THE TEMPORARY ASPHALT DRIVEWAYS

15:45:27  10  ARE STILL IN PLACE AT THIS TIME?

15:45:30  11  **A.**   WHAT DATE DID YOU STATE?

15:45:32  12  **Q.**   THIS IS DATED OCTOBER 7TH, 2004.

15:45:37  13  **A.**   CORRECT.

15:45:37  14  **Q.**   IT'S JX-1349.

15:45:40  15  **A.**   CORRECT.

15:45:45  16         THIS PHOTOGRAPH IS DEPICTING THAT THE ENTIRE SUREKOTE

15:45:48  17  ROAD, PHASE 1, FROM THE ITT PROPERTY LINE TO BOLAND MARINE, HAS

15:45:52  18  BEEN REMOVED BY COLD-PLANING THE ASPHALT BY BOH BROTHERS

15:45:57  19  CONSTRUCTION COMPANY.

15:46:00  20        THE FORMER CONCRETE CURVE ON THE EASTERN EDGE OF

15:46:05  21  SUREKOTE ROAD HAS BEEN REMOVED.  AND I CAN SHOW YOU, IT WOULD

15:46:09  22  HAVE BEEN RIGHT HERE WHERE THIS LINE IS.

15:46:10  23        AND WASHINGTON GROUP IS USING THE HYDRAULIC BACKHOE

15:46:15  24  AND THE D6 -- PROBABLY D41PX DOZER AT THIS POINT.  AND THEY ARE

15:46:23  25  PUSHING CLEAN CLAY MATERIAL FROM THE WEST TO THE EAST ACROSS

15:46:29  1  THE FORMER -- NOW COMPACTED -- NOW FILLED IN AND COMPACTED

15:46:36  2  DRAINAGE DITCH, WHICH WOULD HAVE BEEN RIGHT HERE ON THE OTHER

15:46:38  3  SIDE OF THE DOZER.

15:46:39  4        AND THEY ARE DRESSING FROM WEST TO EAST, THIS BEING

15:46:47  5  THE TIE-IN POINT RIGHT HERE WHERE THE CURVE USED TO BE, AND

15:46:51  6  CREATING THE 1 PERCENT SLOPE TO DRAIN FROM THIS POINT TO THE

15:46:54  7  WEST.

15:46:56  8  Q.  JUST TO BE CLEAR.  AS FAR AS YOU KNOW, DID WASHINGTON

15:46:58  9  GROUP EVER USE MILLED ASPHALT AS PERMANENT BACKFILL IN A

15:47:03  10 DRAINAGE DITCH ON THE EAST BANK INDUSTRIAL AREA SITE?

15:47:05  11 A.  NO, THEY DID NOT.

15:47:06  12 Q.  DID THE CORPS APPROVE WGI'S WORK ON BACKFILLING AND

15:47:10  13 COMPACTING THE DRAINAGE DITCH?

15:47:11  14 A.  YES, WE DID.

15:47:12  15 Q.  AND DID THE CORPS ACCEPT THIS WORK AS COMPLETE BY -- AS OF

15:47:17  16 MAY 26TH, 2005?

15:47:20  17 A.  YES, WE DID.

15:47:21  18 Q.  OKAY.  I'D LIKE TO SHOW YOU NOW JX-1302-0001.

15:47:39  19        THIS IS A COVER E-MAIL AND ATTACHMENT FROM LEE

15:47:44  20 GUILLORY TO DENNIS, DATED JUNE 18TH, 2001.

15:47:47  21        DO YOU RECOGNIZE THIS?

15:47:49  22 A.  YES, I DO.

15:47:50  23 Q.  WHO IS DENNIS?

15:47:51  24 A.  DENNIS O'CONNOR WAS THE PROJECT MANAGER FOR WASHINGTON

15:47:57  25 GROUP INTERNATIONAL.

15:47:57   1   **Q.**   AND WHAT IS THE PURPOSE OF THIS E-MAIL THAT YOU'RE SENDING

15:48:00   2   MR. O'CONNOR?

15:48:03   3   **A.**   IN THIS RETURN E-MAIL TO MR. O'CONNOR, HE HAD REQUESTED IN

15:48:08   4   THE ORIGINAL E-MAIL THAT I TAKE A LOOK AT THE ATTACHED

15:48:13   5   EXHIBIT B SCOPE OF WORK THAT BEGINS ON PAGE 2, AND REVIEW --

15:48:20   6   AND COMMENT AND PROVIDE ANY COMMENTS TO HIM ON A POTENTIAL

15:48:26   7   EXCAVATION SUBCONTRACT THAT WAS GOING TO BE ISSUED BY

15:48:32   8   WASHINGTON GROUP.

15:48:32   9   **Q.**   AND THIS WAS A POTENTIAL SUBCONTRACT FOR THE EXCAVATION

15:48:34   10  AND DISPOSAL OF CONCRETE, CONCRETE RUBBLE, FLY ASH, SOIL --

15:48:40   11  CONTAMINATED AND HAZARDOUS SOILS, AND UNDERGROUND OBJECTS; IS

15:48:46   12  THAT RIGHT?

15:48:46   13  **A.**   THAT'S CORRECT.   THIS WAS THE FIRST DRAFT OF IT.

15:48:49   14  **Q.**   OKAY.   IF YOU WOULD TURN TO PAGE 6.

15:48:56   15           **MS. CLAYMAN:**   AND HIGHLIGHT THE FOURTH PARAGRAPH ON

15:48:59   16  THIS PAGE, SECTION 7, UNDER "QUALITY CONTROL."

15:49:09   17               CAN YOU DO THE -- THE NEXT PARAGRAPH UNDER THAT.

15:49:15   18  SORRY.

15:49:17   19  **BY MS. CLAYMAN:**

15:49:17   20  **Q.**   OKAY.   WHOSE HANDWRITING IS THIS?

15:49:21   21  **A.**   THE HANDWRITTEN INSERTS ARE MINE.

15:49:24   22  **Q.**   OKAY.   AND I'M JUST GOING TO READ THIS INTO THE RECORD.

15:49:28   23  IT SAYS:   "WASHINGTON GROUP," AND THEN YOU PUT A CARET AND IN

15:49:33   24  HANDWRITING HAVE WRITTEN "AND USACE" AND THEN "WILL REVIEW THE

15:49:39   25  WORK PLAN AS PART OF THE SUBCONTRACTOR SELECTION PROCESS.   ANY

15:49:44   1   CRITICAL ASPECTS OF THE PLAN THAT DO NOT MEET WASHINGTON

15:49:48   2   GROUP," AND THEN IT LOOKS LIKE YOU'VE INSERTED THE WORDS "AND

15:49:53   3   USACE'S APPROVAL SHALL BE CLARIFIED AND CORRECTED/APPROVED

15:49:58   4   PRIOR TO AWARD."

15:50:00   5        WHY DID YOU ADD -- WHY DID YOU INSERT THE WORD

15:50:03   6   "USACE" AS PART OF YOUR COMMENTS ON THIS DRAFT SCOPE OF WORK?

15:50:12   7   A.   AS I TESTIFIED EARLIER, WE UTILIZED A TEAMWORK APPROACH

15:50:16   8   THROUGHOUT TASK ORDER 26.  AND WASHINGTON GROUP WAS RESPONSIBLE

15:50:19   9   FOR DRAFTING ALL SUBCONTRACTOR SCOPES OF WORK BUT AFFORDED THE

15:50:29  10   CORPS THE OPPORTUNITY TO COMMENT ON ADDITIONS, DELETIONS,

15:50:35  11   REVISIONS THAT WE FELT NECESSARY TO INCLUDE IN THE SUBCONTRACTS

15:50:40  12   TO MAINTAIN CONSISTENCY AND QUALITY OF WORK.

15:50:43  13   Q.   OKAY.  I'D LIKE TO DIRECT YOU TO PAGE 13, SECTION 3.

15:50:55  14        MS. CLAYMAN:  IF WE COULD GO TO SECTION 3, ABOUT

15:50:59  15   SEVEN LINES DOWN.

15:51:00  16   BY MS. CLAYMAN:

15:51:01  17   Q.   IT SAYS:  "EXCAVATIONS RESULTING FROM SUBCONTRACTORS'

15:51:04  18   OPERATIONS SHALL BE BACKFILLED OR GRADED ON A DAILY BASIS TO

15:51:09  19   PREVENT PONDING.  ANY AREAS REQUIRING BACKFILL MAY OBTAIN IT

15:51:15  20   FROM A BORROW PIT ESTABLISHED AT THE MCDONOUGH MARINE PROJECT

15:51:19  21   SITE."  AND THEN YOU'VE INSERTED WITH A CARET IN HANDWRITING

15:51:24  22   "OR IMPORTED MATERIAL."

15:51:25  23        WHY DID YOU ADD "IMPORTED MATERIAL" IN THE FOURTH

15:51:28  24   LINE UP FROM THE BOTTOM?

15:51:29  25   A.   BECAUSE WE ANTICIPATED THAT SHOULD THE MCDONOUGH MARINE

15:51:33   1   BORROW AREA BECOME DEPLETED OF ALL THE CLEAN CLAY SOIL PRIOR TO

15:51:41   2   THE CONCLUSION OF THE TASK ORDER, THAT WE WOULD HAVE TO IMPORT

15:51:45   3   ADDITIONAL MATERIAL TO COMPLETE THE JOB.

15:51:48   4   **Q.**   DID THE CORPS HAVE TO APPROVE THE USE OF IMPORTED MATERIAL

15:51:53   5   FOR BACKFILLING EXCAVATIONS IN THE EBIA?

15:51:56   6   **A.**   YES, WE DID, ON A SOURCE BASIS AND THE TYPE OF MATERIAL.

15:52:07   7   **Q.**   DID THE CORPS HAVE TO APPROVE WHERE THAT MATERIAL WOULD BE

15:52:09   8   USED?

15:52:10   9   **A.**   YES, WE DID.

15:52:11   10   **Q.**   AND WHAT -- WAS IMPORTED MATERIAL EVER USED IN THE EBIA?

15:52:15   11   **A.**   YES, IT WAS, FOR DOCK MOLDING ON THE BOLAND MARINE

15:52:19   12   FACILITY.

15:52:20   13   **Q.**   WHAT TYPE OF MATERIAL WAS THAT?

15:52:23   14   **A.**   CLEAN RIVER SAND.

15:52:23   15   **Q.**   CAN YOU EXPLAIN WHAT YOU MEAN BY "CLEAN RIVER SAND"?

15:52:27   16   **A.**   SURE.  CLEAN RIVER SAND IS A NORMAL BACKFILL MATERIAL THAT

15:52:34   17   IS USED EXTENSIVELY THROUGHOUT SOUTH LOUISIANA.  IT IS

15:52:39   18   COMMERCIALLY DREDGED AND MINED FROM THE MISSISSIPPI RIVER,

15:52:43   19   STOCKPILED ON THE BATTURE BY VARIOUS ENTITIES, AND SOLD AS

15:52:48   20   COMMERCIAL FILL TO VARIOUS CONTRACTORS, HOME BUILDERS, ROAD

15:52:55   21   BUILDERS, AND THAT KIND OF THING.

15:52:57   22           IT'S ROUTINELY USED FOR ROAD SUBBASES, COMMERCIAL

15:53:02   23   BUILDING SUBBASES, AND RESIDENTIAL FILL AROUND HOMES.

15:53:10   24   **Q.**   DID YOU HAVE ANY CONCERNS ABOUT USING RIVER SAND AS

15:53:14   25   BACKFILL ON THE BOLAND MARINE SITE, GIVEN THE LEVEE AND

15:53:18   1  FLOODWALL BORDERING THE EAST SIDE OF SUREKOTE ROAD?

15:53:21   2  **A.**  NO, I DID NOT.

15:53:23   3  **Q.**  WHY IS THAT?

15:53:23   4  **A.**  BECAUSE IT WAS A VERY ACCEPTABLE, ROUTINELY USED BACKFILL

15:53:28   5  MATERIAL THAT'S USED EXTENSIVELY IN THIS AREA.  AND ALSO, IT

15:53:32   6  PROVIDED A -- AN EXCELLENT USE OF MATERIAL FOR THE FUTURE

15:53:40   7  DREDGING OF THE TWO BYPASS CHANNELS.

15:53:46   8  **Q.**  CAN YOU EXPLAIN WHAT YOU MEAN --

15:53:48   9        **THE COURT:**  WHAT'S THE EXHIBIT NUMBER, COUNSEL, THE

15:53:50  10  EXHIBIT NUMBER HERE?  MAYBE WE NEED -- AND IT MAY BE MY FAULT.

15:53:54  11  WE NEED THE EXHIBIT NUMBER EVERY TIME, THE ACTUAL NUMBER.

15:53:57  12        YOU MAY BE DOING IT, BUT -- DO YOU HAVE THE

15:54:00  13  EXHIBIT NUMBER FOR THIS ONE?

15:54:02  14        **MS. CLAYMAN:**  I'M SORRY.  SURE.  THIS IS JX-1302, AND

15:54:08  15  WE'RE ON PAGE 0013.

15:54:14  16        **THE COURT:**  THANK YOU.

15:54:17  17        **THE WITNESS:**  WOULD YOU REPEAT THE QUESTION?

15:54:20  18  **BY MS. CLAYMAN:**

15:54:21  19  **Q.**  YEAH.  I GUESS I MISSED WHAT YOU SAID ABOUT WHAT THE RIVER

15:54:25  20  SAND HAD TO DO WITH DREDGING THE FUTURE BYPASS CHANNEL.

15:54:31  21  **A.**  OKAY.  KEEP IN MIND THAT THE GOAL OF THIS TASK ORDER 26

15:54:34  22  WAS TO COMPLETELY CLEAR THE EAST BANK INDUSTRIAL AREA OF

15:54:40  23  ENVIRONMENTAL CONCERNS.

15:54:43  24        AND THEN SHORTLY THEREAFTER, IT WAS ANTICIPATED THAT

15:54:46  25  A FUTURE DREDGING -- HYDRAULIC DREDGING CONTRACT WOULD FOLLOW

| | | |
|---|---|---|
| 15:54:53 | 1 | TO BUILD THE TWO BYPASS CHANNELS WHILE THE NEW IHNC LOCK |
| 15:55:00 | 2 | REPLACEMENT PROJECT WAS BEING BUILT. |
| 15:55:03 | 3 | AND THE SAND IS AN EXCELLENT MATERIAL THAT IS EASILY |
| 15:55:07 | 4 | HYDRAULICALLY DREDGED. |
| 15:55:10 | 5 | **Q.** OKAY. CAN YOU GIVE US AN ESTIMATE OF THE DEPTH OF THE |
| 15:55:17 | 6 | EXCAVATIONS IN WHICH RIVER SAND WAS USED FOR BACKFILL ON BOLAND |
| 15:55:21 | 7 | MARINE? |
| 15:55:23 | 8 | **A.** IT VARIED IN DEPTH ON BOLAND MARINE. IF YOU START AT THE |
| 15:55:28 | 9 | WESTERN EDGE OF SUREKOTE ROAD, SAND BACKFILL WAS USED FOR THE |
| 15:55:37 | 10 | ASBESTOS ABATEMENT PHASE 2. IT WAS APPROXIMATELY 18 TO |
| 15:55:43 | 11 | 24 INCHES DEEP AT THAT POINT. |
| 15:55:49 | 12 | AS THE ACM, ASBESTOS-CONTAINING MATERIAL, WAS |
| 15:55:56 | 13 | REMEDIATED FROM EAST TO WEST, IT -- THE LAYER INCLINED MORE AS |
| 15:56:07 | 14 | IT APPROACHED THE CANAL. AND IT WAS APPROXIMATELY 4 TO 6 FEET |
| 15:56:12 | 15 | DEEP AT THE FURTHEST POINT FROM THE FLOODWALL AT THE WESTERN |
| 15:56:17 | 16 | END OF BOLAND MARINE. |
| 15:56:18 | 17 | **Q.** OKAY. LET'S MOVE TO BUILDING REMOVAL. |
| 15:56:23 | 18 | WHAT KIND OF EXCAVATIONS WERE ASSOCIATED WITH THE |
| 15:56:26 | 19 | BUILDING DEMOLITION FEATURE OF WORK ON TASK ORDER 26? |
| 15:56:31 | 20 | **A.** AS STATED EARLIER, MOST OF THE BUILDING SLABS WERE 1- TO |
| 15:56:35 | 21 | 3-FOOT THICK REINFORCED CONCRETE. SOME WERE SET WITHIN THE |
| 15:56:41 | 22 | SUBGRADE OF THE EXISTING GROUND. SO THE BUILDING FOUNDATION, |
| 15:56:45 | 23 | AT MOST, WOULD HAVE BEEN EXCAVATED 1 TO 3 FEET INTO THE |
| 15:56:50 | 24 | SUBGRADE IF IT WAS LEVEL. |
| 15:56:53 | 25 | **Q.** AND HOW WERE THOSE DEPRESSIONS OR HOLES BACKFILLED? |

15:56:58   1   **A.**   THEY WERE EITHER BACKFILLED WITH CLEAN CLAY MATERIAL, OR

15:57:03   2   WASHINGTON GROUP MERELY USED THE D6 DOZER TO MOVE EXISTING

15:57:09   3   MATERIAL FROM THE SAME SITE INTO THE HOLE WHILE IT WAS DRESSING

15:57:14   4   AND LEVELING AND GRADING THAT PARTICULAR SITE.

15:57:17   5   **Q.**   DID YOU OBSERVE -- YOU MENTIONED IN YOUR TESTIMONY EARLIER

15:57:20   6   THAT THERE WERE ONSHORE PILINGS UNDERNEATH THE FOUNDATIONS.

15:57:24   7        DID YOU OBSERVE ANY ONSHORE PILING REMOVAL OPERATIONS

15:57:28   8   IN THE EBIA?

15:57:29   9   **A.**   YES, FREQUENTLY.

15:57:30  10        **MS. CLAYMAN:**   OKAY.   COULD YOU PLEASE SHOW ON THE

15:57:32  11   SCREEN JX-1315-0015.

15:57:39  12        AND LET'S START WITH THE TOP PHOTOGRAPH.

15:57:43  13   **BY MS. CLAYMAN:**

15:57:44  14   **Q.**   AND CAN YOU JUST TELL ME WHAT THIS IS A PHOTOGRAPH OF?

15:57:47  15   **A.**   SURE.   THIS PARTICULAR PHOTOGRAPH IS AT MAYER YACHT.   YOU

15:57:53  16   SEE A LINK-BELT CRANE HOLDING A HYDRAULIC VIBRATORY PILE

15:58:00  17   EXTRACTOR.   AND IT'S ATTACHED TO A -- PROBABLY A TIMBER PILE

15:58:09  18   BEING EXTRACTED AROUND THE MAYER YACHT BOAT LIFT OR BOAT SLIP.

15:58:13  19

15:58:14  20   **Q.**   AND WHEN YOU REMOVE A PILING USING A VIBRATORY EXTRACTOR

15:58:24  21   SUCH AS SHOWN HERE, DOES IT LEAVE A HOLE WHEN THE PILING IS

15:58:27  22   REMOVED?

15:58:29  23   **A.**   JUST TEMPORARILY.   THE VIBRATORY ACTION OF THE HAMMER

15:58:33  24   VIBRATES THE WOODEN OR TIMBER PILE OR STEEL PILE, WHICHEVER WAS

15:58:37  25   BEING EXTRACTED.   AND THOSE VIBRATIONS GO THROUGH THE PILE DOWN

15:58:42  1  INTO THE SOIL.

15:58:44  2          AND THESE PREDOMINANTLY CLAY SOILS IMMEDIATELY CLOSE

15:58:50  3  UP UPON THEMSELVES AS THE PILE'S EXTRACTED OUT OF THE GROUND.

15:58:57  4  **Q.**  OKAY.

15:58:57  5          **MS. CLAYMAN:**  I'D LIKE TO NOW PUT UP ON THE SCREEN

15:59:00  6  JX-01311-0018.  THIS IS A PHOTOGRAPH DATED JUNE 12TH, 2001.

15:59:11  7  **BY MS. CLAYMAN:**

15:59:13  8  **Q.**  AND WOULD YOU DESCRIBE WHAT KIND -- WHAT METHOD IS USED TO

15:59:18  9  EXTRACT THIS PILING?

15:59:20  10 **A.**  OKAY.  THIS WAS THE SECOND METHOD OF PILE EXTRACTION THAT

15:59:26  11 WASHINGTON GROUP UTILIZED.

15:59:28  12         HERE, THE EXCAVATOR OPERATOR IS USING AN LS --

15:59:32  13 KOMATSU LS14 HYDRAULIC EXCAVATOR WITH A STEEL CHOKER CABLE

15:59:37  14 APPROXIMATELY 1 1/2 INCH IN DIAMETER AROUND THE TOP OF THE

15:59:44  15 WOODEN TIMBER PILE.

15:59:45  16         AND HE USES THE STRENGTH AND THE HYDRAULICS OF THE

15:59:49  17 EXCAVATOR TO SLIDE THE PILE OUT OF THE GROUND.

15:59:53  18 **Q.**  WHEN WASHINGTON GROUP USED THIS METHOD OF PILING

15:59:56  19 EXTRACTION, DID IT LEAVE A HOLE WHERE THE PILING WAS REMOVED?

16:00:00  20 **A.**  TEMPORARILY.  BUT CUSTOMARILY WHAT HAPPENS IS, AFTER THEY

16:00:05  21 EXTRACTED THE PILE AND UNHOOKED THE CABLE FROM THE BUCKET YOU

16:00:08  22 SEE THERE, THE EXCAVATOR OPERATOR SCOOPED UP SOME OF THAT SPOIL

16:00:15  23 MATERIAL ON THE SIDE, WHICH WAS THE PREEXISTING MATERIAL, AND

16:00:22  24 PLACED IT BACK IN THE HOLE AND BUCKET-TAMPED THE EXCAVATION.

16:00:26  25 **Q.**  OKAY.

16:00:28   1              **MS. CLAYMAN:**  YOU CAN TAKE THAT OFF THE SCREEN.

16:00:30   2   **BY MS. CLAYMAN:**

16:00:30   3   **Q.**   WERE OFFSHORE PILINGS, PILINGS IN THE WATER THAT

16:00:34   4   WASHINGTON GROUP REMOVED, I BELIEVE, ALONG JOURDAN AVENUE WHARF

16:00:39   5   AND MCDONOUGH MARINE, FOR EXAMPLE, WERE THOSE PILINGS

16:00:42   6   BACKFILLED?

16:00:43   7   **A.**   NO, THEY WERE NOT.

16:00:44   8   **Q.**   WHY IS THAT?

16:00:47   9   **A.**   TRADITIONALLY IN MARINE CONSTRUCTION -- OVER, MY 30 YEARS

16:00:52   10  WITH THE CORPS, I'VE NEVER SEEN OFFSHORE PILINGS BACKFILLED OR

16:00:58   11  GROUTED OR ANYTHING LIKE THAT.  THE NATIVE SOIL CONDITIONS IN A

16:01:04   12  WET FLOODED MARINE CONDITION JUST CAUSE THE HOLE TO CLOSE UP ON

16:01:09   13  ITS OWN.

16:01:17   14  **Q.**   ARE YOU FAMILIAR WITH HOW THE GALVEZ STREET WHARF PILINGS

16:01:23   15  WERE REMOVED IN CONNECTION WITH THE LOCK REPLACEMENT PROJECT?

16:01:25   16  **A.**   YES, I WAS.

16:01:26   17  **Q.**   DO YOU KNOW WHETHER ANY OF THOSE PILINGS WERE GROUTED OR

16:01:29   18  FILLED WITH CEMENT WHEN THEY WERE REMOVED?

16:01:31   19  **A.**   THEY WERE NOT.  THEY WERE JUST EXTRACTED WITH THE

16:01:33   20  VIBRATORY EXTRACTOR, JUST AS YOU SAW IN THE PREVIOUS PHOTO, AND

16:01:37   21  NOT BACKFILLED.

16:01:38   22          OTHER THAN THE TIMBER PILINGS THAT WERE ON THE LAND

16:01:42   23  MASS, THAT WE SAW IN ONE OF THE LATEST DEMONSTRATIVES, AS THAT

16:01:46   24  LAND MASS WAS GRADED, THE GRADING OPERATION OF THE DOZERS WOULD

16:01:51   25  HAVE FILLED THE ONSHORE HOLES.

16:01:55    1    **Q.**   WAS THE CORPS SATISFIED WITH WGI'S WORK ON DEMOLITION AND

16:01:58    2    PILING REMOVAL?

16:02:00    3    **A.**   ABSOLUTELY.

16:02:09    4    **Q.**   I WANT TO TAKE A LOOK AT JX-1261-001.

16:02:19    5            THIS IS A HAMP'S WORK PLAN FOR SOME FEATURES OF WORK,

16:02:24    6    INCLUDING THE REMOVAL OF SEWER LINES.

16:02:29    7            DO YOU RECOGNIZE THIS COVER PAGE?

16:02:30    8    **A.**   YES, DO.

16:02:31    9    **Q.**   DID YOU APPROVE THIS WORK PLAN?

16:02:33   10    **A.**   YES, I DID.

16:02:35   11    **Q.**   OKAY.  IF YOU WILL GO TO PAGE 23.  IN THE MIDDLE OF THE

16:02:46   12    PAGE ON 23, UNDER SECTION 3.6 IT SAYS "UNDERGROUND PIPING

16:03:02   13    REMOVAL."

16:03:04   14            AND THE FIRST LINE STATES:  "THE MAJORITY OF

16:03:07   15    UNDERGROUND PIPING REMOVAL IS ASSOCIATED WITH THE SANITARY

16:03:11   16    SEWER LINE THAT RUNS FROM THE NORTH AND SOUND ENDS OF THE

16:03:15   17    PROJECT TO AN APPROXIMATE 15-FOOT DEPTH AT A CONCRETE MANHOLE

16:03:21   18    (THE LOW POINT) ADJACENT TO THE SEWER LIFT STATION ON THE

16:03:25   19    SITE."

16:03:25   20            DO YOU SEE THAT?

16:03:26   21    **A.**   YES, I DO.

16:03:27   22    **Q.**   DOES THAT MEAN, MR. GUILLORY, THAT THE SEWER LINE WAS

16:03:31   23    15-FEET DEEP ACROSS THE EBIA?

