1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3      ****************************************************************

4      IN RE:  KATRINA CANAL
       BREACHES CONSOLIDATED
5      LITIGATION

6                            CIVIL ACTION NO. 05-4182
                             SECTION "K"(2)
7                            NEW ORLEANS, LOUISIANA
                             WEDNESDAY, SEPTEMBER 26, 2012, 11:00 A.M.
8      PERTAINS TO:  MRGO

9        ARMSTRONG NO. 10-CV-866

10     ****************************************************************

11                      **DAY 11 MORNING SESSION**
                     TRANSCRIPT OF TRIAL PROCEEDINGS
12        HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                     UNITED STATES DISTRICT JUDGE
13

14     APPEARANCES:

15

16     FOR THE PLAINTIFFS:         BRUNO & BRUNO
                                   BY:   JOSEPH M. BRUNO, ESQUIRE
17                                 855 BARONNE STREET
                                   NEW ORLEANS LA  70113
18

19                                 THE ANDRY LAW FIRM
                                   BY:   JONATHAN B. ANDRY, ESQUIRE
20                                 610 BARONNE STREET
                                   NEW ORLEANS LA  70113
21

22                                 BARON & BUDD
23                                 BY:   THOMAS SIMS, ESQUIRE
                                   CARLA M. BURKE, ESQUIRE
24                                 3102 OAK LAWN AVENUE
                                   SUITE 1100
25                                 DALLAS TX  75219

                         **HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3

4                                          DEGRAVELLES PALMINTIER
                                           HOLTHAUS & FRUGE
5                                          BY:  MICHAEL PALMINTIER, ESQ.
                                           618 MAIN STREET
6                                          BATON ROUGE LA  70801

7

8                                          LAW OFFICE OF ELWOOD STEVENS JR
                                           BY:  ELWOOD STEVENS JR, ESQUIRE
9                                          1205 VICTOR II BOULEVARD
                                           MORGAN CITY LA  70381

10

11                                         THE DUDENHEFER LAW FIRM
                                           BY:  FRANK DUDENHEFER JR. ESQ.
12                                         601 POYDRAS STREET, SUITE 2655
                                           NEW ORLEANS LA  70130
13

14

15                                         FAYARD & HONEYCUTT
                                           BY:  CALVIN FAYARD, JR, ESQUIRE
16                                         519 FLORIDA AVENUE SOUTHWEST
                                           DENHAM SPRINGS LA  70726

17

18                                         JOANEN LAW FIRM
                                           BY:  SCOTT JOANEN, ESQUIRE
19                                         4905 FRERET STREET, SUITE B
                                           NEW ORLEANS LA  70115
20

21

22                                         PAPANTONIO THOMAS
                                           MITCHELL ECHSNER & PROCTOR
                                           BY:  MATT SCHULTZ, ESQUIRE
23                                         316 S. BAYLEN STREET, SUITE 600
                                           PENSACOLA FL  32502
24

25

**HOURLY TRANSCRIPT**

```
 1    APPEARANCES CONTINUED:

 2

 3                                    THE TRIAL LAW FIRM
                                     BY:  ANDREW P. OWEN, ESQUIRE
 4                                   800 WILSHIRE BOULEVARD
                                     SUITE 500
 5                                   LOS ANGELES CA  90017

 6

 7                                   J. ROBERT WARREN, II, A PLC
                                     BY:  J. ROBERT WARREN, II, ESQ.
 8                                   1718 SHORT STREET
                                     NEW ORLEANS LA  70118
 9

10

11    FOR WASHINGTON GROUP
      INTERNATIONAL, INC.:           STONE PIGMAN WALTHER WITTMANN
12                                   BY:  WILLIAM D. TREEBY, ESQUIRE
                                          HEATHER LONIAN, ESQUIRE
13                                        JAMES C. GULOTTA, ESQUIRE
                                          MAGGIE BROUSSARD, ESQUIRE
14                                   546 CARONDELET STREET
                                     NEW ORLEANS LA  70130
15

16
                                     JONES DAY
17                                   BY:  ADRIAN WAGER-ZITO, ESQUIRE
                                          DEBRA CLAYMAN, ESQUIRE
18                                        CHRISTOPHER THATCH, ESQ.
                                          CHRISTOPHER FARRELL, ESQ.
19                                        JULIA CRONIN, ESQUIRE
                                          BRIAN KERWIN, ESQUIRE
20                                   51 LOUISIANA AVENUE, N.W.
                                     WASHINGTON DC  20001
21

22

23

24

25
```

**HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE UNITED STATES
     OF AMERICA:                    U.S. DEPARTMENT OF JUSTICE
4                                   BY:  ROBIN D. SMITH, ESQUIRE
                                         JAMES MCCONNON, JR., ESQ.
5                                        RUPERT MITSCH, ESQUIRE
                                         CONOR KELLS, ESQUIRE
6                                        JOHN A. WOODCOCK, ESQUIRE
                                    TORTS BRANCH, CIVIL DIVISION
7                                   BENJAMIN FRANKLIN STATION
                                    P.O. BOX 888
8                                   WASHINGTON D.C.  2004

9

10

11   OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
                                 CERTIFIED REALTIME REPORTER
12                               500 POYDRAS STREET, ROOM B406
                                 NEW ORLEANS LA  70130
13                               (504) 589-7779

14

     PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
15   PRODUCED BY COMPUTER.

16

17

18

19

20

21

22

23

24

25

**HOURLY TRANSCRIPT**

1                              **I N D E X**

2

3                                                                  <u>PAGE</u>

4

5    **LEE GUILLORY**........................................ 2546

6    CROSS-EXAMINATION BY MR. SIMS........................ 2546

7    LUNCHEON RECESS...................................... 2600

8    REDIRECT EXAMINATION BY MR. MITSCH................... 2645

9    **JOHN STEPHEN KING**.................................. 2657

10   DIRECT EXAMINATION BY MR. TREEBY..................... 2657

11   CROSS-EXAMINATION BY MR. DUDENHEFER.................. 2682

12   **ROBERT DALRYMPLE**.................................. 2693

13   VOIR DIRE EXAMINATION BY MR. FARRELL................. 2693

14   TRAVERSE EXAMINATION BY MR. BRUNO.................... 2701

15   DIRECT EXAMINATION BY MR. FARRELL.................... 2717

16

17

18

19

20

21

22

23

24

25

1                          **P-R-O-C-E-E-D-I-N-G-S**

2                    WEDNESDAY, SEPTEMBER 26, 2012

3                    M O R N I N G   S E S S I O N

4                       (COURT CALLED TO ORDER)

5

6

7            THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT

8       HAND.  DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY WHICH YOU ARE

9       ABOUT TO GIVE WILL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING

10      BUT THE TRUTH, SO HELP YOU GOD?

11           THE WITNESS:  I DO.

12                          **LEE GUILLORY**

13       WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY

14        THE CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS FOLLOWS:

15                       CROSS-EXAMINATION

16      BY MR. SIMS:

17      Q.   GOOD MORNING, MR. GUILLORY.

18      A.   GOOD MORNING.

11:06AM 19   Q.   MY NAME IS THOMAS SIMS.  WE'VE NEVER MET BEFORE, BUT I'M

11:06AM 20   ONE OF THE ATTORNEYS FOR THE PLAINTIFFS IN THIS CASE TODAY.

11:06AM 21            I UNDERSTAND THAT YOUR OPINION IS THAT THE SOIL

11:06AM 22   COMPOSITION AT THE MCDONOUGH MARINE SITE IS REPRESENTATIVE OF

11:06AM 23   THE SOILS FOUND AT THE REST OF THE EBIA SITE; IS THAT CORRECT?

11:06AM 24   A.   CORRECT.

11:06AM 25   Q.   AND YOUR OPINION YESTERDAY WAS THAT THERE WAS NO CLAY

                          **HOURLY TRANSCRIPT**

11:06AM 1    LINER THAT WAS REQUIRED FOR THE BORROW PIT AT THE MCDONOUGH

11:06AM 2    MARINE SITE BECAUSE THAT ENTIRE SITE WAS CLAY, CORRECT?

11:06AM 3    A.   RIGHT.  AND THERE WAS NO CLAY LINER PLACED EITHER.

11:06AM 4    Q.   IN FACT, I THINK YOU USED THE WORDS THE ENTIRE COMPOSITION

11:07AM 5    OF THE MCDONOUGH MARINE SITE WAS CLAY; IS THAT FAIR?

11:07AM 6    A.   PREDOMINANTLY.

11:07AM 7    Q.   THERE IS A BIG DIFFERENCE, ISN'T THERE, BETWEEN

11:07AM 8    PREDOMINANTLY CLAY OR ENTIRELY CLAY?  YOU WOULD AGREE WITH

11:07AM 9    THAT, RIGHT?

11:07AM 10   A.   NO, I WOULDN'T.

11:07AM 11   Q.   OKAY.  SO WHETHER IT'S ENTIRELY CLAY OR PREDOMINANTLY

11:07AM 12   CLAY, IN YOUR MIND, IS THE SAME THING?

11:07AM 13   A.   IT'S CLOSE.

11:07AM 14   Q.   YOU SAID SOMETHING A LITTLE BIT DIFFERENT THAN THAT AT

11:07AM 15   YOUR DEPOSITION, DIDN'T YOU?

11:07AM 16   A.   MAY I SEE IT?

11:07AM 17   Q.   OF COURSE.

11:07AM 18        MR. SIMS:  IF YOU COULD PULL UP VOLUME I OF

11:07AM 19   MR. GUILLORY'S DEPOSITION.  PAGES 174, LINE 1 THROUGH 9.

11:07AM 20        THE COURT:  HAS EVERYBODY MADE CERTAIN THAT THE

11:07AM 21   SEQUESTRATION ORDER IS NOT BEING VIOLATED?  EVERYBODY HERE

11:07AM 22   THAT'S HERE AS A WITNESS IS AN EXPERT WITNESS.  I WOULD JUST

11:07AM 23   LIKE TO CHECK THAT.

11:07AM 24        MR. MITSCH:  WE DON'T HAVE ANY OTHER FACT WITNESSES.

11:07AM 25        THE COURT:  OKAY.

**HOURLY TRANSCRIPT**

11:07AM 1     MR. TREEBY:  WE HAVE ONE, BUT HE'S NOT HERE.

11:07AM 2     THE COURT:  OKAY.  THANK YOU.

11:08AM 3         EXAMINATION

11:08AM 4  BY MR. SIMS:

11:08AM 5 Q. SO, MR. GUILLORY, THIS WAS AN EXCHANGE YOU HAD WITH

11:08AM 6 MR. BRUNO.  YOU RECALL WHEN YOU WERE DEPOSED BY MR. BRUNO?

11:08AM 7 A. YES, I DO.

11:08AM 8 Q. THAT WAS ACTUALLY WAY BACK IN 2008; IS THAT RIGHT?

11:08AM 9 A. CORRECT.  SUMMER OF 2008.

11:08AM 10 Q. IS IT FAIR TO SAY YOUR RECOLLECTION OF EVENTS IN 2008 WAS

11:08AM 11 PROBABLY A LOT BETTER THAT WHAT IT IS TODAY IN TERMS OF WHAT

11:08AM 12 HAPPENED OUT AT THE EBIA PROJECT; IS THAT FAIR TO SAY?

11:08AM 13 A. POSSIBLE.

11:08AM 14 Q. WELL, HERE MR. BRUNO ASKS YOU ABOUT CLAY.  IN FACT, HE

11:08AM 15 ASKS YOU TO CONFIRM THAT CLAY IS NOT JUST -- IT'S NOT JUST CLAY

11:08AM 16 OUT THERE, IS IT?  AND YOU AGREED.  YOU SAID IT DEPENDS ON

11:08AM 17 WHERE YOU'RE EXCAVATING, BECAUSE YOU HAD A COMBINATION OF ALL

11:08AM 18 KIND OF GEOTECHNICAL STRATA OUT AT THE EBIA SITE.  YOU AGREE

11:08AM 19 WITH THAT STATEMENT, DON'T YOU?

11:08AM 20 A. YES.

11:08AM 21     MR. SIMS:  IN FACT, IF YOU'D BRING UP VOLUME II AT

11:08AM 22 PAGE 233 AND LINES 8 THROUGH 11, PLEASE.

11:08AM 23         EXAMINATION

11:08AM 24 BY MR. SIMS:

11:08AM 25 Q. MR. BRUNO, I WANTED TO CONFIRM WITH YOU DURING THE SECOND

**HOURLY TRANSCRIPT**

11:08AM 1  DAY OF YOUR DEPOSITION THAT YOU WERE NOT SAYING THAT THE EBIA

11:08AM 2  SITE WAS A HOMOGENOUS CLAY MATERIAL, CORRECT?  THAT'S STILL

11:09AM 3  YOUR OPINION TODAY, RIGHT?

11:09AM 4  A.   SURE, IT'S NOT HOMOGENOUS.

11:09AM 5  Q.   AND THE ENTIRE COMPOSITION OF THE SITE ISN'T CLAY?

11:09AM 6  A.   CORRECT, BUT THERE ARE MINOR LAYERS AND LENSES OF OTHER

11:09AM 7  MATERIALS.

11:09AM 8  Q.   MINOR LAYERS AND LENSES.  WELL, WE DON'T HAVE TO SPECULATE

11:09AM 9  ABOUT THAT, DO WE, BECAUSE WE HAVE THE MMG BORINGS, AND THEY

11:09AM 10 CONFIRM WHAT WAS OUT AT THE SITE, DON'T THEY?

11:09AM 11 A.   THE MMG BORINGS WERE PREDOMINANTLY ENVIRONMENTAL BORINGS.

11:09AM 12 Q.   WHETHER OR NOT THEY ARE ENVIRONMENTAL OR GEOTECHNICAL OR

11:09AM 13 FOR ANY OTHER PURPOSE, THEY WERE INTENDED TO CHARACTERIZE THE

11:09AM 14 SOIL AT THE EBIA SITE AND DESCRIBE IT AS EITHER A CLAY OR A FAT

11:09AM 15 CLAY OR A LEAN CLAY OR A SILT OR AN ORGANIC MATERIAL.  THAT WAS

11:09AM 16 ONE OF THE PURPOSES OF THE MMG BORINGS, CORRECT?

11:09AM 17 A.   SOMEWHAT DISAGREE WITH THAT.  THE SOIL CLASSIFICATIONS

11:09AM 18 THAT WERE GIVEN ON THE ENVIRONMENTAL BORINGS BY MMG WERE VISUAL

11:09AM 19 OBSERVATIONS.  THEY WERE NOT SENT TO THE LABORATORY FOR

11:09AM 20 ABSOLUTE SOIL CLASSIFICATION BY LABORATORY METHODS.

11:10AM 21 Q.   SO YOU THINK THAT THE GEOLOGISTS ASSOCIATED WITH THE MMG

11:10AM 22 BORINGS, GEOLOGISTS THAT WERE HIRED BY WGI, COULDN'T VISUALLY

11:10AM 23 DISTINGUISH BETWEEN A SILT AND A CLAY?

11:10AM 24 A.   NO.  THEY COULD.

11:10AM 25 Q.   OKAY.  WELL, LET'S TAKE A LOOK THE SOME OF THOSE BORINGS

**HOURLY TRANSCRIPT**

11:10AM 1   THEN.

11:10AM 2           MR. SIMS:  IF YOU COULD PULL UP, CARL, JX-1660-2.

11:10AM 3                       EXAMINATION

11:10AM 4   BY MR. SIMS:

11:10AM 5   Q.   YOU RECOGNIZE THIS DOCUMENT, I ASSUME, MR. GUILLORY?

11:10AM 6   A.   YES.

11:10AM 7   Q.   AND THIS IS THE MMG REPORT FOR BOLAND MARINE, CORRECT?

11:10AM 8   A.   YES, IT IS.

11:10AM 9           MR. SIMS:  IF YOU COULD TURN TO JX-72, PLEASE.  AND

11:10AM 10  IF YOU COULD BLOW UP THIS AREA RIGHT HERE, PLEASE.

11:10AM 11                      EXAMINATION

11:10AM 12  BY MR. SIMS:

11:10AM 13  Q.   SO HERE WE HAVE A MMG BORING IN WHICH THE GEOLOGIST IS

11:10AM 14  NOTATING THAT THERE IS A LAYER OF SILT FROM 5 TO 7 FEET, AND

11:11AM 15  THEN FROM 7 TO APPROXIMATELY 8 AND A HALF FEET, WE HAVE SILTY

11:11AM 16  CLAY, AND THEN BEYOND 8 AND A HALF FEET, WE HAVE PEATY ORGANIC

11:11AM 17  SILT.  YOU WOULD AGREE THAT THAT WAS THE CONCLUSION FROM THIS

11:11AM 18  BORING?

11:11AM 19  A.   THAT'S WHAT IT SAYS.

11:11AM 20  Q.   IS THERE ANYTHING HERE ABOUT THE SILT CONSTITUTING JUST A

11:11AM 21  MINOR LENS OR CHARACTER OF THIS BORING?

11:11AM 22  A.   IT'S A 2-FOOT LAYER AT THIS PARTICULAR DISCRETE SPOT.

11:11AM 23  Q.   AND THEN IT EXTENDS FURTHER AS A SILTY CLAY AND THEN TURNS

11:11AM 24  TO AN ORGANIC -- PEATY ORGANIC SILT, CORRECT?

11:11AM 25  A.   THAT'S WHAT IT SAYS.

**HOURLY TRANSCRIPT**

11:11AM 1    Q.   AND THAT TAKES PLACE OVER ABOUT 4 AND A HALF FEET?

11:11AM 2    CORRECT?

11:11AM 3    A.   WHAT ARE YOU ADDING TOGETHER TO GET 4 AND A HALF FEET?

11:11AM 4    Q.   FROM APPROXIMATELY 5 -- SORRY, IT'S LAWYER MATH, SO THAT'S

11:11AM 5    REALLY 3 AND A HALF FEET IN LAWYER MATH.  3 AND A HALF FEET,

11:11AM 6    CORRECT?

11:11AM 7         THE COURT:  5 TO 8 AND A HALF.  I CAN FIGURE THAT

11:11AM 8    OUT.

11:11AM 9         MR. SIMS:  THANK YOU, JUDGE.  AND IF WE TURN TO THE

11:12AM 10   NEXT PAGE, IT CONTINUES ON.  PAGE 166.  OH, OH, I'M SORRY, I

11:12AM 11   SKIPPED AHEAD, YOUR HONOR.

11:12AM 12        CARL, IF WE COULD GO TO PAGE 165, PLEASE.

11:12AM 13                    EXAMINATION

11:12AM 14   BY MR. SIMS:

11:12AM 15   Q.   AND STARTING RIGHT AROUND 5 FEET.  SO WE HAVE ABOUT --

11:12AM 16   SOME SILTY CLAY HERE AT 5 TO 6, THEN WE HAVE 2 FEET OF SILT,

11:12AM 17   CORRECT?  DO YOU AGREE WITH THAT, MR. GUILLORY?  AM I READING

11:12AM 18   THIS BORING CORRECTLY?

11:12AM 19   A.   THAT'S WHAT IT SAYS.

11:12AM 20   Q.   THEN WE CARRY ON TO ANOTHER FOOT OF SILTY CLAY AT 8 TO 9.

11:12AM 21        MR. SIMS:  NEXT PAGE, PLEASE, CARL.  IS THIS -- ALL

11:12AM 22   THIS AREA HERE, PLEASE.  THANK YOU.

11:12AM 23                    EXAMINATION

11:12AM 24   BY MR. SIMS:

11:12AM 25   Q.   CONTINUES ON WITH SILTY CLAY, SILTY CLAY, SILTY CLAY, THEN

**HOURLY TRANSCRIPT**

11:12AM  1    WE HAVE SOME PEATY ORGANIC RICH CLAY.  AS YOU SAID IN YOUR

11:12AM  2    DEPOSITION, THAT'S NOT HOMOGENOUS CLAY, IS IT?

11:13AM  3    A.   I DIDN'T SAY IT WAS HOMOGENOUS.

11:13AM  4    Q.   IT'S CERTAINLY NOT AN ENTIRE COMPOSITION OF CLAY?

11:13AM  5    A.   CORRECT.

11:13AM  6    Q.   WE CAN TURN TO OTHER SITES AS WELL.  WE DON'T NEED TO

11:13AM  7    STICK TO BOLAND MARINE.

11:13AM  8         MR. SIMS:  LET'S GO TO DX-121.  IS THAT DX-121?

11:13AM  9    LET'S TAKE A DETOUR DOWN ON JX-114, PLEASE.

11:13AM  10                        EXAMINATION

11:13AM  11   BY MR. SIMS:

11:13AM  12   Q.   IF YOU COULD TURN TO PAGE 104.  THIS IS THE INDIAN TOWING

11:13AM  13   LOCATION, CORRECT?

11:13AM  14        THE COURT:  THAT'S JX-124?

11:13AM  15        MR. SIMS:  SORRY.  114, JUDGE.

11:13AM  16        THE COURT:  114.  I'M HAVING -- NOW I'VE GOT IT NOW

11:13AM  17   CLEAR ON THE REALTIME.  THANK YOU.

11:13AM  18                        EXAMINATION

11:14AM  19   BY MR. SIMS:

11:14AM  20   Q.   AND THESE ARE THE BORING LOCATIONS AT INDIAN TOWING,

11:14AM  21   CORRECT?

11:14AM  22   A.   CAN YOU BLOW UP THE BLOCK IN THE RIGHT-HAND CORNER SO I

11:14AM  23   CAN SEE?

11:14AM  24   Q.   RIGHT DOWN HERE.

11:14AM  25   A.   OKAY.  GO AHEAD.

**HOURLY TRANSCRIPT**

11:14AM 1    Q.   AND THESE BORINGS ARE ROUGHLY FROM 46 UP TO 50?

11:14AM 2    A.   OKAY.

11:14AM 3    Q.   AND IF YOU TURN TO PAGE 637, PLEASE.  YOU DON'T HAVE 637?

11:14AM 4         MR. SIMS:  YOUR HONOR, MAY I USE THE ELMO, PLEASE?

11:14AM 5         THE COURT:  YOU MAY.

11:15AM 6         MR. SIMS:  NOW, YOUR HONOR, YOU'LL HAVE TO FORGIVE MY

11:15AM 7    HIGHLIGHTING.

11:15AM 8                         EXAMINATION

11:15AM 9    BY MR. SIMS:

11:15AM 10   Q.   SO THIS APPEARS TO BE A LOG OF BORING 46 G, CORRECT?

11:15AM 11   A.   I CAN'T SEE THE NUMBER ON IT.

11:15AM 12   Q.   RIGHT HERE IN THE BOTTOM RIGHT-HAND CORNER.

11:15AM 13   A.   OH, YES.

11:15AM 14   Q.   AND AGAIN, WE'RE SEEING SILT STARTING AT AN ELEVATION OR

11:15AM 15   DEPTH OF 2 FEET CONTINUING DOWN TO A DEPTH OF 6 FEET, CORRECT?

11:16AM 16   A.   THAT'S CORRECT.  BUT IT ALSO SAYS FILL.  THIS IS LANDFILL

11:16AM 17   THAT WAS BROUGHT ON SITE.

11:16AM 18   Q.   UNDERSTOOD.  AND THAT'S A FACT OF LIFE OF THE EBIA, ISN'T

11:16AM 19   IT?

11:16AM 20   A.   IT IS.

11:16AM 21   Q.   AND, IN FACT, ONCE WE GET TO THE NATIVE MATERIALS, WE HAVE

11:16AM 22   CLAYEY SILTS; IS THAT RIGHT?

11:16AM 23   A.   YES.

11:16AM 24   Q.   IN FACT, SOME OF THOSE NATIVE MATERIALS INCLUDE PURE

11:16AM 25   SILTS, CORRECT?  IS THAT CORRECT, MR. GUILLORY?

                         **HOURLY TRANSCRIPT**

11:16AM 1    A.   IN DISCRETE LOCATIONS, YES.

11:16AM 2    Q.   WELL, LET'S LOOK AT ONE OF THOSE DISCRETE LOCATIONS, THEN.

11:16AM 3    WE'LL STAY WITH THE ELMO, PLEASE.  BORING 47 A, CORRECT?

11:16AM 4    A.   YES.

11:16AM 5    Q.   IT'S JX-114, BUT IT'S POSSIBLE THAT'S AN INCORRECT NUMBER

11:16AM 6    BECAUSE WE'RE NOT PULLING IT UP.  PAGE NUMBER 644.  WE ARE NOW

11:16AM 7    BELOW THE WATER TABLE.  THERE IS A LITTLE NOTATION, MMG WAS

11:16AM 8    VERY KIND TO TELL US WHERE THE NATIVE SOILS BEGIN.  DO YOU SEE

11:16AM 9    THAT AT A DEPTH OF 3 FEET?

11:17AM 10   A.   YES.  I SEE NATIVE AND WATER TABLE.

11:17AM 11   Q.   AND HERE WE HAVE SILTS ALL THROUGHOUT THIS DEPTH OF FROM

11:17AM 12   APPROXIMATELY 3 FEET DOWN TO 9 FEET.  CORRECT?

11:17AM 13   A.   CAN YOU SHOW ME WHERE 47 A IS LOCATED ON THE BIG MAP?

11:17AM 14   Q.   I WOULD BE HAPPY TO.

11:17AM 15         THE COURT:  JUST TO MAKE SURE WE HAVE THE CORRECT

11:17AM 16   EXHIBIT NUMBER -- AND I HATE TO BELABOR THAT.  WE HAVE TO GO

11:17AM 17   BACK AND LOOK AT ALL OF THIS.  SO PAGE 644 OF SOME EXHIBIT, BUT

11:17AM 18   WE DON'T KNOW --

11:17AM 19         MR. SIMS:  JX-114 IS WHAT I HAVE MARKED.  IS THAT

11:17AM 20   CORRECT?

11:17AM 21         THE CLERK:  IT IS IN OUR BOOKS.

11:17AM 22         THE COURT:  WE'RE ON THE SAME PAGE, SO TO SPEAK.

11:17AM 23   THANK YOU.

11:17AM 24                        EXAMINATION

11:17AM 25   BY MR. SIMS:

                          **HOURLY TRANSCRIPT**

11:17AM 1    Q.   AND I BELIEVE IT WAS AT 47 A THAT WE WERE TALKING ABOUT.

11:17AM 2    JUST A MOMENT.

11:17AM 3    A.   YES, IT IS.

11:17AM 4    Q.   YOU SEE IT HERE ON THE SCREEN, I ASSUME?

11:17AM 5              THE COURT:  HOLD ON, WHAT'S PAGE IS THIS?  WE GOT IT.

11:17AM 6              THE CLERK:  IT'S 47 A AND 47 C?

11:17AM 7              MR. SIMS:  47 A WAS THE BORING WE WERE JUST LOOKING

11:17AM 8    AT.

11:18AM 9              THE CLERK:  IN THE DOCUMENTS THAT THE COURT HAS, IT'S

11:18AM 10   DOCUMENT JX-114-644.

11:18AM 11             THE COURT:  WE GOT IT.

11:18AM 12             MR. SIMS:  GREAT.  THANK YOU.

11:18AM 13                          EXAMINATION

11:18AM 14   BY MR. SIMS:

11:18AM 15   Q.   AND SO 47 A IS AT INDIAN TOWING, CORRECT?

11:18AM 16   A.   YES, IT IS.

11:18AM 17   Q.   SO YOU WOULD ACKNOWLEDGE THAT AT LEAST AT SO-CALLED

11:18AM 18   DISCRETE LOCATIONS, THERE IS SILT IN THE NATIVE MATERIALS AT

11:18AM 19   THE EBIA SITE?

11:18AM 20   A.   YES.  IN CERTAIN LOCATIONS.

11:18AM 21   Q.   BUT IT'S YOUR OPINION THAT WE'RE STILL LOOKING AT

11:18AM 22   PREDOMINANTLY CLAY; DO I HAVE THAT RIGHT?

11:18AM 23   A.   YES, IT IS.

11:18AM 24   Q.   LET'S SEE WHAT WGI SAID IN ITS RECAP REPORT.

11:18AM 25             MR. SIMS:  IF YOU COULD PULL UP, PLEASE, JX-111.

                              **HOURLY TRANSCRIPT**

11:18AM 1   THIS WAS AN EXHIBIT THAT WAS USED WITH THE WITNESS YESTERDAY.

11:18AM 2                         EXAMINATION

11:18AM 3   BY MR. SIMS:

11:19AM 4   Q.   SO, MR. GUILLORY, DO YOU SEE THE FIRST PAGE HERE ON THE

11:19AM 5   SCREEN?  YOU RECOGNIZE THIS EXHIBIT, DO YOU NOT?

11:19AM 6   A.   YES, IT'S A RECAP REPORT.

11:19AM 7   Q.   IF WE COULD TURN TO PAGE 38.

11:19AM 8         MR. MITSCH:  EXCUSE ME, YOUR HONOR.  MR. SIMS, ARE

11:19AM 9   YOU GIVING US COPIES OF THESE DOCUMENTS?

11:19AM 10         MR. SIMS:  WELL, THIS IS ACTUALLY YOUR OWN DOCUMENT,

11:19AM 11   BUT I HAVE NOT BROUGHT COPIES OF THESE DOCUMENTS.

11:19AM 12         MR. MITSCH:  YOU'VE NOT BROUGHT ANY COPIES OF ANY OF

11:19AM 13   THESE EXHIBITS THAT YOU'RE USING WITH THIS WITNESS?

11:19AM 14         MR. SIMS:  I DID NOT, NO.  I'VE NOT BROUGHT COPIES.

11:19AM 15   WE HAVEN'T DONE THAT IN THE PAST.

11:19AM 16         MR. MITSCH:  WE HAVE BEEN DOING IT CONSTANTLY.

11:19AM 17         THE COURT:  DO YOU WANT TO ADDRESS THE COURT, SIR?

11:19AM 18         MR. MITSCH:  I'M SORRY, SIR, BUT I THOUGHT THE

11:19AM 19   APPROACH WAS THAT WE WOULD BE EXCHANGING THE EXHIBITS THE

11:19AM 20   PARTIES WOULD BE USING IN DIRECT EXAMS AND IN

11:20AM 21   CROSS-EXAMINATIONS.  WE HAVE BEEN DOING IT THROUGHOUT THE

11:20AM 22   ENTIRE TRIAL, AND NOW WE'RE NOT.

11:20AM 23         MR. SIMS:  YOUR HONOR, THAT'S A MISCOMMUNICATION.

11:20AM 24   OUR UNDERSTANDING WAS THE PARTY PUTTING THE WITNESS ON DIRECT

11:20AM 25   WOULD PROVIDE THE EXHIBITS TO THE OPPOSING COUNSEL.  I DID NOT

**HOURLY TRANSCRIPT**

11:20AM 1    UNDERSTAND THAT TO APPLY WHEN CROSS-EXAMINATION WAS OCCURRING.

11:20AM 2    THAT IS NOT HOW WE PROCEEDED WITH DR. MARR.  AND SO THAT'S A

11:20AM 3    MISCOMMUNICATION.  AND FROM MOVING ON FORWARD, WE CAN PREPARE

11:20AM 4    FOR THAT, BUT OBVIOUSLY WE'RE NOT PREPARED TO DO THAT TODAY.

11:20AM 5         MR. TREEBY:  IF YOUR HONOR PLEASE, I THINK THEN SOME

11:20AM 6    LATITUDE IS DUE BECAUSE I CAN UNDERSTAND THE PROBLEM.  WE HAVE

11:20AM 7    BEEN DOING THAT ON CROSS, BUT I'M NOT FAULTING ANYBODY.  BUT IT

11:20AM 8    DOES TAKE, THEN, A LITTLE BIT OF TIME BECAUSE WE HAVE TO

11:20AM 9    SCRAMBLE TO GO FIND THE DOCUMENT THAT'S BEING REFERRED TO IN

11:20AM 10   THESE BINDERS, WHICH TAKES A WHILE.

11:20AM 11        THE COURT:  WELL, WE UNDERSTAND THAT BECAUSE WE HAVE

11:20AM 12   DONE IT THAT WITH VIRTUALLY EVERY ONE BECAUSE WE'RE WRITING ON

11:20AM 13   IT.  SO WE UNDERSTAND THAT.

11:20AM 14        MR. TREEBY:  I WAS TRUSTING -- I THOUGHT THE COURT

11:20AM 15   WAS BEING GIVEN THESE --

11:20AM 16        THE COURT:  NO, WE HAVE THEM, BUT WE'RE GOING TO THE

11:20AM 17   ACTUAL BOOK HERE TO MAKE NOTES IN THE BOOK.  BUT NONETHELESS --

11:21AM 18   AT LEAST, MY LAW CLERK IS.  I'M MAKING MY NOTES ON THE COMPUTER

11:21AM 19   AND ON THE OTHER EXHIBITS.  BUT WE'RE LOOKING AT SOMETHING THAT

11:21AM 20   WAS SHOWN YESTERDAY.  IT'S CLEAR WHAT IT IS.  WE CAN ALL LOOK

11:21AM 21   AT IT.  IF THERE IS ANY CONFUSION, YOU CAN ASK FOR A SECOND OR

11:21AM 22   A MINUTE OR HOWEVER LONG YOU TAKE.

11:21AM 23        MR. MITSCH:  I UNDERSTAND, YOUR HONOR, AND I

11:21AM 24   APOLOGIZE FOR NOT ADDRESSING YOU ORIGINALLY.

11:21AM 25        THE COURT:  I WAS GUILTY OF THAT WAY MORE THAN YOU

**HOURLY TRANSCRIPT**

11:21AM 1   WERE WHEN I WAS DOING WHAT YOU DO.  SO I COMPLETELY UNDERSTAND.

11:21AM 2         MR. TREEBY:  IF YOUR HONOR PLEASE, ONE OTHER THING,

11:21AM 3   JUST AS A REMINDER, THE WITNESS HAS -- THE REASON WE GAVE HIM

11:21AM 4   THE BOOK OF EXHIBITS TO LOOK AT HIMSELF IS BECAUSE OF A VISION

11:21AM 5   PROBLEM HE HAS, AND HE HAS A LITTLE TROUBLE SEEING THESE UP ON

11:21AM 6   THE SCREEN.  SO IF HE COULD BE MAYBE GIVEN A COPY OF --

11:21AM 7         MR. SIMS:  I THINK I -- FOR SOME OF THESE DOCUMENTS,

11:21AM 8   YOUR HONOR, I DO HAVE A HARD COPY.  THEY HAVE MY HIGHLIGHTS ON

11:22AM 9   THEM, BUT I HAVE NO PROBLEM GIVING THEM TO WITNESS IF HE WOULD

11:22AM 10  LIKE THEM.

11:22AM 11        THE COURT:  AND IF THE WITNESS -- IF YOU JUST TELL

11:22AM 12  ME, MR. GUILLORY, I CAN'T SEE THIS VERY WELL, I THINK WE HAVE A

11:22AM 13  BOOK OF --

11:22AM 14        THE CLERK:  THESE ARE THE EXHIBITS THAT WE USED FOR

11:22AM 15  MR. GUILLORY YESTERDAY.  I CAN FIND THAT FOR HIM IN HERE.

11:22AM 16        MR. SIMS:  THAT'S FINE.  I CAN TELL YOU WE'RE NOT

11:22AM 17  GOING TO BE LOOKING AT MANY OF THOSE.

11:22AM 18        THE COURT:  OKAY.  ALL RIGHT.  MR. GUILLORY, IF YOU

11:22AM 19  NEED TO FIND THEM, WE WILL HELP YOU FIND THEM.

11:22AM 20        THE WITNESS:  THANK YOU, YOUR HONOR.

11:22AM 21        MR. SIMS:  YOUR HONOR, I PROMISE I WILL TRY TO SLOW

11:22AM 22  IT DOWN.  I KNOW THE COURT REPORTER WILL BE VERY, VERY HAPPY.

11:22AM 23        THE COURT:  I UNDERSTAND.  I LIKE FAST, BUT COURT

11:22AM 24  REPORTERS DON'T LIKE FAST.  I LIKE FAST A LOT.  BUT GO AHEAD.

11:22AM 25                    EXAMINATION

                          **HOURLY TRANSCRIPT**

11:22AM 1    BY MR. SIMS:

11:22AM 2    Q.    SO, MR. GUILLORY, YOU RECALL LOOKING AT THIS SPECIFIC

11:22AM 3    PARAGRAPH DURING YOUR TESTIMONY YESTERDAY, CORRECT?

11:22AM 4    A.    I BELIEVE SO.

11:22AM 5    Q.    THIS IS A DOCUMENT THAT WAS DRAFTED BY WGI, CORRECT?

11:22AM 6    A.    YES.

11:22AM 7    Q.    AND ACCORDING TO WGI, THE SOILS -- AND AS MS. CLAYMAN WAS

11:22AM 8    KIND ENOUGH TO POINT OUT, THAT ACTUALLY SHOULD REFER TO SAUCER

11:22AM 9    MARINE, CORRECT?

11:22AM 10   A.    RIGHT, IT'S A TYPO.

11:22AM 11   Q.    SO THE SOILS AT SAUCER MARINE ARE ACTUALLY SILTS AND

11:23AM 12   CLAYS.   THERE IS NOTHING HERE ABOUT THE SOILS BEING PROMINENTLY

11:23AM 13   CLAYS, RIGHT?

11:23AM 14   A.    SURE, NO SURPRISE.

11:23AM 15   Q.    WELL, IT IS A SURPRISE TO YOU, BECAUSE YOUR OPINION IS

11:23AM 16   THEY ARE PROMINENTLY CLAYS.   SO THIS SENTENCE IS ACTUALLY

11:23AM 17   INCORRECT, IS THAT YOUR TESTIMONY?

11:23AM 18   A.    NO.   PREDOMINANTLY MEANS THE MAJORITY.

11:23AM 19   Q.    DOES ANYTHING IN THIS PARAGRAPH SAY THE MAJORITY OF SOILS

11:23AM 20   AT THE SAUCER MARINE SITE ARE CLAYS?

11:23AM 21   A.    I STAND BY MY TESTIMONY, SIR.

11:23AM 22   Q.    FAIR ENOUGH.   YOU ALSO TALKED ABOUT A -- WELL, FIRST LET

11:23AM 23   ME ASK YOU:   THE PROJECT BOUNDARY FOR THE EBIA PROJECT WENT

11:23AM 24   FROM ESSENTIALLY THE WATER SIDE OF THE CANAL UP TO THE WATER

11:23AM 25   SIDE OF THE FACE OF THE FLOODWALL, CORRECT?   IN OTHER WORDS,

**HOURLY TRANSCRIPT**

11:23AM 1    YOU WENT FROM THE BANK OF THE IHNC TO THE FACE OF THE

11:23AM 2    FLOODWALL.  THAT WAS THE PROJECT BOUNDARY ON AN EAST-WEST AXIS,

11:24AM 3    CORRECT?

11:24AM 4    A.    SOMEWHAT.  IT ACTUALLY WENT FROM THE FLOOD SIDE FACE OF

11:24AM 5    THE FLOODWALL TO 15 FEET WESTWARD OF THE WATERLINE.

11:24AM 6    Q.    OKAY.  THANK YOU.  BUT YOU TESTIFIED YESTERDAY THAT WGI

11:24AM 7    WAS PROVIDED A BOUNDARY OF 15 FEET FROM THE FACE OF THE

11:24AM 8    FLOODWALL IN WHICH NO WORK WAS TO OCCUR WITHOUT SOME TYPE OF

11:24AM 9    SPECIAL PERMISSION OR DISCUSSION WITH THE CORPS, CORRECT?  DO

11:24AM 10   YOU RECALL THAT?

11:24AM 11   A.    THE CORPS DECLARED THAT A SAFETY OR EXCLUSION ZONE.

11:24AM 12   Q.    THANK YOU.  SAFETY OR EXCLUSION ZONE.

11:24AM 13        NOW, YESTERDAY YOU TESTIFIED THAT THERE WERE TWO

11:24AM 14   REASONS FOR INSTITUTING THAT POLICY.  ONE WAS YOU DIDN'T WANT

11:24AM 15   THE HEAVY EQUIPMENT TO PHYSICALLY DAMAGE THE FLOODWALL,

11:24AM 16   CORRECT?  THAT WAS ONE REASON?

11:24AM 17   A.    CORRECT.

11:24AM 18   Q.    BUT THEN YOU TESTIFIED ABOUT THE SECOND REASON.  AND YOU

11:24AM 19   SAID THAT BASED ON THE EXPERIENCE OF YOUR HTRW TEAM, WE ALL

11:24AM 20   KNOW THAT WHEN YOU GET 8, 10, 12, 15 FEET AWAY FROM A FLOOD

11:25AM 21   CONTROL WORK STRUCTURE, YOU HAVE TO BE COGNIZANT OF THE

11:25AM 22   CONSTRUCTION AND THE MINIMUM CONTROL LINE, STABILITY CONTROL

11:25AM 23   LINE OF THAT PARTICULAR STRUCTURE.

11:25AM 24        SO IS IT YOUR TESTIMONY THAT IN ADDITION TO BEING

11:25AM 25   CONCERNED ABOUT EQUIPMENT PHYSICALLY HARMING THE FLOODWALL, YOU

**HOURLY TRANSCRIPT**

11:25AM  1   WERE ALSO WORRIED AND YOU INSTITUTED THAT 15-FOOT BOUNDARY

11:25AM  2   BECAUSE OF CONCERNS ABOUT STABILITY OF THE FLOODWALL?

11:25AM  3   A.   I WOULDN'T USE THE WORD "WORRIED."  I WOULD SAY COGNIZANT

11:25AM  4   OF.

11:25AM  5   Q.   SO THE 15-FOOT BOUNDARY, THAT TIED INTO THIS CONCEPT OF A

11:25AM  6   MINIMUM CONTROL LINE, CORRECT?

11:25AM  7   A.   IT'S CLOSE TO EACH OTHER.

11:25AM  8   Q.   BUT THAT'S NOT WHAT YOU SAID IN YOUR DEPOSITION, WAS IT?

11:25AM  9   A.   I DON'T KNOW.  SHOW IT TO ME.

11:25AM 10         MR. SIMS:  WELL, LET'S TAKE A LOOK.  IF YOU CAN PULL

11:25AM 11   UP, PLEASE, VOLUME II AT PAGE 83, LINES 17 TO 19.

11:25AM 12         THE COURT:  CAN YOU BLOW IT YOU UP.  IF YOU HAVE

11:26AM 13   TROUBLE SEEING IT, LET US KNOW.

11:26AM 14                       EXAMINATION

11:26AM 15   BY MR. SIMS:

11:26AM 16   Q.   SO:

11:26AM 17         "QUESTION:  DOES THIS 15-FEET DEMARCATION OR LINE

11:26AM 18   HAVE ANY CONNECTION TO A MINIMUM CONTROL LINE?

11:26AM 19         "ANSWER:  NO?"

11:26AM 20         ARE YOU CHANGING YOUR TESTIMONY TODAY?

11:26AM 21   A.   NO, BECAUSE AT THAT TIME OF MY DEPOSITION, THIS PARTICULAR

11:26AM 22   QUESTION ASKED IF IT HAD A CONNECTION TO THE MINIMUM CONTROL

11:26AM 23   LINE.  AND MY TESTIMONY YESTERDAY WAS BASED ON MY 30 YEARS OF

11:26AM 24   EXPERIENCE, I WAS COGNIZANT OF A MINIMUM CONTROL LINE.

11:26AM 25   Q.   ISN'T IT TRUE, MR. GUILLORY, THAT YOU TESTIFIED AT YOUR

**HOURLY TRANSCRIPT**

11:26AM 1   DEPOSITION YOU DIDN'T KNOW WHAT THE MINIMUM CONTROL LINE WAS

11:26AM 2   FOR EXCAVATING NEAR THE LEVEES AT THE EBIA SITE?

11:26AM 3   A.   I DIDN'T KNOW SPECIFICALLY WHERE IT WAS LOCATED UNTIL I

11:26AM 4   ASKED FOR A GEOTECHNICAL SUPPORT AND EVALUATION ON STABILITY

11:27AM 5   CONTROL ANALYSIS FOR THE MCDONOUGH MARINE BAR AREA.

11:27AM 6   Q.   AT YOUR DEPOSITION -- LET ME JUST ASK YOU, THE 15-FOOT

11:27AM 7   BOUNDARY, THAT WAS NOT ESTABLISHED BASED ON THE INPUT OF ANY

11:27AM 8   GEOTECHNICAL ENGINEERS; ISN'T THAT RIGHT?

11:27AM 9   A.   THAT IS CORRECT.

11:27AM 10  Q.   NOW, YOU, YOURSELF, YOU'RE NOT A GEOTECHNICAL ENGINEER,

11:27AM 11  RIGHT?

11:27AM 12  A.   CORRECT.

11:27AM 13  Q.   YOU'RE NOT A GEOLOGIST?

11:27AM 14  A.   CORRECT.

11:27AM 15  Q.   NOT HYDROLOGIST?

11:27AM 16  A.   CORRECT.

11:27AM 17  Q.   YOU'RE NOT AN EXPERT IN SEEPAGE?

11:27AM 18  A.   CORRECT.

11:27AM 19  Q.   YOU DON'T EVEN KNOW HOW TO TEST FOR THE PRESENCE OF

11:27AM 20  UNDERSEEPAGE AT A LEVEE OR FLOODWALL, RIGHT?

11:27AM 21  A.   CORRECT.

11:27AM 22  Q.   YOU'RE NOT QUALIFIED TO CALCULATE WHAT A MINIMUM CONTROL

11:27AM 23  LINE IS, RIGHT?

11:27AM 24  A.   CORRECT.

11:27AM 25  Q.   NOR ARE YOU QUALIFIED TO CALCULATE WHAT A STABILITY

**HOURLY TRANSCRIPT**

11:27AM 1    CONTROL LINE IS, CORRECT?

11:27AM 2    A.   CORRECT.  THAT'S A GEOTECHNICAL ENGINEER.

11:27AM 3    Q.   IN FACT, NO ONE ON YOUR TEAM WAS QUALIFIED TO CALCULATE A

11:27AM 4    MINIMUM CONTROL LINE OR STABILITY CONTROL LINE?

11:28AM 5    A.   CORRECT.  HOWEVER, WHEN WE DID NEED SPECIALIZED

11:28AM 6    EXPERIENCE, WE REQUESTED IT.  I RECEIVED IT FROM OUR

11:28AM 7    GEOTECHNICAL BRANCH.

11:28AM 8    Q.   UNDERSTOOD.  AND WE'RE GOING TO BE TALKING ABOUT THAT IN

11:28AM 9    JUST A LITTLE BIT.

11:28AM 10           NOW, YOUR HTRW TEAM THAT WAS ASSIGNED TO THE EBIA

11:28AM 11   PROJECT IN TASK ORDER 26, THAT TEAM DID NOT INCLUDE ANY

11:28AM 12   GEOTECHNICAL ENGINEERS, RIGHT?

11:28AM 13   A.   CORRECT.

11:28AM 14   Q.   YOU MADE SOME REFERENCE YESTERDAY TO A GEORGE BACUTA.

11:28AM 15   HE'S -- HE WAS A MEMBER OF THE HTRW TEAM, RIGHT?

11:28AM 16   A.   YES, HE IS.

11:28AM 17   Q.   AND YOU WERE CAREFUL TO POINT OUT THAT HE'S A GEOLOGIST,

11:28AM 18   RIGHT?

11:28AM 19   A.   PROFESSIONAL GEOLOGIST.

11:28AM 20   Q.   HAVE YOU READ HIS DEPOSITION?

11:28AM 21   A.   NO.

11:28AM 22   Q.   WERE YOU AWARE THAT HE SAID IN CONNECTION WITH THE EBIA

11:28AM 23   PROJECT, HE ACTUALLY WASN'T ACTING AS A GEOLOGIST?  DID YOU

11:28AM 24   KNOW THAT?

11:28AM 25   A.   NO, I DIDN'T KNOW HE SAID THAT.

**HOURLY TRANSCRIPT**

11:28AM 1   Q.   THAT SURPRISES YOU, DOESN'T IT?

11:28AM 2   A.   NO.

11:28AM 3   Q.   AT THE TIME OF YOUR DEPOSITION, MR. GUILLORY, YOU WERE NOT

11:29AM 4   AWARE OF ANY REGULATIONS OR GUIDELINES WITHIN THE NEW ORLEANS

11:29AM 5   DISTRICT OF THE CORPS THAT REQUIRE A PERMIT WHEN SOMEONE IS

11:29AM 6   DIGGING WITHIN 300 FEET OF A FLOOD PROTECTION STRUCTURE?

11:29AM 7   A.   THAT IS CORRECT.

11:29AM 8   Q.   HOW ABOUT NOW?

11:29AM 9   A.   YES, SIR.

11:29AM 10  Q.   ARE YOU AWARE NOW?

11:29AM 11  A.   I AM AWARE NOW.

11:29AM 12  Q.   AND AT THE TIME OF THE EBIA PROJECT, SO FROM 2000 TO

11:29AM 13  ROUGHLY 2005, WERE YOU AWARE OF ANY POLICY OR EVEN A GUIDELINE

11:29AM 14  WITHIN THE CORPS THAT REQUIRED AN ENGINEERING EVALUATION OF ANY

11:29AM 15  EXCAVATION WITHIN 300 FEET OF A FLOOD PROTECTION STRUCTURE?

11:29AM 16  A.   AT THAT TIME, NO.

11:29AM 17  Q.   HOW ABOUT NOW?

11:29AM 18  A.   YES, NOW.

11:29AM 19  Q.   WHEN DID YOU BECOME AWARE OF THAT?

11:29AM 20  A.   APPROXIMATELY 2006, WHEN I CHANGED JOBS FROM CONSTRUCTION

11:29AM 21  DIVISION TO OPERATIONS DIVISION.

11:29AM 22  Q.   YOU WOULD AGREE, MR. GUILLORY, THAT WHEN YOU ARE AT THE

11:30AM 23  BEGINNING OF AN ENVIRONMENTAL REMEDIATION PROJECT LIKE THE

11:30AM 24  EBIA, YOU DON'T KNOW WHAT THE UNKNOWN IS ABOUT?  THAT'S A FAIR

11:30AM 25  STATEMENT, ISN'T IT?

**HOURLY TRANSCRIPT**

11:30AM 1    A.   YES.

11:30AM 2    Q.   AND THAT WAS CERTAINLY A PROBLEM IN THIS PROJECT, WASN'T

11:30AM 3    IT?

11:30AM 4    A.   IT'S A PROBLEM IN ANY ENVIRONMENTAL PROJECT.

11:30AM 5    Q.   AND DURING THE PROJECT PLANNING PHASE FOR THE EBIA

11:30AM 6    PROJECT, YOU HAD ANTICIPATED THAT THE CONTAMINATION IN THE SOIL

11:30AM 7    WOULD BE ENCOUNTERED AS LOW AS 5 FEET.   THAT WAS THE ASSUMPTION

11:30AM 8    GOING INTO IT, CORRECT?

11:30AM 9    A.   NO.   I DISAGREE WITH THAT.   THAT WAS THE EXTENT OF THE

11:30AM 10   PRELIMINARY TESTING AND INFORMATION THE GOVERNMENT HAD AT THAT

11:30AM 11   POINT IN TIME.

11:30AM 12   Q.   BUT ONCE THE WORK COMMENCED, YOU REALIZED IT ACTUALLY WENT

11:30AM 13   MUCH DEEPER, CORRECT?

11:30AM 14   A.   DEEPER.   I WOULDN'T SAY MUCH DEEPER.

11:30AM 15   Q.   15 FEET.   IS 15 FEET MUCH DEEPER?

11:30AM 16   A.   YES.

11:30AM 17   Q.   WHAT ABOUT 24 FEET?   IS THAT MUCH DEEPER?

11:30AM 18   A.   YES.

11:31AM 19   Q.   AND, IN FACT, AT AREA 5, AT SAUCER MARINE, YOU TESTIFIED

11:31AM 20   ABOUT THIS YESTERDAY, WGI AND THE CORPS FOUND SOIL

11:31AM 21   CONTAMINATION AS DEEP AS 24 FEET?

11:31AM 22   A.   NO, THAT'S NOT WHAT I TESTIFIED.

11:31AM 23   Q.   YOU TESTIFIED THAT AREA 5 WENT DOWN TO 13 FEET, THE

11:31AM 24   EXCAVATION -- IF I RECALL, YOUR TESTIMONY WAS THE MAXIMUM DEPTH

11:31AM 25   WAS 13 FEET, CORRECT?

**HOURLY TRANSCRIPT**

11:31AM 1   A.   NO.   THE ACTUAL DOCUMENT SHOWED THE AVERAGE DEPTHS WERE

11:31AM 2   8 FEET AND 13 FEET IN AREA 5.

11:31AM 3   Q.   SO NOW YOUR TESTIMONY IS IT'S THE AVERAGE DEPTH AND NOT

11:31AM 4   THE MAXIMUM DEPTH?

11:31AM 5   A.   WHATEVER THE COLUMN SAID ON THE PARTICULAR TABLE.

11:31AM 6   Q.   WE'LL REVISIT THAT DOCUMENT A LITTLE BIT LATER.

11:31AM 7        YOU TESTIFIED THAT WGI WAS HIRED AS AN ARCHITECTURAL

11:31AM 8   ENGINEERING FIRM, CORRECT?

11:31AM 9   A.   YES.

11:31AM 10  Q.   AND YOU ACKNOWLEDGE THAT IT WAS EXPECTED -- WGI WAS

11:31AM 11  EXPECTED TO PROVIDE CERTAIN GEOTECHNICAL ENGINEERING SERVICES,

11:31AM 12  CORRECT?

11:32AM 13  A.   YES.

11:32AM 14  Q.   YOU UNDERSTOOD THAT WGI HAD GEOTECHNICAL EXPERTISE IN ITS

11:32AM 15  DENVER HOME OFFICE, RIGHT?

11:32AM 16  A.   YES, IF NEEDED.

11:32AM 17  Q.   CORRECT.   IF CALLED UPON.   RIGHT?

11:32AM 18        THE COURT:   IS THAT DENVER OR BOISE?

11:32AM 19        MR. SIMS:   DENVER, YOUR HONOR.

11:32AM 20        THE COURT:   OKAY.

11:32AM 21                    EXAMINATION

11:32AM 22  BY MR. SIMS:

11:32AM 23  Q.   AND THE CORPS EXPECTED WGI TO PROVIDE WHATEVER KIND OF

11:32AM 24  GEOTECHNICAL SUPPORT THE CORPS NEEDED TO BE UTILIZED ON THE

11:32AM 25  EBIA PROJECT?

**HOURLY TRANSCRIPT**

11:32AM 1   A.   I DISAGREE WITH THAT.

11:32AM 2   Q.   DID YOU EVER TESTIFY DIFFERENTLY UNDER OATH?

11:32AM 3   A.   I'M SORRY?

11:32AM 4   Q.   HAVE YOU EVER TESTIFIED DIFFERENTLY UNDER OATH?

11:32AM 5   A.   I DON'T KNOW.

11:32AM 6   Q.   LET'S TAKE A LOOK AT YOUR DEPOSITION.  VOLUME TWO, PLEASE.

11:32AM 7   PAGE 57, 7 TO 17.  NOW --

11:32AM 8        WHY DON'T WE GO BACK TO 56, SO WE HAVE SOME CONTEXT

11:32AM 9   FOR THIS, PLEASE, CARL.

11:32AM 10        AND JUST SO YOU CAN SEE, THE QUESTION IS, "WHAT KIND

11:33AM 11  OF GEOTECHNICAL SUPPORT WERE YOU REFERRING TO SPECIFICALLY?"

11:33AM 12        AND YOU'LL SEE RIGHT ABOVE THAT, YOU'RE TALKING ABOUT

11:33AM 13  THE DENVER HOME OFFICE.  YOU ANSWER THAT QUESTION.

11:33AM 14        GO TO THE NEXT PAGE, PLEASE.

11:33AM 15        AND THEN THERE IS A FOLLOW-UP, "WERE YOU REFERRING TO

11:33AM 16  ANYTHING ELSE WHEN YOU SAID THIS?"  AND I'LL READ THE FIRST

11:33AM 17  LINE.  "JUST WHATEVER KIND OF SOIL OR GEOTECHNICAL SUPPORT THAT

11:33AM 18  WE NEEDED TO BE UTILIZED ON THE PROJECT?"

11:33AM 19        IS THAT A TRUE STATEMENT?

11:33AM 20  A.   ONLY IF REQUESTED BY THE CORPS IN A STATEMENT OF WORK AND

11:33AM 21  AN ACTUAL MODIFICATION TO THE TASK ORDER.

11:33AM 22  Q.   AND, IN FACT, YOU'RE TELLING THE COURT TODAY THAT THE

11:33AM 23  CORPS DID NOT EXPECT WGI TO PROVIDE ANY GEOTECHNICAL SERVICES

11:33AM 24  WITH RESPECT TO THE LEVEES AND FLOODWALLS, RIGHT?

11:33AM 25  A.   NOT WITH RESPECT TO STABILITY ANALYSIS OR SEEPAGE

**HOURLY TRANSCRIPT**

11:33AM 1    ANALYSIS.

11:33AM 2    Q.   WHAT ELSE THEN?

11:33AM 3    A.   AS I TESTIFIED YESTERDAY, WE EXPECTED STANDARD

11:34AM 4    GEOTECHNICAL PRACTICES AND ENGINEERING CONSIDERATIONS IN

11:34AM 5    DESIGNING THE EXCAVATIONS FOR THE RECAP PROGRAM.

11:34AM 6    Q.   UNDERSTOOD.  WAS THERE ANY EXPECTATION THAT IN DESIGNING

11:34AM 7    THOSE EXCAVATIONS WGI WOULD BE EXPECTED TO ENSURE THAT NO HARM

11:34AM 8    CAME TO THE LEVEES AND FLOODWALLS?

11:34AM 9    A.   SURE, THEY ALWAYS HAD TO BE COGNIZANT OF THAT; HOWEVER, IT

11:34AM 10   WAS NOT REQUIRED OF THEM TO PERFORM EITHER OF THOSE TWO

11:34AM 11   ANALYSIS UNLESS SPECIFICALLY REQUESTED BY THE CORPS IN AN

11:34AM 12   OFFICIAL MODIFICATION TO THE TASK ORDER.

11:34AM 13   Q.   MR. GUILLORY, HOW COULD WGI BE EXPECTED TO ENSURE THAT

11:34AM 14   EXCAVATIONS IN THE VICINITY OF THE FLOODWALL DID NOT ADVERSELY

11:34AM 15   AFFECT THAT FLOODWALL WITHOUT DOING ANY STABILITY ANALYSIS OF

11:34AM 16   ANY KIND?

11:35AM 17   A.   BASED ON THEIR EXPERIENCE AS A PROFESSIONAL ARCHITECT

11:35AM 18   ENGINEERING CORPORATION.

11:35AM 19   Q.   DID YOU KNOW THAT WGI HAS PROVIDED A REPRESENTATIVE IN

11:35AM 20   THIS COURT THAT HAS SAID THE CORPS DID NOT HIRE THEM AS AN

11:35AM 21   A AND E FIRM?  WERE YOU AWARE OF THAT?

11:35AM 22   A.   NO, I DID NOT SEE THAT TESTIMONY.

11:35AM 23   Q.   YOU CERTAINLY DISAGREE WITH THAT STATEMENT, RIGHT?

11:35AM 24   A.   REGARDLESS OF WHAT YOU LABEL THEM FOR, THEY ARE AN

11:35AM 25   ENGINEERING FIRM.

**HOURLY TRANSCRIPT**

11:35AM  1    Q.   THAT'S EXACTLY RIGHT.  AND WHETHER OR NOT THEY ARE HERE AS

11:35AM  2    AN ARCHITECTURAL ENGINEERING FIRM, THAT'S A PRETTY FUNDAMENTAL

11:35AM  3    CONCEPT FOR THIS CONTRACT, CORRECT?

11:35AM  4    A.   YES.

11:35AM  5    Q.   APPARENTLY THAT'S SOMETHING THE CORPS AND WGI DON'T SEE

11:35AM  6    EYE TO EYE ON, IF THAT TESTIMONY IS TO BE TAKEN AT FACE VALUE?

11:36AM  7         THAT'S A QUESTION?

11:36AM  8    A.   OH, I'M SORRY.

11:36AM  9    Q.   THAT'S ALL RIGHT.

11:36AM 10    A.   CAN YOU REPEAT IT?

11:36AM 11    Q.   IF YOU TAKE THE TESTIMONY FROM MR. -- YOU KNOW WHO

11:36AM 12    STEVEN ROE IS, CORRECT?

11:36AM 13    A.   YES.

11:36AM 14    Q.   ALL RIGHT.  IF MR. ROE CAME HERE YESTERDAY AND TESTIFIED

11:36AM 15    THAT WGI WASN'T HIRED AS AN ENGINEERING FIRM, THAT EVIDENCES A

11:36AM 16    FUNDAMENTAL DISCONNECT BETWEEN THE CORPS AND WGI, DOESN'T IT?

11:36AM 17    A.   JUST A DIFFERENCE OF OPINION.

11:36AM 18    Q.   NOW, WITH REGARD TO DEEP EXCAVATIONS, THE CORPS RELIED ON

11:36AM 19    WGI TO HIRE ENGINEERS TO DO THE WORK SAFELY, CORRECT?

11:36AM 20    A.   CORRECT.

11:36AM 21    Q.   IN FACT, THE CORPS RELIED ON WGI TO HIRE ENGINEERS TO DO

11:36AM 22    THE WORK IN SUCH A WAY SO AS TO AVOID DAMAGING THE FLOODWALL,

11:36AM 23    CORRECT?

11:36AM 24    A.   IN WHAT SPECIFIC INSTANCES ARE YOU TALKING ABOUT?

11:36AM 25    Q.   YOU TELL ME.  DID YOU LIMIT THAT IN ANY WAY?  I MEAN, DID

**HOURLY TRANSCRIPT**

11:36AM  1    YOU TELL THE CORPS, PLEASE HIRE ENGINEERS TO MAKE SURE YOU

11:37AM  2    DON'T --

11:37AM  3            THE COURT:  WGI, RIGHT?

11:37AM  4            MR. SIMS:  NO.  ACTUALLY, I'M TELLING -- ASKING THE

11:37AM  5    CORPS.

11:37AM  6                         EXAMINATION

11:37AM  7    BY MR. SIMS:

11:37AM  8    Q.   DID YOU, MR. GUILLORY, EVER TELL WGI THAT IN PERFORMING

11:37AM  9    DEEP EXCAVATIONS IT DIDN'T HAVE TO DO ANYTHING TO ENSURE THAT

11:37AM  10   IT WASN'T DAMAGING THE FLOODWALL?

11:37AM  11           THE COURT:  YOU'RE NOT TALKING ABOUT SPECIFIC

11:37AM  12   INSTANCES RIGHT NOW --

11:37AM  13           MR. SIMS:  RIGHT.

11:37AM  14           THE COURT:  -- AS I UNDERSTAND IT.  IN GENERAL.

11:37AM  15           THE WITNESS:  NO, I DID NOT.

11:37AM  16                         EXAMINATION

11:37AM  17   BY MR. SIMS:

11:37AM  18   Q.   AND, IN FACT, AT LEAST WITH RESPECT TO THE SEWER LIFT

11:37AM  19   STATION, FOR EXAMPLE, YOU EXPECTED THAT WGI WOULD HIRE AN

11:37AM  20   ENGINEER TO MAKE CERTAIN THAT THE EXCAVATIONS DIDN'T DAMAGE THE

11:37AM  21   FLOOD PROTECTION STRUCTURE?

11:37AM  22   A.   NO.  I WOULD DISAGREE WITH THAT.

11:37AM  23   Q.   ALL RIGHT.  WELL, LET'S SEE WHAT YOU TESTIFIED AT YOUR

11:37AM  24   DEPOSITION.

11:37AM  25           IF YOU COULD PULL UP VOLUME ONE, PAGE 161, PLEASE.

                              **HOURLY TRANSCRIPT**

11:38AM  1    LINES 16 THROUGH 20.

11:38AM  2              NOW, YOU'RE WELCOME TO READ UP ABOVE.  THERE'S AN

11:38AM  3    EXCHANGE.  AS COUNSEL FOR DEFENDANT WOULD LIKE TO POINT OUT,

11:38AM  4    THIS EXCHANGE CAME IN THE CONTEXT OF A DISCUSSION OF THE SEWER

11:38AM  5    LIFT STATION OR THE WEDDING CAKE.  TO BE HONEST, I DON'T

11:38AM  6    RECALL.  AND IF THAT IMPACTS YOUR ANSWER, PLEASE LET ME KNOW.

11:38AM  7              QUESTION:  "AND YOU EXPECTED THAT THEY WOULD HIRE AN

11:38AM  8    ENGINEER TO MAKE CERTAIN THAT THAT HOLE DIDN'T DAMAGE THE FLOOD

11:38AM  9    PROTECTION STRUCTURE ITSELF; ISN'T THAT TRUE?"

11:38AM 10              "THAT'S CORRECT?"

11:38AM 11              SO WHETHER THAT'S ABOUT THE SEWER LIFT STATION OR THE

11:38AM 12    WEDDING CAKE, THAT'S A CORRECT STATEMENT, ISN'T IT?

11:38AM 13              MS. CLAYMAN:  YOUR HONOR --

11:38AM 14              THE WITNESS:  THEY ALWAYS HAD TO BE COGNIZANT.

11:38AM 15              THE COURT:  I'M SORRY, MA'AM.

11:38AM 16              MS. CLAYMAN:  HE JUST READ PART OF THE ANSWER.  THE

11:38AM 17    DIDN'T --

11:38AM 18              THE COURT:  AND THE REST OF THE ANSWER IS -- AND I'LL

11:38AM 19    READ IT -- "AND IT WAS REVIEWED BY THE GOVERNMENT; IS THAT

11:38AM 20    CORRECT?"

11:39AM 21              IN OTHER WORDS, YOU READ, "THAT'S CORRECT," BUT

11:39AM 22    NOT THE REMAINDER OF THE ANSWER, "AND IT WAS REVIEWED BY THE

11:39AM 23    GOVERNMENT."

11:39AM 24              THE WITNESS:  THAT'S WHAT IT STATES, YOUR HONOR.

11:39AM 25                        EXAMINATION

**HOURLY TRANSCRIPT**

11:39AM 1    BY MR. SIMS:

11:39AM 2    Q.   IS THAT YOUR TESTIMONY TODAY?  IS THAT CONSISTENT WITH

11:39AM 3    YOUR OPINIONS TODAY, THIS Q & A THAT'S DISPLAYED BEFORE THE

11:39AM 4    COURT?

11:39AM 5    A.   YES.  THEY HAD TO HIRE A LICENSED PROFESSIONAL ENGINEER TO

11:39AM 6    DESIGN THE STRUCTURAL STEEL BRACED COFFERDAMS THAT WOULD NOT

11:39AM 7    ALLOW ANY SOIL MOVEMENT, WOULD NOT AFFECT THE SAFETY OF THE

11:39AM 8    EQUIPMENT AND THE PERSONNEL WORKING ADJACENT TO THE COFFERDAM.

11:39AM 9        AND THEY ALWAYS HAD TO KEEP IN MIND AND BE COGNIZANT

11:39AM 10   OF THE FLOOD PROTECTION STRUCTURES.

11:39AM 11   Q.   THE TRUTH IS WE DON'T NEED TO LIMIT THIS STATEMENT TO THE

11:40AM 12   WEDDING CAKE OR THE SEWER LIFT STATION.  THIS STATEMENT IS GOOD

11:40AM 13   ENGINEERING PRACTICING ISN'T IT?

11:40AM 14   A.   ESSENTIALLY, YES.

11:40AM 15   Q.   BE COGNIZANT OF WHAT'S AROUND YOU, AND MAKE SURE YOU DON'T

11:40AM 16   HARM IT, RIGHT?

11:40AM 17   A.   ESSENTIALLY, YES.

11:40AM 18   Q.   YOU'RE NOT SUGGESTING THAT WGI WAS IGNORANT OF THE FACT

11:40AM 19   THAT THEY WERE EXCAVATING NEXT TO A FLOODWALL, RIGHT?

11:40AM 20   A.   IN THE PROXIMITY OF.

11:40AM 21   Q.   IN FACT, ISN'T IT TRUE, MR. GUILLORY, THAT ONE OF THE

11:40AM 22   REASONS YOU DIDN'T EVEN REFER THE SEWER LIFT STATION EXCAVATION

11:40AM 23   OR THE WEDDING CAKE EXCAVATION TO YOUR OWN GEOTECHNICAL BRANCH

11:40AM 24   IS BECAUSE YOU -- BECAUSE THEY WERE DESIGNED AND OVERSEEN BY A

11:40AM 25   PROFESSIONAL ENGINEER THAT WAS HIRED BY WGI?

**HOURLY TRANSCRIPT**

11:40AM 1    A.   THAT'S CORRECT.

11:40AM 2    Q.   NOW, WITH RESPECT TO SHALLOW EXCAVATIONS, YOU WERE STILL

11:40AM 3    DEPENDING ON THE ADVICE AND DESIGN THAT WGI RECOMMENDED, RIGHT?

11:41AM 4    A.   CORRECT.

11:41AM 5    Q.   YOUR JOB IN CONNECTION WITH THE EBIA PROJECT, IT DID NOT

11:41AM 6    INCLUDE MONITORING WGI'S WORK FOR THE POTENTIAL FOR

11:41AM 7    UNDERSEEPAGE TO CAUSE DAMAGE TO THE FLOOD PROTECTION STRUCTURE,

11:41AM 8    RIGHT?

11:41AM 9    A.   CORRECT.

11:41AM 10   Q.   AND WHEN THE CORPS APPROVED THE WORK THAT WAS DONE BY WGI,

11:41AM 11   OF WHICH WE'VE HEARD SO MUCH DURING THIS TRIAL, THE CORPS WAS

11:41AM 12   NOT APPROVING IT FOR THE PURPOSES OF SAYING THE WORK DID NOT

11:41AM 13   HAVE ANY EFFECT ON UNDERSEEPAGE, RIGHT?

11:41AM 14   A.   THAT'S RIGHT.

11:41AM 15   Q.   THAT INCLUDES THE APPROVAL OF BACKFILL AND COMPACTION.

11:41AM 16   YOU WEREN'T CONTEMPLATING ANY UNDERSEEPAGE ISSUES WHEN THE

11:41AM 17   CORPS APPROVED THE BACKFILL AND COMPACTION, CORRECT?

11:41AM 18   A.   THAT'S CORRECT.

11:41AM 19   Q.   IN FACT, THE QUESTION OF WHETHER OR NOT WGI'S WORK COULD

11:41AM 20   HAVE ANY IMPACT ON THE FLOODWALLS AS A RESULT OF UNDERSEEPAGE,

11:42AM 21   THAT'S THE BUSINESS OF GEOTECHNICAL ENGINEERS, RIGHT?

11:42AM 22   A.   THE BUSINESS OF GEOTECHNICAL ENGINEERS IS TO PROVIDE THE

11:42AM 23   SPECIALIZED STABILITY ANALYSIS AND SEEPAGE ANALYSIS.

11:42AM 24        MR. SIMS:  YOUR HONOR --

11:42AM 25        THE WITNESS:  AND THAT HAD ALREADY BEEN PERFORMED BY

**HOURLY TRANSCRIPT**

11:42AM 1    THE GOVERNMENT IN THE OVERALL IHNC LOT PROJECT.

11:42AM 2            MR. SIMS:  -- I'D ASK FOR A YES OR A NO TO THAT

11:42AM 3    QUESTION.  I'M BE HAPPY TO REPEAT IT, YOUR HONOR.

11:42AM 4            THE COURT:  WOULD YOU REPEAT IT.

11:42AM 5            MR. SIMS:  SURE.

11:42AM 6                         EXAMINATION

11:42AM 7    BY MR. SIMS:

11:42AM 8    Q.   THE QUESTION OF WHETHER OR NOT WGI'S WORK COULD HAVE ANY

11:42AM 9    IMPACT ON THE FLOODWALLS AS A RESULT OF UNDERSEEPAGE, THAT IS

11:42AM 10   THE BUSINESS OF GEOTECHNICAL ENGINEERS, CORRECT?

11:42AM 11   A.   CORRECT.

11:42AM 12   Q.   NOW, YESTERDAY, YOU TESTIFIED THAT WITH RESPECT TO THE

11:42AM 13   EXCAVATION AT INDIAN TOWING, YOU WEREN'T CONCERNED ABOUT

11:42AM 14   UNDERSEEPAGE, DO YOU RECALL THAT?

11:42AM 15   A.   YES, I DO.

11:42AM 16   Q.   YOU GAVE TWO REASONS.  ONE WAS THE VERY LOW PERMEABILITY

11:43AM 17   OF THE CLAYS; THAT WAS ONE REASON, CORRECT?

11:43AM 18   A.   YES.

11:43AM 19   Q.   THE SECOND WAS THE PROXIMITY OF THAT EXCAVATION TO THE

11:43AM 20   FLOODWALL, RIGHT?

11:43AM 21   A.   RIGHT.

11:43AM 22   Q.   DID YOU DISCUSS WITH ANYONE IN THE CORPS' GEOTECHNICAL

11:43AM 23   BRANCH YOUR CONCLUSION THAT THE EXCAVATION AT THE INDIAN TOWING

11:43AM 24   SITE WOULD NOT HAVE ANY EFFECT ON SEEPAGE?

11:43AM 25   A.   NO, I DID NOT.

                              **HOURLY TRANSCRIPT**

11:43AM 1    Q.   IN FACT, OTHER THAN THE EXCAVATIONS AT THE

11:43AM 2    MCDONOUGH MARINE SITES, ONE INVOLVING THE BORROW PIT, THE OTHER

11:43AM 3    INVOLVING THE EXCAVATIONS UNDER SUREKOTE ROAD, DID YOU EVER AT

11:43AM 4    ANY TIME SPEAK WITH ANYONE AT THE GEOTECHNICAL BRANCH ABOUT

11:43AM 5    POTENTIAL CONCERNS WITH EXCAVATIONS BY WGI?

11:43AM 6    A.   NO, I DID NOT.

11:43AM 7    Q.   SO LET'S TALK ABOUT YOUR REASONING ON WHY UNDERSEEPAGE IS

11:43AM 8    NOT AN ISSUE, AND LET'S START WITH THE ISSUE OF PROXIMITY.

11:43AM 9             DURING YOUR TESTIMONY YESTERDAY, YOU SAID SOMETHING

11:43AM 10   TO THE EFFECT OF, YOU KNOW FROM YOUR EXPERIENCE THAT IF YOU'RE

11:44AM 11   WITHIN SO MANY FEET OF A FLOODWALL, THEN YOU NEED TO START

11:44AM 12   LOOKING AT STABILITY.  SO THE MILLION DOLLAR QUESTION IS, HOW

11:44AM 13   MANY FEET, MR. GUILLORY?  WHAT DID YOU MEAN WHEN YOU SAID, SO

11:44AM 14   MANY FEET?

11:44AM 15   A.   WHEN YOU GET WITHIN A CLOSE PROXIMITY, I THINK AT ONE TIME

11:44AM 16   I TESTIFIED WHEN YOU GET WITHIN 8, 10, 15 FEET, YOU REALIZE AND

11:44AM 17   YOU'RE COGNIZANT OF THE FACT THAT THERE IS A STABILITY CONTROL

11:44AM 18   LINE IN THAT NEAR AREA.

11:44AM 19   Q.   SO 16 FEET, YOU'RE OKAY, DON'T NEED TO WORRY ABOUT IT?

11:44AM 20   A.   NO.

11:44AM 21   Q.   SO I'M TRYING TO UNDERSTAND IF THERE IS A NUMBER YOU HAVE

11:44AM 22   IN YOUR MIND, THE AMOUNT OF FEET FROM THE FLOODWALL IN WHICH

11:44AM 23   YOU START TO THINK ABOUT STABILITY ISSUES OR SEEPAGE ISSUES,

11:44AM 24   ANYTHING RELATIVE TO HOW THAT FLOODWALL MAY BEHAVE IN LIGHT OF

11:44AM 25   THAT EXCAVATION.

**HOURLY TRANSCRIPT**

11:44AM 1          MR. MITSCH:  OBJECTION, YOUR HONOR.  HE ASKED THAT

11:44AM 2    QUESTION, AND MR. GUILLORY ANSWERED IT.

11:44AM 3          THE COURT:  THE OBJECTION IS OVERRULED.  THE

11:44AM 4    OBJECTION IS OVERRULED.  HE IS CERTAINLY SUBJECT TO

11:45AM 5    CROSS-EXAMINATION ON THIS.  HE ANSWERED IT, BUT YOU CAN

11:45AM 6    CERTAINLY PROBE THE ANSWER.

11:45AM 7          THE WITNESS:  REPEAT THE QUESTION.

11:45AM 8          MR. SIMS:  SURE.

11:45AM 9                          EXAMINATION

11:45AM 10   BY MR. SIMS:

11:45AM 11   Q.   DO YOU HAVE A SPECIFIC NUMBER OF THE FEET, THE DISTANCE IN

11:45AM 12   TERMS OF FEET YOU HAVE TO BE FROM A FLOODWALL, AND LET'S USE

11:45AM 13   THE EBIA FLOODWALL, BEFORE YOU CAN STOP WORRYING ABOUT SEEPAGE

11:45AM 14   OR STABILITY?

11:45AM 15   A.   NO, NO SPECIFIC NUMBER OR DISTANCE.

11:45AM 16   Q.   IT'S MORE THAN 15, WOULDN'T YOU AGREE?

11:45AM 17   A.   NO.  IT DEPENDS ON THE CONSTRUCTION OF THE FLOODWALL, THE

11:45AM 18   LEVEE, THE MATERIAL CHARACTERISTICS, THE SOIL STRENGTH AT THE

11:45AM 19   DIFFERENT LAYERS AND LEVELS.  ALL OF THIS HAS TO BE EVALUATED

11:45AM 20   BY GEOTECHNICAL ENGINEERS FOR SPECIFICS.

11:45AM 21   Q.   I APOLOGIZE, I'M NOT ASKING ABOUT GEOTECHNICAL ENGINEERS,

11:45AM 22   AND I'M NOT TALKING ABOUT ANY SITE.  I'M TALKING ABOUT THE EBIA

11:45AM 23   SITE FOR WHICH YOU ARE VERY, VERY FAMILIAR.

11:45AM 24          HOW MANY FEET CAN YOU BE FROM THE EBIA FLOODWALL WHEN

11:45AM 25   PERFORMING AN EXCAVATION AND WHICH YOU'LL CONCLUDE DON'T HAVE

**HOURLY TRANSCRIPT**

11:46AM 1    TO WORRY ABOUT SEEPAGE, DON'T HAVE TO WORRY ABOUT STABILITY?

11:46AM 2    A.   I DID NOT HAVE TO WORRY ABOUT SEEPAGE BECAUSE THE SITE IS

11:46AM 3    PREDOMINANTLY CLAY.

11:46AM 4         I DEPENDED ON THE ADVICE AND COUNSEL OF DR. BACUTA,

11:46AM 5    MR. GATELY, MS. OLIPHANT WHEN I REQUESTED SPECIFIC STABILITY

11:46AM 6    ANALYSIS OF CERTAIN FEATURES OF WORK.

11:46AM 7    Q.   AS YOU SIT HERE TODAY, YOU'RE NOT ABLE TO IDENTIFY THE

11:46AM 8    NUMBER OF FEET FROM THE FLOODWALL AT THE EBIA SITE IN WHICH YOU

11:46AM 9    FEEL COMFORTABLE SAYING EXCAVATION WON'T IMPACT STABILITY?

11:46AM 10   A.   THAT'S CORRECT.

11:46AM 11        THE COURT:  I'M JUST GOING TO ASK, HAD YOU KNOWN

11:46AM 12   THERE WAS A PROTOCOL IN PLACE, AND I'LL USE UPWARDS OF 250 TO

11:47AM 13   300-FOOT PROTOCOL, HAD YOU HAVE KNOWN THAT, WOULD YOU HAVE BEEN

11:47AM 14   MORE CONCERNED?

11:47AM 15        THE WITNESS:  YES, YOUR HONOR, I WOULD HAVE.

11:47AM 16                        EXAMINATION

11:47AM 17   BY MR. SIMS:

11:47AM 18   Q.   LET'S TALK ABOUT PERMEABILITY BRIEFLY BECAUSE I UNDERSTAND

11:47AM 19   THAT WAS ANOTHER ISSUE -- ANOTHER FACT THAT YOU TOOK INTO

11:47AM 20   CONSIDERATION WHEN ADDRESSING SEEPAGE CONCERNS AT

11:47AM 21   INDIAN TOWING.

11:47AM 22        I'LL REFER TO ANOTHER DOCUMENT THAT YOU LOOKED AT

11:47AM 23   YESTERDAY.  IT'S JX-1255.

11:48AM 24        NOW, MR. GUILLORY, YOU RECOGNIZE THIS DOCUMENT,

11:48AM 25   CORRECT?

                          **HOURLY TRANSCRIPT**

11:48AM 1    A.   YES.

11:48AM 2    Q.   LET'S TURN TO PAGE 31.  AND, CARL, IF YOU COULD GET THIS

11:48AM 3    PARAGRAPH RIGHT HERE.

11:48AM 4            THERE WAS A DISCUSSION YOU HAD WITH COUNSEL

11:48AM 5    YESTERDAY, AND THERE WAS A NOTATION OF PERMEABILITY OF

11:48AM 6    1.8 TIMES 10 TO THE MINUS 8 CENTIMETERS PER SECOND IN ORGANIC

11:48AM 7    RICH CLAYS, DO YOU RECALL THAT YESTERDAY?

11:48AM 8    A.   SURE DO.

11:48AM 9    Q.   YOU WOULD CHARACTERIZE THAT AS VERY LOW PERMEABILITY,

11:48AM 10   CORRECT?

11:48AM 11   A.   EXTREMELY LOW.

11:48AM 12   Q.   IN FACT, THAT'S CONSISTENT WITH THE PERMEABILITY OF CLAYS,

11:48AM 13   RIGHT?

11:48AM 14   A.   TO THE BEST OF MY KNOWLEDGE.

11:48AM 15   Q.   THIS LAST SENTENCE -- WELL, FIRST, LET ME JUST CLARIFY,

11:49AM 16   THIS VALUE OF 1.8 TIMES 10 TO THE MINUS 8, THAT ACTUALLY WASN'T

11:49AM 17   BASED ON ANY WORK THAT WAS DONE AT THE EBIA SITE, CORRECT?

11:49AM 18   A.   CORRECT.

11:49AM 19   Q.   THERE IS A SENTENCE HERE AT THE VERY END, "SIMILAR

11:49AM 20   HYDRAULIC CONDUCTIVITIES ARE EXPECTED FOR THE EBIA SOILS."

11:49AM 21           THAT WAS YOUR EXPECTATION, I ASSUME?

11:49AM 22   A.   YES.

11:49AM 23   Q.   DID YOU EVER TEST THAT?  DURING THE COURSE OF YOUR WORK AT

11:49AM 24   THE EBIA PROJECT, DID YOU EVER ACTUALLY GO OUT TO THE PROJECT

11:49AM 25   AND CONFIRM THAT THE PERMEABILITY OF THE ORGANIC RICH CLAYS WAS

**HOURLY TRANSCRIPT**

11:49AM  1   ON THE ORDER OF 10 TO THE MINUS 8?

11:49AM  2   A.   AT THE END OF THE CONTRACT, WASHINGTON GROUP DID A

11:49AM  3   GROUNDWATER MONITORING STUDY THAT DID TEST THE HYDRAULIC

11:49AM  4   CONDUCTIVITY OF TWO MONITORING WELLS.

11:49AM  5   Q.   DID THEY RECEIVE A VALUE OF 10 TO THE MINUS 8?

11:49AM  6   A.   I WOULD HAVE TO SEE THE DOCUMENT TO KNOW THE EXACT NUMBER.

11:49AM  7   Q.   BY THE WAY, WOULD YOU CONSIDER THIS A DATA GAP?

11:50AM  8        THERE HAS BEEN A LOT OF TALK ABOUT DATA GAPS.  THE

11:50AM  9   FACT THAT YOU ACTUALLY DIDN'T HAVE ANY DATA SPECIFIC TO THE

11:50AM 10   EBIA SITE OF HYDRAULIC CONDUCTIVITY WHEN YOU BEGAN YOUR WORK,

11:50AM 11   IS THAT A DATA GAP?

11:50AM 12   A.   NO.  I WOULD NOT CONSIDER THAT.

11:50AM 13   Q.   BUT YET, PERMEABILITY IS A FACTOR YOU WOULD CONSIDER IN

11:50AM 14   ADDRESSING SEEPAGE, RIGHT?

11:50AM 15   A.   IT IS A FACTOR.

11:50AM 16   Q.   YOU DIDN'T KNOW WHAT THE PERMEABILITY VALUE WAS AT THE

11:50AM 17   EBIA SITE WHEN YOU BEGAN THE PROJECT, RIGHT?

11:50AM 18   A.   NOT A RECENT VALUE, NO, SIR.

11:50AM 19   Q.   SO LET'S TAKE A LOOK AT THE DOCUMENT I THINK YOU JUST

11:50AM 20   REFERENCED.  IT'S JX-1299.

11:50AM 21        IS THIS THE GROUNDWATER MONITORING REPORT YOU JUST

11:50AM 22   DESCRIBED?

11:50AM 23   A.   YES, IT IS.

11:50AM 24   Q.   IF WE COULD GO TO PAGE 24, PLEASE.  AGAIN, THIS IS

11:51AM 25   JX-1299.  THIS VALUE UP HERE, PLEASE.

**HOURLY TRANSCRIPT**

11:51AM 1          THERE IS A NOTATION OF SOME SLUG TESTS THAT WERE

11:51AM 2    PERFORMED.  YOU'RE FAMILIAR WITH SLUG TESTS; YOU TALKED ABOUT

11:51AM 3    THOSE YESTERDAY, RIGHT?

11:51AM 4    A.   YES.

11:51AM 5    Q.   IN FACT, THESE SLUG TESTS SHOW A HYDRAULIC CONDUCTIVITY ON

11:51AM 6    THE ORDER OF 10 TO THE MINUS 5, CORRECT?

11:51AM 7    A.   YES.

11:51AM 8    Q.   ONE OF THEM IS ACTUALLY APPROACHING 10 TO THE MINUS 4,

11:51AM 9    RIGHT?  THIS VALUE OF 5.38 TIMES 10 TO THE MINUS 5, THAT'S

11:51AM 10   HALFWAY BETWEEN 10 TO THE MINUS 4 AND 10 TO THE MINUS 5, RIGHT?

11:51AM 11   A.   IF YOU SAY SO.

11:51AM 12   Q.   OF COURSE, YOU'RE NOT A HYDROGEOLOGIST, SO YOU'RE NOT

11:51AM 13   EQUIPPED TO KNOW WHETHER OR NOT THESE SLUG TESTS DELIVER MORE

11:51AM 14   ACCURATE OR RELIABLE VALUES THAN THESE LAB TESTS THAT ARE

11:51AM 15   REFERENCED, RIGHT?

11:51AM 16   A.   THAT'S CORRECT.

11:51AM 17   Q.   WERE YOU AWARE THAT THERE WAS SOME TESTING DONE LAST

11:51AM 18   SUMMER -- OR THE SUMMER OF 2011 TO ACTUALLY EVALUATE THE

11:51AM 19   HYDRAULIC CONDUCTIVITY OUT AT THE EBIA SITE?

11:51AM 20   A.   I HAD HEARD THROUGH DOJ, YES.

11:52AM 21   Q.   DID YOU DISCOVER THAT, IN FACT, THOSE VALUES RANGED, BUT

11:52AM 22   WERE AS HIGH AS ONE TIMES 10 TO THE MINUS 4?

11:52AM 23   A.   NO.  I'VE NEVER SEEN THE VALUES.

11:52AM 24   Q.   SO A VALUE OF 10 TO THE MINUS 4, THAT'S -- AGAIN, IT'S MY

11:52AM 25   MATH, SO PLEASE LET ME KNOW IF I'M WRONG -- 4 ORDERS OF

**HOURLY TRANSCRIPT**

11:52AM 1     MAGNITUDE HIGHER THAN 10 TO THE MINUS 8, CORRECT?

11:52AM 2             MR. MITSCH:  OBJECTION, YOUR HONOR.  I FOLLOW UP

11:52AM 3     BECAUSE MR. SIMS MADE PRECISELY THIS SAME OBJECTION WHEN I WAS

11:52AM 4     CROSS-EXAMINING DR. ROGERS.  HE SAID IT WAS IRRELEVANT TO

11:52AM 5     DISCUSS PERMEABILITY VALUES THAT WERE DIFFERENT THAN --

11:52AM 6             THE COURT:  HE DID.

11:52AM 7             MR. MITSCH:  -- THE PERMEABILITY VALUES THAT THE

11:52AM 8     PARTIES HAD STIPULATED TO, WHICH WAS 10 TO THE MINUS 5.

11:52AM 9             THE COURT:  HE DID.

11:52AM 10            MR. MITSCH:  SO I OBJECT TO THIS ON THE GROUNDS OF

11:52AM 11    RELEVANCE.

11:52AM 12            THE COURT:  WHAT'S YOUR RESPONSE?

11:52AM 13            MR. SIMS:  TWO ISSUES, YOUR HONOR.

11:52AM 14            FIRST, YOU OVERRULED THAT OBJECTION, AND YOU

11:52AM 15    PERMITTED THE EXAMINATION AT SOME LENGTH, WHICH IS FAIR.

11:52AM 16            SECOND, I'M ACTUALLY TRYING TO GET TO THIS

11:52AM 17    WITNESS'S KNOWLEDGE OF WHAT THE CONDITION WERE AT THE EBIA

11:53AM 18    SITE, BECAUSE HE HAS RELIED ON SOME NOTION OF PERMEABILITY IN

11:53AM 19    HIS CONCLUSIONS, AND I'M DEMONSTRATING THAT THOSE CONCLUSIONS

11:53AM 20    WERE, IN FACT, FLAWED.

11:53AM 21            THE COURT:  BASED ON THAT AND MY PREVIOUS RULING,

11:53AM 22    WHICH, EVEN IN ERROR, I GUESS I'M STUCK WITH, SO WE'LL MOVE ON.

11:53AM 23                         EXAMINATION

11:53AM 24    BY MR. SIMS:

11:53AM 25    Q.  SO I BELIEVE THE PENDING QUESTION WAS 10 TO THE MINUS 4 IS

**HOURLY TRANSCRIPT**

11:53AM 1    4 ORDERS OF MAGNITUDE HIGHER THAN 10 TO THE MINUS 8?

11:53AM 2    A.   IT IS 4 DECIMAL PLACES, YES.

11:53AM 3         BEFORE YOU LEAVE THIS DOCUMENT, THOUGH, I'D LIKE TO

11:53AM 4    EXPOUND ON SOMETHING HERE.

11:53AM 5    Q.   SURE.

11:53AM 6    A.   IF YOU LOOK DOWN AT MONITORING WELL NUMBER 8 AND

11:53AM 7    MONITORING WELL NUMBER 10, THESE WERE LABORATORY HYDRAULIC

11:53AM 8    CONDUCTIVITY TESTS TAKEN ON THOSE SAMPLES.

11:53AM 9         IN THE RIGHT-HAND COLUMN, IT CLEARLY STATES THAT THE

11:54AM 10   HYDRAULIC CONDUCTIVITY IS 4 TIMES 10 TO THE MINUS 8 FOR

11:54AM 11   MONITORING WELL 8, AND 2.68 TIMES 10 TO THE MINUS 8 FOR

11:54AM 12   MONITORING WELL 10, RESULTING IN AN AVERAGE HYDRAULIC

11:54AM 13   CONDUCTIVITY OF 2.26 TIMES 10 TO THE MINUS 5.

11:54AM 14   Q.   I DO SEE THAT, MR. GUILLORY.  I CAN SHOW YOU A LOT OF

11:54AM 15   DOCUMENTS THAT ESTABLISH THAT LABORATORY TESTS ARE NOT RELIABLE

11:54AM 16   FOR PERMEABILITY; BUT, NEITHER ONE OF US ARE REALLY QUALIFIED

11:54AM 17   TO HAVE THAT DISCUSSION, ARE WE?

11:54AM 18        THE COURT:  THAT'S NOT EVIDENCE, AND I WILL STRIKE IT

11:54AM 19   FROM THE RECORD.

11:54AM 20                        EXAMINATION

11:54AM 21   BY MR. SIMS:

11:54AM 22   Q.   MR. GUILLORY, ARE YOU QUALIFIED TO ASSESS WHETHER OR NOT

11:54AM 23   LABORATORY RESULTS ARE MORE OR LESS ACCURATE THAN FIELD-BASED

11:54AM 24   PERMEABILITY RESULTS?

11:54AM 25   A.   NO, I'M NOT.

**HOURLY TRANSCRIPT**

11:54AM 1    Q.   NOW, ONE REASON YOU BELIEVE THAT WGI WAS NOT OBLIGATED TO

11:54AM 2    PROVIDE ANY GEOTECHNICAL ENGINEERING SERVICES WITH REGARD TO

11:55AM 3    THE LEVEES AND FLOODWALLS IS BECAUSE THOSE LEVEES AND

11:55AM 4    FLOODWALLS FELL OUTSIDE THE PHYSICAL BOUNDARY OF THE PROJECT,

11:55AM 5    RIGHT?

11:55AM 6    A.   NO, SIR, THEY WERE INSIDE THE PHYSICAL BOUNDARY OF THE

11:55AM 7    PROJECT; HOWEVER, THEY WERE NOT A PART OF THE SCOPE OF WORK OF

11:55AM 8    TASK ORDER 26.

11:55AM 9    Q.   UNDERSTOOD.  OKAY.  SO I MAYBE MISUNDERSTOOD YOUR

11:55AM 10   TESTIMONY IN YOUR DEPOSITION.

11:55AM 11        SO WGI DID HAVE SOME OBLIGATIONS WITH RESPECT TO THE

11:55AM 12   ADJACENT HOMES IN THE LOWER NINTH WARD; YOU AGREE WITH THAT,

11:55AM 13   RIGHT?

11:55AM 14   A.   YES, WE HAD A NUMBER OF PARAMETERS BUILT INTO THE TASK

11:55AM 15   ORDER WITH RESPECT TO THE ADJACENT NEIGHBORHOOD.

11:55AM 16   Q.   THAT'S BECAUSE YOU REALIZED THAT YOUR WORK COULD HAVE

11:55AM 17   MULTIPLE ADVERSE IMPACTS ON THOSE ADJACENT HOMES, THINGS LIKE

11:55AM 18   VIBRATION, NOISE, THAT KIND OF THING, RIGHT?

11:55AM 19   A.   VIBRATION, NOISE, DUST CONTROL.

11:55AM 20   Q.   SO EVEN THOUGH THOSE HOMES WERE OUTSIDE THE PHYSICAL

11:55AM 21   BOUNDARY OF YOUR WORK, YOU MADE SURE AND WGI MADE SURE THAT

11:55AM 22   THEY DIDN'T CAUSE ANY HARM TO THOSE NEIGHBORHOODS AS A RESULT

11:56AM 23   OF VIBRATION, NOISE, THINGS LIKE THAT, RIGHT?

11:56AM 24   A.   YES.  THOSE ARE STANDARD ENGINEERING CONSIDERATIONS THAT

11:56AM 25   WE TAKE INTO ACCOUNT ON ALL OF OUR CORPS CONTRACTS.

**HOURLY TRANSCRIPT**

11:56AM 1   Q.   WHEN WORKING WITHIN 300 FEET OF A FLOODWALL, IT'S STANDARD

11:56AM 2   FOR YOU TO EVALUATE THE EFFECT OF EXCAVATIONS ON FLOODWALLS,

11:56AM 3   RIGHT?

11:56AM 4   A.   ONLY IF IT'S A THIRD-PARTY CONTRACTOR OR ENTITY REQUESTING

11:56AM 5   A PERMIT.

11:56AM 6   Q.   OH, I SEE.  SO YOUR TESTIMONY IS IF THE CORPS GOES OUT AND

11:56AM 7   DOES WORKS NEXT TO A FLOODWALL -- I'M SORRY, LET ME SLOW DOWN,

11:56AM 8   FIRST OF ALL, AND START AGAIN.

11:56AM 9        YOUR TESTIMONY IS THAT IF THE CORPS HIRES WGI TO GO

11:56AM 10  OUT AND DO WORK NEXT TO A FLOODWALL, WITHIN 300 FEET, THERE IS

11:56AM 11  NO REQUIREMENT TO DO AN ENGINEERING EVALUATION; IS THAT YOUR

11:56AM 12  TESTIMONY?

11:56AM 13  A.   THERE IS NO REQUIREMENT TO GET A PERMIT.

11:56AM 14  Q.   MY QUESTION WASN'T ABOUT A PERMIT.  MR. GUILLORY, MY

11:56AM 15  QUESTION IS WERE THEY REQUIRED TO DO AN ENGINEERING EVALUATION?

11:56AM 16  A.   WHAT TYPE OF ENGINEERING EVALUATION ARE YOU REFERRING TO?

11:56AM 17  Q.   TO DETERMINE WHETHER OR NOT AN EXCAVATION COULD ADVERSELY

11:57AM 18  IMPACT A FLOODWALL.

11:57AM 19  A.   NO, THEY ARE NOT REQUIRED.

11:57AM 20  Q.   NOW, DURING YOUR -- IN FAIRNESS TO YOU, THERE WAS ANOTHER

11:57AM 21  WITNESS WHO WAS HERE EARLIER NAMED DR. BEA, AND HE WAS SHOWN

11:57AM 22  SOME TESTIMONY FROM YOUR DEPOSITION IN WHICH YOU SAID THAT THE

11:57AM 23  CLOSEST WGI GOT TO THE LEVEES AND FLOODWALLS WAS BUILDING THE

11:57AM 24  PERIMETER CHAIN-LINK FENCE JUST TO THE PROTECTED SIDE OF THE

11:57AM 25  FLOODWALL.

**HOURLY TRANSCRIPT**

11:57AM 1     FIRST OF ALL, DO YOU RECALL SAYING THAT AT YOUR

11:57AM 2 DEPOSITION?

11:57AM 3 A. NO, I DON'T.

11:57AM 4 Q. IN ANY EVENT, THAT'S NOT ACTUALLY A TRUE STATEMENT, IS IT?

11:57AM 5 AS YOU DESCRIBED IN COURT YESTERDAY, WGI EXCAVATED UP TO THE

11:57AM 6 FACE OF THE FLOODWALL, CORRECT?

11:57AM 7 A. FOR UTILITY CUT END CAPS, YES.

11:57AM 8 Q. SO WHEN SOMEONE ASKS, HOW CLOSE DID YOU GET TO THE

11:57AM 9 FLOODWALL, YOU GOT RIGHT UP AGAINST IT, RIGHT?

11:57AM 10 A. YES. AND I STATED THAT AS AN EXCEPTION YESTERDAY.

11:57AM 11 Q. WGI AND THE CORPS JOINTLY MADE THE DECISION REGARDING WHAT

11:58AM 12 STAFFING WAS REQUIRED FOR THIS PROJECT, RIGHT?

11:58AM 13 A. CORRECT.

11:58AM 14 Q. THERE WERE INSTANCES, WERE THERE NOT, WHEN WGI INSTIGATED

11:58AM 15 A REQUEST TO YOU FOR CERTAIN ENGINEERING ASSISTANCE OR

11:58AM 16 ENGINEERING STAFF, RIGHT?

11:58AM 17 A. THEY PROPOSED, YES.

11:58AM 18 Q. DURING THE ENTIRE PERIOD YOU WERE OUT AT THE EBIA PROJECT,

11:58AM 19 NOT ONCE DID WGI EVER ASK YOU FOR PERMISSION OR AUTHORIZATION

11:58AM 20 TO BRING ON A GEOTECHNICAL ENGINEER, CORRECT?

11:58AM 21 A. TO THE BEST OF MY RECOLLECTION, THAT'S CORRECT.

11:58AM 22 Q. IF WE COULD PULL UP JX-1238, WHICH IS A DOCUMENT YOU

11:58AM 23 REVIEWED YESTERDAY.

11:58AM 24    MR. GUILLORY, YOU'RE FAMILIAR WITH THIS DOCUMENT?

11:58AM 25 A. YES.

**HOURLY TRANSCRIPT**

11:58AM  1    Q.   I HAVE JUST A FEW QUESTIONS ABOUT IT, BECAUSE YOU COVERED

11:58AM  2    IT YESTERDAY DURING YOUR TESTIMONY.

11:58AM  3              FIRST, YOU WOULD AGREE WITH ME --

11:58AM  4              CAN ME BACK UP, PLEASE, CARL?

11:58AM  5              -- THAT ALL OF THE RECOMMENDATIONS THAT ARE SET FORTH

11:59AM  6    IN JX-1238 HAD TO DO WITH THE STABILITY ANALYSIS OF THE EBIA

11:59AM  7    FLOOD PROTECTION STRUCTURE?

11:59AM  8    A.   NO, NOT ALL OF THEM.

11:59AM  9    Q.   WHICH ONES DID NOT?

11:59AM 10    A.   SOME HAD JUST TO DO WITH DRESSING.

11:59AM 11              THE COURT:  CAN YOU READ THAT, SIR?

11:59AM 12    A.   NO, I CAN'T.

11:59AM 13              THE COURT:  LET HIM LOOK AT IT.

11:59AM 14              MR. SIMS:  SURE, NO PROBLEM.  IT IS, I BELIEVE, IN

11:59AM 15    THAT BINDER BEHIND THE WITNESS --

11:59AM 16              THE COURT:  IF YOU NEED THE BINDER --

11:59AM 17              MR. SIMS:  -- IF THAT'S EASIER.

11:59AM 18              THE COURT:  -- WE'LL GET IT.

11:59AM 19              THE WITNESS:  SURE.  WHAT'S THE --

11:59AM 20              MR. SIMS:  1238.

11:59AM 21              MR. MITSCH:  IT'S IN THE U.S. BINDER, I BELIEVE.

11:59AM 22              THE COURT:  JANET, DO YOU WANT TO HELP HIM.

11:59AM 23              MR. MITSCH:  BINDER ONE.

        24              THE COURT:  SHE'S GOING TO HELP HIM FIND IT.

        25              DOES THAT HELP, SIR, IN YOUR ABILITY TO READ IT.

**HOURLY TRANSCRIPT**

1        THE WITNESS:  YES, YOUR HONOR.  THANK YOU.

2        THE COURT:  GO AHEAD, SIR.  YOU MAY PROCEED.

3                    EXAMINATION

4   BY MR. SIMS:

5   Q.   SO THE QUESTION WAS, WHICH OF THE RECOMMENDATIONS SET

6   FORTH IN JX-1238 DID NOT INVOLVE STABILITY ANALYSIS OF THE EBIA

7   FLOOD PROTECTION STRUCTURE?

8   A.   1B, FOR INSTANCE.  ANY EXCAVATIONS DEEPER THAN THREE FEET

9   SHALL HAVE THE SLOPS CUT ON A ONE VERTICAL AND THREE HORIZONTAL

10  SLOPE.  THAT HAS TO DO WITH THE IMMEDIATE STABILITY AND ANGLE

11  OF REPOSE AROUND AN EXCAVATION.

12  Q.   ANY OTHERS?

13  A.   1C, THE STOCKPILE REQUIREMENT.  THAT, AGAIN, IS TO PREVENT

14  IMMEDIATE SLOUGHING OR CAVING IN AT AN EXACT OR AN IMMEDIATE

15  EXCAVATION LOCATION.  1D ABOUT BACKFILL.  GENERAL GUIDELINES

16  FOR COMPACTING BACKFILL.

17        1E, BACKFILLING THE FENCE HOLES AFTER THE FENCE ARE

18  REMOVED.  THAT IS JUST A GENERAL BACKFILL RECOMMENDATION.  THAT

19  RECOMMENDS USING EITHER THE SOIL THAT WAS REMOVED, I.E., CLAY,

20  OR SAND.

21        1A, I'LL GO BACK TO AT THAT ONE.  THAT DEALS WITH

22  DRESSING THE SLOPE OF THE 1 VERTICAL ON 3 HORIZONTAL AT THE

23  WATERLINE.  NOW, THAT DOES HAVE A SMALL COMPONENT OF STABILITY

24  ANALYSIS OF THE BANK LINE POTENTIALLY FAILING INTO THE IHNC

25  CANAL.

**HOURLY TRANSCRIPT**

12:02PM 1          1F, WHICH IS ESSENTIALLY THE SLOPE TO DRAIN DOES NOT

12:02PM 2  HAVE ANY EFFECT ON STABILITY CONTROL.  IT WAS MERELY TO SLOPE

12:02PM 3  TO DRAIN FROM THE FLOODWALL TO THE IHNC TO HAVE A SMOOTH SHEET

12:02PM 4  FLOW ACROSS THE AREA AND NOT POND WATER.

12:02PM 5          G AND H DO HAVE SOME COMPONENTS TO STABILITY CONTROL.

12:03PM 6          THE COURT:  IT'S G AND H?

12:03PM 7          THE WITNESS:  YES, YOUR HONOR.

12:03PM 8                          EXAMINATION

12:03PM 9  BY MR. SIMS:

12:03PM 10 Q.   SO I WANT TO MAKE SURE I UNDERSTAND.  A THROUGH F HAVE NO

12:03PM 11 CONNECTION WITH STABILITY ANALYSIS, CORRECT?

12:03PM 12 A.   NO, I DID SAY A, AS IN APPLE, HAS SOMEWHAT OF A STABILITY

12:03PM 13 CONTROL WITH RESPECT TO THE BANK LINE BEING DRESSED PROPERLY SO

12:03PM 14 THAT IT DOES NOT SLOUGH OR FAIL DIRECTLY INTO THE IHNC CANAL.

12:03PM 15 Q.   SO B THROUGH F, NO CONNECTION TO STABILITY ANALYSIS,

12:03PM 16 CORRECT?

12:03PM 17 A.   OF THE FLOODWALL STRUCTURES.

12:03PM 18 Q.   WHAT ABOUT JUST STABILITY ANALYSIS IN GENERAL?

12:03PM 19 A.   THAT'S WHAT I STATED.  STABILITY ANALYSIS OF THE IMMEDIATE

12:03PM 20 EXCAVATION HOLE FOR A SAFETY REASON OR AN ANGULAR REPOSE OF THE

12:03PM 21 MATERIAL.

12:03PM 22 Q.   WITH RESPECT TO A, YOUR TESTIMONY IS STABILITY ANALYSIS

12:03PM 23 BUT WITH RESPECT TO THE BANK, NOT WITH RESPECT TO THE FLOOD

12:03PM 24 PROTECTION STRUCTURE, CORRECT?

12:03PM 25 A.   CORRECT.

**HOURLY TRANSCRIPT**

12:03PM 1    Q.   HAVE YOU EVER TESTIFIED DIFFERENTLY UNDER OATH?

12:03PM 2    A.   I DON'T KNOW.

12:03PM 3    Q.   LET'S TAKE LOOK AT YOUR DEPOSITION.

12:04PM 4         MR. SIMS:   THIS IS VOLUME I, 137, STARTING AT LINE 5,

12:04PM 5    PLEASE, AND CONTINUING DOWN TO LINE 23.   CAN YOU BRING IT ALL

12:04PM 6    THE WAY DOWN TO 23.

12:04PM 7                        EXAMINATION

12:04PM 8    BY MR. SIMS:

12:04PM 9    Q.   TAKE YOUR TIME TO REVIEW YOUR TESTIMONY.

12:04PM 10   A.   SURE.

12:04PM 11   Q.   ISN'T IT TRUE, MR. GUILLORY, THAT THE RECOMMENDATIONS SET

12:04PM 12   FORTH UNDER PARAGRAPH A HAD SOMETHING TO DO WITH THE STABILITY

12:05PM 13   ANALYSIS OF THE ADJACENT FLOODWALL STRUCTURES AND THE BANK

12:05PM 14   LINE?

12:05PM 15   A.   IT COULD.

12:05PM 16   Q.   LET'S GO BACK TO JX-1238.   AND LET'S TALK ABOUT

12:05PM 17   SUBPARAGRAPH D.   IF I UNDERSTAND IT, THIS PARAGRAPH STATES THAT

12:05PM 18   IF YOU WERE GOING TO REMOVE SOIL FROM A PARTICULAR EXCAVATION

12:05PM 19   AND THEN RETURN SOME BACKFILL MATERIAL TO THAT EXCAVATION, YOU

12:05PM 20   HAVE TO ENSURE THAT YOU HAVE COMPACTED TO THE DENSITY OF THE

12:05PM 21   ADJACENT SOILS; IS THAT FAIR?

12:05PM 22   A.   THAT'S WHAT IT SAYS.

12:05PM 23   Q.   SO WHAT IS THE DENSITY OF THE CLAY AT THE EBIA SITE?

12:05PM 24   A.   IT'S THE DENSITY OF THE INDIGENOUS CLAY THAT WAS ON SITE.

12:06PM 25   Q.   AND WHAT IS THAT?   I MEAN, DENSITY IS EXPRESSED AS POUNDS

**HOURLY TRANSCRIPT**

12:06PM 1    PER CUBIC FOOT, CORRECT?

12:06PM 2    A.   YES.

12:06PM 3    Q.   SO WHAT IS THE DENSITY OF THE CLAY AT THE EBIA SITE?

12:06PM 4    A.   WE DID NOT MEASURE IT.

12:06PM 5    Q.   WELL, I MEAN, YOU'VE BEEN IN THE INDUSTRY FOR 30 YEARS

12:06PM 6    NOW, SO WHAT'S THE DENSITY OF CLAYS GENERALLY IN NEW ORLEANS?

12:06PM 7    A.   I DON'T KNOW A NUMBER OFF THE TOP OF MY HEAD, SIR.

12:06PM 8    Q.   DO YOU KNOW IF IT'S CLOSER TO 5 OR 500?

12:06PM 9    A.   I DON'T KNOW.

12:06PM 10   Q.   AND YOU PROBABLY DON'T KNOW ANYTHING ABOUT THE DENSITY OF

12:06PM 11   RIVER SAND, DO YOU?

12:06PM 12   A.   NO.

12:06PM 13   Q.   THERE WAS A DIRECTIVE, IF WE CAN GO TO THE NEXT PAGE,

12:06PM 14   PLEASE.  THE LAST ONE, ITEM H.  IT STATES THAT THE CONTRACTOR

12:06PM 15   SHOULD CUT THE BANK TO NO CLOSER THAN 260 FEET AS MEASURED

12:06PM 16   PERPENDICULAR TO THE EXISTING FLOODWALL.  THAT DIDN'T HAPPEN AT

12:06PM 17   THE EBIA SITE, DID IT?

12:07PM 18   A.   WHAT ARE YOU REFERRING TO?

12:07PM 19   Q.   I'M REFERRING TO THIS STATEMENT THAT THE BANK SHOULD NOT

12:07PM 20   BE CLOSER THAN -- CUT CLOSER THAN 260 FEET.

12:07PM 21   A.   WHERE SPECIFIC, THOUGH, ARE YOU REFERRING TO?

12:07PM 22   Q.   I'LL JUST ASK YOU.  DID THAT HAPPEN AT THE EBIA SITE?  WAS

12:07PM 23   THE BANK, IN FACT, CUT CLOSER THAN 260 FEET?

12:07PM 24   A.   IN A FEW SITUATIONS, IT MAY HAVE BEEN.

12:07PM 25   Q.   LET'S TURN TO JX-1285, PLEASE.  AND AGAIN, THIS IS ANOTHER

**HOURLY TRANSCRIPT**

12:07PM 1    DOCUMENT THAT YOU REVIEWED WITH DEFENSE COUNSEL YESTERDAY.  DO

12:07PM 2    YOU RECOGNIZE THE DOCUMENT?

12:07PM 3    A.   YES.

12:07PM 4    Q.   AND I BELIEVE THAT WAS WITH THE -- WITH MR. MITSCH, SO IF

12:07PM 5    YOU COULD FIND IT IN YOUR NOTEBOOK, IF YOU WOULD LIKE TO, TO

12:07PM 6    REFERENCE IT.

12:07PM 7            THE CLERK:  DO YOU NEED HELP?

12:07PM 8            THE WITNESS:  IT MUST BE IN THE NEXT VOLUME.  I DON'T

12:07PM 9    SEE IT, BUT GO AHEAD.

12:08PM 10           MR. MITSCH:  EXCUSE ME, YOUR HONOR, I BELIEVE IN OUR

12:08PM 11   VOLUME IT WAS LISTED AS DX-2260, IF THAT MIGHT HELP.

12:08PM 12           THE COURT:  YES, SIR, THANK YOU.

12:08PM 13           THE WITNESS:  THAT'S CORRECT.  GO AHEAD.

12:08PM 14           THE COURT:  THANK YOU.

12:08PM 15                          EXAMINATION

12:08PM 16   BY MR. SIMS:

12:08PM 17   Q.   THIS PARAGRAPH NUMBER 3, I BELIEVE YOU SAID YESTERDAY THAT

12:08PM 18   THAT PARAGRAPH APPLIED TO THE EXCAVATIONS THAT WERE DONE UNDER

12:08PM 19   SUREKOTE ROAD AT THE MCDONOUGH MARINE SITE, CORRECT?

12:08PM 20   A.   CORRECT.  AREAS 1 AND 2.

12:08PM 21   Q.   YOU WOULD AGREE WITH ME, THOUGH, THAT THE REQUIREMENT OF

12:08PM 22   90 PERCENT PROCTOR, THAT'S STANDARD GEOTECHNICAL LANGUAGE FOR

12:09PM 23   BACKFILL MATERIAL, CORRECT?

12:09PM 24   A.   FOR CLAY BACKFILL MATERIAL.

12:09PM 25   Q.   SPECIFIC TO CLAY.  NOT FOR ANY OTHER KIND OF MATERIAL?

**HOURLY TRANSCRIPT**

12:09PM 1    A.   SPECIFICALLY CLAY.

12:09PM 2    Q.   AND THERE IS SOME DISCUSSION IN THIS DOCUMENT OF A

12:09PM 3    STABILITY CONTROL LINE.  I BELIEVE IT'S NOT IN THIS PARTICULAR

12:09PM 4    DOCUMENT -- PAGE, BUT IT'S ON THE FOLLOWING PAGE.  DO YOU

12:09PM 5    RECALL REQUESTING THAT FROM GEOTECH?

12:09PM 6    A.   YES, I DO.

12:09PM 7    Q.   AND, IN FACT, YOU MET WITH SOMEONE FROM THE GEOTECHNICAL

12:09PM 8    BRANCH AND DISCUSSED THE STABILITY CONTROL LINE THAT THEY

12:09PM 9    DEVELOPED?

12:09PM 10   A.   YES, I DID.  MS. OLIPHANT.

12:09PM 11   Q.   IF YOU COULD PULL UP JX-1286, PLEASE.  DO YOU RECALL THIS

12:09PM 12   DOCUMENT, MR. GUILLORY?

12:09PM 13   A.   YES, IT'S A FAX.

12:09PM 14   Q.   TURN TO THE NEXT PAGE, PLEASE.  AND LET ME SEE, I THINK

12:10PM 15   YOU MAY WANT -- LET'S TRY THE PAGE AFTER THAT.  I THINK THIS

12:10PM 16   ONE MAY BE CUT OFF.  TRY THE THIRD PAGE.

12:10PM 17        MR. SIMS:  YOUR HONOR, MAY I APPROACH THE WITNESS?

12:10PM 18        THE COURT:  YES, YOU MAY.

12:10PM 19        MR. SIMS:  I'M SORRY, CARL, GO BACK TO THE SECOND

12:10PM 20   PAGE, AND IF YOU COULD ROTATE IT.  NOW, CARL, WOULD YOU BLOW

12:10PM 21   THAT UP RIGHT THERE, PLEASE, IF AT ALL POSSIBLE.

12:10PM 22             THANK YOU.

12:10PM 23                  EXAMINATION

12:10PM 24   BY MR. SIMS:

12:11PM 25   Q.   NOW, MR. GUILLORY, YOU RECALL DURING YOUR TESTIMONY

**HOURLY TRANSCRIPT**

12:11PM  1    YESTERDAY SHARING WITH US THAT THE STABILITY CONTROL LINE THAT

12:11PM  2    WAS DEVELOPED BY THE GEOTECHNICAL BRANCH WAS ON A 1 TO 6.5

12:11PM  3    SLOPE, RIGHT?

12:11PM  4    A.   ON THE EASTERN SLOPE, THAT'S CORRECT.

12:11PM  5    Q.   THAT'S WHAT'S DEPICTED HERE, IS IT NOT?

12:11PM  6    A.   THAT'S CORRECT.

12:11PM  7    Q.   WHAT ESSENTIALLY THE STABILITY CONTROL LINE DOES IS IT

12:11PM  8    SETS OUT THE LINE BELOW WHICH YOU SHOULDN'T DIG INTO THE SOIL,

12:11PM  9    RIGHT?

12:11PM 10    A.   CORRECT.

12:11PM 11    Q.   AND THIS STABILITY CONTROL LINE IS DEVELOPED BY

12:11PM 12    GEOTECHNICAL ENGINEERS BASED ON THE ORIGINAL DESIGN OF THE

12:11PM 13    FLOODWALL, RIGHT?

12:11PM 14    A.   I DON'T KNOW THAT FOR CERTAIN.

12:11PM 15    Q.   LET'S SEE WHAT YOU SAID AT YOUR DEPOSITION.  VOLUME I AT

12:11PM 16    PAGE 175, PLEASE.  STARTING AT LINE 23.  AND YOU'RE ASKED:

12:12PM 17    WHAT IS A STABILITY CONTROL LINE?

12:12PM 18          AND YOU START OFF BY SAYING:  IF YOU GO BACK TO THE

12:12PM 19    ORIGINAL DESIGN OF THE LEVEE OR FLOODWALL, IT IS BASED ON THE

12:12PM 20    NUMBER OF PARAMETERS.  DESIGN ENGINEERS DEVELOP A STABILITY

12:12PM 21    CONTROL ELEVATION SO THAT YOU HAVE A FACTOR OF SAFETY GREATER

12:12PM 22    THAN ONE.  AND THEN YOU SAY USUALLY 1.3.

12:12PM 23          THAT'S A CORRECT DESCRIPTION OF A STABILITY CONTROL

12:12PM 24    LINE, RIGHT?

12:12PM 25    A.   YES, I WAS ASKED A GENERAL QUESTION AND I GAVE A GENERAL

**HOURLY TRANSCRIPT**

12:12PM 1    ANSWER.

12:12PM 2    Q.   YOU'RE SAYING WITH RESPECT TO THE STABILITY CONTROL LINE

12:12PM 3    THAT WAS DEVELOPED SPECIFIC TO THE EBIA, YOU DON'T KNOW IF IT

12:12PM 4    WAS BASED ON THE ORIGINAL DESIGN OF THE FLOODWALL?

12:12PM 5    A.   CORRECT, BECAUSE THE GEOTECHNICAL ENGINEERS PERFORMED THAT

12:12PM 6    ANALYSIS ON THE COMPUTER, NOT I.  I DO NOT KNOW EXACTLY WHAT

12:13PM 7    INPUTS THEY USED, WHAT SOIL STRENGTH DATA, WHAT WAS THE NEAREST

12:13PM 8    AVAILABLE BORING INFORMATION THAT THEY UTILIZED TO ANALYZE THE

12:13PM 9    STABILITY CONTROL AT THE MCDONOUGH BORROW PIT.

12:13PM 10   Q.   FAIR ENOUGH.  YOU RELIED ON THE STABILITY CONTROL LINE IN

12:13PM 11   THE WORK AT THE EBIA PROJECT, RIGHT?

12:13PM 12        MR. MITSCH:  WHAT STABILITY CONTROL LINE?  THE ONE

12:13PM 13   FROM 1966 OR THE RECOMMENDATION FROM MS. OLIPHANT?

12:13PM 14        MR. SIMS:  I'M HAPPY TO CLARIFY, YOUR HONOR.

12:13PM 15                        EXAMINATION

12:13PM 16   BY MR. SIMS:

12:13PM 17   Q.   THE STABILITY CONTROL LINE DEPICTED IN JX-1286, THAT WAS

12:13PM 18   DEVELOPED BY THE CORPS' GEOTECHNICAL ENGINEERING BRANCH

12:13PM 19   SPECIFIC TO THE EBIA SITE YOU RELIED ON, CORRECT?

12:13PM 20   A.   YES.  FOR THE SPECIFIC INSTANCE OF THE ANALYSIS FOR THE

12:13PM 21   MCDONOUGH MARINE BORROW AREA.

12:14PM 22   Q.   UNDERSTOOD.  THIS STABILITY CONTROL LINE TELLS YOU THAT AT

12:14PM 23   143 FEET OUT FROM THE FLOODWALL -- BY THE WAY, ACTUALLY, LET ME

12:14PM 24   ASK FOR A CLARIFICATION.  THIS 143 THAT'S DOWN HERE, IS THAT

12:14PM 25   143 FEET FROM THE FACE OF THE FLOODWALL OR THE TOE OF THE

**HOURLY TRANSCRIPT**

12:14PM 1   LEVEE?

12:14PM 2        MR. MITSCH:  OBJECTION, YOUR HONOR, THIS IS SOMEONE

12:14PM 3   ELSE'S DRAWING.  HE'S ALREADY ESTABLISHED THAT MR. GUILLORY IS

12:14PM 4   NOT A GEOTECHNICAL ENGINEER.  HE ASKED FOR ADVICE.  HE

12:14PM 5   IMPLEMENTED THE ADVICE.  AND NOW MR. SIMS IS TRYING TO INQUIRE

12:14PM 6   INTO WHAT THE GEOTECH MAY HAVE CONSIDERED.  THAT'S A LITTLE BIT

12:14PM 7   BEYOND THE WITNESS' EXPERTISE.

12:14PM 8        THE COURT:  I THINK HE'S ASKING WHAT THE DISTANCE

12:14PM 9   WAS, IF HE CAN TELL.

12:14PM 10       MR. SIMS:  IF THE CORPS WANTS TO STIPULATE THAT THE

12:14PM 11  WITNESS DIDN'T UNDERSTAND THE STABILITY CONTROL LINE, THAT'S

12:14PM 12  FINE.  I'LL TAKE THAT STIPULATION.

12:14PM 13       THE COURT:  I'M JUST SAYING IF YOU CAN ASK WHAT THE

12:14PM 14  DISTANCE IS.  HE GAVE A LOT OF DISTANCE TESTIMONY.  IF HE SAYS

12:14PM 15  HE CANNOT, THAT'S FINE.  HE'S JUST ASKING HIM CAN HE TELL FROM

12:14PM 16  THIS WHAT THE DISTANCE WAS.

12:14PM 17                        EXAMINATION

12:14PM 18  BY MR. SIMS:

12:14PM 19  Q.   NOT JUST THIS, BUT YOU SPOKE WITH MS. OLIPHANT ABOUT HER

12:15PM 20  STABILITY CONTROL LINE, CORRECT?

12:15PM 21  A.   CORRECT.

12:15PM 22  Q.   SO MY QUESTION TO YOU IS:  THIS FIGURE OF 143, THAT'S

12:15PM 23  FEET, CORRECT?

12:15PM 24  A.   YES.

12:15PM 25  Q.   AND IT'S TELLING YOU THAT WHEN YOU'RE 143 FEET FROM

**HOURLY TRANSCRIPT**

12:15PM 1   SOMETHING -- WE'RE GOING TO TALK ABOUT WHAT IT IS IN JUST A

12:15PM 2   SECOND -- YOU CAN'T DIG DEEPER THAN MINUS 12, CORRECT?

12:15PM 3   A.   FOR THIS PARTICULAR MCDONOUGH MARINE BORROW AREA, YES.

12:15PM 4   Q.   I UNDERSTAND.  SO MY QUESTION TO YOU IS:  THAT 143 FEET,

12:15PM 5   DID YOU UNDERSTAND IT TO BE FROM THE FACE OF THE FLOODWALL OR

12:15PM 6   THE TOE OF THE LEVEE?

12:15PM 7   A.   I DO NOT RECALL WHAT THE REFERENCE LINE WAS, WHETHER IT

12:15PM 8   WAS CENTER LINE LEVEE, CENTER LINE FLOODWALL, BASELINE, I DO

12:15PM 9   NOT RECALL.

12:15PM 10  Q.   OKAY.  AND THE WAY THIS WORKS IS AS YOU MOVE CLOSER,

12:15PM 11  WHETHER IT BE 120 FEET, 100 FEET, 80 FEET, THE MAXIMUM DEPTH

12:15PM 12  YOU CAN DIG GETS SMALLER AND SMALLER AND SMALLER, CORRECT?

12:15PM 13  A.   I'M NOT SURE WHAT YOU'RE GETTING AT, BUT YOUR QUESTION --

12:16PM 14  FOR THIS OPEN CUT, THE 1 ON VERTICAL ON 6.5 HORIZONTAL IS THE

12:16PM 15  STABILITY CONTROL LINE FOR THIS MCDONOUGH MARINE EXCAVATION.

12:16PM 16  Q.   SO, FOR EXAMPLE, IF INSTEAD OF 143 FEET, YOU WERE 130 FEET

12:16PM 17  AWAY, THAT 12 WOULD CHANGE TO A 10, WOULDN'T IT, AT A 1 TO 6.5

12:16PM 18  SLOPE, CORRECT?

12:16PM 19  A.   I CAN'T DO THE MATH IN MY HEAD, BUT, YES, IT WOULD BE

12:16PM 20  SOMEWHAT HIGHER IN ELEVATION.

12:16PM 21  Q.   YOU HAVE BEEN VERY CAREFUL TO POINT OUT THAT THIS ONLY

12:16PM 22  APPLIED TO ONE SPECIFIC EXCAVATION AT THE MCDONOUGH MARINE

12:16PM 23  SITE, RIGHT?

12:16PM 24  A.   THIS ONE SPECIFIC STABILITY ANALYSIS WAS FOR THE MCDONOUGH

12:16PM 25  MARINE BORROW AREA, AND IT WAS ANALYZED BY GEOTECH BRANCH FOR

**HOURLY TRANSCRIPT**

12:16PM 1   THAT SPECIFIC PURPOSE.

12:16PM 2   Q.   AND YOU DON'T HAVE ANY OTHER SIMILAR ANALYSIS ANYWHERE

12:16PM 3   ELSE AT THE EBIA SITE, RIGHT?

12:16PM 4   A.   THEY DID ALSO ANALYZE FOR AREA 1 AND AREA 2 AT THE

12:17PM 5   MCDONOUGH MARINE SITE, BUT DID NOT PROVIDE ANY DRAWINGS OR

12:17PM 6   SKETCHES ASSOCIATED WITH THOSE.

12:17PM 7   Q.   SO MY QUESTION TO YOU IS, OTHER THAN THE STABILITY CONTROL

12:17PM 8   LINE THAT'S DEPICTED IN JX-1286, ARE YOU AWARE OF ANY OTHER

12:17PM 9   STABILITY CONTROL LINE THAT WAS CALCULATED OR DETERMINED FOR

12:17PM 10  THE EBIA SITE?

12:17PM 11  A.   NO, I'M NOT.

12:17PM 12  Q.   AND YOU DON'T KNOW WHETHER OR NOT THIS IS VALID AT OTHER

12:17PM 13  PORTIONS OF THE EBIA SITE, RIGHT?

12:17PM 14  A.   CORRECT.   IT'S SITE SPECIFIC AND EXCAVATION SPECIFIC.

12:17PM 15  Q.   BUT YOU DON'T KNOW, FOR EXAMPLE, IF THIS SAME ANALYSIS

12:17PM 16  WOULD APPLY VALIDLY ACROSS THE ENTIRE LENGTH OF THE EBIA?

12:17PM 17  YOU'RE NOT A GEOTECHNICAL ENGINEER, CORRECT?

12:17PM 18  A.   CORRECT.

12:17PM 19  Q.   WOULD YOU AGREE WITH ME, MR. GUILLORY, THAT IF, IN FACT,

12:17PM 20  THIS STABILITY CONTROL LINE DID APPLY THROUGHOUT THE EBIA SITE,

12:17PM 21  THERE WERE NUMEROUS EXCAVATIONS PERFORMED BY WGI THAT WOULD

12:17PM 22  VIOLATE THIS STABILITY CONTROL LINE?

12:18PM 23  A.   I CAN'T REALLY AGREE TO THAT UNLESS I SAW THE EXACT

12:18PM 24  SUPERIMPOSITION OF THE EXCAVATIONS ON THIS DRAWING.

12:18PM 25  Q.   WELL, YOU CERTAINLY KNOW THAT THERE ARE EXCAVATIONS OF

**HOURLY TRANSCRIPT**

12:18PM 1    12 FEET OR GREATER DEPTH CLOSER IN THAN 143 FEET; ISN'T THAT

12:18PM 2    FAIR?

12:18PM 3    A.   I DON'T KNOW WHAT SPECIFIC SITE YOU'RE TALKING TO.

12:18PM 4    Q.   I'M NOT ASKING ABOUT SPECIFIC SITES.  I'M JUST SAYING

12:18PM 5    BASED ON YOUR INTIMATE KNOWLEDGE OF WHAT TRANSPIRED AT THE EBIA

12:18PM 6    SITE, YOU KNOW THERE WERE EXCAVATIONS AT THE EBIA SITE CLOSER

12:18PM 7    THAN 143 FEET FROM THE FLOODWALL THAT WENT DEEPER THAN 12 FEET.

12:18PM 8    A.   I DON'T RECOLLECT WHICH ONES THOSE ARE.

12:18PM 9    Q.   LET'S TALK ABOUT THE SEWER LIFT STATION.  HOW CLOSE WAS

12:19PM 10   THE SEWER LIFT STATION TO THE FLOODWALL?

12:19PM 11   A.   APPROXIMATELY 80 TO 100 FEET.

12:19PM 12   Q.   HOW DEEP DID IT GO?

12:19PM 13   A.   THE BOTTOM WAS MINUS 19.75.  HOWEVER, THAT IS A DIFFERENT

12:19PM 14   ANIMAL AND THAT IS A STRUCTURALLY DESIGNED, STEEL-BRACED

12:19PM 15   COFFERDAM WITH STEEL WIDE-FLANGE BEAM INTERNAL WALERS THAT

12:19PM 16   PREVENTS ANY MOVEMENT OF THE SOIL.

12:19PM 17   Q.   WHAT ABOUT THE SEWER LINES THAT RAN UP TO THE SEWER LIFT

12:19PM 18   STATION, HOW DEEP DID THOSE GET?

12:19PM 19   A.   I TESTIFIED YESTERDAY THAT THE MAXIMUM THAT I REMEMBER

12:19PM 20   OBSERVING WAS 8 TO 12 FEET DEEP.

12:19PM 21   Q.   LET'S TALK A LITTLE BIT ABOUT THE SEWER LINES IN THAT

12:19PM 22   TESTIMONY.  NOW --

12:19PM 23          THE COURT:  IS THIS A GOOD TIME TO TAKE A BREAK OR --

12:19PM 24   IF IT'S NOT --

12:19PM 25          MR. SIMS:  SURE, YOUR HONOR.  I'VE GOT, I WOULD SAY,

**HOURLY TRANSCRIPT**

12:20PM 1  MAYBE 30 MINUTES, IF THAT, LEFT.

12:20PM 2         MR. TREEBY:  I DON'T KNOW HOW THIS AFFECTS IT.  WE'VE

12:20PM 3  GOT A WITNESS THAT WE'RE TRYING TO COORDINATE, AND I HAD ASKED

12:20PM 4  MR. SIMS YESTERDAY IF WE WERE GOING TO GET TO THE LUNCH BREAK

12:20PM 5  BEFORE HE -- AND HE THOUGHT HE WOULD FINISH BEFORE THE LUNCH

12:20PM 6  BREAK, SO I GUESS THAT'S NOT THE CASE.

12:20PM 7         THE COURT:  IF YOU WOULD LIKE ME TO GO ON --

12:20PM 8         MR. TREEBY:  I DON'T KNOW, YOUR HONOR.  I JUST WOULD

12:20PM 9  LIKE TO SCHEDULE --

12:20PM 10        THE COURT:  I WILL TRY TO ACCOMMODATE YOU, IF

12:20PM 11 NECESSARY.

12:20PM 12        MR. TREEBY:  JUST SCHEDULE A THIRD-PARTY WITNESS

12:20PM 13 AND --

12:20PM 14        MR. SIMS:  I CAN TRY DURING THE LUNCH BREAK TO GET A

12:20PM 15 LITTLE TIGHTER, YOUR HONOR, IF YOU WOULD LIKE.

12:20PM 16        MR. BRUNO:  EXCUSE ME.  DOES THIS WITNESS NEED TO

12:20PM 17 LEAVE TOWN OR SOMETHING?

12:20PM 18        THE COURT:  I'M JUST SAYING WHATEVER IT IS, I'LL TRY

12:20PM 19 TO ACCOMMODATE YOU, MR. TREEBY.  IF YOU WANT ME TO DELAY THE

12:20PM 20 LUNCH BREAK FOR ANOTHER 30, 35 MINUTES --

12:20PM 21        MR. TREEBY:  IF HE'S SAYING IT'S GOING TAKE

12:20PM 22 30 MINUTES, I WOULD SAY IT'S PROBABLY BEST TO TAKE A BREAK.

12:20PM 23 I'LL MAKE ARRANGEMENTS.

12:20PM 24        MR. SIMS:  I DO APOLOGIZE BECAUSE I WAS OFF.  I

12:20PM 25 AGREE, I SAID AN HOUR TO AN HOUR AND A HALF, SO I WAS OFF,

**HOURLY TRANSCRIPT**

12:20PM  1    YOUR HONOR.  IT'S THAT SLOW TALKING THAT GOT ME.

12:21PM  2            THE COURT:  THAT WILL DO IT EVERY TIME.  WE'RE IN

12:21PM  3    RECESS, AND WE'LL COME BACK AT 1 O'CLOCK SHARP.

12:22PM  4            (WHEREUPON, AT 12:21 P.M., THE COURT WAS IN LUNCHEON

     5    RECESS.)

     6                           *    *    *

     7

     8

     9

    10

    11

    12

    13

    14

    15

    16

    17

    18

    19

    20

    21

    22

    23

    24

    25

                        **HOURLY TRANSCRIPT**

1            **P-R-O-C-E-E-D-I-N-G-S**

2          WEDNESDAY, SEPTEMBER 26, 2012

3          A F T E R N O O N   S E S S I O N

4              (COURT CALLED TO ORDER)

5

01:04PM  6

01:04PM  7          THE DEPUTY CLERK:  ALL RISE.  COURT IS IN SESSION.

01:04PM  8  PLEASE BE SEATED.

01:04PM  9          THE COURT:  ALL RIGHT.  COUNSEL, I KNOW WE HAD A

01:04PM 10  FAIRLY SHORT LUNCH HOUR, BUT ARE YOU READY TO PROCEED?

01:04PM 11          MR. SIMS:  YES, YOUR HONOR.

01:04PM 12                      EXAMINATION

01:04PM 13  BY MR. SIMS:

01:04PM 14  Q.   MR. GUILLORY, BEFORE WE TOOK A BREAK, WE WERE ABOUT TO

01:04PM 15  DISCUSS THE SEWER LINES THAT WERE PRESENT AT THE EBIA SITE.

01:04PM 16  YOU'RE GENERALLY FAMILIAR WITH THE LAYOUT OF THE SEWER LINES?

01:05PM 17  A.   YES, I AM.

01:05PM 18  Q.   THERE WAS A MAIN SEWER LINE THAT RAN NORTH TO SOUTH AND

01:05PM 19  PARALLEL TO THE FLOODWALL; IS THAT RIGHT?

01:05PM 20  A.   PARALLEL AND JUST WEST OF SUREKOTE ROAD AND THE DRAINAGE

01:05PM 21  DITCH.

01:05PM 22  Q.   THANK YOU.

01:05PM 23          THEN, THERE WERE ADDITIONAL SEWER LINES THAT RAN IN

01:05PM 24  AN EAST TO WEST DIRECTION HEADING FROM THE MAIN SEWER LINE

01:05PM 25  TOWARDS THE CANAL BANK, UP AND DOWN THE EBIA SITE; IS THAT

                      **HOURLY TRANSCRIPT**

01:05PM 1    RIGHT?

01:05PM 2    A.   I WOULDN'T CHARACTERIZE IT THAT WAY.  THEY HAD SMALLER

01:05PM 3    LATERAL SEWER LINES THAT RAN TO THE INDIVIDUAL BUILDINGS.

01:05PM 4    Q.   THE MAIN SEWER LINE THAT WAS JUST WEST OF SUREKOTE ROAD,

01:05PM 5    WAS THAT APPROXIMATELY 80 FEET FROM THE FACE OF THE FLOODWALL?

01:05PM 6    A.   THAT'S CLOSE.

01:05PM 7    Q.   I'M SORRY, I DIDN'T CATCH THAT.

01:05PM 8    A.   THAT'S FAIRLY CLOSE.

01:05PM 9    Q.   I UNDERSTAND THAT WGI HIRED HAMP'S TO PERFORM THE

01:05PM 10   EXCAVATION OF THE SEWER LINES?

01:05PM 11   A.   HAMP'S AND ENVIROCON.

01:05PM 12   Q.   IF YOU COULD PULL UP JX-1261, PLEASE.

01:06PM 13        THIS IS A DOCUMENT YOU REFERRED TO YESTERDAY DURING

01:06PM 14   YOUR TESTIMONY, MR. GUILLORY.  DO YOU RECOGNIZE IT?

01:06PM 15   A.   YES.

01:06PM 16   Q.   THIS PAGE INDICATES -- WELL, ACTUALLY, WHY DON'T WE GO TO

01:06PM 17   THE NEXT PAGE.

01:06PM 18        THIS IS THE WORK PLAN FOR CERTAIN BUILDING AND

01:06PM 19   CONCRETE DEMOLITION, ONSHORE PILING REMOVAL, ETCETERA?

01:06PM 20   A.   CORRECT.

01:06PM 21   Q.   IF YOU COULD TURN TO PAGE 24, PLEASE.

01:06PM 22        UNDER SECTION 3A, THERE IS A DISCUSSION.

01:06PM 23   UNFORTUNATELY, MY EYES AREN'T SO GREAT, BUT I BELIEVE IT'S

01:06PM 24   RIGHT IN HERE.

01:07PM 25        YOU UNDERSTOOD THAT WGI AND ITS SUBCONTRACTORS WERE

**HOURLY TRANSCRIPT**

01:07PM 1    EXCAVATING BOTH THE SEWER LINES AS WELL AS THE MANHOLES THAT

01:07PM 2    WERE PRESENT, CORRECT?

01:07PM 3    A.   THAT IS CORRECT.

01:07PM 4    Q.   THERE WERE MANHOLES PRESENT IN THAT MAIN SEWER LINE UP AND

01:07PM 5    DOWN THE EBIA SITE, CORRECT?

01:07PM 6    A.   AT INTERVALS, YES.

01:07PM 7    Q.   IN THIS -- I BELIEVE IT'S A LITTLE BIT FURTHER DOWN, CARL,

01:07PM 8    WHERE IT TALKS ABOUT NO COMPACTION REQUIRED.

01:07PM 9         YOU SEE THE SENTENCE -- AND, AGAIN, YOU SAW THAT

01:07PM 10   YESTERDAY -- NO COMPACTION EFFORT WILL BE REQUIRED OTHER THAN

01:07PM 11   WHAT THE TRACKS OF THE DOZER WILL ACHIEVE?

01:07PM 12   A.   YES.

01:07PM 13   Q.   NOW, I UNDERSTAND IT'S YOUR TESTIMONY THAT THAT'S ACTUALLY

01:07PM 14   NOT WHAT HAPPENED; IS THAT RIGHT?

01:07PM 15   A.   YES.  I TESTIFIED YESTERDAY THAT IN THE DEEPER EXCAVATIONS

01:07PM 16   SUBCONTRACTOR USED THE KOMATSU TRACK HOE TO DUMP THE BACKFILL

01:07PM 17   MATERIAL IN WITH LIFTS, BUCKET TAMPED IT; AND, THEN, ONCE IT

01:08PM 18   GOT NEARER TO THE SURFACE, THE DOZER COMPLETED THE OPERATION.

01:08PM 19   Q.   HOW DEEP WAS THE EXCAVATION BEFORE THEY STARTED TO DO THE

01:08PM 20   PROCEDURE YOU JUST DESCRIBED?

01:08PM 21   A.   I BELIEVE I TESTIFIED YESTERDAY THAT THEY WERE 8 TO

01:08PM 22   12 FEET DEEP.

01:08PM 23   Q.   WELL, MY QUESTION IS -- I BELIEVE, AND I MAY HAVE

01:08PM 24   MISUNDERSTOOD YOUR TESTIMONY, THAT THEY ONLY STARTED TO USE

01:08PM 25   BUCKET TAMPING FOR COMPACTION WHEN THE SEWER LINE STARTED TO

**HOURLY TRANSCRIPT**

01:08PM 1   GET DEEP; OR, DID I NOT UNDERSTAND THAT?  DID THEY DO IT FOR

01:08PM 2   ALL OF THE SEWER LINE?

01:08PM 3   A.   THAT'S CORRECT.  THE SHALLOW LATERALS THAT CAME FROM THE

01:08PM 4   BUILDINGS TO THE MAIN WERE SHALLOW, AND THEY USED A DOZER TO

01:08PM 5   BACKFILL THOSE.

01:08PM 6   Q.   SO THE LINES THAT WERE RUNNING MORE OR LESS EAST TO WEST

01:08PM 7   TO VARIOUS BUILDINGS, THE LATERAL SEWER LINES, THOSE WERE NOT

01:08PM 8   COMPACTED WITH BUCKET TAMPING, THEY WERE SIMPLY BACKFILLED AND

01:08PM 9   THEN TRACK WALKED; IS THAT RIGHT?

01:08PM 10  A.   CORRECT.

01:08PM 11  Q.   BUT YOUR TESTIMONY IS THE ENTIRE LENGTH OF THE MAIN SEWER

01:09PM 12  LINE, THAT WAS COMPACTED IN LIFTS WITH BUCKET TAMPING?

01:09PM 13  A.   YES.

01:09PM 14  Q.   YOU SAID, I THINK, AND YOU REAFFIRMED IT JUST NOW, THE

01:09PM 15  MAXIMUM DEPTH WAS 8 TO 12 FEET?

01:09PM 16  A.   YES.

01:09PM 17  Q.   WHAT'S THAT BASED ON?

01:09PM 18  A.   MY VISUAL OBSERVATION.

01:09PM 19  Q.   IS THAT IT?

01:09PM 20  A.   YES.

01:09PM 21  Q.   WERE YOU PRESENT DURING THE EXCAVATION OF THE ENTIRETY OF

01:09PM 22  THE MAIN SEWER LINE?

01:09PM 23  A.   NO, PORTIONS OF IT.

01:09PM 24  Q.   AND YOU UNDERSTOOD THAT THE DEPTH OF THE SEWER LINE VARIED

01:09PM 25  OVER THE COURSE OF THE EBIA PROJECT, RIGHT?

**HOURLY TRANSCRIPT**

01:09PM 1    A.   OF COURSE.

01:09PM 2    Q.   YOU SAID 8 TO 12.  THIS IS A CRITICAL AREA IN THE CASE, SO

01:09PM 3    WAS IT 8 OR 12, OR YOU DON'T KNOW?

01:09PM 4    A.   AS I SAID, 8 TO 12 FEET BELOW GROUND SURFACE.  IT VARIED,

01:09PM 5    WITH THE HIGH POINT BEING ON THE SOUTHERN END OF THE ITT, THE

01:09PM 6    HIGH POINT BEING ON THE NORTHERN END OF BOLAND MARINE, AND IT

01:09PM 7    PROGRESSED ON A SLOPE TO THE LOW POINT AT THE SEWER LIFT

01:09PM 8    STATION.

01:09PM 9    Q.   SO AS THESE LINES CONVERGED TO THE SEWER LIFT STATION,

01:10PM 10   THEY GOT DEEPER AND DEEPER AND DEEPER?

01:10PM 11   A.   YES.

01:10PM 12   Q.   SO AT THE TIME THEY REACHED THE SEWER LIFT STATION, YOUR

01:10PM 13   TESTIMONY IS THEY WOULD HAVE BEEN NO DEEPER THAN 12 FEET AT

01:10PM 14   MOST?

01:10PM 15   A.   12 FEET, YES.

01:10PM 16   Q.   IF YOU COULD PULL UP THAT SAME DOCUMENT -- I'M SORRY, THIS

01:10PM 17   IS -- IT IS THE SAME DOCUMENT, 1261, JX, PLEASE.  PAGE 23.  IF

01:10PM 18   YOU COULD PULL UP RIGHT UP HERE, PLEASE.

01:10PM 19        NOW, THERE IS A REFERENCE THAT THE UNDERGROUND PIPING

01:10PM 20   REMOVAL THAT'S ASSOCIATED WITH THE SANITARY SEWER LINE THAT

01:10PM 21   RUNS FROM THE NORTH AND SOUTH ENDS OF THE PROJECT TO AN

01:10PM 22   APPROXIMATE 15-FOOT DEPTH.  IS IT YOUR TESTIMONY THAT THAT

01:10PM 23   NUMBER IS INCORRECT?

01:10PM 24   A.   NO.  APPROXIMATE IS CLOSE TO 12 FEET.

01:10PM 25   Q.   SO YOU WOULD ALLOW THAT THE DEPTH COULD BE ACTUALLY AS

**HOURLY TRANSCRIPT**

01:11PM 1    DEEP AS 15 FEET BELOW GROUND SURFACE?

01:11PM 2    A.   AT THE TIME THAT THIS PARTICULAR PLAN WAS DRAWN UP,

01:11PM 3    PREPARED, AND APPROVED, THIS WAS PREWORK, SO THIS WAS AN

01:11PM 4    ESTIMATION PRIOR TO THE WORK OCCURRING.

01:11PM 5    Q.   HAVE YOU REVIEWED ANY QAR'S IN WHICH THERE IS ACTUALLY A

01:11PM 6    DISCUSSION OF HOW DEEP THOSE SEWER LINES WENT?

01:11PM 7    A.   I DO NOT RECALL.

01:11PM 8    Q.   YOU ACTUALLY READ EVERY SINGLE QAR, DIDN'T YOU, DURING THE

01:11PM 9    COURSE OF YOUR WORK ON THE PROJECT?

01:11PM 10   A.   YES.  OVER THE FOUR AND A HALF YEARS, YES.

01:11PM 11   Q.   LET'S PULL UP JX-1252, PLEASE.

01:11PM 12         MR. SIMS:  I APOLOGIZE, YOUR HONOR, THAT IS NOT THE

01:11PM 13   CORRECT CITATION.

01:11PM 14         THE COURT:  ALL RIGHT.

01:11PM 15         MR. SIMS:  COULD I HAVE JUST ONE MINUTE, YOUR HONOR,

01:11PM 16   AND WE'LL TRACK IT DOWN?

01:11PM 17         THE COURT:  YOU MAY.

01:11PM 18         MR. SIMS:  THANK YOU.

01:11PM 19                        EXAMINATION

01:11PM 20   BY MR. SIMS:

01:13PM 21   Q.   CAN WE PULL UP JX-252, PLEASE.  THANK YOU.

01:13PM 22         THIS IS QAR NUMBER 94, CORRECT?

01:13PM 23   A.   YES, IT IS.

01:13PM 24   Q.   IF WE COULD TURN TO PAGE 18.

01:13PM 25         YOU RECOGNIZE THIS AS ONE OF THE DAILY PROGRESS

**HOURLY TRANSCRIPT**

01:13PM 1    REPORTS THAT WAS ATTACHED TO QAR'S?

01:13PM 2    A.   NO, THIS IS PART OF THE QC REPORT.

01:13PM 3    Q.   IT'S TITLED AT THE BOTTOM, "DAILY PROGRESS REPORT."  IS

01:13PM 4    THAT A MISNOMER?

01:13PM 5          I'M SORRY, IT'S TITLED AT THE TOP, "DAILY PROGRESS

01:13PM 6    REPORT."  IS THAT NOT CORRECT?

01:13PM 7    A.   THAT'S CORRECT, BUT, I MEAN, IT'S PART OF THE CONTRACTOR'S

01:13PM 8    QUALITY CONTROL REPORT.

01:13PM 9    Q.   THANK YOU.

01:13PM 10          IF WE COULD HIGHLIGHT THIS PARAGRAPH DOWN HERE, CARL?

01:13PM 11          MS. CLAYMAN:  EXCUSE ME.  CAN WE GIVE A COPY TO THE

01:13PM 12   WITNESS?  HE CAN'T SEE.

01:13PM 13          MR. SIMS:  YOUR HONOR, MAY I APPROACH THE WITNESS TO

01:13PM 14   GIVE A COPY?

01:14PM 15          THE COURT:  YOU MAY.

01:14PM 16          THE WITNESS:  THANK YOU.

01:14PM 17                              EXAMINATION

01:14PM 18   BY MR. SIMS:

01:14PM 19   Q.   WHO WOULD HAVE CREATED THIS NOTE, MR. GUILLORY, THAT

01:14PM 20   APPEARS ON THE DAILY PROGRESS REPORT THAT WAS INCLUDED WITH THE

01:14PM 21   QC DOCUMENTS?

01:14PM 22   A.   WHAT PAGE IS THAT?

01:14PM 23   Q.   I'M SORRY?  OH, PAGE 18.  I APOLOGIZE.

01:14PM 24          MR. MITSCH:  YOUR HONOR, I'M GOING TO OBJECT.  I

01:14PM 25   THINK THE QUESTION IS WHO WOULD HAVE CREATED THIS NOTE.  I

**HOURLY TRANSCRIPT**

01:14PM 1   MEAN, I'M NOT SURE -- I THINK HE HAS TO ESTABLISH WHETHER OR

01:14PM 2   NOT HE KNOWS WHO CREATED IT.

01:14PM 3           MR. SIMS:  I'LL REPHRASE, YOUR HONOR.

01:14PM 4           THE COURT:  OKAY.  THANK YOU, THANK YOU.

01:14PM 5                   EXAMINATION

01:14PM 6   BY MR. SIMS:

01:14PM 7   Q.  IF WE COULD BACK UP, CARL, AND GO TO THE TOP OF THE

01:14PM 8   DOCUMENT, PLEASE.

01:14PM 9           THERE IS A NOTATION TOWARDS THE TOP RIGHT OF, "REPORT

01:14PM 10  BY," AND THERE IS A NAME THAT APPEARS THERE.  DO YOU RECOGNIZE

01:15PM 11  THAT NAME?

01:15PM 12  A.  YES.  THAT IS BRENDA CASEY.

01:15PM 13  Q.  DO YOU RECOGNIZE MR. CASEY'S SIGNATURE?

01:15PM 14  A.  IT'S MRS. CASEY.

01:15PM 15  Q.  SORRY.  MS. CASEY'S.

01:15PM 16          LET'S TURN TO OUR SECOND PARAGRAPH, PLEASE.

01:15PM 17          MS. CASEY WRITES THAT, "EXCESSIVE AMOUNTS OF TIMBERS

01:15PM 18  AT TRENCH FOR SEWER.  DEPTH IS ALSO SLOPING DOWN CLOSER WE GET

01:15PM 19  TO LIFT STATION?"

01:15PM 20          AND THAT'S ACTUALLY EXACTLY WHAT YOU JUST DESCRIBED,

01:15PM 21  CORRECT?

01:15PM 22  A.  CORRECT.

01:15PM 23  Q.  AS YOU GET CLOSER TO STATION, YOU SLOPE MORE DOWNWARD?

01:15PM 24  A.  CORRECT.

01:15PM 25  Q.  "AT APPROXIMATELY 12 FEET DEEP DUE WEST OF AM 33."

**HOURLY TRANSCRIPT**

01:15PM 1          SO, IS MS. CASEY, IN FACT, REPORTING THAT AT LOCATION

01:15PM 2   WEST OF AM 33 THE DEPTH IS 12 FEET AND SLOPING DEEPER?

01:15PM 3   A.   THAT'S WHAT IT SAYS.

01:15PM 4   Q.   BECAUSE WE KNOW IT'S SLOPING DEEPER, LOGIC TELLS US BY THE

01:15PM 5   TIME IT GETS TO THE SEWER LIFT STATION IT'S DEEPER THAN

01:15PM 6   12 FEET, CORRECT?

01:16PM 7   A.   THAT'S POSSIBLE.

01:16PM 8   Q.   WELL, IT'S PROBABLE, ISN'T IT; IT'S NOT JUST POSSIBLE?

01:16PM 9   A.   PROBABLE, YES.

01:16PM 10  Q.   AND IF YOU COULD PULL UP, PLEASE, PX-4750.

01:16PM 11          I WILL TELL YOU, MR. GUILLORY, THIS IS A DOCUMENT YOU

01:16PM 12  HAVE NOT SEEN BEFORE.  THIS WAS SUBMITTED INTO EVIDENCE BY THE

01:16PM 13  PLAINTIFFS AS A SUMMARY EXHIBIT.

01:16PM 14  A.   OKAY.

01:16PM 15  Q.   IF YOU COULD TURN TO PAGE 2.

01:16PM 16          GENERALLY, THIS RED LINE RUNNING IN A VERTICAL

01:16PM 17  DIRECTION IS DEPICTED AS THE MAIN SEWER LINE.  BASED ON YOUR

01:16PM 18  UNDERSTANDING OF THE EBIA SITE, IS THIS CONSISTENT WITH WHERE

01:16PM 19  YOU BELIEVE THAT LINE TO BE?

01:16PM 20  A.   GENERALLY.  I CANNOT SEE SUREKOTE ROAD, BUT, GENERALLY,

01:16PM 21  THAT'S ABOUT WHERE IT IS.

01:16PM 22  Q.   THEN THERE ARE SOME LITTLE RED LINES.  I'M USING THE LASER

01:16PM 23  POINTER TO DIRECT YOUR ATTENTION TO THE ONE IN THE MIDDLE OF

01:16PM 24  THE SCREEN.

01:16PM 25          AGAIN, I'M NOT ASKING YOU TO CONFIRM THAT THAT, IN

**HOURLY TRANSCRIPT**

01:16PM 1    FACT, IS THERE, BUT THAT'S -- THE LATERAL SEWER LINES THAT YOU

01:17PM 2    WERE TALKING ABOUT, THIS PICTURE REPRESENTS THAT TYPE OF LINE,

01:17PM 3    CORRECT, WHERE IT'S RUNNING FROM THE MAIN LINE TO A BUILDING?

01:17PM 4    A.   CORRECT.

01:17PM 5    Q.   AGAIN, JUST FOR THE RECORD, THIS IS PX-4750-2.

01:17PM 6         NOW, THERE HAS BEEN SOME EVIDENCE THAT WHEN THESE

01:17PM 7    LATERAL SEWER LINES MAKE CONTACT WITH THE MAIN SEWER LINE,

01:17PM 8    THERE ARE MANHOLES AT THOSE JUNCTIONS.  DO YOU KNOW THAT TO BE

01:17PM 9    THE CASE?

01:17PM 10   A.   THAT'S USUALLY THE CASE.

01:17PM 11   Q.   THERE HAS ALSO BEEN EVIDENCE RECEIVED OF SOME DRAWINGS AND

01:17PM 12   SOME PLANS FROM THE SEWERAGE BOARD THAT INDICATE THE SIZE OF

01:17PM 13   THOSE MANHOLES.  THAT'S NOT EVIDENCE YOU'VE SEEN BEFORE TODAY,

01:17PM 14   I ASSUME?

01:17PM 15   A.   NO, I HAVEN'T.

01:17PM 16   Q.   IF THAT EVIDENCE REVEALED THAT, FOR EXAMPLE, THIS JUNCTION

01:17PM 17   DEPICTED AT THE NORTH OF THE GRAPHIC ON 4750-2 HAD A TOTAL

01:17PM 18   DEPTH OF ALMOST 16 FEET, WOULD YOU HAVE ANY BASIS TO DISAGREE

01:17PM 19   WITH THAT?

01:18PM 20   A.   I WOULDN'T KNOW.

01:18PM 21   Q.   NOW, DR. GUILLORY, THE -- SORRY, MR. GUILLORY.  I WAS

01:18PM 22   THINKING OF ANOTHER GENTLEMAN.

01:18PM 23        THE COURT:  WE ALL GET ADVANCED IN THIS TRIAL.

01:18PM 24        THE WITNESS:  THANKS, YOUR HONOR.

01:18PM 25        THE COURT:  WE SHOULD BESTOW EVERYBODY WITH A

**HOURLY TRANSCRIPT**

01:18PM  1    DOCTORATE AFTER THIS TRIAL.

01:18PM  2              MR. SIMS:  AMEN TO THAT, YOUR HONOR.

01:18PM  3              THE COURT:  GO AHEAD.

01:18PM  4                        EXAMINATION

01:18PM  5    BY MR. SIMS:

01:18PM  6    Q.   THE ARMY CORPS OF ENGINEERS USES THREE DIFFERENT

01:18PM  7    CATEGORIES WHEN DESCRIBING THE COMPACTION OF FILL MATERIALS,

01:18PM  8    UNCOMPACTED, SEMICOMPACTED AND COMPACTED, RIGHT?

01:18PM  9    A.   CORRECT.

01:18PM  10   Q.   UNCOMPACTED MEANS ESSENTIALLY YOU'RE JUST SPREADING OUT

01:18PM  11   THE FILL TO FILL UP THE HOLE, RIGHT?

01:18PM  12   A.   CORRECT.

01:18PM  13   Q.   SEMICOMPACTED MEANS 12-INCH LIFTS AND THREE PASSES OF A

01:18PM  14   DOZER?

01:18PM  15   A.   MINIMUM OF THREE PASSES, YES.

01:18PM  16   Q.   COMPACTED MEANS 6-INCH LIFTS WITH FIVE TO SIX PASSES OF A

01:18PM  17   DOZER; IS THAT RIGHT?

01:18PM  18   A.   I'M NOT SURE ABOUT THE COMPACTED ONE.

01:18PM  19   Q.   YOU'RE NOT SURE IN WHAT SENSE?

01:18PM  20   A.   BECAUSE WE USE SEVERAL DIFFERENT DEFINITIONS OF COMPACTED.

01:18PM  21   WE USE 90 PERCENT PROCTOR COMPACTED.  WE ALSO USE FULLY

01:19PM  22   COMPACTED, AND THAT CAN BE LIKE ONE HUNDRED PERCENT.

01:19PM  23   Q.   IN FACT, THE 90 PERCENT PROCTOR REFERS TO COMPACTED FILL,

01:19PM  24   RIGHT?

01:19PM  25   A.   COMPACTED CLAY?

                              **HOURLY TRANSCRIPT**

01:19PM  1    Q.   THANK YOU.  COMPACTED CLAY.  IS THAT RIGHT?

01:19PM  2    A.   YES.

01:19PM  3    Q.   YOU DISTINGUISH THAT BETWEEN OTHER TYPES OF MATERIALS,

01:19PM  4    CORRECT?

01:19PM  5    A.   YES, I DO.

01:19PM  6    Q.   DO YOU KNOW IF ANYONE ELSE IN THE CORPS MAKES THAT

01:19PM  7    DISTINCTION?

01:19PM  8    A.   I DON'T KNOW.

01:19PM  9    Q.   DO YOU KNOW IF EVERYONE ELSE IN THE CORPS SHARES YOUR

01:19PM  10   DEFINITION THAT A COMPACTED CLAY IS EQUIVALENT TO 90 PERCENT

01:19PM  11   PROCTOR?

01:19PM  12   A.   I DON'T KNOW.

01:19PM  13   Q.   THAT WOULD BE IMPORTANT, WOULDN'T IT, BECAUSE IN A LOT OF

01:19PM  14   THESE DOCUMENTS YOU WOULD AGREE THAT THERE IS ONLY A REFERENCE

01:19PM  15   TO COMPACTION OR SEMICOMPACTION, AND IT'S IMPORTANT THAT

01:19PM  16   INDIVIDUALS REVIEWING THOSE DOCUMENTS UNDERSTAND THE COMMON

01:19PM  17   DEFINITION FOR THOSE TERMS, RIGHT?

01:19PM  18   A.   OKAY.

01:19PM  19   Q.   WELL, IF YOU -- I MEAN, YOU CAN DISAGREE IF YOU WOULD

01:19PM  20   LIKE.  IT SEEMS REASONABLE, DOES IT NOT, THAT EVERYONE

01:19PM  21   UNDERSTANDS THE DEFINITIONS THAT ARE BEING EMPLOYED WHEN WE

01:20PM  22   TALK ABOUT THINGS LIKE COMPACTED OR SEMICOMPACTED?

01:20PM  23   A.   SURE.

01:20PM  24   Q.   SO WOULD IT SURPRISE YOU IF SOMEONE IN THE GEOTECHNICAL

01:20PM  25   BRANCH, FOR EXAMPLE, DISAGREED WITH YOUR CONCEPTION THAT A

**HOURLY TRANSCRIPT**

01:20PM 1    COMPACTED FILL -- COMPACTED CLAY MEANS 90 PERCENT PROCTOR?

01:20PM 2    A.   NO, I WOULD NOT BE SURPRISED.

01:20PM 3    Q.   THAT'S BECAUSE THE CORPS DOESN'T HAVE A COMMON DEFINITION

01:20PM 4    FOR THOSE TERMS, DOES IT?

01:20PM 5    A.   LIKE I SAID, NOT THAT I'M AWARE OF.  WE USE 90 PERCENT

01:20PM 6    PROCTOR COMPACTION SOMETIMES, OR SOMETIMES WE USE ONE HUNDRED

01:20PM 7    PERCENT FULLY COMPACTED.

01:20PM 8    Q.   THE REFERENCE THAT WE SAW EARLIER IN THE MEMO FROM

01:20PM 9    MR. GATELY TO MS. SPADRO, THAT DIDN'T REFER TO A PROCTOR

01:20PM 10   PERCENTAGE, DID IT?

01:20PM 11   A.   NO, IT DID NOT.

01:20PM 12   Q.   BUT IT DID SAY THAT THE FILL THAT WAS TO BE USED, THE

01:20PM 13   RECOMMENDATION WAS TO COMPACT IT TO THE DENSITY OF THE ADJACENT

01:20PM 14   SOIL?

01:20PM 15   A.   CORRECT.  WE'VE COVERED THIS.

01:20PM 16   Q.   I APOLOGIZE.

01:20PM 17           HOW WOULD YOU DESCRIBE THAT IN TERMS OF PROCTOR

01:21PM 18   PERCENTAGE?  WOULD THAT BE A HUNDRED PERCENT?

01:21PM 19   A.   NO.

01:21PM 20   Q.   WHAT WOULD IT BE?

01:21PM 21   A.   I WOULD ESTIMATE IT WOULD BE SOMEWHERE BETWEEN UNCOMPACTED

01:21PM 22   AND SEMICOMPACTED.

01:21PM 23   Q.   INTERESTING.  SO COMPACTED TO THE DENSITY OF THE ADJACENT

01:21PM 24   SOIL IS SOMEWHERE BETWEEN SEMICOMPACTED AND UNCOMPACTED, THAT'S

01:21PM 25   YOUR DEFINITION?

**HOURLY TRANSCRIPT**

01:21PM 1    A.   THAT'S WHAT I SAID.

01:21PM 2    Q.   BUT, MR. GUILLORY, YOU'RE FAMILIAR WITH THE PROCTOR

01:21PM 3    STANDARD AND HOW THAT'S USED, RIGHT?

01:21PM 4    A.   SOMEWHAT.

01:21PM 5    Q.   ISN'T IT TRUE THAT'S A RELEVANT STANDARD?  SO IF I TALK

01:21PM 6    ABOUT PERCENT PROCTOR, WHAT I'M REALLY DOING IS COMPARING THE

01:21PM 7    TEST RESULTS FOR TWO DIFFERENT TESTS, RIGHT?

01:21PM 8    A.   GENERALLY, THE LABORATORY TAKES SEVERAL SAMPLES, TESTS

01:21PM 9    THEM FOR WATER CONTENT, AND DEVELOPS A SERIES OF CURBS.  THE

01:21PM 10   90 PERCENT PROCTOR IS BASED ON THE OPTIMUM WATER CONTENT

01:21PM 11   AVERAGED OVER THOSE TWO, THREE, FOUR CURBS.

01:22PM 12   Q.   SO, FOR EXAMPLE, IF WE WANT TO KNOW WHETHER OR NOT WE'RE

01:22PM 13   ACHIEVING THE DENSITY OF THE ADJACENT SOIL AT THE EBIA SITE

01:22PM 14   WHERE YOU'RE PERFORMING EXCAVATIONS, YOU COULD TEST THE DENSITY

01:22PM 15   OF THAT ADJACENT SOIL, RIGHT?

01:22PM 16   A.   YOU COULD.

01:22PM 17   Q.   THEN YOU COULD COMPARE THAT WITH THE DENSITY OF THE SOIL

01:22PM 18   THAT WAS BACKFILLED --

01:22PM 19   A.   IT'S POSSIBLE --

01:22PM 20   Q.   -- RIGHT?

01:22PM 21   A.   -- YEAH.

01:22PM 22   Q.   THAT WOULD ACTUALLY GIVE YOU A PERCENTAGE PROCTOR,

01:22PM 23   WOULDN'T IT?

01:22PM 24   A.   IT WOULD GIVE YOU A PERCENTAGE.  I'M NOT SURE IF IT WOULD

01:22PM 25   BE A PROCTOR.

**HOURLY TRANSCRIPT**

01:22PM 1   Q.   BUT YOU DIDN'T DO ANY TESTING, NOR DID WGI, AT THE EBIA

01:22PM 2   SITE, RIGHT?

01:22PM 3   A.   NO, WE DID NOT REQUIRE IT IN THE SCOPE OF WORK.

01:22PM 4   Q.   THERE WAS A REFERENCE EARLIER TO THE FACT THAT THERE WOULD

01:22PM 5   BE NO COMPACTION REQUIRED FOR THE SEWER LINES; DO YOU RECALL

01:22PM 6   THAT DOCUMENT?

01:22PM 7   A.   CORRECT.

01:22PM 8   Q.   YET, WGI ENDED UP COMPACTING THOSE SEWER LINES ANYWAY,

01:22PM 9   EVEN THOUGH THEY WEREN'T REQUIRED TO, RIGHT?

01:22PM 10  A.   RIGHT.

01:22PM 11  Q.   AND IT'S KIND OF LIKE WHEN YOU SAID WHEN WE WERE

01:23PM 12  REFERENCING YOUR TESTIMONY YESTERDAY THAT SOME OF THE GRID

01:23PM 13  TRENCHING EXCEEDED FIVE FEET; DO YOU RECALL THAT?

01:23PM 14  A.   YES, I DO.

01:23PM 15  Q.   ONE OF YOUR REASONS FOR SAYING EXCEEDED DIDN'T MAKE SENSE

01:23PM 16  IN THAT SITUATION IS BECAUSE WHY WOULD A CONTRACTOR DO

01:23PM 17  SOMETHING THAT THEY WEREN'T REQUIRED TO DO, WHY EXPEND THAT

01:23PM 18  EFFORT AND THAT MONEY, RIGHT?

01:23PM 19  A.   THAT'S CORRECT.

01:23PM 20  Q.   SAME LOGIC APPLIES HERE, DOESN'T IT?  THEY WEREN'T

01:23PM 21  REQUIRED TO DO COMPACTION TESTING, BUT YOUR TESTIMONY IS THEY

01:23PM 22  DID IT ANYWAYS?

01:23PM 23       I'M SORRY, I MISSPOKE.  THEY WEREN'T REQUIRED TO

01:23PM 24  COMPACT THE SEWER LINES, BUT YOUR TESTIMONY IS THEY DID IT

01:23PM 25  ANYWAY, RIGHT?

**HOURLY TRANSCRIPT**

01:23PM 1    A.    YES, I ASSUME MY FIELD STAFF MADE THE RECOMMENDATION TO

01:23PM 2    THEM TO COMPACT THE TRENCHES.

01:23PM 3    Q.    I MISSED THE FIRST PART OF THE ANSWER, BUT DID YOU SAY YOU

01:23PM 4    ASSUMED?

01:23PM 5    A.    I ASSUMED.

01:23PM 6    Q.    WOULD YOU AGREE WITH ME, HAVING REVIEWED THE QAR'S -- AND

01:23PM 7    I REALIZE YOU MAY NOT RECALL, AND THAT'S A FAIR ANSWER -- THAT

01:23PM 8    THERE ARE MANY, MANY QAR'S DISCUSSING THE BACKFILL OF THE SEWER

01:23PM 9    LINE TRENCHES AND NOT MAKING ANY MENTION OF COMPACTION?

01:24PM 10   A.    I DO NOT RECALL.  THERE'S THOUSANDS OF THEM.

01:24PM 11   Q.    YOU WOULD EXPECT THAT IF COMPACTION WAS INCLUDED IN THE

01:24PM 12   WORK THAT DAY, THAT THAT WOULD BE COVERED IN THE QAR, RIGHT?

01:24PM 13   A.    NOT NECESSARILY.

01:24PM 14   Q.    WELL, HAVEN'T WE SEEN LOTS OF QAR'S WHERE THERE WAS A

01:24PM 15   CAREFUL NOTATION OF THE FACT THAT COMPACTION HAD BEEN DONE?

01:24PM 16   A.    YES.

01:24PM 17   Q.    THE FACT THAT THERE ARE QAR'S WHERE THERE IS A MENTION OF

01:24PM 18   BACKFILL, BUT NO COMPACTION, IN YOUR MIND DOESN'T SUPPORT THE

01:24PM 19   HYPOTHESIS THAT NO COMPACTION WAS DONE?

01:24PM 20   A.    NO.  THEY JUST MAY NOT HAVE RECORDED THE ANNOTATION ON THE

01:24PM 21   QUALITY CONTROL REPORT.

01:24PM 22   Q.    SO EVEN THOUGH THE DIRECTION TO THE CONTRACTOR SAID YOU

01:24PM 23   DON'T HAVE TO COMPACT, AND EVEN THOUGH THERE ARE QAR'S NOT

01:24PM 24   MENTIONING COMPACTION, IT'S STILL YOUR TESTIMONY THAT THE

01:24PM 25   ENTIRE SEWER LINE WAS COMPACTED IN 12-INCH LIFTS AND BUCKET

**HOURLY TRANSCRIPT**

01:24PM 1    TAMPED?

01:24PM 2    A.   YES.

01:24PM 3    Q.   LET'S PULL UP JUST ONE OF THOSE QAR'S BECAUSE I DO HAVE A

01:25PM 4    SPECIFIC QUESTION ABOUT IT.

01:25PM 5         WE CAN GO BACK TO THE ONE WE HAD ON THE SCREEN,

01:25PM 6    JX-252.  IF WE COULD GO TO PAGE 4, PLEASE.  I THINK IT'S RIGHT

01:25PM 7    IN HERE, CARL?

01:25PM 8         SO IN THIS -- THIS IS THE QUALITY CONTROL REPORT,

01:25PM 9    CORRECT?

01:25PM 10   A.   CORRECT.

01:25PM 11   Q.   THIS IS ATTACHED TO THE QAR?

01:25PM 12   A.   CORRECT.

01:25PM 13   Q.   SO THIS IS SOMEONE FROM WGI COMPLETING THIS, OR ITS

01:25PM 14   SUBCONTRACTOR?

01:25PM 15   A.   CORRECT.

01:25PM 16   Q.   THEY NOTE, "EXCAVATION PERMITS WERE ISSUED PRIOR TO

01:25PM 17   DIGGING AND TRENCHES BACKFILLED AT THE END OF THE SHIFT."

01:25PM 18   CORRECT?

01:25PM 19   A.   CORRECT.

01:25PM 20   Q.   THAT'S CONSISTENT WITH YOUR TESTIMONY, RIGHT?  THEY DID

01:25PM 21   THE BACKFILLING AT THE END OF THE SHIFT?

01:25PM 22   A.   CORRECT.

01:25PM 23   Q.   THEY DIDN'T WANT TO LEAVE IT OPEN OVERNIGHT?

01:26PM 24   A.   CORRECT.

01:26PM 25   Q.   IN THE PRECEDING SENTENCE IT SAYS, "THE TOTAL LENGTH OF

**HOURLY TRANSCRIPT**

01:26PM 1   THE EXCAVATION WAS 850 LINEAR FEET," RIGHT?

01:26PM 2           THE COURT:  MAKE SURE HE SEES IT.  IT'S AT THE

01:26PM 3   BEGINNING.

01:26PM 4                        EXAMINATION

01:26PM 5   BY MR. SIMS:

01:26PM 6   Q.   CORRECT, WE JUST HIGHLIGHTED IT ON THE SCREEN.  IT STATES,

01:26PM 7   "TOTAL LENGTH OF EXCAVATION WAS 850 LINEAR FEET" --

01:26PM 8           LF MEANS LINEAR FEET, CORRECT?

01:26PM 9   A.   CORRECT.

01:26PM 10  Q.   -- "FOR UTILITY REMOVAL AND PILINGS REMOVED TOTALING

01:26PM 11  472 LINEAR FEET."

01:26PM 12          SO, IN TERMS OF THE SEWER LINE UTILITIES, THAT'S

01:26PM 13  850 LINEAR FEET THAT WAS EXCAVATED THAT DAY, RIGHT?

01:26PM 14  A.   IT COULD BE EITHER THE AMOUNT EXCAVATED THAT DAY OR THE

01:26PM 15  TOTAL TO DATE.  I'M NOT CERTAIN.

01:26PM 16  Q.   SO IF THE NEXT DAY'S QAR SAID 500 LINEAR FEET EXCAVATED,

01:26PM 17  THAT WOULD LEAD TO THE OPINION, WOULD IT NOT, THAT THEY ARE

01:26PM 18  JUST TALKING ABOUT DAY IN, DAY OUT; FAIR?

01:26PM 19  A.   FAIR.

01:26PM 20  Q.   OKAY.  I WANT YOU TO ASSUME FOR THE MOMENT THAT THIS

01:27PM 21  850 LINEAR FEET REFERS TO THE AMOUNT EXCAVATED THAT DAY.  SO

01:27PM 22  THEY DUG UP 850 FEET OF TRENCH, AND NOW THEY'VE GOT TO BACKFILL

01:27PM 23  IT.

01:27PM 24          ACCORDING TO YOU, THEY NEED TO BACKFILL IT IN

01:27PM 25  12-INCH -- OR THEY DID BACKFILL IT IN 12-INCH LIFTS AND BUCKET

**HOURLY TRANSCRIPT**

01:27PM 1    TAMP IT, RIGHT?

01:27PM 2    A.   CORRECT.

01:27PM 3    Q.   FOR AN EXCAVATION THAT IS 12 FEET DEEP, THAT MEANS FOR

01:27PM 4    EVERY LINEAR FOOT THEY HAVE TO CREATE 11 LIFTS AND BUCKET TAMP

01:27PM 5    IT IN, RIGHT?

01:27PM 6    A.   CORRECT.

01:27PM 7    Q.   SO THEY DID THAT -- AND, AGAIN, IT'S LAWYER MATH, BUT FOR

01:27PM 8    ESSENTIALLY MORE THAN 8,500 LINEAR FEET.  THAT'S WHAT YOUR

01:27PM 9    TESTIMONY IS THEY DID AT THE END OF THE SHIFT?

01:27PM 10             THE COURT:  850, CORRECT?

01:27PM 11             MR. SIMS:  NO, YOUR HONOR, 850 TIMES 11 FEET, BECAUSE

01:27PM 12   THEY HAD TO --

01:27PM 13             THE COURT:  OH, I SEE.  YOU'RE GOING TO DEPTH.

01:27PM 14             MR. SIMS:  YES, I AM.

01:27PM 15                            EXAMINATION

01:27PM 16   BY MR. SIMS:

01:27PM 17   Q.   IN OTHER WORDS, THEY HAD TO BUCKET TAMP THE EQUIVALENT OF

01:27PM 18   8,000 -- REALLY, MORE THAN 8,500 LINEAR FEET, RIGHT?  THAT'S

01:28PM 19   YOUR TESTIMONY?

01:28PM 20   A.   OKAY.  CAN I STOP YOU FOR A SECOND?

01:28PM 21   Q.   SURE.

01:28PM 22   A.   IF YOU TURN TO PAGE 6, THERE IS A CHART.  THIS IS A DAILY

01:28PM 23   TOTAL, AND THE THIRD COLUMNS GIVES THE DAILY AMOUNT.

01:28PM 24   Q.   I SEE THAT.

01:28PM 25             SO DO YOU SEE THE 850 NOTATION RIGHT HERE?

**HOURLY TRANSCRIPT**

01:28PM 1    A.   YES, I DO.

01:28PM 2    Q.   SO, RETURNING TO MY MATH -- AND, AGAIN, I'M JUST ASKING

01:28PM 3    YOU TO ASSUME IT'S 12 FEET, IT COULD HAVE BEEN LESS -- BUT YOU

01:28PM 4    CERTAINLY DON'T DISAGREE THAT THERE ARE SECTIONS OF THAT MAIN

01:28PM 5    SEWER LINE THAT WENT DOWN TO 12 FEET, RIGHT?

01:28PM 6    A.   CORRECT.

01:28PM 7    Q.   SO IF THIS WAS ONE OF THOSE SECTIONS, WE'RE TALKING ABOUT

01:28PM 8    BUCKET TAMPING A STRETCH FOR THE EQUIVALENT OF OVER

01:28PM 9    8,500 LINEAR FEET AT THE END OF THE SHIFT, RIGHT?  THAT'S WHAT

01:29PM 10   YOU'RE SAYING HAPPENED?

01:29PM 11   A.   POSSIBLY.  BUT HE MAY HAVE USED MULTIPLE PIECES OF

01:29PM 12   EQUIPMENT TO FOLLOW DIRECTLY BEHIND THE INITIAL EXCAVATOR TO

01:29PM 13   START ON THE BACKFILL FOLLOWING.

01:29PM 14   Q.   HAVE YOU LOOKED AT THE PHOTOS THAT WERE COLLECTED BY WGI

01:29PM 15   DURING THE COURSE OF THEIR EBIA WORK?

01:29PM 16   A.   YES.

01:29PM 17   Q.   THERE WAS ABOUT 4,000 OF THEM, SOMETHING LIKE THAT?

01:29PM 18   A.   I DIDN'T RECEIVE THAT MANY, BUT, YES, THERE WERE MANY.

01:29PM 19   Q.   HAVE YOU EVER SEEN A PHOTO OF ANYONE BUCKET TAMPING USING

01:29PM 20   AN EXCAVATOR?

01:29PM 21   A.   I DO NOT RECALL ONE EXCEPT IN THE SPECIFIC INSTANCES OF

01:29PM 22   THE COFFERDAMS FOR THE SEWER LIFT STATION AND THE WEDDING CAKE.

01:29PM 23   Q.   OTHER THAN THOSE, YOU DON'T RECALL, CORRECT?

01:29PM 24   A.   CORRECT.

01:29PM 25   Q.   AGAIN, PROBABLY ABOUT OVER A THOUSAND QAR'S THAT HAVE BEEN

**HOURLY TRANSCRIPT**

01:29PM 1  ACCUMULATED IN CONNECTION WITH THIS PROJECT?

01:29PM 2  A.  YES.  OVER A THOUSAND.

01:29PM 3  Q.  IF I WERE TO REPRESENT TO YOU THAT A SEARCH OF THOSE QAR'S

01:29PM 4  WOULD REVEAL ONLY A HANDFUL OF OCCASIONS WHEN THE WORDS "BUCKET

01:30PM 5  TAMPING" WERE USED, WOULD YOU HAVE ANY BASIS TO DISAGREE WITH

01:30PM 6  THAT ASSERTION?

01:30PM 7  A.  I COULDN'T THAT.

01:30PM 8        THE COURT:  DID YOU SAY YOU COULD CONFIRM THAT?

01:30PM 9        THE WITNESS:  COULDN'T.  COULD NOT, YOUR HONOR.

01:30PM 10       THE COURT:  THAT'S WHAT I THOUGHT.

01:30PM 11                 EXAMINATION

01:30PM 12  BY MR. SIMS:

01:30PM 13  Q.  THERE WAS A DISCUSSION OF THE USE OF MILLED ASPHALT.  ONE

01:30PM 14  OF THE -- I CONFESS, I DON'T RECALL IF IT WAS THE UTILITY LINE

01:30PM 15  OR GRID TRENCH.  PERHAPS, YOU DO.  DO YOU REMEMBER THAT

01:30PM 16  DISCUSSION?

01:30PM 17        DRAINAGE DITCH.  THANK YOU.

01:30PM 18        IN THE CONTEXT OF BACKFILLING A DRAINAGE DITCH, THERE

01:30PM 19  WAS A NOTATION OF THE USE OF MILLED ASPHALT.  DO YOU RECALL

01:30PM 20  THAT?

01:30PM 21  A.  YES, WE DISCUSSED THAT YESTERDAY.

01:30PM 22  Q.  I WOULD JUST LIKE TO ASK SOME CLARIFICATION, SO I MAKE

01:30PM 23  SURE I UNDERSTAND.

01:30PM 24        YOUR CONTENTION IS THAT -- WELL, FIRST OF ALL, YOU

01:30PM 25  RECOGNIZE THAT THEY USED MILLED ASPHALT TO BACKFILL THE

**HOURLY TRANSCRIPT**

01:30PM 1    DRAINAGE DITCH, RIGHT?

01:30PM 2    A.   TO CREATE A TEMPORARY DRIVEWAY, YES.

01:30PM 3    Q.   BY TEMPORARY, YOU SAID FOR A COUPLE OF DAYS, I THINK?

01:31PM 4    A.   A FEW DAYS TO A WEEK, JUST TO HAUL OFF THE RECYCLED

01:31PM 5    CONCRETE.

01:31PM 6    Q.   WHAT'S THE BASIS FOR YOUR CONTENTION THAT THAT WAS A

01:31PM 7    TEMPORARY USE OF MILLED ASPHALT?

01:31PM 8    A.   BECAUSE, ROUTINELY, WASHINGTON GROUP, WHEN THEY WERE

01:31PM 9    RECOVERING FROM -- IF YOU RECALL FROM YESTERDAY'S TESTIMONY,

01:31PM 10   THAT WAS RECOVERING FROM HURRICANE IVAN FLOODING THE ENTIRE

01:31PM 11   SITE.  SO THE SITE WAS VERY MUDDY AND RUTTED, AND THEY COULD

01:31PM 12   NOT GET THE TRUCKS ONTO THE PROPERTIES TO LOAD OUT THE RECYCLED

01:31PM 13   CONCRETE TO SEND TO PONTCHARTRAIN MATERIALS.

01:31PM 14        SO THEY UTILIZED THEIR SECOND CUT OF THE RECYCLED

01:31PM 15   ASPHALT AND HIRED HOURLY TRUCKS TO HAUL IT FROM BOLAND MARINE

01:31PM 16   DOWN TO SAUCER AND INDIAN TOWING OR MEYER.  I CAN'T REMEMBER

01:31PM 17   EXACTLY WHICH ONE IT WAS.

01:31PM 18   Q.   IS THERE ANY DOCUMENTS THAT DESCRIBE WHAT YOU JUST

01:31PM 19   TESTIFIED TO?

01:32PM 20   A.   THAT WAS MY INTERPRETATION OF THE SPECIFIC EXHIBIT THAT

01:32PM 21   MS. CLAYMAN ASKED ME TO DISCUSS.

01:32PM 22   Q.   WHICH EXHIBIT WAS THAT?  BECAUSE I DON'T RECALL THAT.  WAS

01:32PM 23   IT A PICTURE OR A QAR?

01:32PM 24   A.   QAR OR CQC.

01:32PM 25   Q.   I'M GOING TO BRING THAT DOCUMENT UP AND JUST HAVE YOU SHOW

**HOURLY TRANSCRIPT**

01:32PM 1    ME WHERE IN THE DOCUMENT YOU ARE RELYING ON.

01:32PM 2           MR. SIMS:  YOUR HONOR, MAY I CONVERSE WITH DEFENSE

01:32PM 3    COUNSEL AND JUST ASK FOR THE IDENTITY OF THE DOCUMENT THAT WAS

01:32PM 4    USED WITH THE WITNESS?

01:32PM 5           THE COURT:  YOU MAY.

01:33PM 6           MR. SIMS:  CARL, IF YOU COULD PULL UP THE SECOND

01:33PM 7    PAGE.  JX-1087.  STARTING RIGHT AROUND THERE, IF YOU'D PULL

01:33PM 8    THAT UP.

01:33PM 9           MR. MITSCH:  COULD WE JUST HOLD ON?

01:34PM 10          MR. SIMS:  WE'RE READY, YOUR HONOR.

01:34PM 11          THE COURT:  ALL RIGHT, SIR, YOU MAY PROCEED.

01:34PM 12                      EXAMINATION

01:34PM 13   BY MR. SIMS:

01:34PM 14   Q.   SO, MR. GUILLORY, IF IT'S NOT IN THE PASSAGE THAT'S CALLED

01:35PM 15   UP, WE CAN CALL UP A DIFFERENT PASSAGE OF THE DOCUMENT.  JUST

01:35PM 16   POINT US TO WHERE THERE IS A NOTATION THAT THIS WAS A TEMPORARY

01:35PM 17   USE OF THE MILLED ASPHALT.

01:35PM 18   A.   WHEN MS. CLAYMAN IDENTIFIED THIS EXHIBIT TO ME YESTERDAY,

01:35PM 19   SHE ASKED FOR MY INTERPRETATION TO READ THIS PARAGRAPH AND LOOK

01:35PM 20   AT THE CQC DOCUMENTATION ALSO ATTACHED TO IT AND INTERPRET WHAT

01:35PM 21   IS GOING ON HERE.

01:35PM 22          AND I DID INTERPRET THAT TO SAY THEY WERE BUILDING

01:35PM 23   TEMPORARY DRIVEWAYS AND TEMPORARY HAUL ROADS USING THE MILLED

01:35PM 24   ASPHALT AS TEMPORARY AGGREGATE SURFACING TO BACK THE TRUCKS

01:35PM 25   FROM SUREKOTE ROAD ONTO THE TWO SITES TO LOAD OUT THE CONCRETE

**HOURLY TRANSCRIPT**

01:35PM 1    TO BE RECYCLED OFFSITE.

01:35PM 2    Q.   AND MY QUESTION IS VERY SPECIFIC.  IS THERE ANYTHING IN

01:35PM 3    THIS DOCUMENT, JX-1087, THAT INDICATES THE USE OF MILLED

01:36PM 4    ASPHALT AS BACKFILL MATERIAL IN THE DRAINAGE DITCH WAS

01:36PM 5    TEMPORARY?  OR IS THAT COMING FROM YOUR OWN RECOLLECTION OF THE

01:36PM 6    PROJECT?

01:36PM 7    A.   THAT'S FROM MY --

01:36PM 8            MR. MITSCH:  OBJECTION.  THE QUESTION WAS MILLED

01:36PM 9    ASPHALT AS BACKFILL, I BELIEVE, AND I'M NOT SURE THAT THAT'S

01:36PM 10   HOW HE CHARACTERIZED THIS.  DIFFERENT ANSWER.  SO --

01:36PM 11           MR. SIMS:  I'M NOT SURE I UNDERSTAND THE OBJECTION

01:36PM 12   OTHER THAN TO SUGGEST AN ANSWER TO THE WITNESS.  I DON'T KNOW

01:36PM 13   WHAT THE OBJECTION IS.

01:36PM 14           THE COURT:  I THINK WE HAVE BEEN TALKING ABOUT MILLED

01:36PM 15   ASPHALT THAT WAS ALLEGEDLY OR APPARENTLY PLACED IN A DRAINAGE

01:36PM 16   DITCH.

01:36PM 17           MR. SIMS:  CORRECT, YOUR HONOR.

01:36PM 18           THE COURT:  AND THE PURPOSE, AS I RECALL, FROM

01:36PM 19   YESTERDAY AND SOMEWHAT TODAY, WAS BECAUSE OF IVAN AND IT WAS

01:36PM 20   UTILIZED AS A TEMPORARY FIX AND WAS LATER REMOVED.  THAT'S MY

01:36PM 21   UNDERSTANDING OF THE TESTIMONY, AND YOU'RE NOW PROBING THAT

01:36PM 22   TESTIMONY TO SEE IF THERE IS ANY WRITTEN DOCUMENTATION TO

01:36PM 23   VERIFY THAT?

01:36PM 24           MR. SIMS:  CORRECT.  OF THE TEMPORARY NATURE.

01:37PM 25           THE COURT:  OF THE TEMPORARY NATURE.

**HOURLY TRANSCRIPT**

01:37PM 1          MR. SIMS:  CORRECT, YOUR HONOR.

01:37PM 2          THE COURT:  I UNDERSTAND.

01:37PM 3                          EXAMINATION

01:37PM 4   BY MR. SIMS:

01:37PM 5   Q.   SO MY QUESTION TO MR. GUILLORY, IS THERE ANYTHING IN 1087

01:37PM 6   THAT REFERENCES THE TEMPORARY NATURE OF THE USE OF MILLED

01:37PM 7   ASPHALT, OR IS THAT COMING FROM YOUR OWN RECOLLECTION?

01:37PM 8   A.   THAT'S COMING FROM MY RECOLLECTION FROM THE -- WATCHING

01:37PM 9   WASHINGTON GROUP WORK WHEN THEY WERE RESTORING THE SITE AFTER A

01:37PM 10  FLOOD EVENT FROM A TROPICAL EVENT.

01:37PM 11          IN ONE OTHER INSTANCE, I DO RECALL WASHINGTON GROUP

01:37PM 12  WAS RECOVERING FROM A FLOODED EVENT, FROM A TROPICAL EVENT, AND

01:37PM 13  WAS ATTEMPTING TO RESTORE THE HAUL ROADS AT INDIAN TOWING.  IN

01:37PM 14  THAT PARTICULAR INSTANCE, WASHINGTON GROUP UTILIZED WOODEN

01:37PM 15  CRANE MATS AND CRUSHED RIPRAP TO BUILD A TEMPORARY CROSSING

01:37PM 16  ACROSS THE DITCH TO GET ACCESS TO THE INDIAN TOWING PROPERTY.

01:38PM 17          AND I SPECIFICALLY ASKED MY QUALITY ASSURANCE

01:38PM 18  INSPECTOR, WHAT IS THIS FOR?  AND HE EXPLAINED TO ME THAT IT'S

01:38PM 19  JUST A TEMPORARY CROSSING TO GET ONTO THE PROPERTY SO THE

01:38PM 20  TRUCKS CAN BACK IN AND CYCLE BACK AND FORTH TO LOAD THE

01:38PM 21  CONTAMINATED MATERIAL AND BRING IT OFF SITE FOR TRANSPORTATION

01:38PM 22  AND DISPOSAL.

01:38PM 23          AND HE EXPLAINED TO ME THAT IN THAT PARTICULAR

01:38PM 24  INSTANCE, THOSE CRANE MATS AND THAT STONE AND THAT TEMPORARY

01:38PM 25  SURFACING WOULD BE REMOVED AS SOON AS THEY WERE COMPLETE WITH

**HOURLY TRANSCRIPT**

01:38PM 1    THAT HAULING OPERATION.

01:38PM 2    Q.   I'M SORRY, DID YOU FINISH YOUR ANSWER?

01:38PM 3    A.   I WAS FINISHED.

01:38PM 4    Q.   AND YOU SAID THAT WAS WITH RESPECT TO THE INDIAN TOWING

01:38PM 5    SITE; IS THAT RIGHT?

01:38PM 6    A.   THAT WAS IN A SPECIFIC INSTANCE ON THE INDIAN TOWING SITE.

01:38PM 7    Q.   WOULD YOU GO BACK TO THE FIRST PAGE.  CALL UP THE DATE IN

01:38PM 8    THE TOP RIGHT-HAND CORNER.  THIS WAS 29TH OF SEPTEMBER OF 2004,

01:38PM 9    RIGHT?

01:38PM 10   A.   CORRECT.

01:38PM 11   Q.   AND IF, INDEED, WGI HAD COME OUT TO THIS DRAINAGE DITCH

01:39PM 12   AND REMOVED THE MILLED ASPHALT AS YOU DESCRIBED WITHIN A FEW

01:39PM 13   DAYS OR A WEEK AT MOST, YOU WOULD EXPECT THAT TO BE REFLECTED

01:39PM 14   IN EITHER THE QAR AND THE QUALITY CONTROL REPORTS, CORRECT?

01:39PM 15   A.   NOT NECESSARILY IF IT WAS A ROUTINE OPERATION.

01:39PM 16   Q.   IF I WERE TO SHOW YOU A WEEK'S WORTH OF QAR'S AFTER THE

01:39PM 17   29TH OF SEPTEMBER OF 2004 HAD ESTABLISHED THERE IS NO MENTION

01:39PM 18   OF THEM REMOVING THE MILLED ASPHALT, THAT SOUNDS LIKE THAT

01:39PM 19   WOULDN'T DISSUADE YOU FROM YOUR BELIEF THAT THIS WAS JUST

01:39PM 20   TEMPORARY?

01:39PM 21   A.   RIGHT.  THAT'S IRRELEVANT.

01:39PM 22        THE COURT:  JUST A QUICK FOLLOW-UP.  I DON'T MEAN TO

01:39PM 23   PROLONG THINGS.  WHAT'S THE PROTOCOL FOR A QAR?  WHAT IS THE

01:39PM 24   CONTRACTOR SUPPOSED TO PUT IN THE QAR AS THE GENERAL RULE?  YOU

01:39PM 25   MAY HAVE TESTIFIED TO THAT.  IF YOU HAVE, I'M SORRY.  BUT TELL

**HOURLY TRANSCRIPT**

01:39PM 1    ME AGAIN.

01:39PM 2             THE WITNESS:  AS A GENERAL RULE, YOUR HONOR, THE

01:40PM 3    CONTRACTOR PREPARES THE QUALITY CONTROL REPORT, CQC, AND HIS

01:40PM 4    FIELD COORDINATORS AND QUALITY CONTROL STAFF RECORDS THE WORK

01:40PM 5    PERFORMED THAT DAY, ANY TESTS PERFORMED, ANY RESULTS FOUND,

01:40PM 6    SAFETY INSPECTIONS, ENVIRONMENTAL INSPECTIONS, THAT KIND OF

01:40PM 7    THING.

01:40PM 8             THE QUALITY ASSURANCE REPORT, QAR, IS WRITTEN BY

01:40PM 9    THE GOVERNMENT INSPECTOR.  AND THE GOVERNMENT DOES NOT PERFORM

01:40PM 10   100 PERCENT OF WHAT THE CONTRACTOR PERFORMS.  THE GOVERNMENT

01:40PM 11   INSPECTOR ONLY HAS TO PERFORM QUALITY ASSURANCE CHECKS BEHIND

01:40PM 12   THE CONTRACTOR AND RECORD THAT ON HIS QAR REPORT.  SO IT MAY

01:40PM 13   NOT BE AS COMPREHENSIVE AS THE CONTRACTOR'S REPORT.

01:40PM 14            THE COURT:  AND ARE THE CONTRACTOR'S REPORTS IN

01:41PM 15   EVIDENCE?  COUNSEL, I'M ASKING YOU.

01:41PM 16                        EXAMINATION

01:41PM 17   BY MR. SIMS:

01:41PM 18   Q.   THEY ARE ATTACHED TO GENERALLY THE QAR'S, IF I RECALL.  IS

01:41PM 19   THAT RIGHT?

01:41PM 20   A.   RIGHT.

01:41PM 21   Q.   AND I SHOULD HAVE BEEN -- IT WAS A POORLY WORDED QUESTION

01:41PM 22   BECAUSE I ASKED IT IN THE CONTEXT OF QAR'S, BUT, IN FACT, IF I

01:41PM 23   SHOWED YOU A WEEK'S WORTH OF QAR'S AND QCR'S AND ASSOCIATED

01:41PM 24   PAPERWORK FROM THE CONTRACTOR FOR THE WEEK FOLLOWING THE 29TH

01:41PM 25   OF SEPTEMBER, WOULD YOU EXPECT TO SEE SOME MENTION OF THE

**HOURLY TRANSCRIPT**

01:41PM 1    REMOVAL OF THIS MILLED ASPHALT MATERIAL?

01:41PM 2    A.   NOT NECESSARILY.  I DO NOT CAPTURE EVERYTHING THAT OCCURS

01:41PM 3    ON THAT DAY ON EVERY QAR AND CQC.

01:41PM 4    Q.   LET'S RETURN TO THE TOPIC WE TOUCHED ON BRIEFLY BEFORE WE

01:41PM 5    BROKE, WHICH WAS THE AREA 5 EXCAVATION AT SAUCER MARINE.  AND

01:41PM 6    THERE WAS SOME DISCUSSION ABOUT, I THINK IT WAS A BORING 30 G

01:41PM 7    AND EXACTLY HOW DEEP THAT WENT.  DO YOU RECALL THAT?

01:41PM 8    A.   YES, I DO.

01:41PM 9    Q.   AND EXCAVATION AROUND THAT BORING?

01:41PM 10   A.   YES.

01:42PM 11   Q.   WHY DON'T WE GO AHEAD AND PULL UP THE DOCUMENT THAT YOU

01:42PM 12   REFERENCED YESTERDAY.  IT'S JX-118.  DO YOU RECALL DISCUSSING

01:42PM 13   THIS DOCUMENT WITH COUNSEL?

01:42PM 14   A.   SURE.  JUST GIVE ME A SECOND.

01:42PM 15   Q.   SURE.  TAKE YOUR TIME.

01:42PM 16            THE CLERK:  DO YOU NEED HELP?

01:42PM 17            THE WITNESS:  OKAY, I FOUND IT.

01:42PM 18               YES, I DO RECALL DISCUSSING IT.

01:42PM 19                         EXAMINATION

01:42PM 20   BY MR. SIMS:

01:42PM 21   Q.   LET'S TURN TO THE PAGE YOU LOOKED AT YESTERDAY, PAGE 30,

01:42PM 22   PLEASE.

01:42PM 23            MR. SIMS:  JUST FROM AREA 5 UP, CARL, COULD YOU BRING

01:43PM 24   THAT UP.  RIGHT HERE UP.  THANK YOU.

01:43PM 25                         EXAMINATION

**HOURLY TRANSCRIPT**

01:43PM 1    BY MR. SIMS:

01:43PM 2    Q.   WE TALKED ABOUT THIS BRIEFLY, AND ORIGINALLY YOU SAID YOU

01:43PM 3    THOUGHT IT MIGHT BE AVERAGE, BUT THEN YOU SAID, WELL, IT COULD

01:43PM 4    BE MAXIMUM, LET'S LOOK AT THE TABLE COLUMNS.  AND WE HAVE THOSE

01:43PM 5    HERE, CORRECT?

01:43PM 6    A.   CORRECT.

01:43PM 7    Q.   AND, IN FACT, THESE ARE DEPICTING MAXIMUM DEPTHS, RIGHT?

01:43PM 8    A.   THAT'S WHAT IT STATES.

01:43PM 9    Q.   AND IS YOUR OPINION THE NOTATION OF 13 FEET AT MAXIMUM

01:43PM 10   DEPTH IS ACCURATE AS DISPLAYED HERE?

01:43PM 11   A.   YES, I HAVE NO REASON TO DOUBT THAT.

01:43PM 12   Q.   LET'S TURN TO -- WELL, AND I SHOULD ASK YOU, WE COULD, IN

01:43PM 13   FACT, TURN TO THE QAR'S AND THE QCR'S TO FIND OUT WHAT WGI AND

01:43PM 14   THE CORPS REPORTED IN TERMS OF THE SIZE OF THIS EXCAVATION,

01:43PM 15   INCLUDING ITS DEPTH.  THAT WOULD BE ONE SOURCE OF INFORMATION,

01:43PM 16   RIGHT?

01:43PM 17   A.   POSSIBLY.

01:43PM 18   Q.   LET'S TAKE A LOOK AT JX-548.  AND IF YOU COULD SEE,

01:44PM 19   MR. GUILLORY, THIS IS QAR NUMBER 390, CORRECT?

01:44PM 20   A.   YES.

01:44PM 21   Q.   AND IT'S FOR -- I CONFESS, THERE IS NO MONTH HERE, BUT I

01:44PM 22   THINK I'VE GOT THAT SOMEWHERE ELSE.  I'LL REPRESENT TO YOU

01:44PM 23   WE'RE GOING TO SEE ANOTHER QAR THAT THIS IS JULY 22ND -- I'M

01:44PM 24   SORRY, THIS JUNE 22ND TO 24TH OF 2002.

01:44PM 25   A.   IF YOU GO TO THE SIGNATURE PAGE ON PAGE 2, IT WILL

**HOURLY TRANSCRIPT**

01:44PM 1    PROBABLY HAVE THE DATE THERE.

01:44PM 2    Q.   LET'S DO THAT.  GO TO PAGE 2, RIGHT DOWN HERE.  SEE LATE

01:44PM 3    JUNE OF 2002, RIGHT?  OKAY.

01:44PM 4         AND IF WE COULD GO UP TO THE FOLLOW-UP REMEDIATION

01:44PM 5    SECTION HERE.  AND HERE THE CORPS REPRESENTATIVE IS COMMENTING

01:45PM 6    ON OBSERVING WORK AT BORE HOLES 30 G, 30 H AND 30 I, CORRECT?

01:45PM 7    A.   THAT'S CORRECT.

01:45PM 8    Q.   SO WE'RE IN THE RIGHT SPOT.  AND THE NEXT SENTENCE SAYS,

01:45PM 9    "ASSURED THAT EXCAVATION WAS INITIALLY DUG TO THE DIMENSIONS

01:45PM 10   REQUIRED BY THE CAP."  THAT'S WHAT HAPPENED INITIALLY, RIGHT?

01:45PM 11   THEY WENT DOWN TO THE DIMENSIONS CALLED FOR IN THE CAP?

01:45PM 12   A.   EXACTLY.

01:45PM 13   Q.   AND THEY CONTINUED TO FIND CONTAMINATION, SO THEY WENT

01:45PM 14   DEEPER, RIGHT?

01:45PM 15   A.   DEEPER AND/OR LATERALLY.

01:45PM 16   Q.   DOESN'T THE NEXT SENTENCE TELL US HOW DEEP THAT EXCAVATION

01:45PM 17   WENT?  "INTERIM DIMENSIONS EXPANDED TO 30 FEET BY 12 FEET BY

01:45PM 18   22 FEET."  DOES THIS INDICATE TO YOU THAT THE DEPTH WAS

01:45PM 19   22 FEET?

01:45PM 20   A.   NO, IT DOESN'T.

01:45PM 21   Q.   AND WHAT DOES IT INDICATE TO YOU, MR. GUILLORY?

01:45PM 22   A.   IT'S UNDETERMINED, BECAUSE IT DOESN'T SAY LENGTH, WIDTH OR

01:45PM 23   DEPTH AFTER EACH DIMENSION.

01:45PM 24   Q.   OKAY.  WELL, LET'S TURN TO PAGE 4.  THIS IS A QUALITY

01:46PM 25   CONTROL REPORT FROM WGI.

**HOURLY TRANSCRIPT**

01:46PM 1   A.   YES, IT IS.

01:46PM 2           MR. SIMS:  CARL, WE'RE GOING TO FOCUS RIGHT AROUND

01:46PM 3   HERE.  LET'S MOVE IT UP A LITTLE MORE SO WE CAN SEE THE

01:46PM 4   NOTATION OF THE BORE HOLE.

01:46PM 5                        EXAMINATION

01:46PM 6   BY MR. SIMS:

01:46PM 7   Q.   SO HERE IS A REFERENCE "STARTED WITH REMEDIATION OF BH

01:46PM 8   30G-H-I."  AND A COUPLE LINES DOWN, THE PROJECTED OVERALL

01:46PM 9   DIMENSIONS, AND THIS IS WHERE THEY TALK ABOUT IT ONLY GOING

01:46PM 10  DOWN 4 FEET DEEP, BUT LO AND BEHOLD, IT STATES, "THE FIRST

01:46PM 11  INTERVAL OF THIS REMEDIATION AREA WAS EXCAVATED TO 30 FEET

01:46PM 12  EAST-WEST, 12 FEET NORTH-SOUTH AND 22 FEET DEEP."

01:46PM 13          THAT'S WHAT YOU WANTED, RIGHT, A NOTATION OF THE

01:46PM 14  DEPTH?  SO THIS CONFIRMS IN YOUR MIND, DOES IT NOT, IT WENT

01:47PM 15  DOWN 22 FEET?

01:47PM 16  A.   YES.  BELOW GROUND SURFACE.

01:47PM 17  Q.   JUST BRIEFLY, AREA 5, AS YOU POINTED OUT YESTERDAY, HAS

01:47PM 18  SOME MOUNDS, SOME REFUSE PILES OR SOME MOUND PILES ON IT,

01:47PM 19  RIGHT?

01:47PM 20  A.   CORRECT.  SAUCER MOUNDS.

01:47PM 21  Q.   YOU ESTIMATED DURING YOUR TESTIMONY YESTERDAY THAT THOSE

01:47PM 22  WERE 6 TO 8 FEET IN HEIGHT?

01:47PM 23  A.   ABOVE NATURAL GROUND, YES.

01:47PM 24  Q.   HAVE YOU EVER SEEN THAT NUMBER DOCUMENTED ANYWHERE, THE 6-

01:47PM 25  TO 8-FOOT ESTIMATE?

**HOURLY TRANSCRIPT**

01:47PM 1    A.   NO, THAT WAS JUST MY ESTIMATE TO MS. CLAYMAN.

01:47PM 2    Q.   HAVE YOU SEEN ANY OTHER ESTIMATES OF THE HEIGHTS OF THOSE

01:47PM 3    MOUNDS?

01:47PM 4    A.   NO, THAT WAS JUST BASED ON MY RECOLLECTION OF VISUAL

01:47PM 5    OBSERVATION.

01:47PM 6    Q.   LET'S TURN TO PX-4631 AT PAGE 9.  AND YOU CAN SEE

01:48PM 7    SAUCER MARINE IS LABELED, WE HAVE JOHNSON STREET RIGHT HERE.

01:48PM 8    THIS IS THE AREA 5 AND, ETCETERA, WHERE YOU WOULD EXPECT TO

01:48PM 9    FIND THE MOUND PILES, CORRECT?  OR I'M SORRY, THE MOUNDS.

01:48PM 10   A.   YES.  CONTINUE.

01:48PM 11   Q.   AND UNDER "MOUND QUANTITIES," WE ACTUALLY HAVE SOME

01:48PM 12   NOTATIONS OF THE HEIGHT, CORRECT?

01:48PM 13   A.   YES.

01:48PM 14   Q.   AND THEY VARY BETWEEN 2 AND 5 FEET; IS THAT RIGHT?

01:48PM 15   A.   THAT WHAT IT STATES.

01:48PM 16   Q.   YOU TALKED -- YOU WERE SHOWN A STATEMENT IN ONE OF THE

01:48PM 17   RECAP SUBMITTAL REPORTS ABOUT THE SHEET PILE DEPTH BEING

01:48PM 18   25 FEET; DO YOU RECALL THAT?

01:48PM 19   A.   YES.

01:48PM 20   Q.   YOU ASSUMED THAT THAT NUMBER WAS CORRECT, RIGHT, AT THE

01:48PM 21   TIME OF THE EBIA WORK?

01:48PM 22   A.   YES, BUT THE ACTUAL DOCUMENTS THAT WE CONVEYED TO

01:49PM 23   WASHINGTON GROUP IN AWARDING THE INITIAL TASK ORDER CONVEYED

01:49PM 24   VOLUME 5, APPENDIX C, AND THAT ONE CORRECTLY STATED AS MINUS 8

01:49PM 25   NVGD.

**HOURLY TRANSCRIPT**

01:49PM 1    Q.   LET'S TALK JUST A LITTLE BIT ABOUT BORING 81 A.  AND YOU

01:49PM 2    WERE SHOWN A PHOTOGRAPH OF THAT BORING AND IT WAS IN -- I THINK

01:49PM 3    IT WAS OCTOBER OF 2001, THAT TIME FRAME, DOES THAT SOUND RIGHT?

01:49PM 4    A.   OCTOBER 4TH, YES.

01:49PM 5    Q.   EXCELLENT.  OCTOBER 4TH, 2001.

01:49PM 6         LET'S PULL UP JX-116.  DO YOU RECOGNIZE THIS

01:49PM 7    DOCUMENT, MR. GUILLORY?

01:49PM 8    A.   YES, RECAP REPORT FOR BOLAND MARINE.

01:49PM 9    Q.   YOU WERE SHOWN THIS DOCUMENT YESTERDAY, RIGHT?

01:49PM 10   A.   YES, I WAS, SIR.

01:49PM 11   Q.   AND THIS DOCUMENT IS FROM AUGUST OF 2002; IS THAT RIGHT?

01:49PM 12   A.   THAT'S WHEN IT WAS PREPARED BY WASHINGTON GROUP AND

01:50PM 13   SUBMITTED TO THE CORPS.

01:50PM 14   Q.   AND ON PAGE 470 OF THIS DOCUMENT, I'M GOING TO DIRECT YOUR

01:50PM 15   ATTENTION AT THIS SENTENCE DOWN HERE -- I'M SORRY, THIS

01:50PM 16   PARAGRAPH.  IT STATES THAT "BORE HOLES WERE LOCATED ON SITE

01:50PM 17   ACCORDING TO THE STATISTICALLY DERIVED SAMPLING GRID PRESENTED

01:50PM 18   IN THE SAP.  UPON COMPLETION, EACH BORE HOLE WAS GEOLOCATED

01:50PM 19   USING A DIFFERENTIAL GLOBAL POSITIONING SYSTEM."  DO YOU SEE

01:50PM 20   THAT?

01:50PM 21   A.   YES, I DO.

01:50PM 22   Q.   IS THAT CONSISTENT WITH YOUR UNDERSTANDING OF HOW THE BORE

01:50PM 23   HOLES WERE LOCATED UPON COMPLETION?

01:50PM 24   A.   I DID -- SLIGHTLY INCONSISTENT WITH MY TESTIMONY YESTERDAY

01:50PM 25   IN WHICH I STATED THAT THEY WERE LOCATED WITH HANDHELD GPS.

**HOURLY TRANSCRIPT**

01:50PM 1    Q.   OKAY.  LET'S TURN TO THE ACTUAL BORING LOG FOR 81 A.  IT'S

01:51PM 2    632.  I'M SORRY, PAGE 632 OF 116.

01:51PM 3            MR. SIMS:  IF YOU COULD, PLEASE, CARL, ENLARGE THIS

01:51PM 4    AREA UP HERE.

01:51PM 5                        EXAMINATION

01:51PM 6    BY MR. SIMS:

01:51PM 7    Q.   NOW, YOU INDICATED YOU'RE FAMILIAR WITH THE GEOLOGIST WHO

01:51PM 8    LOGGED THIS BORE HOLE, RIGHT?

01:51PM 9    A.   YES, I AM.

01:51PM 10   Q.   S. CALLOWAY, DO I HAVE THAT RIGHT?

01:51PM 11   A.   SHERI CALLOWAY.

01:51PM 12   Q.   THAT APPEARS TO BE HER SIGNATURE OF THE INSPECTOR?

01:51PM 13   A.   HER INITIALS.

01:51PM 14   Q.   DO YOU SEE A LATITUDE AND LONGITUDE PROVIDED FOR THIS

01:51PM 15   BORING?

01:51PM 16   A.   YES, I DO.

01:51PM 17   Q.   IS THIS INCORRECT INFORMATION?

01:51PM 18   A.   I TESTIFIED YESTERDAY THAT I ASSUMED THAT THOSE LAT AND

01:52PM 19   LONG POSITIONS WERE THE THEORETICAL LOCATION AS LAID OUT BY MMG

01:52PM 20   WITH A DIFFERENTIAL GPS.

01:52PM 21   Q.   IS THAT CONSISTENT WITH WHAT YOU JUST READ IN THE ACTUAL

01:52PM 22   RECAP REPORT THAT SAID UPON COMPLETION OF THE BORE HOLES, GPS

01:52PM 23   DATA WOULD BE GATHERED, YOUR TESTIMONY FROM YESTERDAY?

01:52PM 24   A.   NO, I HAD POINTED OUT THAT I TESTIFIED YESTERDAY THAT I

01:52PM 25   THOUGHT IT WAS LOCATED WITH A HANDHELD GPS.

**HOURLY TRANSCRIPT**

01:52PM 1    Q.   YOU WOULD AGREE THAT -- WELL, LET ME JUST ASK THIS

01:52PM 2    QUESTION BECAUSE I'M NOT SURE WE EVEN NEED TO GO DOWN THIS

01:52PM 3    ROAD.

01:52PM 4              IS IT YOUR CONTENTION THAT THE GPS INFORMATION

01:52PM 5    DEPICTED ON PAGE 633 OF JX-116 IS INACCURATE?

01:52PM 6    A.   I CANNOT CONFIRM ITS ACCURACY WITH RELATION TO

01:52PM 7    MS. CALLOWAY'S FIELD BOOKS, BUT WHAT I TESTIFIED YESTERDAY IS I

01:52PM 8    BELIEVE HER FIELD NOTES IN HER HANDWRITTEN AND HER FIELD BOOK

01:53PM 9    WITH THE MEASUREMENTS OFF OF THE FLOODWALL ARE THE ACTUAL

01:53PM 10   LOCATION THAT SHE RELOCATED BORING 81 A FROM.

01:53PM 11             EVIDENTLY SHE ADJUSTED THE LOCATION FROM THE

01:53PM 12   THEORETICAL TO ANOTHER ACTUAL LOCATION EAST OF THE

01:53PM 13   SUREKOTE ROAD RAMP BECAUSE OF LOGISTICAL PROBLEMS OF GETTING

01:53PM 14   THE DRILL RIG IN POSITION AT THE THEORETICAL LOCATION OR

01:53PM 15   SOMETHING TO THAT EFFECT.

01:53PM 16   Q.   IF YOU COULD TURN TO PAGE 482, PLEASE, OF THIS DOCUMENT.

01:53PM 17             THE COURT:  482 OF?

01:53PM 18             MR. SIMS:  482 OF JX-116, YOUR HONOR.

01:53PM 19             THE COURT:  ALL RIGHT.

01:53PM 20             MR. SIMS:  AND FIRST LET'S GO RIGHT HERE SO WE KNOW

01:53PM 21   WE'RE ORIENTING OURSELVES.  I'M SORRY, CARL, CAN WE CALL UP THE

01:53PM 22   TITLE AS WELL SO WE KNOW WHAT --

01:53PM 23                           EXAMINATION

01:53PM 24   BY MR. SIMS:

01:53PM 25   Q.   SO WE SEE THIS CHART REFERS TO BORE HOLE INFORMATION FOR

**HOURLY TRANSCRIPT**

01:54PM 1    BOLAND MARINE, CORRECT?

01:54PM 2    A.   CORRECT.

01:54PM 3    Q.   AND RIGHT OVER HERE, WE HAVE THE BORE HOLE IDENTIFICATION.

01:54PM 4    AND WE SEE OUR FRIEND 81A DOWN HERE FIVE LINES FROM THE BOTTOM,

01:54PM 5    CORRECT?

01:54PM 6    A.   YES.

01:54PM 7         MR. SIMS:   AND LET'S LOOK AT THE MIDDLE COLUMN UNDER

01:54PM 8    "REMARKS."  RIGHT HERE.  WE'RE GOING TO NEED IT MORE THAN THAT,

01:54PM 9    I THINK, FOR FOLKS TO READ IT.  I WANT RIGHT IN THERE.  WE KNOW

01:54PM 10   IT'S FIVE LINES UP.  THANK YOU.

01:54PM 11                       EXAMINATION

01:54PM 12   BY MR. SIMS:

01:54PM 13   Q.   THERE IS A REMARK THAT "NEAR LEVEE, LOCATION ADJUSTED."

01:54PM 14   THIS INDICATES THAT AT THE TIME THIS INFORMATION WAS PREPARED,

01:54PM 15   THEY WERE WELL AWARE THAT THE LOCATION HAD BEEN ADJUSTED,

01:54PM 16   CORRECT?

01:54PM 17   A.   THAT'S WHAT IT TELLS ME.

01:54PM 18   Q.   AND SO THE GPS COORDINATES THAT ARE ACTUALLY REFLECTED IN

01:54PM 19   THIS DOCUMENT FOR 81 A THAT BEAR THE INITIALS OF THE GEOLOGIST,

01:54PM 20   MS. CALLOWAY, ARE CORRECT, AREN'T THEY?

01:55PM 21   A.   I'M NOT FOLLOWING YOUR QUESTION, SIR.

01:55PM 22   Q.   WELL, I SHOWED YOU THE GPS COORDINATES FOR BORE 81 A,

01:55PM 23   CORRECT?

01:55PM 24   A.   YES, YOU DID.

01:55PM 25   Q.   THEY APPARENTLY ARE THE COORDINATES TAKEN AFTER THE

                            **HOURLY TRANSCRIPT**

01:55PM 1   LOCATION WAS ADJUSTED, RIGHT?

01:55PM 2   A.   THEY COULD HAVE BEEN THE THEORETICAL OR THEY COULD HAVE

01:55PM 3   BEEN THE ACTUAL.  I CAN'T CONFIRM.

01:55PM 4   Q.   LET ME ASK IT THIS WAY.  ARE YOU HERE TO TESTIFY IN COURT

01:55PM 5   THAT THE GPS COORDINATES DEPICTED ON BORING 81 A IN THIS

01:55PM 6   DOCUMENT ARE INCORRECT?

01:55PM 7   A.   I CAN'T CONFIRM EITHER WAY.  WHAT I AM TELLING YOU, SIR,

01:55PM 8   IS THAT SHERI CALLOWAY USED HER DISCRETION AS A PROFESSIONAL

01:55PM 9   GEOLOGIST FOR WHATEVER REASONS THAT THE RIG COULD NOT LOCATE

01:55PM 10  DIRECTLY ON TOP OF THE THEORETICAL 81 A LOCATION, AND SHE

01:55PM 11  PHYSICALLY ADJUSTED IT TO THE SIDE OF SUREKOTE ROAD, AND SHE

01:55PM 12  DEFINITELY MADE AN ANNOTATION AT THIS POINT IN THIS PARTICULAR

01:55PM 13  CHART, AND SHE PHYSICALLY LOCATED AND MEASURED THREE DIFFERENT

01:56PM 14  POINTS OFF OF THE FLOODWALL AND WROTE THOSE IN HER OWN

01:56PM 15  HANDWRITING IN HER ACTUAL FIELD NOTE.

01:56PM 16  Q.   I UNDERSTAND.  YOU HAD TESTIFIED YESTERDAY THAT YOU DIDN'T

01:56PM 17  HAVE ANY CONCERNS ABOUT THE BORROW PIT IN TERMS OF ITS

01:56PM 18  POTENTIAL IMPACT TO THE FLOODWALL BECAUSE -- LET ME BACK UP A

01:56PM 19  LITTLE BIT.

01:56PM 20       I THINK IT WAS IN THE CONTEXT OF THE FLOODING OF THE

01:56PM 21  BORROW PIT AS OPPOSED TO BACKFILLING, AND YOU SAID THAT WASN'T

01:56PM 22  A CONCERN BECAUSE TWO-THIRDS OF THAT SITE WAS GOING TO BE

01:56PM 23  REMOVED ANYWAY FOR THE TEMPORARY BYPASS CHANNEL, DO YOU RECALL

01:56PM 24  THAT?

01:56PM 25  A.   YES.

**HOURLY TRANSCRIPT**

01:56PM 1          MR. SIMS:  CAN WE BRING UP THE DEMONSTRATIVE.  I

01:56PM 2   THINK IT'S DM3, I BELIEVE, THAT YOU USED -- THAT WGI USED WITH

01:56PM 3   THIS WITNESS YESTERDAY.

01:56PM 4                          EXAMINATION

01:56PM 5   BY MR. SIMS:

01:57PM 6   Q.   CAN YOU TELL US WHERE THE TEMPORARY BYPASS CHANNEL IS

01:57PM 7   PROPOSED TO BISECT THE BORROW PIT?

01:57PM 8   A.   I CANNOT TELL YOU DEFINITIVELY.  I CAN POINT TO IT

01:57PM 9   APPROXIMATELY.

01:57PM 10  Q.   THAT WOULD BE FINE.  I HAVE A LASER POINTER.  WHATEVER YOU

01:57PM 11  WOULD LIKE.  OH, THANK YOU.

01:57PM 12  A.   IT WAS GOING TO COME IN AT AN ANGLE LIKE THIS AND THEN

01:57PM 13  COME ACROSS HERE AND THEN ANGLE UP BACK TOWARD THE

01:57PM 14  CLAIBORNE AVENUE BRIDGE THIS WAY.

01:57PM 15  Q.   SO IF AT ALL POSSIBLE TO ORIENT THE OTHER AUDIENCE, IF WE

01:57PM 16  HAVE ONE ONE DAY, THERE IS A NOTATION OF "FINAL BORROW PIT"

01:57PM 17  RELATIVE TO THOSE WORDS THAT APPEAR WITHIN THE BORROW PIT

01:57PM 18  ITSELF.  DID THE TEMPORARY BYPASS CHANNEL CUT BELOW, THROUGH OR

01:57PM 19  ABOVE THOSE WORDS?

01:57PM 20  A.   SOMEWHERE BETWEEN BELOW THOSE WORDS AND THE EDGE OF THE

01:57PM 21  BORROW PIT.

01:57PM 22  Q.   SOMEWHERE IN THIS AREA RIGHT HERE?

01:57PM 23  A.   SOMEWHERE IN THAT AREA.

01:57PM 24  Q.   YOU'RE NOT SURE HOW CLOSE TO THE EDGE OF THE BORROW PIT

01:58PM 25  VERSUS HOW CLOSE TO THE WORDS "FINAL BORROW PIT," RIGHT?

                            **HOURLY TRANSCRIPT**

01:58PM 1   A.   NO, I COULD NOT SCALE IT OFF OF THIS PARTICULAR DRAWING.

01:58PM 2   Q.   YOU WOULD AGREE WITH ME THAT THE BYPASS CHANNEL ISN'T

01:58PM 3   GOING TO REMOVE THE ENTIRETY OF THE BORROW PIT, RIGHT?

01:58PM 4   A.   CORRECT.  THE FRONT EDGE MAY NEED SOME BACKFILLING.

01:58PM 5   Q.   AND YOU TALKED ABOUT RIVER SAND YESTERDAY.  DO YOU RECALL

01:58PM 6   THAT?

01:58PM 7   A.   YES, I DO.

01:58PM 8   Q.   AND THERE WAS TWO REASONS YOU GAVE FOR WHY RIVER SAND

01:58PM 9   WASN'T A CONCERN TO YOU.  ONE IS IT'S STANDARD BACKFILL

01:58PM 10  MATERIAL IN NEW ORLEANS, RIGHT?

01:58PM 11  A.   CORRECT.

01:58PM 12  Q.   AND THEY DON'T USE RIVER SAND TO BUILD LEVEES, THOUGH; IS

01:58PM 13  THAT FAIR?

01:58PM 14  A.   IN THE PAST, WE HAVE USED THEM FOR SPECIFIC HURRICANE

01:58PM 15  LEVEES AS A SAND CORE.

01:58PM 16  Q.   A SAND CORE WITH A CLAY CAP?

01:58PM 17  A.   CORRECT.

01:58PM 18  Q.   CURRENTLY YOU DON'T DO THAT ANYMORE, THOUGH, DO YOU?

01:58PM 19  A.   NO, WE DON'T.

01:58PM 20  Q.   AND THE OTHER REASON YOU GAVE IS YOU SAID IT WAS EXCELLENT

01:58PM 21  FOR DREDGING?

01:58PM 22  A.   ONE CORRECTION TO THAT STATEMENT.  WE'LL STILL USE SAND IN

01:58PM 23  THE BASE OF A LEVEE IF WE'RE BUILDING A CENTER HAUL ROAD ACROSS

01:59PM 24  A VIRGIN SWAMP AS A HAUL ROAD.  AND THEN IT IS CAPPED BY 6 FEET

01:59PM 25  OR MORE OF ADDITIONAL CLAY ON TOP OF THAT.

**HOURLY TRANSCRIPT**

01:59PM 1    Q.   THE OTHER REASON YOU GAVE FOR HAVING NO CONCERN ABOUT THE

01:59PM 2    USE OF RIVER SAND IS IT'S EXCELLENT FOR DREDGING; IS THAT

01:59PM 3    RIGHT?

01:59PM 4    A.   YES, SIR.

01:59PM 5    Q.   AND I BELIEVE YOU JUST EXPLAINED THAT THAT TEMPORARY

01:59PM 6    BYPASS CHANNEL AS IT APPROACHES THE NORTH END OF THE SITE IS

01:59PM 7    GOING TO CUT IN AT SOME POINT, CORRECT?

01:59PM 8    A.   CORRECT.  TO GO UNDER THE NEW FLORIDA AVENUE BRIDGE.

01:59PM 9    Q.   AM I RIGHT THAT THE MAJORITY, IN YOUR OPINION, OF THE

01:59PM 10   RIVER SAND THAT WAS USED AT THE SITE FOR BACKFILL WAS ACTUALLY

01:59PM 11   USED IN THIS AREA AT THE FAR NORTHERN EDGE OF BOLAND MARINE,

01:59PM 12   THE NORTHERN END OF BOLAND MARINE, RIGHT?

01:59PM 13   A.   NO, I DISAGREE WITH THAT.  JUST ABOUT 75, 80 PERCENT OF

01:59PM 14   BOLAND MARINE HAD SOME FORM OF SAND BACKFILL IN IT.

01:59PM 15   Q.   I'M SORRY, YOU SAID 75 TO 80?

01:59PM 16   A.   75 TO 80 PERCENT OF THE FOOTPRINT OF BOLAND MARINE.

01:59PM 17   Q.   THERE WAS A PICTURE THAT WAS USED AND THERE WAS AN

02:00PM 18   ESTIMATE YOU WERE KIND ENOUGH TO PROVIDE OF HOW CLOSE THE

02:00PM 19   EXCAVATION WAS TO THE FLOODWALL AT THE BOLAND MARINE SITE WHERE

02:00PM 20   THERE WAS RIVER SAND IN THE PICTURE.  AND I THINK YOU SAID IT

02:00PM 21   WAS SOMETHING ON THE ORDER OF 175 FEET.

02:00PM 22        MY QUESTION IS, WHAT'S THE CLOSEST EXCAVATION TO THE

02:00PM 23   FLOODWALL AT THE BOLAND MARINE SITE WHERE RIVER SAND WAS USED

02:00PM 24   AS BACKFILL, IF YOU KNOW?

02:00PM 25   A.   APPROXIMATELY 60 FEET FROM THE FLOODWALL DIRECTLY WEST OF

**HOURLY TRANSCRIPT**

02:00PM 1   WHERE THE FORMER DECONTAMINATION PAD WAS LOCATED, THERE WAS

02:00PM 2   PHASE 2 ACM TRANSITE EXCAVATED IN THAT AREA.

02:00PM 3   Q.   SETTING ASIDE RIVER SAND JUST IN GENERAL, WHAT'S THE

02:00PM 4   CLOSEST EXCAVATION AT THE BOLAND MARINE SITE TO THE FLOODWALL?

02:00PM 5   A.   I WOULD ONLY BE SPECULATING.

02:00PM 6   Q.   IS IT LESS THAN 60 FEET?

02:01PM 7   A.   I DON'T KNOW.

02:01PM 8   Q.   THIS PICTURE HERE -- WELL, FIRST OF ALL, DO YOU KNOW WHAT

02:01PM 9   TIME THIS PICTURE WAS TAKEN?  OR WHAT DAY?

02:01PM 10  A.   THE DATE IS ANNOTATED ON THE DRAWING.

02:01PM 11  Q.   I APOLOGIZE.  I'M MISSING IT.  CAN YOU SHOW ME WHERE?  THE

02:01PM 12  DATE.  I'M SORRY, THE DAY.

02:01PM 13        THE COURT:  WE KNOW IT'S APRIL 2005.  YOU'RE WANTING

02:01PM 14  THE SPECIFIC DATE THAT'S ANNOTATED ON THE MAP?

02:01PM 15        MR. SIMS:  EXACTLY.

02:01PM 16        THE WITNESS:  I DON'T SEE A SPECIFIC DATE.

02:01PM 17                              EXAMINATION

02:01PM 18  BY MR. SIMS:

02:01PM 19  Q.   DO YOU KNOW WHAT DATE IT WAS TAKEN?

02:01PM 20  A.   NO.

02:01PM 21  Q.   SO THIS NOTATION OF HIGH TIDE, THAT'S NOT YOUR TESTIMONY.

02:01PM 22  YOU'RE NOT REPRESENTING THAT THIS WAS HIGH TIDE, RIGHT?

02:01PM 23  A.   YES, I HELPED PREPARE THE DEMONSTRATIVE.

02:01PM 24  Q.   DID YOU CONFIRM -- WELL, LET ME BACK UP.  YOU DON'T KNOW

02:01PM 25  WHAT DAY IT WAS TAKEN.  HOW DO YOU KNOW IT WAS HIGH TIDE?

**HOURLY TRANSCRIPT**

02:02PM 1    A.   BECAUSE THAT'S WHAT OCCURRED ON A TYPICAL HIGH TIDE.   THE

02:02PM 2    WATER WOULD COME IN AND FLOOD OVER WHERE AREA 8 WAS.

02:02PM 3    Q.   I UNDERSTAND.   SO YOU'RE NOT SAYING YOU ACTUALLY WENT AND

02:02PM 4    LOOKED AT TIDAL INFORMATION ON THE DAY THAT THIS PHOTO WAS

02:02PM 5    TAKEN.   YOU'RE JUST SAYING BASED ON YOUR EXPERIENCE AT BEING AT

02:02PM 6    THE SITE, YOU BELIEVE THIS TO BE HIGH TIDE?

02:02PM 7    A.   YES.

02:02PM 8    Q.   BUT YOU DON'T KNOW THE DAY OR THE TIME OF THE PHOTO,

02:02PM 9    CORRECT?

02:02PM 10   A.   NO.

02:02PM 11   Q.   DO YOU KNOW WHAT THE OPTIMUM MOISTURE CONTENT -- I'M

02:02PM 12   SORRY, THE OPTIMUM WATER CONTENT IS FOR CLAY?

02:02PM 13           MR. MITSCH:  OBJECTION, YOUR HONOR.  OPTIMUM IS

02:02PM 14   VAGUE.  THE USE OF THE TERM "OPTIMUM" IS VAGUE.  IN WHAT SENSE?

02:02PM 15           MR. SIMS:  YOUR HONOR, IF THE WITNESS CAN ANSWER, I

02:02PM 16   THINK HE SHOULD ANSWER.  IF HE HAS A QUESTION FOR ME, I CAN

02:02PM 17   ADDRESS HIS QUESTION.

02:02PM 18           THE COURT:  ARE YOU SAYING THE QUESTION IS VAGUE,

02:02PM 19   SIR?

02:02PM 20           MR. MITSCH:  I THINK THE QUESTION IS VAGUE.  OPTIMUM

02:02PM 21   WATER FOR WHAT?  FOR WHAT ARE PURPOSE?  HE SHOULD HAVE TO TELL

02:02PM 22   US.

02:03PM 23           MR. SIMS:  YOUR HONOR, I'M HAPPY TO BRING UP AN

02:03PM 24   EXHIBIT TO HELP THE EXERCISE.

02:03PM 25           THE COURT:  WHY DON'T WE DO THAT.

**HOURLY TRANSCRIPT**

02:03PM  1          MR. SIMS:  THANK YOU.

02:03PM  2                    EXAMINATION

02:03PM  3   BY MR. SIMS:

02:03PM  4   Q.   LET'S RETURN TO ONE OF THE DOCUMENTS YOU RECEIVED FROM THE

02:03PM  5   GEOTECHNICAL DEPARTMENT.  IT IS JX-1285.  IF YOU COULD PULL

02:03PM  6   UP -- JUST ENLARGE THIS PARAGRAPH HERE.

02:03PM  7          DO YOU UNDERSTAND THE USE OF THE TERM "OPTIMUM WATER

02:03PM  8   CONTENT," MR. GUILLORY?

02:03PM  9   A.   YES.

02:03PM 10   Q.   IN ENGINEERING CIRCLES, DOES IT HAVE SOME CONTEXT OTHER

02:03PM 11   THAN WHAT'S DISPLAYED HERE IN TERMS OF COMPACTION?

02:03PM 12   A.   YES.

02:03PM 13   Q.   AS IT'S USED ON THIS PAGE HERE, WHAT IS THE OPTIMUM WATER

02:03PM 14   CONTENT OF CLAY?

02:03PM 15   A.   I DON'T KNOW A SPECIFIC NUMBER.  THIS IS RECOMMENDING PLUS

02:03PM 16   5 PERCENT AND 3 PERCENT OF OPTIMUM WATER CONTENT.

02:03PM 17   Q.   SO IF THE OPTIMUM WATER CONTENT WAS A HUNDRED, THIS IS

02:04PM 18   SAYING YOU WANT TO BE WITHIN 105 AND 97; IS THAT RIGHT?

02:04PM 19   A.   APPROXIMATELY.

02:04PM 20   Q.   BUT YOU DON'T KNOW WHAT THE OPTIMUM WATER CONTENT IS OF

02:04PM 21   CLAY?

02:04PM 22   A.   NOT RIGHT OFF MY HEAD.

02:04PM 23   Q.   DO YOU KNOW IF THERE WAS ANYONE WHO EVER TESTED DURING THE

02:04PM 24   TIME THAT THE PROJECT WENT ON AT THE EBIA SITE THE OPTIMUM

02:04PM 25   WATER CONTENT?

**HOURLY TRANSCRIPT**

02:04PM 1    A.    NO.

02:04PM 2    Q.    DO YOU KNOW WHAT THE OPTIMUM WATER CONTENT OF SAND IS?

02:04PM 3    A.    NO.

02:04PM 4    Q.    IF YOU REMOVED CLAY AND YOU REPLACED IT WITH RIVER SAND,

02:04PM 5    WHAT WOULD YOU HAVE TO DO TO BACKFILL THAT RIVER SAND AND

02:04PM 6    COMPACT IT SO THAT IT MATCHED THE DENSITY OF THE ADJACENT CLAY?

02:04PM 7    A.    I DON'T KNOW.

02:04PM 8    Q.    THERE HAS BEEN SOME REFERENCES INTO THE QAR'S OF SOMETHING

02:04PM 9    CALLED SPOIL.  WHAT DO YOU UNDERSTAND SPOIL TO MEAN?

02:04PM 10   A.    IT'S GENERALLY A CONSTRUCTION TERMINOLOGY FOR THE MATERIAL

02:05PM 11   THAT YOU EXCAVATE OUT OF A HOLE.

02:05PM 12   Q.    SO IT COULD BE CLAY, IT COULD BE PEAT, IT COULD BE SILT;

02:05PM 13   WHATEVER IS IN THE HOLE WHEN YOU DIG IT UP?

02:05PM 14   A.    CORRECT.

02:05PM 15   Q.    THERE WAS SOME TESTIMONY YESTERDAY ABOUT THE NINE WORK

02:05PM 16   PLANS THAT WERE DEVELOPED IN CONNECTION WITH THE EBIA PROJECT;

02:05PM 17   DO YOU RECALL THAT?

02:05PM 18   A.    EIGHT.

02:05PM 19   Q.    SORRY, THANK YOU FOR THE CORRECTION.  EIGHT.

02:05PM 20          DID ANY OF THOSE EIGHT WORK PLANS EVER ADVISE WGI OR

02:05PM 21   ANY OF ITS CONTRACTORS ON MEASURES THEY NEED TO TAKE TO PROTECT

02:05PM 22   THE ADJACENT FLOODWALLS OR LEVEES?

02:05PM 23   A.    NO.

02:05PM 24   Q.    WOULD YOU PULL UP PX-3092, PLEASE.

02:06PM 25          MR. SIMS:  YOUR HONOR, THAT'S ALL THE QUESTIONS I

**HOURLY TRANSCRIPT**

02:06PM 1    HAVE.

02:06PM 2         THE COURT:  ALL RIGHT.  THANK YOU.

02:06PM 3         MR. MITSCH:  YOUR HONOR, WE HAVE BEEN GOING OVER AN

02:06PM 4    HOUR.  I'M MORE THAN PREPARED TO START NOW.

02:06PM 5         THE COURT:  IF THE WITNESS NEEDS A BREAK, HE JUST

02:06PM 6    NEEDS TO RAISE HIS HAND.

02:06PM 7         THE WITNESS:  I'M FINE, YOUR HONOR.

02:06PM 8         MR. SIMS, DO YOU WANT THESE DOCUMENTS BACK?

02:06PM 9         (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THERE

02:06PM 10   WAS AN OFF-THE-RECORD DISCUSSION.)

02:07PM 11        THE COURT:  WE'RE GETTING INTO THE RELATIVITY OF

02:07PM 12   TIME.  I'M SURE WE'LL GET SOME EQUATIONS ON THAT, AS WELL.

02:07PM 13        GO AHEAD.

02:07PM 14                    REDIRECT EXAMINATION

02:07PM 15   BY MR. MITSCH:

02:07PM 16   Q.  WELL, MANY OF MR. SIMS' QUESTIONS THIS AFTERNOON HAVE

02:07PM 17   OBVIATED SOME OF MINE.

02:07PM 18        WHY DON'T WE START WITH SOMETHING THAT HE BROUGHT UP

02:07PM 19   AND THEN QUICKLY LEFT.

02:07PM 20        MR. GUILLORY, MR. SIMS ASKED YOU ABOUT APPENDIX C,

02:07PM 21   PART TWO, SAMPLING AND ANALYSIS REPORT.  DO YOU REMEMBER THAT?

02:07PM 22   IT'S PART OF THE 1997 MISSISSIPPI RIVER GULF OUTLET NEW LOCK --

02:07PM 23   A.  YES.

02:07PM 24   Q.  -- AND CONNECTING CHANNELS?

02:07PM 25   A.  VOLUME 5.

                              **HOURLY TRANSCRIPT**

02:07PM 1    Q.   I BELIEVE THAT YOU SAID THAT THIS DOCUMENT WAS PROVIDED TO

02:07PM 2    WGI AS PART OF THE RAMP-UP EFFORT TO MAKE PLANS FOR THE

02:08PM 3    REMEDIATION EFFORT, RIGHT?

02:08PM 4    A.   YES, IT WAS ONE OF THE 12 DOCUMENTS CONVEYED TO

02:08PM 5    WASHINGTON GROUP.

02:08PM 6    Q.   YOU SAID, I BELIEVE, THAT THIS DOCUMENT THAT WAS PROVIDED

02:08PM 7    TO WGI STATED THAT THE DEPTH OF THE SHEET PILE WAS MINUS EIGHT

02:08PM 8    FEET, CORRECT?

02:08PM 9    A.   CORRECT.

02:08PM 10   Q.   HE DIDN'T ASK YOU ANY MORE QUESTIONS ABOUT THAT, RIGHT?

02:08PM 11   A.   CORRECT.

02:08PM 12   Q.   LET'S BRING UP JX-32, PLEASE.   COULD WE GO TO PAGE 41,

02:08PM 13   PLEASE.   COULD YOU HIGHLIGHT THE SECOND PARAGRAPH IN

02:09PM 14   SECTION 7.0.   COULD YOU GO TO THE SENTENCE -- HIGHLIGHT THE

02:09PM 15   SENTENCE, "THE SHEET PILE SURROUNDING THE SITE."

02:09PM 16          IS THAT THE INFORMATION THAT YOU WERE REFERRING TO,

02:09PM 17   MR. GUILLORY?

02:09PM 18   A.   YES.

02:09PM 19   Q.   THANK YOU.

02:09PM 20          MR. SIMS MENTIONED THE TESTIMONY ABOUT -- YOUR

02:09PM 21   TESTIMONY YESTERDAY ABOUT MILLED ASPHALT BEING USED AS A

02:09PM 22   BACKFILL.   DO YOU RECOLLECT THAT?

02:09PM 23   A.   YES.

02:09PM 24   Q.   DR. BEA ALSO TESTIFIED THAT MILLED ASPHALT WAS USED AS A

02:10PM 25   BACKFILL IN THAT -- IN A STORM WATER DITCH ON THE EBIA SITE.

**HOURLY TRANSCRIPT**

02:10PM 1           IS IT YOUR TESTIMONY THAT WHEN DR. BEA SAID THOSE

02:10PM 2   WORDS, HE WAS MISTAKEN?

02:10PM 3   A.   THAT'S CORRECT.

02:10PM 4   Q.   WHY IS IT THAT YOU BELIEVE THAT HE WAS MISTAKEN?

02:10PM 5   A.   BECAUSE WASHINGTON GROUP AND ITS SUBCONTRACTORS REMOVED

02:10PM 6   ALL OBJECTS, ALL DRIVEWAYS, CULVERTS, TEMPORARY MEASURES THAT

02:10PM 7   WERE PUT ACROSS THE DITCH, SILT CURTAINS, HALE BALE FENCES,

02:10PM 8   TEMPORARY STORMWATER POLLUTION AND PREVENTION MEASURES THAT

02:10PM 9   WERE INSIDE THE SUREKOTE DITCH PRIOR TO BACKFILLING WITH CLEAN

02:10PM 10  CLAY MATERIAL FROM MCDONOUGH MARINE BORROW PIT.

02:10PM 11  Q.   YOU KNOW THAT BECAUSE YOU WERE ON THE SITE; IS THAT TRUE?

02:10PM 12  A.   YES, I SAW PORTIONS OF IT, AND THE QA/QC REPORTS DOCUMENT

02:11PM 13  OVER A SEVEN-DAY PERIOD WHEN THAT OCCURRED.

02:11PM 14  Q.   EARLIER IN THE CROSS-EXAMINATION, MR. SIMS SHOWED YOU SOME

02:11PM 15  MMG BORINGS; DO YOU RECOLLECT THAT?

02:11PM 16  A.   YES.

02:11PM 17  Q.   AND HE IDENTIFIED CLAYEY SILTS, SILTY CLAY --

02:11PM 18          THE COURT:  COUNSEL, I'M SORRY TO INTERRUPT.  I JUST

02:11PM 19  WANT TO MAKE SURE I DON'T LOSE WHAT MAY BE AN IMPORTANT THREAD.

02:11PM 20          I'LL ASK YOU FIRST, WE'RE TALKING ABOUT THE

02:11PM 21  ASPHALT BACKFILL AND WHETHER IT WAS REMOVED OR NOT.

02:11PM 22          MR. MITSCH:  YES.

02:11PM 23          THE COURT:  LET ME JUST ASK THE WITNESS, WAS THERE

02:11PM 24  DOCUMENTATION THAT THAT ASPHALT WAS REMOVED?  BECAUSE I DIDN'T

02:11PM 25  RECALL THAT FROM THE CROSS-EXAMINATION.

                         **HOURLY TRANSCRIPT**

02:11PM  1          THE WITNESS:  NO, WE DID NOT SEE THAT, YOUR HONOR.

02:11PM  2          THE COURT:  OKAY.

02:11PM  3                    EXAMINATION

02:11PM  4   BY MR. MITSCH:

02:11PM  5   Q.   AGAIN, I WAS ASKING YOU ABOUT THE MMG BORINGS.  MR. SIMS

02:12PM  6   USED VARIOUS DESCRIPTORS AS CLAYEY SILTS, SILTY CLAYS AND

02:12PM  7   VARIES PERMUTATIONS; DO YOU RECOLLECT THAT?

02:12PM  8   A.   YES.

02:12PM  9   Q.   ARE THOSE -- I THINK YOU SAID, AND I JUST WANT TO MAKE

02:12PM 10   SURE, YOU SAID THAT THOSE DESCRIPTORS, THOSE WERE MADE ON MY

02:12PM 11   VISUAL OBSERVATION; IS THAT RIGHT?

02:12PM 12   A.   THAT IS CORRECT.  THOSE WERE VISUAL OBSERVATIONS OF

02:12PM 13   MRS. CALLAWAY.

02:12PM 14   Q.   THEY WEREN'T SENT -- THOSE BORINGS WERE NOT SENT TO A

02:12PM 15   LABORATORY AND THEN TESTED ACCORDING TO ASTM STANDARDS; IS THAT

02:12PM 16   RIGHT?

02:12PM 17   A.   CORRECT.  THEY WERE NOT.  THEY WERE DRILLED AND SAMPLED

02:12PM 18   ONLY FOR ENVIRONMENTAL SITE CLASSIFICATION AND ANALYSIS.

02:12PM 19   Q.   YESTERDAY, YOU TESTIFIED ABOUT TIMBER PILINGS BEING

02:13PM 20   REMOVED FROM THE GALVEZ WHARF.  DO YOU RECOLLECT THAT?

02:13PM 21   A.   YES.

02:13PM 22   Q.   I'M CERTAINLY NOT GOING TO HOLD YOU TO AN EXACT NUMBER,

02:13PM 23   BUT CAN YOU GIVE US AN EXAMPLE -- CAN YOU GIVE US AN ESTIMATE

02:13PM 24   OF HOW MANY PILINGS YOU THINK WERE ACTUALLY REMOVED FROM THE

02:13PM 25   GALVEZ WHARF?

                         **HOURLY TRANSCRIPT**

02:13PM 1    A.    THERE WERE THOUSANDS.

02:13PM 2    Q.    WHEN MS. CLAYMAN SHOWED YOU THAT DEMONSTRATIVE, THE GALVEZ

02:13PM 3    WHARF DWARFED BOLAND MARINE SITE, DIDN'T IT?

02:13PM 4    A.    CORRECT.

02:13PM 5    Q.    AND IT DWARFED ANY OF THE WHARVES ON THE EBIA SITE WHERE

02:13PM 6    PILINGS WERE REMOVED; ISN'T THAT RIGHT?

02:13PM 7    A.    THAT'S CORRECT.

02:13PM 8    Q.    WERE THE PILINGS THAT WERE REMOVED -- WHEN THE PILINGS

02:13PM 9    WERE REMOVED, ARE YOU AWARE WHETHER OR NOT THE HOLES WERE

02:13PM 10   ACTUALLY FILLED, BACKFILLED WITH ANYTHING?

02:14PM 11   A.    AS I RECALL, THEY WERE NOT BACKFILLED OR GROUTED WITH

02:14PM 12   ANYTHING.

02:14PM 13   Q.    SO WOULD IT BE FAIR TO SAY THAT THE PILINGS THEMSELVES

02:14PM 14   JUST SORT OF -- THE MATERIAL JUST FELL ONTO ITSELF AND THE

02:14PM 15   HOLES CLOSED UP?

02:14PM 16          MR. SIMS:  OBJECTION, YOUR HONOR, LEADING.

02:14PM 17          THE COURT:  WELL, IT'S ALSO WHAT HE TESTIFIED IN

02:14PM 18   DIRECT, HIS COMPREHENSIVE DIRECT TESTIMONY, AND I DON'T

02:14PM 19   REMEMBER YOU CONTRADICTING THIS, SO.

02:14PM 20          MR. MITSCH:  YOUR HONOR, I'M TRYING TO ESTABLISH

02:14PM 21   THAT --

02:14PM 22          THE COURT:  I'VE GOT IT.

02:14PM 23          MR. MITSCH:  YOU HAVE.  OKAY.

02:14PM 24          THE COURT:  THAT THE GALVEZ PROJECT, WHICH WAS MUCH

02:14PM 25   LARGER AND HAD MANY PILES WERE NOT FILLED WITH ANYTHING AT ALL.

**HOURLY TRANSCRIPT**

02:14PM 1          HE ALSO TESTIFIED HE OBSERVED THE PILINGS THAT

02:14PM 2    WERE REMOVED AND WHAT HAPPENED ON THE EBIA SITE.

02:14PM 3                      EXAMINATION

02:14PM 4    BY MR. MITSCH:

02:14PM 5    Q.    MR. GUILLORY, ARE YOU AWARE, DID THE FLOODWALLS TO THE

02:15PM 6    WEST OF THAT GALVEZ WHARF, DID THEY FAIL?

02:15PM 7    A.    THEY DID NOT.

02:15PM 8    Q.    MR. SIMS ASKED YOU A SERIES OF QUESTIONS ABOUT A MINIMUM

02:15PM 9    CONTROL LINE THAT WAS SUGGESTED BY THE GEOTECHNICAL BRANCH FOR

02:15PM 10   THE MCDONOUGH MARINE BORROW PIT.  DO YOU RECOLLECT THOSE

02:15PM 11   QUESTIONS?

02:15PM 12   A.    YES.

02:15PM 13   Q.    IT WAS, I BELIEVE, A 1 VERTICAL, 6.5 HORIZONTAL LINE?

02:15PM 14   A.    ON THE EASTERN SLOPE, YES.

02:15PM 15   Q.    WAS THAT STABILITY LINE FOR THE BORROW PIT ITSELF, OR WAS

02:15PM 16   THAT FOR THE FLOODWALL?

02:15PM 17   A.    IT'S FOR THE ACTUAL ENTIRE CROSS-SECTION ACROSS THE

02:15PM 18   JORDAN AVENUE LEVEE, THE JORDAN AVENUE FLOODWALL, ACROSS THE

02:15PM 19   BORROW PIT, ALL THE WAY INTO THE IHNC CANAL, THE ENTIRE SPAN OF

02:15PM 20   THE CROSS-SECTION.

02:15PM 21   Q.    JUST TO BE CLEAR, THAT WAS FOR STABILITY CONCERNS, RIGHT?

02:16PM 22   A.    STABILITY CONTROL ANALYSIS.

02:16PM 23   Q.    IT WASN'T FOR UNDERSEEPAGE?

02:16PM 24   A.    CORRECT.

02:16PM 25   Q.    ALSO, I KNOW THIS IS BEATING A DEAD HORSE, BUT JUST SO

                            **HOURLY TRANSCRIPT**

02:16PM 1    THAT THE RECORD IS CLEAR, THE ASSUMPTION WAS THAT BORROW PIT

02:16PM 2    WAS GOING REMAIN OPEN, CORRECT?

02:16PM 3    A.   THAT IS CORRECT.

02:16PM 4    Q.   THAT MAKES IT A LOT DIFFERENT THAN ANY OF THE OTHER

02:16PM 5    EXCAVATIONS IN THE EBIA AREA, WHICH WERE ULTIMATELY BACKFILLED;

02:16PM 6    ISN'T THAT RIGHT?

02:16PM 7    A.   YES, EXCEPT FOR A COUPLE OF EXCEPTIONS.

02:16PM 8    Q.   AND YOU MENTIONED THOSE EXCEPTIONS.

02:16PM 9    A.   RIGHT.

02:16PM 10   Q.   THANK YOU.

02:16PM 11        YOU SAID THAT YOU DID NOT SEEK AN EVALUATION FROM THE

02:16PM 12   GEOTECHNICAL BRANCH ABOUT SEEPAGE CONCERNS RELATING TO THE

02:16PM 13   FLOODWALLS ALONG THE EBIA.  DO YOU RECOLLECT THAT?

02:16PM 14   A.   THAT'S CORRECT.

02:16PM 15   Q.   WHY DIDN'T YOU SEEK THAT?

02:16PM 16   A.   I FELT THAT THAT ISSUE HAD BEEN ADEQUATELY ADDRESSED AND

02:17PM 17   COVERED BY THE CORPS OF ENGINEERS IN PRIOR DOCUMENTS,

02:17PM 18   ESPECIALLY THE 1997 EVALUATION REPORT FOR THE NEW LOCK AND

02:17PM 19   CONNECTING CHANNELS.

02:17PM 20   Q.   WERE THERE ANY OTHER REASONS?

02:17PM 21   A.   YES.

02:17PM 22   Q.   WHAT WERE THEY?

02:17PM 23   A.   THE EBIA SITE, AS I TESTIFIED YESTERDAY, WAS COMPOSED OF

02:17PM 24   PREDOMINANTLY CLAY MATERIALS.

02:17PM 25        I ALSO HAD TO RELY ON THE DESIGN ENGINEERS THAT

**HOURLY TRANSCRIPT**

02:17PM 1   ORIGINALLY DESIGNED THE JORDAN AVENUE FLOODWALL IN THE LATE

02:17PM 2   1960'S.  IT WAS CONSTRUCTED IN 1969 TO '72 TIME FRAME.  I

02:17PM 3   RELIED ON THEIR DESIGN THAT THE MINUS 8 NGVD SHEET PILE WAS

02:18PM 4   ADEQUATE AND PROPERLY DESIGNED TO CUT OFF SEEPAGE.

02:18PM 5           THE COURT:  WHEN DID YOU FIRST KNOW THAT IT WAS

02:18PM 6   MINUS 8, OR DID YOU KNOW IT WAS MINUS 8 AT THE TIME, AT THE

02:18PM 7   BEGINNING OF THE WGI PROJECT?

02:18PM 8           THE WITNESS:  I KNEW IT AT THE TIME, YOUR HONOR;

02:18PM 9   HOWEVER, WE DID MAKE A MISTAKE WHEN WASHINGTON GROUP INCLUDED

02:18PM 10  THE 25-FOOT DEPTH IN ONE OF THE INITIAL PLANS.  WE SHOULD HAVE

02:18PM 11  CAUGHT THAT AND CORRECTED IT AT THAT TIME.

02:18PM 12          THE COURT:  THANK YOU.  THAT CLEARS IT UP.

02:18PM 13                    EXAMINATION

02:18PM 14  BY MR. MITSCH:

02:18PM 15  Q.   MR. SIMS TALKED A GREAT DEAL ABOUT, AGAIN, VARIOUS SILTS

02:18PM 16  AND CLAYEY SILTS AND PEATS.  AS YOU SIT HERE TODAY, IS IT STILL

02:18PM 17  YOUR UNDERSTANDING AND YOUR BELIEF THAT THE SOILS AT THE EBIA

02:18PM 18  WERE PREDOMINANTLY CLAY?

02:19PM 19  A.   YES, I DO.

02:19PM 20  Q.   THERE'S NOTHING THAT HE ASKED YOU THAT SHOOK YOU FROM THAT

02:19PM 21  POSITION, IS THERE?

02:19PM 22  A.   NO.  WE'VE ALWAYS ACKNOWLEDGED THAT IT WAS PREDOMINANTLY

02:19PM 23  CLAY, AND IT HAD MINOR LAYERS AND LENSES OF OTHER MATERIALS

02:19PM 24  INTERSPERSED.

02:19PM 25  Q.   YOU WITNESSED MANY OF THE EXCAVATIONS AT THE EBIA OVER

**HOURLY TRANSCRIPT**

02:19PM 1    THAT FOUR-AND-A-HALF-YEAR SPAN THAT YOU WORKED THERE; ISN'T

02:19PM 2    THAT RIGHT?

02:19PM 3    A.   CORRECT.

02:19PM 4    Q.   DURING ANY OF THOSE EXCAVATIONS, DID YOU EVER NOTICE THAT

02:19PM 5    THE EXCAVATORS HAPPENED TO COME ACROSS A LAYER OF PERVIOUS

02:19PM 6    SAND?

02:19PM 7    A.   NO, I DID NOT.

02:19PM 8    Q.   WHAT ABOUT A LAYER OF PERVIOUS PEAT?

02:19PM 9    A.   NO, I DID NOT.

02:19PM 10   Q.   CAN WE PLEASE BRING UP JX-1330, PLEASE.  I WOULD LIKE TO

02:19PM 11   GO TO PAGE 2.  CAN WE FOCUS ON -- JUST BLOW UP THAT TOP PHOTO,

02:20PM 12   PLEASE.

02:20PM 13        THE WITNESS:  MR. MITSCH, I NEED TO MAKE ONE

02:20PM 14   CORRECTION BEFORE WE GO ANY FURTHER.

02:20PM 15            YOUR HONOR, IN ANSWERING YOUR QUESTION EARLIER

02:20PM 16   ABOUT THE MINUS 8 --

02:20PM 17        THE COURT:  YES, SIR.

02:20PM 18        THE WITNESS:  -- MY PRIOR TESTIMONY IN MY DEPOSITION

02:20PM 19   STATED THAT I PERSONALLY DID NOT KNOW ABOUT THE MINUS 8 NGVD;

02:20PM 20   HOWEVER, DR. GEORGE BACUTA, A KEY MEMBER OF MY HTRW TEAM, WAS

02:20PM 21   INTIMATELY AWARE OF AND INTIMATELY INVOLVED IN THAT VOLUME 5,

02:20PM 22   APPENDIX C DOCUMENT THAT STATED MINUS 8 NGVD.  I JUST NEEDED TO

02:20PM 23   CLARIFY THAT.

02:20PM 24        THE COURT:  THANK YOU, SIR, FOR CLARIFYING THAT.

02:20PM 25                     EXAMINATION

**HOURLY TRANSCRIPT**

02:20PM  1   BY MR. MITSCH:

02:20PM  2   Q.    CAN YOU IDENTIFY THIS PHOTO FOR US?

02:20PM  3   A.    SURE, THIS IS A BANK REMEDIATION, PHASE 1 EXCAVATION, NEXT

02:21PM  4   TO THE SHORELINE OF -- IT DOESN'T SAY THE LOCATION.

02:21PM  5   Q.    AND THE BODY OF WATER THERE, THAT'S OBVIOUSLY THE IHNC

02:21PM  6   CANAL?

02:21PM  7   A.    THAT IS THE CANAL IN THE BACKGROUND.

02:21PM  8   Q.    WHAT I WOULD LIKE YOU TO DO IS JUST DESCRIBE THE CLAY

02:21PM  9   BETWEEN THE EXCAVATION AND THE CANAL.

02:21PM 10          I'M SORRY, I DON'T MEAN TO SAY CLAY.  BUT WHAT IS THE

02:21PM 11   SOIL BETWEEN THE CANAL AND THE EXCAVATION?  CAN YOU IDENTIFY

02:21PM 12   THAT?

02:21PM 13   A.    THAT IS OBVIOUSLY INDIGENOUS CLAY MATERIAL ON THE EBIA.

02:21PM 14   THAT IS A -- WHAT WE CALLED A DRY DYKE BETWEEN PHASE 1 AND

02:21PM 15   PHASE 2 IN THE BANK REMEDIATION.  THE WIDTH OF THE TOP OF THAT

02:21PM 16   DYKE IS ABOUT THREE TO FOUR FEET WIDE, FIVE TO SIX FEET AT THE

02:21PM 17   BOTTOM, AND THIS IS A FOUR-FOOT VERTICAL CUT INTO THAT CLAY

02:22PM 18   LANDWARD TO THE EAST, FROM WEST TO EAST.  YOU CAN SEE THERE IS

02:22PM 19   VERY MINIMAL WATER COMING THROUGH THE CLAY.

02:22PM 20   Q.    SO NOW, LET'S BE CLEAR.  THE WATER IN THE CANAL, THAT WAS

02:22PM 21   THERE MORE THAN JUST A FEW HOURS, WASN'T IT?

02:22PM 22   A.    RIGHT.  THIS PHASE 1 EXCAVATION COULD STAY OPEN THREE TO

02:22PM 23   FIVE TO SEVEN DAYS, DEPENDING ON THE TURNAROUND TIME OF GETTING

02:22PM 24   THE QA CLEARANCE SAMPLES BACK FROM THE LABORATORY.

02:22PM 25   Q.    BUT THE WATER IS ALWAYS THERE, RIGHT?

**HOURLY TRANSCRIPT**

02:22PM  1              THE COURT:  YOU MEAN THE WATER IN CANAL?

02:22PM  2              MR. MITSCH:  THE WATER IN THE CANAL.

02:22PM  3              THE COURT:  UNLESS MOSES HAS MADE AN APPEARANCE, YES.

02:22PM  4              MR. MITSCH:  BUT WE DON'T NEED MOSES; WE JUST GOT A

02:22PM  5    LOT OF CLAY, YOUR HONOR.

02:22PM  6              THE COURT:  I UNDERSTAND.  I SAW QUITE A FEW OF THESE

02:22PM  7    PICTURES ON DIRECT -- SIMILAR.

02:22PM  8              MR. MITSCH:  YOU DIDN'T SEE THIS ONE, THOUGH.

02:22PM  9              THE COURT:  NO, NO, I SAW -- NO, I DIDN'T SEE THAT

02:22PM 10    ONE.

02:22PM 11              MR. MITSCH:  THAT'S MY FAVORITE ONE.

02:22PM 12              THE COURT:  I UNDERSTAND.  YOU'RE CERTAINLY ENTITLED

02:23PM 13    TO BRING IT OUT ON REDIRECT.

02:23PM 14              MR. MITSCH:  THAT'S ALL THAT I HAVE FOR YOU.

02:23PM 15                   THANK YOU, YOUR HONOR.

02:23PM 16              THE COURT:  MR. TREEBY'S TEAM.

02:23PM 17              MS. CLAYMAN:  NO, YOUR HONOR, WE'RE FINISHED.

02:23PM 18              MR. TREEBY:  WE HAVE NO REDIRECT.

02:23PM 19              THE COURT:  THANK YOU.

02:23PM 20                   SIR, YOU MAY STEP DOWN.

02:23PM 21              THE WITNESS:  THANK YOU, SIR.

02:23PM 22              THE COURT:  WE WILL NOW TAKE A BRIEF RECESS OF

02:23PM 23    10 MINUTES.

02:23PM 24                   THE NEXT WITNESS WILL BE?  IS THAT YOU,

02:23PM 25    MR. SMITH.

                              **HOURLY TRANSCRIPT**

02:23PM 1          MR. TREEBY:  THE NEXT WITNESS WILL BE

02:23PM 2   DR. DALRYMPLE -- NO, NO.  I'M SORRY, I'M SORRY.  CONFUSING ME

02:23PM 3   HERE.  IT DOESN'T TAKE MUCH.

02:23PM 4          THE COURT:  WELL, WE'RE ALL IN THAT BOAT.

02:23PM 5          MR. TREEBY:  STEPHEN KING WILL BE THE NEXT WITNESS.

02:23PM 6   HE'S A FACT WITNESS.  HE'S FROM THE OLD.  HE'S THE CHIEF OF

02:23PM 7   SURVEYS FOR THE OLD.  HE'LL BE PRETTY SHORT.

02:24PM 8          THE COURT:  SO WE DON'T HAVE THE AUTHOR.  TOO BAD.

02:24PM 9   MIGHT SPICE UP THE TRIAL.

02:24PM 10          (WHEREUPON, AT 2:24 P.M., THE COURT TOOK A RECESS.)

02:38PM 11          THE DEPUTY CLERK:  ALL RISE.

02:43PM 12          THE COURT:  MR. TREEBY.

02:43PM 13          MR. TREEBY:  IF YOUR HONOR, PLEASE, WASHINGTON GROUP

02:43PM 14   CALLS STEPHEN KING.

02:43PM 15          THE COURT:  MR. KING, IF YOU WOULD.

02:43PM 16          MR. TREEBY:  MR. KING, WE HAVE COPIES OF HIS FIELD

02:43PM 17   NOTES.  BUT HE HAS HIS ORIGINALS WITH HIM, AND TO THE EXTENT

02:43PM 18   THAT EVER BECOMES AN ISSUE, I'M SURE HE'LL LET PEOPLE LOOK AT

02:43PM 19   THEM.  BUT THEY ARE HIS PRIZED POSSESSIONS, SO HE'S GOING TO

02:43PM 20   KEEP HOLD OF THEM.

02:43PM 21          THE COURT:  RIGHT.  I UNDERSTAND.

02:43PM 22          MR. TREEBY:  WE ALL HAVE COPIES.

02:43PM 23          THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT

24   HAND.  DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY WHICH YOU ARE

25   ABOUT TO GIVE WILL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING

**HOURLY TRANSCRIPT**

1    BUT THE TRUTH, SO HELP YOU GOD?

2         THE WITNESS:  I DO.

3                      **JOHN STEPHEN KING**

4    WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY

02:44PM  5    THE CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS FOLLOWS:

02:44PM  6         THE DEPUTY CLERK:  WOULD YOU STATE YOUR NAME AND

02:44PM  7    SPELL IT FOR THE RECORD.

02:44PM  8         THE WITNESS:  JOHN STEPHEN KING,

02:44PM  9    K-I-N-G S-T-E-P-H-E-N.

02:44PM 10                      DIRECT EXAMINATION

02:44PM 11    BY MR. TREEBY:

02:44PM 12    Q.   YOUR ADDRESS?

02:44PM 13    A.   7108 GLENDALE IN METAIRIE, LOUISIANA.

02:44PM 14    Q.   MR. KING, BY WHOM ARE YOU EMPLOYED?

02:44PM 15    A.   THE ORLEANS LEVEE DISTRICT.

02:44PM 16    Q.   HOW LONG HAVE YOU BEEN EMPLOYED BY THE ORLEANS LEVEE

02:44PM 17    DISTRICT?

02:44PM 18    A.   SINCE 1970.

02:44PM 19    Q.   AND WHAT DIFFERENT POSITIONS HAVE YOU HELD WITH THE

02:44PM 20    ORLEANS LEVEE DISTRICT?

02:44PM 21    A.   I STARTED OFF IN THE SURVEY CREW AS A RODMAN, CHAINMAN

02:44PM 22    INSTRUMENT MAN, BECAME PARTY CHIEF.  THEN IN '83, I WENT UP TO

02:44PM 23    THE MAIN HOUSE, BECAME A DRAFTSMAN, WORKED IN THE EOC, AND

02:44PM 24    THAT'S WHERE I WAS UNTIL KATRINA.

02:44PM 25    Q.   AND THE EOC IS THE EMERGENCY OPERATIONS CENTER?

                         **HOURLY TRANSCRIPT**

02:44PM 1   A.   YES, SIR.

02:45PM 2   Q.   OKAY.  PRIOR TO 2007, WHEN YOU BECAME THE EMERGENCY

02:45PM 3   OPERATIONS CENTER COORDINATOR, WHAT WAS YOUR POSITION JUST

02:45PM 4   BEFORE THAT?

02:45PM 5   A.   JUST BEFORE 2007?

02:45PM 6   Q.   YES.

02:45PM 7   A.   I WAS PARTY CHIEF AND ASSISTANT EOC COORDINATOR.

02:45PM 8   Q.   IN YOUR POSITION WITH THE ORLEANS LEVEE DISTRICT PRIOR TO

02:45PM 9   2004, DID YOU HAVE ANY RESPONSIBILITIES WITH RESPECT TO SURVEY

02:45PM 10  WORK?

02:45PM 11  A.   YES.  WHAT WOULD HAPPEN, I WOULD SUPERVISE THEM ONCE IN A

02:45PM 12  WHILE.  THE ENGINEERS WOULD GIVE ME -- IF THEY NEEDED A SURVEY

02:45PM 13  JOB DONE, THEY WOULD PASS IT ON TO ME AND I WOULD CALL A SURVEY

02:45PM 14  PARTY CHIEF AND GIVE HIM THE JOB.  IF HE NEEDED HELP, I WOULD

02:45PM 15  GO OUT WITH THEM SOMETIMES.

02:45PM 16  Q.   DID THOSE SURVEYS INCLUDE SURVEYS OF THE FLOODWALL LEVEE

02:45PM 17  HEIGHTS, TOP OF WALL, ALONG THE INNER HARBOR NAVIGATIONAL

02:45PM 18  CANAL, BOTH SIDES, AND ON THE 40 ARPENT CANAL LEVEE FLOODWALL

02:46PM 19  FROM THE INNER HARBOR NAVIGATION CANAL TO THE

02:46PM 20  ORLEANS-ST. BERNARD PARISH LINE?

02:46PM 21  A.   YES, SIR.

02:46PM 22  Q.   ARE WRITTEN RECORDS KEPT OF THE RESULTS OF THOSE SURVEYS?

02:46PM 23  A.   YES, SIR.

02:46PM 24  Q.   WHERE ARE THEY KEPT?

02:46PM 25  A.   THEY ARE KEPT IN THE SURVEY OFFICE.

**HOURLY TRANSCRIPT**

02:46PM 1    Q.   IS THAT YOUR OFFICE?

02:46PM 2    A.   YES, IT IS.

02:46PM 3    Q.   I WANT TO SHOW YOU AND THE COURT SOME DOCUMENTS WE'VE

02:46PM 4    MARKED AS JX-1924, JX-1925, AND JX-1926.  AND THE COPY OF ONE

02:46PM 5    ON THE SCREEN, YOU CAN ALMOST READ IT.  HAVE YOU GIVEN --

02:46PM 6            MR. TREEBY:  JANET, DO YOU HAVE COPIES OF IT?

02:46PM 7            THE CLERK:  YES, SIR, THANK YOU.

02:46PM 8                          EXAMINATION

02:46PM 9    BY MR. TREEBY:

02:46PM 10   Q.   COULD YOU PLEASE TELL ME WHAT THESE DOCUMENTS ARE, THESE

02:46PM 11   PAGES.

02:46PM 12   A.   THE ONE THAT'S SHOWING RIGHT NOW IS A PROFILE EAST SIDE

02:46PM 13   INDUSTRIAL CANAL DATED AUGUST 15, '96.

02:46PM 14   Q.   AND GO TO THE NEXT PAGE, IF YOU WILL.  I'M SORRY.  LET ME

02:46PM 15   SEE.  THERE ARE FOUR PAGES, I BELIEVE, OF THAT.  LET'S SCROLL

02:47PM 16   THROUGH THE FOUR PAGES.  3, 4, 5, 6, 7.  IS THAT IT?  3, 4, 5,

02:47PM 17   6, 7.  SO IT'S JX-01924-00 -- ACTUALLY 1, THEN 3, THEN 5, THEN

02:47PM 18   7.  OH, I SEE, I'VE GOT TWO-SIDED PAPER HERE.  SO LET'S START

02:47PM 19   OVER.

02:47PM 20            THIS IS MORE THAN FOUR PAGES.  IT'S ONE, TWO, THREE,

02:47PM 21   FOUR, FIVE, SIX, SEVEN -- SEVEN PAGES.  IS THAT -- ARE THOSE

02:47PM 22   THE PAGES FROM YOUR FIELD NOTES?

02:47PM 23   A.   YES, SIR.

02:47PM 24   Q.   WOULD YOU PLEASE LOOK AT THE SECTION OF THESE NOTEBOOKS

02:47PM 25   THAT -- AND IF IT'S EASIER TO LOOK AT YOUR OWN FIELD NOTEBOOKS

**HOURLY TRANSCRIPT**

02:47PM 1    THAT THESE WERE COPIED FROM, PLEASE DO -- THAT RECORDED THE

02:48PM 2    SURVEY ELEVATIONS BETWEEN THE -- OF THE IHNC EAST LEVEE

02:48PM 3    FLOODWALL BETWEEN CLAIBORNE AVENUE TO THE SOUTH AND

02:48PM 4    FLORIDA AVENUE TO THE NORTH.

02:48PM 5    A.   WHICH YEAR?

02:48PM 6    Q.   OKAY.  HOW MANY DIFFERENT YEARS WAS THIS SURVEYED BEFORE

02:48PM 7    KATRINA THAT YOU HAVE THERE?

02:48PM 8    A.   I HAVE THREE YEARS HERE.

02:48PM 9    Q.   WHAT WERE THOSE THREE YEARS?

02:48PM 10   A.   1991, '96, AND '99.

02:48PM 11   Q.   OKAY.  THEN -- OKAY, YOU'VE GIVEN ME THAT.  WAS THE SURVEY

02:48PM 12   DONE ON JULY 12, '99, THE LAST SURVEY THAT WAS DONE BEFORE

02:48PM 13   HURRICANE KATRINA?

02:48PM 14   A.   IN THAT AREA, YES, SIR.

02:48PM 15   Q.   SO THOSE THREE SURVEYS, '91, '96 AND '99, SHOW A CONSTANT

02:48PM 16   DECLINE IN THE FLOODWALL'S ELEVATION AT EACH SURVEY STATION

02:48PM 17   LOCATION IN THAT PERIOD?

02:48PM 18   A.   YES, SIR.

02:49PM 19   Q.   I WANT TO SHOW YOU A DEMONSTRATIVE WE'VE CREATED AND

02:49PM 20   YOU'VE SEEN BEFORE, WE'VE MARKED IT DXDM-1006-0039.  AND THIS

02:49PM 21   WAS A DEMONSTRATIVE THAT WAS USED IN THIS CASE BY DR. ALLEN

02:49PM 22   MARR TO PROVIDE A PROFILE OF THESE TOP-OF-WALL SURVEYS FROM THE

02:49PM 23   BEGINNING LINE TO THE WALL TRANSITION NEAR THE NORTH END OF THE

02:49PM 24   FLOODWALL AT FLORIDA AVENUE, WHICH I BELIEVE IS YOUR STATION

02:49PM 25   5601.

**HOURLY TRANSCRIPT**

02:49PM 1              BY THE WAY, IS 5601 -- STATION 5601, IS THAT WHERE IT

02:49PM 2    TRANSITIONED FROM A LOWER WALL TO A HIGHER WALL?

02:49PM 3    A.   YES, WHERE IT GOES INTO SUREKOTE ROAD, WHERE IT TURNS --

02:49PM 4    THAT WOULD BE WEST, AND GOES INTO SUREKOTE ROAD.

02:49PM 5    Q.   OKAY.

02:49PM 6              AND I HAVE SHOWN YOU THIS EXHIBIT BEFORE, MR. KING;

02:49PM 7    IS THAT RIGHT?

02:49PM 8    A.   YES, SIR.  YES, SIR.

02:49PM 9    Q.   AS YOU CAN SEE, IT PLACES YOUR '91 SURVEY POINT ELEVATIONS

02:49PM 10   ON A YELLOW LINE; IS THAT RIGHT?

02:49PM 11   A.   YES, SIR.

02:49PM 12   Q.   AND IT PLACES YOUR '96 SURVEY ELEVATION POINT ON A BLUE

02:49PM 13   LINE?

02:49PM 14   A.   YES, SIR.

02:49PM 15   Q.   AND FINALLY, IT PLACES THE '99 SURVEY ELEVATION POINTS ON

02:50PM 16   A RED LINE?

02:50PM 17   A.   YES, SIR.

02:50PM 18   Q.   NOW, THIS EXHIBIT DESCRIBES THE ORLEANS LEVEE BOARD

02:50PM 19   STATIONING IN FEET BEGINNING WITH 0 AT THE LEFT SIDE OF THE

02:50PM 20   PROFILE.  DO YOU SEE THAT ON THIS EXHIBIT?

02:50PM 21   A.   YES, SIR.

02:50PM 22   Q.   WHERE IS THE 0 STATION OUT IN THE FIELD?

02:50PM 23   A.   IT'S WHERE THE FLOODWALL INTERSECTS WITH THE ST. CLAUDE

02:50PM 24   LOCKS.

02:50PM 25   Q.   WOULD IT BE THE NORTH END OF THE ST. CLAUDE?

**HOURLY TRANSCRIPT**

02:50PM 1    A.   NORTH END, YES, SIR.

02:50PM 2    Q.   FROM CHECKING THIS AGAINST YOUR FIELD NOTES FOR THOSE

02:50PM 3    THREE SURVEYS, HAVE YOU DETERMINED THAT THIS PROFILE THAT WE

02:50PM 4    HAVE PUT ON THE DEMONSTRATIVE IS APPROXIMATELY CORRECT?

02:50PM 5    A.   YES.  IT SHOWS THE EARLIEST PROFILE, '91, BEING HIGHER.

02:50PM 6    AS YOU GO FURTHER DOWN THE YEARS, THEY'RE A LITTLE LOWER, A

02:50PM 7    LITTLE LOWER.  ALTHOUGH IT SAYS HERE IT'S ON A DIFFERENT DATUM

02:50PM 8    THAN WHAT WE SURVEYED ON.  THEY HAVE IT ON 2004.65, A NEW

02:51PM 9    DATUM.

02:51PM 10   Q.   SO THEY USED WHAT WE'RE USING IN THIS CASE, WHICH IS

02:51PM 11   DAVD88 2004.65, BUT YOUR DATUM WAS A DIFFERENT DATUM; IS THAT

02:51PM 12   RIGHT?

02:51PM 13   A.   YES, IT WAS A '91 AND '85 ADJUSTMENT.

02:51PM 14   Q.   NOW, I HAVE NOT ASKED YOU TO CONVERT THESE TO THE NEAREST

02:51PM 15   REFERENCE DATUM, BUT I'M GOING TO REPRESENT TO YOU THAT THIS

02:51PM 16   CHART WAS PREPARED CONVERTING YOUR SURVEY FIELD NOTES TO THE

02:51PM 17   NEW REFERENCE DATA, NAVD88 2004.65.  YOU WILL NOTE THERE ARE

02:51PM 18   TWO PLACES ON THE YELLOW LINE WHERE DR. MARR HAS PLACED A

02:51PM 19   QUESTION MARK, DO YOU SEE THAT?

02:51PM 20   A.   YES, SIR.

02:51PM 21   Q.   ONE OF THOSE QUESTION MARKS IS AT APPROXIMATELY STATION

02:51PM 22   32.  CAN YOU SEE THAT?

02:51PM 23   A.   YES, SIR.  I CAN SEE IT ON THE CHART.

02:51PM 24   Q.   CAN YOU TELL WHAT THAT STATION WOULD BE BY LOOKING AT YOUR

02:51PM 25   FIELD NOTES?

**HOURLY TRANSCRIPT**

02:51PM  1    A.    IT SHOWS IT HIRE -- HIGHER THAN THE STATIONS ON EACH SIDE

02:51PM  2    OF IT, AND WHAT I HAVE HERE IS AT STATION 32 PLUS 16.4 IS A PI

02:52PM  3    RIGHT.   THAT WOULD BE THAT POINT RIGHT THERE ON THE MAP -- OR

02:52PM  4    THE CHART.

02:52PM  5    Q.    AND FROM YOUR ORIGINAL FIELD NOTES, CAN YOU EXPLAIN WHY

02:52PM  6    THAT POINT SEEMS TO JUMP UP AND THEN COME BACK DOWN?

02:52PM  7    A.    YES.   I GUESS YOU CAN CALL IT BAD PENMANSHIP BY THE

02:52PM  8    NOTEKEEPER, BUT IT KIND OF LOOKS LIKE 1372, BUT IT'S ACTUALLY

02:52PM  9    1332.   IF YOU ADD THE PLUS SHOT TO THE HI, YOU'RE GOING TO GET

02:52PM 10    13.32.

02:52PM 11    Q.    SO IT'S CLEAR TO YOU WHEN YOU LOOK AT THE ORIGINAL NOTES

02:52PM 12    THAT IT SHOULD HAVE BEEN 1332?

02:52PM 13    A.    YES, SIR.   IF YOU LOOK BELOW IT ON THE NOTES, HE'S GOT A

02:52PM 14    7.   YOU CAN SEE HIS 7'S, THEN YOU CAN SEE HIS 3'S, AND IT'S A

02:52PM 15    LITTLE DIFFERENT, SO YOU CAN TELL.   IF YOU ADD THE SHOTS

02:52PM 16    TOGETHER, YOU'LL KNOW EXACTLY WHAT IT IS.

02:52PM 17    Q.    OKAY.   LET'S PULL THAT UP, JUST SO WE -- WELL, DO WE HAVE

02:52PM 18    IT?   LET'S PULL IT ON THE SCREEN.   THIS IS JX-01926 AND THE

02:52PM 19    PAGE NUMBER IS --

02:52PM 20    A.    9.

02:53PM 21    Q.    -- PAGE 9.   WOULD YOU FLIP THAT.   CAN YOU FLIP IT?   THERE

02:53PM 22    YOU GO.   AND WOULD YOU CALL UP THE STATION 32 PLUS 16.4 RIGHT

02:53PM 23    IN THE MIDDLE OF THE PAGE THERE.

02:53PM 24          OKAY.   SO IF I UNDERSTAND CORRECTLY -- I DON'T HAVE A

02:53PM 25    POINTER HERE -- BUT IN THE ONE, TWO, THREE, FOUR -- FIFTH

**HOURLY TRANSCRIPT**

02:53PM 1    COLUMN OVER, IT SAYS 13 POINT SOMETHING?

02:53PM 2    A.    YES.

02:53PM 3    Q.    AND IT'S YOUR TESTIMONY THAT THAT SHOULD BE 32?

02:53PM 4    A.    YES, SIR, THAT'S 32.

02:53PM 5    Q.    OKAY.  NOW, THERE IS -- IF WE GO BACK TO THE MARR

02:53PM 6    DEMONSTRATIVE, OKAY, THERE IS ANOTHER QUESTION MARK THAT'S

02:53PM 7    ABOUT STATION 3600, AS BEST I CAN SEE.

02:53PM 8         THE COURT:  RIGHT.  I THINK THAT'S CLOSE ENOUGH.

02:53PM 9                      EXAMINATION

02:53PM 10   BY MR. TREEBY:

02:53PM 11   Q.    WHERE THE '91 SURVEY LINE SEEMS TO DROP WAY DOWN AND THEN

02:54PM 12   GO BACK UP SIGNIFICANTLY, CAN YOU SEE THAT?

02:54PM 13   A.    YEAH, I CAN SEE IT ON MY NOTES, YES, SIR.

02:54PM 14   Q.    CAN YOU EXPLAIN THAT SURVEY POINT?

02:54PM 15   A.    LOOKING AT IT AND COMPARING TO THE PROFILE WE DID AFTER

02:54PM 16   THAT, THAT LOOKS LIKE A BAD SHOT.

02:54PM 17   Q.    PLEASE EXPLAIN BAD SHOT.

02:54PM 18   A.    WELL, IT HAPPENS A COUPLE WAYS.  WHEN YOU'RE DOING THESE

02:54PM 19   PROFILES, THEY ARE LONG RUNS, THEY'RE 2 MILES, 4 MILES, 6 MILES

02:54PM 20   LONG, MOST OF THEM.  THE RIVER IS 11 MILES LONG.  AND YOU'RE

02:54PM 21   GOING TO GET OCCASIONAL ONE OR TWO BAD SHOTS.  IT'S USUALLY

02:54PM 22   FROM THE INSTRUMENT MAN READ THE WRONG TENTH OR WHEN HE

02:54PM 23   TRANSMITTED TO THE NOTEKEEPER, HE HEARD IT WRONG.  THAT'S

02:54PM 24   USUALLY THE TWO REASONS WITH WHAT HAPPENS ON A BAD SHOT.

02:54PM 25   Q.    WAS THERE A SURVEY OF THIS FLOODWALL SCHEDULE TO BE DONE

**HOURLY TRANSCRIPT**

02:54PM 1   AT THE TIME OF HURRICANE KATRINA?

02:54PM 2   A.   YES, WE WERE GOING TO DO IT IN JUNE OF 2005.

02:54PM 3   Q.   AND WHY WASN'T IT DONE?

02:54PM 4   A.   WELL, WE WENT THERE TO DO IT, AND IT WAS STILL FENCED OFF

02:54PM 5   AND LOCKED UP.  AND SO WE PROCEEDED OVER TO THE OTHER SIDE OF

02:55PM 6   THE INTERCOASTAL, THE NORTH SIDE.  WE DID THAT PART OF THE EAST

02:55PM 7   SIDE.  AND WE HAD PLANNED ON COMING BACK, WE WERE GOING TO GET

02:55PM 8   A KEY OR SOMETHING TO GET IN.  THEN WE GOT ON OTHER THINGS.  WE

02:55PM 9   HAD TROPICAL STORM ARLENE, WE HAD CINDY AND THEN KATRINA.  WE

02:55PM 10  JUST NEVER GOT BACK TO IT AGAIN.

02:55PM 11  Q.   BASED ON YOUR EXPERIENCE IN REVIEWING THESE NOTES, WOULD

02:55PM 12  YOU HAVE EXPECTED THE FLOODWALL TOP ELEVATION TO HAVE DECLINED

02:55PM 13  FURTHER BETWEEN 1999 AND AUGUST 28, 2005?

02:55PM 14       THE COURT:  ALL RIGHT.  MR. DUDENHEFER, DO YOU HAVE

02:55PM 15  AN OBJECTION?

02:55PM 16       MR. DUDENHEFER:  YOUR HONOR, I'M GOING TO OBJECT TO

02:55PM 17  THIS.  THIS IS GETTING INTO SURVEY AND OPINION TESTIMONIES.

02:55PM 18  THIS WITNESS HAS FILED NO REPORT, GIVEN NO NOTICE.  AND ALL HE

02:55PM 19  WAS DESIGNATED TO DO IN THE PRETRIAL ORDER WAS DISCUSS

02:55PM 20  INFORMATION REGARDING THE SURVEY, NOT DEPTHS AND HOW THEY

02:55PM 21  CHANGED OR HOW ELEVATIONS MAY HAVE CHANGED.

02:55PM 22       THE COURT:  MR. TREEBY?

02:55PM 23       MR. TREEBY:  I THINK IT'S JUST HIS EXPERIENCE THAT

02:55PM 24  QUALIFIES HIM TO SAY WHAT HE WOULD EXPECT BASED ON THIS PROFILE

02:55PM 25  AND BASED ON HIS EXPERIENCE FOR 30-SOME YEARS DOING THIS.

**HOURLY TRANSCRIPT**

02:55PM 1          THE COURT:  YOU'RE SAYING UNDER 701, IT DOES NOT

02:55PM 2     REQUIRE SPECIALIZED TECHNICAL OR WHATEVER, SCIENTIFIC

02:56PM 3     INFORMATION OR KNOWLEDGE TO GIVE THIS TESTIMONY?

02:56PM 4          MR. TREEBY:  YES.

02:56PM 5          MR. DUDENHEFER:  YOUR HONOR, HAVING PULLED CHAINS

02:56PM 6     WHEN I WAS IN HIGH SCHOOL, I UNDERSTAND HOW TO PULL CHAINS.  I

02:56PM 7     DIDN'T UNDERSTAND HOW TO READ A TRANSOM AND STILL DON'T.  I

02:56PM 8     THINK IT'S OVERLY SIMPLISTIC TO SAY YOU DON'T HAVE TO BE AN

02:56PM 9     EXPERT TO UNDERSTAND HOW TO RECORD SURVEY DATA AND TO INTERPRET

02:56PM 10    IT.  NUMBER ONE, THERE IS NO REPORT.  AND I RECALL COMMENTS BY

02:56PM 11    THE COURT SPEAKING TO LAY WITNESSES UNDER THE 700 SERIES

02:56PM 12    EVIDENCE, OPINIONS NEED TO BE IN WRITING.

02:56PM 13         THE COURT:  NO QUESTION IF IT'S SCIENTIFIC, TECHNICAL

02:56PM 14    OR SPECIALIZED KNOWLEDGE, AN OPINION IS REQUIRED.  SO THE

02:56PM 15    QUESTION IS, BASED ON THIS WITNESS'S PERSONAL OBSERVATIONS, IS

02:56PM 16    IT THAT.  AND I UNDERSTAND YOUR OBJECTION.

02:56PM 17         MR. TREEBY:  OF THE SUBSIDENCE, YOUR HONOR.  HE SAW

02:57PM 18    IT.  HE PERSONALLY OBSERVED IT.  I'M NOT ASKING ABOUT HIS

02:57PM 19    SURVEYING EXPERTISE.  I'M ASKING ABOUT HIS OBSERVATION OF THE

02:57PM 20    SUBSIDENCE OF THIS WALL.

02:57PM 21         THE COURT:  LET ME JUST SAY THIS.  I DON'T WANT TO

02:57PM 22    SPEND TOO MUCH TIME --

02:57PM 23         MR. TREEBY:  WITHDRAWN.  I WITHDRAW THE QUESTION.

02:57PM 24         THE COURT:  THE COURT UNDERSTANDS THAT THAT QUESTION

02:57PM 25    MARK DOESN'T MAKE ANY SENSE, SINCE THE WALL GOT HIGHER THE NEXT

**HOURLY TRANSCRIPT**

02:57PM 1    TIME IT WAS SURVEYED.  SO I'M NOT SURE IT WILL BE EXPLOITED BY

02:57PM 2    ANYONE FOR ANY PURPOSE, BECAUSE IF YOU LOOK AT THE '96 SURVEY,

02:57PM 3    ALL OF A SUDDEN, IT GOT BACK AND THERE WAS NO RECORD IT WAS

02:57PM 4    BUILT BACK.  SO OBVIOUSLY THE COURT UNDERSTANDS SOME ERROR WAS

02:57PM 5    MADE.  I UNDERSTAND THAT.

02:57PM 6         MR. TREEBY:  THIS QUESTION WAS SIMPLY BASED ON HIS

02:57PM 7    OBSERVATION OF THE ENTIRE WALL AND HIS EXPERIENCE, WOULD HE

02:57PM 8    HAVE EXPECTED THIS FLOODWALL TO CONTINUE TO SUBSIDE.  I

02:57PM 9    WITHDRAW THE QUESTION.

02:57PM 10        THE COURT:  I'M GOING TO SUSTAIN THE OBJECTION ON

02:57PM 11   THAT PART.  BUT I WANT YOU TO KNOW I CLEARLY BELIEVE AT THIS

02:57PM 12   TIME THAT THERE WAS AN ERROR MADE AND THAT WAS NOT THE ACTUAL

02:58PM 13   HEIGHT OF THE LEVEE AT 3600.  THAT'S WHAT I BELIEVE NOW AND

02:58PM 14   PROBABLY WILL CONTINUE TO BELIEVE.

02:58PM 15                        EXAMINATION

02:58PM 16   BY MR. TREEBY:

02:58PM 17   Q.  FOR THAT SECTION OF THE FLOODWALL FROM CLAIBORNE AVENUE TO

02:58PM 18   FLORIDA AVENUE, CAN YOU PINPOINT FROM YOUR NOTES THE STATION

02:58PM 19   NUMBER LOCATION OF THE LOWEST POINT ON THE TOP OF THAT

02:58PM 20   FLOODWALL AS OF JULY 12, 1999?

02:58PM 21   A.  '99?

02:58PM 22        THE COURT:  IS THAT WHEN THE SURVEY WAS MADE, IN '99?

02:58PM 23        MR. TREEBY:  THE LAST SURVEY.

02:58PM 24        THE WITNESS:  STATION 56 PLUS 01.

02:58PM 25                        EXAMINATION

                              **HOURLY TRANSCRIPT**

02:58PM 1    BY MR. TREEBY:

02:58PM 2    Q.   AND 56 PLUS 01, AM I CORRECT, IS ALL THE WAY AT THE NORTH

02:58PM 3    END OF THIS PROFILE?

02:58PM 4    A.   YES, SIR.  YES, SIR.

02:58PM 5    Q.   AND THAT'S RIGHT WHERE THE WALL THEN JUMPS UP BECAUSE A

02:58PM 6    NEW WALL WAS THERE; IS THAT RIGHT?

02:58PM 7    A.   YES, SIR.

02:58PM 8    Q.   AND JUST -- THE COURT PROBABLY KNOWS THIS, BUT FOR THE

02:59PM 9    RECORD, EXPLAIN TO THE COURT WHAT THE STATION NUMBER STANDS

02:59PM 10   FOR.

02:59PM 11   A.   IT'S THE DISTANCE FROM WHERE YOU START AT.  5601 IS 5601

02:59PM 12   FEET FROM THE BEGINNING OF WHERE YOU ARE STARTED YOUR PROFILE.

02:59PM 13   Q.   IT'S NOT IN A STRAIGHT LINE?

02:59PM 14   A.   NO, IT FOLLOWS THE PATH OF WHAT YOU'RE PROFILING,

02:59PM 15   FLOODWALL, LEVEE OR WHATEVER IT IS.

02:59PM 16   Q.   FOR THAT SECTION OF THE FLOODWALL FROM CLAIBORNE AVENUE TO

02:59PM 17   FLORIDA AVENUE, CAN YOU PINPOINT THE SECOND LOWEST POINT ON THE

02:59PM 18   TOP OF THAT FLOODWALL BASED ON THE '99 SURVEY?

02:59PM 19   A.   STATION 30.

03:00PM 20   Q.   STATION -- RIGHT AT STATION 30?

03:00PM 21   A.   YES, SIR.

03:00PM 22   Q.   AND IF -- IF -- IF THE REPRESENTATION ON THIS

03:00PM 23   DEMONSTRATIVE FOR THE LOCATION OF THE SOUTH BREACH IS CORRECT,

03:00PM 24   THAT WOULD BE RIGHT THERE IN THE SOUTH BREACH; IS THAT CORRECT?

03:00PM 25   A.   IT WOULD BE ON THAT RED LINE THEY GOT RIGHT AT 30, IT

**HOURLY TRANSCRIPT**

03:00PM 1    LOOKS LIKE.

03:00PM 2    Q.   RIGHT.  OKAY.  I WANT TO SHOW YOU A POINT ON ANOTHER

03:00PM 3    AERIAL MAP FROM 2002 THAT IS MARKED DX-1948.1 AND WE'RE GOING

03:00PM 4    TO CALL THAT UP.  THE WHOLE THING?  JUST THE MAP PART.

03:00PM 5         WE'RE CUTTING OFF AT THE BOTTOM.  I WOULD LIKE THE

03:01PM 6    FLORIDA AVENUE BRIDGE IN IT -- I MEAN THE CLAIBORNE AVENUE

03:01PM 7    BRIDGE IN IT.  OKAY.  NOW WE'VE GOT BOTH BRIDGES.

03:01PM 8         ARE YOU -- ARE YOU FAMILIAR WITH WHAT THIS IS

03:01PM 9    DEPICTING?

03:01PM 10   A.   YES, SIR.

03:01PM 11   Q.   IS THAT THE CLAIBORNE AVENUE BRIDGE AT THE BOTTOM?

03:01PM 12   A.   YES, SIR.

03:01PM 13   Q.   AND IS THAT THE FLORIDA AVENUE BRIDGE NEAR THE TOP?

03:01PM 14   A.   YES, SIR.

03:01PM 15   Q.   OKAY.  CAN YOU POINT US TO THE LOCATION OF THE CORNER OF

03:01PM 16   THE FLOODWALL WHERE THE FLOODWALL TURNS NORTH?  IN OTHER WORDS,

03:01PM 17   IT'S GOING EAST AND WEST AND THEN TURNS NORTH?

03:01PM 18   A.   JUST PAST THE CLAIBORNE BRIDGE THERE, YOU CAN SEE THE

03:01PM 19   FLOODWALL.  HEADS TOWARD THE EAST, THE PROFILE STATION HEADS

03:01PM 20   EAST, THEN IT TURNS LEFT AND HEADS NORTH THAT WAY.

03:01PM 21   Q.   THAT CORNER, WHAT IS THE STATION NUMBER OF THAT CORNER?

03:01PM 22   A.   LET ME SEE.  THAT WOULD BE 16 PLUS 37.7 PI LEFT.

03:01PM 23   Q.   OKAY.  NOW, WE'LL PULL THAT DOWN.  LET'S TAKE A PICTURE OF

03:02PM 24   THAT.  JUST WAIT A SECOND THERE.

03:02PM 25        NOW, I WANT TO TAKE YOU OVER TO THE WEST SIDE OF THE

**HOURLY TRANSCRIPT**

03:02PM 1   INNER HARBOR NAVIGATION CANAL FLOODWALL.  ARE YOU FAMILIAR WITH

03:02PM 2   THE LOCATION OF THE FLOODWALL BREACH BEHIND THE PORT OF

03:02PM 3   NEW ORLEANS FACILITIES ON THE WEST SIDE OF THE INNER HARBOR

03:02PM 4   NAVIGATION CANAL THAT OCCURRED DURING KATRINA?

03:02PM 5   A.   YES, SIR.  I SAW IT BRIEFLY.

03:02PM 6   Q.   I WANT TO -- I'VE ASKED YOU TO BRING, AND I WANT TO SHOW

03:02PM 7   YOU SOME PAGES FROM ANOTHER SET OF SURVEY NOTES MARKED PX-3546.

03:02PM 8   THIS IS PAGES 1 THROUGH 30 OF -- PAGES 1 THROUGH 30 OF SOME

03:03PM 9   FIELD NOTES.

03:03PM 10          CAN YOU IDENTIFY WHAT THESE PAGES ARE?

03:03PM 11  A.   YES, SIR.  IT'S OUR PROFILE OF THE WEST SIDE

03:03PM 12  INDUSTRIAL CANAL DATED MARCH THE 10TH, 2003.

03:03PM 13  Q.   SO YOU DID A SURVEY, YOUR CREWS DID A SURVEY OF THIS IN

03:03PM 14  MARCH OF 2003, OF THE WEST SIDE --

03:03PM 15  A.   YES, SIR.

03:03PM 16  Q.   -- IS THAT RIGHT?

03:03PM 17  A.   YES, SIR.

03:03PM 18  Q.   I WANT TO SHOW YOU A DEMONSTRATIVE EXHIBIT THAT WE HAVE

03:03PM 19  MARKED DX-DM-0004, WHICH IS A CLEAR VIEW OF THAT AERIAL

03:03PM 20  PHOTOGRAPH THAT WE PREVIOUSLY IDENTIFIED AS DX-1948.1.  THIS IS

03:03PM 21  FOCUSING IT IN A LITTLE BIT JUST ON THAT SECTION.

03:03PM 22          I'VE SHOWN YOU THIS DEMONSTRATIVE BEFORE, HAVE I NOT,

03:03PM 23  MR. KING?

03:03PM 24  A.   YES, SIR.

03:03PM 25  Q.   I BELIEVE WE CAN -- PULL UP THE LEGEND, IF YOU WILL, AT

**HOURLY TRANSCRIPT**

03:04PM 1    THE BOTTOM LEFT, FIRST, OF THIS DEMONSTRATIVE.

03:04PM 2            NOW, WE ATTEMPTED ON THIS DEMONSTRATIVE TO TAKE YOUR

03:04PM 3    FIELD NOTES AND PUT THE SURVEY POINTS AT THE TOP OF FLOODWALL

03:04PM 4    IS A BLUE CIRCLE, THE LEVEE CREST IS A BLUE TRIANGLE, AND THEN

03:04PM 5    SOMETHING CALL A SILL IS A HOUSE.  I DON'T KNOW WHAT TO CALL

03:04PM 6    THAT SHAPE?

03:04PM 7            NOW, HAVE YOU LOOKED AT THIS DEMONSTRATIVE TO

03:04PM 8    DETERMINE WHETHER OR NOT THE SURVEY POINTS -- PULL UP A CLOSE

03:04PM 9    SHOT RIGHT THERE WHERE THE RED ARROW IS, IF YOU WOULD, ERIC?

03:04PM 10           THE BLUE NUMBERS REPRESENT YOUR FIELD NOTES, DO THEY

03:04PM 11   NOT?

03:04PM 12   A.   YES, SIR.  YES, SIR.

03:04PM 13   Q.   I'M REPRESENTING TO THE COURT AND COUNSEL THAT THE YELLOW

03:04PM 14   NUMBERS, WHICH WE CAN SUPPORT WITH TESTIMONY LATER, ARE YOUR

03:05PM 15   NUMBERS TRANSLATED TO NAVD882004.65.

03:05PM 16           BUT HAVE YOU CHECKED THE NUMBERS NEXT TO THE BLUE TO

03:05PM 17   DETERMINE IF THEY ARE ACCURATE FOR ELEVATION?

03:05PM 18   A.   YEAH, I WENT FROM LOWER RIGHT OF YOUR PICTURE, WHERE IT

03:05PM 19   TIES IN TO THE OLD SEA-LAND DOCK, AND I WENT WEST AND UP ACROSS

03:05PM 20   FRANCE ROAD PARKWAY.  I DIDN'T GO TOTALLY ALL THE WAY TO THE

03:05PM 21   VERY TOP, BUT I CHECKED, YOU KNOW, EVERY OTHER ONE, MOST OF

03:05PM 22   THEM.  I WAS SATISFIED, EXCEPT FOR A COUPLE OF CHANGES WE MADE,

03:05PM 23   THAT THESE ARE MY -- FROM THE NOTES.

03:05PM 24   Q.   RIGHT.  IN FACT, WE SENT THEM TO YOU, ASKED YOU TO CHECK

03:05PM 25   THEM --

**HOURLY TRANSCRIPT**

03:05PM 1    A.   RIGHT, RIGHT.

03:05PM 2    Q.   -- AND YOU MADE A COUPLE OF CORRECTIONS?

03:05PM 3    A.   DID A COUPLE OF CORRECTIONS AND -- YES, SIR.

03:05PM 4    Q.   NOW, ALONG THE BOTTOM EAST/WEST AXIS THERE, WHAT DOES THAT

03:05PM 5    PROTECTION STRUCTURE CONSIST OF?

03:05PM 6    A.   THAT'S A LEVEE WITH TWO FLOODGATES IN IT.

03:05PM 7    Q.   YOU SAY A LEVEE.  IT'S NOT A FLOODWALL, RIGHT?

03:05PM 8    A.   NO, NO.  IT'S A LEVEE, SIR.

03:05PM 9    Q.   WHERE DOES THE FLOODWALL START?

03:06PM 10   A.   THE FLOODWALL STARTS JUST PAST -- IF YOU GO ALL THE WAY TO

03:06PM 11   YOUR LEFT, YOU'LL SEE FRANCE ROAD THERE, AROUND -- I THINK

03:06PM 12   THAT'S STATION 109 FOR 6054.  RIGHT THERE, THERE IS A RAILROAD

03:06PM 13   FLOODGATE, THEN A WALL GOES NORTH.  THAT'S WHERE THE WALL

03:06PM 14   STARTS RIGHT THERE.

03:06PM 15          THERE'S A SMALL TRANSITION WALL WHERE IT TIES INTO

03:06PM 16   FRANCE ROAD ON THE WEST SIDE THERE, BUT THAT'S WHERE THE

03:06PM 17   FLOODWALL BEGINS AGAIN.

03:06PM 18   Q.   AND GOES NORTH?

03:06PM 19   A.   YES, SIR.

03:06PM 20   Q.   AFTER KATRINA, DID YOU HAVE OCCASION TO SEE A BREACH IN

03:06PM 21   THAT SHEET PILE FLOODWALL WITH A CONCRETE CAP ON THE NORTH SIDE

03:06PM 22   OF FLORIDA AVENUE NEAR THE FRANCE ROAD PARKWAY?

03:06PM 23   A.   YEAH, BRIEFLY.  I THINK I WAS COMING THROUGH THE

03:06PM 24   FLOODGATES.  I WAS GOING OVER TO THE SEA & AIR OR SEA-LAND, AND

03:06PM 25   I LOOKED OVER TO MY LEFT AND I SAW THE WALL WAS LEANING, BUT I

**HOURLY TRANSCRIPT**

03:06PM 1    COULDN'T TELL YOU HOW LONG THE FAILURE WAS OR ANYTHING.   I

03:06PM 2    DIDN'T SPEND ANY TIME THERE.

03:06PM 3    Q.   CAN YOU TELL THE COURT THE APPROXIMATE STATION OF THAT

03:07PM 4    BREACH?

03:07PM 5    A.   TWO OR THREE HUNDRED FEET PAST THE FRANCE ROAD PARKWAY,

03:07PM 6    MAYBE, SOMEWHERE IN THERE.

03:07PM 7    Q.   WHAT WOULD THOSE STATION NUMBERS BE?

03:07PM 8    A.   LET ME SEE.   SOMEWHERE AROUND 120, 122, SOMETHING LIKE

03:07PM 9    THAT.

03:07PM 10   Q.   WHEN YOU MADE THIS OBSERVATION, AM I CORRECT, YOU WERE

03:07PM 11   LOOKING TO THE NORTH FROM THE FRANCE ROAD PARKWAY TOWARD THAT

03:07PM 12   BREACH?

03:07PM 13   A.   YES, SIR, AS I PASSED THROUGH THE GATE.

03:07PM 14   Q.   THERE IS A PICTURE THAT'S ON THIS DEMONSTRATIVE.   I WANT

03:07PM 15   TO PULL THAT UP.   IT WAS A PICTURE CONTAINED IN ONE OF

03:07PM 16   DR. BEA'S REPORTS.   THIS PICTURE HERE.

03:07PM 17   A.   YES, SIR.

03:07PM 18   Q.   I'M REPRESENTING TO YOU THAT THIS IS A PICTURE LOOKING

03:07PM 19   SOUTH ON THE LAND SIDE OF THAT FLOODWALL.

03:07PM 20   A.   RIGHT.

03:07PM 21   Q.   IF YOU LOOK -- NOW, GO BACK OUT TO THE -- GO BACK TO THE

03:07PM 22   DEMONSTRATIVE, IF YOU WOULD.   PULL UP THAT SECTION RIGHT AROUND

03:08PM 23   THE ARROW, KIND OF EQUAL.   OKAY.   BACK UP A LITTLE BIT TO GET

03:08PM 24   THE FRANCE ROAD PARKWAY THAT THE WITNESS -- WHICH IS THAT

03:08PM 25   FOUR-LANE STRETCH RIGHT THERE.

**HOURLY TRANSCRIPT**

03:08PM 1        AM I CORRECT THAT RIGHT THERE WHERE IT SAYS

03:08PM 2   13.44/13.07, THAT THAT IS A STATION THAT'S JUST NORTH OF THE

03:08PM 3   FRANCE ROAD PARKWAY WHERE YOU WERE LOOKING FROM?

03:08PM 4        THE COURT:  MAKE SURE I'M ON THE RIGHT SPOT,

03:08PM 5   MR. TREEBY.  I'M LOOKING AT THE ARROW POINTING TO THE BOTTOM OF

03:08PM 6   THE PHOTO.  I SEE IT NOW.

03:08PM 7        MR. TREEBY:  RIGHT.  THAT'S THE FRANCE ROAD PARKWAY.

03:08PM 8   IT'S A FOUR-LANE PARKWAY.

03:08PM 9        THE COURT:  RIGHT.

03:08PM 10                    EXAMINATION

03:08PM 11  BY MR. TREEBY:

03:08PM 12  Q.   THERE ARE FLOODGATES RIGHT THERE IN THE FLOODWALL; IS THAT

03:08PM 13  RIGHT?

03:08PM 14  A.   YES, SIR.

03:08PM 15  Q.   AND YOU WERE DRIVING EAST, AND YOU LOOKED UP TO THE NORTH

03:08PM 16  AND SAW THE BREACH; IS THAT RIGHT?

03:08PM 17  A.   YES, SIR.

03:08PM 18        THE COURT:  WHEN WAS THIS, SIR?  I KNOW YOU SAID IT.

03:08PM 19                    EXAMINATION

03:08PM 20  BY MR. TREEBY:

03:08PM 21  Q.   WHEN WAS IT?

03:08PM 22  A.   OH, I DIDN'T SAY WHEN IT WAS.

03:09PM 23  Q.   WHEN WAS IT?

03:09PM 24  A.   I'M NOT REALLY POSITIVE.  IT COULD HAVE BEEN JUST BEFORE

03:09PM 25  RITA OR AFTER RITA.  I'M NOT REALLY POSITIVE.

**HOURLY TRANSCRIPT**

03:09PM  1    Q.    PRETTY CLOSE TO THE TIME OF KATRINA, WITHIN A MONTH OR SO?

03:09PM  2    A.    YEAH.  I WOULD THINK SO, YEAH.

03:09PM  3            THE COURT:  IT WAS AFTER KATRINA AND BEFORE RITA, YOU

03:09PM  4    THINK?

03:09PM  5            THE WITNESS:  IT COULD POSSIBLY -- I KNOW THE CHIEF

03:09PM  6    HAD SENT ME DOWN TO LOOK AT THAT DIRT LEVEE I HAD TOLD Y'ALL

03:09PM  7    ABOUT.  IT HAD GOT WASHED AWAY, AND HE HAD SENT ME DOWN THERE

03:09PM  8    TO SEE IF THE CORPS HAD PUT ANY MORE MUD OR SOME BIG BAGS IN

03:09PM  9    THERE BEFORE RITA.  THAT WAS MAYBE WHEN I SAW IT.

03:09PM 10            THE COURT:  IT WAS DEFINITELY AFTER KATRINA.

03:09PM 11            THE WITNESS:  OH, YES, SIR.

03:09PM 12            THE COURT:  YES, OF COURSE.  OKAY.

03:09PM 13            MR. TREEBY:  I HATE TO SAY IT, ERIC, BUT WOULD YOU GO

03:09PM 14    BACK A LITTLE BIT.  CAN WE FIND THAT GREEN ARROW?  I THOUGHT I

03:09PM 15    HAD A GREEN ARROW ON HERE.  NOW, I DON'T SEE IT.

03:09PM 16             WELL, IT'S NOT THERE, YOUR HONOR.  IT'S ON --

03:10PM 17    YEAH, MAYBE WE CAN SEE IT -- WELL, WE HAD A GREEN ARROW ON ONE

03:10PM 18    AND A PINK ARROW ON THE OTHER.  THEY OBVIOUSLY DON'T SHOW UP.

03:10PM 19    BUT THE PICTURE THAT WE WERE LOOKING AT WAS LOOKING SOUTH.

03:10PM 20    I'LL REPRESENT THAT TO THE COURT.  ANOTHER WITNESS CAN PROBABLY

03:10PM 21    TESTIFY.

03:10PM 22                         EXAMINATION

03:10PM 23    BY MR. TREEBY:

03:10PM 24    Q.    NOW, I WANT TO SHOW ANOTHER DEMONSTRATIVE USING THAT SAME

03:10PM 25    AERIAL PHOTOGRAPH, BUT FROM A LITTLE BIT OF A LONGER VIEW THAN

**HOURLY TRANSCRIPT**

03:10PM 1    THIS ONE.

03:10PM 2             WE'VE MARKED THIS DEMONSTRATIVE -- WHERE'S MY

03:10PM 3    NUMBER -- DX-DM-0005-0001.

03:10PM 4             THIS IS THAT SAME AERIAL PHOTOGRAPH WE LOOKED AT

03:10PM 5    EARLIER.  IT'S PRETTY HIGH RESOLUTION.  BUT THIS ONE KIND OF

03:10PM 6    ALSO SHOWS WHERE THE GULF INTRACOASTAL WATERWAY COMES IN FROM

03:10PM 7    THE RIGHT.  BACK UP, BACK TO -- YEAH, WE CAN SEE THE GULF

03:10PM 8    INTRACOASTAL WATERWAY COMING IN FROM THE RIGHT.  DO YOU SEE

03:10PM 9    THAT?

03:10PM 10   A.   YES, SIR.

03:10PM 11   Q.   I NOTICE THERE IS A LINE OF GREEN DOTS RIGHT NEXT TO THE

03:11PM 12   CANAL, TO THE RIGHT, OR TO THE EAST OF THE ORLEANS LEVEE

03:11PM 13   DISTRICT FLOODWALL.

03:11PM 14   A.   YES, SIR.

03:11PM 15   Q.   DO YOU KNOW WHAT THAT IS?

03:11PM 16   A.   THAT LOOKS LIKE A REPRESENTATION OF WHERE THE PORT OF

03:11PM 17   NEW ORLEANS FLOODWALL IS.

03:11PM 18   Q.   CAN YOU TELL ME WHAT YOU KNOW ABOUT THE PORT OF

03:11PM 19   NEW ORLEANS FLOODWALL?

03:11PM 20   A.   WELL, THEY WERE GOING TO BUILD A FLOODWALL -- WELL, THEY

03:11PM 21   STARTED BUILDING A FLOODWALL FROM WHERE IT TIES INTO OUR WALL

03:11PM 22   AT SEA-LAND ALL THE WAY UP TO THE NORTH TO JUST BY THE HIGH

03:11PM 23   RISE UP THERE, THE L&N BRIDGE, AND TIED BACK INTO OUR

03:11PM 24   FLOODWALL.

03:11PM 25            IT WOULD BE HIGHER, AND IT WOULD ALSO ELIMINATE

**HOURLY TRANSCRIPT**

03:11PM 1    HAVING TO CLOSE THE RAILROAD OFF TOO MANY TIMES DURING HIGH

03:11PM 2    TIDES.

03:11PM 3    Q.   I FAILED TO ASK YOU THIS QUESTION.  WHAT WAS THE

03:11PM 4    APPROXIMATE ELEVATION USING YOUR REFERENCE DATUM --

03:11PM 5            LET'S GO BACK TO THE PRIOR DEMONSTRATIVE AND GO BACK

03:11PM 6    TO THE LOCATION OF THE AREA, THE RED ARROW COMING BACK FROM THE

03:11PM 7    EAST.  BLOW IT UP CLOSE TO THAT RED ARROW.

03:12PM 8            IS THAT THE APPROXIMATE LOCATION OF THE BREACH THAT

03:12PM 9    YOU WERE TALKING ABOUT THAT YOU SAW?

03:12PM 10   A.   YEAH.  IT'S A LITTLE FURTHER THAN WHAT I THOUGHT IT WAS,

03:12PM 11   BUT THAT COULD BE THE CENTER.  I'M NOT SURE.  I DON'T KNOW HOW

03:12PM 12   LONG IT WAS.

03:12PM 13   Q.   WHAT ARE THE ELEVATIONS ALONG THERE FROM YOUR -- USING

03:12PM 14   YOUR REFERENCE DATUM?

03:12PM 15   A.   WELL, THAT WOULD BE, LIKE, 13.61.  YOU'VE GOT 13.46,

03:12PM 16   13.25, COMING BACK SOUTH.  THAT'S THE SAME THING AS I'VE IN MY

03:12PM 17   BOOK HERE.

03:12PM 18   Q.   HOW DOES --

03:12PM 19           GO BACK TO THE -- GO BOOK BACK TO THE NEXT

03:12PM 20   DEMONSTRATIVE, IF YOU WOULD, PLEASE.

03:12PM 21           HOW DOES THE -- THAT'S FINE, WE'LL LOOK AT IT HERE.

03:12PM 22   WELL, THAT'S FINE, TOO.

03:12PM 23           HOW DOES THE -- HOW DO THE ELEVATIONS RIGHT ALONG

03:12PM 24   THAT SECTION THAT YOU'VE JUST READ COMPARE, IF YOU KNOW, TO THE

03:12PM 25   ELEVATIONS OF THE PARTIALLY COMPLETED FLOODWALL RIGHT AT THE

**HOURLY TRANSCRIPT**

03:13PM  1    CANAL BANK?

03:13PM  2    A.   WHEN WE RAN OUR PROFILE -- YEAH, WE -- RIGHT WHEN YOU COME

03:13PM  3    OFF SEA-LAND'S DOCK, WHERE THE BLUE AND THE GREEN MEET, BLUE

03:13PM  4    DOTS AND THE GREEN DOTS MEET DOWN AT THE BOTTOM THERE, WE SHOT

03:13PM  5    THE TRANSITION FROM THE NEW FLOODWALL WHICH THE PORT HAD BUILT

03:13PM  6    BACK -- BECAUSE THEY TRANSITIONED INTO OUR FLOODWALL AT THAT

03:13PM  7    CORNER, AND I HAVE A COUPLE ELEVATIONS OF THEIR FLOODWALL.

03:13PM  8    THEN, WE START THE LEVEE PROFILE AFTER THAT.

03:13PM  9    Q.   WHAT DO YOU KNOW ABOUT THE ELEVATIONS ALONG THAT GREEN

03:13PM 10    LINE?

03:13PM 11    A.   WE ONLY SHOT TWO SHOTS, AND IT WAS A LITTLE OVER 15, 15.4,

03:13PM 12    15.3, RIGHT THERE AT THAT CORNER.

03:13PM 13            THE COURT:  IS THAT BASED ON THE DATA YOU'VE BEEN

03:13PM 14    TALKING ABOUT; IT HADN'T BEEN CONVERTED YET?

03:13PM 15            THE WITNESS:  NO, SIR.

03:13PM 16            MR. TREEBY:  THAT'S CORRECT.

03:13PM 17            THE COURT:  ALL RIGHT.

03:13PM 18                       EXAMINATION

03:13PM 19    BY MR. TREEBY:

03:13PM 20    Q.   SO THE DIFFERENCE, THOUGH, THAT'S WHAT I'M REALLY FOCUSING

03:13PM 21    ON, THE DIFFERENCE BETWEEN THAT ELEVATION AND THE ELEVATION OF

03:13PM 22    YOUR FLOODWALL OVER ON THE SHEET PILE FLOODWALL, WHAT IS THAT

03:14PM 23    DIFFERENCE?

03:14PM 24    A.   WELL, IT WOULD BE 15.4, AND YOU GOT 13.1.  THAT'S, WHAT, A

03:14PM 25    FOOT, 3.  AND THEN -- NO, I'M SORRY, THAT WOULD BE 2.3.  AND

**HOURLY TRANSCRIPT**

03:14PM 1   15.4, 13.2, THAT'S 2.1.  ABOUT TWO FEET, MAYBE, IF YOU AVERAGED

03:14PM 2   IT OUT.

03:14PM 3   Q.   SO THE FRONT FLOODWALL IS TWO FEET HIGHER THAN YOUR

03:14PM 4   FLOODWALL?

03:14PM 5   A.   YES, SIR, FROM WHAT I SHOT.

03:14PM 6   Q.   WAS THE ORLEANS LEVEE DISTRICT FLOODWALL THE PRIMARY FLOOD

03:14PM 7   PROTECTION BARRIER ON THE WEST SIDE OF THE INNER HARBOR

03:14PM 8   NAVIGATION CANAL?

03:14PM 9   A.   YES, SIR.

03:14PM 10   Q.   WHY ISN'T THE PORT OF NEW ORLEANS FLOODWALL THE PRIMARY

03:14PM 11   FLOOD PROTECTION BARRIER, SINCE IT'S CLOSER TO THE IHNC AND

03:14PM 12   HIGHER?

03:14PM 13   A.   IT WASN'T COMPLETED.  HE STOPPED SHORT.

03:14PM 14   Q.   WOULD YOU SHOW -- DO YOU HAVE A POINTER THERE?  LET ME

03:14PM 15   POINT, I THINK.

03:14PM 16   A.   I HAVE SOMETHING HERE.

03:14PM 17   Q.   IS THIS THE AREA THAT'S NOT COMPLETED?

03:14PM 18   A.   YES, SIR.

03:14PM 19        THE COURT:  SO AT THE TIME OF KATRINA, THE FLOODWALL

03:15PM 20   SHOWN WITH THE BLUE WAS THE PRIMARY FLOODWALL, BECAUSE THE

03:15PM 21   GREEN HAD NOT YET BEEN COMPLETED?

03:15PM 22        MR. TREEBY:  EXACTLY.

03:15PM 23                    EXAMINATION

03:15PM 24   BY MR. TREEBY:

03:15PM 25   Q.   DID THE HIGHER FLOODWALL OUT AT THE BANK OF THE CANAL --

**HOURLY TRANSCRIPT**

03:15PM 1    IT WAS HIGHER, AND THEREFORE -- WELL, IT WAS HIGHER.  LET'S

03:15PM 2    JUST LEAVE IT AT THAT.

03:15PM 3              THE TWO FLOODWALLS ARE ROUGHLY PARALLEL TO EACH

03:15PM 4    OTHER --

03:15PM 5    A.   YES, SIR.

03:15PM 6    Q.   -- AT THE POINT OF THE BREACH; IS THAT RIGHT?

03:15PM 7    A.   YES, SIR.

03:15PM 8    Q.   OKAY, JUST A COUPLE MORE QUESTIONS.

03:15PM 9              ARE YOU FAMILIAR WITH WHAT THE BERM OR LEVEE THAT

03:15PM 10   HELD THE I-WALL ON THE PROTECTED SIDE OF THE FLOODWALL ON THE

03:15PM 11   WEST SIDE WHERE IT FAILED LOOKED LIKE BEFORE KATRINA?

03:16PM 12   A.   YES, SIR.

03:16PM 13   Q.   WHAT DID IT LOOK LIKE?

03:16PM 14   A.   IT WAS LIKE A SMALL LITTLE LEVEE.  HAD GRASS ON IT.  AND

03:16PM 15   YOU WALKED -- I REMEMBER ON THE PROTECTED SIDE WHERE WE DID

03:16PM 16   MOST OF OUR PROFILES, THERE WAS LITTLE -- A NARROW PLACE --

03:16PM 17   FLAT ENOUGH THAT YOU COULD WALK ALONG THE WALL, YOU KNOW.

03:16PM 18   THERE WAS A WALL ON TOP.

03:16PM 19   Q.   IT HAD GRASS?

03:16PM 20   A.   YEAH, IT HAD GRASS, YES.

03:16PM 21   Q.   OBVIOUSLY, IT HAD DIRT UNDER THE GRASS?

03:16PM 22   A.   I ASSUME, YES, SIR.

03:16PM 23   Q.   HAD YOU OBSERVED THIS AREA PRIOR TO KATRINA FROM TIME TO

03:16PM 24   TIME BEFORE?

03:16PM 25   A.   WHENEVER I WAS ON ONE OF THE PROFILES WITH THE SURVEY

**HOURLY TRANSCRIPT**

03:16PM 1    GUYS, YES.

03:16PM 2    Q.   WOULD YOU ALSO HAVE OBSERVED IT DURING ANY INSPECTIONS?

03:16PM 3    A.   I WASN'T ON THE INSPECTIONS.

03:16PM 4         MR. DUDENHEFER:  I'M GOING TO OBJECT TO THE FORM.

03:16PM 5    INSPECTIONS.  WHOSE INSPECTIONS, WHEN?  I'M NOT SURE WHAT HE'S

03:16PM 6    SPEAKING OF.

03:16PM 7         THE COURT:  I THINK YOU SAID YOU WERE NOT ON THE

03:16PM 8    INSPECTION.

03:16PM 9         THE WITNESS:  NO, SIR.  NO, SIR.

03:16PM 10        THE COURT:  WE DON'T NEED TO DEFINE IT, I DON'T

03:16PM 11   THINK, UNLESS MR. TREEBY WANTS TO PURSUE IT.

03:16PM 12        MR. TREEBY:  NO.

03:17PM 13         LEAVE THAT BACK UP, IF YOU WOULD.  PUT IT BACK

03:17PM 14   UP.

03:17PM 15                           EXAMINATION

03:17PM 16   BY MR. TREEBY:

03:17PM 17   Q.   ARE YOU FAMILIAR WITH SOMETHING CALLED A COLD STORAGE

03:17PM 18   FACILITY THAT'S ABOUT RIGHT HERE WHERE I'M POINTING?

03:17PM 19   A.   YES, SIR.

03:17PM 20   Q.   WAS THE BREACH THAT YOU SAW SOUTH OF THAT COLD STORAGE

03:17PM 21   FACILITY?

03:17PM 22   A.   WELL, I WANT TO SAY YES, IT WAS.  I DON'T KNOW HOW FAR.

03:17PM 23   LIKE I SAID, I DIDN'T -- I JUST LOOK LOOKED AT THIS BRIEFLY AS

03:17PM 24   I WENT BY.

03:17PM 25        MR. TREEBY:  I WOULD REPRESENT TO THE COURT THAT THE

**HOURLY TRANSCRIPT**

03:17PM 1    PHOTOGRAPH IN DR. BEA'S REPORT WAS TAKEN FROM THE DIRECTION

03:17PM 2    THAT THIS PINK ARROW FINALLY SHOWS UP.

03:17PM 3           THE COURT:  AT LEAST IT FINALLY APPEARED.

03:17PM 4           MR. TREEBY:  MR. KING, THANK YOU.  I'M SURE

03:17PM 5    MR. DUDENHEFER HAS A COUPLE QUESTIONS FOR YOU.

03:17PM 6           THE COURT:  SHOULD I CHECK THE GOVERNMENT FIRST?

03:17PM 7    DOES THE GOVERNMENT HAVE ANY QUESTIONS?

03:17PM 8           MR. CARTER:  NO, YOUR HONOR.

03:18PM 9           MR. DUDENHEFER:  ONE MOMENT, YOUR HONOR.

03:18PM 10          THE COURT:  I'M SO GLAD I HAVE ALL OF THESE PICTURES

03:18PM 11   TO LOOK AT.  IT REALLY HELPS ME, I PROMISE.

03:18PM 12             ONE OF THE ADVANTAGES OF NOT HEARING SIMPLY

03:18PM 13   TESTIMONY, IT KEEPS THE JUDGE A LITTLE MORE ALERT.

03:18PM 14                      CROSS-EXAMINATION

03:18PM 15   BY MR. DUDENHEFER:

03:18PM 16   Q.   MR. KING, GOOD AFTERNOON.  I'M FRANK DUDENHEFER.

03:18PM 17   A.   HOW ARE YOU DOING, SIR?

03:18PM 18   Q.   I REPRESENT CERTAIN PLAINTIFF INTERESTS IN THE LITIGATION.

03:18PM 19             WOULD YOU KNOW OR COULD YOU TELL US FROM ANY OF THE

03:18PM 20   MANUALS YOU BROUGHT HERE TODAY WHAT WOULD BE THE HEIGHT OF THE

03:19PM 21   FLORIDA AVENUE ROADBED ABOVE THE SURFACE OF THE IHNC, IN OTHER

03:19PM 22   WORDS, THE DIFFERENTIAL IN HEIGHT?

03:19PM 23   A.   ARE YOU TALKING THE FLORIDA BRIDGE TIES IN THERE?

03:19PM 24   Q.   YES, SIR.

03:19PM 25   A.   LET ME SEE.

**HOURLY TRANSCRIPT**

03:19PM 1   Q.   THE ROADBED.  I'M SORRY, THE ROADBED ITSELF.

03:19PM 2   A.   THE ROADBED ITSELF.  YOU'RE TALKING ABOUT GOING PAST

03:19PM 3   SUREKOTE ROAD, AND YOU GO DOWN TO WHERE THE FLORIDA BRIDGE TIES

03:19PM 4   IN AT; IS THAT WHAT YOU'RE TALKING ABOUT?

03:19PM 5   Q.   I'LL SHOW YOU A PICTURE, WHICH IS BASICALLY THE AREA THAT

03:19PM 6   I'M INTERESTED IN.

03:20PM 7        MR. DUDENHEFER:  MAY I APPROACH, YOUR HONOR?

03:20PM 8        THE COURT:  YOU MAY.  WE CAN ELMO IT.

03:20PM 9        (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS,

03:20PM 10  THERE WAS AN OFF-THE-RECORD DISCUSSION.)

03:20PM 11                    EXAMINATION

03:20PM 12  BY MR. DUDENHEFER:

03:20PM 13  Q.   MR. KING, I'LL DIRECT YOU TO THE ELMO.  I'M TALKING ABOUT

03:20PM 14  IN THIS AREA HERE.  CAN YOU SEE MY PEN?

03:20PM 15  A.   THAT WOULD BE ON THE WEST SIDE OF THE INDUSTRIAL CANAL?

03:20PM 16  Q.   YES, SIR.  I'M INTERESTED, AGAIN, IN THE ROADBED ABOVE THE

03:20PM 17  WATER.

03:20PM 18  A.   OKAY.

03:20PM 19        WELL, THE CENTER LINE OF THE SILL OF THE GATE THAT

03:20PM 20  CROSSES -- WHERE THE ROAD CROSSES THROUGH IS ELEVATION 081.

03:20PM 21  Q.   I'M TALKING ABOUT AT THE POINT WHERE THAT ARROW IS.

03:20PM 22  A.   I CAN'T SEE THE ARROW.  THAT'S IN THE WATER.

03:20PM 23  Q.   IF YOU LOOK A LITTLE BIT TO THE LEFT OF THE BUILDING,

03:20PM 24  THERE IS AN ARROW RIGHT ABOVE MY PEN.

03:20PM 25        CAN YOU FOCUS IN A LITTLE BIT?

**HOURLY TRANSCRIPT**

03:20PM 1          THE COURT:  PART OF IT GOES INTO THE WATER, AND PART

03:20PM 2     OF IT --

03:20PM 3                         EXAMINATION

03:20PM 4     BY MR. DUDENHEFER:

03:20PM 5     Q.   PRETTY MUCH RIGHT AT THE TOP.

03:20PM 6     A.   OH, OKAY.  YEAH.  I SEE WHAT YOU MEAN, WHERE THE --

03:20PM 7     Q.   YES, SIR.

03:20PM 8     A.   -- IF THE BRIDGE WAS DOWN, IT WOULD MEET RIGHT THERE.

03:20PM 9     Q.   YES.

03:20PM 10    A.   OKAY.  NO, I DON'T KNOW.  WE DIDN'T SHOOT THAT BECAUSE

03:21PM 11    THAT'S NOT WHERE OUR FLOODWALL IS.

03:21PM 12    Q.   USING ANY REFERENCES TO ANY OF THE FLOODWALLS OR ANY OF

03:21PM 13    THE DOCK PROTECTION, COULD YOU GIVE US ANY UNDERSTANDING OF

03:21PM 14    WHAT THAT HEIGHT MIGHT BE?

03:21PM 15    A.   I CAN TELL YOU WHAT IT IS NOW.  IT WAS SOMEWHERE --

03:21PM 16          MR. TREEBY:  YOUR HONOR, PLEASE, WHAT IT IS NOW IS

03:21PM 17    NOT RELEVANT.

03:21PM 18          MR. REGAN:  IT HADN'T CHANGED.

03:21PM 19          THE COURT:  EXCUSE ME?

03:21PM 20          MR. DUDENHEFER:  WHAT IT IS NOW AND WHETHER OR NOT

03:21PM 21    IT'S CHANGED IS THE SECOND QUESTION.

03:21PM 22          THE COURT:  IF HE KNOWS.  HE CAN ONLY TESTIFY TO WHAT

03:21PM 23    HE KNOWS.

03:21PM 24                         EXAMINATION

03:21PM 25    BY MR. DUDENHEFER:

**HOURLY TRANSCRIPT**

03:21PM  1   Q.   DO YOU KNOW WHAT THE ROADBED HEIGHT IS NOW?

03:21PM  2   A.   YES.

03:21PM  3   Q.   WHAT IS IT?

03:21PM  4   A.   IT'S AROUND ELEVATION 8 TO 9.

03:21PM  5   Q.   DO YOU KNOW IF THAT'S CHANGED SINCE BEFORE KATRINA?

03:21PM  6   A.   BEFORE KATRINA?

03:21PM  7   Q.   YES, SIR.  HAVE THERE BEEN ANY KIND OF CONSTRUCTIONS OR

03:21PM  8   RENOVATIONS OR REMAKES OUT THERE WHICH WOULD HAVE RAISED THE

03:21PM  9   BED, IF YOU KNOW?

03:21PM 10   A.   I DON'T THINK SO.  I DON'T REMEMBER.

03:21PM 11   Q.   FAIR ENOUGH.  THANK YOU.

03:22PM 12         THE COURT:  YOU CAN TURN THE LIGHT OFF IF YOU WANT

03:22PM 13   TO.

03:22PM 14                        EXAMINATION

03:22PM 15   BY MR. DUDENHEFER:

03:22PM 16   Q.   WOULD YOU MIND PULLING UP DX-DM-0004-0001.  WOULD YOU MIND

03:22PM 17   DOING THAT FOR ME, PLEASE.  THANK YOU.

03:22PM 18         GOING BACK TO THIS FIGURE, THE PHOTOGRAPH IN THE

03:22PM 19   UPPER RIGHT-HAND CORNER, THIS IS NOT PHOTOGRAPH YOU TOOK?

03:22PM 20   A.   OH, NO.  NO, SIR.

03:22PM 21   Q.   YOU'VE SEEN IT ONLY IN CONNECTION WITH MATERIALS THAT

03:22PM 22   MR. TREEBY HAS SHOWN YOU?

03:22PM 23   A.   YES, SIR.  YES, SIR.

03:22PM 24   Q.   IF THERE ARE OTHER PHOTOGRAPHS THAT DEPICT THIS AREA IN A

03:23PM 25   SIMILAR WAY, YOU HAVEN'T SEEN THOSE PHOTOGRAPHS?

                        **HOURLY TRANSCRIPT**

03:23PM 1    A.    NO, SIR.

03:23PM 2    Q.    YOU CAN'T TELL US ANYTHING ABOUT THE DIMENSIONS OF THE

03:23PM 3    DITCH ON THE RIGHT-HAND SIDE OR THE WATER --

03:23PM 4    A.    NO, SIR.  I DIDN'T EVEN SEE THE BACK SIDE AT ALL.

03:23PM 5    Q.    I UNDERSTAND.  YOU WERE LOOKING FROM THE OTHER SIDE?

03:23PM 6    A.    YEAH, BRIEFLY, AS I WENT BY, YES, SIR.

03:23PM 7    Q.    CAN YOU TELL US ANYTHING ABOUT THE LEVELS OF WATER THAT

03:23PM 8    CAME UP THROUGH EITHER THE MRGO CHANNEL OR THAT WERE IN THE

03:23PM 9    INDUSTRIAL CANAL AT ANY TIME DURING THE KATRINA EVENT?

03:23PM 10   A.    NO, SIR.

03:23PM 11   Q.    YOU DON'T KNOW THE HEIGHTS AT ANY POINT ANYPLACE THAT YOU

03:23PM 12   CAN HELP US UNDERSTAND?

03:23PM 13   A.    WE HAD ELECTRONIC GAUGES.

03:23PM 14   Q.    YES.

03:23PM 15   A.    AND THEY WENT BAD WHEN IT GOT TO ABOUT 10.  THEY GOT

03:23PM 16   WASHED OUT.

03:23PM 17          NOW, I KNOW -- I KNOW THE LAKE, BECAUSE I WAS

03:23PM 18   STATIONED AT THE LAKEFRONT AIRPORT -- YOU KNOW WHERE THAT IS,

03:23PM 19   SIR.

03:23PM 20   Q.    YES, SIR.

03:23PM 21   A.    THAT'S WHERE I WAS AT.  AND I DON'T KNOW HOW MUCH WATER

03:23PM 22   WAS IN THE LOBBY.  I KNOW THE ELEVATION OF THE DECK OF THE

03:23PM 23   LOBBY, BUT I DON'T KNOW -- AT INDUSTRIAL CANAL.  I KNOW I

03:23PM 24   HEARD SO MANY FIGURES ON ACTUALLY HOW HIGH IT GOT.

03:24PM 25   Q.    JUST SO WE'RE CLEAR, THIS GREEN FLOODWALL HERE, THAT WAS

**HOURLY TRANSCRIPT**

03:24PM 1   AN INCOMPLETE FLOODWALL, CORRECT?

03:24PM 2   A.   YES, SIR.  YES, SIR.

03:24PM 3   Q.   AT THE TOP, RIGHT UNDER -- A LITTLE BIT TO THE LEFT OF

03:24PM 4   WHERE THAT PHOTOGRAPH IS, THERE WAS NO LEVEE THERE; IS THAT

03:24PM 5   CORRECT?

03:24PM 6   A.   NO, SIR, JUST BANK LINE.

03:24PM 7   Q.   IF I'M NOT MISTAKEN, THERE IS A GREEN LINE -- THERE IS A

03:24PM 8   GREEN DOT THAT'S TO THE LEFT OF THE PHOTOGRAPH, JUST A LITTLE

03:24PM 9   BIT DOWN FURTHER.  RIGHT THERE.  NO, COULD WE GO BACK.

03:24PM 10         AT 8.12 -- 8.23, THAT'S AN ELEVATION AS TO WHAT?

03:24PM 11  A.   I HAVE NO IDEA.  I DIDN'T SHOOT THAT.

03:24PM 12  Q.   BUT THAT IS AN ELEVATION AT THAT POINT.

03:24PM 13  A.   YEAH, THAT LOOKS LIKE AN ELEVATION, LIKE SOMEBODY SHOT

03:24PM 14  SOMETHING THERE.

03:24PM 15  Q.   THANK YOU VERY MUCH.  IF WE COULD GO BACK TO THE LARGER.

03:24PM 16         NOW, LET ME ASK YOU THIS QUESTION, ANYWHERE ALONG

03:24PM 17  THIS BLUE, ALONG THE FLOOD PROTECTION LEVEE THAT'S DESIGNATED

03:25PM 18  WITH THE BLUE, BEFORE KATRINA WAS THAT WALL INTACT, OR WERE

03:25PM 19  THERE ANY OPENINGS OR PENETRATIONS?

03:25PM 20  A.   OTHER THAN THE TWO FLOODGATES AT THE BOTTOM -- AT

03:25PM 21  FRANCE ROAD PARKWAY --

03:25PM 22  Q.   YES, SIR.

03:25PM 23  A.   -- THAT WAS A SOLID FLOODWALL UNTIL IT GOT TO -- UNTIL IT

03:25PM 24  GOT NEAR ALMONASTER --

03:25PM 25  Q.   YES, SIR.

**HOURLY TRANSCRIPT**

03:25PM 1   A.   -- AND IT HUNG A RIGHT TOWARD THE EAST AND THEN BECAME

03:25PM 2   LEVEE, AND THAT WAS IT.

03:25PM 3   Q.   BUT THERE WERE TWO OPEN GATES?

03:25PM 4   A.   TWO OPENINGS IN THE FLOODWALL.

03:25PM 5   Q.   THERE WERE OPENINGS?

03:25PM 6   A.   THE GATES WEREN'T OPENED FOR THE STORM.  THEY WERE CLOSED.

03:25PM 7   BUT THERE ARE TWO OPENINGS IN THE FLOODWALL THERE.

03:25PM 8   Q.   WERE THEY BOTH TOTALLY CLOSED?

03:25PM 9   A.   OH, YES, SIR.  YES, SIR.

03:25PM 10   Q.   DID EITHER ONE OF THOSE FAIL?  THIS IS DURING --

03:25PM 11   A.   NOT THAT I KNOW OF.

03:25PM 12   Q.   -- OF KATRINA?

03:25PM 13   A.   NOT THAT I KNOW OF.

03:25PM 14   Q.   THERE WAS SOME SEEPAGE AT ONE OF THOSE FLOODWALLS, THERE

03:25PM 15   WAS NOT?

03:25PM 16   A.   I DON'T KNOW OF ANY REPORTS.

03:25PM 17        THE COURT:  YOU'RE TALKING ABOUT ONE OF THE

03:25PM 18   FLOODGATES OR THE ALONG THE BLUE FLOODWALL?

03:25PM 19        MR. DUDENHEFER:  ALONG THE BLUE FLOODWALL, WERE THERE

03:25PM 20   ANY FAILURES ALONG THAT AREA?

03:25PM 21        THE COURT:  YOU USED A PLURAL AND --

03:26PM 22        MR. DUDENHEFER:  I'M SORRY.  I APOLOGIZE, SIR.

03:26PM 23                  EXAMINATION

03:26PM 24   BY MR. DUDENHEFER:

03:26PM 25   Q.   ARE YOU AWARE OF ANY FAILURES ANYWHERE ALONG THAT

**HOURLY TRANSCRIPT**

03:26PM 1    FLOODWALL THAT'S DESIGNATED BY THE BLUE SURVEY ELEVATIONS?

03:26PM 2    A.   OTHER THAN WHAT HAPPENED DURING KATRINA, YOU MEAN?

03:26PM 3    Q.   THAT OCCURRED DURING KATRINA?

03:26PM 4    A.   HOW FAR NORTH DOES THE PICTURE GO?  I MEAN, AS FAR NORTH

03:26PM 5    AS THIS GOES, I DON'T KNOW OF ANY, NO.

03:26PM 6    Q.   SO YOU'RE NOT AWARE OF ANY FAILURES ON THAT PARTICULAR --

03:26PM 7    A.   ON THIS PARTICULAR PICTURE, OTHER THAN WHAT HAPPENED NEAR

03:26PM 8    COLD STORAGE ROAD.

03:26PM 9    Q.   YES, SIR.

03:26PM 10   A.   THEN, THE DIRT LEVEE RIGHT HERE GOT WASHED AWAY.

03:26PM 11   Q.   WHAT DIRT LEVEE?

03:26PM 12   A.   THE ONE THAT RUNS AT THE VERY BOTTOM OF THE PICTURE, THAT

03:26PM 13   RUNS FROM SEA-LAND GOING TO -- OVER TO FRANCE ROAD.  THAT RIGHT

03:26PM 14   THERE.  YES, SIR.

03:26PM 15           THE COURT:  THAT'S A DIRT ROAD.

03:26PM 16           THE WITNESS:  YES, IT'S A REGULAR SOD LEVEE.

03:26PM 17           THE COURT:  RIGHT.

03:26PM 18                          EXAMINATION

03:26PM 19   BY MR. DUDENHEFER:

03:26PM 20   Q.   THERE WAS NO BARRIER TO -- WHERE THE RED TRIANGLE IS TO

03:27PM 21   THE LEFT OF THE PHOTOGRAPH, THERE WAS NO BARRIER WHICH WOULD

03:27PM 22   PREVENT WATER PENETRATION FROM THERE, CORRECT?

03:27PM 23   A.   I DON'T KNOW WHAT THAT GREEN DOT REPRESENTS.  I MEAN, I

03:27PM 24   DON'T KNOW WHAT'S THERE.  I CAN'T REALLY TELL.

03:27PM 25   Q.   BUT DO YOU KNOW WHETHER OR NOT THERE IS ANY FLOOD

                          **HOURLY TRANSCRIPT**

03:27PM 1    PROTECTION BARRIER, FLOODWALL, LEVEE OR DYKE THAT WOULD RETAIN

03:27PM 2    WATER?

03:27PM 3    A.   NO, JUST A BANK LINE, JUST WHERE THE COMPANIES,

03:27PM 4    BOH BROTHERS, PONTCHARTRAIN MATERIALS, WHATEVER IS IN THERE,

03:27PM 5    WOULD BUILD THEIR BANK UP, YOU KNOW, SO THEY WOULDN'T FLOOD

03:27PM 6    DURING HIGH TIDE, REGULAR NORMAL HIGH TIDES.

03:27PM 7    Q.   YES, SIR.

03:27PM 8    A.   THAT'S ALL I KNOW THAT WAS IN THERE.

03:27PM 9    Q.   LET ME ASK YOU THIS QUESTION.  MR. TREEBY FOCUSED ON TWO

03:27PM 10   ELEVATIONS THAT HE FOUND TO BE IN ERROR, AS YOU WILL, BECAUSE

03:27PM 11   OF TRANSPOSITION.

03:27PM 12   A.   OKAY.

03:27PM 13   Q.   WOULD YOU THINK THAT STATISTICALLY ACROSS HERE YOU WOULD

03:27PM 14   FIND SIMILAR ERRORS AT SOME PERCENTAGE OF THESE?  BECAUSE,

03:27PM 15   AGAIN, AS I'VE ALWAYS THOUGHT, SURVEYING, AT LEAST UP TO FIVE

03:27PM 16   OR 10 YEARS AGO, WAS NOT AN ABSOLUTE EXACT SCIENCE AND RELIED

03:27PM 17   ON A LOT OF JUDGMENT AND PLACEMENT.

03:28PM 18   A.   WELL, I WOULD SAY THAT, YOU KNOW, WE TRY TO GET THE

03:28PM 19   SURVEYS AS ACCURATE AS WE CAN.  BECAUSE OF OUR LONG RUNS, WE

03:28PM 20   HAVE TBM'S ALONG THE WAY, BENCHMARKS AND TBM'S WE TIE INTO.

03:28PM 21   Q.   YES, SIR.

03:28PM 22   A.   BECAUSE IT WOULD BE HARD TO START -- I MEAN, YOU CAN DO

03:28PM 23   IT.  YOU CAN START AT, SAY, THE ST. CLAUDE LOCKS AND RUN ALL

03:28PM 24   THE WAY TO THE LAKE AND HAVE ONE BENCHMARK AT EACH END, BUT

03:28PM 25   YOU'D BE OFF.  YOU KNOW, THAT'S WHY YOU'VE GOT TO TIE -- YOU'VE

**HOURLY TRANSCRIPT**

03:28PM 1   GOT TO MAKE SURE YOU'RE TIED IN.  YOU DO IT AS CLOSE AS YOU

03:28PM 2   KNOW.

03:28PM 3        IF YOU HIT A KNOWN BENCHMARK AND YOU'RE TWO OR THREE

03:28PM 4   HUNDREDTHS OFF, YOU CORRECT UP, AND YOU GO ON TO THE NEXT ONE.

03:28PM 5   THAT'S BASICALLY HOW WE RAN OUR PROFILES.

03:28PM 6   Q.   I UNDERSTAND.

03:28PM 7   A.   YOU DO HAVE, LIKE YOU SAID, ERRORS.  YOU GET ONE OR TWO A

03:28PM 8   SURVEY, MAYBE, YOU KNOW.

03:28PM 9   Q.   YOU WOULDN'T BE SURPRISED IF THERE WERE SIMILAR PROBLEMS

03:28PM 10  WITH ELEVATIONS AT OTHER PLACES DEPICTED ON THIS, WOULD YOU?

03:28PM 11  A.   NO.  YOU COULD HAVE ONE OR TWO.  I DON'T THINK -- USUALLY,

03:28PM 12  WE CATCH THEM A LOT OF TIMES IN THE FIELD.  WHEN YOU DO THE

03:28PM 13  NOTES, YOU MIGHT CATCH THEM IN THE FIELD.

03:28PM 14        IF YOU DON'T, YOU'LL CATCH THEM IN THE OFFICE.  BUT I

03:28PM 15  DON'T REMEMBER DOING A PROFILE THAT HAD MORE THAN ONE OR TWO,

03:28PM 16  TELL YOU THE TRUTH.

03:29PM 17  Q.   LET ME ASK YOU THIS:  ON YOUR OBSERVATION WHEN YOU DROVE

03:29PM 18  OUT, WHAT DID YOU TELL US ABOUT THE CONDITION OF WATER OR THE

03:29PM 19  PRESENCE OF WATER BETWEEN THE BLUE FLOODWALL AND THE GREEN

03:29PM 20  WALL?  WAS THAT OVERFLOWED WITH WATER AT THE TIME YOU SAW IT?

03:29PM 21  A.   NO, IT WASN'T.

03:29PM 22  Q.   IT HAD DRAINED BY THAT POINT?

03:29PM 23  A.   THERE MAY HAVE BEEN SOME STANDING WATER IN THERE.  I CAN'T

03:29PM 24  REMEMBER NOW.

03:29PM 25        BUT I REMEMBER -- I DON'T REMEMBER IF THERE WAS ANY

**HOURLY TRANSCRIPT**

03:29PM 1   WATER, STANDING WATER, BUT THIS IS, YOU KNOW, AFTER KATRINA.

03:29PM 2   THIS IS -- THE WATER HAD RECEDED ON THAT SIDE, I THINK, YOU

03:29PM 3   KNOW, BECAUSE THAT WAS WATER THAT WAS EXPOSED TO THE TIDAL

03:29PM 4   FLOW.  SO I DON'T REMEMBER IT BEING HIGH IN THERE AT ALL.

03:29PM 5   Q.   DO YOU KNOW WHETHER OR NOT IT FILLED DURING KATRINA?

03:29PM 6   A.   OH, YEAH.  I MEAN, IT WOULD HAVE HAD TO HAVE BEEN.  I

03:29PM 7   MEAN, I DIDN'T SEE IT PERSONALLY, NO.

03:29PM 8        MR. DUDENHEFER:  THANK YOU VERY MUCH, YOUR HONOR.  I

03:30PM 9   HAVE NO FURTHER QUESTIONS.

03:30PM 10       THE COURT:  THANK YOU.  ANY REDIRECT, SIR?

03:30PM 11       MR. TREEBY:  NO REDIRECT, YOUR HONOR.

03:30PM 12       THE COURT:  THANK YOU, SIR.

03:30PM 13       THE WITNESS:  THANK YOU, SIR.

03:30PM 14       THE COURT:  BE CAREFUL GETTING OUT THERE, WITH ALL

03:30PM 15  THE WIRES.  IT'S SORT OF LIKE AN OBSTACLE COURSE.

03:30PM 16            THIS WITNESS IS RELEASED, I'M ASSUMING?  YOU CAN

03:30PM 17  STAY OR GO OR -- TALKING TO THE WITNESS, HE CAN STAY OR HE CAN

03:30PM 18  GO.

03:30PM 19       MR. FARRELL:  GOOD AFTERNOON, YOUR HONOR.

03:30PM 20       THE COURT:  GOOD AFTERNOON, SIR.

03:30PM 21       MR. FARRELL:  CHRISTOPHER FARRELL FOR

03:30PM 22  WASHINGTON GROUP.

03:30PM 23            WASHINGTON GROUP NOW CALLS DR. ROBERT DALRYMPLE.

03:30PM 24  HE'S AN EXPERT WITNESS.  HE'S GOING TO BE TESTIFYING ON

03:31PM 25  HYDROLOGICAL ISSUES, AND HE HAS HIS PRESENTATION ON HIS LAPTOP.

**HOURLY TRANSCRIPT**

03:31PM 1    WE'VE ARRANGED TO HAVE IT HOOKED UP TO THE SYSTEM HERE.

03:31PM 2              THE COURT:  ABSOLUTELY.  GO AHEAD AND ADMINISTER THE

03:31PM 3    OATH.

03:31PM 4              THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT

5    HAND.  DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY WHICH YOU ARE

6    ABOUT TO GIVE WILL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING

7    BUT THE TRUTH, SO HELP YOU GOD?

8              THE WITNESS:  I DO.

9                        **ROBERT DALRYMPLE**

10   WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY

11    THE CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS FOLLOWS:

03:32PM 12             THE DEPUTY CLERK:  WOULD YOU STATE YOUR NAME AND

03:32PM 13   SPELL IT FOR THE RECORD.

03:32PM 14             THE WITNESS:  MY NAME IS ROBERT A. DALRYMPLE, AND

03:32PM 15   IT'S D-A-L-R-Y-M-P-L-E.

03:32PM 16                  VOIR DIRE EXAMINATION

03:32PM 17   BY MR. FARRELL:

03:32PM 18   Q.   GOOD AFTERNOON, DR. DALRYMPLE.  CAN YOU TELL THE COURT

03:33PM 19   YOUR CURRENT OCCUPATION.

03:33PM 20   A.   YES.  I'M A PROFESSOR OF CIVIL ENGINEERING AT JOHNS

03:33PM 21   HOPKINS UNIVERSITY.

03:33PM 22   Q.   AND -- EXCUSE ME.  WHAT'S THE FOCUS OF YOUR WORK IN THE

03:33PM 23   DEPARTMENT OF CIVIL ENGINEERING AT JOHNS HOPKINS?

03:33PM 24   A.   I TEACH COASTAL ENGINEERING AND WATER WAVE MECHANICS AND

03:33PM 25   FLUID MECHANICS AS WELL.

**HOURLY TRANSCRIPT**

03:33PM 1    Q.   I SEE WE'VE GOT YOUR SLIDES UP HERE.  I ACTUALLY WANT TO

03:33PM 2    PUT ONE EXHIBIT UP ON THE SCREEN BEFORE WE GET TO YOUR

03:33PM 3    PRESENTATION, AND WE SEEM TO HAVE A VERTICAL TECHNICAL ISSUE.

03:33PM 4            MR. FARRELL:  ERIC, CAN YOU PLEASE PUT UP

03:33PM 5    DX-0279-001.  CAN YOU GO TO PAGE 2, PLEASE.

03:33PM 6                     EXAMINATION

03:33PM 7    BY MR. FARRELL:

03:33PM 8    Q.   DR. DALRYMPLE, DO YOU RECOGNIZE THIS EXHIBIT?

03:34PM 9    A.   YES.  THAT'S MY CURRICULUM VITAE.

03:34PM 10           MR. FARRELL:  NOW, YOUR HONOR, I WOULD MOVE DX-0279

03:34PM 11   INTO EVIDENCE, DR. DALRYMPLE'S VITAE.

03:34PM 12           MR. BRUNO:  NO OBJECTION?

03:34PM 13           THE COURT:  LET IT BE ADMITTED.

03:34PM 14           MR. FARRELL:  LET'S SEE IF WE CAN BRING IT THE BACK

03:34PM 15   TO YOUR SLIDE PRESENTATION.

03:34PM 16           THE WITNESS:  I THINK WE HAVE A RESOLUTION ISSUE

03:34PM 17   HERE.

03:34PM 18           MR. FARRELL:  THERE WE GO.

03:35PM 19           THE WITNESS:  NO, IT'S THE SAME PROBLEM.  IT'S GOOD

03:35PM 20   THERE.

03:35PM 21                     EXAMINATION

03:35PM 22   BY MR. FARRELL:

03:35PM 23   Q.   ARE YOU ALL RIGHT THERE, DR. DALRYMPLE, THEN?

03:36PM 24   A.   I'M PERFECTLY FINE, THANKS.

03:36PM 25   Q.   SO I THINK WE WERE TALKING ABOUT YOUR EXPERIENCE IN

**HOURLY TRANSCRIPT**

03:36PM 1    COASTAL ENGINEERING.  AND WASHINGTON GROUP HAS RETAINED YOU IN

03:36PM 2    THIS MATTER TO PROVIDE CIVIL AND COASTAL ENGINEERING EXPERTISE

03:36PM 3    AND OPINIONS IN CONNECTION WITH THE BREACHES ALONG THE

03:36PM 4    EAST BANK OF THE IHNC DURING HURRICANE KATRINA; IS THAT

03:36PM 5    CORRECT?

03:36PM 6    A.   THAT'S CORRECT.

03:36PM 7    Q.   AND JUST SO THAT THE RECORD IS CLEAR, WHEN I SAY CIVIL AND

03:36PM 8    COASTAL ENGINEERING, I AM REFERRING TO EXPERTISE RELATING TO

03:36PM 9    STORM SURGE, WAVES, WATER FLOW, OVERTOPPING AND TIDES; IS THAT

03:36PM 10   A FAIR REPRESENTATION?

03:36PM 11   A.   YES.

03:36PM 12   Q.   OKAY.  HOW LONG HAVE YOU STUDIED COASTAL ENGINEERING?

03:36PM 13   A.   WELL, I STARTED STUDYING COASTAL ENGINEERING IN 1967.

03:36PM 14   Q.   SO MY MATH -- THERE IS A REASON I BECAME --

03:36PM 15   A.   I WAS GOING TO LEAVE IT FOR YOU.

03:36PM 16   Q.   I'M SORRY?

03:36PM 17   A.   I WAS GOING TO LEAVE THE MATH TO YOU.

03:36PM 18   Q.   SO I'LL SAY MORE THAN 40 YEARS.

03:36PM 19   A.   YES.

03:36PM 20          THE COURT:  THAT'S SAFE.

03:36PM 21                         EXAMINATION

03:36PM 22   BY MR. FARRELL:

03:36PM 23   Q.   DR. DALRYMPLE, CAN YOU PLEASE PROVIDE THE COURT WITH A

03:37PM 24   SUMMARY OF YOUR WORK AS IT RELATES TO CIVIL AND COASTAL

03:37PM 25   ENGINEERING --

**HOURLY TRANSCRIPT**

03:37PM 1   A.   WELL, MY WORK --

03:37PM 2   Q.   -- AND YOUR EXPERIENCE.

03:37PM 3   A.   MY EXPERIENCE IS PRIMARILY IN TEACHING COURSES IN COASTAL

03:37PM 4   ENGINEERING, WATER WAVE MECHANICS, FLUID MECHANICS, COASTAL

03:37PM 5   MODELING, DO RESEARCH IN WATER WAVE MECHANICS, AND A LITTLE BIT

03:37PM 6   OF CONSULTING ON THE SIDE IN VARIOUS ENGINEERING PROJECTS.

03:37PM 7   Q.   CAN YOU PLEASE EXPLAIN TO THE COURT A FEW OF THOSE TERMS.

03:37PM 8   LET'S START WITH WATER WAVE MECHANICS.  WHAT IS THAT?

03:37PM 9   A.   THAT'S THE THEORY OF HOW WATER WAVES PROPAGATE.  SO WE

03:37PM 10  LOOK AT THINGS LIKE HOW FAST DO THEY GO, GIVEN THEIR SIZE AND

03:37PM 11  THE WATER DEPTH.  WE LOOK AT THE RELATIONSHIP BETWEEN THE

03:37PM 12  FREQUENCY OF THE WAVES AND THE LENGTH OF THE WAVES.  AND THEN

03:37PM 13  PRIMARILY IT'S FOR THE OFFSHORE INDUSTRY IN TERMS OF WHAT THE

03:37PM 14  WATER PARTICLE KINEMATICS ARE AND WHAT KIND OF FORCES DEVELOP

03:37PM 15  ON STRUCTURES.

03:37PM 16  Q.   HOW ABOUT COASTAL MODELING?  WHAT'S COASTAL MODELING?

03:37PM 17  A.   COASTAL MODELING.  ONE OF THE TOPICS I'VE DONE RESEARCH IN

03:38PM 18  DURING MY CAREER IS TO DEVELOP MODELS THAT PREDICT HOW WAVES

03:38PM 19  PROPAGATE FROM OFFSHORE TO ONSHORE.  SO IF YOU'RE DESIGNING A

03:38PM 20  HARBOR OR COASTAL FACILITY, YOU KNOW WHAT THE WAVES LOOK LIKE

03:38PM 21  AT THAT LOCATION BASED ON KNOWING THE OFFSHORE INFORMATION

03:38PM 22  ABOUT THE WAVES.

03:38PM 23       SO WE DEVELOPED OVER TIME THREE OR FOUR MODELS THAT

03:38PM 24  ARE OPEN SOURCE MODELS TO THE COMMUNITY TO USE FOR WAVE

03:38PM 25  PROPAGATION AND ENGINEERING DESIGN.

**HOURLY TRANSCRIPT**

03:38PM  1    Q.   ALL RIGHT.   AND I APOLOGIZE IF I ASKED YOU THIS ALREADY.

03:38PM  2    CAN YOU WALK THROUGH YOUR EXPERIENCE -- YOU'RE AT JOHNS HOPKINS

03:38PM  3    NOW.   WHERE WERE YOU BEFORE JOHNS HOPKINS?

03:38PM  4    A.   BEFORE JOHNS HOPKINS, I WAS AT THE UNIVERSITY OF DELAWARE

03:38PM  5    AND I WAS THERE 39 YEARS SERVING IN THE VARIOUS ROLES AS A

03:38PM  6    PROFESSOR FROM ASSISTANT PROFESSOR ALL THE WAY TO BEING

03:38PM  7    APPOINTED THE EDWARD C. DAVIS PROFESSOR.

03:38PM  8         I DID SOME -- A COUPLE OF YEARS AS ASSISTANT DEAN IN

03:39PM  9    THE ENGINEERING DEAN'S OFFICE, AND ALSO FOUNDED AND DIRECTED

03:39PM 10    THE CENTER FOR APPLIED COASTAL RESEARCH, WHICH IS A COASTAL

03:39PM 11    ENGINEERING RESEARCH GROUP WITH A NUMBER OF FACULTY, FOUR

03:39PM 12    FACULTY IN COASTAL ENGINEERING AND A NUMBER OF GRADUATE

03:39PM 13    STUDENTS AND VISITORS FROM ABROAD.

03:39PM 14    Q.   AND DURING YOUR TIME AS A PROFESSOR, HAVE YOU AUTHORED ANY

03:39PM 15    TEXTBOOKS RELATING TO CIVIL OR COASTAL ENGINEERING?

03:39PM 16    A.   YES, TWO TEXTBOOKS.   ONE ON WATER WAVE MECHANICS FOR

03:39PM 17    ENGINEERS AND SCIENTISTS WHICH IS PUBLISHED BY PRENTICE HALL

03:39PM 18    AND REPUBLISHED BY WORLD SCIENTIFIC PRESS.   AND COASTAL

03:39PM 19    PROCESSES FOR ENGINEERING APPLICATIONS, WHICH IS PUBLISHED BY

03:39PM 20    CAMBRIDGE UNIVERSITY PRESS.

03:39PM 21    Q.   I THINK WE'VE GOT THE NEXT SLIDE HERE.   AND WE'VE

03:39PM 22    MENTIONED TEXTBOOKS.   HAVE YOU AUTHORED ANY PEER-REVIEWED

03:39PM 23    ARTICLES OR REFEREED PAPERS RELATING TO COASTAL ENGINEERING?

03:40PM 24    A.   YES, I'VE WRITTEN A NUMBER OF PAPERS ON VARIOUS TOPICS IN

03:40PM 25    COASTAL ENGINEERING, PRIMARILY OR WATER WAVE MECHANICS AND

**HOURLY TRANSCRIPT**

03:40PM 1    TIDAL INLETS AND OTHER TOPICS.

03:40PM 2    Q.   AND ARE YOU FAMILIAR -- I THINK YOU MAY HAVE SAID ALREADY

03:40PM 3    THAT YOU ARE, BUT ARE YOU FAMILIAR WITH THE USE OF COMPUTER

03:40PM 4    MODELING IN THE STUDY OF COASTAL ENGINEERING?

03:40PM 5    A.   YES, I USE COMPUTER MODELING EXTENSIVELY.

03:40PM 6    Q.   DR. DALRYMPLE, DO YOU HOLD ANY PROFESSIONAL LICENSES?

03:40PM 7    A.   YES.  I'M A REGISTERED PROFESSIONAL ENGINEER IN THE STATE

03:40PM 8    OF DELAWARE AND HAVE BEEN SINCE 1976.

03:40PM 9    Q.   AND I SEE BELOW THIS ON THE SLIDE, THERE IS A

03:40PM 10   CERTIFICATION DIPLOMATE IN COASTAL ENGINEERING FROM THE ACOPNE

03:40PM 11   FROM 2010 TO THE PRESENT.  WHAT'S THAT?

03:40PM 12   A.   THIS IS A RELATIVELY NEW CERTIFICATION FOR PROFESSIONAL

03:40PM 13   ENGINEERS TO CERTIFY THAT THEY ARE QUALIFIED TO PRACTICE

03:40PM 14   COASTAL ENGINEERING.  SO IT'S DISTINCT FROM BEING A

03:40PM 15   PROFESSIONAL CIVIL ENGINEER.  IT'S TO SAY THAT I HAVE EXPERTISE

03:40PM 16   IN COASTAL ENGINEERING AS WELL.

03:41PM 17   Q.   AND ARE YOU A MEMBER OF ANY PROFESSIONAL ENGINEERING

03:41PM 18   SOCIETIES?

03:41PM 19   A.   A NUMBER OF SOCIETIES, THE AMERICAN SOCIETY OF CIVIL

03:41PM 20   ENGINEERS, THE AMERICAN GEOPHYSICAL UNION, A COUPLE OTHERS IN

03:41PM 21   MY CAREER, BUT THOSE ARE THE PRIMARY ONES.  AND I'M ALSO A

03:41PM 22   MEMBER OF THE NATIONAL ACADEMY OF ENGINEERING.

03:41PM 23   Q.   LET'S START THERE WITH THE NATIONAL ACADEMY OF

03:41PM 24   ENGINEERING.  WHAT'S THAT?

03:41PM 25   A.   THAT'S AN ORGANIZATION OF ENGINEERS THAT IS -- THAT'S

**HOURLY TRANSCRIPT**

03:41PM 1    BASICALLY -- IT'S A LITTLE BIT HARD TO DESCRIBE.  IT'S A PART

03:41PM 2    OF THE NATIONAL ACADEMIES OF SCIENCE AND MEDICINE, AND THE IDEA

03:41PM 3    IS THAT THEY SELECT WHAT THEY CONSIDER TO BE THE TOP ENGINEERS

03:41PM 4    IN VARIOUS FIELDS, IN THIS CASE OF ENGINEERING.  SO THERE ARE

03:41PM 5    ABOUT 2,000 ENGINEERS THAT HAVE BEEN SELECTED FROM AROUND THE

03:41PM 6    COUNTRY TO BE MEMBERS OF THE NATIONAL ACADEMY.

03:42PM 7            AS PART OF THE NATIONAL ACADEMY, THEY HAVE THE

03:42PM 8    NATIONAL RESEARCH COUNCIL, WHICH PROVIDES *PRO BONO* ADVICE TO

03:42PM 9    THE GOVERNMENT, SO IT'S CONTRACTED BY THE GOVERNMENT TO PROVIDE

03:42PM 10   ADVICE ON VARIOUS MATTERS.  THERE ARE ABOUT A THOUSAND

03:42PM 11   COMMITTEES A YEAR THAT ARE PROVIDING INFORMATION TO THE

03:42PM 12   GOVERNMENT.

03:42PM 13   Q.   AND BELOW THAT ON THE SLIDE, WE HAVE FIVE NATIONAL

03:42PM 14   RESEARCH COUNCIL COMMITTEES.  WHAT'S THE NATIONAL RESEARCH

03:42PM 15   COUNCIL?

03:42PM 16   A.   THAT'S WHAT I WAS JUST TALKING ABOUT.  IT'S PART OF THE

03:42PM 17   NATIONAL ACADEMIES, AND SO MEMBERS OF THE NATIONAL ACADEMY AS

03:42PM 18   WELL AS OTHER EXPERTS AROUND THE COUNTRY, SAY, COMMITTEES OF

03:42PM 19   12, ARE PROVIDING *PRO BONO* RESEARCH TO THE GOVERNMENT, VARIOUS

03:42PM 20   GOVERNMENT AGENCIES THAT CONTRACT WITH THE NATIONAL RESEARCH

03:42PM 21   COUNCIL.

03:42PM 22   Q.   AND CAN YOU TELL US ABOUT THE -- SOME OF THE COMMITTEES

03:42PM 23   THAT -- SOME OF THE FIVE OF THE COMMITTEES THAT YOU HAVE SERVED

03:42PM 24   ON?

03:42PM 25   A.   WELL, THE MOST RECENT COMMITTEE, I CHAIRED THE COMMITTEE

**HOURLY TRANSCRIPT**

03:43PM 1    ON SEA LEVEL RISE FOR CALIFORNIA, OREGON AND WASHINGTON WHICH

03:43PM 2    WILL BE PUBLISHING A BOOK THIS MONTH OR NEXT ON SEA LEVEL RISE

03:43PM 3    OVER THE NEXT HUNDRED YEARS FOR THE WEST COAST OF THE U.S.

03:43PM 4         I CHAIRED A COMMITTEE WHICH MET MOSTLY DOWN HERE IN

03:43PM 5    NEW ORLEANS WHERE WE WERE REVIEWING THE CORPS OF ENGINEERS'S

03:43PM 6    PLAN, LOUISIANA COASTAL PROTECTION RESTORATION PROGRAM THAT

03:43PM 7    FINISHED A COUPLE OF YEARS AGO.

03:43PM 8         AND I'VE CHAIRED A COMMITTEE ON MEETING RESEARCH AND

03:43PM 9    EDUCATIONAL NEEDS IN COASTAL ENGINEERING.  AND CURRENTLY

03:43PM 10   SERVING ON A COMMITTEE LOOKING AT THE CORPS OF ENGINEERS'S

03:43PM 11   PRIORITIES IN WATER RESOURCES.

03:43PM 12   Q.   ALL RIGHT.  AND THEN YOU HAD PREVIOUSLY MENTIONED THE

03:43PM 13   AMERICAN SOCIETY OF CIVIL ENGINEERS.  CAN YOU PLEASE GIVE THE

03:43PM 14   COURT -- CAN YOU DESCRIBE THE EXTENT OF YOUR INVOLVEMENT WITH

03:43PM 15   THE ASCE?

03:43PM 16   A.   WELL, MOST RECENTLY, I WAS ELECTED A DISTINGUISHED MEMBER

03:43PM 17   OF THE ASCE.  THE LONG HISTORY OF THIS ORGANIZATION, WHICH

03:44PM 18   CURRENTLY HAS 144,000 MEMBERS, THERE ARE ABOUT 600 PEOPLE THAT

03:44PM 19   HAVE BEEN DESIGNATED THIS WAY.

03:44PM 20        I HAVE RECEIVED A NUMBER OF AWARDS FROM THEM THROUGH

03:44PM 21   THE YEARS.  AND CURRENTLY, I CHAIR THE COASTAL ENGINEERING

03:44PM 22   RESEARCH COUNCIL, WHICH IS RESPONSIBLE FOR PUTTING ON THE --

03:44PM 23   WHAT I CONSIDER THE MOST IMPORTANT COASTAL ENGINEERING

03:44PM 24   CONFERENCE IN THE WORLD THAT'S A BIANNUAL MEETING, AND WE'RE

03:44PM 25   RESPONSIBLE FOR CARRYING THAT OUT.

**HOURLY TRANSCRIPT**

03:44PM  1          ALSO I SERVED ON A NUMBER OF COMMITTEES IN MY

03:44PM  2   SPECIALTY, A NUMBER OF COMMITTEES, BUT PROBABLY MORE RELEVANT

03:44PM  3   TO THIS IS I SERVED ON TWO COMMITTEES RELATED TO THE INDIAN

03:44PM  4   OCEAN TSUNAMI DISASTER.  I WAS PART OF A TEAM THAT WENT TO

03:44PM  5   THAILAND AND LOOKED A TSUNAMI DAMAGE IN THAILAND.  AND THEN

03:44PM  6   AFTER KATRINA, I WAS PART OF THE LEVEE ASSESSMENT TEAM THAT

03:45PM  7   CAME DOWN HERE A MONTH AFTER THE DISASTER AND EXAMINED A NUMBER

03:45PM  8   OF THE BREACH SITES.

03:45PM  9   Q.  AND THEN DOWN HERE AT THE BOTTOM OF THE SLIDE, IT MENTIONS

03:45PM 10   THE SCIENCE AND ENGINEERING BOARD OF THE LOUISIANA COASTAL

03:45PM 11   MASTER PLAN.  CAN YOU DESCRIBE FOR THE COURT WHAT THAT IS.

03:45PM 12   A.  OVER THE LAST NUMBER OF YEARS, THE STATE OF LOUISIANA HAS

03:45PM 13   PREPARED A MASTER PLAN FOR COASTAL RESTORATION, AND THEY JUST

03:45PM 14   RECENTLY RELEASED THE 2012 PLAN, AND I WAS ON THE SCIENCE AND

03:45PM 15   ENGINEERING BOARD THAT OVERSAW HOW THE PEOPLE PUTTING THAT PLAN

03:45PM 16   TOGETHER DID THEIR WORK AND OFFERED ADVICE ON HOW TO CARRY OUT

03:45PM 17   THEIR WORK.  AND THAT FINISHED AS THE MASTER PLAN WAS

03:45PM 18   COMPLETED.

03:45PM 19          MR. FARRELL:  YOUR HONOR, AT THIS TIME,

03:45PM 20   WASHINGTON GROUP TENDERS DR. ROBERT A. DALRYMPLE AS AN EXPERT

03:45PM 21   IN CIVIL AND COASTAL ENGINEERING.

03:46PM 22          THE COURT:  DO YOU HAVE ANY QUESTIONS, SIR?

03:46PM 23                   TRAVERSE EXAMINATION

03:46PM 24   BY MR. BRUNO:

03:46PM 25   Q.  DR. DALRYMPLE, WE'VE MET BEFORE.  YOU WERE KIND ENOUGH TO

**HOURLY TRANSCRIPT**

03:46PM 1    PROVIDE THE PLAINTIFFS WITH A COPY OF YOUR SLIDES WHICH GIVES

03:46PM 2    US SOME INDICATION OF WHAT YOU WERE GOING TO TESTIFY ABOUT, DID

03:46PM 3    YOU NOT?

03:46PM 4    A.    YES.

03:46PM 5    Q.    AND ON THE LAST SLIDE, YOU HAVE A LIST OF CONCLUSIONS,

03:46PM 6    RIGHT?

03:46PM 7    A.    YES, SIR.

03:46PM 8    Q.    AND IN YOUR EXPERT REPORT AT PAGE 3, YOU HAVE A SUMMARY OF

03:46PM 9    OPINIONS, DO YOU NOT?

03:46PM 10   A.    YES, SIR.

03:46PM 11   Q.    AND IN YOUR EXPERT REPORT UNDER THE CAPTION "SUMMARY OF

03:46PM 12   OPINIONS," YOU LIST FOUR OPINIONS, CORRECT?

03:46PM 13   A.    YES.

03:46PM 14   Q.    AND ON THE CONCLUSIONS PAGE OF YOUR DEMONSTRATIVE, YOU

03:46PM 15   LIST FIVE CONCLUSIONS --

03:47PM 16   A.    YES.

03:47PM 17   Q.    -- IS THAT CORRECT?

03:47PM 18         YOU'VE ADDED ONE; DID YOU NOT?

03:47PM 19   A.    YES.

03:47PM 20   Q.    THE ONE YOU ADDED IS, "AFTER 3:00 A.M., 3-FOOT WAVES

03:47PM 21   APPEAR IN THE IHNC SOUTH," CORRECT?

03:47PM 22   A.    CORRECT.

03:47PM 23   Q.    AND IT'S YOUR INTENTION TO OFFER AN OPINION ON THAT THIS

03:47PM 24   AFTERNOON, CORRECT?

03:47PM 25   A.    YES.

**HOURLY TRANSCRIPT**

03:47PM 1    Q.   WHAT I WOULD LIKE TO KNOW IS, IS IT NOT ACCURATE THAT OUT

03:47PM 2    OF YOUR -- I DON'T KNOW HOW MANY PAGES THERE ARE -- OUT OF YOUR

03:47PM 3    99-PAGE REPORT --

03:47PM 4         MR. FARRELL:  JUST A MINUTE, YOUR HONOR.

03:47PM 5         MR. BRUNO:  I WOULD LIKE TO FINISH MY QUESTION.

03:47PM 6         THE COURT:  OKAY.  BUT --

03:47PM 7         MR. FARRELL:  I'M GOING TO OBJECT TO THE WHOLE LINE

03:47PM 8    OF QUESTIONING, YOUR HONOR.

03:47PM 9         THE COURT:  AND YOUR OBJECTION IS?

03:47PM 10        MR. FARRELL:  THE OBJECTION IS THAT MR. BRUNO IS

03:47PM 11   TRYING TO EXCLUDE DR. DALRYMPLE FROM TESTIFYING ON THE HEIGHT

03:47PM 12   OF WAVES IN THE IHNC.  THIS IS, AS MR. BRUNO ALREADY NOTED, A

03:47PM 13   TOPIC THAT IS ADDRESSED IN DR. DALRYMPLE'S EXPERT REPORT.

03:48PM 14        MR. BRUNO HAD THE OPPORTUNITY TO EXAMINE HIM AT

03:48PM 15   LENGTH AT HIS DEPOSITION ABOUT THIS PRECISE ISSUE, WHICH HE

03:48PM 16   DID.  HE ASKED HIM MANY QUESTIONS ABOUT IT AND DR. DALRYMPLE

03:48PM 17   ANSWERED THOSE QUESTIONS.

03:48PM 18        THE COURT:  I'LL OVERRULE YOUR OBJECTION BY USING THE

03:48PM 19   SAUCE FOR THE GOOSE.  AS I RECALL, WHEN DR. BEA WAS TENDERED,

03:48PM 20   THERE WAS QUITE A LENGTHY TRAVERSE THAT WENT INTO THE ISSUES.

03:48PM 21        MR. BRUNO:  THANK YOU, JUDGE.

03:48PM 22        MR. FARRELL:  I'M SORRY.

03:48PM 23        THE COURT:  I'M GOING TO OVERRULE YOUR OBJECTION.

03:48PM 24   I'M GOING TO ALLOW HIM TO PURSUE THIS AS IT INTO GOES TRAVERSE,

03:48PM 25   AS WE'VE HAD LENGTHY TRAVERSES OF WITNESSES THAT WERE

**HOURLY TRANSCRIPT**

03:48PM 1    ULTIMATELY QUALIFIED BEFORE, AND HOPEFULLY IT'S NOT

03:48PM 2    CROSS-EXAMINATION, BUT WE HAD IT WITH DR. BEA.

03:48PM 3         MR. FARRELL:  UNDERSTOOD.

03:48PM 4                        EXAMINATION

03:48PM 5    BY MR. BRUNO:

03:48PM 6    Q.   ALL I WANT TO DO, DR. DALRYMPLE, HONESTLY IS IDENTIFY THE

03:48PM 7    OPINIONS BECAUSE, FRANKLY, IN MY OPINION, THERE ARE MANY SLIDES

03:48PM 8    WHICH TOUCH ON ISSUES THAT I HAD NEVER SEEN BEFORE, SO IN

03:48PM 9    FAIRNESS TO ME, I JUST WANT TO MAKE SURE THAT I HAVEN'T MADE A

03:48PM 10   MISTAKE.

03:49PM 11        CAN WE AGREE --

03:49PM 12        MR. BRUNO:  IF WE CALL UP JX-07 -- I'M SORRY,

03:49PM 13   JX-01-71311.  COULD YOU BLOW UP THE PARAGRAPH WHICH BEGINS,

03:49PM 14   "THE ELEVATION DATA," WHICH IS THE SECOND FULL PARAGRAPH.

03:49PM 15                        EXAMINATION

03:49PM 16   BY MR. BRUNO:

03:49PM 17   Q.   DR. DALRYMPLE, WOULD YOU LIKE A COPY OF THIS PAGE?  ARE

03:49PM 18   YOU ABLE TO SEE THAT?

03:49PM 19   A.   I CAN SEE IT ON THAT SCREEN.  I CAN'T SEE IT ON THIS ONE,

03:49PM 20   BUT I THINK IT WILL BE FINE.

03:49PM 21   Q.   ALL RIGHT.  OUT OF YOUR 99-PAGE --

03:49PM 22        THE COURT:  IF YOU NEED IT BLOWN UP, PLEASE --

03:49PM 23        MR. BRUNO:  I'LL BE HAPPY TO HAND YOU --

03:49PM 24        THE COURT:  LET ME -- IF YOU NEED IT -- IF YOU NEED

03:49PM 25   ANY KIND OF INFORMATION TO HELP YOU SEE IT BETTER, WE'LL

                          **HOURLY TRANSCRIPT**

03:49PM  1    ACCOMMODATE YOU.

03:49PM  2            THE WITNESS:  THANK YOU.

03:49PM  3                        EXAMINATION

03:49PM  4    BY MR. BRUNO:

03:50PM  5    Q.   OUT OF YOUR 99-PAGE REPORT, CAN WE AGREE THAT THIS IS THE

03:50PM  6    ONLY PARAGRAPH WHICH DESCRIBES THE WORK THAT YOU EVALUATED WITH

03:50PM  7    REGARD TO YOUR CONCLUSION THERE WERE 3-FOOT WAVES IN THE CANAL

03:50PM  8    IN THE VICINITY OF THE NORTH AND SOUTH BREACH?

03:50PM  9    A.   I BELIEVE THAT'S CORRECT.

03:50PM 10    Q.   ALL RIGHT.  SO WE CAN CONCLUDE, THEN, THAT YOU DESCRIBED

03:50PM 11    HERE ALL THAT YOU DID TO REACH THE CONCLUSION; IS THAT FAIR?

03:50PM 12            MR. FARRELL:  OBJECTION, YOUR HONOR, THE DOCUMENT

03:50PM 13    SAYS WHAT IT SAYS, DR. DALRYMPLE.

03:50PM 14            THE COURT:  OVERRULED.  OVERRULED.

03:50PM 15                        EXAMINATION

03:50PM 16    BY MR. BRUNO:

03:50PM 17    Q.   ISN'T THAT FAIR?

03:50PM 18            THE COURT:  HE'S GOING TO ASK HIM IS THERE ANYTHING

03:50PM 19    ELSE.  GO AHEAD.

03:50PM 20            MR. BRUNO:  THANK YOU, JUDGE.

03:50PM 21            THE WITNESS:  WHAT -- WHAT IT SAYS IS THAT I LOOKED

03:50PM 22    AT THE ISSUE OF --

03:50PM 23                        EXAMINATION

03:50PM 24    BY MR. BRUNO:

03:50PM 25    Q.   CAN I GET AN ANSWER TO MY QUESTION, AND THEN YOU CAN

                              **HOURLY TRANSCRIPT**

03:50PM 1    EXPLAIN?

03:50PM 2    A.   CAN YOU REPEAT THE QUESTION, THEN, PLEASE.

03:50PM 3    Q.   CAN WE CONCLUDE, DR. DALRYMPLE, THAT YOU DESCRIBE HERE IN

03:51PM 4    THIS PARAGRAPH ALL THAT YOU DID TO REACH THE CONCLUSION THAT

03:51PM 5    THERE WERE 3-FOOT WAVES IN THE IHNC IN THE VICINITY OF NORTH

03:51PM 6    AND SOUTH BREACH?  YES OR NO?

03:51PM 7    A.   I THINK THE ANSWER IS NO, BECAUSE -- WELL, I THINK THE

03:51PM 8    ANSWER IS NO.  THE PARAGRAPH SAYS THAT WHAT I DID WAS LOOK AT

03:51PM 9    THE DEPOSITION OF VILLAVASSO.  I ALSO USED THE COASTAL

03:51PM 10   ENGINEERING MANUAL TO SEE IF THOSE WAVE HEIGHTS WERE CONSISTENT

03:51PM 11   WITH WHAT MR. VILLAVASSO WAS SAYING IN HIS DEPOSITION.  SO, IN

03:51PM 12   FACT, I DID SOME ENGINEERING WORK TO MAKE THAT -- TO WRITE IN

03:52PM 13   THAT PARAGRAPH -- TO WRITE THAT SENTENCE.

03:52PM 14   Q.   PERHAPS WE'RE TALKING AT CROSS PURPOSES.  I'M JUST TRYING

03:52PM 15   TO UNDERSTAND, BECAUSE WHEN I TOOK YOUR DEPOSITION, THIS IS

03:52PM 16   WHAT I HAD TO GIVE ME AN UNDERSTANDING OF WHAT YOU DID.  SO I'M

03:52PM 17   NOT TALKING ABOUT WHETHER IT'S GOOD OR BAD.  I JUST WANT TO

03:52PM 18   KNOW IF I HAVE A DESCRIPTION HERE OF WHAT YOU DID.  THAT'S ALL.

03:52PM 19        MR. FARRELL:  ASKED AND ANSWERED, YOUR HONOR.

03:52PM 20        THE COURT:  I UNDERSTAND THAT IS A DESCRIPTION OF

03:52PM 21   WHAT HE DID.  IS IT -- ARE YOU GETTING -- AND YOU MAY BE

03:52PM 22   BUILDING UP TO IT.

03:52PM 23        MR. BRUNO:  I'M TRYING TO.  TAKE LESS TIME IF WE JUST

03:52PM 24   GET THROUGH IT.

03:52PM 25        THE COURT:  I KNOW WHERE YOU'RE GOING.  I'M GOING TO

**HOURLY TRANSCRIPT**

03:52PM 1    ALLOW THE QUESTION.  BUT LET'S GET TO THE POINT.

03:52PM 2         THE WITNESS:  WHAT THAT PARAGRAPH SAYS IS THAT I

03:52PM 3    LOOKED AT TWO THINGS, ONE WAS VILLAVASSO'S DEPOSITION, AND I

03:52PM 4    LOOKED TO SEE IF IT WAS CONSISTENT BASED ON LOOKING AT WAVE

03:52PM 5    FORECASTING VIA THE COASTAL ENGINEERING MANUAL TO SEE IF, IN

03:52PM 6    FACT, I GOT THE SAME RESULTS.

03:53PM 7         MR. FARRELL:  I JUST WANT THE RECORD TO BE CLEAR

03:53PM 8    THERE ARE THREE POINTS IN THAT PARAGRAPH.

03:53PM 9         MR. BRUNO:  OBJECTION, YOUR HONOR, NOW HE'S

03:53PM 10   TESTIFYING FOR THE WITNESS.

03:53PM 11        THE COURT:  I CAN READ IT.  AND HE IS.

03:53PM 12        MR. BRUNO:  THAT'S WHY I ASKED THE QUESTION.

03:53PM 13        THE COURT:  I WILL MAKE THAT DETERMINATION.  RIGHT

03:53PM 14   NOW THAT'S THE PARAGRAPH THAT I'M LOOKING AT.  WHATEVER IS IN

03:53PM 15   THERE IS CERTAINLY FAIR.  HE IS BASING HIS OPINION ON WHATEVER

03:53PM 16   IS IN THERE.

03:53PM 17        MR. BRUNO:  EXACTLY.  THAT'S WHY I ASKED THE WITNESS

03:53PM 18   TO TELL ME.

03:53PM 19        THE COURT:  I UNDERSTAND.

03:53PM 20                        EXAMINATION

03:53PM 21   BY MR. BRUNO:

03:53PM 22   Q.   SO WHAT YOU'VE TOLD US NOW IS YOU'VE USED THE TESTIMONY OF

03:53PM 23   VILLAVASSO AND YOU USED THE COASTAL ENGINEERING MANUAL; IS THAT

03:53PM 24   CORRECT?

03:53PM 25        THE COURT:  DO YOU WANT TO CHECK TO MAKE SURE?

**HOURLY TRANSCRIPT**

03:53PM 1                           EXAMINATION

03:53PM 2      BY MR. BRUNO:

03:53PM 3      Q.   TAKE YOUR TIME.  WE DON'T WANT TO LEAVE ANYTHING OUT.

03:53PM 4      IT'S ON THE SCREEN.  YOU'RE SITTING THERE.  DID YOU MISS ONE?

03:53PM 5               THE COURT:  LET HIM DO IT, MR. BRUNO.

03:53PM 6               THE WITNESS:  WELL, I ALSO USED THE IPET INFORMATION,

03:54PM 7      AS YOU CAN SEE AT THE BOTTOM.  I ALSO LOOKED AT THE PHOTOGRAPHS

03:54PM 8      FROM THE LOCK.  SO THERE ARE A NUMBER OF SOURCES OF

03:54PM 9      INFORMATION.

03:54PM 10                          EXAMINATION

03:54PM 11     BY MR. BRUNO:

03:54PM 12     Q.   NOW, DO WE HAVE A DESCRIPTION OF EVERYTHING THAT YOU DID?

03:54PM 13     A.   I BELIEVE SO, YES.

03:54PM 14     Q.   THANK YOU.  I WON'T BE LONG.  SO NOW I'M GOING TO YOUR

03:54PM 15     SLIDES.  I WANT TO KNOW THIS.  YOU SAID YOU USED THE IPET

03:54PM 16     REPORT.  DID YOU SIMPLY TAKE THE CONCLUSIONS FROM THE IPET

03:54PM 17     REPORT AND BASE YOUR OPINION ON THOSE CONCLUSIONS OR DID YOU DO

03:54PM 18     ANY EVALUATION OF WHAT THE CORPS DID AS DESCRIBED IN IPET AND

03:54PM 19     CITED BY YOU IN YOUR REPORT?

03:55PM 20     A.   I DID A LITTLE BIT OF BOTH.  I READ THE IPET REPORT.  I

03:55PM 21     LOOKED AT WHAT IPET SAID ABOUT WAVES IN THE IHNC.  I ALSO

03:55PM 22     LOOKED AT STWAVE, A MODEL THAT THEY USED.  I LOOKED AT

03:55PM 23     BOUSSINESQ MODELING, WHICH, IN FACT, I'VE WRITTEN MY OWN

03:55PM 24     BOUSSINESQ MODELS, SO I'M FAMILIAR WITH BOUSSINESQ MODELING.

03:55PM 25               AND I LOOKED TO SEE WHAT THE CAPABILITIES OF THE

                              **HOURLY TRANSCRIPT**

03:55PM 1   MODELS USED BY THE CORPS, AND I LOOKED -- AND THEN AS I SAID

03:55PM 2   BEFORE, I LOOKED AT THE RESULTS OF THE CORPS.

03:55PM 3   Q.   IN THAT PARAGRAPH, DID YOU DESCRIBE FOR US THAT YOU, IN

03:55PM 4   FACT, LOOKED AT -- LOOKED AT THE STWAVE MODEL ITSELF?

03:55PM 5   A.   WHAT I LOOKED AT -- WHAT I SAID IN THAT PARAGRAPH IS THAT

03:55PM 6   I LOOKED AT THE RESULTS OF THE STWAVE PREDICTIONS.

03:55PM 7   Q.   LET ME ASK IT AGAIN.  IN THAT PARAGRAPH, DID YOU SAY TO US

03:55PM 8   THAT YOU EVALUATED THE STWAVE MODEL, YES OR NO?

03:56PM 9   A.   I GUESS THE ANSWER WOULD BE IT DOESN'T SAY THAT IN THAT

03:56PM 10  PARAGRAPH, NO.

03:56PM 11  Q.   IN THAT PARAGRAPH, DO YOU SAY THAT YOU EVALUATED THE

03:56PM 12  BOUSSINESQ MODEL, IF I'M SAYING IT PROPERLY?

03:56PM 13  A.   YOU'RE SAYING IT PROPERLY.  AND IT DOESN'T SAY THAT.

03:56PM 14  Q.   DID YOU CONDUCT YOUR OWN STWAVE GENERATION MODEL?

03:56PM 15  A.   I DID NOT DO MY MODEL WITH STWAVE.

03:56PM 16  Q.   DID YOU DO YOUR OWN COUL WAVE BOUSSINESQ WAVE MODEL?

03:56PM 17  A.   NO, I DID NOT.

03:56PM 18  Q.   I DON'T WANT TO GET AHEAD OF MYSELF, BUT THIS SLIDE 24, IS

03:56PM 19  THIS SOMETHING YOU DID OR IS THIS SOMETHING FROM THE IPET

03:56PM 20  REPORT?  THIS IS SLIDE 24.

03:56PM 21  A.   THAT IS FROM IPET.

03:56PM 22  Q.   THAT IS FROM IPET.  THANK YOU.  SO IS THIS IN THE IPET

03:57PM 23  REPORT?

03:57PM 24  A.   YES.  TWO PLACES.

03:57PM 25  Q.   THANK YOU.  DID YOU DO ANY WAVE DEFRACTION MODELING?

**HOURLY TRANSCRIPT**

03:57PM 1    A.   NO, BUT I HAVE DONE A LOT OF WAVE DEFRACTION MODELS IN MY

03:57PM 2    LIFETIME.

03:57PM 3    Q.   BUT YOU DIDN'T DO ANY WAVE DEFRACTION MODELING IN THIS

03:57PM 4    CASE?

03:57PM 5    A.   I DID NOT.

03:57PM 6    Q.   SO I'M CLEAR, SO THE JUDGE UNDERSTANDS, YOUR SLIDE ABOUT

03:57PM 7    WAVE DEFRACTION IS JUST TO TALK ABOUT WHAT IT IS?

03:57PM 8    A.   IT'S A DEMONSTRATIVE ILLUSTRATING WHAT WAVE DEFRACTION IS,

03:57PM 9    YES.

03:57PM 10   Q.   DID YOU DO ANY WAVE REFLECTION MODELING?

03:57PM 11   A.   FOR THIS PARTICULAR SITE, I EVALUATED WHAT THE INFLUENCE

03:58PM 12   OF WAVE REFLECTION WOULD BE AS I WAS LOOKING AT THE IHNC.  YOU

03:58PM 13   WOULD HAVE TO LOOK AT THE WAVE REFLECTION, YOU WOULD HAVE TO

03:58PM 14   RUN A WAVE MODEL, AND I DID NOT RUN A WAVE MODEL IN THE IHNC.

03:58PM 15   Q.   AND YOU'LL FORGIVE ME BECAUSE YOU KNOW THE SUBJECT FAR

03:58PM 16   BETTER THAN I.  CAN I CONCLUDE YOU DID NO WAVE REFLECTION

03:58PM 17   MODELLING IN CONNECTION WITH THE OPINION THAT YOU'RE HERE TO

03:58PM 18   OFFER ABOUT 3-FOOT WAVES IN THE IHNC?

03:58PM 19   A.   THAT'S CORRECT.

03:58PM 20   Q.   NOW, I'LL JUST HAVE TO SHARE WITH YOU, THE SLIDE 31, I

03:58PM 21   DON'T KNOW WHAT THIS IS.  ARE THESE SLIDES -- AND THERE ARE

03:58PM 22   SEVERAL OF THEM -- IS THIS SOME KIND OF ANALYSIS OR MODEL THAT

03:58PM 23   YOU RAN WITH REGARD TO WAVES?

03:58PM 24   A.   THAT'S A SUMMARY OF MY OPINION.

03:58PM 25   Q.   THIS IS A SUMMARY OF YOUR OPINION CONTAINED IN THAT

**HOURLY TRANSCRIPT**

03:58PM 1   PARAGRAPH THAT WE'VE JUST HELD UP ON THE SCREEN?

03:59PM 2   A.   THAT'S ILLUSTRATING HOW MY OPINION VARIES WITH TIME.

03:59PM 3   Q.   DO YOU ILLUSTRATE ON HERE --

03:59PM 4        MR. FARRELL:  YOUR HONOR?

03:59PM 5        THE COURT:  YES, SIR.

03:59PM 6        MR. FARRELL:  YOUR HONOR, AS THE WITNESS SAID, THESE

03:59PM 7   ARE DEMONSTRATIVE EXHIBITS.  THEIR IMPORT WILL BECOME CLEAR AS

03:59PM 8   HIS TESTIMONY PROCEEDS.

03:59PM 9        MR. BRUNO:  I UNDERSTAND THAT.

03:59PM 10       THE COURT:  HOPEFULLY SO.  MR. BRUNO, I'M GIVING YOU

03:59PM 11  SOME LATITUDE ON TRAVERSE, AS I HAVE EVERYONE ELSE, ALTHOUGH

03:59PM 12  IT'S NOT -- WE'VE ALREADY HAD A *DAUBERT* HEARING AND THIS

03:59PM 13  WITNESS -- WE ALLOW IT, WE ALLOWED A LENGTHY, LENGTHY ON

03:59PM 14  DR. BEA.  AND I'M NOT SURE HOW MUCH OF IT WAS TRUE TRAVERSE OR

03:59PM 15  LAYING THE GROUNDWORK TO ATTACK HIS OPINION, ALL OF WHICH I

03:59PM 16  SAID WAS FAIR GAME IN THIS, BUT I JUST NEED -- WE NEED TO --

03:59PM 17       MR. BRUNO:  JUDGE, I'M ALMOST FINISHED.  ONCE

03:59PM 18  AGAIN --

03:59PM 19       MR. TREEBY:  I'M THE GOOSE, HE'S THE GANDER, YOUR

03:59PM 20  HONOR.  SO THE GOOSE OUGHT TO GET TO SAY SOMETHING.

03:59PM 21       I'M THE GOOSE, HE'S THE GANDER, AND I UNDERSTAND

03:59PM 22  THAT, BUT I HOPE AND I TRUST MY TRAVERSE OF HIS CREDENTIALS IS

04:00PM 23  NOT WHAT'S GOING ON HERE.  I DON'T BELIEVE IT IS.

04:00PM 24       MR. BRUNO:  WITH ALL DUE EXPECT, I SAT --

04:00PM 25       MR. TREEBY:  BUT I UNDERSTAND WHO IS THE GANDER.

**HOURLY TRANSCRIPT**

04:00PM 1          THE COURT:  INSOFAR AS CREDENTIALS -- GO AHEAD, SIR.

04:00PM 2          MR. BRUNO:  MY MEMORY IS MR. TREEBY SPECIFICALLY

04:00PM 3   ASKED WHETHER THINGS WERE CONTAINED IN HIS REPORT THROUGHOUT

04:00PM 4   THE TRAVERSE OF THE CV.  WHAT I'M TRYING TO DO, JUDGE, IS AVOID

04:00PM 5   HAVING TO JUMP UP DURING HIS PRESENTATION AND OBJECT BECAUSE I

04:00PM 6   WILL OBJECT AND JUST PRESERVE MY OBJECTION, WHICH FRANKLY WILL

04:00PM 7   ALLOW THE PRESENTATION TO GO MUCH MORE SMOOTHLY.  AND WITH ALL

04:00PM 8   DUE RESPECT, I THINK IT'S A FAIR WAY TO DO IT.

04:00PM 9          THE COURT:  THAT MAY BE BETTER.  YOU'RE RIGHT.

04:00PM 10         MR. BRUNO:  THE ONLY REASON I'M ASKING THIS QUESTION,

04:00PM 11  I DON'T KNOW WHAT THIS IS, AND IF THIS IS A REPRESENTATION OF A

04:00PM 12  3-FOOT WAVE --

04:00PM 13                         EXAMINATION

04:00PM 14  BY MR. BRUNO:

04:00PM 15  Q.   IS THAT WHAT THIS IS?

04:00PM 16  A.   I DON'T KNOW WHAT SLIDE YOU'RE HOLDING UP.

04:00PM 17         THE COURT:  HE CAN'T SEE IT.

04:00PM 18         MR. BRUNO:  THERE'S A SERIES OF SLIDES, 31, 32, 33,

04:00PM 19  AND 34.  THERE ARE FOUR OF THEM.

04:00PM 20         THE COURT:  DO YOU WANT TO -- DO YOU NEED TO SEE THEM

04:00PM 21  A LITTLE CLOSER?

04:01PM 22         THE WITNESS:  I KNOW THEY ARE REPRESENTING THE WATER

04:01PM 23  LEVEL IN THE IHNC AT 3:00 A.M., 4:00 A.M., 5:00 A.M. AND

04:01PM 24  6:00 A.M., AND THEY ALSO REPRESENT THE SIGNIFICANT WAVE HEIGHT

04:01PM 25  IN THE CANAL AT THOSE TIMES.

**HOURLY TRANSCRIPT**

| | | |
|---|---|---|
| 04:01PM | 1 | EXAMINATION |
| 04:01PM | 2 | BY MR. BRUNO: |
| 04:01PM | 3 | Q.   WELL, DO THEY TALK ABOUT ANY WAVES THAT ARE SMALLER OR |
| 04:01PM | 4 | HIGHER THAN 3 FEET?  BECAUSE WE JUST SAW WHAT YOU OPINED IN |
| 04:01PM | 5 | YOUR REPORT.  DO THEY? |
| 04:01PM | 6 | A.   I'M NOT SURE I UNDERSTAND YOUR QUESTION. |
| 04:01PM | 7 | THE COURT:  I'M NOT SURE I DO EITHER. |
| 04:01PM | 8 | EXAMINATION |
| 04:01PM | 9 | BY MR. BRUNO: |
| 04:01PM | 10 | Q.   WELL, WE JUST SHOWED YOU ONE PARAGRAPH IN YOUR REPORT OUT |
| 04:01PM | 11 | OF 99 PAGES WHICH TALKS ABOUT WAVES.  AND IN THAT PARAGRAPH, |
| 04:01PM | 12 | YOU SAY THERE WAS A 3-FOOT WAVE.  YOU DIDN'T SAY 2 FEET.  YOU |
| 04:01PM | 13 | DIDN'T SAY 1 FEET, YOU DIDN'T SAY 10 FEET.  YOU SAID 3 FEET. |
| 04:01PM | 14 | SO I'M JUST CURIOUS TO KNOW IF YOU'RE GOING TO TALK ABOUT |
| 04:01PM | 15 | ANYTHING OTHER THAN A 3-FOOT WAVE. |
| 04:01PM | 16 | A.   YES. |
| 04:01PM | 17 | Q.   ALL RIGHT.  AND WHERE -- WHAT IS THE BASIS OF YOUR |
| 04:01PM | 18 | OPINIONS FOR OTHER -- |
| 04:01PM | 19 | THE COURT:  WHEN YOU SAY "OTHER," IS IT GOING TO BE |
| 04:01PM | 20 | SOMETHING LARGER THAN A 3-FOOT WAVE? |
| 04:02PM | 21 | THE WITNESS:  I'LL BE TALKING ABOUT WAVES THAT ARE |
| 04:02PM | 22 | SMALLER AND LARGER BECAUSE IN NATURE, WE HAVE A WHOLE |
| 04:02PM | 23 | DISTRIBUTION OF WAVES WHEN WE HAVE WAVES IN A BODY OF WATER. |
| 04:02PM | 24 | EXAMINATION |
| 04:02PM | 25 | BY MR. BRUNO: |

**HOURLY TRANSCRIPT**

04:02PM   1   Q.   ALL RIGHT.  AND DID YOU DESCRIBE THIS PROCESS OF THE

04:02PM   2   SMALLER WAVES TURNING INTO LARGER WAVES OR WHATEVER IT IS YOU

04:02PM   3   JUST SAID, IS THAT IN YOUR REPORT SOMEWHERE THAT WE CAN FIND

04:02PM   4   AND REVIEW?

04:02PM   5   A.   WHAT YOU SEE IS ON THAT SLIDE.

04:02PM   6   Q.   SO I TAKE IT, THEN, THAT IT IS NOT IN THE REPORT?  THE

04:02PM   7   INFORMATION CONTAINED IN THESE SLIDES IS NOT IN YOUR REPORT.

04:02PM   8   ISN'T THAT TRUE?

04:02PM   9   A.   WELL, THE -- PART OF WHAT'S CONTAINED ON THE SLIDE IS FROM

04:02PM  10   IPET, SO I REFER TO IPET IN MY REPORT.  PART OF IT IS BASED ON

04:02PM  11   MY MODELING USING THE WAVE FORECASTING CURVES IN THE COASTAL

04:02PM  12   ENGINEERING MANUAL.  SO, TO THAT EXTENT, IT IS IN MY REPORT.

04:02PM  13   Q.   DID YOU USE YOUR MODEL TO PREDICT WAVE HEIGHT IN -- WITH

04:02PM  14   REGARD TO THIS PARAGRAPH IN YOUR REPORT?

04:02PM  15   A.   I USED THE COASTAL ENGINEERING MANUAL FORMULAS FOR

04:03PM  16   PREDICTING THAT THREE-FOOT WAVE IN THAT PARAGRAPH.

04:03PM  17   Q.   MAY I HAVE AN ANSWER TO MY QUESTION?

04:03PM  18   A.   WELL, YOU DIDN'T DEFINE WHAT "YOUR MODEL" IS.  I DON'T --

04:03PM  19   Q.   I SAID YOUR MODEL.  YOU HAVE PAGES AND PAGES OF THE MODEL.

04:03PM  20   YOU EVEN HAVE A SHORT LITTLE VIDEOTAPE TO DEMONSTRATE YOUR

04:03PM  21   MODEL, DON'T YOU?

04:03PM  22   A.   THAT'S THE MODEL FOR THE FLOODING OF THE LOWER NINTH WARD.

04:03PM  23   THAT MODEL DOES NOT DO -- THAT MODEL HAS WAVES CONTAINED IN IT

04:03PM  24   TO LOOK AT THE WAVE EFFECTS ON STORM SURGE.

04:03PM  25        THAT MODEL WAS NOT USED FOR PREDICTING THE WAVE

**HOURLY TRANSCRIPT**

04:03PM 1    HEIGHTS IN THE IHNC.  I USED THE COASTAL ENGINEERING MANUAL

04:03PM 2    FORMULAS FOR THAT.

04:03PM 3    Q.   SO THERE IS NO MODEL WHICH PREDICTS THE WAVES THAT APPEAR

04:03PM 4    ON THESE SLIDES, CORRECT?

04:03PM 5    A.   WELL, SOME OF THEM ARE FROM STWAVES, SO, YES, THERE IS A

04:03PM 6    MODEL BEHIND SOME OF THOSE NUMBERS.

04:03PM 7    Q.   SO THESE SLIDES COME FROM THE STWAVE, WHICH COMES OUT OF

04:03PM 8    THE IPET REPORT?

04:03PM 9    A.   SOME OF THAT INFORMATION, YES.

04:03PM 10   Q.   WELL --

04:03PM 11   A.   SOME OF IT COMES OUT OF THE COASTAL ENGINEERING MANUAL.

04:03PM 12   IT'S A COMBINATION OF SEVERAL SOURCES OF INFORMATION.

04:04PM 13   Q.   ALL RIGHT.  IN ANY CASE, THERE IS NO DISCUSSION AS TO THE

04:04PM 14   SIGNIFICANCE OF THESE SLIDES IN YOUR REPORT; ISN'T THAT TRUE?

04:04PM 15   A.   THOSE SLIDES ARE NOT IN MY REPORT, THAT'S TRUE.

04:04PM 16         MR. BRUNO:  THANK YOU, SIR.

04:04PM 17            I THINK, JUDGE, THAT'S ALL I HAVE.

04:04PM 18            IF I MAY, I WOULD LIKE TO MAKE AN OBJECTION,

04:04PM 19   WHICH I WOULD ASK JUST TO BE CONTINUING, SO I DON'T HAVE TO

04:04PM 20   INTERRUPT THE FLOW.

04:04PM 21         THE COURT:  RIGHT.

04:04PM 22         MR. BRUNO:  THAT THE PLAINTIFFS OBJECT TO ANY

04:04PM 23   TESTIMONY REGARDING WAVE DEFRACTION AS IT MAY IMPLICATE THIS

04:04PM 24   EXISTENCE OR NONEXISTENCE OF A THREE-FOOT WAVE.

04:04PM 25            WE OBJECT TO THE USE OF ANY MODELS OR ANY

**HOURLY TRANSCRIPT**

04:04PM 1    STUDIES OF ANY KIND WHICH DON'T APPEAR IN THE PARAGRAPH THAT'S

04:04PM 2    ON THE SCREEN IN SUPPORT OF THE GOOD DOCTOR'S OPINIONS.

04:04PM 3                 THANK YOU SO MUCH.

04:04PM 4         THE COURT:  YOUR OBJECTION IS NOTED AND DEFERRED --

04:04PM 5         MR. BRUNO:  THANK YOU, JUDGE.  WE APPRECIATE IT.

04:05PM 6         THE COURT:  -- PROBABLY UNTIL BRIEFING, BUT --

04:05PM 7         MR. BRUNO:  UNTIL LATER.  HOW ABOUT THAT?

04:05PM 8         THE COURT:  YES, UNTIL LATER.  THAT'S TRUE.

04:05PM 9         MR. BRUNO:  THANK YOU SO MUCH, YOUR HONOR.

04:05PM 10        THE COURT:  OTHER THAN THAT, DO YOU HAVE ANY

04:05PM 11   OBJECTIONS TO THE EXPERTISE OF THE WITNESS AS TENDERED?

04:05PM 12        MR. BRUNO:  NO, NOT TO THE -- THE WITNESS HAS

04:05PM 13   EXPERTISE.  WE JUST COMPLAIN ABOUT --

04:05PM 14        THE COURT:  HAVE YOU ALREADY LISTED THE AREAS OF

04:05PM 15   EXPERTISE WHICH YOU WISH TO --

04:05PM 16        MR. FARRELL:  LET ME SAY IT AGAIN, JUST SO THE RECORD

04:05PM 17   IS CLEAR, YOUR HONOR.

04:05PM 18        THE COURT:  YES, RIGHT.

04:05PM 19        MR. FARRELL:  IN LIGHT OF YOUR DEFERRED RULING, I'LL

04:05PM 20   HOLD OFF IN RUNNING MY MOUTH ANY MORE ABOUT THAT, AS WELL.  PUT

04:05PM 21   IT IN THE BRIEF.

04:05PM 22        MR. SMITH:  YOUR HONOR, THE UNITED STATES HAS NO

04:05PM 23   OBJECTION TO THE QUALIFICATION OF THIS WITNESS.

04:05PM 24        THE COURT:  YES, SIR.

04:05PM 25        MR. FARRELL:  YOUR HONOR, AT THIS TIME,

**HOURLY TRANSCRIPT**

04:05PM 1   WASHINGTON GROUP TENDERS DR. ROBERT A. DALRYMPLE AS AN EXPERT

04:05PM 2   IN CIVIL AND COASTAL ENGINEERING, INCLUDING STORM SURGE, WAVES,

04:05PM 3   WATER FLOW, OVERTOPPING AND TIDES.

04:05PM 4         THE COURT:  YOU DID MENTION THAT EARLIER, BUT THIS IS

04:05PM 5   A FORMAL TENDER.

04:05PM 6               DO YOU HAVE ANY OBJECTION.

04:05PM 7         MR. BRUNO:  CORRECT, YOUR HONOR.  SUBJECT TO MY

04:06PM 8   OBJECTION WITH REGARD TO THE SCOPE, I HAVE NO OBJECTION TO HIS

04:06PM 9   EXPERTISE.

04:06PM 10        THE COURT:  THE COURT ACCEPTS DR. DALRYMPLE AS

04:06PM 11  TENDERED.

04:06PM 12        MR. FARRELL:  THANK YOU, YOUR HONOR.

04:06PM 13              DIRECT EXAMINATION

04:06PM 14  BY MR. FARRELL:

04:06PM 15  Q.   DR. DALRYMPLE, YOU HAVE A -- WE'RE GOING TO DO THE SUMMARY

04:06PM 16  DIRECT HERE, SO I'LL HAND THE FLOOR OVER TO YOU.

04:06PM 17  A.   WELL, I'LL START WITH A SUMMARY OF FINDINGS, WHICH I'LL

04:06PM 18  REPEAT AT THE END.

04:06PM 19              AS YOU'VE HEARD ALREADY, THERE ARE FIVE OF THEM.  THE

04:06PM 20  FIRST ONE IS THAT DURING OUR STUDY WHAT WE DID WAS CONSTRUCT A

04:06PM 21  HYDRODYNAMIC MODEL THAT WOULD EXPLAIN THE FLOODING OF THE

04:06PM 22  LOWER NINTH WARD AND ST. BERNARD PARISH, WHICH IS THAT

04:06PM 23  ABBREVIATION, LNW/SBP.

04:06PM 24              WHAT WE FOUND WAS THAT THE FLOODING OF THE

04:06PM 25  LOWER NINTH WARD AND ST. BERNARD PARISH WAS DUE TO BREACHING OF

**HOURLY TRANSCRIPT**

04:06PM 1    THE MRGO LEVEES AND THE TWO BREACHES ALONG THE IHNC.

04:06PM 2         NUMBER THREE WAS THAT AFTER 3:00 A.M., THREE-FOOT

04:06PM 3    WAVES APPEAR IN THE IHNC.

04:07PM 4         THE FOURTH ONE IS THAT THE NORTH IHNC PLAYS A MUCH

04:07PM 5    SMALLER ROLE IN THE FLOODING OF THE LOWER NINTH WARD AND

04:07PM 6    ST. BERNARD PARISH THAN DOES THE MUCH LARGER SOUTH BREACH.

04:07PM 7         THEN, FINALLY, THE BREACHING OF THE MRGO LEVEE ALONE

04:07PM 8    WOULD HAVE BEEN ENOUGH TO FLOOD THE LOWER NINTH WARD AND

04:07PM 9    ST. BERNARD PARISH TO 11-FOOT OF ELEVATION.

04:07PM 10        WHAT WE DID WAS TO RECONSTRUCT THE SURGE AND THE

04:07PM 11   FLOODING DUE TO HURRICANE KATRINA USING A NESTED SET OF MODELS.

04:07PM 12   WE HAD WHAT WE CALL AN OUTER MODEL, WHICH WAS THE ADCIRC MODEL,

04:07PM 13   WHICH HAS BEEN USED TO ANALYZE KATRINA FLOODING BEFORE.

04:07PM 14        WHAT YOU'LL SEE IS THAT WE HAVE A MORE ADVANCED

04:07PM 15   VERSION OF THE MODEL.  WE USED THE ADCIRC MODEL TO LOOK AT THE

04:07PM 16   LARGER SCOPE OF THE FLOODING, STARTING FROM THE INITIATION OF

04:08PM 17   THE HURRICANE PROPAGATING INTO THE GULF OF MEXICO AND THEN

04:08PM 18   CROSSING THE LOUISIANA COASTLINE.

04:08PM 19        SO ADCIRC PROVIDES THE STORM SURGE AND THE FLOODING

04:08PM 20   OVER THE MRGO LEVEES AND THROUGH THE BREACHES OF THE MRGO AND

04:08PM 21   FLOODING OF THE CENTRAL WETLANDS.

04:08PM 22        WE USED FLOW-3D FOR THE FLOODING OF THE

04:08PM 23   LOWER NINTH WARD AND ST. BERNARD PARISH.  SO THAT'S -- DOMAIN

04:08PM 24   IS REPRESENTED BY THE RED RECTANGLE IN THE PICTURE ON THE

04:08PM 25   RIGHT.

**HOURLY TRANSCRIPT**

04:08PM  1          SO THAT OUTER MODEL, THE ADCIRC MODEL HAS BEEN

04:08PM  2     VALIDATED AGAINST HISTORICAL HURRICANES.  IT'S BEEN USED

04:08PM  3     PREVIOUSLY TO MODEL HURRICANE KATRINA IN THE IPET REPORT.  IT

04:08PM  4     WAS USED IN THE ROBINSON AND BARGE CASES, AND IT'S BEEN

04:08PM  5     VALIDATED AGAINST A NUMBER OF OTHER HURRICANES.

04:08PM  6          ONE OF THE THINGS THAT'S DIFFERENT IN OUR MODEL IS

04:08PM  7     THAT WE'VE REFINED THE GRID IN MUCH MORE DETAIL.  I SHOULD

04:09PM  8     POINT OUT, IN NUMERICAL MODELING MOST OF IT IS DONE BY GRIDS.

04:09PM  9     A GRID IS A WAY TO DO THE NUMERICS; BUT, TO GIVE AN ANALOG,

04:09PM 10     IT'S LIKE HAVING A SCREEN WITH PIXELS, AND IF YOU HAVE A POORLY

04:09PM 11     RESOLVED MODEL, YOU DON'T HAVE MANY PIXELS, AND THE IMAGE LOOKS

04:09PM 12     BLURRY.  AS YOU GET HIGHER AND HIGHER RESOLUTION, YOU CAN SEE.

04:09PM 13          IN THIS CASE, THE UNDERLYING BATHYMETRY AND

04:09PM 14     TOPOGRAPHY A LOT BETTER.  SO WHAT WE'VE DONE IS REFINED THE

04:09PM 15     LOOKING AT OUTFALL CANALS, FOR INSTANCE, FOR PUMP STATION 5,

04:09PM 16     AND THE GIWW AND THE IHNC ARE RESOLVED MUCH BETTER THAN THE

04:09PM 17     PREVIOUS MODELS.

04:09PM 18          THE INNER MODEL, FLOW-3D, IS 3-D MODEL.  WITH THE

04:09PM 19     FLOW GOING THROUGH THE BREACHES, WE THOUGHT IT WAS IMPORTANT TO

04:09PM 20     HAVE A 3-D MODEL.

04:09PM 21          THIS MODEL HAS BEEN USED FOR MANY YEARS IN THE

04:10PM 22     CONSULTING INDUSTRY FOR FLUID MECHANICS.  IT WAS DEVELOPED AT

04:10PM 23     LOS ALAMOS.  IT'S NOW MAINTAINED BY A FLOW SCIENCE COMPANY, SO

04:10PM 24     IT'S A COMMERCIAL CODE.  IT WAS USED TO DESIGN THE SEABROOK

04:10PM 25     HURRICANE PROTECTION STRUCTURE ON THE NORTH END OF THE IHNC BY

**HOURLY TRANSCRIPT**

04:10PM 1   ARCADIS.  ARCADIS IS THE CONSULTING COMPANY THAT RAN BOTH

04:10PM 2   MODELS FOR THIS STUDY.

04:10PM 3          WHAT WE DID WAS -- IN THIS SLIDE IS TO LIST A NUMBER

04:10PM 4   OF DIFFERENCES BETWEEN OUR MODELING AND THE PLAINTIFF'S

04:10PM 5   MODELING, WHICH WE'LL REFER TO AS THE KOK, ET AL., 2007,

04:10PM 6   SOMETIMES CALLED THE VRIJLING MODELS.

04:10PM 7          SO THE VRIJLING MODEL IS A NESTED SET OF MODELS, AS

04:10PM 8   WELL.  THERE IS THE OUTER MODEL, WHICH WAS ADCIRC.  THIS WAS

04:11PM 9   DONE IN 2007, SO WE'VE GOT FIVE YEARS MORE EXPERIENCE WITH THE

04:11PM 10  MODEL.  SO WE HAVE AN IMPROVED VERSION OF THE MODEL.

04:11PM 11         SO WE HAVE THE SAME OUTER MODEL.  THEY USE A

04:11PM 12  DIFFERENT INNER MODEL CALLED SOBEK.

04:11PM 13         AS I MENTIONED, WE HAVE A MORE REFINED NUMERICAL MESH

04:11PM 14  FOR BETTER RESOLUTION IN CRITICAL AREAS.  WE HAVE A BETTER

04:11PM 15  REPRESENTATION OF BOTTOM FRICTION IN THE MODEL.  BOTTOM

04:11PM 16  FRICTION IS VERY IMPORTANT BECAUSE IT'S THE FORCE THAT OPPOSES

04:11PM 17  THE WIND STRESS APPLIED BY THE HURRICANE ON THE WATER.

04:11PM 18         SO THERE WAS A PRETTY SIGNIFICANT CHANGE TO THE

04:11PM 19  ADCIRC MODEL IN THE LAST COUPLE OF YEARS BASED ON RECENT

04:11PM 20  HURRICANE EXPERIENCE IN THE GULF OF MEXICO AND COMPARING

04:11PM 21  AGAINST FIELD DATA.

04:11PM 22         ONE OF THE OTHER THINGS WE DO IS INCLUDE THE

04:11PM 23  HURRICANE WIND FORCING OVER THE CENTRAL WETLANDS, WHICH HAS

04:12PM 24  BEEN LEFT OUT OF PRIOR MODELS.  WE THOUGHT THIS WAS IMPORTANT,

04:12PM 25  PARTICULARLY IN THE POSSIBILITY THAT THERE MIGHT BE SOME

**HOURLY TRANSCRIPT**

04:12PM 1    OVERTOPPING NEAR THE PUMP STATION 5.

04:12PM 2            WE THEN PUT IN MORE ACCURATE LEVEE AND FLOODWALL

04:12PM 3    HEIGHTS.  THIS WAS POST THE SUPPLEMENTAL REPORT, TO MAKE IT

04:12PM 4    FULLY ACCURATE.

04:12PM 5            WE TRIED TO DO SOMETHING NEW IN THIS STUDY, AND THAT

04:12PM 6    WAS TO PUT THE BREACHING INTO THE ADCIRC MODEL, SO THAT THE

04:12PM 7    MODEL WOULD ACTUALLY SIMULATE THE BREACHING ALONG THE MRGO AND

04:12PM 8    THE IHNC AS THE MODEL WAS RUNNING.

04:12PM 9            THIS HAD NOT BEEN DONE IN PRIOR STUDIES USING ADCIRC.

04:12PM 10   THEY HAD BASICALLY RUN THE ADCIRC MODEL WITHOUT BREACHING ON

04:12PM 11   THE MRGO AND WITHOUT BREACHING ON THE IHNC.  THE RESULT IS THAT

04:12PM 12   IT HAS HIGHER WATER LEVELS IN THE GIWW, IN LAKE BORGNE, FOR

04:13PM 13   EXAMPLE.

04:13PM 14           SO THE IDEA WAS TO HAVE THE BREACHES OCCURRING IN THE

04:13PM 15   ADCIRC MODEL, SO THAT WE COULD FLOOD THE CENTRAL WETLANDS AND

04:13PM 16   HAVE WATER GOING OVER THE 40 ARPENT LEVEE.

04:13PM 17           SINCE IT WAS SOMETHING WE WEREN'T QUITE SURE WE COULD

04:13PM 18   ACCOMPLISH SINCE IT MEANT REWRITING THE MODEL, WE USED THE

04:13PM 19   FLOW-3D TO DO THE LOWER NINTH WARD AND ST. BERNARD PARISH.  SO

04:13PM 20   WE WERE NOT SURE THAT WE COULD GET ADCIRC TO DO ALL THE TRICKS

04:13PM 21   FOR US.

04:13PM 22           SO WE TRIED TO PUT IT IN.  EVENTUALLY, WE GOT IT TO

04:13PM 23   WORK.  BUT WE USED THE RESULTS OF A NESTED SET OF MODELS.

04:13PM 24           ANOTHER DIFFERENCE WAS THAT WE ACTUALLY USED THE

04:13PM 25   WATER LEVELS IN THE IHNC OBSERVED AT THE LOCK TO DRIVE THE FLOW

**HOURLY TRANSCRIPT**

04:13PM 1    THROUGH THE IHNC BREACHES INSTEAD OF USING ADCIRC RESULTS, AS

04:13PM 2    WAS DONE PREVIOUSLY.

04:13PM 3            THEN, FINALLY, AS I MENTIONED BEFORE, FLOW-3D IS A

04:13PM 4    THREE-DIMENSIONAL MODEL, SO WE'RE LOOKING AT BOTH THE

04:14PM 5    HORIZONTAL FLOWS, BUT ALSO VERTICAL FLOWS AND ACCELERATIONS, SO

04:14PM 6    MORE SOPHISTICATED MODELING.

04:14PM 7            JUST TO GIVE AN IDEA OF THE OUTER MODEL, THIS IS

04:14PM 8    STARTING BASICALLY MID-ATLANTIC AND WORKING INTO THE GULF OF

04:14PM 9    MEXICO.  SO THIS IS THE OUTER GRID.

04:14PM 10           THE HURRICANE STARTED GOING ACROSS INTO THE GULF OF

04:14PM 11   MEXICO AND THEN TO THE LOUISIANA COASTLINE.  SO IT TAKES DAYS

04:14PM 12   OF SIMULATION TO GET THE HURRICANE TO FOLLOW ITS TRACK.

04:14PM 13           THE IDEA IS THAT AS THE HURRICANE GOES OVER THE

04:14PM 14   GULF OF MEXICO, IT AFFECTS WATER LEVELS, AND WE WANTED TO

04:14PM 15   INCLUDE ALL OF THAT.

04:14PM 16           AGAIN, LOOKING AT MESH RESOLUTION, THE MESH IS NOT A

04:14PM 17   REGULAR GRIDDED MESH, LIKE A SCREEN IN A WINDOW.  IT'S AN

04:14PM 18   IRREGULAR MESH.  SO WHERE YOU WANT HIGH RESOLUTION, YOU MAKE

04:14PM 19   THE GRID SMALL.  WHEN YOU DON'T NEED HIGH RESOLUTION, YOU MAKE

04:15PM 20   THE GRIDS BIGGER FOR COMPUTATIONAL EFFICIENCIES.

04:15PM 21           SO WHAT YOU SEE HERE IS IN THE MOUTH OF THE

04:15PM 22   MISSISSIPPI RIVER, THERE IS A LOT OF RESOLUTION; AND, IN THE

04:15PM 23   NEW ORLEANS AREA, THERE IS AN IMMENSE AMOUNT OF RESOLUTION,

04:15PM 24   PARTICULARLY IN THE IHNC, WHERE WE'RE OPERATING AT 50-FOOT

04:15PM 25   RESOLUTION.  SO THESE GRIDS GO FROM THOUSANDS OF FEET IN SIZE

**HOURLY TRANSCRIPT**

04:15PM 1    TO 50 FEET, WHERE WE WANT A LOT OF DETAIL.

04:15PM 2          SO, IN THE WHOLE MODEL, THERE IS FOUR MILLION

04:15PM 3    DIFFERENT MESH POINTS THAT ARE DESCRIBING BATHYMETRY OR

04:15PM 4    TOPOGRAPHY.  SO IT'S A VERY HIGHLY RESOLVED MODEL.

04:15PM 5          TO RUN IT, SINCE IT'S SO BIG, YOU NEED A THOUSAND

04:15PM 6    PROCESSORS.  THESE THOUSAND PROCESSORS RUN FOR 24 HOURS.  SO

04:15PM 7    IT'S ALMOST THREE YEARS OF COMPUTATION THAT'S DONE TO RUN THE

04:15PM 8    MODEL ONCE, AND WE HAD TO RUN IT MANY TIMES.  SO, FORTUNATELY,

04:15PM 9    WE HAVE A THOUSAND PROCESSORS, SO IT ONLY TAKES A DAY.

04:15PM 10         TO SET UP THE MODEL, BOTH THE -- BOTH OF THE NESTED

04:16PM 11   MODELS, WE NEEDED TO DO HAVE THE CORRECT WATER -- OR ELEVATIONS

04:16PM 12   OF THE FLOODWALLS.  SO, ON THIS SLIDE, WHAT YOU SEE IS THE

04:16PM 13   ELEVATION OF THE FLOODWALL THAT WAS --

04:16PM 14         MR. FARRELL:  I'M SORRY, DR. DALRYMPLE.  I DON'T MEAN

04:16PM 15   TO INTERRUPT, BUT WE HAVE A POINTER HERE, IF THAT WOULD BE

04:16PM 16   HELPFUL FOR YOU.

04:16PM 17         THE WITNESS:  LET'S SEE, I ACTUALLY HAVE ONE IN MY

04:16PM 18   POCKET.  THANK YOU.

04:16PM 19         MR. FARRELL:  I'LL HOLD ON TO THIS ONE THEN.

04:16PM 20         THE WITNESS:  ALL RIGHT.

04:16PM 21         SO, FOR EXAMPLE, ON THE LEFT ON THIS FIGURE, YOU

04:16PM 22   SEE THIS PUTTING GREEN IS REALLY THE INNER HARBOR

04:16PM 23   NAVIGATION CANAL.  YOU SEE THE WALL, THE FLOODWALL ON THE

04:16PM 24   EAST BANK.

04:16PM 25         THEN, CORRESPONDINGLY, IN THE GRAPH WHAT YOU SEE

**HOURLY TRANSCRIPT**

04:16PM 1    IS THE BLUE LINE -- IT'S HARD TO SEE, THAT'S THE UPPER COLOR,

04:17PM 2    THE LIGHT BLUE LINE -- WHICH, THE REASON YOU CAN'T SEE IT VERY

04:17PM 3    WELL IS IT'S UNDER THE RED LINE, AND THE RED LINE IS WHAT WE

04:17PM 4    HAVE IN THE MODEL.  SO, IDEALLY, THEY ARE EXACTLY MATCHED, AS

04:17PM 5    WE HAVE THE RESOLUTION OF THE MODEL AT PRETTY HIGH RESOLUTION,

04:17PM 6    SO IT MATCHES THE FLOODWALL ELEVATIONS AS YOU GO DOWN.  THESE

04:17PM 7    ARE THE LOW SPOTS THAT MR. KING JUST MENTIONED.

04:17PM 8             WE ALSO HAVE, IN THE BLACK LINE, THE KOK,

04:17PM 9    ET AL., ELEVATION ALONG THE IHNC.  THIS IS IN METERS, SO THAT'S

04:17PM 10   ABOUT 14 FEET FOR THE BLACK LINE, AND 11, AND THEN 12 FEET FOR

04:17PM 11   THE RED AND BLUE LINES.  SO THAT'S THE IHNC.

04:17PM 12            THEN WE LOOK AT 40 ARPENT -- WE CALL IT 40

04:17PM 13   ARPENT LEVEE, BUT THIS IS THE FLORIDA AVENUE LEVEE ALONG HERE.

04:17PM 14   THERE IS A FLOODWALL IN THIS LOCATION.  SO WE HAVE THE HEIGHT

04:18PM 15   OF THE FLOODWALL LOCATED HERE.

04:18PM 16            TO MAKE IT COMPLICATED, WE'VE REVERSED COLORS,

04:18PM 17   SO RED IS THE ACTUAL SURVEYED ELEVATIONS, AND THE BLUE IS WHAT

04:18PM 18   THE NUMERICAL MODEL IS USING.  SO THERE IS QUITE A GOOD

04:18PM 19   CORRESPONDENCE IN THE NUMERICAL MODEL.

04:18PM 20            THE BLACK LINE IS WHAT KOK, ET AL., USED, WHICH

04:18PM 21   IS ABOUT SIX AND A HALF FEET.

04:18PM 22            THIS IS AN ORLEANS LEVEE DISTRICT IS THE

04:18PM 23   LOCATION -- OR THE PLACE WHERE WE GOT THE SURVEY INFORMATION.

04:18PM 24            THEN WE GO TO THE 40 ARPENT EAST OF PARIS ROAD,

04:18PM 25   THE FIRST SECTION EAST OF PARIS ROAD.  WHAT YOU SEE HERE IS THE

**HOURLY TRANSCRIPT**

04:18PM 1   40 ARPENT LEVEE IN THE RED LINE.

04:18PM 2             WHEN WE FIRST DID THE MODELING, WE USED

04:18PM 3   INCORRECT SURVEY INFORMATION.  SO, ON THE SUPPLEMENTAL REPORT,

04:19PM 4   WE CAME BACK AND FIXED THIS ELEVATION.  I'LL SHOW YOU THE

04:19PM 5   CONSEQUENCES OF THAT IN A BIT.

04:19PM 6             SO HERE IS A SLIDE SHOWING THE REST OF THE

04:19PM 7   40 ARPENT, WITH REACH 3, REACH 4, AND REACH 5 SHOWING

04:19PM 8   CORRESPONDENCES BETWEEN WHAT WE ORIGINALLY USED, WHICH WAS THE

04:19PM 9   RED LINE, AND THEN REVISED IT WITH A BLUE LINE ALONG THE

04:19PM 10  DIFFERENT REACHES.  THEN THE KOK, ET AL., HEIGHTS OF THE

04:19PM 11  40 ARPENT LEVEE.

04:19PM 12            I'M SORRY, I'M GETTING A LITTLE TOO CLOSE TO

04:19PM 13  THIS.

04:19PM 14            THE COURT:  EXACTLY.

04:19PM 15            THE WITNESS:  I CAN HEAR IT.

04:19PM 16            THE COURT:  THANK YOU.

04:19PM 17            THE WITNESS:  SO, BASICALLY, THE 40 ARPENT EAST OF

04:19PM 18  PARIS ROAD, WE HAD TO CORRECT THE LEVEE ELEVATIONS IN THE

04:19PM 19  MODEL, WHICH WE DID, AND RERAN OUR RESULTS.

04:19PM 20            IN THE BOX -- WHILE WE WERE DOING THIS, YOU

04:19PM 21  RECALL I MENTIONED THAT WE PUT IN A BREACHING ALGORITHM IN THE

04:19PM 22  ADCIRC FOR THE FIRST TIME, ALLOWING THE LEVEES TO BREACH WHILE

04:20PM 23  THE MODEL WAS RUNNING.  WE GOT IT MOSTLY RIGHT, BUT IT TURNED

04:20PM 24  OUT THAT WHEN WE USED DIFFERENT NUMBERS OF COMPUTERS, SOMETIMES

04:20PM 25  THE BREACHING WOULD BE DIFFERENT LENGTHS.  SO WE REALIZED THERE

**HOURLY TRANSCRIPT**

04:20PM  1   WAS A BUG IN THE PARALLEL IMPLEMENTATION OF THE BREACHING

04:20PM  2   ALGORITHM, AND SO WE FIXED THAT.  THAT IS REPRESENTED IN THE

04:20PM  3   SUPPLEMENTAL REPORT.

04:20PM  4            ONE OF THE THINGS THAT WE HAD TO ESTABLISH WAS

04:20PM  5   WHEN IN THE MODEL WE SHOULD BREACH THE LEVEES.  WE HAD TO DO

04:20PM  6   THIS FOR THE MRGO AND FOR THE IHNC.

04:20PM  7            SO, FOR THE MRGO LEVEES, WHAT WE DID WAS, USING

04:20PM  8   INFORMATION FROM CHALMETTE, SO THAT THE CORPS OF ENGINEERS HAD

04:20PM  9   GONE TO CHALMETTE AND, AT SEVERAL SITES, HAD LOOKED AT HOW THE

04:20PM 10   WATER LEVEL VARIED WITH TIME AT DIFFERENT PROPERTIES BASED ON

04:21PM 11   STOP O'CLOCK DATA, AND SO WE HAD SOME INFORMATION FROM IPET

04:21PM 12   THAT SAID HOW THE WATER LEVEL VARIED WITH TIME, AND SO WHAT WE

04:21PM 13   DECIDED TO DO WAS USE THE HYDRODYNAMICS MODEL TO ALLOW US TO

04:21PM 14   ESTIMATE WHEN THE BREACHES WOULD OCCUR.

04:21PM 15            SO WHAT WE DID WAS WE CHOSE EIGHT DIFFERENT

04:21PM 16   BREACHING TIMES.  ONE OF THEM CORRESPONDING TO KOK, ET AL.,

04:21PM 17   WHEN THEY ASSUMED THE BREACHES OCCURRED ON THE MRGO.  WE USED

04:21PM 18   THE FITZGERALD BREACH TIMING, AND THEN WE USED A NUMBER OF

04:21PM 19   TIMES IN BETWEEN, BOTH WHEN THE BREACHES STARTED, WHEN THE

04:21PM 20   BREACHES ENDED AND HOW LONG THE BREACHES LASTED.

04:21PM 21            FOR EACH OF THOSE CASES, WHAT WE LOOKED AT WAS

04:21PM 22   THE ARRIVAL OF THE FLOODWATERS AND THE RATE OF RISE OF THE

04:21PM 23   FLOODWATERS AT THE SITES IN CHALMETTE.

04:22PM 24            THE IDEA WAS THAT IF WE CHOSE AN INCORRECT

04:22PM 25   BREACH TIME OF OUR EIGHT POSSIBLE BREACHING TIMES, THE

**HOURLY TRANSCRIPT**

04:22PM 1    INCORRECT ONES WOULD GIVE US INCORRECT TIMES OF ARRIVAL OF

04:22PM 2    WATER AT THE SITES.

04:22PM 3                IN OTHER WORDS, IF WE BREACHED THE MRGO TOO

04:22PM 4    SOON, WATER WOULD SHOW UP IN CHALMETTE TOO SOON.  IF WE

04:22PM 5    BREACHED TOO LATE, WATER WOULD SHOW UP IN CHALMETTE TOO LATE.

04:22PM 6                SO THE IDEA WAS THEN DETERMINE WHEN THE WATER

04:22PM 7    ARRIVED AT THESE VARIOUS SITES.  THESE WERE COUGET AND

04:22PM 8    PALMISANO, AS DESIGNATED BY THE CORPS.  BASED ON WHEN -- WHEN

04:22PM 9    WE WOULD SEE THE MODEL WATER ARRIVING, FLOODWATER ARRIVING,

04:22PM 10   COMPARED TO WHAT WAS MEASURED AT THE HYDROGRAPH SITES, IF THERE

04:22PM 11   WAS AN ERROR, THAT MEANT WE NEEDED TO USE A DIFFERENT BREACHING

04:22PM 12   TIME.  SO, BY DOING THAT, WE ESTABLISHED A BREACHING TIME IN

04:22PM 13   THE MODEL.

04:23PM 14               AT FIRST, FIRST TIME WHEN WE HAD A MISTAKE IN

04:23PM 15   THE 40 ARPENT LEVEE, WE STARTED OUR BREACH AT 5:45, AND IT RAN

04:23PM 16   FOR ABOUT TWO AND A HALF HOURS TO BE FULLY ESTABLISHED.

04:23PM 17               WHEN WE REALIZED THAT OUR WALL WAS TOO HIGH AND

04:23PM 18   WE LOWERED IT, THEN WHAT HAPPENED WAS THERE WAS ABOUT A

04:23PM 19   30-MINUTE SHIFT IN THE BREACHING TIME LATER.

04:23PM 20               TO SHOW YOU HOW THAT WORKED, WE LOOK AT THIS

04:23PM 21   FIGURE.  THIS IS SHOWING THE LOWER NINTH WARD AND THE CHALMETTE

04:23PM 22   SIDE.  SO THE LOWER NINTH WARD, AND THEN YOU SEE THREE GREEN

04:23PM 23   DOTS DENOTING THE PALMISANO AND COUGET SITES AND THE CHANNEL 8

04:23PM 24   FOX TV TOWER, WHICH WAS ANOTHER MEASURE THAT WE USED TO

04:23PM 25   DETERMINE IF WE GOT THE BREACHING TIMES CORRECTLY.

**HOURLY TRANSCRIPT**

04:23PM   1                THE FIGURES ON THE LEFT, PARTICULARLY IF WE

04:24PM   2    START AT THE TOP ONE, WHAT YOU SEE ARE DIAMONDS, WHICH ARE THE

04:24PM   3    STOP CLOCK INFORMATION, WHERE WATER LEVEL INFORMATION IS A

04:24PM   4    FUNCTION OF TIME FROM THE CORPS OF ENGINEERS.

04:24PM   5                THEN, IF YOU LOOK AT THE RED LINE, THAT'S WHAT

04:24PM   6    WE GOT IN OUR ORIGINAL EXPERT REPORT.  IT'S THE RED LINE, AND

04:24PM   7    YOU SEE THAT IT MATCHED THE DATA REASONABLY WELL AT -- THIS IS

04:24PM   8    THE COUGET SITE AT THE TOP.

04:24PM   9                THEN WE CORRECTED THE 40 ARPENT LEVEE ELEVATION,

04:24PM  10    AND THAT GAVE US THE GREEN LINE, WHICH HAD THE WATER ARRIVING

04:24PM  11    AT THE SITE ABOUT 15 MINUTES EARLIER.

04:24PM  12                SO THEN, WHEN WE FIXED, ALSO, THE BREACHING

04:24PM  13    ERROR AND CHANGED THE BREACHING TIMES TO GIVE US THE BEST FIT,

04:25PM  14    WE GOT THE BLUE LINE.  SO THAT'S OUR BEST ESTIMATE OF WHEN THE

04:25PM  15    BREACHING OCCURRED, AND THAT'S OUR BEST CORRELATION WITH THE

04:25PM  16    DATA.

04:25PM  17                YOU'LL NOTICE THAT WE OVERSHOOT A LITTLE BIT

04:25PM  18    LATER IN TIME, 1:00 P.M., 2:00 P.M.  THAT'S BECAUSE WHEN WE'RE

04:25PM  19    CALCULATING THE FLOW GOING OVER THE MRGO LEVEES AND THROUGH THE

04:25PM  20    BREACHES, WE HAD TO INCLUDE EARLY ON THE WAVE OVERTOPPING.

04:25PM  21                SO, TO INCORPORATE THE WAVE OVERTOPPING, WE HAD

04:25PM  22    MORE FLOWS COMING OVER ORIGINALLY THAN WOULD BE DETERMINED

04:25PM  23    PURELY FROM THE HYDRODYNAMICS.  SO, AS TIME WENT BY AND THE

04:25PM  24    WAVE OVERTOPPING WAS LESS IMPORTANT, WE STILL HAD THIS EFFECT

04:25PM  25    OF WAVE OVERTOPPING, AND HENCE WE OVERSHOT.

                              **HOURLY TRANSCRIPT**

04:25PM 1          SO YOU'LL NOTICE, IN MOST OF OUR CALCULATIONS,

04:26PM 2     LATER ON WE STOP AT 11 O'CLOCK.  THAT'S BECAUSE WE REALIZED

04:26PM 3     THAT WE WERE PUTTING TOO MUCH WATER THROUGH THE MRGO BREACHES

04:26PM 4     AFTER 11.

04:26PM 5          PALMISANO CALIBRATIONS, THE SAME THING.  RED IS

04:26PM 6     WHAT WE ORIGINALLY DID.  CORRECTING THE 40 ARPENT LEVEE HEIGHTS

04:26PM 7     GAVE US THE GREEN.  THEN CORRECTING -- CHANGING OUR BREACH

04:26PM 8     TIMES TO CORRESPOND TO THE DATA GAVE US THE BLUE LINE.

04:26PM 9          THE FOX CHANNEL 8 WAS ANOTHER CHECK OF OUR

04:26PM 10    MODELING.  AS YOU SEE IN THIS MOVIE, THIS IS AN EXCERPT FROM

04:26PM 11    THE EXHIBIT DX-02080.  WHAT YOU SEE IS ABOUT 8:25, YOU START TO

04:26PM 12    SEE FLOODWATERS COMING FROM EAST TO THE WEST, WITH THE WIND

04:27PM 13    BLOWING FROM THE NORTH, NORTHEAST.  SO IT JUST TAKES A COUPLE

04:27PM 14    MINUTES TO CROSS OVER THIS FIELD AND FLOOD THE FIELD.

04:27PM 15          THE COURT:  EXCUSE ME, DOCTOR, I'M NOT RECEIVING YOUR

04:27PM 16    MESSAGE.

04:27PM 17          EXCUSE ME, SIR.  YOU MAY -- YOU WANT TO WAIT

04:27PM 18    UNTIL THE FLOODWATERS --

04:27PM 19          MR. FARRELL:  YOUR HONOR, I'LL JUST NOTE FOR THE

04:27PM 20    RECORD, YOU'VE PROBABLY ALREADY PICKED THIS UP, BUT YOU SEE THE

04:27PM 21    TIME STAMP ON THE BOTTOM, THIS IS A SPED-UP VERSION --

04:27PM 22          THE COURT:  YES.

04:27PM 23          MR. FARRELL:  -- OF THE ORIGINAL.  WE'RE MOVING AT, I

04:27PM 24    THINK, TWICE SPEED.

04:27PM 25          THE WITNESS:  I THINK THAT'S -- SO, BASICALLY, BY

**HOURLY TRANSCRIPT**

04:28PM 1   8:30, WE NEED WATER AT THAT LOCATION IF THE MODEL IS CORRECT.

04:28PM 2                   THIS ANIMATION SHOWS FROM THE 27TH OF AUGUST,

04:28PM 3   YOU SEE THE -- FIRST OF ALL, JUST THE TIDES GOING IN AND OUT.

04:28PM 4   THE ADCIRC MODEL HAS THE ASTRONOMICAL TIDES IN IT.  SO, BEFORE

04:28PM 5   THE STORM GETS HERE, YOU HAVE THE WETTING AND DRYING OF

04:28PM 6   LAKE BORGNE, FOR EXAMPLE.

04:28PM 7                   THEN, AS THE 28TH COMES, YOU START TO SEE THE

04:28PM 8   WINDS PICK UP.

04:28PM 9                   THEN THE STORM GETS CLOSER AND CLOSER.  THE RED

04:28PM 10  COLORS MEANS HIGH WATER LEVELS.

04:28PM 11                  VERY QUICKLY, THE STORM PASSES THROUGH, AND YOU

04:28PM 12  SEE THE FLOODING OF THE CENTRAL WETLANDS, LOWER NINTH WARD AND

04:28PM 13  ST. BERNARD PARISH.

04:28PM 14                  SO THAT'S THE ADCIRC RESULTS THAT WE USED TO PUT

04:28PM 15  INTO THE FLOW-3D MODEL AT PARIS ROAD TO GET THE FLOODING FROM

04:29PM 16  THE MRGO.

04:29PM 17                  SO NOW WE'LL TALK ABOUT THE INNER MODEL.  SO

04:29PM 18  ADCIRC GIVES US THE RIGHT BOUNDARY OF THIS MODEL.  SO WHAT YOU

04:29PM 19  SEE HERE IS THE LOWER NINTH WARD ON THE LEFT, CHALMETTE AND

04:29PM 20  PARTS OF THE REST OF ST. BERNARD PARISH ON THE RIGHT.

04:29PM 21                  THE COLORS DENOTE THE ELEVATIONS, SO BLUE IS LOW

04:29PM 22  AND RED IS HIGH.

04:29PM 23                  SO, ALONG THE NATURAL LEVEES OF THE

04:29PM 24  MISSISSIPPI RIVER IT'S HIGH, AND TO THE NORTHERN PARTS YOU SEE

04:29PM 25  THAT IT'S LOW.

                              **HOURLY TRANSCRIPT**

04:29PM 1        THE LEFT AND RIGHT BOUNDARIES ARE WHERE THE FLOW

04:29PM 2   COMES IN FROM THE BREACHES.  THE RIGHT BOUNDARY, AS I

04:29PM 3   MENTIONED, COMES FROM ADCIRC.  SO THESE ARE COMPUTED FROM THE

04:29PM 4   ADCIRC RUN, AND WE LOOK AT THE FLOWS GOING OVER PARIS ROAD.

04:29PM 5        THEN, ON THE LEFT WHAT YOU HAVE IS THE IHNC.

04:29PM 6   IT'S SHOWN AS A LITTLE BOX, BUT WHAT WE DO IS WE MAINTAIN THE

04:30PM 7   WATER LEVEL IN THAT BOX.  THE TWO BREACH SITES ARE DENOTED.  SO

04:30PM 8   WE HAVE THE CORRECT WATER LEVEL DRIVING THE FLOW INTO -- OR

04:30PM 9   THROUGH THE BREACHES INTO THE LOWER NINTH WARD.

04:30PM 10        ONE OF THE THINGS WE DID -- THE TOPOGRAPHY COMES

04:30PM 11  FROM LIDAR DATA.  LIDAR IS GOOD AT COVERING LARGE AREAS OF

04:30PM 12  GIVING YOU ELEVATIONS, BUT IT'S RATHER POOR AT SEEING THINGS

04:30PM 13  LIKE FLOODWALLS AND RAISED FEATURES SUCH AS ROADWAY ELEVATIONS

04:30PM 14  OR RAILROAD BEDS.

04:30PM 15        SO WE WENT IN AND FIXED ABOUT SEVEN FEATURES AND

04:30PM 16  GOT HIGH RESOLUTION INFORMATION ABOUT, SAY, THE ST. CLAUDE

04:30PM 17  AVENUE ON THE LEFT HERE, THE OVERPASS.  WE SHOW THE OVERPASS IN

04:30PM 18  RED IS A HIGH ELEVATION.  THEN, THERE IS A LITTLE HOLE IN THERE

04:30PM 19  BECAUSE THERE IS A PASSAGEWAY FOR THE WATER TO FLOW.

04:31PM 20        THE NORFOLK SOUTHERN ROADBED IS ELEVATED AND

04:31PM 21  WELL RESOLVED BY SURVEY INFORMATION.  THERE ARE A NUMBER OF

04:31PM 22  OTHER -- FIVE OTHER FEATURES THAT ARE ALSO MORE HIGHLY RESOLVED

04:31PM 23  THAN IN THE LIDAR DATA.  THIS WILL BE IMPORTANT LATER AS THE

04:31PM 24  FLOODWATERS PROCEED THROUGH THE LOWER NINTH WARD.

04:31PM 25        AT THE LOCK, WE USED THE LOCKMASTER READINGS.

**HOURLY TRANSCRIPT**

04:31PM 1    THAT'S THE RED TRIANGLES.  TO ZOOM IN BETWEEN, SAY, 4:00 A.M.

04:31PM 2    AND NOON, YOU'LL SEE THE WATER LEVELS ARE THE DIAMONDS AS

04:31PM 3    RECORDED BY THE LOCKMASTER DURING THE STORM.

04:31PM 4    A.   THESE ARE MEASURED ONLY HOURLY, SO THEY REPRESENT A

04:31PM 5    SNAPSHOT OF WHAT THE WATER LEVEL IS IN THE CANAL AT THAT TIME.

04:32PM 6    IPET, I GATHERED, TALKING WITH THE LOCKMASTER, ESTABLISHED THAT

04:32PM 7    THE ACCURACY WAS PROBABLY PLUS OR MINUS A FOOT WHEN THE WATER

04:32PM 8    LEVELS WERE OVER 12 AND A HALF FEET IN THE IHNC AND A TENTH OF

04:32PM 9    A FOOT OTHERWISE, PLUS OR MINUS A TENTH OF A FOOT.

04:32PM 10           SO EACH OF THESE DIAMONDS HAS A CERTAIN AMOUNT OF

04:32PM 11   ERROR ASSOCIATED WITH IT, AND THEN, OF COURSE, IN BETWEEN THE

04:32PM 12   TWO TIMESTAMPS BETWEEN, SAY, 5 AND 6, WE DON'T HAVE ANY DATA,

04:32PM 13   SO IT'S NOT ASSUMED THAT -- I'M SORRY, I'M CLOSE -- IT'S NOT

04:32PM 14   ASSUMED THAT IT'S A STRAIGHT-LINE FIT BETWEEN THE LINES --

04:32PM 15   BETWEEN THE DIAMONDS.  YOU CAN'T JUST DRAW A STRAIGHT LINE

04:32PM 16   BECAUSE WE ACTUALLY DON'T KNOW WHAT WAS HAPPENING IN THE CANAL

04:32PM 17   AT THAT TIME.

04:32PM 18   Q.   DR. DALRYMPLE, BEFORE YOU MOVE ON, THIS MIGHT BE ME, BUT I

04:32PM 19   THOUGHT I HEARD YOU SAY THAT THE ACCURACY WAS PLUS OR MINUS A

04:32PM 20   FOOT AFTER -- WHEN IT WAS --

04:32PM 21   A.   PLUS OR MINUS A HALF A FOOT.

04:32PM 22   Q.   I JUST WANTED TO MAKE SURE THE RECORD WAS CLEAR.

04:32PM 23   A.   I'M SORRY IF I MISSPOKE.

04:33PM 24           THE HORIZONTAL LINES ON THIS FIGURE, THE RED LINE IS

04:33PM 25   11.4 FEET, AND THAT'S THE LOW SPOT ON THE IHNC NEAR THE

**HOURLY TRANSCRIPT**

04:33PM 1    NORTH BREACH LOCATION.  AND THE BLUE LINE IS THE LOW SPOT AT

04:33PM 2    THE SOUTH BREACH SITE SHOWING THAT IHNC WATER LEVELS WOULD

04:33PM 3    MATCH THOSE ELEVATIONS AT 6:00 A.M. FOR THE NORTH BREACH AND

04:33PM 4    7:00 A.M. FOR THE SOUTH BREACH.

04:33PM 5              BEFORE I GO ON, I'M GOING TO TALK A LITTLE BIT ABOUT

04:33PM 6    OVERTOPPING OF THE FLOODWALLS AND I NEED TO SEPARATE

04:33PM 7    OVERTOPPING INTO TWO PARTS.  ONE IS WAVE OVERTOPPING, AND

04:33PM 8    THAT'S WHEN YOU HAVE A FLOODWALL AND THE WATER LEVEL IN THIS

04:33PM 9    CASE IN THE CANAL IS LOWER THAN THE FLOODWALL, BUT THE WAVES

04:33PM 10   ARE HIGHER THAN THE WALL THEN, IN FACT, YOU GET WATER GOING

04:34PM 11   OVER THE WALL AND THAT'S CALLED WAVE OVERTOPPING.

04:34PM 12             AND THAT PERSISTS UNTIL THE WATER LEVEL IN THE CANAL

04:34PM 13   EQUALS THE HEIGHT OF THE WALL, AND THEN WE START HAVING FLOW

04:34PM 14   OVERTOPPING OR, AS DR. BEA CALLED IT, SURGE OVERTOPPING.

04:34PM 15             SO I'M GOING TO TALK ABOUT TWO DIFFERENT TYPES OF

04:34PM 16   OVERTOPPING.

04:34PM 17             THE -- TALKING ABOUT THE WAVES IN THE IHNC, THE CORPS

04:34PM 18   OF ENGINEERS' IPET REPORT IN VOLUME IV, THE STORM, DISCUSS

04:34PM 19   INTENSE WAVE GROWTH IN THE GIWW BY 5:30 A.M. CENTRAL DAILY TIME

04:34PM 20   AND TALK ABOUT 4-FOOT WAVES AT THE IHNC JUNCTION WHERE THE GIWW

04:34PM 21   AND THE IHNC COME TOGETHER.  THAT'S ON PAGE 226.

04:34PM 22             AND THEY ALSO MENTION ON THE NEXT PAGE THAT THERE

04:35PM 23   WERE 2- TO 3-FOOT WAVES INCIDENT ON THE IHNC EAST FLOODWALLS BY

04:35PM 24   5:30 A.M.

04:35PM 25             THE IPET MODELING WAS DONE WITH TWO MODELS, ONE IS

**HOURLY TRANSCRIPT**

04:35PM  1    STWAVE.  IT'S A WAVE GENERATION MODEL THAT THE CORPS HAS

04:35PM  2    DEVELOPED.  WHAT IT DOES IS LOOK AT A WAVE SPECTRUM AS IT GROWS

04:35PM  3    UNDER THE INFLUENCE OF WIND.  AND THE WAVE SPECTRUM IS THAT

04:35PM  4    WHEN THE WIND BLOWS OVER THE WATER, IT CREATES WAVES OF MANY

04:35PM  5    DIFFERENT FREQUENCIES, STARTING WITH VERY HIGH-FREQUENCY WAVES

04:35PM  6    THAT GROW INTO LOW-FREQUENCY WAVES.  BUT IN A SEA STATE, YOU

04:35PM  7    HAVE WAVES OF MANY DIFFERENT FREQUENCIES AT ONCE AND MANY

04:35PM  8    DIFFERENT DIRECTIONS AT ONCE, SO IT'S CALLED A DIRECTIONAL

04:35PM  9    SPECTRUM.

04:35PM 10           AND WHAT STWAVE MODEL DOES IS DIVIDE UP THE SPECTRUM

04:35PM 11    INTO MANY DIFFERENT DIRECTIONS, MANY DIFFERENT FREQUENCIES,

04:36PM 12    CALCULATES HOW THESE SPECTRAL COMPOUNDS GROW UNDER THE ACTION

04:36PM 13    OF WIND.

04:36PM 14           THEY MADE A SPECIAL VERSION OF STWAVE TO MODEL THE

04:36PM 15    WAVES IN THE CANAL SO THEY HAVE REFLECTIVE BOUNDARY CONDITIONS

04:36PM 16    ON THE MODEL SO THAT THE WAVES IN THE CANAL WOULD BOUNCE

04:36PM 17    FROM -- YOU KNOW, AS THE WAVES PROPAGATED INTO THE CANAL BANK,

04:36PM 18    IT WOULD BOUNCE BACK INTO THE CANAL.  THAT'S THE WAVE GROWTH

04:36PM 19    MODEL.

04:36PM 20           AND THEN THEY ALSO USE THE COUL WAVE MODEL, WHICH IS

04:36PM 21    A BOUSSINESQ WAVE MODEL.  THEY USED IT FOR WAVE PROPAGATION.  I

04:36PM 22    THINK THE INTENT OF THEIR USE OF THAT MODEL IS SIMPLY TO SHOW

04:36PM 23    WHAT THE WAVES LOOKED LIKE IN THE CANAL AT THE TIME.

04:36PM 24           THERE WAS A LOT OF CONCLUSIONS DRAWN FROM THE

04:36PM 25    BOUSSINESQ MODELING.

**HOURLY TRANSCRIPT**

04:36PM 1          THE LIMITATION OF THE MODELLING, COUL WAVE HAS NO

04:36PM 2    WAVE GROWTH IN IT, SO IT'S JUST SIMPLY LOOKING AT THE

04:36PM 3    PROPAGATION OF THE WAVES IN THE CANALS.  THIS IS KIND OF

04:37PM 4    IMPORTANT BECAUSE AT REALLY HIGH WIND SPEEDS, YOU CAN GENERATE

04:37PM 5    3-FOOT WAVES AND A MILE OF FETCH.  AND THE LOWER PART OF THE

04:37PM 6    IHNC IS A MILE LONG.

04:37PM 7          ANOTHER POINT IS THAT STWAVE UNDERPREDICTS WHEN

04:37PM 8    COMPARED TO THE DATA IN LAKE PONTCHARTRAIN SHOWN IN THE IPET

04:37PM 9    REPORT, THEY COMPARED -- AND I SHOW IT IN A MINUTE -- THEY

04:37PM 10   COMPARED THEIR STWAVE PREDICTIONS AGAINST ACTUAL DATA AND THEY

04:37PM 11   UNDERPREDICTED FAIRLY SIGNIFICANTLY.

04:37PM 12         AND, FINALLY, THEY MADE THE ASSUMPTION THAT WAVES

04:37PM 13   PROPAGATING DOWN THE GIWW FROM LAKE BORGNE TO THE IHNC COULD BE

04:37PM 14   DONE WITHOUT COMPUTING THE WAVES COMING DOWN THE NORTH BRANCH

04:37PM 15   OF THE IHNC FROM LAKE PONTCHARTRAIN.  THEY ASSUMED THAT SINCE

04:38PM 16   THE WIND WAS SHIFTING THAT THE WIND WOULD FAVOR GENERATION IN

04:38PM 17   THE GIWW FIRST AND THEN LATER -- FOUR HOURS LATER, THE NORTH

04:38PM 18   BRANCH OF THE IHNC.

04:38PM 19         BUT ONE OF THE INTERESTING THINGS IS THEY POINT OUT

04:38PM 20   THAT THE WAVES IN LAKE PONTCHARTRAIN ARE VERY LARGE EARLY IN

04:38PM 21   THE MORNING, 7 FEET HIGH, AND AS THEY LOOKED AT THE PROPAGATION

04:38PM 22   OF THE WAVES DOWN THE CANAL, THEY SAID, WELL, THEY ARE 7 FEET

04:38PM 23   IN THE LAKE AND THEY ARE ONLY HALF A FOOT AT THE END OF THE

04:38PM 24   IHNC NORTH BRANCH, SO WE WILL NEGLECT THEM.

04:38PM 25         AND THAT'S KIND OF A SERIOUS OVERSIGHT, I THINK,

**HOURLY TRANSCRIPT**

04:38PM 1    BECAUSE WE'RE TALKING ABOUT 2- TO 3-FOOT WAVES, AND THEY ARE

04:38PM 2    NEGLECTING THE HALF A FOOT THAT THEY SAW AS THE WAVES CAME FROM

04:38PM 3    THE LAKE DOWN THE CANAL.  AND THAT HAPPENED ON BOTH BRANCHES.

04:38PM 4    SO WHEN THEY DID THE IHNC NORTH STWAVE PREDICTIONS, THEY

04:38PM 5    NEGLECTED WHAT WAS HAPPENING ON THE GIWW.  SO IN BOTH CASES OF

04:39PM 6    EITHER CANAL, THEY NEGLECTED THE HALF A FOOT THAT CAME FROM

04:39PM 7    EITHER LAKE BORGNE OR LAKE PONTCHARTRAIN.

04:39PM 8         THIS IS WHAT I WAS TALKING ABOUT IN TERMS OF THE

04:39PM 9    UNDERPREDICTION.  THE BLUE AND -- THE DARK BLUE AND LIGHT BLUE

04:39PM 10   DOTS ARE ACTUAL WAVE MEASUREMENTS DONE BY BUOYS JUST OFFSHORE

04:39PM 11   OF THE 17TH STREET CANAL AND JUST TO THE WEST OF THE

04:39PM 12   17TH STREET CANAL IN FAIRLY SHALLOW WATER.

04:39PM 13        AND THE RED ASTERISKS ON THE RED LINE ARE THE

04:39PM 14   PREDICTIONS BY STWAVE.  EARLY IN THE STORM -- NOW, THIS HAS A

04:39PM 15   VERY STRANGE TIMING.  I'M NOT SURE WHY THEY DID IT THIS WAY,

04:39PM 16   BUT ON THE LOWER LEFT, IF YOU SEE 29.00, THAT'S THE -- THAT'S

04:39PM 17   THE MIDNIGHT ON THE 29TH, AND THEN WE GO ACROSS TO 29.50 IN THE

04:39PM 18   MIDDLE OF THE PLOT, AND 29.50 WOULD BE HALFWAY THROUGH THE

04:40PM 19   29TH, SO THAT'S 12 O'CLOCK UTC.  WE SUBTRACT FIVE HOURS, SO

04:40PM 20   THAT'S 7 O'CLOCK HERE.

04:40PM 21        AND THEN YOU GET TO 30, AND THAT'S ON THE FAR RIGHT

04:40PM 22   OF THE AXIS, AND THAT 30 MEANS THAT'S MIDNIGHT ON THE 30TH.

04:40PM 23        AND SO WHEN WE'RE TALKING ABOUT 6:00 A.M. OR

04:40PM 24   3:00 A.M. IN THE MORNING, WHAT WE SEE IS THERE ARE WAVES ABOUT

04:40PM 25   6 TO 7 FEET IN LAKE PONTCHARTRAIN, AND THESE WAVES ARE

**HOURLY TRANSCRIPT**

04:40PM 1    CONNECTED BY THE IHNC NORTH TOWARD -- TO THE IHNC SOUTH BRANCH.

04:40PM 2         BUT THE POINT OF MY ARGUMENT IS THAT STWAVE IS

04:40PM 3    SEVERAL FEET UNDER THE ACTUAL MEASUREMENTS IN THE FIELD, SO

04:40PM 4    THERE IS SOME INDICATION THAT ANY PREDICTIONS IN THE CANAL, THE

04:40PM 5    GIWW, FOR EXAMPLE, WOULD BE A LITTLE SMALL UNDERPREDICTING.

04:41PM 6         THE RED ARROW POINTS OUT TIME-DEPENDENT SWAN, THAT IS

04:41PM 7    A LITTLE BIT BETTER.  THAT'S THE BLACK TRIANGLES.  AND SWAN IS

04:41PM 8    THE WAVE MODEL THAT'S BUILT INTO ADCIRC TO LOOK AT THE WAVE

04:41PM 9    EFFECTS ON HURRICANE STORM SURGE GENERATION, WHICH IS MOSTLY

04:41PM 10   IMPORTANT NEAR COASTLINES AND LEVEES.

04:41PM 11        THIS IS ONE OF THE PREDICTIONS FOR THE MAXIMUM WAVES

04:41PM 12   COMING DOWN THE GIWW.  IT'S DRAWN FROM EAST TO WEST, SO ON THE

04:41PM 13   LEFT, WE'RE LOOKING AT THE ENTRANCE OF THE GIWW FROM

04:41PM 14   LAKE BORGNE.  THE WAVES ARE SHOWN IN LAKE BORGNE TO BE AT THIS

04:41PM 15   TIME, THIS IS 5:30 IN THE MORNING, AT THIS TIME, THE WAVES ARE

04:41PM 16   A LITTLE OVER 2 AND A HALF FEET IN LAKE BORGNE.

04:42PM 17        AS THE WAVES PROPAGATE INTO THE CANAL, THE STWAVE

04:42PM 18   MODEL SHOWS THE WAVE HEIGHTS DROPPING DRAMATICALLY OVER THE

04:42PM 19   FIRST HALF MILE.  THE WHOLE WIDTH -- THE WHOLE LENGTH OF THIS

04:42PM 20   MODEL IS 6 MILES, SO GRID POINTS ARE 20 METERS APART, SO WE'RE

04:42PM 21   GOING FROM 0 TO 6 MILES FROM LEFT TO RIGHT.

04:42PM 22        STARTING AT LAKE BORGNE ON THE LEFT, WAVE HEIGHTS

04:42PM 23   DROP.  FOR THE LIFE OF ME, I DON'T KNOW WHY THEY DROP SO MUCH.

04:42PM 24   IT SEEMS TO ME THAT THEY WOULD -- THERE SHOULD BE SOME DROP AS

04:42PM 25   THE WAVES GO INTO THE CANAL, BUT THE DROP SEEMS A LITTLE HIGH

**HOURLY TRANSCRIPT**

04:42PM 1    TO ME, BUT NEVERTHELESS, WHAT THEY SHOW IS THAT BECAUSE THE

04:42PM 2    WIND IS BLOWING, IN THIS CASE, 80 KNOTS, ALONG THE LENGTH OF

04:42PM 3    CANAL, YOU GET A GROWTH OF THE WINDS -- OR THE WAVES, I'M

04:42PM 4    SORRY.

04:42PM 5         SO THE WAVES COME IN AT OVER 2 AND A HALF FEET.  THEY

04:42PM 6    DROP DRAMATICALLY IN THE ENTRANCE OF THE CANAL, AND THEN DOWN

04:43PM 7    THE LENGTH OF THE CANAL, MOST OF THE 6 MILES, THEY GROW VERY

04:43PM 8    DRAMATICALLY.  SO THEY GROW TO ABOUT 4 FEET.

04:43PM 9         AND THEN AT THE FAR RIGHT, THIS IS APPROACHING THE

04:43PM 10   JUNCTION WITH THE IHNC, YOU SEE A PRECIPITOUS DROP FROM 4 FEET

04:43PM 11   TO 3 FEET.  AND I THINK WHAT THIS IS, IS THE DEFRACTION OF

04:43PM 12   WAVES AS THE WAVES COME OUT OF THE CHANNEL INTO THE BIG

04:43PM 13   JUNCTION IN FRONT OF THE FLOODWALL THAT MR. KING WAS TALKING

04:43PM 14   ABOUT, AND THE WAVES SPREAD OUT.

04:43PM 15        ONE OF THE THINGS THAT THE CORPS DID WITH STWAVE FOR

04:43PM 16   THIS ANALYSIS WAS TO ADD WAVE DEFRACTION INTO THE MODEL FOR THE

04:43PM 17   FIRST TIME.

04:43PM 18        THE COURT:  EXCUSE ME, COUNSEL.  JUST A TIME

04:43PM 19   QUESTION.  HOW LONG DO YOU THINK THAT THE INITIAL TESTIMONY OF

04:43PM 20   DR. DALRYMPLE WILL BE?  JUST AN -- AGAIN, ALL OF THOSE

04:43PM 21   ESTIMATES ARE --

04:43PM 22        MR. FARRELL:  AN HOUR, AN HOUR AND 15 MINUTES TOTAL.

04:44PM 23   FROM WHAT WE'VE GOT TO THE END, WE'VE BUDGETED ABOUT AN HOUR

04:44PM 24   AND 15 MINUTES.  IT MIGHT TAKE A LITTLE BIT LONGER.

04:44PM 25        MR. TREEBY:  THAT WOULD PUT IT AROUND 10 AFTER 5.

**HOURLY TRANSCRIPT**

04:44PM 1          MR. FARRELL:  I'M SORRY, I DON'T HAVE A WATCH ON ME.

04:44PM 2          THE COURT:  THAT'S FINE.  THEN THAT'S FINE.  WITH

04:44PM 3   THAT, I HAVE A COUPLE THINGS I NEED TO DO, SO 10-MINUTE RECESS.

04:44PM 4   I JUST DIDN'T WANT TO DISRUPT THE FLOW.

04:44PM 5          OKAY.

04:44PM 6          MR. BRUNO:  JUST A QUESTION.  DO YOU WANT TO FINISH

04:44PM 7   HIM TONIGHT?

04:44PM 8          THE COURT:  OH, NO.  UNLESS YOU CAN DO IT IN 5 OR

04:44PM 9   10 MINUTES.  AND I WOULD BE ASTONISHED.  UNLESS

04:44PM 10  DR. DALRYMPLE -- DO YOU HAVE SOME ISSUE?

04:44PM 11         MR. BRUNO:  NO, I WAS TRYING TO BE HELPFUL.

04:44PM 12         THE COURT:  NO, NO, NO.  EVERYBODY DESERVES AS ALERT

04:44PM 13  A JUDGE AS POSSIBLE.  I'M GOING TO ENSURE THAT.

04:45PM 14                         (RECESS)

04:58PM 15         THE DEPUTY CLERK:  ALL RISE, PLEASE.  COURT IS IN

04:58PM 16  SESSION.  PLEASE BE SEATED.

04:58PM 17         THE COURT:  YES, COUNSEL.

04:58PM 18                        EXAMINATION

04:58PM 19  BY MR. FARRELL:

04:58PM 20  Q.   YOU MAY PROCEED, DR. DALRYMPLE.

04:58PM 21  A.   THANK YOU.  I JUST WAS REFERRING TO THIS SLIDE FOR THE

04:58PM 22  WAVE GENERATION ALONG THE GIWW.

04:58PM 23         WHAT I SHOULD POINT OUT IS THIS IS MEASURING

04:58PM 24  SIGNIFICANT WAVE HEIGHT, SO SIGNIFICANT WAVE HEIGHT IS LOOKING

04:58PM 25  AT THE TALLEST WAVES THAT YOU HAVE IN A WAVE FIELD AND

                         **HOURLY TRANSCRIPT**

04:58PM 1    AVERAGING THE TOP THIRD, AND THAT AVERAGES SIGNIFICANT WAVE

04:58PM 2    HEIGHT, AS HAS BEEN MENTIONED BEFORE.

04:59PM 3            THE COURT:  DR. DALRYMPLE, WAS THE -- ON THE GRID

04:59PM 4    POINTS, IS THERE A WAY TO DETERMINE WHERE IN THE IHNC THE GRAPH

04:59PM 5    SHOWS BASED ON DISTANCE?

04:59PM 6            THE WITNESS:  WHAT WE CAN TELL IS HOW LONG THAT IS,

04:59PM 7    AND THEY STATE IN THE IPET REPORT THAT IT STARTS AT THE

04:59PM 8    MOUTH -- OR THE ENTRANCE OF THE GIWW AND ENDS SOMEWHERE NEAR

04:59PM 9    THE JUNCTION.  AND I'VE BEEN SPENDING A LOT OF TIME FIGURING

04:59PM 10   OUT IF -- TRYING TO EXPLAIN THAT DROP AT THE END, AND IF THAT'S

04:59PM 11   BECAUSE THEY ARE ACTUALLY GOING IN TO -- TOWARDS THE

04:59PM 12   FLORIDA AVENUE BRIDGE OR NOT.  AND, UNFORTUNATELY, I CAN'T

04:59PM 13   REALLY TELL AND THEY DON'T HAVE A GOOD MAP.

04:59PM 14           THE COURT:  FROM THIS GRAPH, YOU'RE UNABLE TO TELL

04:59PM 15   PRECISELY WHERE ALONG THE IHNC THE GRAPH IS REPRESENTED?

04:59PM 16           THE WITNESS:  OTHER THAN THEY SAY IT STARTS AT LAKE

04:59PM 17   BORGNE AND IT ENDS AT THE JUNCTION.

04:59PM 18           THE COURT:  YOU KNOW THE BEGINNING AND THE END.

04:59PM 19           THE WITNESS:  THAT'S ALL WE KNOW, AND IT'S EQUALLY

05:00PM 20   SPACED, SO EVERY GRID MARK IS ABOUT 66 FEET.

05:00PM 21               SO IF WE GET TO THE END, AND AS I JUST

05:00PM 22   MENTIONED, WE'RE NOT QUITE SURE WHERE THIS THING ENDS, DOES IT

05:00PM 23   END HERE, DOES IT END FURTHER DOWN INTO THE JUNCTION, YOU

05:00PM 24   CANNOT TELL, BUT IN ANY EVENT, THE WAVES ARE COMING OUT OF THE

05:00PM 25   GIWW.  THERE IS A WIDE OPENING AT THE JUNCTION BETWEEN THE

**HOURLY TRANSCRIPT**

05:00PM 1    NORTH AND SOUTH BRANCH OF THE IHNC, SO THE WAVES WOULD TEND TO

05:00PM 2    SPREAD OUT AND DIFFRACT INTO THAT REGION.

05:00PM 3              YOU NOTICE ON THIS PICTURE, IT HAS THE GREEN

05:00PM 4    FLOODWALL THAT THE PORT OF NEW ORLEANS HAS THAT MR. KING WAS

05:00PM 5    TESTIFYING ABOUT.  AND THE WAVES WOULD HIT ON THAT AND BOUNCE

05:00PM 6    OFF AND EITHER PROPAGATE ACROSS THAT CANAL OR FURTHER DOWN THE

05:00PM 7    CANAL.

05:00PM 8              THEN THE WAVES WOULD PROPAGATE TOWARDS THE

05:00PM 9    FLORIDA AVENUE BRIDGE, AND THERE IS A CONSTRICTION THERE AND

05:01PM 10   YOU HAVE THE BRIDGE IN THE WAY, AND THE QUESTION IS WHAT IS THE

05:01PM 11   EFFECT OF THE BRIDGE.

05:01PM 12             ONE PROCESS THAT'S GOING ON THERE IS A PROCESS

05:01PM 13   THAT WAVES DO, AND THAT'S CALLED WAVE DEFRACTION.  THIS IS TRUE

05:01PM 14   FOR WATER WAVES AND LIGHT WAVES AND ALL TYPES OF WAVES.  IN THE

05:01PM 15   TOP FIGURE, WHAT YOU SEE IS TWO SMALL ISLANDS MAKING AN OPENING

05:01PM 16   AND THE WAVES FROM THE OCEAN PROPAGATING BETWEEN THE ISLANDS.

05:01PM 17             AND ON THE OTHER SIDE, WHAT YOU SEE ARE THESE

05:01PM 18   RINGS OF WAVES, AND THAT'S THE DIFFRACTION PATTERN, AND IT'S

05:01PM 19   MUCH LIKE WHEN YOU DROP A ROCK IN A POND, YOU GET CIRCULAR

05:01PM 20   WAVES.  WELL, WHERE IT'S BEING DROPPED IS RIGHT AT THAT

05:01PM 21   OPENING, AND IT'S MAKING THE CIRCULAR WAVES IN THE DOWN WAVE

05:01PM 22   DIRECTION.  THE ARROW SHOWS THE MAJOR DIRECTION OF THE WAVES

05:01PM 23   FROM THE OCEAN.

05:01PM 24             THE COURT:  YES, SIR.

05:01PM 25             THE WITNESS:  THE BOTTOM FIGURE IS SOME WORK OF MINE

**HOURLY TRANSCRIPT**

05:01PM 1  LOOKING AT WAVE PROPAGATION IN A CANAL OR A CHANNEL.  SO YOU

05:01PM 2  HAVE THE OPEN OCEAN ON THE LEFT AND A BAY ON THE RIGHT.  AND

05:02PM 3  THE WAVES FROM THE OPEN OCEAN GOING STRAIGHT INTO THE CANAL

05:02PM 4  PROPAGATING DOWN THE CANAL WHERE THERE IS DISSIPATION ON THE

05:02PM 5  SIDE WALLS OF THE CANAL AND THEN PROPAGATING INTO THE BAY ON

05:02PM 6  THE RIGHT.

05:02PM 7         AND, AGAIN, YOU SEE THE CURVED ARCS OF WAVES AS

05:02PM 8  THE WAVES DIFFRACT INTO MANY DIFFERENT DIRECTIONS AS IF YOU

05:02PM 9  DROPPED A ROCK IN A POND.

05:02PM 10         SO DEPENDING ON THE LENGTH OF WAVES AND THE

05:02PM 11 WIDTH OF THE OPENING, YOU GET MORE AND MORE CIRCULAR PATTERNS

05:02PM 12 ON THE RIGHT AND DIFFRACTION PATTERN.

05:02PM 13         THE OTHER POINT IS THAT WHEN WE DID THE STUDY,

05:02PM 14 WE ALSO LOOKED AT WAVES APPROACHING THIS GRAY CHANNEL FROM

05:02PM 15 DIFFERENT DIRECTIONS.  SO WAVES ACTUALLY -- IF YOU FOLLOW THE

05:02PM 16 DIRECTION OF WAVES, IT'S MUCH LIKE A BILLIARD BALL, SO THE

05:02PM 17 WAVES COULD BE COMING IN AT 45 DEGREES, HIT THE UPPER SIDE

05:02PM 18 WALL, BOUNCE DOWN, BOUNCE -- AND SO THE DIRECTION COMING OUT

05:02PM 19 THE OTHER END IS DETERMINED BY THE LENGTH OF THE CHANNEL AND

05:02PM 20 THE LENGTH OF THE WAVES.

05:03PM 21         SO IT COULD COME OUT GOING ONE WAY OR ANOTHER

05:03PM 22 WAY, DEPENDING ON THE INITIAL ANGLE OF THE WAVES GOING INTO THE

05:03PM 23 CHANNEL.  SO THE PROCESS OF DEFRACTION IS GOING TO BE VERY

05:03PM 24 IMPORTANT TO GET WAVES PAST FLORIDA AVENUE BRIDGE.

05:03PM 25         THE OTHER ISSUE WAS THAT THE BRIDGE WAS DOWN.  I

**HOURLY TRANSCRIPT**

05:03PM 1   LEARNED THIS DURING MY DEPOSITION.  SO THEN THE QUESTION IS

05:03PM 2   WHAT'S THE INFLUENCE OF THE BRIDGE BEING DOWN ON WAVE

05:03PM 3   PROPAGATION FROM THE GIWW IN THE NORTH BRANCH OF THE IHNC INTO

05:03PM 4   THE SOUTH BRANCH.

05:03PM 5            AS YOU SEE IN THIS PICTURE, THE TRUSSES THAT

05:03PM 6   MAKE UP THE BRIDGES ARE WIDELY SPACED, SO THEY DON'T BLOCK VERY

05:03PM 7   MUCH OF THE CROSS-SECTION.  WE'RE ARE LOOKING AT THE TOP.  THE

05:03PM 8   SIDES ARE THE SAME WAY.  IT'S VERY POOR STRUCTURE.

05:03PM 9            THEN, NOT ONLY THAT, BUT THE ROADBED IS A

05:03PM 10  GRADING, SO THAT WE CAN SEE RIGHT THROUGH TO THE WAKE OF THE

05:03PM 11  SHIP BELOW THE BRIDGE.

05:03PM 12           THIS BRIDGE IS FIVE FEET ABOVE THE WATER WHEN

05:03PM 13  CLOSED, SO THAT AS THE STORM SURGE RISES IN THE IHNC, IT HAS TO

05:04PM 14  GO UP FIVE FEET BEFORE IT ENCOUNTERS THE BRIDGE.  THEN, AS IT

05:04PM 15  GOES UP HIGHER THAN FIVE FEET, IT STARTS TO FLOOD THE BRIDGE;

05:04PM 16  BUT, IN FACT, THE BRIDGE IS RELATIVELY TRANSPARENT TO THE

05:04PM 17  WAVES, AND ONLY THE VERY, VERY SHORT WAVES WOULD BE TAMPED OUT

05:04PM 18  BY THE BRIDGE.

05:04PM 19           SO NOW WE GET SOUTH OF THE BRIDGE.  WAVES IN THE

05:04PM 20  IHNC SOUTH.  THE IPET SAYS THAT WAVES ON THE EAST BANK

05:04PM 21  FLOODWALLS COME FROM WAVES COMING DOWN THE CHANNEL COMING INTO

05:04PM 22  THE SOUTH BRANCH OF THE IHNC, BOUNCING OFF THE WEST BANK AND

05:04PM 23  REFLECTING BACK TO THE EAST BANK.

05:04PM 24           TO THAT, I'VE ADDED THE DEFRACTION THAT I'VE

05:04PM 25  JUST BEEN TALKING ABOUT.  SO YOU HAVE THE DEFRACTION OF WAVES

**HOURLY TRANSCRIPT**

05:04PM  1    SPREADING WAVES INTO THE SOUTH BRANCH IN ALL DIRECTIONS FROM

05:04PM  2    THE BRIDGE LOCATION, AND THEN BOUNCING OFF ALL THE VERTICAL

05:04PM  3    FLOODWALLS.

05:04PM  4              DURING THE STORM SURGE, THE WATER LEVEL IS VERY

05:05PM  5    HIGH.  WE HAVE VERTICAL FLOODWALLS ON BOTH SIDES THAT ARE A

05:05PM  6    HUNDRED PERCENT REFLECTIVE, AND SO THEY'RE BOUNCING BACK AND

05:05PM  7    FORTH.

05:05PM  8              THE CORPS DID SOME ESTIMATIONS THAT SAID PERHAPS

05:05PM  9    THE REFLECTION COEFFICIENTS ON THE WEST BANK ARE BETWEEN

05:05PM  10   50 PERCENT AND 80 PERCENT.  VERTICAL WALL WOULD BE A HUNDRED

05:05PM  11   PERCENT.

05:05PM  12             ANOTHER POINT TO CONSIDER IS THAT THE WAVE

05:05PM  13   HEIGHT AT ANY LOCATION IS THE SUPERPOSITION OF ALL THE WAVES

05:05PM  14   THAT ARE BOUNCING BACK AND FORTH.

05:05PM  15             SO, TAKING MY BILLIARD BALL ANALOGY, WE'VE GOT

05:05PM  16   WAVES BOUNCING OFF ALL THE WALLS GOING IN ALL DIFFERENT

05:05PM  17   DIRECTIONS.  IF YOU HAVE WAVE TRAINS THAT ARE COMING FROM

05:05PM  18   DIFFERENT DIRECTIONS AND MEETING AT A POINT, THEN THEY ADD UP.

05:05PM  19   SO YOU HAVE A SUPERPOSITION OF WAVES, WHICH IS WHY YOU GET

05:05PM  20   FREAK WAVES IN THE OCEAN THAT YOU HAVE SUPERPOSITION OF MANY

05:05PM  21   WAVES AT ONCE.

05:05PM  22             AND THEN ANOTHER IMPORTANT POINT, PARTICULARLY

05:05PM  23   FOR OVERTOPPING, IS THAT WHEN YOU HAVE A WAVE THAT PROPAGATES

05:06PM  24   ACROSS A CANAL AND HITS A WALL, AT THE WALL, IF IT'S A VERY

05:06PM  25   HIGH WALL, THE WAVE HEIGHT -- THE WAVE WILL HIT THE WALL,

**HOURLY TRANSCRIPT**

05:06PM 1    DOUBLE IN HEIGHT, AND THEN BOUNCE BACK OFF THE WALL GOING BACK

05:06PM 2    THE OTHER DIRECTION.

05:06PM 3              SO THAT'S IMPORTANT IN TERMS OF OVERTOPPING.

05:06PM 4    OVERTOPPING BEGINS WHEN THE HEIGHT OF THE WAVE AND THE WATER

05:06PM 5    DEPTH IN THE CANAL IS EQUAL TO THE HEIGHT OF THE FLOODWALL

05:06PM 6    BECAUSE OF THIS REFLECTION EFFECT.

05:06PM 7              AS I MENTIONED EARLIER, IN THE GIWW THE

05:06PM 8    SIGNIFICANT WAVE HEIGHT IS USED BY STWAVE, SO THEY HAVE THE

05:06PM 9    SIGNIFICANT WAVE HEIGHT, AND THEN THEY HAVE ALL THE DIRECTIONS

05:06PM 10   ASSOCIATED WITH THE DIRECTIONAL SPECTRUM.

05:06PM 11             WHAT THIS MEANS IS THAT THERE IS A DISTRIBUTION

05:06PM 12   OF WAVE HEIGHTS IN THE CANAL.  THIS IS A PICTURE SHOWING WAVE

05:06PM 13   HEIGHT ACROSS THE BOTTOM AND THE FREQUENCY OF THAT OCCURRENCE

05:07PM 14   GOING UP ON THE LEFT.

05:07PM 15             IF YOU THINK ABOUT TAKING THE POPULATION OF THE

05:07PM 16   CITY OF NEW ORLEANS AND FIGURING OUT HOW TALL EVERYBODY IS AND

05:07PM 17   JUST DRAWING A PLOT OF HOW MANY PEOPLE ARE CLOSE TO ZERO FEET

05:07PM 18   HIGH, WHICH WOULD BE ALL THE BABIES IN NEW ORLEANS, THEY WOULD

05:07PM 19   BE AT THE LEFT, AND THERE MAY NOT BE THAT MANY OF THEM, ZERO

05:07PM 20   HEIGHT PEOPLE.

05:07PM 21             THEN, AS WE GO TO THE RIGHT, WE'RE GETTING

05:07PM 22   TALLER AND TALLER PEOPLE.  FINALLY, WE GET TO THE AVERAGE

05:07PM 23   HEIGHT OF THE PEOPLE IN NEW ORLEANS, AND THAT'S PEAKING OUT

05:07PM 24   NEAR THE TOP OF THAT CURVE.

05:07PM 25             THEN, WE GET TO THE VERY TALL PEOPLE, AND THAT'S

**HOURLY TRANSCRIPT**

05:07PM 1   AT THE FAR RIGHT.  THERE ARE NOT THAT MANY TALL PEOPLE.

05:07PM 2              THIS IS A RAYLEIGH DISTRIBUTION, WHICH DESCRIBES

05:07PM 3   NUMBERS SUCH AS THAT.  IT'S BEEN USED IN WAVE MECHANICS FOR A

05:07PM 4   VERY LONG TIME.

05:07PM 5              ONE THING THAT'S IMPORTANT IS THAT IF WE LOOK AT

05:07PM 6   THE DISTRIBUTION OF HEIGHTS OF PEOPLE IN NEW ORLEANS, WE WOULD

05:07PM 7   FIND THE TALLEST PERSON AND THE SHORTEST PERSON.  BUT, IF WE

05:08PM 8   THEN TAKE THE WHOLE POPULATION OF THE UNITED STATES, WE WOULD

05:08PM 9   FIND AN EVEN TALLER PERSON AND AN EVEN SHORTER PERSON, BECAUSE

05:08PM 10  WE HAVE A BIGGER DISTRIBUTION TO DRAW ON.  IF WE TOOK THE WHOLE

05:08PM 11  GLOBAL POPULATION, THEN WE WOULD HAVE EIGHT FOOT PEOPLE AND

05:08PM 12  VERY SHORT PEOPLE.

05:08PM 13             SO THE ACTUAL MAXIMUM WAVE HEIGHT THAT YOU WOULD

05:08PM 14  GET IN A GROUP OF WAVES DEPENDS ON THE NUMBER OF WAVES THAT

05:08PM 15  WE'RE LOOKING AT.

05:08PM 16             SO WE EXPECT A DISTRIBUTION OF WAVES THAT LOOKS

05:08PM 17  LIKE THIS.  THE HMO SHOWN THERE IS THE ZERO MOMENT WAVE HEIGHT,

05:08PM 18  WHICH CORRESPONDS TO THE SIGNIFICANT WAVE HEIGHT.  THAT'S WHAT

05:08PM 19  THE CORPS DEALS WITH.

05:08PM 20             BUT WE HAVE TO REMEMBER THAT THERE ARE MANY

05:08PM 21  WAVES THAT ARE BIGGER AND MUCH MORE THAT ARE SMALLER.  SO

05:08PM 22  THERE'S A DISTRIBUTION OF WAVE HEIGHTS.  THERE'S A MAXIMUM WAVE

05:08PM 23  HEIGHT.  THERE'S THIS HMO, WHICH IS THE AVERAGE OF THE THIRD

05:08PM 24  HIGHEST WAVES.  THERE IS AN IS H 1-10TH, THE AVERAGE OF THE

05:08PM 25  10TH HIGHEST WAVES AND SO FORTH.  THE WAVES PERIODS ALSO HAVE A

**HOURLY TRANSCRIPT**

05:09PM  1    DISTRIBUTION SIMILAR TO THIS.

05:09PM  2              SO, BASED ON ALL OF THIS, WE HAVE THESE

05:09PM  3    DIAGRAMS.  THESE ARE PICTORIAL REPRESENTATIONS OF WHAT I THINK

05:09PM  4    THE WAVE HEIGHTS WERE IN THE IHNC AT DIFFERENT TIMES, STARTING

05:09PM  5    AT 3 O'CLOCK IN THE MORNING WHEN WE HAVE A WATER LEVEL OF

05:09PM  6    8.1 FEET BASED ON THE LOCKMASTER READINGS.  WINDS ARE BLOWING

05:09PM  7    40 KNOTS, CLOSE TO 50 MILES AN HOUR.

05:09PM  8              THE SIGNIFICANT WAVE HEIGHT IN THE CASE IS

05:09PM  9    1.3 FEET.  THE MAXIMUM WAVE HEIGHT THAT YOU WOULD EXPECT IN AN

05:09PM 10    HOUR, THE HOUR BETWEEN 3 AND 4 -- OR IN THE -- SAY, BETWEEN,

05:09PM 11    2:30 AND 3:30, OVER AN HOUR YOU WOULD EXPECT THE MAXIMUM WAVE

05:09PM 12    HEIGHT WOULD BE 2.1 FEET.  IN THIS CASE, IF YOU TAKE THE 8.1

05:09PM 13    LEVEL IN THE CANAL, YOU ADD THE 2.1 FEET, YOU GET 10.2.

05:10PM 14              SO EVEN WITH WAVE REFLECTION AGAINST THE WALL,

05:10PM 15    YOU DO NOT OVERTOP THE WALL; ALTHOUGH, YOU MIGHT SEE SOME

05:10PM 16    SPRAY, BUT NO SIGNIFICANT OVERTOPPING AT 3:00 IN MORNING.

05:10PM 17              WHEN WE GO TO 4:00 A.M., THE WATER LEVEL IN THE

05:10PM 18    CANAL HAS GONE UP OVER A FOOT HIGHER.  THE WINDS ARE NOW AT

05:10PM 19    55 KNOTS, SO WE'VE HAD A SIGNIFICANT INCREASE IN WIND.  THE

05:10PM 20    SIGNIFICANT WAVE HEIGHT HAS GROWN TO 1.7 FEET.  THE MAXIMUM

05:10PM 21    WAVE HEIGHT, BASED ON AN HOUR'S WORTH OF WAVES AT A

05:10PM 22    THREE-AND-A-HALF-SECOND PERIOD, OR 3.6 SECOND PERIOD, WOULD BE

05:10PM 23    3.2 FEET.

05:10PM 24              THE COURT:  HOW DID YOU COME TO THE 3.6 SECONDS?

05:10PM 25              THE WITNESS:  THAT'S BASED ON THE CORPS OF ENGINEERS.

**HOURLY TRANSCRIPT**

05:10PM 1    THEY SAID THAT AT THIS TIME THERE IS WAS THREE AND A HALF TO

05:10PM 2    FOUR SECOND PERIODS.

05:11PM 3              THE COURT:  OKAY.

05:11PM 4              MR. BRUNO:  YOUR HONOR, WHEN HE SAYS CORPS OF

05:11PM 5    ENGINEERS, HE MEANS THE MODEL THAT THE CORPS OF ENGINEERS RAN,

05:11PM 6    OR DOES HE MEAN SOMEBODY AT THE CORPS TOLD HIM THAT?

05:11PM 7              THE COURT:  IS THAT FROM THE IPET?

05:11PM 8              THE WITNESS:  I'M SORRY.  IT WOULD BE FROM THE IPET.

05:11PM 9              THE COURT:  IPET.

05:11PM 10             MR. BRUNO:  IPET.

05:11PM 11             THE WITNESS:  IPET RESULTS.

05:11PM 12             MR. BRUNO:  THANK YOU, JUDGE.  IPET.

05:11PM 13             THE WITNESS:  ALSO, IT COMES OUT OF THE WAVE

05:11PM 14   FORECASTING THAT I DID, AS WELL.  YOU ALSO FORECAST WAVE

05:11PM 15   PERIOD.

05:11PM 16             THEN WE GET TO 5 O'CLOCK.  THE WATER LEVEL IS

05:11PM 17   NOW MUCH HIGHER IN THE CANAL, SO WE'RE AT 10.3 FEET.  THE

05:11PM 18   SIGNIFICANT WAVE HEIGHT IS TWO AND A HALF FEET.  THE MAXIMUM

05:11PM 19   WAVE HEIGHT IS 4.6 FEET.  SO, CLEARLY, THERE IS OVERTOPPING

05:11PM 20   OCCURRING AT 5 AND, IN THE PREVIOUS SLIDE, OCCURRING AT 4 AS

05:11PM 21   WELL.

05:11PM 22             THEN, FINALLY, AT 6 O'CLOCK, THERE IS --

05:11PM 23   EVERYTHING IS GOING OVER THE WALL.  WE'VE GOT THE WATER LEVEL

05:11PM 24   IN THE CANAL AT THE TOP OF THE WALL.  WE'VE GOT WAVES THAT ARE

05:11PM 25   MUCH HIGHER THAN THE WALL.  WE'VE GOT THE MAXIMUM WAVE HEIGHT

**HOURLY TRANSCRIPT**

05:12PM 1    FAR HIGHER THAN THE WALL.

05:12PM 2             SO THIS IS BASED ON MY CALCULATIONS AND THE IPET

05:12PM 3    RESULTS.  WE ALSO HAVE MR. WILLIAM VILLAVASO'S DEPOSITION WHERE

05:12PM 4    HE SAID SOMETIME AFTER 3 O'CLOCK, HE STARTS SEEING THE WAVES

05:12PM 5    SPLASHING OVER THE LEVEES.  HE'S TALKING ABOUT THE

05:12PM 6    FLORIDA AVENUE LEVEE AND THE INDUSTRIAL CANAL FLOODWALLS.  AND

05:12PM 7    HE'S TALKING ABOUT MAYBE THREE, FOUR OR FIVE FEET OF SPLASHING.

05:12PM 8             NOW, WHAT I WOULD LIKE TO DO IS LEAVE WAVES AND

05:12PM 9    TALK ABOUT THE FLOODING.  WE'RE NOW USING THE FLOW-3D, BUT

05:12PM 10   WE'RE GOING TO USE IT MUCH IN THE SAME WAY AS WE USED THE

05:12PM 11   ADCIRC TO PREDICT THE BREACHING TIMES ON THE IHNC.

05:12PM 12            THE CORPS OF ENGINEERS HAS INFORMATION FROM THE

05:13PM 13   STOP CLOCKS AND OTHER DATA AT LOCATIONS SUCH AS C2 IN THE

05:13PM 14   LOWER NINTH WARD ON THE EAST SIDE OF JACKSON BARRACKS AND OTHER

05:13PM 15   SITES.  WE'LL USE SOME OF THAT DATA TO DETERMINE WHAT THE MODEL

05:13PM 16   PREDICTS FOR BREACHING TIMES ON THE NORTH BREACH AND THE

05:13PM 17   SOUTH BREACH.

05:13PM 18            SO THIS IS JUST AN EXAMPLE FROM IPET OF THE STOP

05:13PM 19   CLOCK DATA AND THEIR OTHER HYDROGRAPHIC INFORMATION AT VARIOUS

05:13PM 20   SITES.  SO WE'RE GOING TO TALK ABOUT THE SITE C2, SO THESE

05:13PM 21   SQUARE VALUES HERE.

05:13PM 22            ONE OF THE PROBLEMS AT SOME OF THE OTHER SITES,

05:13PM 23   LIKE C1, WHICH IS VERY CLOSE TO THE NORTH BREACH, THERE IS A

05:13PM 24   LOT OF AMBIGUITY IN THE ACTUAL WATER LEVEL AT THE GIVEN TIME.

05:13PM 25   SO C2 IS VERY USEFUL FOR US AND HAS A LOT OF POINTS.

**HOURLY TRANSCRIPT**

05:13PM 1             WE HAD TO MAKE SOME MODEL ASSUMPTIONS ABOUT THE

05:14PM 2   GEOMETRY OF THE BREACHES.  SO WE USED THE IPET RESULTS SAYING

05:14PM 3   THAT THE NORTH BREACH WAS 180 FEET WIDE.  THE BREACH DEPTH,

05:14PM 4   THAT IS, FROM THE TOP OF THE WALL TO THE SILL AFTER THE

05:14PM 5   BREACHING, WE ASSUMED WAS 10.6 FEET.  SO THAT GIVES US A

05:14PM 6   CROSS-SECTION THROUGH WHICH THE WATER WOULD FLOW.  WE ASSUMED

05:14PM 7   THE BREACHING TIME WOULD BE 30 MINUTES.

05:14PM 8             THE SOUTH BREACH WAS 793 FEET WIDE BASED ON

05:14PM 9   IPET.  THE BREACH DEPTH WAS 9.2 FEET.  WE ASSUMED THAT THE

05:14PM 10   BREACHING WOULD OCCUR IN 15 MINUTES.  THAT IS FAIRLY

05:14PM 11   CATASTROPHIC FAILURE OF THE WALL.

05:14PM 12             WE CHOSE A REALLY SHORT TIME BECAUSE OF THE

05:14PM 13   NATURE OF THE DAMAGE THAT WE SAW WHEN I WAS HERE IN THE LEVEE

05:14PM 14   INSPECTION TEAM, THAT A LOT OF THE DAMAGE LOOKED VERY MUCH LIKE

05:14PM 15   THE TSUNAMI DAMAGE IN THAILAND.  SO IT WAS A MASSIVE SURGE OF

05:14PM 16   WATER WITH AN IMMENSE AMOUNT OF DESTRUCTION.

05:15PM 17            THE COURT:  SO THE MORE SUDDEN, THEN MORE OF THE

05:15PM 18   VOLUME OF WATER AND THE PRESSURE OF THE WATER THAN IF IT WAS

05:15PM 19   MORE INCREMENTAL?

05:15PM 20            THE WITNESS:  YES, SIR.  SO, BASICALLY, THE SPEED OF

05:15PM 21   THE WATER, BECAUSE THE WALL COLLAPSING VERY FAST --

05:15PM 22            THE COURT:  RIGHT.

05:15PM 23            THE WITNESS:  -- WOULD GIVE YOU A LARGE PULSE OF

05:15PM 24   WATER SLAMMING INTO THE STRUCTURES.

05:15PM 25            THE COURT:  CERTAINLY UNDERSTAND THAT.

**HOURLY TRANSCRIPT**

05:15PM 1          THE WITNESS:  SO THEN, BASED ON THAT, WE USED THE C2

05:15PM 2    INTERIOR HYDROGRAPH.  WE ASSUMED BREACHING TIMES.  WE LOOKED AT

05:15PM 3    TIMING ERRORS.  WE WENT BACK AND ADJUSTED THOSE BREACHING TIMES

05:15PM 4    UNTIL WE REDUCED THE ERROR IN THE ARRIVAL OF THE FLOODWALLS AT

05:15PM 5    THE C2 SITE.  WE ALSO LOOKED AT JACKSON BARRACKS AND SO FORTH.

05:15PM 6          BUT BASED ON THAT AND OUR ANALYSIS, WE CAME UP

05:15PM 7    WITH THE IDEA THAT THE NORTH BREACH OCCURRED AT 6:00 A.M., OR

05:15PM 8    AT LEAST FOR THE PURPOSES OF THE MODEL.  I SHOULD POINT OUT

05:15PM 9    THAT WE'RE INCLUDING WAVE AND FLOW OVERTOPPING IN THIS

05:16PM 10   BREACHING TIME SO THAT, YOU KNOW, IT'S A MODEL BREACH TIME

05:16PM 11   RATHER THAN A -- ME SAYING THAT THAT'S EXACTLY WHEN THE BREACH

05:16PM 12   OCCURRED.

05:16PM 13         THE COURT:  I UNDERSTAND.

05:16PM 14         THE WITNESS:  THE SOUTH BREACH WE DETERMINED STARTED

05:16PM 15   AT 6:45.  BY THE NATURE OF THIS TIMING ERROR ANALYSIS, WE HAVE

05:16PM 16   A LOT OF CONFIDENCE IN THE SOUTH BREACH BECAUSE IF YOU CHANGE

05:16PM 17   THAT MUCH IN EITHER DIRECTION, EARLIER OR LATER, YOU GET WIDE

05:16PM 18   ERRORS OF ARRIVAL OF FLOODWATERS AT C2.

05:16PM 19         WHEREAS, FOR THE NORTH BREACH, WE DON'T HAVE A

05:16PM 20   LOT OF CONFIDENCE THAT THAT'S AN EXACT ANSWER.  IF YOU START

05:16PM 21   30 MINUTES OR AN HOUR EARLIER, THE ANSWERS ARE PRETTY MUCH THE

05:16PM 22   SAME.  WE GET MORE ERROR, BUT NOT A LOT MORE.  SO WE HAVE A LOT

05:16PM 23   OF CONFIDENCE IN THE SOUTH BREACH, BUT NOT SO MUCH IN THE

05:16PM 24   TIMING OF THE NORTH BREACH.

05:16PM 25         WITH ALL OF THESE THINGS, WE HAVE -- YOU KNOW,

**HOURLY TRANSCRIPT**

05:17PM 1    THERE IS A LOT OF UNCERTAINTY IN THE MODELING EFFORT.   THERE IS

05:17PM 2    UNCERTAINTY IN THE HURRICANE STORM SURGE.   THERE'S UNCERTAINTY

05:17PM 3    IN BREACH TIMES.   THERE'S UNCERTAINTY IN ELEVATIONS AND SO

05:17PM 4    FORTH.

05:17PM 5              SO WHEN WE GIVE NUMBERS, YOU KNOW, 15,

05:17PM 6    20 MINUTES EITHER WAY IS -- WOULD BE A REASONABLE ENVELOPE OF

05:17PM 7    TIMES.

05:17PM 8              THE COURT:   YOU'RE BASING YOUR BREACH TIME, SAY, THE

05:17PM 9    15 MINUTES, BASED ON PRIMARILY THE CATASTROPHIC DAMAGE THAT

05:17PM 10   TOOK PLACE; IS THAT ONE OF THE PRIMARY REASONS?

05:17PM 11             THE WITNESS:   IN THE SOUTH BREACH, THE TIME THAT IT

05:17PM 12   TOOK THE WALL TO FAIL, YES, SIR.

05:17PM 13             THE COURT:   THAT'S WHAT I MEAN.

05:17PM 14             THE WITNESS:   YES, BASED ON THAT.

05:17PM 15             WE DID SOME TESTING OF SENSITIVITY.   IF WE LET

05:17PM 16   IT BREACH A LITTLE SLOWER, BREACH INSTANTANEOUSLY, HOW MUCH

05:17PM 17   WOULD IT CHANGE THE ARRIVAL OF THE FLOODWALLS.   THERE WASN'T A

05:18PM 18   LOT OF DIFFERENCE IN OUR RESULTS, SO.

05:18PM 19             THIS IS A PICTURE OF WHAT WE THINK HAPPENED

05:18PM 20   DURING KATRINA.   THIS IS SO-CALLED ALL CAUSES CASE.   SO WE

05:18PM 21   START WITH THE NORTH BREACH AT 6 O'CLOCK.   THEN THE

05:18PM 22   SOUTH BREACH OCCURS AT 6:45.

05:18PM 23             WHAT YOU SEE IS THE WATER FROM THE NORTH BREACH

05:18PM 24   MOVING BASICALLY PARALLEL TO THE 40 ARPENT LEVEE.   IT DOES SLOW

05:18PM 25   DOWN WHEN IT GETS TO THE NORFOLK & SOUTHERN CAUSEWAY; BUT, YOU

**HOURLY TRANSCRIPT**

05:18PM 1     NOTICE IT MOVES TOWARDS THE SOUTHWEST HUGGING THE LEVEE.  THEN,

05:18PM 2     YOU SEE AROUND 8:30, THE WATER COMING FROM THE MRGO IN RED

05:18PM 3     IMPINGING ON THE WATERS FROM THE NORTH BREACH AND THE

05:18PM 4     SOUTH BREACH.

05:18PM 5          SO IN THIS ANIMATION OF OUR RESULTS, WHAT YOU

05:18PM 6     SEE IS THAT THE FIVE DIFFERENT PLAINTIFF LOCATIONS THAT -- THE

05:19PM 7     LIVERS, COATS AND WASHINGTON ARE HIT BY THE SOUTH BREACH

05:19PM 8     WATERS.

05:19PM 9          HOLMES, IT'S REAL CLOSE, BUT IT LOOKS LIKE

05:19PM 10    SOUTH BREACH WATER GOT THERE BEFORE -- AND THE NORTH BREACH

05:19PM 11    DOES NOT GET TO THAT SITE.

05:19PM 12         THEN, ARMSTRONG, IT'S PRETTY -- IT'S HARD TO

05:19PM 13    TELL BECAUSE THE WATER FROM THE NORTH BREACH AND THE MRGO

05:19PM 14    ARRIVE ABOUT THE SAME TIME, AND IT'S WITHIN PLUS OR MINUS A

05:19PM 15    FEW -- 15 MINUTES EITHER WAY.  SO IT COULD HAVE BEEN THE MRGO

05:19PM 16    GETTING THERE FIRST.  IT COULD HAVE BEEN THE NORTH BREACH

05:19PM 17    GETTING THERE FIRST.  IT'S IN THE UNCERTAINTIES.

05:19PM 18         I THINK THIS IS PROBABLY WORTH WATCHING AGAIN,

05:19PM 19    BECAUSE YOU MAY HAVE MISSED SOME FEATURES.  BUT YOU SEE THE

05:19PM 20    NORTH BREACH OCCURRING.  IT'S HEADING TOWARDS THE WASHINGTON

05:19PM 21    PROPERTY.

05:19PM 22         THEN THE SOUTH BREACH, WHICH IS FOUR TIMES

05:19PM 23    BIGGER, JUST PUSHES THE NORTH BREACH WATER BACK UP AGAINST THE

05:20PM 24    40 ARPENT LEVEE.  IT SORT OF HANGS UP AT THE ST. CLAUDE

05:20PM 25    CAUSEWAY NEAR THE LIVERS' PROPERTY, AND TAKES A WHILE TO GET

**HOURLY TRANSCRIPT**

05:20PM  1    THROUGH THAT LITTLE GAP AND HIT LIVERS.

05:20PM  2                    THEN, IT FLOODS THE COATS PROPERTY.  HOLMES ALSO

05:20PM  3    SEEMS TO BE IN THE SOUTH BREACH WATER RATHER THAN NORTH BREACH

05:20PM  4    WATER.  THEN, RIGHT HERE, YOU SEE IN THIS PICTURE, THE

05:20PM  5    NORTH BREACH GETS THERE BEFORE MRGO.  MY GUESS IS THAT'S WITHIN

05:20PM  6    OUR TIMING ERRORS, BUT IT COULD BE THE NORTH BREACH GETS THERE

05:20PM  7    FIRST OR MRGO GETS THERE FIRST.

05:20PM  8                THE COURT:  SO, LOOKING AT THIS, IT WOULD BE YOUR

05:20PM  9    OPINION THAT LIVERS, COATS AND WASHINGTON WERE ONLY AFFECTED BY

05:20PM 10    THE SOUTH BREACH WATERS?

05:20PM 11                THE WITNESS:  YES, SIR.

05:20PM 12                THE COURT:  AND THAT THE OTHER TWO COULD HAVE BEEN

05:20PM 13    AFFECTED BY THE NORTH BREACH WATERS; BUT, WITH ARMSTRONG, AT

05:20PM 14    LEAST, IT'S UNCERTAIN?

05:20PM 15                THE WITNESS:  WITH ARMSTRONG, YEAH.  IT SEEMS TO BE

05:21PM 16    THEY BOTH HIT AT THE SAME TIME.

05:21PM 17                    HOLMES SEEMS TO BE SOUTH BREACH WATER, BUT IT'S

05:21PM 18    RIGHT AT THE BOUNDARY --

05:21PM 19                THE COURT:  IT'S RIGHT AT THE BOUNDARY, CORRECT.

05:21PM 20                THE WITNESS:  -- SO IT'S A LITTLE HARD TO TELL.

05:21PM 21                THE COURT:  ALL RIGHT.

05:21PM 22                THE WITNESS:  WE THINK IT'S SOUTH BREACH, BUT IT'S

05:21PM 23    WITHIN THE UNCERTAINTY OF MODELING.

05:21PM 24                    SO THIS PLOT IS OUR HYDROGRAPH, SO THE FLOODING.

05:21PM 25    SO THESE ARE THE FIVE PROPERTIES.

                              **HOURLY TRANSCRIPT**

05:21PM 1              WHAT YOU SEE, IF YOU START WITH THE RED CURVE,

05:21PM 2    YOU SEE THE WASHINGTON PROPERTY.  THE PROPERTY FLOODS ABOUT

05:21PM 3    7:10 OR SO FROM THE SOUTH BREACH.  THEN THE WATER RISES RAPIDLY

05:21PM 4    UP TO ABOUT NINE FEET AT NINE O'CLOCK, FOLLOWING THE RED LINE.

05:21PM 5              THEN, AROUND TEN O'CLOCK, YOU SEE THE INFLUENCE

05:21PM 6    WHERE THE RED LINE CHANGES SLOPE AGAIN.  THAT'S WHERE THE MRGO

05:21PM 7    WATER CLEARLY INFLUENCES THE WATERS IN THE LOWER NINTH WARD.

05:22PM 8              IT'S INTERESTING THAT YOU GET SEVERAL FEATURES

05:22PM 9    HERE.  ONE IS THAT YOU SEE THAT THE WATER LEVEL AT THE

05:22PM 10   WASHINGTON PROPERTY GOES UP HIGH, AND THEN IT STARTS COMING

05:22PM 11   BACK DOWN AT TEN O'CLOCK.  THAT'S BECAUSE THE WATER LEVEL IN

05:22PM 12   THE IHNC HAS STARTED TO DROP AS THE STORM HAS PASSED.

05:22PM 13             THE WATER IN THE LOWER NINTH WARD THAT HAS COME

05:22PM 14   THROUGH THE BREACHES IS SPREADING TO THE WEST.  SO THE WATER

05:22PM 15   LEVELS ARE DROPPING, BOTH BECAUSE THERE IS LESS WATER COMING IN

05:22PM 16   AND IT'S SPREADING TO THE WEST.  SO THAT IS RESPONSIBLE FOR

05:22PM 17   THAT LITTLE DECREASE IN WATER LEVEL BETWEEN NINE AND TEN.  THEN

05:22PM 18   IT'S SUDDEN INCREASE IS THE MRGO WATER.

05:22PM 19             THE MRGO WATER, IT DOESN'T GET TO THE WASHINGTON

05:22PM 20   PROPERTY, BUT ITS INFLUENCE GETS THERE BECAUSE WHEN THE TWO

05:22PM 21   WATER MASSES -- SORRY, WHEN THE TWO WATER MASSES COME TOGETHER

05:22PM 22   AND COLLIDE, THEN THEY'RE FILLING THIS POLDER FROM BOTH

05:22PM 23   SOURCES, AND THE WATER RISES.  SO THE WATER DOESN'T HAVE TO GO

05:23PM 24   FROM THE MRGO TO THE WASHINGTON PROPERTY TO HAVE AN INFLUENCE

05:23PM 25   ON THE FLOODING OF THE WASHINGTON PROPERTY.

                          **HOURLY TRANSCRIPT**

05:23PM 1        THE COURT:  SO WHAT YOU'RE SAYING IS THAT THE

05:23PM 2   WASHINGTON PROPERTY BEFORE THE MRGO -- LET ME MAKE SURE I

05:23PM 3   UNDERSTAND IT.

05:23PM 4        IT LOOKS LIKE AT TEN O'CLOCK, THE WASHINGTON

05:23PM 5   PROPERTY HAD NINE FEET?

05:23PM 6        THE WITNESS:  YES, SIR.  RIGHT.  AT 10 O'CLOCK, YES,

05:23PM 7   SIR.

05:23PM 8        THE COURT:  APPROXIMATELY.

05:23PM 9        THE WITNESS:  YES.

05:23PM 10        THE COURT:  WITH THAT, ANY OF THAT EIGHT FEET COULD

05:23PM 11   HAVE BEEN INFLUENCED BY THE MRGO.  HOW WOULD I -- HOW WOULD THE

05:23PM 12   COURT, IF THAT EVER COMES TO BE, ASCERTAIN HOW MUCH OF IT WAS

05:23PM 13   IT AFFECTED BY THE MRGO?

05:23PM 14        THE WITNESS:  I THINK WE CAN PARSE THAT OUT A LITTLE

05:23PM 15   BIT BETTER WHEN WE GET TO SOME OF THE OTHER PLOTS; BUT, WHAT

05:23PM 16   THIS SHOWS IS THAT, YOU KNOW, AROUND 10 O'CLOCK, YOU START TO

05:24PM 17   SEE THE INFLUENCE OF THE MRGO.

05:24PM 18        THE COURT:  OKAY.

05:24PM 19        THE WITNESS:  SO WE DID A NUMBER OF SCENARIOS.  SO

05:24PM 20   YOU SEE THE ALL CAUSES.  THAT'S WHAT WE JUST SHOWED YOU WITH

05:24PM 21   ALL THE PROPERTIES, THE RED LINE.

05:24PM 22        THE NEXT ONE WE'LL TALK ABOUT IS NO

05:24PM 23   NORTH BREACH.  SO THIS IS THE SOUTH BREACH RUPTURING THE MRGO

05:24PM 24   AND RAINWATER AND FLOW OVERTOPPING OF THE REST OF THE LEVEES.

05:24PM 25        WE ALSO DID NO SOUTH BREACH, SO THIS IS THE

**HOURLY TRANSCRIPT**

05:24PM 1    NORTH BREACH ONLY, PLUS RAIN, PLUS MRGO.

05:24PM 2              THEN WE DID MRGO ONLY, SO THAT'S RAIN,

05:24PM 3    OVERTOPPING -- FLOW OVERTOPPING, WAVE OVERTOPPING.

05:24PM 4              THEN, NO BREACHES AT ALL, WHICH WOULD BE THE

05:24PM 5    FIFTH OPTION.

05:24PM 6              SO IF YOU LOOK AT THE WASHINGTON PROPERTY, I HAD

05:24PM 7    TALKED ABOUT THE RED LINE.  SO YOU SEE THE RED LINE AGAIN.

05:24PM 8    IT'S THE SAME RED LINE.

05:24PM 9              THEN, IF YOU LOOK AT THE BLACK LINE, THAT'S THE

05:24PM 10   NO NORTH BREACH.  SO THIS IS THE INFLUENCE OF THE SOUTH BREACH.

05:25PM 11             IF YOU START AT 7 O'CLOCK, YOU SEE THAT WHEN

05:25PM 12   THERE IS NO NORTH BREACH, THE WATER GETS TO THE WASHINGTON

05:25PM 13   PROPERTY AT THE SAME TIME BECAUSE IT'S THE SOUTH BREACH THAT

05:25PM 14   DOES THE FLOODING; BUT, THEN THE WATER LEVEL DOESN'T RISE QUITE

05:25PM 15   AS FAST AS WHEN THE NORTH BREACH IS RUNNING AS WELL.

05:25PM 16             SO YOU SEE ABOUT A FOOT DIFFERENCE BETWEEN THE

05:25PM 17   RED LINE AND THE BLACK LINE, WHICH IS THE FACT THAT THE

05:25PM 18   NORTH BREACH IS NOT BREACHED.

05:25PM 19             THEN, YOU SEE THEY BASICALLY ARE PARALLEL, SO

05:25PM 20   IT'S JUST A LITTLE BIT LESS FLOODING UNTIL AFTER 11 O'CLOCK.

05:25PM 21             WHAT YOU SEE AT THE FAR RIGHT, THIS NEEDS SOME

05:25PM 22   EXPLANATION.  WHAT YOU SEE AT THE FAR RIGHT IS A HORIZONTAL

05:25PM 23   LINE AT 11 O'CLOCK.  PART OF THIS LINE IS RED, PART OF THIS

05:25PM 24   LINE IS BLACK, GREEN, PURPLE.  THIS IS THE ULTIMATE WATER LEVEL

05:25PM 25   THAT THESE PARTICULAR LINES ACHIEVE.

**HOURLY TRANSCRIPT**

05:25PM 1          SO THE RED LINE GOES TO 11 FOOT SOMETIME AFTER

05:26PM 2   11 O'CLOCK.  THE BLACK LINE, THE WATER LEVEL RISES UP TO

05:26PM 3   11 FEET SOMETIME AFTER 11 O'CLOCK.  THE SAME WITH THE LIGHT

05:26PM 4   PURPLE LINE.

05:26PM 5          THE OTHER OPTION IS THE NO SOUTH BREACH, SO THIS

05:26PM 6   IS THE NORTH BREACH FLOODING, AND THE IHNC, AS WELL AS MRGO

05:26PM 7   LATER.  SO WHAT YOU SEE IS AT THE WASHINGTON PROPERTY THE

05:26PM 8   FLOODWATERS OCCUR LATER BECAUSE BEFORE IT WAS THE SOUTH BREACH

05:26PM 9   THAT HIT THE PROPERTY FIRST, SO WE HAVE TO WAIT FOR THE

05:26PM 10  NORTH BREACH WATER TO FLOW TO THE WASHINGTON PROPERTY.

05:26PM 11         THE WATER LEVEL, SINCE THERE IS LESS WATER GOING

05:26PM 12  THROUGH THE NORTH BREACH, RISES MUCH MORE SLOWLY.  THEN,

05:26PM 13  SOMETIME AFTER 10 O'CLOCK, THEN THE MRGO MAKES AN INFLUENCE.

05:26PM 14         THE COURT:  RIGHT.

05:26PM 15         THE WITNESS:  IF WE LOOK AT MRGO ONLY, WHAT YOU SEE

05:26PM 16  IS MOSTLY RAINWATER AND FLOW OVERTOPPING ACCOUNTING FOR ABOUT

05:26PM 17  THREE TO FOUR FEET OF FLOODING.  BY 11 O'CLOCK, NOTHING HAS

05:27PM 18  REALLY HAPPENED BECAUSE THE MRGO WATER HASN'T HAD AN INFLUENCE

05:27PM 19  ON THIS PONDING OF WATER IN THE LOWER NINTH WARD.

05:27PM 20         SO, EVENTUALLY, THE MRGO WATER WILL SHOW UP, BUT

05:27PM 21  IT SHOWS UP AFTER 11 O'CLOCK.

05:27PM 22         IF WE GO TO THE LIVERS PROPERTY, WE HAVE THE

05:27PM 23  SAME KIND OF THING.  YOU SAW THE RED LINE BEFORE.  THAT'S ALL

05:27PM 24  SOURCES, ALL BREACHES CAUSING THE RED LINE.

05:27PM 25         THEN WE HAVE THE NO NORTH BREACH.  SO IT'S THE

**HOURLY TRANSCRIPT**

05:27PM 1   SOUTH BREACH ONLY AND MRGO.  SO YOU SEE THEY TRACK BASICALLY

05:27PM 2   PARALLEL.  AROUND 10 O'CLOCK, THE MRGO INFLUENCE IS FELT ON THE

05:27PM 3   LIVERS PROPERTY.

05:27PM 4             SO ON THESE PROPERTIES, WE'RE GOING TO BE GOING

05:27PM 5   FROM WEST TO EAST.  SO THIS IS THE NEXT CLOSEST TO THE IHNC

05:27PM 6   FLOODWALLS.

05:27PM 7             THEN, IF WE LOOK AT NO SOUTH, SO THIS IS THE

05:27PM 8   NORTH BREACH ONLY, YOU SEE IT STARTS VERY LATE, AT 9 O'CLOCK,

05:27PM 9   BECAUSE IT TAKES THAT LONG FOR THE NORTH BREACH WATER TO GET

05:28PM 10  OVER THERE.

05:28PM 11            THEN, FOR MRGO ONLY, AND FOR NO BREACHING, YOU

05:28PM 12  DON'T SEE ANYTHING TILL AFTER 11 O'CLOCK, WHEN THE PURPLE LINE

05:28PM 13  JUMPS UP SOMEHOW OVER TO THE 11 FOOT.

05:28PM 14            SO WE DON'T -- SINCE WE WERE HAVING ISSUES WITH

05:28PM 15  ADCIRC AFTER 11 O'CLOCK, WE STOPPED ALL OF OUR MODELING AT 11.

05:28PM 16            THE COURT:  SO AT 11 O'CLOCK, IF I LOOK AT THE LIVERS

05:28PM 17  PROPERTY --

05:28PM 18            THE WITNESS:  YES, SIR.

05:28PM 19            THE COURT:  -- IF I LOOK AT THE MRGO ONLY, HOW MUCH

05:28PM 20  WATER WOULD HAVE BEEN AT THE LIVERS PROPERTY AT 11 O'CLOCK?

05:28PM 21            THE WITNESS:  NO WATER FROM THE MRGO AT 11 O'CLOCK.

05:28PM 22            THE COURT:  I'M UNDERSTANDING IT, BUT I JUST WANTED

05:28PM 23  TO MAKE SURE I DID.  THANK YOU.

05:28PM 24            THE WITNESS:  BUT THEN 11, IT WILL -- BETWEEN 11 AND

05:28PM 25  -- WELL, AN HOUR OR TWO LATER, YOU'LL SEE THE MRGO WATER GET

**HOURLY TRANSCRIPT**

05:28PM  1    THERE.

05:28PM  2              WE GO TO THE COATS PROPERTY.  AGAIN, IT'S THE

05:29PM  3    SAME STORY.  YOU SEE THE ALL CAUSES.

05:29PM  4              THEN YOU SEE THE NO NORTH BREACH.  THE WATER

05:29PM  5    LEVEL TRACKS ABOUT THE SAME.  THERE'S A LITTLE LESS THAN A FOOT

05:29PM  6    DIFFERENCE BETWEEN THE TWO, SO THAT'S THE NORTH BREACH FLOW

05:29PM  7    INFLUENCE.

05:29PM  8              THEN WE HAVE THE NO SOUTH BREACH, WHICH MEANS

05:29PM  9    ONLY THE NORTH BREACH RUNNING AND THEN THE MRGO.  SO YOU SEE

05:29PM 10    MUCH LATER ARRIVAL TIME OF THE WATER BECAUSE THERE IS LESS

05:29PM 11    WATER.  IT RAMPS UP MUCH MORE SLOWLY, DOESN'T FILL IT QUITE AS

05:29PM 12    HIGH.  BUT, AFTER 11, IT JUMPS UP TO 11 FEET.

05:29PM 13              THEN WHEN YOU HAVE MRGO ONLY OR NO BREACHING AT

05:29PM 14    ALL, YOU SEE UNTIL 11 O'CLOCK NOTHING HAS HAPPENED.  THEN AFTER

05:29PM 15    11, THE MRGO WATER GETS THERE, AND IT EVENTUALLY JUMPS UP TO

05:29PM 16    11 FEET.

05:29PM 17              THE STORY IS PRETTY MUCH THE SAME WITH THE

05:29PM 18    HOLMES.  THE HOLMES PROPERTY IS EAST OF THE NORFOLK & SOUTHERN

05:30PM 19    CAUSEWAY.  THAT'S KIND OF A RAISED CAUSEWAY.  SO THINGS ARE

05:30PM 20    HAPPENING MUCH LATER THERE.

05:30PM 21              YOU SEE FROM THE ALL CAUSES CASE, WE'RE

05:30PM 22    ARRIVING -- THE FLOODWATERS ARRIVE A LITTLE BIT AFTER

05:30PM 23    8 O'CLOCK.  IN THE NO NORTH BREACH CASE, IT'S A LITTLE BIT

05:30PM 24    LATER; BUT, AGAIN, IT'S THE SAME STORY.  IT JUST TRACKS

05:30PM 25    THREE-QUARTERS OF A FOOT BELOW THE WATER LEVEL ASSOCIATED WITH

**HOURLY TRANSCRIPT**

05:30PM  1    ALL CAUSES.

05:30PM  2              WHEN WE LOOK AT NO SOUTH BREACH, THE

05:30PM  3    NORTH BREACH JUST PUTTING LESS WATER INTO THE LOWER NINTH WARD,

05:30PM  4    IT TAKES A LONG TIME TO GET THERE, SO IT IS AFTER 10:00.  THE

05:30PM  5    WATERS START RISING VERY RAPIDLY BECAUSE THE MRGO IS GETTING

05:30PM  6    THERE AT THE SAME TIME.

05:30PM  7              SO THE MRGO ONLY IS THE PURPLE LINE, AND IT'S

05:30PM  8    TRACKING ALONG WITH THE GREEN LINE.  SO THE MRGO IS HAVING A

05:30PM  9    BIG INFLUENCE, SO THAT BOTH WATERS ARE ARRIVING AT THE SAME

05:30PM  10   TIME.

05:30PM  11             THEN IN THE CASE OF THE NO BREACHING CASE, THERE

05:31PM  12   IS NO EFFECT.  IN FACT, I THINK THE ONLY NO BREACHING EFFECT AT

05:31PM  13   ALL IS AT THE WASHINGTON PROPERTY.  I THINK THAT DOES THAT

05:31PM  14   FIGURE.

05:31PM  15             THEN, FINALLY, WE GET TO ARMSTRONG, WHERE YOU'LL

05:31PM  16   RECALL THAT THE NORTH BREACH WATER AND THE MRGO WATER ALL GETS

05:31PM  17   THERE AT THE SAME TIME WHEN IT'S ALL CAUSES.  SO WHAT YOU SEE

05:31PM  18   IS -- MAYBE WE SHOULD START WITH MRGO ONLY.

05:31PM  19             WHEN MRGO ONLY, YOU SEE THE MRGO WATER,

05:31PM  20   EVERYTHING ARRIVES AT THE SAME TIME REGARDLESS OF THE SCENARIO.

05:31PM  21   SO YOU SEE THE ALL CAUSES IS THE HIGH RED LINE.  THE NO

05:31PM  22   NORTH BREACH, AGAIN, IS THE BLACK LINE.  SO, AGAIN, NOT MUCH

05:31PM  23   DIFFERENCE, LESS THAN A FOOT.

05:31PM  24             THEN MRGO ONLY, PURPLE LINE.  IT STARTS AT THE

05:31PM  25   SAME TIME.  IT DOESN'T FILL THE POLDER QUITE AS RAPIDLY BECAUSE

**HOURLY TRANSCRIPT**

05:32PM 1    IT'S NOT HAVING THE INFLUENCE OF THE FLOW THROUGH THE IHNC

05:32PM 2    BREACHES, SO IT TAKES LONGER TO GET UP TO 11 FEET, BUT

05:32PM 3    EVENTUALLY IT DOES.  THE SAME WITH THE NO SOUTH BREACH.

05:32PM 4            SO THAT'S THE END OF THE SCENARIOS IN THE FIVE

05:32PM 5    PLAINTIFF PROPERTIES.

05:32PM 6            THEN, THE CONCLUSIONS ARE BASICALLY THE SAME

05:32PM 7    ONES THAT I HAD THE VERY BEGINNING ABOUT THE NATURE OF THE

05:32PM 8    FLOODING OF THE LOWER NINTH WARD AND THE WAVE HEIGHTS.

05:32PM 9            THE COURT:  YES, SIR.

05:32PM 10           MR. FARRELL:  ALL RIGHT.  NO FURTHER QUESTIONS AT

05:32PM 11   THIS POINT, YOUR HONOR.

05:32PM 12           THE COURT:  THANK YOU, COUNSEL.  THANK YOU,

05:32PM 13   DR. DALRYMPLE.  I THINK AT THIS TIME WE WILL -- OH, OH, OH.

05:32PM 14           MR. BRUNO:  I THINK WE SHOULD ASK IF THE

05:32PM 15   UNITED STATES HAS ANY QUESTIONS.

05:32PM 16           THE COURT:  YOU'RE RIGHT.  I'M GLAD YOU'RE BEING SO

05:32PM 17   COURTEOUS.

05:32PM 18           MR. WOODCOCK:  NO QUESTIONS.

05:32PM 19           THE COURT:  THANK YOU, MR. WOODCOCK.  YOU TO, TOO,

05:32PM 20   MR. TREEBY.

05:33PM 21           MR. TREEBY:  I WAS DOING WHAT I WAS INSTRUCTED NOT TO

05:33PM 22   DO, BUT IT WAS A FRIENDLY GESTURE.  I WAS JUST TRYING TO FIND

05:33PM 23   OUT FROM MR. BRUNO HOW LONG HE THOUGHT HIS CROSS WOULD BE.

05:33PM 24           THE COURT:  YOU ALL CAN TALK ABOUT THAT AFTER I GO

05:33PM 25   AND SEE MY GRANDSON WHICH I'M GOING TO DO RIGHT NOW.

**HOURLY TRANSCRIPT**

05:33PM 1          MR. BRUNO:  DON'T BLAME ME.  THIS TIME.

05:33PM 2          THE COURT:  ALL RIGHT.  WE WILL BE HERE AT 9 O'CLOCK

05:33PM 3   SHARP TOMORROW AND CONTINUE ON WITH THIS.

05:33PM 4          VOICES:  THANK YOU, YOUR HONOR.

05:33PM 5          THE COURT:  THANK YOU.

6          (WHEREUPON, AT 5:33 P.M., THE PROCEEDINGS WERE

7   CONCLUDED.)

8                              *    *    *

9

10                     REPORTER'S CERTIFICATE

11

12     I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED

13   MERIT REPORTER, CERTIFIED COURT REPORTER OF THE STATE OF

14   LOUISIANA, OFFICIAL COURT REPORTER FOR THE UNITED STATES

15   DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY

16   CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT TO

17   THE BEST OF MY ABILITY AND UNDERSTANDING FROM THE RECORD OF THE

18   PROCEEDINGS IN THE ABOVE-ENTITLED AND NUMBERED MATTER.

19

20

21                              *S/CATHY PEPPER*_____

22                              CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
23                              REGISTERED MERIT REPORTER
                                OFFICIAL COURT REPORTER
24                              UNITED STATES DISTRICT COURT
                                CATHY_PEPPER@LAED.USCOURTS.GOV
25

                        **HOURLY TRANSCRIPT**

**'**

**'72** [1] - 2652:2
**'83** [1] - 2657:22
**'85** [1] - 2662:13
**'91** [5] - 2660:15, 2661:9, 2662:5, 2662:13, 2664:11
**'96** [5] - 2659:13, 2660:10, 2660:15, 2661:12, 2662:2
**'99** [7] - 2660:10, 2660:12, 2660:15, 2661:15, 2667:21, 2667:22, 2668:18

**0**

**0** [3] - 2661:19, 2661:22, 2737:21
**01** [2] - 2667:24, 2668:2
**05-4182** [1] - 2541:6
**081** [1] - 2683:20

**1**

**1** [16] - 2547:19, 2587:22, 2591:20, 2593:2, 2596:14, 2596:17, 2597:4, 2600:3, 2650:13, 2654:3, 2654:14, 2654:22, 2659:17, 2670:8, 2713:13
**1-10TH** [1] - 2746:24
**1.3** [2] - 2593:22, 2747:9
**1.7** [1] - 2747:20
**1.8** [2] - 2578:6, 2578:16
**10** [33] - 2560:20, 2575:16, 2578:6, 2578:16, 2579:1, 2579:5, 2580:6, 2580:8, 2580:9, 2580:10, 2580:22, 2580:24, 2581:1, 2581:8, 2581:25, 2582:1, 2582:7, 2582:10, 2582:11, 2582:12, 2582:13, 2596:17, 2663:23, 2686:15, 2690:16, 2713:13, 2738:25, 2739:9, 2756:6, 2756:16, 2758:13, 2759:2

**10-CV-866** [1] - 2541:9
**10-MINUTE** [1] - 2739:3
**10.2** [1] - 2747:13
**10.3** [1] - 2748:17
**10.6** [1] - 2750:5
**100** [3] - 2596:11, 2598:11, 2627:10
**104** [1] - 2552:12
**105** [1] - 2643:18
**1087** [1] - 2625:5
**109** [1] - 2672:12
**10:00** [1] - 2761:4
**10TH** [2] - 2670:12, 2746:25
**11** [30] - 2541:11, 2548:22, 2619:4, 2619:11, 2664:20, 2724:10, 2729:2, 2729:4, 2757:20, 2757:23, 2758:1, 2758:2, 2758:3, 2758:17, 2758:21, 2759:12, 2759:13, 2759:15, 2759:16, 2759:20, 2759:21, 2759:24, 2760:12, 2760:14, 2760:15, 2760:16
**11-FOOT** [1] - 2718:9
**11.4** [1] - 2732:25
**1100** [1] - 2541:24
**114** [2] - 2552:15, 2552:16
**116** [1] - 2634:2
**11:00** [1] - 2541:7
**12** [29] - 2560:20, 2596:2, 2596:17, 2598:1, 2598:7, 2598:20, 2603:22, 2604:15, 2605:2, 2605:3, 2605:4, 2605:13, 2605:15, 2605:24, 2608:25, 2609:2, 2609:6, 2619:3, 2620:3, 2620:5, 2630:17, 2631:12, 2646:4, 2660:12, 2667:20, 2699:19, 2724:10, 2732:8, 2736:19
**12-INCH** [4] - 2611:13, 2616:25, 2618:25
**120** [2] - 2596:11, 2673:8
**1205** [1] - 2542:8
**122** [1] - 2673:8
**1238** [1] - 2586:20
**1261** [1] - 2605:17
**12:21** [1] - 2600:4

**13** [5] - 2565:23, 2565:25, 2566:2, 2629:9, 2664:1
**13.1** [1] - 2678:24
**13.2** [1] - 2679:1
**13.25** [1] - 2677:16
**13.32** [1] - 2663:10
**13.44/13.07** [1] - 2674:2
**13.46** [1] - 2677:15
**13.61** [1] - 2677:15
**130** [1] - 2596:16
**1332** [2] - 2663:9, 2663:12
**137** [1] - 2589:4
**1372** [1] - 2663:8
**14** [1] - 2724:10
**143** [9] - 2594:23, 2594:24, 2594:25, 2595:22, 2595:25, 2596:4, 2596:16, 2598:1, 2598:7
**144,000** [1] - 2700:18
**15** [17] - 2560:5, 2560:7, 2560:20, 2565:15, 2575:16, 2576:16, 2606:1, 2659:13, 2678:11, 2728:11, 2738:22, 2738:24, 2750:10, 2752:5, 2752:9, 2753:15
**15-FEET** [1] - 2561:17
**15-FOOT** [4] - 2561:1, 2561:5, 2562:6, 2605:22
**15.3** [1] - 2678:12
**15.4** [3] - 2678:11, 2678:24, 2679:1
**16** [4] - 2571:1, 2575:19, 2610:18, 2669:22
**16.4** [2] - 2663:2, 2663:22
**161** [1] - 2570:25
**165** [1] - 2551:12
**166** [1] - 2551:10
**17** [2] - 2561:11, 2567:7
**1718** [1] - 2543:8
**174** [1] - 2547:19
**175** [2] - 2593:16, 2640:21
**17TH** [2] - 2736:11, 2736:12
**18** [2] - 2606:24, 2607:23
**180** [1] - 2750:3
**19** [1] - 2561:11
**19.75** [1] - 2598:13

**1960'S** [1] - 2652:2
**1966** [1] - 2594:13
**1967** [1] - 2695:13
**1969** [1] - 2652:2
**1970** [1] - 2657:18
**1976** [1] - 2698:8
**1991** [1] - 2660:10
**1997** [2] - 2645:22, 2651:18
**1999** [2] - 2665:13, 2667:20
**1:00** [1] - 2728:18
**1A** [1] - 2587:21
**1B** [1] - 2587:8
**1C** [1] - 2587:13
**1D** [1] - 2587:15
**1E** [1] - 2587:17
**1F** [1] - 2588:1

**2**

**2** [18] - 2551:16, 2553:15, 2591:20, 2597:4, 2609:15, 2629:25, 2630:2, 2632:14, 2641:2, 2653:11, 2654:15, 2664:19, 2694:5, 2713:12, 2733:23, 2736:1, 2737:16, 2738:5
**2,000** [1] - 2699:5
**2-FOOT** [1] - 2550:22
**2.1** [3] - 2679:1, 2747:12, 2747:13
**2.26** [1] - 2582:13
**2.3** [1] - 2678:25
**2.68** [1] - 2582:11
**20** [3] - 2571:1, 2737:20, 2752:6
**2000** [1] - 2564:12
**20001** [1] - 2543:20
**2001** [2] - 2633:3, 2633:5
**2002** [4] - 2629:24, 2630:3, 2633:11, 2669:3
**2003** [2] - 2670:12, 2670:14
**2004** [4] - 2544:8, 2626:8, 2626:17, 2669:22
**2004.65** [3] - 2662:8, 2662:11, 2662:17
**2005** [4] - 2564:13, 2641:13, 2665:2, 2665:13
**2006** [1] - 2564:20
**2007** [4] - 2658:2,

2658:5, 2720:5, 2720:9
**2008** [3] - 2548:8, 2548:9, 2548:10
**2010** [1] - 2698:11
**2011** [1] - 2580:18
**2012** [4] - 2541:7, 2546:2, 2601:2, 2701:14
**22** [4] - 2630:18, 2630:19, 2631:12, 2631:15
**226** [1] - 2733:21
**22ND** [2] - 2629:23, 2629:24
**23** [4] - 2589:5, 2589:6, 2593:16, 2605:17
**233** [1] - 2548:22
**24** [7] - 2565:17, 2565:21, 2579:24, 2602:21, 2709:18, 2709:20, 2723:6
**24TH** [1] - 2629:24
**25** [1] - 2632:18
**25-FOOT** [1] - 2652:10
**250** [1] - 2577:12
**2546** [2] - 2545:5, 2545:6
**2598** [1] - 2545:7
**26** [5] - 2547:7, 2546:2, 2563:11, 2583:8, 2601:2
**260** [3] - 2590:15, 2590:20, 2590:23
**2643** [1] - 2545:8
**2655** [3] - 2542:12, 2545:9, 2545:10
**2680** [1] - 2545:11
**2691** [2] - 2545:12, 2545:13
**2699** [1] - 2545:14
**2715** [1] - 2545:15
**27TH** [1] - 2730:2
**28** [1] - 2665:13
**28TH** [1] - 2730:7
**29.00** [1] - 2736:16
**29.50** [2] - 2736:17, 2736:18
**29TH** [5] - 2626:8, 2626:17, 2627:24, 2736:17, 2736:19
**2:00** [1] - 2728:18
**2:24** [1] - 2656:10
**2:30** [1] - 2747:11

**3**

**3** [19] - 2551:5, 2554:9,

2554:12, 2587:22, 2591:17, 2643:16, 2659:16, 2659:17, 2678:25, 2702:8, 2713:4, 2713:13, 2725:7, 2738:11, 2747:5, 2747:10, 2749:4

**3'S** [1] - 2663:14

**3-D** [2] - 2719:18, 2719:20

**3-FOOT** [11] - 2702:20, 2705:7, 2706:5, 2710:18, 2712:12, 2713:12, 2713:15, 2713:20, 2733:23, 2735:5, 2736:1

**3.2** [1] - 2747:23

**3.6** [2] - 2747:22, 2747:24

**30** [21] - 2561:23, 2590:5, 2599:1, 2599:20, 2599:22, 2628:6, 2628:21, 2630:6, 2630:17, 2631:11, 2668:19, 2668:20, 2668:25, 2670:8, 2736:21, 2736:22, 2750:7, 2751:21

**30-MINUTE** [1] - 2727:19

**30-SOME** [1] - 2665:25

**300** [4] - 2564:6, 2564:15, 2584:1, 2584:10

**300-FOOT** [1] - 2577:13

**30G** [1] - 2631:8

**30G-H-I** [1] - 2631:8

**30TH** [1] - 2736:22

**31** [3] - 2578:2, 2710:20, 2712:18

**3102** [1] - 2541:24

**316** [1] - 2542:23

**32** [6] - 2662:22, 2663:2, 2663:22, 2664:3, 2664:4, 2712:18

**32502** [1] - 2542:23

**33** [3] - 2608:25, 2609:2, 2712:18

**34** [1] - 2712:19

**35** [1] - 2599:20

**3600** [2] - 2664:7, 2667:13

**37.7** [1] - 2669:22

**38** [1] - 2556:7

---

**39** [1] - 2697:5

**390** [1] - 2629:19

**3:00** [5] - 2702:20, 2712:23, 2718:2, 2736:24, 2747:16

**3:30** [1] - 2747:11

**3A** [1] - 2602:22

## 4

**4** [22] - 2551:1, 2551:3, 2580:8, 2580:10, 2580:22, 2580:24, 2580:25, 2581:25, 2582:1, 2582:2, 2582:10, 2617:6, 2630:24, 2631:10, 2659:16, 2664:19, 2725:7, 2738:8, 2738:10, 2747:10, 2748:20

**4,000** [1] - 2620:17

**4-FOOT** [1] - 2733:20

**4.6** [1] - 2748:19

**40** [16] - 2658:18, 2695:18, 2721:16, 2724:12, 2724:24, 2725:1, 2725:7, 2725:11, 2725:17, 2727:15, 2728:9, 2729:6, 2747:7, 2752:24, 2753:24

**41** [1] - 2646:12

**45** [1] - 2742:17

**46** [2] - 2553:1, 2553:10

**47** [7] - 2554:3, 2554:13, 2555:1, 2555:6, 2555:7, 2555:15

**470** [1] - 2633:14

**472** [1] - 2618:11

**4750-2** [1] - 2610:17

**482** [3] - 2635:16, 2635:17, 2635:18

**4905** [1] - 2542:19

**4:00** [3] - 2712:23, 2732:1, 2747:17

**4TH** [2] - 2633:4, 2633:5

## 5

**5** [36] - 2550:14, 2551:4, 2551:7, 2551:15, 2551:16, 2565:7, 2565:19, 2565:23, 2566:2, 2580:6, 2580:9,

---

2580:10, 2581:8, 2582:13, 2589:4, 2590:8, 2628:5, 2628:23, 2631:17, 2632:8, 2632:14, 2632:24, 2643:16, 2645:25, 2653:21, 2659:16, 2659:17, 2719:15, 2721:1, 2725:7, 2732:12, 2738:25, 2739:8, 2748:16, 2748:20

**5.38** [1] - 2580:9

**50** [4] - 2553:1, 2723:1, 2744:10, 2747:7

**50-FOOT** [1] - 2722:24

**500** [4] - 2543:4, 2544:12, 2590:8, 2618:16

**504** [1] - 2544:13

**51** [1] - 2543:20

**519** [1] - 2542:15

**546** [1] - 2543:14

**55** [1] - 2747:19

**56** [3] - 2567:8, 2667:24, 2668:2

**5601** [5] - 2660:25, 2661:1, 2668:11

**57** [1] - 2567:7

**589-7779** [1] - 2544:13

**5:00** [1] - 2712:23

**5:30** [3] - 2733:19, 2733:24, 2737:15

**5:45** [1] - 2727:15

## 6

**6** [16] - 2551:16, 2553:15, 2619:22, 2631:22, 2631:24, 2639:24, 2659:16, 2659:17, 2664:19, 2732:12, 2736:25, 2737:20, 2737:21, 2738:7, 2748:22, 2752:21

**6-INCH** [1] - 2611:16

**6.5** [4] - 2593:2, 2596:14, 2596:17, 2650:13

**60** [2] - 2640:25, 2641:6

**600** [2] - 2542:23, 2700:18

**601** [1] - 2542:12

**6054** [1] - 2672:12

**610** [1] - 2541:20

**618** [1] - 2542:5

---

**632** [2] - 2634:2

**633** [1] - 2635:5

**637** [2] - 2553:3

**644** [2] - 2554:6, 2554:17

**66** [1] - 2740:20

**6:00** [4] - 2712:24, 2733:3, 2736:23, 2751:7

**6:45** [2] - 2751:15, 2752:22

## 7

**7** [12] - 2550:14, 2550:15, 2567:7, 2659:16, 2659:17, 2659:18, 2663:14, 2735:21, 2735:22, 2736:20, 2736:25, 2757:11

**7'S** [1] - 2663:14

**7.0** [1] - 2646:14

**700** [1] - 2666:11

**701** [1] - 2666:1

**70113** [2] - 2541:17, 2541:20

**70115** [1] - 2542:19

**70118** [1] - 2543:8

**70130** [3] - 2542:12, 2543:14, 2544:12

**70381** [1] - 2542:9

**70726** [1] - 2542:16

**70801** [1] - 2542:5

**7108** [1] - 2657:13

**75** [3] - 2640:13, 2640:15, 2640:16

**75219** [1] - 2541:25

**793** [1] - 2750:8

**7:00** [1] - 2733:4

**7:10** [1] - 2755:3

## 8

**8** [37] - 2548:22, 2550:15, 2550:16, 2551:7, 2551:20, 2560:20, 2566:2, 2575:16, 2578:6, 2578:16, 2579:1, 2579:5, 2581:1, 2582:1, 2582:6, 2582:10, 2582:11, 2598:20, 2603:21, 2604:15, 2605:2, 2605:3, 2605:4, 2631:22, 2632:24, 2642:2, 2652:3, 2652:6, 2653:16,

---

2653:19, 2653:22, 2685:4, 2727:23, 2729:9, 2760:23

**8,000** [1] - 2619:18

**8,500** [3] - 2619:8, 2619:18, 2620:9

**8-FOOT** [1] - 2631:25

**8.1** [2] - 2747:6, 2747:12

**8.12** [1] - 2687:10

**8.23** [1] - 2687:10

**80** [8] - 2596:11, 2598:11, 2602:5, 2640:13, 2640:15, 2640:16, 2738:2, 2744:10

**800** [1] - 2543:4

**81** [7] - 2543:1, 2634:1, 2635:10, 2636:19, 2636:22, 2637:5, 2637:10

**81A** [1] - 2636:4

**83** [1] - 2561:11

**850** [8] - 2618:1, 2618:7, 2618:13, 2618:21, 2618:22, 2619:10, 2619:11, 2619:25

**855** [1] - 2541:16

**888** [1] - 2544:7

**8:25** [1] - 2729:11

**8:30** [2] - 2730:1, 2753:2

## 9

**9** [8] - 2547:19, 2551:20, 2554:12, 2632:6, 2663:20, 2663:21, 2685:4, 2759:8

**9.2** [1] - 2750:9

**90** [7] - 2591:22, 2611:21, 2611:23, 2612:10, 2613:1, 2613:5, 2614:10

**90017** [1] - 2543:5

**94** [1] - 2606:22

**97** [1] - 2643:18

**99** [1] - 2713:11

**99-PAGE** [3] - 2703:3, 2704:21, 2705:5

## A

**A.M** [16] - 2541:7, 2702:20, 2712:23, 2712:24, 2718:2, 2732:1, 2733:3,

---

**HOURLY TRANSCRIPT**

2733:4, 2733:19,
2733:24, 2736:23,
2736:24, 2747:17,
2751:7
**ABBREVIATION** [1] -
2717:23
**ABILITY** [1] - 2586:25
**ABLE** [2] - 2577:7,
2704:18
**ABOUT** [167] - 2546:9,
2548:14, 2549:9,
2550:20, 2551:1,
2551:15, 2555:1,
2559:12, 2559:22,
2560:18, 2560:25,
2561:2, 2563:8,
2564:8, 2564:17,
2564:24, 2565:17,
2565:20, 2567:12,
2569:24, 2570:11,
2571:11, 2574:13,
2575:4, 2575:7,
2575:19, 2575:23,
2576:13, 2576:21,
2576:22, 2577:1,
2577:2, 2577:18,
2579:8, 2580:2,
2584:14, 2586:1,
2587:15, 2588:18,
2589:16, 2590:10,
2595:19, 2596:1,
2598:4, 2598:9,
2598:17, 2598:21,
2601:14, 2603:8,
2609:21, 2610:2,
2611:18, 2612:22,
2614:6, 2617:4,
2618:18, 2620:7,
2620:17, 2620:25,
2624:14, 2628:6,
2629:2, 2631:9,
2632:17, 2633:1,
2637:17, 2639:5,
2640:1, 2640:13,
2644:15, 2645:20,
2646:10, 2646:20,
2646:21, 2647:20,
2648:5, 2648:19,
2650:8, 2651:12,
2652:15, 2653:8,
2653:16, 2653:19,
2654:16, 2656:25,
2664:7, 2666:18,
2666:19, 2675:7,
2676:18, 2677:9,
2678:9, 2678:14,
2679:1, 2681:18,
2683:2, 2683:4,
2683:13, 2683:21,
2686:2, 2686:7,
2686:15, 2688:17,

2691:18, 2693:6,
2694:25, 2696:16,
2696:22, 2699:5,
2699:10, 2699:16,
2699:22, 2700:18,
2702:2, 2703:15,
2703:16, 2706:17,
2708:21, 2710:6,
2710:7, 2710:18,
2713:3, 2713:11,
2713:14, 2713:21,
2716:7, 2716:13,
2716:20, 2724:10,
2724:21, 2727:16,
2727:18, 2728:11,
2729:11, 2730:17,
2731:15, 2731:16,
2733:5, 2733:15,
2733:17, 2733:20,
2736:1, 2736:8,
2736:23, 2736:24,
2738:8, 2738:14,
2738:23, 2740:20,
2741:5, 2743:25,
2745:15, 2749:5,
2749:7, 2749:9,
2749:20, 2750:1,
2753:14, 2755:2,
2755:4, 2756:22,
2757:7, 2757:16,
2758:16, 2760:5
**ABOVE** [8] - 2567:12,
2571:2, 2631:23,
2638:19, 2682:21,
2683:16, 2683:24,
2743:12
**ABROAD** [1] -
2697:13
**ABSOLUTE** [2] -
2549:20, 2690:16
**ABSOLUTELY** [1] -
2693:2
**ACADEMIES** [2] -
2699:2, 2699:17
**ACADEMY** [5] -
2698:22, 2698:23,
2699:6, 2699:7,
2699:17
**ACCELERATIONS** [1]
- 2722:5
**ACCEPTS** [1] -
2717:10
**ACCESS** [1] - 2625:16
**ACCOMMODATE** [3] -
2599:10, 2599:19,
2705:1
**ACCOMPLISH** [1] -
2721:18
**ACCORDING** [4] -
2559:7, 2618:24,

2633:17, 2648:15
**ACCOUNT** [1] -
2583:25
**ACCOUNTING** [1] -
2758:16
**ACCUMULATED** [1] -
2621:1
**ACCURACY** [3] -
2635:6, 2732:7,
2732:19
**ACCURATE** [8] -
2580:14, 2582:23,
2629:10, 2671:17,
2690:19, 2703:1,
2721:2, 2721:4
**ACHIEVE** [2] -
2603:11, 2757:25
**ACHIEVING** [1] -
2614:13
**ACKNOWLEDGE** [2] -
2555:17, 2566:10
**ACKNOWLEDGED** [1]
- 2652:22
**ACM** [1] - 2641:2
**ACOPNE** [1] - 2698:10
**ACROSS** [16] -
2588:4, 2597:16,
2625:16, 2638:13,
2639:23, 2647:7,
2650:17, 2650:18,
2653:5, 2671:19,
2690:13, 2722:10,
2736:17, 2741:6,
2744:24, 2745:13
**ACTING** [1] - 2563:23
**ACTION** [2] - 2541:6,
2734:12
**ACTUAL** [18] -
2557:17, 2566:1,
2567:21, 2632:22,
2634:1, 2634:21,
2635:9, 2635:12,
2637:3, 2637:15,
2650:17, 2667:12,
2724:17, 2735:10,
2736:10, 2737:3,
2746:13, 2749:24
**ACTUALLY** [40] -
2548:8, 2556:10,
2559:8, 2559:11,
2559:16, 2560:4,
2563:23, 2565:12,
2570:4, 2578:16,
2578:24, 2579:9,
2580:8, 2580:18,
2581:16, 2585:4,
2594:23, 2602:16,
2603:13, 2605:25,
2606:5, 2606:8,
2608:20, 2614:22,

2632:11, 2636:18,
2640:10, 2642:3,
2648:24, 2649:10,
2659:17, 2663:8,
2686:24, 2694:1,
2721:7, 2721:24,
2723:17, 2732:16,
2740:11, 2742:15
**ADCIRC** [21] -
2718:12, 2718:15,
2718:19, 2719:1,
2720:8, 2720:19,
2721:6, 2721:9,
2721:10, 2721:15,
2721:20, 2722:1,
2725:22, 2730:4,
2730:14, 2730:18,
2731:3, 2731:4,
2737:8, 2749:11,
2759:15
**ADD** [5] - 2663:9,
2663:15, 2738:16,
2744:18, 2747:13
**ADDED** [3] - 2702:18,
2702:20, 2743:24
**ADDING** [1] - 2551:3
**ADDITION** [1] -
2560:24
**ADDITIONAL** [2] -
2601:23, 2639:25
**ADDRESS** [3] -
2556:17, 2642:17,
2657:12
**ADDRESSED** [2] -
2651:16, 2703:13
**ADDRESSING** [3] -
2557:24, 2577:20,
2579:14
**ADEQUATE** [1] -
2652:4
**ADEQUATELY** [1] -
2651:16
**ADJACENT** [12] -
2572:8, 2583:12,
2583:15, 2583:17,
2589:13, 2589:21,
2613:13, 2613:23,
2614:13, 2614:15,
2644:6, 2644:22
**ADJUSTED** [6] -
2635:11, 2636:13,
2636:15, 2637:1,
2637:11, 2751:3
**ADJUSTMENT** [1] -
2662:13
**ADMINISTER** [1] -
2693:2
**ADMITTED** [1] -
2694:13
**ADRIAN** [1] - 2543:17

**ADVANCED** [2] -
2610:23, 2718:14
**ADVANTAGES** [1] -
2682:12
**ADVERSE** [1] -
2583:17
**ADVERSELY** [2] -
2568:14, 2584:17
**ADVICE** [7] - 2573:3,
2577:4, 2595:4,
2595:5, 2699:8,
2699:10, 2701:16
**ADVISE** [1] - 2644:20
**AERIAL** [4] - 2669:3,
2670:19, 2675:25,
2676:4
**AFFECT** [2] - 2568:15,
2572:7
**AFFECTED** [3] -
2754:9, 2754:13,
2756:13
**AFFECTS** [2] - 2599:2,
2722:14
**AFTER** [37] - 2546:13,
2587:17, 2592:15,
2611:1, 2625:9,
2626:16, 2630:23,
2636:25, 2657:4,
2664:15, 2672:20,
2674:25, 2675:3,
2675:10, 2678:8,
2692:1, 2693:10,
2701:6, 2701:7,
2702:20, 2718:2,
2729:4, 2732:20,
2738:25, 2749:4,
2750:4, 2757:20,
2758:1, 2758:3,
2758:13, 2758:21,
2759:12, 2759:15,
2760:12, 2760:14,
2760:22, 2761:4
**AFTERNOON** [6] -
2645:16, 2682:16,
2692:19, 2692:20,
2693:18, 2702:24
**AGAIN** [32] - 2553:14,
2579:24, 2580:24,
2584:8, 2587:13,
2590:25, 2603:9,
2609:25, 2610:5,
2619:7, 2620:2,
2620:25, 2627:1,
2648:5, 2652:15,
2665:10, 2672:17,
2683:16, 2690:15,
2709:7, 2711:18,
2716:16, 2722:16,
2738:20, 2742:7,
2753:18, 2755:6,

2757:7, 2760:2, 2760:24, 2761:22

**AGAINST** [8] - 2585:9, 2662:2, 2719:2, 2719:5, 2720:21, 2735:10, 2747:14, 2753:23

**AGENCIES** [1] - 2699:20

**AGGREGATE** [1] - 2623:24

**AGO** [2] - 2690:16, 2700:7

**AGREE** [18] - 2547:8, 2548:18, 2550:17, 2551:17, 2564:22, 2576:16, 2583:12, 2586:3, 2591:21, 2597:19, 2597:23, 2599:25, 2612:14, 2616:6, 2635:1, 2639:2, 2704:11, 2705:5

**AGREED** [1] - 2548:16

**AHEAD** [13] - 2551:11, 2552:25, 2558:24, 2587:2, 2591:9, 2591:13, 2611:3, 2628:11, 2645:13, 2693:2, 2705:19, 2709:18, 2712:1

**AIR** [1] - 2672:24

**AIRPORT** [1] - 2686:18

**AL** [5] - 2720:5, 2724:9, 2724:20, 2725:10, 2726:16

**ALAMOS** [1] - 2719:23

**ALERT** [2] - 2682:13, 2739:12

**ALGORITHM** [2] - 2725:21, 2726:2

**ALL** [102] - 2548:17, 2551:21, 2554:11, 2554:17, 2557:20, 2558:18, 2560:19, 2569:9, 2569:14, 2570:23, 2576:19, 2583:25, 2584:8, 2585:1, 2586:5, 2586:8, 2589:5, 2592:21, 2601:7, 2601:9, 2604:2, 2606:14, 2610:23, 2621:24, 2623:11, 2635:19, 2638:15, 2641:8, 2644:25, 2645:2, 2647:6, 2649:25, 2650:19, 2655:14, 2656:4,

2656:11, 2656:22, 2665:14, 2665:18, 2667:3, 2668:2, 2671:20, 2672:10, 2676:22, 2678:17, 2682:10, 2686:4, 2690:8, 2690:23, 2692:4, 2692:14, 2694:23, 2697:1, 2697:6, 2700:12, 2704:6, 2704:21, 2705:10, 2705:11, 2706:4, 2706:18, 2711:15, 2711:24, 2712:7, 2713:17, 2714:1, 2715:13, 2715:17, 2721:20, 2722:15, 2723:20, 2730:3, 2738:20, 2739:15, 2740:19, 2741:14, 2744:1, 2744:2, 2744:13, 2744:16, 2745:9, 2745:18, 2747:2, 2751:25, 2752:20, 2754:21, 2756:20, 2756:21, 2757:4, 2758:23, 2758:24, 2759:15, 2760:3, 2760:14, 2760:21, 2761:1, 2761:13, 2761:16, 2761:17, 2761:21

**ALLEGEDLY** [1] - 2624:15

**ALLEN** [1] - 2660:21

**ALLOW** [7] - 2572:7, 2605:25, 2703:24, 2707:1, 2711:13, 2712:7, 2726:13

**ALLOWED** [1] - 2711:13

**ALLOWING** [1] - 2725:22

**ALMONASTER** [1] - 2687:24

**ALMOST** [4] - 2610:18, 2659:5, 2711:17, 2723:7

**ALONE** [1] - 2718:7

**ALONG** [25] - 2651:13, 2658:17, 2672:4, 2677:13, 2677:23, 2678:9, 2680:17, 2687:16, 2687:17, 2688:18, 2688:19, 2688:20, 2688:25, 2690:20, 2695:3, 2718:1, 2721:7, 2724:9, 2724:13,

2725:9, 2730:23, 2738:2, 2739:22, 2740:15, 2761:8

**ALREADY** [9] - 2573:25, 2595:3, 2697:1, 2698:2, 2703:12, 2711:12, 2716:14, 2717:19, 2729:20

**ALSO** [38] - 2553:16, 2559:22, 2561:1, 2597:4, 2608:18, 2610:11, 2611:21, 2623:20, 2646:24, 2649:17, 2650:1, 2650:25, 2651:25, 2676:6, 2676:25, 2681:2, 2697:9, 2698:21, 2701:1, 2706:9, 2708:6, 2708:7, 2708:21, 2712:24, 2722:5, 2724:8, 2728:12, 2731:22, 2733:22, 2734:20, 2742:14, 2746:25, 2748:13, 2748:14, 2749:3, 2751:5, 2754:2, 2756:25

**ALTHOUGH** [3] - 2662:7, 2711:11, 2747:15

**ALWAYS** [6] - 2568:9, 2571:14, 2572:9, 2652:22, 2654:25, 2690:15

**AM** [13] - 2551:17, 2564:11, 2601:17, 2608:25, 2609:2, 2619:14, 2634:9, 2637:7, 2640:9, 2668:2, 2673:10, 2674:1, 2695:8

**AMBIGUITY** [1] - 2749:24

**AMEN** [1] - 2611:2

**AMERICA** [1] - 2544:3

**AMERICAN** [3] - 2698:19, 2698:20, 2700:13

**AMOUNT** [7] - 2575:22, 2618:14, 2618:21, 2619:23, 2722:23, 2732:10, 2750:16

**AMOUNTS** [1] - 2608:17

**AN** [105] - 2547:22, 2548:5, 2549:15, 2550:24, 2552:4,

2553:14, 2554:5, 2556:1, 2560:2, 2562:17, 2564:14, 2564:23, 2566:7, 2567:21, 2568:11, 2568:20, 2568:24, 2569:2, 2569:15, 2570:19, 2571:2, 2571:7, 2575:8, 2576:25, 2582:12, 2584:11, 2584:15, 2584:17, 2585:10, 2587:11, 2587:14, 2588:20, 2599:25, 2601:24, 2605:21, 2606:3, 2619:3, 2620:20, 2624:12, 2637:12, 2638:12, 2640:17, 2642:23, 2645:3, 2645:10, 2647:19, 2648:22, 2648:23, 2651:11, 2655:3, 2656:18, 2665:15, 2666:8, 2666:14, 2667:12, 2683:10, 2683:24, 2687:1, 2687:10, 2687:12, 2687:13, 2690:16, 2692:15, 2692:24, 2698:25, 2701:20, 2702:23, 2705:25, 2706:16, 2714:17, 2715:18, 2717:1, 2718:12, 2719:9, 2720:10, 2722:7, 2722:17, 2722:23, 2724:22, 2726:24, 2727:11, 2729:10, 2738:20, 2738:22, 2738:23, 2741:15, 2746:9, 2746:24, 2747:7, 2747:9, 2747:11, 2747:21, 2749:18, 2750:16, 2751:20, 2751:21, 2755:24, 2758:13, 2758:18, 2759:25

**ANALOG** [1] - 2719:9

**ANALOGY** [1] - 2744:15

**ANALYSIS** [29] - 2562:5, 2567:25, 2568:1, 2568:11, 2568:15, 2573:23, 2577:6, 2586:6, 2587:6, 2587:24, 2588:11, 2588:15, 2588:18, 2588:19, 2588:22, 2589:13, 2594:6, 2594:20,

2596:24, 2597:2, 2597:15, 2645:21, 2648:18, 2650:22, 2710:22, 2738:16, 2751:6, 2751:15

**ANALYZE** [3] - 2594:8, 2597:4, 2718:13

**ANALYZED** [1] - 2596:25

**AND** [832] - 2546:9, 2546:13, 2546:14, 2546:25, 2547:3, 2548:16, 2548:22, 2549:5, 2549:6, 2549:8, 2549:9, 2549:14, 2549:23, 2550:7, 2550:9, 2550:14, 2550:15, 2550:16, 2550:23, 2551:1, 2551:3, 2551:5, 2551:7, 2551:9, 2551:15, 2552:20, 2553:1, 2553:3, 2553:14, 2553:18, 2553:21, 2554:10, 2554:11, 2554:16, 2554:17, 2555:1, 2555:6, 2555:15, 2556:20, 2556:22, 2557:2, 2557:3, 2557:19, 2557:23, 2558:5, 2558:11, 2559:7, 2559:11, 2560:18, 2560:22, 2561:1, 2561:23, 2562:4, 2563:8, 2563:17, 2564:12, 2565:2, 2565:5, 2565:10, 2565:19, 2565:20, 2566:2, 2566:3, 2566:10, 2566:23, 2567:10, 2567:12, 2567:15, 2567:16, 2567:20, 2567:22, 2567:24, 2568:4, 2568:8, 2568:21, 2569:1, 2569:5, 2569:14, 2569:16, 2570:18, 2571:6, 2571:7, 2571:18, 2571:19, 2571:22, 2572:8, 2572:9, 2572:15, 2572:24, 2573:3, 2573:10, 2573:15, 2573:17, 2573:23, 2573:25, 2575:8, 2575:16, 2576:2, 2576:12, 2576:19, 2576:22,

| | | | | |
|---|---|---|---|---|
| 2576:25, 2577:4, 2577:12, 2578:2, 2578:5, 2578:25, 2580:10, 2581:14, 2581:19, 2581:21, 2582:6, 2582:11, 2582:18, 2583:3, 2583:21, 2584:6, 2584:8, 2584:10, 2584:21, 2584:23, 2585:10, 2585:11, 2587:9, 2587:10, 2588:4, 2588:5, 2588:6, 2589:5, 2589:13, 2589:16, 2589:19, 2589:25, 2590:10, 2590:25, 2591:4, 2591:20, 2592:2, 2592:7, 2592:8, 2592:14, 2592:20, 2593:11, 2593:16, 2593:18, 2593:22, 2593:25, 2595:5, 2595:25, 2596:10, 2596:12, 2596:25, 2597:2, 2597:4, 2597:12, 2597:14, 2598:14, 2599:3, 2599:5, 2599:13, 2599:25, 2600:3, 2601:18, 2601:20, 2601:25, 2602:11, 2602:18, 2602:25, 2603:4, 2603:9, 2603:17, 2603:23, 2604:4, 2604:8, 2604:14, 2604:24, 2605:6, 2605:10, 2605:21, 2606:3, 2606:10, 2606:16, 2608:7, 2608:10, 2608:20, 2609:2, 2609:10, 2610:11, 2611:8, 2611:13, 2611:22, 2612:15, 2613:22, 2613:24, 2614:3, 2614:9, 2615:11, 2615:18, 2616:6, 2616:7, 2616:9, 2616:23, 2616:25, 2617:17, 2618:10, 2618:22, 2618:25, 2619:4, 2619:7, 2619:23, 2620:2, 2620:22, 2622:11, 2622:15, 2622:16, 2622:25, 2623:3, 2623:19, 2623:20, 2623:22, 2623:23, 2624:2, 2624:9, | 2624:18, 2624:19, 2624:20, 2624:21, 2625:12, 2625:15, 2625:17, 2625:18, 2625:20, 2625:21, 2625:22, 2625:23, 2625:24, 2626:4, 2626:11, 2626:12, 2626:14, 2627:3, 2627:4, 2627:9, 2627:12, 2627:14, 2627:21, 2627:23, 2628:3, 2628:5, 2628:7, 2628:9, 2628:11, 2629:2, 2629:4, 2629:7, 2629:9, 2629:12, 2629:13, 2629:18, 2629:21, 2630:4, 2630:5, 2630:6, 2630:8, 2630:13, 2630:21, 2631:8, 2631:9, 2631:10, 2631:12, 2632:6, 2632:8, 2632:11, 2632:14, 2632:24, 2633:1, 2633:2, 2633:11, 2633:12, 2633:14, 2634:14, 2634:18, 2635:8, 2635:20, 2636:3, 2636:4, 2636:7, 2636:18, 2637:10, 2637:11, 2637:13, 2637:14, 2637:21, 2638:12, 2638:13, 2638:20, 2639:5, 2639:8, 2639:12, 2639:20, 2639:24, 2640:5, 2640:17, 2640:20, 2642:2, 2642:3, 2643:16, 2643:18, 2644:4, 2644:5, 2645:19, 2645:21, 2645:24, 2647:5, 2647:8, 2647:12, 2647:17, 2647:21, 2648:6, 2648:9, 2648:15, 2648:17, 2648:18, 2649:5, 2649:14, 2649:18, 2649:25, 2650:2, 2651:8, 2651:16, 2651:18, 2652:4, 2652:11, 2652:16, 2652:17, 2652:23, 2653:1, 2653:21, 2654:5, 2654:9, 2654:11, 2654:14, 2654:17, 2656:17, 2656:25, | 2657:4, 2657:5, 2657:6, 2657:19, 2657:23, 2657:25, 2658:7, 2658:13, 2658:14, 2658:18, 2659:3, 2659:4, 2659:14, 2659:25, 2660:3, 2660:10, 2660:15, 2660:19, 2660:20, 2661:4, 2661:6, 2661:12, 2661:15, 2662:13, 2663:2, 2663:5, 2663:6, 2663:14, 2663:18, 2663:22, 2664:3, 2664:11, 2664:15, 2664:20, 2665:3, 2665:4, 2665:5, 2665:7, 2665:9, 2665:13, 2665:17, 2665:18, 2665:20, 2665:25, 2666:7, 2666:9, 2666:10, 2666:16, 2667:3, 2667:7, 2667:12, 2667:13, 2668:2, 2668:5, 2668:8, 2668:22, 2669:3, 2669:13, 2669:17, 2669:20, 2670:6, 2671:3, 2671:4, 2671:13, 2671:19, 2672:2, 2672:3, 2672:18, 2672:24, 2672:25, 2674:15, 2674:16, 2675:3, 2675:7, 2675:18, 2676:23, 2676:25, 2677:5, 2678:3, 2678:4, 2678:7, 2678:11, 2678:21, 2678:24, 2678:25, 2679:11, 2680:1, 2680:14, 2683:3, 2684:1, 2684:20, 2686:15, 2686:21, 2688:1, 2688:2, 2688:21, 2690:16, 2690:17, 2690:20, 2690:23, 2690:24, 2691:3, 2691:4, 2691:19, 2692:25, 2693:2, 2693:6, 2693:10, 2693:11, 2693:12, 2693:14, 2693:22, 2693:24, 2694:3, 2695:1, 2695:2, 2695:3, 2695:7, 2695:9, 2695:24, 2696:2, 2696:5, | 2696:10, 2696:12, 2696:14, 2696:25, 2697:1, 2697:5, 2697:9, 2697:12, 2697:13, 2697:14, 2697:17, 2697:18, 2697:21, 2697:25, 2698:1, 2698:2, 2698:8, 2698:9, 2698:17, 2698:21, 2699:2, 2699:13, 2699:17, 2699:22, 2700:1, 2700:8, 2700:9, 2700:12, 2700:21, 2700:24, 2701:5, 2701:7, 2701:9, 2701:10, 2701:13, 2701:14, 2701:16, 2701:17, 2701:21, 2702:5, 2702:8, 2702:11, 2702:14, 2702:23, 2703:9, 2703:16, 2704:1, 2705:8, 2705:25, 2706:6, 2706:19, 2706:21, 2707:3, 2707:11, 2707:23, 2708:17, 2708:18, 2708:25, 2709:1, 2709:13, 2710:14, 2710:15, 2710:21, 2711:12, 2711:14, 2711:21, 2711:22, 2712:5, 2712:6, 2712:7, 2712:11, 2712:19, 2712:23, 2712:24, 2713:11, 2713:17, 2713:22, 2714:1, 2714:4, 2714:19, 2716:4, 2717:2, 2717:3, 2717:22, 2717:25, 2718:1, 2718:5, 2718:8, 2718:10, 2718:17, 2718:19, 2718:20, 2718:23, 2719:4, 2719:10, 2719:11, 2719:12, 2719:13, 2719:16, 2720:4, 2720:20, 2721:2, 2721:5, 2721:7, 2721:11, 2721:15, 2721:19, 2722:5, 2722:8, 2722:11, 2722:14, 2722:22, 2723:8, 2724:3, 2724:10, 2724:11, 2724:17, 2724:21, 2725:4, 2725:7, 2725:9, 2725:19, | 2726:2, 2726:6, 2726:9, 2726:11, 2726:12, 2726:18, 2726:20, 2726:22, 2727:7, 2727:15, 2727:16, 2727:17, 2727:21, 2727:22, 2727:23, 2728:6, 2728:10, 2728:13, 2728:15, 2728:19, 2728:23, 2728:25, 2729:14, 2730:3, 2730:5, 2730:9, 2730:11, 2730:12, 2730:19, 2730:22, 2730:24, 2731:1, 2731:4, 2731:13, 2731:15, 2731:20, 2732:2, 2732:8, 2732:11, 2732:12, 2732:25, 2733:1, 2733:3, 2733:6, 2733:7, 2733:8, 2733:11, 2733:12, 2733:13, 2733:20, 2733:21, 2733:22, 2734:3, 2734:7, 2734:10, 2734:20, 2735:5, 2735:9, 2735:10, 2735:12, 2735:17, 2735:21, 2735:23, 2735:25, 2736:1, 2736:3, 2736:9, 2736:11, 2736:13, 2736:17, 2736:18, 2736:21, 2736:22, 2736:23, 2736:25, 2737:7, 2737:10, 2737:16, 2738:5, 2738:6, 2738:9, 2738:11, 2738:14, 2738:22, 2738:24, 2739:9, 2739:25, 2740:1, 2740:7, 2740:8, 2740:9, 2740:10, 2740:12, 2740:13, 2740:17, 2740:18, 2740:19, 2740:21, 2741:1, 2741:2, 2741:5, 2741:6, 2741:9, 2741:10, 2741:13, 2741:14, 2741:16, 2741:17, 2741:18, 2741:21, 2742:2, 2742:5, 2742:7, 2742:10, 2742:11, 2742:12, 2742:18, 2742:19, 2743:17, 2743:22, 2744:2, 2744:6, |

2744:10, 2744:14,
2744:18, 2744:22,
2744:24, 2745:1,
2745:4, 2745:9,
2745:13, 2745:16,
2745:19, 2745:22,
2745:23, 2745:25,
2746:7, 2746:9,
2746:11, 2746:21,
2746:25, 2747:10,
2747:11, 2747:22,
2748:1, 2748:18,
2748:20, 2749:2,
2749:6, 2749:8,
2749:13, 2749:14,
2749:16, 2749:19,
2749:25, 2750:18,
2751:3, 2751:5,
2751:6, 2751:9,
2752:3, 2753:3,
2753:7, 2753:10,
2753:13, 2753:14,
2753:25, 2754:1,
2754:9, 2754:12,
2755:10, 2755:16,
2755:17, 2755:22,
2755:23, 2756:24,
2757:17, 2758:6,
2758:16, 2759:1,
2759:11, 2759:24,
2760:9, 2760:15,
2761:7, 2761:16
**AND/OR** [1] - 2630:15
**ANDREW** [1] - 2543:3
**ANDRY** [2] - 2541:19,
2541:19
**ANGELES** [1] - 2543:5
**ANGLE** [4] - 2587:10,
2638:12, 2638:13,
2742:22
**ANGULAR** [1] -
2588:20
**ANIMAL** [1] - 2598:14
**ANIMATION** [2] -
2730:2, 2753:5
**ANNOTATED** [2] -
2641:10, 2641:14
**ANNOTATION** [2] -
2616:20, 2637:12
**ANOTHER** [22] -
2551:20, 2577:19,
2577:22, 2584:20,
2590:25, 2599:20,
2610:22, 2629:23,
2635:12, 2664:6,
2669:2, 2670:7,
2675:20, 2675:24,
2721:24, 2727:24,
2729:9, 2735:7,
2742:21, 2744:12,

2744:22
**ANSWER** [21] -
2561:19, 2567:13,
2571:6, 2571:16,
2571:18, 2571:22,
2576:6, 2594:1,
2616:3, 2616:7,
2624:10, 2624:12,
2626:2, 2642:15,
2642:16, 2705:25,
2706:7, 2706:8,
2709:9, 2714:17,
2751:20
**ANSWERED** [4] -
2576:2, 2576:5,
2703:17, 2706:19
**ANSWERING** [1] -
2653:15
**ANSWERS** [1] -
2751:21
**ANTICIPATED** [1] -
2565:6
**ANY** [105] - 2547:24,
2549:13, 2556:12,
2557:21, 2561:18,
2562:7, 2563:11,
2564:4, 2564:13,
2564:14, 2565:4,
2567:23, 2568:6,
2568:15, 2568:16,
2569:25, 2572:7,
2573:13, 2573:16,
2573:20, 2574:8,
2574:24, 2575:4,
2576:22, 2578:17,
2579:9, 2583:2,
2583:22, 2585:4,
2587:8, 2587:12,
2588:2, 2591:25,
2597:2, 2597:5,
2597:8, 2598:16,
2606:5, 2610:18,
2615:1, 2616:9,
2621:5, 2622:18,
2624:22, 2627:5,
2632:2, 2637:17,
2644:20, 2644:21,
2646:10, 2649:5,
2651:4, 2651:20,
2653:4, 2653:14,
2658:9, 2666:25,
2667:2, 2673:2,
2675:8, 2681:2,
2682:7, 2682:19,
2684:12, 2684:13,
2685:7, 2686:9,
2686:11, 2687:19,
2688:16, 2688:20,
2688:25, 2689:5,
2689:6, 2689:25,

2691:25, 2692:10,
2697:14, 2697:22,
2698:6, 2698:17,
2701:22, 2704:25,
2708:18, 2709:25,
2710:3, 2710:10,
2713:3, 2715:13,
2715:22, 2715:25,
2716:1, 2716:10,
2716:20, 2717:6,
2732:12, 2737:4,
2740:24, 2744:13,
2756:10
**ANYBODY** [1] -
2557:7
**ANYMORE** [1] -
2639:18
**ANYONE** [6] -
2574:22, 2575:4,
2612:6, 2620:19,
2643:23, 2667:2
**ANYPLACE** [1] -
2686:11
**ANYTHING** [18] -
2550:20, 2559:19,
2567:16, 2570:9,
2575:24, 2590:10,
2624:2, 2625:5,
2649:10, 2649:12,
2649:25, 2673:1,
2686:2, 2686:7,
2705:18, 2708:3,
2713:15, 2759:12
**ANYWAY** [3] - 2615:8,
2615:25, 2637:23
**ANYWAYS** [1] -
2615:22
**ANYWHERE** [4] -
2597:2, 2631:24,
2687:16, 2688:25
**APART** [1] - 2737:20
**APOLOGIZE** [9] -
2557:24, 2576:21,
2599:24, 2606:12,
2607:23, 2613:16,
2641:11, 2688:22,
2697:1
**APPARENTLY** [3] -
2569:5, 2624:15,
2636:25
**APPEAR** [5] -
2638:17, 2702:21,
2715:3, 2716:1,
2718:3
**APPEARANCE** [1] -
2655:3
**APPEARANCES** [4] -
2541:14, 2542:1,
2543:1, 2544:1
**APPEARED** [1] -

2682:3
**APPEARS** [4] -
2553:10, 2607:20,
2608:10, 2634:12
**APPENDIX** [3] -
2632:24, 2645:20,
2653:22
**APPLE** [1] - 2588:12
**APPLICATIONS** [1] -
2697:19
**APPLIED** [4] -
2591:18, 2596:22,
2697:10, 2720:17
**APPLIES** [1] - 2615:20
**APPLY** [3] - 2557:1,
2597:16, 2597:20
**APPOINTED** [1] -
2697:7
**APPRECIATE** [1] -
2716:5
**APPROACH** [4] -
2556:19, 2592:17,
2607:13, 2683:7
**APPROACHES** [1] -
2640:6
**APPROACHING** [3] -
2580:8, 2738:9,
2742:14
**APPROVAL** [1] -
2573:15
**APPROVED** [3] -
2573:10, 2573:17,
2606:3
**APPROVING** [1] -
2573:12
**APPROXIMATE** [5] -
2605:22, 2605:24,
2673:3, 2677:4,
2677:8
**APPROXIMATELY**
[13] - 2550:15,
2551:4, 2554:12,
2564:20, 2598:11,
2602:5, 2608:25,
2638:9, 2640:25,
2643:19, 2662:4,
2662:21, 2756:8
**APRIL** [1] - 2641:13
**ARCADIS** [2] - 2720:1
**ARCHITECT** [1] -
2568:17
**ARCHITECTURAL** [2]
- 2566:7, 2569:2
**ARCS** [1] - 2742:7
**ARE** [173] - 2546:8,
2549:6, 2549:12,
2551:3, 2552:20,
2553:1, 2554:6,
2556:8, 2558:14,
2559:11, 2559:16,

2559:20, 2561:20,
2562:25, 2564:10,
2564:22, 2568:24,
2569:1, 2569:24,
2576:23, 2578:20,
2580:14, 2582:15,
2582:16, 2582:17,
2582:22, 2582:23,
2583:24, 2584:16,
2584:19, 2586:5,
2587:17, 2590:18,
2590:21, 2597:8,
2597:25, 2598:8,
2601:10, 2609:22,
2610:8, 2612:21,
2616:8, 2616:17,
2616:23, 2618:17,
2620:4, 2623:1,
2627:14, 2627:18,
2629:7, 2635:9,
2636:18, 2636:20,
2636:25, 2637:4,
2637:6, 2642:18,
2642:21, 2648:9,
2649:9, 2650:5,
2656:19, 2656:24,
2657:14, 2658:22,
2658:24, 2658:25,
2659:10, 2659:15,
2659:21, 2662:17,
2664:19, 2668:12,
2669:8, 2670:1,
2670:10, 2671:14,
2671:17, 2671:23,
2674:12, 2677:13,
2680:3, 2680:9,
2681:17, 2682:17,
2682:23, 2685:24,
2688:7, 2688:25,
2693:5, 2694:23,
2696:14, 2696:24,
2698:2, 2698:3,
2698:13, 2698:17,
2698:21, 2699:4,
2699:10, 2699:11,
2699:19, 2700:18,
2703:2, 2704:7,
2704:17, 2706:21,
2707:8, 2708:8,
2710:21, 2711:7,
2712:19, 2712:22,
2713:3, 2713:21,
2715:5, 2715:15,
2717:19, 2719:16,
2723:3, 2724:4,
2724:7, 2728:2,
2731:1, 2731:3,
2731:7, 2731:21,
2731:22, 2732:2,
2732:4, 2733:10,
2735:20, 2735:22,

2735:23, 2736:1, 2736:10, 2736:13, 2736:24, 2736:25, 2737:14, 2737:15, 2737:20, 2738:21, 2740:11, 2740:24, 2741:17, 2743:6, 2743:7, 2743:8, 2744:5, 2744:9, 2744:14, 2744:17, 2745:17, 2746:1, 2746:20, 2746:21, 2747:3, 2747:6, 2747:18, 2748:24, 2751:21, 2753:7, 2754:25, 2755:15, 2757:19, 2760:19, 2761:9

**AREA** [35] - 2550:10, 2551:22, 2562:5, 2565:19, 2565:23, 2566:2, 2575:18, 2588:4, 2594:21, 2596:3, 2596:25, 2597:4, 2605:2, 2628:5, 2628:23, 2631:11, 2631:17, 2632:8, 2634:4, 2638:22, 2638:23, 2640:11, 2641:2, 2642:2, 2651:5, 2660:14, 2677:6, 2679:17, 2680:23, 2683:5, 2683:14, 2685:24, 2688:20, 2722:23

**AREAS** [4] - 2591:20, 2716:14, 2720:14, 2731:11

**AREN'T** [2] - 2602:23, 2636:20

**ARGUMENT** [1] - 2737:2

**ARLENE** [1] - 2665:9

**ARMSTRONG** [5] - 2541:9, 2753:12, 2754:13, 2754:15, 2761:15

**ARMY** [1] - 2611:6

**AROUND** [17] - 2551:15, 2572:15, 2587:11, 2623:7, 2628:9, 2631:2, 2672:11, 2673:8, 2673:22, 2685:4, 2699:5, 2699:18, 2738:25, 2753:2, 2755:5, 2756:16, 2759:2

**ARPENT** [14] -

2658:18, 2721:16, 2724:12, 2724:13, 2724:24, 2725:1, 2725:7, 2725:11, 2725:17, 2727:15, 2728:9, 2729:6, 2752:24, 2753:24

**ARRANGED** [1] - 2693:1

**ARRANGEMENTS** [1] - 2599:23

**ARRIVAL** [6] - 2726:22, 2727:1, 2751:4, 2751:18, 2752:17, 2760:10

**ARRIVE** [2] - 2753:14, 2760:22

**ARRIVED** [1] - 2727:7

**ARRIVES** [1] - 2761:20

**ARRIVING** [5] - 2727:9, 2728:10, 2760:22, 2761:9

**ARROW** [15] - 2671:9, 2673:23, 2674:5, 2675:14, 2675:15, 2675:17, 2675:18, 2677:6, 2677:7, 2682:2, 2683:21, 2683:22, 2683:24, 2737:6, 2741:22

**ARTICLES** [1] - 2697:23

**AS** [184] - 2546:13, 2546:14, 2547:22, 2549:14, 2550:23, 2552:1, 2552:6, 2558:3, 2559:7, 2563:23, 2565:7, 2565:21, 2566:7, 2568:3, 2568:17, 2568:20, 2569:1, 2569:15, 2569:22, 2570:14, 2571:3, 2573:20, 2574:9, 2577:7, 2578:9, 2580:22, 2583:22, 2585:5, 2585:10, 2588:12, 2589:25, 2590:15, 2591:11, 2596:10, 2603:1, 2605:4, 2605:9, 2605:25, 2606:1, 2606:25, 2608:23, 2609:13, 2609:17, 2623:24, 2624:4, 2624:9, 2624:18, 2624:20, 2625:25, 2626:12, 2626:24, 2627:2, 2627:13,

2629:10, 2631:17, 2632:24, 2634:19, 2635:22, 2637:8, 2637:21, 2639:15, 2639:24, 2640:6, 2640:24, 2643:13, 2645:12, 2646:2, 2646:21, 2646:24, 2648:6, 2649:11, 2651:23, 2652:16, 2657:4, 2657:5, 2657:21, 2659:4, 2661:9, 2662:6, 2664:7, 2667:20, 2670:20, 2673:13, 2677:16, 2681:23, 2686:6, 2687:10, 2689:4, 2689:5, 2690:10, 2690:15, 2690:19, 2691:1, 2693:10, 2693:11, 2693:25, 2695:24, 2697:5, 2697:8, 2697:14, 2698:16, 2699:7, 2699:17, 2699:18, 2701:17, 2701:20, 2703:12, 2703:19, 2703:24, 2703:25, 2708:7, 2708:18, 2709:1, 2710:12, 2711:6, 2711:7, 2711:11, 2712:1, 2715:13, 2715:23, 2716:11, 2716:20, 2717:1, 2717:10, 2717:19, 2719:12, 2720:5, 2720:7, 2720:13, 2721:8, 2722:1, 2722:3, 2722:13, 2724:4, 2724:6, 2727:8, 2728:23, 2729:10, 2730:7, 2731:2, 2731:6, 2731:13, 2731:23, 2732:2, 2733:14, 2734:2, 2734:17, 2735:21, 2736:2, 2737:17, 2737:24, 2738:12, 2739:12, 2739:13, 2740:2, 2740:21, 2742:7, 2742:8, 2743:5, 2743:13, 2743:14, 2745:7, 2745:21, 2746:3, 2748:14, 2748:20, 2749:10, 2749:13, 2755:12, 2757:15, 2758:6, 2760:11, 2761:25

**ASCE** [2] - 2700:15,

2700:17

**ASCERTAIN** [1] - 2756:12

**ASIDE** [1] - 2641:3

**ASK** [24] - 2557:21, 2559:23, 2562:6, 2574:2, 2577:11, 2585:19, 2590:22, 2594:24, 2595:13, 2621:22, 2623:3, 2629:12, 2635:1, 2637:4, 2646:10, 2647:20, 2647:23, 2677:3, 2687:16, 2690:9, 2691:17, 2705:18, 2709:7, 2715:19

**ASKED** [23] - 2561:22, 2562:4, 2576:1, 2593:16, 2593:25, 2595:4, 2599:3, 2622:21, 2623:19, 2625:17, 2627:22, 2645:20, 2650:8, 2652:20, 2662:14, 2670:6, 2671:24, 2697:1, 2703:16, 2706:19, 2707:12, 2707:17, 2712:3

**ASKING** [12] - 2570:4, 2576:21, 2595:8, 2595:15, 2598:4, 2609:25, 2620:2, 2627:15, 2648:5, 2666:18, 2666:19, 2712:10

**ASKS** [3] - 2548:14, 2548:15, 2585:8

**ASPHALT** [18] - 2621:13, 2621:19, 2621:25, 2622:7, 2622:15, 2623:17, 2623:24, 2624:4, 2624:9, 2624:15, 2625:7, 2626:12, 2626:18, 2628:1, 2646:21, 2646:24, 2647:21, 2647:24

**ASSERTION** [1] - 2621:6

**ASSESS** [1] - 2582:22

**ASSESSMENT** [1] - 2701:6

**ASSIGNED** [1] - 2563:10

**ASSISTANCE** [1] - 2585:15

**ASSISTANT** [3] - 2658:7, 2697:6, 2697:8

**ASSOCIATED** [7] - 2549:21, 2597:6, 2605:20, 2627:23, 2732:11, 2745:10, 2760:25

**ASSUME** [8] - 2550:5, 2555:4, 2578:21, 2610:14, 2616:1, 2618:20, 2620:3, 2680:22

**ASSUMED** [12] - 2616:4, 2616:5, 2632:20, 2634:18, 2726:17, 2732:13, 2732:14, 2735:15, 2750:5, 2750:6, 2750:9, 2751:2

**ASSUMING** [1] - 2692:16

**ASSUMPTION** [3] - 2565:7, 2651:1, 2735:12

**ASSUMPTIONS** [1] - 2750:1

**ASSURANCE** [3] - 2625:17, 2627:8, 2627:11

**ASSURED** [1] - 2630:9

**ASTERISKS** [1] - 2736:13

**ASTM** [1] - 2648:15

**ASTONISHED** [1] - 2739:9

**ASTRONOMICAL** [1] - 2730:4

**AT** [396] - 2546:22, 2546:23, 2547:1, 2547:14, 2548:12, 2548:18, 2548:21, 2549:10, 2549:14, 2550:22, 2551:16, 2551:20, 2552:20, 2553:14, 2554:2, 2554:9, 2554:17, 2555:1, 2555:8, 2555:15, 2555:17, 2555:18, 2555:21, 2557:18, 2557:19, 2557:21, 2558:4, 2558:17, 2559:2, 2559:11, 2559:20, 2561:11, 2561:21, 2561:25, 2562:2, 2562:6, 2562:20, 2564:3, 2564:12, 2564:16, 2564:22, 2565:10, 2565:19, 2567:6, 2569:6, 2570:18, 2570:23, 2574:13, 2574:23,

**HOURLY TRANSCRIPT**

2575:1, 2575:3, 2575:4, 2575:12, 2575:15, 2576:18, 2577:8, 2577:20, 2577:22, 2578:17, 2578:19, 2578:23, 2579:2, 2579:16, 2579:19, 2580:19, 2581:15, 2581:17, 2582:6, 2585:1, 2585:18, 2586:13, 2587:14, 2587:21, 2587:22, 2589:3, 2589:4, 2589:23, 2590:3, 2590:16, 2590:22, 2591:19, 2592:21, 2593:15, 2593:16, 2594:9, 2594:11, 2594:22, 2596:13, 2596:17, 2596:22, 2597:3, 2597:4, 2597:12, 2598:5, 2598:6, 2600:3, 2600:4, 2601:15, 2603:6, 2605:7, 2605:12, 2605:13, 2606:2, 2607:3, 2607:5, 2608:18, 2608:25, 2609:1, 2610:8, 2610:17, 2614:13, 2615:1, 2617:17, 2617:21, 2618:2, 2619:9, 2620:9, 2620:14, 2623:20, 2625:13, 2626:13, 2628:5, 2628:21, 2629:4, 2629:9, 2629:18, 2630:6, 2632:6, 2632:20, 2633:15, 2635:14, 2636:7, 2636:14, 2637:12, 2638:12, 2638:15, 2640:7, 2640:10, 2640:11, 2640:19, 2640:23, 2641:4, 2642:4, 2642:5, 2643:24, 2645:9, 2649:25, 2652:6, 2652:8, 2652:11, 2652:17, 2652:25, 2654:16, 2656:10, 2656:18, 2659:24, 2659:25, 2660:16, 2660:24, 2661:19, 2662:21, 2662:24, 2663:2, 2663:11, 2664:15, 2665:1, 2667:2, 2667:11, 2667:13, 2668:2, 2668:11,

2668:20, 2668:25, 2669:5, 2669:11, 2670:25, 2671:3, 2671:7, 2674:5, 2675:6, 2675:19, 2676:4, 2676:22, 2677:21, 2677:25, 2678:4, 2678:6, 2678:12, 2679:19, 2679:25, 2680:2, 2680:6, 2681:23, 2682:3, 2682:11, 2683:4, 2683:9, 2683:21, 2684:5, 2686:4, 2686:9, 2686:11, 2686:18, 2686:21, 2686:23, 2687:3, 2687:10, 2687:12, 2687:20, 2688:14, 2689:12, 2690:14, 2690:15, 2690:23, 2690:24, 2691:10, 2691:20, 2692:4, 2693:20, 2693:23, 2696:10, 2696:11, 2696:21, 2697:2, 2697:4, 2700:10, 2701:9, 2701:19, 2702:8, 2703:14, 2703:15, 2705:22, 2706:8, 2706:14, 2707:3, 2707:4, 2707:14, 2708:7, 2708:21, 2708:22, 2709:2, 2709:4, 2709:5, 2709:6, 2710:12, 2710:13, 2712:23, 2712:25, 2714:24, 2716:25, 2717:18, 2718:15, 2719:15, 2719:22, 2721:25, 2722:4, 2722:16, 2722:24, 2724:5, 2724:12, 2726:9, 2726:10, 2726:21, 2726:23, 2727:2, 2727:7, 2727:10, 2727:14, 2727:15, 2727:20, 2728:2, 2728:5, 2728:7, 2728:8, 2728:11, 2729:2, 2729:23, 2730:1, 2730:15, 2731:4, 2731:11, 2731:12, 2731:25, 2732:5, 2732:17, 2733:1, 2733:3, 2733:20, 2734:2, 2734:7, 2734:8, 2734:23, 2735:2,

2735:4, 2735:21, 2735:23, 2737:8, 2737:13, 2737:14, 2737:15, 2737:22, 2738:5, 2738:9, 2739:25, 2740:7, 2740:10, 2740:16, 2740:17, 2740:25, 2741:20, 2742:1, 2742:14, 2742:17, 2743:7, 2744:13, 2744:18, 2744:21, 2744:24, 2745:19, 2746:1, 2746:5, 2746:15, 2747:4, 2747:5, 2747:16, 2747:18, 2747:21, 2748:1, 2748:6, 2748:17, 2748:20, 2748:22, 2748:24, 2749:13, 2749:19, 2749:22, 2749:24, 2751:2, 2751:4, 2751:5, 2751:7, 2751:8, 2751:15, 2751:18, 2752:21, 2752:22, 2753:24, 2754:8, 2754:13, 2754:16, 2754:18, 2754:19, 2755:4, 2755:9, 2755:11, 2756:4, 2756:6, 2757:4, 2757:6, 2757:9, 2757:11, 2757:13, 2757:21, 2757:22, 2757:23, 2758:7, 2758:15, 2759:7, 2759:8, 2759:15, 2759:16, 2759:19, 2759:20, 2759:21, 2760:13, 2761:2, 2761:6, 2761:9, 2761:12, 2761:13, 2761:17, 2761:20, 2761:24

**ATLANTIC** [1] - 2722:8

**ATTACHED** [4] - 2607:1, 2617:11, 2623:20, 2627:18

**ATTACK** [1] - 2711:15

**ATTEMPTED** [1] - 2671:2

**ATTEMPTING** [1] - 2625:13

**ATTENTION** [2] - 2609:23, 2633:15

**ATTORNEYS** [1] - 2546:20

**AUDIENCE** [1] -

2638:15

**AUGUST** [4] - 2633:11, 2659:13, 2665:13, 2730:2

**AUTHOR** [1] - 2656:8

**AUTHORED** [2] - 2697:14, 2697:22

**AUTHORIZATION** [1] - 2585:19

**AVAILABLE** [1] - 2594:8

**AVENUE** [27] - 2541:24, 2542:15, 2543:20, 2638:14, 2640:8, 2650:18, 2652:1, 2660:3, 2660:4, 2660:24, 2667:17, 2668:18, 2668:16, 2668:17, 2669:6, 2669:11, 2669:13, 2672:22, 2682:21, 2724:13, 2731:17, 2740:12, 2741:9, 2742:24, 2749:6

**AVERAGE** [7] - 2566:1, 2566:3, 2582:12, 2629:3, 2745:22, 2746:23, 2746:24

**AVERAGED** [2] - 2614:11, 2679:1

**AVERAGES** [1] - 2740:1

**AVERAGING** [1] - 2740:1

**AVOID** [2] - 2569:22, 2712:4

**AWARDING** [1] - 2632:23

**AWARDS** [1] - 2700:20

**AWARE** [16] - 2563:22, 2564:4, 2564:10, 2564:11, 2564:13, 2564:19, 2568:21, 2580:17, 2597:8, 2613:5, 2636:15, 2649:9, 2650:5, 2653:21, 2688:25, 2689:6

**AWAY** [4] - 2560:20, 2596:17, 2675:7, 2689:10

**AXIS** [3] - 2560:2, 2672:4, 2736:22

**B**

**B406** [1] - 2544:12

**BABIES** [1] - 2745:18

**BACK** [58] - 2548:8, 2554:17, 2567:8, 2586:4, 2587:21, 2589:16, 2592:19, 2593:18, 2600:3, 2608:7, 2617:5, 2623:24, 2625:20, 2626:7, 2637:18, 2638:13, 2641:24, 2645:8, 2654:24, 2663:6, 2664:5, 2664:12, 2665:7, 2665:10, 2667:3, 2667:4, 2673:21, 2673:23, 2675:14, 2676:7, 2676:23, 2677:5, 2677:6, 2677:16, 2677:19, 2678:6, 2681:13, 2685:18, 2686:4, 2687:9, 2687:15, 2694:14, 2725:4, 2734:18, 2743:23, 2744:6, 2744:14, 2745:1, 2751:3, 2753:23, 2755:11

**BACKFILL** [27] - 2573:15, 2573:17, 2587:15, 2587:16, 2587:18, 2589:19, 2591:23, 2591:24, 2603:16, 2604:5, 2616:8, 2616:18, 2618:22, 2618:24, 2618:25, 2620:13, 2621:25, 2624:4, 2624:9, 2639:9, 2640:10, 2640:14, 2640:24, 2644:5, 2646:22, 2646:25, 2647:21

**BACKFILLED** [6] - 2604:8, 2614:18, 2617:17, 2649:10, 2649:11, 2651:5

**BACKFILLING** [6] - 2587:17, 2617:21, 2621:18, 2637:21, 2639:4, 2647:9

**BACKGROUND** [1] - 2654:7

**BACUTA** [3] - 2563:14, 2577:4, 2653:20

**BAD** [8] - 2656:8, 2663:7, 2664:16,

2664:17, 2664:21, 2664:24, 2686:15, 2706:17

**BAGS** [1] - 2675:8

**BALE** [1] - 2647:7

**BALL** [2] - 2742:16, 2744:15

**BANK** [23] - 2560:1, 2587:24, 2588:13, 2588:23, 2589:13, 2590:15, 2590:19, 2590:23, 2601:25, 2654:3, 2654:15, 2678:1, 2679:25, 2687:6, 2690:3, 2690:5, 2695:4, 2723:24, 2734:17, 2743:20, 2743:22, 2743:23, 2744:9

**BAR** [1] - 2562:5

**BARGE** [1] - 2719:4

**BARON** [1] - 2541:22

**BARONNE** [2] - 2541:16, 2541:20

**BARRACKS** [2] - 2749:14, 2751:5

**BARRIER** [5] - 2679:7, 2679:11, 2689:20, 2689:21, 2690:1

**BASE** [2] - 2639:23, 2708:17

**BASED** [40] - 2560:19, 2561:23, 2562:7, 2568:17, 2578:17, 2581:21, 2582:23, 2593:12, 2593:19, 2594:4, 2598:5, 2604:17, 2609:17, 2614:10, 2632:4, 2642:5, 2665:11, 2665:24, 2665:25, 2666:15, 2667:6, 2668:18, 2678:13, 2696:21, 2707:4, 2714:10, 2720:19, 2726:10, 2727:8, 2740:5, 2747:2, 2747:6, 2747:21, 2747:25, 2749:2, 2750:8, 2751:1, 2751:6, 2752:9, 2752:14

**BASELINE** [1] - 2596:8

**BASICALLY** [11] - 2683:5, 2691:5, 2699:1, 2721:10, 2722:8, 2725:17, 2729:25, 2750:20, 2752:24, 2757:19,

2759:1

**BASING** [2] - 2707:15, 2752:8

**BASIS** [4] - 2610:18, 2621:5, 2622:6, 2713:17

**BATHYMETRY** [2] - 2719:13, 2723:3

**BATON** [1] - 2542:5

**BAY** [2] - 2742:2, 2742:5

**BAYLEN** [1] - 2542:23

**BE** [152] - 2546:9, 2553:10, 2554:14, 2556:19, 2556:20, 2558:6, 2558:17, 2558:22, 2560:21, 2563:8, 2565:7, 2566:24, 2567:18, 2568:7, 2568:9, 2568:13, 2569:6, 2571:5, 2571:14, 2572:9, 2572:15, 2574:3, 2576:12, 2576:19, 2576:24, 2590:20, 2591:8, 2592:16, 2596:5, 2596:11, 2596:19, 2601:8, 2603:10, 2605:25, 2609:19, 2610:8, 2611:22, 2612:13, 2613:2, 2613:12, 2613:18, 2613:20, 2613:21, 2614:25, 2615:5, 2616:12, 2618:14, 2624:1, 2625:25, 2626:13, 2627:13, 2629:3, 2629:4, 2629:15, 2634:12, 2634:23, 2637:22, 2638:10, 2641:5, 2642:6, 2643:18, 2644:12, 2647:19, 2649:13, 2650:21, 2654:20, 2655:24, 2656:1, 2656:5, 2656:7, 2656:25, 2661:4, 2661:25, 2662:24, 2663:3, 2664:3, 2664:25, 2666:8, 2666:12, 2667:1, 2668:24, 2668:25, 2669:22, 2673:7, 2676:25, 2677:11, 2677:15, 2678:24, 2678:25, 2682:20, 2683:15, 2684:14, 2690:10, 2690:22, 2690:25,

2691:9, 2692:14, 2692:24, 2693:6, 2694:13, 2699:3, 2699:6, 2700:2, 2704:20, 2704:23, 2706:21, 2707:7, 2708:14, 2709:9, 2710:12, 2712:9, 2713:19, 2713:21, 2715:19, 2720:25, 2723:15, 2725:25, 2727:16, 2728:22, 2731:23, 2732:18, 2735:13, 2736:18, 2737:5, 2737:14, 2737:24, 2738:20, 2739:9, 2739:11, 2739:16, 2742:17, 2742:23, 2743:17, 2744:10, 2745:18, 2745:19, 2747:12, 2747:22, 2748:8, 2750:7, 2752:6, 2754:3, 2754:6, 2754:8, 2754:15, 2754:17, 2756:12, 2757:4, 2759:4

**BEA** [7] - 2584:21, 2646:24, 2647:1, 2703:19, 2704:2, 2711:14, 2733:14

**BEA'S** [2] - 2673:16, 2682:1

**BEAM** [1] - 2598:15

**BEAR** [1] - 2636:19

**BEATING** [1] - 2650:25

**BECAME** [5] - 2657:22, 2657:23, 2658:2, 2688:1, 2695:14

**BECAUSE** [87] - 2547:2, 2548:17, 2549:9, 2554:6, 2557:6, 2557:8, 2557:11, 2557:12, 2558:4, 2559:15, 2561:2, 2561:21, 2572:24, 2577:2, 2577:18, 2581:3, 2581:18, 2583:3, 2583:16, 2586:1, 2594:5, 2599:24, 2609:4, 2611:20, 2612:13, 2613:3, 2615:16, 2617:3, 2619:11, 2622:8, 2622:22, 2624:19, 2627:22, 2630:22, 2635:2, 2635:13,

2637:18, 2637:22, 2642:1, 2647:5, 2647:11, 2647:24, 2667:2, 2668:5, 2678:6, 2679:20, 2684:10, 2686:17, 2690:10, 2690:14, 2690:19, 2690:22, 2692:3, 2704:7, 2706:7, 2706:15, 2710:15, 2712:5, 2713:4, 2713:22, 2720:16, 2728:18, 2729:2, 2731:19, 2732:16, 2735:4, 2736:1, 2738:1, 2740:11, 2745:6, 2746:9, 2750:12, 2750:21, 2751:16, 2753:13, 2753:19, 2755:11, 2755:15, 2755:20, 2757:13, 2758:8, 2758:18, 2759:9, 2760:10, 2761:5, 2761:25

**BEA** [7] - 2584:21,

**BECOME** [2] - 2564:19, 2711:7

**BECOMES** [1] - 2656:18

**BED** [1] - 2685:9

**BEDS** [1] - 2731:14

**BEEN** [52] - 2556:16, 2556:21, 2557:7, 2573:25, 2577:13, 2579:8, 2590:5, 2590:24, 2596:21, 2605:13, 2610:6, 2610:11, 2616:15, 2620:3, 2620:25, 2624:14, 2627:21, 2636:15, 2637:2, 2637:3, 2644:8, 2645:3, 2651:16, 2657:16, 2663:12, 2674:24, 2678:13, 2678:14, 2679:21, 2685:7, 2691:23, 2692:6, 2698:8, 2699:5, 2700:19, 2718:8, 2718:13, 2719:1, 2719:2, 2719:4, 2719:21, 2720:24, 2721:9, 2740:2, 2740:9, 2743:25, 2746:3, 2753:15, 2753:16, 2754:12, 2756:11, 2759:20

**BEFORE** [47] - 2541:12, 2546:19,

2572:3, 2576:13, 2582:3, 2599:5, 2601:14, 2603:19, 2609:12, 2610:13, 2628:4, 2653:14, 2658:4, 2658:5, 2660:6, 2660:12, 2660:20, 2661:6, 2670:22, 2674:24, 2675:3, 2675:9, 2680:11, 2680:24, 2685:5, 2685:6, 2687:18, 2694:2, 2697:3, 2697:4, 2701:25, 2704:1, 2704:8, 2709:2, 2718:13, 2722:3, 2730:4, 2732:18, 2733:5, 2740:2, 2743:14, 2753:10, 2754:5, 2756:2, 2758:8, 2758:23

**BEGAN** [2] - 2579:10, 2579:17

**BEGIN** [1] - 2554:8

**BEGINNING** [7] - 2564:23, 2618:3, 2652:7, 2660:23, 2661:19, 2668:12, 2740:18

**BEGINS** [3] - 2672:17, 2704:13, 2745:4

**BEHAVE** [1] - 2575:24

**BEHIND** [5] - 2586:15, 2620:12, 2627:11, 2670:2, 2715:6

**BEHOLD** [1] - 2631:10

**BEING** [22] - 2546:13, 2547:21, 2557:9, 2557:15, 2559:12, 2560:24, 2588:13, 2605:5, 2605:6, 2612:21, 2632:17, 2642:5, 2646:21, 2648:19, 2657:4, 2662:5, 2692:4, 2693:10, 2697:6, 2698:14, 2741:20, 2743:2

**BELABOR** [1] - 2554:16

**BELIEF** [2] - 2626:19, 2652:17

**BELIEVE** [33] - 2555:1, 2559:4, 2581:25, 2583:1, 2586:14, 2586:21, 2591:4, 2591:10, 2591:17, 2592:3, 2602:23, 2603:7,

2603:21, 2603:23, 2609:19, 2624:9, 2635:8, 2638:2, 2640:5, 2642:6, 2646:1, 2646:6, 2647:4, 2650:13, 2659:15, 2660:24, 2667:11, 2667:13, 2667:14, 2670:25, 2705:9, 2708:13, 2711:23

**BELOW** [12] - 2554:7, 2593:8, 2605:4, 2606:1, 2631:16, 2638:18, 2638:20, 2663:13, 2698:9, 2699:13, 2743:11, 2760:25

**BENCHMARK** [2] - 2690:24, 2691:3

**BENCHMARKS** [1] - 2690:20

**BENJAMIN** [1] - 2544:7

**BERM** [1] - 2680:9

**BERNARD** [9] - 2658:20, 2717:22, 2717:25, 2718:6, 2718:9, 2718:23, 2721:19, 2730:13, 2730:20

**BEST** [7] - 2578:14, 2585:21, 2599:22, 2664:7, 2728:13, 2728:14, 2728:15

**BESTOW** [1] - 2610:25

**BETTER** [10] - 2548:11, 2704:25, 2710:16, 2712:9, 2719:14, 2719:16, 2720:14, 2737:7, 2756:15

**BETWEEN** [35] - 2547:7, 2549:23, 2569:16, 2580:10, 2612:3, 2613:21, 2613:24, 2632:14, 2638:20, 2654:9, 2654:11, 2654:14, 2660:2, 2660:3, 2665:13, 2678:21, 2691:19, 2696:11, 2720:4, 2725:8, 2726:19, 2732:1, 2732:11, 2732:12, 2732:14, 2732:15, 2740:25, 2741:16, 2744:9, 2747:10, 2755:17, 2757:16,

2759:24, 2760:6

**BEYOND** [2] - 2550:16, 2595:7

**BH** [1] - 2631:7

**BIANNUAL** [1] - 2700:24

**BIG** [6] - 2547:7, 2554:13, 2675:8, 2723:5, 2738:12, 2761:9

**BIGGER** [4] - 2722:20, 2746:10, 2746:21, 2753:23

**BILLIARD** [2] - 2742:16, 2744:15

**BINDER** [4] - 2586:15, 2586:16, 2586:21, 2586:23

**BINDERS** [1] - 2557:10

**BISECT** [1] - 2638:7

**BIT** [29] - 2547:14, 2557:8, 2563:9, 2566:6, 2595:6, 2598:21, 2603:7, 2633:1, 2637:19, 2670:21, 2673:23, 2675:14, 2675:25, 2683:23, 2683:25, 2687:3, 2687:9, 2696:5, 2699:1, 2708:20, 2725:5, 2728:17, 2733:5, 2737:7, 2738:24, 2756:15, 2757:20, 2760:22, 2760:23

**BLACK** [9] - 2724:8, 2724:10, 2724:20, 2737:2, 2757:9, 2757:17, 2757:24, 2758:2, 2761:22

**BLOCK** [2] - 2552:22, 2743:6

**BLOW** [7] - 2550:10, 2552:22, 2561:12, 2592:20, 2653:11, 2677:7, 2704:13

**BLOWING** [3] - 2729:13, 2738:2, 2747:6

**BLOWN** [1] - 2704:22

**BLOWS** [1] - 2734:4

**BLUE** [26] - 2661:12, 2671:4, 2671:10, 2671:16, 2678:3, 2679:20, 2687:17, 2687:18, 2688:18, 2688:19, 2689:1, 2691:19, 2724:1, 2724:2, 2724:11,

2724:17, 2725:9, 2728:14, 2729:8, 2730:21, 2733:1, 2736:9

**BLURRY** [1] - 2719:12

**BOARD** [4] - 2610:12, 2661:18, 2701:10, 2701:15

**BOAT** [1] - 2656:4

**BODY** [2] - 2654:5, 2713:23

**BOH** [1] - 2690:4

**BOISE** [1] - 2566:18

**BOLAND** [14] - 2550:7, 2552:7, 2605:6, 2622:15, 2633:8, 2636:1, 2640:11, 2640:12, 2640:14, 2640:16, 2640:19, 2640:23, 2641:4, 2649:3

**BONO** [2] - 2699:8, 2699:19

**BOOK** [8] - 2557:17, 2558:4, 2558:13, 2635:8, 2677:17, 2677:19, 2700:2

**BOOKS** [2] - 2554:21, 2635:7

**BORE** [10] - 2630:6, 2631:4, 2633:16, 2633:18, 2633:22, 2634:8, 2634:22, 2635:25, 2636:3, 2636:22

**BORGNE** [9] - 2721:12, 2730:6, 2735:13, 2736:7, 2737:14, 2737:16, 2737:22, 2740:17

**BORING** [17] - 2550:13, 2550:18, 2550:21, 2551:18, 2552:20, 2553:10, 2554:3, 2555:7, 2594:8, 2628:6, 2628:9, 2633:1, 2633:2, 2634:1, 2634:15, 2635:10, 2637:5

**BORINGS** [11] - 2549:9, 2549:11, 2549:16, 2549:18, 2549:22, 2549:25, 2553:1, 2647:15, 2648:5, 2648:14

**BORROW** [2] - 2547:1, 2575:2, 2594:9, 2594:21, 2596:3, 2596:25,

2637:17, 2637:21, 2638:7, 2638:16, 2638:17, 2638:21, 2638:24, 2638:25, 2639:3, 2647:10, 2650:10, 2650:15, 2650:19, 2651:1

**BOTH** [17] - 2603:1, 2658:18, 2669:7, 2688:8, 2708:20, 2720:1, 2722:4, 2723:10, 2726:19, 2736:3, 2736:5, 2744:5, 2754:16, 2755:15, 2755:22, 2761:9

**BOTTOM** [20] - 2553:12, 2598:13, 2607:3, 2636:4, 2654:17, 2669:5, 2669:11, 2671:1, 2672:4, 2674:5, 2678:4, 2687:20, 2689:12, 2701:9, 2708:7, 2720:15, 2729:21, 2741:25, 2745:13

**BOULEVARD** [2] - 2542:8, 2543:4

**BOUNCE** [6] - 2734:16, 2734:18, 2741:5, 2742:18, 2745:1

**BOUNCING** [5] - 2743:22, 2744:2, 2744:6, 2744:14, 2744:16

**BOUNDARIES** [1] - 2731:1

**BOUNDARY** [14] - 2559:23, 2560:2, 2560:7, 2561:1, 2561:5, 2562:7, 2583:4, 2583:6, 2583:21, 2730:18, 2731:2, 2734:15, 2754:18, 2754:19

**BOUSSINESQ** [7] - 2708:23, 2708:24, 2709:12, 2709:16, 2734:21, 2734:25

**BOX** [4] - 2544:7, 2725:20, 2731:6, 2731:7

**BRACED** [2] - 2572:6, 2598:14

**BRANCH** [1] - 2544:6, 2563:7, 2572:23, 2574:23, 2575:4, 2592:8,

2593:2, 2594:18, 2596:25, 2612:25, 2650:9, 2651:12, 2735:14, 2735:18, 2735:24, 2737:1, 2741:1, 2743:3, 2743:4, 2743:22, 2744:1

**BRANCHES** [1] - 2736:3

**BREACH** [95] - 2668:23, 2668:24, 2670:2, 2672:20, 2673:4, 2673:12, 2674:16, 2677:8, 2680:6, 2681:20, 2701:8, 2705:8, 2706:6, 2718:6, 2725:22, 2726:5, 2726:18, 2726:25, 2727:15, 2729:7, 2731:7, 2733:1, 2733:2, 2733:3, 2733:4, 2749:16, 2749:17, 2749:23, 2750:3, 2750:8, 2750:9, 2751:7, 2751:10, 2751:11, 2751:14, 2751:16, 2751:19, 2751:23, 2751:24, 2752:3, 2752:8, 2752:11, 2752:16, 2752:21, 2752:22, 2752:23, 2753:3, 2753:4, 2753:7, 2753:10, 2753:13, 2753:16, 2753:20, 2753:22, 2753:23, 2754:3, 2754:5, 2754:6, 2754:10, 2754:13, 2754:17, 2754:22, 2755:3, 2756:23, 2756:25, 2757:1, 2757:10, 2757:12, 2757:13, 2757:15, 2757:18, 2758:5, 2758:6, 2758:8, 2758:10, 2758:12, 2758:25, 2759:1, 2759:8, 2759:9, 2760:4, 2760:6, 2760:8, 2760:9, 2760:23, 2761:2, 2761:3, 2761:16, 2761:22

**BREACHED** [3] - 2727:3, 2727:5, 2757:18

**BREACHES** [20] - 2541:4, 2695:3,

2718:1, 2718:20, 2719:19, 2721:14, 2722:1, 2726:14, 2726:17, 2726:19, 2726:20, 2728:20, 2729:3, 2731:2, 2731:9, 2750:2, 2755:14, 2757:4, 2758:24

**BREACHING** [30] - 2717:25, 2718:7, 2721:6, 2721:7, 2721:10, 2721:11, 2725:21, 2725:25, 2726:1, 2726:16, 2726:25, 2727:11, 2727:12, 2727:19, 2727:25, 2728:12, 2728:13, 2728:15, 2749:11, 2749:16, 2750:5, 2750:7, 2750:10, 2751:2, 2751:3, 2751:10, 2759:11, 2760:13, 2761:11, 2761:12

**BREAK** [8] - 2598:23, 2599:4, 2599:6, 2599:14, 2599:20, 2599:22, 2601:14, 2645:5

**BRENDA** [1] - 2608:12

**BRIAN** [1] - 2543:19

**BRIDGE** [26] - 2638:14, 2640:8, 2669:6, 2669:7, 2669:11, 2669:13, 2669:18, 2676:23, 2682:23, 2683:3, 2684:8, 2740:12, 2741:9, 2741:10, 2741:11, 2742:24, 2742:25, 2743:2, 2743:11, 2743:12, 2743:14, 2743:15, 2743:16, 2743:18, 2743:19, 2744:2

**BRIDGES** [2] - 2669:7, 2743:6

**BRIEF** [2] - 2655:22, 2716:21

**BRIEFING** [1] - 2716:6

**BRIEFLY** [8] - 2577:18, 2628:4, 2629:2, 2631:17, 2670:5, 2672:23, 2681:23, 2686:6

**BRING** [13] - 2548:21, 2585:20, 2589:5, 2622:25, 2625:21, 2628:23, 2638:1,

2642:23, 2646:12, 2653:10, 2655:13, 2670:6, 2694:14

**BROKE** [1] - 2628:5

**BROTHERS** [1] - 2690:4

**BROUGHT** [6] - 2553:17, 2556:11, 2556:12, 2556:14, 2645:18, 2682:20

**BROUSSARD** [1] - 2543:13

**BRUNO** [54] - 2541:15, 2541:16, 2548:6, 2548:14, 2548:25, 2599:16, 2694:12, 2701:24, 2703:5, 2703:10, 2703:12, 2703:14, 2703:21, 2704:5, 2704:12, 2704:16, 2704:23, 2705:4, 2705:16, 2705:20, 2705:24, 2706:23, 2707:9, 2707:12, 2707:17, 2707:21, 2708:2, 2708:5, 2708:11, 2711:9, 2711:10, 2711:17, 2711:24, 2712:2, 2712:10, 2712:14, 2712:18, 2713:2, 2713:9, 2713:25, 2715:16, 2715:22, 2716:5, 2716:7, 2716:9, 2716:12, 2717:7, 2739:6, 2739:11, 2748:4, 2748:10, 2748:12

**BRUNO..................**
      [1] - 2545:14

**BUCKET** [11] - 2603:17, 2603:25, 2604:8, 2604:12, 2616:25, 2618:25, 2619:4, 2619:17, 2620:8, 2620:19, 2621:4

**BUDD** [1] - 2541:22

**BUDGETED** [1] - 2738:23

**BUG** [1] - 2726:1

**BUILD** [4] - 2625:15, 2639:12, 2676:20, 2690:5

**BUILDING** [8] - 2584:23, 2602:18, 2610:3, 2623:22, 2639:23, 2676:21, 2683:23, 2706:22

**BUILDINGS** [3] - 2602:3, 2604:4, 2604:7

**BUILT** [4] - 2583:14, 2667:4, 2678:5, 2737:8

**BUOYS** [1] - 2736:10

**BURKE** [1] - 2541:23

**BUSINESS** [3] - 2573:21, 2573:22, 2574:10

**BUT** [153] - 2546:10, 2546:19, 2548:1, 2549:6, 2553:16, 2554:5, 2554:17, 2555:21, 2556:11, 2556:18, 2557:4, 2557:7, 2557:16, 2557:17, 2557:19, 2558:9, 2558:23, 2558:24, 2560:6, 2560:18, 2561:8, 2565:12, 2571:21, 2576:5, 2579:13, 2580:21, 2582:16, 2588:23, 2591:9, 2592:4, 2595:19, 2596:13, 2596:19, 2597:5, 2597:15, 2601:10, 2602:23, 2604:11, 2607:7, 2609:20, 2610:1, 2613:12, 2614:2, 2615:1, 2615:21, 2615:24, 2616:3, 2616:18, 2619:7, 2620:3, 2620:11, 2620:18, 2626:25, 2627:22, 2629:3, 2629:21, 2631:10, 2632:22, 2635:7, 2642:8, 2643:20, 2648:23, 2650:25, 2654:10, 2654:25, 2655:4, 2656:17, 2656:19, 2657:1, 2662:11, 2662:15, 2663:8, 2663:25, 2667:11, 2668:8, 2671:16, 2671:21, 2672:16, 2672:25, 2675:13, 2675:19, 2675:25, 2676:5, 2677:11, 2686:23, 2687:12, 2688:3, 2688:7, 2689:25, 2690:24, 2691:14, 2691:25, 2692:1, 2693:7, 2698:3, 2698:21, 2701:2,

2703:6, 2704:2, 2704:20, 2707:1, 2709:18, 2710:1, 2710:3, 2711:16, 2711:22, 2711:25, 2716:6, 2717:4, 2719:9, 2721:23, 2722:5, 2723:15, 2724:13, 2725:23, 2729:20, 2731:6, 2731:12, 2732:18, 2733:9, 2734:6, 2735:19, 2736:16, 2737:2, 2737:25, 2738:1, 2740:24, 2743:9, 2743:16, 2746:7, 2746:20, 2747:16, 2749:9, 2751:6, 2751:22, 2751:23, 2752:25, 2753:9, 2753:19, 2754:6, 2754:13, 2754:17, 2754:22, 2755:20, 2756:15, 2757:14, 2758:20, 2759:22, 2759:24, 2760:12, 2760:24

**BY** [203] - 2541:16, 2541:19, 2541:23, 2542:4, 2542:8, 2542:11, 2542:15, 2542:18, 2542:22, 2543:3, 2543:7, 2543:12, 2543:17, 2544:4, 2544:14, 2544:15, 2545:6, 2545:8, 2545:10, 2545:11, 2545:13, 2545:14, 2545:15, 2546:13, 2546:16, 2548:4, 2548:6, 2548:24, 2549:18, 2549:20, 2549:22, 2550:4, 2550:12, 2551:14, 2551:24, 2552:11, 2552:19, 2553:9, 2554:25, 2555:14, 2556:3, 2559:1, 2559:5, 2559:21, 2561:15, 2566:22, 2567:20, 2568:11, 2570:7, 2570:17, 2571:19, 2571:22, 2572:1, 2572:24, 2572:25, 2573:10, 2573:25, 2574:7, 2575:5, 2576:10, 2576:20, 2577:17, 2579:7, 2581:24, 2582:21, 2587:4, 2588:9,

2589:8, 2591:16, 2592:24, 2593:2, 2593:11, 2593:18, 2594:16, 2594:18, 2594:23, 2595:18, 2596:25, 2597:21, 2601:13, 2606:20, 2607:18, 2608:6, 2608:10, 2609:4, 2609:12, 2611:5, 2618:5, 2619:16, 2620:14, 2621:12, 2622:3, 2623:13, 2625:4, 2627:8, 2627:17, 2628:20, 2629:1, 2630:10, 2630:17, 2631:6, 2633:12, 2634:6, 2634:19, 2635:24, 2636:12, 2638:5, 2639:24, 2641:18, 2643:3, 2645:15, 2648:4, 2650:4, 2650:9, 2651:17, 2652:14, 2654:1, 2657:4, 2657:11, 2657:14, 2657:16, 2659:9, 2660:21, 2661:1, 2662:24, 2663:7, 2664:10, 2666:10, 2667:1, 2667:16, 2668:1, 2674:11, 2674:20, 2675:23, 2676:22, 2678:19, 2679:24, 2681:16, 2681:24, 2682:15, 2683:12, 2684:4, 2684:25, 2685:15, 2686:6, 2688:24, 2689:1, 2689:19, 2691:22, 2693:10, 2693:17, 2694:7, 2694:22, 2695:22, 2697:17, 2697:18, 2697:19, 2699:9, 2701:24, 2703:18, 2704:5, 2704:16, 2705:4, 2705:16, 2705:24, 2707:21, 2708:2, 2708:11, 2708:19, 2709:1, 2712:14, 2713:2, 2713:9, 2713:25, 2717:14, 2718:24, 2719:8, 2719:23, 2719:25, 2720:17, 2727:8, 2727:12, 2728:23, 2729:25, 2731:21, 2732:3, 2733:19, 2733:23, 2736:10,

2736:14, 2737:1, 2739:19, 2742:19, 2743:18, 2745:8, 2751:15, 2753:7, 2754:9, 2754:13, 2756:11, 2756:13, 2758:17

**BYPASS** [5] - 2637:23, 2638:6, 2638:18, 2639:2, 2640:6

# C

**C1** [1] - 2749:23
**C2** [6] - 2749:13, 2749:20, 2749:25, 2751:1, 2751:5, 2751:18
**CA** [1] - 2543:5
**CAKE** [5] - 2571:5, 2571:12, 2572:12, 2572:23, 2620:22
**CALCULATE** [3] - 2562:22, 2562:25, 2563:3
**CALCULATED** [1] - 2597:9
**CALCULATES** [1] - 2734:12
**CALCULATING** [1] - 2728:19
**CALCULATIONS** [2] - 2729:1, 2749:2
**CALIBRATIONS** [1] - 2729:5
**CALIFORNIA** [1] - 2700:1
**CALL** [12] - 2623:15, 2626:7, 2635:21, 2658:13, 2663:7, 2663:22, 2669:4, 2671:5, 2704:12, 2718:12, 2724:12
**CALLAWAY** [1] - 2648:13
**CALLED** [19] - 2546:4, 2546:13, 2555:17, 2566:17, 2601:4, 2623:14, 2630:11, 2644:9, 2654:14, 2657:4, 2681:17, 2693:10, 2720:6, 2720:12, 2733:11, 2733:14, 2734:8, 2741:13, 2752:20
**CALLOWAY** [4] - 2634:10, 2634:11, 2636:20, 2637:8

**CALLOWAY'S** [1] - 2635:7
**CALLS** [2] - 2656:14, 2692:23
**CALVIN** [1] - 2542:15
**CAMBRIDGE** [1] - 2697:20
**CAME** [10] - 2568:8, 2569:14, 2571:4, 2604:3, 2686:8, 2701:7, 2725:4, 2736:2, 2736:6, 2751:6
**CAN** [124] - 2551:7, 2552:6, 2552:22, 2552:23, 2554:13, 2557:3, 2557:6, 2557:20, 2557:21, 2558:15, 2558:16, 2561:10, 2561:12, 2567:10, 2569:10, 2576:5, 2576:13, 2576:24, 2582:14, 2586:4, 2586:11, 2589:5, 2590:13, 2595:9, 2595:13, 2595:15, 2596:12, 2599:14, 2606:21, 2607:11, 2611:22, 2612:19, 2617:5, 2619:20, 2623:15, 2625:20, 2631:3, 2632:6, 2635:21, 2638:1, 2638:6, 2638:8, 2641:11, 2642:15, 2642:16, 2648:23, 2653:10, 2653:11, 2654:2, 2654:11, 2654:18, 2659:5, 2661:9, 2662:22, 2662:23, 2662:24, 2663:5, 2663:7, 2663:14, 2663:15, 2663:21, 2664:7, 2664:12, 2664:13, 2664:14, 2667:18, 2668:17, 2669:15, 2669:18, 2670:10, 2670:25, 2671:14, 2673:3, 2675:14, 2675:17, 2675:20, 2676:7, 2676:18, 2683:8, 2683:14, 2683:25, 2684:15, 2684:22, 2685:12, 2686:7, 2686:12, 2690:19, 2690:22, 2690:23, 2692:16, 2692:17, 2693:18, 2694:4,

2694:5, 2694:14, 2695:23, 2696:7, 2697:2, 2699:22, 2700:13, 2700:14, 2701:11, 2704:11, 2704:19, 2705:5, 2705:10, 2705:25, 2706:2, 2706:3, 2707:11, 2708:7, 2710:16, 2714:3, 2719:12, 2725:15, 2735:4, 2739:8, 2740:6, 2743:10, 2756:14
**CAN'T** [19] - 2553:11, 2558:12, 2586:12, 2596:2, 2596:19, 2597:23, 2607:12, 2622:16, 2637:3, 2637:7, 2683:22, 2686:2, 2689:24, 2691:23, 2704:19, 2712:17, 2724:2, 2732:15, 2740:12
**CANAL** [64] - 2541:4, 2559:24, 2587:25, 2588:14, 2601:25, 2650:19, 2654:6, 2654:7, 2654:9, 2654:11, 2654:20, 2655:1, 2655:2, 2658:18, 2658:19, 2659:13, 2670:1, 2670:4, 2670:12, 2676:12, 2678:1, 2679:8, 2679:25, 2686:23, 2705:7, 2712:25, 2723:23, 2732:5, 2732:16, 2733:9, 2733:12, 2734:15, 2734:16, 2734:17, 2734:18, 2734:23, 2735:22, 2736:3, 2736:6, 2736:11, 2736:12, 2737:4, 2737:17, 2737:25, 2738:3, 2738:6, 2738:7, 2741:6, 2741:7, 2742:1, 2742:3, 2742:4, 2742:5, 2744:24, 2745:5, 2745:12, 2747:13, 2747:18, 2748:17, 2748:24, 2749:6
**CANALS** [2] - 2719:15, 2735:3
**CANNOT** [5] - 2595:15, 2609:20, 2635:6, 2638:8,

2740:24
**CAP** [4] - 2630:10, 2630:11, 2639:16, 2672:21
**CAPABILITIES** [1] - 2708:25
**CAPPED** [1] - 2639:24
**CAPS** [1] - 2585:7
**CAPTION** [1] - 2702:11
**CAPTURE** [1] - 2628:2
**CAREER** [2] - 2696:18, 2698:21
**CAREFUL** [4] - 2563:17, 2596:21, 2616:15, 2692:14
**CARL** [17] - 2550:2, 2551:12, 2551:21, 2567:9, 2578:2, 2586:4, 2592:19, 2592:20, 2603:7, 2607:10, 2608:7, 2617:7, 2623:6, 2628:23, 2631:2, 2634:3, 2635:21
**CARLA** [1] - 2541:23
**CARONDELET** [1] - 2543:14
**CARRY** [2] - 2551:20, 2701:16
**CARRYING** [1] - 2700:25
**CARTER** [1] - 2682:8
**CASE** [20] - 2546:20, 2599:6, 2605:2, 2610:9, 2610:10, 2660:21, 2662:10, 2699:4, 2710:4, 2715:13, 2719:13, 2733:9, 2738:2, 2747:8, 2747:12, 2752:20, 2760:21, 2760:23, 2761:11
**CASES** [3] - 2719:4, 2726:21, 2736:5
**CASEY** [4] - 2608:12, 2608:14, 2608:17, 2609:1
**CASEY'S** [2] - 2608:13, 2608:15
**CATASTROPHIC** [2] - 2750:11, 2752:9
**CATCH** [4] - 2602:7, 2691:12, 2691:13, 2691:14
**CATEGORIES** [1] - 2611:7
**CATHY** [1] - 2544:11
**CAUGHT** [1] - 2652:11
**CAUSE** [2] - 2573:7,

2583:22
**CAUSES** [7] - 2752:20, 2756:20, 2760:3, 2760:21, 2761:1, 2761:17, 2762:19
**CAUSEWAY** [4] - 2752:25, 2753:25, 2760:19
**CAUSING** [1] - 2758:24
**CAVING** [1] - 2587:14
**CCR** [1] - 2544:11
**CENTER** [8] - 2596:8, 2639:23, 2657:25, 2658:3, 2677:11, 2683:19, 2697:10
**CENTIMETERS** [1] - 2578:6
**CENTRAL** [5] - 2718:21, 2720:23, 2721:15, 2730:12, 2733:19
**CERTAIN** [12] - 2547:20, 2555:20, 2566:11, 2570:20, 2571:8, 2577:6, 2585:15, 2593:14, 2602:18, 2618:15, 2682:18, 2732:10
**CERTAINLY** [11] - 2552:4, 2565:2, 2568:23, 2576:4, 2576:6, 2597:25, 2620:4, 2648:22, 2655:12, 2707:15, 2750:25
**CERTIFICATION** [2] - 2698:10, 2698:12
**CERTIFIED** [1] - 2544:11
**CERTIFY** [1] - 2698:13
**CHAIN** [1] - 2584:24
**CHAIN-LINK** [1] - 2584:24
**CHAINMAN** [1] - 2657:21
**CHAINS** [2] - 2666:5, 2666:6
**CHAIR** [1] - 2700:21
**CHAIRED** [3] - 2699:25, 2700:4, 2700:8
**CHALMETTE** [7] - 2726:8, 2726:9, 2726:23, 2727:4, 2727:5, 2727:21, 2730:19
**CHANGE** [4] - 2596:17, 2720:18,

2751:16, 2752:17

**CHANGED** [7] - 2564:20, 2665:21, 2684:18, 2684:21, 2685:5, 2728:13

**CHANGES** [2] - 2671:22, 2755:6

**CHANGING** [2] - 2561:20, 2729:7

**CHANNEL** [14] - 2637:23, 2638:6, 2638:18, 2639:2, 2640:6, 2686:8, 2727:23, 2729:9, 2738:12, 2742:1, 2742:14, 2742:19, 2742:23, 2743:21

**CHANNELS** [2] - 2645:24, 2651:19

**CHARACTER** [1] - 2550:21

**CHARACTERISTICS** [1] - 2576:18

**CHARACTERIZE** [3] - 2549:13, 2578:9, 2602:2

**CHARACTERIZED** [1] - 2624:10

**CHART** [6] - 2619:22, 2635:25, 2637:13, 2662:16, 2662:23, 2663:4

**CHECK** [5] - 2547:23, 2671:24, 2682:6, 2707:25, 2729:9

**CHECKED** [2] - 2671:16, 2671:21

**CHECKING** [1] - 2662:2

**CHECKS** [1] - 2627:11

**CHIEF** [5] - 2656:6, 2657:22, 2658:7, 2658:14, 2675:5

**CHOSE** [3] - 2726:15, 2726:24, 2750:12

**CHRISTOPHER** [3] - 2543:18, 2543:18, 2692:21

**CINDY** [1] - 2665:9

**CIRCLE** [1] - 2671:4

**CIRCLES** [1] - 2643:10

**CIRCULAR** [3] - 2741:19, 2741:21, 2742:11

**CITATION** [1] - 2606:13

**CITED** [1] - 2708:19

**CITY** [2] - 2542:9, 2745:16

**CIVIL** [13] - 2541:6, 2544:6, 2693:20, 2693:23, 2695:2, 2695:7, 2695:24, 2697:15, 2698:15, 2698:19, 2700:13, 2701:21, 2717:2

**CLAIBORNE** [7] - 2638:14, 2660:3, 2667:17, 2668:16, 2669:6, 2669:11, 2669:18

**CLARIFICATION** [2] - 2594:24, 2621:22

**CLARIFY** [3] - 2578:15, 2594:14, 2653:23

**CLARIFYING** [1] - 2653:24

**CLASSIFICATION** [2] - 2549:20, 2648:18

**CLASSIFICATIONS** [1] - 2549:17

**CLAUDE** [5] - 2661:23, 2661:25, 2690:23, 2731:16, 2753:24

**CLAY** [59] - 2546:25, 2547:2, 2547:3, 2547:5, 2547:8, 2547:11, 2547:12, 2548:14, 2548:15, 2549:2, 2549:5, 2549:14, 2549:15, 2549:23, 2550:16, 2550:23, 2551:16, 2551:20, 2551:25, 2552:1, 2552:2, 2552:4, 2555:22, 2577:3, 2587:19, 2589:23, 2589:24, 2590:3, 2591:24, 2591:25, 2592:1, 2611:25, 2612:1, 2612:10, 2613:1, 2639:16, 2639:25, 2642:12, 2643:14, 2643:21, 2644:4, 2644:6, 2644:12, 2647:10, 2647:17, 2651:24, 2652:18, 2652:23, 2654:8, 2654:10, 2654:13, 2654:17, 2654:19, 2655:5

**CLAYEY** [4] - 2553:22, 2647:17, 2648:6, 2652:16

**CLAYMAN** [10] - 2543:17, 2559:7,

2571:13, 2571:16, 2607:11, 2622:21, 2623:18, 2632:1, 2649:2, 2655:17

**CLAYS** [10] - 2559:12, 2559:13, 2559:16, 2559:20, 2574:17, 2578:7, 2578:12, 2578:25, 2590:6, 2648:6

**CLEAN** [1] - 2647:9

**CLEAR** [14] - 2552:17, 2557:20, 2650:21, 2651:1, 2654:20, 2663:11, 2670:19, 2686:25, 2695:7, 2707:7, 2710:6, 2711:7, 2716:17, 2732:22

**CLEARANCE** [1] - 2654:24

**CLEARLY** [4] - 2582:9, 2667:11, 2748:19, 2755:7

**CLEARS** [1] - 2652:12

**CLERK** [19] - 2546:7, 2546:14, 2554:21, 2555:6, 2555:9, 2557:18, 2558:14, 2591:7, 2601:7, 2628:16, 2656:11, 2656:23, 2657:5, 2657:6, 2659:7, 2693:4, 2693:11, 2693:12, 2739:15

**CLOCK** [2] - 2728:3, 2749:19

**CLOCKS** [1] - 2749:13

**CLOSE** [23] - 2547:13, 2561:7, 2575:15, 2585:8, 2598:9, 2602:6, 2602:8, 2605:24, 2638:24, 2638:25, 2640:18, 2664:8, 2671:8, 2675:1, 2677:1, 2677:7, 2691:1, 2725:12, 2732:13, 2745:17, 2747:7, 2749:23, 2753:9

**CLOSED** [4] - 2649:15, 2688:6, 2688:8, 2743:13

**CLOSER** [14] - 2590:8, 2590:15, 2590:20, 2590:23, 2596:10, 2598:1, 2598:6, 2608:18, 2608:23, 2679:11, 2712:21, 2730:9

**CLOSEST** [4] - 2584:23, 2640:22, 2641:4, 2759:5

**COAST** [1] - 2700:3

**COASTAL** [39] - 2693:24, 2695:1, 2695:2, 2695:8, 2695:12, 2695:13, 2695:24, 2696:3, 2696:4, 2696:16, 2696:17, 2696:20, 2697:10, 2697:12, 2697:15, 2697:18, 2697:23, 2697:25, 2698:4, 2698:10, 2698:14, 2698:16, 2700:6, 2700:9, 2700:21, 2700:23, 2701:10, 2701:13, 2701:21, 2706:9, 2707:5, 2707:23, 2714:11, 2714:15, 2715:1, 2715:11, 2717:2

**COASTLINE** [2] - 2718:18, 2722:11

**COASTLINES** [1] - 2737:10

**COATS** [4] - 2753:7, 2754:2, 2754:9, 2760:2

**CODE** [1] - 2719:24

**COEFFICIENTS** [1] - 2744:9

**COFFERDAM** [2] - 2572:8, 2598:15

**COFFERDAMS** [2] - 2572:6, 2620:22

**COGNIZANT** [8] - 2560:21, 2561:3, 2561:24, 2568:9, 2571:14, 2572:9, 2572:15, 2575:17

**COLD** [3] - 2681:17, 2681:20, 2689:18

**COLLAPSING** [1] - 2750:21

**COLLECTED** [1] - 2620:14

**COLLIDE** [1] - 2755:22

**COLOR** [1] - 2724:1

**COLORS** [3] - 2724:16, 2730:10, 2730:21

**COLUMN** [4] - 2566:5, 2582:9, 2636:7, 2664:1

**COLUMNS** [2] - 2619:23, 2629:4

**CLOSEST** [4] - 2584:23, 2640:22, 2641:4, 2759:5

**COAST** [1] - 2700:3

**COMBINATION** [2] - 2548:17, 2715:12

**COME** [17] - 2600:3, 2626:11, 2638:12, 2638:13, 2642:2, 2653:5, 2663:6, 2678:2, 2715:7, 2733:21, 2738:5, 2738:12, 2742:21, 2743:21, 2747:24, 2755:13, 2755:21

**COMES** [9] - 2676:6, 2715:7, 2715:11, 2730:7, 2731:2, 2731:3, 2731:10, 2748:13, 2756:12

**COMFORTABLE** [1] - 2577:9

**COMING** [22] - 2624:5, 2625:7, 2625:8, 2654:19, 2665:7, 2672:23, 2676:8, 2677:6, 2677:16, 2728:22, 2729:12, 2735:14, 2737:12, 2740:24, 2742:17, 2742:18, 2743:21, 2744:17, 2753:2, 2755:10, 2755:15

**COMMENCED** [1] - 2565:12

**COMMENTING** [1] - 2630:5

**COMMENTS** [1] - 2666:10

**COMMERCIAL** [1] - 2719:24

**COMMITTEE** [5] - 2699:25, 2700:4, 2700:8, 2700:10

**COMMITTEES** [8] - 2699:11, 2699:14, 2699:18, 2699:22, 2699:23, 2701:1, 2701:2, 2701:3

**COMMON** [2] - 2612:16, 2613:3

**COMMUNITY** [1] - 2696:24

**COMPACT** [5] - 2613:13, 2615:24, 2616:2, 2616:23, 2644:6

**COMPACTED** [19] - 2589:20, 2604:8, 2604:12, 2611:8, 2611:16, 2611:18, 2611:20, 2611:21, 2611:22, 2611:23, 2611:25, 2612:1,

2612:10, 2612:22, 2613:1, 2613:7, 2613:23, 2616:25

**COMPACTING** [2] - 2587:16, 2615:8

**COMPACTION** [17] - 2573:15, 2573:17, 2603:8, 2603:10, 2603:25, 2611:7, 2612:15, 2613:6, 2615:5, 2615:21, 2616:9, 2616:11, 2616:15, 2616:18, 2616:19, 2616:24, 2643:11

**COMPANIES** [1] - 2690:3

**COMPANY** [2] - 2719:23, 2720:1

**COMPARE** [2] - 2614:17, 2677:24

**COMPARED** [4] - 2727:10, 2735:8, 2735:9, 2735:10

**COMPARING** [3] - 2614:6, 2664:15, 2720:20

**COMPLAIN** [1] - 2716:13

**COMPLETE** [1] - 2625:25

**COMPLETED** [6] - 2603:18, 2677:25, 2679:13, 2679:17, 2679:21, 2701:18

**COMPLETELY** [1] - 2558:1

**COMPLETING** [1] - 2617:13

**COMPLETION** [3] - 2633:18, 2633:23, 2634:22

**COMPLICATED** [1] - 2724:16

**COMPONENT** [1] - 2587:23

**COMPONENTS** [1] - 2588:5

**COMPOSED** [1] - 2651:23

**COMPOSITION** [4] - 2546:22, 2547:4, 2549:5, 2552:4

**COMPOUNDS** [1] - 2734:12

**COMPREHENSIVE** [2] - 2627:13, 2649:18

**COMPUTATION** [1] - 2723:7

**COMPUTATIONAL** [1]

- 2722:20

**COMPUTED** [1] - 2731:3

**COMPUTER** [5] - 2544:15, 2557:18, 2594:6, 2698:3, 2698:5

**COMPUTERS** [1] - 2725:24

**COMPUTING** [1] - 2735:14

**CONCEPT** [2] - 2561:5, 2569:3

**CONCEPTION** [1] - 2612:25

**CONCERN** [3] - 2637:22, 2639:9, 2640:1

**CONCERNED** [3] - 2560:25, 2574:13, 2577:14

**CONCERNS** [6] - 2561:2, 2575:5, 2577:20, 2637:17, 2650:21, 2651:12

**CONCLUDE** [4] - 2576:25, 2705:10, 2706:3, 2710:16

**CONCLUSION** [5] - 2550:17, 2574:23, 2705:7, 2705:11, 2706:4

**CONCLUSIONS** [8] - 2581:19, 2702:5, 2702:14, 2702:15, 2708:16, 2708:17, 2734:24

**CONCRETE** [5] - 2602:19, 2622:5, 2622:13, 2623:25, 2672:21

**CONDITION** [2] - 2581:17, 2691:18

**CONDITIONS** [1] - 2734:15

**CONDUCT** [1] - 2709:14

**CONDUCTIVITIES** [1] - 2578:20

**CONDUCTIVITY** [7] - 2579:4, 2579:10, 2580:5, 2580:19, 2582:8, 2582:10, 2582:13

**CONFERENCE** [1] - 2700:24

**CONFESS** [2] - 2621:14, 2629:21

**CONFIDENCE** [3] - 2751:16, 2751:20,

2751:23

**CONFIRM** [10] - 2548:15, 2548:25, 2549:10, 2578:25, 2609:25, 2621:8, 2635:6, 2637:3, 2637:7, 2641:24

**CONFIRMS** [1] - 2631:14

**CONFUSING** [1] - 2656:2

**CONFUSION** [1] - 2557:21

**CONNECTED** [1] - 2737:1

**CONNECTING** [2] - 2645:24, 2651:19

**CONNECTION** [11] - 2561:18, 2561:22, 2563:22, 2573:5, 2588:11, 2588:15, 2621:1, 2644:16, 2685:21, 2695:3, 2710:17

**CONOR** [1] - 2544:5

**CONSEQUENCES** [1] - 2725:5

**CONSIDER** [6] - 2579:7, 2579:12, 2579:13, 2699:3, 2700:23, 2744:12

**CONSIDERATION** [1] - 2577:20

**CONSIDERATIONS** [2] - 2568:4, 2583:24

**CONSIDERED** [1] - 2595:6

**CONSIST** [1] - 2672:5

**CONSISTENT** [8] - 2572:2, 2578:12, 2609:18, 2617:20, 2633:22, 2634:21, 2706:10, 2707:4

**CONSOLIDATED** [1] - 2541:4

**CONSTANT** [1] - 2660:15

**CONSTANTLY** [1] - 2556:16

**CONSTITUTING** [1] - 2550:20

**CONSTRICTION** [1] - 2741:9

**CONSTRUCT** [1] - 2717:20

**CONSTRUCTED** [1] - 2652:2

**CONSTRUCTION** [4] - 2560:22, 2564:20, 2576:17, 2644:10

**CONSTRUCTIONS** [1] - 2685:7

**CONSULTING** [3] - 2696:6, 2719:22, 2720:1

**CONTACT** [1] - 2610:7

**CONTAINED** [6] - 2673:15, 2710:25, 2712:3, 2714:7, 2714:9, 2714:23

**CONTAMINATED** [1] - 2625:21

**CONTAMINATION** [3] - 2565:6, 2565:21, 2630:13

**CONTEMPLATING** [1] - 2573:16

**CONTENT** [11] - 2614:9, 2614:10, 2642:11, 2642:12, 2643:8, 2643:14, 2643:16, 2643:17, 2643:20, 2643:25, 2644:2

**CONTENTION** [3] - 2621:24, 2622:6, 2635:4

**CONTEXT** [6] - 2567:8, 2571:4, 2621:18, 2627:22, 2637:20, 2643:10

**CONTINUE** [3] - 2632:10, 2667:8, 2667:14

**CONTINUED** [4] - 2542:1, 2543:1, 2544:1, 2630:13

**CONTINUES** [2] - 2551:10, 2551:25

**CONTINUING** [3] - 2553:15, 2589:5, 2715:19

**CONTRACT** [3] - 2569:3, 2579:2, 2699:20

**CONTRACTED** [1] - 2699:9

**CONTRACTOR** [9] - 2584:4, 2590:14, 2615:16, 2616:22, 2626:24, 2627:3, 2627:10, 2627:12, 2627:24

**CONTRACTOR'S** [3] - 2607:7, 2627:13, 2627:14

**CONTRACTORS** [1] - 2644:21

**CONTRACTS** [1] - 2583:25

**CONSTRUCTIONS** [1] - 2685:7

**CONTRADICTING** [1] - 2649:19

**CONTROL** [48] - 2560:21, 2560:22, 2561:6, 2561:18, 2561:22, 2561:24, 2562:1, 2562:5, 2562:22, 2563:1, 2563:4, 2575:17, 2583:19, 2588:2, 2588:5, 2588:13, 2592:3, 2592:8, 2593:1, 2593:7, 2593:11, 2593:17, 2593:21, 2593:23, 2594:2, 2594:9, 2594:10, 2594:12, 2594:17, 2594:22, 2595:11, 2595:20, 2596:15, 2597:7, 2597:9, 2597:20, 2597:22, 2607:8, 2616:21, 2617:8, 2626:14, 2627:3, 2627:4, 2630:25, 2650:9, 2650:22

**CONVERGED** [1] - 2605:9

**CONVERSE** [1] - 2623:2

**CONVERT** [1] - 2662:14

**CONVERTED** [1] - 2678:14

**CONVERTING** [1] - 2662:16

**CONVEYED** [3] - 2632:22, 2632:23, 2646:4

**COORDINATE** [1] - 2599:3

**COORDINATES** [4] - 2636:18, 2636:22, 2636:25, 2637:5

**COORDINATOR** [2] - 2658:3, 2658:7

**COORDINATORS** [1] - 2627:4

**COPIED** [1] - 2660:1

**COPIES** [7] - 2556:9, 2556:11, 2556:12, 2556:14, 2656:16, 2656:22, 2659:6

**COPY** [7] - 2558:6, 2558:8, 2607:11, 2607:14, 2659:4, 2702:1, 2704:17

**CORE** [2] - 2639:15, 2639:16

**CORNER** [9] -

2552:22, 2553:12,
2626:8, 2669:15,
2669:21, 2678:7,
2678:12, 2685:19

**CORPORATION** [1] -
2568:18

**CORPS** [52] - 2560:9,
2560:11, 2564:5,
2564:14, 2565:20,
2566:23, 2566:24,
2567:20, 2567:23,
2568:11, 2568:20,
2569:5, 2569:16,
2569:18, 2569:21,
2570:1, 2570:5,
2573:10, 2573:11,
2573:17, 2583:25,
2584:6, 2584:9,
2585:11, 2595:10,
2611:6, 2612:6,
2612:9, 2613:3,
2629:14, 2630:5,
2633:13, 2651:17,
2675:8, 2700:5,
2700:10, 2708:18,
2709:1, 2709:2,
2726:8, 2727:8,
2728:4, 2733:17,
2734:1, 2738:15,
2744:8, 2746:19,
2747:25, 2748:4,
2748:5, 2748:6,
2749:12

**CORPS'** [2] - 2574:22,
2594:18

**CORRECT** [212] -
2546:23, 2546:24,
2547:2, 2548:9,
2549:2, 2549:6,
2549:16, 2550:7,
2550:24, 2551:2,
2551:6, 2551:17,
2552:5, 2552:13,
2552:21, 2553:10,
2553:15, 2553:16,
2553:25, 2554:3,
2554:12, 2554:15,
2554:20, 2555:15,
2559:3, 2559:5,
2559:9, 2559:25,
2560:3, 2560:9,
2560:16, 2560:17,
2561:6, 2562:9,
2562:12, 2562:14,
2562:16, 2562:18,
2562:21, 2562:24,
2563:1, 2563:2,
2563:5, 2563:13,
2564:7, 2565:8,
2565:13, 2565:25,
2566:8, 2566:12,

2566:17, 2569:3,
2569:12, 2569:19,
2569:20, 2569:23,
2571:10, 2571:12,
2571:20, 2571:21,
2573:1, 2573:4,
2573:9, 2573:17,
2573:18, 2574:10,
2574:11, 2574:17,
2577:10, 2577:25,
2578:10, 2578:17,
2578:18, 2580:6,
2580:16, 2581:1,
2585:6, 2585:13,
2585:20, 2585:21,
2588:11, 2588:16,
2588:24, 2588:25,
2590:1, 2591:13,
2591:19, 2591:20,
2591:23, 2593:4,
2593:6, 2593:10,
2593:23, 2594:5,
2594:19, 2595:20,
2595:21, 2595:23,
2596:2, 2596:12,
2596:18, 2597:14,
2597:17, 2597:18,
2602:20, 2603:2,
2603:3, 2603:5,
2604:3, 2604:10,
2606:13, 2606:22,
2607:6, 2607:7,
2608:21, 2608:22,
2608:24, 2609:6,
2610:3, 2610:4,
2611:9, 2611:12,
2612:4, 2613:15,
2615:7, 2615:19,
2617:9, 2617:10,
2617:12, 2617:15,
2617:18, 2617:19,
2617:22, 2617:24,
2618:6, 2618:8,
2618:9, 2619:2,
2619:6, 2619:10,
2620:6, 2620:23,
2620:24, 2624:17,
2624:24, 2625:1,
2626:10, 2626:14,
2629:5, 2629:6,
2629:19, 2630:6,
2630:7, 2631:20,
2632:9, 2632:12,
2632:20, 2636:1,
2636:2, 2636:5,
2636:16, 2636:20,
2636:23, 2639:4,
2639:11, 2639:17,
2640:7, 2640:8,
2642:9, 2644:14,
2646:8, 2646:9,

2646:11, 2647:3,
2648:12, 2648:17,
2649:4, 2649:7,
2650:24, 2651:2,
2651:3, 2651:14,
2653:3, 2662:4,
2668:2, 2668:23,
2668:24, 2673:10,
2674:1, 2678:16,
2687:1, 2687:5,
2689:22, 2691:4,
2695:5, 2695:6,
2702:12, 2702:17,
2702:21, 2702:22,
2702:24, 2705:9,
2707:24, 2710:19,
2715:4, 2717:7,
2723:11, 2725:18,
2730:1, 2731:8,
2754:19

**CORRECTED** [2] -
2652:11, 2728:9

**CORRECTING** [2] -
2729:6, 2729:7

**CORRECTION** [3] -
2639:22, 2644:19,
2653:14

**CORRECTIONS** [2] -
2672:2, 2672:3

**CORRECTLY** [4] -
2551:18, 2632:24,
2663:24, 2727:25

**CORRELATION** [1] -
2728:15

**CORRESPOND** [1] -
2729:8

**CORRESPONDENC
E** [1] - 2724:19

**CORRESPONDENC
ES** [1] - 2725:8

**CORRESPONDING**
[1] - 2726:16

**CORRESPONDINGL
Y** [1] - 2723:25

**CORRESPONDS** [1] -
2746:18

**COUGET** [3] - 2727:7,
2727:23, 2728:8

**COUL** [3] - 2709:16,
2734:20, 2735:1

**COULD** [86] - 2547:18,
2549:24, 2550:2,
2550:9, 2550:10,
2551:12, 2552:12,
2555:25, 2556:7,
2558:6, 2568:13,
2570:25, 2573:19,
2574:8, 2578:2,
2579:24, 2583:16,
2584:17, 2585:22,

2589:15, 2591:5,
2592:11, 2592:20,
2602:12, 2602:21,
2605:16, 2605:18,
2605:25, 2606:15,
2606:24, 2607:10,
2608:7, 2609:10,
2609:15, 2614:14,
2614:16, 2614:17,
2617:6, 2618:14,
2620:3, 2621:8,
2621:9, 2622:11,
2623:6, 2623:9,
2628:23, 2629:3,
2629:12, 2629:18,
2630:4, 2634:3,
2635:16, 2637:2,
2637:9, 2639:1,
2643:5, 2644:12,
2646:12, 2646:13,
2646:14, 2654:22,
2659:10, 2674:24,
2675:5, 2677:11,
2680:17, 2682:19,
2684:13, 2687:9,
2687:15, 2691:11,
2704:13, 2721:15,
2721:17, 2721:20,
2735:13, 2742:17,
2742:21, 2753:15,
2753:16, 2754:6,
2754:12, 2756:10

**COULDN'T** [4] -
2549:22, 2621:7,
2621:9, 2673:1

**COUNCIL** [5] - 2699:8,
2699:14, 2699:15,
2699:21, 2700:22

**COUNSEL** [13] -
2556:25, 2571:3,
2577:4, 2578:4,
2591:1, 2601:9,
2623:3, 2627:15,
2628:13, 2647:18,
2671:13, 2738:18,
2739:17

**COUNTRY** [2] -
2699:6, 2699:18

**COUPLE** [16] - 2622:3,
2631:8, 2651:7,
2664:18, 2671:22,
2672:2, 2672:3,
2678:7, 2680:8,
2682:5, 2697:8,
2698:20, 2700:7,
2720:19, 2729:13,
2739:3

**COURSE** [10] -
2547:17, 2578:23,
2580:12, 2604:25,

2605:1, 2606:9,
2620:15, 2675:12,
2692:15, 2732:11

**COURSES** [1] -
2696:3

**COURT** [247] - 2541:1,
2544:11, 2546:4,
2547:20, 2547:25,
2548:2, 2551:7,
2552:14, 2552:16,
2553:5, 2554:15,
2554:22, 2555:5,
2555:9, 2555:11,
2556:17, 2557:11,
2557:14, 2557:16,
2557:25, 2558:11,
2558:18, 2558:22,
2558:23, 2561:12,
2566:18, 2566:20,
2567:22, 2568:20,
2570:3, 2570:11,
2570:14, 2571:15,
2571:18, 2572:4,
2574:4, 2576:3,
2577:11, 2581:6,
2581:9, 2581:12,
2581:21, 2582:18,
2585:5, 2586:11,
2586:13, 2586:16,
2586:18, 2586:22,
2586:24, 2587:2,
2588:6, 2591:12,
2591:14, 2592:18,
2595:8, 2595:13,
2598:23, 2599:7,
2599:10, 2599:18,
2600:2, 2600:4,
2601:4, 2601:7,
2601:9, 2606:14,
2606:17, 2607:15,
2608:4, 2610:23,
2610:25, 2611:3,
2618:2, 2619:10,
2619:13, 2621:8,
2621:10, 2623:5,
2623:11, 2624:14,
2624:18, 2624:25,
2625:2, 2626:22,
2627:14, 2635:17,
2635:19, 2637:4,
2641:13, 2642:18,
2642:25, 2645:2,
2645:5, 2645:11,
2647:18, 2647:23,
2648:2, 2649:17,
2649:22, 2649:24,
2652:5, 2652:12,
2653:17, 2653:24,
2655:1, 2655:3,
2655:6, 2655:9,
2655:12, 2655:16,

2655:19, 2655:22, 2656:4, 2656:8, 2656:10, 2656:12, 2656:15, 2656:21, 2659:3, 2664:8, 2665:14, 2665:22, 2666:1, 2666:11, 2666:13, 2666:21, 2666:24, 2667:4, 2667:10, 2667:22, 2668:8, 2668:9, 2671:13, 2673:3, 2674:4, 2674:9, 2674:18, 2675:3, 2675:10, 2675:12, 2675:20, 2678:13, 2678:17, 2679:19, 2681:7, 2681:10, 2681:25, 2682:3, 2682:6, 2682:10, 2683:8, 2684:1, 2684:19, 2684:22, 2685:12, 2688:17, 2688:21, 2689:15, 2689:17, 2692:10, 2692:12, 2692:14, 2692:20, 2693:2, 2693:18, 2694:13, 2695:20, 2695:23, 2696:7, 2700:14, 2701:11, 2701:22, 2703:6, 2703:9, 2703:18, 2703:23, 2704:22, 2704:24, 2705:14, 2705:18, 2706:20, 2706:25, 2707:11, 2707:13, 2707:19, 2707:25, 2708:5, 2711:5, 2711:10, 2712:1, 2712:9, 2712:17, 2712:20, 2713:7, 2713:19, 2715:21, 2716:4, 2716:6, 2716:8, 2716:10, 2716:14, 2716:18, 2716:24, 2717:4, 2717:10, 2725:14, 2725:16, 2729:15, 2729:22, 2738:18, 2739:2, 2739:8, 2739:12, 2739:15, 2739:17, 2740:3, 2740:14, 2740:18, 2741:24, 2747:24, 2748:3, 2748:7, 2748:9, 2750:17, 2750:22, 2750:25, 2751:13, 2752:8, 2752:13, 2754:8, 2754:12, 2754:19,

2754:21, 2756:1, 2756:8, 2756:10, 2756:12, 2756:18, 2758:14, 2759:16, 2759:19, 2759:22
**COVERED** [4] - 2586:1, 2613:15, 2616:12, 2651:17
**COVERING** [1] - 2731:11
**CQC** [4] - 2622:24, 2623:20, 2627:3, 2628:3
**CRANE** [2] - 2625:15, 2625:24
**CREATE** [2] - 2619:4, 2622:2
**CREATED** [4] - 2607:19, 2607:25, 2608:2, 2660:19
**CREATES** [1] - 2734:4
**CREDENTIALS** [2] - 2711:22, 2712:1
**CREST** [1] - 2671:4
**CREW** [1] - 2657:21
**CREWS** [1] - 2670:13
**CRITICAL** [2] - 2605:2, 2720:14
**CRONIN** [1] - 2543:19
**CROSS** [18] - 2545:6, 2545:11, 2546:15, 2556:21, 2557:1, 2557:7, 2576:5, 2581:4, 2647:14, 2647:25, 2650:17, 2650:20, 2682:14, 2704:2, 2706:14, 2729:14, 2743:7, 2750:6
**CROSS-EXAMINATION** [9] - 2545:6, 2545:11, 2546:15, 2557:1, 2576:5, 2647:14, 2647:25, 2682:14, 2704:2
**CROSS-EXAMINATIONS** [1] - 2556:21
**CROSS-EXAMINING** [1] - 2581:4
**CROSS-SECTION** [4] - 2650:17, 2650:20, 2743:7, 2750:6
**CROSSES** [2] - 2683:20
**CROSSING** [3] - 2625:15, 2625:19, 2718:18
**CRR** [1] - 2544:11

**CRUSHED** [1] - 2625:15
**CUBIC** [1] - 2590:1
**CULVERTS** [1] - 2647:6
**CURBS** [2] - 2614:9, 2614:11
**CURIOUS** [1] - 2713:14
**CURRENT** [1] - 2693:19
**CURRENTLY** [4] - 2639:18, 2700:9, 2700:18, 2700:21
**CURRICULUM** [1] - 2694:9
**CURTAINS** [1] - 2647:7
**CURVE** [2] - 2745:24, 2755:1
**CURVED** [1] - 2742:7
**CURVES** [1] - 2714:11
**CUT** [12] - 2585:7, 2587:9, 2590:15, 2590:20, 2590:23, 2592:16, 2596:14, 2622:14, 2638:18, 2640:7, 2652:4, 2654:17
**CUTTING** [1] - 2669:5
**CV** [1] - 2712:4
**CYCLE** [1] - 2625:20

# D

**D-A-L-R-Y-M-P-L-E** [1] - 2693:15
**D.C** [1] - 2544:8
**DAILY** [7] - 2606:25, 2607:3, 2607:5, 2607:20, 2619:22, 2619:23, 2733:19
**DALLAS** [1] - 2541:25
**DALRYMPLE** [26] - 2656:2, 2692:23, 2693:9, 2693:14, 2693:18, 2694:8, 2694:23, 2695:23, 2698:6, 2701:20, 2701:25, 2703:11, 2703:16, 2704:6, 2704:17, 2705:13, 2706:3, 2717:1, 2717:10, 2717:15, 2723:14, 2732:18, 2738:20, 2739:10, 2739:20, 2740:3
**DALRYMPLE'S** [2] - 2694:11, 2703:13

**DALRYMPLE............ ....................** [1] - 2545:12
**DAMAGE** [9] - 2560:15, 2570:20, 2571:8, 2573:7, 2701:5, 2750:13, 2750:14, 2750:15, 2752:9
**DAMAGING** [2] - 2569:22, 2570:10
**DARK** [1] - 2736:9
**DATA** [23] - 2579:7, 2579:8, 2579:9, 2579:11, 2594:7, 2634:23, 2662:17, 2666:9, 2678:13, 2704:14, 2720:21, 2726:11, 2728:7, 2728:16, 2729:8, 2731:11, 2731:23, 2732:12, 2735:8, 2735:10, 2749:13, 2749:15, 2749:19
**DATE** [8] - 2618:15, 2626:7, 2630:1, 2641:10, 2641:12, 2641:14, 2641:16, 2641:19
**DATED** [2] - 2659:13, 2670:12
**DATUM** [7] - 2662:7, 2662:9, 2662:11, 2662:15, 2677:4, 2677:14
**DAUBERT** [1] - 2711:12
**DAVD88** [1] - 2662:11
**DAVIS** [1] - 2697:7
**DAY** [19] - 2541:11, 2543:16, 2549:1, 2616:12, 2618:13, 2618:14, 2618:18, 2618:21, 2627:5, 2628:3, 2638:16, 2641:9, 2641:12, 2641:25, 2642:4, 2642:8, 2647:13, 2723:9
**DAY'S** [1] - 2618:16
**DAYS** [5] - 2622:3, 2622:4, 2626:13, 2654:23, 2722:11
**DC** [1] - 2543:20
**DEAD** [1] - 2650:25
**DEAL** [1] - 2652:15
**DEALS** [2] - 2587:21, 2746:19
**DEAN** [1] - 2697:8
**DEAN'S** [1] - 2697:9

**DEBRA** [1] - 2543:17
**DECIDED** [1] - 2726:13
**DECIMAL** [1] - 2582:2
**DECISION** [1] - 2585:11
**DECK** [1] - 2686:22
**DECLARED** [1] - 2560:11
**DECLINE** [1] - 2660:16
**DECLINED** [1] - 2665:12
**DECONTAMINATION** [1] - 2641:1
**DECREASE** [1] - 2755:17
**DEEP** [17] - 2565:21, 2569:18, 2570:9, 2598:12, 2598:18, 2598:20, 2603:19, 2603:22, 2604:1, 2606:1, 2606:6, 2608:25, 2619:3, 2628:7, 2630:16, 2631:10, 2631:12
**DEEPER** [18] - 2565:13, 2565:14, 2565:15, 2565:17, 2587:8, 2596:2, 2598:7, 2603:15, 2605:10, 2605:13, 2609:2, 2609:4, 2609:5, 2630:14, 2630:15
**DEFENDANT** [1] - 2571:3
**DEFENSE** [2] - 2591:1, 2623:2
**DEFERRED** [2] - 2716:4, 2716:19
**DEFINE** [2] - 2681:10, 2714:18
**DEFINITELY** [2] - 2637:12, 2675:10
**DEFINITION** [4] - 2612:10, 2612:17, 2613:3, 2613:25
**DEFINITIONS** [2] - 2611:20, 2612:21
**DEFINITIVELY** [1] - 2638:8
**DEFRACTION** [12] - 2709:25, 2710:1, 2710:3, 2710:7, 2710:8, 2715:23, 2738:11, 2738:16, 2741:13, 2742:23, 2743:24, 2743:25
**DEGRAVELLES** [1] -

2542:3

**DEGREES** [1] - 2742:17

**DELAWARE** [2] - 2697:4, 2698:8

**DELAY** [1] - 2599:19

**DELIVER** [1] - 2580:13

**DEMARCATION** [1] - 2561:17

**DEMOLITION** [1] - 2602:19

**DEMONSTRATE** [1] - 2714:20

**DEMONSTRATING** [1] - 2581:19

**DEMONSTRATIVE** [22] - 2638:1, 2641:23, 2649:2, 2660:19, 2660:21, 2662:4, 2664:6, 2668:23, 2670:18, 2670:22, 2671:1, 2671:2, 2671:7, 2673:14, 2673:22, 2675:24, 2676:2, 2677:5, 2677:20, 2702:14, 2710:8, 2711:7

**DENHAM** [1] - 2542:16

**DENOTE** [1] - 2730:21

**DENOTED** [1] - 2731:7

**DENOTING** [1] - 2727:23

**DENSITY** [13] - 2589:20, 2589:23, 2589:24, 2589:25, 2590:3, 2590:6, 2590:10, 2613:13, 2613:23, 2614:13, 2614:14, 2614:17, 2644:6

**DENVER** [4] - 2566:15, 2566:18, 2566:19, 2567:13

**DEPARTMENT** [3] - 2544:3, 2643:5, 2693:23

**DEPENDED** [1] - 2577:4

**DEPENDENT** [1] - 2737:6

**DEPENDING** [4] - 2573:3, 2654:23, 2742:10, 2742:22

**DEPENDS** [3] - 2548:16, 2576:17, 2746:14

**DEPICT** [1] - 2685:24

**DEPICTED** [8] - 2593:5, 2594:17, 2597:8, 2609:17, 2610:17, 2635:5, 2637:5, 2691:10

**DEPICTING** [2] - 2629:7, 2669:9

**DEPOSED** [1] - 2548:6

**DEPOSITION** [25] - 2547:15, 2547:19, 2549:1, 2552:2, 2561:8, 2561:21, 2562:1, 2562:6, 2563:20, 2564:3, 2567:6, 2570:24, 2583:10, 2584:22, 2585:2, 2589:3, 2593:15, 2653:18, 2703:15, 2706:9, 2706:11, 2706:15, 2707:3, 2743:1, 2749:3

**DEPTH** [29] - 2553:15, 2554:9, 2554:11, 2565:24, 2566:3, 2566:4, 2596:11, 2598:1, 2604:15, 2604:24, 2605:22, 2605:25, 2608:18, 2609:2, 2610:18, 2619:13, 2629:10, 2629:15, 2630:18, 2630:23, 2631:14, 2632:17, 2646:7, 2652:10, 2696:11, 2745:5, 2750:3, 2750:9

**DEPTHS** [3] - 2566:1, 2629:7, 2665:20

**DEPUTY** [8] - 2546:7, 2601:7, 2656:11, 2656:23, 2657:6, 2693:4, 2693:12, 2739:15

**DERIVED** [1] - 2633:17

**DESCRIBE** [10] - 2549:14, 2613:17, 2622:18, 2654:8, 2699:1, 2700:14, 2701:11, 2706:3, 2709:3, 2714:1

**DESCRIBED** [7] - 2579:22, 2585:5, 2603:20, 2608:20, 2626:12, 2705:10, 2708:18

**DESCRIBES** [3] - 2661:18, 2705:6,

2746:2

**DESCRIBING** [2] - 2611:7, 2723:3

**DESCRIPTION** [4] - 2593:23, 2706:18, 2706:20, 2708:12

**DESCRIPTORS** [2] - 2648:6, 2648:10

**DESERVES** [1] - 2739:12

**DESIGN** [10] - 2572:6, 2573:3, 2593:12, 2593:19, 2593:20, 2594:4, 2651:25, 2652:3, 2696:25, 2719:24

**DESIGNATED** [5] - 2665:19, 2687:17, 2689:1, 2700:19, 2727:8

**DESIGNED** [4] - 2572:24, 2598:14, 2652:1, 2652:4

**DESIGNING** [3] - 2568:5, 2568:6, 2696:19

**DESTRUCTION** [1] - 2750:16

**DETAIL** [2] - 2719:7, 2723:1

**DETERMINATION** [1] - 2707:13

**DETERMINE** [7] - 2584:17, 2671:8, 2671:17, 2727:6, 2727:25, 2740:4, 2749:15

**DETERMINED** [5] - 2597:9, 2662:3, 2728:22, 2742:19, 2751:14

**DETOUR** [1] - 2552:9

**DEVELOP** [3] - 2593:20, 2696:14, 2696:18

**DEVELOPED** [9] - 2592:9, 2593:2, 2593:11, 2594:3, 2594:18, 2644:16, 2696:23, 2719:22, 2734:2

**DEVELOPS** [1] - 2614:9

**DIAGRAMS** [1] - 2747:3

**DIAMONDS** [4] - 2728:2, 2732:2, 2732:10, 2732:15

**DID** [149] - 2556:14, 2556:25, 2563:5,

2563:11, 2563:23, 2564:19, 2567:2, 2567:23, 2568:14, 2568:19, 2568:20, 2568:22, 2569:25, 2570:8, 2570:15, 2573:5, 2573:12, 2574:22, 2574:25, 2575:3, 2575:6, 2575:13, 2577:2, 2578:23, 2578:24, 2579:2, 2579:3, 2579:5, 2580:21, 2581:6, 2581:9, 2583:11, 2585:8, 2585:19, 2586:9, 2587:6, 2588:12, 2590:4, 2590:17, 2590:22, 2592:10, 2596:5, 2597:4, 2597:5, 2597:20, 2598:12, 2598:18, 2604:1, 2613:10, 2613:11, 2613:12, 2615:1, 2615:3, 2615:22, 2615:24, 2616:3, 2617:20, 2618:25, 2619:7, 2619:9, 2621:8, 2623:22, 2626:2, 2633:24, 2636:24, 2638:18, 2641:24, 2644:20, 2648:1, 2650:5, 2650:6, 2650:7, 2651:11, 2652:5, 2652:6, 2652:9, 2653:4, 2653:7, 2653:9, 2653:19, 2658:9, 2658:16, 2664:15, 2665:6, 2670:13, 2672:3, 2672:20, 2679:25, 2680:13, 2680:15, 2688:10, 2691:18, 2697:8, 2701:16, 2702:2, 2702:18, 2703:16, 2705:11, 2706:4, 2706:8, 2706:12, 2706:16, 2706:18, 2706:21, 2708:4, 2708:12, 2708:16, 2708:17, 2708:18, 2708:20, 2709:3, 2709:7, 2709:14, 2709:15, 2709:16, 2709:17, 2709:19, 2709:25, 2710:5, 2710:10, 2710:14, 2710:16, 2714:1, 2714:13, 2717:4,

2717:20, 2718:10, 2720:3, 2725:2, 2725:19, 2726:7, 2726:15, 2729:6, 2731:10, 2736:4, 2736:15, 2738:15, 2742:13, 2744:8, 2747:24, 2748:14, 2752:15, 2756:19, 2756:25, 2757:2, 2759:23

**DIDN'T** [45] - 2547:15, 2552:3, 2560:14, 2562:1, 2562:3, 2563:25, 2570:9, 2570:20, 2571:8, 2571:17, 2572:22, 2579:9, 2579:16, 2583:22, 2590:16, 2595:11, 2602:7, 2606:8, 2613:9, 2615:1, 2615:15, 2617:23, 2620:18, 2637:16, 2646:10, 2647:24, 2649:3, 2651:15, 2655:8, 2655:9, 2666:7, 2671:20, 2673:2, 2674:22, 2681:23, 2684:10, 2686:4, 2687:11, 2692:7, 2710:3, 2713:12, 2713:13, 2714:18, 2739:4

**DIFFERENCE** [10] - 2547:7, 2569:17, 2678:20, 2678:21, 2678:23, 2721:24, 2752:18, 2757:16, 2760:6, 2761:23

**DIFFERENCES** [1] - 2720:4

**DIFFERENT** [37] - 2547:14, 2576:19, 2581:5, 2598:13, 2611:6, 2611:20, 2614:7, 2623:15, 2624:10, 2637:13, 2651:4, 2657:19, 2660:6, 2662:7, 2662:11, 2663:15, 2719:6, 2720:12, 2723:3, 2725:10, 2725:24, 2725:25, 2726:10, 2726:15, 2727:11, 2733:15, 2734:5, 2734:7, 2734:8, 2734:11, 2742:8, 2742:15, 2744:16, 2744:18, 2747:4, 2753:6

**DIFFERENTIAL** [3] - 2633:19, 2634:20, 2682:22

**DIFFERENTLY** [3] - 2567:2, 2567:4, 2589:1

**DIFFRACT** [2] - 2741:2, 2742:8

**DIFFRACTION** [2] - 2741:18, 2742:12

**DIG** [4] - 2593:8, 2596:2, 2596:12, 2644:13

**DIGGING** [2] - 2564:6, 2617:17

**DIMENSION** [1] - 2630:23

**DIMENSIONAL** [1] - 2722:4

**DIMENSIONS** [5] - 2630:9, 2630:11, 2630:17, 2631:9, 2686:2

**DIPLOMATE** [1] - 2698:10

**DIRE** [2] - 2545:13, 2693:16

**DIRECT** [13] - 2545:10, 2545:15, 2556:20, 2556:24, 2609:23, 2633:14, 2649:18, 2655:7, 2657:10, 2683:13, 2717:13, 2717:16

**DIRECTED** [1] - 2697:9

**DIRECTION** [10] - 2601:24, 2609:17, 2616:22, 2682:1, 2741:22, 2742:16, 2742:18, 2745:2, 2751:17

**DIRECTIONAL** [2] - 2734:8, 2745:10

**DIRECTIONS** [8] - 2734:8, 2734:11, 2742:8, 2742:15, 2744:1, 2744:17, 2744:18, 2745:9

**DIRECTIVE** [1] - 2590:13

**DIRECTLY** [4] - 2588:14, 2620:12, 2637:10, 2640:25

**DIRT** [5] - 2675:6, 2680:21, 2689:10, 2689:11, 2689:15

**DISAGREE** [10] - 2549:17, 2565:9, 2567:1, 2568:23,

2570:22, 2610:18, 2612:19, 2620:4, 2621:5, 2640:13

**DISAGREED** [1] - 2612:25

**DISASTER** [2] - 2701:4, 2701:7

**DISCONNECT** [1] - 2569:16

**DISCOVER** [1] - 2580:21

**DISCRETE** [4] - 2550:22, 2554:1, 2554:2, 2555:18

**DISCRETION** [1] - 2637:8

**DISCUSS** [6] - 2574:22, 2581:5, 2601:15, 2622:21, 2665:19, 2733:18

**DISCUSSED** [2] - 2592:8, 2621:21

**DISCUSSING** [3] - 2616:8, 2628:12, 2628:18

**DISCUSSION** [13] - 2560:9, 2571:4, 2578:4, 2582:17, 2592:2, 2602:22, 2606:6, 2621:13, 2621:16, 2628:6, 2645:10, 2683:10, 2715:13

**DISPLAYED** [3] - 2572:3, 2629:10, 2643:11

**DISPOSAL** [1] - 2625:22

**DISRUPT** [1] - 2739:4

**DISSIPATION** [1] - 2742:4

**DISSUADE** [1] - 2626:19

**DISTANCE** [8] - 2576:11, 2576:15, 2595:8, 2595:14, 2595:16, 2668:11, 2740:5

**DISTINCT** [1] - 2698:14

**DISTINCTION** [1] - 2612:7

**DISTINGUISH** [2] - 2549:23, 2612:3

**DISTINGUISHED** [1] - 2700:16

**DISTRIBUTION** [8] - 2713:23, 2745:11, 2746:2, 2746:6, 2746:10, 2746:16,

2746:22, 2747:1

**DISTRICT** [11] - 2541:1, 2541:1, 2541:12, 2564:5, 2657:15, 2657:17, 2657:20, 2658:8, 2676:13, 2679:6, 2724:22

**DITCH** [12] - 2601:21, 2621:17, 2621:18, 2622:1, 2624:4, 2624:16, 2625:16, 2626:11, 2646:25, 2647:7, 2647:9, 2686:3

**DIVIDE** [1] - 2734:10

**DIVISION** [3] - 2544:6, 2564:21

**DM3** [1] - 2638:2

**DO** [185] - 2546:8, 2546:11, 2548:7, 2549:9, 2551:17, 2554:8, 2555:22, 2556:4, 2556:5, 2556:17, 2557:4, 2558:1, 2558:8, 2560:9, 2569:19, 2569:21, 2570:9, 2574:14, 2574:15, 2576:11, 2578:7, 2578:8, 2582:14, 2584:10, 2584:11, 2584:15, 2585:1, 2586:6, 2586:10, 2586:22, 2587:10, 2588:5, 2589:12, 2590:8, 2590:11, 2591:1, 2591:7, 2592:4, 2592:6, 2592:11, 2594:6, 2596:7, 2596:8, 2596:19, 2599:24, 2600:2, 2602:14, 2603:19, 2604:1, 2606:7, 2608:10, 2608:13, 2610:8, 2612:5, 2612:6, 2612:9, 2615:1, 2615:5, 2615:13, 2615:14, 2615:16, 2615:17, 2615:21, 2616:10, 2617:3, 2619:25, 2620:1, 2620:21, 2621:15, 2621:19, 2625:11, 2628:2, 2628:7, 2628:8, 2628:12, 2628:16, 2628:18, 2630:2, 2632:18, 2633:6, 2633:19,

2633:21, 2634:10, 2634:14, 2634:16, 2637:23, 2639:5, 2639:7, 2639:18, 2641:8, 2641:19, 2641:25, 2642:11, 2642:25, 2643:7, 2643:23, 2644:2, 2644:5, 2644:9, 2644:17, 2645:8, 2645:21, 2646:22, 2647:15, 2648:7, 2648:20, 2650:10, 2651:13, 2652:19, 2654:8, 2656:24, 2657:2, 2659:6, 2660:1, 2661:20, 2662:19, 2663:17, 2665:2, 2665:4, 2665:14, 2665:19, 2671:10, 2676:8, 2676:15, 2677:23, 2678:9, 2679:14, 2685:1, 2685:5, 2689:25, 2690:22, 2691:1, 2691:7, 2691:12, 2692:5, 2693:5, 2693:8, 2694:8, 2696:5, 2696:10, 2698:6, 2701:22, 2702:9, 2704:6, 2707:25, 2708:5, 2708:12, 2708:17, 2709:11, 2709:15, 2709:16, 2709:25, 2710:3, 2710:10, 2711:3, 2712:4, 2712:8, 2712:20, 2713:3, 2713:5, 2713:7, 2714:23, 2716:10, 2717:6, 2717:15, 2719:9, 2720:22, 2721:5, 2721:19, 2721:20, 2723:11, 2726:5, 2726:13, 2731:6, 2738:19, 2739:3, 2739:6, 2739:8, 2739:10, 2741:13, 2747:15, 2749:8

**DOCK** [3] - 2671:19, 2678:3, 2684:13

**DOCTOR** [1] - 2729:15

**DOCTOR'S** [1] - 2716:2

**DOCTORATE** [1] - 2611:1

**DOCUMENT** [44] - 2550:5, 2555:10,

2556:10, 2557:9, 2559:5, 2566:1, 2566:6, 2577:22, 2577:24, 2579:6, 2579:19, 2582:3, 2585:22, 2585:24, 2591:1, 2591:2, 2592:2, 2592:4, 2592:12, 2602:13, 2605:16, 2605:17, 2608:8, 2609:11, 2615:6, 2622:25, 2623:1, 2623:3, 2623:15, 2624:3, 2628:11, 2628:13, 2633:7, 2633:9, 2633:11, 2633:14, 2635:16, 2636:19, 2637:6, 2646:1, 2646:6, 2647:12, 2653:22, 2705:12

**DOCUMENTATION** [3] - 2623:20, 2624:22, 2647:24

**DOCUMENTED** [1] - 2631:24

**DOCUMENTS** [16] - 2555:9, 2556:9, 2556:11, 2558:7, 2582:15, 2607:21, 2612:14, 2612:16, 2622:18, 2632:22, 2643:4, 2645:8, 2646:4, 2651:17, 2659:3, 2659:10

**DOES** [37] - 2557:8, 2559:19, 2561:17, 2584:7, 2586:25, 2587:23, 2588:1, 2588:14, 2593:7, 2599:16, 2612:20, 2613:4, 2627:9, 2630:18, 2630:21, 2631:14, 2633:3, 2643:10, 2666:1, 2672:4, 2672:9, 2677:18, 2677:21, 2677:23, 2682:7, 2689:4, 2714:23, 2718:6, 2734:2, 2734:10, 2740:22, 2740:23, 2748:6, 2752:24, 2753:11, 2757:14, 2761:13

**DOESN'T** [18] - 2564:1, 2569:16, 2613:3, 2615:20, 2616:18, 2630:16, 2630:20, 2630:22, 2654:4, 2656:3,

**HOURLY TRANSCRIPT**

2666:25, 2709:9,
2709:13, 2755:19,
2755:23, 2757:14,
2760:11, 2761:25
**DOING** [13] - 2556:16,
2556:21, 2557:7,
2558:1, 2568:15,
2614:6, 2664:18,
2665:25, 2682:17,
2685:17, 2691:15,
2725:20, 2727:12
**DOJ** [1] - 2580:20
**DOLLAR** [1] - 2575:12
**DOMAIN** [1] - 2718:23
**DON'T** [114] - 2547:24,
2548:19, 2549:8,
2549:10, 2552:6,
2553:3, 2554:18,
2558:24, 2561:9,
2562:19, 2564:24,
2567:5, 2567:8,
2569:5, 2570:2,
2571:5, 2572:11,
2572:15, 2575:19,
2576:25, 2577:1,
2585:3, 2589:2,
2590:7, 2590:9,
2590:10, 2591:8,
2593:14, 2594:3,
2597:2, 2597:12,
2597:15, 2598:3,
2598:8, 2599:2,
2599:8, 2602:16,
2605:3, 2612:8,
2612:12, 2616:23,
2620:4, 2620:23,
2624:12, 2626:22,
2628:11, 2639:12,
2639:18, 2639:19,
2641:7, 2641:16,
2641:24, 2642:8,
2642:25, 2643:15,
2643:20, 2644:7,
2645:18, 2647:19,
2649:18, 2654:10,
2655:4, 2656:8,
2663:24, 2666:7,
2666:8, 2666:21,
2671:5, 2675:15,
2675:18, 2677:11,
2681:10, 2681:22,
2684:10, 2685:10,
2686:11, 2686:21,
2686:23, 2688:16,
2689:5, 2689:23,
2689:24, 2691:11,
2691:14, 2691:15,
2691:25, 2692:4,
2703:2, 2708:3,

2709:18, 2710:21,
2711:23, 2712:11,
2712:16, 2714:18,
2714:21, 2715:19,
2716:1, 2719:11,
2722:19, 2723:14,
2732:12, 2732:16,
2737:23, 2739:1,
2740:13, 2743:6,
2751:19, 2759:12,
2759:14
**DONE** [24] - 2556:15,
2557:12, 2573:10,
2578:17, 2580:17,
2591:18, 2616:15,
2616:19, 2658:13,
2660:12, 2664:25,
2665:3, 2696:17,
2710:1, 2719:8,
2719:14, 2720:9,
2721:9, 2722:2,
2723:7, 2733:25,
2735:14, 2736:10
**DOT** [2] - 2687:8,
2689:23
**DOTS** [5] - 2676:11,
2678:4, 2727:23,
2736:10
**DOUBLE** [1] - 2745:1
**DOUBT** [1] - 2629:11
**DOWN** [58] - 2552:9,
2552:24, 2553:15,
2554:12, 2558:22,
2565:23, 2582:6,
2584:7, 2589:5,
2589:6, 2594:24,
2601:25, 2603:5,
2603:7, 2606:16,
2607:10, 2608:18,
2620:5, 2622:16,
2630:2, 2630:11,
2631:8, 2631:10,
2631:15, 2633:15,
2635:2, 2636:4,
2655:20, 2662:6,
2663:6, 2664:11,
2669:23, 2675:6,
2675:7, 2678:4,
2683:3, 2684:8,
2687:9, 2700:4,
2701:7, 2701:9,
2724:6, 2735:13,
2735:14, 2735:22,
2736:3, 2737:12,
2738:6, 2740:23,
2741:6, 2741:21,
2742:4, 2742:18,
2742:25, 2743:2,
2743:21, 2752:25,
2755:11

**DOWNWARD** [1] -
2608:23
**DOZER** [5] - 2603:11,
2603:18, 2604:4,
2611:14, 2611:17
**DR** [42] - 2557:2,
2577:4, 2581:4,
2584:21, 2610:21,
2646:24, 2647:1,
2653:20, 2656:2,
2660:21, 2662:18,
2673:16, 2682:1,
2692:23, 2693:18,
2694:8, 2694:11,
2694:23, 2695:23,
2698:6, 2701:20,
2701:25, 2703:11,
2703:13, 2703:16,
2703:19, 2704:2,
2704:6, 2704:17,
2705:13, 2706:3,
2711:14, 2717:1,
2717:10, 2717:15,
2723:14, 2732:18,
2733:14, 2738:20,
2739:10, 2739:20,
2740:3
**DRAFTED** [1] - 2559:5
**DRAFTSMAN** [1] -
2657:23
**DRAIN** [2] - 2588:1,
2588:3
**DRAINAGE** [7] -
2601:20, 2621:17,
2621:18, 2622:1,
2624:4, 2624:15,
2626:11
**DRAINED** [1] -
2691:22
**DRAMATICALLY** [3] -
2737:18, 2738:6,
2738:8
**DRAW** [2] - 2732:15,
2746:10
**DRAWING** [5] -
2595:3, 2597:24,
2639:1, 2641:10,
2745:17
**DRAWINGS** [2] -
2597:5, 2610:11
**DRAWN** [3] - 2606:2,
2734:24, 2737:12
**DREDGING** [2] -
2639:21, 2640:2
**DRESSED** [1] -
2588:13
**DRESSING** [2] -
2586:10, 2587:22
**DRILL** [1] - 2635:14
**DRILLED** [1] -

2648:17
**DRIVE** [1] - 2721:25
**DRIVEWAY** [1] -
2622:2
**DRIVEWAYS** [2] -
2623:23, 2647:6
**DRIVING** [2] -
2674:15, 2731:8
**DROP** [10] - 2664:11,
2737:23, 2737:24,
2737:25, 2738:6,
2738:10, 2740:10,
2741:19, 2755:12
**DROPPED** [2] -
2741:20, 2742:9
**DROPPING** [2] -
2737:18, 2755:15
**DROVE** [1] - 2691:17
**DRY** [1] - 2654:14
**DRYING** [1] - 2730:5
**DUDENHEFER** [21] -
2542:11, 2542:11,
2665:14, 2665:16,
2666:5, 2681:4,
2682:5, 2682:9,
2682:15, 2682:16,
2683:7, 2683:12,
2684:4, 2684:20,
2684:25, 2685:15,
2688:19, 2688:22,
2688:24, 2689:19,
2692:8
**DUDENHEFER..........
.......** [1] - 2545:11
**DUE** [6] - 2557:6,
2608:25, 2711:24,
2712:8, 2717:25,
2718:11
**DUG** [2] - 2618:22,
2630:9
**DULY** [3] - 2546:13,
2657:4, 2693:10
**DUMP** [1] - 2603:16
**DURING** [36] -
2548:25, 2559:3,
2565:5, 2573:11,
2575:9, 2578:23,
2584:20, 2585:18,
2586:2, 2592:25,
2599:14, 2602:13,
2604:21, 2606:8,
2620:15, 2631:21,
2643:23, 2653:4,
2670:4, 2677:1,
2681:2, 2686:9,
2688:10, 2689:2,
2689:3, 2690:6,
2692:5, 2695:4,
2696:18, 2697:14,
2712:5, 2717:20,

2732:3, 2743:1,
2744:4, 2752:20
**DUST** [1] - 2583:19
**DUVAL** [2] - 2541:12
**DWARFED** [2] -
2649:3, 2649:5
**DX-02080** [1] -
2729:11
**DX-0279** [1] - 2694:10
**DX-0279-001** [1] -
2694:5
**DX-121** [1] - 2552:8
**DX-1948.1** [2] -
2669:3, 2670:20
**DX-2260** [1] - 2591:11
**DX-DM-0004** [1] -
2670:19
**DX-DM-0004-0001** [1]
- 2685:16
**DX-DM-0005-0001** [1]
- 2676:3
**DXDM-1006-0039** [1] -
2660:20
**DYKE** [3] - 2654:14,
2654:16, 2690:1

# E

**EACH** [9] - 2561:7,
2630:23, 2633:18,
2660:16, 2663:1,
2680:3, 2690:24,
2726:21, 2732:10
**EARLIER** [11] -
2584:21, 2613:8,
2615:4, 2647:14,
2653:15, 2676:5,
2717:4, 2728:11,
2745:7, 2751:17,
2751:21
**EARLIEST** [1] -
2662:5
**EARLY** [3] - 2728:20,
2735:20, 2736:14
**EASIER** [2] - 2586:17,
2659:25
**EAST** [30] - 2560:2,
2601:24, 2604:6,
2631:12, 2635:12,
2654:18, 2659:12,
2660:2, 2665:6,
2669:17, 2669:19,
2669:20, 2674:15,
2676:12, 2677:7,
2688:1, 2695:4,
2723:24, 2724:24,
2724:25, 2725:17,
2729:12, 2733:23,
2737:12, 2743:20,

EFFORT [5] - 2603:10,
2615:18, 2646:2,
2646:3, 2752:1
EIGHT [8] - 2644:18,
2644:19, 2644:20,
2646:7, 2726:15,
2726:25, 2746:11,
2756:10
EITHER [16] - 2547:3,
2549:14, 2568:10,
2587:19, 2618:14,
2626:14, 2637:7,
2686:8, 2688:10,
2713:7, 2736:6,
2736:7, 2741:6,
2751:17, 2752:6,
2753:15
ELECTED [1] -
2700:16
ELECTRONIC [1] -
2686:13
ELEVATED [1] -
2731:20
ELEVATION [24] -
2553:14, 2593:21,
2596:20, 2660:16,
2661:12, 2661:15,
2665:12, 2671:17,
2677:4, 2678:21,
2683:20, 2685:4,
2686:22, 2687:10,
2687:12, 2687:13,
2704:14, 2718:9,
2723:13, 2724:9,
2725:4, 2728:9,
2731:18
ELEVATIONS [20] -
2660:2, 2661:9,
2665:21, 2677:13,
2677:23, 2677:25,
2678:7, 2678:9,
2689:1, 2690:10,
2691:10, 2723:11,
2724:6, 2724:17,
2725:18, 2730:21,
2731:12, 2731:13,
2733:3, 2752:3
ELIMINATE [1] -
2676:25
ELMO [4] - 2553:4,
2554:3, 2683:8,
2683:13
ELSE [8] - 2567:16,
2568:2, 2597:3,
2612:6, 2612:9,
2629:22, 2705:19,
2711:11
ELSE'S [1] - 2595:3
ELWOOD [2] - 2542:7,
2542:8

EAST-WEST [2] -
2560:2, 2631:12
EAST/WEST [1] -
2672:4
EASTERN [3] -
2541:1, 2593:4,
2650:14
EBIA [64] - 2546:23,
2548:12, 2548:18,
2549:1, 2549:14,
2553:18, 2555:19,
2559:23, 2562:2,
2563:10, 2563:22,
2564:12, 2564:24,
2565:5, 2566:25,
2573:5, 2576:13,
2576:22, 2576:24,
2577:8, 2578:17,
2578:20, 2578:24,
2579:10, 2579:17,
2580:19, 2581:17,
2585:18, 2586:6,
2587:6, 2589:23,
2590:3, 2590:17,
2590:22, 2594:3,
2594:11, 2594:19,
2597:3, 2597:10,
2597:13, 2597:16,
2597:20, 2598:5,
2598:6, 2601:15,
2601:25, 2603:5,
2604:25, 2609:18,
2614:13, 2615:1,
2620:15, 2632:21,
2643:24, 2644:16,
2646:25, 2649:5,
2650:2, 2651:5,
2651:13, 2651:23,
2652:17, 2652:25,
2654:13
ECHSNER [1] -
2542:22
EDGE [4] - 2638:20,
2638:24, 2639:4,
2640:11
EDUCATIONAL [1] -
2700:9
EDWARD [1] - 2697:7
EFFECT [11] -
2573:13, 2574:24,
2575:10, 2584:2,
2588:2, 2635:15,
2728:24, 2741:11,
2745:6, 2761:12
EFFECTS [2] -
2714:24, 2737:9
EFFICIENCIES [1] -
2722:20

2743:23, 2749:14,
2759:5, 2760:18

EMERGENCY [2] -
2657:25, 2658:2
EMPLOYED [2] -
2612:21, 2657:14,
2657:16
ENCOUNTERED [1] -
2565:7
ENCOUNTERS [1] -
2743:14
END [26] - 2578:19,
2579:2, 2585:7,
2605:5, 2605:6,
2617:17, 2617:21,
2619:9, 2620:9,
2640:6, 2640:12,
2660:23, 2661:25,
2662:1, 2668:3,
2690:24, 2717:18,
2719:25, 2735:23,
2738:23, 2740:10,
2740:18, 2740:21,
2740:23, 2742:19
ENDED [2] - 2615:8,
2726:20
ENDS [4] - 2605:21,
2740:8, 2740:17,
2740:22
ENGINEER [11] -
2562:10, 2563:2,
2570:20, 2571:8,
2572:5, 2572:25,
2585:20, 2595:4,
2597:17, 2698:7,
2698:15
ENGINEERING [60] -
2564:14, 2566:8,
2566:11, 2568:4,
2568:18, 2568:25,
2569:2, 2569:15,
2572:13, 2583:2,
2583:24, 2584:11,
2584:15, 2584:16,
2585:15, 2585:16,
2594:18, 2643:10,
2693:20, 2693:23,
2693:24, 2695:1,
2695:2, 2695:8,
2695:12, 2695:13,
2695:25, 2696:4,
2696:6, 2696:25,
2697:9, 2697:11,
2697:12, 2697:15,
2697:19, 2697:23,
2697:25, 2698:4,
2698:10, 2698:14,
2698:16, 2698:17,
2698:22, 2698:24,
2699:4, 2700:9,
2700:21, 2700:23,
2701:10, 2701:15,

2701:21, 2706:10,
2706:12, 2707:5,
2707:23, 2714:12,
2714:15, 2715:1,
2715:11, 2717:2
ENGINEERS [30] -
2562:8, 2563:12,
2569:19, 2569:21,
2570:1, 2573:21,
2573:22, 2574:10,
2576:20, 2576:21,
2593:12, 2593:20,
2594:5, 2611:6,
2651:17, 2651:25,
2658:12, 2697:17,
2698:13, 2698:20,
2698:25, 2699:3,
2699:5, 2700:13,
2726:8, 2728:4,
2747:25, 2748:5,
2749:12
ENGINEERS' [1] -
2733:18
ENGINEERS'S [2] -
2700:5, 2700:10
ENLARGE [2] -
2634:3, 2643:6
ENOUGH [9] - 2559:8,
2559:22, 2594:10,
2640:18, 2664:8,
2680:17, 2685:11,
2701:25, 2718:8
ENSURE [5] - 2568:7,
2568:13, 2570:9,
2589:20, 2739:13
ENTIRE [13] - 2547:2,
2547:4, 2549:5,
2552:4, 2556:22,
2585:18, 2597:16,
2604:11, 2616:25,
2622:10, 2650:17,
2650:19, 2667:7
ENTIRELY [2] -
2547:8, 2547:11
ENTIRETY [2] -
2604:21, 2639:3
ENTITLED [1] -
2655:12
ENTITY [1] - 2584:4
ENTRANCE [3] -
2737:13, 2738:6,
2740:8
ENVELOPE [1] -
2752:6
ENVIROCON [1] -
2602:11
ENVIRONMENTAL [7]
- 2549:11, 2549:12,
2549:18, 2564:23,
2565:4, 2627:6,

2648:18
EOC [3] - 2657:23,
2657:25, 2658:7
EQUAL [2] - 2673:23,
2745:5
EQUALLY [1] -
2740:19
EQUALS [1] - 2733:13
EQUATIONS [1] -
2645:12
EQUIPMENT [4] -
2560:15, 2560:25,
2572:8, 2620:12
EQUIPPED [1] -
2580:13
EQUIVALENT [3] -
2612:10, 2619:17,
2620:8
ERIC [3] - 2671:9,
2675:13, 2694:4
ERROR [10] - 2581:22,
2667:4, 2667:12,
2690:10, 2727:11,
2728:13, 2732:11,
2751:4, 2751:15,
2751:22
ERRORS [5] -
2690:14, 2691:7,
2751:3, 2751:18,
2754:6
ESPECIALLY [1] -
2651:18
ESQ [6] - 2542:4,
2542:11, 2543:7,
2543:18, 2543:18,
2544:4
ESQUIRE [21] -
2541:16, 2541:19,
2541:23, 2541:23,
2542:8, 2542:15,
2542:18, 2542:22,
2543:3, 2543:12,
2543:12, 2543:13,
2543:13, 2543:17,
2543:17, 2543:19,
2543:19, 2544:4,
2544:5, 2544:5,
2544:6
ESSENTIALLY [7] -
2559:24, 2572:14,
2572:17, 2588:1,
2593:7, 2611:10,
2619:8
ESTABLISH [4] -
2582:15, 2608:1,
2649:20, 2726:4
ESTABLISHED [6] -
2562:7, 2595:3,
2626:17, 2727:12,
2727:16, 2732:6

ESTIMATE [7] - 2613:21, 2631:25, 2632:1, 2640:18, 2648:23, 2726:14, 2728:14
ESTIMATED [1] - 2631:21
ESTIMATES [2] - 2632:2, 2738:21
ESTIMATION [1] - 2606:4
ESTIMATIONS [1] - 2744:8
ET [5] - 2720:5, 2724:9, 2724:20, 2725:10, 2726:16
ETCETERA [2] - 2602:19, 2632:8
EVALUATE [2] - 2580:18, 2584:2
EVALUATED [5] - 2576:19, 2705:6, 2709:8, 2709:11, 2710:11
EVALUATION [8] - 2562:4, 2564:14, 2584:11, 2584:15, 2584:16, 2651:11, 2651:18, 2708:18
EVEN [14] - 2562:19, 2564:13, 2572:22, 2581:22, 2583:20, 2615:9, 2616:22, 2616:23, 2635:2, 2686:4, 2714:20, 2746:9, 2747:14
EVENT [7] - 2585:4, 2625:10, 2625:12, 2686:9, 2740:24
EVENTS [1] - 2548:10
EVENTUALLY [3] - 2721:22, 2758:20, 2760:15
EVER [15] - 2567:2, 2567:4, 2570:8, 2575:3, 2578:23, 2578:24, 2585:19, 2589:1, 2620:19, 2631:24, 2643:23, 2644:20, 2653:4, 2656:18, 2756:12
EVERY [7] - 2557:12, 2600:2, 2606:8, 2619:4, 2628:3, 2671:21, 2740:20
EVERYBODY [5] - 2547:20, 2547:21, 2610:25, 2739:12, 2745:16
EVERYONE [3] -

2612:9, 2612:20, 2711:11
EVERYTHING [4] - 2628:2, 2708:12, 2748:23, 2761:20
EVIDENCE [9] - 2582:18, 2609:12, 2610:6, 2610:11, 2610:13, 2610:16, 2627:15, 2666:12, 2694:11
EVIDENCES [1] - 2569:15
EVIDENTLY [1] - 2635:11
EXACT [6] - 2579:6, 2587:14, 2597:23, 2648:22, 2690:16, 2751:20
EXACTLY [13] - 2569:1, 2594:6, 2608:20, 2622:17, 2628:7, 2630:12, 2641:15, 2663:16, 2679:22, 2707:17, 2724:4, 2725:14, 2751:11
EXAMINATION [106] - 2545:6, 2545:8, 2545:10, 2545:11, 2545:13, 2545:14, 2545:15, 2546:15, 2548:3, 2548:23, 2550:3, 2550:11, 2551:13, 2551:23, 2552:10, 2552:18, 2553:8, 2554:24, 2555:13, 2556:2, 2557:1, 2558:25, 2561:14, 2566:21, 2570:6, 2570:16, 2571:25, 2574:6, 2576:5, 2576:9, 2577:16, 2581:15, 2581:23, 2582:20, 2587:3, 2588:8, 2589:7, 2591:15, 2592:23, 2594:15, 2595:17, 2601:12, 2606:19, 2607:17, 2608:5, 2611:4, 2618:4, 2619:15, 2621:11, 2623:12, 2625:3, 2627:16, 2628:19, 2628:25, 2631:5, 2634:5, 2635:23, 2636:11, 2638:4, 2641:17, 2643:2, 2645:14, 2647:14, 2647:25,

2648:3, 2650:3, 2652:13, 2653:25, 2657:10, 2659:8, 2664:9, 2667:15, 2667:25, 2674:10, 2674:19, 2675:22, 2678:18, 2679:23, 2681:15, 2682:14, 2683:11, 2684:3, 2684:24, 2685:14, 2688:23, 2689:18, 2693:16, 2694:6, 2694:21, 2695:21, 2701:23, 2704:2, 2704:4, 2704:15, 2705:3, 2705:15, 2705:23, 2707:20, 2708:1, 2708:10, 2712:13, 2713:1, 2713:8, 2713:24, 2717:13, 2739:18
EXAMINATIONS [1] - 2556:21
EXAMINE [1] - 2703:14
EXAMINED [4] - 2546:14, 2657:5, 2693:11, 2701:7
EXAMINING [1] - 2581:4
EXAMPLE [12] - 2570:19, 2596:16, 2597:15, 2610:16, 2612:25, 2614:12, 2648:23, 2721:13, 2723:21, 2730:6, 2737:5, 2749:18
EXAMS [1] - 2556:20
EXCAVATE [1] - 2644:11
EXCAVATED [7] - 2585:5, 2618:13, 2618:14, 2618:16, 2618:21, 2631:11, 2641:2
EXCAVATING [4] - 2548:17, 2562:2, 2572:19, 2603:1
EXCAVATION [38] - 2564:15, 2565:24, 2572:22, 2572:23, 2574:13, 2574:19, 2574:23, 2575:25, 2576:25, 2577:9, 2584:17, 2587:11, 2587:15, 2588:20, 2589:18, 2589:19, 2596:15, 2596:22, 2597:14, 2602:10, 2603:19, 2604:21,

2617:16, 2618:1, 2618:7, 2619:3, 2628:5, 2628:9, 2629:14, 2630:9, 2630:16, 2640:19, 2640:22, 2641:4, 2654:3, 2654:9, 2654:11, 2654:22
EXCAVATIONS [22] - 2568:5, 2568:7, 2568:14, 2569:18, 2570:9, 2570:20, 2573:2, 2575:1, 2575:3, 2575:5, 2584:2, 2587:8, 2591:18, 2597:21, 2597:24, 2597:25, 2598:6, 2603:15, 2614:14, 2651:5, 2652:25, 2653:4
EXCAVATOR [2] - 2620:12, 2620:20
EXCAVATORS [1] - 2653:5
EXCEEDED [2] - 2615:13, 2615:15
EXCELLENT [3] - 2633:5, 2639:20, 2640:2
EXCEPT [3] - 2620:21, 2651:7, 2671:22
EXCEPTION [1] - 2585:10
EXCEPTIONS [2] - 2651:7, 2651:8
EXCERPT [1] - 2729:10
EXCESSIVE [1] - 2608:17
EXCHANGE [3] - 2548:5, 2571:3, 2571:4
EXCHANGING [1] - 2556:19
EXCLUDE [1] - 2703:11
EXCLUSION [2] - 2560:11, 2560:12
EXCUSE [9] - 2556:8, 2591:10, 2599:16, 2607:11, 2684:19, 2693:22, 2729:15, 2729:17, 2738:18
EXERCISE [1] - 2642:24
EXHIBIT [16] - 2554:16, 2554:17, 2556:1, 2556:5, 2609:13, 2622:20, 2622:22, 2623:18,

2642:24, 2661:6, 2661:18, 2661:20, 2670:18, 2694:2, 2694:8, 2729:11
EXHIBITS [7] - 2556:13, 2556:19, 2556:25, 2557:19, 2558:4, 2558:14, 2711:7
EXISTENCE [1] - 2715:24
EXISTING [1] - 2590:16
EXPANDED [1] - 2630:17
EXPECT [10] - 2567:23, 2616:11, 2626:13, 2627:25, 2632:8, 2665:24, 2711:24, 2746:16, 2747:9, 2747:11
EXPECTATION [2] - 2568:6, 2578:21
EXPECTED [11] - 2566:10, 2566:11, 2566:23, 2568:3, 2568:7, 2568:13, 2570:19, 2571:7, 2578:20, 2665:12, 2667:8
EXPEND [1] - 2615:17
EXPERIENCE [16] - 2560:19, 2561:24, 2563:6, 2568:17, 2575:10, 2642:5, 2665:11, 2665:23, 2665:25, 2667:7, 2694:25, 2696:2, 2696:3, 2697:2, 2720:9, 2720:20
EXPERT [10] - 2547:22, 2562:17, 2666:9, 2692:24, 2701:20, 2702:8, 2702:11, 2703:13, 2717:1, 2728:6
EXPERTISE [10] - 2566:14, 2595:7, 2666:19, 2695:2, 2695:8, 2698:15, 2716:11, 2716:13, 2716:15, 2717:9
EXPERTS [1] - 2699:18
EXPLAIN [8] - 2663:5, 2664:14, 2664:17, 2668:9, 2696:7, 2706:1, 2717:21, 2740:10
EXPLAINED [3] -

2625:18, 2625:23,
2640:5
**EXPLANATION** [1] -
2757:22
**EXPLOITED** [1] -
2667:1
**EXPOSED** [1] - 2692:3
**EXPOUND** [1] -
2582:4
**EXPRESSED** [1] -
2589:25
**EXTENDS** [1] -
2550:23
**EXTENSIVELY** [1] -
2698:5
**EXTENT** [4] - 2565:9,
2656:17, 2700:14,
2714:12
**EXTREMELY** [1] -
2578:11
**EYE** [2] - 2569:6
**EYES** [1] - 2602:23

**F**

**FACE** [9] - 2559:25,
2560:1, 2560:4,
2560:7, 2569:6,
2585:6, 2594:25,
2596:5, 2602:5
**FACILITIES** [1] -
2670:3
**FACILITY** [3] -
2681:18, 2681:21,
2696:20
**FACT** [45] - 2547:4,
2547:24, 2548:14,
2548:21, 2553:18,
2553:21, 2553:24,
2563:3, 2565:19,
2567:22, 2569:21,
2570:18, 2572:18,
2572:21, 2573:19,
2575:1, 2575:17,
2577:19, 2578:12,
2579:9, 2580:5,
2580:21, 2581:20,
2590:23, 2592:7,
2597:19, 2609:1,
2610:1, 2611:23,
2615:4, 2616:15,
2616:17, 2627:22,
2629:7, 2629:13,
2656:6, 2671:24,
2706:12, 2707:6,
2708:23, 2709:4,
2733:10, 2743:16,
2757:17, 2761:12
**FACTOR** [3] -
2579:13, 2579:15,

2593:21
**FACULTY** [2] -
2697:11, 2697:12
**FAIL** [4] - 2588:14,
2650:6, 2688:10,
2752:12
**FAILED** [2] - 2677:3,
2680:11
**FAILING** [1] - 2587:24
**FAILURE** [2] - 2673:1,
2750:11
**FAILURES** [3] -
2688:20, 2688:25,
2689:6
**FAIR** [21] - 2547:5,
2548:10, 2548:12,
2559:22, 2564:24,
2581:15, 2589:21,
2594:10, 2598:2,
2616:7, 2618:18,
2618:19, 2639:13,
2649:13, 2685:11,
2695:10, 2705:11,
2705:17, 2707:15,
2711:16, 2712:8
**FAIRLY** [5] - 2601:10,
2602:8, 2735:11,
2736:12, 2750:10
**FAIRNESS** [2] -
2584:20, 2704:9
**FAMILIAR** [13] -
2576:23, 2580:2,
2585:24, 2601:16,
2614:2, 2634:7,
2669:8, 2670:1,
2680:9, 2681:17,
2698:2, 2698:3,
2708:24
**FAR** [11] - 2640:11,
2681:22, 2689:4,
2710:15, 2736:21,
2738:9, 2746:1,
2749:1, 2757:21,
2757:22
**FARRELL** [35] -
2543:18, 2692:19,
2692:21, 2693:17,
2694:4, 2694:7,
2694:10, 2694:14,
2694:18, 2694:22,
2695:22, 2701:19,
2703:4, 2703:7,
2703:10, 2703:22,
2704:3, 2705:12,
2706:19, 2707:7,
2711:4, 2711:6,
2716:16, 2716:19,
2716:25, 2717:12,
2717:14, 2723:14,
2723:19, 2729:19,

2729:23, 2738:22,
2739:1, 2739:19
**FARRELL.................**
. [1] - 2545:13
**FARRELL.................**
. [1] - 2545:15
**FAST** [6] - 2558:23,
2558:24, 2696:10,
2750:21, 2757:15
**FAT** [1] - 2549:14
**FAULTING** [1] -
2557:7
**FAVOR** [1] - 2735:16
**FAVORITE** [1] -
2655:11
**FAX** [1] - 2592:13
**FAYARD** [2] -
2542:14, 2542:15
**FEATURES** [6] -
2577:6, 2731:13,
2731:15, 2731:22,
2753:19, 2755:8
**FEEL** [1] - 2577:9
**FEET** [160] - 2550:14,
2550:15, 2550:16,
2551:1, 2551:3,
2551:5, 2551:15,
2551:16, 2553:15,
2554:9, 2554:12,
2560:5, 2560:7,
2560:20, 2564:6,
2564:15, 2565:7,
2565:15, 2565:17,
2565:21, 2565:23,
2565:25, 2566:2,
2575:11, 2575:13,
2575:14, 2575:16,
2575:19, 2575:22,
2576:11, 2576:12,
2576:24, 2577:8,
2584:1, 2584:10,
2587:8, 2590:15,
2590:20, 2590:23,
2594:23, 2594:25,
2595:23, 2595:25,
2596:4, 2596:11,
2596:16, 2598:1,
2598:7, 2598:11,
2598:20, 2602:5,
2603:22, 2604:15,
2605:4, 2605:13,
2605:15, 2605:24,
2606:1, 2608:25,
2609:2, 2609:6,
2610:18, 2615:13,
2618:1, 2618:7,
2618:8, 2618:11,
2618:13, 2618:16,
2618:21, 2618:22,
2619:3, 2619:8,

2619:11, 2619:18,
2620:3, 2620:5,
2620:9, 2629:9,
2630:17, 2630:18,
2630:19, 2631:10,
2631:11, 2631:12,
2631:15, 2631:22,
2632:14, 2632:18,
2639:24, 2640:21,
2640:25, 2641:6,
2646:8, 2654:16,
2661:19, 2668:12,
2673:5, 2679:1,
2679:3, 2713:4,
2713:12, 2713:13,
2722:25, 2723:1,
2724:10, 2724:21,
2732:8, 2732:25,
2735:21, 2735:22,
2736:25, 2737:3,
2737:16, 2738:5,
2738:8, 2738:10,
2738:11, 2740:20,
2743:12, 2743:14,
2743:15, 2745:17,
2747:6, 2747:9,
2747:12, 2747:13,
2747:20, 2747:23,
2748:17, 2748:18,
2748:19, 2749:7,
2750:3, 2750:5,
2750:8, 2750:9,
2755:4, 2756:5,
2756:10, 2758:3,
2758:17, 2760:12,
2760:16
**FELL** [2] - 2583:4,
2649:14
**FELT** [2] - 2651:16,
2759:2
**FENCE** [3] - 2584:24,
2587:17
**FENCED** [1] - 2665:4
**FENCES** [1] - 2647:7
**FETCH** [1] - 2735:5
**FEW** [8] - 2586:1,
2590:24, 2622:4,
2626:12, 2654:21,
2655:6, 2696:7,
2753:15
**FIELD** [25] - 2582:23,
2616:1, 2627:4,
2635:7, 2635:8,
2637:15, 2656:16,
2659:22, 2659:25,
2661:22, 2662:2,
2662:16, 2662:25,
2663:5, 2670:9,
2671:3, 2671:10,
2691:12, 2691:13,

2720:21, 2729:14,
2737:3, 2739:25
**FIELD-BASED** [1] -
2582:23
**FIELDS** [1] - 2699:4
**FIFTH** [2] - 2663:25,
2757:5
**FIGURE** [9] - 2551:7,
2595:22, 2685:18,
2723:21, 2727:21,
2732:24, 2741:15,
2741:25, 2761:14
**FIGURES** [2] -
2686:24, 2728:1
**FIGURING** [2] -
2740:9, 2745:16
**FILED** [1] - 2665:18
**FILL** [9] - 2553:16,
2611:7, 2611:11,
2611:23, 2613:1,
2613:12, 2760:11,
2761:25
**FILLED** [3] - 2649:10,
2649:25, 2692:5
**FILLING** [1] - 2755:22
**FINAL** [2] - 2638:16,
2638:25
**FINALLY** [9] -
2661:15, 2682:2,
2682:3, 2718:7,
2722:3, 2735:12,
2745:22, 2748:22,
2761:15
**FIND** [14] - 2557:9,
2558:15, 2558:19,
2586:24, 2591:5,
2629:13, 2630:13,
2632:9, 2675:14,
2690:14, 2714:3,
2746:7, 2746:9
**FINDINGS** [1] -
2717:17
**FINE** [11] - 2558:16,
2595:12, 2595:15,
2638:10, 2645:7,
2677:21, 2677:22,
2694:24, 2704:20,
2739:2
**FINISH** [4] - 2599:5,
2626:2, 2703:5,
2739:6
**FINISHED** [5] -
2626:3, 2655:17,
2700:7, 2701:17,
2711:17
**FIRM** [9] - 2541:19,
2542:11, 2542:18,
2543:3, 2566:8,
2568:21, 2568:25,
2569:2, 2569:15

**HOURLY TRANSCRIPT**

**FIRST** [36] - 2546:13, 2556:4, 2559:22, 2567:16, 2578:15, 2581:14, 2584:8, 2585:1, 2586:3, 2616:3, 2621:24, 2626:7, 2631:10, 2635:20, 2641:8, 2647:20, 2652:5, 2657:4, 2671:1, 2682:6, 2693:10, 2717:20, 2724:25, 2725:2, 2725:22, 2727:14, 2730:3, 2735:17, 2737:19, 2738:17, 2753:16, 2753:17, 2754:7, 2758:9

**FIT** [2] - 2728:13, 2732:14

**FITZGERALD** [1] - 2726:18

**FIVE** [21] - 2611:16, 2615:13, 2636:4, 2636:10, 2654:16, 2654:23, 2659:21, 2690:15, 2699:13, 2699:23, 2702:15, 2717:19, 2720:9, 2731:22, 2736:19, 2743:12, 2743:14, 2743:15, 2749:7, 2753:6, 2754:25

**FIX** [1] - 2624:20

**FIXED** [4] - 2725:4, 2726:2, 2728:12, 2731:15

**FL** [1] - 2542:23

**FLANGE** [1] - 2598:15

**FLAT** [1] - 2680:17

**FLAWED** [1] - 2581:20

**FLIP** [2] - 2663:21

**FLOOD** [22] - 2560:4, 2560:20, 2564:6, 2564:15, 2570:21, 2571:8, 2572:10, 2573:7, 2586:7, 2587:7, 2588:23, 2625:10, 2642:2, 2679:6, 2679:11, 2687:17, 2689:25, 2690:5, 2718:8, 2721:15, 2729:14, 2743:15

**FLOODED** [1] - 2625:12

**FLOODGATE** [1] - 2672:13

**FLOODGATES** [5] - 2672:6, 2672:24,

2674:12, 2687:20, 2688:18

**FLOODING** [21] - 2622:10, 2637:20, 2714:22, 2717:21, 2717:24, 2718:5, 2718:11, 2718:13, 2718:16, 2718:19, 2718:21, 2718:22, 2730:12, 2730:15, 2749:9, 2754:24, 2755:25, 2757:14, 2757:20, 2758:6, 2758:17

**FLOODS** [2] - 2754:2, 2755:2

**FLOODWALL** [122] - 2559:25, 2560:2, 2560:5, 2560:8, 2560:15, 2560:25, 2561:2, 2562:20, 2568:14, 2568:15, 2569:22, 2570:10, 2572:19, 2574:20, 2575:11, 2575:22, 2575:24, 2576:12, 2576:13, 2576:17, 2576:24, 2577:8, 2584:1, 2584:7, 2584:10, 2584:18, 2584:25, 2585:6, 2585:9, 2588:3, 2588:17, 2589:13, 2590:16, 2593:13, 2593:19, 2594:4, 2594:23, 2594:25, 2596:5, 2596:8, 2598:7, 2598:10, 2601:19, 2602:5, 2635:9, 2637:14, 2637:18, 2640:19, 2640:23, 2640:25, 2641:4, 2650:16, 2650:18, 2652:1, 2658:16, 2658:18, 2660:3, 2660:24, 2661:23, 2664:25, 2665:12, 2667:8, 2667:17, 2667:20, 2668:15, 2668:16, 2668:18, 2669:16, 2669:19, 2670:1, 2670:2, 2671:3, 2672:7, 2672:9, 2672:10, 2672:17, 2672:21, 2673:19, 2674:12, 2676:13, 2676:17, 2676:19, 2676:20, 2676:21, 2676:24, 2677:25, 2678:5, 2678:6,

2678:7, 2678:22, 2679:3, 2679:4, 2679:6, 2679:10, 2679:19, 2679:20, 2679:25, 2680:10, 2684:11, 2686:25, 2687:1, 2687:23, 2688:4, 2688:7, 2688:18, 2688:19, 2689:1, 2690:1, 2691:19, 2721:2, 2723:13, 2723:23, 2724:6, 2724:14, 2724:15, 2733:8, 2733:9, 2738:13, 2741:4, 2745:5

**FLOODWALL'S** [1] - 2660:16

**FLOODWALLS** [25] - 2567:24, 2568:8, 2573:20, 2574:9, 2583:3, 2583:4, 2584:2, 2584:23, 2644:22, 2650:5, 2651:13, 2680:3, 2684:12, 2688:14, 2723:12, 2731:13, 2733:6, 2733:23, 2743:21, 2744:3, 2744:5, 2749:6, 2751:4, 2752:17, 2759:6

**FLOODWATER** [1] - 2727:9

**FLOODWATERS** [8] - 2726:22, 2726:23, 2729:12, 2729:18, 2731:24, 2751:18, 2758:8, 2760:22

**FLOOR** [1] - 2717:16

**FLORIDA** [17] - 2542:15, 2640:8, 2660:4, 2660:24, 2667:18, 2668:17, 2669:6, 2669:13, 2672:22, 2682:21, 2682:23, 2683:3, 2724:13, 2740:12, 2741:9, 2742:24, 2749:6

**FLOW** [21] - 2588:4, 2692:4, 2695:9, 2715:20, 2717:3, 2719:19, 2719:23, 2721:25, 2728:19, 2731:1, 2731:8, 2731:19, 2733:13, 2739:4, 2750:6, 2751:9, 2756:24, 2757:3, 2758:10,

2758:16, 2760:6

**FLOW-3D** [6] - 2718:22, 2719:18, 2721:19, 2722:3, 2730:15, 2749:9

**FLOWS** [4] - 2722:5, 2728:22, 2731:4

**FLUID** [3] - 2693:25, 2696:4, 2719:22

**FOCUS** [4] - 2631:2, 2653:11, 2683:25, 2693:22

**FOCUSED** [1] - 2690:9

**FOCUSING** [2] - 2670:21, 2678:20

**FOLKS** [1] - 2636:9

**FOLLOW** [7] - 2567:15, 2581:2, 2620:12, 2626:22, 2630:4, 2722:12, 2742:15

**FOLLOW-UP** [3] - 2567:15, 2626:22, 2630:4

**FOLLOWING** [5] - 2592:4, 2620:13, 2627:24, 2636:21, 2755:4

**FOLLOWS** [4] - 2546:14, 2657:5, 2668:14, 2693:11

**FOOT** [24] - 2551:20, 2590:1, 2619:4, 2654:17, 2678:25, 2714:16, 2715:24, 2718:2, 2732:7, 2732:9, 2732:20, 2732:21, 2735:23, 2736:2, 2736:6, 2746:11, 2747:18, 2757:16, 2758:1, 2759:13, 2760:5, 2760:25, 2761:23

**FOOTPRINT** [1] - 2640:16

**FOR** [216] - 2541:15, 2543:11, 2544:3, 2546:20, 2547:1, 2549:13, 2549:19, 2550:7, 2557:4, 2557:21, 2557:24, 2558:7, 2558:14, 2558:15, 2559:23, 2560:14, 2562:2, 2562:4, 2562:5, 2562:19, 2565:5, 2567:9, 2568:5, 2568:24, 2569:3, 2570:19, 2571:3,

2573:6, 2573:12, 2574:2, 2576:20, 2576:23, 2578:20, 2582:10, 2582:11, 2582:16, 2584:2, 2585:7, 2585:12, 2585:15, 2585:19, 2587:8, 2587:16, 2588:20, 2590:5, 2591:22, 2591:24, 2591:25, 2593:14, 2594:20, 2594:24, 2595:4, 2596:3, 2596:14, 2596:15, 2596:16, 2596:24, 2596:25, 2597:4, 2597:9, 2597:15, 2599:20, 2602:18, 2603:25, 2604:1, 2608:18, 2610:5, 2610:16, 2612:17, 2612:25, 2613:4, 2614:7, 2614:9, 2614:12, 2615:5, 2615:15, 2618:10, 2618:20, 2619:3, 2619:7, 2619:20, 2620:8, 2620:22, 2622:3, 2622:6, 2623:3, 2623:19, 2625:18, 2625:21, 2626:23, 2627:24, 2629:21, 2630:11, 2633:8, 2634:1, 2634:14, 2635:25, 2636:9, 2636:19, 2636:22, 2637:9, 2637:23, 2639:8, 2639:14, 2639:21, 2640:1, 2640:2, 2640:10, 2642:12, 2642:16, 2642:21, 2644:10, 2644:19, 2646:2, 2648:18, 2650:9, 2650:15, 2650:16, 2650:17, 2650:21, 2650:23, 2651:7, 2651:18, 2653:24, 2654:2, 2655:14, 2656:7, 2657:7, 2662:2, 2665:25, 2667:2, 2667:17, 2668:8, 2668:10, 2668:16, 2668:23, 2671:17, 2671:22, 2672:12, 2682:5, 2685:17, 2688:6, 2692:21, 2693:13, 2695:15, 2696:13, 2696:24, 2697:10, 2697:16,

2697:19, 2698:12, 2700:1, 2700:3, 2700:22, 2700:25, 2701:11, 2701:13, 2703:19, 2707:10, 2709:3, 2710:11, 2713:18, 2714:15, 2714:22, 2714:25, 2715:2, 2718:22, 2719:15, 2719:21, 2719:22, 2720:2, 2720:14, 2721:12, 2721:21, 2722:20, 2723:6, 2723:16, 2723:21, 2724:10, 2725:22, 2726:6, 2726:7, 2726:21, 2727:16, 2729:19, 2730:6, 2731:19, 2733:3, 2733:4, 2734:21, 2737:5, 2737:11, 2737:23, 2738:15, 2738:16, 2739:21, 2741:14, 2744:23, 2746:3, 2749:16, 2749:25, 2751:8, 2751:19, 2755:16, 2758:9, 2758:16, 2759:9, 2759:11

**FORCE** [1] - 2720:16
**FORCES** [1] - 2696:14
**FORCING** [1] - 2720:23
**FORECAST** [1] - 2748:14
**FORECASTING** [3] - 2707:5, 2714:11, 2748:14
**FORGIVE** [2] - 2553:6, 2710:15
**FORM** [2] - 2640:14, 2681:4
**FORMAL** [1] - 2717:5
**FORMER** [1] - 2641:1
**FORMULAS** [2] - 2714:15, 2715:2
**FORTH** [9] - 2586:5, 2587:6, 2589:12, 2625:20, 2744:7, 2744:14, 2746:25, 2751:5, 2752:4
**FORTUNATELY** [1] - 2723:8
**FORWARD** [1] - 2557:3
**FOUND** [6] - 2546:23, 2565:20, 2627:5, 2628:17, 2690:10, 2717:24

**FOUNDED** [1] - 2697:9
**FOUR** [22] - 2606:10, 2614:11, 2653:1, 2654:16, 2654:17, 2659:15, 2659:16, 2659:20, 2659:21, 2663:25, 2673:25, 2674:8, 2696:23, 2697:11, 2702:12, 2712:19, 2723:2, 2735:17, 2748:2, 2749:7, 2753:22, 2758:17
**FOUR-AND-A-HALF-YEAR** [1] - 2653:1
**FOUR-FOOT** [1] - 2654:17
**FOUR-LANE** [2] - 2673:25, 2674:8
**FOURTH** [1] - 2718:4
**FOX** [2] - 2727:24, 2729:9
**FRAME** [2] - 2633:3, 2652:2
**FRANCE** [11] - 2671:20, 2672:11, 2672:16, 2672:22, 2673:5, 2673:11, 2673:24, 2674:3, 2674:7, 2687:21, 2689:13
**FRANK** [2] - 2542:11, 2682:16
**FRANKLIN** [1] - 2544:7
**FRANKLY** [2] - 2704:7, 2712:6
**FREAK** [1] - 2744:20
**FREQUENCIES** [3] - 2734:5, 2734:7, 2734:11
**FREQUENCY** [4] - 2696:12, 2734:5, 2734:6, 2745:13
**FRERET** [1] - 2542:19
**FRICTION** [2] - 2720:15, 2720:16
**FRIEND** [1] - 2636:4
**FROM** [178] - 2549:14, 2550:15, 2550:17, 2551:4, 2553:1, 2554:11, 2557:3, 2559:24, 2560:1, 2560:4, 2560:7, 2560:20, 2563:6, 2564:12, 2564:20, 2569:11, 2575:10, 2575:22, 2576:12, 2576:24, 2577:8,

2582:19, 2584:22, 2588:3, 2589:18, 2592:5, 2592:7, 2594:13, 2594:23, 2594:25, 2595:15, 2595:25, 2596:5, 2598:7, 2601:24, 2602:5, 2604:3, 2605:21, 2610:3, 2610:12, 2613:8, 2617:13, 2622:9, 2622:10, 2622:15, 2623:25, 2624:5, 2624:7, 2624:18, 2625:7, 2625:8, 2625:10, 2625:12, 2626:19, 2627:24, 2628:23, 2630:25, 2633:11, 2634:23, 2635:10, 2635:11, 2636:4, 2640:25, 2643:4, 2647:10, 2647:25, 2648:20, 2648:24, 2651:11, 2652:20, 2654:18, 2654:24, 2656:6, 2658:19, 2659:22, 2660:1, 2660:22, 2661:2, 2662:2, 2663:5, 2664:22, 2667:17, 2667:18, 2668:11, 2668:12, 2668:16, 2669:3, 2670:7, 2671:18, 2671:23, 2673:11, 2674:3, 2675:25, 2676:6, 2676:8, 2676:21, 2677:6, 2677:13, 2678:5, 2679:5, 2680:23, 2682:1, 2682:19, 2686:5, 2689:13, 2689:22, 2696:19, 2697:6, 2697:13, 2698:10, 2698:11, 2698:14, 2699:5, 2700:20, 2703:11, 2708:8, 2708:16, 2709:19, 2709:21, 2709:22, 2714:9, 2715:5, 2715:7, 2718:16, 2722:25, 2726:8, 2726:11, 2728:4, 2728:23, 2729:10, 2729:12, 2729:13, 2730:2, 2730:15, 2731:2, 2731:3, 2731:11, 2734:17, 2734:24, 2735:13, 2735:15, 2736:2, 2736:6,

2737:12, 2737:13, 2737:21, 2738:10, 2738:23, 2740:14, 2741:16, 2741:23, 2742:3, 2742:14, 2743:3, 2743:21, 2744:1, 2744:17, 2748:7, 2748:8, 2749:12, 2749:18, 2750:4, 2752:23, 2753:2, 2753:3, 2753:13, 2755:3, 2755:22, 2755:24, 2759:5, 2759:21, 2760:21
**FRONT** [3] - 2639:4, 2679:3, 2738:13
**FRUGE** [1] - 2542:4
**FULL** [1] - 2704:14
**FULLY** [4] - 2611:21, 2613:7, 2721:4, 2727:16
**FUNCTION** [1] - 2728:4
**FUNDAMENTAL** [2] - 2569:2, 2569:16
**FURTHER** [10] - 2550:23, 2603:7, 2653:14, 2662:6, 2665:13, 2677:10, 2687:9, 2692:9, 2740:23, 2741:6

## G

**GALVEZ** [5] - 2648:20, 2648:25, 2649:2, 2649:24, 2650:6
**GAME** [1] - 2711:16
**GANDER** [3] - 2711:19, 2711:21, 2711:25
**GAP** [3] - 2579:7, 2579:11, 2754:1
**GAPS** [1] - 2579:8
**GATE** [2] - 2673:13, 2683:19
**GATELY** [2] - 2577:5, 2613:9
**GATES** [2] - 2688:3, 2688:6
**GATHERED** [2] - 2634:23, 2732:6
**GAUGES** [1] - 2686:13
**GAVE** [10] - 2558:3, 2574:16, 2593:25, 2595:14, 2639:8, 2639:20, 2640:1, 2728:10, 2729:7,

2729:8
**GENERAL** [9] - 2570:14, 2587:15, 2587:18, 2588:18, 2593:25, 2626:24, 2627:2, 2641:3
**GENERALLY** [8] - 2590:6, 2601:16, 2609:16, 2609:20, 2614:8, 2627:18, 2644:10
**GENERATE** [1] - 2735:4
**GENERATION** [5] - 2709:14, 2734:1, 2735:16, 2737:9, 2739:22
**GENTLEMAN** [1] - 2610:22
**GEOLOCATED** [1] - 2633:18
**GEOLOGIST** [8] - 2550:13, 2562:13, 2563:17, 2563:19, 2563:23, 2634:7, 2636:19, 2637:9
**GEOLOGISTS** [2] - 2549:21, 2549:22
**GEOMETRY** [1] - 2750:2
**GEOPHYSICAL** [1] - 2698:20
**GEORGE** [2] - 2563:14, 2653:20
**GEOTECH** [3] - 2592:5, 2595:6, 2596:25
**GEOTECHNICAL** [37] - 2548:18, 2549:12, 2562:4, 2562:8, 2562:10, 2563:2, 2563:7, 2563:12, 2566:11, 2566:14, 2566:24, 2567:11, 2567:17, 2567:23, 2568:4, 2572:23, 2573:21, 2573:22, 2574:10, 2574:22, 2575:4, 2576:20, 2576:21, 2583:2, 2585:20, 2591:22, 2592:7, 2593:2, 2593:12, 2594:5, 2594:18, 2595:4, 2597:17, 2612:24, 2643:5, 2650:9, 2651:12
**GET** [63] - 2551:3, 2553:21, 2560:20, 2575:15, 2575:16,

2578:2, 2581:16, 2584:13, 2585:8, 2586:18, 2598:18, 2599:4, 2599:14, 2604:1, 2608:18, 2608:23, 2610:23, 2622:12, 2625:16, 2625:19, 2645:12, 2663:9, 2664:21, 2665:7, 2665:8, 2673:23, 2690:18, 2691:7, 2694:2, 2705:25, 2706:24, 2707:1, 2709:18, 2711:20, 2719:18, 2721:20, 2722:12, 2730:15, 2733:10, 2736:21, 2738:3, 2740:21, 2741:19, 2742:11, 2742:24, 2743:19, 2744:19, 2745:22, 2745:25, 2746:14, 2747:13, 2748:16, 2751:17, 2751:22, 2753:11, 2753:25, 2755:8, 2755:19, 2756:15, 2759:9, 2759:25, 2761:4, 2761:15

**GETS** [12] - 2596:12, 2609:5, 2730:5, 2730:9, 2752:25, 2754:5, 2754:6, 2754:7, 2755:20, 2757:12, 2760:15, 2761:16

**GETTING** [12] - 2596:13, 2635:13, 2645:11, 2654:23, 2665:17, 2692:14, 2706:21, 2725:12, 2745:21, 2753:16, 2753:17, 2761:5

**GIVE** [22] - 2546:9, 2607:11, 2607:14, 2614:22, 2614:24, 2628:14, 2648:23, 2656:25, 2658:12, 2658:14, 2666:3, 2684:13, 2693:6, 2700:13, 2706:16, 2719:9, 2722:7, 2727:1, 2728:13, 2750:23, 2752:5

**GIVEN** [8] - 2549:18, 2557:15, 2558:6, 2659:5, 2660:11, 2665:18, 2696:10, 2749:24

**GIVES** [4] - 2619:23,

2702:1, 2730:18, 2750:5

**GIVING** [4] - 2556:9, 2558:9, 2711:10, 2731:12

**GIWW** [15] - 2719:16, 2721:12, 2733:19, 2733:20, 2735:13, 2735:17, 2736:5, 2737:5, 2737:12, 2737:13, 2739:22, 2740:8, 2740:25, 2743:3, 2745:7

**GLAD** [1] - 2682:10

**GLENDALE** [1] - 2657:13

**GLOBAL** [2] - 2633:19, 2746:11

**GO** [80] - 2551:12, 2552:8, 2552:25, 2554:16, 2557:9, 2558:24, 2567:8, 2567:14, 2578:24, 2579:24, 2584:9, 2587:2, 2587:21, 2589:16, 2590:13, 2591:9, 2591:13, 2592:19, 2593:18, 2598:12, 2599:7, 2602:16, 2608:7, 2611:3, 2617:5, 2617:6, 2626:7, 2628:11, 2629:25, 2630:2, 2630:4, 2635:2, 2635:20, 2640:8, 2645:13, 2646:12, 2646:14, 2653:11, 2653:14, 2658:15, 2659:14, 2662:6, 2663:22, 2664:5, 2664:12, 2671:20, 2672:10, 2673:21, 2675:13, 2677:5, 2677:19, 2683:3, 2687:9, 2687:15, 2689:4, 2691:4, 2692:17, 2692:18, 2693:2, 2694:5, 2694:18, 2696:10, 2705:19, 2712:1, 2712:7, 2722:25, 2724:6, 2724:24, 2733:5, 2736:17, 2737:25, 2743:14, 2745:21, 2747:17, 2755:23, 2758:22, 2760:2

**GOD** [3] - 2546:10, 2657:1, 2693:7

**GOES** [12] - 2584:6,

2661:3, 2661:4, 2672:13, 2672:18, 2684:1, 2689:5, 2703:24, 2722:13, 2743:15, 2755:10, 2758:1

**GOING** [83] - 2557:16, 2558:17, 2563:8, 2565:8, 2577:11, 2586:24, 2589:18, 2596:1, 2599:4, 2599:21, 2607:24, 2619:13, 2622:25, 2623:21, 2629:23, 2631:2, 2631:9, 2633:14, 2636:8, 2637:22, 2638:12, 2639:3, 2640:7, 2645:3, 2648:22, 2651:2, 2656:19, 2662:15, 2663:9, 2664:21, 2665:2, 2665:7, 2665:16, 2667:10, 2669:3, 2669:17, 2672:24, 2676:20, 2681:4, 2683:2, 2685:18, 2689:13, 2692:24, 2695:15, 2695:17, 2702:2, 2703:7, 2703:23, 2703:24, 2705:18, 2706:25, 2708:14, 2711:23, 2713:14, 2713:19, 2717:15, 2719:19, 2721:16, 2722:10, 2728:19, 2730:3, 2731:4, 2733:5, 2733:10, 2733:15, 2737:21, 2739:13, 2740:11, 2741:12, 2742:3, 2742:21, 2742:22, 2742:23, 2744:16, 2745:1, 2745:14, 2748:23, 2749:10, 2749:20, 2758:11, 2759:4

**GONE** [2] - 2726:9, 2747:18

**GOOD** [14] - 2546:17, 2546:18, 2572:12, 2598:23, 2682:16, 2692:19, 2692:20, 2693:18, 2694:19, 2706:17, 2716:2, 2724:18, 2731:11, 2740:13

**GOOSE** [4] - 2703:19, 2711:19, 2711:20, 2711:21

**GOT** [50] - 2552:16, 2555:5, 2555:11, 2584:23, 2585:9, 2598:25, 2599:3, 2600:1, 2603:18, 2605:10, 2618:22, 2629:22, 2649:22, 2655:4, 2659:18, 2663:13, 2665:8, 2665:10, 2666:25, 2667:3, 2668:25, 2669:7, 2675:7, 2677:15, 2678:24, 2686:15, 2686:24, 2687:23, 2687:24, 2689:10, 2690:25, 2691:1, 2694:1, 2697:21, 2707:6, 2720:9, 2721:22, 2724:23, 2725:23, 2727:25, 2728:6, 2728:14, 2731:16, 2738:23, 2744:15, 2748:23, 2748:24, 2748:25, 2753:10

**GOVERNMENT** [14] - 2565:10, 2571:19, 2571:23, 2574:1, 2627:9, 2627:10, 2682:6, 2682:7, 2699:9, 2699:12, 2699:19, 2699:20

**GPS** [8] - 2633:25, 2634:20, 2634:22, 2634:25, 2635:4, 2636:18, 2636:22, 2637:5

**GRADING** [1] - 2743:10

**GRADUATE** [1] - 2697:12

**GRAPH** [4] - 2723:25, 2740:4, 2740:14, 2740:15

**GRAPHIC** [1] - 2610:17

**GRASS** [4] - 2680:14, 2680:19, 2680:20, 2680:21

**GRAY** [1] - 2742:14

**GREAT** [3] - 2555:12, 2602:23, 2652:15

**GREATER** [2] - 2593:21, 2598:1

**GREEN** [20] - 2675:14, 2675:15, 2675:17, 2676:11, 2678:3, 2678:4, 2678:9, 2679:21, 2686:25, 2687:7, 2687:8,

2689:23, 2691:19, 2723:22, 2727:22, 2728:10, 2729:7, 2741:3, 2757:24, 2761:8

**GRID** [10] - 2615:12, 2621:15, 2633:17, 2719:7, 2719:9, 2722:9, 2722:19, 2737:20, 2740:3, 2740:20

**GRIDDED** [1] - 2722:17

**GRIDS** [3] - 2719:8, 2722:20, 2722:25

**GROUND** [4] - 2605:4, 2606:1, 2631:16, 2631:23

**GROUNDS** [1] - 2581:10

**GROUNDWATER** [2] - 2579:3, 2579:21

**GROUNDWORK** [1] - 2711:15

**GROUP** [19] - 2543:11, 2579:2, 2622:8, 2625:9, 2625:11, 2625:14, 2632:23, 2633:12, 2646:5, 2647:5, 2652:9, 2656:13, 2692:22, 2692:23, 2695:1, 2697:11, 2701:20, 2717:1, 2746:14

**GROUTED** [1] - 2649:11

**GROW** [4] - 2734:6, 2734:12, 2738:7, 2738:8

**GROWN** [1] - 2747:20

**GROWS** [1] - 2734:2

**GROWTH** [4] - 2733:19, 2734:18, 2735:2, 2738:3

**GUESS** [5] - 2581:22, 2599:6, 2663:7, 2709:9, 2754:5

**GUIDELINE** [1] - 2564:13

**GUIDELINES** [2] - 2564:4, 2587:15

**GUILLORY** [45] - 2546:12, 2546:17, 2548:5, 2550:5, 2551:17, 2553:25, 2556:4, 2558:12, 2558:15, 2558:18, 2559:2, 2561:25, 2564:3, 2564:22,

2568:13, 2570:8, 2572:21, 2575:13, 2576:2, 2577:24, 2582:14, 2582:22, 2584:14, 2585:24, 2589:11, 2592:12, 2592:25, 2595:3, 2597:19, 2601:14, 2602:14, 2607:19, 2609:11, 2610:21, 2614:2, 2623:14, 2625:5, 2629:19, 2630:21, 2633:7, 2643:8, 2645:20, 2646:17, 2650:5

**GUILLORY'S** [1] - 2547:19

**GUILLORY**................ ........................ [1] - 2545:5

**GUILTY** [1] - 2557:25

**GULF** [8] - 2645:22, 2676:6, 2676:7, 2718:17, 2720:20, 2722:8, 2722:10, 2722:14

**GULOTTA** [1] - 2543:13

**GUYS** [1] - 2681:1

## H

**HAD** [87] - 2548:5, 2548:17, 2561:22, 2565:6, 2565:10, 2566:14, 2568:9, 2571:14, 2572:5, 2572:9, 2573:25, 2577:11, 2577:13, 2578:4, 2580:20, 2581:8, 2583:14, 2586:6, 2586:10, 2589:12, 2599:3, 2601:9, 2602:2, 2610:17, 2616:15, 2617:5, 2619:12, 2619:17, 2626:11, 2626:17, 2634:24, 2636:15, 2637:16, 2640:14, 2649:25, 2651:16, 2651:25, 2652:23, 2665:7, 2665:9, 2675:6, 2675:7, 2675:8, 2675:15, 2675:17, 2678:5, 2679:21, 2680:14, 2680:19, 2680:20, 2680:21, 2680:23, 2686:13, 2691:15, 2691:22,

2692:2, 2692:6, 2700:12, 2703:14, 2703:25, 2704:2, 2704:8, 2706:16, 2711:12, 2718:12, 2721:9, 2721:10, 2723:8, 2725:18, 2726:4, 2726:5, 2726:8, 2726:9, 2726:11, 2727:14, 2728:10, 2728:20, 2728:21, 2728:24, 2747:19, 2750:1, 2756:5, 2757:6, 2758:18

**HADN'T** [2] - 2678:14, 2684:18

**HALE** [1] - 2647:7

**HALF** [23] - 2550:15, 2550:16, 2551:1, 2551:3, 2551:5, 2551:7, 2599:25, 2606:10, 2653:1, 2724:21, 2727:16, 2732:8, 2732:21, 2735:23, 2736:2, 2736:6, 2737:16, 2737:19, 2738:5, 2747:22, 2748:1, 2748:18

**HALFWAY** [2] - 2580:10, 2736:18

**HALL** [1] - 2697:17

**HAMP'S** [2] - 2602:9, 2602:11

**HAND** [12] - 2546:8, 2552:22, 2553:12, 2582:9, 2626:8, 2645:6, 2656:24, 2685:19, 2686:3, 2693:5, 2704:23, 2717:16

**HANDFUL** [1] - 2621:4

**HANDHELD** [2] - 2633:25, 2634:25

**HANDWRITING** [1] - 2637:15

**HANDWRITTEN** [1] - 2635:8

**HANGS** [1] - 2753:24

**HAPPEN** [3] - 2590:16, 2590:22, 2658:11

**HAPPENED** [13] - 2548:12, 2603:14, 2620:10, 2630:10, 2650:2, 2653:5, 2689:2, 2689:7, 2727:18, 2736:3, 2752:19, 2758:18,

2760:14

**HAPPENING** [3] - 2732:16, 2736:5, 2760:20

**HAPPENS** [2] - 2664:18, 2664:24

**HAPPY** [6] - 2554:14, 2558:22, 2574:3, 2594:14, 2642:23, 2704:23

**HARBOR** [7] - 2658:17, 2658:19, 2670:1, 2670:3, 2679:7, 2696:20, 2723:22

**HARD** [6] - 2558:8, 2690:22, 2699:1, 2724:1, 2753:12, 2754:20

**HARM** [3] - 2568:7, 2572:16, 2583:22

**HARMING** [1] - 2560:25

**HAS** [55] - 2547:20, 2555:9, 2558:3, 2558:5, 2568:19, 2568:20, 2576:19, 2579:8, 2581:18, 2587:10, 2588:12, 2608:1, 2610:6, 2610:11, 2627:11, 2631:17, 2642:16, 2644:8, 2655:3, 2656:17, 2662:18, 2665:18, 2682:5, 2685:22, 2692:25, 2695:1, 2700:18, 2701:12, 2714:23, 2716:12, 2716:22, 2718:13, 2719:1, 2719:21, 2720:23, 2721:12, 2730:4, 2732:10, 2734:1, 2735:1, 2736:14, 2740:2, 2741:3, 2741:4, 2743:13, 2747:18, 2747:20, 2749:12, 2749:25, 2755:12, 2755:13, 2758:17, 2760:14

**HASN'T** [1] - 2758:18

**HATE** [2] - 2554:16, 2675:13

**HAUL** [6] - 2622:4, 2622:15, 2623:23, 2625:13, 2639:23, 2639:24

**HAULING** [1] - 2626:1

**HAVE** [268] - 2547:24, 2548:1, 2549:8,

2549:9, 2550:13, 2550:15, 2550:16, 2551:15, 2551:16, 2552:1, 2553:3, 2553:6, 2553:21, 2554:11, 2554:15, 2554:16, 2554:19, 2555:22, 2556:1, 2556:16, 2556:21, 2557:6, 2557:8, 2557:11, 2557:16, 2558:8, 2558:9, 2558:12, 2560:21, 2561:12, 2561:18, 2563:20, 2567:4, 2567:8, 2570:9, 2573:13, 2573:20, 2574:8, 2574:24, 2575:21, 2576:11, 2576:12, 2576:25, 2577:1, 2577:2, 2577:13, 2577:15, 2579:6, 2579:9, 2582:17, 2583:11, 2583:16, 2586:1, 2587:9, 2587:23, 2588:2, 2588:3, 2588:5, 2588:10, 2589:1, 2589:20, 2590:24, 2593:21, 2595:6, 2596:21, 2597:2, 2603:23, 2605:13, 2606:5, 2606:15, 2607:19, 2607:25, 2609:12, 2610:18, 2613:3, 2616:20, 2616:23, 2617:3, 2619:4, 2620:3, 2620:11, 2620:14, 2620:19, 2620:25, 2621:5, 2622:25, 2624:14, 2626:25, 2627:21, 2629:4, 2629:11, 2630:1, 2631:24, 2632:2, 2632:7, 2632:11, 2634:10, 2636:3, 2637:2, 2637:17, 2638:10, 2638:16, 2639:14, 2642:21, 2643:10, 2644:5, 2645:1, 2645:3, 2645:16, 2649:23, 2652:10, 2655:14, 2655:18, 2656:8, 2656:16, 2656:22, 2657:16, 2657:19, 2658:9, 2659:5, 2659:6, 2660:7, 2660:8, 2661:6, 2662:3,

2662:4, 2662:8, 2662:14, 2663:2, 2663:12, 2663:17, 2663:24, 2665:12, 2665:14, 2665:21, 2666:8, 2667:8, 2670:18, 2670:22, 2671:7, 2671:16, 2672:20, 2674:24, 2678:7, 2679:14, 2679:16, 2681:2, 2682:7, 2682:10, 2685:7, 2685:8, 2687:11, 2690:20, 2690:24, 2691:7, 2691:11, 2691:23, 2692:6, 2692:9, 2693:1, 2694:3, 2694:16, 2695:12, 2697:14, 2697:22, 2698:2, 2698:8, 2698:15, 2699:5, 2699:7, 2699:13, 2699:23, 2700:19, 2700:20, 2701:22, 2702:5, 2702:8, 2706:18, 2708:12, 2710:1, 2710:13, 2710:20, 2711:11, 2713:22, 2713:23, 2714:17, 2714:19, 2714:20, 2715:17, 2715:19, 2716:10, 2716:14, 2717:6, 2717:8, 2717:15, 2718:8, 2718:14, 2719:10, 2719:11, 2719:20, 2720:10, 2720:11, 2720:13, 2720:14, 2721:14, 2721:16, 2723:9, 2723:11, 2723:15, 2723:17, 2724:4, 2724:5, 2724:8, 2724:14, 2730:5, 2731:5, 2731:8, 2732:12, 2733:8, 2734:7, 2734:15, 2739:1, 2739:3, 2739:10, 2739:25, 2740:13, 2741:10, 2742:2, 2743:25, 2744:5, 2744:17, 2744:19, 2744:20, 2744:23, 2745:8, 2745:9, 2746:10, 2746:11, 2746:20, 2746:25, 2747:2, 2747:5, 2749:3, 2751:15, 2751:19, 2751:22, 2751:25,

2753:15, 2753:16, 2753:19, 2754:12, 2755:23, 2755:24, 2756:11, 2758:9, 2758:22, 2758:25, 2759:20, 2760:8, 2760:13

**HAVEN'T** [5] - 2556:15, 2610:15, 2616:14, 2685:25, 2704:9

**HAVING** [10] - 2552:16, 2616:6, 2640:1, 2666:5, 2677:1, 2712:5, 2719:10, 2733:13, 2759:14, 2761:8

**HE** [79] - 2548:14, 2558:5, 2558:6, 2558:9, 2563:15, 2563:16, 2563:22, 2563:23, 2563:25, 2571:16, 2576:1, 2576:4, 2576:5, 2581:4, 2581:6, 2581:9, 2581:18, 2584:21, 2595:4, 2595:9, 2595:14, 2595:15, 2599:5, 2607:12, 2608:1, 2608:2, 2618:2, 2620:11, 2624:10, 2625:18, 2625:23, 2642:16, 2642:21, 2645:5, 2645:18, 2646:10, 2647:2, 2647:4, 2647:17, 2649:17, 2650:1, 2652:20, 2656:17, 2658:14, 2664:22, 2664:23, 2665:18, 2665:24, 2666:17, 2666:18, 2667:7, 2675:7, 2679:13, 2684:22, 2684:23, 2690:10, 2692:17, 2692:25, 2703:15, 2703:16, 2706:21, 2707:11, 2707:15, 2712:17, 2748:4, 2748:5, 2748:6, 2749:4

**HE'LL** [2] - 2656:7, 2656:18

**HE'S** [21] - 2548:1, 2563:15, 2563:17, 2595:3, 2595:8, 2595:15, 2599:21, 2656:6, 2656:19, 2663:13, 2681:5,

2692:24, 2705:18, 2707:9, 2711:19, 2711:21, 2749:5, 2749:7

**HEAD** [3] - 2590:7, 2596:19, 2643:22

**HEADING** [2] - 2601:24, 2753:20

**HEADS** [3] - 2669:19, 2669:20

**HEAR** [1] - 2725:15

**HEARD** [7] - 2541:12, 2573:11, 2580:20, 2664:23, 2686:24, 2717:19, 2732:19

**HEARING** [2] - 2682:12, 2711:12

**HEATHER** [1] - 2543:12

**HEAVY** [1] - 2560:15

**HEIGHT** [37] - 2631:22, 2632:12, 2667:13, 2682:20, 2682:22, 2684:14, 2685:1, 2703:11, 2712:24, 2714:13, 2724:14, 2733:13, 2739:24, 2740:2, 2744:13, 2744:25, 2745:1, 2745:4, 2745:5, 2745:8, 2745:9, 2745:13, 2745:20, 2745:23, 2746:13, 2746:17, 2746:18, 2746:23, 2747:8, 2747:9, 2747:12, 2747:20, 2747:21, 2748:18, 2748:19, 2748:25

**HEIGHTS** [14] - 2632:2, 2658:17, 2686:11, 2706:10, 2715:1, 2721:3, 2725:10, 2729:6, 2737:18, 2737:22, 2745:12, 2746:6, 2746:22, 2747:4

**HELD** [3] - 2657:19, 2680:10, 2711:1

**HELP** [14] - 2546:10, 2558:19, 2586:22, 2586:24, 2586:25, 2591:7, 2591:11, 2628:16, 2642:24, 2657:1, 2658:14, 2686:12, 2693:7, 2704:25

**HELPED** [1] - 2641:23

**HELPFUL** [2] - 2723:16, 2739:11

**HELPS** [1] - 2682:11

**HENCE** [1] - 2728:25

**HER** [9] - 2595:19, 2634:12, 2634:13, 2635:8, 2637:8, 2637:14, 2637:15

**HERE** [104] - 2547:21, 2547:22, 2548:1, 2548:14, 2550:10, 2550:13, 2550:20, 2551:16, 2551:22, 2552:24, 2553:12, 2554:11, 2555:4, 2556:4, 2557:17, 2558:15, 2559:12, 2569:1, 2569:14, 2577:7, 2578:3, 2578:19, 2579:25, 2582:4, 2584:21, 2593:5, 2594:24, 2602:24, 2605:18, 2607:10, 2615:20, 2617:7, 2619:25, 2623:21, 2628:24, 2629:5, 2629:10, 2629:21, 2630:2, 2630:5, 2631:3, 2631:7, 2632:7, 2633:15, 2634:4, 2635:20, 2636:3, 2636:4, 2636:8, 2637:4, 2638:13, 2638:22, 2641:8, 2643:6, 2643:11, 2643:13, 2652:16, 2656:3, 2659:18, 2660:8, 2662:7, 2663:2, 2663:25, 2673:16, 2675:15, 2677:17, 2677:21, 2679:16, 2681:18, 2682:20, 2683:14, 2686:25, 2689:10, 2690:13, 2693:1, 2694:1, 2694:17, 2697:21, 2700:4, 2701:7, 2701:9, 2705:11, 2706:3, 2706:18, 2710:17, 2711:3, 2717:16, 2717:16, 2722:21, 2723:15, 2724:13, 2724:15, 2724:25, 2725:6, 2730:5, 2730:19, 2731:17, 2736:20, 2740:23, 2749:21, 2750:13, 2754:4, 2755:9

**HI** [1] - 2663:9

**HIGH** [35] - 2580:22,

2605:5, 2605:6, 2641:21, 2641:22, 2641:25, 2642:1, 2642:6, 2666:6, 2676:5, 2676:22, 2677:1, 2686:24, 2690:6, 2692:4, 2722:18, 2722:19, 2724:5, 2727:17, 2730:10, 2730:22, 2730:24, 2731:16, 2731:18, 2734:5, 2735:4, 2735:21, 2737:25, 2744:5, 2744:25, 2745:18, 2755:10, 2760:12, 2761:21

**HIGH-FREQUENCY** [1] - 2734:5

**HIGHER** [23] - 2581:1, 2582:1, 2596:20, 2661:2, 2662:5, 2663:1, 2666:25, 2676:25, 2679:3, 2679:12, 2679:25, 2680:1, 2713:4, 2719:12, 2721:12, 2733:10, 2743:15, 2747:18, 2748:17, 2748:25, 2749:1

**HIGHEST** [2] - 2746:24, 2746:25

**HIGHLIGHT** [3] - 2607:10, 2646:13, 2646:14

**HIGHLIGHTED** [1] - 2618:6

**HIGHLIGHTING** [1] - 2553:7

**HIGHLIGHTS** [1] - 2558:8

**HIGHLY** [2] - 2723:4, 2731:22

**HIM** [16] - 2558:3, 2558:15, 2586:13, 2586:22, 2586:24, 2595:15, 2656:17, 2658:14, 2665:24, 2703:14, 2703:16, 2703:24, 2705:18, 2708:5, 2739:7, 2748:6

**HIMSELF** [1] - 2558:4

**HIRE** [8] - 2568:20, 2569:19, 2569:21, 2570:1, 2570:19, 2571:7, 2572:5, 2663:1

**HIRED** [6] - 2549:22, 2566:7, 2569:15,

2572:25, 2602:9, 2622:15

**HIRES** [1] - 2584:9

**HIS** [32] - 2546:14, 2563:20, 2581:19, 2627:3, 2627:12, 2642:17, 2645:6, 2649:18, 2656:16, 2656:17, 2656:19, 2657:5, 2663:14, 2665:23, 2665:25, 2666:18, 2666:19, 2667:6, 2667:7, 2692:25, 2693:11, 2703:15, 2706:11, 2707:15, 2711:8, 2711:15, 2711:22, 2712:3, 2712:5, 2717:8

**HISTORICAL** [1] - 2719:2

**HISTORY** [1] - 2700:17

**HIT** [8] - 2691:3, 2741:5, 2742:17, 2744:25, 2753:7, 2754:1, 2754:16, 2758:9

**HITS** [1] - 2744:24

**HMO** [2] - 2746:17, 2746:23

**HOE** [1] - 2603:16

**HOLD** [7] - 2555:5, 2623:9, 2648:22, 2656:20, 2698:6, 2716:20, 2723:19

**HOLDING** [1] - 2712:16

**HOLE** [11] - 2571:8, 2588:20, 2611:11, 2631:4, 2633:18, 2634:8, 2635:25, 2636:3, 2644:11, 2644:13, 2731:18

**HOLES** [7] - 2587:17, 2630:6, 2633:16, 2633:23, 2634:22, 2649:9, 2649:15

**HOLMES** [5] - 2753:9, 2754:2, 2754:17, 2760:18

**HOLTHAUS** [1] - 2542:4

**HOME** [2] - 2566:15, 2567:13

**HOMES** [3] - 2583:12, 2583:17, 2583:20

**HOMOGENOUS** [4] - 2549:2, 2549:4, 2552:2, 2552:3

HONEST [1] - 2571:5
HONESTLY [1] - 2704:6
HONEYCUTT [1] - 2542:14
HONOR [90] - 2551:11, 2553:4, 2553:6, 2556:8, 2556:23, 2557:5, 2557:23, 2558:2, 2558:8, 2558:20, 2558:21, 2566:19, 2571:13, 2571:24, 2573:24, 2574:3, 2576:1, 2577:15, 2581:2, 2581:13, 2587:1, 2588:7, 2591:10, 2592:17, 2594:14, 2595:2, 2598:25, 2599:8, 2599:15, 2600:1, 2601:11, 2606:12, 2606:15, 2607:13, 2607:24, 2608:3, 2610:24, 2611:2, 2619:11, 2621:9, 2623:2, 2623:10, 2624:17, 2625:1, 2627:2, 2635:18, 2642:13, 2642:15, 2642:23, 2644:25, 2645:3, 2645:7, 2648:1, 2649:16, 2649:20, 2652:8, 2653:15, 2655:5, 2655:15, 2655:17, 2656:13, 2665:16, 2666:5, 2666:17, 2675:16, 2682:8, 2682:9, 2683:7, 2684:16, 2692:8, 2692:11, 2692:19, 2694:10, 2701:19, 2703:4, 2703:8, 2705:12, 2706:19, 2707:9, 2711:4, 2711:6, 2711:20, 2716:9, 2716:17, 2716:22, 2716:25, 2717:7, 2717:12, 2729:19, 2748:4
HONORABLE [1] - 2541:12
HOOKED [1] - 2693:1
HOPE [1] - 2711:22
HOPEFULLY [2] - 2704:1, 2711:10
HOPKINS [5] - 2693:21, 2693:23, 2697:2, 2697:3,
2697:4
HORIZONTAL [7] - 2587:9, 2587:22, 2596:14, 2650:13, 2722:5, 2732:24, 2757:22
HORSE [1] - 2650:25
HOUR [13] - 2599:25, 2601:10, 2645:4, 2738:22, 2738:23, 2747:7, 2747:10, 2747:11, 2751:21, 2759:25
HOUR'S [1] - 2747:21
HOURLY [2] - 2622:15, 2732:4
HOURS [5] - 2654:21, 2723:6, 2727:16, 2735:17, 2736:19
HOUSE [2] - 2657:23, 2671:5
HOW [71] - 2557:2, 2562:19, 2564:8, 2564:17, 2568:13, 2575:12, 2575:24, 2576:24, 2585:8, 2598:9, 2598:12, 2598:18, 2599:2, 2603:19, 2606:6, 2613:17, 2614:3, 2624:10, 2628:7, 2630:16, 2633:22, 2638:24, 2638:25, 2640:18, 2641:25, 2648:24, 2657:16, 2660:6, 2665:20, 2665:21, 2666:6, 2666:7, 2666:9, 2673:1, 2677:11, 2677:18, 2677:21, 2677:23, 2681:22, 2682:17, 2686:21, 2686:24, 2689:4, 2691:5, 2695:12, 2696:9, 2696:10, 2696:16, 2696:18, 2701:15, 2701:16, 2703:2, 2711:2, 2711:14, 2716:7, 2726:9, 2726:12, 2726:20, 2727:20, 2734:12, 2738:19, 2740:6, 2745:16, 2745:17, 2747:24, 2752:16, 2756:11, 2756:12, 2759:19
HOWEVER [7] - 2557:22, 2563:5, 2568:9, 2583:7, 2598:13, 2652:9,
2653:20
HTRW [4] - 2560:19, 2563:10, 2563:15, 2653:20
HUGGING [1] - 2753:1
HUNDRED [8] - 2611:22, 2613:6, 2613:18, 2643:17, 2673:5, 2700:3, 2744:6, 2744:10
HUNDREDTHS [1] - 2691:4
HUNG [1] - 2688:1
HURRICANE [17] - 2622:10, 2639:14, 2660:13, 2665:1, 2695:4, 2718:11, 2718:17, 2719:3, 2719:25, 2720:17, 2720:20, 2720:23, 2722:10, 2722:12, 2722:13, 2737:9, 2752:2
HURRICANES [2] - 2719:2, 2719:5
HYDRAULIC [8] - 2578:20, 2579:3, 2579:10, 2580:5, 2580:19, 2582:7, 2582:10, 2582:12
HYDRODYNAMIC [1] - 2717:21
HYDRODYNAMICS [2] - 2726:13, 2728:23
HYDROGEOLOGIST [1] - 2580:12
HYDROGRAPH [3] - 2727:10, 2751:2, 2754:24
HYDROGRAPHIC [1] - 2749:19
HYDROLOGICAL [1] - 2692:25
HYDROLOGIST [1] - 2562:15
HYPOTHESIS [1] - 2616:19

## I

I'D [2] - 2574:2, 2582:3
I'LL [27] - 2567:16, 2571:18, 2577:12, 2577:22, 2587:21, 2590:22, 2595:12, 2599:18, 2599:23, 2608:3, 2629:22, 2647:20, 2675:20,
2683:5, 2683:13, 2695:18, 2703:18, 2704:23, 2710:20, 2713:21, 2716:19, 2717:16, 2717:17, 2723:19, 2725:4, 2729:19
I'M [149] - 2546:19, 2551:10, 2552:16, 2556:18, 2557:7, 2557:18, 2567:3, 2569:8, 2570:4, 2571:15, 2574:3, 2575:21, 2576:21, 2576:22, 2577:11, 2580:25, 2581:16, 2581:19, 2581:22, 2582:25, 2584:7, 2590:19, 2592:19, 2594:14, 2595:13, 2596:13, 2597:11, 2598:4, 2599:18, 2602:7, 2605:16, 2607:5, 2607:23, 2607:24, 2608:1, 2609:22, 2609:25, 2611:18, 2613:5, 2614:6, 2614:24, 2615:23, 2618:15, 2620:2, 2622:25, 2624:9, 2624:11, 2626:2, 2626:25, 2627:15, 2629:23, 2632:9, 2633:14, 2633:15, 2634:2, 2635:2, 2635:21, 2636:21, 2640:15, 2641:11, 2641:12, 2642:11, 2642:23, 2645:4, 2645:7, 2645:12, 2647:18, 2648:22, 2649:20, 2654:10, 2656:2, 2656:18, 2659:14, 2662:15, 2665:16, 2666:18, 2666:19, 2667:1, 2667:10, 2671:13, 2673:18, 2674:4, 2674:5, 2674:24, 2674:25, 2677:11, 2678:20, 2678:25, 2681:4, 2681:5, 2681:18, 2682:4, 2682:10, 2682:16, 2683:1, 2683:6, 2683:13, 2683:16, 2683:21, 2687:7, 2688:22, 2692:16, 2693:20, 2694:24, 2695:16, 2698:7, 2698:21,
2703:7, 2703:22, 2703:23, 2703:24, 2704:12, 2706:14, 2706:16, 2706:23, 2706:25, 2707:14, 2708:14, 2708:24, 2709:12, 2710:6, 2711:10, 2711:14, 2711:17, 2711:19, 2711:21, 2712:4, 2712:10, 2713:6, 2713:7, 2713:14, 2723:14, 2725:12, 2729:15, 2732:13, 2732:23, 2733:5, 2733:15, 2736:15, 2738:3, 2739:1, 2739:13, 2748:8, 2759:22
I'VE [18] - 2552:16, 2556:14, 2580:23, 2598:25, 2629:22, 2649:22, 2659:18, 2670:6, 2670:22, 2677:16, 2690:15, 2696:17, 2697:24, 2700:8, 2708:23, 2740:9, 2743:24
I-WALL [1] - 2680:10
I.E [1] - 2587:19
IDEA [8] - 2687:11, 2699:2, 2721:14, 2722:7, 2722:13, 2726:24, 2727:6, 2751:7
IDEALLY [1] - 2724:4
IDENTIFICATION [1] - 2636:3
IDENTIFIED [3] - 2623:18, 2647:17, 2670:20
IDENTIFY [5] - 2577:7, 2654:2, 2654:11, 2670:10, 2704:6
IDENTITY [1] - 2623:3
IF [217] - 2547:18, 2548:21, 2550:2, 2550:9, 2550:10, 2551:9, 2551:12, 2552:12, 2553:3, 2555:25, 2556:7, 2557:5, 2557:21, 2558:2, 2558:6, 2558:9, 2558:11, 2558:18, 2561:10, 2561:12, 2561:22, 2565:24, 2566:16, 2566:17, 2567:20, 2569:6, 2569:11, 2569:14, 2570:25,

2571:6, 2575:10,
2575:21, 2578:2,
2579:24, 2580:11,
2580:25, 2582:6,
2584:4, 2584:6,
2584:9, 2585:22,
2586:16, 2586:17,
2589:17, 2589:18,
2590:8, 2590:13,
2591:4, 2591:5,
2591:11, 2592:11,
2592:20, 2592:21,
2593:18, 2594:3,
2595:9, 2595:10,
2595:13, 2595:14,
2596:16, 2597:15,
2597:19, 2598:24,
2599:1, 2599:4,
2599:7, 2599:10,
2599:15, 2599:19,
2599:21, 2602:12,
2602:21, 2605:16,
2605:17, 2606:24,
2607:10, 2608:7,
2609:10, 2609:15,
2610:16, 2612:6,
2612:9, 2612:19,
2612:24, 2614:5,
2614:12, 2614:24,
2616:11, 2617:6,
2618:16, 2619:22,
2620:7, 2621:3,
2621:14, 2622:9,
2623:6, 2623:7,
2623:14, 2624:22,
2626:11, 2626:15,
2626:16, 2626:25,
2627:18, 2627:22,
2629:18, 2629:25,
2630:4, 2634:3,
2635:16, 2638:15,
2639:23, 2640:24,
2642:15, 2642:16,
2643:5, 2643:17,
2643:23, 2644:4,
2645:5, 2656:13,
2656:15, 2658:12,
2658:14, 2659:14,
2659:25, 2663:9,
2663:13, 2663:15,
2663:24, 2664:5,
2666:13, 2667:2,
2668:22, 2670:25,
2671:9, 2671:17,
2672:10, 2673:21,
2673:22, 2675:8,
2677:20, 2677:24,
2679:1, 2681:13,
2683:23, 2684:8,
2684:22, 2685:5,
2685:9, 2685:12,

2685:24, 2687:7,
2687:15, 2691:3,
2691:9, 2691:14,
2691:25, 2694:14,
2696:19, 2697:1,
2704:12, 2704:22,
2704:24, 2706:10,
2706:18, 2706:23,
2707:4, 2707:5,
2709:12, 2712:11,
2713:14, 2715:18,
2719:10, 2723:15,
2726:24, 2727:3,
2727:4, 2727:10,
2727:25, 2728:1,
2728:5, 2730:1,
2732:23, 2736:16,
2740:10, 2740:21,
2742:8, 2742:15,
2744:17, 2744:24,
2745:15, 2746:5,
2746:7, 2746:10,
2747:12, 2750:18,
2751:16, 2751:20,
2752:15, 2755:1,
2756:12, 2757:6,
2757:9, 2757:11,
2758:15, 2758:22,
2759:7, 2759:16,
2759:19

IGNORANT [1] -
2572:18

IHNC [62] - 2560:1,
2574:1, 2587:24,
2588:3, 2588:14,
2650:19, 2654:5,
2660:2, 2679:11,
2682:21, 2695:4,
2702:21, 2703:12,
2706:5, 2708:21,
2710:12, 2710:14,
2710:18, 2712:23,
2715:1, 2718:1,
2718:3, 2718:4,
2719:16, 2719:25,
2721:8, 2721:11,
2721:25, 2722:1,
2722:24, 2724:9,
2724:11, 2726:6,
2731:5, 2732:8,
2732:25, 2733:2,
2733:17, 2733:20,
2733:21, 2733:23,
2735:6, 2735:13,
2735:15, 2735:18,
2735:24, 2736:4,
2737:1, 2738:10,
2740:4, 2740:15,
2741:1, 2743:3,
2743:13, 2743:20,
2743:22, 2747:4,

2749:11, 2755:12,
2758:6, 2759:5

II [5] - 2542:8, 2543:7,
2543:7, 2548:21,
2561:11

ILLUSTRATE [1] -
2711:3

ILLUSTRATING [2] -
2710:8, 2711:2

IMAGE [1] - 2719:11

IMMEDIATE [4] -
2587:10, 2587:14,
2588:19

IMMENSE [2] -
2722:23, 2750:16

IMPACT [5] - 2573:20,
2574:9, 2577:9,
2584:18, 2637:18

IMPACTS [2] - 2571:6,
2583:17

IMPINGING [1] -
2753:3

IMPLEMENTATION
[1] - 2726:1

IMPLEMENTED [1] -
2595:5

IMPLICATE [1] -
2715:23

IMPORT [1] - 2711:7

IMPORTANT [15] -
2612:13, 2612:15,
2647:19, 2700:23,
2719:19, 2720:16,
2720:24, 2728:24,
2731:23, 2735:4,
2737:10, 2742:24,
2744:22, 2745:3,
2746:5

IMPROVED [1] -
2720:10

IN [591] - 2541:4,
2546:20, 2547:4,
2547:12, 2548:8,
2548:10, 2548:11,
2548:14, 2548:21,
2550:13, 2551:5,
2552:1, 2552:22,
2553:12, 2553:21,
2553:24, 2554:1,
2554:21, 2555:9,
2555:18, 2555:20,
2555:24, 2556:15,
2556:20, 2557:9,
2557:17, 2558:15,
2559:19, 2559:25,
2560:8, 2560:24,
2561:8, 2562:17,
2563:3, 2563:8,
2563:11, 2563:22,
2565:2, 2565:4,

2565:6, 2565:11,
2565:19, 2566:2,
2566:14, 2567:20,
2567:22, 2568:4,
2568:6, 2568:11,
2568:14, 2568:19,
2569:21, 2569:22,
2569:24, 2569:25,
2570:8, 2570:14,
2570:18, 2571:4,
2571:21, 2572:9,
2572:20, 2572:21,
2573:5, 2573:19,
2574:1, 2574:22,
2575:1, 2575:18,
2575:22, 2575:24,
2576:11, 2577:8,
2577:12, 2578:6,
2578:12, 2579:13,
2580:5, 2580:21,
2581:18, 2581:20,
2581:22, 2582:9,
2582:12, 2583:10,
2583:12, 2584:20,
2584:22, 2585:4,
2585:5, 2586:6,
2586:14, 2586:21,
2586:25, 2587:6,
2587:14, 2588:12,
2588:18, 2590:5,
2590:6, 2590:23,
2590:24, 2591:5,
2591:8, 2591:10,
2592:2, 2592:3,
2592:7, 2594:10,
2594:17, 2596:1,
2596:19, 2596:20,
2597:8, 2597:19,
2598:1, 2598:21,
2600:2, 2600:4,
2601:7, 2601:23,
2602:24, 2603:4,
2603:7, 2603:15,
2603:17, 2604:12,
2605:2, 2606:5,
2609:1, 2609:16,
2609:23, 2609:25,
2610:23, 2611:19,
2611:23, 2612:6,
2612:9, 2612:13,
2612:24, 2613:8,
2613:17, 2615:3,
2615:16, 2616:11,
2616:12, 2616:18,
2616:25, 2617:7,
2617:8, 2617:25,
2618:12, 2618:18,
2618:24, 2618:25,
2619:5, 2619:17,
2620:21, 2621:1,
2621:18, 2623:1,

2623:14, 2624:2,
2624:4, 2624:15,
2625:5, 2625:11,
2625:13, 2625:20,
2625:23, 2626:6,
2626:7, 2626:14,
2626:24, 2627:14,
2627:22, 2629:7,
2629:12, 2629:14,
2630:8, 2630:11,
2631:14, 2631:22,
2632:16, 2632:23,
2633:2, 2633:18,
2633:25, 2634:21,
2635:8, 2635:14,
2636:9, 2636:18,
2637:4, 2637:5,
2637:12, 2637:14,
2637:15, 2637:17,
2637:20, 2638:12,
2638:22, 2638:23,
2639:10, 2639:14,
2639:22, 2640:7,
2640:9, 2640:11,
2640:14, 2640:20,
2641:2, 2641:3,
2642:2, 2642:14,
2643:10, 2643:11,
2644:13, 2644:16,
2645:9, 2646:13,
2646:25, 2647:14,
2649:17, 2651:5,
2651:17, 2652:1,
2652:2, 2652:10,
2653:15, 2653:18,
2653:21, 2654:7,
2654:15, 2654:20,
2655:1, 2655:2,
2656:4, 2657:13,
2657:21, 2657:22,
2657:23, 2658:8,
2658:11, 2658:25,
2660:14, 2660:16,
2660:17, 2660:21,
2661:19, 2661:22,
2662:10, 2663:23,
2663:25, 2665:2,
2665:8, 2665:11,
2665:19, 2666:6,
2666:12, 2667:22,
2668:13, 2668:24,
2669:6, 2669:7,
2669:16, 2670:13,
2670:21, 2671:19,
2671:24, 2672:6,
2672:20, 2673:6,
2673:15, 2674:12,
2675:8, 2676:6,
2676:8, 2677:16,
2682:1, 2682:18,
2682:21, 2682:22,

2682:23, 2683:4, 2683:6, 2683:9, 2683:14, 2683:16, 2683:22, 2683:25, 2685:18, 2685:21, 2685:24, 2686:8, 2686:22, 2688:4, 2688:7, 2690:4, 2690:8, 2690:10, 2691:1, 2691:12, 2691:13, 2691:14, 2691:23, 2692:4, 2693:22, 2694:25, 2695:1, 2695:3, 2695:13, 2696:3, 2696:5, 2696:6, 2696:13, 2696:17, 2697:5, 2697:8, 2697:12, 2697:24, 2698:4, 2698:7, 2698:10, 2698:16, 2698:20, 2699:4, 2700:4, 2700:9, 2700:11, 2700:24, 2701:1, 2701:5, 2701:21, 2702:8, 2702:11, 2702:21, 2703:12, 2703:13, 2704:7, 2704:8, 2705:7, 2705:8, 2706:3, 2706:5, 2706:11, 2706:12, 2707:5, 2707:8, 2707:14, 2707:16, 2708:18, 2708:19, 2708:21, 2708:23, 2709:3, 2709:5, 2709:7, 2709:9, 2709:11, 2709:22, 2710:1, 2710:3, 2710:14, 2710:17, 2710:18, 2710:25, 2711:16, 2712:3, 2712:23, 2712:25, 2713:4, 2713:10, 2713:11, 2713:22, 2713:23, 2714:3, 2714:6, 2714:7, 2714:10, 2714:11, 2714:12, 2714:13, 2714:14, 2714:16, 2714:23, 2715:1, 2715:13, 2715:14, 2715:15, 2716:1, 2716:2, 2716:19, 2716:20, 2716:21, 2717:2, 2718:3, 2718:5, 2718:24, 2719:3, 2719:4, 2719:6, 2719:7, 2719:8, 2719:13,

2719:21, 2720:3, 2720:9, 2720:14, 2720:15, 2720:19, 2720:20, 2720:25, 2721:2, 2721:5, 2721:9, 2721:12, 2721:14, 2721:22, 2721:25, 2722:17, 2722:21, 2722:22, 2722:24, 2722:25, 2723:2, 2723:17, 2723:25, 2724:4, 2724:8, 2724:9, 2724:14, 2724:19, 2725:1, 2725:5, 2725:18, 2725:20, 2725:21, 2726:1, 2726:2, 2726:5, 2726:19, 2726:23, 2727:3, 2727:4, 2727:5, 2727:12, 2727:14, 2727:19, 2728:6, 2728:18, 2729:1, 2729:10, 2730:3, 2730:4, 2731:2, 2731:7, 2731:15, 2731:17, 2731:18, 2731:23, 2732:1, 2732:5, 2732:8, 2732:11, 2732:16, 2733:8, 2733:9, 2733:10, 2733:12, 2733:17, 2733:18, 2733:19, 2734:6, 2734:15, 2734:16, 2734:23, 2735:2, 2735:3, 2735:8, 2735:9, 2735:16, 2735:20, 2735:23, 2736:5, 2736:8, 2736:12, 2736:14, 2736:17, 2736:24, 2736:25, 2737:3, 2737:4, 2737:14, 2737:15, 2737:16, 2738:2, 2738:5, 2738:6, 2738:13, 2739:8, 2739:15, 2739:25, 2740:4, 2740:7, 2740:11, 2740:24, 2741:10, 2741:14, 2741:19, 2741:21, 2742:1, 2742:9, 2742:17, 2743:3, 2743:5, 2743:13, 2743:16, 2743:19, 2744:1, 2744:16, 2744:20, 2745:1, 2745:3, 2745:5, 2745:7, 2745:12,

2745:18, 2745:23, 2746:3, 2746:6, 2746:14, 2747:4, 2747:5, 2747:8, 2747:9, 2747:10, 2747:12, 2747:13, 2747:16, 2747:17, 2747:19, 2748:17, 2748:20, 2748:24, 2749:10, 2749:13, 2749:24, 2750:10, 2750:13, 2750:15, 2751:4, 2751:9, 2751:16, 2751:17, 2751:23, 2752:1, 2752:2, 2752:3, 2752:11, 2752:18, 2753:2, 2753:5, 2753:17, 2754:3, 2754:4, 2755:7, 2755:11, 2755:13, 2755:15, 2755:17, 2758:19, 2760:23, 2761:11, 2761:12

**INACCURATE** [1] - 2635:5

**INC** [1] - 2543:11

**INCIDENT** [1] - 2733:23

**INCLUDE** [7] - 2553:24, 2563:11, 2573:6, 2658:16, 2720:22, 2722:15, 2728:20

**INCLUDED** [3] - 2607:20, 2616:11, 2652:9

**INCLUDES** [1] - 2573:15

**INCLUDING** [3] - 2629:15, 2717:2, 2751:9

**INCOMPLETE** [1] - 2687:1

**INCONSISTENT** [1] - 2633:24

**INCORPORATE** [1] - 2728:21

**INCORRECT** [9] - 2554:5, 2559:17, 2605:23, 2634:17, 2637:6, 2725:3, 2726:24, 2727:1

**INCREASE** [2] - 2747:19, 2755:18

**INCREMENTAL** [1] - 2750:19

**INDEED** [1] - 2626:11

**INDIAN** [12] - 2552:12, 2552:20, 2555:15,

2574:13, 2574:23, 2577:21, 2622:16, 2625:13, 2625:16, 2626:4, 2626:6, 2701:3

**INDICATE** [3] - 2610:12, 2630:18, 2630:21

**INDICATED** [1] - 2634:7

**INDICATES** [3] - 2602:16, 2624:3, 2636:14

**INDICATION** [2] - 2702:2, 2737:4

**INDIGENOUS** [2] - 2589:24, 2654:13

**INDIVIDUAL** [1] - 2602:3

**INDIVIDUALS** [1] - 2612:16

**INDUSTRIAL** [6] - 2659:13, 2670:12, 2683:15, 2686:9, 2686:23, 2749:6

**INDUSTRY** [3] - 2590:5, 2696:13, 2719:22

**INFLUENCE** [13] - 2710:11, 2734:3, 2743:2, 2755:5, 2755:20, 2755:24, 2756:17, 2757:10, 2758:13, 2758:18, 2759:2, 2760:7, 2761:9

**INFLUENCED** [1] - 2756:11

**INFLUENCES** [1] - 2755:7

**INFORMATION** [29] - 2565:10, 2594:8, 2629:15, 2634:17, 2635:4, 2635:25, 2636:14, 2642:4, 2646:16, 2665:20, 2666:3, 2696:21, 2699:11, 2704:25, 2708:6, 2708:9, 2714:7, 2715:9, 2715:12, 2724:23, 2725:3, 2726:8, 2726:11, 2728:3, 2731:16, 2731:21, 2749:12, 2749:19

**INITIAL** [5] - 2620:12, 2632:23, 2652:10, 2738:19, 2742:22

**INITIALLY** [2] - 2630:9, 2630:10

**INITIALS** [2] - 2634:13, 2636:19

**INITIATION** [1] - 2718:16

**INLETS** [1] - 2698:1

**INNER** [9] - 2658:17, 2658:19, 2670:1, 2670:3, 2679:7, 2719:18, 2720:12, 2723:22, 2730:17

**INPUT** [1] - 2562:7

**INPUTS** [1] - 2594:7

**INQUIRE** [1] - 2595:5

**INSIDE** [2] - 2583:6, 2647:9

**INSOFAR** [1] - 2712:1

**INSPECTION** [2] - 2681:8, 2750:14

**INSPECTIONS** [6] - 2627:6, 2681:2, 2681:3, 2681:5

**INSPECTOR** [4] - 2625:18, 2627:9, 2627:11, 2634:12

**INSTANCE** [7] - 2587:8, 2594:20, 2625:11, 2625:14, 2625:24, 2626:6, 2719:15

**INSTANCES** [4] - 2569:24, 2570:12, 2585:14, 2620:21

**INSTANTANEOUSLY** [1] - 2752:16

**INSTEAD** [2] - 2596:16, 2722:1

**INSTIGATED** [1] - 2585:14

**INSTITUTED** [1] - 2561:1

**INSTITUTING** [1] - 2560:14

**INSTRUMENT** [2] - 2657:22, 2664:22

**INTACT** [1] - 2687:18

**INTENDED** [1] - 2549:13

**INTENSE** [1] - 2733:19

**INTENT** [1] - 2734:22

**INTENTION** [1] - 2702:23

**INTERCOASTAL** [1] - 2665:6

**INTERESTED** [2] - 2683:6, 2683:16

**INTERESTING** [3] - 2613:23, 2735:19, 2755:8

**INTERESTS** [1] - 2682:18

**INTERIM** [1] - 2630:17
**INTERIOR** [1] - 2751:2
**INTERNAL** [1] - 2598:15
**INTERNATIONAL** [1] - 2543:11
**INTERPRET** [3] - 2623:20, 2623:22, 2666:9
**INTERPRETATION** [2] - 2622:20, 2623:19
**INTERRUPT** [3] - 2647:18, 2715:20, 2723:15
**INTERSECTS** [1] - 2661:23
**INTERSPERSED** [1] - 2652:24
**INTERVAL** [1] - 2631:11
**INTERVALS** [1] - 2603:6
**INTIMATE** [1] - 2598:5
**INTIMATELY** [2] - 2653:21
**INTO** [55] - 2561:5, 2565:8, 2577:19, 2583:14, 2583:25, 2587:24, 2588:14, 2593:8, 2595:6, 2609:12, 2644:8, 2645:11, 2650:19, 2654:17, 2661:3, 2661:4, 2665:17, 2672:15, 2676:21, 2676:23, 2678:6, 2684:1, 2690:20, 2694:11, 2703:20, 2703:24, 2714:2, 2718:17, 2721:6, 2722:8, 2722:10, 2730:15, 2731:8, 2731:9, 2733:7, 2734:6, 2734:11, 2734:17, 2734:18, 2737:8, 2737:17, 2737:25, 2738:12, 2738:16, 2740:23, 2741:2, 2742:3, 2742:5, 2742:8, 2742:22, 2743:3, 2743:21, 2744:1, 2750:24, 2761:3
**INTRACOASTAL** [2] - 2676:6, 2676:8
**INVOLVE** [1] - 2587:6
**INVOLVED** [1] - 2653:21
**INVOLVEMENT** [1] - 2700:14

**INVOLVING** [2] - 2575:2, 2575:3
**IPET** [31] - 2708:6, 2708:15, 2708:16, 2708:18, 2708:20, 2708:21, 2709:19, 2709:21, 2709:22, 2714:10, 2715:8, 2719:3, 2726:11, 2732:6, 2733:18, 2733:25, 2735:8, 2740:7, 2743:20, 2748:7, 2748:8, 2748:9, 2748:10, 2748:11, 2748:12, 2749:2, 2749:18, 2750:2, 2750:9
**IRREGULAR** [1] - 2722:18
**IRRELEVANT** [2] - 2581:4, 2626:21
**IS** [673] - 2546:19, 2546:21, 2546:22, 2546:23, 2547:5, 2547:7, 2547:12, 2547:21, 2547:22, 2548:8, 2548:10, 2548:11, 2548:12, 2548:15, 2548:16, 2550:7, 2550:8, 2550:13, 2550:14, 2550:20, 2551:21, 2552:2, 2552:8, 2552:12, 2553:16, 2553:20, 2553:22, 2553:25, 2554:7, 2554:13, 2554:19, 2554:21, 2555:3, 2555:5, 2555:15, 2555:16, 2555:18, 2555:23, 2556:10, 2557:2, 2557:6, 2557:18, 2557:20, 2557:21, 2558:4, 2559:5, 2559:12, 2559:15, 2559:16, 2559:17, 2560:24, 2562:9, 2562:23, 2563:1, 2563:16, 2564:5, 2564:7, 2564:24, 2565:15, 2565:17, 2566:3, 2566:18, 2567:10, 2567:15, 2567:19, 2569:6, 2569:12, 2571:18, 2571:19, 2572:2, 2572:11, 2572:12, 2572:24, 2573:22, 2574:9, 2575:7, 2575:12,

2575:17, 2575:21, 2576:3, 2576:4, 2577:2, 2578:19, 2579:11, 2579:13, 2579:15, 2579:21, 2579:23, 2579:24, 2580:1, 2580:8, 2581:15, 2581:25, 2582:2, 2582:10, 2583:3, 2584:6, 2584:9, 2584:10, 2584:11, 2584:13, 2584:15, 2585:4, 2585:22, 2586:14, 2587:13, 2587:18, 2588:1, 2588:22, 2589:4, 2589:21, 2589:23, 2589:25, 2590:3, 2590:25, 2592:2, 2593:5, 2593:7, 2593:11, 2593:17, 2593:19, 2594:24, 2595:2, 2595:3, 2595:5, 2595:14, 2595:22, 2596:1, 2596:4, 2596:10, 2596:14, 2597:7, 2597:12, 2598:13, 2598:14, 2598:23, 2599:18, 2601:7, 2601:19, 2601:25, 2602:13, 2602:18, 2602:22, 2603:3, 2603:14, 2603:23, 2604:9, 2604:11, 2604:19, 2605:2, 2605:13, 2605:17, 2605:19, 2605:22, 2605:23, 2605:24, 2606:5, 2606:12, 2606:22, 2606:23, 2607:2, 2607:3, 2607:6, 2607:22, 2607:25, 2608:9, 2608:10, 2608:12, 2608:18, 2609:1, 2609:2, 2609:11, 2609:17, 2609:18, 2609:21, 2610:1, 2610:5, 2611:17, 2612:1, 2612:10, 2612:14, 2613:24, 2614:6, 2614:10, 2615:16, 2615:21, 2615:24, 2616:17, 2617:8, 2617:11, 2617:13, 2619:3, 2619:9, 2619:22, 2621:24, 2622:18, 2623:16, 2623:21, 2624:2,

2624:5, 2624:13, 2624:22, 2625:5, 2625:7, 2625:18, 2626:5, 2626:17, 2626:23, 2627:8, 2627:18, 2629:9, 2629:10, 2629:19, 2629:21, 2629:23, 2630:5, 2630:24, 2631:1, 2631:7, 2631:9, 2632:7, 2632:8, 2632:14, 2633:11, 2633:22, 2634:17, 2634:21, 2635:4, 2635:5, 2635:7, 2636:13, 2637:8, 2638:6, 2638:16, 2639:9, 2639:12, 2639:20, 2639:24, 2640:2, 2640:6, 2640:22, 2641:6, 2641:10, 2642:12, 2642:13, 2642:14, 2642:18, 2642:20, 2643:5, 2643:13, 2643:15, 2643:17, 2643:18, 2643:20, 2644:2, 2644:13, 2646:16, 2647:1, 2647:4, 2647:11, 2648:11, 2648:12, 2648:15, 2650:25, 2651:1, 2651:3, 2652:16, 2652:21, 2654:3, 2654:7, 2654:8, 2654:10, 2654:13, 2654:14, 2654:16, 2654:17, 2654:18, 2654:25, 2655:24, 2657:25, 2659:1, 2659:2, 2659:12, 2659:16, 2659:20, 2659:21, 2660:24, 2661:1, 2661:7, 2661:10, 2661:22, 2662:4, 2662:10, 2662:11, 2662:21, 2663:2, 2663:16, 2663:18, 2663:19, 2664:5, 2664:6, 2664:20, 2665:17, 2666:10, 2666:14, 2666:15, 2667:22, 2668:2, 2668:6, 2668:11, 2668:15, 2668:23, 2668:24, 2669:3, 2669:8, 2669:11, 2669:13, 2669:21, 2670:8, 2670:16, 2670:19,

2670:20, 2671:4, 2671:5, 2671:9, 2672:12, 2673:14, 2673:18, 2673:24, 2674:2, 2674:12, 2674:16, 2676:4, 2676:11, 2676:15, 2676:17, 2677:8, 2678:13, 2678:22, 2679:3, 2679:17, 2680:6, 2683:4, 2683:5, 2683:20, 2683:21, 2683:24, 2684:11, 2684:15, 2684:16, 2684:20, 2684:21, 2685:1, 2685:3, 2685:19, 2686:18, 2687:4, 2687:7, 2687:12, 2688:10, 2689:20, 2689:25, 2690:4, 2692:1, 2692:2, 2692:16, 2693:14, 2695:4, 2695:7, 2695:9, 2695:14, 2696:3, 2696:8, 2696:18, 2697:10, 2697:17, 2697:19, 2698:9, 2698:12, 2698:25, 2699:3, 2700:22, 2701:3, 2701:11, 2702:17, 2702:20, 2703:1, 2703:9, 2703:10, 2703:12, 2703:13, 2704:6, 2704:14, 2705:5, 2705:11, 2705:18, 2705:21, 2706:7, 2706:8, 2706:15, 2706:20, 2706:21, 2707:2, 2707:11, 2707:14, 2707:15, 2707:16, 2707:22, 2707:23, 2709:5, 2709:18, 2709:19, 2709:20, 2709:21, 2709:22, 2710:7, 2710:8, 2710:21, 2710:22, 2710:25, 2711:22, 2711:23, 2711:25, 2712:2, 2712:4, 2712:11, 2712:15, 2713:17, 2713:19, 2714:2, 2714:3, 2714:5, 2714:6, 2714:7, 2714:9, 2714:10, 2714:12, 2714:18, 2715:3, 2715:5, 2715:13, 2716:4, 2716:17,

**HOURLY TRANSCRIPT**

2717:4, 2717:20,
2717:22, 2718:4,
2718:14, 2718:24,
2719:6, 2719:8,
2719:9, 2719:14,
2719:18, 2720:1,
2720:3, 2720:7,
2720:8, 2720:16,
2720:22, 2721:11,
2722:3, 2722:7,
2722:9, 2722:13,
2722:16, 2722:21,
2722:22, 2722:23,
2723:2, 2723:12,
2723:22, 2724:1,
2724:3, 2724:9,
2724:13, 2724:14,
2724:17, 2724:18,
2724:20, 2724:21,
2724:22, 2724:25,
2725:6, 2726:2,
2727:21, 2728:3,
2728:7, 2729:5,
2729:10, 2729:11,
2729:21, 2730:1,
2730:19, 2730:21,
2730:22, 2731:5,
2731:6, 2731:11,
2731:18, 2731:19,
2731:20, 2732:5,
2732:24, 2733:1,
2733:7, 2733:9,
2733:25, 2734:2,
2734:3, 2734:10,
2734:20, 2734:22,
2735:3, 2735:6,
2735:7, 2735:19,
2736:8, 2736:24,
2737:2, 2737:4,
2737:6, 2737:7,
2737:9, 2737:11,
2737:15, 2737:20,
2738:1, 2738:2,
2738:9, 2738:11,
2739:15, 2739:23,
2739:24, 2740:4,
2740:6, 2740:15,
2740:20, 2740:25,
2741:9, 2741:10,
2741:12, 2741:13,
2741:15, 2741:20,
2741:25, 2742:4,
2742:13, 2742:19,
2742:23, 2743:1,
2743:9, 2743:12,
2743:16, 2744:4,
2744:12, 2744:13,
2744:19, 2744:23,
2745:5, 2745:8,
2745:11, 2745:12,
2745:16, 2746:2,

2746:5, 2746:17,
2746:23, 2746:24,
2747:8, 2748:1,
2748:7, 2748:16,
2748:18, 2748:19,
2748:22, 2748:23,
2749:2, 2749:8,
2749:18, 2749:23,
2749:25, 2750:4,
2750:10, 2752:1,
2752:6, 2752:10,
2752:19, 2752:20,
2752:23, 2753:6,
2753:18, 2753:22,
2754:5, 2754:24,
2755:9, 2755:14,
2755:15, 2755:16,
2755:18, 2756:1,
2756:16, 2756:22,
2756:23, 2756:25,
2757:10, 2757:12,
2757:15, 2757:17,
2757:18, 2757:22,
2757:23, 2757:24,
2758:5, 2758:6,
2758:7, 2758:11,
2758:16, 2759:2,
2759:5, 2759:7,
2760:10, 2760:17,
2760:18, 2761:4,
2761:5, 2761:7,
2761:8, 2761:12,
2761:13, 2761:18,
2761:21, 2761:22
**ISLANDS** [2] –
2741:15, 2741:16
**ISN'T** [22] – 2547:7,
2549:5, 2553:18,
2561:25, 2562:8,
2564:25, 2571:9,
2571:12, 2572:13,
2572:21, 2589:11,
2598:1, 2609:8,
2614:5, 2639:2,
2649:6, 2651:6,
2653:1, 2679:10,
2705:17, 2714:8,
2715:14
**ISSUE** [11] – 2575:8,
2577:19, 2651:16,
2656:18, 2694:3,
2694:16, 2703:15,
2705:22, 2739:10,
2742:25
**ISSUED** [1] – 2617:16
**ISSUES** [8] – 2573:16,
2575:23, 2581:13,
2692:25, 2703:20,
2704:8, 2759:14
**IT** [542] – 2547:16,

2548:10, 2548:11,
2548:16, 2549:14,
2550:8, 2550:19,
2550:23, 2550:25,
2551:10, 2551:19,
2552:2, 2552:3,
2552:16, 2553:11,
2553:16, 2553:19,
2553:20, 2554:6,
2554:21, 2555:1,
2555:3, 2555:4,
2555:5, 2555:11,
2555:16, 2555:23,
2556:16, 2556:21,
2557:7, 2557:12,
2557:13, 2557:20,
2557:21, 2558:22,
2559:15, 2560:4,
2560:24, 2561:8,
2561:9, 2561:12,
2561:13, 2561:22,
2561:25, 2562:3,
2563:6, 2564:1,
2564:25, 2565:3,
2565:8, 2565:12,
2566:10, 2568:9,
2569:10, 2569:16,
2570:9, 2570:10,
2570:14, 2571:12,
2571:19, 2571:22,
2571:24, 2572:13,
2572:16, 2572:21,
2573:5, 2573:12,
2574:3, 2574:4,
2575:19, 2576:2,
2576:5, 2576:17,
2579:15, 2579:23,
2581:4, 2582:2,
2582:9, 2582:18,
2585:4, 2585:9,
2586:1, 2586:2,
2586:13, 2586:14,
2586:18, 2586:24,
2586:25, 2588:2,
2588:14, 2589:5,
2589:11, 2589:15,
2589:17, 2589:22,
2590:4, 2590:14,
2590:17, 2590:24,
2591:5, 2591:6,
2591:8, 2591:9,
2591:11, 2592:20,
2593:5, 2593:7,
2593:19, 2594:3,
2596:1, 2596:5,
2596:7, 2596:11,
2596:17, 2596:19,
2596:25, 2598:12,
2599:2, 2599:18,
2600:2, 2602:2,
2602:14, 2603:8,

2603:17, 2604:1,
2604:14, 2604:19,
2604:23, 2605:3,
2605:4, 2605:6,
2605:17, 2605:22,
2606:16, 2606:23,
2608:2, 2609:3,
2609:5, 2609:8,
2609:21, 2612:13,
2612:20, 2612:24,
2613:4, 2613:10,
2613:11, 2613:12,
2613:13, 2613:20,
2613:21, 2614:5,
2614:23, 2614:24,
2615:3, 2615:20,
2615:22, 2615:24,
2617:4, 2617:23,
2617:25, 2618:2,
2618:6, 2618:14,
2618:17, 2618:23,
2618:24, 2618:25,
2619:1, 2619:5,
2620:3, 2621:14,
2622:15, 2622:17,
2622:23, 2623:20,
2624:19, 2625:21,
2626:15, 2627:12,
2627:21, 2627:22,
2628:6, 2628:17,
2628:18, 2629:3,
2629:8, 2629:25,
2630:20, 2630:21,
2630:22, 2631:1,
2631:3, 2631:9,
2631:10, 2631:14,
2631:18, 2632:15,
2633:2, 2633:3,
2633:12, 2633:16,
2634:25, 2635:4,
2636:8, 2636:9,
2636:17, 2637:4,
2637:11, 2637:20,
2638:8, 2638:12,
2639:1, 2639:20,
2639:24, 2640:6,
2640:14, 2640:20,
2641:6, 2641:11,
2641:19, 2641:25,
2643:5, 2643:10,
2644:4, 2644:6,
2644:12, 2644:13,
2646:4, 2647:1,
2647:4, 2647:12,
2647:21, 2649:3,
2649:5, 2649:13,
2649:22, 2650:13,
2650:23, 2651:4,
2652:2, 2652:5,
2652:6, 2652:8,
2652:11, 2652:12,

2652:16, 2652:22,
2652:23, 2654:4,
2654:21, 2655:13,
2656:3, 2657:7,
2658:13, 2659:2,
2659:5, 2659:6,
2659:16, 2660:20,
2661:1, 2661:3,
2661:9, 2661:12,
2661:15, 2661:25,
2662:5, 2662:7,
2662:8, 2662:13,
2662:23, 2663:1,
2663:2, 2663:7,
2663:8, 2663:12,
2663:13, 2663:16,
2663:18, 2663:21,
2664:1, 2664:13,
2664:15, 2664:18,
2664:23, 2665:2,
2665:3, 2665:4,
2665:10, 2666:1,
2666:10, 2666:16,
2666:18, 2667:1,
2667:3, 2668:14,
2668:15, 2668:25,
2669:6, 2669:7,
2669:20, 2670:5,
2670:21, 2671:18,
2672:6, 2672:15,
2673:15, 2674:1,
2674:6, 2674:18,
2674:21, 2674:22,
2674:23, 2674:24,
2675:3, 2675:5,
2675:7, 2675:9,
2675:10, 2675:13,
2675:15, 2675:17,
2676:21, 2676:25,
2677:7, 2677:10,
2677:12, 2677:21,
2678:11, 2678:14,
2678:24, 2679:2,
2679:13, 2680:1,
2680:2, 2680:11,
2680:13, 2680:14,
2680:19, 2680:20,
2680:21, 2681:2,
2681:10, 2681:11,
2681:13, 2681:22,
2682:3, 2682:11,
2682:13, 2683:8,
2684:1, 2684:2,
2684:8, 2684:15,
2684:16, 2684:18,
2684:20, 2685:3,
2685:21, 2686:15,
2686:24, 2687:23,
2688:1, 2688:2,
2690:22, 2690:23,
2691:1, 2691:20,

2691:21, 2691:22, 2692:4, 2692:5, 2692:6, 2692:7, 2693:1, 2693:13, 2694:13, 2694:14, 2695:15, 2695:24, 2701:9, 2703:1, 2703:16, 2703:24, 2704:2, 2704:19, 2704:20, 2704:22, 2704:24, 2704:25, 2705:13, 2705:21, 2706:21, 2706:22, 2706:24, 2707:4, 2707:11, 2708:5, 2709:7, 2709:9, 2709:12, 2709:13, 2710:7, 2711:13, 2711:14, 2711:23, 2712:8, 2712:17, 2713:19, 2714:2, 2714:6, 2714:10, 2714:12, 2714:23, 2715:11, 2715:23, 2716:5, 2716:16, 2716:21, 2719:3, 2719:8, 2719:19, 2719:22, 2719:24, 2721:3, 2721:12, 2721:17, 2721:18, 2721:22, 2722:11, 2722:14, 2723:5, 2723:8, 2723:9, 2724:2, 2724:6, 2724:12, 2724:16, 2725:9, 2725:15, 2725:23, 2727:15, 2727:18, 2728:7, 2729:13, 2730:4, 2732:11, 2732:20, 2733:14, 2734:2, 2734:4, 2734:18, 2734:21, 2735:2, 2735:9, 2736:15, 2737:24, 2738:24, 2738:25, 2739:8, 2740:7, 2740:16, 2740:17, 2740:22, 2740:23, 2741:3, 2742:21, 2743:13, 2743:14, 2743:15, 2748:8, 2748:13, 2749:10, 2750:15, 2750:18, 2752:11, 2752:16, 2752:17, 2752:24, 2752:25, 2753:1, 2753:9, 2753:15, 2753:16, 2753:24, 2754:2, 2754:6, 2754:8, 2754:15, 2755:10,

2755:19, 2756:3, 2756:4, 2756:12, 2756:13, 2758:8, 2758:21, 2759:8, 2759:9, 2759:22, 2759:24, 2760:11, 2760:12, 2760:15, 2760:24, 2761:4, 2761:24, 2761:25
**IT'S** [177] - 2547:11, 2547:13, 2548:15, 2549:4, 2550:22, 2551:4, 2552:4, 2554:5, 2555:6, 2555:9, 2555:21, 2556:6, 2557:20, 2559:10, 2561:7, 2565:4, 2566:3, 2576:16, 2577:23, 2579:20, 2580:24, 2584:1, 2584:4, 2586:21, 2588:6, 2589:24, 2590:8, 2592:3, 2592:4, 2592:13, 2595:25, 2597:14, 2598:24, 2599:21, 2599:22, 2600:1, 2602:23, 2603:7, 2603:13, 2607:3, 2607:5, 2607:7, 2608:14, 2609:4, 2609:5, 2609:8, 2610:3, 2612:15, 2614:19, 2615:11, 2616:24, 2617:6, 2618:2, 2619:7, 2620:3, 2623:14, 2625:18, 2628:12, 2629:21, 2630:22, 2634:1, 2636:10, 2638:2, 2639:9, 2640:2, 2641:13, 2643:13, 2644:10, 2645:22, 2649:17, 2650:17, 2659:17, 2659:20, 2659:25, 2661:23, 2662:7, 2663:8, 2663:11, 2663:14, 2664:3, 2664:21, 2665:23, 2666:8, 2666:13, 2668:11, 2668:13, 2669:17, 2670:11, 2672:7, 2672:8, 2674:8, 2675:16, 2676:5, 2677:10, 2679:11, 2684:21, 2685:4, 2689:16, 2692:15, 2693:15, 2694:19, 2696:13, 2698:14,

2698:15, 2699:1, 2699:9, 2699:16, 2702:23, 2704:1, 2706:17, 2708:4, 2710:8, 2711:12, 2712:8, 2715:12, 2719:2, 2719:4, 2719:10, 2719:23, 2719:24, 2720:16, 2722:17, 2723:4, 2723:5, 2723:7, 2724:1, 2724:3, 2728:6, 2730:24, 2730:25, 2731:6, 2731:12, 2732:13, 2732:14, 2734:1, 2734:8, 2735:2, 2737:12, 2740:19, 2741:18, 2741:20, 2741:21, 2742:16, 2743:8, 2744:24, 2746:3, 2751:10, 2753:9, 2753:12, 2753:14, 2753:17, 2753:20, 2754:14, 2754:17, 2754:19, 2754:20, 2754:22, 2755:8, 2755:16, 2755:18, 2757:8, 2757:13, 2757:20, 2758:25, 2760:2, 2760:23, 2760:24, 2761:7, 2761:17
**ITEM** [1] - 2590:14
**ITS** [11] - 2555:24, 2566:14, 2602:25, 2617:13, 2629:15, 2635:6, 2637:17, 2644:21, 2647:5, 2722:12, 2755:20
**ITSELF** [7] - 2571:9, 2638:18, 2649:14, 2650:15, 2683:1, 2683:2, 2709:4
**ITT** [1] - 2605:5
**IV** [1] - 2733:18
**IVAN** [2] - 2622:10, 2624:19

---

# J

**JACKSON** [2] - 2749:14, 2751:5
**JAMES** [2] - 2543:13, 2544:4
**JANET** [2] - 2586:22, 2659:6
**JOANEN** [2] - 2542:18, 2542:18
**JOB** [3] - 2573:5,

2658:13, 2658:14
**JOBS** [1] - 2564:20
**JOHN** [4] - 2544:6, 2545:9, 2657:3, 2657:8
**JOHNS** [5] - 2693:20, 2693:23, 2697:2, 2697:3, 2697:4
**JOHNSON** [1] - 2632:7
**JOINTLY** [1] - 2585:11
**JONATHAN** [1] - 2541:19
**JONES** [1] - 2543:16
**JORDAN** [3] - 2650:18, 2652:1
**JOSEPH** [1] - 2541:16
**JR** [6] - 2541:12, 2542:7, 2542:8, 2542:11, 2542:15, 2544:4
**JUDGE** [13] - 2541:12, 2551:9, 2552:15, 2682:13, 2703:21, 2705:20, 2710:6, 2711:17, 2712:4, 2715:17, 2716:5, 2739:13, 2748:12
**JUDGMENT** [1] - 2690:17
**JULIA** [1] - 2543:19
**JULY** [3] - 2629:23, 2660:12, 2667:20
**JUMP** [2] - 2663:6, 2712:5
**JUMPS** [4] - 2668:5, 2759:13, 2760:12, 2760:15
**JUNCTION** [8] - 2610:16, 2733:20, 2738:10, 2738:13, 2740:9, 2740:17, 2740:23, 2740:25
**JUNCTIONS** [1] - 2610:8
**JUNE** [3] - 2629:24, 2630:3, 2665:2
**JUST** [153] - 2547:22, 2548:15, 2550:20, 2554:15, 2555:2, 2555:7, 2558:3, 2558:11, 2562:6, 2563:9, 2567:10, 2567:17, 2569:17, 2571:16, 2577:11, 2578:15, 2579:19, 2579:21, 2584:24, 2586:1, 2586:10, 2587:18, 2588:18, 2590:22, 2595:13,

2595:15, 2595:19, 2596:1, 2598:4, 2599:8, 2599:12, 2599:18, 2601:20, 2602:4, 2603:20, 2604:14, 2606:15, 2608:20, 2609:8, 2610:5, 2611:10, 2616:20, 2617:3, 2618:6, 2618:18, 2620:2, 2621:22, 2622:4, 2622:18, 2622:25, 2623:3, 2623:9, 2623:15, 2625:19, 2626:19, 2626:22, 2628:14, 2628:23, 2631:17, 2632:1, 2632:4, 2633:1, 2634:21, 2635:1, 2640:5, 2640:13, 2641:3, 2642:5, 2643:6, 2645:5, 2647:18, 2647:23, 2648:9, 2649:14, 2650:21, 2650:25, 2653:11, 2653:22, 2654:8, 2654:21, 2655:4, 2658:3, 2658:5, 2663:17, 2665:10, 2665:23, 2666:21, 2668:8, 2669:4, 2669:18, 2669:24, 2670:21, 2672:10, 2674:2, 2674:24, 2676:22, 2677:24, 2680:2, 2680:8, 2681:23, 2686:25, 2687:6, 2687:8, 2690:3, 2695:7, 2699:16, 2701:13, 2703:4, 2704:9, 2706:14, 2706:17, 2706:23, 2707:7, 2710:7, 2710:20, 2711:1, 2711:16, 2712:6, 2713:4, 2713:10, 2713:14, 2714:3, 2715:19, 2716:13, 2716:16, 2722:7, 2724:7, 2729:13, 2729:19, 2730:3, 2732:15, 2732:22, 2735:2, 2736:10, 2736:11, 2738:18, 2738:20, 2739:4, 2739:6, 2739:21, 2740:21, 2743:25, 2745:17, 2749:18, 2753:23, 2756:20, 2757:20,

2759:22, 2760:24, 2761:3

**JUSTICE** [1] - 2544:3

**JX** [1] - 2605:17

**JX-01-71311** [1] - 2704:13

**JX-01924-00** [1] - 2659:17

**JX-01926** [1] - 2663:18

**JX-07** [1] - 2704:12

**JX-1087** [2] - 2623:7, 2624:3

**JX-111** [1] - 2555:25

**JX-114** [3] - 2552:9, 2554:5, 2554:19

**JX-114-644** [1] - 2555:10

**JX-116** [3] - 2633:6, 2635:5, 2635:18

**JX-118** [1] - 2628:12

**JX-1238** [4] - 2585:22, 2586:6, 2587:6, 2589:16

**JX-124** [1] - 2552:14

**JX-1252** [1] - 2606:11

**JX-1255** [1] - 2577:23

**JX-1261** [1] - 2602:12

**JX-1285** [2] - 2590:25, 2643:5

**JX-1286** [3] - 2592:11, 2594:17, 2597:8

**JX-1299** [2] - 2579:20, 2579:25

**JX-1330** [1] - 2653:10

**JX-1660-2** [1] - 2550:2

**JX-1924** [1] - 2659:4

**JX-1925** [1] - 2659:4

**JX-1926** [1] - 2659:4

**JX-252** [2] - 2606:21, 2617:6

**JX-32** [1] - 2646:12

**JX-548** [1] - 2629:18

**JX-72** [1] - 2550:9

---

## K

**K"(2** [1] - 2541:6

**KATRINA** [29] - 2541:4, 2657:24, 2660:7, 2660:13, 2665:1, 2665:9, 2670:4, 2672:20, 2675:1, 2675:3, 2675:10, 2679:19, 2680:11, 2680:23, 2685:5, 2685:6, 2686:9, 2687:18, 2688:12, 2689:2, 2689:3, 2692:1,

2692:5, 2695:4, 2701:6, 2718:11, 2718:13, 2719:3, 2752:20

**KEEP** [2] - 2572:9, 2656:20

**KEEPS** [1] - 2682:13

**KELLS** [1] - 2544:5

**KEPT** [3] - 2658:22, 2658:24, 2658:25

**KERWIN** [1] - 2543:19

**KEY** [2] - 2653:20, 2665:8

**KIND** [25] - 2548:18, 2554:8, 2559:8, 2566:23, 2567:10, 2567:17, 2568:16, 2583:18, 2591:25, 2615:11, 2627:6, 2640:18, 2663:8, 2673:23, 2676:5, 2685:7, 2696:14, 2701:25, 2704:25, 2710:22, 2716:1, 2735:3, 2735:25, 2758:23, 2760:19

**KINEMATICS** [1] - 2696:14

**KING** [16] - 2656:5, 2656:14, 2656:15, 2656:16, 2657:3, 2657:8, 2657:9, 2657:14, 2661:6, 2670:23, 2682:4, 2682:16, 2683:13, 2724:7, 2738:13, 2741:4

**KING.......................
.......** [1] - 2545:9

**KNEW** [1] - 2652:8

**KNOTS** [3] - 2738:2, 2747:7, 2747:19

**KNOW** [131] - 2554:18, 2558:22, 2560:20, 2561:9, 2561:13, 2562:1, 2562:3, 2562:19, 2563:24, 2563:25, 2564:24, 2567:5, 2568:19, 2569:11, 2571:6, 2575:10, 2579:6, 2579:16, 2580:13, 2580:25, 2589:22, 2590:7, 2590:8, 2590:9, 2590:10, 2593:14, 2594:3, 2594:6, 2597:12, 2597:15, 2597:25, 2598:3, 2598:6, 2599:2, 2599:8,

2601:9, 2605:3, 2609:4, 2610:8, 2610:20, 2612:6, 2612:8, 2612:9, 2612:12, 2614:12, 2624:12, 2635:20, 2635:22, 2636:9, 2640:24, 2641:7, 2641:8, 2641:13, 2641:19, 2641:24, 2641:25, 2642:8, 2642:11, 2643:15, 2643:20, 2643:23, 2644:2, 2644:7, 2647:11, 2650:25, 2652:5, 2652:6, 2653:19, 2663:16, 2667:11, 2671:5, 2671:21, 2674:18, 2675:5, 2676:15, 2676:18, 2677:11, 2677:24, 2678:9, 2680:17, 2681:22, 2682:19, 2684:10, 2685:1, 2685:5, 2685:9, 2686:11, 2686:17, 2686:18, 2686:21, 2686:22, 2686:23, 2688:11, 2688:13, 2688:16, 2689:5, 2689:23, 2689:24, 2689:25, 2690:5, 2690:8, 2690:18, 2690:25, 2691:2, 2691:8, 2692:1, 2692:3, 2692:5, 2696:20, 2703:1, 2703:2, 2706:18, 2706:25, 2708:15, 2710:15, 2710:21, 2712:11, 2712:16, 2712:22, 2713:14, 2732:16, 2734:17, 2737:23, 2740:18, 2740:19, 2751:10, 2751:25, 2752:5, 2756:16

**KNOWING** [1] - 2696:21

**KNOWLEDGE** [5] - 2578:14, 2581:17, 2598:5, 2666:3, 2666:14

**KNOWN** [3] - 2577:11, 2577:13, 2691:3

**KNOWS** [4] - 2608:2, 2668:8, 2684:22, 2684:23

**KOK** [5] - 2720:5, 2724:8, 2724:20,

2725:10, 2726:16

**KOMATSU** [1] - 2603:16

---

## L

**L&N** [1] - 2676:23

**LA** [10] - 2541:17, 2541:20, 2542:5, 2542:9, 2542:12, 2542:16, 2542:19, 2543:8, 2543:14, 2544:12

**LAB** [1] - 2580:14

**LABEL** [1] - 2568:24

**LABELED** [1] - 2632:7

**LABORATORY** [8] - 2549:19, 2549:20, 2582:7, 2582:15, 2582:23, 2614:8, 2648:15, 2654:24

**LAID** [1] - 2634:19

**LAKE** [18] - 2686:17, 2690:24, 2721:12, 2730:6, 2735:8, 2735:13, 2735:15, 2735:20, 2735:23, 2736:3, 2736:7, 2736:25, 2737:14, 2737:16, 2737:22, 2740:16

**LAKEFRONT** [1] - 2686:18

**LAND** [5] - 2671:19, 2672:24, 2673:19, 2676:22, 2689:13

**LAND'S** [1] - 2678:3

**LANDFILL** [1] - 2553:16

**LANDWARD** [1] - 2654:18

**LANE** [2] - 2673:25, 2674:8

**LANGUAGE** [1] - 2591:22

**LAPTOP** [1] - 2692:25

**LARGE** [3] - 2731:11, 2735:20, 2750:23

**LARGER** [7] - 2649:25, 2687:15, 2713:20, 2713:22, 2714:2, 2718:6, 2718:16

**LASER** [2] - 2609:22, 2638:10

**LAST** [8] - 2578:15, 2580:17, 2590:14, 2660:12, 2667:23, 2701:12, 2702:5,

2720:19

**LASTED** [1] - 2726:20

**LAT** [1] - 2634:18

**LATE** [5] - 2630:2, 2652:1, 2727:5, 2759:8

**LATER** [18] - 2566:6, 2624:20, 2671:14, 2716:7, 2716:8, 2727:19, 2728:18, 2729:2, 2731:23, 2735:17, 2751:17, 2758:7, 2758:8, 2759:25, 2760:10, 2760:20, 2760:24

**LATERAL** [4] - 2602:3, 2604:7, 2610:1, 2610:7

**LATERALLY** [1] - 2630:15

**LATERALS** [1] - 2604:3

**LATITUDE** [3] - 2557:6, 2634:14, 2711:11

**LAW** [6] - 2541:19, 2542:7, 2542:11, 2542:18, 2543:3, 2557:18

**LAWN** [1] - 2541:24

**LAWYER** [3] - 2551:4, 2551:5, 2619:7

**LAY** [1] - 2666:11

**LAYER** [4] - 2550:14, 2550:22, 2653:5, 2653:8

**LAYERS** [4] - 2549:6, 2549:8, 2576:19, 2652:23

**LAYING** [1] - 2711:15

**LAYOUT** [1] - 2601:16

**LEAD** [1] - 2618:17

**LEADING** [1] - 2649:16

**LEAN** [1] - 2549:15

**LEANING** [1] - 2672:25

**LEARNED** [1] - 2743:1

**LEAST** [7] - 2555:17, 2557:18, 2570:18, 2682:3, 2690:15, 2751:8, 2754:14

**LEAVE** [9] - 2582:3, 2599:17, 2617:23, 2680:2, 2681:13, 2695:15, 2695:17, 2708:3, 2749:8

**LEE** [2] - 2545:5, 2546:12

**LEFT** [26] - 2599:1,

2645:19, 2661:19, 2669:20, 2669:22, 2671:1, 2672:11, 2672:25, 2683:23, 2687:3, 2687:8, 2689:21, 2720:24, 2723:21, 2728:1, 2730:19, 2731:1, 2731:5, 2731:17, 2736:16, 2737:13, 2737:21, 2737:22, 2742:2, 2745:14, 2745:19

**LEGEND** [1] - 2670:25

**LENGTH** [14] - 2581:15, 2597:16, 2604:11, 2617:25, 2618:7, 2630:22, 2696:12, 2703:15, 2737:19, 2738:2, 2738:7, 2742:10, 2742:19, 2742:20

**LENGTHS** [1] - 2725:25

**LENGTHY** [4] - 2703:20, 2703:25, 2711:13

**LENS** [1] - 2550:21

**LENSES** [3] - 2549:6, 2549:8, 2652:23

**LESS** [13] - 2582:23, 2604:6, 2620:3, 2641:6, 2706:23, 2728:24, 2755:15, 2757:20, 2758:11, 2760:5, 2760:10, 2761:3, 2761:23

**LET** [32] - 2559:22, 2561:13, 2562:6, 2571:6, 2578:15, 2580:25, 2584:7, 2586:13, 2592:14, 2594:23, 2635:1, 2637:4, 2637:18, 2641:24, 2647:23, 2656:18, 2659:14, 2666:21, 2669:22, 2673:8, 2679:14, 2682:25, 2687:16, 2690:9, 2691:17, 2694:13, 2704:24, 2708:5, 2709:7, 2716:16, 2752:15, 2756:2

**LET'S** [54] - 2549:25, 2552:8, 2552:9, 2554:2, 2555:24, 2561:10, 2567:6, 2570:23, 2575:7, 2575:8, 2576:12,

2577:18, 2578:2, 2579:19, 2589:3, 2589:16, 2590:25, 2592:15, 2593:15, 2598:9, 2598:21, 2606:11, 2608:16, 2617:3, 2628:4, 2628:21, 2629:4, 2629:12, 2629:18, 2630:2, 2630:24, 2631:3, 2632:6, 2633:1, 2633:6, 2634:1, 2635:20, 2636:7, 2643:4, 2646:12, 2654:20, 2659:15, 2659:18, 2663:17, 2663:18, 2669:23, 2677:5, 2680:1, 2694:14, 2696:8, 2698:23, 2707:1, 2723:17

**LEVEE** [54] - 2562:20, 2576:18, 2593:19, 2595:1, 2596:6, 2596:8, 2636:13, 2639:23, 2650:18, 2657:15, 2657:16, 2657:20, 2658:8, 2658:16, 2658:18, 2660:2, 2661:18, 2667:13, 2668:15, 2671:4, 2672:6, 2672:7, 2672:8, 2675:6, 2676:12, 2678:8, 2679:6, 2680:9, 2680:14, 2687:4, 2687:17, 2688:2, 2689:10, 2689:11, 2689:16, 2690:1, 2701:6, 2718:7, 2721:2, 2721:16, 2724:13, 2724:22, 2725:1, 2725:11, 2725:18, 2727:15, 2728:9, 2729:6, 2749:6, 2750:13, 2752:24, 2753:1, 2753:24

**LEVEES** [19] - 2562:2, 2567:24, 2568:8, 2583:3, 2584:23, 2639:12, 2639:15, 2644:22, 2718:1, 2718:20, 2725:22, 2726:5, 2726:7, 2728:19, 2730:23, 2737:10, 2749:5, 2756:24

**LEVEL** [27] - 2700:1, 2700:2, 2712:23, 2726:10, 2726:12,

2728:3, 2731:7, 2731:8, 2732:5, 2733:8, 2733:12, 2744:4, 2747:5, 2747:13, 2747:17, 2748:16, 2748:23, 2749:24, 2755:9, 2755:11, 2755:17, 2757:14, 2757:24, 2758:2, 2758:11, 2760:5, 2760:25

**LEVELS** [10] - 2576:19, 2686:7, 2721:12, 2721:25, 2722:14, 2730:10, 2732:2, 2732:8, 2733:2, 2755:15

**LF** [1] - 2618:8

**LICENSED** [1] - 2572:5

**LICENSES** [1] - 2698:6

**LIDAR** [3] - 2731:11, 2731:23

**LIFE** [2] - 2553:18, 2737:23

**LIFETIME** [1] - 2710:2

**LIFT** [14] - 2570:18, 2571:5, 2571:11, 2572:12, 2572:22, 2598:9, 2598:10, 2598:17, 2605:7, 2605:9, 2605:12, 2608:19, 2609:5, 2620:22

**LIFTS** [7] - 2603:17, 2604:12, 2611:13, 2611:16, 2616:25, 2618:25, 2619:4

**LIGHT** [7] - 2575:24, 2685:12, 2716:19, 2724:2, 2736:9, 2741:14, 2758:3

**LIKE** [59] - 2547:23, 2558:10, 2558:23, 2558:24, 2564:23, 2571:3, 2582:3, 2583:17, 2583:23, 2591:5, 2599:7, 2599:9, 2599:15, 2611:22, 2612:20, 2612:22, 2613:5, 2615:11, 2620:17, 2621:22, 2626:18, 2638:11, 2638:12, 2653:10, 2654:8, 2663:8, 2664:16, 2669:1, 2669:5, 2673:8, 2676:16, 2677:15, 2680:11,

2680:13, 2680:14, 2681:23, 2687:13, 2691:7, 2692:15, 2696:10, 2696:20, 2703:1, 2703:5, 2704:17, 2715:18, 2719:10, 2722:17, 2731:13, 2734:23, 2741:19, 2742:16, 2746:17, 2749:8, 2749:23, 2750:14, 2753:9, 2756:4

**LIMIT** [2] - 2569:25, 2572:11

**LIMITATION** [1] - 2735:1

**LINE** [127] - 2547:19, 2560:22, 2560:23, 2561:6, 2561:17, 2561:18, 2561:23, 2561:24, 2562:1, 2562:23, 2563:1, 2563:4, 2567:17, 2575:18, 2587:24, 2588:13, 2589:4, 2589:5, 2589:14, 2592:3, 2592:8, 2593:1, 2593:7, 2593:8, 2593:11, 2593:16, 2593:17, 2593:24, 2594:2, 2594:10, 2594:12, 2594:17, 2594:22, 2595:11, 2595:20, 2596:7, 2596:8, 2596:15, 2597:8, 2597:9, 2597:20, 2597:22, 2601:18, 2601:24, 2602:4, 2603:4, 2603:25, 2604:2, 2604:12, 2604:22, 2604:24, 2605:20, 2609:16, 2609:17, 2609:19, 2610:2, 2610:3, 2610:7, 2616:9, 2616:25, 2618:12, 2620:5, 2621:14, 2650:9, 2650:13, 2650:15, 2658:20, 2660:23, 2661:10, 2661:13, 2661:16, 2662:18, 2664:11, 2668:13, 2668:25, 2676:11, 2678:10, 2683:19, 2687:6, 2687:7, 2690:3, 2703:7, 2724:1, 2724:2, 2724:3, 2724:8, 2724:10, 2724:20, 2725:1,

2725:9, 2728:5, 2728:6, 2728:10, 2728:14, 2729:8, 2732:14, 2732:15, 2732:24, 2733:1, 2736:13, 2755:4, 2755:6, 2756:21, 2757:7, 2757:8, 2757:9, 2757:17, 2757:23, 2757:24, 2758:1, 2758:2, 2758:4, 2758:23, 2758:24, 2759:12, 2761:7, 2761:8, 2761:21, 2761:22, 2761:24

**LINEAR** [11] - 2618:1, 2618:7, 2618:8, 2618:11, 2618:13, 2618:16, 2618:21, 2619:4, 2619:8, 2619:18, 2620:9

**LINER** [2] - 2547:1, 2547:3

**LINES** [28] - 2548:22, 2561:11, 2571:1, 2598:17, 2598:21, 2601:15, 2601:16, 2601:23, 2602:3, 2602:10, 2603:1, 2604:6, 2604:7, 2605:9, 2606:6, 2609:22, 2610:1, 2610:7, 2615:5, 2615:8, 2615:24, 2631:8, 2636:4, 2636:10, 2724:11, 2732:14, 2732:24, 2757:25

**LINK** [1] - 2584:24

**LIST** [4] - 2702:5, 2702:12, 2702:15, 2720:3

**LISTED** [2] - 2591:11, 2716:14

**LITIGATION** [2] - 2541:5, 2682:18

**LITTLE** [54] - 2547:14, 2554:7, 2557:8, 2558:5, 2563:9, 2566:6, 2595:6, 2598:21, 2599:15, 2603:7, 2609:22, 2631:3, 2633:1, 2637:19, 2662:6, 2662:7, 2663:15, 2670:21, 2673:23, 2675:14, 2675:25, 2677:10, 2678:11, 2680:14, 2680:16,

2682:13, 2683:23, 2683:25, 2687:3, 2687:8, 2696:5, 2699:1, 2708:20, 2712:21, 2714:20, 2725:12, 2728:17, 2731:6, 2731:18, 2733:5, 2737:5, 2737:7, 2737:16, 2737:25, 2738:24, 2752:16, 2754:1, 2754:20, 2755:17, 2756:14, 2757:20, 2760:5, 2760:22, 2760:23

**LIVERS** [7] - 2753:7, 2754:1, 2754:9, 2758:22, 2759:3, 2759:16, 2759:20

**LIVERS'** [1] - 2753:25

**LNW/SBP** [1] - 2717:23

**LO** [1] - 2631:10

**LOAD** [3] - 2622:12, 2623:25, 2625:20

**LOBBY** [2] - 2686:22, 2686:23

**LOCATE** [1] - 2637:9

**LOCATED** [9] - 2554:13, 2562:3, 2633:16, 2633:23, 2633:25, 2634:25, 2637:13, 2641:1, 2724:15

**LOCATION** [27] - 2552:13, 2587:15, 2609:1, 2634:19, 2635:10, 2635:11, 2635:12, 2635:14, 2636:13, 2636:15, 2637:1, 2637:10, 2667:19, 2668:23, 2669:15, 2670:2, 2677:6, 2677:8, 2696:21, 2724:14, 2724:23, 2730:1, 2733:1, 2744:2, 2744:13

**LOCATIONS** [7] - 2552:20, 2554:1, 2554:2, 2555:18, 2555:20, 2749:13, 2753:6

**LOCK** [5] - 2645:22, 2651:18, 2708:8, 2721:25, 2731:25

**LOCKED** [1] - 2665:5

**LOCKMASTER** [4] - 2731:25, 2732:3,

---

2732:6, 2747:6

**LOCKS** [2] - 2661:24, 2690:23

**LOG** [2] - 2553:10, 2634:1

**LOGGED** [1] - 2634:8

**LOGIC** [2] - 2609:4, 2615:20

**LOGISTICAL** [1] - 2635:13

**LONG** [19] - 2557:22, 2634:19, 2657:16, 2664:19, 2664:20, 2673:1, 2677:12, 2690:19, 2695:12, 2700:17, 2708:14, 2726:20, 2735:6, 2738:19, 2740:6, 2746:4, 2759:9, 2761:4

**LONGER** [2] - 2675:25, 2738:24

**LONGITUDE** [1] - 2634:14

**LONIAN** [1] - 2543:12

**LOOK** [49] - 2549:25, 2554:2, 2554:17, 2557:20, 2558:4, 2561:10, 2567:6, 2579:19, 2582:6, 2586:13, 2589:3, 2623:19, 2629:4, 2629:18, 2636:7, 2656:18, 2659:24, 2659:25, 2663:11, 2663:13, 2667:2, 2673:21, 2675:6, 2677:21, 2680:13, 2681:23, 2682:11, 2683:23, 2696:10, 2696:11, 2696:20, 2706:8, 2710:13, 2714:24, 2718:15, 2724:12, 2727:20, 2728:5, 2731:4, 2734:2, 2737:8, 2746:5, 2757:6, 2757:9, 2758:15, 2759:7, 2759:16, 2759:19, 2761:2

**LOOKED** [33] - 2577:22, 2620:14, 2628:21, 2642:4, 2671:7, 2672:25, 2674:15, 2691:4, 2680:11, 2681:23, 2701:5, 2705:21, 2707:3, 2707:4, 2708:7, 2708:21, 2708:22, 2708:25,

---

2709:1, 2709:2, 2709:4, 2709:5, 2709:6, 2726:9, 2726:21, 2734:23, 2735:21, 2742:14, 2750:14, 2751:2, 2751:5

**LOOKING** [29] - 2555:7, 2555:21, 2557:19, 2558:17, 2559:2, 2575:12, 2662:24, 2664:15, 2673:11, 2673:18, 2674:3, 2674:5, 2675:19, 2686:5, 2700:10, 2707:4, 2707:14, 2710:12, 2719:15, 2722:4, 2722:16, 2735:2, 2737:13, 2739:24, 2742:1, 2743:7, 2746:15, 2754:8

**LOOKS** [9] - 2663:8, 2664:16, 2669:1, 2676:16, 2687:13, 2719:11, 2746:16, 2753:9, 2756:4

**LOS** [2] - 2543:5, 2719:23

**LOSE** [1] - 2647:19

**LOT** [26] - 2548:11, 2558:24, 2574:1, 2579:8, 2582:14, 2595:14, 2612:13, 2651:4, 2655:5, 2690:17, 2691:12, 2710:1, 2719:14, 2722:22, 2723:1, 2734:24, 2740:9, 2749:24, 2749:25, 2750:14, 2751:16, 2751:20, 2751:22, 2752:1, 2752:18

**LOTS** [1] - 2616:14

**LOUISIANA** [9] - 2541:1, 2541:7, 2543:20, 2657:13, 2700:6, 2701:10, 2701:12, 2718:18, 2722:11

**LOW** [11] - 2565:7, 2574:16, 2578:9, 2578:11, 2605:7, 2724:7, 2730:21, 2730:25, 2732:25, 2733:1, 2734:6

**LOW-FREQUENCY** [1] - 2734:6

**LOWER** [26] - 2583:12, 2661:2,

---

2662:6, 2662:7, 2671:18, 2714:22, 2717:22, 2717:25, 2718:5, 2718:8, 2718:23, 2721:19, 2727:21, 2727:22, 2730:12, 2730:19, 2731:9, 2731:24, 2733:9, 2735:5, 2736:16, 2749:14, 2755:7, 2755:13, 2758:19, 2761:3

**LOWERED** [1] - 2727:18

**LOWEST** [2] - 2667:19, 2668:17

**LUNCH** [5] - 2599:4, 2599:5, 2599:14, 2599:20, 2601:10

**LUNCHEON** [2] - 2545:7, 2600:4

---

# M

**MA'AM** [1] - 2571:15

**MADE** [19] - 2547:20, 2563:14, 2581:3, 2583:21, 2585:11, 2616:1, 2637:12, 2648:10, 2655:3, 2667:5, 2667:12, 2667:22, 2671:22, 2672:2, 2673:10, 2704:9, 2734:14, 2735:12

**MAGGIE** [1] - 2543:13

**MAGNITUDE** [2] - 2581:1, 2582:1

**MAIN** [13] - 2542:5, 2601:18, 2601:24, 2602:4, 2603:4, 2604:4, 2604:11, 2604:22, 2609:17, 2610:3, 2610:7, 2620:4, 2657:23

**MAINTAIN** [1] - 2731:6

**MAINTAINED** [1] - 2719:23

**MAJOR** [1] - 2741:22

**MAJORITY** [3] - 2559:18, 2559:19, 2640:9

**MAKE** [34] - 2554:15, 2557:17, 2570:1, 2570:20, 2571:8, 2572:15, 2588:10, 2599:23, 2610:7, 2615:15, 2618:2, 2621:22, 2646:2, 2647:19, 2648:9,

---

2652:9, 2653:13, 2666:25, 2674:4, 2691:1, 2704:9, 2706:12, 2707:13, 2707:25, 2715:18, 2721:3, 2722:18, 2722:19, 2724:16, 2732:22, 2743:6, 2750:1, 2756:2, 2759:23

**MAKES** [3] - 2612:6, 2651:4, 2758:13

**MAKING** [4] - 2557:18, 2616:9, 2741:15, 2741:21

**MAN** [2] - 2657:22, 2664:22

**MANHOLES** [4] - 2603:1, 2603:4, 2610:8, 2610:13

**MANUAL** [7] - 2706:10, 2707:5, 2707:23, 2714:12, 2714:15, 2715:1, 2715:11

**MANUALS** [1] - 2682:20

**MANY** [33] - 2558:17, 2575:11, 2575:13, 2575:14, 2576:24, 2616:8, 2620:18, 2645:16, 2648:24, 2649:25, 2652:25, 2660:6, 2677:1, 2686:24, 2703:2, 2703:16, 2704:7, 2719:11, 2719:21, 2723:8, 2734:4, 2734:7, 2734:11, 2742:8, 2744:20, 2745:17, 2745:19, 2746:1, 2746:20

**MAP** [6] - 2554:13, 2641:14, 2663:3, 2669:3, 2669:4, 2740:13

**MARCH** [2] - 2670:12, 2670:14

**MARINE** [34] - 2546:22, 2547:2, 2547:5, 2550:7, 2552:7, 2559:9, 2559:11, 2559:20, 2562:5, 2565:19, 2575:2, 2591:19, 2594:21, 2596:3, 2596:15, 2596:22, 2596:25, 2597:5, 2605:6, 2622:15, 2628:5, 2632:7,

---

2633:8, 2636:1,
2640:11, 2640:12,
2640:14, 2640:16,
2640:19, 2640:23,
2641:4, 2647:10,
2649:3, 2650:10
**MARK** [4] - 2662:19,
2664:6, 2666:25,
2740:20
**MARKED** [7] -
2554:19, 2659:4,
2660:20, 2669:3,
2670:7, 2670:19,
2676:2
**MARKS** [1] - 2662:21
**MARR** [4] - 2557:2,
2660:22, 2662:18,
2664:5
**MASSES** [2] - 2755:21
**MASSIVE** [1] -
2750:15
**MASTER** [3] -
2701:11, 2701:13,
2701:17
**MATCH** [1] - 2733:3
**MATCHED** [3] -
2644:6, 2724:4,
2728:7
**MATCHES** [1] -
2724:6
**MATERIAL** [17] -
2549:2, 2549:15,
2576:18, 2588:21,
2589:19, 2591:23,
2591:24, 2591:25,
2603:17, 2624:4,
2625:21, 2628:1,
2639:10, 2644:10,
2647:10, 2649:14,
2654:13
**MATERIALS** [11] -
2549:7, 2553:21,
2553:24, 2555:18,
2611:7, 2612:3,
2622:13, 2651:24,
2652:23, 2685:21,
2690:4
**MATH** [8] - 2551:4,
2551:5, 2580:25,
2596:19, 2619:7,
2620:2, 2695:14,
2695:17
**MATS** [2] - 2625:15,
2625:24
**MATT** [1] - 2542:22
**MATTER** [1] - 2695:2
**MATTERS** [1] -
2699:10
**MAXIMUM** [16] -
2565:24, 2566:4,

2596:11, 2598:19,
2604:15, 2629:4,
2629:7, 2629:9,
2737:11, 2746:13,
2746:22, 2747:9,
2747:11, 2747:20,
2748:18, 2748:25
**MAY** [40] - 2547:16,
2553:4, 2553:5,
2575:24, 2587:2,
2590:24, 2592:15,
2592:16, 2592:17,
2592:18, 2595:6,
2603:23, 2606:17,
2607:13, 2607:15,
2616:7, 2616:20,
2620:11, 2623:2,
2623:5, 2623:11,
2626:25, 2627:12,
2639:4, 2647:19,
2655:20, 2665:21,
2683:7, 2683:8,
2691:23, 2698:2,
2706:21, 2712:9,
2714:17, 2715:18,
2715:23, 2729:17,
2739:20, 2745:19,
2753:19
**MAYBE** [10] - 2558:6,
2583:9, 2599:1,
2673:6, 2675:9,
2675:17, 2679:1,
2691:8, 2749:7,
2761:18
**MCCONNON** [1] -
2544:4
**MCDONOUGH** [15] -
2546:22, 2547:1,
2547:5, 2562:5,
2575:2, 2591:19,
2594:9, 2594:21,
2596:3, 2596:15,
2596:22, 2596:24,
2597:5, 2647:10,
2650:10
**ME** [78] - 2554:13,
2556:8, 2558:12,
2559:23, 2561:9,
2562:6, 2569:25,
2571:6, 2578:15,
2580:25, 2584:7,
2586:3, 2586:4,
2591:10, 2591:21,
2592:14, 2594:23,
2597:19, 2599:7,
2599:16, 2599:19,
2600:1, 2607:11,
2616:6, 2622:21,
2623:1, 2623:18,
2625:18, 2625:23,

2627:1, 2628:14,
2635:1, 2636:17,
2637:4, 2637:18,
2639:2, 2641:11,
2641:24, 2642:16,
2647:23, 2656:2,
2658:12, 2658:13,
2659:10, 2659:14,
2660:11, 2666:21,
2669:22, 2673:8,
2675:6, 2675:7,
2676:18, 2679:14,
2682:11, 2682:25,
2684:19, 2685:17,
2687:16, 2690:9,
2691:17, 2693:22,
2704:9, 2704:24,
2706:16, 2707:18,
2709:7, 2710:15,
2716:16, 2729:15,
2729:17, 2732:18,
2737:23, 2737:24,
2738:1, 2738:18,
2739:1, 2751:11,
2756:2
**MEAN** [22] - 2569:25,
2575:13, 2589:25,
2590:5, 2607:7,
2608:1, 2612:19,
2626:22, 2644:9,
2654:10, 2655:1,
2669:6, 2684:6,
2689:2, 2689:4,
2689:23, 2690:22,
2692:6, 2692:7,
2723:14, 2748:6,
2752:13
**MEANS** [12] - 2559:18,
2611:10, 2611:13,
2611:16, 2613:1,
2618:8, 2619:3,
2730:10, 2736:22,
2745:11, 2748:5,
2760:8
**MEANT** [2] - 2721:18,
2727:11
**MEASURE** [2] -
2590:4, 2727:24
**MEASURED** [4] -
2590:15, 2637:13,
2727:10, 2732:4
**MEASUREMENTS** [3]
- 2635:9, 2736:10,
2737:3
**MEASURES** [3] -
2644:21, 2647:6,
2647:8
**MEASURING** [1] -
2739:23
**MECHANICAL** [1] -

2544:14
**MECHANICS** [10] -
2693:24, 2693:25,
2696:4, 2696:5,
2696:8, 2697:16,
2697:25, 2719:22,
2746:3
**MEDICINE** [1] - 2699:2
**MEET** [3] - 2678:3,
2678:4, 2684:8
**MEETING** [3] - 2700:8,
2700:24, 2744:18
**MEMBER** [5] -
2563:15, 2653:20,
2698:17, 2698:22,
2700:16
**MEMBERS** [3] -
2699:6, 2699:17,
2700:18
**MEMO** [1] - 2613:8
**MEMORY** [1] - 2712:2
**MENTION** [6] - 2616:9,
2616:17, 2626:17,
2627:25, 2717:4,
2733:22
**MENTIONED** [12] -
2646:20, 2651:8,
2697:22, 2700:12,
2720:13, 2722:3,
2724:7, 2725:21,
2731:3, 2740:2,
2740:22, 2745:7
**MENTIONING** [1] -
2616:24
**MENTIONS** [1] -
2701:9
**MERELY** [1] - 2588:2
**MESH** [6] - 2720:13,
2722:16, 2722:17,
2722:18, 2723:3
**MESSAGE** [1] -
2729:16
**MET** [4] - 2546:19,
2592:7, 2700:4,
2701:25
**METAIRIE** [1] -
2657:13
**METERS** [2] - 2724:9,
2737:20
**METHODS** [1] -
2549:20
**MEXICO** [5] - 2718:17,
2720:20, 2722:9,
2722:11, 2722:14
**MEYER** [1] - 2622:16
**MICHAEL** [1] - 2542:4
**MID** [1] - 2722:8
**MID-ATLANTIC** [1] -
2722:8
**MIDDLE** [4] - 2609:23,

2636:7, 2663:23,
2736:18
**MIDNIGHT** [2] -
2736:17, 2736:22
**MIGHT** [9] - 2591:11,
2629:3, 2656:9,
2684:14, 2691:13,
2720:25, 2732:18,
2738:24, 2747:15
**MILE** [3] - 2735:5,
2735:6, 2737:19
**MILES** [8] - 2664:19,
2664:20, 2737:20,
2737:21, 2738:7,
2747:7
**MILLED** [15] -
2621:13, 2621:19,
2621:25, 2622:7,
2623:17, 2623:23,
2624:3, 2624:8,
2624:14, 2625:6,
2626:12, 2626:18,
2628:1, 2646:21,
2646:24
**MILLION** [2] -
2575:12, 2723:2
**MIND** [7] - 2547:12,
2572:9, 2575:22,
2616:18, 2631:14,
2685:16
**MINE** [2] - 2645:17,
2741:25
**MINIMAL** [1] - 2654:19
**MINIMUM** [10] -
2560:22, 2561:6,
2561:18, 2561:22,
2561:24, 2562:1,
2562:22, 2563:4,
2611:15, 2650:8
**MINOR** [4] - 2549:6,
2549:8, 2550:21,
2652:23
**MINUS** [33] - 2578:6,
2578:16, 2579:1,
2579:5, 2580:6,
2580:8, 2580:9,
2580:10, 2580:22,
2580:24, 2581:1,
2581:8, 2581:25,
2582:1, 2582:10,
2582:11, 2582:13,
2596:2, 2598:13,
2632:24, 2646:7,
2652:3, 2652:6,
2653:16, 2653:19,
2653:22, 2732:7,
2732:9, 2732:19,
2732:21, 2753:14
**MINUTE** [4] - 2557:22,
2606:15, 2703:4,

2735:9

**MINUTES** [15] - 2599:1, 2599:20, 2599:22, 2655:23, 2728:11, 2729:14, 2738:22, 2738:24, 2739:9, 2750:7, 2750:10, 2751:21, 2752:6, 2752:9, 2753:15

**MISCOMMUNICATIO N** [2] - 2556:23, 2557:3

**MISNOMER** [1] - 2607:4

**MISS** [1] - 2708:4

**MISSED** [2] - 2616:3, 2753:19

**MISSING** [1] - 2641:11

**MISSISSIPPI** [3] - 2645:22, 2722:22, 2730:24

**MISSPOKE** [2] - 2615:23, 2732:23

**MISTAKE** [3] - 2652:9, 2704:10, 2727:14

**MISTAKEN** [3] - 2647:2, 2647:4, 2687:7

**MISUNDERSTOOD** [2] - 2583:9, 2603:24

**MITCHELL** [1] - 2542:22

**MITSCH** [37] - 2544:5, 2547:24, 2556:8, 2556:12, 2556:16, 2556:18, 2557:23, 2576:1, 2581:2, 2581:7, 2581:10, 2586:21, 2586:23, 2591:4, 2591:10, 2594:12, 2595:2, 2607:24, 2623:9, 2624:8, 2642:13, 2642:20, 2645:3, 2645:15, 2647:22, 2648:4, 2649:20, 2649:23, 2650:4, 2652:14, 2653:13, 2654:1, 2655:2, 2655:4, 2655:8, 2655:11, 2655:14

**MITSCH...................** [1] - 2545:8

**MMG** [11] - 2549:9, 2549:11, 2549:16, 2549:18, 2549:21, 2550:7, 2550:13, 2554:7, 2634:19, 2647:15, 2648:5

**MODEL** [87] - 2708:22, 2709:4, 2709:8, 2709:12, 2709:14, 2709:15, 2709:16, 2710:14, 2710:22, 2714:13, 2714:18, 2714:19, 2714:21, 2714:22, 2714:23, 2714:25, 2715:3, 2715:6, 2717:21, 2718:12, 2718:15, 2719:1, 2719:3, 2719:6, 2719:11, 2719:18, 2719:20, 2719:21, 2720:7, 2720:8, 2720:10, 2720:11, 2720:12, 2720:15, 2720:19, 2721:6, 2721:7, 2721:8, 2721:10, 2721:15, 2721:18, 2722:4, 2722:7, 2723:2, 2723:4, 2723:8, 2723:10, 2724:4, 2724:5, 2724:18, 2724:19, 2725:19, 2725:23, 2726:5, 2726:13, 2727:9, 2727:13, 2730:1, 2730:4, 2730:15, 2730:17, 2730:18, 2734:1, 2734:10, 2734:14, 2734:16, 2734:19, 2734:20, 2734:21, 2734:22, 2737:8, 2737:18, 2737:20, 2738:16, 2748:5, 2749:15, 2750:1, 2751:8, 2751:10

**MODELING** [23] - 2696:5, 2696:16, 2696:17, 2698:4, 2698:5, 2708:23, 2708:24, 2709:25, 2710:3, 2710:10, 2714:11, 2719:8, 2720:4, 2720:5, 2722:6, 2725:2, 2729:10, 2733:25, 2734:25, 2752:1, 2754:23, 2759:15

**MODELLING** [2] - 2710:17, 2735:1

**MODELS** [16] - 2696:18, 2696:23, 2696:24, 2708:24, 2709:1, 2710:1, 2715:25, 2718:11, 2719:17, 2720:2, 2720:6, 2720:7,

2720:24, 2721:23, 2723:11, 2733:25

**MODIFICATION** [2] - 2567:21, 2568:12

**MOISTURE** [1] - 2642:11

**MOMENT** [4] - 2555:2, 2618:20, 2682:9, 2746:17

**MONEY** [1] - 2615:18

**MONITORING** [8] - 2573:6, 2579:3, 2579:4, 2579:21, 2582:6, 2582:7, 2582:11, 2582:12

**MONTH** [4] - 2629:21, 2675:1, 2700:2, 2701:7

**MORE** [42] - 2557:25, 2576:16, 2577:14, 2580:13, 2582:23, 2604:6, 2608:23, 2619:8, 2619:18, 2631:3, 2636:8, 2639:25, 2645:4, 2646:10, 2654:21, 2659:20, 2675:8, 2680:8, 2682:13, 2691:15, 2695:18, 2701:2, 2712:7, 2716:20, 2718:14, 2719:7, 2720:9, 2720:13, 2721:2, 2722:6, 2728:22, 2731:22, 2742:11, 2746:21, 2750:17, 2750:19, 2751:22, 2758:12, 2760:11

**MORGAN** [1] - 2542:9

**MORNING** [8] - 2541:11, 2546:17, 2546:18, 2735:21, 2736:24, 2737:15, 2747:5, 2747:16

**MOSES** [2] - 2655:3, 2655:4

**MOST** [11] - 2605:14, 2626:13, 2664:20, 2671:21, 2680:16, 2699:25, 2700:16, 2700:23, 2719:8, 2729:1, 2738:7

**MOSTLY** [4] - 2700:4, 2725:23, 2737:9, 2758:16

**MOUND** [3] - 2631:18, 2632:9, 2632:11

**MOUNDS** [4] - 2631:18, 2631:20, 2632:3, 2632:9

**MOUTH** [3] - 2716:20, 2722:21, 2740:8

**MOVE** [5] - 2581:22, 2596:10, 2631:3, 2694:10, 2732:18

**MOVEMENT** [2] - 2572:7, 2598:16

**MOVES** [1] - 2751:3

**MOVIE** [1] - 2729:10

**MOVING** [3] - 2557:3, 2729:23, 2752:24

**MR** [396] - 2545:6, 2545:8, 2545:10, 2545:11, 2545:13, 2545:14, 2545:15, 2546:16, 2546:17, 2547:18, 2547:19, 2547:24, 2548:1, 2548:4, 2548:5, 2548:6, 2548:14, 2548:21, 2548:24, 2548:25, 2550:2, 2550:4, 2550:5, 2550:9, 2550:12, 2551:9, 2551:14, 2551:17, 2551:21, 2551:24, 2552:8, 2552:11, 2552:15, 2552:19, 2553:4, 2553:6, 2553:9, 2553:25, 2554:19, 2554:25, 2555:7, 2555:12, 2555:14, 2555:25, 2556:3, 2556:4, 2556:8, 2556:10, 2556:12, 2556:14, 2556:16, 2556:23, 2557:5, 2557:14, 2557:23, 2558:2, 2558:7, 2558:12, 2558:15, 2558:16, 2558:18, 2558:21, 2559:1, 2559:2, 2561:10, 2561:15, 2561:25, 2564:3, 2564:22, 2566:19, 2566:22, 2568:13, 2569:11, 2569:14, 2570:4, 2570:7, 2570:8, 2570:13, 2570:17, 2572:1, 2572:21, 2573:24, 2574:2, 2574:5, 2574:7, 2575:13, 2576:1, 2576:2, 2576:8, 2576:10, 2577:5, 2577:17, 2577:24, 2581:2, 2581:3, 2581:7,

2581:10, 2581:13, 2581:24, 2582:14, 2582:21, 2582:22, 2584:14, 2585:24, 2586:14, 2586:17, 2586:20, 2586:21, 2586:23, 2587:4, 2588:9, 2589:4, 2589:8, 2589:11, 2591:4, 2591:10, 2591:16, 2592:12, 2592:17, 2592:19, 2592:24, 2592:25, 2594:12, 2594:14, 2594:16, 2595:2, 2595:3, 2595:5, 2595:10, 2595:18, 2597:19, 2598:25, 2599:2, 2599:4, 2599:8, 2599:12, 2599:14, 2599:16, 2599:19, 2599:21, 2599:24, 2601:11, 2601:13, 2601:14, 2602:14, 2606:12, 2606:15, 2606:18, 2606:20, 2607:13, 2607:18, 2607:19, 2607:24, 2608:3, 2608:6, 2608:13, 2609:11, 2610:21, 2611:2, 2611:5, 2613:9, 2614:2, 2618:5, 2619:11, 2619:14, 2619:16, 2621:12, 2623:2, 2623:6, 2623:9, 2623:10, 2623:13, 2623:14, 2624:8, 2624:11, 2624:17, 2624:24, 2625:1, 2625:4, 2625:5, 2627:17, 2628:20, 2628:23, 2629:1, 2629:19, 2630:21, 2631:2, 2631:6, 2633:7, 2634:3, 2634:6, 2635:18, 2635:20, 2635:24, 2636:7, 2636:12, 2638:1, 2638:5, 2641:15, 2641:18, 2642:13, 2642:15, 2642:20, 2642:23, 2643:1, 2643:3, 2643:8, 2644:25, 2645:3, 2645:8, 2645:15, 2645:16, 2645:20, 2646:17, 2646:20, 2647:14, 2647:22, 2648:4,

2648:5, 2649:16, 2649:20, 2649:23, 2650:4, 2650:5, 2650:8, 2652:14, 2652:15, 2653:13, 2654:1, 2655:2, 2655:4, 2655:8, 2655:11, 2655:14, 2655:16, 2655:18, 2655:25, 2656:1, 2656:5, 2656:12, 2656:13, 2656:15, 2656:16, 2656:22, 2657:11, 2657:14, 2659:6, 2659:9, 2661:6, 2664:10, 2665:14, 2665:16, 2665:22, 2665:23, 2666:4, 2666:5, 2666:17, 2666:23, 2667:6, 2667:16, 2667:23, 2668:1, 2670:23, 2674:5, 2674:7, 2674:11, 2674:20, 2675:13, 2675:23, 2678:16, 2678:19, 2679:22, 2679:24, 2681:4, 2681:11, 2681:12, 2681:16, 2681:25, 2682:4, 2682:5, 2682:8, 2682:9, 2682:15, 2682:16, 2683:7, 2683:12, 2683:13, 2684:4, 2684:16, 2684:18, 2684:20, 2684:25, 2685:15, 2685:22, 2688:19, 2688:22, 2688:24, 2689:19, 2690:9, 2692:8, 2692:11, 2692:19, 2692:21, 2693:17, 2694:4, 2694:7, 2694:10, 2694:12, 2694:14, 2694:18, 2694:22, 2695:22, 2701:19, 2701:24, 2703:4, 2703:5, 2703:7, 2703:10, 2703:12, 2703:14, 2703:21, 2703:22, 2704:3, 2704:5, 2704:12, 2704:16, 2704:23, 2705:4, 2705:12, 2705:16, 2705:20, 2705:24, 2706:11, 2706:19, 2706:23, 2707:7, 2707:9, 2707:12, 2707:17, 2707:21,

2708:2, 2708:5, 2708:11, 2711:4, 2711:6, 2711:9, 2711:10, 2711:17, 2711:19, 2711:24, 2711:25, 2712:2, 2712:10, 2712:14, 2712:18, 2713:2, 2713:9, 2713:25, 2715:16, 2715:22, 2715:5, 2716:7, 2716:9, 2716:12, 2716:16, 2716:19, 2716:22, 2716:25, 2717:7, 2717:12, 2717:14, 2723:14, 2723:19, 2724:7, 2729:19, 2729:23, 2738:13, 2738:22, 2738:25, 2739:1, 2739:6, 2739:11, 2739:19, 2741:4, 2748:4, 2748:10, 2748:12, 2749:3

**MRGO** [53] - 2541:8, 2686:8, 2718:1, 2718:7, 2718:20, 2721:7, 2721:11, 2726:6, 2726:7, 2726:17, 2727:3, 2728:19, 2729:3, 2730:16, 2753:2, 2753:13, 2753:15, 2754:5, 2754:7, 2755:6, 2755:18, 2755:19, 2755:24, 2756:2, 2756:11, 2756:13, 2756:17, 2756:23, 2757:1, 2757:2, 2758:6, 2758:13, 2758:15, 2758:18, 2758:20, 2759:1, 2759:2, 2759:11, 2759:19, 2759:21, 2759:25, 2760:9, 2760:13, 2760:15, 2761:5, 2761:7, 2761:8, 2761:16, 2761:18, 2761:19, 2761:24

**MRS** [2] - 2608:14, 2648:13

**MS** [19] - 2559:7, 2571:13, 2571:16, 2577:5, 2592:10, 2594:13, 2595:19, 2607:11, 2608:15, 2608:17, 2609:1, 2613:9, 2622:21, 2623:18, 2632:1, 2635:7, 2636:20,

2649:2, 2655:17

**MUCH** [42] - 2565:13, 2565:14, 2565:15, 2565:17, 2573:11, 2649:24, 2656:3, 2666:22, 2684:5, 2686:21, 2687:15, 2692:8, 2711:14, 2712:7, 2716:3, 2716:9, 2718:4, 2718:6, 2719:7, 2719:16, 2729:3, 2737:23, 2741:19, 2742:16, 2743:7, 2746:21, 2748:17, 2748:25, 2749:10, 2750:14, 2751:17, 2751:21, 2751:23, 2752:16, 2756:12, 2758:12, 2759:19, 2760:10, 2760:11, 2760:17, 2760:20, 2761:22

**MUD** [1] - 2675:8

**MUDDY** [1] - 2622:11

**MULTIPLE** [2] - 2583:17, 2620:11

**MUST** [1] - 2591:8

**MY** [82] - 2546:19, 2553:6, 2557:18, 2558:8, 2559:21, 2561:21, 2561:23, 2578:14, 2580:24, 2581:21, 2584:14, 2585:21, 2590:7, 2595:22, 2596:4, 2596:19, 2597:7, 2602:23, 2603:23, 2604:18, 2616:1, 2620:2, 2622:20, 2623:19, 2624:2, 2624:7, 2624:20, 2625:5, 2625:8, 2625:17, 2632:1, 2632:4, 2633:24, 2640:22, 2643:22, 2648:10, 2653:18, 2653:20, 2655:11, 2664:13, 2671:23, 2672:25, 2676:2, 2677:16, 2683:14, 2683:24, 2693:14, 2694:9, 2695:14, 2696:1, 2696:3, 2696:18, 2698:21, 2701:1, 2703:5, 2704:7, 2705:25, 2708:23, 2709:15, 2710:1, 2710:24, 2711:2, 2711:22,

2712:2, 2712:6, 2714:10, 2714:11, 2714:12, 2714:17, 2715:15, 2716:20, 2717:7, 2723:17, 2737:2, 2743:1, 2744:15, 2749:2, 2754:5

**MYSELF** [1] - 2709:18

## N

**N.W** [1] - 2543:20

**NAME** [6] - 2546:19, 2608:10, 2608:11, 2657:6, 2693:12, 2693:14

**NAMED** [1] - 2584:21

**NARROW** [1] - 2680:16

**NATIONAL** [11] - 2698:22, 2698:23, 2699:2, 2699:6, 2699:7, 2699:8, 2699:13, 2699:14, 2699:17, 2699:20

**NATIVE** [5] - 2553:21, 2553:24, 2554:8, 2554:10, 2555:18

**NATURAL** [2] - 2631:23, 2730:23

**NATURE** [6] - 2624:24, 2624:25, 2625:6, 2713:22, 2750:13, 2751:15

**NAVD88** [1] - 2662:17

**NAVD882004.65** [1] - 2671:15

**NAVIGATION** [5] - 2658:19, 2670:1, 2670:4, 2679:8, 2723:23

**NAVIGATIONAL** [1] - 2658:17

**NEAR** [14] - 2562:2, 2575:18, 2636:13, 2660:23, 2669:13, 2672:22, 2687:24, 2689:7, 2721:1, 2732:25, 2737:10, 2740:8, 2745:24, 2753:25

**NEARER** [1] - 2603:18

**NEAREST** [2] - 2594:7, 2662:14

**NECESSARILY** [3] - 2616:13, 2626:15, 2628:2

**NECESSARY** [1] -

2599:11

**NEED** [30] - 2552:6, 2558:19, 2563:5, 2572:1, 2575:11, 2575:19, 2586:16, 2591:7, 2599:16, 2618:24, 2628:16, 2635:2, 2636:8, 2639:4, 2644:21, 2653:13, 2655:4, 2666:12, 2681:10, 2704:22, 2704:24, 2711:16, 2712:20, 2722:19, 2723:5, 2730:1, 2733:6, 2739:3

**NEEDED** [8] - 2566:16, 2566:24, 2567:18, 2653:22, 2658:12, 2658:14, 2723:11, 2727:11

**NEEDS** [4] - 2645:5, 2645:6, 2700:9, 2757:21

**NEGLECT** [1] - 2735:24

**NEGLECTED** [2] - 2736:5, 2736:6

**NEGLECTING** [1] - 2736:2

**NEIGHBORHOOD** [1] - 2583:15

**NEIGHBORHOODS** [1] - 2583:22

**NEITHER** [1] - 2582:16

**NESTED** [4] - 2718:11, 2720:7, 2721:23, 2723:10

**NEVER** [4] - 2546:19, 2580:23, 2665:10, 2704:8

**NEVERTHELESS** [1] - 2738:1

**NEW** [31] - 2541:7, 2541:17, 2541:20, 2542:12, 2542:19, 2543:8, 2543:14, 2544:12, 2564:4, 2590:6, 2639:10, 2640:8, 2645:22, 2651:18, 2662:8, 2662:17, 2668:6, 2670:3, 2676:17, 2676:19, 2678:5, 2679:10, 2698:12, 2700:5, 2721:5, 2722:23, 2741:4, 2745:16, 2745:18, 2745:23, 2746:6

**NEXT** [29] - 2551:10, 2551:21, 2567:14, 2572:19, 2584:7, 2584:10, 2590:13, 2591:8, 2592:14, 2602:17, 2618:16, 2630:8, 2630:16, 2654:3, 2655:24, 2656:1, 2656:5, 2659:14, 2666:25, 2671:16, 2676:11, 2677:19, 2691:4, 2697:21, 2700:2, 2700:3, 2733:22, 2756:22, 2759:5

**NGVD** [3] - 2652:3, 2653:19, 2653:22

**NINE** [5] - 2644:15, 2755:4, 2755:17, 2756:5

**NINTH** [19] - 2583:12, 2714:22, 2717:22, 2717:25, 2718:5, 2718:8, 2718:23, 2721:19, 2727:21, 2727:22, 2730:12, 2730:19, 2731:9, 2731:24, 2749:14, 2755:7, 2755:13, 2758:19, 2761:3

**NO** [169] - 2541:6, 2541:9, 2546:25, 2547:3, 2547:10, 2549:24, 2556:14, 2557:16, 2558:9, 2559:14, 2559:18, 2560:8, 2561:19, 2561:21, 2563:3, 2563:21, 2563:25, 2564:2, 2564:16, 2565:9, 2565:22, 2566:1, 2568:7, 2568:22, 2570:4, 2570:15, 2570:22, 2574:2, 2574:25, 2575:6, 2575:20, 2576:15, 2576:17, 2579:12, 2579:18, 2580:23, 2582:25, 2583:6, 2584:11, 2584:13, 2584:19, 2585:3, 2586:8, 2586:12, 2586:14, 2588:10, 2588:12, 2588:15, 2590:12, 2590:15, 2597:11, 2603:8, 2603:10, 2604:23, 2605:13, 2605:24, 2607:2, 2610:15, 2613:2,

2613:11, 2613:19, 2615:3, 2615:5, 2616:18, 2616:19, 2616:20, 2619:11, 2626:17, 2629:11, 2629:21, 2630:20, 2632:1, 2632:4, 2634:24, 2639:1, 2639:19, 2640:1, 2640:13, 2641:20, 2642:10, 2644:1, 2644:3, 2644:23, 2648:1, 2652:22, 2653:7, 2653:9, 2655:9, 2655:17, 2655:18, 2656:2, 2665:18, 2666:10, 2666:13, 2667:3, 2668:14, 2672:8, 2678:15, 2678:25, 2681:9, 2681:12, 2682:8, 2684:10, 2685:20, 2686:1, 2686:4, 2686:10, 2687:4, 2687:6, 2687:9, 2687:11, 2689:5, 2689:20, 2689:21, 2690:3, 2691:11, 2691:21, 2692:7, 2692:9, 2692:11, 2694:12, 2694:19, 2706:6, 2706:7, 2706:8, 2709:8, 2709:10, 2709:17, 2710:1, 2710:16, 2715:3, 2715:13, 2716:12, 2716:22, 2717:8, 2735:1, 2739:8, 2739:11, 2739:12, 2747:16, 2756:22, 2756:25, 2757:4, 2757:10, 2757:12, 2758:5, 2758:25, 2759:7, 2759:11, 2759:21, 2760:4, 2760:8, 2760:13, 2760:23, 2761:2, 2761:11, 2761:12, 2761:21

**NOISE** [3] - 2583:18, 2583:19, 2583:23

**NONETHELESS** [1] - 2557:17

**NONEXISTENCE** [1] - 2715:24

**NOON** [1] - 2732:2

**NOR** [2] - 2562:25, 2615:1

**NORFOLK** [3] -

2731:20, 2752:25, 2760:18

**NORMAL** [1] - 2690:6

**NORTH** [74] - 2601:18, 2605:21, 2610:17, 2631:12, 2640:6, 2660:4, 2660:23, 2661:25, 2662:1, 2665:6, 2668:2, 2669:16, 2669:17, 2669:20, 2672:13, 2672:18, 2672:21, 2673:11, 2674:2, 2674:15, 2676:22, 2689:4, 2705:8, 2706:5, 2718:4, 2719:25, 2729:13, 2733:1, 2733:3, 2735:14, 2735:17, 2735:24, 2736:4, 2737:1, 2741:1, 2743:3, 2749:16, 2749:23, 2750:3, 2751:7, 2751:19, 2751:24, 2752:21, 2752:23, 2753:3, 2753:10, 2753:13, 2753:16, 2753:20, 2753:23, 2754:3, 2754:5, 2754:6, 2754:13, 2756:23, 2757:1, 2757:10, 2757:12, 2757:15, 2757:18, 2758:6, 2758:10, 2758:12, 2758:25, 2759:8, 2759:9, 2760:4, 2760:6, 2760:9, 2760:23, 2761:3, 2761:16, 2761:22

**NORTH-SOUTH** [1] - 2631:12

**NORTHEAST** [1] - 2729:13

**NORTHERN** [4] - 2605:6, 2640:11, 2640:12, 2730:24

**NOT** [236] - 2547:21, 2548:1, 2548:15, 2549:1, 2549:4, 2549:12, 2549:19, 2552:2, 2552:4, 2554:6, 2556:5, 2556:11, 2556:12, 2556:14, 2556:22, 2556:25, 2557:2, 2557:4, 2557:7, 2557:24, 2558:16, 2561:8, 2562:7, 2562:10, 2562:13,

2562:15, 2562:17, 2562:22, 2563:11, 2564:3, 2565:22, 2566:3, 2567:23, 2567:25, 2568:10, 2568:14, 2568:20, 2568:22, 2569:1, 2570:11, 2570:15, 2571:22, 2572:6, 2572:7, 2572:18, 2573:5, 2573:12, 2573:19, 2574:8, 2574:24, 2574:25, 2575:6, 2575:8, 2576:21, 2576:22, 2577:2, 2577:7, 2579:12, 2579:18, 2580:12, 2580:13, 2582:15, 2582:18, 2582:22, 2582:25, 2583:1, 2583:7, 2584:17, 2584:19, 2585:4, 2585:14, 2585:19, 2586:8, 2586:9, 2587:6, 2588:1, 2588:4, 2588:14, 2588:23, 2590:4, 2590:19, 2591:25, 2592:3, 2593:5, 2594:6, 2595:4, 2595:19, 2596:7, 2596:9, 2596:13, 2597:5, 2597:11, 2597:12, 2597:17, 2598:4, 2598:24, 2599:6, 2603:14, 2604:1, 2604:7, 2606:7, 2606:12, 2607:6, 2608:1, 2608:2, 2609:8, 2609:12, 2609:25, 2610:13, 2611:18, 2611:19, 2612:20, 2613:2, 2613:5, 2613:11, 2614:12, 2614:24, 2615:3, 2616:7, 2616:9, 2616:10, 2616:13, 2616:20, 2616:23, 2618:15, 2618:17, 2620:21, 2621:9, 2622:12, 2623:14, 2624:9, 2624:11, 2626:15, 2627:9, 2627:13, 2628:2, 2631:14, 2635:2, 2636:21, 2637:9, 2638:24, 2639:1, 2641:21, 2641:22, 2642:3, 2643:22, 2647:21,

2648:1, 2648:14, 2648:17, 2648:22, 2649:9, 2649:11, 2649:25, 2650:7, 2651:11, 2653:7, 2653:9, 2653:19, 2662:14, 2665:20, 2666:1, 2666:18, 2667:1, 2667:12, 2668:13, 2670:22, 2671:8, 2671:11, 2672:7, 2674:24, 2674:25, 2675:16, 2677:11, 2679:17, 2679:21, 2681:5, 2681:7, 2682:12, 2684:11, 2684:17, 2684:20, 2685:19, 2687:7, 2688:11, 2688:13, 2688:15, 2689:6, 2689:25, 2690:16, 2692:5, 2702:3, 2702:9, 2702:18, 2703:1, 2704:1, 2706:17, 2709:15, 2709:17, 2710:5, 2710:14, 2711:12, 2711:14, 2711:23, 2713:6, 2713:7, 2714:6, 2714:7, 2714:23, 2714:25, 2715:15, 2716:12, 2721:9, 2721:20, 2722:16, 2729:15, 2732:13, 2736:15, 2740:12, 2740:22, 2743:9, 2745:19, 2746:1, 2747:15, 2751:22, 2751:23, 2753:11, 2757:18, 2761:22

**NOTATING** [1] - 2550:14

**NOTATION** [13] - 2554:7, 2578:5, 2580:1, 2608:9, 2616:15, 2619:25, 2621:19, 2623:16, 2629:9, 2631:4, 2631:13, 2638:16, 2641:21

**NOTATIONS** [1] - 2632:12

**NOTE** [6] - 2607:19, 2607:25, 2617:16, 2637:15, 2662:17, 2729:19

**NOTEBOOK** [1] - 2591:5

**NOTEBOOKS** [2] -

2659:24, 2659:25

**NOTED** [2] - 2703:12, 2716:4

**NOTEKEEPER** [2] - 2663:8, 2664:23

**NOTES** [20] - 2557:17, 2557:18, 2635:8, 2656:17, 2659:22, 2662:2, 2662:16, 2662:25, 2663:5, 2663:11, 2663:13, 2664:13, 2665:11, 2667:18, 2670:7, 2670:9, 2671:3, 2671:10, 2671:23, 2691:13

**NOTHING** [7] - 2546:9, 2559:12, 2652:20, 2656:25, 2693:6, 2758:17, 2760:14

**NOTICE** [7] - 2653:4, 2665:18, 2676:11, 2728:17, 2729:1, 2741:3, 2753:1

**NOTION** [1] - 2581:18

**NOW** [79] - 2552:16, 2553:6, 2554:6, 2556:22, 2560:13, 2562:10, 2563:10, 2564:8, 2564:10, 2564:11, 2564:17, 2564:18, 2566:3, 2567:7, 2569:18, 2570:12, 2571:2, 2573:2, 2574:12, 2577:24, 2583:1, 2584:20, 2587:23, 2590:6, 2592:20, 2592:25, 2595:5, 2598:22, 2603:13, 2604:14, 2605:19, 2610:6, 2610:21, 2618:22, 2624:21, 2634:7, 2645:4, 2654:20, 2655:22, 2659:12, 2661:18, 2662:14, 2664:5, 2667:13, 2669:7, 2669:23, 2669:25, 2671:2, 2671:7, 2672:4, 2673:21, 2674:6, 2675:15, 2675:24, 2684:15, 2684:16, 2684:20, 2685:1, 2686:17, 2687:16, 2691:24, 2692:23, 2694:10, 2697:3, 2707:9, 2707:14, 2707:22,

2708:12, 2708:14, 2710:20, 2719:23, 2730:17, 2736:14, 2743:19, 2747:18, 2748:17, 2749:8, 2749:9

**NUMBER** [45] - 2553:11, 2554:5, 2554:6, 2554:16, 2575:21, 2576:11, 2576:15, 2577:8, 2579:6, 2582:6, 2582:7, 2583:14, 2590:7, 2591:17, 2593:20, 2605:23, 2606:22, 2629:19, 2631:24, 2632:20, 2643:15, 2648:22, 2663:19, 2666:10, 2667:19, 2668:9, 2669:21, 2676:3, 2697:11, 2697:12, 2697:24, 2698:19, 2700:20, 2701:1, 2701:2, 2701:7, 2701:12, 2708:8, 2718:2, 2719:5, 2720:3, 2726:18, 2731:21, 2746:14, 2756:19

**NUMBERS** [9] - 2671:10, 2671:14, 2671:15, 2671:16, 2673:7, 2715:6, 2725:24, 2746:3, 2752:5

**NUMERICAL** [4] - 2719:8, 2720:13, 2724:18, 2724:19

**NUMERICS** [1] - 2719:9

**NUMEROUS** [1] - 2597:21

**NVGD** [1] - 2632:25

## O

**O'CLOCK** [33] - 2600:3, 2726:11, 2729:2, 2736:19, 2736:20, 2747:5, 2748:16, 2748:22, 2749:4, 2752:21, 2755:4, 2755:5, 2755:11, 2756:4, 2756:6, 2756:16, 2757:11, 2757:20, 2757:23, 2758:2, 2758:3, 2758:13, 2758:17, 2758:21,

2759:2, 2759:8, 2759:12, 2759:15, 2759:16, 2759:20, 2759:21, 2760:14, 2760:23

**OAK** [1] - 2541:24

**OATH** [7] - 2546:14, 2567:2, 2567:4, 2589:1, 2657:5, 2693:3, 2693:11

**OBJECT** [9] - 2581:10, 2607:24, 2665:16, 2681:4, 2703:7, 2712:5, 2712:6, 2715:22, 2715:25

**OBJECTION** [29] - 2576:1, 2576:3, 2576:4, 2581:2, 2581:3, 2581:14, 2595:2, 2624:8, 2624:11, 2624:13, 2642:13, 2649:16, 2665:15, 2666:16, 2667:10, 2694:12, 2703:9, 2703:10, 2703:18, 2703:23, 2705:12, 2707:9, 2712:6, 2715:18, 2716:4, 2716:23, 2717:6, 2717:8

**OBJECTIONS** [1] - 2716:11

**OBJECTS** [1] - 2647:6

**OBLIGATED** [1] - 2583:1

**OBLIGATIONS** [1] - 2583:11

**OBSERVATION** [7] - 2604:18, 2632:5, 2648:11, 2666:19, 2667:7, 2673:10, 2691:17

**OBSERVATIONS** [3] - 2549:19, 2648:12, 2666:15

**OBSERVED** [5] - 2650:1, 2666:18, 2680:23, 2681:2, 2721:25

**OBSERVING** [2] - 2598:20, 2630:6

**OBSTACLE** [1] - 2692:15

**OBVIATED** [1] - 2645:17

**OBVIOUSLY** [6] - 2557:4, 2654:5, 2654:13, 2667:4, 2675:18, 2680:21

**OCCASION** [1] -

2672:20

**OCCASIONAL** [1] - 2664:21

**OCCASIONS** [1] - 2621:4

**OCCUPATION** [1] - 2693:19

**OCCUR** [4] - 2560:8, 2726:14, 2750:10, 2758:8

**OCCURRED** [8] - 2642:1, 2647:13, 2670:4, 2689:3, 2726:17, 2728:15, 2751:7, 2751:12

**OCCURRENCE** [1] - 2745:13

**OCCURRING** [6] - 2557:1, 2606:4, 2721:14, 2748:20, 2753:20

**OCCURS** [2] - 2628:2, 2752:22

**OCEAN** [6] - 2701:4, 2741:16, 2741:23, 2742:2, 2742:3, 2744:20

**OCTOBER** [3] - 2633:3, 2633:4, 2633:5

**OF** [981] - 2541:1, 2541:11, 2542:7, 2544:3, 2546:20, 2546:22, 2546:23, 2547:5, 2547:17, 2547:18, 2548:9, 2548:10, 2548:11, 2548:17, 2548:18, 2549:1, 2549:5, 2549:6, 2549:16, 2549:25, 2550:14, 2550:21, 2551:16, 2551:20, 2552:4, 2553:10, 2553:15, 2553:18, 2553:24, 2554:2, 2554:9, 2554:11, 2554:17, 2556:9, 2556:11, 2556:12, 2557:8, 2557:25, 2558:4, 2558:6, 2558:7, 2558:13, 2558:17, 2559:19, 2559:24, 2559:25, 2560:1, 2560:4, 2560:5, 2560:7, 2560:8, 2560:19, 2560:21, 2560:23, 2561:2, 2561:4, 2561:5, 2561:21, 2561:23,

2561:24, 2562:7, 2562:19, 2563:15, 2564:3, 2564:4, 2564:5, 2564:6, 2564:12, 2564:13, 2564:14, 2564:15, 2564:19, 2564:23, 2565:9, 2566:23, 2567:11, 2567:17, 2567:20, 2568:9, 2568:10, 2568:14, 2568:15, 2568:21, 2568:24, 2569:17, 2571:4, 2571:16, 2571:18, 2571:22, 2572:7, 2572:10, 2572:15, 2572:18, 2572:20, 2572:21, 2573:11, 2573:12, 2573:15, 2573:19, 2573:20, 2573:21, 2573:22, 2574:8, 2574:9, 2574:10, 2574:17, 2574:19, 2575:8, 2575:10, 2575:11, 2575:17, 2575:22, 2575:24, 2576:11, 2576:12, 2576:17, 2576:19, 2577:4, 2577:6, 2577:8, 2577:12, 2578:5, 2578:12, 2578:14, 2578:16, 2578:23, 2578:25, 2579:1, 2579:2, 2579:4, 2579:5, 2579:8, 2579:10, 2580:1, 2580:6, 2580:8, 2580:9, 2580:12, 2580:18, 2580:24, 2580:25, 2581:10, 2581:17, 2581:18, 2582:1, 2582:13, 2582:14, 2582:16, 2583:4, 2583:6, 2583:7, 2583:14, 2583:18, 2583:21, 2583:23, 2583:25, 2584:1, 2584:2, 2584:8, 2584:16, 2584:24, 2585:1, 2585:6, 2585:21, 2586:5, 2586:6, 2586:8, 2587:5, 2587:6, 2587:11, 2587:22, 2587:23, 2587:24, 2588:12, 2588:17, 2588:19, 2588:20, 2589:13, 2589:20, 2589:23, 2589:24,

**HOURLY TRANSCRIPT**

2590:3, 2590:6,
2590:7, 2590:10,
2591:21, 2591:25,
2592:2, 2593:12,
2593:19, 2593:20,
2593:21, 2593:23,
2594:4, 2594:20,
2594:25, 2595:14,
2595:22, 2596:5,
2596:6, 2596:16,
2597:8, 2597:13,
2597:16, 2597:24,
2597:25, 2598:5,
2598:16, 2601:16,
2601:20, 2602:4,
2602:5, 2602:10,
2603:11, 2604:2,
2604:11, 2604:21,
2604:23, 2604:24,
2604:25, 2605:1,
2605:5, 2605:6,
2605:21, 2606:6,
2606:9, 2606:25,
2607:2, 2607:7,
2608:7, 2608:9,
2608:17, 2608:25,
2609:2, 2609:18,
2609:23, 2610:2,
2610:11, 2610:12,
2610:17, 2610:18,
2610:22, 2611:6,
2611:7, 2611:13,
2611:15, 2611:16,
2611:20, 2612:3,
2612:13, 2613:5,
2613:13, 2613:17,
2613:23, 2614:9,
2614:13, 2614:15,
2614:17, 2615:3,
2615:11, 2615:12,
2615:15, 2616:3,
2616:8, 2616:9,
2616:10, 2616:14,
2616:15, 2616:17,
2617:3, 2617:17,
2617:21, 2617:25,
2618:7, 2618:12,
2618:22, 2619:9,
2619:17, 2620:4,
2620:7, 2620:8,
2620:9, 2620:11,
2620:15, 2620:17,
2620:19, 2620:21,
2621:3, 2621:4,
2621:13, 2621:14,
2621:18, 2621:19,
2621:24, 2622:3,
2622:7, 2622:14,
2622:20, 2623:3,
2623:15, 2623:17,
2624:3, 2624:5,

2624:19, 2624:21,
2624:24, 2624:25,
2625:6, 2626:8,
2626:16, 2626:17,
2626:18, 2627:6,
2627:10, 2627:22,
2627:23, 2627:25,
2628:1, 2629:9,
2629:14, 2629:15,
2629:24, 2630:3,
2631:4, 2631:7,
2631:11, 2631:13,
2632:2, 2632:4,
2632:12, 2632:16,
2632:21, 2633:2,
2633:3, 2633:11,
2633:14, 2633:22,
2634:2, 2634:12,
2634:22, 2635:5,
2635:9, 2635:12,
2635:13, 2635:16,
2635:17, 2635:18,
2636:19, 2637:10,
2637:11, 2637:14,
2637:17, 2637:20,
2637:22, 2638:16,
2638:20, 2638:24,
2639:1, 2639:3,
2639:23, 2639:25,
2640:2, 2640:6,
2640:9, 2640:11,
2640:12, 2640:13,
2640:14, 2640:16,
2640:18, 2640:21,
2640:25, 2641:8,
2641:21, 2642:8,
2642:14, 2643:4,
2643:7, 2643:11,
2643:14, 2643:16,
2643:20, 2644:2,
2644:6, 2644:8,
2644:11, 2644:20,
2644:21, 2645:11,
2645:16, 2645:17,
2645:22, 2646:2,
2646:4, 2646:7,
2647:12, 2648:12,
2648:24, 2649:5,
2649:14, 2650:6,
2650:8, 2650:19,
2651:4, 2651:7,
2651:17, 2651:23,
2652:7, 2652:10,
2652:23, 2652:25,
2653:4, 2653:5,
2653:8, 2653:20,
2653:21, 2654:4,
2654:5, 2654:15,
2654:23, 2655:5,
2655:6, 2655:22,
2656:6, 2656:16,

2656:20, 2658:16,
2658:17, 2658:22,
2659:4, 2659:6,
2659:15, 2659:24,
2660:2, 2660:22,
2660:23, 2661:19,
2661:25, 2662:21,
2663:2, 2663:8,
2663:23, 2664:20,
2664:25, 2665:1,
2665:2, 2665:5,
2665:6, 2666:17,
2666:19, 2666:20,
2667:3, 2667:7,
2667:13, 2667:17,
2667:19, 2667:20,
2668:3, 2668:12,
2668:14, 2668:16,
2668:18, 2668:23,
2669:15, 2669:21,
2669:23, 2669:25,
2670:2, 2670:3,
2670:7, 2670:8,
2670:11, 2670:13,
2670:14, 2670:19,
2671:1, 2671:3,
2671:18, 2671:21,
2671:22, 2672:2,
2672:3, 2672:5,
2672:22, 2673:3,
2673:15, 2673:19,
2673:23, 2674:2,
2674:5, 2675:1,
2675:12, 2675:25,
2676:5, 2676:11,
2676:12, 2676:16,
2676:18, 2677:6,
2677:8, 2677:25,
2678:7, 2678:21,
2679:7, 2679:10,
2679:19, 2679:25,
2680:6, 2680:10,
2680:16, 2680:25,
2681:6, 2681:20,
2682:10, 2682:12,
2682:19, 2682:20,
2682:21, 2683:15,
2683:19, 2683:23,
2684:1, 2684:2,
2684:12, 2684:13,
2685:7, 2686:2,
2686:7, 2686:22,
2687:3, 2687:8,
2688:10, 2688:11,
2688:12, 2688:13,
2688:14, 2688:16,
2688:17, 2688:25,
2689:5, 2689:6,
2689:12, 2689:21,
2690:11, 2690:14,
2690:17, 2690:19,

2691:12, 2691:18,
2691:19, 2692:15,
2693:20, 2693:22,
2693:23, 2695:4,
2695:24, 2696:6,
2696:7, 2696:9,
2696:12, 2696:13,
2696:14, 2696:17,
2697:4, 2697:8,
2697:11, 2697:12,
2697:24, 2698:3,
2698:4, 2698:8,
2698:17, 2698:19,
2698:22, 2698:23,
2698:25, 2699:2,
2699:4, 2699:6,
2699:7, 2699:16,
2699:17, 2699:18,
2699:22, 2699:23,
2700:3, 2700:5,
2700:7, 2700:10,
2700:13, 2700:14,
2700:17, 2700:20,
2701:1, 2701:2,
2701:4, 2701:6,
2701:8, 2701:9,
2701:10, 2701:12,
2702:1, 2702:2,
2702:5, 2702:8,
2702:11, 2702:14,
2703:2, 2703:8,
2703:12, 2703:25,
2704:17, 2704:21,
2704:25, 2705:5,
2705:8, 2705:22,
2706:5, 2706:9,
2706:16, 2706:18,
2706:20, 2707:22,
2708:8, 2708:12,
2708:18, 2708:20,
2708:25, 2709:2,
2709:6, 2709:18,
2710:1, 2710:12,
2710:22, 2710:24,
2710:25, 2711:14,
2711:15, 2711:22,
2712:4, 2712:11,
2712:18, 2712:19,
2713:11, 2713:17,
2713:23, 2714:1,
2714:9, 2714:10,
2714:19, 2714:22,
2715:5, 2715:6,
2715:7, 2715:9,
2715:11, 2715:12,
2715:14, 2715:24,
2715:25, 2716:1,
2716:2, 2716:11,
2716:14, 2716:19,
2716:23, 2717:17,
2717:19, 2717:21,

2717:24, 2717:25,
2718:5, 2718:7,
2718:9, 2718:11,
2718:15, 2718:16,
2718:17, 2718:20,
2718:21, 2718:22,
2719:5, 2719:6,
2719:8, 2719:25,
2720:4, 2720:7,
2720:10, 2720:15,
2720:19, 2720:20,
2720:22, 2720:24,
2721:23, 2722:1,
2722:7, 2722:8,
2722:10, 2722:12,
2722:14, 2722:15,
2722:21, 2722:22,
2722:23, 2722:25,
2723:1, 2723:7,
2723:10, 2723:12,
2723:13, 2724:5,
2724:15, 2724:24,
2724:25, 2725:5,
2725:6, 2725:10,
2725:17, 2725:24,
2726:1, 2726:4,
2726:8, 2726:16,
2726:18, 2726:21,
2726:22, 2726:25,
2727:1, 2728:4,
2728:14, 2728:25,
2729:1, 2729:9,
2729:23, 2730:2,
2730:3, 2730:5,
2730:12, 2730:18,
2730:20, 2730:23,
2731:10, 2731:11,
2731:21, 2732:5,
2732:8, 2732:9,
2732:10, 2732:11,
2733:6, 2733:13,
2733:15, 2733:18,
2734:3, 2734:4,
2734:7, 2734:13,
2734:14, 2734:22,
2734:24, 2735:1,
2735:3, 2735:5,
2735:15, 2735:18,
2735:19, 2735:22,
2735:23, 2735:25,
2736:5, 2736:8,
2736:11, 2736:18,
2736:22, 2737:2,
2737:11, 2737:13,
2737:19, 2737:23,
2738:2, 2738:3,
2738:6, 2738:7,
2738:11, 2738:12,
2738:13, 2738:15,
2738:19, 2738:20,
2740:8, 2740:9,

2740:24, 2741:1, 2741:4, 2741:11, 2741:14, 2741:18, 2741:22, 2741:25, 2742:5, 2742:7, 2742:10, 2742:11, 2742:16, 2742:19, 2742:20, 2742:22, 2742:23, 2743:2, 2743:3, 2743:7, 2743:10, 2743:19, 2743:22, 2743:25, 2744:13, 2744:19, 2744:20, 2745:3, 2745:4, 2745:5, 2745:6, 2745:12, 2745:13, 2745:15, 2745:16, 2745:17, 2745:19, 2745:23, 2745:24, 2746:6, 2746:8, 2746:14, 2746:16, 2746:22, 2746:23, 2746:24, 2747:2, 2747:3, 2747:5, 2747:21, 2747:25, 2748:4, 2748:5, 2748:13, 2748:24, 2749:7, 2749:12, 2749:14, 2749:15, 2749:18, 2749:22, 2749:24, 2749:25, 2750:2, 2750:4, 2750:11, 2750:12, 2750:13, 2750:14, 2750:15, 2750:16, 2750:17, 2750:18, 2750:20, 2750:23, 2751:4, 2751:8, 2751:15, 2751:16, 2751:18, 2751:20, 2751:23, 2751:24, 2751:25, 2752:1, 2752:6, 2752:10, 2752:15, 2752:17, 2752:18, 2752:19, 2753:5, 2753:24, 2754:23, 2755:25, 2756:10, 2756:12, 2756:15, 2756:17, 2756:19, 2756:24, 2757:10, 2757:23, 2758:17, 2758:19, 2758:23, 2759:15, 2760:10, 2760:18, 2760:19, 2760:25, 2761:11, 2761:20

**OFF** [28] - 2590:7, 2592:16, 2593:18, 2599:24, 2599:25, 2622:4, 2625:21,

2635:9, 2637:14, 2639:1, 2643:22, 2645:10, 2652:4, 2657:21, 2665:4, 2669:5, 2677:1, 2678:3, 2683:10, 2685:12, 2690:25, 2691:4, 2716:20, 2741:6, 2743:22, 2744:2, 2744:16, 2745:1

**OFF-THE-RECORD** [2] - 2645:10, 2683:10

**OFFER** [2] - 2702:23, 2710:18

**OFFERED** [1] - 2701:16

**OFFICE** [7] - 2542:7, 2566:15, 2567:13, 2658:25, 2659:1, 2691:14, 2697:9

**OFFICIAL** [2] - 2544:11, 2568:12

**OFFSHORE** [4] - 2696:13, 2696:19, 2696:21, 2736:10

**OFFSITE** [1] - 2624:1

**OH** [16] - 2551:10, 2553:13, 2569:8, 2584:6, 2607:23, 2619:13, 2638:11, 2659:18, 2674:22, 2675:11, 2684:6, 2685:20, 2688:9, 2692:6, 2739:8

**OKAY** [48] - 2547:11, 2547:25, 2548:2, 2549:25, 2552:25, 2553:2, 2558:18, 2560:6, 2566:20, 2575:19, 2583:9, 2596:10, 2608:4, 2609:14, 2612:18, 2618:20, 2619:20, 2628:17, 2630:3, 2630:24, 2634:1, 2648:2, 2649:23, 2658:2, 2660:6, 2660:11, 2661:5, 2663:17, 2663:24, 2664:5, 2664:6, 2669:2, 2669:7, 2669:15, 2669:23, 2673:23, 2675:12, 2680:8, 2683:18, 2684:6, 2684:10, 2690:12, 2695:12, 2703:6, 2739:5, 2748:3, 2756:18

**OLD** [3] - 2656:6, 2656:7, 2671:19

**OLIPHANT** [4] - 2577:5, 2592:10, 2594:13, 2595:19

**ON** [324] - 2546:14, 2548:16, 2549:18, 2551:10, 2551:20, 2551:25, 2552:9, 2552:17, 2553:11, 2553:17, 2554:13, 2554:22, 2555:4, 2555:5, 2556:4, 2556:24, 2557:3, 2557:7, 2557:12, 2557:18, 2557:19, 2558:5, 2558:8, 2560:2, 2560:19, 2561:23, 2562:4, 2562:7, 2563:3, 2566:5, 2566:24, 2567:18, 2568:17, 2569:6, 2569:18, 2569:21, 2573:3, 2573:13, 2573:20, 2574:9, 2574:24, 2575:7, 2576:5, 2576:17, 2577:4, 2578:17, 2579:1, 2580:5, 2581:10, 2581:18, 2581:21, 2581:22, 2582:4, 2582:8, 2583:17, 2583:25, 2584:2, 2585:20, 2587:9, 2587:22, 2588:2, 2589:24, 2592:4, 2593:2, 2593:4, 2593:12, 2593:19, 2594:4, 2594:6, 2594:10, 2594:19, 2596:14, 2597:24, 2598:5, 2599:7, 2604:17, 2605:5, 2605:6, 2605:7, 2606:9, 2607:20, 2609:17, 2610:17, 2614:10, 2616:20, 2617:5, 2618:6, 2620:13, 2623:1, 2623:9, 2623:21, 2626:6, 2627:12, 2628:3, 2628:4, 2629:25, 2630:6, 2631:18, 2632:4, 2633:14, 2633:16, 2635:5, 2637:5, 2637:10, 2639:25, 2640:21, 2641:10, 2641:14, 2642:1, 2642:4, 2642:5,

2643:13, 2643:24, 2644:21, 2645:12, 2646:25, 2647:11, 2648:10, 2649:5, 2650:2, 2650:14, 2651:25, 2652:3, 2653:11, 2654:13, 2654:23, 2655:7, 2655:13, 2657:5, 2658:13, 2658:18, 2659:5, 2660:12, 2661:10, 2661:12, 2661:15, 2661:20, 2662:4, 2662:7, 2662:8, 2662:18, 2662:23, 2663:1, 2663:3, 2663:13, 2663:18, 2664:13, 2664:24, 2665:7, 2665:8, 2665:11, 2665:24, 2665:25, 2666:15, 2667:6, 2667:10, 2667:19, 2668:17, 2668:18, 2668:22, 2668:25, 2669:2, 2670:3, 2670:21, 2671:2, 2672:16, 2672:21, 2673:14, 2673:19, 2674:4, 2675:15, 2675:16, 2675:17, 2675:18, 2678:13, 2678:21, 2678:22, 2679:7, 2680:10, 2680:14, 2680:15, 2680:18, 2680:25, 2681:3, 2681:7, 2683:15, 2686:3, 2686:24, 2689:6, 2689:7, 2690:9, 2690:17, 2691:4, 2691:10, 2691:17, 2692:2, 2692:24, 2692:25, 2693:11, 2694:2, 2696:6, 2696:15, 2696:21, 2697:16, 2697:24, 2698:9, 2699:10, 2699:13, 2699:24, 2700:1, 2700:2, 2700:8, 2700:10, 2700:22, 2701:1, 2701:3, 2701:14, 2701:16, 2702:5, 2702:14, 2702:23, 2703:11, 2704:8, 2704:19, 2707:4, 2707:15, 2708:4, 2708:17, 2711:1, 2711:3, 2711:11, 2711:13, 2711:23,

2714:5, 2714:9, 2714:10, 2714:24, 2715:4, 2716:2, 2718:24, 2719:25, 2720:17, 2720:19, 2721:10, 2721:11, 2723:12, 2723:19, 2723:21, 2723:23, 2725:3, 2726:10, 2726:17, 2727:8, 2728:1, 2728:20, 2729:2, 2729:21, 2730:19, 2730:20, 2731:5, 2731:17, 2732:18, 2732:24, 2732:25, 2733:5, 2733:21, 2733:22, 2733:23, 2734:16, 2736:3, 2736:5, 2736:13, 2736:16, 2736:17, 2736:21, 2736:22, 2737:9, 2737:12, 2737:22, 2739:1, 2740:3, 2740:5, 2741:3, 2741:5, 2741:12, 2741:17, 2742:2, 2742:4, 2742:5, 2742:10, 2742:12, 2742:22, 2743:2, 2743:20, 2744:5, 2744:9, 2745:14, 2746:10, 2746:14, 2747:2, 2747:6, 2747:21, 2747:25, 2749:2, 2749:11, 2749:14, 2749:16, 2750:8, 2751:1, 2751:6, 2752:9, 2752:14, 2753:3, 2755:25, 2758:19, 2759:2, 2759:4

**ONCE** [10] - 2553:21, 2565:12, 2585:19, 2603:17, 2658:11, 2711:17, 2723:8, 2734:7, 2734:8, 2744:21

**ONE** [111] - 2546:20, 2548:1, 2549:16, 2554:2, 2557:12, 2558:2, 2560:14, 2560:16, 2563:3, 2570:25, 2572:21, 2574:16, 2574:17, 2575:2, 2575:15, 2580:8, 2580:22, 2582:16, 2583:1, 2586:23, 2587:9, 2587:21, 2590:14, 2592:16, 2593:22,

2594:12, 2596:22, 2596:24, 2606:15, 2606:25, 2609:23, 2611:18, 2611:22, 2613:6, 2615:15, 2617:3, 2617:5, 2620:7, 2620:21, 2621:13, 2622:17, 2625:11, 2629:15, 2632:16, 2632:24, 2638:16, 2639:9, 2639:22, 2643:4, 2646:4, 2652:10, 2653:13, 2655:8, 2655:10, 2655:11, 2659:4, 2659:12, 2659:20, 2662:21, 2663:25, 2664:21, 2666:10, 2671:21, 2673:15, 2675:17, 2676:1, 2676:5, 2680:25, 2682:9, 2682:12, 2688:10, 2688:14, 2688:17, 2689:12, 2690:24, 2691:4, 2691:7, 2691:11, 2691:15, 2694:2, 2696:17, 2697:16, 2702:18, 2702:20, 2704:19, 2707:3, 2708:4, 2713:10, 2717:20, 2718:4, 2719:6, 2720:22, 2723:17, 2723:19, 2726:4, 2726:16, 2728:2, 2731:10, 2733:7, 2733:25, 2735:19, 2737:11, 2738:15, 2741:12, 2742:21, 2746:5, 2749:22, 2752:10, 2755:9, 2756:22

**ONES** [4] - 2586:9, 2598:8, 2698:21, 2727:1

**ONLY** [35] - 2567:20, 2584:4, 2596:21, 2603:24, 2612:14, 2621:4, 2627:11, 2631:9, 2641:5, 2648:18, 2678:11, 2684:22, 2685:21, 2705:6, 2712:10, 2723:9, 2732:4, 2735:23, 2743:9, 2743:17, 2754:9, 2757:1, 2757:2, 2758:15, 2759:1, 2759:8, 2759:11, 2759:19, 2760:9,

2760:13, 2761:7, 2761:12, 2761:18, 2761:19, 2761:24

**ONSHORE** [2] - 2602:19, 2696:19

**ONTO** [4] - 2622:12, 2623:25, 2625:19, 2649:14

**OPEN** [8] - 2596:14, 2617:23, 2651:2, 2654:22, 2688:3, 2696:24, 2742:2, 2742:3

**OPENED** [1] - 2688:6

**OPENING** [4] - 2740:25, 2741:15, 2741:21, 2742:11

**OPENINGS** [4] - 2687:19, 2688:4, 2688:5, 2688:7

**OPERATING** [1] - 2722:24

**OPERATION** [3] - 2603:18, 2626:1, 2626:15

**OPERATIONS** [3] - 2564:21, 2657:25, 2658:3

**OPINED** [1] - 2713:4

**OPINION** [21] - 2546:21, 2546:25, 2549:3, 2555:21, 2559:15, 2569:17, 2618:17, 2629:9, 2640:9, 2665:17, 2666:14, 2702:23, 2704:7, 2707:15, 2708:17, 2710:17, 2710:24, 2710:25, 2711:2, 2711:15, 2754:9

**OPINIONS** [9] - 2572:3, 2666:12, 2695:3, 2702:9, 2702:12, 2704:7, 2713:18, 2716:2

**OPPORTUNITY** [1] - 2703:14

**OPPOSED** [1] - 2637:21

**OPPOSES** [1] - 2720:16

**OPPOSING** [1] - 2556:25

**OPTIMUM** [13] - 2614:10, 2642:11, 2642:12, 2642:13, 2642:14, 2642:20, 2643:7, 2643:13, 2643:16, 2643:17,

2643:20, 2643:24, 2644:2

**OPTION** [2] - 2757:5, 2758:5

**OR** [184] - 2547:8, 2547:11, 2549:12, 2549:14, 2549:15, 2550:21, 2553:14, 2557:21, 2557:22, 2560:9, 2560:11, 2560:12, 2561:17, 2562:20, 2563:4, 2564:4, 2564:13, 2566:18, 2567:17, 2567:25, 2569:1, 2571:5, 2571:11, 2572:12, 2572:23, 2573:19, 2574:2, 2574:8, 2575:23, 2576:14, 2576:15, 2580:13, 2580:14, 2580:18, 2582:22, 2582:23, 2584:4, 2584:17, 2585:15, 2585:19, 2587:14, 2587:20, 2588:14, 2588:20, 2590:8, 2593:19, 2594:13, 2594:25, 2596:5, 2597:5, 2597:9, 2597:12, 2598:1, 2598:23, 2599:17, 2604:1, 2604:6, 2605:3, 2608:1, 2612:15, 2612:22, 2613:6, 2614:12, 2617:13, 2618:14, 2618:25, 2621:15, 2622:16, 2622:23, 2622:24, 2624:5, 2624:15, 2625:7, 2626:13, 2630:22, 2631:18, 2632:9, 2635:14, 2637:2, 2638:18, 2639:25, 2641:9, 2642:8, 2644:20, 2644:22, 2647:21, 2649:9, 2649:11, 2650:15, 2652:6, 2663:3, 2664:21, 2664:22, 2665:8, 2665:21, 2666:2, 2666:3, 2666:14, 2668:15, 2671:8, 2672:24, 2673:1, 2673:5, 2674:25, 2675:1, 2675:8, 2676:12, 2680:9, 2682:19, 2684:12, 2684:20, 2685:7, 2685:8,

2686:3, 2686:8, 2687:18, 2687:19, 2688:18, 2689:25, 2690:1, 2690:16, 2691:3, 2691:7, 2691:11, 2691:15, 2691:18, 2692:5, 2692:17, 2696:20, 2696:23, 2697:15, 2697:23, 2697:25, 2700:2, 2706:6, 2706:17, 2708:17, 2709:8, 2709:19, 2710:22, 2711:14, 2713:3, 2714:2, 2715:24, 2715:25, 2723:3, 2723:11, 2724:23, 2731:8, 2731:14, 2732:7, 2732:9, 2732:19, 2732:21, 2733:14, 2736:7, 2736:23, 2738:3, 2739:8, 2740:8, 2740:12, 2741:6, 2742:1, 2742:21, 2747:10, 2747:22, 2748:6, 2749:7, 2751:7, 2751:17, 2751:21, 2753:14, 2754:7, 2755:3, 2759:25, 2760:13

**ORDER** [13] - 2546:4, 2547:21, 2563:11, 2567:21, 2568:12, 2579:1, 2580:6, 2583:8, 2583:15, 2601:4, 2632:23, 2640:21, 2665:19

**ORDERS** [2] - 2580:25, 2582:1

**OREGON** [1] - 2700:1

**ORGANIC** [7] - 2549:15, 2550:16, 2550:24, 2552:1, 2578:6, 2578:25

**ORGANIZATION** [2] - 2698:25, 2700:17

**ORIENT** [1] - 2638:15

**ORIENTING** [1] - 2635:21

**ORIGINAL** [7] - 2593:12, 2593:19, 2594:4, 2663:5, 2663:11, 2728:6, 2729:23

**ORIGINALLY** [6] - 2557:24, 2629:2, 2652:1, 2725:8, 2728:22, 2729:6

**ORIGINALS** [1] - 2656:17

**ORLEANS** [31] - 2541:7, 2541:17, 2541:20, 2542:12, 2542:19, 2543:8, 2543:14, 2544:12, 2564:4, 2590:6, 2639:10, 2657:15, 2657:16, 2657:20, 2658:8, 2658:20, 2661:18, 2670:3, 2676:12, 2676:17, 2676:19, 2679:6, 2679:10, 2700:5, 2722:23, 2724:22, 2741:4, 2745:16, 2745:18, 2745:23, 2746:6

**ORLEANS-ST** [1] - 2658:20

**OTHER** [67] - 2547:24, 2549:6, 2549:13, 2552:6, 2557:19, 2558:2, 2559:25, 2561:7, 2571:21, 2575:1, 2575:2, 2591:25, 2597:2, 2597:7, 2597:8, 2597:12, 2603:10, 2612:3, 2619:17, 2620:23, 2624:12, 2625:11, 2632:2, 2638:15, 2639:20, 2640:1, 2643:10, 2651:4, 2651:20, 2652:23, 2665:5, 2665:8, 2669:16, 2671:21, 2675:18, 2680:4, 2682:21, 2685:24, 2686:5, 2687:20, 2689:2, 2689:7, 2691:10, 2698:1, 2699:18, 2713:15, 2713:18, 2713:19, 2716:10, 2719:5, 2720:22, 2727:3, 2731:22, 2740:16, 2741:17, 2742:13, 2742:19, 2742:25, 2745:2, 2749:13, 2749:14, 2749:19, 2749:22, 2754:12, 2756:15, 2758:5

**OTHERS** [2] - 2587:12, 2698:20

**OTHERWISE** [1] - 2732:9

**OUGHT** [1] - 2711:20

**OUR** [35] - 2554:21, 2556:24, 2563:6, 2583:25, 2591:10, 2608:16, 2636:4, 2670:11, 2676:21, 2676:23, 2678:2, 2678:6, 2680:16, 2684:11, 2690:19, 2691:5, 2717:20, 2719:6, 2720:4, 2725:19, 2726:25, 2727:15, 2727:17, 2728:6, 2728:14, 2728:15, 2729:1, 2729:7, 2729:9, 2751:6, 2752:18, 2753:5, 2754:6, 2754:24, 2759:15
**OURSELVES** [1] - 2635:21
**OUT** [66] - 2548:12, 2548:16, 2548:18, 2549:10, 2551:8, 2559:8, 2563:17, 2571:3, 2578:24, 2580:19, 2584:6, 2584:10, 2585:18, 2593:8, 2594:23, 2596:21, 2611:10, 2618:18, 2622:12, 2623:25, 2626:11, 2629:13, 2631:17, 2634:19, 2634:24, 2644:11, 2655:13, 2658:15, 2661:22, 2673:21, 2679:2, 2679:25, 2685:8, 2686:16, 2691:18, 2692:14, 2700:25, 2701:16, 2703:1, 2703:2, 2704:21, 2705:5, 2708:3, 2713:10, 2715:7, 2715:11, 2719:8, 2720:24, 2725:24, 2730:3, 2735:19, 2737:6, 2738:12, 2738:14, 2739:23, 2740:10, 2740:24, 2741:2, 2742:18, 2742:21, 2743:17, 2745:16, 2745:23, 2748:13, 2751:8, 2756:14
**OUTER** [6] - 2718:12, 2719:1, 2720:8, 2720:11, 2722:7, 2722:9
**OUTFALL** [1] - 2719:15

**OUTLET** [1] - 2645:22
**OUTSIDE** [2] - 2583:4, 2583:20
**OVER** [45] - 2551:1, 2604:25, 2606:10, 2614:11, 2620:8, 2620:25, 2621:2, 2636:3, 2642:2, 2645:3, 2647:13, 2652:25, 2659:19, 2664:1, 2665:5, 2669:25, 2672:24, 2672:25, 2678:11, 2678:22, 2689:13, 2696:23, 2700:3, 2701:12, 2717:16, 2718:20, 2720:23, 2721:16, 2722:13, 2728:19, 2728:22, 2729:14, 2731:4, 2732:8, 2733:11, 2734:4, 2737:16, 2737:18, 2738:5, 2747:11, 2747:18, 2748:23, 2749:5, 2759:10, 2759:13
**OVERALL** [2] - 2574:1, 2631:8
**OVERFLOWED** [1] - 2691:20
**OVERLY** [1] - 2666:8
**OVERNIGHT** [1] - 2617:23
**OVERPASS** [2] - 2731:17
**OVERRULE** [2] - 2703:18, 2703:23
**OVERRULED** [5] - 2576:3, 2576:4, 2581:14, 2705:14
**OVERSAW** [1] - 2701:15
**OVERSEEN** [1] - 2572:24
**OVERSHOOT** [1] - 2728:17
**OVERSHOT** [1] - 2728:25
**OVERSIGHT** [1] - 2735:25
**OVERTOP** [1] - 2747:15
**OVERTOPPING** [25] - 2695:9, 2717:3, 2721:1, 2728:20, 2728:21, 2728:24, 2728:25, 2733:6, 2733:7, 2733:11, 2733:14, 2733:16, 2744:23, 2744:3, 2745:3,

2745:4, 2747:16, 2748:19, 2751:9, 2756:24, 2757:3, 2758:16
**OWEN** [1] - 2543:3
**OWN** [9] - 2556:10, 2572:23, 2624:5, 2625:7, 2637:14, 2659:25, 2708:23, 2709:14, 2709:16

# P

**P.M** [4] - 2600:4, 2656:10, 2728:18
**P.O** [1] - 2544:7
**PAD** [1] - 2641:1
**PAGE** [64] - 2545:3, 2548:22, 2551:10, 2551:12, 2551:21, 2552:12, 2553:3, 2554:6, 2554:17, 2554:22, 2555:5, 2556:4, 2556:7, 2561:11, 2567:7, 2567:14, 2570:25, 2578:2, 2579:24, 2590:13, 2592:4, 2592:14, 2592:15, 2592:16, 2592:20, 2593:16, 2602:16, 2602:17, 2602:21, 2605:17, 2606:24, 2607:22, 2607:23, 2609:15, 2617:6, 2619:22, 2623:7, 2626:7, 2628:21, 2629:25, 2630:2, 2630:24, 2632:6, 2633:14, 2634:2, 2635:5, 2635:16, 2643:13, 2646:12, 2653:11, 2659:14, 2663:19, 2663:21, 2663:23, 2694:5, 2702:8, 2702:14, 2704:17, 2733:21, 2733:22
**PAGES** [15] - 2547:19, 2659:11, 2659:15, 2659:16, 2659:20, 2659:21, 2659:22, 2670:7, 2670:8, 2670:10, 2703:2, 2713:11, 2714:19
**PALMINTIER** [2] - 2542:3, 2542:4
**PALMISANO** [3] - 2727:8, 2727:23, 2729:5

**PAPANTONIO** [1] - 2542:21
**PAPER** [1] - 2659:18
**PAPERS** [2] - 2697:23, 2697:24
**PAPERWORK** [1] - 2627:24
**PARAGRAPH** [33] - 2559:3, 2559:19, 2578:3, 2589:12, 2589:17, 2591:17, 2591:18, 2607:10, 2608:16, 2623:19, 2633:16, 2643:6, 2646:13, 2704:13, 2704:14, 2705:6, 2706:4, 2706:8, 2706:13, 2707:2, 2707:8, 2707:14, 2709:3, 2709:5, 2709:7, 2709:10, 2709:11, 2711:1, 2713:10, 2713:11, 2714:14, 2714:16, 2716:1
**PARALLEL** [7] - 2601:19, 2601:20, 2680:3, 2726:1, 2752:24, 2757:19, 2759:2
**PARAMETERS** [2] - 2583:14, 2593:20
**PARIS** [5] - 2724:24, 2724:25, 2725:18, 2730:15, 2731:4
**PARISH** [9] - 2658:20, 2717:22, 2717:25, 2718:6, 2718:9, 2718:23, 2721:19, 2730:13, 2730:20
**PARKWAY** [9] - 2671:20, 2672:22, 2673:5, 2673:11, 2673:24, 2674:3, 2674:7, 2674:8, 2687:21
**PARSE** [1] - 2756:14
**PART** [23] - 2571:16, 2583:7, 2607:2, 2607:7, 2616:3, 2645:21, 2645:22, 2646:2, 2665:6, 2667:11, 2669:4, 2684:1, 2699:1, 2699:7, 2699:16, 2701:4, 2701:6, 2714:9, 2714:10, 2735:5, 2757:23
**PARTIALLY** [1] - 2677:25

**PARTICLE** [1] - 2696:14
**PARTICULAR** [16] - 2550:22, 2560:23, 2561:21, 2566:5, 2589:18, 2592:3, 2596:3, 2606:2, 2625:14, 2625:23, 2637:12, 2639:1, 2689:6, 2689:7, 2710:11, 2757:25
**PARTICULARLY** [4] - 2720:25, 2722:24, 2728:1, 2744:22
**PARTIES** [2] - 2556:20, 2581:8
**PARTS** [3] - 2730:20, 2730:24, 2733:7
**PARTY** [6] - 2556:24, 2584:4, 2599:12, 2657:22, 2658:7, 2658:14
**PASS** [1] - 2658:13
**PASSAGE** [2] - 2623:14, 2623:15
**PASSAGEWAY** [1] - 2731:19
**PASSED** [2] - 2673:13, 2755:12
**PASSES** [4] - 2611:13, 2611:15, 2611:16, 2730:11
**PAST** [7] - 2556:15, 2639:14, 2669:18, 2672:10, 2673:5, 2683:2, 2742:24
**PATH** [1] - 2668:14
**PATTERN** [2] - 2741:18, 2742:12
**PATTERNS** [1] - 2742:11
**PEAKING** [1] - 2745:23
**PEAT** [2] - 2644:12, 2653:8
**PEATS** [1] - 2652:16
**PEATY** [3] - 2550:16, 2550:24, 2552:1
**PEER** [1] - 2697:22
**PEER-REVIEWED** [1] - 2697:22
**PEN** [2] - 2683:14, 2683:24
**PENDING** [1] - 2581:25
**PENETRATION** [1] - 2689:22
**PENETRATIONS** [1] - 2687:19
**PENMANSHIP** [1] -

2663:7
**PENSACOLA** [1] - 2542:23
**PEOPLE** [12] - 2656:18, 2700:18, 2701:15, 2745:17, 2745:20, 2745:22, 2745:23, 2745:25, 2746:1, 2746:6, 2746:11, 2746:12
**PEPPER** [1] - 2544:11
**PER** [2] - 2578:6, 2590:1
**PERCENT** [20] - 2591:22, 2611:21, 2611:22, 2611:23, 2612:10, 2613:1, 2613:5, 2613:7, 2613:18, 2614:6, 2614:10, 2627:10, 2640:13, 2640:16, 2643:16, 2744:6, 2744:10, 2744:11
**PERCENTAGE** [5] - 2613:10, 2613:18, 2614:22, 2614:24, 2690:14
**PERFECTLY** [1] - 2694:24
**PERFORM** [4] - 2568:10, 2602:9, 2627:9, 2627:11
**PERFORMED** [6] - 2573:25, 2580:2, 2594:5, 2597:21, 2627:5
**PERFORMING** [3] - 2570:8, 2576:25, 2614:14
**PERFORMS** [1] - 2627:10
**PERHAPS** [3] - 2621:15, 2706:14, 2744:8
**PERIMETER** [1] - 2584:24
**PERIOD** [6] - 2585:18, 2647:13, 2660:17, 2747:22, 2748:15
**PERIODS** [2] - 2746:25, 2748:2
**PERMEABILITY** [13] - 2574:16, 2577:18, 2578:5, 2578:9, 2578:12, 2578:25, 2579:13, 2579:16, 2581:5, 2581:7, 2581:18, 2582:16, 2582:24
**PERMISSION** [2] -

2560:9, 2585:19
**PERMIT** [4] - 2564:5, 2584:5, 2584:13, 2584:14
**PERMITS** [1] - 2617:16
**PERMITTED** [1] - 2581:15
**PERMUTATIONS** [1] - 2648:7
**PERPENDICULAR** [1] - 2590:16
**PERSISTS** [1] - 2733:12
**PERSON** [4] - 2746:7, 2746:9
**PERSONAL** [1] - 2666:15
**PERSONALLY** [3] - 2653:19, 2666:18, 2692:7
**PERSONNEL** [1] - 2572:8
**PERTAINS** [1] - 2541:8
**PERVIOUS** [2] - 2653:5, 2653:8
**PHASE** [4] - 2565:5, 2641:2, 2654:3, 2654:14, 2654:15, 2654:22
**PHOTO** [6] - 2620:19, 2642:4, 2642:8, 2653:11, 2654:2, 2674:6
**PHOTOGRAPH** [10] - 2633:2, 2670:20, 2675:25, 2676:4, 2682:1, 2685:18, 2685:19, 2687:4, 2687:8, 2689:21
**PHOTOGRAPHS** [3] - 2685:24, 2685:25, 2708:7
**PHOTOS** [1] - 2620:14
**PHYSICAL** [3] - 2583:4, 2583:6, 2583:20
**PHYSICALLY** [4] - 2560:15, 2560:25, 2637:11, 2637:13
**PI** [2] - 2663:2, 2669:22
**PICK** [1] - 2730:8
**PICKED** [1] - 2729:20
**PICTORIAL** [1] - 2747:3
**PICTURE** [23] - 2610:2, 2622:23, 2640:17, 2640:20,

2641:8, 2641:9, 2669:23, 2671:18, 2673:14, 2673:15, 2673:16, 2673:18, 2675:19, 2683:5, 2689:4, 2689:7, 2689:12, 2718:24, 2741:3, 2743:5, 2745:12, 2752:19, 2754:4
**PICTURES** [2] - 2655:7, 2682:10
**PIECES** [1] - 2620:11
**PIGMAN** [1] - 2543:11
**PILE** [6] - 2632:17, 2646:7, 2646:15, 2652:3, 2672:21, 2678:22
**PILES** [4] - 2631:18, 2632:9, 2649:25
**PILING** [1] - 2602:19
**PILINGS** [8] - 2618:10, 2648:19, 2648:24, 2649:6, 2649:8, 2649:13, 2650:1
**PINK** [2] - 2675:18, 2682:2
**PINPOINT** [2] - 2667:18, 2668:17
**PIPING** [1] - 2605:19
**PIT** [17] - 2547:1, 2575:2, 2594:9, 2637:17, 2637:21, 2638:7, 2638:16, 2638:17, 2638:21, 2638:24, 2638:25, 2639:3, 2647:10, 2650:10, 2650:15, 2650:19, 2651:1
**PIXELS** [2] - 2719:10, 2719:11
**PLACE** [5] - 2551:1, 2577:12, 2680:16, 2724:23, 2752:10
**PLACED** [3] - 2547:3, 2624:15, 2662:18
**PLACEMENT** [1] - 2690:17
**PLACES** [7] - 2582:2, 2661:9, 2661:12, 2661:15, 2662:18, 2691:10, 2709:24
**PLAINTIFF** [2] - 2682:18, 2753:6
**PLAINTIFF'S** [1] - 2720:4
**PLAINTIFFS** [5] - 2541:15, 2546:20, 2609:13, 2702:1, 2715:22

**PLAN** [8] - 2602:18, 2606:2, 2700:6, 2701:11, 2701:13, 2701:14, 2701:15, 2701:17
**PLANNED** [1] - 2665:7
**PLANNING** [1] - 2565:5
**PLANS** [5] - 2610:12, 2644:16, 2644:20, 2646:2, 2652:10
**PLAYS** [1] - 2718:4
**PLC** [1] - 2543:7
**PLEASE** [71] - 2546:7, 2548:22, 2550:9, 2550:10, 2551:12, 2551:21, 2551:22, 2552:9, 2553:3, 2553:4, 2554:3, 2555:25, 2557:5, 2558:2, 2561:11, 2567:6, 2567:9, 2567:14, 2570:1, 2570:25, 2571:6, 2579:24, 2579:25, 2580:25, 2586:4, 2589:5, 2590:14, 2590:25, 2592:11, 2592:14, 2592:21, 2593:16, 2601:8, 2602:12, 2602:21, 2605:17, 2605:18, 2606:11, 2606:21, 2608:8, 2608:16, 2609:10, 2617:6, 2628:22, 2634:3, 2635:16, 2644:24, 2646:12, 2646:13, 2653:10, 2653:12, 2656:13, 2656:23, 2659:10, 2659:24, 2660:1, 2664:17, 2677:20, 2684:16, 2685:17, 2693:4, 2694:4, 2694:5, 2695:23, 2696:7, 2700:13, 2704:22, 2706:2, 2739:15, 2739:16
**PLOT** [3] - 2736:18, 2745:17, 2754:24
**PLOTS** [1] - 2756:15
**PLURAL** [1] - 2688:21
**PLUS** [14] - 2643:15, 2663:2, 2663:9, 2663:22, 2667:24, 2668:2, 2669:22, 2732:7, 2732:9, 2732:19, 2732:21, 2753:14, 2757:1

**POCKET** [1] - 2723:18
**POINT** [41] - 2559:8, 2563:17, 2565:11, 2571:3, 2596:21, 2605:5, 2605:6, 2605:7, 2623:16, 2637:12, 2638:8, 2640:7, 2645:9, 2661:9, 2661:12, 2663:3, 2663:6, 2664:1, 2664:14, 2667:19, 2668:17, 2669:2, 2669:15, 2679:15, 2680:6, 2683:9, 2683:21, 2686:11, 2687:12, 2691:22, 2707:1, 2719:8, 2735:7, 2735:19, 2737:2, 2739:23, 2742:13, 2744:12, 2744:18, 2744:22, 2751:8
**POINTED** [2] - 2631:17, 2634:24
**POINTER** [5] - 2609:23, 2638:10, 2663:25, 2679:14, 2723:15
**POINTING** [2] - 2674:5, 2681:18
**POINTS** [10] - 2637:14, 2661:15, 2671:3, 2671:8, 2707:8, 2723:3, 2737:6, 2737:20, 2740:4, 2749:25
**POLDER** [2] - 2755:22, 2761:25
**POLICY** [2] - 2560:14, 2564:13
**POLLUTION** [1] - 2647:8
**POND** [3] - 2588:4, 2741:19, 2742:9
**PONDING** [1] - 2758:19
**PONTCHARTRAIN** [7] - 2622:13, 2690:4, 2735:8, 2735:15, 2735:20, 2736:7, 2736:25
**POOR** [2] - 2731:12, 2743:8
**POORLY** [2] - 2627:21, 2719:10
**POPULATION** [3] - 2745:15, 2746:8, 2746:11
**PORT** [6] - 2670:2, 2676:16, 2676:18,

2678:5, 2679:10,
2741:4
**PORTIONS** [3] -
2597:13, 2604:23,
2647:12
**POSITION** [4] -
2635:14, 2652:21,
2658:3, 2658:8
**POSITIONING** [1] -
2633:19
**POSITIONS** [2] -
2634:19, 2657:19
**POSITIVE** [2] -
2674:24, 2674:25
**POSSESSIONS** [1] -
2656:19
**POSSIBILITY** [1] -
2720:25
**POSSIBLE** [9] -
2548:13, 2554:5,
2592:21, 2609:7,
2609:8, 2614:19,
2638:15, 2726:25,
2739:13
**POSSIBLY** [3] -
2620:11, 2629:17,
2675:5
**POST** [1] - 2721:3
**POTENTIAL** [3] -
2573:6, 2575:5,
2637:18
**POTENTIALLY** [1] -
2587:24
**POUNDS** [1] - 2589:25
**POYDRAS** [2] -
2542:12, 2544:12
**PRACTICE** [1] -
2698:13
**PRACTICES** [1] -
2568:4
**PRACTICING** [1] -
2572:13
**PRECEDING** [1] -
2617:25
**PRECIPITOUS** [1] -
2738:10
**PRECISE** [1] -
2703:15
**PRECISELY** [2] -
2581:3, 2740:15
**PREDICT** [3] -
2696:18, 2714:13,
2749:11
**PREDICTING** [2] -
2714:16, 2714:25
**PREDICTIONS** [6] -
2709:6, 2735:10,
2736:4, 2736:14,
2737:4, 2737:11
**PREDICTS** [2] -

2715:3, 2749:16
**PREDOMINANTLY**
[10] - 2547:6, 2547:8,
2547:11, 2549:11,
2555:22, 2559:18,
2577:3, 2651:24,
2652:18, 2652:22
**PRELIMINARY** [1] -
2565:10
**PRENTICE** [1] -
2697:17
**PREPARE** [2] -
2557:3, 2641:23
**PREPARED** [7] -
2557:4, 2606:3,
2633:12, 2636:14,
2645:4, 2662:16,
2701:13
**PREPARES** [1] -
2627:3
**PRESENCE** [2] -
2562:19, 2691:19
**PRESENT** [5] -
2601:15, 2603:2,
2603:4, 2604:21,
2698:11
**PRESENTATION** [5] -
2692:25, 2694:3,
2694:15, 2712:5,
2712:7
**PRESENTED** [1] -
2633:17
**PRESERVE** [1] -
2712:6
**PRESS** [2] - 2697:18,
2697:20
**PRESSURE** [1] -
2750:18
**PRETRIAL** [1] -
2665:19
**PRETTY** [10] - 2569:2,
2656:7, 2675:1,
2676:5, 2684:5,
2720:18, 2724:5,
2751:21, 2753:12,
2760:17
**PREVENT** [2] -
2587:13, 2689:22
**PREVENTION** [1] -
2647:8
**PREVENTS** [1] -
2598:16
**PREVIOUS** [3] -
2581:21, 2719:17,
2748:20
**PREVIOUSLY** [4] -
2670:20, 2700:12,
2719:3, 2722:2
**PREWORK** [1] -
2606:3

**PRIMARILY** [4] -
2696:3, 2696:13,
2697:25, 2752:9
**PRIMARY** [5] - 2679:6,
2679:10, 2679:20,
2698:21, 2752:10
**PRIOR** [11] - 2606:4,
2617:16, 2647:9,
2651:17, 2653:18,
2658:2, 2658:8,
2677:5, 2680:23,
2720:24, 2721:9
**PRIORITIES** [1] -
2700:11
**PRIZED** [1] - 2656:19
**PRO** [2] - 2699:8,
2699:19
**PROBABLE** [2] -
2609:8, 2609:9
**PROBABLY** [13] -
2548:11, 2590:10,
2599:22, 2620:25,
2630:1, 2667:14,
2668:8, 2675:20,
2701:2, 2716:6,
2729:20, 2732:7,
2753:18
**PROBE** [1] - 2576:6
**PROBING** [1] -
2624:21
**PROBLEM** [7] -
2557:6, 2558:5,
2558:9, 2565:2,
2565:4, 2586:14,
2694:19
**PROBLEMS** [3] -
2635:13, 2691:9,
2749:22
**PROCEDURE** [1] -
2603:20
**PROCEED** [5] -
2587:2, 2601:10,
2623:11, 2731:24,
2739:20
**PROCEEDED** [2] -
2557:2, 2665:5
**PROCEEDINGS** [6] -
2541:11, 2544:14,
2546:1, 2601:1,
2645:9, 2683:9
**PROCEEDS** [1] -
2711:8
**PROCESS** [4] -
2714:1, 2741:12,
2742:23
**PROCESSES** [1] -
2697:19
**PROCESSORS** [3] -
2723:6, 2723:9
**PROCTOR** [14] -

2542:22, 2591:22,
2611:21, 2611:23,
2612:11, 2613:1,
2613:6, 2613:9,
2613:17, 2614:2,
2614:6, 2614:10,
2614:22, 2614:25
**PRODUCED** [1] -
2544:15
**PROFESSIONAL** [10]
- 2563:19, 2568:17,
2572:5, 2572:25,
2637:8, 2698:6,
2698:7, 2698:12,
2698:15, 2698:17
**PROFESSOR** [5] -
2693:20, 2697:6,
2697:7, 2697:14
**PROFILE** [14] -
2659:12, 2660:22,
2661:20, 2662:3,
2662:5, 2664:15,
2665:24, 2668:3,
2668:12, 2669:19,
2670:11, 2678:2,
2678:8, 2691:15
**PROFILES** [4] -
2664:19, 2680:16,
2680:25, 2691:5
**PROFILING** [1] -
2668:14
**PROGRAM** [2] -
2568:5, 2700:6
**PROGRESS** [4] -
2606:25, 2607:3,
2607:5, 2607:20
**PROGRESSED** [1] -
2605:7
**PROJECT** [33] -
2548:12, 2559:23,
2560:2, 2563:11,
2563:23, 2564:12,
2564:23, 2565:2,
2565:4, 2565:5,
2565:6, 2566:25,
2567:18, 2573:5,
2574:1, 2578:24,
2579:17, 2583:4,
2583:7, 2585:12,
2585:18, 2594:11,
2604:25, 2605:21,
2606:9, 2621:1,
2624:6, 2643:24,
2644:16, 2649:24,
2652:7
**PROJECTED** [1] -
2631:8
**PROJECTS** [1] -
2696:6
**PROLONG** [1] -

2626:23
**PROMINENTLY** [2] -
2559:12, 2559:16
**PROMISE** [2] -
2558:21, 2682:11
**PROPAGATE** [5] -
2696:9, 2696:19,
2737:17, 2741:6,
2741:8
**PROPAGATED** [1] -
2734:17
**PROPAGATES** [1] -
2744:23
**PROPAGATING** [5] -
2718:17, 2735:13,
2741:16, 2742:4,
2742:5
**PROPAGATION** [6] -
2696:25, 2734:21,
2735:3, 2735:21,
2742:1, 2743:3
**PROPERLY** [4] -
2588:13, 2652:4,
2709:12, 2709:13
**PROPERTIES** [5] -
2622:12, 2726:10,
2754:25, 2756:21,
2759:4
**PROPERTY** [25] -
2625:16, 2625:19,
2753:21, 2753:25,
2754:2, 2755:2,
2755:10, 2755:20,
2755:24, 2755:25,
2756:2, 2756:5,
2757:6, 2757:13,
2758:7, 2758:9,
2758:10, 2758:22,
2759:3, 2759:17,
2759:20, 2760:2,
2760:18, 2761:13
**PROPOSED** [2] -
2585:17, 2638:7
**PROTECT** [1] -
2644:21
**PROTECTED** [3] -
2584:24, 2680:10,
2680:15
**PROTECTION** [17] -
2564:6, 2564:15,
2570:21, 2571:9,
2572:10, 2573:7,
2586:7, 2587:7,
2588:24, 2672:5,
2679:7, 2679:11,
2684:13, 2687:17,
2690:1, 2700:6,
2719:25
**PROTOCOL** [3] -
2577:12, 2577:13,

2626:23
**PROVIDE** [13] -
2556:25, 2566:11,
2566:23, 2567:23,
2573:22, 2583:2,
2597:5, 2640:18,
2660:22, 2695:2,
2695:23, 2699:9,
2702:1
**PROVIDED** [5] -
2560:7, 2568:19,
2634:14, 2646:1,
2646:6
**PROVIDES** [2] -
2699:8, 2718:19
**PROVIDING** [2] -
2699:11, 2699:19
**PROXIMITY** [4] -
2572:20, 2574:19,
2575:8, 2575:15
**PUBLISHED** [2] -
2697:17, 2697:19
**PUBLISHING** [1] -
2700:2
**PULL** [28] - 2547:18,
2550:2, 2555:25,
2561:10, 2570:25,
2585:22, 2592:11,
2602:12, 2605:16,
2605:18, 2606:11,
2606:21, 2609:10,
2617:3, 2623:6,
2623:7, 2628:11,
2633:6, 2643:5,
2644:24, 2663:17,
2663:18, 2666:6,
2669:23, 2670:25,
2671:8, 2673:15,
2673:22
**PULLED** [1] - 2666:5
**PULLING** [2] - 2554:6,
2685:16
**PULSE** [1] - 2750:23
**PUMP** [2] - 2719:15,
2721:1
**PURE** [1] - 2553:24
**PURELY** [1] - 2728:23
**PURPLE** [5] -
2757:24, 2758:4,
2759:12, 2761:7,
2761:24
**PURPOSE** [5] -
2549:13, 2597:1,
2624:18, 2642:21,
2667:2
**PURPOSES** [4] -
2549:16, 2573:12,
2706:14, 2751:8
**PURSUE** [2] -
2681:11, 2703:24

**PUSHES** [1] - 2753:23
**PUT** [15] - 2626:24,
2647:7, 2662:4,
2671:3, 2675:8,
2681:13, 2694:2,
2694:4, 2716:20,
2721:2, 2721:6,
2721:22, 2725:21,
2730:14, 2738:25
**PUTTING** [6] -
2556:24, 2700:22,
2701:15, 2723:22,
2729:3, 2761:3
**PX-3092** [1] - 2644:24
**PX-3546** [1] - 2670:7
**PX-4631** [1] - 2632:6
**PX-4750** [1] - 2609:10
**PX-4750-2** [1] - 2610:5

# Q

**QA** [1] - 2654:24
**QA/QC** [1] - 2647:12
**QAR** [15] - 2606:8,
2606:22, 2616:12,
2617:11, 2618:16,
2622:23, 2622:24,
2626:14, 2626:23,
2626:24, 2627:8,
2627:12, 2628:3,
2629:19, 2629:23
**QAR'S** [16] - 2606:5,
2607:1, 2616:6,
2616:8, 2616:14,
2616:17, 2616:23,
2617:3, 2620:25,
2621:3, 2626:16,
2627:18, 2627:22,
2627:23, 2629:13,
2644:8
**QC** [2] - 2607:2,
2607:21
**QCR'S** [2] - 2627:23,
2629:13
**QUALIFICATION** [1] -
2716:23
**QUALIFIED** [7] -
2562:22, 2562:25,
2563:3, 2582:16,
2582:22, 2698:13,
2704:1
**QUALIFIES** [1] -
2665:24
**QUALITY** [10] -
2607:8, 2616:21,
2617:8, 2625:17,
2626:14, 2627:3,
2627:4, 2627:8,
2627:11, 2630:24

**QUANTITIES** [1] -
2632:11
**QUARTERS** [1] -
2760:25
**QUESTION** [61] -
2561:17, 2561:22,
2567:10, 2567:13,
2569:7, 2571:7,
2573:19, 2574:3,
2574:8, 2575:12,
2576:2, 2576:7,
2581:25, 2584:14,
2584:15, 2587:5,
2593:25, 2595:22,
2596:4, 2596:13,
2597:7, 2603:23,
2607:25, 2617:4,
2624:2, 2624:8,
2625:5, 2627:21,
2635:2, 2636:21,
2640:22, 2642:16,
2642:17, 2642:18,
2642:20, 2653:15,
2662:19, 2662:21,
2664:6, 2666:13,
2666:15, 2666:23,
2666:24, 2667:6,
2667:9, 2677:3,
2684:21, 2687:16,
2690:9, 2703:5,
2705:25, 2706:2,
2707:1, 2707:12,
2712:10, 2713:6,
2714:17, 2738:19,
2739:6, 2741:10,
2743:1
**QUESTIONING** [1] -
2703:8
**QUESTIONS** [13] -
2586:1, 2644:25,
2645:16, 2646:10,
2650:8, 2650:11,
2680:8, 2682:5,
2682:7, 2692:9,
2701:22, 2703:16,
2703:17
**QUICK** [1] - 2626:22
**QUICKLY** [2] -
2645:19, 2730:11
**QUITE** [8] - 2655:6,
2703:20, 2721:17,
2724:18, 2740:22,
2757:14, 2760:11,
2761:25

# R

**RAILROAD** [3] -
2672:12, 2677:1,
2731:14

**RAIN** [2] - 2757:1,
2757:2
**RAINWATER** [2] -
2756:24, 2758:16
**RAISE** [4] - 2546:7,
2645:6, 2656:23,
2693:4
**RAISED** [3] - 2685:8,
2731:13, 2760:19
**RAMP** [2] - 2635:13,
2646:2
**RAMP-UP** [1] - 2646:2
**RAMPS** [1] - 2760:11
**RAN** [10] - 2598:17,
2601:18, 2601:23,
2602:3, 2678:2,
2691:5, 2710:23,
2720:1, 2727:15,
2748:5
**RANGED** [1] - 2580:21
**RAPIDLY** [3] - 2755:3,
2761:5, 2761:25
**RATE** [1] - 2726:22
**RATHER** [3] -
2731:12, 2751:11,
2754:3
**RAYLEIGH** [1] -
2746:2
**RE** [1] - 2541:4
**REACH** [5] - 2705:11,
2706:4, 2725:7
**REACHED** [1] -
2605:12
**REACHES** [1] -
2725:10
**READ** [18] - 2563:20,
2567:16, 2571:2,
2571:16, 2571:19,
2571:21, 2586:11,
2586:25, 2606:8,
2623:19, 2634:21,
2636:9, 2659:5,
2664:22, 2666:7,
2677:24, 2707:11,
2708:20
**READING** [1] -
2551:17
**READINGS** [2] -
2731:25, 2747:6
**READY** [2] - 2601:10,
2623:10
**REAFFIRMED** [1] -
2604:14
**REAL** [1] - 2753:9
**REALIZE** [2] -
2575:16, 2616:7
**REALIZED** [5] -
2565:12, 2583:16,
2725:25, 2727:17,
2729:2

**REALLY** [15] - 2551:5,
2582:16, 2597:23,
2614:6, 2619:18,
2674:24, 2674:25,
2678:20, 2682:11,
2689:24, 2723:22,
2735:4, 2740:13,
2750:12, 2758:18
**REALTIME** [2] -
2544:11, 2552:17
**REASON** [12] -
2558:3, 2560:16,
2560:18, 2574:17,
2583:1, 2588:20,
2629:11, 2639:20,
2640:1, 2695:14,
2712:10, 2724:2
**REASONABLE** [2] -
2612:20, 2752:6
**REASONABLY** [1] -
2728:7
**REASONING** [1] -
2575:7
**REASONS** [9] -
2560:14, 2572:22,
2574:16, 2615:15,
2637:9, 2639:8,
2651:20, 2664:24,
2752:10
**RECALL** [40] - 2548:6,
2559:2, 2560:10,
2565:24, 2571:6,
2574:14, 2578:7,
2585:1, 2592:5,
2592:11, 2592:25,
2596:7, 2596:9,
2606:7, 2615:5,
2615:13, 2616:7,
2616:10, 2620:21,
2620:23, 2621:14,
2621:19, 2622:9,
2622:22, 2624:18,
2625:11, 2627:18,
2628:7, 2628:12,
2628:18, 2632:18,
2637:23, 2639:5,
2644:17, 2647:25,
2649:11, 2666:10,
2703:19, 2725:21,
2761:16
**RECAP** [6] - 2555:24,
2556:6, 2568:5,
2632:17, 2633:8,
2634:22
**RECEDED** [1] - 2692:2
**RECEIVE** [2] - 2579:5,
2620:18
**RECEIVED** [4] -
2563:6, 2610:11,
2643:4, 2700:20

RECEIVING [1] - 2729:15

RECENT [3] - 2579:18, 2699:25, 2720:19

RECENTLY [2] - 2700:16, 2701:14

RECESS [6] - 2600:3, 2600:5, 2655:22, 2656:10, 2739:3, 2739:14

RECESS................... .................. [1] - 2545:7

RECOGNIZE [11] - 2550:5, 2556:5, 2577:24, 2591:2, 2602:14, 2606:25, 2608:10, 2608:13, 2621:25, 2633:6, 2694:8

RECOLLECT [7] - 2598:8, 2646:22, 2647:15, 2648:7, 2648:20, 2650:10, 2651:13

RECOLLECTION [6] - 2548:10, 2585:21, 2624:5, 2625:7, 2625:8, 2632:4

RECOMMENDATION [4] - 2587:18, 2594:13, 2613:13, 2616:1

RECOMMENDATIONS [3] - 2586:5, 2587:5, 2589:11

RECOMMENDED [1] - 2573:3

RECOMMENDING [1] - 2643:15

RECOMMENDS [1] - 2587:19

RECONSTRUCT [1] - 2718:10

RECORD [16] - 2582:19, 2610:5, 2627:12, 2645:10, 2651:1, 2657:7, 2666:9, 2667:3, 2668:9, 2683:10, 2693:13, 2695:7, 2707:7, 2716:16, 2729:20, 2732:22

RECORDED [4] - 2544:14, 2616:20, 2660:1, 2732:3

RECORDS [2] - 2627:4, 2658:22

RECOVERING [3] -

2622:9, 2622:10, 2625:12

RECTANGLE [1] - 2718:24

RECYCLED [4] - 2622:4, 2622:12, 2622:14, 2624:1

RED [40] - 2609:16, 2609:22, 2661:16, 2668:25, 2671:9, 2677:6, 2677:7, 2689:20, 2718:24, 2724:3, 2724:11, 2724:17, 2725:1, 2725:9, 2728:5, 2728:6, 2729:5, 2730:9, 2730:22, 2731:18, 2732:1, 2732:24, 2736:13, 2737:6, 2753:2, 2755:1, 2755:4, 2755:6, 2756:21, 2757:7, 2757:8, 2757:17, 2757:23, 2758:1, 2758:23, 2758:24, 2761:21

REDIRECT [6] - 2545:8, 2645:14, 2655:13, 2655:18, 2692:10, 2692:11

REDUCED [1] - 2751:4

REFER [3] - 2559:8, 2572:22, 2577:22, 2613:9, 2714:10, 2720:5

REFEREED [1] - 2697:23

REFERENCE [12] - 2563:14, 2591:6, 2596:7, 2605:19, 2612:14, 2613:8, 2615:4, 2631:7, 2662:15, 2662:17, 2677:4, 2677:14

REFERENCED [3] - 2579:20, 2580:15, 2628:12

REFERENCES [3] - 2625:6, 2644:8, 2684:12

REFERENCING [1] - 2615:12

REFERRED [2] - 2557:9, 2602:13

REFERRING [9] - 2567:11, 2567:15, 2584:16, 2590:18, 2590:19, 2590:21, 2646:16, 2695:8,

2739:21

REFERS [3] - 2611:23, 2618:21, 2635:25

REFINED [3] - 2719:7, 2719:14, 2720:13

REFLECTED [2] - 2626:13, 2636:18

REFLECTING [1] - 2743:23

REFLECTION [7] - 2710:10, 2710:12, 2710:13, 2710:16, 2744:9, 2745:6, 2747:14

REFLECTIVE [2] - 2734:15, 2744:6

REFUSE [1] - 2713:2

REGAN [1] - 2684:18

REGARD [6] - 2569:18, 2583:2, 2705:7, 2710:23, 2714:14, 2717:8

REGARDING [3] - 2585:11, 2665:20, 2715:23

REGARDLESS [2] - 2568:24, 2761:20

REGION [1] - 2741:2

REGISTERED [1] - 2698:7

REGULAR [3] - 2689:16, 2690:6, 2722:17

REGULATIONS [1] - 2564:4

RELATED [1] - 2701:3

RELATES [1] - 2695:24

RELATING [4] - 2651:12, 2695:8, 2697:15, 2697:23

RELATION [1] - 2635:6

RELATIONSHIP [1] - 2696:11

RELATIVE [2] - 2575:24, 2638:17

RELATIVELY [2] - 2698:12, 2743:16

RELATIVITY [1] - 2645:11

RELEASED [2] - 2692:16, 2701:14

RELEVANCE [1] - 2581:11

RELEVANT [3] - 2614:5, 2684:17, 2701:2

RELIABLE [2] -

2580:14, 2582:15

RELIED [7] - 2569:18, 2569:21, 2581:18, 2594:10, 2594:19, 2652:3, 2690:16

RELOCATED [1] - 2635:10

RELY [1] - 2651:25

RELYING [1] - 2623:1

REMAIN [1] - 2651:2

REMAINDER [1] - 2571:22

REMAKES [1] - 2685:8

REMARK [1] - 2636:13

REMARKS [1] - 2636:8

REMEDIATION [7] - 2564:23, 2630:4, 2631:7, 2631:11, 2646:3, 2654:3, 2654:15

REMEMBER [13] - 2598:19, 2621:15, 2622:16, 2645:21, 2649:19, 2680:15, 2685:10, 2691:15, 2691:24, 2691:25, 2692:4, 2746:20

REMINDER [1] - 2558:3

REMOVAL [4] - 2602:19, 2605:20, 2618:10, 2628:1

REMOVE [2] - 2589:18, 2639:3

REMOVED [17] - 2587:18, 2587:19, 2618:10, 2624:20, 2625:25, 2626:12, 2637:23, 2644:4, 2647:5, 2647:21, 2647:24, 2648:20, 2648:24, 2649:6, 2649:8, 2649:9, 2650:2

REMOVING [1] - 2626:18

RENOVATIONS [1] - 2685:8

REPEAT [6] - 2569:10, 2574:3, 2574:4, 2576:7, 2706:2, 2717:18

REPHRASE [1] - 2608:3

REPLACED [1] - 2644:4

REPORT [55] - 2550:7,

2555:24, 2556:6, 2579:21, 2607:2, 2607:3, 2607:6, 2607:8, 2607:20, 2608:9, 2616:21, 2617:8, 2627:3, 2627:8, 2627:12, 2627:13, 2630:25, 2633:8, 2634:22, 2645:21, 2651:18, 2665:18, 2666:10, 2682:1, 2702:8, 2702:11, 2703:3, 2703:13, 2705:5, 2708:16, 2708:17, 2708:19, 2708:20, 2709:20, 2709:23, 2712:3, 2713:5, 2713:10, 2714:3, 2714:6, 2714:7, 2714:10, 2714:12, 2714:14, 2715:8, 2715:14, 2715:15, 2719:3, 2721:3, 2725:3, 2726:3, 2728:6, 2733:18, 2735:9, 2740:7

REPORTED [1] - 2629:14

REPORTER [3] - 2544:11, 2544:11, 2558:22

REPORTERS [1] - 2558:24

REPORTING [1] - 2609:1

REPORTS [7] - 2607:1, 2626:14, 2627:14, 2632:17, 2647:12, 2673:16, 2688:16

REPOSE [2] - 2587:11, 2588:20

REPRESENT [9] - 2621:3, 2629:22, 2662:15, 2671:10, 2675:20, 2681:25, 2682:18, 2712:24, 2732:4

REPRESENTATION [5] - 2668:22, 2676:16, 2695:10, 2712:11, 2720:15

REPRESENTATIONS [1] - 2747:3

REPRESENTATIVE [3] - 2546:22, 2568:19, 2630:5

REPRESENTED [3] - 2718:24, 2726:2,

2740:15

**REPRESENTING** [4] -
2641:22, 2671:13,
2673:18, 2712:22

**REPRESENTS** [2] -
2610:2, 2689:23

**REPUBLISHED** [1] -
2697:18

**REQUEST** [1] -
2585:15

**REQUESTED** [4] -
2563:6, 2567:20,
2568:11, 2577:5

**REQUESTING** [2] -
2584:4, 2592:5

**REQUIRE** [3] - 2564:5,
2615:3, 2666:2

**REQUIRED** [15] -
2547:1, 2564:14,
2568:10, 2584:15,
2584:19, 2585:12,
2603:8, 2603:10,
2615:5, 2615:9,
2615:17, 2615:21,
2615:23, 2630:10,
2666:14

**REQUIREMENT** [4] -
2584:11, 2584:13,
2587:13, 2591:21

**RERAN** [1] - 2725:19

**RESEARCH** [11] -
2696:5, 2696:17,
2697:10, 2697:11,
2699:8, 2699:14,
2699:19, 2699:20,
2700:8, 2700:22

**RESOLUTION** [13] -
2676:5, 2694:16,
2719:12, 2720:14,
2722:16, 2722:18,
2722:19, 2722:22,
2722:23, 2722:25,
2724:5, 2731:16

**RESOLVED** [5] -
2719:11, 2719:16,
2723:4, 2731:21,
2731:22

**RESOURCES** [1] -
2700:11

**RESPECT** [15] -
2567:24, 2567:25,
2570:18, 2573:2,
2574:12, 2583:11,
2583:15, 2588:13,
2588:22, 2588:23,
2594:2, 2626:4,
2658:9, 2712:8

**RESPONSE** [1] -
2581:12

**RESPONSIBILITIES**

[1] - 2658:9

**RESPONSIBLE** [3] -
2700:22, 2700:25,
2755:16

**REST** [5] - 2546:23,
2571:18, 2725:6,
2730:20, 2756:24

**RESTORATION** [2] -
2700:6, 2701:13

**RESTORE** [1] -
2625:13

**RESTORING** [1] -
2625:9

**RESULT** [4] - 2573:20,
2574:9, 2583:22,
2721:11

**RESULTING** [1] -
2582:12

**RESULTS** [17] -
2582:23, 2582:24,
2614:7, 2627:5,
2658:22, 2707:6,
2709:2, 2709:6,
2721:23, 2722:1,
2725:19, 2730:14,
2748:11, 2749:3,
2750:2, 2752:18,
2753:5

**RETAIN** [1] - 2690:1

**RETAINED** [1] -
2695:1

**RETURN** [3] -
2589:19, 2628:4,
2643:4

**RETURNING** [1] -
2620:2

**REVEAL** [1] - 2621:4

**REVEALED** [1] -
2610:16

**REVERSED** [1] -
2724:16

**REVIEW** [2] - 2589:9,
2714:4

**REVIEWED** [7] -
2571:19, 2571:22,
2585:23, 2591:1,
2606:5, 2616:6,
2697:22

**REVIEWING** [3] -
2612:16, 2665:11,
2700:5

**REVISED** [1] - 2725:9

**REVISIT** [1] - 2566:6

**REWRITING** [1] -
2721:18

**RICH** [3] - 2552:1,
2578:7, 2578:25

**RIG** [2] - 2635:14,
2637:9

**RIGHT** [261] - 2546:7,

2547:3, 2547:9,
2548:8, 2549:3,
2550:10, 2551:15,
2552:22, 2552:24,
2553:12, 2553:22,
2555:22, 2558:18,
2559:10, 2559:13,
2562:8, 2562:11,
2562:20, 2562:23,
2563:12, 2563:15,
2563:18, 2566:15,
2566:17, 2567:12,
2567:24, 2568:23,
2569:1, 2569:9,
2569:14, 2570:3,
2570:12, 2570:13,
2570:23, 2572:16,
2572:19, 2573:3,
2573:8, 2573:13,
2573:14, 2573:21,
2574:20, 2574:21,
2578:3, 2578:13,
2579:14, 2579:17,
2580:3, 2580:9,
2580:10, 2580:15,
2582:9, 2583:5,
2583:13, 2583:18,
2583:23, 2584:3,
2585:9, 2585:12,
2585:16, 2592:21,
2593:3, 2593:9,
2593:13, 2593:24,
2594:11, 2596:23,
2597:3, 2597:13,
2601:9, 2601:19,
2602:1, 2602:24,
2603:14, 2604:9,
2604:25, 2605:18,
2606:14, 2608:9,
2611:8, 2611:11,
2611:17, 2611:24,
2612:1, 2612:17,
2614:3, 2614:7,
2614:15, 2614:20,
2615:2, 2615:9,
2615:10, 2615:18,
2615:25, 2616:12,
2617:6, 2617:20,
2618:1, 2618:13,
2619:1, 2619:5,
2619:18, 2619:25,
2620:5, 2620:9,
2622:1, 2623:7,
2623:11, 2626:5,
2626:8, 2626:9,
2626:21, 2627:19,
2627:20, 2628:24,
2629:7, 2629:16,
2630:2, 2630:3,
2630:8, 2630:10,
2630:14, 2631:2,

2631:13, 2631:19,
2632:7, 2632:14,
2632:20, 2633:3,
2633:9, 2633:11,
2634:8, 2634:10,
2635:19, 2635:20,
2636:3, 2636:8,
2636:9, 2637:1,
2638:22, 2638:25,
2639:3, 2639:10,
2640:3, 2640:9,
2640:12, 2641:22,
2643:18, 2643:22,
2645:2, 2646:3,
2646:10, 2648:11,
2648:16, 2649:6,
2650:21, 2651:6,
2651:9, 2653:2,
2654:22, 2654:25,
2656:21, 2656:23,
2659:12, 2661:7,
2661:10, 2662:12,
2663:3, 2663:22,
2664:8, 2665:14,
2668:5, 2668:6,
2668:20, 2668:24,
2668:25, 2669:2,
2670:16, 2671:9,
2671:18, 2671:24,
2672:1, 2672:7,
2672:12, 2672:14,
2673:20, 2673:22,
2673:25, 2674:1,
2674:4, 2674:7,
2674:9, 2674:12,
2674:13, 2674:16,
2676:7, 2676:8,
2676:11, 2676:12,
2677:23, 2677:25,
2678:2, 2678:12,
2678:17, 2680:6,
2681:18, 2683:24,
2684:5, 2684:8,
2685:19, 2686:3,
2687:3, 2687:9,
2688:1, 2689:10,
2689:13, 2689:17,
2693:4, 2694:23,
2697:1, 2700:12,
2702:6, 2704:21,
2705:10, 2707:13,
2712:9, 2713:17,
2714:1, 2715:13,
2715:21, 2716:18,
2718:25, 2723:20,
2725:23, 2730:18,
2730:20, 2731:1,
2731:2, 2736:21,
2737:21, 2738:9,
2741:20, 2742:2,
2742:6, 2742:12,

2743:10, 2745:21,
2746:1, 2750:22,
2754:4, 2754:18,
2754:19, 2754:21,
2756:6, 2757:21,
2757:22, 2758:14

**RIGHT-HAND** [6] -
2552:22, 2553:12,
2582:9, 2626:8,
2685:19, 2686:3

**RINGS** [1] - 2741:18

**RIPRAP** [1] - 2625:15

**RISE** [8] - 2601:7,
2656:11, 2676:23,
2700:1, 2700:2,
2726:22, 2739:15,
2757:14

**RISES** [5] - 2743:13,
2755:3, 2755:23,
2758:2, 2758:12

**RISING** [1] - 2761:5

**RITA** [4] - 2674:25,
2675:3, 2675:9

**RIVER** [15] - 2590:11,
2639:5, 2639:8,
2639:12, 2640:2,
2640:10, 2640:20,
2640:23, 2641:3,
2644:4, 2644:5,
2645:22, 2664:20,
2722:22, 2730:24

**RMR** [1] - 2544:11

**ROAD** [33] - 2575:3,
2591:19, 2601:20,
2602:4, 2609:20,
2623:25, 2635:3,
2635:13, 2637:11,
2639:23, 2639:24,
2661:3, 2661:4,
2671:20, 2672:11,
2672:16, 2672:22,
2673:5, 2673:11,
2673:24, 2674:3,
2674:7, 2683:3,
2683:20, 2687:21,
2689:8, 2689:13,
2689:15, 2724:24,
2724:25, 2725:18,
2730:15, 2731:4

**ROADBED** [8] -
2682:21, 2683:1,
2683:2, 2683:16,
2685:1, 2731:20,
2743:9

**ROADS** [2] - 2623:23,
2625:13

**ROADWAY** [1] -
2731:13

**ROBERT** [8] - 2543:7,
2543:7, 2545:12,

2692:23, 2693:9, 2693:14, 2701:20, 2717:1

**ROBIN** [1] - 2544:4

**ROBINSON** [1] - 2719:4

**ROCK** [2] - 2741:19, 2742:9

**RODMAN** [1] - 2657:21

**ROE** [2] - 2569:12, 2569:14

**ROGERS** [1] - 2581:4

**ROLE** [1] - 2718:5

**ROLES** [1] - 2697:5

**ROOM** [1] - 2544:12

**ROTATE** [1] - 2592:20

**ROUGE** [1] - 2542:5

**ROUGHLY** [3] - 2553:1, 2564:13, 2680:3

**ROUTINE** [1] - 2626:15

**ROUTINELY** [1] - 2622:8

**RULE** [2] - 2626:24, 2627:2

**RULING** [2] - 2581:21, 2716:19

**RUN** [9] - 2690:23, 2710:14, 2721:10, 2723:5, 2723:6, 2723:7, 2723:8, 2731:4

**RUNNING** [8] - 2604:6, 2609:16, 2610:3, 2716:20, 2721:8, 2725:23, 2757:15, 2760:9

**RUNS** [5] - 2605:21, 2664:19, 2689:12, 2689:13, 2690:19

**RUPERT** [1] - 2544:5

**RUPTURING** [1] - 2756:23

**RUTTED** [1] - 2622:11

**S**

**S-T-E-P-H-E-N** [1] - 2657:9

**SAFE** [1] - 2695:20

**SAFELY** [1] - 2569:19

**SAFETY** [6] - 2560:11, 2560:12, 2572:7, 2588:20, 2593:21, 2627:6

**SAID** [60] - 2547:14, 2548:16, 2552:1,

2555:24, 2560:19, 2561:8, 2563:22, 2563:25, 2566:5, 2567:16, 2568:20, 2575:9, 2575:13, 2581:4, 2584:22, 2591:17, 2593:15, 2599:25, 2604:14, 2605:2, 2605:4, 2613:5, 2614:1, 2615:11, 2616:22, 2618:16, 2622:3, 2626:4, 2629:2, 2629:3, 2634:22, 2637:21, 2639:20, 2640:15, 2640:20, 2646:1, 2646:6, 2647:1, 2648:9, 2648:10, 2651:11, 2674:18, 2681:7, 2681:23, 2691:7, 2698:2, 2708:15, 2708:21, 2709:1, 2709:5, 2711:6, 2711:16, 2713:13, 2714:3, 2714:19, 2726:12, 2735:22, 2744:8, 2748:1, 2749:4

**SAME** [32] - 2547:12, 2554:22, 2581:3, 2597:15, 2605:16, 2605:17, 2615:20, 2675:24, 2676:4, 2677:16, 2694:19, 2707:6, 2720:11, 2729:5, 2743:8, 2749:10, 2751:22, 2753:14, 2754:16, 2757:8, 2757:13, 2758:3, 2758:23, 2760:3, 2760:5, 2760:17, 2760:24, 2761:6, 2761:9, 2761:17, 2761:20, 2761:25

**SAMPLED** [1] - 2648:17

**SAMPLES** [3] - 2582:8, 2614:8, 2654:24

**SAMPLING** [2] - 2633:17, 2645:21

**SAND** [18] - 2587:20, 2590:11, 2639:5, 2639:8, 2639:12, 2639:15, 2639:16, 2639:22, 2640:2, 2640:10, 2640:14, 2640:20, 2640:23,

2641:3, 2644:2, 2644:4, 2644:5, 2653:6

**SANITARY** [1] - 2605:20

**SAP** [1] - 2633:18

**SAT** [1] - 2711:24

**SATISFIED** [1] - 2671:22

**SAUCE** [1] - 2703:19

**SAUCER** [8] - 2559:8, 2559:11, 2559:20, 2565:19, 2622:16, 2628:5, 2631:20, 2632:7

**SAW** [18] - 2597:23, 2603:9, 2613:8, 2647:12, 2655:6, 2655:9, 2666:17, 2670:5, 2672:25, 2674:16, 2675:9, 2677:9, 2681:20, 2691:20, 2713:4, 2736:2, 2750:13, 2758:23

**SAY** [50] - 2548:10, 2548:12, 2552:3, 2559:19, 2561:3, 2565:14, 2580:11, 2588:12, 2593:22, 2598:25, 2599:22, 2613:12, 2616:3, 2621:8, 2623:22, 2630:22, 2649:13, 2654:4, 2654:10, 2665:24, 2666:8, 2666:21, 2672:7, 2674:22, 2675:13, 2681:22, 2690:18, 2690:23, 2695:7, 2695:18, 2698:15, 2699:18, 2709:7, 2709:9, 2709:11, 2709:13, 2711:20, 2713:12, 2713:13, 2713:19, 2716:16, 2731:16, 2732:1, 2732:12, 2732:19, 2740:16, 2747:10, 2752:8

**SAYING** [23] - 2549:1, 2573:12, 2577:9, 2585:1, 2593:18, 2594:2, 2595:13, 2598:4, 2599:18, 2599:21, 2615:15, 2620:10, 2642:3, 2642:5, 2642:18, 2643:18, 2666:1, 2706:11, 2709:12,

2709:13, 2750:2, 2751:11, 2756:1

**SAYS** [19] - 2550:19, 2550:25, 2551:19, 2553:16, 2589:22, 2595:14, 2609:3, 2617:25, 2630:8, 2662:7, 2664:1, 2674:1, 2705:13, 2705:21, 2706:8, 2707:2, 2743:20, 2748:4

**SCALE** [1] - 2639:1

**SCENARIO** [1] - 2761:20

**SCENARIOS** [1] - 2756:19

**SCHEDULE** [3] - 2599:9, 2599:12, 2664:25

**SCHOOL** [1] - 2666:6

**SCHULTZ** [1] - 2542:22

**SCIENCE** [5] - 2690:16, 2699:2, 2701:10, 2701:14, 2719:23

**SCIENTIFIC** [3] - 2666:2, 2666:13, 2697:18

**SCIENTISTS** [1] - 2697:17

**SCOPE** [4] - 2583:7, 2615:3, 2717:8, 2718:16

**SCOTT** [1] - 2542:18

**SCRAMBLE** [1] - 2557:9

**SCREEN** [15] - 2555:4, 2556:5, 2558:6, 2609:24, 2617:5, 2618:6, 2659:5, 2663:18, 2694:2, 2704:19, 2708:4, 2711:1, 2716:2, 2719:10, 2722:17

**SCROLL** [1] - 2659:15

**SEA** [9] - 2671:19, 2672:24, 2676:22, 2678:3, 2689:13, 2700:1, 2700:2, 2734:6

**SEA-LAND** [4] - 2671:19, 2672:24, 2676:22, 2689:13

**SEA-LAND'S** [1] - 2678:3

**SEABROOK** [1] - 2719:24

**SEARCH** [1] - 2621:3

**SEATED** [2] - 2601:8, 2739:16

**SECOND** [21] - 2548:25, 2557:21, 2560:18, 2574:19, 2578:6, 2581:16, 2592:19, 2596:2, 2608:16, 2619:20, 2622:14, 2623:6, 2628:14, 2646:13, 2668:17, 2669:24, 2684:21, 2704:14, 2747:22, 2748:2

**SECONDS** [1] - 2747:24

**SECTION** [15] - 2541:6, 2602:22, 2630:5, 2646:14, 2650:17, 2650:20, 2659:24, 2667:17, 2668:16, 2670:21, 2673:22, 2677:24, 2724:25, 2743:7, 2750:6

**SECTIONS** [2] - 2620:4, 2620:7

**SEE** [151] - 2547:16, 2552:23, 2553:11, 2554:8, 2554:10, 2555:4, 2555:24, 2556:4, 2558:12, 2567:10, 2567:12, 2568:22, 2569:5, 2570:23, 2579:6, 2582:14, 2584:6, 2591:9, 2592:14, 2593:15, 2603:9, 2607:12, 2609:20, 2619:13, 2619:24, 2619:25, 2624:22, 2627:25, 2629:18, 2629:23, 2630:2, 2631:3, 2632:6, 2633:19, 2634:14, 2635:25, 2636:4, 2641:16, 2648:1, 2654:18, 2655:8, 2655:9, 2659:15, 2659:18, 2661:9, 2661:20, 2662:19, 2662:22, 2662:23, 2663:14, 2664:7, 2664:12, 2664:13, 2669:18, 2669:22, 2672:11, 2672:20, 2673:8, 2674:6, 2675:8, 2675:15, 2675:17, 2676:7, 2676:8, 2682:25, 2683:14, 2683:22,

2684:6, 2686:4, 2692:7, 2694:1, 2694:14, 2698:9, 2704:18, 2704:19, 2704:25, 2706:10, 2707:4, 2707:5, 2708:7, 2708:25, 2712:17, 2712:20, 2714:5, 2718:14, 2719:12, 2722:21, 2723:12, 2723:17, 2723:22, 2723:23, 2723:25, 2724:1, 2724:2, 2724:25, 2727:9, 2727:22, 2728:2, 2728:7, 2729:10, 2729:11, 2729:12, 2729:20, 2730:3, 2730:7, 2730:12, 2730:19, 2730:24, 2732:2, 2736:16, 2736:24, 2738:10, 2741:15, 2741:17, 2742:7, 2743:5, 2743:10, 2747:15, 2752:23, 2753:2, 2753:6, 2753:19, 2754:4, 2755:1, 2755:2, 2755:5, 2755:9, 2756:17, 2756:20, 2757:7, 2757:11, 2757:16, 2757:19, 2757:21, 2757:22, 2758:7, 2758:15, 2759:1, 2759:8, 2759:12, 2759:25, 2760:3, 2760:4, 2760:9, 2760:14, 2760:21, 2761:17, 2761:19, 2761:21

**SEEING** [5] - 2553:14, 2558:5, 2561:13, 2731:12, 2749:4

**SEEK** [2] - 2651:11, 2651:15

**SEEM** [1] - 2694:3

**SEEMS** [8] - 2612:20, 2663:6, 2664:11, 2737:24, 2737:25, 2754:3, 2754:15, 2754:17

**SEEN** [11] - 2580:23, 2609:12, 2610:13, 2616:14, 2620:19, 2631:24, 2632:2, 2660:20, 2685:21, 2685:25, 2704:8

**SEEPAGE** [13] - 2562:17, 2567:25,

2573:23, 2574:24, 2575:23, 2576:13, 2577:1, 2577:2, 2577:20, 2579:14, 2651:12, 2652:4, 2688:14

**SEES** [1] - 2618:2

**SELECT** [1] - 2699:3

**SELECTED** [1] - 2699:5

**SEMICOMPACTED** [5] - 2611:8, 2611:13, 2612:22, 2613:22, 2613:24

**SEMICOMPACTION** [1] - 2612:15

**SEND** [1] - 2622:13

**SENSE** [4] - 2611:19, 2615:15, 2642:14, 2666:25

**SENSITIVITY** [1] - 2752:15

**SENT** [6] - 2549:19, 2648:14, 2671:24, 2675:6, 2675:7

**SENTENCE** [11] - 2559:16, 2578:15, 2578:19, 2603:9, 2617:25, 2630:8, 2630:16, 2633:15, 2646:14, 2646:15, 2706:13

**SEPARATE** [1] - 2733:6

**SEPTEMBER** [6] - 2541:7, 2546:2, 2601:2, 2626:8, 2626:17, 2627:25

**SEQUESTRATION** [1] - 2547:21

**SERIES** [4] - 2614:9, 2650:8, 2666:11, 2712:18

**SERIOUS** [1] - 2735:25

**SERVED** [3] - 2699:23, 2701:1, 2701:3

**SERVICES** [3] - 2566:11, 2567:23, 2583:2

**SERVING** [2] - 2697:5, 2700:10

**SESSION** [3] - 2541:11, 2601:7, 2739:16

**SET** [8] - 2586:5, 2587:5, 2589:11, 2670:7, 2718:11, 2720:7, 2721:23,

2723:10

**SETS** [1] - 2593:8

**SETTING** [1] - 2641:3

**SEVEN** [5] - 2647:13, 2654:23, 2659:21, 2731:15

**SEVEN-DAY** [1] - 2647:13

**SEVERAL** [7] - 2611:20, 2614:8, 2710:22, 2715:12, 2726:9, 2737:3, 2755:8

**SEWER** [45] - 2570:18, 2571:4, 2571:11, 2572:12, 2572:22, 2598:9, 2598:10, 2598:17, 2598:21, 2601:15, 2601:16, 2601:18, 2601:23, 2601:24, 2602:3, 2602:4, 2602:10, 2603:1, 2603:4, 2603:25, 2604:2, 2604:7, 2604:11, 2604:22, 2604:24, 2605:7, 2605:9, 2605:12, 2605:20, 2606:6, 2608:18, 2609:5, 2609:17, 2610:1, 2610:7, 2615:5, 2615:8, 2615:24, 2616:8, 2616:25, 2618:12, 2620:5, 2620:22

**SEWERAGE** [1] - 2610:12

**SHALL** [1] - 2587:9

**SHALLOW** [4] - 2573:2, 2604:3, 2604:4, 2736:12

**SHAPE** [1] - 2671:6

**SHARE** [1] - 2710:20

**SHARES** [1] - 2612:9

**SHARING** [1] - 2593:1

**SHARP** [1] - 2600:3

**SHE** [6] - 2623:19, 2635:10, 2635:11, 2637:10, 2637:11, 2637:13

**SHE'S** [1] - 2586:24

**SHEET** [7] - 2588:3, 2632:17, 2646:7, 2646:15, 2652:3, 2672:21, 2678:22

**SHERI** [2] - 2634:11, 2637:8

**SHIFT** [5] - 2617:17, 2617:21, 2619:9,

2620:9, 2727:19

**SHIFTING** [1] - 2735:16

**SHIP** [1] - 2743:11

**SHOOK** [1] - 2652:20

**SHOOT** [2] - 2684:10, 2687:11

**SHORELINE** [1] - 2654:4

**SHORT** [8] - 2543:8, 2601:10, 2656:7, 2679:13, 2714:20, 2743:17, 2746:12, 2750:12

**SHORTER** [1] - 2746:9

**SHORTEST** [1] - 2746:7

**SHOT** [9] - 2663:9, 2664:16, 2664:17, 2664:24, 2671:9, 2678:4, 2678:11, 2679:5, 2687:13

**SHOTS** [3] - 2663:15, 2664:21, 2678:11

**SHOULD** [18] - 2559:8, 2590:15, 2590:19, 2610:25, 2627:21, 2629:12, 2642:16, 2642:21, 2652:10, 2663:12, 2664:3, 2682:6, 2719:7, 2726:5, 2737:24, 2739:23, 2751:8, 2761:18

**SHOULDN'T** [1] - 2593:8

**SHOW** [26] - 2554:13, 2561:9, 2580:5, 2582:14, 2622:25, 2626:16, 2641:11, 2659:3, 2660:15, 2660:19, 2669:2, 2670:6, 2670:18, 2675:18, 2675:24, 2679:14, 2683:5, 2725:4, 2727:4, 2727:5, 2727:20, 2731:17, 2734:22, 2735:9, 2738:1, 2758:20

**SHOWED** [7] - 2566:1, 2627:23, 2636:22, 2647:14, 2649:2, 2713:10, 2756:20

**SHOWING** [6] - 2659:12, 2725:6, 2725:7, 2727:21, 2733:2, 2745:12

**SHOWN** [13] - 2557:20, 2584:21,

2632:16, 2633:2, 2633:9, 2661:6, 2670:22, 2679:20, 2685:22, 2731:6, 2735:8, 2737:14, 2746:17

**SHOWS** [10] - 2662:5, 2663:1, 2676:6, 2682:2, 2730:2, 2737:18, 2740:5, 2741:22, 2756:16, 2758:21

**SIDE** [33] - 2559:24, 2559:25, 2560:4, 2584:24, 2637:11, 2659:12, 2661:19, 2663:1, 2665:5, 2665:6, 2665:7, 2669:25, 2670:3, 2670:11, 2670:14, 2672:16, 2672:21, 2673:19, 2679:7, 2680:10, 2680:11, 2680:15, 2683:15, 2686:3, 2686:4, 2686:5, 2692:2, 2696:6, 2727:22, 2741:17, 2742:5, 2742:17, 2749:14

**SIDED** [1] - 2659:18

**SIDES** [3] - 2658:18, 2743:8, 2744:5

**SIGNATURE** [3] - 2608:13, 2629:25, 2634:12

**SIGNIFICANCE** [1] - 2715:14

**SIGNIFICANT** [13] - 2712:24, 2720:18, 2739:24, 2740:1, 2745:8, 2745:9, 2746:18, 2747:8, 2747:16, 2747:19, 2747:20, 2748:18

**SIGNIFICANTLY** [2] - 2664:12, 2735:11

**SILL** [3] - 2671:5, 2683:19, 2750:4

**SILT** [11] - 2549:15, 2549:23, 2550:14, 2550:17, 2550:20, 2550:24, 2551:16, 2553:14, 2555:18, 2644:12, 2647:7

**SILTS** [8] - 2553:22, 2553:25, 2554:11, 2559:11, 2647:17, 2648:6, 2652:15, 2652:16

**SILTY** [9] - 2550:15,

2550:23, 2551:16, 2551:20, 2551:25, 2647:17, 2648:6

**SIMILAR** [7] - 2578:19, 2597:2, 2655:7, 2685:25, 2690:14, 2691:9, 2747:1

**SIMPLISTIC** [1] - 2666:8

**SIMPLY** [6] - 2604:8, 2667:6, 2682:12, 2708:16, 2734:22, 2735:2

**SIMS** [133] - 2541:23, 2546:16, 2546:19, 2547:18, 2548:4, 2548:21, 2548:24, 2550:2, 2550:4, 2550:9, 2550:12, 2551:9, 2551:14, 2551:21, 2551:24, 2552:8, 2552:11, 2552:15, 2552:19, 2553:4, 2553:6, 2553:9, 2554:19, 2554:25, 2555:7, 2555:12, 2555:14, 2555:25, 2556:3, 2556:8, 2556:10, 2556:14, 2556:23, 2558:7, 2558:16, 2558:21, 2559:1, 2561:10, 2561:15, 2566:19, 2566:22, 2570:4, 2570:7, 2570:13, 2570:17, 2572:1, 2573:24, 2574:2, 2574:5, 2574:7, 2576:8, 2576:10, 2577:17, 2581:3, 2581:13, 2581:24, 2582:21, 2586:14, 2586:17, 2586:20, 2587:4, 2588:9, 2589:4, 2589:8, 2591:16, 2592:17, 2592:19, 2592:24, 2594:14, 2594:16, 2595:5, 2595:10, 2595:18, 2598:25, 2599:4, 2599:14, 2599:24, 2601:11, 2601:13, 2606:12, 2606:15, 2606:18, 2606:20, 2607:13, 2607:18, 2608:3, 2608:6, 2611:2, 2611:5, 2618:5, 2619:11, 2619:14, 2619:16,

2621:12, 2623:2, 2623:6, 2623:10, 2623:13, 2624:11, 2624:17, 2624:24, 2625:1, 2625:4, 2627:17, 2628:20, 2628:23, 2629:1, 2631:2, 2631:6, 2634:3, 2634:6, 2635:18, 2635:20, 2635:24, 2636:7, 2636:12, 2638:1, 2638:5, 2641:15, 2641:18, 2642:15, 2642:23, 2643:1, 2643:3, 2644:25, 2645:8, 2645:20, 2646:20, 2647:14, 2648:5, 2649:16, 2650:8, 2652:15

**SIMS'** [1] - 2645:16

**SIMS**.....................
[1] - 2545:6

**SIMULATE** [1] - 2721:7

**SIMULATION** [1] - 2722:12

**SINCE** [11] - 2657:18, 2666:25, 2679:11, 2685:5, 2698:8, 2721:17, 2721:18, 2723:5, 2735:15, 2758:11, 2759:14

**SINGLE** [1] - 2606:8

**SIR** [121] - 2556:17, 2556:18, 2559:21, 2564:9, 2579:18, 2583:6, 2586:11, 2586:25, 2587:2, 2590:7, 2591:12, 2623:11, 2633:10, 2636:21, 2637:7, 2640:4, 2642:19, 2653:17, 2653:24, 2655:20, 2655:21, 2658:1, 2658:21, 2658:23, 2659:7, 2659:23, 2660:14, 2660:18, 2661:8, 2661:11, 2661:14, 2661:17, 2661:21, 2662:1, 2662:20, 2662:23, 2663:13, 2664:4, 2664:13, 2668:4, 2668:7, 2668:21, 2669:10, 2669:12, 2669:14, 2670:5, 2670:11, 2670:15, 2670:17, 2670:24, 2671:12,

2672:3, 2672:8, 2672:19, 2673:13, 2673:17, 2674:14, 2674:17, 2674:18, 2675:11, 2676:10, 2676:14, 2678:15, 2679:5, 2679:9, 2679:18, 2680:5, 2680:7, 2680:12, 2680:22, 2681:9, 2681:19, 2682:17, 2682:24, 2683:16, 2684:7, 2685:7, 2685:20, 2685:23, 2686:1, 2686:4, 2686:6, 2686:10, 2686:19, 2686:20, 2687:2, 2687:6, 2687:22, 2687:25, 2688:9, 2688:22, 2689:9, 2689:14, 2690:7, 2690:21, 2692:10, 2692:12, 2692:13, 2692:20, 2701:22, 2702:7, 2702:10, 2711:5, 2712:1, 2715:16, 2716:24, 2729:17, 2741:24, 2750:20, 2752:12, 2754:11, 2756:6, 2756:7, 2759:18

**SIT** [2] - 2577:7, 2652:16

**SITE** [77] - 2546:22, 2546:23, 2547:2, 2547:5, 2548:18, 2549:2, 2549:5, 2549:10, 2549:14, 2553:17, 2555:19, 2559:20, 2562:2, 2574:24, 2576:22, 2576:23, 2577:2, 2577:8, 2578:17, 2579:10, 2579:17, 2580:19, 2581:18, 2589:23, 2589:24, 2590:3, 2590:17, 2590:22, 2591:19, 2594:19, 2596:23, 2597:3, 2597:5, 2597:10, 2597:13, 2597:14, 2597:20, 2598:3, 2598:6, 2601:15, 2601:25, 2603:5, 2609:18, 2614:13, 2615:2, 2622:11, 2625:9, 2625:21, 2626:5, 2626:6, 2633:16, 2637:22, 2640:6,

2640:10, 2640:19, 2640:23, 2641:4, 2642:6, 2643:24, 2646:15, 2646:25, 2647:11, 2648:18, 2649:3, 2649:5, 2650:2, 2651:23, 2710:11, 2728:8, 2728:11, 2733:2, 2749:20, 2751:5, 2753:11

**SITES** [15] - 2552:6, 2575:2, 2598:4, 2623:25, 2701:8, 2726:9, 2726:23, 2727:2, 2727:7, 2727:10, 2727:23, 2731:7, 2749:15, 2749:20, 2749:22

**SITTING** [1] - 2708:4

**SITUATION** [1] - 2615:16

**SITUATIONS** [1] - 2590:24

**SIX** [4] - 2611:16, 2654:16, 2659:21, 2724:21

**SIZE** [4] - 2610:12, 2629:14, 2696:10, 2722:25

**SKETCHES** [1] - 2597:6

**SKIPPED** [1] - 2551:11

**SLAMMING** [1] - 2750:24

**SLIDE** [18] - 2694:15, 2697:21, 2698:9, 2699:13, 2701:9, 2702:5, 2709:18, 2709:20, 2710:6, 2710:20, 2712:16, 2714:5, 2714:9, 2720:3, 2723:12, 2725:6, 2739:21, 2748:20

**SLIDES** [11] - 2694:1, 2702:1, 2704:7, 2708:15, 2710:21, 2712:18, 2714:7, 2715:4, 2715:7, 2715:14, 2715:15

**SLIGHTLY** [1] - 2633:24

**SLOPE** [11] - 2587:10, 2587:22, 2588:1, 2588:2, 2593:3, 2593:4, 2596:18, 2605:7, 2608:23, 2650:14, 2755:6

**SLOPING** [3] - 2608:18, 2609:2, 2609:4

**SLOPS** [1] - 2587:9

**SLOUGH** [1] - 2588:14

**SLOUGHING** [1] - 2587:14

**SLOW** [4] - 2558:21, 2584:7, 2600:1, 2752:24

**SLOWER** [1] - 2752:16

**SLOWLY** [2] - 2758:12, 2760:11

**SLUG** [4] - 2580:1, 2580:2, 2580:5, 2580:13

**SMALL** [6] - 2587:23, 2672:15, 2680:14, 2722:19, 2737:5, 2741:15

**SMALLER** [9] - 2596:12, 2602:2, 2713:3, 2713:22, 2714:2, 2718:5, 2746:21

**SMITH** [3] - 2544:4, 2655:25, 2716:22

**SMOOTH** [1] - 2588:3

**SMOOTHLY** [1] - 2712:7

**SNAPSHOT** [1] - 2732:5

**SO** [366] - 2546:10, 2547:11, 2548:5, 2549:21, 2550:13, 2551:4, 2551:15, 2552:22, 2553:10, 2554:17, 2554:22, 2555:15, 2555:17, 2556:4, 2557:2, 2557:13, 2558:1, 2558:6, 2559:2, 2559:4, 2559:11, 2559:16, 2560:24, 2561:5, 2561:16, 2564:12, 2566:3, 2567:8, 2567:10, 2569:22, 2571:11, 2573:11, 2575:7, 2575:11, 2575:12, 2575:13, 2575:19, 2575:21, 2579:19, 2580:11, 2580:12, 2580:24, 2580:25, 2581:10, 2581:22, 2581:25, 2583:9, 2583:11, 2583:20, 2584:6, 2585:8, 2587:5, 2588:10,

2588:13, 2588:15, 2589:23, 2590:3, 2590:6, 2591:4, 2593:21, 2595:22, 2596:4, 2596:16, 2597:7, 2599:6, 2599:25, 2602:23, 2604:6, 2605:2, 2605:9, 2605:12, 2605:25, 2606:3, 2609:1, 2612:24, 2613:23, 2614:5, 2614:12, 2616:22, 2617:8, 2617:13, 2618:21, 2619:7, 2619:25, 2620:2, 2620:7, 2621:22, 2622:11, 2622:14, 2623:14, 2624:10, 2625:5, 2625:19, 2627:12, 2630:8, 2630:13, 2631:3, 2631:7, 2631:14, 2635:20, 2635:22, 2635:25, 2636:18, 2638:15, 2641:21, 2642:3, 2643:17, 2644:6, 2644:12, 2649:13, 2649:19, 2650:25, 2654:20, 2656:8, 2656:19, 2657:1, 2659:17, 2659:18, 2660:15, 2662:10, 2663:11, 2663:15, 2663:17, 2663:24, 2665:5, 2666:14, 2667:1, 2667:4, 2670:13, 2675:1, 2675:2, 2678:20, 2679:3, 2679:19, 2682:10, 2685:10, 2686:24, 2686:25, 2689:6, 2690:5, 2692:4, 2693:7, 2694:25, 2695:7, 2695:14, 2695:18, 2696:9, 2696:19, 2696:23, 2698:14, 2699:4, 2699:9, 2699:17, 2704:8, 2705:10, 2706:11, 2706:16, 2707:22, 2708:8, 2708:13, 2708:14, 2708:24, 2709:22, 2710:6, 2711:10, 2711:20, 2713:14, 2714:6, 2714:10, 2714:12, 2715:3, 2715:5, 2715:7,

2715:19, 2716:3, 2716:9, 2716:16, 2717:16, 2718:19, 2718:23, 2719:1, 2719:14, 2719:23, 2720:7, 2720:9, 2720:10, 2720:11, 2720:18, 2721:6, 2721:14, 2721:15, 2721:19, 2721:22, 2722:4, 2722:5, 2722:9, 2722:11, 2722:18, 2722:21, 2722:25, 2723:2, 2723:4, 2723:5, 2723:6, 2723:8, 2723:9, 2723:12, 2723:21, 2724:4, 2724:6, 2724:9, 2724:11, 2724:14, 2724:17, 2724:18, 2725:3, 2725:6, 2725:17, 2725:25, 2726:2, 2726:7, 2726:8, 2726:11, 2726:12, 2726:15, 2727:6, 2727:12, 2727:22, 2728:12, 2728:14, 2728:21, 2728:23, 2729:1, 2729:13, 2729:25, 2730:4, 2730:14, 2730:17, 2730:18, 2730:21, 2730:23, 2731:3, 2731:7, 2731:15, 2732:4, 2732:10, 2732:13, 2733:15, 2734:8, 2734:15, 2734:16, 2735:2, 2735:24, 2736:4, 2736:5, 2736:19, 2736:23, 2737:3, 2737:12, 2737:20, 2737:23, 2738:5, 2738:8, 2739:3, 2739:24, 2740:20, 2740:21, 2741:1, 2742:1, 2742:10, 2742:15, 2742:16, 2742:18, 2742:21, 2742:23, 2743:1, 2743:6, 2743:10, 2743:13, 2743:19, 2743:25, 2744:6, 2744:15, 2744:19, 2745:3, 2745:8, 2746:13, 2746:16, 2746:21, 2746:25, 2747:2, 2747:14, 2747:19, 2748:17, 2748:19,

2749:2, 2749:18, 2749:20, 2749:25, 2750:2, 2750:5, 2750:15, 2750:17, 2750:20, 2751:1, 2751:5, 2751:10, 2751:22, 2751:23, 2752:3, 2752:5, 2752:18, 2752:20, 2753:5, 2753:15, 2754:8, 2754:20, 2754:24, 2754:25, 2755:3, 2755:14, 2755:16, 2755:23, 2756:1, 2756:19, 2756:23, 2756:25, 2757:2, 2757:6, 2757:7, 2757:10, 2757:16, 2757:19, 2758:1, 2758:5, 2758:7, 2758:9, 2758:20, 2758:25, 2759:1, 2759:4, 2759:5, 2759:7, 2759:14, 2759:16, 2760:6, 2760:9, 2760:19, 2761:4, 2761:7, 2761:8, 2761:9, 2761:17, 2761:21, 2761:22

**SO-CALLED** [2] - 2555:17, 2752:20

**SOBEK** [1] - 2720:12

**SOCIETIES** [2] - 2698:18, 2698:19

**SOCIETY** [2] - 2698:19, 2700:13

**SOD** [1] - 2689:16

**SOIL** [20] - 2546:21, 2549:14, 2549:17, 2549:20, 2565:6, 2565:20, 2567:17, 2572:7, 2576:18, 2587:19, 2589:18, 2593:8, 2594:7, 2598:16, 2613:14, 2613:24, 2614:13, 2614:15, 2614:17, 2654:11

**SOILS** [9] - 2546:23, 2554:8, 2559:7, 2559:11, 2559:12, 2559:19, 2578:20, 2589:21, 2652:17

**SOLEMNLY** [3] - 2546:8, 2656:24, 2693:5

**SOLID** [1] - 2687:23

**SOME** [75] - 2549:25, 2551:16, 2552:1,

2553:24, 2554:17, 2557:5, 2558:7, 2560:8, 2563:14, 2567:8, 2580:1, 2580:17, 2581:15, 2581:18, 2583:11, 2584:22, 2586:10, 2588:5, 2589:19, 2592:2, 2609:22, 2610:6, 2610:11, 2610:12, 2615:12, 2621:22, 2627:25, 2628:6, 2631:18, 2632:11, 2639:4, 2640:7, 2640:14, 2643:10, 2644:8, 2644:15, 2645:12, 2645:17, 2647:14, 2659:3, 2667:4, 2670:7, 2670:8, 2675:8, 2688:14, 2690:14, 2691:23, 2697:8, 2699:22, 2699:23, 2702:2, 2706:12, 2710:22, 2711:11, 2715:5, 2715:6, 2715:9, 2715:11, 2720:25, 2726:11, 2737:4, 2737:24, 2739:10, 2741:25, 2744:8, 2747:15, 2749:15, 2749:22, 2750:1, 2752:15, 2753:19, 2756:15, 2757:21

**SOMEBODY** [2] - 2687:13, 2748:6

**SOMEHOW** [1] - 2759:13

**SOMEONE** [6] - 2564:5, 2585:8, 2592:7, 2595:2, 2612:24, 2617:13

**SOMETHING** [27] - 2547:14, 2557:19, 2569:5, 2575:9, 2582:4, 2589:12, 2596:1, 2599:17, 2615:17, 2620:17, 2635:15, 2640:21, 2644:8, 2645:18, 2664:1, 2665:8, 2671:5, 2673:8, 2679:16, 2681:17, 2687:14, 2709:19, 2711:20, 2713:20, 2721:5, 2721:17

**SOMETIME** [4] - 2749:4, 2758:1, 2758:3, 2758:13

**SOMETIMES** [5] - 2613:6, 2658:15, 2720:6, 2725:24

**SOMEWHAT** [6] - 2549:17, 2560:4, 2588:12, 2596:20, 2614:4, 2624:19

**SOMEWHERE** [11] - 2613:21, 2613:24, 2629:22, 2638:20, 2638:22, 2638:23, 2673:6, 2673:8, 2684:15, 2714:3, 2740:8

**SOON** [3] - 2625:25, 2727:4

**SOPHISTICATED** [1] - 2722:6

**SORRY** [46] - 2551:4, 2551:10, 2552:15, 2556:18, 2567:3, 2569:8, 2571:15, 2584:7, 2592:19, 2602:7, 2605:16, 2607:5, 2607:23, 2608:15, 2610:21, 2615:23, 2626:2, 2626:25, 2629:24, 2632:9, 2633:15, 2634:2, 2635:21, 2640:15, 2641:12, 2642:12, 2644:19, 2647:18, 2654:10, 2656:2, 2659:14, 2678:25, 2683:1, 2688:22, 2695:16, 2703:22, 2704:12, 2723:14, 2725:12, 2732:13, 2732:23, 2738:4, 2739:1, 2748:8, 2755:21

**SORT** [3] - 2649:14, 2692:15, 2753:24

**SOUND** [1] - 2633:3

**SOUNDS** [1] - 2626:18

**SOURCE** [2] - 2629:15, 2696:24

**SOURCES** [4] - 2708:8, 2715:12, 2755:23, 2758:24

**SOUTH** [49] - 2601:18, 2605:21, 2631:12, 2660:3, 2668:23, 2668:24, 2673:19, 2675:19, 2677:16, 2681:20, 2702:21, 2705:8, 2706:6, 2718:6, 2733:2, 2733:4, 2737:1, 2741:1, 2743:4,

2743:19, 2743:20, 2743:22, 2744:1, 2749:17, 2750:8, 2751:14, 2751:16, 2751:23, 2752:11, 2752:22, 2753:4, 2753:7, 2753:10, 2753:22, 2754:3, 2754:10, 2754:17, 2754:22, 2755:3, 2756:23, 2756:25, 2757:10, 2757:13, 2758:5, 2758:8, 2759:1, 2759:7, 2760:8, 2761:2

**SOUTHERN** [4] - 2605:5, 2731:20, 2752:25, 2760:18

**SOUTHWEST** [2] - 2542:15, 2753:1

**SPACED** [2] - 2740:20, 2743:6

**SPADRO** [1] - 2613:9

**SPAN** [2] - 2650:19, 2653:1

**SPEAK** [2] - 2554:22, 2575:4

**SPEAKING** [2] - 2666:11, 2681:6

**SPECIAL** [2] - 2560:9, 2734:14

**SPECIALIZED** [4] - 2563:5, 2573:23, 2666:2, 2666:14

**SPECIALTY** [1] - 2701:2

**SPECIFIC** [28] - 2559:2, 2569:24, 2570:11, 2576:11, 2576:15, 2577:5, 2579:9, 2590:21, 2591:25, 2594:3, 2594:19, 2594:20, 2596:22, 2596:24, 2597:1, 2597:14, 2598:3, 2598:4, 2617:4, 2620:21, 2622:20, 2624:2, 2626:6, 2639:14, 2641:14, 2641:16, 2643:15

**SPECIFICALLY** [6] - 2562:3, 2567:11, 2568:11, 2592:1, 2625:17, 2712:2

**SPECIFICS** [1] - 2576:20

**SPECTRAL** [1] - 2734:12

**SPECTRUM** [5] -

2734:2, 2734:3, 2734:9, 2734:10, 2745:10

**SPECULATE** [1] - 2549:8

**SPECULATING** [1] - 2641:5

**SPED** [1] - 2729:21

**SPED-UP** [1] - 2729:21

**SPEED** [2] - 2729:24, 2750:20

**SPEEDS** [1] - 2735:4

**SPELL** [2] - 2657:7, 2693:13

**SPEND** [2] - 2666:22, 2673:2

**SPENDING** [1] - 2740:9

**SPICE** [1] - 2656:9

**SPLASHING** [2] - 2749:5, 2749:7

**SPOIL** [2] - 2644:9

**SPOKE** [1] - 2595:19

**SPOT** [5] - 2550:22, 2630:8, 2674:4, 2732:25, 2733:1

**SPOTS** [1] - 2724:7

**SPRAY** [1] - 2747:16

**SPREAD** [2] - 2738:14, 2741:2

**SPREADING** [4] - 2611:10, 2744:1, 2755:14, 2755:16

**SPRINGS** [1] - 2542:16

**SQUARE** [1] - 2749:21

**ST** [14] - 2658:20, 2661:23, 2661:25, 2690:23, 2717:22, 2717:25, 2718:6, 2718:9, 2718:23, 2721:19, 2730:13, 2730:20, 2731:16, 2753:24

**STABILITY** [53] - 2560:22, 2561:2, 2562:4, 2562:25, 2563:4, 2567:25, 2568:15, 2573:23, 2575:12, 2575:17, 2575:23, 2576:14, 2577:1, 2577:5, 2577:9, 2586:6, 2587:6, 2587:10, 2587:23, 2588:2, 2588:5, 2588:11, 2588:12, 2588:15, 2588:18, 2588:19, 2588:22, 2589:12,

2592:3, 2592:8, 2593:1, 2593:7, 2593:11, 2593:17, 2593:20, 2593:23, 2594:2, 2594:9, 2594:10, 2594:12, 2594:17, 2594:22, 2595:11, 2595:20, 2596:15, 2596:24, 2597:7, 2597:9, 2597:20, 2597:22, 2650:15, 2650:21, 2650:22

**STAFF** [3] - 2585:16, 2616:1, 2627:4

**STAFFING** [1] - 2585:12

**STAMP** [1] - 2729:21

**STAND** [1] - 2559:21

**STANDARD** [7] - 2568:3, 2583:24, 2584:1, 2591:22, 2614:3, 2614:5, 2639:9

**STANDARDS** [1] - 2648:15

**STANDING** [2] - 2691:23, 2692:1

**STANDS** [1] - 2668:9

**STANWOOD** [1] - 2541:12

**START** [28] - 2575:8, 2575:11, 2575:23, 2584:8, 2593:18, 2620:13, 2645:4, 2645:18, 2659:18, 2668:11, 2672:9, 2678:8, 2690:22, 2690:23, 2696:8, 2698:23, 2717:17, 2728:2, 2729:11, 2730:7, 2733:13, 2751:20, 2752:21, 2755:1, 2756:16, 2757:11, 2761:5, 2761:18

**STARTED** [13] - 2603:19, 2603:24, 2603:25, 2631:7, 2657:21, 2668:12, 2676:21, 2695:13, 2722:10, 2726:19, 2727:15, 2751:14, 2755:12

**STARTING** [10] - 2551:15, 2553:14, 2589:4, 2593:16, 2623:7, 2718:16, 2722:8, 2734:5, 2737:22, 2747:4

**STARTS** [9] - 2672:10, 2672:14, 2740:7, 2740:16, 2743:15, 2749:4, 2755:10, 2759:8, 2761:24

**STATE** [6] - 2657:6, 2693:12, 2698:7, 2701:12, 2734:6, 2740:7

**STATED** [7] - 2585:10, 2588:19, 2632:24, 2633:25, 2646:7, 2653:19, 2653:22

**STATEMENT** [12] - 2548:19, 2564:25, 2567:19, 2567:20, 2568:23, 2571:12, 2572:11, 2572:12, 2585:4, 2590:19, 2632:16, 2639:22

**STATES** [14] - 2541:1, 2541:12, 2544:3, 2571:24, 2582:9, 2589:17, 2590:14, 2618:6, 2629:8, 2631:10, 2632:15, 2633:16, 2716:22, 2746:8

**STATION** [39] - 2544:7, 2570:19, 2571:5, 2571:11, 2572:12, 2572:22, 2598:9, 2598:10, 2598:18, 2605:8, 2605:9, 2605:12, 2608:19, 2608:23, 2609:5, 2620:22, 2660:16, 2660:24, 2661:1, 2661:22, 2662:21, 2662:24, 2663:2, 2663:22, 2664:7, 2667:18, 2667:24, 2668:9, 2668:19, 2668:20, 2669:19, 2669:21, 2672:12, 2673:3, 2673:7, 2674:2, 2719:15, 2721:1

**STATIONED** [1] - 2686:18

**STATIONING** [1] - 2661:19

**STATIONS** [1] - 2663:1

**STATISTICALLY** [2] - 2633:17, 2690:13

**STAY** [4] - 2554:3, 2654:22, 2692:17

**STEEL** [3] - 2572:6, 2598:14, 2598:15

**STEEL-BRACED** [1] - 2598:14

**STENOGRAPHY** [1] - 2544:14

**STEP** [1] - 2655:20

**STEPHEN** [5] - 2545:9, 2656:5, 2656:14, 2657:3, 2657:8

**STEVEN** [1] - 2569:12

**STEVENS** [2] - 2542:7, 2542:8

**STICK** [1] - 2552:7

**STILL** [9] - 2549:2, 2555:21, 2573:2, 2616:24, 2639:22, 2652:16, 2665:4, 2666:7, 2728:24

**STIPULATE** [1] - 2595:10

**STIPULATED** [1] - 2581:8

**STIPULATION** [1] - 2595:12

**STOCKPILE** [1] - 2587:13

**STONE** [2] - 2543:11, 2625:24

**STOP** [7] - 2576:13, 2619:20, 2726:11, 2728:3, 2729:2, 2749:13, 2749:18

**STOPPED** [2] - 2679:13, 2759:15

**STORAGE** [3] - 2681:17, 2681:20, 2689:8

**STORM** [20] - 2646:25, 2665:9, 2688:6, 2695:9, 2714:24, 2717:2, 2718:19, 2730:5, 2730:9, 2730:11, 2732:3, 2733:18, 2736:14, 2737:9, 2743:13, 2744:4, 2752:2, 2755:12

**STORMWATER** [1] - 2647:8

**STORY** [3] - 2760:3, 2760:17, 2760:24

**STRAIGHT** [4] - 2668:13, 2732:14, 2732:15, 2742:3

**STRAIGHT-LINE** [1] - 2732:14

**STRANGE** [1] - 2736:15

**STRATA** [1] - 2548:18

**STREET** [12] -

2541:16, 2541:20, 2542:5, 2542:12, 2542:19, 2542:23, 2543:8, 2543:14, 2544:12, 2632:7, 2736:11, 2736:12

**STRENGTH** [2] - 2576:18, 2594:7

**STRESS** [1] - 2720:17

**STRETCH** [2] - 2620:8, 2673:25

**STRIKE** [1] - 2582:18

**STRUCTURAL** [1] - 2572:6

**STRUCTURALLY** [1] - 2598:14

**STRUCTURE** [13] - 2560:21, 2560:23, 2564:6, 2564:15, 2570:21, 2571:9, 2573:7, 2586:7, 2587:7, 2588:24, 2672:5, 2719:25, 2743:8

**STRUCTURES** [5] - 2572:10, 2588:17, 2589:13, 2696:15, 2750:24

**STUCK** [1] - 2581:22

**STUDENTS** [1] - 2697:13

**STUDIED** [1] - 2695:12

**STUDIES** [2] - 2716:1, 2721:9

**STUDY** [6] - 2579:3, 2698:4, 2717:20, 2720:2, 2721:5, 2742:13

**STUDYING** [1] - 2695:13

**STWAVE** [18] - 2708:22, 2709:4, 2709:6, 2709:8, 2709:14, 2709:15, 2715:7, 2734:1, 2734:10, 2734:14, 2735:7, 2735:10, 2736:4, 2736:14, 2737:2, 2737:17, 2738:15, 2745:8

**STWAVES** [1] - 2715:5

**SUBCONTRACTOR** [2] - 2603:16, 2617:14

**SUBCONTRACTORS** [2] - 2602:25, 2647:5

**SUBJECT** [3] - 2576:4, 2710:15,

2717:7

**SUBMITTAL** [1] - 2632:17

**SUBMITTED** [2] - 2609:12, 2633:13

**SUBPARAGRAPH** [1] - 2589:17

**SUBSIDE** [1] - 2667:8

**SUBSIDENCE** [2] - 2666:17, 2666:20

**SUBTRACT** [1] - 2736:19

**SUCH** [4] - 2569:22, 2731:13, 2746:3, 2749:13

**SUDDEN** [3] - 2667:3, 2750:17, 2755:18

**SUGGEST** [1] - 2624:12

**SUGGESTED** [1] - 2650:9

**SUGGESTING** [1] - 2572:18

**SUITE** [5] - 2541:24, 2542:12, 2542:19, 2542:23, 2543:4

**SUMMARY** [8] - 2609:13, 2695:24, 2702:8, 2702:11, 2710:24, 2710:25, 2717:15, 2717:17

**SUMMER** [3] - 2548:9, 2580:18

**SUPERIMPOSITION** [1] - 2597:24

**SUPERPOSITION** [3] - 2744:13, 2744:19, 2744:20

**SUPERVISE** [1] - 2658:11

**SUPPLEMENTAL** [3] - 2721:3, 2725:3, 2726:3

**SUPPORT** [7] - 2562:4, 2566:24, 2567:11, 2567:17, 2616:18, 2671:14, 2716:2

**SUPPOSED** [1] - 2626:24

**SURE** [55] - 2549:4, 2554:15, 2559:14, 2568:9, 2570:1, 2572:15, 2574:5, 2576:8, 2578:8, 2582:5, 2583:21, 2586:14, 2586:19, 2588:10, 2589:10, 2596:13, 2598:25, 2608:1, 2611:18,

2611:19, 2612:23, 2614:24, 2618:2, 2619:21, 2621:23, 2624:9, 2624:11, 2628:14, 2628:15, 2635:2, 2638:24, 2645:12, 2647:19, 2648:10, 2654:3, 2656:18, 2667:1, 2674:4, 2677:11, 2681:5, 2682:4, 2691:1, 2704:9, 2707:25, 2711:14, 2713:6, 2713:7, 2721:17, 2721:20, 2732:22, 2736:15, 2740:22, 2756:2, 2759:23

**SUREKOTE** [12] - 2575:3, 2591:19, 2601:20, 2602:4, 2609:20, 2623:25, 2635:13, 2637:11, 2647:9, 2661:3, 2661:4, 2683:3

**SURFACE** [5] - 2603:18, 2605:4, 2606:1, 2631:16, 2682:21

**SURFACING** [2] - 2623:24, 2625:25

**SURGE** [11] - 2695:9, 2714:24, 2717:2, 2718:10, 2718:19, 2733:14, 2737:9, 2743:13, 2744:4, 2750:15, 2752:2

**SURPRISE** [3] - 2559:14, 2559:15, 2612:24

**SURPRISED** [2] - 2613:2, 2691:9

**SURPRISES** [1] - 2564:1

**SURROUNDING** [1] - 2646:15

**SURVEY** [34] - 2657:21, 2658:9, 2658:12, 2658:13, 2658:25, 2660:2, 2660:11, 2660:12, 2660:16, 2661:9, 2661:12, 2661:15, 2662:16, 2664:11, 2664:14, 2664:25, 2665:17, 2665:20, 2666:9, 2667:2, 2667:22, 2667:23, 2668:18, 2670:7, 2670:13, 2671:3,

2671:8, 2680:25, 2689:1, 2691:8, 2724:23, 2725:3, 2731:21

**SURVEYED** [4] - 2660:6, 2662:8, 2667:1, 2724:17

**SURVEYING** [2] - 2666:19, 2690:15

**SURVEYS** [8] - 2656:7, 2658:16, 2658:22, 2660:15, 2660:22, 2662:3, 2690:19

**SUSTAIN** [1] - 2667:10

**SWAMP** [1] - 2639:24

**SWAN** [2] - 2737:6, 2737:7

**SWEAR** [3] - 2546:8, 2656:24, 2693:5

**SWORN** [3] - 2546:13, 2657:4, 2693:10

**SYSTEM** [2] - 2633:19, 2693:1

---

## T

**TABLE** [4] - 2554:7, 2554:10, 2566:5, 2629:4

**TAKE** [30] - 2549:25, 2552:9, 2557:8, 2557:22, 2561:10, 2567:6, 2569:11, 2579:19, 2583:25, 2589:3, 2589:9, 2595:12, 2598:23, 2599:21, 2599:22, 2628:15, 2629:18, 2644:21, 2655:22, 2656:3, 2669:23, 2669:25, 2671:2, 2706:23, 2708:3, 2708:16, 2714:6, 2738:24, 2746:8, 2747:12

**TAKEN** [8] - 2569:6, 2582:8, 2636:25, 2641:9, 2641:19, 2641:25, 2642:5, 2682:1

**TAKES** [9] - 2551:1, 2557:10, 2614:8, 2722:11, 2723:9, 2729:13, 2753:25, 2759:9, 2761:4

**TAKING** [2] - 2744:19, 2745:15

**TALK** [21] - 2575:7,

2577:18, 2579:8, 2589:16, 2596:1, 2598:9, 2598:21, 2612:22, 2614:5, 2631:9, 2633:1, 2710:7, 2713:3, 2713:14, 2730:17, 2733:5, 2733:15, 2733:20, 2749:9, 2749:20, 2756:22

**TALKED** [7] - 2559:22, 2580:2, 2629:2, 2632:16, 2639:5, 2652:15, 2757:7

**TALKING** [37] - 2555:1, 2563:8, 2567:12, 2569:24, 2570:11, 2576:22, 2598:3, 2600:1, 2610:2, 2618:18, 2620:7, 2624:14, 2647:20, 2677:9, 2678:14, 2682:23, 2683:13, 2683:21, 2688:17, 2692:17, 2694:25, 2699:16, 2706:14, 2706:17, 2713:21, 2732:6, 2733:17, 2736:1, 2736:8, 2736:23, 2738:13, 2743:25, 2749:5, 2749:7

**TALKS** [2] - 2603:8, 2713:11

**TALL** [3] - 2745:16, 2745:25, 2746:1

**TALLER** [3] - 2745:22, 2746:9

**TALLEST** [2] - 2739:25, 2746:7

**TAMP** [3] - 2619:1, 2619:4, 2619:17

**TAMPED** [3] - 2603:17, 2617:1, 2743:17

**TAMPING** [6] - 2603:25, 2604:8, 2604:12, 2620:8, 2620:19, 2621:5

**TASK** [6] - 2563:11, 2567:21, 2568:12, 2583:8, 2583:14, 2632:23

**TBM'S** [2] - 2690:20

**TEACH** [1] - 2693:24

**TEACHING** [1] - 2696:3

**TEAM** [10] - 2560:19, 2563:3, 2563:10,

---

2563:11, 2563:15,
2653:20, 2655:16,
2701:4, 2701:6,
2750:14

**TECHNICAL** [3] -
2666:2, 2666:13,
2694:3

**TELL** [36] - 2554:8,
2558:11, 2558:16,
2569:25, 2570:1,
2570:8, 2595:9,
2595:15, 2609:11,
2626:25, 2630:16,
2638:6, 2638:8,
2642:21, 2659:10,
2662:24, 2663:15,
2673:1, 2673:3,
2676:18, 2682:19,
2684:15, 2686:2,
2686:7, 2689:24,
2691:16, 2691:18,
2693:18, 2699:22,
2707:18, 2740:6,
2740:13, 2740:14,
2740:24, 2753:13,
2754:20

**TELLING** [4] -
2567:22, 2570:4,
2595:25, 2637:7

**TELLS** [3] - 2594:22,
2609:4, 2636:17

**TEMPORARY** [22] -
2622:2, 2622:3,
2622:7, 2623:16,
2623:23, 2623:24,
2624:5, 2624:20,
2624:24, 2624:25,
2625:6, 2625:15,
2625:19, 2625:24,
2626:20, 2637:23,
2638:6, 2638:18,
2640:5, 2647:6,
2647:8

**TEN** [4] - 2755:5,
2755:11, 2755:17,
2756:4

**TEND** [1] - 2741:1

**TENDER** [1] - 2717:5

**TENDERED** [3] -
2703:19, 2716:11,
2717:11

**TENDERS** [2] -
2701:20, 2717:1

**TENTH** [3] - 2664:22,
2732:8, 2732:9

**TERM** [2] - 2642:14,
2643:7

**TERMINOLOGY** [1] -
2644:10

**TERMS** [13] - 2548:11,

2576:12, 2612:17,
2613:4, 2613:17,
2618:12, 2629:14,
2637:17, 2643:11,
2696:7, 2696:13,
2736:8, 2745:3

**TEST** [5] - 2562:19,
2578:23, 2579:3,
2614:7, 2614:14

**TESTED** [2] - 2643:23,
2648:15

**TESTIFIED** [32] -
2546:14, 2560:6,
2560:13, 2560:18,
2561:25, 2565:19,
2565:22, 2565:23,
2566:7, 2567:4,
2568:3, 2569:14,
2570:23, 2574:12,
2575:16, 2589:1,
2598:19, 2603:15,
2603:21, 2622:19,
2626:25, 2634:18,
2634:24, 2635:7,
2637:16, 2646:24,
2648:19, 2649:17,
2650:1, 2651:23,
2657:5, 2693:11

**TESTIFY** [5] - 2567:2,
2637:4, 2675:21,
2684:22, 2702:2

**TESTIFYING** [4] -
2692:24, 2703:11,
2707:10, 2741:5

**TESTIMONIES** [1] -
2665:17

**TESTIMONY** [61] -
2546:8, 2559:3,
2559:17, 2559:21,
2560:24, 2561:20,
2561:23, 2565:24,
2566:3, 2568:22,
2569:6, 2569:11,
2572:2, 2575:9,
2583:10, 2584:6,
2584:9, 2584:12,
2584:22, 2586:2,
2588:22, 2589:9,
2592:25, 2595:14,
2598:22, 2602:14,
2603:13, 2603:24,
2604:11, 2605:13,
2605:22, 2615:12,
2615:21, 2615:24,
2616:24, 2617:20,
2619:9, 2619:19,
2622:9, 2624:21,
2624:22, 2631:21,
2633:24, 2634:23,
2641:21, 2644:15,

2646:20, 2646:21,
2647:1, 2649:18,
2653:18, 2656:24,
2664:3, 2666:3,
2671:14, 2682:13,
2693:5, 2707:22,
2711:8, 2715:23,
2738:19

**TESTING** [5] -
2565:10, 2580:17,
2615:1, 2615:21,
2752:15

**TESTS** [10] - 2580:1,
2580:2, 2580:5,
2580:13, 2580:14,
2582:8, 2582:15,
2614:7, 2614:8,
2627:5

**TEXTBOOKS** [3] -
2697:15, 2697:16,
2697:22

**THAILAND** [3] -
2701:5, 2750:16

**THAN** [64] - 2547:14,
2557:25, 2575:1,
2576:16, 2580:14,
2581:1, 2581:5,
2582:1, 2582:23,
2587:8, 2590:15,
2590:20, 2590:23,
2593:22, 2596:2,
2597:7, 2598:1,
2598:7, 2603:10,
2605:13, 2609:5,
2619:8, 2619:18,
2620:23, 2624:12,
2636:8, 2641:6,
2643:11, 2645:4,
2651:4, 2654:21,
2659:20, 2662:8,
2663:1, 2675:25,
2677:10, 2679:3,
2687:20, 2689:2,
2689:7, 2691:15,
2695:18, 2710:16,
2713:4, 2713:15,
2713:20, 2716:10,
2718:6, 2719:16,
2728:22, 2731:23,
2733:9, 2733:10,
2740:16, 2743:15,
2748:25, 2749:1,
2750:18, 2751:11,
2754:3, 2760:5,
2761:23

**THANK** [60] - 2548:2,
2551:9, 2551:22,
2552:17, 2554:23,
2555:12, 2558:20,
2560:6, 2560:12,

2587:1, 2591:12,
2591:14, 2592:22,
2601:22, 2606:18,
2606:21, 2607:9,
2607:16, 2608:4,
2612:1, 2621:17,
2628:24, 2636:10,
2638:11, 2643:1,
2644:19, 2645:2,
2646:19, 2651:10,
2652:12, 2653:24,
2655:15, 2655:19,
2655:21, 2659:7,
2682:4, 2685:11,
2685:17, 2687:15,
2692:8, 2692:10,
2692:12, 2692:13,
2703:21, 2705:2,
2705:20, 2708:14,
2709:22, 2709:25,
2715:16, 2716:3,
2716:5, 2716:9,
2717:12, 2723:18,
2725:16, 2739:21,
2748:12, 2759:23

**THANKS** [2] -
2610:24, 2694:24

**THAT** [1079] - 2546:8,
2546:21, 2546:23,
2546:25, 2547:1,
2547:2, 2547:5,
2547:9, 2547:14,
2547:20, 2547:23,
2548:8, 2548:11,
2548:12, 2548:15,
2548:19, 2549:1,
2549:9, 2549:15,
2549:17, 2549:18,
2549:21, 2549:22,
2550:14, 2550:17,
2551:1, 2551:7,
2551:17, 2552:8,
2553:17, 2553:22,
2553:25, 2554:9,
2554:16, 2554:19,
2555:1, 2555:9,
2555:17, 2555:21,
2555:22, 2556:1,
2556:13, 2556:15,
2556:19, 2557:1,
2557:2, 2557:4,
2557:7, 2557:11,
2557:12, 2557:13,
2557:19, 2557:25,
2558:14, 2558:15,
2559:5, 2559:8,
2559:17, 2560:2,
2560:6, 2560:10,
2560:11, 2560:13,
2560:14, 2560:16,
2560:19, 2560:20,

2560:23, 2560:24,
2561:1, 2561:5,
2561:21, 2561:25,
2562:7, 2562:8,
2562:9, 2563:8,
2563:10, 2563:11,
2563:17, 2563:22,
2563:24, 2563:25,
2564:1, 2564:5,
2564:7, 2564:14,
2564:16, 2564:19,
2564:22, 2565:2,
2565:6, 2565:7,
2565:9, 2565:10,
2565:17, 2565:23,
2566:6, 2566:7,
2566:10, 2566:14,
2566:18, 2567:1,
2567:12, 2567:13,
2567:17, 2567:19,
2567:22, 2568:6,
2568:7, 2568:9,
2568:13, 2568:15,
2568:19, 2568:20,
2568:21, 2568:22,
2568:23, 2569:6,
2569:15, 2569:25,
2570:8, 2570:9,
2570:19, 2570:20,
2570:22, 2571:6,
2571:7, 2571:8,
2571:9, 2571:19,
2572:2, 2572:6,
2572:18, 2572:19,
2572:21, 2572:25,
2573:3, 2573:10,
2573:15, 2573:25,
2574:2, 2574:9,
2574:12, 2574:14,
2574:17, 2574:19,
2574:23, 2575:10,
2575:17, 2575:18,
2575:24, 2575:25,
2576:1, 2577:13,
2577:19, 2577:22,
2578:7, 2578:9,
2578:16, 2578:17,
2578:21, 2578:23,
2578:25, 2579:3,
2579:9, 2579:11,
2579:12, 2580:1,
2580:14, 2580:17,
2580:21, 2581:5,
2581:7, 2581:14,
2581:19, 2581:21,
2582:9, 2582:14,
2582:15, 2582:17,
2583:1, 2583:12,
2583:16, 2583:18,
2583:21, 2583:23,
2583:24, 2584:9,

**HOURLY TRANSCRIPT**

2584:11, 2584:22,
2585:1, 2585:10,
2586:5, 2586:11,
2586:15, 2586:25,
2587:10, 2587:13,
2587:18, 2587:19,
2587:21, 2587:23,
2588:14, 2589:11,
2589:17, 2589:19,
2589:20, 2589:21,
2589:24, 2589:25,
2590:14, 2590:16,
2590:19, 2590:22,
2591:1, 2591:4,
2591:11, 2591:17,
2591:18, 2591:21,
2592:5, 2592:8,
2592:15, 2592:21,
2593:1, 2593:14,
2593:21, 2594:3,
2594:5, 2594:8,
2594:17, 2594:22,
2594:24, 2595:3,
2595:10, 2595:12,
2595:25, 2596:4,
2596:17, 2596:21,
2597:1, 2597:9,
2597:19, 2597:21,
2597:23, 2597:25,
2598:1, 2598:7,
2598:13, 2598:14,
2598:15, 2598:17,
2598:19, 2598:21,
2599:1, 2599:3,
2600:1, 2600:2,
2601:15, 2601:18,
2601:19, 2601:23,
2601:25, 2602:2,
2602:3, 2602:4,
2602:5, 2602:7,
2602:9, 2602:25,
2603:1, 2603:3,
2603:4, 2603:9,
2603:13, 2603:14,
2603:15, 2603:21,
2603:24, 2604:1,
2604:3, 2604:6,
2604:9, 2604:12,
2604:17, 2604:19,
2604:24, 2605:16,
2605:19, 2605:20,
2605:22, 2605:25,
2606:2, 2606:12,
2607:1, 2607:4,
2607:6, 2607:19,
2607:20, 2607:22,
2608:10, 2608:11,
2608:12, 2608:17,
2609:1, 2609:19,
2609:25, 2610:1,
2610:2, 2610:6,

2610:8, 2610:12,
2610:16, 2610:19,
2611:2, 2611:17,
2611:22, 2612:1,
2612:3, 2612:6,
2612:10, 2612:13,
2612:14, 2612:15,
2612:20, 2612:21,
2612:25, 2613:5,
2613:8, 2613:9,
2613:12, 2613:17,
2613:18, 2614:15,
2614:17, 2614:18,
2614:22, 2615:4,
2615:6, 2615:12,
2615:13, 2615:16,
2615:17, 2615:18,
2616:7, 2616:11,
2616:12, 2616:15,
2616:17, 2616:19,
2616:24, 2618:13,
2618:14, 2618:17,
2618:20, 2618:21,
2619:3, 2619:7,
2619:24, 2620:4,
2620:5, 2620:14,
2620:17, 2620:18,
2620:25, 2621:3,
2621:6, 2621:7,
2621:8, 2621:15,
2621:20, 2621:21,
2621:24, 2621:25,
2622:6, 2622:10,
2622:18, 2622:20,
2622:22, 2622:25,
2623:3, 2623:8,
2623:16, 2623:22,
2624:3, 2624:5,
2624:9, 2624:15,
2624:21, 2624:23,
2625:6, 2625:7,
2625:14, 2625:18,
2625:23, 2625:24,
2626:1, 2626:4,
2626:5, 2626:6,
2626:13, 2626:18,
2626:19, 2626:25,
2627:5, 2627:6,
2627:12, 2627:19,
2628:2, 2628:3,
2628:7, 2628:9,
2628:11, 2628:24,
2629:11, 2629:15,
2629:22, 2629:23,
2630:2, 2630:9,
2630:16, 2630:18,
2631:21, 2631:24,
2632:1, 2632:4,
2632:14, 2632:15,
2632:18, 2632:20,
2632:22, 2632:24,

2633:2, 2633:3,
2633:11, 2633:16,
2633:20, 2633:22,
2633:25, 2634:10,
2634:12, 2634:18,
2634:21, 2634:22,
2634:24, 2635:1,
2635:4, 2635:10,
2635:15, 2636:8,
2636:13, 2636:14,
2636:15, 2636:18,
2636:19, 2637:5,
2637:8, 2637:9,
2637:16, 2637:21,
2637:22, 2637:24,
2638:2, 2638:10,
2638:17, 2638:23,
2639:2, 2639:6,
2639:13, 2639:18,
2639:22, 2639:25,
2640:2, 2640:5,
2640:9, 2640:10,
2640:13, 2640:17,
2641:2, 2641:22,
2642:4, 2642:25,
2643:18, 2643:24,
2644:5, 2644:6,
2644:11, 2644:16,
2644:17, 2645:12,
2645:18, 2645:21,
2646:1, 2646:6,
2646:7, 2646:10,
2646:16, 2646:22,
2646:24, 2646:25,
2647:1, 2647:4,
2647:6, 2647:8,
2647:11, 2647:13,
2647:15, 2647:24,
2647:25, 2648:1,
2648:7, 2648:10,
2648:11, 2648:12,
2648:15, 2648:20,
2649:2, 2649:6,
2649:8, 2649:13,
2649:21, 2649:24,
2650:1, 2650:6,
2650:9, 2650:15,
2650:16, 2650:21,
2651:1, 2651:3,
2651:4, 2651:6,
2651:11, 2651:13,
2651:15, 2651:16,
2651:25, 2652:3,
2652:5, 2652:11,
2652:12, 2652:17,
2652:20, 2652:22,
2653:1, 2653:2,
2653:4, 2653:11,
2653:19, 2653:21,
2653:22, 2653:23,
2653:24, 2654:7,

2654:12, 2654:13,
2654:14, 2654:15,
2654:17, 2654:20,
2655:9, 2655:14,
2655:24, 2656:4,
2656:18, 2656:24,
2658:4, 2659:1,
2659:15, 2659:16,
2659:21, 2659:25,
2660:1, 2660:7,
2660:11, 2660:12,
2660:14, 2660:17,
2660:21, 2661:1,
2661:4, 2661:7,
2661:10, 2661:20,
2662:3, 2662:11,
2662:15, 2662:19,
2662:22, 2662:24,
2663:3, 2663:6,
2663:12, 2663:17,
2663:21, 2664:3,
2664:12, 2664:14,
2664:16, 2665:6,
2665:23, 2666:16,
2666:24, 2667:5,
2667:11, 2667:12,
2667:17, 2667:19,
2667:22, 2668:6,
2668:16, 2668:18,
2668:24, 2668:25,
2669:3, 2669:4,
2669:11, 2669:13,
2669:20, 2669:21,
2669:22, 2669:23,
2669:24, 2670:4,
2670:16, 2670:18,
2670:19, 2670:20,
2670:21, 2671:6,
2671:13, 2671:23,
2672:4, 2672:21,
2673:3, 2673:9,
2673:11, 2673:15,
2673:18, 2673:19,
2673:22, 2673:24,
2674:1, 2674:2,
2674:12, 2674:16,
2675:6, 2675:9,
2675:14, 2675:19,
2675:20, 2675:24,
2676:4, 2676:9,
2676:15, 2676:16,
2677:7, 2677:8,
2677:9, 2677:11,
2677:15, 2677:24,
2678:6, 2678:8,
2678:9, 2678:12,
2678:13, 2678:21,
2678:22, 2678:25,
2680:2, 2680:6,
2680:9, 2680:17,
2681:13, 2681:20,

2681:25, 2682:2,
2683:4, 2683:5,
2683:15, 2683:19,
2683:21, 2684:10,
2684:14, 2685:17,
2685:21, 2685:24,
2686:7, 2686:8,
2686:11, 2686:18,
2686:25, 2687:4,
2687:11, 2687:12,
2687:13, 2687:18,
2687:23, 2688:2,
2688:11, 2688:13,
2688:20, 2688:25,
2689:3, 2689:6,
2689:12, 2689:13,
2689:23, 2690:1,
2690:8, 2690:10,
2690:13, 2690:18,
2691:15, 2691:20,
2691:22, 2692:2,
2692:3, 2693:5,
2695:4, 2695:7,
2695:9, 2696:8,
2696:18, 2696:21,
2696:23, 2698:3,
2698:11, 2698:13,
2698:15, 2698:24,
2698:25, 2699:3,
2699:5, 2699:11,
2699:13, 2699:20,
2699:23, 2700:6,
2700:18, 2700:25,
2701:4, 2701:6,
2701:11, 2701:15,
2701:17, 2702:17,
2702:23, 2703:1,
2703:10, 2703:13,
2703:20, 2703:25,
2704:8, 2704:9,
2704:18, 2704:19,
2705:5, 2705:6,
2705:10, 2705:11,
2705:17, 2705:21,
2706:3, 2706:4,
2706:8, 2706:12,
2706:13, 2706:20,
2707:2, 2707:8,
2707:13, 2707:14,
2707:23, 2708:12,
2708:22, 2709:3,
2709:5, 2709:7,
2709:8, 2709:9,
2709:11, 2709:13,
2709:21, 2709:22,
2710:17, 2710:22,
2710:25, 2711:1,
2711:9, 2711:22,
2712:9, 2712:15,
2713:3, 2713:11,
2713:21, 2714:3,

2714:5, 2714:6, 2714:8, 2714:12, 2714:16, 2714:23, 2714:25, 2715:2, 2715:3, 2715:9, 2715:14, 2715:22, 2716:7, 2716:10, 2716:20, 2717:4, 2717:20, 2717:21, 2717:22, 2717:24, 2718:2, 2718:4, 2718:14, 2719:1, 2719:7, 2720:1, 2720:16, 2720:25, 2721:5, 2721:6, 2721:11, 2721:15, 2721:20, 2721:24, 2722:13, 2722:15, 2723:3, 2723:13, 2723:15, 2724:7, 2725:5, 2725:21, 2725:24, 2726:2, 2726:4, 2726:8, 2726:12, 2726:24, 2727:11, 2727:12, 2727:17, 2727:20, 2727:24, 2728:7, 2728:10, 2728:17, 2729:3, 2730:1, 2730:14, 2730:25, 2731:7, 2731:22, 2732:5, 2732:6, 2732:13, 2732:14, 2732:17, 2732:19, 2733:2, 2733:12, 2733:22, 2734:1, 2734:3, 2734:6, 2734:16, 2734:22, 2735:7, 2735:12, 2735:15, 2735:16, 2735:20, 2736:2, 2736:3, 2736:6, 2736:22, 2737:2, 2737:4, 2737:6, 2737:24, 2738:1, 2738:13, 2738:15, 2738:19, 2738:25, 2739:3, 2739:13, 2739:25, 2740:1, 2740:6, 2740:7, 2740:10, 2741:2, 2741:4, 2741:5, 2741:6, 2741:13, 2741:20, 2742:13, 2742:25, 2743:5, 2743:9, 2743:10, 2743:13, 2743:20, 2743:24, 2744:5, 2744:8, 2744:12, 2744:14, 2744:17, 2744:20, 2744:23,

2745:11, 2745:13, 2745:19, 2745:24, 2746:1, 2746:3, 2746:5, 2746:13, 2746:14, 2746:16, 2746:20, 2746:21, 2747:9, 2748:1, 2748:5, 2748:6, 2748:7, 2748:14, 2748:24, 2749:15, 2750:3, 2750:4, 2750:5, 2750:9, 2750:10, 2750:13, 2750:14, 2750:25, 2751:1, 2751:6, 2751:7, 2751:9, 2751:10, 2751:11, 2751:17, 2751:20, 2752:9, 2752:10, 2752:11, 2752:14, 2753:6, 2753:11, 2754:1, 2754:9, 2754:12, 2755:8, 2755:9, 2755:13, 2755:16, 2755:17, 2756:1, 2756:10, 2756:12, 2756:14, 2756:16, 2757:11, 2757:13, 2757:17, 2757:25, 2758:9, 2759:9, 2761:9, 2761:13, 2761:16

**THAT'S** [217] - 2547:22, 2549:2, 2550:19, 2550:25, 2551:4, 2551:19, 2552:2, 2552:14, 2553:16, 2553:18, 2554:5, 2556:23, 2557:2, 2557:9, 2558:16, 2561:8, 2563:2, 2564:24, 2565:22, 2569:1, 2569:2, 2569:5, 2569:6, 2569:20, 2571:10, 2571:11, 2571:12, 2571:21, 2571:24, 2572:3, 2573:1, 2573:14, 2573:18, 2573:21, 2577:10, 2578:12, 2580:9, 2580:16, 2580:24, 2582:18, 2583:16, 2585:4, 2585:21, 2586:17, 2588:19, 2589:22, 2591:13, 2591:22, 2593:4, 2593:5, 2593:6, 2593:23, 2594:24, 2595:6, 2595:11, 2595:15,

2595:22, 2597:8, 2599:6, 2602:6, 2602:8, 2603:13, 2604:3, 2605:20, 2607:7, 2608:20, 2609:3, 2609:7, 2609:21, 2610:1, 2610:10, 2610:13, 2613:3, 2613:24, 2614:1, 2614:3, 2614:5, 2615:19, 2616:7, 2617:20, 2618:12, 2619:8, 2619:18, 2620:9, 2621:10, 2623:14, 2624:7, 2624:9, 2624:20, 2625:8, 2626:21, 2629:8, 2630:7, 2630:10, 2631:13, 2633:12, 2636:17, 2641:14, 2641:21, 2642:1, 2644:25, 2647:3, 2649:7, 2651:14, 2654:5, 2655:11, 2655:14, 2657:24, 2659:12, 2664:4, 2664:6, 2664:8, 2664:23, 2667:13, 2668:5, 2672:6, 2672:12, 2672:13, 2672:16, 2673:14, 2674:2, 2674:7, 2677:16, 2677:21, 2677:22, 2678:16, 2678:20, 2678:24, 2679:1, 2679:17, 2681:18, 2683:22, 2684:11, 2685:5, 2686:21, 2687:8, 2687:10, 2687:17, 2689:1, 2689:15, 2690:8, 2690:25, 2691:5, 2694:9, 2695:6, 2695:20, 2696:9, 2698:25, 2699:16, 2700:24, 2705:9, 2706:18, 2707:12, 2707:14, 2707:17, 2710:19, 2710:24, 2711:2, 2714:22, 2715:15, 2715:17, 2716:1, 2716:8, 2718:23, 2719:6, 2723:7, 2724:1, 2724:9, 2724:11, 2728:5, 2728:14, 2728:15, 2728:18, 2729:2, 2729:25, 2730:14, 2732:1, 2732:25,

2733:8, 2733:11, 2733:21, 2734:18, 2735:25, 2736:16, 2736:19, 2736:20, 2736:21, 2736:22, 2737:7, 2737:8, 2739:2, 2740:10, 2740:19, 2741:12, 2741:13, 2741:18, 2745:3, 2745:23, 2745:25, 2746:5, 2746:18, 2747:25, 2751:11, 2751:20, 2752:13, 2754:5, 2755:6, 2755:11, 2756:20, 2757:2, 2757:9, 2758:23, 2760:6, 2760:19

**THATCH** [1] - 2543:18

**THE** [3108] - 2541:12, 2541:15, 2541:19, 2542:11, 2543:3, 2544:3, 2546:7, 2546:8, 2546:9, 2546:10, 2546:11, 2546:14, 2546:20, 2546:21, 2546:22, 2546:23, 2547:1, 2547:4, 2547:5, 2547:12, 2547:20, 2547:25, 2548:2, 2548:12, 2548:18, 2548:25, 2549:1, 2549:5, 2549:9, 2549:10, 2549:11, 2549:13, 2549:14, 2549:16, 2549:17, 2549:18, 2549:19, 2549:21, 2549:25, 2550:7, 2550:13, 2550:17, 2550:20, 2551:7, 2551:9, 2552:12, 2552:14, 2552:16, 2552:17, 2552:20, 2552:22, 2553:4, 2553:5, 2553:11, 2553:12, 2553:18, 2553:21, 2554:3, 2554:7, 2554:8, 2554:13, 2554:15, 2554:21, 2554:22, 2555:4, 2555:5, 2555:6, 2555:7, 2555:9, 2555:11, 2555:18, 2555:19, 2556:1, 2556:4, 2556:15, 2556:17, 2556:18, 2556:19, 2556:21, 2556:24, 2556:25, 2557:6, 2557:9,

2557:11, 2557:14, 2557:16, 2557:17, 2557:18, 2557:19, 2557:25, 2558:3, 2558:4, 2558:6, 2558:11, 2558:14, 2558:18, 2558:20, 2558:22, 2558:23, 2559:7, 2559:11, 2559:12, 2559:18, 2559:19, 2559:20, 2559:23, 2559:24, 2559:25, 2560:1, 2560:2, 2560:4, 2560:5, 2560:7, 2560:9, 2560:11, 2560:15, 2560:18, 2560:22, 2560:25, 2561:2, 2561:3, 2561:5, 2561:12, 2561:22, 2562:1, 2562:2, 2562:5, 2562:6, 2562:7, 2562:19, 2563:10, 2563:15, 2563:22, 2564:3, 2564:4, 2564:5, 2564:12, 2564:14, 2564:22, 2564:23, 2564:24, 2565:5, 2565:6, 2565:7, 2565:9, 2565:10, 2565:12, 2565:20, 2565:23, 2565:24, 2566:1, 2566:3, 2566:4, 2566:5, 2566:18, 2566:20, 2566:23, 2566:24, 2567:10, 2567:13, 2567:14, 2567:16, 2567:18, 2567:20, 2567:21, 2567:22, 2567:24, 2568:5, 2568:8, 2568:11, 2568:12, 2568:14, 2568:20, 2569:5, 2569:11, 2569:16, 2569:18, 2569:19, 2569:21, 2569:22, 2570:1, 2570:3, 2570:4, 2570:10, 2570:11, 2570:14, 2570:15, 2570:18, 2570:20, 2571:4, 2571:5, 2571:8, 2571:11, 2571:14, 2571:15, 2571:16, 2571:18, 2571:19, 2571:22, 2571:24, 2572:3, 2572:6, 2572:7,

2572:8, 2572:10, 2572:11, 2572:12, 2572:18, 2572:20, 2572:21, 2572:22, 2572:23, 2573:3, 2573:5, 2573:6, 2573:7, 2573:10, 2573:11, 2573:12, 2573:15, 2573:16, 2573:17, 2573:19, 2573:20, 2573:21, 2573:22, 2573:25, 2574:1, 2574:4, 2574:8, 2574:9, 2574:10, 2574:12, 2574:16, 2574:17, 2574:19, 2574:22, 2574:23, 2575:1, 2575:2, 2575:3, 2575:4, 2575:8, 2575:10, 2575:12, 2575:17, 2575:22, 2576:3, 2576:6, 2576:7, 2576:11, 2576:13, 2576:17, 2576:18, 2576:22, 2576:24, 2577:2, 2577:4, 2577:7, 2577:8, 2577:11, 2577:15, 2578:6, 2578:12, 2578:14, 2578:16, 2578:17, 2578:19, 2578:20, 2578:23, 2578:24, 2578:25, 2579:1, 2579:2, 2579:3, 2579:5, 2579:6, 2579:7, 2579:8, 2579:9, 2579:16, 2579:17, 2579:19, 2579:21, 2580:6, 2580:8, 2580:9, 2580:10, 2580:18, 2580:19, 2580:22, 2580:23, 2580:24, 2581:1, 2581:6, 2581:7, 2581:8, 2581:9, 2581:10, 2581:12, 2581:15, 2581:17, 2581:21, 2581:25, 2582:1, 2582:9, 2582:10, 2582:11, 2582:13, 2582:18, 2582:19, 2583:3, 2583:4, 2583:6, 2583:7, 2583:11, 2583:12, 2583:14, 2583:15, 2583:20, 2584:2, 2584:6, 2584:9, 2584:22, 2584:23,

2584:24, 2585:5, 2585:6, 2585:8, 2585:11, 2585:18, 2585:21, 2586:5, 2586:6, 2586:11, 2586:13, 2586:15, 2586:16, 2586:18, 2586:19, 2586:21, 2586:22, 2586:24, 2587:1, 2587:2, 2587:5, 2587:6, 2587:9, 2587:10, 2587:13, 2587:17, 2587:19, 2587:22, 2587:24, 2588:1, 2588:3, 2588:4, 2588:6, 2588:7, 2588:13, 2588:14, 2588:17, 2588:19, 2588:20, 2588:23, 2589:6, 2589:11, 2589:12, 2589:13, 2589:20, 2589:23, 2589:24, 2590:3, 2590:5, 2590:6, 2590:7, 2590:10, 2590:13, 2590:14, 2590:15, 2590:16, 2590:17, 2590:19, 2590:22, 2590:23, 2591:2, 2591:4, 2591:7, 2591:8, 2591:12, 2591:13, 2591:14, 2591:18, 2591:19, 2591:21, 2592:4, 2592:7, 2592:8, 2592:14, 2592:15, 2592:16, 2592:17, 2592:18, 2592:19, 2593:1, 2593:2, 2593:4, 2593:7, 2593:8, 2593:12, 2593:18, 2593:19, 2594:2, 2594:3, 2594:4, 2594:5, 2594:6, 2594:7, 2594:8, 2594:10, 2594:11, 2594:12, 2594:13, 2594:17, 2594:18, 2594:19, 2594:20, 2594:23, 2594:25, 2595:5, 2595:6, 2595:7, 2595:8, 2595:10, 2595:11, 2595:13, 2595:16, 2596:5, 2596:6, 2596:7, 2596:10, 2596:11, 2596:14, 2596:19, 2596:22, 2596:24,

2597:3, 2597:4, 2597:7, 2597:10, 2597:13, 2597:16, 2597:20, 2597:23, 2597:24, 2598:5, 2598:6, 2598:7, 2598:9, 2598:10, 2598:13, 2598:16, 2598:17, 2598:19, 2598:21, 2598:23, 2599:4, 2599:5, 2599:6, 2599:7, 2599:10, 2599:14, 2599:18, 2599:19, 2600:2, 2600:4, 2601:7, 2601:9, 2601:15, 2601:16, 2601:19, 2601:20, 2601:24, 2601:25, 2602:3, 2602:4, 2602:5, 2602:9, 2602:10, 2602:17, 2602:18, 2603:1, 2603:5, 2603:9, 2603:11, 2603:15, 2603:16, 2603:18, 2603:19, 2603:25, 2604:2, 2604:3, 2604:4, 2604:6, 2604:7, 2604:11, 2604:14, 2604:21, 2604:22, 2604:24, 2604:25, 2605:5, 2605:6, 2605:7, 2605:9, 2605:12, 2605:17, 2605:19, 2605:20, 2605:21, 2605:25, 2606:2, 2606:4, 2606:8, 2606:9, 2606:10, 2606:12, 2606:14, 2606:17, 2606:25, 2607:2, 2607:3, 2607:5, 2607:7, 2607:11, 2607:13, 2607:15, 2607:16, 2607:20, 2607:25, 2608:4, 2608:7, 2608:9, 2609:2, 2609:4, 2609:5, 2609:12, 2609:17, 2609:18, 2609:22, 2609:23, 2609:24, 2610:1, 2610:3, 2610:5, 2610:7, 2610:9, 2610:10, 2610:12, 2610:17, 2610:21, 2610:23, 2610:24, 2610:25, 2611:3, 2611:6, 2611:7,

2611:11, 2611:18, 2611:23, 2612:6, 2612:9, 2612:16, 2612:21, 2612:24, 2613:3, 2613:8, 2613:12, 2613:13, 2613:23, 2614:2, 2614:6, 2614:8, 2614:9, 2614:10, 2614:13, 2614:14, 2614:17, 2615:1, 2615:3, 2615:4, 2615:5, 2615:12, 2615:24, 2616:1, 2616:2, 2616:3, 2616:6, 2616:8, 2616:11, 2616:12, 2616:15, 2616:17, 2616:18, 2616:20, 2616:22, 2616:24, 2617:5, 2617:8, 2617:11, 2617:17, 2617:21, 2617:25, 2618:1, 2618:2, 2618:6, 2618:12, 2618:14, 2618:16, 2618:17, 2618:20, 2618:21, 2619:9, 2619:10, 2619:13, 2619:17, 2619:23, 2619:25, 2620:8, 2620:9, 2620:12, 2620:13, 2620:14, 2620:15, 2620:21, 2620:22, 2621:4, 2621:8, 2621:9, 2621:10, 2621:13, 2621:14, 2621:18, 2621:19, 2621:25, 2622:4, 2622:6, 2622:10, 2622:11, 2622:12, 2622:14, 2622:20, 2623:1, 2623:3, 2623:4, 2623:5, 2623:6, 2623:11, 2623:14, 2623:15, 2623:17, 2623:20, 2623:23, 2623:24, 2623:25, 2624:3, 2624:4, 2624:5, 2624:8, 2624:11, 2624:12, 2624:13, 2624:14, 2624:18, 2624:21, 2624:24, 2624:25, 2625:2, 2625:6, 2625:8, 2625:9, 2625:13, 2625:16, 2625:19, 2625:20, 2626:4, 2626:6, 2626:7, 2626:8,

2626:12, 2626:14, 2626:16, 2626:18, 2626:22, 2626:23, 2626:24, 2627:2, 2627:3, 2627:4, 2627:8, 2627:9, 2627:10, 2627:12, 2627:13, 2627:14, 2627:18, 2627:22, 2627:24, 2627:25, 2628:4, 2628:5, 2628:11, 2628:16, 2628:17, 2628:21, 2629:4, 2629:9, 2629:13, 2629:14, 2629:25, 2630:1, 2630:4, 2630:5, 2630:8, 2630:9, 2630:10, 2630:11, 2630:16, 2630:18, 2631:3, 2631:4, 2631:8, 2631:10, 2631:13, 2631:24, 2632:2, 2632:8, 2632:9, 2632:12, 2632:16, 2632:17, 2632:20, 2632:21, 2632:22, 2632:23, 2633:13, 2633:17, 2633:18, 2633:22, 2634:1, 2634:7, 2634:12, 2634:19, 2634:21, 2634:22, 2635:4, 2635:9, 2635:11, 2635:12, 2635:14, 2635:17, 2635:19, 2635:21, 2636:3, 2636:4, 2636:7, 2636:14, 2636:15, 2636:18, 2636:19, 2636:22, 2636:25, 2637:2, 2637:3, 2637:5, 2637:9, 2637:10, 2637:11, 2637:14, 2637:17, 2637:18, 2637:20, 2637:23, 2638:1, 2638:6, 2638:7, 2638:13, 2638:15, 2638:17, 2638:18, 2638:20, 2638:24, 2638:25, 2639:2, 2639:3, 2639:4, 2639:14, 2639:20, 2639:23, 2640:1, 2640:6, 2640:8, 2640:9, 2640:10, 2640:11, 2640:12, 2640:16, 2640:18, 2640:19, 2640:20, 2640:21,

2640:22, 2640:23,
2640:25, 2641:1,
2641:3, 2641:4,
2641:10, 2641:11,
2641:12, 2641:13,
2641:14, 2641:16,
2641:23, 2642:1,
2642:4, 2642:6,
2642:8, 2642:11,
2642:12, 2642:14,
2642:15, 2642:18,
2642:20, 2642:24,
2642:25, 2643:4,
2643:7, 2643:13,
2643:17, 2643:20,
2643:23, 2643:24,
2644:2, 2644:6,
2644:8, 2644:10,
2644:13, 2644:15,
2644:16, 2644:19,
2644:22, 2644:25,
2645:2, 2645:5,
2645:7, 2645:9,
2645:10, 2645:11,
2645:22, 2646:2,
2646:4, 2646:7,
2646:13, 2646:14,
2646:15, 2646:16,
2646:20, 2646:25,
2647:7, 2647:9,
2647:11, 2647:12,
2647:14, 2647:18,
2647:20, 2647:23,
2647:25, 2648:1,
2648:2, 2648:5,
2648:20, 2648:24,
2649:2, 2649:5,
2649:8, 2649:9,
2649:13, 2649:14,
2649:17, 2649:22,
2649:24, 2650:1,
2650:2, 2650:5,
2650:9, 2650:10,
2650:14, 2650:15,
2650:16, 2650:17,
2650:18, 2650:19,
2650:20, 2651:1,
2651:4, 2651:5,
2651:11, 2651:12,
2651:13, 2651:17,
2651:18, 2651:23,
2651:25, 2652:1,
2652:3, 2652:5,
2652:6, 2652:7,
2652:8, 2652:10,
2652:12, 2652:17,
2652:25, 2653:5,
2653:13, 2653:16,
2653:17, 2653:18,
2653:19, 2653:24,
2654:4, 2654:5,

2654:7, 2654:8,
2654:9, 2654:10,
2654:11, 2654:13,
2654:15, 2654:16,
2654:18, 2654:19,
2654:20, 2654:23,
2654:24, 2654:25,
2655:1, 2655:2,
2655:3, 2655:6,
2655:9, 2655:12,
2655:16, 2655:19,
2655:21, 2655:22,
2655:24, 2656:1,
2656:4, 2656:5,
2656:6, 2656:7,
2656:8, 2656:9,
2656:10, 2656:11,
2656:12, 2656:15,
2656:17, 2656:21,
2656:23, 2656:24,
2656:25, 2657:1,
2657:2, 2657:5,
2657:6, 2657:7,
2657:8, 2657:15,
2657:16, 2657:19,
2657:21, 2657:23,
2657:25, 2658:2,
2658:8, 2658:12,
2658:14, 2658:16,
2658:17, 2658:18,
2658:19, 2658:22,
2658:25, 2659:3,
2659:4, 2659:5,
2659:7, 2659:12,
2659:14, 2659:16,
2659:22, 2659:24,
2660:1, 2660:2,
2660:3, 2660:4,
2660:11, 2660:12,
2660:16, 2660:22,
2660:23, 2661:1,
2661:15, 2661:18,
2661:19, 2661:22,
2661:23, 2661:25,
2662:4, 2662:5,
2662:6, 2662:14,
2662:16, 2662:18,
2662:23, 2663:1,
2663:3, 2663:4,
2663:7, 2663:9,
2663:11, 2663:13,
2663:15, 2663:18,
2663:22, 2663:23,
2663:25, 2664:5,
2664:8, 2664:11,
2664:15, 2664:20,
2664:22, 2664:23,
2664:24, 2665:1,
2665:5, 2665:6,
2665:12, 2665:14,
2665:19, 2665:20,

2665:22, 2666:1,
2666:11, 2666:13,
2666:14, 2666:17,
2666:19, 2666:21,
2666:23, 2666:24,
2666:25, 2667:2,
2667:4, 2667:7,
2667:9, 2667:10,
2667:12, 2667:13,
2667:17, 2667:18,
2667:19, 2667:22,
2667:23, 2667:24,
2668:2, 2668:5,
2668:8, 2668:9,
2668:11, 2668:12,
2668:14, 2668:16,
2668:17, 2668:18,
2668:22, 2668:23,
2668:24, 2669:4,
2669:5, 2669:6,
2669:11, 2669:13,
2669:15, 2669:16,
2669:18, 2669:19,
2669:21, 2669:25,
2670:2, 2670:3,
2670:11, 2670:12,
2670:14, 2670:25,
2671:1, 2671:3,
2671:4, 2671:8,
2671:9, 2671:10,
2671:13, 2671:16,
2671:19, 2671:20,
2671:23, 2672:4,
2672:9, 2672:10,
2672:13, 2672:16,
2672:21, 2672:22,
2672:23, 2672:24,
2672:25, 2673:1,
2673:3, 2673:5,
2673:11, 2673:13,
2673:19, 2673:21,
2673:23, 2673:24,
2674:2, 2674:4,
2674:5, 2674:6,
2674:7, 2674:9,
2674:12, 2674:15,
2674:16, 2674:18,
2675:1, 2675:3,
2675:5, 2675:8,
2675:10, 2675:11,
2675:12, 2675:18,
2675:19, 2675:20,
2676:6, 2676:7,
2676:8, 2676:11,
2676:12, 2676:16,
2676:18, 2676:22,
2676:23, 2677:1,
2677:3, 2677:5,
2677:6, 2677:8,
2677:11, 2677:13,
2677:16, 2677:19,

2677:21, 2677:23,
2677:24, 2677:25,
2678:3, 2678:4,
2678:5, 2678:8,
2678:9, 2678:13,
2678:15, 2678:17,
2678:20, 2678:21,
2678:22, 2679:3,
2679:6, 2679:7,
2679:10, 2679:11,
2679:17, 2679:19,
2679:20, 2679:25,
2680:3, 2680:6,
2680:9, 2680:10,
2680:15, 2680:17,
2680:21, 2680:25,
2681:3, 2681:4,
2681:7, 2681:9,
2681:10, 2681:20,
2681:25, 2682:1,
2682:3, 2682:6,
2682:7, 2682:10,
2682:12, 2682:13,
2682:18, 2682:19,
2682:20, 2682:21,
2682:22, 2682:23,
2683:1, 2683:2,
2683:3, 2683:5,
2683:8, 2683:9,
2683:10, 2683:13,
2683:15, 2683:16,
2683:19, 2683:20,
2683:21, 2683:22,
2683:23, 2684:1,
2684:5, 2684:6,
2684:8, 2684:12,
2684:13, 2684:19,
2684:21, 2684:22,
2685:1, 2685:8,
2685:12, 2685:18,
2686:2, 2686:3,
2686:4, 2686:5,
2686:7, 2686:8,
2686:9, 2686:11,
2686:17, 2686:18,
2686:22, 2687:3,
2687:8, 2687:15,
2687:17, 2687:18,
2687:20, 2688:1,
2688:4, 2688:6,
2688:7, 2688:17,
2688:18, 2688:19,
2688:21, 2689:1,
2689:4, 2689:10,
2689:12, 2689:15,
2689:16, 2689:17,
2689:20, 2689:21,
2690:3, 2690:18,
2690:20, 2690:23,
2690:24, 2691:4,
2691:12, 2691:13,

2691:14, 2691:16,
2691:18, 2691:19,
2691:20, 2692:2,
2692:3, 2692:10,
2692:12, 2692:13,
2692:14, 2692:15,
2692:17, 2692:20,
2693:1, 2693:2,
2693:4, 2693:5,
2693:6, 2693:7,
2693:8, 2693:11,
2693:12, 2693:13,
2693:14, 2693:18,
2693:22, 2694:2,
2694:13, 2694:14,
2694:16, 2694:19,
2695:3, 2695:4,
2695:7, 2695:17,
2695:20, 2695:23,
2696:6, 2696:7,
2696:9, 2696:11,
2696:12, 2696:13,
2696:17, 2696:20,
2696:21, 2696:22,
2696:24, 2697:4,
2697:5, 2697:6,
2697:7, 2697:9,
2697:10, 2697:21,
2698:3, 2698:4,
2698:7, 2698:9,
2698:10, 2698:11,
2698:19, 2698:20,
2698:21, 2698:22,
2698:23, 2699:2,
2699:3, 2699:5,
2699:6, 2699:7,
2699:9, 2699:11,
2699:13, 2699:14,
2699:16, 2699:17,
2699:18, 2699:19,
2699:20, 2699:22,
2699:23, 2699:25,
2700:3, 2700:5,
2700:10, 2700:12,
2700:13, 2700:14,
2700:15, 2700:17,
2700:21, 2700:22,
2700:23, 2700:24,
2701:3, 2701:6,
2701:7, 2701:8,
2701:9, 2701:10,
2701:11, 2701:12,
2701:14, 2701:15,
2701:17, 2701:22,
2702:1, 2702:5,
2702:11, 2702:14,
2702:20, 2702:21,
2703:6, 2703:7,
2703:9, 2703:10,
2703:11, 2703:12,
2703:14, 2703:18,

2703:19, 2703:20,
2703:23, 2704:6,
2704:13, 2704:14,
2704:22, 2704:24,
2705:2, 2705:5,
2705:6, 2705:7,
2705:8, 2705:11,
2705:12, 2705:14,
2705:18, 2705:21,
2705:22, 2706:2,
2706:4, 2706:5,
2706:7, 2706:8,
2706:9, 2706:20,
2706:25, 2707:1,
2707:2, 2707:5,
2707:6, 2707:7,
2707:10, 2707:11,
2707:12, 2707:13,
2707:14, 2707:17,
2707:19, 2707:22,
2707:23, 2707:25,
2708:4, 2708:5,
2708:6, 2708:7,
2708:8, 2708:15,
2708:16, 2708:18,
2708:20, 2708:21,
2708:25, 2709:1,
2709:2, 2709:4,
2709:6, 2709:8,
2709:9, 2709:11,
2709:19, 2709:22,
2710:6, 2710:11,
2710:12, 2710:13,
2710:14, 2710:15,
2710:17, 2710:18,
2710:20, 2711:1,
2711:5, 2711:6,
2711:10, 2711:15,
2711:19, 2711:20,
2711:21, 2711:25,
2712:1, 2712:4,
2712:7, 2712:9,
2712:10, 2712:17,
2712:20, 2712:22,
2712:23, 2712:24,
2712:25, 2713:7,
2713:17, 2713:19,
2713:21, 2714:1,
2714:6, 2714:9,
2714:11, 2714:15,
2714:19, 2714:22,
2714:24, 2714:25,
2715:1, 2715:3,
2715:7, 2715:8,
2715:11, 2715:13,
2715:20, 2715:21,
2715:22, 2715:25,
2716:1, 2716:2,
2716:4, 2716:6,
2716:8, 2716:10,
2716:11, 2716:12,

2716:14, 2716:16,
2716:18, 2716:21,
2716:22, 2716:23,
2716:24, 2717:4,
2717:8, 2717:10,
2717:15, 2717:16,
2717:18, 2717:19,
2717:21, 2717:24,
2718:1, 2718:3,
2718:4, 2718:5,
2718:6, 2718:7,
2718:8, 2718:10,
2718:12, 2718:15,
2718:16, 2718:17,
2718:18, 2718:19,
2718:20, 2718:21,
2718:22, 2718:24,
2719:1, 2719:3,
2719:4, 2719:6,
2719:7, 2719:9,
2719:11, 2719:13,
2719:14, 2719:16,
2719:18, 2719:19,
2719:21, 2719:24,
2719:25, 2720:1,
2720:4, 2720:5,
2720:6, 2720:7,
2720:8, 2720:9,
2720:10, 2720:11,
2720:15, 2720:16,
2720:17, 2720:18,
2720:19, 2720:20,
2720:22, 2720:23,
2720:25, 2721:1,
2721:3, 2721:6,
2721:7, 2721:8,
2721:10, 2721:11,
2721:12, 2721:14,
2721:15, 2721:16,
2721:18, 2721:19,
2721:20, 2721:23,
2721:24, 2721:25,
2722:1, 2722:4,
2722:7, 2722:8,
2722:9, 2722:10,
2722:11, 2722:12,
2722:13, 2722:16,
2722:19, 2722:20,
2722:21, 2722:22,
2722:24, 2723:2,
2723:7, 2723:10,
2723:11, 2723:12,
2723:13, 2723:17,
2723:20, 2723:21,
2723:22, 2723:23,
2723:25, 2724:1,
2724:2, 2724:3,
2724:4, 2724:5,
2724:6, 2724:7,
2724:8, 2724:9,
2724:10, 2724:11,

2724:13, 2724:14,
2724:15, 2724:17,
2724:18, 2724:19,
2724:20, 2724:22,
2724:23, 2724:24,
2724:25, 2725:1,
2725:2, 2725:3,
2725:4, 2725:6,
2725:8, 2725:9,
2725:10, 2725:14,
2725:15, 2725:16,
2725:17, 2725:18,
2725:20, 2725:21,
2725:22, 2725:23,
2725:25, 2726:1,
2726:2, 2726:4,
2726:5, 2726:6,
2726:7, 2726:8,
2726:9, 2726:12,
2726:13, 2726:14,
2726:17, 2726:18,
2726:19, 2726:20,
2726:22, 2726:23,
2726:24, 2726:25,
2727:2, 2727:3,
2727:6, 2727:8,
2727:9, 2727:10,
2727:13, 2727:15,
2727:19, 2727:21,
2727:22, 2727:23,
2727:25, 2728:1,
2728:2, 2728:4,
2728:5, 2728:6,
2728:7, 2728:8,
2728:9, 2728:10,
2728:11, 2728:12,
2728:13, 2728:14,
2728:15, 2728:19,
2728:20, 2728:21,
2728:23, 2729:3,
2729:5, 2729:6,
2729:7, 2729:8,
2729:9, 2729:11,
2729:12, 2729:13,
2729:14, 2729:15,
2729:18, 2729:19,
2729:20, 2729:21,
2729:22, 2729:23,
2729:25, 2730:1,
2730:2, 2730:3,
2730:4, 2730:5,
2730:7, 2730:9,
2730:11, 2730:12,
2730:14, 2730:15,
2730:16, 2730:17,
2730:18, 2730:19,
2730:20, 2730:21,
2730:23, 2730:24,
2731:1, 2731:2,
2731:3, 2731:4,
2731:5, 2731:6,

2731:7, 2731:8,
2731:9, 2731:10,
2731:16, 2731:17,
2731:19, 2731:20,
2731:23, 2731:24,
2731:25, 2732:1,
2732:2, 2732:3,
2732:5, 2732:6,
2732:7, 2732:8,
2732:11, 2732:14,
2732:15, 2732:16,
2732:19, 2732:22,
2732:24, 2732:25,
2733:1, 2733:2,
2733:3, 2733:4,
2733:6, 2733:8,
2733:9, 2733:10,
2733:11, 2733:12,
2733:13, 2733:17,
2733:18, 2733:19,
2733:20, 2733:21,
2733:22, 2733:23,
2733:25, 2734:1,
2734:3, 2734:4,
2734:10, 2734:12,
2734:14, 2734:15,
2734:16, 2734:17,
2734:18, 2734:20,
2734:22, 2734:23,
2734:24, 2735:1,
2735:2, 2735:3,
2735:5, 2735:8,
2735:12, 2735:13,
2735:14, 2735:15,
2735:16, 2735:17,
2735:18, 2735:19,
2735:20, 2735:21,
2735:22, 2735:23,
2736:2, 2736:3,
2736:4, 2736:5,
2736:6, 2736:8,
2736:9, 2736:11,
2736:13, 2736:14,
2736:16, 2736:17,
2736:18, 2736:21,
2736:22, 2736:24,
2737:1, 2737:2,
2737:3, 2737:4,
2737:6, 2737:7,
2737:8, 2737:11,
2737:12, 2737:13,
2737:14, 2737:15,
2737:17, 2737:18,
2737:19, 2737:22,
2737:23, 2737:25,
2738:1, 2738:2,
2738:3, 2738:5,
2738:6, 2738:7,
2738:9, 2738:10,
2738:11, 2738:12,
2738:13, 2738:14,

2738:15, 2738:16,
2738:18, 2738:19,
2738:23, 2739:2,
2739:4, 2739:8,
2739:12, 2739:15,
2739:17, 2739:21,
2739:22, 2739:25,
2740:1, 2740:3,
2740:4, 2740:6,
2740:7, 2740:8,
2740:9, 2740:10,
2740:11, 2740:14,
2740:15, 2740:16,
2740:17, 2740:18,
2740:19, 2740:21,
2740:23, 2740:24,
2740:25, 2741:1,
2741:3, 2741:4,
2741:5, 2741:6,
2741:8, 2741:10,
2741:11, 2741:14,
2741:16, 2741:17,
2741:18, 2741:21,
2741:22, 2741:23,
2741:24, 2741:25,
2742:2, 2742:3,
2742:4, 2742:5,
2742:6, 2742:7,
2742:8, 2742:10,
2742:11, 2742:12,
2742:13, 2742:15,
2742:16, 2742:17,
2742:18, 2742:19,
2742:20, 2742:22,
2742:23, 2742:25,
2743:1, 2743:2,
2743:3, 2743:4,
2743:5, 2743:6,
2743:7, 2743:8,
2743:9, 2743:10,
2743:11, 2743:12,
2743:13, 2743:14,
2743:15, 2743:16,
2743:17, 2743:18,
2743:19, 2743:20,
2743:21, 2743:22,
2743:23, 2743:24,
2743:25, 2744:1,
2744:2, 2744:4,
2744:8, 2744:9,
2744:12, 2744:13,
2744:16, 2744:20,
2744:24, 2744:25,
2745:1, 2745:2,
2745:4, 2745:5,
2745:7, 2745:8,
2745:9, 2745:10,
2745:12, 2745:13,
2745:14, 2745:15,
2745:18, 2745:19,
2745:21, 2745:22,

2745:23, 2745:24, 2745:25, 2746:1, 2746:6, 2746:7, 2746:8, 2746:10, 2746:13, 2746:14, 2746:17, 2746:18, 2746:19, 2746:23, 2746:24, 2746:25, 2747:4, 2747:5, 2747:6, 2747:8, 2747:9, 2747:10, 2747:11, 2747:12, 2747:13, 2747:14, 2747:15, 2747:17, 2747:18, 2747:19, 2747:20, 2747:24, 2747:25, 2748:3, 2748:5, 2748:6, 2748:7, 2748:8, 2748:9, 2748:11, 2748:13, 2748:16, 2748:17, 2748:18, 2748:20, 2748:23, 2748:24, 2748:25, 2749:1, 2749:2, 2749:4, 2749:5, 2749:6, 2749:9, 2749:10, 2749:11, 2749:12, 2749:13, 2749:14, 2749:15, 2749:16, 2749:18, 2749:20, 2749:22, 2749:23, 2749:24, 2750:1, 2750:2, 2750:3, 2750:4, 2750:6, 2750:7, 2750:8, 2750:9, 2750:11, 2750:12, 2750:13, 2750:14, 2750:15, 2750:17, 2750:18, 2750:20, 2750:21, 2750:22, 2750:23, 2750:24, 2750:25, 2751:1, 2751:4, 2751:5, 2751:7, 2751:8, 2751:11, 2751:13, 2751:14, 2751:15, 2751:16, 2751:19, 2751:21, 2751:23, 2751:24, 2752:1, 2752:2, 2752:8, 2752:9, 2752:10, 2752:11, 2752:12, 2752:13, 2752:14, 2752:17, 2752:21, 2752:23, 2752:24, 2752:25, 2753:1, 2753:2, 2753:3, 2753:6, 2753:7, 2753:10, 2753:13,

2753:14, 2753:15, 2753:16, 2753:17, 2753:19, 2753:20, 2753:22, 2753:23, 2753:24, 2753:25, 2754:2, 2754:3, 2754:4, 2754:6, 2754:8, 2754:10, 2754:11, 2754:12, 2754:13, 2754:15, 2754:16, 2754:18, 2754:19, 2754:20, 2754:21, 2754:22, 2754:23, 2754:24, 2754:25, 2755:1, 2755:2, 2755:3, 2755:4, 2755:5, 2755:6, 2755:7, 2755:9, 2755:11, 2755:12, 2755:13, 2755:14, 2755:16, 2755:18, 2755:19, 2755:20, 2755:21, 2755:23, 2755:24, 2755:25, 2756:1, 2756:2, 2756:4, 2756:6, 2756:8, 2756:9, 2756:10, 2756:11, 2756:13, 2756:14, 2756:15, 2756:17, 2756:18, 2756:19, 2756:20, 2756:21, 2756:22, 2756:23, 2756:24, 2756:25, 2757:4, 2757:6, 2757:7, 2757:8, 2757:9, 2757:10, 2757:12, 2757:13, 2757:14, 2757:15, 2757:16, 2757:17, 2757:21, 2757:22, 2757:24, 2758:1, 2758:2, 2758:3, 2758:5, 2758:6, 2758:7, 2758:8, 2758:9, 2758:10, 2758:11, 2758:12, 2758:13, 2758:14, 2758:15, 2758:18, 2758:19, 2758:20, 2758:22, 2758:23, 2758:24, 2758:25, 2759:2, 2759:5, 2759:7, 2759:9, 2759:12, 2759:13, 2759:16, 2759:18, 2759:19, 2759:20, 2759:21, 2759:22, 2759:24, 2759:25, 2760:2, 2760:3, 2760:4,

2760:5, 2760:6, 2760:8, 2760:9, 2760:10, 2760:15, 2760:17, 2760:18, 2760:21, 2760:22, 2760:23, 2760:24, 2760:25, 2761:2, 2761:3, 2761:4, 2761:5, 2761:6, 2761:7, 2761:8, 2761:9, 2761:11, 2761:12, 2761:13, 2761:16, 2761:17, 2761:19, 2761:20, 2761:21, 2761:22, 2761:24, 2761:25

**THEIR** [13] - 2568:17, 2620:15, 2622:14, 2652:3, 2678:7, 2690:5, 2696:10, 2701:16, 2701:17, 2711:7, 2734:22, 2735:10, 2749:19

**THEM** [37] - 2557:16, 2558:9, 2558:10, 2558:19, 2568:10, 2568:20, 2568:24, 2580:8, 2586:8, 2614:9, 2616:2, 2616:10, 2620:17, 2626:18, 2639:14, 2656:19, 2656:20, 2658:11, 2658:15, 2664:20, 2671:22, 2671:24, 2671:25, 2691:12, 2691:13, 2691:14, 2700:20, 2710:22, 2712:19, 2712:20, 2715:5, 2717:19, 2726:16, 2735:24, 2745:19

**THEMSELVES** [1] - 2649:13

**THEN** [139] - 2550:1, 2550:15, 2550:16, 2550:23, 2551:16, 2551:20, 2551:25, 2554:2, 2557:5, 2557:8, 2560:18, 2567:15, 2568:2, 2575:11, 2589:19, 2593:22, 2601:23, 2603:17, 2604:9, 2609:22, 2614:17, 2629:3, 2638:12, 2638:13, 2639:24, 2645:19, 2648:15, 2657:22, 2659:17, 2660:11, 2663:6, 2663:14, 2664:11, 2665:8, 2665:9,

2668:5, 2669:17, 2669:20, 2671:4, 2672:13, 2678:8, 2678:25, 2688:1, 2689:10, 2694:23, 2696:12, 2700:12, 2701:5, 2701:9, 2705:10, 2705:25, 2706:2, 2709:1, 2714:6, 2718:7, 2718:17, 2721:2, 2722:3, 2722:11, 2723:19, 2723:25, 2724:10, 2724:12, 2724:24, 2725:9, 2725:10, 2726:18, 2727:6, 2727:18, 2727:22, 2728:5, 2728:9, 2728:12, 2729:7, 2730:7, 2730:9, 2731:5, 2731:18, 2732:11, 2733:10, 2733:13, 2734:20, 2735:17, 2736:17, 2736:21, 2738:6, 2738:9, 2739:2, 2741:8, 2742:5, 2743:1, 2743:9, 2743:14, 2744:2, 2744:18, 2744:22, 2745:1, 2745:9, 2745:21, 2745:25, 2746:8, 2746:11, 2748:16, 2748:22, 2750:17, 2751:1, 2752:21, 2753:1, 2753:12, 2753:22, 2754:2, 2754:4, 2755:3, 2755:5, 2755:10, 2755:17, 2755:22, 2757:2, 2757:4, 2757:9, 2757:14, 2757:19, 2758:12, 2758:13, 2758:25, 2759:7, 2759:11, 2759:24, 2760:4, 2760:8, 2760:9, 2760:13, 2760:14, 2761:11, 2761:15, 2761:24

**THEORETICAL** [5] - 2634:19, 2635:12, 2635:14, 2637:2, 2637:10

**THEORY** [1] - 2696:9

**THERE** [257] - 2546:25, 2547:3, 2547:7, 2548:16, 2549:6, 2550:14, 2550:20, 2554:7,

2555:18, 2557:21, 2559:12, 2560:13, 2567:15, 2568:6, 2575:17, 2575:21, 2577:12, 2578:4, 2578:5, 2578:19, 2579:8, 2580:1, 2580:17, 2584:10, 2584:13, 2584:20, 2585:14, 2590:13, 2592:2, 2592:21, 2597:21, 2597:25, 2598:6, 2601:18, 2601:23, 2602:22, 2603:4, 2605:19, 2606:5, 2608:9, 2608:10, 2609:22, 2610:1, 2610:6, 2610:8, 2610:11, 2612:14, 2615:4, 2616:8, 2616:14, 2616:17, 2616:23, 2619:22, 2620:4, 2620:17, 2620:18, 2621:13, 2621:18, 2622:18, 2623:7, 2623:16, 2624:2, 2624:22, 2625:5, 2626:17, 2628:6, 2629:21, 2630:1, 2636:9, 2636:13, 2638:16, 2639:8, 2640:17, 2640:20, 2641:1, 2643:23, 2644:8, 2644:15, 2645:9, 2647:23, 2649:1, 2651:20, 2652:21, 2653:1, 2654:5, 2654:18, 2654:21, 2654:25, 2659:15, 2660:7, 2662:17, 2663:3, 2663:21, 2663:23, 2664:5, 2664:6, 2664:25, 2665:4, 2666:10, 2667:3, 2667:12, 2668:6, 2668:24, 2669:18, 2669:24, 2671:9, 2672:4, 2672:11, 2672:12, 2672:14, 2672:16, 2673:2, 2673:6, 2673:14, 2673:25, 2674:1, 2674:12, 2675:7, 2675:9, 2675:16, 2676:11, 2676:23, 2677:13, 2678:4, 2678:12, 2679:14, 2680:16, 2680:18, 2682:23, 2683:10,

2683:24, 2684:8,
2685:7, 2685:8,
2685:24, 2687:4,
2687:7, 2687:9,
2687:14, 2687:19,
2688:3, 2688:5,
2688:7, 2688:14,
2688:19, 2689:14,
2689:20, 2689:21,
2689:22, 2689:24,
2689:25, 2690:4,
2690:8, 2691:9,
2691:23, 2691:25,
2692:4, 2692:14,
2694:18, 2694:20,
2694:23, 2695:14,
2697:5, 2698:9,
2698:23, 2699:4,
2699:10, 2700:18,
2703:2, 2703:20,
2704:7, 2705:7,
2705:18, 2706:5,
2707:8, 2707:15,
2707:16, 2708:4,
2708:8, 2710:21,
2712:19, 2713:12,
2715:3, 2715:5,
2715:13, 2717:19,
2720:8, 2720:18,
2720:25, 2722:22,
2722:23, 2723:2,
2724:14, 2724:18,
2725:25, 2727:10,
2727:18, 2731:18,
2731:19, 2731:21,
2733:22, 2734:24,
2736:24, 2737:4,
2737:24, 2740:4,
2740:25, 2741:9,
2741:12, 2742:4,
2745:11, 2745:19,
2746:1, 2746:17,
2746:20, 2746:24,
2748:1, 2748:19,
2748:22, 2749:23,
2752:1, 2752:17,
2753:10, 2753:16,
2753:17, 2754:5,
2754:6, 2754:7,
2755:15, 2755:20,
2757:12, 2758:11,
2759:10, 2760:1,
2760:10, 2760:15,
2760:20, 2761:4,
2761:6, 2761:11,
2761:17

**THERE'S** [11] -
2571:2, 2616:10,
2652:20, 2672:15,
2712:18, 2746:22,
2746:23, 2752:2,

2752:3, 2760:5
**THEREFORE** [1] -
2680:1
**THESE** [56] - 2552:20,
2553:1, 2556:9,
2556:11, 2556:13,
2557:10, 2557:15,
2558:5, 2558:7,
2558:14, 2580:5,
2580:13, 2580:14,
2582:7, 2605:9,
2610:6, 2612:14,
2629:7, 2645:8,
2655:6, 2659:10,
2659:24, 2660:1,
2660:22, 2662:14,
2664:18, 2665:11,
2670:10, 2671:23,
2682:10, 2690:14,
2710:21, 2711:6,
2714:7, 2715:4,
2715:7, 2715:14,
2722:25, 2723:6,
2724:6, 2727:7,
2731:3, 2732:4,
2732:10, 2734:12,
2736:25, 2741:17,
2747:2, 2747:3,
2749:20, 2751:25,
2754:25, 2757:25,
2759:4
**THEY** [162] - 2549:9,
2549:10, 2549:12,
2549:13, 2549:19,
2549:24, 2558:8,
2559:16, 2568:9,
2568:24, 2569:1,
2571:7, 2571:14,
2572:5, 2572:9,
2572:19, 2572:24,
2579:5, 2583:6,
2583:7, 2583:22,
2584:15, 2584:19,
2585:17, 2592:8,
2594:7, 2594:8,
2597:4, 2602:2,
2603:19, 2603:21,
2603:24, 2604:1,
2604:4, 2604:8,
2605:10, 2605:12,
2605:13, 2615:9,
2615:17, 2615:20,
2615:21, 2615:23,
2615:24, 2616:20,
2617:16, 2617:20,
2617:23, 2618:17,
2618:22, 2618:24,
2618:25, 2619:4,
2619:7, 2619:9,
2619:12, 2619:17,
2621:25, 2622:8,

2622:11, 2622:14,
2623:22, 2625:9,
2625:25, 2627:18,
2630:11, 2630:13,
2631:9, 2632:14,
2633:25, 2636:15,
2636:20, 2636:25,
2637:2, 2639:12,
2644:21, 2648:14,
2648:17, 2649:11,
2650:6, 2650:7,
2651:22, 2656:19,
2658:12, 2658:13,
2658:24, 2658:25,
2662:8, 2662:10,
2664:19, 2665:20,
2668:25, 2671:10,
2671:17, 2675:18,
2676:20, 2678:6,
2686:15, 2688:6,
2688:8, 2690:5,
2696:10, 2698:13,
2699:3, 2699:7,
2701:13, 2708:22,
2712:22, 2712:24,
2713:3, 2713:5,
2720:11, 2721:10,
2724:4, 2726:17,
2732:4, 2733:22,
2734:14, 2734:15,
2734:20, 2734:21,
2735:9, 2735:10,
2735:12, 2735:15,
2735:19, 2735:21,
2735:22, 2735:23,
2736:1, 2736:2,
2736:4, 2736:6,
2736:15, 2737:23,
2737:24, 2738:1,
2738:5, 2738:7,
2738:8, 2740:7,
2740:11, 2740:13,
2740:16, 2743:6,
2744:18, 2745:8,
2745:9, 2745:18,
2748:1, 2754:16,
2757:19, 2759:1
**THEY'RE** [4] - 2662:6,
2664:19, 2744:6,
2755:22
**THEY'VE** [1] - 2618:22
**THING** [10] - 2547:12,
2558:2, 2583:18,
2627:7, 2669:4,
2677:16, 2729:5,
2740:22, 2746:5,
2758:23
**THINGS** [18] -
2583:17, 2583:23,
2612:22, 2626:23,
2665:8, 2696:10,

2707:3, 2712:3,
2719:6, 2720:22,
2726:4, 2731:10,
2731:12, 2735:19,
2738:15, 2739:3,
2751:25, 2760:19
**THINK** [65] - 2547:4,
2549:21, 2557:5,
2558:7, 2558:12,
2575:15, 2575:23,
2579:19, 2592:14,
2592:15, 2595:8,
2604:14, 2607:25,
2608:1, 2617:6,
2622:3, 2624:14,
2628:6, 2629:22,
2633:2, 2636:9,
2637:20, 2638:2,
2640:20, 2642:16,
2642:20, 2648:9,
2648:24, 2664:8,
2665:23, 2666:8,
2672:11, 2672:23,
2675:2, 2675:4,
2679:15, 2681:7,
2681:11, 2685:10,
2690:13, 2691:11,
2692:2, 2694:16,
2694:25, 2697:21,
2698:2, 2704:20,
2706:7, 2712:8,
2715:17, 2729:24,
2729:25, 2734:22,
2735:25, 2738:11,
2738:19, 2745:15,
2747:3, 2752:19,
2753:18, 2754:22,
2756:14, 2761:12,
2761:13
**THINKING** [1] -
2610:22
**THIRD** [6] - 2584:4,
2592:16, 2599:12,
2619:23, 2740:1,
2746:23
**THIRD-PARTY** [2] -
2584:4, 2599:12
**THIRDS** [1] - 2637:22
**THIS** [396] - 2546:20,
2548:5, 2550:5,
2550:7, 2550:10,
2550:17, 2550:21,
2550:22, 2551:18,
2551:21, 2551:22,
2552:12, 2553:10,
2553:16, 2554:11,
2554:17, 2555:5,
2556:1, 2556:5,
2556:10, 2556:13,
2558:12, 2559:2,

2559:5, 2559:16,
2559:19, 2561:5,
2561:17, 2561:21,
2565:2, 2565:20,
2567:9, 2567:16,
2568:20, 2569:3,
2571:4, 2572:3,
2572:11, 2572:12,
2573:11, 2576:5,
2576:19, 2577:24,
2578:2, 2578:15,
2578:16, 2579:7,
2579:21, 2579:24,
2579:25, 2580:9,
2581:3, 2581:10,
2581:16, 2582:3,
2585:12, 2585:24,
2589:4, 2589:17,
2590:19, 2590:25,
2591:17, 2592:2,
2592:3, 2592:11,
2592:15, 2593:11,
2594:22, 2594:24,
2595:2, 2595:16,
2595:19, 2595:22,
2596:3, 2596:10,
2596:14, 2596:15,
2596:21, 2596:24,
2597:12, 2597:15,
2597:20, 2597:22,
2597:24, 2598:23,
2599:2, 2599:16,
2602:13, 2602:16,
2602:18, 2603:7,
2605:2, 2605:16,
2606:2, 2606:3,
2606:22, 2606:25,
2607:2, 2607:10,
2607:19, 2607:25,
2609:11, 2609:12,
2609:16, 2609:18,
2610:2, 2610:5,
2610:16, 2610:23,
2611:1, 2613:15,
2617:8, 2617:11,
2617:13, 2618:20,
2619:22, 2620:7,
2621:1, 2623:16,
2623:18, 2623:19,
2624:3, 2624:10,
2625:18, 2626:8,
2626:11, 2626:19,
2628:1, 2628:13,
2629:2, 2629:14,
2629:19, 2629:23,
2629:24, 2630:18,
2630:24, 2631:9,
2631:11, 2631:14,
2632:8, 2633:6,
2633:9, 2633:11,
2633:14, 2633:15,

2634:3, 2634:8, 2634:14, 2634:17, 2635:1, 2635:2, 2635:16, 2635:25, 2636:14, 2636:19, 2637:4, 2637:5, 2637:12, 2638:3, 2638:12, 2638:14, 2638:22, 2639:1, 2640:11, 2641:8, 2641:9, 2641:21, 2641:22, 2642:4, 2642:6, 2643:6, 2643:13, 2643:15, 2643:17, 2645:9, 2645:16, 2646:1, 2646:6, 2649:19, 2650:25, 2654:2, 2654:3, 2654:17, 2654:22, 2655:8, 2659:20, 2660:6, 2660:20, 2660:21, 2661:6, 2661:18, 2661:20, 2662:2, 2662:3, 2662:10, 2662:15, 2663:18, 2664:25, 2665:17, 2665:18, 2665:24, 2665:25, 2666:3, 2666:15, 2666:20, 2666:21, 2667:6, 2667:8, 2667:11, 2668:3, 2668:8, 2668:22, 2669:8, 2670:8, 2670:13, 2670:20, 2670:22, 2671:1, 2671:2, 2671:7, 2673:10, 2673:14, 2673:16, 2673:18, 2674:18, 2676:1, 2676:2, 2676:4, 2676:5, 2677:3, 2679:17, 2680:23, 2681:23, 2682:2, 2683:9, 2683:14, 2685:18, 2685:19, 2685:24, 2686:25, 2687:16, 2687:17, 2688:10, 2689:5, 2689:7, 2690:9, 2691:10, 2691:17, 2692:1, 2692:2, 2692:16, 2694:8, 2695:2, 2697:1, 2698:9, 2698:12, 2699:4, 2700:2, 2700:17, 2700:19, 2701:3, 2701:19, 2702:23, 2703:12, 2703:15, 2703:24, 2704:17,

2704:19, 2705:5, 2706:4, 2706:15, 2708:15, 2709:18, 2709:19, 2709:20, 2709:22, 2710:3, 2710:11, 2710:21, 2710:22, 2710:25, 2711:12, 2711:16, 2712:10, 2712:11, 2712:15, 2714:1, 2714:14, 2715:23, 2716:23, 2716:25, 2717:4, 2719:13, 2719:21, 2720:2, 2720:3, 2720:8, 2720:24, 2721:3, 2721:5, 2721:9, 2722:7, 2722:9, 2723:12, 2723:19, 2723:21, 2723:22, 2724:9, 2724:13, 2724:14, 2724:22, 2725:4, 2725:13, 2725:20, 2726:6, 2727:20, 2727:21, 2728:7, 2728:24, 2729:10, 2729:14, 2729:20, 2729:21, 2730:2, 2730:18, 2731:23, 2732:18, 2732:24, 2733:8, 2735:3, 2736:8, 2736:14, 2736:15, 2737:11, 2737:14, 2737:15, 2737:19, 2738:2, 2738:9, 2738:11, 2738:16, 2739:21, 2739:23, 2740:14, 2740:22, 2741:3, 2741:13, 2742:14, 2743:1, 2743:5, 2743:12, 2745:6, 2745:11, 2745:12, 2746:2, 2746:17, 2746:23, 2747:1, 2747:2, 2747:12, 2748:1, 2749:2, 2749:18, 2751:9, 2751:15, 2752:19, 2752:20, 2753:5, 2753:18, 2754:4, 2754:8, 2754:24, 2755:22, 2756:16, 2756:23, 2756:25, 2757:10, 2757:21, 2757:23, 2757:24, 2758:5, 2758:19, 2759:5, 2759:7

**THOMAS** [3] - 2541:23, 2542:21,

2546:19

**THOSE** [74] - 2549:25, 2553:24, 2554:2, 2558:17, 2568:7, 2568:10, 2580:3, 2580:21, 2581:19, 2582:8, 2583:3, 2583:17, 2583:20, 2583:22, 2583:24, 2597:6, 2598:8, 2598:18, 2604:5, 2604:7, 2606:6, 2610:8, 2610:13, 2612:16, 2612:17, 2613:4, 2614:11, 2615:8, 2617:3, 2620:7, 2620:23, 2621:3, 2625:24, 2629:4, 2631:21, 2632:2, 2634:18, 2637:14, 2638:17, 2638:19, 2638:20, 2644:20, 2647:1, 2648:9, 2648:10, 2648:12, 2648:14, 2650:10, 2651:8, 2653:4, 2658:16, 2658:22, 2659:21, 2660:9, 2660:15, 2662:2, 2662:21, 2673:7, 2685:25, 2688:10, 2688:14, 2696:7, 2698:21, 2703:17, 2706:10, 2708:17, 2712:25, 2715:6, 2715:15, 2726:21, 2733:3, 2738:20, 2751:3

**THOUGH** [11] - 2582:3, 2583:20, 2590:21, 2591:21, 2615:9, 2616:22, 2616:23, 2639:12, 2639:18, 2655:8, 2678:20

**THOUGHT** [12] - 2556:18, 2557:14, 2599:5, 2621:10, 2629:3, 2634:25, 2675:14, 2677:10, 2690:15, 2719:19, 2720:24, 2732:19

**THOUSAND** [6] - 2620:25, 2621:2, 2699:10, 2723:5, 2723:6, 2723:9

**THOUSANDS** [3] - 2616:10, 2649:1, 2722:25

**THREAD** [1] - 2647:19

**THREE** [31] - 2587:8, 2587:9, 2611:6, 2611:13, 2611:15, 2614:11, 2637:13, 2654:16, 2654:22, 2659:20, 2660:8, 2660:9, 2660:15, 2662:3, 2663:25, 2673:5, 2691:3, 2696:23, 2707:8, 2714:16, 2715:24, 2718:2, 2722:4, 2723:7, 2727:22, 2747:22, 2748:1, 2749:7, 2758:17, 2760:25

**THREE-AND-A-HALF -SECOND** [1] - 2747:22

**THREE- DIMENSIONAL** [1] - 2722:4

**THREE-FOOT** [3] - 2714:16, 2715:24, 2718:2

**THREE-QUARTERS** [1] - 2760:25

**THROUGH** [32] - 2547:19, 2548:22, 2571:1, 2580:20, 2588:10, 2588:15, 2659:16, 2670:8, 2672:23, 2673:13, 2683:20, 2686:8, 2697:2, 2700:20, 2706:24, 2718:20, 2719:19, 2722:1, 2728:19, 2729:3, 2730:11, 2731:9, 2731:24, 2736:18, 2743:10, 2750:6, 2754:1, 2755:14, 2758:12

**THROUGHOUT** [4] - 2554:11, 2556:21, 2597:20, 2712:3

**TIDAL** [3] - 2642:4, 2692:3, 2698:1

**TIDE** [6] - 2641:21, 2641:22, 2641:25, 2642:1, 2642:6, 2690:6

**TIDES** [6] - 2677:2, 2690:6, 2695:9, 2717:3, 2730:3, 2730:4

**TIE** [2] - 2690:20, 2690:25

**TIED** [3] - 2561:5,

2676:23, 2691:1

**TIES** [5] - 2671:19, 2672:15, 2676:21, 2682:23, 2683:3

**TIGHTER** [1] - 2599:15

**TILL** [1] - 2759:12

**TIMBER** [1] - 2648:19

**TIMBERS** [1] - 2608:17

**TIME** [86] - 2557:8, 2561:21, 2564:3, 2564:12, 2564:16, 2565:11, 2575:4, 2575:15, 2589:9, 2598:23, 2600:2, 2605:12, 2606:2, 2609:5, 2628:15, 2632:21, 2633:3, 2636:14, 2641:9, 2642:8, 2643:24, 2645:12, 2652:2, 2652:6, 2652:8, 2652:11, 2654:23, 2665:1, 2666:22, 2667:1, 2667:12, 2673:2, 2675:1, 2679:19, 2680:23, 2680:24, 2686:9, 2691:20, 2696:23, 2697:14, 2701:19, 2706:23, 2708:3, 2711:2, 2716:25, 2725:22, 2726:10, 2726:12, 2726:25, 2727:12, 2727:14, 2727:19, 2728:4, 2728:18, 2728:23, 2729:21, 2732:5, 2732:17, 2733:19, 2734:23, 2737:6, 2737:15, 2738:17, 2738:18, 2740:9, 2746:4, 2748:1, 2749:24, 2750:7, 2750:12, 2751:10, 2752:8, 2752:11, 2753:14, 2754:16, 2757:13, 2760:10, 2761:4, 2761:6, 2761:10, 2761:17, 2761:20, 2761:25

**TIME-DEPENDENT** [1] - 2737:6

**TIMES** [27] - 2578:6, 2578:16, 2580:9, 2580:22, 2582:10, 2582:11, 2582:13, 2619:11, 2677:1, 2691:12, 2712:25,

**HOURLY TRANSCRIPT**

2723:8, 2726:16,
2726:19, 2726:25,
2727:1, 2727:25,
2728:13, 2729:8,
2747:4, 2749:11,
2749:16, 2751:2,
2751:3, 2752:3,
2752:7, 2753:22

TIMESTAMPS [1] -
2732:12

TIMING [6] - 2726:18,
2736:15, 2751:3,
2751:15, 2751:24,
2754:6

TITLE [1] - 2635:22

TITLED [2] - 2607:3,
2607:5

TO [1005] - 2541:8,
2546:4, 2546:9,
2547:23, 2548:10,
2548:12, 2548:15,
2548:25, 2549:8,
2549:13, 2549:19,
2550:9, 2550:14,
2550:15, 2550:24,
2551:3, 2551:7,
2551:9, 2551:12,
2551:16, 2551:20,
2552:6, 2552:7,
2552:8, 2552:12,
2553:1, 2553:3,
2553:6, 2553:10,
2553:15, 2553:21,
2554:8, 2554:12,
2554:14, 2554:15,
2554:16, 2554:22,
2556:7, 2556:17,
2556:25, 2557:1,
2557:4, 2557:8,
2557:9, 2557:16,
2557:17, 2558:4,
2558:9, 2558:17,
2558:19, 2558:21,
2559:7, 2559:8,
2559:15, 2559:24,
2560:1, 2560:5,
2560:8, 2560:15,
2560:21, 2560:24,
2561:7, 2561:9,
2561:11, 2561:18,
2561:22, 2562:19,
2562:22, 2562:25,
2563:3, 2563:8,
2563:10, 2563:14,
2563:17, 2564:12,
2564:21, 2565:23,
2566:11, 2566:23,
2566:24, 2567:7,
2567:8, 2567:11,
2567:14, 2567:15,

2567:18, 2567:21,
2567:23, 2567:24,
2567:25, 2568:7,
2568:8, 2568:9,
2568:10, 2568:12,
2568:13, 2569:6,
2569:18, 2569:19,
2569:21, 2569:22,
2570:1, 2570:9,
2570:18, 2570:20,
2571:2, 2571:3,
2571:5, 2571:8,
2571:14, 2572:5,
2572:8, 2572:9,
2572:11, 2572:19,
2572:23, 2573:2,
2573:7, 2573:22,
2574:2, 2574:3,
2574:12, 2574:19,
2575:10, 2575:11,
2575:19, 2575:21,
2575:23, 2575:24,
2576:4, 2576:12,
2576:19, 2577:1,
2577:2, 2577:7,
2577:11, 2577:12,
2577:22, 2578:2,
2578:6, 2578:14,
2578:16, 2578:24,
2579:1, 2579:5,
2579:6, 2579:9,
2579:24, 2580:6,
2580:8, 2580:9,
2580:10, 2580:13,
2580:18, 2580:22,
2580:24, 2581:1,
2581:4, 2581:8,
2581:10, 2581:16,
2581:25, 2582:1,
2582:3, 2582:10,
2582:11, 2582:13,
2582:17, 2582:22,
2583:1, 2583:2,
2583:11, 2583:15,
2583:22, 2584:2,
2584:7, 2584:9,
2584:10, 2584:11,
2584:13, 2584:15,
2584:16, 2584:17,
2584:20, 2584:23,
2584:24, 2585:5,
2585:8, 2585:15,
2585:20, 2585:21,
2586:6, 2586:10,
2586:22, 2586:24,
2586:25, 2587:10,
2587:13, 2587:21,
2588:1, 2588:2,
2588:3, 2588:5,
2588:10, 2588:13,
2588:15, 2588:22,

2588:23, 2589:5,
2589:6, 2589:9,
2589:12, 2589:16,
2589:18, 2589:19,
2589:20, 2590:8,
2590:13, 2590:15,
2590:16, 2590:18,
2590:19, 2590:21,
2590:25, 2591:5,
2591:18, 2591:25,
2592:14, 2592:19,
2593:2, 2593:18,
2594:2, 2594:3,
2594:8, 2594:14,
2594:19, 2595:5,
2595:10, 2595:22,
2596:1, 2596:4,
2596:5, 2596:17,
2596:21, 2596:22,
2597:7, 2597:23,
2598:3, 2598:10,
2598:11, 2598:17,
2598:20, 2598:23,
2599:3, 2599:4,
2599:7, 2599:9,
2599:10, 2599:14,
2599:16, 2599:19,
2599:22, 2599:25,
2601:4, 2601:10,
2601:14, 2601:18,
2601:19, 2601:24,
2602:3, 2602:9,
2602:13, 2602:16,
2602:21, 2603:16,
2603:18, 2603:19,
2603:21, 2603:24,
2603:25, 2604:4,
2604:6, 2604:7,
2604:15, 2605:2,
2605:4, 2605:7,
2605:9, 2605:21,
2605:24, 2606:4,
2606:24, 2607:1,
2607:11, 2607:13,
2607:24, 2608:1,
2608:7, 2608:16,
2608:19, 2608:23,
2609:5, 2609:15,
2609:19, 2609:23,
2609:25, 2610:3,
2610:8, 2610:18,
2611:2, 2611:11,
2611:16, 2611:23,
2612:10, 2612:15,
2613:9, 2613:12,
2613:13, 2613:23,
2614:12, 2615:4,
2615:9, 2615:17,
2615:21, 2615:23,
2616:1, 2616:2,
2616:22, 2616:23,

2617:5, 2617:6,
2617:11, 2617:16,
2617:23, 2618:15,
2618:17, 2618:20,
2618:21, 2618:22,
2618:24, 2619:4,
2619:12, 2619:13,
2619:17, 2619:22,
2620:2, 2620:3,
2620:5, 2620:12,
2621:3, 2621:5,
2621:22, 2621:25,
2622:2, 2622:4,
2622:12, 2622:13,
2622:15, 2622:16,
2622:19, 2622:21,
2622:25, 2623:16,
2623:18, 2623:19,
2623:20, 2623:22,
2623:24, 2623:25,
2624:1, 2624:12,
2624:22, 2625:5,
2625:13, 2625:15,
2625:16, 2625:18,
2625:19, 2625:20,
2625:23, 2626:4,
2626:7, 2626:11,
2626:13, 2626:16,
2626:22, 2626:24,
2626:25, 2627:11,
2627:18, 2627:25,
2628:4, 2628:21,
2629:11, 2629:12,
2629:13, 2629:22,
2629:23, 2629:24,
2629:25, 2630:2,
2630:4, 2630:9,
2630:11, 2630:13,
2630:17, 2630:18,
2630:21, 2630:24,
2631:2, 2631:11,
2631:22, 2631:25,
2632:1, 2632:6,
2632:8, 2632:22,
2633:13, 2633:14,
2633:17, 2634:1,
2634:12, 2635:2,
2635:6, 2635:12,
2635:15, 2635:16,
2635:25, 2636:8,
2636:9, 2637:4,
2637:11, 2637:18,
2637:21, 2637:22,
2638:7, 2638:8,
2638:12, 2638:15,
2638:17, 2638:24,
2638:25, 2639:3,
2639:9, 2639:12,
2639:22, 2640:7,
2640:8, 2640:15,
2640:16, 2640:18,

2640:19, 2640:22,
2641:4, 2642:6,
2642:21, 2642:23,
2642:24, 2643:4,
2643:18, 2644:5,
2644:9, 2644:21,
2645:4, 2645:6,
2646:1, 2646:2,
2646:4, 2646:7,
2646:12, 2646:14,
2646:16, 2647:9,
2647:18, 2647:19,
2648:9, 2648:14,
2648:15, 2648:22,
2649:13, 2649:20,
2650:5, 2650:21,
2651:12, 2651:25,
2652:2, 2652:4,
2653:5, 2653:10,
2653:11, 2653:13,
2653:22, 2654:4,
2654:8, 2654:10,
2654:16, 2654:18,
2654:22, 2654:23,
2655:13, 2656:17,
2656:19, 2656:25,
2657:22, 2658:2,
2658:8, 2658:9,
2658:13, 2658:19,
2659:3, 2659:14,
2659:25, 2660:3,
2660:4, 2660:19,
2660:22, 2660:23,
2661:2, 2662:14,
2662:15, 2662:16,
2663:6, 2663:9,
2663:11, 2664:5,
2664:11, 2664:15,
2664:21, 2664:23,
2664:25, 2665:2,
2665:4, 2665:5,
2665:7, 2665:8,
2665:10, 2665:12,
2665:16, 2665:19,
2665:24, 2666:3,
2666:6, 2666:7,
2666:8, 2666:9,
2666:11, 2666:12,
2666:21, 2667:8,
2667:10, 2667:11,
2667:14, 2667:17,
2668:9, 2668:16,
2669:2, 2669:4,
2669:15, 2669:25,
2670:6, 2670:18,
2671:2, 2671:5,
2671:7, 2671:13,
2671:15, 2671:16,
2671:19, 2671:20,
2671:24, 2672:10,
2672:20, 2672:24,

**HOURLY TRANSCRIPT**

2672:25, 2673:11, 2673:15, 2673:18, 2673:21, 2673:23, 2674:5, 2674:15, 2675:1, 2675:6, 2675:8, 2675:13, 2675:20, 2675:24, 2676:7, 2676:11, 2676:12, 2676:20, 2676:22, 2677:1, 2677:3, 2677:5, 2677:6, 2677:7, 2677:19, 2677:24, 2679:11, 2680:3, 2680:23, 2681:4, 2681:10, 2681:11, 2681:22, 2681:25, 2682:11, 2683:3, 2683:13, 2683:23, 2684:12, 2684:22, 2685:4, 2685:13, 2685:18, 2686:15, 2687:3, 2687:8, 2687:10, 2687:15, 2687:23, 2689:13, 2689:20, 2690:10, 2690:15, 2690:18, 2690:22, 2690:24, 2690:25, 2691:1, 2691:4, 2692:3, 2692:6, 2692:17, 2692:24, 2693:1, 2693:6, 2694:1, 2694:2, 2694:3, 2694:5, 2694:15, 2695:2, 2695:8, 2695:15, 2695:17, 2695:24, 2696:7, 2696:18, 2696:19, 2696:24, 2697:6, 2697:15, 2697:23, 2698:11, 2698:13, 2698:15, 2699:1, 2699:3, 2699:6, 2699:8, 2699:9, 2699:11, 2699:19, 2701:3, 2701:4, 2701:16, 2701:25, 2702:2, 2702:23, 2703:1, 2703:5, 2703:7, 2703:11, 2703:14, 2703:23, 2703:24, 2704:6, 2704:9, 2704:18, 2704:23, 2704:25, 2705:7, 2705:11, 2705:18, 2705:25, 2706:4, 2706:10, 2706:12, 2706:13, 2706:15, 2706:16, 2706:17, 2706:22,

2706:23, 2706:25, 2707:1, 2707:4, 2707:5, 2707:7, 2707:18, 2707:25, 2708:3, 2708:14, 2708:15, 2708:25, 2709:7, 2709:18, 2710:7, 2710:13, 2710:17, 2710:20, 2710:23, 2711:15, 2711:16, 2711:20, 2712:4, 2712:5, 2712:7, 2712:8, 2712:20, 2713:14, 2713:19, 2714:10, 2714:12, 2714:13, 2714:14, 2714:17, 2714:20, 2714:24, 2715:13, 2715:18, 2715:19, 2715:22, 2715:25, 2716:11, 2716:12, 2716:15, 2716:23, 2717:7, 2717:8, 2717:15, 2717:16, 2717:25, 2718:8, 2718:9, 2718:10, 2718:11, 2718:13, 2718:15, 2719:3, 2719:9, 2719:19, 2719:24, 2720:3, 2720:5, 2720:18, 2721:3, 2721:5, 2721:6, 2721:14, 2721:19, 2721:20, 2721:22, 2721:25, 2722:7, 2722:11, 2722:12, 2722:14, 2723:1, 2723:5, 2723:7, 2723:8, 2723:10, 2723:11, 2723:15, 2723:19, 2724:1, 2724:16, 2724:24, 2725:12, 2725:18, 2725:22, 2726:4, 2726:5, 2726:9, 2726:13, 2726:16, 2727:10, 2727:11, 2727:16, 2727:20, 2727:24, 2728:13, 2728:20, 2728:21, 2729:8, 2729:11, 2729:12, 2729:14, 2729:17, 2730:7, 2730:14, 2730:15, 2730:24, 2731:19, 2732:1, 2732:22, 2733:5, 2733:6, 2733:15, 2733:23, 2734:14, 2734:22, 2735:8, 2735:13,

2736:1, 2736:11, 2736:17, 2736:21, 2736:25, 2737:1, 2737:8, 2737:12, 2737:14, 2737:21, 2737:24, 2738:1, 2738:8, 2738:11, 2738:16, 2738:23, 2739:3, 2739:4, 2739:6, 2739:11, 2739:13, 2739:21, 2740:4, 2740:10, 2740:11, 2740:14, 2740:21, 2741:1, 2742:23, 2742:24, 2743:10, 2743:13, 2743:15, 2743:16, 2743:23, 2743:24, 2744:12, 2745:5, 2745:17, 2745:21, 2745:22, 2745:25, 2746:10, 2746:18, 2746:20, 2747:1, 2747:7, 2747:17, 2747:20, 2747:24, 2748:1, 2748:16, 2749:8, 2749:10, 2749:11, 2749:15, 2749:20, 2749:23, 2750:1, 2750:4, 2752:12, 2752:24, 2752:25, 2753:11, 2753:12, 2753:25, 2754:3, 2754:15, 2754:17, 2754:20, 2755:4, 2755:12, 2755:14, 2755:16, 2755:19, 2755:23, 2755:24, 2756:12, 2756:15, 2756:16, 2757:12, 2758:1, 2758:2, 2758:9, 2758:10, 2758:17, 2758:22, 2759:4, 2759:5, 2759:9, 2759:13, 2759:23, 2760:2, 2760:12, 2760:15, 2761:4, 2761:15

**TODAY** [13] - 2546:20, 2548:11, 2549:3, 2557:4, 2561:20, 2567:22, 2572:2, 2572:3, 2577:7, 2610:13, 2624:19, 2652:16, 2682:20

**TOE** [2] - 2594:25, 2596:6

**TOGETHER** [5] - 2551:3, 2663:16, 2701:16, 2733:21,

2755:21

**TOLD** [3] - 2675:6, 2707:22, 2748:6

**TONIGHT** [1] - 2739:7

**TOO** [11] - 2656:8, 2666:22, 2677:1, 2677:22, 2725:12, 2727:3, 2727:4, 2727:5, 2727:17, 2729:3

**TOOK** [8] - 2577:19, 2601:14, 2656:10, 2685:19, 2706:15, 2746:10, 2752:10, 2752:12

**TOP** [29] - 2590:7, 2607:5, 2608:7, 2608:9, 2626:8, 2637:10, 2639:25, 2653:11, 2654:15, 2658:17, 2660:22, 2665:12, 2667:19, 2668:18, 2669:13, 2671:3, 2671:21, 2680:18, 2684:5, 2687:3, 2699:3, 2728:2, 2728:8, 2740:1, 2741:15, 2743:7, 2745:24, 2748:24, 2750:4

**TOP-OF-WALL** [1] - 2660:22

**TOPIC** [2] - 2628:4, 2703:13

**TOPICS** [3] - 2696:17, 2697:24, 2698:1

**TOPOGRAPHY** [3] - 2719:14, 2723:4, 2731:10

**TORTS** [1] - 2544:6

**TOTAL** [6] - 2610:17, 2617:25, 2618:7, 2618:15, 2619:23, 2738:22

**TOTALING** [1] - 2618:10

**TOTALLY** [2] - 2671:20, 2688:8

**TOUCH** [1] - 2704:8

**TOUCHED** [1] - 2628:4

**TOWARD** [5] - 2638:13, 2669:19, 2673:11, 2688:1, 2737:1

**TOWARDS** [6] - 2601:25, 2608:9, 2740:11, 2741:8, 2753:1, 2753:20

**TOWER** [1] - 2727:24

**TOWING** [11] - 2552:12, 2552:20, 2555:15, 2574:13, 2574:23, 2577:21, 2622:16, 2625:13, 2625:16, 2626:4, 2626:6

**TOWN** [1] - 2599:17

**TRACK** [5] - 2603:16, 2604:9, 2606:16, 2722:12, 2759:1

**TRACKING** [1] - 2761:8

**TRACKS** [3] - 2603:11, 2760:5, 2760:24

**TRAINS** [1] - 2744:17

**TRANSCRIPT** [2] - 2541:11, 2544:14

**TRANSITE** [1] - 2641:2

**TRANSITION** [3] - 2660:23, 2672:15, 2678:5

**TRANSITIONED** [2] - 2661:2, 2678:6

**TRANSLATED** [1] - 2671:15

**TRANSMITTED** [1] - 2664:23

**TRANSOM** [1] - 2666:7

**TRANSPARENT** [1] - 2743:16

**TRANSPIRED** [1] - 2598:5

**TRANSPORTATION** [1] - 2625:21

**TRANSPOSITION** [1] - 2690:11

**TRAVERSE** [8] - 2545:14, 2701:23, 2703:20, 2703:24, 2711:11, 2711:14, 2711:22, 2712:4

**TRAVERSES** [1] - 2703:25

**TREEBY** [53] - 2543:12, 2548:1, 2557:5, 2557:14, 2558:2, 2599:2, 2599:8, 2599:12, 2599:19, 2599:21, 2655:18, 2656:1, 2656:5, 2656:12, 2656:13, 2656:16, 2656:22, 2657:11, 2659:6, 2659:9, 2664:10, 2665:22, 2665:23, 2666:4,

2666:17, 2666:23, 2667:6, 2667:16, 2667:23, 2668:1, 2674:5, 2674:7, 2674:11, 2674:20, 2675:13, 2675:23, 2678:16, 2678:19, 2679:22, 2679:24, 2681:11, 2681:12, 2681:16, 2681:25, 2682:4, 2684:16, 2685:22, 2690:9, 2692:11, 2711:19, 2711:25, 2712:2, 2738:25

**TREEBY'S** [1] - 2655:16

**TREEBY**...............
[1] - 2545:10

**TRENCH** [3] - 2608:18, 2618:22, 2621:15

**TRENCHES** [3] - 2616:2, 2616:9, 2617:17

**TRENCHING** [1] - 2615:13

**TRIAL** [7] - 2541:11, 2543:3, 2556:22, 2573:11, 2610:23, 2611:1, 2656:9

**TRIANGLE** [2] - 2671:4, 2689:20

**TRIANGLES** [2] - 2732:1, 2737:7

**TRICKS** [1] - 2721:20

**TRIED** [2] - 2721:5, 2721:22

**TROPICAL** [3] - 2625:10, 2625:12, 2665:9

**TROUBLE** [2] - 2558:5, 2561:13

**TRUCKS** [4] - 2622:12, 2622:15, 2623:24, 2625:20

**TRUE** [14] - 2561:25, 2567:19, 2571:9, 2572:21, 2585:4, 2589:11, 2614:5, 2647:11, 2711:14, 2714:8, 2715:14, 2715:15, 2716:8, 2741:13

**TRUSSES** [1] - 2743:5

**TRUST** [1] - 2711:22

**TRUSTING** [1] - 2557:14

**TRUTH** [11] - 2546:9, 2546:10, 2572:11,

---

2656:25, 2657:1, 2691:16, 2693:6, 2693:7

**TRY** [7] - 2558:21, 2592:15, 2592:16, 2599:10, 2599:14, 2599:18, 2690:18

**TRYING** [11] - 2575:21, 2581:16, 2595:5, 2599:3, 2649:20, 2703:11, 2706:14, 2706:23, 2712:4, 2739:11, 2740:10

**TSUNAMI** [3] - 2701:4, 2701:5, 2750:15

**TURN** [22] - 2550:9, 2551:9, 2552:6, 2552:12, 2553:3, 2556:7, 2578:2, 2590:25, 2592:14, 2602:21, 2606:24, 2608:16, 2609:15, 2619:22, 2628:21, 2629:12, 2629:13, 2630:24, 2632:6, 2634:1, 2635:16, 2685:12

**TURNAROUND** [1] - 2654:23

**TURNED** [1] - 2725:23

**TURNING** [1] - 2714:2

**TURNS** [5] - 2550:23, 2661:3, 2669:16, 2669:17, 2669:20

**TV** [1] - 2727:24

**TWICE** [1] - 2729:24

**TWO** [51] - 2560:13, 2567:6, 2568:10, 2574:16, 2579:4, 2581:13, 2614:7, 2614:11, 2623:25, 2637:22, 2639:8, 2645:21, 2659:18, 2659:20, 2662:18, 2663:25, 2664:21, 2664:24, 2672:6, 2673:5, 2678:11, 2679:1, 2679:3, 2680:3, 2687:20, 2688:3, 2688:4, 2688:7, 2690:9, 2691:3, 2691:7, 2691:11, 2691:15, 2697:16, 2701:3, 2707:3, 2709:24, 2718:1, 2727:16, 2731:7, 2732:12, 2733:7, 2733:15, 2733:25, 2741:15,

---

2748:18, 2754:12, 2755:20, 2755:21, 2759:25, 2760:6

**TWO-SIDED** [1] - 2659:18

**TWO-THIRDS** [1] - 2637:22

**TX** [1] - 2541:25

**TYPE** [3] - 2560:8, 2584:16, 2610:2

**TYPES** [3] - 2612:3, 2733:15, 2741:14

**TYPICAL** [1] - 2642:1

**TYPO** [1] - 2559:10

## U

**U.S** [3] - 2544:3, 2586:21, 2700:3

**ULTIMATE** [1] - 2757:24

**ULTIMATELY** [2] - 2651:5, 2704:1

**UNABLE** [1] - 2740:14

**UNCERTAIN** [1] - 2754:14

**UNCERTAINTIES** [1] - 2753:17

**UNCERTAINTY** [5] - 2752:1, 2752:2, 2752:3, 2754:23

**UNCOMPACTED** [4] - 2611:8, 2611:10, 2613:21, 2613:24

**UNDER** [19] - 2567:2, 2567:4, 2575:3, 2589:1, 2589:12, 2591:18, 2602:22, 2632:11, 2636:7, 2640:8, 2666:1, 2666:11, 2680:21, 2687:3, 2702:11, 2724:3, 2734:3, 2734:12, 2737:3

**UNDERGROUND** [1] - 2605:19

**UNDERLYING** [1] - 2719:13

**UNDERPREDICTED** [1] - 2735:11

**UNDERPREDICTING** [1] - 2737:5

**UNDERPREDICTION** [1] - 2736:9

**UNDERPREDICTS** [1] - 2735:7

**UNDERSEEPAGE** [9] - 2562:20, 2573:7, 2573:13, 2573:16,

---

2573:20, 2574:9, 2574:14, 2575:7, 2650:23

**UNDERSTAND** [49] - 2546:21, 2557:1, 2557:6, 2557:11, 2557:13, 2557:23, 2558:1, 2558:23, 2570:14, 2575:21, 2577:18, 2588:10, 2589:17, 2595:11, 2596:4, 2596:5, 2602:9, 2603:13, 2604:1, 2612:16, 2621:23, 2624:11, 2625:2, 2637:16, 2642:3, 2643:7, 2644:9, 2655:6, 2655:12, 2656:21, 2663:24, 2666:6, 2666:7, 2666:9, 2666:16, 2667:5, 2686:5, 2686:12, 2691:6, 2706:15, 2706:20, 2707:19, 2711:9, 2711:21, 2711:25, 2713:6, 2750:25, 2751:13, 2756:3

**UNDERSTANDING** [8] - 2556:24, 2609:18, 2624:21, 2633:22, 2652:17, 2684:13, 2706:16, 2759:22

**UNDERSTANDS** [4] - 2612:21, 2666:24, 2667:4, 2710:6

**UNDERSTOOD** [9] - 2553:18, 2563:8, 2566:14, 2568:6, 2583:9, 2594:22, 2602:25, 2604:24, 2704:3

**UNDETERMINED** [1] - 2630:22

**UNFORTUNATELY** [2] - 2602:23, 2740:12

**UNION** [1] - 2698:20

**UNITED** [5] - 2541:1, 2541:12, 2544:3, 2716:22, 2746:8

**UNIVERSITY** [3] - 2693:21, 2697:4, 2697:20

**UNKNOWN** [1] - 2564:24

**UNLESS** [6] - 2568:11, 2597:23, 2655:3, 2681:11,

---

2739:8, 2739:9

**UNTIL** [12] - 2562:3, 2657:24, 2687:23, 2716:6, 2716:7, 2716:8, 2729:18, 2733:12, 2751:4, 2757:20, 2760:14

**UP** [137] - 2547:18, 2548:21, 2550:2, 2550:10, 2552:22, 2553:1, 2554:6, 2555:25, 2558:5, 2559:24, 2561:11, 2561:12, 2567:15, 2570:25, 2571:2, 2579:25, 2581:2, 2585:5, 2585:9, 2585:22, 2586:4, 2592:11, 2592:21, 2598:17, 2601:25, 2602:12, 2603:4, 2605:16, 2605:18, 2606:2, 2606:11, 2606:21, 2608:7, 2609:10, 2611:11, 2615:8, 2617:3, 2618:22, 2622:25, 2623:6, 2623:8, 2623:15, 2626:7, 2626:22, 2628:11, 2628:23, 2628:24, 2630:4, 2631:3, 2633:6, 2634:4, 2635:21, 2636:10, 2637:18, 2638:1, 2638:13, 2641:24, 2642:23, 2643:6, 2644:13, 2644:24, 2645:18, 2646:2, 2646:12, 2649:15, 2652:12, 2653:10, 2653:11, 2656:9, 2657:22, 2663:6, 2663:17, 2663:22, 2664:12, 2665:5, 2668:5, 2669:4, 2670:25, 2671:8, 2671:19, 2673:15, 2673:22, 2673:23, 2674:15, 2675:18, 2676:7, 2676:22, 2676:23, 2677:7, 2681:13, 2681:14, 2682:2, 2685:16, 2686:8, 2690:5, 2690:15, 2691:4, 2693:1, 2694:1, 2694:2, 2694:4, 2704:12, 2704:13, 2704:22, 2706:22, 2711:1, 2712:5,

**HOURLY TRANSCRIPT**

2712:16, 2723:10, 2727:4, 2727:5, 2729:20, 2729:21, 2730:8, 2734:10, 2743:6, 2743:14, 2743:15, 2744:18, 2745:14, 2747:18, 2751:6, 2753:23, 2753:24, 2755:4, 2755:10, 2758:2, 2758:20, 2758:21, 2759:13, 2760:11, 2760:12, 2760:15

**UPON** [4] - 2566:17, 2633:18, 2633:23, 2634:22

**UPPER** [3] - 2685:19, 2724:1, 2742:17

**UPWARDS** [1] - 2577:12

**US** [35] - 2554:8, 2556:9, 2561:13, 2582:16, 2593:1, 2609:4, 2623:16, 2630:16, 2638:6, 2642:22, 2648:23, 2654:2, 2669:15, 2682:19, 2684:13, 2686:2, 2686:7, 2686:12, 2691:18, 2699:22, 2702:2, 2707:22, 2709:3, 2709:7, 2721:21, 2726:13, 2727:1, 2728:10, 2728:13, 2729:7, 2729:8, 2730:18, 2749:25, 2750:5

**USE** [33] - 2553:4, 2561:3, 2576:12, 2577:12, 2603:24, 2611:20, 2611:21, 2613:5, 2613:6, 2621:13, 2621:19, 2622:7, 2623:17, 2624:3, 2625:6, 2639:12, 2639:22, 2640:2, 2642:14, 2643:7, 2696:24, 2698:3, 2698:5, 2714:13, 2715:25, 2720:11, 2726:13, 2727:11, 2734:20, 2734:22, 2749:10, 2749:15

**USED** [62] - 2547:4, 2556:1, 2558:14, 2594:7, 2603:16, 2604:4, 2613:12, 2614:3, 2620:11,

2621:5, 2621:25, 2623:4, 2637:8, 2638:2, 2639:14, 2640:10, 2640:11, 2640:17, 2640:23, 2643:13, 2646:21, 2646:24, 2648:6, 2660:21, 2662:10, 2688:21, 2706:9, 2707:22, 2707:23, 2708:6, 2708:15, 2708:22, 2709:1, 2714:15, 2714:25, 2715:1, 2718:13, 2718:15, 2718:22, 2719:2, 2719:4, 2719:21, 2719:24, 2721:18, 2721:23, 2721:24, 2724:20, 2725:2, 2725:8, 2725:24, 2726:17, 2726:18, 2727:24, 2730:14, 2731:25, 2734:21, 2745:8, 2746:3, 2749:10, 2750:2, 2751:1

**USEFUL** [1] - 2749:25

**USES** [1] - 2611:6

**USING** [20] - 2556:13, 2556:20, 2587:19, 2609:22, 2620:19, 2623:23, 2633:19, 2662:10, 2675:24, 2677:4, 2677:13, 2684:12, 2703:18, 2714:11, 2718:11, 2721:9, 2722:1, 2724:18, 2726:7, 2749:9

**USUALLY** [5] - 2593:22, 2610:10, 2664:21, 2664:24, 2691:11

**UTC** [1] - 2736:19

**UTILITIES** [1] - 2618:12

**UTILITY** [3] - 2585:7, 2618:10, 2621:14

**UTILIZED** [6] - 2566:24, 2567:18, 2594:8, 2622:14, 2624:20, 2625:14

# V

**VAGUE** [4] - 2642:14, 2642:18, 2642:20

**VALID** [1] - 2597:12

**VALIDATED** [2] - 2719:2, 2719:5

**VALIDLY** [1] - 2597:16

**VALUE** [8] - 2569:6, 2578:16, 2579:5, 2579:16, 2579:18, 2579:25, 2580:9, 2580:24

**VALUES** [6] - 2580:14, 2580:21, 2580:23, 2581:5, 2581:7, 2749:21

**VARIED** [4] - 2604:24, 2605:4, 2726:10, 2726:12

**VARIES** [2] - 2648:7, 2711:2

**VARIOUS** [11] - 2604:7, 2648:6, 2652:15, 2696:6, 2697:5, 2697:24, 2699:4, 2699:10, 2699:19, 2727:7, 2749:19

**VARY** [1] - 2632:14

**VERIFY** [1] - 2624:23

**VERSION** [4] - 2718:15, 2720:10, 2729:21, 2734:14

**VERSUS** [1] - 2638:25

**VERTICAL** [11] - 2587:9, 2587:22, 2596:14, 2609:16, 2650:13, 2654:17, 2694:3, 2722:5, 2744:2, 2744:5, 2744:10

**VERY** [41] - 2554:8, 2558:12, 2558:22, 2574:16, 2576:23, 2578:9, 2578:19, 2596:21, 2622:11, 2624:2, 2654:19, 2671:21, 2687:15, 2689:12, 2692:8, 2720:16, 2723:4, 2724:2, 2730:11, 2734:5, 2735:20, 2736:15, 2738:7, 2742:23, 2743:6, 2743:8, 2743:17, 2744:4, 2744:24, 2745:25, 2746:4, 2746:12, 2749:23, 2749:25, 2750:14, 2750:21, 2759:8, 2761:5

**VIA** [1] - 2707:5

**VIBRATION** [3] - 2583:18, 2583:19, 2583:23

**VICINITY** [3] -

2568:14, 2705:8, 2706:5

**VICTOR** [1] - 2542:8

**VIDEOTAPE** [1] - 2714:20

**VIEW** [2] - 2670:19, 2675:25

**VILLAVASO'S** [1] - 2749:3

**VILLAVASSO** [3] - 2706:9, 2706:11, 2707:23

**VILLAVASSO'S** [1] - 2707:3

**VIOLATE** [1] - 2597:22

**VIOLATED** [1] - 2547:21

**VIRGIN** [1] - 2639:24

**VIRTUALLY** [1] - 2557:12

**VISION** [1] - 2558:4

**VISITORS** [1] - 2697:13

**VISUAL** [5] - 2549:18, 2604:18, 2632:4, 2648:11, 2648:12

**VISUALLY** [1] - 2549:22

**VITAE** [2] - 2694:9, 2694:11

**VOIR** [2] - 2545:13, 2693:16

**VOLUME** [14] - 2547:18, 2548:21, 2561:11, 2567:6, 2570:25, 2589:4, 2591:8, 2591:11, 2593:15, 2632:24, 2645:25, 2653:21, 2733:18, 2750:18

**VRIJLING** [2] - 2720:6, 2720:7

# W

**WAGER** [1] - 2543:17

**WAGER-ZITO** [1] - 2543:17

**WAIT** [3] - 2669:24, 2729:17, 2758:9

**WAKE** [1] - 2743:10

**WALERS** [1] - 2598:15

**WALK** [2] - 2680:17, 2697:2

**WALKED** [2] - 2604:9, 2680:15

**WALL** [42] - 2658:17, 2660:22, 2660:23, 2661:2, 2666:20,

2666:25, 2667:7, 2668:5, 2668:6, 2672:13, 2672:15, 2672:25, 2676:21, 2680:10, 2680:17, 2680:18, 2687:18, 2691:20, 2723:23, 2727:17, 2733:10, 2733:11, 2733:13, 2742:18, 2744:10, 2744:24, 2744:25, 2745:1, 2747:14, 2747:15, 2748:23, 2748:24, 2748:25, 2749:1, 2750:4, 2750:11, 2750:21, 2752:12

**WALLS** [2] - 2742:5, 2744:16

**WALTHER** [1] - 2543:11

**WANT** [42] - 2556:17, 2560:14, 2586:22, 2588:10, 2592:15, 2599:19, 2614:12, 2617:23, 2618:20, 2636:9, 2643:18, 2645:8, 2647:19, 2648:9, 2659:3, 2660:19, 2666:21, 2667:11, 2669:2, 2669:25, 2670:6, 2670:18, 2673:14, 2675:24, 2681:22, 2685:12, 2694:1, 2704:6, 2704:9, 2706:17, 2707:7, 2707:25, 2708:3, 2708:15, 2709:18, 2712:20, 2722:18, 2723:1, 2729:17, 2739:4, 2739:6

**WANTED** [5] - 2548:25, 2631:13, 2722:14, 2732:22, 2759:22

**WANTING** [1] - 2641:13

**WANTS** [2] - 2595:10, 2681:11

**WARD** [19] - 2583:12, 2714:22, 2717:22, 2717:25, 2718:5, 2718:8, 2718:23, 2721:19, 2727:21, 2727:22, 2730:12, 2730:19, 2731:9, 2731:24, 2749:14, 2755:7, 2755:13, 2758:19, 2761:3

**WARREN** [2] - 2543:7, 2543:7

**WAS** [406] - 2546:13, 2546:14, 2546:25, 2547:1, 2547:2, 2547:3, 2547:5, 2548:5, 2548:8, 2548:10, 2549:2, 2549:10, 2549:15, 2550:17, 2552:3, 2553:17, 2554:7, 2555:1, 2555:7, 2556:1, 2556:19, 2556:24, 2557:1, 2557:14, 2557:15, 2557:20, 2557:25, 2558:1, 2559:5, 2559:7, 2560:2, 2560:7, 2560:8, 2560:14, 2560:16, 2561:8, 2561:23, 2561:24, 2562:1, 2562:3, 2562:7, 2563:3, 2563:10, 2563:15, 2565:2, 2565:7, 2565:9, 2565:24, 2565:25, 2566:7, 2566:10, 2568:6, 2568:10, 2571:19, 2571:22, 2572:18, 2572:25, 2573:10, 2573:11, 2574:16, 2574:17, 2574:19, 2577:12, 2577:19, 2578:4, 2578:5, 2578:17, 2578:21, 2578:25, 2579:16, 2580:17, 2581:3, 2581:4, 2581:8, 2581:25, 2583:1, 2584:20, 2584:21, 2584:23, 2585:12, 2587:5, 2587:19, 2588:2, 2589:24, 2590:13, 2590:22, 2591:4, 2591:11, 2593:2, 2593:25, 2594:3, 2594:4, 2594:7, 2594:17, 2595:9, 2595:16, 2596:7, 2596:8, 2596:24, 2596:25, 2597:9, 2598:9, 2598:13, 2598:20, 2599:24, 2599:25, 2600:4, 2601:18, 2602:4, 2602:5, 2603:19, 2604:12, 2604:15, 2605:3, 2606:2, 2606:3, 2607:1,

2607:20, 2609:12, 2610:21, 2613:12, 2613:13, 2614:18, 2615:4, 2616:11, 2616:14, 2616:19, 2616:25, 2618:1, 2618:7, 2618:13, 2620:7, 2620:17, 2621:13, 2621:14, 2621:19, 2622:6, 2622:10, 2622:11, 2622:17, 2622:20, 2622:22, 2623:3, 2623:16, 2624:4, 2624:8, 2624:15, 2624:19, 2624:20, 2625:12, 2625:13, 2626:3, 2626:4, 2626:6, 2626:8, 2626:15, 2626:19, 2627:21, 2628:5, 2628:6, 2630:9, 2630:18, 2631:11, 2632:1, 2632:4, 2632:20, 2633:2, 2633:3, 2633:10, 2633:12, 2633:18, 2634:25, 2636:14, 2637:1, 2637:20, 2637:22, 2638:12, 2639:8, 2639:20, 2640:10, 2640:17, 2640:19, 2640:20, 2640:21, 2640:23, 2641:1, 2641:9, 2641:19, 2641:22, 2641:25, 2642:2, 2642:4, 2643:17, 2643:23, 2644:15, 2645:10, 2646:1, 2646:4, 2646:6, 2646:7, 2646:24, 2647:2, 2647:4, 2647:21, 2647:23, 2647:24, 2648:5, 2649:24, 2650:9, 2650:13, 2650:15, 2650:21, 2651:1, 2651:2, 2651:23, 2652:2, 2652:3, 2652:5, 2652:6, 2652:22, 2653:20, 2654:20, 2657:4, 2657:5, 2657:24, 2658:3, 2658:7, 2660:6, 2660:11, 2660:12, 2660:21, 2662:11, 2662:13, 2662:16, 2664:25, 2665:4, 2665:19, 2666:6, 2667:1,

2667:3, 2667:4, 2667:6, 2667:12, 2667:22, 2668:6, 2671:22, 2672:23, 2672:24, 2672:25, 2673:1, 2673:15, 2674:18, 2674:21, 2674:22, 2674:23, 2675:3, 2675:9, 2675:10, 2675:19, 2677:3, 2677:10, 2677:12, 2678:11, 2679:6, 2679:20, 2680:1, 2680:14, 2680:16, 2680:18, 2680:25, 2681:20, 2681:22, 2682:1, 2683:10, 2684:8, 2684:15, 2686:17, 2686:21, 2686:22, 2686:25, 2687:4, 2687:18, 2687:23, 2688:2, 2688:14, 2688:15, 2689:20, 2689:21, 2690:8, 2690:16, 2691:20, 2691:25, 2692:3, 2693:10, 2693:11, 2695:15, 2695:17, 2697:4, 2697:5, 2699:16, 2700:16, 2701:4, 2701:6, 2701:14, 2701:17, 2703:19, 2703:20, 2706:8, 2706:11, 2707:3, 2707:4, 2710:12, 2711:14, 2711:16, 2713:12, 2714:25, 2717:20, 2717:24, 2717:25, 2718:2, 2718:10, 2718:12, 2719:4, 2719:19, 2719:22, 2719:24, 2720:3, 2720:8, 2720:18, 2720:24, 2721:3, 2721:6, 2721:8, 2721:14, 2721:17, 2721:24, 2722:2, 2723:13, 2725:8, 2725:23, 2726:1, 2726:4, 2726:7, 2726:13, 2726:15, 2726:21, 2726:24, 2727:6, 2727:10, 2727:11, 2727:17, 2727:18, 2727:24, 2728:24, 2729:9, 2732:7, 2732:16, 2732:19, 2732:20, 2732:22, 2733:25,

2734:24, 2735:16, 2736:5, 2736:8, 2738:13, 2738:16, 2739:11, 2739:21, 2740:3, 2741:4, 2742:25, 2748:1, 2750:3, 2750:5, 2750:8, 2750:9, 2750:13, 2750:15, 2750:18, 2756:12, 2758:8

**WASHED** [3] - 2675:7, 2686:16, 2689:10

**WASHINGTON** [35] - 2543:11, 2543:20, 2544:8, 2579:2, 2622:8, 2625:9, 2625:11, 2625:14, 2632:23, 2633:12, 2646:5, 2647:5, 2652:9, 2656:13, 2692:22, 2692:23, 2695:1, 2700:1, 2701:20, 2717:1, 2753:7, 2753:20, 2754:9, 2755:2, 2755:10, 2755:19, 2755:24, 2755:25, 2756:2, 2756:4, 2757:6, 2757:12, 2758:7, 2758:10, 2761:13

**WASN'T** [15] - 2563:23, 2565:2, 2569:15, 2570:10, 2578:16, 2584:14, 2637:21, 2639:9, 2650:23, 2654:21, 2665:3, 2679:13, 2681:3, 2691:21, 2752:17

**WATCH** [1] - 2739:1

**WATCHING** [2] - 2625:8, 2753:18

**WATER** [144] - 2554:7, 2554:10, 2559:24, 2588:4, 2614:9, 2614:10, 2642:2, 2642:12, 2642:21, 2643:7, 2643:13, 2643:16, 2643:17, 2643:20, 2643:25, 2644:2, 2646:25, 2654:5, 2654:19, 2654:20, 2654:25, 2655:1, 2655:2, 2683:17, 2683:22, 2684:1, 2686:3, 2686:7, 2686:21, 2689:22, 2690:2,

2691:18, 2691:19, 2691:20, 2691:23, 2692:1, 2692:2, 2692:3, 2693:24, 2695:9, 2696:4, 2696:5, 2696:8, 2696:9, 2696:11, 2696:14, 2697:16, 2697:25, 2700:11, 2712:22, 2713:23, 2717:3, 2720:17, 2721:12, 2721:16, 2721:25, 2722:14, 2723:11, 2726:10, 2726:12, 2727:2, 2727:4, 2727:5, 2727:6, 2727:9, 2728:3, 2728:10, 2729:3, 2730:1, 2730:10, 2731:7, 2731:8, 2731:19, 2732:2, 2732:5, 2732:7, 2733:2, 2733:8, 2733:10, 2733:12, 2734:4, 2736:12, 2741:14, 2743:12, 2744:4, 2745:4, 2747:5, 2747:17, 2748:16, 2748:23, 2749:24, 2750:6, 2750:16, 2750:18, 2750:21, 2750:24, 2752:23, 2753:2, 2753:10, 2753:13, 2753:23, 2754:3, 2754:4, 2754:17, 2755:3, 2755:7, 2755:9, 2755:11, 2755:13, 2755:14, 2755:15, 2755:17, 2755:18, 2755:19, 2755:21, 2755:23, 2757:12, 2757:14, 2757:24, 2758:2, 2758:10, 2758:11, 2758:18, 2758:19, 2758:20, 2759:9, 2759:20, 2759:21, 2759:25, 2760:4, 2760:10, 2760:11, 2760:15, 2760:25, 2761:3, 2761:16, 2761:19

**WATERLINE** [2] - 2560:5, 2587:23

**WATERS** [7] - 2753:3, 2753:8, 2754:10, 2754:13, 2755:7, 2761:5, 2761:9

**WATERWAY** [2] - 2676:6, 2676:8

**WAVE** [95] - 2693:24, 2696:4, 2696:5, 2696:8, 2696:24, 2697:16, 2697:25, 2706:10, 2707:4, 2709:16, 2709:25, 2710:1, 2710:3, 2710:7, 2710:8, 2710:10, 2710:12, 2710:13, 2710:14, 2710:16, 2712:12, 2712:24, 2713:12, 2713:15, 2713:20, 2714:11, 2714:13, 2714:16, 2714:24, 2714:25, 2715:23, 2715:24, 2728:20, 2728:21, 2728:24, 2728:25, 2733:7, 2733:11, 2733:19, 2734:1, 2734:2, 2734:3, 2734:18, 2734:20, 2734:21, 2735:1, 2735:2, 2736:10, 2737:8, 2737:18, 2737:22, 2738:16, 2739:22, 2739:24, 2739:25, 2740:1, 2741:13, 2741:21, 2742:1, 2743:2, 2744:12, 2744:17, 2744:23, 2744:25, 2745:4, 2745:8, 2745:9, 2745:12, 2746:3, 2746:13, 2746:17, 2746:18, 2746:22, 2747:4, 2747:8, 2747:9, 2747:11, 2747:14, 2747:20, 2747:21, 2748:13, 2748:14, 2748:18, 2748:19, 2748:25, 2751:9, 2757:3

**WAVES** [105] - 2695:9, 2696:9, 2696:12, 2696:18, 2696:20, 2696:22, 2702:20, 2703:12, 2705:7, 2706:5, 2708:21, 2710:18, 2710:23, 2713:3, 2713:11, 2713:21, 2713:23, 2714:2, 2714:23, 2715:3, 2717:2, 2718:3, 2733:9, 2733:17, 2733:20, 2733:23, 2734:4, 2734:5, 2734:6, 2734:7, 2734:15, 2734:16, 2734:17,

2734:23, 2735:3, 2735:5, 2735:12, 2735:14, 2735:20, 2735:22, 2736:1, 2736:2, 2736:24, 2736:25, 2737:11, 2737:14, 2737:15, 2737:17, 2737:25, 2738:3, 2738:5, 2738:12, 2738:14, 2738:25, 2740:24, 2741:1, 2741:5, 2741:8, 2741:13, 2741:14, 2741:16, 2741:18, 2741:20, 2741:21, 2741:22, 2742:3, 2742:7, 2742:8, 2742:10, 2742:14, 2742:15, 2742:16, 2742:17, 2742:20, 2742:22, 2742:24, 2743:17, 2743:19, 2743:20, 2743:21, 2743:25, 2744:1, 2744:13, 2744:16, 2744:19, 2744:20, 2744:21, 2746:14, 2746:16, 2746:21, 2746:24, 2746:25, 2747:21, 2748:24, 2749:4, 2749:8

**WAY** [36] - 2548:8, 2557:25, 2569:22, 2569:25, 2579:7, 2589:6, 2594:23, 2596:10, 2602:2, 2637:4, 2637:7, 2638:14, 2650:19, 2661:1, 2664:11, 2668:2, 2669:20, 2671:20, 2672:10, 2676:22, 2685:25, 2690:20, 2690:24, 2697:6, 2700:19, 2712:8, 2719:9, 2736:15, 2740:4, 2741:10, 2742:21, 2742:22, 2743:8, 2749:10, 2752:6, 2753:15

**WAYS** [1] - 2664:18

**WE** [394] - 2547:24, 2548:1, 2549:8, 2549:9, 2550:13, 2550:15, 2550:16, 2551:9, 2551:12, 2551:15, 2551:16, 2551:20, 2552:1, 2552:6, 2553:21, 2554:6, 2554:11,

2554:15, 2554:16, 2554:18, 2555:1, 2555:5, 2555:7, 2555:11, 2556:7, 2556:15, 2556:16, 2556:19, 2556:21, 2557:2, 2557:3, 2557:6, 2557:8, 2557:11, 2557:13, 2557:16, 2557:20, 2558:3, 2558:12, 2558:14, 2558:19, 2560:19, 2563:5, 2563:6, 2567:8, 2567:18, 2568:3, 2572:11, 2579:24, 2582:17, 2583:14, 2583:25, 2585:22, 2590:4, 2590:13, 2599:4, 2601:9, 2601:14, 2602:16, 2606:21, 2606:24, 2607:10, 2607:11, 2608:7, 2608:18, 2609:4, 2610:23, 2610:25, 2611:20, 2611:21, 2612:21, 2613:5, 2613:6, 2613:8, 2614:12, 2615:3, 2615:11, 2616:14, 2617:5, 2617:6, 2618:6, 2621:21, 2623:9, 2623:15, 2624:14, 2628:4, 2628:11, 2629:2, 2629:4, 2629:12, 2630:4, 2631:3, 2632:7, 2632:11, 2632:22, 2635:2, 2635:20, 2635:21, 2635:22, 2635:25, 2636:3, 2636:4, 2636:9, 2638:1, 2638:15, 2639:14, 2639:19, 2641:13, 2642:25, 2645:3, 2645:18, 2646:12, 2648:1, 2652:9, 2652:10, 2653:10, 2653:11, 2653:14, 2654:14, 2655:4, 2655:18, 2655:22, 2656:8, 2656:16, 2656:22, 2662:3, 2662:8, 2663:17, 2664:5, 2664:15, 2665:2, 2665:4, 2665:5, 2665:6, 2665:7, 2665:8, 2665:9, 2670:18, 2670:20,

2670:25, 2671:2, 2671:14, 2671:22, 2671:24, 2675:14, 2675:17, 2675:19, 2676:4, 2676:7, 2678:2, 2678:4, 2678:8, 2678:11, 2680:15, 2681:10, 2683:8, 2684:10, 2686:13, 2687:9, 2687:15, 2690:18, 2690:19, 2690:20, 2691:5, 2691:12, 2694:2, 2694:3, 2694:14, 2694:16, 2694:18, 2694:25, 2696:9, 2696:11, 2696:23, 2699:13, 2700:5, 2704:2, 2704:11, 2704:12, 2705:5, 2705:10, 2706:3, 2706:23, 2708:3, 2708:12, 2711:13, 2711:16, 2713:4, 2713:10, 2713:22, 2713:23, 2714:3, 2715:25, 2716:5, 2716:13, 2717:20, 2717:24, 2718:10, 2718:12, 2718:14, 2718:15, 2718:22, 2719:19, 2720:3, 2720:10, 2720:11, 2720:13, 2720:14, 2720:22, 2720:24, 2721:2, 2721:5, 2721:15, 2721:17, 2721:18, 2721:20, 2721:22, 2721:23, 2721:24, 2722:14, 2723:1, 2723:8, 2723:9, 2723:11, 2723:15, 2724:3, 2724:5, 2724:8, 2724:12, 2724:14, 2724:23, 2724:24, 2725:2, 2725:4, 2725:8, 2725:18, 2725:19, 2725:20, 2725:21, 2725:23, 2725:24, 2725:25, 2726:2, 2726:4, 2726:5, 2726:7, 2726:11, 2726:12, 2726:15, 2726:17, 2726:18, 2726:21, 2726:24, 2727:3, 2727:4, 2727:9, 2727:11, 2727:12, 2727:14, 2727:15, 2727:17,

2727:18, 2727:20, 2727:24, 2727:25, 2728:1, 2728:6, 2728:9, 2728:12, 2728:14, 2728:17, 2728:20, 2728:21, 2728:24, 2728:25, 2729:2, 2729:3, 2729:6, 2730:1, 2730:14, 2731:4, 2731:6, 2731:8, 2731:10, 2731:15, 2731:17, 2731:25, 2732:12, 2732:16, 2733:13, 2735:24, 2736:17, 2736:19, 2736:24, 2740:6, 2740:19, 2740:21, 2742:13, 2742:14, 2743:10, 2743:19, 2744:5, 2745:21, 2745:22, 2745:25, 2746:5, 2746:6, 2746:7, 2746:8, 2746:10, 2746:11, 2746:16, 2746:20, 2747:2, 2747:5, 2747:17, 2748:16, 2749:3, 2749:10, 2750:1, 2750:2, 2750:5, 2750:6, 2750:9, 2750:12, 2750:13, 2751:1, 2751:2, 2751:3, 2751:4, 2751:5, 2751:6, 2751:14, 2751:15, 2751:19, 2751:22, 2751:25, 2752:5, 2752:15, 2752:19, 2752:20, 2754:22, 2756:14, 2756:15, 2756:19, 2756:20, 2756:25, 2757:2, 2758:9, 2758:15, 2758:22, 2758:25, 2759:7, 2759:14, 2759:15, 2760:2, 2760:8, 2761:2, 2761:15, 2761:18

**WE'LL** [15] - 2554:3, 2566:6, 2581:22, 2586:18, 2600:3, 2606:16, 2639:22, 2645:12, 2669:23, 2677:21, 2704:25, 2720:5, 2730:17, 2749:15, 2756:22

**WE'RE** [53] - 2553:14, 2554:6, 2554:22, 2555:21, 2556:22,

2557:4, 2557:12,
2557:16, 2557:19,
2558:16, 2563:8,
2596:1, 2599:3,
2600:2, 2614:12,
2620:7, 2623:10,
2629:23, 2630:8,
2631:2, 2635:21,
2636:8, 2639:23,
2645:11, 2647:20,
2655:17, 2656:4,
2662:10, 2669:3,
2669:5, 2686:25,
2700:24, 2706:14,
2717:15, 2722:4,
2722:24, 2728:18,
2729:23, 2736:1,
2736:23, 2737:13,
2737:20, 2740:22,
2743:7, 2745:21,
2746:15, 2748:17,
2749:9, 2749:10,
2749:20, 2751:9,
2759:4, 2760:21

**WE'VE** [29] - 2546:19,
2573:11, 2599:2,
2613:15, 2652:22,
2659:3, 2660:19,
2660:20, 2669:7,
2676:2, 2693:1,
2694:1, 2697:21,
2701:25, 2703:25,
2711:1, 2711:12,
2719:7, 2719:14,
2720:9, 2724:16,
2738:23, 2744:15,
2747:19, 2748:23,
2748:24, 2748:25

**WEDDING** [5] -
2571:5, 2571:12,
2572:12, 2572:23,
2620:22

**WEDNESDAY** [3] -
2541:7, 2546:2,
2601:2

**WEEK** [3] - 2622:4,
2626:13, 2627:24

**WEEK'S** [2] - 2626:16,
2627:23

**WELCOME** [1] -
2571:2

**WELL** [81] - 2548:14,
2549:8, 2549:25,
2552:6, 2554:2,
2556:10, 2557:11,
2558:12, 2559:15,
2559:22, 2561:10,
2570:23, 2578:15,
2582:6, 2582:7,
2582:11, 2582:12,

2590:5, 2597:25,
2602:16, 2603:1,
2603:23, 2609:8,
2612:19, 2616:14,
2621:24, 2629:3,
2629:12, 2630:24,
2635:1, 2635:22,
2636:15, 2636:22,
2641:8, 2641:24,
2645:12, 2645:16,
2649:17, 2656:4,
2663:17, 2664:18,
2665:4, 2675:16,
2675:17, 2676:20,
2677:15, 2677:22,
2678:24, 2680:1,
2681:22, 2683:19,
2690:18, 2693:25,
2695:13, 2696:1,
2698:16, 2699:18,
2699:25, 2700:16,
2706:7, 2708:6,
2713:3, 2713:10,
2714:9, 2714:18,
2715:5, 2715:10,
2716:20, 2717:17,
2720:8, 2724:3,
2728:7, 2731:21,
2735:22, 2741:20,
2748:14, 2748:21,
2757:15, 2758:6,
2759:25

**WELLS** [1] - 2579:4

**WENT** [27] - 2559:23,
2560:1, 2560:4,
2565:12, 2565:23,
2598:7, 2606:6,
2620:5, 2628:7,
2630:11, 2630:13,
2630:17, 2631:14,
2642:3, 2643:24,
2657:22, 2665:4,
2671:18, 2671:19,
2681:24, 2686:6,
2686:15, 2701:4,
2703:20, 2728:23,
2731:15, 2751:3

**WERE** [141] - 2548:6,
2549:1, 2549:11,
2549:13, 2549:18,
2549:19, 2549:22,
2555:1, 2555:7,
2558:1, 2560:13,
2561:1, 2563:17,
2563:22, 2564:3,
2564:13, 2566:1,
2567:11, 2567:15,
2568:21, 2572:19,
2572:24, 2573:2,
2580:1, 2580:17,
2580:22, 2581:5,

2581:17, 2581:20,
2582:7, 2583:6,
2583:7, 2583:20,
2584:15, 2585:14,
2585:18, 2589:18,
2591:18, 2596:16,
2597:21, 2598:6,
2599:4, 2601:14,
2601:15, 2601:23,
2602:25, 2603:2,
2603:4, 2603:21,
2604:4, 2604:6,
2604:7, 2604:8,
2604:21, 2610:2,
2615:11, 2617:16,
2620:14, 2620:18,
2621:3, 2621:5,
2622:8, 2623:22,
2625:9, 2625:25,
2626:16, 2631:22,
2632:16, 2633:2,
2633:9, 2633:16,
2633:23, 2633:25,
2634:19, 2636:15,
2640:18, 2644:16,
2646:16, 2647:7,
2647:9, 2647:11,
2648:10, 2648:12,
2648:14, 2648:17,
2648:24, 2649:1,
2649:6, 2649:8,
2649:9, 2649:11,
2649:25, 2650:2,
2651:5, 2651:20,
2651:22, 2652:18,
2660:1, 2660:9,
2665:2, 2665:7,
2673:10, 2674:3,
2674:15, 2675:19,
2676:20, 2677:9,
2681:7, 2686:5,
2686:8, 2687:18,
2688:3, 2688:5,
2688:6, 2688:8,
2688:19, 2691:9,
2694:25, 2697:3,
2700:5, 2701:25,
2702:2, 2703:25,
2705:7, 2706:5,
2706:10, 2712:3,
2721:20, 2725:20,
2727:7, 2729:3,
2732:8, 2733:23,
2747:4, 2754:9,
2759:14

**WEREN'T** [9] -
2573:16, 2574:13,
2615:9, 2615:17,
2615:20, 2615:23,
2648:14, 2688:6,
2721:17

**WEST** [31] - 2560:2,
2601:20, 2601:24,
2602:4, 2604:6,
2608:25, 2609:2,
2631:12, 2640:25,
2650:6, 2654:18,
2661:4, 2669:17,
2669:25, 2670:3,
2670:11, 2670:14,
2671:19, 2672:16,
2679:7, 2680:11,
2683:15, 2700:3,
2729:12, 2736:11,
2737:12, 2743:22,
2744:9, 2755:14,
2755:16, 2759:5

**WESTWARD** [1] -
2560:5

**WETLANDS** [4] -
2718:21, 2720:23,
2721:15, 2730:12

**WETTING** [1] - 2730:5

**WGI** [51] - 2549:22,
2555:24, 2559:5,
2559:7, 2560:6,
2565:20, 2566:7,
2566:10, 2566:14,
2566:23, 2567:23,
2568:7, 2568:13,
2568:19, 2569:5,
2569:15, 2569:16,
2569:19, 2569:21,
2570:3, 2570:8,
2570:19, 2572:18,
2572:25, 2573:3,
2573:10, 2575:5,
2583:1, 2583:11,
2583:21, 2584:9,
2584:23, 2585:5,
2585:11, 2585:14,
2585:19, 2597:21,
2602:9, 2602:25,
2615:1, 2615:8,
2617:13, 2620:14,
2626:11, 2629:13,
2630:25, 2638:2,
2644:20, 2646:2,
2646:7, 2652:7

**WGI'S** [3] - 2573:6,
2573:19, 2574:8

**WHARF** [4] - 2648:20,
2648:25, 2649:3,
2650:6

**WHARVES** [1] -
2649:5

**WHAT** [254] - 2548:11,
2549:10, 2550:19,
2550:25, 2551:3,
2551:19, 2554:19,
2555:24, 2557:20,

2558:1, 2561:8,
2562:1, 2562:22,
2562:25, 2564:24,
2565:17, 2565:22,
2567:10, 2568:2,
2568:24, 2569:24,
2570:23, 2571:24,
2575:13, 2579:16,
2581:17, 2584:16,
2585:11, 2588:18,
2588:19, 2589:22,
2589:23, 2589:25,
2590:3, 2590:18,
2593:7, 2593:15,
2593:17, 2594:6,
2594:7, 2594:12,
2595:6, 2595:8,
2595:13, 2595:16,
2596:1, 2596:7,
2596:13, 2598:3,
2598:5, 2598:17,
2603:11, 2603:14,
2607:22, 2608:20,
2609:3, 2611:19,
2613:20, 2614:1,
2614:6, 2619:8,
2620:9, 2621:10,
2622:18, 2623:20,
2624:13, 2625:18,
2626:23, 2627:10,
2629:8, 2629:13,
2630:10, 2630:21,
2631:13, 2632:15,
2634:21, 2635:7,
2635:22, 2636:17,
2637:7, 2641:8,
2641:9, 2641:19,
2641:25, 2642:1,
2642:11, 2642:14,
2642:21, 2643:13,
2643:20, 2644:2,
2644:5, 2644:9,
2647:19, 2649:17,
2650:2, 2651:22,
2653:8, 2654:8,
2654:10, 2654:14,
2657:19, 2658:3,
2658:11, 2659:10,
2660:9, 2662:8,
2662:10, 2662:24,
2663:2, 2663:16,
2664:24, 2665:24,
2667:13, 2668:9,
2668:14, 2669:8,
2669:21, 2670:10,
2671:5, 2672:4,
2673:7, 2676:15,
2676:18, 2677:3,
2677:10, 2677:13,
2678:9, 2678:20,
2678:22, 2678:24,

2679:5, 2680:9, 2680:13, 2681:5, 2682:20, 2683:4, 2684:6, 2684:14, 2684:15, 2684:16, 2684:20, 2684:22, 2685:1, 2685:3, 2687:10, 2689:2, 2689:7, 2689:11, 2689:23, 2691:18, 2696:8, 2696:13, 2696:14, 2696:20, 2699:3, 2699:16, 2700:23, 2701:11, 2702:2, 2703:1, 2705:13, 2705:21, 2706:8, 2706:11, 2706:16, 2706:18, 2706:21, 2707:2, 2707:22, 2708:18, 2708:21, 2708:25, 2709:5, 2710:7, 2710:8, 2710:11, 2710:21, 2712:4, 2712:11, 2712:15, 2712:16, 2713:4, 2713:17, 2714:5, 2714:18, 2717:20, 2717:24, 2718:10, 2718:12, 2718:14, 2719:14, 2720:3, 2722:21, 2723:12, 2723:25, 2724:3, 2724:17, 2724:20, 2724:25, 2725:8, 2726:7, 2726:12, 2726:15, 2726:21, 2727:10, 2727:18, 2728:2, 2728:5, 2729:6, 2729:11, 2730:18, 2731:5, 2731:6, 2732:5, 2732:16, 2734:2, 2734:10, 2734:23, 2736:5, 2736:8, 2736:24, 2738:1, 2738:11, 2738:23, 2739:23, 2740:6, 2741:10, 2741:15, 2741:17, 2745:11, 2746:18, 2747:3, 2749:8, 2749:15, 2752:13, 2752:19, 2752:23, 2753:5, 2755:1, 2756:1, 2756:15, 2756:20, 2757:21, 2757:22, 2758:7, 2758:15, 2761:17

**WHAT'S** [21] - 2555:5, 2572:15, 2581:12,

2586:19, 2590:6, 2593:5, 2604:17, 2622:6, 2626:23, 2640:22, 2641:3, 2643:11, 2689:24, 2693:22, 2696:16, 2698:11, 2698:24, 2699:14, 2711:23, 2714:9, 2743:2

**WHATEVER** [13] - 2566:5, 2566:23, 2567:17, 2599:18, 2637:9, 2638:10, 2644:13, 2666:2, 2668:15, 2690:4, 2707:14, 2707:15, 2714:2

**WHEN** [111] - 2548:6, 2557:1, 2558:1, 2560:20, 2563:5, 2564:5, 2564:19, 2564:20, 2564:22, 2567:16, 2573:10, 2573:16, 2575:13, 2575:15, 2575:16, 2576:24, 2577:5, 2577:20, 2579:10, 2579:17, 2581:3, 2584:1, 2585:8, 2585:14, 2595:25, 2603:25, 2610:6, 2611:7, 2612:21, 2615:11, 2621:4, 2622:8, 2623:18, 2625:9, 2633:12, 2644:13, 2647:1, 2647:13, 2649:2, 2649:8, 2652:5, 2652:9, 2658:2, 2663:11, 2664:18, 2664:22, 2666:6, 2667:22, 2673:10, 2674:18, 2674:21, 2674:22, 2674:23, 2675:9, 2678:2, 2681:5, 2686:15, 2691:12, 2691:17, 2695:7, 2703:19, 2706:15, 2713:19, 2713:23, 2722:19, 2725:2, 2725:24, 2726:5, 2726:14, 2726:17, 2726:19, 2727:6, 2727:8, 2727:14, 2727:17, 2728:12, 2728:14, 2728:18, 2732:7, 2732:20, 2733:8, 2734:4, 2735:7, 2736:4, 2736:23, 2741:19, 2742:13,

2743:12, 2744:23, 2745:4, 2747:5, 2747:17, 2748:4, 2750:13, 2751:11, 2752:5, 2752:25, 2755:20, 2755:21, 2756:15, 2757:11, 2757:15, 2759:12, 2760:13, 2761:2, 2761:17, 2761:19

**WHENEVER** [1] - 2680:25

**WHERE** [81] - 2548:17, 2554:8, 2554:13, 2562:3, 2590:21, 2603:8, 2609:18, 2609:21, 2610:3, 2614:14, 2616:14, 2616:17, 2623:1, 2623:16, 2631:9, 2632:8, 2638:6, 2640:19, 2640:23, 2641:1, 2641:11, 2642:2, 2649:5, 2657:24, 2658:24, 2661:1, 2661:3, 2661:22, 2661:23, 2662:18, 2664:11, 2668:5, 2668:11, 2668:12, 2669:16, 2671:9, 2671:18, 2672:9, 2672:13, 2672:15, 2672:16, 2674:1, 2674:3, 2676:6, 2676:16, 2676:21, 2678:3, 2680:11, 2680:15, 2681:18, 2683:3, 2683:20, 2683:21, 2684:6, 2684:11, 2686:18, 2686:21, 2687:4, 2689:20, 2690:3, 2697:3, 2700:5, 2706:25, 2713:17, 2722:18, 2722:24, 2723:1, 2724:23, 2728:3, 2731:1, 2733:20, 2740:4, 2740:15, 2740:22, 2741:20, 2742:4, 2749:3, 2755:6, 2761:15

**WHERE'S** [1] - 2676:2

**WHEREAS** [1] - 2751:19

**WHEREUPON** [4] - 2600:4, 2645:9, 2656:10, 2683:9

**WHETHER** [22] -

2547:11, 2549:12, 2569:1, 2571:11, 2573:19, 2574:8, 2580:13, 2582:22, 2584:17, 2596:7, 2596:11, 2597:12, 2608:1, 2614:12, 2647:21, 2649:9, 2671:8, 2684:20, 2689:25, 2692:5, 2706:17, 2712:3

**WHICH** [88] - 2546:8, 2550:13, 2557:10, 2560:8, 2573:11, 2575:22, 2576:23, 2576:25, 2577:8, 2581:8, 2581:15, 2581:22, 2584:22, 2585:22, 2586:9, 2587:5, 2588:1, 2593:8, 2598:8, 2606:5, 2622:17, 2622:22, 2628:5, 2633:25, 2649:24, 2651:5, 2656:24, 2660:5, 2660:24, 2662:10, 2670:19, 2671:14, 2673:24, 2678:5, 2683:5, 2685:8, 2689:21, 2693:5, 2697:10, 2697:17, 2697:19, 2699:8, 2700:1, 2700:4, 2700:17, 2700:22, 2702:1, 2703:15, 2704:8, 2704:13, 2704:14, 2705:6, 2708:23, 2711:15, 2712:6, 2713:11, 2715:3, 2715:7, 2715:19, 2716:1, 2716:15, 2717:17, 2717:22, 2718:12, 2718:13, 2720:5, 2720:8, 2720:23, 2724:2, 2724:20, 2725:8, 2725:19, 2727:24, 2728:2, 2728:10, 2734:20, 2737:9, 2744:19, 2745:18, 2746:2, 2746:18, 2746:23, 2749:23, 2750:6, 2753:22, 2757:4, 2757:17, 2760:8

**WHILE** [5] - 2557:10, 2658:12, 2725:20, 2725:22, 2753:25

**WHO** [8] - 2569:11, 2584:21, 2607:19,

2607:25, 2608:2, 2634:7, 2643:23, 2711:25

**WHOLE** [11] - 2546:9, 2656:25, 2669:4, 2693:6, 2703:7, 2713:22, 2723:2, 2737:19, 2746:8, 2746:10

**WHOM** [1] - 2657:14

**WHOSE** [1] - 2681:5

**WHY** [20] - 2567:9, 2575:7, 2602:16, 2615:16, 2615:17, 2628:11, 2639:8, 2642:25, 2645:18, 2647:4, 2651:15, 2663:5, 2665:3, 2679:10, 2690:25, 2707:12, 2707:17, 2736:15, 2737:23, 2744:19

**WIDE** [6] - 2598:15, 2654:16, 2740:25, 2750:3, 2750:8, 2751:17

**WIDE-FLANGE** [1] - 2598:15

**WIDELY** [1] - 2743:6

**WIDTH** [4] - 2630:22, 2654:15, 2737:19, 2742:11

**WILL** [35] - 2546:9, 2558:19, 2558:21, 2558:22, 2582:18, 2599:10, 2600:2, 2603:10, 2603:11, 2609:11, 2629:25, 2655:22, 2655:24, 2656:1, 2656:5, 2656:25, 2659:14, 2662:17, 2667:1, 2667:14, 2670:25, 2690:10, 2693:6, 2700:2, 2704:20, 2707:13, 2711:7, 2712:6, 2731:23, 2735:24, 2738:20, 2744:25, 2758:20, 2759:24

**WILLIAM** [2] - 2543:12, 2749:3

**WILSHIRE** [1] - 2543:4

**WIND** [11] - 2720:17, 2720:23, 2729:12, 2734:3, 2734:4, 2734:13, 2735:4, 2735:16, 2738:2, 2747:19

**HOURLY TRANSCRIPT**

**WINDOW** [1] - 2722:17

**WINDS** [4] - 2730:8, 2738:3, 2747:6, 2747:18

**WIRES** [1] - 2692:15

**WISH** [1] - 2716:15

**WITH** [186] - 2547:8, 2548:5, 2548:19, 2548:25, 2549:17, 2549:21, 2551:17, 2551:25, 2554:3, 2556:1, 2556:13, 2557:2, 2557:12, 2560:9, 2563:22, 2565:9, 2567:1, 2567:24, 2567:25, 2568:23, 2569:18, 2570:18, 2570:22, 2572:2, 2573:2, 2573:5, 2574:12, 2574:22, 2575:4, 2575:5, 2575:8, 2578:4, 2578:12, 2580:2, 2581:22, 2583:2, 2583:11, 2583:12, 2583:15, 2585:24, 2586:3, 2586:6, 2586:10, 2587:10, 2587:21, 2588:11, 2588:13, 2588:22, 2588:23, 2589:12, 2591:1, 2591:4, 2591:21, 2592:7, 2593:1, 2594:2, 2595:19, 2597:6, 2597:19, 2598:15, 2601:16, 2603:17, 2604:8, 2604:12, 2605:5, 2605:20, 2607:20, 2609:18, 2610:7, 2610:19, 2610:25, 2611:16, 2612:25, 2614:2, 2614:17, 2616:6, 2617:20, 2621:1, 2621:5, 2623:2, 2623:4, 2625:25, 2626:4, 2628:13, 2631:7, 2633:22, 2633:24, 2633:25, 2634:7, 2634:20, 2634:21, 2634:25, 2635:6, 2635:9, 2638:2, 2639:2, 2639:16, 2640:13, 2644:4, 2644:16, 2645:18, 2647:9, 2649:10, 2649:11, 2649:25,

2656:17, 2657:19, 2658:8, 2658:9, 2658:15, 2661:19, 2661:23, 2664:24, 2669:8, 2670:1, 2671:14, 2672:6, 2672:21, 2679:20, 2680:9, 2680:25, 2681:17, 2685:21, 2687:18, 2691:10, 2691:20, 2692:14, 2695:3, 2695:23, 2696:8, 2697:11, 2698:3, 2698:23, 2699:20, 2700:14, 2702:1, 2704:2, 2705:6, 2706:11, 2708:24, 2709:15, 2710:17, 2710:20, 2710:23, 2711:2, 2711:24, 2712:7, 2714:13, 2717:8, 2717:17, 2719:10, 2719:18, 2720:9, 2725:7, 2725:9, 2726:10, 2726:12, 2728:15, 2729:12, 2732:6, 2732:11, 2733:25, 2734:5, 2738:10, 2738:15, 2739:2, 2745:10, 2746:19, 2747:14, 2750:16, 2751:7, 2751:25, 2752:21, 2754:13, 2754:15, 2755:1, 2756:10, 2756:20, 2758:3, 2759:14, 2760:17, 2760:25, 2761:8, 2761:18

**WITHDRAW** [2] - 2666:23, 2667:9

**WITHDRAWN** [1] - 2666:23

**WITHIN** [16] - 2564:4, 2564:6, 2564:14, 2564:15, 2575:11, 2575:15, 2575:16, 2584:1, 2584:10, 2626:12, 2638:17, 2643:18, 2675:1, 2754:3, 2754:5, 2754:23

**WITHOUT** [5] - 2560:8, 2568:15, 2721:10, 2721:11, 2735:14

**WITNESS** [118] - 2546:11, 2546:13, 2547:22, 2556:1,

2556:13, 2556:24, 2558:3, 2558:9, 2558:11, 2558:20, 2570:15, 2571:14, 2571:24, 2573:25, 2576:7, 2577:15, 2584:21, 2586:15, 2586:19, 2587:1, 2588:7, 2591:8, 2591:13, 2592:17, 2595:11, 2599:3, 2599:12, 2599:16, 2607:12, 2607:13, 2607:16, 2610:24, 2621:9, 2623:4, 2624:12, 2627:2, 2628:17, 2638:3, 2641:16, 2642:15, 2645:5, 2645:7, 2647:23, 2648:1, 2652:8, 2653:13, 2653:18, 2655:21, 2655:24, 2656:1, 2656:5, 2656:6, 2657:2, 2657:4, 2657:8, 2665:18, 2667:24, 2673:24, 2675:5, 2675:11, 2675:20, 2678:15, 2681:9, 2689:16, 2692:13, 2692:16, 2692:17, 2692:24, 2693:8, 2693:10, 2693:14, 2694:16, 2694:19, 2705:2, 2705:21, 2707:2, 2707:10, 2707:17, 2708:6, 2711:6, 2711:13, 2712:22, 2713:21, 2716:11, 2716:12, 2716:23, 2723:17, 2723:20, 2725:15, 2725:17, 2729:25, 2740:6, 2740:16, 2740:19, 2741:25, 2747:25, 2748:8, 2748:11, 2748:13, 2750:20, 2750:23, 2751:1, 2751:14, 2752:11, 2752:14, 2754:11, 2754:15, 2754:20, 2754:22, 2756:6, 2756:9, 2756:14, 2756:19, 2758:15, 2759:18, 2759:21, 2759:24

**WITNESS'** [1] - 2595:7

**WITNESS'S** [2] - 2581:17, 2666:15

**WITNESSED** [1] -

2652:25

**WITNESSES** [3] - 2547:24, 2666:11, 2703:25

**WITTMANN** [1] - 2543:11

**WON'T** [2] - 2577:9, 2708:14

**WOODCOCK** [1] - 2544:6

**WOODEN** [1] - 2625:14

**WORD** [1] - 2561:3

**WORDED** [1] - 2627:21

**WORDS** [13] - 2547:4, 2559:25, 2571:21, 2619:17, 2621:4, 2638:17, 2638:19, 2638:20, 2638:25, 2647:2, 2669:16, 2682:22, 2727:3

**WORK** [42] - 2560:8, 2560:21, 2565:12, 2567:20, 2569:19, 2569:22, 2573:6, 2573:10, 2573:12, 2573:19, 2574:8, 2577:6, 2578:17, 2578:23, 2579:10, 2583:7, 2583:16, 2583:21, 2584:10, 2594:11, 2602:18, 2606:4, 2606:9, 2615:3, 2616:12, 2620:15, 2625:9, 2627:4, 2630:6, 2632:21, 2644:15, 2644:20, 2658:10, 2693:22, 2695:24, 2696:1, 2701:16, 2701:17, 2705:6, 2706:12, 2721:23, 2741:25

**WORKED** [3] - 2653:1, 2657:23, 2727:20

**WORKING** [3] - 2572:8, 2584:1, 2722:8

**WORKS** [2] - 2584:7, 2596:10

**WORLD** [2] - 2697:18, 2700:24

**WORRIED** [2] - 2561:1, 2561:3

**WORRY** [4] - 2575:19, 2577:1, 2577:2

**WORRYING** [1] - 2576:13

**WORTH** [4] - 2626:16,

2627:23, 2747:21, 2753:18

**WOULD** [204] - 2546:7, 2547:8, 2547:22, 2550:17, 2554:14, 2555:17, 2556:19, 2556:20, 2556:25, 2558:9, 2561:3, 2564:22, 2565:7, 2568:7, 2570:19, 2570:22, 2571:3, 2571:7, 2572:6, 2572:7, 2574:4, 2574:24, 2577:13, 2577:15, 2578:9, 2579:6, 2579:7, 2579:12, 2579:13, 2586:3, 2591:5, 2591:21, 2592:20, 2596:17, 2596:19, 2597:16, 2597:19, 2597:21, 2598:25, 2599:5, 2599:7, 2599:8, 2599:15, 2599:22, 2605:13, 2605:25, 2607:19, 2607:25, 2610:18, 2612:13, 2612:14, 2612:19, 2612:24, 2613:2, 2613:17, 2613:18, 2613:20, 2613:21, 2614:22, 2614:24, 2615:4, 2615:16, 2616:6, 2616:11, 2616:12, 2618:17, 2621:4, 2621:5, 2621:22, 2625:25, 2626:7, 2626:13, 2627:25, 2629:15, 2632:8, 2634:23, 2635:1, 2638:10, 2638:11, 2639:2, 2641:5, 2642:2, 2644:5, 2644:24, 2649:13, 2653:10, 2654:8, 2656:15, 2656:23, 2657:6, 2658:11, 2658:12, 2658:13, 2658:14, 2659:24, 2661:4, 2661:25, 2662:24, 2663:3, 2663:21, 2663:22, 2665:11, 2665:24, 2667:7, 2668:24, 2668:25, 2669:5, 2669:22, 2671:9, 2673:7, 2673:22, 2675:2, 2675:13, 2676:25, 2677:15, 2677:20,

2678:24, 2678:25, 2679:14, 2681:2, 2681:13, 2681:25, 2682:19, 2682:20, 2683:15, 2684:8, 2685:8, 2685:16, 2689:21, 2690:1, 2690:5, 2690:13, 2690:18, 2690:22, 2691:10, 2692:6, 2693:4, 2693:12, 2694:10, 2703:1, 2703:5, 2704:17, 2709:9, 2710:12, 2710:13, 2715:18, 2715:19, 2717:21, 2718:8, 2721:7, 2723:15, 2725:25, 2726:14, 2727:1, 2727:4, 2727:5, 2727:9, 2728:22, 2733:2, 2734:16, 2734:18, 2735:16, 2736:18, 2737:5, 2737:24, 2738:25, 2739:9, 2741:1, 2741:5, 2741:8, 2743:17, 2744:10, 2745:18, 2746:6, 2746:8, 2746:11, 2746:13, 2747:9, 2747:11, 2747:12, 2747:22, 2748:8, 2749:8, 2750:6, 2750:7, 2750:10, 2750:23, 2752:6, 2752:17, 2754:8, 2756:11, 2757:4, 2759:20

**WOULDN'T** [12] - 2547:10, 2561:3, 2565:14, 2576:16, 2596:17, 2602:2, 2610:20, 2612:13, 2614:23, 2626:19, 2690:5, 2691:9

**WRITE** [2] - 2706:12, 2706:13

**WRITES** [1] - 2608:17

**WRITING** [2] - 2557:12, 2666:12

**WRITTEN** [5] - 2624:22, 2627:8, 2658:22, 2697:24, 2708:23

**WRONG** [3] - 2580:25, 2664:22, 2664:23

**WROTE** [1] - 2637:14

## Y

**Y'ALL** [1] - 2675:6

**YEAH** [16] - 2614:21, 2664:13, 2671:18, 2672:23, 2675:2, 2675:17, 2676:7, 2677:10, 2678:2, 2680:20, 2684:6, 2686:6, 2687:13, 2692:6, 2754:15

**YEAR** [3] - 2653:1, 2660:5, 2699:11

**YEARS** [20] - 2561:23, 2590:5, 2606:10, 2660:6, 2660:8, 2660:9, 2662:6, 2665:25, 2690:16, 2695:18, 2697:5, 2697:8, 2700:3, 2700:7, 2700:21, 2701:12, 2719:21, 2720:9, 2720:19, 2723:7

**YELLOW** [3] - 2661:10, 2662:18, 2671:13

**YES** [257] - 2548:7, 2548:20, 2550:6, 2550:8, 2553:13, 2553:23, 2554:1, 2554:4, 2554:10, 2555:3, 2555:16, 2555:20, 2555:23, 2556:6, 2559:6, 2563:16, 2564:9, 2564:18, 2565:1, 2565:16, 2565:18, 2566:9, 2566:13, 2566:16, 2569:4, 2569:13, 2572:5, 2572:14, 2572:17, 2574:2, 2574:15, 2574:18, 2577:15, 2578:1, 2578:22, 2579:23, 2580:4, 2580:7, 2580:20, 2582:2, 2583:14, 2583:24, 2585:7, 2585:10, 2585:17, 2585:25, 2587:1, 2588:7, 2590:2, 2591:3, 2591:12, 2592:6, 2592:10, 2592:13, 2592:18, 2593:25, 2594:20, 2595:24, 2596:3, 2596:19, 2601:11, 2601:17, 2602:15, 2603:6, 2603:12,

2603:15, 2604:13, 2604:16, 2604:20, 2605:11, 2605:15, 2606:10, 2606:23, 2608:12, 2609:9, 2611:15, 2612:2, 2612:5, 2615:14, 2616:1, 2616:16, 2617:2, 2619:14, 2620:1, 2620:16, 2620:18, 2621:2, 2621:21, 2622:2, 2628:8, 2628:10, 2628:18, 2629:11, 2629:20, 2631:1, 2631:16, 2631:23, 2632:10, 2632:13, 2632:19, 2632:22, 2633:4, 2633:8, 2633:10, 2633:21, 2634:9, 2634:16, 2636:6, 2636:24, 2637:25, 2639:7, 2640:4, 2641:23, 2642:7, 2643:9, 2643:12, 2645:23, 2646:4, 2646:18, 2646:23, 2647:12, 2647:16, 2647:22, 2648:8, 2648:21, 2650:12, 2650:14, 2651:7, 2651:21, 2652:19, 2653:17, 2655:3, 2658:1, 2658:6, 2658:11, 2658:21, 2658:23, 2659:2, 2659:7, 2659:23, 2660:14, 2660:18, 2661:3, 2661:8, 2661:11, 2661:14, 2661:17, 2661:21, 2662:1, 2662:5, 2662:13, 2662:20, 2662:23, 2663:7, 2663:13, 2664:2, 2664:4, 2664:13, 2665:2, 2666:4, 2668:4, 2668:7, 2668:21, 2669:10, 2669:12, 2669:14, 2670:5, 2670:11, 2670:15, 2670:17, 2670:24, 2671:12, 2672:3, 2672:19, 2673:13, 2673:17, 2674:14, 2674:17, 2675:11, 2675:12, 2676:10, 2676:14, 2679:5, 2679:9, 2679:18, 2680:5, 2680:7,

2680:12, 2680:20, 2680:22, 2681:1, 2681:19, 2681:22, 2682:24, 2683:16, 2684:7, 2684:9, 2685:2, 2685:7, 2685:23, 2686:6, 2686:14, 2686:20, 2687:2, 2687:22, 2687:25, 2688:9, 2689:9, 2689:14, 2689:16, 2690:7, 2690:21, 2693:20, 2694:9, 2695:11, 2695:19, 2697:16, 2697:24, 2698:5, 2698:7, 2702:4, 2702:7, 2702:10, 2702:13, 2702:16, 2702:19, 2702:25, 2706:6, 2708:13, 2709:8, 2709:24, 2710:9, 2711:5, 2713:16, 2715:5, 2715:9, 2716:8, 2716:18, 2716:24, 2729:22, 2739:17, 2741:24, 2750:20, 2752:12, 2752:14, 2754:11, 2756:6, 2756:9, 2759:18

**YESTERDAY** [52] - 2546:25, 2556:1, 2557:20, 2558:15, 2559:3, 2560:6, 2560:13, 2561:23, 2563:14, 2565:20, 2568:3, 2569:14, 2574:12, 2575:9, 2577:23, 2578:5, 2578:7, 2580:3, 2585:5, 2585:10, 2585:23, 2586:2, 2591:1, 2591:17, 2593:1, 2598:19, 2599:4, 2602:13, 2603:10, 2603:15, 2603:21, 2615:12, 2621:21, 2623:18, 2624:19, 2628:12, 2628:21, 2631:17, 2631:21, 2633:9, 2633:24, 2634:18, 2634:23, 2634:24, 2635:7, 2637:16, 2638:3, 2639:5, 2644:15, 2646:21, 2648:19, 2651:23

**YESTERDAY'S** [1] - 2622:9

**YET** [4] - 2579:13,

2615:8, 2678:14, 2679:21

**YOU** [1020] - 2546:7, 2546:8, 2546:10, 2547:4, 2547:8, 2547:14, 2547:15, 2547:18, 2548:2, 2548:5, 2548:6, 2548:14, 2548:15, 2548:16, 2548:17, 2548:18, 2548:19, 2548:25, 2549:1, 2549:21, 2550:2, 2550:5, 2550:9, 2550:10, 2550:17, 2551:3, 2551:9, 2551:17, 2551:22, 2552:1, 2552:12, 2552:17, 2552:22, 2553:3, 2553:5, 2554:8, 2554:13, 2554:23, 2555:4, 2555:12, 2555:17, 2555:25, 2556:4, 2556:5, 2556:9, 2556:17, 2557:21, 2557:22, 2557:24, 2557:25, 2558:1, 2558:11, 2558:16, 2558:18, 2558:19, 2558:20, 2559:2, 2559:15, 2559:22, 2559:23, 2560:1, 2560:6, 2560:10, 2560:12, 2560:13, 2560:14, 2560:18, 2560:20, 2560:21, 2560:25, 2561:1, 2561:8, 2561:10, 2561:12, 2561:20, 2561:25, 2562:1, 2562:6, 2562:10, 2562:19, 2562:25, 2563:14, 2563:17, 2563:20, 2563:22, 2563:23, 2564:1, 2564:3, 2564:10, 2564:13, 2564:19, 2564:22, 2564:24, 2565:6, 2565:12, 2565:19, 2565:23, 2566:7, 2566:10, 2566:14, 2567:2, 2567:4, 2567:10, 2567:11, 2567:13, 2567:15, 2567:16, 2568:19, 2568:21, 2568:23, 2568:24, 2569:10, 2569:11, 2569:24, 2569:25, 2570:1, 2570:8,

| | | | | |
|---|---|---|---|---|
| 2570:19, 2570:23, | 2595:19, 2595:22, | 2628:16, 2628:21, | 2652:6, 2652:12, | 2681:17, 2681:20, |
| 2570:25, 2571:7, | 2595:25, 2596:2, | 2628:23, 2628:24, | 2652:16, 2652:20, | 2682:4, 2682:5, |
| 2571:21, 2572:15, | 2596:4, 2596:5, | 2629:2, 2629:3, | 2652:25, 2653:1, | 2682:17, 2682:19, |
| 2572:22, 2572:24, | 2596:10, 2596:12, | 2629:12, 2629:18, | 2653:4, 2653:24, | 2682:20, 2682:23, |
| 2573:2, 2573:16, | 2596:16, 2596:21, | 2629:22, 2629:25, | 2654:2, 2654:8, | 2683:3, 2683:5, |
| 2574:4, 2574:12, | 2597:2, 2597:7, | 2630:18, 2630:21, | 2654:11, 2654:18, | 2683:8, 2683:13, |
| 2574:13, 2574:14, | 2597:8, 2597:12, | 2631:13, 2631:17, | 2655:1, 2655:8, | 2683:14, 2683:23, |
| 2574:16, 2574:22, | 2597:15, 2597:19, | 2631:21, 2631:24, | 2655:14, 2655:15, | 2683:25, 2684:6, |
| 2575:3, 2575:9, | 2597:25, 2598:6, | 2632:2, 2632:6, | 2655:19, 2655:20, | 2684:13, 2684:15, |
| 2575:10, 2575:11, | 2599:7, 2599:10, | 2632:8, 2632:16, | 2655:21, 2655:24, | 2685:1, 2685:5, |
| 2575:13, 2575:15, | 2599:15, 2599:19, | 2632:18, 2632:20, | 2656:5, 2656:23, | 2685:9, 2685:11, |
| 2575:16, 2575:21, | 2601:10, 2601:22, | 2633:1, 2633:6, | 2656:24, 2657:1, | 2685:12, 2685:16, |
| 2575:23, 2576:5, | 2602:12, 2602:13, | 2633:9, 2633:19, | 2657:6, 2657:14, | 2685:17, 2685:19, |
| 2576:11, 2576:12, | 2602:14, 2602:21, | 2634:3, 2634:7, | 2657:16, 2657:19, | 2685:22, 2685:25, |
| 2576:13, 2576:16, | 2602:25, 2603:9, | 2634:14, 2634:21, | 2658:2, 2658:9, | 2686:2, 2686:5, |
| 2576:23, 2576:24, | 2603:20, 2604:14, | 2635:1, 2635:16, | 2659:3, 2659:5, | 2686:7, 2686:11, |
| 2577:7, 2577:8, | 2604:21, 2604:24, | 2636:10, 2636:22, | 2659:6, 2659:7, | 2686:18, 2687:15, |
| 2577:11, 2577:13, | 2605:2, 2605:3, | 2636:24, 2637:4, | 2659:10, 2659:14, | 2687:16, 2688:21, |
| 2577:19, 2577:22, | 2605:16, 2605:18, | 2637:7, 2637:16, | 2659:24, 2660:7, | 2688:25, 2689:2, |
| 2577:24, 2578:2, | 2605:25, 2606:5, | 2637:21, 2637:23, | 2660:19, 2661:6, | 2689:25, 2690:5, |
| 2578:4, 2578:7, | 2606:8, 2606:17, | 2638:2, 2638:6, | 2661:9, 2661:20, | 2690:9, 2690:10, |
| 2578:9, 2578:23, | 2606:18, 2606:21, | 2638:8, 2638:10, | 2662:3, 2662:6, | 2690:13, 2690:18, |
| 2578:24, 2579:7, | 2606:25, 2607:9, | 2638:11, 2639:2, | 2662:14, 2662:15, | 2690:22, 2690:23, |
| 2579:9, 2579:10, | 2607:15, 2607:16, | 2639:5, 2639:8, | 2662:17, 2662:19, | 2690:25, 2691:1, |
| 2579:13, 2579:16, | 2608:4, 2608:10, | 2639:9, 2639:18, | 2662:22, 2662:24, | 2691:3, 2691:4, |
| 2579:17, 2579:19, | 2608:13, 2608:20, | 2639:20, 2640:1, | 2663:5, 2663:7, | 2691:7, 2691:8, |
| 2579:21, 2580:2, | 2608:23, 2609:10, | 2640:5, 2640:15, | 2663:9, 2663:11, | 2691:9, 2691:10, |
| 2580:11, 2580:17, | 2609:11, 2609:15, | 2640:18, 2640:20, | 2663:13, 2663:14, | 2691:11, 2691:12, |
| 2580:21, 2581:14, | 2609:19, 2609:25, | 2640:24, 2641:8, | 2663:15, 2663:21, | 2691:13, 2691:14, |
| 2582:3, 2582:6, | 2610:1, 2610:8, | 2641:11, 2641:19, | 2663:22, 2664:12, | 2691:16, 2691:17, |
| 2582:14, 2582:22, | 2610:18, 2612:1, | 2641:24, 2641:25, | 2664:14, 2665:12, | 2691:18, 2691:20, |
| 2583:1, 2583:12, | 2612:3, 2612:6, | 2642:3, 2642:6, | 2665:14, 2666:8, | 2692:1, 2692:2, |
| 2583:16, 2583:21, | 2612:9, 2612:14, | 2642:8, 2642:11, | 2667:2, 2667:11, | 2692:5, 2692:8, |
| 2584:2, 2584:16, | 2612:19, 2612:24, | 2642:18, 2643:1, | 2667:18, 2668:11, | 2692:10, 2692:12, |
| 2584:20, 2584:22, | 2613:17, 2614:14, | 2643:4, 2643:5, | 2668:12, 2668:17, | 2692:13, 2692:16, |
| 2585:1, 2585:5, | 2614:16, 2614:17, | 2643:7, 2643:18, | 2669:2, 2669:8, | 2693:4, 2693:5, |
| 2585:8, 2585:9, | 2614:22, 2614:24, | 2643:20, 2643:23, | 2669:15, 2669:18, | 2693:7, 2693:12, |
| 2585:15, 2585:18, | 2615:1, 2615:5, | 2644:2, 2644:4, | 2669:25, 2670:1, | 2693:18, 2694:4, |
| 2585:19, 2585:22, | 2615:11, 2615:13, | 2644:5, 2644:9, | 2670:6, 2670:7, | 2694:5, 2694:8, |
| 2586:1, 2586:3, | 2616:3, 2616:6, | 2644:11, 2644:13, | 2670:10, 2670:13, | 2694:23, 2695:1, |
| 2586:11, 2586:16, | 2616:7, 2616:11, | 2644:17, 2644:19, | 2670:18, 2670:22, | 2695:12, 2695:15, |
| 2586:22, 2587:1, | 2616:22, 2618:20, | 2644:24, 2645:2, | 2670:25, 2671:7, | 2695:17, 2695:23, |
| 2587:2, 2589:1, | 2618:24, 2619:20, | 2645:8, 2645:20, | 2671:9, 2671:16, | 2696:7, 2696:20, |
| 2589:5, 2589:18, | 2619:22, 2619:25, | 2645:21, 2646:1, | 2671:21, 2671:24, | 2697:1, 2697:2, |
| 2589:19, 2589:20, | 2620:3, 2620:14, | 2646:6, 2646:10, | 2672:2, 2672:7, | 2697:3, 2697:14, |
| 2590:8, 2590:10, | 2620:19, 2620:23, | 2646:13, 2646:14, | 2672:10, 2672:20, | 2697:22, 2698:2, |
| 2590:11, 2590:18, | 2621:3, 2621:5, | 2646:16, 2646:19, | 2673:1, 2673:3, | 2698:3, 2698:6, |
| 2590:21, 2590:22, | 2621:8, 2621:15, | 2646:22, 2647:4, | 2673:10, 2673:18, | 2698:17, 2699:22, |
| 2591:1, 2591:2, | 2621:17, 2621:19, | 2647:11, 2647:14, | 2673:21, 2673:22, | 2699:23, 2700:12, |
| 2591:5, 2591:7, | 2621:24, 2622:3, | 2647:15, 2647:20, | 2674:3, 2674:15, | 2700:13, 2700:14, |
| 2591:12, 2591:14, | 2622:9, 2622:18, | 2648:5, 2648:7, | 2674:18, 2675:3, | 2701:11, 2701:22, |
| 2591:17, 2591:21, | 2622:25, 2623:1, | 2648:9, 2648:10, | 2675:13, 2676:8, | 2701:25, 2702:2, |
| 2592:4, 2592:7, | 2623:5, 2623:6, | 2648:19, 2648:20, | 2676:15, 2676:18, | 2702:3, 2702:5, |
| 2592:11, 2592:15, | 2623:11, 2626:2, | 2648:22, 2648:23, | 2677:3, 2677:9, | 2702:8, 2702:9, |
| 2592:18, 2592:20, | 2626:4, 2626:7, | 2648:24, 2649:2, | 2677:20, 2677:24, | 2702:12, 2702:14, |
| 2592:22, 2592:25, | 2626:12, 2626:13, | 2649:9, 2649:19, | 2678:2, 2678:9, | 2702:18, 2702:20, |
| 2593:8, 2593:15, | 2626:16, 2626:19, | 2649:23, 2650:5, | 2678:24, 2679:1, | 2703:21, 2704:13, |
| 2593:18, 2593:21, | 2626:24, 2626:25, | 2650:8, 2650:10, | 2679:14, 2680:9, | 2704:17, 2704:18, |
| 2593:22, 2594:3, | 2627:15, 2627:23, | 2651:8, 2651:10, | 2680:15, 2680:17, | 2704:22, 2704:23, |
| 2594:10, 2594:19, | 2627:25, 2628:7, | 2651:11, 2651:13, | 2680:23, 2681:2, | 2704:24, 2704:25, |
| 2594:22, 2595:13, | 2628:11, 2628:12, | 2651:15, 2652:5, | 2681:7, 2681:13, | 2705:1, 2705:2, |

**HOURLY TRANSCRIPT**

2705:6, 2705:10,
2705:11, 2705:20,
2705:25, 2706:2,
2706:3, 2706:4,
2706:16, 2706:18,
2706:21, 2707:23,
2707:25, 2708:4,
2708:7, 2708:12,
2708:14, 2708:15,
2708:16, 2708:17,
2708:19, 2709:3,
2709:7, 2709:8,
2709:11, 2709:14,
2709:16, 2709:19,
2709:22, 2709:25,
2710:3, 2710:10,
2710:12, 2710:13,
2710:15, 2710:16,
2710:20, 2710:23,
2711:3, 2711:10,
2712:20, 2713:4,
2713:10, 2713:12,
2713:13, 2713:19,
2714:1, 2714:2,
2714:5, 2714:13,
2714:18, 2714:19,
2714:20, 2714:21,
2715:16, 2716:3,
2716:5, 2716:9,
2716:10, 2716:14,
2716:15, 2717:4,
2717:6, 2717:12,
2717:15, 2717:16,
2719:10, 2719:11,
2719:12, 2722:18,
2722:19, 2722:21,
2723:5, 2723:12,
2723:16, 2723:18,
2723:21, 2723:23,
2723:25, 2724:2,
2724:6, 2724:25,
2725:4, 2725:16,
2725:20, 2727:20,
2727:22, 2728:2,
2728:5, 2728:7,
2729:10, 2729:11,
2729:17, 2729:20,
2730:3, 2730:5,
2730:7, 2730:11,
2730:18, 2730:24,
2731:5, 2731:12,
2732:15, 2732:18,
2732:19, 2733:8,
2733:10, 2734:6,
2734:17, 2735:4,
2736:16, 2736:21,
2738:3, 2738:10,
2738:19, 2739:6,
2739:8, 2739:10,
2739:20, 2739:21,
2739:25, 2740:18,

2740:23, 2741:3,
2741:10, 2741:15,
2741:17, 2741:19,
2742:1, 2742:7,
2742:8, 2742:11,
2742:15, 2743:5,
2743:25, 2744:17,
2744:19, 2744:20,
2744:23, 2745:15,
2746:13, 2747:9,
2747:11, 2747:12,
2747:13, 2747:15,
2747:24, 2748:12,
2748:14, 2750:23,
2751:10, 2751:16,
2751:17, 2751:20,
2751:25, 2752:5,
2752:23, 2752:25,
2753:2, 2753:5,
2753:19, 2754:4,
2755:1, 2755:2,
2755:5, 2755:8,
2755:9, 2756:16,
2756:20, 2757:6,
2757:7, 2757:9,
2757:11, 2757:16,
2757:19, 2757:21,
2757:22, 2758:7,
2758:15, 2758:23,
2759:1, 2759:8,
2759:11, 2759:23,
2760:3, 2760:4,
2760:9, 2760:13,
2760:14, 2760:21,
2761:17, 2761:19,
2761:21

**YOU'D** [3] - 2548:21,
2623:7, 2690:25

**YOU'LL** [13] - 2553:6,
2567:12, 2576:25,
2663:16, 2672:11,
2691:14, 2710:15,
2718:14, 2728:17,
2729:1, 2732:2,
2759:25, 2761:15

**YOU'RE** [63] -
2548:17, 2556:13,
2562:10, 2562:13,
2562:17, 2562:22,
2567:12, 2567:22,
2570:11, 2571:2,
2572:18, 2575:10,
2575:17, 2575:19,
2577:7, 2580:2,
2580:12, 2585:24,
2593:16, 2594:2,
2595:25, 2596:13,
2597:17, 2598:3,
2601:16, 2611:10,
2611:19, 2614:2,
2614:14, 2619:13,

2620:10, 2624:21,
2634:7, 2638:24,
2641:13, 2641:22,
2642:3, 2642:5,
2655:12, 2663:9,
2664:18, 2664:20,
2666:1, 2668:14,
2683:2, 2683:4,
2688:17, 2689:6,
2691:1, 2691:3,
2696:19, 2697:2,
2706:25, 2708:4,
2709:13, 2710:17,
2712:9, 2712:16,
2713:14, 2740:14,
2752:8, 2756:1

**YOU'VE** [16] -
2556:12, 2590:5,
2610:13, 2660:11,
2660:20, 2677:15,
2677:24, 2678:13,
2685:21, 2690:25,
2702:18, 2707:22,
2717:19, 2729:20

**YOUR** [281] - 2546:7,
2546:21, 2546:25,
2547:12, 2547:15,
2548:10, 2549:1,
2549:3, 2551:11,
2552:1, 2553:4,
2553:6, 2555:21,
2556:8, 2556:10,
2556:23, 2557:5,
2557:23, 2558:2,
2558:8, 2558:20,
2558:21, 2559:3,
2559:15, 2559:17,
2560:19, 2560:24,
2561:8, 2561:20,
2561:25, 2562:6,
2563:3, 2563:10,
2564:3, 2565:24,
2566:3, 2566:19,
2567:6, 2570:23,
2571:6, 2571:13,
2571:24, 2572:2,
2572:3, 2572:23,
2573:5, 2573:24,
2574:3, 2574:23,
2575:7, 2575:9,
2575:10, 2575:22,
2576:1, 2577:15,
2578:21, 2578:23,
2579:10, 2581:2,
2581:12, 2581:13,
2583:9, 2583:10,
2583:16, 2583:21,
2584:6, 2584:9,
2584:11, 2584:20,
2584:22, 2585:1,
2586:2, 2586:25,

2587:1, 2588:7,
2588:22, 2589:3,
2589:9, 2591:5,
2591:10, 2592:17,
2592:25, 2593:15,
2594:14, 2595:2,
2596:13, 2598:5,
2598:25, 2599:8,
2599:15, 2600:1,
2601:11, 2602:14,
2603:13, 2603:24,
2604:11, 2605:12,
2605:22, 2606:9,
2606:12, 2606:15,
2607:13, 2607:24,
2608:3, 2609:17,
2609:23, 2610:24,
2611:2, 2612:9,
2612:25, 2613:25,
2615:12, 2615:15,
2615:21, 2615:24,
2616:18, 2616:24,
2617:20, 2619:8,
2619:11, 2619:19,
2621:9, 2621:24,
2622:6, 2623:2,
2623:10, 2624:5,
2624:17, 2625:1,
2625:7, 2626:2,
2626:19, 2627:2,
2628:15, 2629:9,
2631:14, 2631:21,
2633:14, 2633:22,
2634:23, 2635:4,
2635:18, 2636:21,
2640:9, 2641:21,
2642:5, 2642:13,
2642:15, 2642:23,
2644:25, 2645:3,
2645:7, 2646:20,
2647:1, 2648:1,
2649:16, 2649:20,
2652:8, 2652:17,
2653:15, 2655:5,
2655:15, 2655:17,
2656:13, 2656:23,
2657:6, 2657:12,
2658:3, 2658:8,
2659:1, 2659:22,
2659:25, 2660:24,
2661:9, 2661:12,
2662:2, 2662:11,
2662:16, 2662:24,
2663:5, 2664:3,
2665:11, 2665:16,
2666:5, 2666:16,
2666:17, 2667:18,
2668:12, 2670:13,
2671:2, 2671:10,
2671:14, 2671:18,
2672:11, 2675:16,

2677:4, 2677:13,
2677:14, 2678:22,
2679:3, 2682:8,
2682:9, 2683:7,
2684:16, 2691:17,
2692:8, 2692:11,
2692:19, 2693:4,
2693:12, 2693:19,
2693:22, 2694:1,
2694:2, 2694:10,
2694:15, 2694:25,
2695:24, 2696:2,
2697:2, 2697:14,
2700:14, 2701:19,
2702:1, 2702:8,
2702:11, 2702:14,
2702:23, 2703:2,
2703:4, 2703:8,
2703:9, 2703:18,
2703:23, 2704:21,
2705:5, 2705:7,
2705:12, 2706:15,
2706:19, 2707:9,
2708:3, 2708:14,
2708:17, 2708:19,
2709:14, 2709:16,
2710:6, 2710:25,
2711:4, 2711:6,
2711:19, 2713:5,
2713:6, 2713:10,
2713:17, 2714:3,
2714:7, 2714:13,
2714:14, 2714:18,
2714:19, 2714:20,
2715:14, 2716:4,
2716:9, 2716:17,
2716:19, 2716:22,
2716:25, 2717:7,
2717:12, 2729:15,
2729:19, 2748:4,
2752:8, 2754:8

**YOURSELF** [1] -
2562:10

---

# Z

**ZERO** [3] - 2745:17,
2745:19, 2746:17
**ZITO** [1] - 2543:17
**ZONE** [2] - 2560:11,
2560:12
**ZOOM** [1] - 2732:1

**HOURLY TRANSCRIPT**