16:03:35   24    **A.**   NO.  FROM WHAT I RECALL, THE EXCAVATIONS WERE

16:03:38   25    APPROXIMATELY 8 TO 12 FEET DEEP AT THE MAXIMUM.

16:03:44   1   **Q.**   OKAY.  IF YOU'D TURN TO PAGE 24, THE LAST TWO PARAGRAPHS

16:04:05   2   AT THE BOTTOM.

16:04:07   3            "THE EXCAVATED TRENCH WILL BE INSPECTED AND THEN

16:04:12   4   IMMEDIATELY BACKFILLED WITH TRENCH SPOILS USING A CAT D LGP

16:04:19   5   DOZER.  NO COMPACTION EFFORT WILL BE REQUIRED OTHER THAN WHAT

16:04:22   6   THE TRACKS OF THE DOZER WILL ACHIEVE.

16:04:25   7            "DEPRESSED AREAS WILL BE GRADED TO DRAIN WITHOUT

16:04:28   8   PONDING WATER.  IF NECESSARY, SOIL FROM THE ON-SITE BORROW WILL

16:04:32   9   BE USED AS FILL IN THESE AREAS."

16:04:35   10           WHAT DID YOU UNDERSTAND THE GOAL WAS OF THE

16:04:38   11  COMPACTION DESCRIBED HERE IN THIS WORK PLAN SUBMITTED BY HAMP'S

16:04:42   12  CONSTRUCTION?

16:04:44   13  **A.**   THE GOAL WAS TO ACHIEVE COMPACTION TO THE DENSITY OF THE

16:04:47   14  ADJACENT SOIL SO THAT THERE WAS NO DEPRESSIONS OF SUBSIDENCE,

16:04:53   15  SO THAT ADDITIONAL HEAVY EQUIPMENT CAN OPERATE OVER THE

16:04:56   16  COMPACTED AREA.

16:04:57   17  **Q.**   DID YOU EXPECT WGI AND ITS SUBCONTRACTOR TO BACKFILL

16:05:02   18  SHALLOW EXCAVATIONS OF THE SEWER LINE IN THE SAME MANNER THAT

16:05:08   19  IT BACKFILLED DEEPER EXCAVATIONS, LIKE MANHOLES, ALONG THE

16:05:13   20  SEWER LINE?

16:05:14   21  **A.**   NO.  THE DEEPER EXCAVATIONS, 8 TO 12 FEET DEEP AND THE

16:05:17   22  MANHOLES, WASHINGTON GROUP UTILIZED THE KOMATSU 270 BACKHOE TO

16:05:26   23  TAKE BUCKETS FULL OF THE CLAY MATERIAL THAT WAS RECENTLY

16:05:31   24  EXCAVATED OUT OF THE TRENCH, PLACE IT BACK IN THE TRENCH,

16:05:34   25  BUCKET-TAMP IT IN LIFTS UNTIL IT REACHED THE NEAR SURFACE OF

16:05:40   1   THE ADJACENT GROUND.

16:05:41   2           THEN THE DOZER OPERATOR WOULD PUSH THE REMAINING

16:05:47   3   BACKFILL INTO THE TRENCH AND THEN COMPACT IT BY TRACK-WALKING

16:05:51   4   BACK AND FORTH, BACK AND FORTH MULTIPLE TIMES OVER THE TRENCH.

16:05:54   5   Q.   OKAY.

16:05:55   6           **MS. CLAYMAN:**  AND IF YOU -- IF WE COULD PULL UP

16:05:59   7   PX-3376-0478.

16:06:08   8           IF YOU'D LOOK AT THE TOP PHOTOGRAPH.

16:06:15   9           **MS. DALEY:**  EXHIBIT NUMBER?

16:06:16  10           **MS. CLAYMAN:**  THE CAPTION --

16:06:17  11           **THE COURT:**  WHAT'S THE EXHIBIT NUMBER?  I'M SORRY.

16:06:23  12           **MS. CLAYMAN:**  PX-3376-0478.

16:06:33  13   BY MS. CLAYMAN:

16:06:33  14   Q.   AND THE CAPTION ON THE BOTTOM IS -- SAYS THE DATE IS

16:06:38  15   MAY 14TH, 2001.  AND IT SAYS "SAUCER, MANHOLE REMOVE NORTH OF

16:06:46  16   DRIVEWAY AT NUMBER 86."

16:06:48  17           DO YOU KNOW WHERE NORTH OF DRIVEWAY AT 86 IS LOCATED?

16:06:53  18   A.   YES.  BUILDING 86 WAS JUST SOUTH OF THE MAIN DRIVEWAY IN

16:06:58  19   THE MIDDLE OF SAUCER MARINE.

16:07:01  20   Q.   WERE YOU EVER ON SITE WHEN MANHOLES WERE BEING EXCAVATED

16:07:05  21   BY WGI?

16:07:05  22   A.   YES.  I OBSERVED THE MANHOLES AND THE SEWER LINE BEING

16:07:10  23   REMOVED.

16:07:10  24   Q.   OKAY.  I'LL REPRESENT TO YOU THAT THERE HAS BEEN TESTIMONY

16:07:13  25   DURING THIS TRIAL THAT THIS TOP PHOTOGRAPH HERE SHOWS AN

16:07:18   1   EXCAVATOR DIGGING DOWN IN THE NEIGHBORHOOD OF 2O FEET BELOW

16:07:26   2   GROUND SURFACE TO EXCAVATE THE MANHOLE SEWER LINE NORTH OF

16:07:30   3   DRIVEWAY AT NUMBER 86.

16:07:32   4        BASED ON YOUR KNOWLEDGE OF THE WORK DONE ON THE SITE

16:07:36   5   AND YOUR PERSONAL OBSERVATIONS AND THIS PHOTOGRAPH, DO YOU

16:07:40   6   THINK THAT'S AN ACCURATE CHARACTERIZATION?

16:07:42   7   **A.**   DID YOU SAY 2O FEET?

16:07:45   8   **Q.**   THE NEIGHBORHOOD OF 2O FEET.

16:07:51   9   **A.**   I WOULD DISAGREE WITH THAT FOR SEVERAL REASONS.

16:07:54  10        THE BOTTOM OF THE EXCAVATION TO REMOVE THE SEWER LIFT

16:07:57  11   STATION IN THE NORTHEAST CORNER, WHICH IS TO THE RIGHT OF WHERE

16:08:01  12   THIS KOMATSU TRACTOR IS CURRENTLY LOCATED, WAS MINUS 19.75 AT

16:08:09  13   THE MAXIMUM.

16:08:14  14        THIS KOMATSU 270 BACKHOE IS -- THE BOOM IS EXTENDED

16:08:22  15   AT AN ANGLE, APPROXIMATELY 40, 45 DEGREES INTO THE TRENCH, AND

16:08:26  16   IT DOES NOT HAVE ENOUGH REACH FOR IT TO BE EXCAVATING 20 FEET

16:08:31  17   DEEP AT THIS POINT.

16:08:32  18   **Q.**   WHAT WOULD YOU ESTIMATE THE APPROXIMATE DEPTH OF THIS

16:08:37  19   EXCAVATION WAS?

16:08:39  20   **A.**   AT THIS LOCATION, ADJACENT TO THE DRIVEWAY ACROSS FROM

16:08:42  21   BUILDING NUMBER 86, IT WAS PROBABLY IN THE NEIGHBORHOOD OF 8 TO

16:08:49  22   10 FEET DEEP.

16:08:57  23        **THE COURT:**  LET ME ASK YOU SOMETHING ABOUT THIS

16:08:59  24   PICTURE.  WHAT'S THE WATER THAT'S --

16:09:01  25        **THE WITNESS:**  EXCUSE ME, YOUR HONOR?

16:09:01   1            **THE COURT:**  THE WATER THAT'S SHOWN ON THE BOTTOM LEFT

16:09:03   2   CORNER OF THE PICTURE?

16:09:05   3            **THE WITNESS:**  RIGHT HERE, YOUR HONOR?

16:09:07   4            **THE COURT:**  YES.

16:09:08   5            **THE WITNESS:**  THIS IS THE SUREKOTE ROAD DRAINAGE

16:09:10   6   DITCH.

16:09:12   7            **THE COURT:**  SO -- AND ABOUT HOW FAR IS THAT STRUCTURE

16:09:14   8   FROM THE DRAINAGE DITCH?

16:09:17   9            **THE WITNESS:**  FROM THE EXCAVATOR TO HERE, THAT'S

16:09:20  10   PROBABLY A GOOD 25 TO 30 FEET.

16:09:24  11            **THE COURT:**  OKAY.  AND HOW FAR IS THE DRAINAGE DITCH

16:09:26  12   TO THE FLOODWALL?

16:09:29  13            **THE WITNESS:**  DRAINAGE DITCH, IT VARIED A LITTLE BIT,

16:09:32  14   BUT IN THE NEIGHBORHOOD OF 50 TO 55 FEET FROM HERE TO THE

16:09:36  15   FLOODWALL.

16:09:36  16            **THE COURT:**  OKAY.  THANK YOU, SIR.

16:09:38  17   **BY MS. CLAYMAN:**

16:09:44  18   **Q.**  I SEE SOME -- THERE'S SOME WOODEN -- IT LOOKS LIKE THERE'S

16:09:48  19   SOME TIMBERS IN THE FOREGROUND OF THIS PHOTOGRAPH NEAR THE

16:09:52  20   KOMATSU EXCAVATOR.  DO YOU SEE THAT?

16:09:54  21   **A.**  I SEE THAT.

16:09:56  22   **Q.**  I'LL REPRESENT TO YOU THAT THERE'S BEEN TESTIMONY DURING

16:09:57  23   THIS TRIAL THAT WGI AND ITS SUBCONTRACTORS USED WOODEN TIMBERS

16:10:02  24   AS SHORING WHEN EXCAVATING UTILITY LINES IN THE EAST BANK

16:10:05  25   INDUSTRIAL AREA.  IS THAT ACCURATE?

16:10:07   1   **A.**   THAT IS NOT ACCURATE.

16:10:11   2   **Q.**   WHY DIDN'T WASHINGTON GROUP USE SHORING TO CONDUCT UTILITY

16:10:16   3   EXCAVATIONS IN THE EBIA?

16:10:18   4   **A.**   IT WAS NOT NECESSARY FOR WASHINGTON GROUP TO SHORE THE

16:10:21   5   TRENCH EXCAVATIONS.  AS STATED EARLIER, THEY WERE 8- TO 12-FOOT

16:10:29   6   DEEP AND HEAVY, THICK CLAY; AND THE TRENCHES STOOD UP ON THEIR

16:10:34   7   OWN FOR THE SHORT TIME THAT THE CONTRACTOR EXCAVATED A SHORT

16:10:38   8   REACH OF TRENCH PER DAY.  AND THEN ONCE THE SEWER LINE WAS

16:10:42   9   REMOVED, IT WAS THE CONTRACTOR'S RESPONSIBILITY TO BACKFILL IT

16:10:46   10  IN LIFTS, BUCKET-TAMP IT, AND REFILL IT BY THE CLOSE OF

16:10:51   11  BUSINESS OF THAT SAME DAY.

16:10:54   12  **Q.**   OKAY.  I'D LIKE TO PUT UP ANOTHER PHOTOGRAPH.  THIS IS

16:10:57   13  PX-3376-0482.

16:11:12   14          THIS IS ALSO DATED MAY 14TH, 2001.  THE CAPTION READS

16:11:16   15  "BACKFILL OF SEWER TRENCH."

16:11:20   16          MR. GUILLORY, IT LOOKS LIKE FROM THIS PHOTOGRAPH THAT

16:11:24   17  THERE IS A BULLDOZER JUST PUSHING A BUNCH OF DEBRIS.  DOES THIS

16:11:31   18  INDICATE THAT DEBRIS WAS BEING PUSHED INTO THE TRENCH OF THE

16:11:37   19  SEWER LINE?

16:11:38   20  **A.**   ABSOLUTELY NOT.  LET ME EXPLAIN.  THAT PREVIOUS PHOTO THAT

16:11:44   21  YOU SAW, THE PREVIOUS EXHIBIT, YOU SAW THE WOODEN TIMBERS THAT

16:11:47   22  WERE BEING EXCAVATED OUT OF THE TRENCH BY WASHINGTON GROUP AND

16:11:52   23  A SUBCONTRACTOR, ENVIROCON, ACTUALLY.

16:11:57   24          WHEN THE ORIGINAL 8-INCH SEWER LINE WAS BUILT IN THE

16:12:01   25  EBIA BY NEW ORLEANS SEWERAGE AND WATER BOARD, THE LARGE OAK

16:12:06   1   PLANKS AND TIMBERS WERE LEFT IN PLACE FROM THE ORIGINAL

16:12:12   2   CONSTRUCTION, LEFT IN PLACE UNDERGROUND AND THEN BACKFILLED

16:12:16   3   OVER WITH SOIL.  AND THAT'S WHY YOU SAW THE PILES OF TIMBER ON

16:12:24   4   EITHER SIDE OF THE TRENCH AS THE OPERATOR WAS EXCAVATING.

16:12:28   5            THIS CAUSED SOME PROBLEMS FOR WASHINGTON GROUP

16:12:30   6   BECAUSE AS THOSE TIMBERS AND SOIL COMBINATION WAS EXCAVATED OUT

16:12:37   7   OF THE TRENCH, THE EXCAVATOR OPERATOR HAD TO SEGREGATE THE WOOD

16:12:42   8   DEBRIS ON THE SIDE AWAY FROM THE CLEAN CLAY MATERIAL AND PUT IT

16:12:49   9   IN A SEPARATE PILE FOR FUTURE TRANSPORTATION AND DISPOSAL.

16:12:56   10            AT THIS POINT, YOU SEE THE ENVIROCON DOZER OPERATOR

16:13:04   11   PUSHING THE CLEAN CLAY SOIL BACK INTO THE VERY TOP OF THE

16:13:07   12   EXCAVATED TRENCH, AND THEN HE'LL MAKE MULTIPLE PASSES BACK AND

16:13:11   13   FORTH OVER IT TO ACHIEVE COMPACTION.

16:13:15   14   Q.   OKAY.  I WANT TO BRIEFLY DISCUSS UTILITY LINES THAT

16:13:21   15   ACTUALLY TRAVERSED THE FLOODWALL IN THE EAST BANK INDUSTRIAL

16:13:24   16   AREA.

16:13:25   17            FIRST OF ALL, CAN YOU TELL ME APPROXIMATELY HOW MANY

16:13:27   18   UTILITY LINES CROSSED THE NORTH/SOUTH FLOODWALL ALONG SUREKOTE

16:13:32   19   ROAD?

16:13:33   20   A.   APPROXIMATELY SIX TO SEVEN.

16:13:35   21   Q.   AND WHAT KIND OF UTILITY LINES WERE THEY?

16:13:38   22   A.   WATER LINES, GAS LINES, ONE SEWER LINE.  I BELIEVE THOSE

16:13:44   23   ARE THE ONLY TYPES.

16:13:45   24   Q.   WAS WASHINGTON GROUP TASKED WITH REMOVING AND CAPPING

16:13:47   25   THESE UTILITY LINES?

16:13:49   1   **A.**   YES, THEY WERE, AS PART OF THE SCOPE OF THE WORK.

16:13:51   2   **Q.**   OKAY.  I'D LIKE YOU TO LOOK AT JX-846-001.  THIS IS A QAR

16:13:59   3   DATED SEPTEMBER 4TH, 2003, AND IF YOU'LL TURN TO PAGE 9.

16:14:12   4           THIS APPEARS TO BE THE PREPARATORY PHASE MEETING

16:14:14   5   MINUTES FOR A SCOPE OF WORK CALLED "UTILITY REMOVAL."  DO YOU

16:14:18   6   SEE THAT?

16:14:19   7   **A.**   YES, I DO.

16:14:20   8   **Q.**   ARE YOU FAMILIAR WITH THE WORK PLAN FOR UTILITY REMOVAL

16:14:23   9   THAT WAS DISCUSSED DURING THIS PREPARATORY PHASE MEETING?

16:14:30   10  **A.**   YES, I AM.

16:14:31   11  **Q.**   WERE YOU ACTUALLY ON SITE WHEN SOME OF THE UTILITIES

16:14:32   12  REFERENCED DURING THE PREPARATORY MEETING WERE CAPPED AND

16:14:36   13  REMOVED?

16:14:36   14  **A.**   YES, I SAW A FEW OF THEM.

16:14:39   15  **Q.**   WOULD YOU EXPLAIN BRIEFLY FOR THE RECORD HOW THESE

16:14:42   16  UTILITIES WERE GOING TO BE REMOVED?

16:14:45   17  **A.**   OKAY.  AFTER WASHINGTON GROUP IDENTIFIED THE LOCATION OF

16:14:53   18  EACH UTILITY WHERE IT PASSED THROUGH THE JOURDAN AVENUE

16:14:56   19  FLOODWALL, A PAINT MARK WAS PAINTED ON THE FLOODSIDE FACE OF

16:14:59   20  THE WALL, AND A STATION NUMBER WAS PAINTED ON THERE TOO.

16:15:05   21          THEN METHODICALLY, FROM THE SOUTHERN LIMIT OF WORK AT

16:15:11   22  ITT GOING NORTHWARD, WGI ADDRESSED EACH INDIVIDUAL UTILITY

16:15:16   23  REMOVAL AND CAPPING BY EXCAVATING A SHALLOW TRENCH FROM THE

16:15:23   24  FACE OF THE JOURDAN AVENUE FLOODWALL THROUGH THE CLAY MATERIAL,

16:15:30   25  STOCKPILING THAT MATERIAL IMMEDIATELY ON THE SIDE.  AND THE

16:15:35  1  TRENCH EXTENDED TO SUREKOTE ROAD AND LATER UNDER SUREKOTE ROAD

16:15:42  2  AFTER IT WAS REMOVED.

16:15:43  3  **Q.**  OKAY.  AND I JUST VERY BRIEFLY WANT TO LOOK DOWN TO

16:15:49  4  PAGE 10, PARAGRAPH 7.

16:16:02  5       AND IT SAYS HERE THAT AFTER THE LINES HAVE BEEN

16:16:03  6  CAPPED AND PLUGGED AND LINE REMOVED TO SUREKOTE ROAD, THE

16:16:07  7  TRENCH WILL BE BACKFILLED AND BUCKET-COMPACTED IN 1-INCH LIFTS.

16:16:11  8       IS THAT CONSISTENT WITH YOUR RECOLLECTION?

16:16:13  9  **A.**  1-FOOT LIFTS.

16:16:14  10  **Q.**  I'M SORRY.  1-FOOT LIFTS, YES.

16:16:17  11  **A.**  YES, THAT'S WHAT I RECALL.

16:16:19  12  **Q.**  OKAY.  I JUST WANT TO LOOK AT A COUPLE OF PHOTOS.  WE'LL

16:16:29  13  START WITH JX-1338-0018, AND LOOK AT THE BOTTOM PHOTOGRAPH.

16:16:40  14  THIS IS DATED SEPTEMBER 9, 2003, AND THE CAPTION READS "MY

16:16:50  15  TRENCH WHERE LIFT STATION DISCHARGE WAS REMOVED."

16:16:53  16       **THE COURT:**  WAIT.  WHAT CAPTION?  I'M NOT -- I'M NOT

16:16:56  17  SEEING THAT ABOUT AN MY TRENCH.

16:17:07  18       I DON'T SEE THE MY TRENCH.

16:17:10  19       **MS. CLAYMAN:**  OH, YOU KNOW WHAT, I'M SORRY.  IT'S NOT

16:17:13  20  THERE.  IT JUST SAYS -- SORRY.  I'M SKIPPING TO THE NEXT ONE.

16:17:20  21       **THE COURT:**  IT'S THE RIGHT PICTURE, JUST THE WRONG --

16:17:26  22       **MS. CLAYMAN:**  YEAH.  THIS IS -- I APOLOGIZE.

16:17:27  23       **THE COURT:**  NO PROBLEM.

16:17:30  24       **MS. CLAYMAN:**  THIS IS JX-1338 -- IS THAT RIGHT?

16:17:35  25  JX-1338-0018, AND THIS IS DATED SEPTEMBER 4TH, 2003.  AND THE

16:17:42   1   CAPTION SAYS "LIFT STATION DISCHARGE LINE PRIOR TO REMOVAL."

16:17:49   2   **BY MS. CLAYMAN:**

16:17:50   3   **Q.**   CAN YOU TELL ME HOW DEEP UNDER THE SURFACE THE PIPE FOR

16:17:53   4   THE LIFT STATION DISCHARGE REMOVAL WAS NEAR THE FLOODWALL FROM

16:18:00   5   LOOKING AT THIS PHOTO?

16:18:01   6   **A.**   AS YOU CAN SEE IN THE PHOTO, THE TOP OF THE PIPE IS

16:18:05   7   DAYLIGHT, OR AT THE SURFACE OF THE GROUND, AT THIS POINT.

16:18:10   8   **Q.**   OKAY.

16:18:10   9           **MS. CLAYMAN:**  AND IF YOU WOULD PULL UP JX-1339-0005.

16:18:20  10   **BY MS. CLAYMAN:**

16:18:30  11   **Q.**   THIS IS DATED SEPTEMBER 9TH, 2003.  AND THIS PHOTOGRAPH

16:18:35  12   SAYS "MY TRENCH WHERE LIFT STATION DISCHARGE WAS REMOVED."

16:18:41  13           ABOUT HOW DEEP WAS THIS TRENCH NEAR THE FLOODWALL?

16:18:46  14   **A.**   AT THE FACE OF THE FLOODWALL, IT WAS APPROXIMATELY 2 FEET

16:18:51  15   DEEP AT THIS POINT.  AND IT GOES --

16:18:53  16   **Q.**   AND THIS WAS BACKFILLED AS DESCRIBED IN THE PREPARATORY

16:18:56  17   PHASE MEETING MINUTES WE JUST LOOKED AT?

16:18:58  18   **A.**   AND IT GOES A LITTLE BIT DEEPER AS IT PROGRESSES TOWARD

16:19:00  19   THE EASTERN EDGE OF SUREKOTE ROAD.

16:19:03  20           HERE YOU CAN SEE THE CLAY SPOILS THAT WERE REMOVED.

16:19:06  21   AND, YES, THESE CLAY MATERIAL ARE BACKFILLED DIRECTLY IN THE

16:19:11  22   TRENCH AND LIFTS AND BUCKET-TAMPED WITH THE PREPATORY BACKHOE.

16:19:17  23   **Q.**   HOW DEEP DID IT GET AS YOU APPROACH SUREKOTE ROAD?

16:19:20  24   **A.**   AT MOST, IN THIS PARTICULAR INSTANCE, PROBABLY ABOUT

16:19:24  25   4 FEET, JUST ENOUGH TO GO UNDERNEATH SUREKOTE ROAD.

16:19:31   1   **Q.**   DO YOU RECALL WHAT THE DEEPEST TRENCH THAT WGI EXCAVATED

16:19:36   2   EAST OF SUREKOTE ROAD IN ORDER TO REMOVE A UTILITY LINE WAS?

16:19:42   3   **A.**   EACH ONE VARIED A LITTLE BIT IN DEPTH.   THE SHALLOWEST

16:19:47   4   WERE PROBABLY ABOUT 18 INCHES, AND THE DEEPEST MIGHT HAVE BEEN

16:19:50   5   4 TO 6 FEET AT MAX.

16:20:07   6   **Q.**   MR. GUILLORY, I'D LIKE TO SHOW YOU PART OF A DOCUMENT

16:20:10   7   THAT'S BEEN MARKED PX-4747-0005.

16:20:27   8           **MS. CLAYMAN:**   TO BE CLEAR FOR THE RECORD, YOUR HONOR,

16:20:28   9   I'M NOT MOVING THIS FOR -- PLAINTIFFS' PROPOSED SUMMARY EXHIBIT

16:20:31   10   INTO EVIDENCE.   I JUST WANT TO ASK MR. GUILLORY IF HE CAN

16:20:34   11   VERIFY AN ENTRY IN HERE.

16:20:36   12           **THE COURT:**   ALL RIGHT.

16:20:39   13           **MS. CLAYMAN:**   OKAY.

16:20:43   14   **BY MS. CLAYMAN:**

16:20:43   15   **Q.**   MR. GUILLORY, IF YOU'LL LOOK AT THIS SUMMARY TABLE.   IT

16:20:45   16   SAYS "MAJOR WGI EBIA-IHNC EXCAVATION ACTIVITIES SUMMARY TABLE."

16:20:53   17           AND ACROSS THE TOP OF THE PAGE IT SAYS PARCEL TYPE --

16:20:58   18   "PARCEL," THEN "TYPE," THEN ID, AND THEN "MAXIMUM DEPTH."

16:21:04   19           DO YOU SEE THAT?

16:21:04   20   **A.**   YES, I DO.

16:21:05   21   **Q.**   OKAY.   AND THEN IF YOU COULD LOOK FURTHER DOWN ON THE PAGE

16:21:12   22   IN THE FIRST COLUMN, YOU'LL SEE THE WORD "BOLAND MARINE" AS THE

16:21:16   23   PARCEL ID.

16:21:19   24   **A.**   OKAY.   I SEE IT NOW.

16:21:20   25   **Q.**   OKAY.   AND NOW I'D JUST LIKE TO ASK YOU TO TURN THE PAGE

16:21:26   1   TO PAGE 6 AND LOOK AT THE VERY TOP LINE, ALL THE WAY AT THE

16:21:35   2   TOP.  IT SAYS "UTILITY" AND THE NEXT COLUMN SAYS "FIBER OPTIC,"

16:21:40   3   AND THEN IT SAYS "20 FEET."  SO THIS IS IN BOLAND MARINE.

16:21:47   4        CAN YOU TELL ME WHETHER WGI OR ITS SUBCONTRACTORS

16:21:52   5   EVER EXCAVATED A FIBER OPTIC UTILITY OR CABLE LINE ON BOLAND

16:21:57   6   MARINE IN CONNECTION WITH TASK ORDER 26?

16:22:01   7   **A.**   NO, THEY DID NOT, AND I CAN FURTHER EXPLAIN.

16:22:05   8   **Q.**   VERY BRIEFLY, WAS THERE A FIBER OPTIC CABLE LINE ON BOLAND

16:22:10   9   MARINE?

16:22:11  10   **A.**   DURING THE COURSE OF TASK ORDER 26, COX COMMUNICATIONS

16:22:18  11   MOBILIZED ON THE WEST SIDE OF THE IHNC CANAL NEAR LAFARGE

16:22:23  12   CONCRETE AND DIRECTIONALLY DRILLED AND INSTALLED A NEW FIBER

16:22:28  13   OPTIC CABLE THAT TRAVERSED UNDER BOLAND MARINE 20 FEET BELOW

16:22:36  14   GROUND AND DAYLIGHTED, OR SURFACED, TO AN AERIAL POWER POLE

16:22:43  15   RIGHT ADJACENT TO THAT DIAGONAL CHAIN LINK FENCE ADJACENT TO

16:22:49  16   THE ENTRANCE RAMP TO THE EBIA.

16:22:53  17        **THE COURT:**  SO IT WASN'T EXCAVATED?

16:22:55  18        **THE WITNESS:**  NO, YOUR HONOR.  IT WAS A BRAND-NEW

16:22:58  19   FIBER OPTIC CABLE THAT WAS PUT IN BY DIRECTIONALLY DRILLING

16:23:05  20   UNDERGROUND, WHICH IS A STEERABLE OR MICRO-TUNNEL TYPE

16:23:12  21   INSTALLATION, CABLES AND UTILITIES.

16:23:14  22        **THE COURT:**  WHEN WAS THAT PUT IN?  APPROXIMATELY?

16:23:17  23   BEFORE KATRINA?

16:23:18  24        **THE WITNESS:**  OH, ABSOLUTELY BEFORE KATRINA.  DURING

16:23:20  25   THE COURSE OF THE CONTRACT.

16:23:22   1           **THE COURT:**  AND THAT WOULD NOT HAVE AFFECTED THE

16:23:23   2   DREDGING -- WELL, LET ME ASK YOU THIS:  WHY WASN'T IT

16:23:27   3   EXCAVATED?

16:23:29   4           **THE WITNESS:**  BECAUSE IT WAS PLACED DEEP ENOUGH THAT

16:23:32   5   IT WOULD NOT HAVE AFFECTED THE FUTURE BYPASS CHANNELS OR THE

16:23:36   6   EXISTING IHNC NAVIGATION CHANNEL.

16:23:41   7           **THE COURT:**  OKAY.

16:23:56   8   **BY MS. CLAYMAN:**

16:23:56   9   **Q.**  I WANT TO MOVE BRIEFLY TO GRID TRENCHING.  WOULD YOU JUST

16:23:59  10   EXPLAIN BRIEFLY WHAT THE PURPOSE OF THE GRID TRENCHING WAS ON

16:24:01  11   TASK ORDER 26?

16:24:03  12   **A.**  SURE.  GRID TRENCHING WAS ONE OF THE SECOND TASKS TO BE

16:24:08  13   PERFORMED AFTER THE BUILDING DEMOLITION AS COMPLETED.  THE

16:24:11  14   FIRST WAS A GEOPHYSICAL INVESTIGATION AND EXCAVATIONS.  THE

16:24:16  15   SECOND WAS THE GRID TRENCHING.

16:24:18  16           AND THE GOAL OF THE GRID TRENCHING WAS TO EXCAVATE A

16:24:23  17   2-FOOT WIDE BY 5-FOOT DEEP TRENCH ON A GRID SYSTEM ACROSS EACH

16:24:28  18   OF THE SIX INDUSTRIAL SITES.  I BELIEVE THE GRIDS WERE SET UP

16:24:36  19   ON 25-FEET BY 25-FEET TO -- GRID DISTANCES, NORTH, SOUTH, EAST,

16:24:44  20   WEST.  AND THE SUBCONTRACTOR, MCDONALDS CONSTRUCTION COMPANY,

16:24:50  21   SUBCONTRACTOR TO WGI, PERFORMED THE GRID TRENCHING.

16:24:55  22           AND THE GOAL OF THE GRID TRENCHING WAS TO FIND AND

16:24:59  23   LOCATE AND REMOVE ANY UNKNOWN UTILITIES, ELECTRICAL CONDUITS,

16:25:08  24   STEEL DEBRIS, UNDERGROUND STORAGE TANKS, ANY KIND OF

16:25:16  25   OBSTRUCTIONS IN THAT 5-FOOT NEAR-SURFACE ZONE.

16:25:26    1    **Q.**   NOW, HOW WERE THE GRID TRENCHES -- FIRST OF ALL, I MAY

16:25:28    2    HAVE MISSED THIS.  DID YOU SAY HOW DEEP THE GRID TRENCHES WERE?

16:25:32    3    **A.**   THE GRID TRENCHES WERE 2 FEET WIDE BY A MAXIMUM OF 5 FEET

16:25:37    4    BELOW GROUND SURFACE.

16:25:39    5    **Q.**   AND HOW WERE THE GRID TRENCHES BACKFILLED?

16:25:43    6    **A.**   AGAIN, THE GRID TRENCHES WERE BACKFILLED BY THE

16:25:49    7    SUBCONTRACTOR'S BACKHOE, BUCKET-TAMPED AND LIFTS, AND THEN THE

16:25:56    8    REMAINING SPOILS THAT WERE ON THE SIDE WERE PUSHED IN BY A D5

16:26:01    9    DOZER AND TRACK-WALKED REPEATEDLY OVER THE TRENCHES.

16:26:13   10             **MS. CLAYMAN:**  CAN I BRIEFLY PULL UP PX-3393-176?

16:26:24   11    **BY MS. CLAYMAN:**

16:26:25   12    **Q.**   IF YOU LOOK AT THE TOP PHOTOGRAPH, THIS CAPTION ON THE TOP

16:26:30   13    PHOTOGRAPH SAYS "SAUCER BACKFILLING GRID TRENCHES."

16:26:40   14             CAN YOU EXPLAIN WHAT'S BEING SHOWN IN THIS

16:26:43   15    PHOTOGRAPH?

16:26:44   16    **A.**   SURE.  THE TOP PHOTOGRAPH SHOWS THE MCDONALD CONSTRUCTION

16:26:48   17    OPERATOR USING A -- THIS IS ACTUALLY A JOHN DEERE 450 DOZER OR

16:26:53   18    SOMETHING LIKE THAT, AND HE IS PUSHING THE MATERIAL BACK INTO

16:26:58   19    THE TRENCH, GRADING THE TOP OF THE FORMER TRENCH AND

16:27:04   20    TRACK-WALKING THE DOZER BACK AND FORTH TO ACHIEVE COMPACTION.

16:27:08   21    **Q.**   OKAY.  AND WERE ANY OF THE GRID TRENCHES LEFT OPEN FOR A

16:27:22   22    PERIOD OF TIME PRIOR TO BACKFILLING?

16:27:24   23    **A.**   NO, THEY WERE NOT.  IT WAS A REQUIREMENT OF WASHINGTON

16:27:25   24    GROUP'S QUALITY CONTROL STAFF ON MCDONALD CONSTRUCTION TO ONLY

16:27:28   25    EXCAVATE THE AMOUNT OF TRENCHES PER DAY THAT ITS FIELD STAFF

16:27:34   1   COULD BACKFILL AND COMPACT AT THE CLOSE OF BUSINESS OF EACH

16:27:38   2   WORK DAY.

16:27:39   3   **Q.**   WHAT WAS THE PURPOSE OF THAT?

16:27:41   4   **A.**   AGAIN, SIMILAR TO ALL THE OTHER TESTIMONY I GAVE, THE

16:27:44   5   REASON WAS FOR SAFETY, SO EQUIPMENT AND PERSONNEL WOULD NOT

16:27:49   6   FALL INTO THE TRENCH AND NOT TO CAPTURE ADDITIONAL RAINWATER

16:27:54   7   THAT COULD BECOME CONTAMINATED.

16:28:02   8   **Q.**   OKAY.  I WANT TO LOOK BRIEFLY AT JX-00406-0001 -- I'M

16:28:15   9   SORRY, JX-406.

16:28:19   10             **MR. TREEBY:**  HE'S HAVING A PROBLEM.

16:28:21   11             **MS. CLAYMAN:**  OKAY.  YOUR HONOR, COULD WE TAKE A

16:28:23   12   BRIEF BREAK?

16:28:23   13             **THE COURT:**  YES, YOU MAY.  BUT I'M JUST GUESSING --

16:28:27   14   HOW MUCH LONGER DO YOU HAVE ON DIRECT?

16:28:29   15             **MS. CLAYMAN:**  I THINK LESS THAN AN HOUR.

16:28:30   16             **THE COURT:**  OKAY.  WE MAY -- WE'LL SEE -- WE'LL TRY

16:28:34   17   TO MAKE IT TO 5:30, BUT WE'RE GOING TO SHUT IT DOWN THEN,

16:28:40   18   WHEREVER WE ARE.  OKAY.

16:28:44   19             **THE DEPUTY CLERK:**  ALL RISE.

16:28:45   20             (WHEREUPON, THE COURT TOOK A RECESS.)

16:41:37   21             **THE DEPUTY CLERK:**  ALL RISE.  COURT'S IN SESSION.

16:41:39   22   PLEASE BE SEATED.

16:41:41   23             **THE COURT:**  BEFORE I FORGET, I WANTED TO SAY SOME

16:41:44   24   THINGS AT THE END OF THE TRIAL -- OR ASK SOME THINGS -- I

16:41:46   25   WANTED TO DO IT BECAUSE IN THE END -- EXCUSE ME, AT THE END OF

16:41:49   1   THE DAY.  EXCUSE ME.

16:41:52   2                    WE'RE PROBABLY ALL GOING TO BE IN A HURRY TO

16:41:57   3   SCURRY OUT OF HERE AND I MIGHT FORGET.  SO THE THINGS THAT I

16:41:59   4   HAD -- I THOUGHT I WROTE IT DOWN -- IT WILL JUST BE REAL QUICK,

16:42:05   5   IF I CAN FIND MY SHEET.  OH, HERE IT IS.

16:42:10   6                    LET ME GIVE YOU THE TIME ESTIMATES AS OF --

16:42:13   7   EXCUSE ME, THE TIME CONSUMED AS OF MONDAY.  I'LL DO IT REAL

16:42:18   8   QUICK.  30 HOURS AND 8 MINUTES FOR THE PLAINTIFFS, 28 HOURS AND

16:42:25   9   57 MINUTES FOR THE DEFENDANTS, AND THAT'S AS OF MONDAY.

16:42:32   10                   LET'S NOT FORGET AT SOME POINT, HOPEFULLY SOON,

16:42:38   11   WE WILL RESOLVE THE CATEGORY 2 EXHIBITS, THE SUMMARY EVIDENCE

16:42:43   12   EXHIBITS OFFERED BY THE PLAINTIFFS AND THE GOVERNMENT'S

16:42:46   13   DEMONSTRATIVE WITH DR. MARR.  JUST KNOW THAT THOSE ARE ON HOLD

16:42:50   14   RIGHT NOW AND THERE MAY BE SOME OTHER THINGS.

16:42:55   15                   THEN FURTHER, I'LL ASK JUST FOR -- AS WE'RE

16:42:59   16   PROCEEDING NOW, WITHOUT HOLDING YOU TO IT, WHAT'S THE BEST

16:43:07   17   ESTIMATE AS TO WHEN WE WOULD COMPLETE THE TRIAL, ASSUMING

16:43:11   18   THERE'S NO REBUTTAL?

16:43:13   19                   I'M NOT GOING TO HOLD YOU TO IT.  I'M JUST --

16:43:15   20        MR. TREEBY:  YEAH.  I'M THINKING THE END OF TUESDAY

16:43:17   21   TO THE END OF WEDNESDAY IS WHERE WE ARE.

16:43:20   22        THE COURT:  THAT'S WHAT I'M THINKING, TOO, AND THAT'S

16:43:23   23   FINE.

16:43:23   24                   OKAY.  YOU, TOO, MR. SMITH?

16:43:25   25        MR. SMITH:  THAT'S THE SCHEDULE THAT WE'RE ON RIGHT

16:43:26    1    NOW.

16:43:27    2            **THE COURT:**  OKAY.  THAT MAKES SENSE.  OKAY.

16:43:29    3            **MR. TREEBY:**  IF YOUR HONOR PLEASE, WHILE WE'RE ON THE

16:43:32    4    SUBJECT, YOU BROUGHT SOMETHING -- AND WE WANT TO BE PREPARED IF

16:43:36    5    THIS IS THE CASE.

16:43:37    6            YOU MENTIONED JUST IN PASSING, I DON'T KNOW, A

16:43:39    7    FEW DAYS AGO.  I'VE BEEN -- WELL, I WON'T SAY WHAT -- THE

16:43:44    8    CONVERSATIONS I'VE BEEN HAVING.  BUT YOU SAID SOMETHING ABOUT

16:43:48    9    MAYBE HAVING CLOSING ARGUMENTS.

16:43:50   10            BEFORE, YOU HAD INDICATED YOU JUST WANTED

16:43:52   11    BRIEFING.  IF YOU WANT CLOSING ARGUMENTS, WE WANT TO BE

16:43:56   12    PREPARED.

16:43:56   13            **THE COURT:**  I THINK THE BRIEFING IS GOING TO BE FINE.

16:43:59   14    YOU KNOW, BUT CAN I MAKE THAT FINAL -- CAN I TELL YOU LIKE AT

16:44:02   15    THE END OF THIS WEEK?  WOULD THAT BE OKAY?

16:44:07   16            **MR. TREEBY:**  SURE.  SURE.

16:44:07   17            **THE COURT:**  OKAY.  THERE ARE THINGS THAT ARE KIND

16:44:07   18    OF -- LET ME SAY, I SURE HAVE NOT COME TO ANY CONCLUSION IN

16:44:11   19    THIS TRIAL, BUT THERE'S SOME THINGS THAT I WAS THINKING ABOUT

16:44:14   20    THAT HAVE CRYSTALIZED A LITTLE BIT THAT CAN BETTER BE DONE IN

16:44:18   21    BRIEFING PROBABLY SO.  I PROBABLY WON'T REQUIRE IT, BUT I WILL

16:44:21   22    LET YOU KNOW FRIDAY.  IS THAT FAIR ENOUGH?

16:44:23   23            **MR. TREEBY:**  THANK YOU, YOUR HONOR.

16:44:23   24            **THE COURT:**  ALL RIGHT.  BUT THANK YOU FOR REMINDING

16:44:26   25    ME OF THAT BECAUSE IT HAD SLIPPED MY MIND AS WELL.  THANK YOU.

16:44:29   1                      OKAY.  COUNSEL, SORRY FOR THE INTERRUPTION.  AND

16:44:32   2   WE'LL LET YOU PROCEED, HOPEFULLY, TO THE END OF YOUR DIRECT.

16:44:37   3              **MS. CLAYMAN:**  THANK YOU.

16:44:37   4   BY MS. CLAYMAN:

16:44:39   5   **Q.**   OKAY.  I'M GOING TO ASK FOR YOU TO LOOK AT JX-00406-0001.

16:44:57   6   AND THIS IS A QAR DATED DECEMBER 18TH, 2001.

16:45:04   7              **MS. CLAYMAN:**  AND IF YOU COULD TURN TO PAGE 4 AND

16:45:07   8   HIGHLIGHT THE PARAGRAPH IN THE MIDDLE OF THE PAGE THAT SAYS

16:45:11   9   "MCDONALDS."

16:45:15  10   BY MS. CLAYMAN:

16:45:16  11   **Q.**   IT SAYS:  "OBSERVED SUBCONTRACTOR LAYING OUT 25 FEET

16:45:20  12   (NORTH AND SOUTH) GRIDS ON THE EAST SIDE OF THE MOUND AT SAUCER

16:45:25  13   MARINE.  GRID TRENCHES (5) -- OR GRID TRENCHED (5) TRENCHES AT

16:45:33  14   340 FEET, TOTALING 1700 LINEAR FEET.  TRENCHES WERE MEASURED,

16:45:39  15   ALL EXCEEDED 5 FEET IN DEPTH AS REQUIRED.  MINIMAL AMOUNTS

16:45:46  16   OF SUBSURFACE OBSTRUCTIONS WERE ENCOUNTERED DURING GRID

16:45:52  17   TRENCHING."

16:45:53  18              MR. GUILLORY, DOES THIS -- DOES THIS QAR INDICATE

16:45:56  19   THAT ALL THE GRID TRENCHES ON THIS DAY ACTUALLY EXCEEDED 5 FEET

16:46:01  20   IN DEPTH?

16:46:02  21   **A.**   NO, IT DOES NOT.  WHAT IT INDICATES TO ME IS THAT MS. SARA

16:46:07  22   ALVEY, WASHINGTON GROUP'S QUALITY CONTROL MANAGER WHO SIGNED

16:46:13  23   THE CQC REPORT ON PAGE 0005, WHAT SHE'S INDICATED TO ME HERE IS

16:46:19  24   THAT SHE IS PERFORMING HER QUALITY CONTROL CHECKS ON

16:46:23  25   SUBCONTRACTOR MCDONALDS CONSTRUCTION TO ENSURE THAT HE IS

16:46:31  1  EXCAVATING THE 5-FOOT REQUIRED UNDER HIS SUBCONTRACT.

16:46:35  2           **THE COURT:**  THIS IS YOUR INTERPRETATION.  THIS WAS

16:46:37  3  NOT PREPARED BY YOU, THOUGH, RIGHT, SIR?

16:46:40  4           **THE WITNESS:**  CORRECT, YOUR HONOR.  THIS IS WHAT --

16:46:41  5           **THE COURT:**  IT'S YOUR INTERPRETATION OF -- I ASSUME

16:46:44  6  THE WORD "EXCEEDED" THEN -- DO YOU HAVE ANY UNDERSTANDING OF

16:46:48  7  HAVING SEEN A LOT OF THESE WHAT THE WORD "EXCEEDED" MEANS?

16:46:52  8           **THE WITNESS:**  I BELIEVE SHE'S JUST VERIFYING THAT THE

16:46:56  9  TRENCH WAS 5 FEET DEEP.

16:46:58  10          **THE COURT:**  I'LL LEAVE YOU TO THE TENDER MERCIES OF

16:47:02  11 CROSS-EXAMINATION.

16:47:04  12 **BY MS. CLAYMAN:**

16:47:04  13 **Q.**   MR. GUILLORY, WOULD YOU TURN TO PAGE 406-0002.  AND IF YOU

16:47:13  14 LOOK AT THE BOTTOM PARAGRAPH IT SAYS:  "FOLLOW-UP - GRID

16:47:19  15 TRENCHING."

16:47:20  16          DO YOU KNOW WHO WROTE THIS DESCRIPTION ON PAGE 2?

16:47:28  17 **A.**   OKAY.  THIS WAS PREPARED BY GOVERNMENT QUALITY ASSURANCE

16:47:32  18 INSPECTOR ALVIN CLOUATRE.

16:47:37  19 **Q.**   AND AT THE BOTTOM OF THE PAGE, THERE'S A DATE OF

16:47:39  20 DECEMBER 2001.  AND THEN NEXT TO IT THERE'S SUPERVISOR'S

16:47:43  21 INITIALS.  DO YOU KNOW WHOSE INITIALS THOSE ARE?

16:47:46  22 **A.**   YES.  THE JAM REPRESENTS THE SENIOR PROJECT ENGINEER, JIM

16:47:52  23 MONTEGUT.

16:47:57  24 **Q.**   AND MR. MONTEGUT AND MR. CLOUATRE REPORTED TO YOU ON THIS

16:48:03  25 PROJECT?

16:48:03  1  **A.**  YES.  THEY WERE MY FIELD STAFF.

16:48:05  2  **Q.**  OKAY.  LOOKING AT THIS PARAGRAPH ON GRID TRENCHING, IT

16:48:08  3  SAYS, THE SECOND LINE:

16:48:09  4       "ASSURED EXCAVATOR IS EXCAVATING NORTH-SOUTH TRENCHES

16:48:14  5  2 FEET WIDE AND 5 FEET DEEP.  ASSURED OBSTRUCTIONS WERE

16:48:18  6  IDENTIFIED, MARKED, AND RECORDED BY QC MANAGER.  VERIFIED

16:48:23  7  OBSTRUCTIONS CONSISTED OF TIMBERS, TRASH, CABLES, PVC PIPE WERE

16:48:29  8  MOSTLY LOCATED IN TRENCH CLOSEST TO MOUND AS SHOWN ON MAP

16:48:33  9  ATTACHED TO CQC REPORT.  ASSURED TRENCHES WERE MEASURED UPON

16:48:38  10  COMPLETION OF EXCAVATION.  NO DEFICIENCIES OBSERVED."

16:48:46  11       HOW DID MR. CLOUATRE COME UP WITH THIS DESCRIPTION?

16:48:52  12  WAS HE ACTUALLY OUT ON THE FIELD?

16:48:54  13  **A.**  YES, HE WAS THERE DAILY.

16:48:56  14  **Q.**  OKAY.  AND HE SAID THAT -- HE SAYS HERE THAT THE

16:48:59  15  OBSTRUCTIONS ARE MARKED ON AN ATTACHED MAP TO THE QC -- CQC

16:49:09  16  REPORT.  WOULD YOU PLEASE TURN TO PAGE 10 IN THIS DOCUMENT?

15:23:36  17  **A.**  (WITNESS COMPLIES.)

16:49:30  18  **Q.**  DO YOU KNOW WHO CREATED THIS MAP IN THIS QC REPORT?

16:49:33  19  **A.**  SURE.  THE INITIALS BCC ON IT INDICATES THAT IS WASHINGTON

16:49:37  20  GROUP'S FIELD COORDINATOR, MS. BRENDA CASEY.

16:49:42  21  **Q.**  MR. GUILLORY, DID YOU REVIEW QARS THAT WERE SUBMITTED BY

16:49:46  22  WASHINGTON GROUP?

16:49:48  23  **A.**  YES, I READ EVERY ONE DAILY.

16:49:51  24  **Q.**  OKAY.  THIS MAP IS DATED 12/18/2001 AND IT SAYS:  "GRID

16:50:02  25  TRENCHING NORTH/SOUTH."

16:50:04    1              CAN YOU PLEASE DESCRIBE FOR THE RECORD WHERE THE GRID

16:50:06    2    TRENCHES THAT WERE DUG THIS DAY ARE SHOWN ON THE MAP?

16:50:12    3    **A.**   SURE.  USING THE POINTER, THIS DOUBLE LINE THAT YOU SEE

16:50:15    4    RIGHT HERE AND THE DOUBLE BLACK LINES ARE -- INDICATE SUREKOTE

16:50:20    5    ROAD.  JUST WEST OF SUREKOTE ROAD IS THE ON-SITE DRAINAGE

16:50:25    6    DITCH.  THESE FIVE GRID TRENCHES STARTED AT THE DRIVEWAY IN THE

16:50:33    7    MIDDLE OF SAUCER MARINE AND EXTENDED NORTH TO SOUTH, SOUTH TO

16:50:40    8    NORTH.  AND I BELIEVE THESE WERE APPROXIMATELY 12 1/2 FEET

16:50:47    9    APART AT THIS LOCATION.

16:50:50   10              THIS IS THE SAUCER MOUNDS, MIXED-WASTE MOUNDS IN THE

16:50:54   11    MIDDLE OF SAUCER MARINE.  AND THERE'S A NORTH/SOUTH PORTION

16:50:57   12    THAT GOES THIS WAY ALSO.  SO IT'S BETWEEN THE TOE OF THE SAUCER

16:51:01   13    MOUND AND THE DRAINAGE DITCH JUST WEST OF SUREKOTE ROAD.

16:51:07   14    **Q.**   OKAY.  SO HOW CLOSE TO THE FLOODWALL WAS THE NEAREST GRID

16:51:16   15    TRENCH?

16:51:16   16    **A.**   THE VERY FIRST TRENCH IS PROBABLY 60 TO 75 FEET AWAY FROM

16:51:22   17    THE FLOODWALL.

16:51:25   18              **THE COURT:**  FORGIVE ME IF YOU'VE DONE THIS.  DO YOU

16:51:27   19    HAVE THE -- I KNOW YOU DID IT, I JUST DON'T SEE IT.  DO YOU

16:51:30   20    HAVE THE EXHIBIT NUMBER?

16:51:32   21              **MS. CLAYMAN:**  SURE.  IT IS JX-406, AND I'M ON

16:51:42   22    PAGE 10.

16:51:44   23              **THE COURT:**  THANK YOU, COUNSEL.  I'M SORRY IF I

16:51:46   24    MISSED IT.

16:51:47   25              GO AHEAD.  NOW I HAVE IT.  THANK YOU.

16:51:53   1   BY MS. CLAYMAN:

16:51:53   2   Q.   OKAY.  AND, MR. GUILLORY, LOOKING -- ACTUALLY, I'M GOING

16:51:56   3   TO REPRESENT TO YOU THAT THERE HAS BEEN TESTIMONY DURING THIS

16:51:59   4   TRIAL THAT THIS PARTICULAR QAR SUPPORTS AN INFERENCE THAT

16:52:03   5   ALTHOUGH SPECIFIED AT 5 FEET, THERE ACTUALLY WERE GRID TRENCHES

16:52:08   6   THAT EXCEEDED 5 FEET IN THE AREA SHOWN HERE IMMEDIATELY WEST OF

16:52:12   7   SUREKOTE ROAD AT SAUCER MARINE.

16:52:15   8        DO YOU AGREE WITH THAT CHARACTERIZATION?

16:52:17   9   A.   I WOULD DISAGREE WITH THAT.

16:52:19   10   Q.   AND WHY IS THAT?

16:52:26   11   A.   SEVERAL REASONS.  THE SCOPE OF WORK TASKED WITH WASHINGTON

16:52:29   12   GROUP WAS ONLY 2 FEET WIDE BY 5 FEET DEEP.  THE SUBCONTRACT

16:52:33   13   ISSUED TO MCDONALDS CONSTRUCTION BY WASHINGTON GROUP WAS 2 FEET

16:52:39   14   WIDE BY 5-FOOT DEEP.

16:52:42   15        THERE WOULD BE NO INCENTIVE FOR A SUBCONTRACTOR TO

16:52:45   16   EXCEED 5 FEET.  IT WOULD COST HIM MONEY IF HE WENT 5 1/2 OR

16:52:49   17   6 FEET.

16:52:51   18   Q.   MR. GUILLORY, WHAT IF THERE WERE OBSTRUCTIONS -- WELL,

16:52:56   19   FIRST OF ALL, CAN YOU TELL WHAT THE DEPTHS OF ANY OBSTRUCTIONS

16:53:01   20   THAT WERE FOUND ON THIS DAY WERE BASED ON LOOKING AT THIS MAP?

16:53:06   21   A.   SURE.  MS. CASEY INDICATED WITH THE NOTATIONS ON THIS MAP

16:53:09   22   WHAT TYPE OF OBSTRUCTIONS WERE FOUND AND AT WHAT DEPTH BELOW

16:53:14   23   GROUND THEY WERE FOUND.

16:53:14   24   Q.   AND ARE ANY OF THESE OBSTRUCTIONS -- I SEE HERE STARTING

16:53:19   25   AT THE SOUTH END, IT LOOKS LIKE THERE'S A CABLE FOUND AT

| | | |
|---|---|---|
| 16:53:23 | 1 | 1 FOOT, WIRE AND TRASH AT 1 TO 2 FEET. |
| 16:53:30 | 2 | **THE COURT:**  CAN YOU SHOW ME -- |
| 16:53:32 | 3 | **BY MS. CLAYMAN:** |
| 16:53:32 | 4 | **Q.**   METAL DEBRIS AT THE SURFACE. |
| 16:53:34 | 5 | **THE COURT:**  CAN YOU SHOW ME WHERE THAT IS, COUNSEL? |
| 16:53:38 | 6 | I LOOKED AWAY AND I APOLOGIZE. |
| 16:53:40 | 7 | **MS. CLAYMAN:**  YEAH, IT'S THE HANDWRITTEN NOTES. |
| 16:53:42 | 8 | **THE COURT:**  OKAY.  I SEE THAT UP AT THE TOP -- WAIT. |
| 16:53:44 | 9 | WHICH HANDWRITTEN NOTES?  I SEE SEVERAL.  WILL YOU POINT THEM |
| 16:53:49 | 10 | TO ME?  WILL YOU GO AHEAD IF YOU HAVE A POINTER -- |
| 16:53:52 | 11 | **MS. CLAYMAN:**  I DON'T.  MR. GUILLORY HAS THE POINTER. |
| 16:53:55 | 12 | **THE COURT:**  OKAY.  SOMEBODY'S HELPING ME. |
| 16:53:57 | 13 | **MS. CLAYMAN:**  YEAH. |
| 16:53:58 | 14 | **THE COURT:**  I SEE, NOW, 1- TO 2-FOOT.  I SEE IT IN -- |
| 16:54:02 | 15 | OKAY.  IT'S KIND OF OBSCURED BY THE ASSORTED WASTE PILE. |
| 16:54:13 | 16 | ARE THOSE THE DEPTHS I'M SEEING, 1 TO 2 FEET, |
| 16:54:17 | 17 | 1.5 FEET, 1.5 FEET? |
| 16:54:20 | 18 | **MS. CLAYMAN:**  YEAH. |
| 16:54:20 | 19 | **THE COURT:**  OKAY.  ALL RIGHT. |
| 16:54:21 | 20 | **MS. CLAYMAN:**  AND I BELIEVE AT THE VERY NORTH END, |
| 16:54:25 | 21 | YOU SEE 1 1/2 -- I DIDN'T REALIZE I TOUCHED IT HERE.  1 1/2 -- |
| 16:54:28 | 22 | **THE COURT:**  ON THE CABLE.  I SEE IT ON THE NORTH END. |
| 16:54:32 | 23 | OKAY.  I GOTCHA. |
| 16:54:33 | 24 | **MS. CLAYMAN:**  RIGHT. |
| | 25 | |

16:54:34  1   **BY MS. CLAYMAN:**

16:54:34  2   **Q.**   AND I BELIEVE THERE'S 6-BY-6 TIMBERS AT 5 FEET DEEP; IS

16:54:38  3   THAT RIGHT?

16:54:39  4   **A.**   THAT'S CORRECT.

16:54:39  5   **Q.**   ARE ANY OF THESE OBSTRUCTIONS THAT YOU SEE HERE MARKED BY

16:54:45  6   MS. CASEY DEEPER THAN 5 FEET?

16:54:47  7   **A.**   NO.   THESE ARE ALL SHALLOW OBSTRUCTIONS.

16:54:57  8   **Q.**   GENERALLY, IN YOUR EXPERIENCE, WHEN YOU GOT CLOSER TO

16:55:01  9   SUREKOTE ROAD, WERE THERE OBSTRUCTIONS THAT WERE DEEPER THAN

16:55:04  10  5 FEET?

16:55:05  11  **A.**   NO.   THE CLOSER THE TRANSECT CAME TO SUREKOTE ROAD, THERE

16:55:09  12  WAS LESS OBSTRUCTIONS AND LESS DEPTH.

16:55:13  13  **Q.**   NOW, MR. GUILLORY, YOU'RE NOT SUGGESTING, RIGHT, THAT

16:55:16  14  THERE WERE NEVER OBSTRUCTIONS THAT WENT BELOW 5 FEET THAT WERE

16:55:20  15  DISCOVERED DURING GRID TRENCHING?

16:55:22  16  **A.**   ABSOLUTELY NOT.   THERE WERE A FEW INSTANCES WHERE

16:55:26  17  OBSTRUCTIONS WERE FOUND AND NOTED AT DEEPER THAN 5 FEET OR

16:55:29  18  STARTED ABOVE 5 FEET AND WENT DEEPER.   HOWEVER, THE

16:55:33  19  SUBCONTRACTOR WOULD MERELY -- MS. CASEY WOULD NOTE THAT ON THE

16:55:44  20  CQC DRAWINGS.   THE TRENCH WOULD BE BACKFILLED, A CREWMAN FLAG

16:55:50  21  OR A SURVEY FLAG WOULD BE PLACED WHERE THAT DEEPER OBSTRUCTION

16:55:53  22  WAS, AND A HANDHELD GPS WOULD BE USED TO TAKE THE COORDINATES

16:55:58  23  OF THE LOCATION THAT OBSTRUCTION.

16:56:00  24          AND THEN LATER ON THE SUBCONTRACTOR WOULD COME BACK

16:56:03  25  ANOTHER DAY AND PERFORM AN EXCAVATION TO REMOVE THAT DEEPER

16:56:05    1   OBSTRUCTION.

16:56:15    2          **THE COURT:**  SIR, DO YOU KNOW -- IF YOU KNOW, TO YOUR

16:56:16    3   KNOWLEDGE, IF ALL THE NOTES ON HERE RELATE ONLY TO THE -- THE

16:56:20    4   HANDWRITTEN NOTES -- TO THE GRID TRENCHING THAT'S DEPICTED ON

16:56:23    5   THIS DIAGRAM.  IS THAT YOUR UNDERSTANDING?

16:56:25    6          **THE WITNESS:**  THAT'S CORRECT, YOUR HONOR.

16:56:30    7          **THE COURT:**  THE THING THAT SAYS "LOOSE" -- IT LOOKS

16:56:33    8   LIKE "TIMBERS FROM SEWER EXCAVATION," IS THAT PART OF GRID

16:56:39    9   TRENCHING OR IS THAT SOMEWHERE ELSE?

16:56:43   10          DO YOU SEE WHAT I'M TALKING ABOUT?  IT'S RIGHT

16:56:45   11   ABOVE THE SAUCER MARINE, AND SOMEBODY'S NICELY HIGHLIGHTED IT.

16:56:51   12          **THE WITNESS:**  YES, YOUR HONOR, I SEE THAT.  WHAT THAT

16:56:53   13   INDICATES TO ME IS THAT THOSE WERE LOOSE TIMBERS THAT I

16:56:56   14   DISCUSSED EARLIER THAT WERE REMOVED DURING THE SEWER TRENCH

16:56:58   15   EXCAVATION AND STOCKPILED ON THE SIDE.

16:57:00   16          **THE COURT:**  OKAY.  THAT'S NOT PART OF THE GRID

16:57:04   17   TRENCHING, THEN?

16:57:06   18          **THE WITNESS:**  NO, YOUR HONOR.

16:57:08   19          **THE COURT:**  ALL RIGHT.  THAT MAKES SENSE.

16:57:08   20          THANK YOU.

16:57:10   21   **BY MS. CLAYMAN:**

16:57:10   22   **Q.**   OKAY.  I'D LIKE TO LOOK AT ANOTHER QAR.  THIS ONE IS

16:57:15   23   JX-506-0001.  IT'S DATED APRIL 25TH, 2002.  AND IF YOU COULD

16:57:30   24   TURN TO PAGE 0004.

16:57:35   25          **MS. CLAYMAN:**  IF WE COULD HIGHLIGHT THE MIDDLE OF THE

| | | |
|---|---|---|
| 16:57:37 | 1 | PAGE WHERE IT SAYS "MCDONALDS." |
| 16:57:41 | 2 | **BY MS. CLAYMAN:** |
| 16:57:41 | 3 | **Q.**   THIS SAYS, STARTING AT THE END OF THE FIRST LINE:  "GRID |
| 16:57:51 | 4 | TRENCHES WERE MEASURED AT 5 FEET DEEP.  OBSTRUCTIONS FOUND |
| 16:57:56 | 5 | DURING GRID TRENCHING WERE MARKED WITH PIN FLAGS AND THE TRENCH |
| 16:57:59 | 6 | WAS BACKFILLED." |
| 16:58:00 | 7 | AND THEN:  "SITE GRADING WAS PERFORMED AFTER |
| 16:58:04 | 8 | BACKFILL.  SEE ATTACHED MAP WITH AOC." |
| 16:58:08 | 9 | AND IS AOC "AREA OF CONCERN"? |
| 16:58:10 | 10 | **A.**   THAT IS CORRECT. |
| 16:58:11 | 11 | **Q.**   OKAY.  AND IF YOU COULD GO DOWN TO THE PARAGRAPH BELOW |
| 16:58:15 | 12 | THAT, THERE'S A REFERENCE TO COASTAL ENVIRONMENTAL.  WHO IS -- |
| 16:58:21 | 13 | **MS. CLAYMAN:**  AND IF YOU COULD HIGHLIGHT THAT |
| 16:58:23 | 14 | PARAGRAPH. |
| 16:58:23 | 15 | **BY MS. CLAYMAN:** |
| 16:58:24 | 16 | **Q.**   WHO IS COASTAL ENVIRONMENTAL? |
| 16:58:25 | 17 | **A.**   COASTAL ENVIRONMENTAL IS A SPECIALIZED ENVIRONMENTAL |
| 16:58:29 | 18 | CONTRACT THAT SPECIALIZES IN REMOVING UNDERGROUND STORAGE |
| 16:58:36 | 19 | TANKS. |
| 16:58:37 | 20 | **Q.**   OKAY.  CAN YOU EXPLAIN WHY COASTAL WAS ON THE SITE ON THIS |
| 16:58:42 | 21 | DAY IN APRIL 2002? |
| 16:58:45 | 22 | **A.**   EVIDENTLY, WASHINGTON GROUP AND SUBCONTRACTOR MCDONALDS |
| 16:58:53 | 23 | FOUND THIS UNDERGROUND STORAGE TANK AT BOLAND MARINE ON A PRIOR |
| 16:58:57 | 24 | DATE.  SO ARRANGEMENTS WERE MADE BY WASHINGTON GROUP TO HAVE |
| 16:59:00 | 25 | COASTAL ENVIRONMENTAL MOBILIZE TO THE SITE, OPEN UP, PUMP OUT |

16:59:08    1    THE EXCESS CONTENTS OF THIS UST, CLEAN IT, REMOVE IT FROM THE

16:59:12    2    SITE, AND BACKFILL THE EXCAVATION.

16:59:21    3    **Q.**    IS IT YOUR UNDERSTANDING THAT THIS UST WAS IDENTIFIED

16:59:24    4    DURING GRID TRENCHING?

16:59:26    5    **A.**    YES, IT IS.

16:59:27    6    **Q.**    OKAY.  I'D LIKE YOU TO LOOK AT THE MAP ON PAGE 30.  DO YOU

16:59:40    7    SEE THE GRID TRENCH LINES ALONG THE NORTH END OF BOLAND?

16:59:49    8    **A.**    YES, I DO.

16:59:50    9    **Q.**    I WILL REPRESENT TO YOU THAT THERE WAS TESTIMONY PRESENTED

16:59:52    10    EARLIER IN THIS TRIAL THAT THIS MAP INDICATES THAT GRID

16:59:56    11    TRENCHING WAS HAPPENING IMMEDIATELY ADJACENT TO THE SUREKOTE

16:59:59    12    ROAD OVERPASS ON BOLAND MARINE.

17:00:02    13             BASED ON YOUR FAMILIARITY WITH THE FIELD WORK DONE ON

17:00:05    14    THIS SITE, DO YOU BELIEVE THAT IS AN ACCURATE CHARACTERIZATION?

17:00:10    15    **A.**    NO, EXCEPT FOR ONE SMALL TRENCH RIGHT THERE.

17:00:20    16    **Q.**    MR. GUILLORY, YOU TESTIFIED EARLIER LOOKING AT A

17:00:23    17    DEMONSTRATIVE THAT THERE WAS ACTUALLY A FENCE LINE IN THIS

17:00:29    18    NORTHEAST CORNER OF BOLAND MARINE; IS THAT CORRECT?

17:00:33    19    **A.**    RIGHT.

17:00:34    20    **Q.**    ARE YOU SAYING THAT THIS TRENCH ACTUALLY WENT INSIDE THE

17:00:37    21    FENCE LINE?

17:00:37    22    **A.**    NO, THE FENCE PASSES PARALLEL TO THE RAMP RIGHT -- RIGHT

17:00:44    23    ABOUT THERE.

17:00:47    24    **Q.**    SO IF THE FENCE LINE IS IN THIS AREA, IT COULDN'T BE -- AM

17:00:52    25    I RIGHT THAT THE TRENCH COULDN'T HAVE BEEN IMMEDIATELY ADJACENT

17:00:55   1   TO SUREKOTE ROAD?

17:00:58   2           **MR. SIMS:**  YOUR HONOR, I'M GOING TO OBJECT.  THIS IS

17:00:59   3   LEADING.  I THINK THE WITNESS IS --

17:01:01   4           **THE COURT:**  SUSTAINED.

17:01:01   5   **BY MS. CLAYMAN:**

17:01:02   6   **Q.**  MR. GUILLORY, CAN YOU EXPLAIN WHERE THIS SMALL 50-FOOT

17:01:10   7   TRENCH IS?

17:01:11   8   **A.**  I BELIEVE THAT HERE'S THE SUREKOTE ROAD RAMP COMING UP

17:01:21   9   RIGHT ABOUT THERE.  THE FENCE LINE RUNS PARALLEL KIND OF AT AN

17:01:24  10   ANGLE FROM SOUTHEAST TO NORTHWEST JUST WEST OF THE RAMP.  AND I

17:01:30  11   BELIEVE THAT LITTLE 50-FOOT TRENCH IS INSIDE THE FENCE LINE --

17:01:33  12   I MEAN, WESTWARD OF THE FENCE LINE.

17:01:36  13   **Q.**  OUTSIDE THE FENCE LINES?

17:01:37  14   **A.**  OUTSIDE, WESTWARD.

17:01:40  15   **Q.**  OKAY.  AND LOOKING AT THAT MAP, DO YOU KNOW WHETHER THE

17:01:43  16   UNDERGROUND STORAGE TANK WAS FOUND IN THIS AREA NORTH -- IN

17:01:50  17   THIS NORTH SECTION OF BOLAND MARINE?

17:01:53  18   **A.**  THERE'S NO INDICATION OR CITATION ON THE -- ON THIS MAP BY

17:01:59  19   THE QC TEAM.

17:02:02  20   **Q.**  OKAY.  LET'S GO BACK TO A QAR FROM A FEW DAYS EARLIER.

17:02:15  21   PLEASE TURN TO JX-501 AND LOOK AT PAGE 1.  THIS IS DATED

17:02:23  22   FRIDAY, APRIL 19TH, 2002.  THIS IS A FEW DAYS EARLIER THAN THE

17:02:28  23   QAR WE JUST LOOKED AT.

17:02:33  24           AND IF YOU WOULD TURN TO PAGE 4.  IN THE MIDDLE OF

17:02:38  25   THE PAGE UNDER "MCDONALDS" IT SAYS:  "A UST WAS LOCATED DURING

17:02:43   1   GRID TRENCHING AT APPROXIMATELY E-68 (SEE ATTACHED MAP FOR

17:02:48   2   AOC.)"

17:02:50   3              IS THIS THE -- IS THIS REFERRING TO THE UST THAT WAS

17:02:51   4   BEING REMOVED IN THE LAST EXHIBIT, JX-506?

17:02:56   5              **MR. SIMS:**  OBJECTION, CALLS FOR SPECULATION.

17:02:57   6   **BY MS. CLAYMAN:**

17:02:57   7   **Q.**   DO YOU KNOW?

17:02:58   8              **THE COURT:**  I APOLOGIZE.  I WAS LOOKING AT THE

17:03:01   9   EXHIBIT AND NOT LISTENING ENOUGH TO YOUR QUESTION.  WOULD YOU

17:03:05  10   REPEAT YOUR QUESTION AGAIN, PLEASE?

17:03:07  11              **MS. CLAYMAN:**  SURE.

17:03:07  12   **BY MS. CLAYMAN:**

17:03:08  13   **Q.**   I'M ASKING YOU, MR. GUILLORY, IN THE MIDDLE OF THE PAGE

17:03:15  14   UNDER "MCDONALDS" IT SAYS:  "A UST WAS LOCATED DURING GRID

17:03:20  15   TRENCHING AT APPROXIMATELY E-68."

17:03:23  16              DO YOU KNOW WHETHER THE UST THAT WAS BEING REMOVED

17:03:26  17   AND REFERRED TO IN THE LAST EXHIBIT, JX-506, WHICH WAS DATED A

17:03:33  18   FEW DAYS AFTER THIS DOCUMENT, IS THE SAME UST THAT IS BEING

17:03:37  19   REFERRED TO IN THIS QAR?

17:03:40  20   **A.**   YES, I DO.

17:03:42  21   **Q.**   DO YOU KNOW HOW MANY USTS TOTAL WERE DISCOVERED IN BOLAND

17:03:50  22   MARINE?

17:03:51  23   **A.**   IN BOLAND MARINE, I ONLY RECALL ONE BEING DISCOVERED.

17:03:56  24   **Q.**   IF YOU WOULD TURN TO PAGE 0014.

17:04:11  25              DO YOU SEE ON THE GRID WHERE LOCATION E-68 IS?

| | | |
|---|---|---|
| 17:04:14 | 1 | **A.**   I DO. |
| 17:04:15 | 2 | **Q.**   AND CAN YOU POINT IT OUT WITH -- WITH YOUR MARKER THERE? |
| 17:04:24 | 3 | **A.**   SURE.   IF YOU LOOK AT THE ALPHABETS ON THE LEFT SIDE, A, |
| 17:04:28 | 4 | B, C, D, E, AND GO ACROSS AND WHEREVER IT INTERSECTS WITH 68, |
| 17:04:34 | 5 | THERE'S THAT RECTANGLE RIGHT THERE, THAT INDICATES THE UST. |
| 17:04:41 | 6 | **Q.**   SO HOW FAR AWAY WOULD YOU ESTIMATE, BASED ON THIS MAP, THE |
| 17:04:44 | 7 | UST WAS RELATIVE TO THE FLOODWALL? |
| 17:04:50 | 8 | **A.**   I WOULD ESTIMATE APPROXIMATELY 250 FEET AWAY. |
| 17:04:59 | 9 | **THE COURT:**   AND HOW DO YOU BASE THAT ESTIMATE LOOKING |
| 17:05:01 | 10 | AT THAT?   I'M JUST CURIOUS.   I'M NOT QUESTIONING IT. |
| 17:05:07 | 11 | **THE WITNESS:**   OKAY, YOUR HONOR. |
| 17:05:07 | 12 | **THE COURT:**   I JUST WANT TO UNDERSTAND IT. |
| 17:05:09 | 13 | **THE WITNESS:**   THESE -- THESE GRIDS THAT ARE |
| 17:05:10 | 14 | SUPERIMPOSED OVER THE BOLAND SITE ARE THE RECAPPED EXCAVATION |
| 17:05:17 | 15 | GRIDS.   AND THESE ARE ON A 75-BY-75 GRID.   SO IF YOU COUNT FOUR |
| 17:05:21 | 16 | UP, THAT'S 75, 150 -- ACTUALLY, IT'S FURTHER.   IT'S 300 FEET |
| 17:05:29 | 17 | FROM HERE TO HERE. |
| 17:05:31 | 18 | **THE COURT:**   SO THE GRIDS THERE -- THAT'S WHY I WAS A |
| 17:05:33 | 19 | LITTLE CONFUSED.   THE GRIDS THERE ARE 75 -- THE BLACK LINES |
| 17:05:38 | 20 | SHOWN, TO YOUR UNDERSTANDING, ARE 75 FEET APART? |
| 17:05:43 | 21 | **THE WITNESS:**   YES, YOUR HONOR, 75-BY-75.   FROM THIS |
| 17:05:49 | 22 | POINT TO THAT POINT IS ACTUALLY 100 AND -- I'M SORRY, 300 FEET. |
| 17:05:53 | 23 | AND THEN FROM THIS GRID -- THIS IS THE A GRID, WHICH IS |
| 17:05:58 | 24 | DIRECTLY ADJACENT TO SUREKOTE ROAD, SO IT'S LIKE ANOTHER |
| 17:06:02 | 25 | 15 FEET TO THE FLOODWALL.   SO APPROXIMATELY 315 FEET WOULD BE |

17:06:07   1   MY BEST ESTIMATION.

17:06:18   2              **THE COURT:**  WERE ARE ALL THE GRID TRENCHES 75 FEET

17:06:22   3   APART?

17:06:23   4              **THE WITNESS:**  NO, YOUR HONOR.  THE GRID TRENCHES WERE

17:06:25   5   25-BY-25.

17:06:27   6              **THE COURT:**  THAT'S WHAT I THOUGHT.

17:06:28   7              **THE WITNESS:**  BUT THIS PARTICULAR GRID THAT IS

17:06:29   8   SUPERIMPOSED ON BOLAND MARINE IS THE RECAPPED DRILLING GRID,

17:06:34   9   WHICH IS 75-BY-75.  EACH OF THESE BLACK DOTS THAT ARE INDICATED

17:06:44  10   ON THE GRID RIGHT HERE ARE A BOREHOLE THAT WAS DRILLED UNDER

17:06:50  11   THE RECAP.

17:06:51  12              **THE COURT:**  I SEE.  SO YOU DIDN'T SHOW -- THAT

17:07:01  13   DOESN'T SHOW ALL THE GRID TRENCHES THAT WERE DONE, THEN?

17:07:05  14              **THE WITNESS:**  NO, YOUR HONOR.  JUST THESE HEAVY BLACK

17:07:08  15   LINES THAT RUN NORTH/SOUTH.

17:07:09  16              **THE COURT:**  YEAH, BUT THERE WERE OTHER -- OTHER GRID

17:07:11  17   TRENCHES THAT WOULD HAVE OCCURRED, THEN, CLOSER, BUT THEY'RE

17:07:13  18   NOT SHOWN ON THE MAP?  IS THAT --

17:07:17  19              **THE WITNESS:**  CORRECT.  THIS IS JUST THE DAILY

17:07:19  20   TRENCHES SHOWN.

17:07:20  21              **THE COURT:**  GOTCHA.  OKAY.  THANK YOU.

17:07:28  22   **BY MS. CLAYMAN:**

17:07:28  23   **Q.**   WERE ALL THE GRID TRENCHES PERFORMED ON TASK ORDER 26 BY

17:07:33  24   WGI AND ITS SUBCONTRACTOR BACKFILLED AND COMPACTED TO THE

17:07:37  25   CORPS' SATISFACTION?

17:07:39   1   **A.**   YES, THEY WERE.

17:07:40   2   **Q.**   WHERE WOULD WE FIND WRITTEN CONFIRMATION OF THE APPROVAL

17:07:44   3   AND ACCEPTANCE OF THE BACKFILL AND COMPACTION OF THE GRID

17:07:48   4   TRENCHES?

17:07:48   5   **A.**   IN EACH OF THE DAILY QUALITY ASSURANCE/QUALITY CONTROL

17:07:53   6   REPORTS AND THE FINAL APPROVED TECHNICAL COMPLETION REPORT AND

17:07:58   7   RECORD DRAWINGS.

17:08:00   8   **Q.**   OKAY.  I BELIEVE YOU'VE ALREADY TESTIFIED ABOUT THE

17:08:04   9   DIFFERENT TYPES OF RECAP SUBMITTAL REPORTS THAT WGI SUBMITTED

17:08:13   10   TO THE LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY DURING

17:08:16   11   TASK ORDER 26.  SO I JUST WANT TO LOOK AT SOME EXAMPLES.

17:08:22   12        FIRST, I'D LIKE TO SHOW YOU A RECAP SUBMITTAL REPORT

17:08:25   13   FOR BOLAND MARINE.

17:08:28   14        IF YOU COULD TURN TO JX-115-0001.  FOR THE RECORD,

17:08:41   15   MR. GUILLORY, THERE'S JUST AN EXCERPT OF THIS DOCUMENT IN YOUR

17:08:53   16   BINDER BECAUSE IT IS AN EXTRAORDINARILY VOLUMINOUS TWO-VOLUME

17:08:55   17   DOCUMENT.

17:08:56   18        IS THIS SOMETHING, THE RECAP SUBMITTAL REPORT,

17:08:59   19   SOMETHING THAT YOU REVIEWED AND APPROVED?

17:09:03   20   **A.**   YES, I DID.

17:09:04   21   **Q.**   OKAY.  AND I'D LIKE YOU TO TURN TO PAGE 178, WHICH IS THE

17:09:09   22   LAST PAGE OF THE DOCUMENT IN YOUR BINDER.

17:09:12   23        THIS MAP STATES IN THE BOTTOM RIGHT CORNER "BOLAND

17:09:17   24   MARINE, SHOWING PROPOSED EXTENT OF EXCAVATION."

17:09:24   25        AND THEN IF YOU'LL LOOK AT THE MAP, DO YOU SEE THE

17:09:27   1   BOREHOLE LOCATIONS LAID OUT ACROSS THE MAP?

17:09:33   2            **MS. CLAYMAN:**  AND I DON'T KNOW IF YOU -- MAYBE YOU

17:09:36   3   COULD JUST FOCUS IN, ERIC, ON THE -- ON THIS TOP PART, MAYBE A

17:09:39   4   LITTLE BIT FURTHER DOWN.  MAYBE JUST CUT IT IN HALF.

17:09:45   5   **BY MS. CLAYMAN:**

17:09:46   6   **Q.**   DO YOU SEE THOSE BOREHOLE LOCATIONS?

17:09:47   7   **A.**   YES, I DO.

17:09:49   8   **Q.**   HOW WERE THE GRIDS LAID OUT FOR THE BOREHOLES?

17:09:52   9   **A.**   JUST AS I TESTIFIED, 75-BY-75-FOOT.  ON A 75-BY-75-FOOT

17:10:03   10  GRID, THE SUBCONTRACTOR MATERIALS MANAGEMENT GROUP USED A

17:10:07   11  DIFFERENTIAL GPS SYSTEM TO PHYSICALLY LOCATE EACH ONE OF THE

17:10:13   12  BOREHOLES ON THE GROUND AND DRIVE A WOODEN STAKE IN THE GROUND

17:10:17   13  WITH A FLAG STATING THE NUMBER ON IT AS THE PROPOSED DRILLING

17:10:22   14  LOCATION.

17:10:25   15  **Q.**   AND JUST TO CLARIFY.

17:10:28   16           WERE THE GPS -- WAS THE GPS USED TO MARK THE BOREHOLE

17:10:33   17  LOCATIONS BEFORE THEY WERE DRILLED OR AFTER THEY WERE DRILLED?

17:10:37   18  **A.**   BOTH.  A DIFFERENTIAL GPS BACKPACK UNIT WAS UTILIZED TO

17:10:44   19  MARK THE PROPOSED THEORETICAL DRILLING LOCATION -- BOREHOLE

17:10:50   20  LOCATION.

17:10:51   21           IF FOR SOME REASON ONE PARTICULAR BOREHOLE HAD TO BE

17:10:54   22  RELOCATED BY THE GEOLOGIST BECAUSE OF AN OBSTRUCTION OR SOME

17:11:02   23  OTHER REASON, THE ACTUAL LOCATION WAS RECORDED BY A HANDHELD

17:11:09   24  PORTABLE GPS UNIT.

17:11:13   25  **Q.**   THIS IS A RECAP -- I'M SORRY.  THIS IS THE RECAP

17:11:17   1   SUBMITTAL.

17:11:19   2            DO YOU KNOW WHETHER THIS LOCATION -- AND I'M GOING TO

17:11:21   3   USE 81A, WHICH IS RIGHT UP IN THE UPPER NORTHEAST CORNER.

17:11:27   4            DO YOU KNOW WHETHER THAT IS THE THEORETICAL, OR

17:11:30   5   PROPOSED, LOCATION FOR 81A?

17:11:33   6   **A.**   SINCE THIS EXHIBIT IS THE RECAP SUBMITTAL REPORT, THIS IS

17:11:37   7   THE PROPOSED, OR THEORETICAL, LOCATION.

17:11:41   8   **Q.**   AND WHERE, RELATIVE TO SUREKOTE ROAD, DOES THIS MAP SHOW

17:11:45   9   BOREHOLE 81A BEING PROPOSED?

17:11:51  10   **A.**   IT IS JUST EAST OF THE ENTRANCE RAMP WHERE THE JOURDAN

17:12:00  11   AVENUE WALL TURNS 90 DEGREES TO THE WEST.

17:12:05  12   **Q.**   OKAY.

17:12:05  13            **MS. CLAYMAN:**  AND IF YOU COULD TURN TO JX-00116-0632.

17:12:19  14            THIS IS PART OF THE SECOND VOLUME OF THE RECAP

17:12:21  15   REPORT.

17:12:25  16   **BY MS. CLAYMAN:**

17:12:25  17   **Q.**   AND CAN YOU TELL ME WHAT THIS IS?

17:12:29  18   **A.**   THIS?

17:12:30  19            **MS. CLAYMAN:**  YEAH.  YOU CAN TAKE THAT DOWN.

17:12:33  20            **THE WITNESS:**  THIS IS A BORING LOG PREPARED BY

17:12:37  21   SUBCONTRACTOR MMG BY PROFESSIONAL GEOLOGIST SHERRY CALLOWAY,

17:12:49  22   WHO IS EMPLOYED BY MMG, AND THIS IS BOREHOLE 81A.

17:12:58  23   **BY MS. CLAYMAN:**

17:12:58  24   **Q.**   OKAY.  AND DO YOU SEE IN THE UPPER RIGHT-HAND CORNER OF

17:13:00  25   THE DOCUMENT THAT THIS IS DATED OCTOBER 4TH, 2001?

| 17:13:04 | 1 | **A.**   YES. |

17:13:07    2    **Q.**   AND CAN YOU -- HOW LONG HAVE YOU -- DO YOU KNOW WHO SHERRY

17:13:11    3    CALLOWAY IS PERSONALLY?

17:13:13    4    **A.**   YES.  I WORKED WITH HER ON SITE APPROXIMATELY TWO AND A

17:13:17    5    HALF TO THREE YEARS.

17:13:19    6    **Q.**   AND WHAT WAS YOUR OVERALL IMPRESSION OF MS. CALLOWAY?

17:13:23    7    **A.**   SHE WAS A VERY PROFESSIONAL GEOLOGIST AND VERY DETAIL-

17:13:30    8    ORIENTED IN ALL HER NOTES THAT SHE PERFORMED ON THE JOB SITE.

17:13:39    9    **Q.**   OKAY.

17:13:39    10             **MS. CLAYMAN:**  IF YOU WOULD PUT UP JX-1315-012.

17:13:45    11    **BY MS. CLAYMAN:**

17:13:45    12    **Q.**   THIS IS A PHOTOGRAPH ON 10/4/2001, OCTOBER 4TH, 2001.

17:13:52    13             DO YOU RECOGNIZE THIS DATE AS THE SAME DATE OF THE

17:13:56    14    BORING LOG FOR 81A THAT WE JUST LOOKED AT?

17:13:59    15    **A.**   YES, IT IS.

17:13:59    16    **Q.**   IF YOU COULD FOCUS ON THE TOP PHOTOGRAPH.  THE CAPTION ON

17:14:07    17    THE PHOTOGRAPH SAYS "BOL-BOREHOLE DRILLING ON SUREKOTE ROAD

17:14:13    18    OUTSIDE SECURITY GATE."

17:14:14    19             DO YOU SEE THAT?

17:14:15    20    **A.**   YES, I DO.

17:14:16    21    **Q.**   ARE YOU FAMILIAR WHERE THIS LOCATION IS?

17:14:18    22    **A.**   YES, I AM.

17:14:25    23    **Q.**   WERE THERE ANY OTHER BOREHOLES THAT YOU ARE AWARE OF,

17:14:28    24    OTHER THAN 81A, THAT WERE DRILLED OUTSIDE THE SECURITY GATE?

17:14:34    25    **A.**   NO.

2502

17:14:40   1   **Q.**   WERE YOU ON SITE IN THE FIELD OBSERVING THIS -- THE

17:14:42   2   BOREHOLE DRILLING THAT'S DEPICTED ON THIS PHOTOGRAPH?

17:14:45   3   **A.**   NO, I WAS NOT ON SITE THIS DATE.

17:14:48   4   **Q.**   DID YOU EVER HAVE OCCASION TO OBSERVE BOREHOLE DRILLING

17:14:51   5   AND SAMPLING DURING TASK ORDER 26?

17:14:56   6   **A.**   YES, MANY TIMES.

17:14:57   7   **Q.**   BASED ON YOUR FAMILIARITY WITH THE DRILLING PROCESS AND

17:14:59   8   YOUR FAMILIARITY WITH THE SITE GENERALLY, CAN YOU TELL US WHAT

17:15:02   9   THIS PHOTOGRAPH SHOWS?

17:15:04   10   **A.**   THIS PHOTOGRAPH SHOWS SUBCONTRACTOR FUGRO GEOSCIENCE, FROM

17:15:09   11   HOUSTON, TEXAS, AND SUBCONTRACTOR MMG PERFORMING RECAP BOREHOLE

17:15:15   12   81A AT THE -- NEAR THE APEX OF THE ENTRANCE RAMP UP AND OVER

17:15:25   13   THE FLOOD CONTROL.

17:15:30   14   **Q.**   CAN YOU TELL, ROUGHLY, FROM THIS PHOTOGRAPH WHERE THE

17:15:32   15   BORING FOR 81A WAS TAKEN ON THIS DAY, WHERE IT WAS DRILLED?

17:15:39   16           **MR. SIMS:**   YOUR HONOR, I'M GOING TO OBJECT.   IT CALLS

17:15:41   17   FOR SPECULATION.   THE WITNESS WASN'T THERE.   I THINK WE ALL

17:15:42   18   HAVE THE ABILITY TO MAKE THAT ASSESSMENT.

17:15:44   19           **THE COURT:**   WELL, WE'VE HAD A LOT OF TESTIMONY ABOUT

17:15:46   20   IT, ABOUT THIS PICTURE.   I DON'T KNOW IF THEY'RE GOING TO

17:15:48   21   GET -- I DON'T THINK -- I THINK HE'S GOING TO GET THE SAME

17:15:51   22   THING FROM THIS WITNESS, BUT I'M GOING TO LET HIM ANSWER THE

17:15:54   23   QUESTION.

17:15:55   24           I'M ALSO GOING TO WONDER, DID ANYBODY COMPUTE

17:15:59   25   THE ACTUAL HANDHELD GPS CALCULATION AND PUT IT ON A MAP?   THAT

17:16:03   1   WOULD BE NICE.

17:16:05   2                   THE HANDHELD CALCULATION -- WE SAW THE

17:16:06   3   THEORETICAL LOCATION.  DID ANYBODY USE THE HANDHELD GPS

17:16:10   4   CALCULATION -- USE THAT CALCULATION, THE GPS CALCULATION, AND

17:16:13   5   PLOT IT ON A MAP?

17:16:15   6                   I'M JUST WONDERING, DID ANYBODY DO IT?  OKAY.

17:16:19   7   I'M NOT GOING TO SEE IT.

17:16:21   8                   GO AHEAD, SIR.

17:16:22   9           **THE WITNESS:**  THIS INDICATES TO ME THAT THIS IS A

17:16:24  10   FUGRO 6-WHEEL-DRIVE DRILL RIG.  THIS IS THE DERRICK OF THE

17:16:34  11   DRILL RIG WHICH COMES OFF THE BACK OF THE TRUCK.  AND HE'S

17:16:38  12   DRILLING THE BOREHOLE JUST EAST OF THE EDGE OF SUREKOTE ROAD AT

17:16:43  13   THE TOP OF THE RAMP.  AND YOU CAN SEE THE 90-DEGREE

17:16:48  14   INTERSECTION OF THE FLOODWALL AT THIS POINT.

17:17:09  15   **BY MS. CLAYMAN:**

17:17:10  16   **Q.**   MR. GUILLORY, I'M NOT SURE IF I CAUGHT THIS, BUT DO YOU

17:17:14  17   HAVE AN ESTIMATE, BASED ON YOUR KNOWLEDGE OF THE SITE AND BASED

17:17:17  18   ON WHAT YOU SEE IN THIS PHOTOGRAPH AND BASED ON YOUR

17:17:23  19   OBSERVATIONS OF OTHER DRILLING, AS TO WHERE APPROXIMATELY THE

17:17:27  20   BOREHOLE WAS DRILLED?

17:17:31  21                   I'M NOT SURE.  YOU MAY HAVE SAID IT.

17:17:35  22   **A.**   IT'S A LITTLE HARD TO TELL EXACTLY FROM THE ORIENTATION OF

17:17:38  23   THE RIG.  BUT I WOULD ASSUME THAT IT'S APPROXIMATELY 2 FEET OFF

17:17:42  24   THE EASTERN EDGE OF SUREKOTE ROAD RAMP AT THIS POINT.

17:17:48  25   **Q.**   OKAY.

17:17:48   1        **MS. CLAYMAN:**  I WANT TO PULL UP JX-353-0001.  THIS IS

17:17:56   2   A QAR DATED OCTOBER 4TH, 2001, WHICH IS THE SAME DAY AS THE

17:18:01   3   PHOTOGRAPH WE JUST LOOKED AT, AS WELL AS THE SAME DAY AS THE

17:18:05   4   BORING LOG FOR 81A.

17:18:08   5            WOULD YOU TURN TO PAGE JX-353 -- I'M SORRY --

17:18:19   6   PAGE 27.  AND IF YOU COULD ZOOM IN AND MOVE IT DOWN A LITTLE SO

17:18:23   7   WE COULD SEE THE TOP WITH THE DATE.

17:18:25   8        **THE COURT:**  WE'VE SEEN THIS EXHIBIT AND GONE OVER IT

17:18:28   9   EXHAUSTIVELY.

17:18:29  10        **MS. CLAYMAN:**  OKAY.

17:18:31  11        **THE COURT:**  UNLESS THERE'S SOMETHING THAT YOU --

17:18:33  12   **BY MS. CLAYMAN:**

17:18:33  13   **Q.**  I JUST WANT TO ASK YOU, THEN, MR. GUILLORY -- WE'LL CUT

17:18:38  14   THIS SHORT.

17:18:39  15            BUT DO YOU KNOW HOW MS. CALLOWAY -- HAVE YOU EVER

17:18:43  16   SEEN MS. CALLOWAY'S FIELD NOTES BEFORE?

17:18:46  17   **A.**  YES, I HAVE.  THEY WERE ATTACHED TO THE DAILY QC REPORTS.

17:18:49  18   **Q.**  DO YOU KNOW HOW -- WHEN MS. CALLOWAY TOOK MEASUREMENTS AND

17:18:53  19   PUT THEM IN HER FIELD NOTES, HOW SHE WOULD HAVE CALCULATED OR

17:18:56  20   HOW SHE CAME UP WITH THOSE MEASUREMENTS?

17:18:59  21        **MR. SIMS:**  OBJECTION, YOUR HONOR.  IT CALLS FOR

17:19:01  22   SPECULATION.

17:19:02  23        **THE COURT:**  I DON'T KNOW IF IT DOES OR NOT.  I DON'T

17:19:04  24   KNOW IF HE OBSERVED HER METHODOLOGY OF CALCULATION.  HE MAY

17:19:07  25   HAVE.

17:19:08  1  **BY MS. CLAYMAN:**

17:19:08  2  **Q.**  MR. GUILLORY, HAVE YOU EVER OBSERVED MS. CALLOWAY WORKING

17:19:11  3  IN THE FIELD?

17:19:12  4  **A.**  YES, I HAVE.

17:19:13  5  **Q.**  HAVE YOU EVER SEEN HER MEASURE ANY BOREHOLES OR THE

17:19:19  6  DISTANCE FROM -- OR JUST MEASURE THE LOCATION OF ANY BOREHOLES?

17:19:23  7  **A.**  YES, I HAVE.

17:19:25  8  **Q.**  AND HOW DID SHE DO THAT?

17:19:26  9  **A.**  NORMALLY WITH A TAPE MEASURE.

17:19:30  10         **THE COURT:**  THAT'S A NOVEL WAY OF DOING IT.

17:19:35  11             GO AHEAD.

17:19:36  12  **BY MS. CLAYMAN:**

17:19:36  13  **Q.**  AND IN YOUR EXPERIENCE, IS MEASURING WITH A TAPE MEASURE

17:19:39  14  MORE ACCURATE THAN RELYING ON A GPS TO PINPOINT LOCATIONS?

17:19:46  15  **A.**  A HANDHELD GPS, AT THIS TIME IN OCTOBER OF 2001, MAY HAVE

17:19:56  16  HAD SELECTIVE AVAILABILITY AND COULD HAVE HAD -- BEEN OFF, YOU

17:20:01  17  KNOW, PLUS OR MINUS 3 METERS OR SOMETHING LIKE THAT.

17:20:06  18         I BELIEVE MS. CALLOWAY MEASURED FROM THE FIXED FACE

17:20:11  19  OF THE CONCRETE FLOODWALLS TO COME UP WITH THIS DESCRIPTION.

17:20:14  20         **THE COURT:**  LET ME JUST TELL YOU -- AND I DON'T WANT

17:20:17  21  TO MERGE THIS CASE INTO ANOTHER CASE.

17:20:19  22         I HAD ANOTHER LONG TRIAL WITH A LOT OF EXPERTS

17:20:23  23  WHERE 81A WAS A -- I KNOW THAT THE GOVERNMENT -- AND MR. TREEBY

17:20:27  24  KNOWS -- A CONTROVERSY THERE, AND THERE WAS TESTIMONY THAT

17:20:39  25  THERE WAS A LOG THAT INDICATED IT HAD BEEN MOVED.

17:20:44   1         I HAVEN'T SEEN ANY OF THAT HERE, SO I'M

17:20:47   2   CERTAINLY NOT GOING TO CONSIDER IT.  I DON'T THINK I'VE SEEN

17:20:49   3   IT.  AND SO I'M MERGING THE TWO CASES, AND I'M NOT GOING TO

17:20:55   4   MERGE THE EVIDENCE.

17:20:56   5         I GUESS THAT WAS MY CONCERN.  IF I'M GOING TO

17:20:58   6   SEE ANYTHING, IS THIS, IN FACT, THE LOCATION MEASURED AFTER IT

17:21:02   7   WAS MOVED OR BEFORE IT WAS MOVED, OR WAS IT MOVED AT ALL?

17:21:08   8         AND THE BOTTOM LINE IS, IF THERE'S NO

17:21:09   9   EVIDENCE -- THE EVIDENCE IN THE OTHER CASE IS NOT IN THIS CASE.

17:21:14  10   BUT THAT'S WHY I'VE BEEN A LITTLE MORE CURIOUS ABOUT IT, TO BE

17:21:17  11   FRANK WITH YOU.

17:21:18  12         **MR. TREEBY:**  IF YOUR HONOR PLEASE, THIS IS -- THIS IS

17:21:20  13   BASED ON THE DATES AND ALL OF THAT.  WE BELIEVE -- THIS WITNESS

17:21:24  14   MAY OR MAY NOT KNOW -- THAT THE MAP THAT SHOWED THE GPS

17:21:28  15   CALCULATION, THAT IT WAS MAPPED, WAS DONE -- AND I THINK HE'S

17:21:33  16   TESTIFIED TO THIS -- WAS BEFORE THE ACTUAL WORK WAS DONE.

17:21:36  17         THIS IS THE LOCATION WHEN THE ACTUAL WORK WAS

17:21:38  18   DONE AS OPPOSED TO THE PLANNED LOCATION, THE THEORETICAL

17:21:43  19   PLANNED LOCATION.  I THINK THE WITNESS JUST TESTIFIED TO THAT.

17:21:45  20         **THE COURT:**  SO IF IT WAS MOVED, IT WAS MOVED HERE, IS

17:21:47  21   WHAT YOU'RE SAYING.

17:21:49  22         **MR. TREEBY:**  YES.

17:21:49  23         **THE COURT:**  OKAY.  THAT'S YOUR ARGUMENT.  AND I GOT

17:21:51  24   IT.

17:21:51  25         **MR. SIMS:**  AND, YOUR HONOR, I WOULD JUST DISAGREE

17:21:53   1   THAT WAS THE WITNESSES TESTIMONY.

17:21:54   2             **THE COURT:**  OKAY.

17:21:55   3             **MR. SIMS:**  BUT WE CAN EXPLORE ON CROSS.

17:21:56   4             **THE COURT:**  OKAY.  AT LEAST THAT PUTS ME IN SOME

17:21:58   5   PERSPECTIVE.  AND I'M NOT GOING TO MERGE THE TWO

17:22:02   6   INTELLECTUALLY.  I'M JUST -- MY CURIOSITY WAS GETTING THE

17:22:08   7   BETTER OF ME.  ALL RIGHT.

17:22:08   8             SORRY, COUNSEL.  SORRY TO DISRUPT YOU, BUT I

17:22:10   9   HEARD A LOT ABOUT THIS IN ANOTHER CASE.

17:22:14  10             GO AHEAD.

17:22:14  11   **BY MS. CLAYMAN:**

17:22:14  12   **Q.**  MR. GUILLORY, DO YOU KNOW -- DO YOU KNOW WHAT OTHER REPORT

17:22:19  13   WOULD INDICATE WHAT THE FINAL LOCATION OF BOREHOLE 81A WAS, AS

17:22:27  14   SUBMITTED BY WASHINGTON GROUP?

17:22:30  15   **A.**  POSSIBLY THE BOLAND MARINE NFAATT REPORT.

17:22:34  16   **Q.**  AND IF IT WASN'T IN THE NFAATT REPORT?

17:22:37  17   **A.**  I'M NOT SURE WHERE ELSE IT WOULD BE.

17:22:39  18   **Q.**  IS IT POSSIBLE THAT THE DOCUMENT, THE RECAP SUBMITTAL

17:22:47  19   REPORT THAT I SHOWED YOU, WAS THE LAST PLACE THAT WASHINGTON

17:22:50  20   GROUP WOULD HAVE DOC- -- THAT WASHINGTON GROUP DOCUMENTED THE

17:22:53  21   LOCATION OF 81A?

17:22:56  22   **A.**  I CANNOT VERIFY THAT.

17:22:58  23   **Q.**  OKAY.

17:22:59  24             **THE COURT:**  I'LL ACKNOWLEDGE IT'S POSSIBLE.

          25

17:23:10   1   **BY MS. CLAYMAN:**

17:23:10   2   **Q.**   I WANT TO NOW LOOK AT AN EXAMPLE OF A RECAP CORRECTIVE

17:23:15   3   ACTION PLAN.

17:23:17   4            **MS. CLAYMAN:**  AND IF YOU WOULD, TURN TO JX-00111-001.

17:23:25   5   **BY MS. CLAYMAN:**

17:23:26   6   **Q.**   DO YOU RECOGNIZE THIS CORRECTIVE ACTION PLAN?

17:23:30   7   **A.**   YES, I DO.

17:23:31   8   **Q.**   AND WAS THIS SOMETHING THAT WAS REVIEWED AND APPROVED BY

17:23:33   9   THE CORPS?

17:23:34  10   **A.**   YES.

17:23:37  11   **Q.**   AND I THINK YOU TESTIFIED EARLIER WHAT THE PURPOSE OF THE

17:23:41  12   CORRECTIVE ACTION PLAN IS.  SO I JUST WANT TO ASK YOU TO TURN

17:23:45  13   TO PAGE 38.

17:24:05  14            HIGHLIGHTED UP ON THE SCREEN IT SAYS "APPENDIX A,

17:24:07  15   ENGINEERING CONSIDERATIONS."

17:24:09  16            AND IT SAYS:  "THE MAIN CONSTITUENTS OF INTERNATIONAL

17:24:15  17   TANK TERMINAL" -- AND I THINK THAT'S SUPPOSED TO BE SAUCER

17:24:18  18   MARINE, BECAUSE WE'RE LOOKING AT THE SAUCER MARINE PLAN, BUT --

17:24:21  19   "SOILS ARE ESSENTIALLY SILTS AND CLAYS, INCLUDING RICH CLAYS

17:24:26  20   AND SILTS TO 22 FEET.  THEY ARE NON-HOMOGENEOUS AND TYPICALLY

17:24:32  21   REQUIRE SHORING OR BRACING.  THEY SHOULD BE CONSIDERED TYPE A

17:24:35  22   SOILS.

17:24:36  23            "ANY EXCAVATION CONDUCTED AS PART OF THIS CAP WILL

17:24:39  24   NOT HAVE INDIVIDUALS ENTERING THE EXCAVATION.  THEREFORE, THE

17:24:42  25   SLOPING OF THE SIDES OF EXCAVATIONS SHOULD" BE -- "SHOULD

17:24:44   1   NOMINALLY BE 3 1/4:1 (53 DEGREES)."

17:24:53   2           THEN IT SAYS:  "ENGINEERING EXCAVATIONS ARE PRESENTED

17:24:58   3   IN ATTACHED FIGURES."

17:24:59   4           CAN YOU TELL ME WHAT THE PURPOSE OF THESE ENGINEERING

17:25:02   5   CONSIDERINGS ARE?

17:25:04   6   **A.**   THE CORPS ASKED THE QUESTION GROUP AND MMG, AS A

17:25:10   7   SUBCONTRACTOR, TO DESIGN SAFE EXCAVATIONS FOR THE ENVIRONMENTAL

17:25:17   8   REMEDIATION AT SPECIFIC BOREHOLES SO THAT THE EXCAVATION

17:25:28   9   EQUIPMENT WOULD NOT SLIDE INTO THE HOLES, AND THE NATURAL ANGLE

17:25:34  10   OF THE HOLES OF EXCAVATED SOIL WOULD BE STABLE FOR THE

17:25:38  11   DURATION -- SHORT DURATION THAT THE HOLE WAS OPEN.

17:25:43  12   **Q.**   OKAY.  OTHER THAN THE SAFETY OF THE HOLE AND THE

17:25:47  13   EQUIPMENT, WERE THERE ANY OTHER ENGINEERING CONSIDERATIONS THAT

17:25:52  14   YOU EXPECTED WGI TO EVALUATE WITH RESPECT TO THE HOLE?

17:25:57  15   **A.**   NO.  JUST TYPICAL PRINCIPLES AND PRACTICES IN THE

17:26:03  16   CONSTRUCTION INDUSTRY REGARDING EXCAVATIONS.

17:26:06  17   **Q.**   DOES THE DESIGN OF THESE HOLES, AS DESCRIBED HERE OR AS

17:26:11  18   YOU JUST DESCRIBED, REQUIRE THE EXPERTISE OF A GEOTECHNICAL

17:26:16  19   ENGINEER?

17:26:18  20           **MR. SIMS:**  OBJECTION, CALLS FOR SPECULATION.  THIS

17:26:19  21   WITNESS IS NOT QUALIFIED AS A GEOTECHNICAL ENGINEER.

17:26:22  22           **THE COURT:**  I UNDERSTAND.  BUT YOU CAN ASK HIM, DID

17:26:24  23   HE -- DID HE, AS -- IN HIS POSITION FEEL THAT THAT WAS

17:26:28  24   NECESSARY.

17:26:28  25           AND THAT'S BASICALLY WHAT YOU'RE DOING, SO I'M

| | | |
|---|---|---|
| 17:26:31 | 1 | GOING TO LET YOU ASK YOUR QUESTION, AND I OVERRULE THE |
| 17:26:34 | 2 | OBJECTION.  HE'S NOT OPINING AS A GEOTECHNICAL ENGINEER.  HE'S |
| 17:26:37 | 3 | OPINING -- HE'S BASICALLY SAYING WHAT HE DID AND WHY. |
| 17:26:44 | 4 | **BY MS. CLAYMAN:** |
| 17:26:44 | 5 | **Q.**   YEAH.  AND I'M JUST ASKING YOU WHETHER YOU EXPECTED THIS |
| 17:26:47 | 6 | TO BE DESIGNED -- THESE DRAWINGS TO BE DESIGNED BY A |
| 17:26:49 | 7 | GEOTECHNICAL ENGINEER. |
| 17:26:50 | 8 | **A.**   NO, WE DID NOT. |
| 17:26:52 | 9 | **THE COURT:**  AND WOULD YOU BE THE PERSON, SIR, WITH |
| 17:26:58 | 10 | THE CORPS ON THE FIELD, WHO WOULD BE THE PERSON TO MAKE THAT |
| 17:27:01 | 11 | RECOMMENDATION TO GO TO ENGINEERING AND GET GEOTECHNICAL? |
| 17:27:05 | 12 | WOULD YOU BE THAT PERSON? |
| 17:27:07 | 13 | **THE WITNESS:**  IF WE FELT THAT IT WAS A PROBLEM, |
| 17:27:09 | 14 | YOUR HONOR. |
| 17:27:09 | 15 | **THE COURT:**  THAT'S WHAT I MEAN. |
| 17:27:10 | 16 | **THE WITNESS:**  YES. |
| 17:27:11 | 17 | **THE COURT:**  MY QUESTION IS:  YOU WOULD BE THE PERSON |
| 17:27:14 | 18 | THAT WOULD BE DESIGNATED TO DO THAT? |
| 17:27:16 | 19 | **THE WITNESS:**  YES, YOUR HONOR. |
| 17:27:17 | 20 | **THE COURT:**  OKAY. |
| 17:27:18 | 21 | **BY MS. CLAYMAN:** |
| 17:27:19 | 22 | **Q.**   AS PART OF THE PREPARATION OF THIS CORRECTIVE ACTION PLAN, |
| 17:27:22 | 23 | WAS WGI TASKED WITH OR EXPECTED TO EXAMINE THE IMPACT OF ANY OF |
| 17:27:27 | 24 | THE PROPOSED EXCAVATIONS ON THE NEARBY LEVEES AND FLOODWALLS? |
| 17:27:31 | 25 | **A.**   NO, THEY WERE NOT. |

17:27:32   1   **Q.**   OKAY.  DID YOU BELIEVE ANY OF THESE PROPOSED EXCAVATIONS

17:27:40   2   OUTLINED IN THE RECAP CORRECTIVE ACTION PLAN WOULD PROPOSE A

17:27:43   3   POTENTIAL THREAT TO THE LEVEE AND FLOODWALL BORDERING THE EBIA?

17:27:49   4   **A.**   NO, I DID NOT, EXCEPT ON TWO SPECIFIC OCCASIONS.  WE ASKED

17:27:52   5   FOR GEOTECHNICAL INPUT ON AREA 1 AND AREA 2 OF MCDONOUGH

17:27:58   6   MARINE.

17:27:58   7   **Q.**   AND THOSE ARE THE EXCAVATIONS YOU REVIEWED WITH MR. MITSCH

17:28:07   8   ON DIRECT; IS THAT RIGHT?

17:28:07   9   **A.**   THAT'S CORRECT.  THOSE ARE THE TWO LONGITUDINAL

17:28:10  10   EXCAVATIONS DIRECTLY UNDER SUREKOTE ROAD AT MCDONOUGH MARINE.

17:28:13  11   **Q.**   OKAY.

17:28:13  12        **MS. CLAYMAN:**  IF YOU COULD PUT BACK UP JX-111-0026C.

17:28:19  13   **BY MS. CLAYMAN:**

17:28:26  14   **Q.**   AND IN THE BOTTOM RIGHT CORNER IT SAYS "SAUCER MARINE

17:28:28  15   SHOWING PROPOSED EXTENT OF CAP EXCAVATION."

17:28:33  16        WOULD YOU EXPLAIN WHAT THESE PINSTRIPED AREAS ON THE

17:28:36  17   NORTHERN AND CENTRAL PART OF THE SAUCER MARINE ARE?

17:28:38  18   **A.**   SURE.  THIS PINSTRIPED L-SHAPED AREA WITH THE STRIPING ON

17:28:43  19   IT IS WHAT'S CALLED THE SAUCER MARINE MIXED WASTE MOUNDS.

17:28:49  20   THESE WERE PREEXISTING MOUNDS OF TRASH, DEBRIS, BURIED DRUMS,

17:28:56  21   BURIED TIMBERS THAT WERE LEFT ON SITE BY THE PORT OF NEW

17:29:02  22   ORLEANS AND THE PRIOR TENANTS PRIOR TO WASHINGTON GROUP COMING

17:29:08  23   ON SITE.

17:29:10  24   **Q.**   ALL RIGHT.

17:29:10  25        **MS. CLAYMAN:**  AND IF YOU COULD BRIEFLY PUT UP ON THE

17:29:14  1  SCREEN JX-1313-022, THE TOP PHOTOGRAPH.

17:29:18  2  **BY MS. CLAYMAN:**

17:29:24  3  **Q.**  MR. GUILLORY, IS THIS A PICTURE OF ONE OF MOUNDS ON SAUCER

17:29:28  4  MARINE?

17:29:28  5  **A.**  CORRECT.  THIS IS THE SAUCER MARINE MOUND THAT RUNS

17:29:30  6  NORTH/SOUTH, THE LEG OF THE L AS IT RUNS NORTH/SOUTH.

17:29:40  7  **Q.**  AND BASED ON YOUR PERSONAL OBSERVATIONS, HOW HIGH DO YOU

17:29:42  8  THINK THE MOUNDS WERE, GENERALLY, ACROSS SAUCER MARINE?

17:29:45  9  **A.**  AT THIS POINT THEY WERE APPROXIMATELY 6 TO 8 FEET ABOVE

17:29:53  10  THIS GROUND ELEVATION HERE.

17:29:56  11  **Q.**  OKAY.  THE MOUNDS THAT WERE ON THE OTHER SIDE OF THE

17:30:00  12  L-SHAPED AREA THAT YOU DESCRIBED, WERE THEY AROUND THE SAME

17:30:06  13  HEIGHT, OR WERE THEY A DIFFERENT ELEVATION?

17:30:09  14  **A.**  THEY WERE SLIGHTLY LOWER, APPROXIMATELY 4 TO 6 FEET TALL

17:30:12  15  ON THE EAST/WEST LEG OF THE SAUCER MOUNDS.

17:30:18  16  **Q.**  OKAY.  DID WGI REMOVE THE MIXED WASTE MOUNDS ON SAUCER

17:30:22  17  MARINE BEFORE DOING RECAP EXCAVATIONS?

17:30:25  18  **A.**  NO, THEY DID NOT.

17:30:27  19  **Q.**  OKAY.  SO IF THE DEPTH OF AN EXCAVATION THAT OCCURRED ON

17:30:31  20  ONE OF THESE MOUNDS, FOR EXAMPLE, WAS DESCRIBED AS 20 FEET

17:30:38  21  BELOW GROUND SURFACE, WOULD THAT MEAN -- WHAT WOULD THAT MEAN

17:30:42  22  IN TERMS OF THE ELEVATION OF THE BOTTOM OF THE EXCAVATION?

17:30:47  23  **A.**  IF THE BOREHOLE IS DRILLED ON THE TOP OF THE SAUCER MOUNDS

17:30:52  24  AND WAS 20 FEET BELOW, THEN THE ELEVATION COULD HAVE BEEN,

17:30:58  25  LET'S SEE, 14 FEET BELOW THE SAUCER MOUNDS.

| | | |
|---|---|---|
| 17:31:04 | 1 | **Q.**   OKAY. |
| 17:31:05 | 2 | **A.**   14 FEET IN DEPTH. |
| 17:31:12 | 3 | **MS. CLAYMAN:**  I WANT TO PULL UP NOW PX-3404 -- |
| 17:31:16 | 4 | **THE WITNESS:**  I'M SORRY.  I NEED TO CORRECT THAT. |
| 17:31:18 | 5 | THAT'S WRONG. |
| 17:31:19 | 6 | IT WOULD BE 12 FEET.  29 -- |
| 17:31:24 | 7 | **BY MS. CLAYMAN:** |
| 17:31:24 | 8 | **Q.**   AND YOU'RE ASSUMING AN 8-FOOT -- THAT THE MOUND WAS |
| 17:31:28 | 9 | 8-FOOT -- |
| 17:31:28 | 10 | **THE COURT:**  YOU SAID 6 TO 8, SO -- |
| 17:31:30 | 11 | **THE WITNESS:**  RIGHT, 6 TO 8.  SO IT COULD BE -- |
| 17:31:33 | 12 | **THE COURT:**  12 TO 14. |
| 17:31:34 | 13 | **THE WITNESS:**  12 TO 14, YOUR HONOR.  THANK YOU FOR |
| 17:31:37 | 14 | CORRECTING. |
| 17:31:41 | 15 | **MS. CLAYMAN:**  YOUR HONOR, I KNOW IT'S 5:30. |
| 17:31:43 | 16 | **THE COURT:**  HOW MUCH MORE DO YOU HAVE WITH THIS |
| 17:31:44 | 17 | WITNESS? |
| 17:31:48 | 18 | **MS. CLAYMAN:**  I HAVE PROBABLY 20 MINUTES.  WHAT I WAS |
| 17:31:52 | 19 | GOING TO -- NOT EVEN 20 MINUTES, MAYBE.  I JUST REALLY WANT TO |
| 17:31:56 | 20 | COVER -- |
| 17:31:59 | 21 | **THE COURT:**  THANK YOU FOR NOTING IT'S 5:30.  I DID |
| 17:32:01 | 22 | SAY THAT.  BUT I THINK IF YOU COULD -- |
| 17:32:03 | 23 | **MS. CLAYMAN:**  I'M SORRY.  I HAVE A HEARING -- MY |
| 17:32:06 | 24 | HEARING AID IS BROKEN. |
| 17:32:07 | 25 | **THE COURT:**  I THINK IT WOULD BE -- THANK YOU FOR |

| | | |
|---|---|---|
| 17:32:08 | 1 | NOTING IT'S 5:30.  BUT I THINK IT WOULD BE -- IT'S WORTH |
| 17:32:12 | 2 | 20 MINUTES IF YOU CAN DO IT JUST TO FINISH -- |
| 17:32:15 | 3 | **MS. CLAYMAN:**  YES. |
| 17:32:15 | 4 | **THE COURT:**  -- FINISH YOUR DIRECT. |
| 17:32:17 | 5 | **MS. CLAYMAN:**  OKAY.  GREAT.  I WILL DO THAT. |
| 17:32:19 | 6 | **THE COURT:**  IT WOULD MAKE YOU HAPPY, I'M SURE, AND |
| 17:32:20 | 7 | THE WITNESS AS WELL. |
| 17:32:22 | 8 | ALL RIGHT.  GO AHEAD. |
| 17:32:22 | 9 | **MS. CLAYMAN:**  YES.  IT WILL MAKE ME VERY HAPPY. |
| 17:32:25 | 10 | OKAY. |
| 17:32:25 | 11 | **BY MS. CLAYMAN:** |
| 17:32:26 | 12 | **Q.**  MR. GUILLORY, CAN YOU DESCRIBE WHAT THIS PHOTOGRAPH IS |
| 17:32:28 | 13 | SHOWING? |
| 17:32:31 | 14 | **A.**  SURE.  AT THE CONCLUSION OF EACH OF THE RECAP |
| 17:32:40 | 15 | ENVIRONMENTAL EXCAVATIONS, A CONFIRMATION SAMPLING WAS TAKEN IN |
| 17:32:48 | 16 | THE BOTTOM CENTER AND THE SIDE WALL OF THE FOUR SIDES OF EACH |
| 17:32:52 | 17 | EXCAVATION. |
| 17:32:53 | 18 | IN ORDER TO MAINTAIN SAFETY AND PERMIT EMPLOYEES FROM |
| 17:32:58 | 19 | WALKING DOWN INTO THE BOTTOM OF THE HOLE AND POSSIBLY EXPOSED |
| 17:33:03 | 20 | TO CONTAMINATION, THE TYPICAL METHOD FOR SAMPLING THE CENTER |
| 17:33:12 | 21 | BOTTOM OF EACH EXCAVATION HOLE WAS TO TAKE THE BUCKET -- IN |
| 17:33:15 | 22 | THIS CASE, IT'S THE LONG-RANGE BACKHOE -- AND TAKE A 6- TO |
| 17:33:20 | 23 | 12-INCH -- OR A BUCKETFUL OF MATERIAL FROM THE CENTER BOTTOM OF |
| 17:33:27 | 24 | EACH EXCAVATION, PLACE THE BUCKET ON THE SIDE WHERE THE |
| 17:33:30 | 25 | ENVIRONMENTAL MANAGER WOULD TAKE A DISCRETE GRAB SAMPLE FROM |

17:33:35    1    THE TOP UNDISTURBED MATERIAL RIGHT HERE FOR CLEARANCE SAMPLING.

17:33:43    2           MS. CLAYMAN:  CAN YOU PUT THE BOTTOM PHOTOGRAPH UP?

17:33:44    3    BY MS. CLAYMAN:

17:33:44    4    Q.   IS THIS WHAT YOU'RE REFERRING IT?

17:33:46    5    A.   EXACTLY.  THE ENVIRONMENTAL MANAGER IS USING A GLOVED HAND

17:33:50    6    AND TAKING A DISCRETE SAMPLE OUT OF THE CENTER OF THE BUCKET

17:33:58    7    THAT WAS JUST EXCAVATED FROM THE BOTTOM OF THE HOLE.

17:34:02    8    Q.   WHAT -- THIS IS ON THE SAUCER MARINE SITE; IS THAT RIGHT?

17:34:05    9    THAT'S WHAT THE CAPTION SAYS?

17:34:07   10    A.   YES.

17:34:07   11    Q.   AND WHAT KIND OF MATERIAL DOES THIS LOOK LIKE TO YOU?

17:34:11   12    A.   IT'S A CLAY MATERIAL.

17:34:12   13    Q.   IS THIS TYPICAL OF THE MATERIAL YOU OBSERVED DURING

17:34:15   14    SAMPLING ON OTHER SITES IN THE EBIA, OTHER THAN SAUCER MARINE?

17:34:21   15    A.   YES.  THE ENTIRE SITE WAS PREDOMINANTLY CLAY MATERIAL.

17:34:26   16    Q.   OKAY.  I WANT TO LOOK AT AN EXAMPLE OF A NO FURTHER ACTION

17:34:30   17    AT THIS TIME SUBMITTAL.  I BELIEVE YOU REFERRED TO IT AS AN

17:34:33   18    NFAATT REPORT.

17:34:33   19           MS. CLAYMAN:  IF YOU WOULD PULL UP JX-118-0001.

17:34:38   20    BY MS. CLAYMAN:

17:34:39   21    Q.   THIS IS THE NFAATT FOR SAUCER MARINE.

17:34:48   22           IS THIS THE FINAL SUBMISSION THAT WASHINGTON GROUP

17:34:52   23    PREPARED FOR THE LDEQ FOR THE SAUCER MARINE SITE?

17:34:56   24    A.   YES, IT IS.

17:34:57   25    Q.   AND DID YOU REVIEW AND APPROVE THIS BEFORE WASHINGTON

17:35:00  1  GROUP SUBMITTED IT TO LDEQ?

17:35:03  2  **A.**   BEFORE?  DID YOU SAY BEFORE?

17:35:07  3  **Q.**   DID YOU REVIEW AND APPROVE IT BEFORE IT WAS SUBMITTED TO

17:35:10  4  LDEQ?

17:35:12  5  **A.**   NO.  WE REVIEWED IT -- WE REVIEWED ALL THE RECAP REPORTS

17:35:17  6  CONCURRENTLY WITH THE LDEQ REVIEW, AND APPROVAL CAME AFTER.

17:35:22  7  **Q.**   OKAY.

17:35:24  8          **MS. CLAYMAN:**  I WANT TO LOOK AT PAGE 30.  AND IF YOU

17:35:36  9  CAN MAYBE JUST BLOW UP THE FIRST HALF.  THAT'S FINE.

17:35:40  10  **BY MS. CLAYMAN:**

17:35:40  11  **Q.**   CAN YOU EXPLAIN FOR THE RECORD WHAT THIS SHOWS?

17:35:48  12  **A.**   SURE.  THIS IS A TYPICAL TABLE IN THE NFAATT REPORTS.

17:35:52  13  EACH OF THE SIX SITES HAD AN NFAATT REPORT.

17:35:59  14          AND THIS TABLE IS SHOWING, IN THE LEFT-HAND COLUMN --

17:36:03  15  I'M SORRY -- THE AREA IDENTIFIED FOR EACH OF THE SITES ON

17:36:10  16  SAUCER MARINE.

17:36:19  17          THE SECOND COLUMN IS THE BOREHOLE NUMBER OR THE BANK

17:36:23  18  LOCATION NUMBER UNDER THE BANK REMEDIATION PROGRAM THAT IS

17:36:26  19  ASSOCIATED WITH THAT AREA.

17:36:34  20          THE DATE THE EXCAVATION IS COMPLETED IS THE THIRD

17:36:38  21  COLUMN.

17:36:38  22          THE FOURTH COLUMN IS THE HORIZONTAL EXTENT OF THE

17:36:42  23  EXCAVATION AT EACH OF THE AREAS.

17:36:44  24          THE FIFTH COLUMN IS THE VERTICAL EXCAVATION MAXIMUM

17:36:56  25  DEPTH THAT WAS EXCAVATED IN THAT PARTICULAR LOCATION.

17:36:59  1         AND THE LAST COLUMN IS THE APPROXIMATE CALCULATED

17:37:02  2  VOLUME OF MATERIAL THAT WAS REMOVED FROM THAT EXCAVATION.

17:37:08  3  **Q.**   OKAY.  I WANT TO LOOK AT AREA 5 FOR A MINUTE.  AND IF

17:37:15  4  YOU'LL LOOK AT THE -- 1, 2, 3, 4 -- 5 COLUMNS OVER, IT LOOKS

17:37:21  5  LIKE THERE ARE TWO VERTICAL DEPTHS LISTED THERE, AND THAT'S 13

17:37:29  6  AND 6.

17:37:30  7         CAN YOU EXPLAIN WHY THERE ARE TWO DEPTHS THERE?

17:37:32  8  **A.**   OKAY.  AREA 5 STARTED OUT AS A SMALL EXCAVATION.  AND

17:37:35  9  BECAUSE OF EXTENSIVE CONTAMINATION, THE DIMENSIONS AND DEPTH

17:37:39  10  GREW IN SIZE, AND THAT ENCOMPASSED SEVERAL BOREHOLES LISTED

17:37:43  11  HERE.  IT TURNED OUT TO HAVE LARGE HORIZONTAL DIMENSIONS.

17:37:53  12         YOU CAN SEE DIFFERENT DATES -- TWO DIFFERENT DATES

17:37:54  13  THAT IT WAS EXCAVATED ON.  IT GAVE YOU TWO DIFFERENT DIMENSIONS

17:37:57  14  THAT WERE EXCAVATED.  AND THERE WERE TWO DIFFERENT LEVELS, OR

17:38:02  15  BOTTOM DEPTHS OF THIS EXCAVATION, ONE BEING 13 FEET, THE OTHER

17:38:11  16  BEING 6 FEET.  AND THIS IS BELOW GROUND SURFACE.

17:38:18  17         **THE COURT:**  JUST SO I INTERPRET IT CORRECTLY, AS I

17:38:20  18  UNDERSTAND IT, WHATEVER THAT IS, IT'S 120-BY-155 ON THE TOP AND

17:38:28  19  80-BY-30 ON THE BOTTOM.  CORRECT?

17:38:30  20         **THE WITNESS:**  NO, YOUR HONOR.  IT'S TWO DIFFERENT

17:38:32  21  DIMENSIONS.  THE 120-BY-135 IS ONE AREA THAT IS 13 FEET DEEP.

17:38:40  22         **THE COURT:**  YES.  THAT'S WHAT I WAS ASKING.  THOSE

17:38:41  23  ARE TWO SEPARATE AREAS, CORRECT?

17:38:43  24         **THE WITNESS:**  TWO SEPARATE AREAS, YOUR HONOR.

17:38:44  25         **THE COURT:**  THAT WAS MY QUESTION.

| | | |
|---|---|---|
| 17:38:46 | 1 | **THE WITNESS:**  BUT CONNECTED SIDE BY SIDE TO EACH |
| 17:38:48 | 2 | OTHER. |
| 17:38:48 | 3 | **THE COURT:**  I UNDERSTAND THAT AS WELL. |
| 17:38:50 | 4 | AND ONE OF THE AREAS, THE MAXIMUM DEPTH IS |
| 17:38:52 | 5 | 13 FEET.  IN THE OTHER AREA, THE MAXIMUM DEPTH IS 16 FEET; IS |
| 17:38:58 | 6 | THAT CORRECT? |
| 17:38:59 | 7 | **THE WITNESS:**  THAT IS CORRECT, SIR. |
| 17:39:00 | 8 | **THE COURT:**  AND THE NATURE OF THOSE EXCAVATIONS WERE |
| 17:39:02 | 9 | WHAT? |
| 17:39:02 | 10 | **THE WITNESS:**  THESE WERE THE ENVIRONMENTAL |
| 17:39:03 | 11 | EXCAVATIONS UNDER THE RECAP PROGRAM TO REMOVE THE INDICATED |
| 17:39:08 | 12 | CONTAMINATES OF CONCERN. |
| 17:39:13 | 13 | **THE COURT:**  ALL RIGHT.  THANK YOU, SIR. |
| 17:39:16 | 14 | **BY MS. CLAYMAN:** |
| 17:39:17 | 15 | **Q.**  OKAY.  IF WE COULD JUST LOOK AT PAGE 49.  DO YOU SEE |
| 17:39:25 | 16 | AREA 5 THAT WE JUST LOOKED AT? |
| 17:39:29 | 17 | **A.**  YES.  IT'S THIS LARGE RED AREA RIGHT HERE. |
| 17:39:34 | 18 | **Q.**  AND IS THIS AREA 5, AT LEAST 30I, 30H AND 30G, IS THAT IN |
| 17:39:41 | 19 | THE SAUCER MIXED-MOUND WASTE AREA? |
| 17:39:44 | 20 | **A.**  YES.  IT'S DIRECTLY ON TOP OF THE SAUCER MIXED-MOUND AREA. |
| 17:39:48 | 21 | **Q.**  OKAY.  I WANT TO LOOK NOW AT PAGE 37.  I KNOW THIS IS A |
| 17:40:05 | 22 | LITTLE BIT HARD TO READ.  BUT CAN YOU FIRST JUST EXPLAIN |
| 17:40:08 | 23 | GENERALLY WHAT THIS IS? |
| 17:40:12 | 24 | **A.**  OKAY.  THIS MAP INDICATES THE HORIZONTAL DIMENSIONS OF |
| 17:40:22 | 25 | AREA 5, AND THEN IT SHOWS WHERE ALL THE CLEARANCE AND |

17:40:29  1   CONFIRMATORY SAMPLES WERE TAKEN AROUND THE SIDE WALLS AND IN

17:40:33  2   THE BOTTOMS.

17:40:35  3   **Q.**   OKAY.

17:40:36  4            **MS. CLAYMAN:**  ERIC, IF YOU COULD JUST HIGHLIGHT --

17:40:39  5   YOU JUST HAD UP A SAMPLE, THAT NO. 32.  AND THEN IF YOU COULD

17:40:50  6   NOW PULL UP DIRECTLY THE BOX UNDERNEATH THAT FIGURE THAT

17:40:57  7   MATCHES 32.  I BELIEVE IT SAYS 24 FEET.  GREAT.

17:41:13  8   **BY MS. CLAYMAN:**

17:41:13  9   **Q.**  SO, MR. GUILLORY, YOU SEE THAT THIS IS A SAMPLE DEPTH

17:41:19  10  LABELED NO. 32, AND IT SAYS HERE THAT THE DEPTH WAS 24 FEET.

17:41:25  11            CAN YOU EXPLAIN FOR THE RECORD WHY THIS SAMPLING

17:41:28  12  DEPTH IS -- IN AREA 5 IS 24 FEET, BUT YET THIS TABLE 2 ON

17:41:35  13  PAGE 30 FOR SAUCER MARINE EXCAVATION INFORMATION LISTS THE

17:41:41  14  EXCAVATION DEPTH OF THE HOLE AS 13 FOR PART OF IT AND 6 FOR THE

17:41:49  15  OTHER PART OF IT?  HOW DOES THAT -- HOW DO YOU EXPLAIN THAT

17:41:54  16  DISCREPANCY?

17:41:55  17  **A.**   OKAY.  AS YOU CAN SEE, THE CONTAMINANT OF CONCERN THAT

17:41:59  18  WE'RE CONCERNED WITH IS TOTAL PETROLEUM HYDROCARBONS, DIESEL;

17:42:05  19  TOTAL PETROLEUM HYDROCARBONS, OIL.

17:42:10  20            AS I TESTIFIED EARLIER, AREA 5 STARTED OUT AS A SMALL

17:42:16  21  AREA THAT WAS ANTICIPATED JUST TO COVER A COUPLE OF BOREHOLES,

17:42:20  22  AND THEN IT EXPANDED.  AND BECAUSE OF THE CONTAMINATION, IT

17:42:25  23  LATER EXPANDED TO LARGER DIMENSIONS COVERING SIX OR EIGHT

17:42:30  24  BOREHOLES.  I DON'T RECALL EXACTLY HOW MUCH.

17:42:34  25            IN ORDER TO FIND THE CLEAN BOTTOM OF WHAT WAS THE

17:42:38   1   MAXIMUM EXTENT THAT WASHINGTON GROUP WAS LOOKING FOR TO DIG TO,

17:42:48   2   THEY USED A SAMPLING TECHNIQUE CALLED "POTHOLING."  AND IF

17:42:54   3   YOU'LL GO BACK TO THE LARGER MAP WHERE 32 IS, WITH THIS

17:42:59   4   POTHOLING, WASHINGTON GROUP USED A LONG-REACH BACKHOE.

17:43:06   5           AND IN THIS LOCATION AND THE OTHER LOCATION, WHAT

17:43:08   6   THEY DO IS THEY DIG -- IF THE BOTTOM OF THE HOLE THEY'LL REACH

17:43:15   7   WAS 13-FEET DEEP AND THE DIRECT READING FIELD INSTRUMENTATION

17:43:21   8   STILL SNIFFED OR SMELLED DIESEL OR OIL, WASHINGTON GROUP WANTED

17:43:25   9   TO FIND OUT, WHERE IS THE BOTTOM, WHERE IS THE INTERFACE OF

17:43:31  10   WHERE THE CONTAMINATION ENDS AND YOU HAVE CLEAN CLAY AT THE

17:43:35  11   BOTTOM?

17:43:36  12           SO THIS POTHOLING, THEY TAKE THE LONG-REACH BACKHOE

17:43:40  13   AND THEY DIG A BUCKET-WIDTH WIDE AND A BUCKET-WIDTH DEEP, AND

17:43:45  14   THEN THEY TAKE A SAMPLE AT THAT LOCATION.  THEN THEY DIG OUT IN

17:43:49  15   THE SAME LOCATION ANOTHER BUCKET-WIDTH WIDE AND ANOTHER BUCKET

17:43:54  16   WIDTH-DEEP AND TAKE ANOTHER SAMPLE LOCATION AT -- PROBABLY IN

17:43:58  17   1- TO 2-FOOT INTERVALS.  AND EACH ONE OF THOSE SAMPLES IS SENT

17:44:03  18   TO THE QUALITY CONTROL LAB FOR ENVIRONMENTAL ANALYSIS TO

17:44:07  19   DETERMINE, OKAY, THEY'VE DUG DOWN TO 13 FEET, BUT ARE WE REALLY

17:44:12  20   CLEAN YET?  WE'RE NOT CERTAIN.

17:44:16  21           SO THEY TAKE -- THEY SEND OFF ALL THOSE SAMPLES TO

17:44:19  22   THE LABORATORY, AND THEY FIND OUT AT WHAT LEVEL -- AT WHAT

17:44:24  23   BOTTOM LEVEL DO YOU GO FROM A POSITIVE CONTAMINATION TO A

17:44:30  24   NEGATIVE CONTAMINATION.

17:44:33  25           AND THAT EXPLAINS THE DISCREPANCY BETWEEN THE 24 AND

17:44:39   1   THE 13 AND THE 6.

17:44:41   2   **Q.**   JUST TO CLARIFY, THEN, THE 24 FEET SHOWN IN FIGURE 1E ON

17:44:45   3   THE SCREEN IS THE DEPTH OF THE SAMPLE BELOW THE GROUND SURFACE

17:44:49   4   AND NOT -- AND NOT THE DEPTH -- OR IT'S -- SORRY.

17:44:55   5           IT'S THE DEPTH OF THE SAMPLE BELOW THE GROUND

17:44:59   6   SURFACE, AND IT'S NOT THE ELEVATION OF THE BOTTOM OF THE

17:45:00   7   SAMPLE; IS THAT RIGHT?

17:45:02   8   **A.**   THAT'S CORRECT.  AND YOU CAN SEE BY THE SAMPLE NAME UP

17:45:05   9   HERE -- EBIA-CS-30G-BT 01-24, THAT IS THE ACTUAL EARTHEN SAMPLE

17:45:16  10   FROM THE LABORATORY, AND THAT'S THE NAME OF THE LABORATORY THAT

17:45:19  11   A SAMPLE WAS SENT.

17:45:20  12           **THE COURT:**  SO THE FOLLOW-UP QUESTION I HAVE -- AND

17:45:23  13   I'M SURE YOU WILL KNOW THE ANSWER -- IS:  AS A RESULT OF THAT

17:45:29  14   AT THAT PARTICULAR LOCATION, WAS IT NECESSARY TO GO BELOW

17:45:32  15   13 FEET, OR WAS 13 FEET DEEP ENOUGH?

17:45:35  16           **THE WITNESS:**  13 FEET WAS ENOUGH, YOUR HONOR.

17:45:37  17           **THE COURT:**  AND WE KNOW THAT FROM THE TEST RESULTS

17:45:43  18   THAT CAME BACK?

17:45:44  19           **THE WITNESS:**  YES.

17:45:46  20           **THE COURT:**  AND IS THAT DEMONSTRATED ON THIS --

17:45:48  21   THAT'S NOT DEMONSTRATED HERE, IS IT?

17:45:51  22           **THE WITNESS:**  NOT DEMONSTRATED IN THIS PARTICULAR

17:45:52  23   CHART.  BUT THE ACTUAL TESTING INFORMATION, THE RAW DATA THAT

17:45:56  24   CAME FROM THE TESTING LAB IS ATTACHED TO EACH ONE OF THE

17:45:59  25   REPORTS.

17:46:00    1          **THE COURT:**  SO YOU WERE -- WGI WAS SATISFIED THAT

17:46:02    2    13 FEET WAS ENOUGH, OKAY, AS A RESULT OF THE TESTING.  I

17:46:06    3    UNDERSTAND.

17:46:07    4    **BY MS. CLAYMAN:**

17:46:07    5    **Q.**   OKAY.  SO -- AND I BELIEVE YOU TESTIFIED TO THIS, THE

17:46:09    6    WIDTH -- THE WIDTH OF THE SAMPLE THAT WENT 24 FEET DOWN IS THE

17:46:13    7    WIDTH OF THE BUCKET OF AN EXCAVATOR; RIGHT?

17:46:17    8    **A.**   CORRECT.

17:46:18    9    **Q.**   OKAY.  AND I WANT TO SHOW YOU NOW JX-549-0001.  AND THIS

17:46:34   10    IS A QAR DATED JUNE 25TH, 2002.  IF YOU WOULD TURN TO PAGE 12.

17:46:44   11          **MS. CLAYMAN:**  I WANT TO HIGHLIGHT THE MIDDLE OF THE

17:46:46   12    PAGE THAT SAYS "AREAS OF CONCERN IDENTIFIED DURING DAILY

17:46:50   13    DEMOLITION."

17:46:51   14    **BY MS. CLAYMAN**

17:46:59   15    **Q.**   AND IF YOU GO DOWN IN THE MIDDLE, ONE, TWO -- THREE LINES

17:47:03   16    DOWN, IT SAYS:  "I MANAGED TO SECURE A SEEMINGLY CLEAN BOTTOM

17:47:07   17    SAMPLE AT 24 FEET IN DEPTH FROM TOP OF TRASH PILE."

17:47:13   18          AND THEN THERE'S A REFERENCE IN THE NEXT LINE TO 30G

17:47:19   19    EXCAVATION.

17:47:20   20          FIRST OF ALL, DO YOU KNOW WHO DRAFTED THIS SUMMARY?

17:47:25   21    **A.**   THIS IS MR. DANIEL TURLINGTON.  AT THIS TIME, HE WAS THE

17:47:30   22    ENVIRONMENTAL MANAGER UNDER CONTRACT TO WASHINGTON GROUP.

17:47:33   23    **Q.**   AND THIS -- THIS TRASH PILE THAT IS BEING REFERRED TO, IS

17:47:37   24    THIS THE SAUCER MOUND AREA THAT WE JUST LOOKED AT?

17:47:40   25    **A.**   YES.

17:47:41   1   **Q.**   SO WHAT IS YOUR -- JUST A ROUGH ESTIMATE OF WHAT THE
17:47:45   2   ELEVATION OF THE BOTTOM OF THE 24-FOOT DEEP SAMPLE WOULD BE,
17:47:52   3   GIVEN THAT THE SAMPLE WAS TAKEN FROM THE TOP OF THE TRASH PILE,
17:47:56   4   AS IT SAYS HERE?
17:47:58   5   **A.**   LET'S SEE.   24 FEET DEEP MINUS ABOUT 8 FEET, 16 FEET BELOW
17:48:05   6   GROUND.
17:48:06   7   **Q.**   AND ARE YOU CONSIDERING -- DO YOU KNOW WHAT THE GROUND
17:48:16   8   SURFACE ELEVATION WAS NORMALLY ON SAUCER MARINE WITHOUT THE
17:48:19   9   MOUNDS?
17:48:21  10   **A.**   THE NORMAL ELEVATION WAS AN APPROXIMATE ELEVATION OF 4.
17:48:24  11   **Q.**   SO WOULD YOU -- WOULD YOU NEED TO CONSIDER THAT ELEVATION
17:48:27  12   OF 4 WHEN DOING THIS CALCULATION?
17:48:46  13   **A.**   I CAN'T DO THE MATH IN ANY HEAD.
17:48:48  14   **Q.**   THAT'S FINE.   THAT'S FINE.
17:48:49  15         WAS THE CORPS SATISFIED WITH ALL OF THE RECAP
17:48:51  16   EXCAVATION AND BACKFILLING WORK THAT WGI PERFORMED ON TASK
17:48:55  17   ORDER 26?
17:48:56  18   **A.**   YES, WE WERE.
17:48:57  19   **Q.**   AND DID THE CORPS ACCEPT ALL OF THEIR WORK AS COMPLETE?
17:49:00  20   **A.**   YES, WE DID.
17:49:01  21   **Q.**   WHERE WOULD ONE FIND WRITTEN CONFIRMATION OF SUCH
17:49:04  22   ACCEPTANCE?
17:49:07  23   **A.**   ALL OF THE APPROVED NFAATT REPORTS AND THE APPROVED
17:49:10  24   TECHNICAL COMPLETION AND RECORD DRAWING REPORTS.
17:49:13  25         **THE COURT:**  LET ME GET --

17:49:17   1           **MS. CLAYMAN:**  YOUR HONOR, I STILL HAVE ANOTHER

17:49:19   2    10 MINUTES, 15 MINUTES.  DO YOU WANT TO --

17:49:22   3           **THE COURT:**  YOU KNOW, YEAH.  THERE COMES A POINT WHEN

17:49:25   4    I'D LIKE TO DONE.  JUST FINISH.

17:49:29   5           **MS. CLAYMAN:**  FINISH?  ALL RIGHT.

17:49:30   6           **THE COURT:**  YES.  JUST FINISH.

17:49:33   7           **MS. CLAYMAN:**  WE'RE GOING TO GO.

17:49:34   8           **THE COURT:**  LET'S TRY TO PICK UP THE PACE.

17:49:37   9           **MS. CLAYMAN:**  I'M GOING TO TRY THAT.

17:49:38  10               AND I THINK THIS DOCUMENT MAY ADDRESS SOMETHING

17:49:38  11    THAT YOU --

17:49:39  12           **THE COURT:**  A COCKTAIL WOULD BE GREAT.

17:49:40  13           **MS. CLAYMAN:**  -- EARLIER.

17:49:41  14    **BY MS. CLAYMAN:**

17:49:41  15    **Q.**   THIS IS DX-01323-0001.  THIS IS A RECAP SUBMITTAL REPORT

17:49:49  16    CRITERIA DOCUMENT.  THE REVISION DATE APPEARS TO BE

17:49:55  17    DECEMBER 2001.

17:49:56  18           MR. GUILLORY, DO YOU RECOGNIZE THIS DOCUMENT?

17:49:58  19    **A.**   YES, I DO.

17:49:59  20    **Q.**   WHAT'S THE PURPOSE OF THIS REPORT?

17:50:01  21    **A.**   THIS CRITERIA DOCUMENT DETAILED ALL THE REGULATORY

17:50:07  22    REQUIREMENTS THAT WASHINGTON GROUP HAD TO MEET EITHER FROM

17:50:10  23    LOUISIANA DEQ STANDPOINTS OR US EPA STANDPOINTS TO PERFORM THE

17:50:20  24    ENVIRONMENTAL CLEANUP OF THE EBIA.

17:50:22  25    **Q.**   OKAY.  WOULD YOU TURN TO PAGE 2?  AND I SEE YOUR SIGNATURE

17:50:25    1   ON THE BOTTOM.  DO YOU KNOW WHO THE OTHER USACE-NOD TECHNICAL

17:50:33    2   REPRESENTATIVES ARE THERE, THE SIGNATURES?

17:50:35    3         IF YOU CAN'T READ IT --

17:50:38    4   **A.**   I DON'T RECOGNIZE THE SIGNATURES.

17:50:42    5   **Q.**   WOULD THOSE TECHNICAL REPRESENTATIVES BE SOMEONE IN THE

17:50:47    6   HTRW GROUP, OR DO YOU NOT -- JUST DON'T KNOW?

17:50:51    7         **MR. SIMS:**  OBJECTION, CALLS FOR SPECULATION.  HE SAID

17:50:53    8   HE CAN'T RECOGNIZE THE SIGNATURES.

17:50:56    9         **THE COURT:**  IT DOES CALL FOR SPECULATION.

17:50:58   10         SIR, IF IT'S NOT TO YOUR PERSONAL KNOWLEDGE, YOU

17:51:04   11   CAN SAY SO.  DO YOU HAVE ANY PERSONAL KNOWLEDGE OF THIS?

17:51:09   12         **THE WITNESS:**  I CAN'T TELL WHAT THE SIGNATURES ARE,

17:51:11   13   YOUR HONOR.

17:51:11   14         **THE COURT:**  ALL RIGHT.

17:51:12   15   BY MS. CLAYMAN:

17:51:12   16   **Q.**   IF YOU COULD PLEASE REFER TO PAGE 27.  AND I WANT TO

17:51:22   17   DIRECT YOU TO SECTION 4.2.  THE TITLE OF THIS PARAGRAPH IS

17:51:27   18   "IDENTIFICATION OF THE GROUNDWATER CLASSIFICATION, THE POINT OF

17:51:33   19   COMPLIANCE AND THE POINT OF EXPOSURE."

17:51:39   20         IT SAYS, IN THE THIRD LINE DOWN:  "IN A PREVIOUS

17:51:42   21   STUDY OF GROUNDWATER FLOW, WELLS WERE INSTALLED TO 5 FEET BELOW

17:51:48   22   GROUND SURFACE, USACE-NOD 1997."

17:51:53   23         DO YOU KNOW WHAT CORPS STUDY IS BEING REFERRED TO

17:51:55   24   HERE?

17:51:57   25   **A.**   YES.

| | | |
|---|---|---|
| 17:51:59 | 1 | **Q.** WHAT WOULD THAT BE? |
| 17:52:01 | 2 | **A.** THAT WOULD HAVE BEEN THE DAMES & MOORE REPORTS. |
| 17:52:09 | 3 | **Q.** ACTUALLY, I -- |
| 17:52:12 | 4 | **A.** NO, I SEE -- NO, I SEE THE DATE NOW.  YOU SAID NOD 1997? |
| 17:52:16 | 5 | **Q.** RIGHT. |
| 17:52:17 | 6 | **A.** THAT WOULD HAVE BEEN THE 1997 EVALUATION REPORT. |
| 17:52:20 | 7 | **Q.** AND THAT WAS A REPORT PREPARED BY THE CORPS OF ENGINEERS? |
| 17:52:24 | 8 | **A.** YES, NEW ORLEANS DISTRICT AND ST. LOUIS DISTRICT. |
| 17:52:28 | 9 | **Q.** I BELIEVE YOU LOOKED AT IT EARLIER WITH MR. MITSCH? |
| 17:52:32 | 10 | **A.** THAT'S CORRECT. |
| 17:52:33 | 11 | **Q.** OKAY.  SKIPPING DOWN A LINE OR SO, IT SAYS:  "THUS |
| 17:52:38 | 12 | GROUNDWATER WOULD FLOW BOTH WEST TOWARDS THE IHNC AND TO THE |
| 17:52:45 | 13 | EAST AWAY FROM THE CANAL." |
| 17:52:47 | 14 | DO YOU SEE THAT? |
| 17:52:47 | 15 | **A.** YES. |
| 17:52:48 | 16 | **Q.** HOW DEEP IS THE GROUNDWATER BEING REFERRED TO HERE IN THIS |
| 17:52:55 | 17 | PARAGRAPH, IF YOU KNOW? |
| 17:52:56 | 18 | **A.** THIS IS 0 TO 5 FEET BELOW GROUND SURFACE.  IN OTHER WORDS, |
| 17:52:59 | 19 | THE NEAR SURFACE OR PERCHED AQUIFER OF THE EBIA SITE. |
| 17:53:06 | 20 | **Q.** ASIDE FROM THIS DOCUMENT, WHAT IS YOUR UNDERSTANDING OF |
| 17:53:10 | 21 | THE GROUNDWATER FLOW IN THE EAST BANK INDUSTRIAL AREA? |
| 17:53:13 | 22 | **THE COURT:** ARE WE TALKING ABOUT AFTER THE |
| 17:53:16 | 23 | REMEDIATION? |
| 17:53:19 | 24 | **MS. CLAYMAN:** THIS REPORT, YOUR HONOR, WAS IN 1997. |
| 17:53:22 | 25 | **THE COURT:** OKAY. |

17:53:24  1              **MS. CLAYMAN:**  SO THIS WAS BEFORE THE REMEDIATION.

17:53:26  2              **THE COURT:**  OKAY.  I UNDERSTAND.  I'M CROSS-

17:53:28  3   REFERENCING WITH THAT OTHER DOCUMENT I MENTIONED EARLIER.

17:53:32  4              **MS. CLAYMAN:**  RIGHT.

17:53:32  5              **THE WITNESS:**  OKAY.  THE NEAR-SURFACE FLOW FROM 0 TO

17:53:35  6   5 FEET BELOW GROUND SURFACE WAS THE WATER THAT WAS INFLUENCED

17:53:41  7   BY THE TIDAL FLOW IN THE ADJACENT IHNC CANAL, AND THE TIDAL

17:53:48  8   FLUCTUATIONS WOULD HAVE INFLUENCE ON THIS -- THIS GROUNDWATER.

17:53:53  9   **BY MS. CLAYMAN:**

17:53:53  10  **Q.**  I'M SORRY.  DID YOU SAY THAT WAS THE NEAR SURFACE OR THE

17:53:56  11  DEEP?

17:53:58  12  **A.**  NEAR SURFACE.

17:53:59  13  **Q.**  OKAY.  AND THAT'S -- THAT'S WHAT'S BEING REFERRED TO HERE?

17:54:06  14  **A.**  YES.

17:54:12  15  **Q.**  I WANT TO GO BACK TO THIS PARAGRAPH.  IT SAYS:  "HOWEVER,

17:54:16  16  THE FLOODWALL TO THE EAST OF THE SITE IS SUPPORTED ON SHEET

17:54:19  17  PILE THAT REACHES A DEPTH OF AT LEAST 25 FEET, AND THIS WOULD

17:54:25  18  ESSENTIALLY INTERRUPT THE WATER FLOW IN THE EASTERLY DIRECTION

17:54:30  19  AT LOWER ELEVATIONS TO 25 FEET."

17:54:35  20             DO YOU SEE THAT?

17:54:35  21  **A.**  YES.

17:54:35  22  **Q.**  WHAT DOES THE 25 FEET REFER TO HERE?

17:54:39  23  **A.**  THAT IS THE ASSUMED TIP ELEVATION OF THE JOURDAN AVENUE

17:54:46  24  FLOODWALL.

17:54:50  25  **Q.**  SITTING HERE TODAY, DO YOU KNOW WHAT THE DEPTH OF THE

| | | |
|---|---|---|
| 17:54:52 | 1 | SHEET PILE WAS ALONG THE NORTH/SOUTH FLOODWALL IN THE EBIA? |
| 17:54:58 | 2 | **A.**   ACTUALLY, IT WAS APPROXIMATELY 8 FEET. |
| 17:55:01 | 3 | **Q.**   OKAY.  WAS THERE ANY PART OF FLOODWALL THAT WAS 25 FEET, |
| 17:55:06 | 4 | THE SHEET PILE THAT WAS 25 FEET, IF YOU KNOW? |
| 17:55:10 | 5 | **A.**   YES.  THE EAST/WEST PORTION THAT RAN FROM THE SUREKOTE |
| 17:55:14 | 6 | ROAD RAMP DIAGONALLY TOWARDS THE IHNC HAD A 25-FOOT SHEET PILE. |
| 17:55:21 | 7 | **Q.**   OKAY.  IF THE DEPTH OF THE SHEET PILE LISTED IN THIS RECAP |
| 17:55:24 | 8 | SUBMITTAL REPORT HAD BEEN DESCRIBED AS 8 FEET DEEP INSTEAD OF |
| 17:55:28 | 9 | 25 FEET DEEP, WOULD THAT HAVE MADE ANY DIFFERENCE WITH RESPECT |
| 17:55:33 | 10 | TO THE SHALLOW GROUNDWATER DESCRIBED IN THIS PARAGRAPH? |
| 17:55:36 | 11 | **THE COURT:**  THERE'S AN OBJECTION. |
| 17:55:38 | 12 | **MR. SIMS:**  YOUR HONOR, YES.  FIRST, OBJECTION TO |
| 17:55:40 | 13 | LEADING.  BUT ALSO, THIS WITNESS ISN'T QUALIFIED -- |
| 17:55:42 | 14 | **THE COURT:**  I'M GOING TO SUSTAIN THAT OBJECTION. |
| 17:55:44 | 15 | THIS IS GOING BEYOND THIS WITNESS' EXPERTISE. |
| 17:55:47 | 16 | **MS. CLAYMAN:**  OKAY. |
| 17:55:47 | 17 | **THE COURT:**  WELL, HE'S NOT BEEN QUALIFIED AS AN |
| 17:55:50 | 18 | EXPERT.  I'M SURE HE IS -- |
| 17:55:51 | 19 | **MS. CLAYMAN:**  UNDERSTOOD, YOUR HONOR. |
| 17:55:52 | 20 | **BY MS. CLAYMAN:** |
| 17:55:52 | 21 | **Q.**   MR. GUILLORY, LET ME ASK YOU THIS:  DO YOU BELIEVE THE |
| 17:55:55 | 22 | PRECISE DEPTH OF THE SHEET PILE SUPPORTING THE FLOOD CONTROL |
| 17:55:57 | 23 | STRUCTURE IN THE EBIA WAS RELEVANT TO WASHINGTON GROUP'S WORK |
| 17:56:03 | 24 | OR REMEDIATION WORK ON TASK ORDER 26? |
| 17:56:07 | 25 | **A.**   NO, IT WAS NOT, BECAUSE THE JOURDAN AVENUE FLOODWALL AND |

17:56:12  1  LEVEE WERE AT THE BOUNDARY OF THE EBIA AND WERE NOT PART OF THE

17:56:16  2  SCOPE OF WORK OF THE ENVIRONMENTAL REMEDIATION FOR WASHINGTON

17:56:19  3  GROUP.

17:56:19  4          **THE COURT:**  WELL, I'M NOT SURE I UNDERSTAND THAT,

17:56:21  5  SIR.  I MEAN, I TRY NOT TO INTERVENE, BUT ARE YOU TELLING ME --

17:56:26  6  I UNDERSTAND THEY'RE NOT WORKING ON THE FLOODWALL, BUT IF

17:56:29  7  THEY'RE WORKING 18 FEET FROM THE FLOODWALL OR 25 FEET FROM THE

17:56:33  8  FLOODWALL AND LET'S SAY DIGGING SUBSTANTIAL EXCAVATIONS WITH AN

17:56:40  9  8-FOOT SHEET PILE, THERE'S NO CONCERN IN YOUR MIND THAT THAT

17:56:45  10  MIGHT AFFECT THE -- COULD POSSIBLY UNDERMINE THE FLOODWALL?

17:56:48  11  THERE'S NO CONCERN?

17:56:50  12          **THE WITNESS:**  NO, YOUR HONOR, THERE IS SOME CONCERN.

17:56:51  13  BUT IT WAS NOT WITHIN WASHINGTON GROUP'S RESPONSIBILITY TO DO

17:56:56  14  ANYTHING --

17:56:57  15          **THE COURT:**  OH, IF YOU'RE ASKING HIM WHAT WASHINGTON

17:56:59  16  GROUP'S RESPONSIBILITY IS, I'VE GOTTEN -- I'M PRETTY SURE THE

17:57:03  17  CORPS HAS STATED THAT WASHINGTON GROUP HAS A LIMITED

17:57:07  18  RESPONSIBILITY SO FAR IN THE TESTIMONY I'VE HEARD.

17:57:10  19  **BY MS. CLAYMAN:**

17:57:10  20  **Q.**   OKAY.  I JUST WANT TO TURN VERY BRIEFLY TO PAGE 98.

17:57:25  21  DX-1323, PAGE 98.  SORRY.

17:57:31  22          THIS IS AT THE BACK OF THE SAME DOCUMENT WE WERE

17:57:33  23  LOOKING AT.  DO YOU KNOW WHAT THIS IS?

17:57:36  24  **A.**   THIS IS THE TYPICAL REVIEW AND COMMENT SPREADSHEET.

17:57:43  25  **Q.**   AND -- AND THIS SAYS "USACE APPROVAL 11 JULY 2001" ACROSS

17:57:50   1   THE TOP.  AND IT REFERENCES THE RECAP SUBMITTAL REPORT CRITERIA

17:57:55   2   DOCUMENT THAT WE WERE LOOKING AT; IS THAT RIGHT?

17:58:00   3   **A.**   THAT'S CORRECT.

17:58:00   4   **Q.**   OKAY.  AND THE REVIEWERS LISTED FOR THE CORPS OF

17:58:03   5   ENGINEERS, IT SAYS IT'S YOURSELF, LEE GUILLORY; AND THEN IT

17:58:07   6   SAYS GARY BROUSE, GEORGE BACUTA AND REUBEN MABRY, ED-GE.

17:58:17   7          YOU'VE ALREADY IDENTIFIED GEORGE BACUTA, BUT CAN YOU

17:58:20   8   TELL US WHO GARY BROUSE AND REUBEN MABRY ARE?

17:58:24   9   **A.**   SURE.  GARY BROUSE WAS AN CIVIL ENGINEER IN THE

17:58:29   10  ENGINEERING DIVISION, GENERAL ENGINEERING BRANCH.  HE WAS A

17:58:32   11  MEMBER OF OUR HTRW TEAM.

17:58:34   12          REUBEN MABRY WAS THE CHIEF OF THE GENERAL ENGINEERING

17:58:38   13  BRANCH IN THE ENGINEERING DIVISION, AND HE IS A CIVIL ENGINEER.

17:58:41   14  AND HE HAS A MASTER'S DEGREE IN ENVIRONMENTAL ENGINEERING.

17:58:46   15  **Q.**   OKAY.  AND DOES THIS -- AND ALL OF THESE PEOPLE, IS THAT

17:58:50   16  CORRECT, REVIEWED THIS RECAP SUBMITTAL CRITERIA DOCUMENT THAT

17:58:55   17  WGI SUBMITTED?

17:58:57   18  **A.**   YES, AS STATED.

17:58:58   19  **Q.**   AND THAT'S WHAT THIS -- THESE COMMENTS HERE SHOW; RIGHT?

17:59:01   20  **A.**   YES.

17:59:02   21  **Q.**   OKAY.  I HAVE FOUR PHOTOGRAPHS TO GO THROUGH, AND THEN I'M

17:59:10   22  DONE.  SO IF YOU COULD BEAR WITH ME, I'M GOING TO PULL UP -- I

17:59:23   23  WANT TO JUST BRIEFLY TALK ABOUT THE CANAL BANK REMEDIATION.

17:59:26   24          **MS. CLAYMAN:**  AND IF YOU COULD SHOW ON THE SCREEN

17:59:28   25  JX-1332-0003, THE BOTTOM PHOTOGRAPH.

17:59:44   1   **BY MS. CLAYMAN:**

17:59:44   2   **Q.**   THE CAPTION ON THIS BOTTOM PHOTOGRAPH IS -- WELL, THE

17:59:49   3   PHOTO IS DATED FEBRUARY 24TH, 2003 AND IT SAYS "PHASE 1 CANAL

17:59:53   4   BANK EXCAVATION, LOCATION NO. 26."

17:59:58   5        CAN YOU EXPLAIN FOR THE COURT WHAT -- WHAT THIS CANAL

18:00:01   6   BANK REMEDIATION -- VERY BRIEFLY HOW THIS CANAL BANK

18:00:06   7   REMEDIATION WAS DONE?

18:00:09   8   **A.**   SURE.   DURING THE RECAP PROCESS, THE CORPS AND WASHINGTON

18:00:12   9   GROUP DETERMINED THAT THE BANK NEEDED SOME ADDITIONAL ATTENTION

18:00:21   10   AS FAR AS SAMPLING, TESTING, AND REMEDIATION.   SO WASHINGTON

18:00:25   11   GROUP DEVELOPED A CANAL BANK REMEDIATION PLAN FOR REVIEW AND

18:00:27   12   APPROVAL BY THE CORPS AND DEQ BY TAKING 35 DISCRETE GRAB

18:00:34   13   SAMPLES ACROSS THE ENTIRE BANK LINE FROM ITT TO BOLAND MARINE.

18:00:42   14   **Q.**   OKAY.   AND CAN YOU TELL ME, WHAT DOES THE PHASE 1 MEAN?

18:00:48   15   **A.**   WELL, THE FINAL APPROVED PLAN INCLUDED A PHASE 1 AND

18:00:52   16   PHASE 2 EXCAVATION OF THE BANK.   AND THIS PHOTO SHOWS THE

18:00:57   17   PHASE 1 EXCAVATION, A 4-FOOT CUT ADJACENT TO THE BANK LINE

18:01:05   18   THROUGH THE CLAY ON THE FLAT BOTTOM AND THEN ANGLED EASTERN

18:01:10   19   SLOPE THROUGH THE CLAY.   AND THEN CLEARANCE SAMPLES WERE TAKEN

18:01:15   20   IN THE CENTER BOTTOM AND THEN ALL FOUR SIDES TO PROVE THAT ANY

18:01:19   21   CONTAMINATION WAS REMOVED AND REMEDIATED.

18:01:25   22   **Q.**   CAN YOU TELL WHAT THE DISTANCE IS FROM THE TOP OF THE

18:01:28   23   WESTERN WALL OF THE EXCAVATION TO THE CANAL ON THE RIGHT SIDE

18:01:30   24   OF THE PHOTOGRAPH, AND I SHOULD SAY IN THE WEST SIDE OF THE

18:01:34   25   PHOTOGRAPH?

18:01:35   1   **A.**   THIS VARIED DEPENDING ON WHAT LOCATION WE WERE AT, BUT

18:01:38   2   THIS DRY DIKE OF CLAY PROBABLY HAD A 3- TO 4-FOOT-WIDE WIDTH AT

18:01:47   3   THE TOP.

18:01:48   4   **Q.**   AND HOW LONG WOULD THIS EXCAVATION BE KEPT OPEN LIKE IT'S

18:01:52   5   SHOWN HERE IN THIS PHOTOGRAPH?

18:01:54   6   **A.**   THREE TO FIVE DAYS MAXIMUM, JUST THE AMOUNT OF TIME THAT

18:01:58   7   IT TOOK TO GET THE CLEARANCE SAMPLES BACK FROM THE LABORATORY

18:02:01   8   BY FAX OR E-MAIL TO PROVE THAT IT WAS CLEAN.

18:02:05   9   **Q.**   DID WATER EVENTUALLY SEEP THROUGH THE WALL -- THE WALL OF

18:02:10   10   THIS DIKE -- THIS CLAY DIKE THAT YOU MENTIONED INTO THE

18:02:13   11   EXCAVATION FROM THE CANAL?

18:02:15   12   **A.**   VERY MINIMAL AMOUNT.  YOU CAN SEE RIGHT THERE, THERE'S A

18:02:19   13   TINY BIT.

18:02:21   14   **Q.**   OKAY.  WAS THE CORPS SATISFIED WITH WGI'S WORK CLEARING

18:02:25   15   AND REMOVING CONTAMINATION AND DEBRIS FROM THE CANAL BANK ALONG

18:02:30   16   THE EBIA AS PART OF TASK ORDER 26?

18:02:33   17   **A.**   YES, WE WERE.  AND ALL THE CANAL BANK REMEDIATIONS WERE

18:02:36   18   INCLUDED IN THE NFAATT REPORTS AND APPROVED NFAATT LETTERS FROM

18:02:41   19   LOUISIANA DEQ.

18:02:42   20   **Q.**   OKAY.  I JUST HAVE A COUPLE MORE PHOTOGRAPHS TO SHOW YOU.

18:02:46   21          WE'VE TALKED ABOUT RIVER SAND BEING USED AS BACKFILL

18:02:51   22   AT BOLAND MARINE FOR ACM EXCAVATIONS, AND I WANT TO SHOW YOU A

18:02:56   23   PHOTO, JX-1355-0010.  THIS IS DATED MARCH 11TH, 2005.

18:03:25   24          THE TOP PHOTOGRAPH, THIS SAYS "AREA 1 AND 2

18:03:31   25   BACKFILL."

18:03:33   1         CAN YOU TELL ME, FIRST OF ALL, IS THIS AREA 1 AND 2

18:03:36   2   BOLAND MARINE?

18:03:37   3   **A.**   YES, IT IS.

18:03:37   4   **Q.**   AND CAN YOU TELL ME HOW -- WHAT STAGE OF BACKFILL THIS IS

18:03:43   5   AND HOW THE BACKFILL WAS BEING ACCOMPLISHED WITH -- AND WHAT

18:03:48   6   MATERIAL IS BEING BACKFILLED?

18:03:50   7   **A.**   OKAY.   THIS IS AN INTERIM PHASE OF BACKFILLING.   AREA 1

18:03:55   8   AND 2 WERE EXCAVATED FOR THE RECAP EXCAVATION.   AND THEN THIS

18:04:00   9   SIDE OVER HERE FROM -- WHERE THIS TRACK HOE IS NEAR SUREKOTE

18:04:06   10  ROAD TO APPROXIMATELY THE MIDDLE, THAT WAS PHASE 2 OF THE

18:04:10   11  ASBESTOS-CONTAINING MATERIAL REMOVAL.

18:04:15   12        WHAT'S SHOWN HERE IS THE CONTRACTOR IS PUSHING IN THE

18:04:19   13  CLEAN RIVER SAND BACKFILL IN 1- TO 2-FOOT LAYERS AND THEN

18:04:27   14  TRACKING OVER IT WITH THE DOZER FOR COMPACTION.

18:04:30   15  **Q.**   IS THIS TYPICAL OF HOW RIVER SAND WAS BACKFILLED ACROSS

18:04:37   16  THE -- TO THE EXTENT IT WAS USED ON THE BOLAND MARINE SITE?

18:04:40   17  **A.**   YES, IT IS, WITH THE EXCEPTION THAT PRIOR TO BACKFILLING

18:04:44   18  THESE EXCAVATIONS, THE SUBCONTRACTOR HAULED IN AND IN-DUMPED

18:04:49   19  SEVERAL LARGE MOUNDS OF CLEAN RIVER SAND ADJACENT TO THE

18:04:57   20  EXCAVATION.

18:04:58   21        ONCE THE CLEARANCE OF THE SAMPLES INDICATED THAT THE

18:05:00   22  EXCAVATION WAS CLEAN OR THE ACM REMOVAL PHASE 2 WAS COMPLETE,

18:05:05   23  THEN WASHINGTON GROUP WOULD USE ITS DOZERS TO PUSH THE SAND

18:05:09   24  STOCKPILE INTO THE EXCAVATION AND THEN SPREAD IT AND COMPACT IT

18:05:14   25  IN 1- TO 2-FOOT LAYERS BACK AND FORTH.

2534

18:05:18    1    Q.   OKAY.

18:05:19    2              MS. CLAYMAN:   IF YOU WOULD BRING UP JX-1353-0006.

18:05:29    3    AND THE TOP PHOTOGRAPH.

18:05:31    4    BY MS. CLAYMAN:

18:05:32    5    Q.   IS THIS WHAT YOU WERE JUST DESCRIBING, THE SAND BEING

18:05:36    6    DUMPED AND THEN --

18:05:38    7    A.   EXACTLY.   THE STOCKPILE OF CLEAN RIVER SAND WOULD HAVE

18:05:41    8    BEEN PLACED RIGHT HERE.   THIS IS SUPERINTENDENT BOBBY SMITH OF

18:05:49    9    WASHINGTON GROUP USING THE D6 DOZER TO PUSH IN THE STOCKPILE

18:05:53   10    INTO THE EXCAVATION.

18:05:55   11              THE COURT:   IS THAT EXCAVATION ONE THAT WOULD HAVE

18:05:57   12    BEEN THE TRENCH SITE OR THE ASBESTOS?   YOU TELL ME WHAT THAT

18:06:01   13    EXCAVATION WOULD HAVE BEEN.

18:06:03   14              THE WITNESS:   THIS IS AREA 2 OF BOLAND MARINE.   YES,

18:06:06   15    IT WOULD HAVE BEEN TRANSITE PLUS ENVIRONMENTAL CONTAMINATION.

18:06:12   16              THE COURT:   AND WHAT'S A -- SINCE YOU'VE TESTIFIED

18:06:15   17    ABOUT IT, WHAT'S YOUR ESTIMATE AS TO THE APPROXIMATE DEPTH OF

18:06:18   18    THAT EXCAVATION?

18:06:19   19              THE WITNESS:   TOTAL -- TOTAL DEPTH RIGHT HERE, YOUR

18:06:21   20    HONOR, MIGHT BE 5 TO 6 FEET FROM HERE ALL THE WAY TO THE

18:06:26   21    BOTTOM.

18:06:26   22              THE COURT:   OKAY.

18:06:27   23    BY MS. CLAYMAN:

18:06:28   24    Q.   IS MR. SMITH ACTUALLY ON TOP OF THE SAND -- ON TOP OF THE

18:06:35   25    BACKFILL PILE?

18:06:36    1    **A.**   HE'S ABOUT LEVEL WITH THE ADJACENT GROUND IN BOLAND

18:06:40    2    MARINE.  HE'S PUSHED THE PILE INTO THE EXCAVATION.

18:06:46    3    **Q.**   AND THEN HOW DOES THIS PHOTOGRAPH RELATE TO THE PHOTOGRAPH

18:06:49    4    WE JUST SAW WHERE IT WAS BEING SPREAD IN LIFTS?

18:06:54    5    **A.**   AFTER THIS, MR. SMITH WOULD TAKE THE DOZER AND COME IN AND

18:06:59    6    PUSH EAST/WEST TRANSECTS OF 1- TO 2-FOOT LAYERS AND TRACK THEM

18:07:05    7    BACK AND FORTH WITH THE DOZER UNTIL HE BUILDS UP THE EXCAVATION

18:07:09    8    ALL THE WAY TO THE TOP.

18:07:11    9    **Q.**   OKAY.  LAST PHOTOGRAPH, I PROMISE.  THIS IS JX-1354-0004.

18:07:28   10         **MS. CLAYMAN:**  AND IF YOU WOULD -- LET'S FOCUS FIRST

18:07:32   11    ON THE TOP PHOTO.

18:07:37   12    **BY MS. CLAYMAN:**

18:07:37   13    **Q.**   CAN YOU TELL ME -- THIS IS EXCAVATING PHASE 2, ACM EAST OF

18:07:42   14    AREA 8, LOOKING SOUTHEAST AT BOLAND MARINE.

18:07:44   15         WHERE IS EAST OF AREA 8?

18:07:50   16    **A.**   THAT IS THE AREAS THAT IS -- AREA 8 WAS IN THAT NORTHWEST

18:07:54   17    CORNER OF BOLAND MARINE.

18:07:55   18    **Q.**   AND MAYBE IF YOU JUST TURN AND --

18:07:58   19         **THE COURT:**  THAT'S A GOOD IDEA.  ALL RIGHT.  WE'VE

18:08:01   20    GOT AREA 8 NOTED ON THE MAP THERE.

18:08:05   21         **THE WITNESS:**  AREA 8 WAS IN THE NORTHWEST CORNER OF

18:08:07   22    BOLAND MARINE RIGHT ABOUT HERE THAT YOU SEE INUNDATED WITH

18:08:11   23    WATER AT THIS POINT.

18:08:13   24         **THE COURT:**  BASICALLY WHERE -- IN THE AREA WHERE IT

18:08:14   25    SAYS "HIGH TIDE" ON THAT DEMONSTRATIVE?

18:08:17    1              **THE WITNESS:**  EXACTLY.  EAST OF AREA 8 IS THIS AREA

18:08:23    2    THAT'S BETWEEN AREA 8 AND THE CHAIN LINK FENCE THAT RUNS ALONG

18:08:28    3    THERE.

18:08:29    4    **BY MS. CLAYMAN:**

18:08:29    5    **Q.**   I'VE GOT A MARKER --

18:08:31    6              **MS. CLAYMAN:**  MAY I APPROACH, YOUR HONOR?

18:08:32    7              **THE COURT:**  YOU MAY.

18:08:37    8    **BY MS. CLAYMAN:**

18:08:37    9    **Q.**   COULD YOU JUST PUT A CIRCLE AROUND WHAT YOU THINK THE

18:08:40   10    EXTENT OF EAST OF AREA 8 IS?

18:08:49   11    **A.**   (WITNESS COMPLIES.)

18:09:01   12    **Q.**   OKAY.  THANK YOU.

18:09:09   13              HOW DEEP WERE THE EXCAVATIONS EAST OF AREA 8?

18:09:14   14    **A.**   IT VARIED IN DEPTH AS YOU PROGRESSED FROM THE EAST SIDE TO

18:09:19   15    THE WEST SIDE.

18:09:21   16              IF YOU LOOK AT THE TOP PHOTO OVER HERE AND LOOK AT

18:09:24   17    THE DEPTH OF THIS BUCKET AND THE CLEAN CLAY BOTTOM AFTER HE'S

18:09:31   18    CLEANED THE TRANSITE OUT, THE MAXIMUM EXTENT OF THIS DEPTH AT

18:09:36   19    THIS POINT IS PROBABLY 18 TO 24 INCHES.

18:09:40   20    **Q.**   OKAY.  AND THEN LET'S GO TO THE BOTTOM PHOTOGRAPH.

18:09:44   21              THIS PHOTOGRAPH ALSO SHOWS THE AREA -- IT SAYS:  "IN

18:09:51   22    PLACING IMPORTED SAND BACKFILL IN PHASE 2 ACM EXCAVATION EAST

18:09:55   23    OF AREA 8 AT BOLAND MARINE."

18:09:57   24              CAN YOU TELL US WHAT THIS SHOWS?

18:09:59   25    **A.**   YES.  WASHINGTON GROUP'S OPERATOR OF THE BACKHOE IS

18:10:04    1    SCOOPING BUCKETFUL BY BUCKETFUL OUT OF THE CLEAN RIVER SAND

18:10:10    2    STOCKPILE RIGHT HERE.  HE SWINGS AROUND 180 DEGREES AND DROPS

18:10:16    3    IT INTO THE HOLE WHERE THE CLEAN CLAY BOTTOM IS AFTER THE

18:10:20    4    TRANSITE IS REMOVED.

18:10:22    5              AND EITHER HE'LL BUCKET-TAMP IT WITH THE TRACK HOE IN

18:10:28    6    1-FOOT LIFTS, OR MR. BOBBY SMITH WILL COME BACK WITH A D6 DOZER

18:10:33    7    AND ACTUALLY SPREAD IT AND TRACK-WALK IT WITH A D6 DOZER.

18:10:38    8    **Q.**   AND IS -- I GUESS IT'S JUST CONFUSING TO ME.  BUT IS THE

18:10:43    9    TRACK-WALK -- IS THE EXCAVATOR ACTUALLY ON TOP OF THE SAND

18:10:47   10    PILE, OR IS HE ON GROUND LEVEL?

18:10:51   11    **A.**   IT'S A LITTLE HARD TO TELL.  HE COULD BE ON A DEGRADED

18:10:56   12    BENCH WITHIN THE STOCKPILE, AND THIS IS A LARGER AREA OF THE

18:11:01   13    STOCKPILE.  IT'S KIND OF INCONCLUSIVE FROM THIS PHOTO.

18:11:07   14    **Q.**   HOW FAR AWAY DO YOU THINK THIS PHOTOGRAPH -- OR THIS

18:11:13   15    EXCAVATION WAS FROM THE EDGE OF THE -- THE WEST EDGE OF

18:11:21   16    SUREKOTE ROAD?

18:11:23   17    **A.**   FROM THE WEST EDGE, APPROXIMATELY 100 FEET OR SO.  FROM

18:11:30   18    HERE TO THE WESTERN EDGE OF THE -- FROM THE FLOODWALL, IT WAS

18:11:33   19    PROBABLY 150 TO 175 FEET AWAY.

18:11:38   20    **Q.**   IT LOOKS LIKE THE PHOTO IS A LITTLE DISTORTED.

18:11:41   21              DO YOU SEE THE ROOF IN THE BACKGROUND THERE?

18:11:44   22    **A.**   YES.

18:11:44   23    **Q.**   WHAT IS THAT?

18:11:45   24    **A.**   THAT'S SEWERAGE AND WATER BOARD PUMPING STATION NUMBER 5

18:11:50   25    ALONG FLORIDA AVENUE IN THE BACKGROUND.

| | | |
|---|---|---|
| 18:11:52 | 1 | **Q.**  CAN YOU JUST POINT ON THE MAP, THE AERIAL MAP, DM-DX-003 |
| 18:11:59 | 2 | AND SHOW WHERE THE PUMP STATION IS? |
| 15:23:36 | 3 | **A.**  (WITNESS COMPLIES.) |
| 18:12:07 | 4 | **Q.**  IT'S WAY OVER THERE. |
| 18:12:09 | 5 | SO THE PHOTO -- |
| 18:12:10 | 6 | **THE COURT:**  DO YOU WANT TO GO BACK TO THE PHOTO? |
| 18:12:14 | 7 | BY MS. CLAYMAN: |
| 18:12:14 | 8 | **Q.**  YEAH.  SO WOULD YOU AGREE WITH ME THAT THE PHOTO LOOKS |
| 18:12:18 | 9 | LIKE THE PUMP STATION'S ALMOST RIGHT NEXT TO THE FLOODWALL? |
| 18:12:23 | 10 | **A.**  IT LOOKS THAT WAY, BUT IT'S FARTHER AWAY. |
| 18:12:28 | 11 | **MS. CLAYMAN:**  ALL RIGHT.  I DON'T HAVE ANY MORE |
| 18:12:31 | 12 | QUESTIONS -- WELL, ACTUALLY, I WANTED -- YOUR HONOR, I HAD A |
| 18:12:36 | 13 | COUPLE MORE TOPICS.  ONE IS ABOUT THE SEWER LIFT STATION, THE |
| 18:12:40 | 14 | OTHER IS ABOUT THE WEDDING CAKE STRUCTURE AND THE BACKFILL |
| 18:12:45 | 15 | COMPACTION. |
| 18:12:45 | 16 | MR. GUILLORY WAS A 30(B)(6) WITNESS FOR THE |
| 18:12:49 | 17 | UNITED STATES, AND WE DEPOSED HIM BACK IN 2008. |
| 18:12:53 | 18 | **THE COURT:**  I READ IT. |
| 18:12:55 | 19 | **MS. CLAYMAN:**  THOSE TOPICS WERE COVERED EXTENSIVELY |
| 18:12:57 | 20 | IN THAT DEPOSITION, AND THEY HAVE BEEN DESIGNATED. |
| 18:13:00 | 21 | **THE COURT:**  AND YOU DIRECT THE COURT'S ATTENTION TO |
| 18:13:01 | 22 | THOSE. |
| 18:13:02 | 23 | **MS. CLAYMAN:**  SO UNLESS YOUR HONOR HAS QUESTIONS FOR |
| 18:13:05 | 24 | THOSE. |
| 18:13:06 | 25 | **THE COURT:**  NO. |

| | | |
|---|---|---|
| 18:13:07 | 1 | **MS. CLAYMAN:**  OKAY.  THE ONLY OTHER TOPIC -- AND THIS |
| 18:13:09 | 2 | ALSO WAS COVERED IN THE 30(B)(6) DEPOSITION -- WAS THE |
| 18:13:12 | 3 | TECHNICAL COMPLETION REPORT JUST ESTABLISHING THAT MR. GUILLORY |
| 18:13:16 | 4 | SIGNED OFF ON THE PROJECT AS COMPLETE, AND THAT HAS ALSO BEEN |
| 18:13:20 | 5 | DESIGNATED. |
| 18:13:22 | 6 | **THE COURT:**  YES, SIR. |
| 18:13:22 | 7 | **MR. SIMS:**  YOUR HONOR, JUST TO COMMENT.  I DON'T WANT |
| 18:13:24 | 8 | THERE TO BE ANY CONFUSION. |
| 18:13:25 | 9 | MR. GUILLORY DID NOT APPEAR TODAY AS A 30(B)(6) |
| 18:13:28 | 10 | WITNESS.  I UNDERSTAND COUNSEL'S REFERENCE -- |
| 18:13:31 | 11 | **THE COURT:**  THE COURT'S GOT THAT.  BUT, I MEAN, |
| 18:13:32 | 12 | YOU'RE NOT SAYING THAT THE EVIDENCE IN -- THE 30(B)(6) EVIDENCE |
| 18:13:35 | 13 | IS NOT EVIDENCE? |
| 18:13:37 | 14 | **MR. SIMS:**  NO, I'M NOT, YOUR HONOR. |
| 18:13:40 | 15 | **MS. CLAYMAN:**  THANK YOU.  I APPRECIATE YOUR PATIENCE. |
| 18:13:42 | 16 | **THE COURT:**  ALL RIGHT. |
| 18:13:42 | 17 | **MS. CLAYMAN:**  THANK YOU, MR. GUILLORY. |
| 18:13:42 | 18 | **THE COURT:**  NO, YOU HAD A LOT TO COVER, AND IT'S NOT |
| 18:13:44 | 19 | EASY.  I ALWAYS FOUND, WHEN I WAS DOING WHAT YOU'RE DOING, THAT |
| 18:13:49 | 20 | DIRECT WAS MORE DIFFICULT THAN THE CROSS AND A LOT LESS FUN. |
| 18:13:57 | 21 | SO I APPRECIATE HOW PAINSTAKING, BUT NECESSARY, |
| 18:14:04 | 22 | IT IS. |
| 18:14:05 | 23 | ALL RIGHT.  HAVE YOU GOTTEN EVERYTHING YOU WANT |
| 18:14:07 | 24 | IN, OR YOU-ALL WILL DO THAT LATER ON, THEN?  I'M NOT SAYING IT |
| 18:14:12 | 25 | HAS TO BE DONE NOW. |

18:14:14   1          **MR. MITSCH:**  YEAH.  I THOUGHT WE WOULD JUST DO IT AT

18:14:16   2   THE END OF MR. GUILLORY'S TESTIMONY.

18:14:19   3          **THE COURT:**  OKAY.  AND WE WILL JUST NOTE THE MATTERS

18:14:20   4   PENDING, AND HOPEFULLY WE'LL GET SOME OF IT RESOLVED.  IF NOT,

18:14:26   5   I'LL RESOLVE IT.

18:14:29   6          ALL RIGHT.  WITH THAT, YOU'VE WORKED HARD, AND

18:14:30   7   WE WILL ALL ENJOY A RECESS.  WE WILL ADJOURN UNTIL TOMORROW AT

18:14:38   8   9:00.

18:14:41   9          **MS. DALEY:**  NO.

18:14:43  10          **THE COURT:**  NO, NO, WRONG.  11:00.  I'M ADJOURNING TO

18:14:47  11   THE DENTIST'S OFFICE AT 8:00.  SO I'M SURE I'LL BE -- MY

18:14:52  12   GENERALLY LOVELY DEMEANOR MIGHT BE A LITTLE SKEWED.

18:14:58  13          ALL RIGHT.  SEE YOU TOMORROW AT 11:00.

18:14:58  14          WE'LL PROBABLY TAKE A 45-MINUTE LUNCH.

18:15:05  15          **THE DEPUTY CLERK:**  ALL RISE.

18:15:06  16          (WHEREUPON, THE PROCEEDINGS WERE CONCLUDED.)

18:15:06  17                         *****

18:15:06  18                       **CERTIFICATE**

18:15:06  19          I, JODI SIMCOX, RMR, FCRR, OFFICIAL COURT REPORTER
18:15:06       FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF
18:15:06  20   LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND
18:15:06       CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND
18:15:06  21   UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE
18:15:06       ABOVE-ENTITLED AND NUMBERED MATTER.
18:15:06  22

18:15:06  23

18:15:06                        S/ JODI SIMCOX, RMR, FCRR
18:15:06  24                     JODI SIMCOX, RMR, FCRR
18:15:06                        OFFICIAL COURT REPORTER

          25