1                        UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA
2

3    ****************************************************************

4    IN RE:  KATRINA CANAL
     BREACHES CONSOLIDATED
5    LITIGATION

6                              CIVIL ACTION NO. 05-4182
                               SECTION "K"(2)
7                              NEW ORLEANS, LOUISIANA
                               THURSDAY, SEPTEMBER 27, 2012, 9:00 A.M.
8    PERTAINS TO:  MRGO

9      ARMSTRONG NO. 10-CV-866

10   ****************************************************************

11                     **DAY 12 MORNING SESSION**
                    TRANSCRIPT OF TRIAL PROCEEDINGS
12       HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                    UNITED STATES DISTRICT JUDGE
13

14   APPEARANCES:

15
     FOR THE PLAINTIFFS:             BRUNO & BRUNO
16                                   BY:   JOSEPH M. BRUNO, ESQUIRE
                                     855 BARONNE STREET
17                                   NEW ORLEANS LA  70113

18

19                                   THE ANDRY LAW FIRM
                                     BY:   JONATHAN B. ANDRY, ESQUIRE
20                                   610 BARONNE STREET
                                     NEW ORLEANS LA  70113
21

22                                   BARON & BUDD
23                                   BY:  THOMAS SIMS, ESQUIRE
                                     CARLA M. BURKE, ESQUIRE
24                                   3102 OAK LAWN AVENUE
                                     SUITE 1100
25                                   DALLAS TX  75219

                        **HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3

4                                      DEGRAVELLES PALMINTIER
                                       HOLTHAUS & FRUGE
                                       BY:  MICHAEL PALMINTIER, ESQ.
5                                      618 MAIN STREET
                                       BATON ROUGE LA  70801
6

7

8                                      LAW OFFICE OF ELWOOD STEVENS JR
                                       BY:  ELWOOD STEVENS JR, ESQUIRE
                                       1205 VICTOR II BOULEVARD
9                                      MORGAN CITY LA  70381

10

11                                     THE DUDENHEFER LAW FIRM
                                       BY: FRANK DUDENHEFER JR., ESQ.
12                                     601 POYDRAS STREET, SUITE 2655
                                       NEW ORLEANS LA  70130
13

14

15                                     FAYARD & HONEYCUTT
                                       BY:  CALVIN FAYARD, JR, ESQUIRE
                                       519 FLORIDA AVENUE SOUTHWEST
16                                     DENHAM SPRINGS LA  70726

17

18                                     JOANEN LAW FIRM
                                       BY:  SCOTT JOANEN, ESQUIRE
19                                     4905 FRERET STREET, SUITE B
                                       NEW ORLEANS LA  70115
20

21

22                                     LEVIN PAPANTONIO THOMAS
                                       MITCHELL ECHSNER & PROCTOR
                                       BY:  MATT SCHULTZ, ESQUIRE
23                                     316 S. BAYLEN STREET, SUITE 600
                                       PENSACOLA FL  32502
24

25

**HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                                        THE TRIAL LAW FIRM
                                         BY:  ANDREW P. OWEN, ESQUIRE
4                                        800 WILSHIRE BOULEVARD
                                         SUITE 500
5                                        LOS ANGELES CA  90017

6

7                                        J. ROBERT WARREN, II, A PLC
                                         BY:  J. ROBERT WARREN, II, ESQ.
8                                        1718 SHORT STREET
                                         NEW ORLEANS LA  70118
9

10

11   FOR WASHINGTON GROUP
     INTERNATIONAL, INC.:               STONE PIGMAN WALTHER WITTMANN
12                                       BY:  WILLIAM D. TREEBY, ESQUIRE
                                              HEATHER LONIAN, ESQUIRE
13                                            JAMES C. GULOTTA, ESQUIRE
                                              MAGGIE BROUSSARD, ESQUIRE
14                                       546 CARONDELET STREET
                                         NEW ORLEANS LA  70130
15

16

17                                       JONES DAY
                                         BY:  ADRIAN WAGER-ZITO, ESQUIRE
18                                            DEBRA CLAYMAN, ESQUIRE
                                              CHRISTOPHER THATCH, ESQ.
19                                            CHRISTOPHER FARRELL, ESQ.
                                              JULIA CRONIN, ESQUIRE
20                                            BRIAN KERWIN, ESQUIRE
                                         51 LOUISIANA AVENUE, N.W.
21                                       WASHINGTON DC  20001

22

23

24

25

                        **HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE UNITED STATES
     OF AMERICA:                    U.S. DEPARTMENT OF JUSTICE
4                                   BY:  ROBIN D. SMITH, ESQUIRE
                                         JAMES MCCONNON, JR., ESQ.
5                                        RUPERT MITSCH, ESQUIRE
                                         CONOR KELLS, ESQUIRE
6                                        JOHN A. WOODCOCK, ESQUIRE
                                    TORTS BRANCH, CIVIL DIVISION
7                                   BENJAMIN FRANKLIN STATION
                                    P.O. BOX 888
8                                   WASHINGTON D.C.  2004

9

10

11   OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
                                 CERTIFIED REALTIME REPORTER
12                               500 POYDRAS STREET, ROOM B406
                                 NEW ORLEANS LA  70130
13                               (504) 589-7779

14   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
15

16

17

18

19

20

21

22

23

24

25

                         **HOURLY TRANSCRIPT**

**I N D E X**

PAGE

CROSS-EXAMINATION BY MR. BRUNO........................2769

REDIRECT EXAMINATION BY MR. FARRELL...................2865

RECROSS-EXAMINATION BY MR. BRUNO......................2883

LUNCHEON RECESS.......................................2886

1                          **P-R-O-C-E-E-D-I-N-G-S**

2                      THURSDAY, SEPTEMBER 27, 2012

3                  M O R N I N G   S E S S I O N

4                      (COURT CALLED TO ORDER)

5

6

09:10AM    7          THE DEPUTY CLERK:  ALL RISE, PLEASE.  COURT IS IN

09:10AM    8   SESSION.  PLEASE BE SEATED.

09:10AM    9          THE COURT:  SIR, YOU MAY PROCEED.

09:10AM   10                     CROSS-EXAMINATION

09:10AM   11   BY MR. BRUNO:

09:10AM   12   Q.   ALL RIGHT.  DR. DALRYMPLE, WHEN WERE YOU RETAINED BY

09:10AM   13   WASHINGTON GROUP?

09:10AM   14   A.   2006.

09:10AM   15   Q.   2006.

09:10AM   16          MAY WE CALL TO THE SCREEN JX-01713 AT PAGE 6.  COULD

09:10AM   17   WE HIGHLIGHT THE SECTION ENTITLED, "OBJECTIVE OF THIS REPORT."

09:10AM   18          DOES THIS REFLECT, THIS PARAGRAPH WHICH IS ENTITLED,

09:10AM   19   "OBJECTIVE OF THIS REPORT," WHAT IT WAS THAT WASHINGTON GROUP

09:11AM   20   ASKED YOU TO DO?

09:11AM   21   A.   MY PRIMARY OBJECTIVES WERE TO RECONSTRUCT THE FLOODING OF

09:11AM   22   THE LOWER NINTH WARD AND ST. BERNARD PARISH, AND TO CRITIQUE

09:11AM   23   THE VRIJLING, KOK, ET AL., MODELS.

09:11AM   24   Q.   ALL RIGHT.  WERE YOU TOLD WHEN YOU WERE RETAINED TO

09:11AM   25   ASCERTAIN WHETHER OR NOT THERE WERE ANY WAVES IN THE IHNC IN

                          **HOURLY TRANSCRIPT**

09:11AM 1    THE VICINITY OF THE FLOODWALLS?

09:11AM 2    A.   WELL, THAT'S PART OF THE FLOODING OF THE LOWER NINTH WARD

09:11AM 3    IS WAVE OVERTOPPING.

09:11AM 4    Q.   WERE YOU ASKED IN CONNECTION WITH YOUR RETAINER TO

09:11AM 5    ASCERTAIN HOW HIGH THOSE WAVES COULD HAVE GOTTEN?

09:11AM 6    A.   I WAS ASKED TO LOOK AT THE FLOODING OF THE

09:11AM 7    LOWER NINTH WARD, AND PART OF THAT IS TO ASCERTAIN HOW MUCH

09:11AM 8    WAVE OVERTOPPING THERE IS.

09:11AM 9    Q.   PLEASE ANSWER MY QUESTION.  WERE YOU ASKED --

09:11AM 10   A.   YES.  YES.

09:11AM 11   Q.   YES.  OKAY.  SO YOU UNDERTOOK AN ANALYSIS TO ASCERTAIN HOW

09:11AM 12   HIGH THE WAVES COULD HAVE GOTTEN ON THE MORNING OF THE

09:12AM 13   HURRICANE; IS THAT ACCURATE?

09:12AM 14   A.   YES.

09:12AM 15   Q.   OKAY.  THANK YOU.

09:12AM 16          NOW, LET'S LOOK AT PAGE 5 OF THE SAME REPORT, PLEASE.

09:12AM 17   COULD WE HIGHLIGHT THE SUMMARY OF OPINIONS.

09:12AM 18          NOW, IF YOU WERE ASKED TO EVALUATE THE DUTCH

09:12AM 19   REPORT -- WELL, LET ME ASK THIS QUESTION FIRST, WHICH DUTCH

09:12AM 20   REPORT WERE YOU ASKED TO EVALUATE?  WAS IT THE POLDER FLOOD

09:12AM 21   SIMULATIONS FOR GREATER NEW ORLEANS DATED JULY OF 2007?

09:12AM 22   A.   YES.

09:12AM 23          MR. BRUNO:  ALL RIGHT.  YOUR HONOR, FOR THE RECORD,

09:12AM 24   THAT'S JX-016251, AND I WOULD MOVE IT INTO EVIDENCE AT THIS

09:12AM 25   TIME.

**HOURLY TRANSCRIPT**

09:12AM  1          THE COURT:  ANY OBJECTION?

09:12AM  2          MR. FARRELL:  PROFESSOR VRIJLING IS NOT TESTIFYING IN

09:12AM  3   THIS CASE.  WE'VE STIPULATED TO HIS HYDROGRAPHS AND THAT HE

09:12AM  4   WOULD TESTIFY TO THE CONTENTS OF THOSE HYDROGRAPHS, BUT HE'S

09:12AM  5   NOT HERE TO SPEAK TO HIS REPORT, HE'S NOT HERE TO TESTIFY ABOUT

09:13AM  6   THE REPORT, AND THAT'S NOT PART OF OUR STIPULATION.

09:13AM  7          MR. BRUNO:  THAT'S NOT WHAT IT'S BEING OFFERED FOR,

09:13AM  8   JUDGE.  IT'S BEING OFFERED AS A DOCUMENT WHICH THIS WITNESS

09:13AM  9   EVALUATED, AND HE COMPARED AND CONTRASTED IT TO HIS WORK.

09:13AM 10   THEREFORE, IT IS A RELEVANT THING FOR THIS COURT TO CONSIDER

09:13AM 11   WITH REGARD TO HIS OPINIONS IN THIS CASE.

09:13AM 12          MR. WOODCOCK:  THE UNITED STATES JOINS WGI'S

09:13AM 13   OBJECTION.

09:13AM 14          MR. FARRELL:  THIS A HEARSAY STATEMENT AT THIS POINT.

09:13AM 15   PROFESSOR VRIJLING IS NOT HERE TO TESTIFY ABOUT THE CONTENTS OF

09:13AM 16   THE REPORT, AND THAT THE PLAINTIFFS MADE THAT DECISION WHEN

09:13AM 17   THEY ENTERED INTO THE STIPULATION.

09:13AM 18          MR. BRUNO:  IT'S NOT BEING OFFERED TO ESTABLISH THE

09:13AM 19   TRUTH, YOUR HONOR.  IT'S MERELY BEING OFFERED TO DEMONSTRATE

09:13AM 20   WHAT THE GOOD DOCTOR COMPARED AND CONTRASTED; NOTHING MORE,

09:13AM 21   NOTHING LESS.

09:13AM 22          THE COURT:  ARE YOU GOING TO ASK QUESTIONS ABOUT THAT

09:13AM 23   REPORT, SIR?

09:13AM 24          MR. BRUNO:  WELL, I REALLY DIDN'T NEED TO, IF IT GOES

09:13AM 25   IN.  IT'S NOT NECESSARY.

**HOURLY TRANSCRIPT**

09:14AM 1          MR. WOODCOCK:  THERE IS THE POINT, YOUR HONOR.

09:14AM 2          MR. BRUNO:  JUDGE, THAT IS NOT THE POINT.  THE POINT

09:14AM 3    IS DR. DALRYMPLE HAS MADE A CONCLUSION THAT THIS REPORT IN

09:14AM 4    NUMBER 3 IS INACCURATE.  HE TALKS ABOUT THE HEIGHT OF THE 40

09:14AM 5    ARPENT LEVEE.  HE GOT THE HEIGHT OF THE 40 ARPENT LEVEE OUT OF

09:14AM 6    THE REPORT.  THE REPORT DETAILS WHAT INFORMATION THE DUTCH USED

09:14AM 7    IN ORDER TO CONSTRUCT THEIR REPORT.

09:14AM 8          SO I'M SIMPLY OFFERING THIS SO THAT THE COURT

09:14AM 9    CAN SEE WHAT THE DOCTOR COMPARED TO WHAT HE DID.  I AM NOT

09:14AM 10   OFFERING THIS REPORT TO DEMONSTRATE ANY OPINIONS AT ALL.  IT'S

09:14AM 11   SIMPLY TO GIVE YOU AN UNDERLYING BASIS SO THAT YOU CAN SEE WHAT

09:14AM 12   HE LOOKED AT AND WHAT HE DIDN'T LOOK AT.  THAT'S ALL.

09:14AM 13         MR. FARRELL:  YOUR HONOR, IF I MAY.

09:14AM 14         THE COURT:  I'M NOT GOING TO BE ABLE TO KNOW WHAT HE

09:15AM 15   LOOKED AT OR NOT LOOKED AT UNLESS HE'S ASKED ABOUT IT.

09:15AM 16         MR. BRUNO:  WELL, SURE.  I WAS GOING TO ASK HIM

09:15AM 17   GENERAL QUESTIONS, BUT I WASN'T GOING TO GO PAGE BY PAGE OR

09:15AM 18   LINE BY LINE.  PERHAPS I MISSPOKE.

09:15AM 19         THE COURT:  WHY DON'T WE WAIT UNTIL THE INTRODUCTION

09:15AM 20   UNTIL AFTER YOUR CROSS-EXAMINATION.  I'M GOING TO DEFER RULING.

09:15AM 21                        EXAMINATION

09:15AM 22   BY MR. BRUNO:

09:15AM 23   Q.   DR. DALRYMPLE, THESE REPRESENT THE SUMMARY OF YOUR

09:15AM 24   OPINIONS --

09:15AM 25         THE COURT:  IF ANYBODY DOESN'T LIKE WHAT I DO, MAY I

**HOURLY TRANSCRIPT**

09:15AM 1    SAY MY CARE ABOUT THAT IS SO SMALL, IT'S SMALLER THAN A HIGGS

09:15AM 2    BOSON.

09:15AM 3            MR. BRUNO:  I UNDERSTAND, YOUR HONOR.

09:15AM 4            THE COURT:  I DON'T MEAN THAT DIRECTED JUST AT YOU,

09:15AM 5    SIR.  YOU UNDERSTAND.  I WANT IT CLEARLY ON THE RECORD.

09:15AM 6            MR. BRUNO:  I GOT THAT.

09:15AM 7            THE COURT:  ALL RIGHT.

09:15AM 8                        EXAMINATION

09:15AM 9    BY MR. BRUNO:

09:15AM 10   Q.   NOW, THAT HAVING BEEN SAID, THESE WERE ALL OF THE OPINIONS

09:15AM 11   THAT YOU CHOSE TO PUT INTO YOUR REPORT THAT YOU SUBMITTED IN

09:15AM 12   THIS CASE, ISN'T THAT TRUE?

09:15AM 13   A.   YES.

09:15AM 14   Q.   ALL RIGHT.  NOW, LET'S TALK ABOUT THE FIRST ONE.  YOU SAY

09:15AM 15   THE FLOODING OF THE LOWER NINTH WARD AND ST. BERNARD PARISH

09:16AM 16   POLDER WAS A COMBINATION OF THE MASSIVE INFLOW FROM THE

09:16AM 17   BREACHING OF THE MRGO LEVEE AND THE TWO BREACHES ON THE IHNC

09:16AM 18   BANK FLOODWALLS, CORRECT?

09:16AM 19   A.   YES, PRIMARILY.

09:16AM 20   Q.   PRIMARILY.  AND YOU LOOKED AT THE DUTCH REPORT; DID YOU

09:16AM 21   NOT?

09:16AM 22   A.   YES, IN PART OF MY ASSESSMENT OF THEIR REPORT.

09:16AM 23   Q.   IN FACT, THE DUTCH DREW THE SAME CONCLUSION, ISN'T THAT

09:16AM 24   ACCURATE?

09:16AM 25   A.   THAT'S ACCURATE.

**HOURLY TRANSCRIPT**

09:16AM 1    Q.   SO THIS REALLY WASN'T IN DISPUTE; WAS IT?

09:16AM 2    A.   WELL, I DON'T KNOW WHAT YOU MEAN BY IN DISPUTE.

09:16AM 3          THE COURT:  ARE WE TALKING ABOUT NUMBER 1?

09:16AM 4          MR. BRUNO:  NUMBER 1.

09:16AM 5          THE COURT:  I DON'T SEE WHAT'S IN DISPUTE THERE.  THE

09:16AM 6    FLOODING OF THE LOWER NINTH WARD AND THE ST. BERNARD WAS A

09:16AM 7    COMBINATION OF MASSIVE INFLOW FROM THE BREACHING OF THE MRGO

09:16AM 8    LEVEE AND THE TWO BREACHES ON THE IHNC.  ANYBODY CONTEST THAT

09:16AM 9    HERE AT ALL?

09:16AM 10         MR. BRUNO:  NO.

09:16AM 11         THE COURT:  I'M ASKING, ANYBODY ELSE, STAND UP AND

09:16AM 12   SAY IT.  ALL RIGHT.  LET'S MOVE ON.

09:16AM 13                        EXAMINATION

09:16AM 14   BY MR. BRUNO:

09:16AM 15   Q.   NUMBER 2, THE NORTH IHNC BREACH PLAYS A MUCH SMALLER ROLE

09:16AM 16   IN THE FLOODING OF THE LWN SLASH -- I GUESS THAT'S

09:17AM 17   LOWER NINTH WARD -- ST. BERNARD PARISH, THAN DOES THE LARGER

09:17AM 18   IHNC SOUTH BREACH.

09:17AM 19         THE DUTCH REACHED THE SAME CONCLUSION, DIDN'T THEY?

09:17AM 20   A.   YES, THEY DID.

09:17AM 21   Q.   NOT IN DISPUTE, RIGHT?

09:17AM 22   A.   RIGHT.

09:17AM 23   Q.   NUMBER 4, THE FLOODING CAUSED BY THE BREACHING ALONG THE

09:17AM 24   MRGO REACH 2 LEVEE CREATED HUGE FLOWS SUFFICIENT TO FLOOD

09:17AM 25   ST. BERNARD PARISH AND THE LOWER NINTH WARD TO 11 FEET HAD THE

**HOURLY TRANSCRIPT**

09:17AM  1    BREACHES NOT OCCURRED.

09:17AM  2            THE DUTCH REACHED THE SAME CONCLUSION, DIDN'T THEY?

09:17AM  3    A.   YES.

09:17AM  4    Q.   NOT IN DISPUTE?

09:17AM  5    A.   NO.

09:17AM  6    Q.   ALL RIGHT.  LET'S GO TO NUMBER 3.  FLOODING OF THE

09:17AM  7    LOWER NINTH WARD AND ST. BERNARD PARISH IN THE PLAINTIFFS'

09:17AM  8    SOBEK MODEL IS INCORRECTLY PREDICTED AS THE ELEVATION OF THE

09:17AM  9    40 ARPENT LEVEE, INCLUDING THE FLORIDA AVENUE LEVEE IS

09:17AM 10    SIGNIFICANTLY LOWER, ON THE ORDER OF 3 TO 6 FEET IN THE SOBEK

09:17AM 11    MODEL THAN IN REALITY, AS ARE THE MRGO LEVEE ELEVATIONS.

09:17AM 12    MOREOVER, THE MODEL'S IHNC EAST BANK FLOODWALL IS SIGNIFICANTLY

09:17AM 13    HIGHER THAN IN REALTY.  THESE INACCURACIES AND OTHER MODELING

09:18AM 14    ISSUES LED TO LARGE INACCURACIES IN THE MODEL'S ARRIVAL OF THE

09:18AM 15    FLOODWALLS IN THE LOWER NINTH WARD.  YOU SEE THAT?

09:18AM 16    A.   YES.

09:18AM 17    Q.   YOU READ THE DUTCH REPORT AND YOU READ THE REPORT THAT WAS

09:18AM 18    SUBMITTED IN CONNECTION WITH THIS CASE, CORRECT?

09:18AM 19    A.   YES.

09:18AM 20    Q.   AND, IN FACT, YOU AGREED WITH THE DUTCH WITH REGARD TO THE

09:18AM 21    FACT THAT THE LOWER NINTH WARD -- I'M SORRY, WITH REGARD TO THE

09:18AM 22    FACT THAT THE WATER THAT CAME INTO THE LOWER NINTH WARD FROM

09:18AM 23    THE NORTH AND SOUTH BREACH GOT THERE BEFORE THE MRGO WATER;

09:18AM 24    ISN'T THAT TRUE?

09:18AM 25    A.   THAT'S TRUE.

**HOURLY TRANSCRIPT**

09:18AM 1    Q.   NOT IN DISPUTE, RIGHT?

09:18AM 2    A.   NOT IN DISPUTE.

09:18AM 3    Q.   AND, IN FACT, WITH REGARD TO ALL THE PLAINTIFFS'

09:18AM 4    LOCATIONS, ALL OF THEM WITH THE POSSIBLE EXCEPTION OF

09:18AM 5    ARMSTRONG, YOU AGREE WITH THE DUTCH WITH REGARD TO THE TIMING

09:18AM 6    OF THE WATERS FROM THE IHNC; ISN'T THAT TRUE?

09:18AM 7    A.   I WOULD SAY, BY AND LARGE, THAT IS TRUE.  A NUMBER OF

09:18AM 8    PROPERTIES UNDER THE VARIOUS SCENARIOS THERE IS WITHIN 15 TO

09:18AM 9    30 MINUTES' DISAGREEMENT.  SO I WOULD SAY WITHIN THE MODELING

09:18AM 10   UNCERTAINTIES THAT WE WOULD AGREE IN MOST CASES, WITH THE

09:19AM 11   EXCEPTION OF THE ONE SCENARIO WHERE IT'S NORTH BREACH ONLY, IN

09:19AM 12   WHICH CASE THERE IS SIGNIFICANT DISAGREEMENT BECAUSE THE EARLY

09:19AM 13   BREACHING OF THE NORTH BREACH AND THE SUBSEQUENT B SCENARIO FOR

09:19AM 14   THE NORTH BREACHING.

09:19AM 15   Q.   AND LET'S CALL UP ON THAT POINT NUMBER -- HOW DO I

09:19AM 16   NUMBER -- WHAT WE HAVE HERE IS THE VRIJLING HYDROGRAPH AND THE

09:19AM 17   DALRYMPLE HYDROGRAPH, DO WE NOT?

09:19AM 18   A.   YES.

09:19AM 19   Q.   FOR THE ARMSTRONG PROPERTY?

09:19AM 20   A.   YES.

09:19AM 21   Q.   DO YOU HAVE ON HERE A HYDROGRAPH WHICH WOULD ALLOW THE

09:19AM 22   COURT TO SEE ONLY THE WATER FROM THE NORTH BREACH?

09:20AM 23   A.   THE NO SOUTH BREACH SITUATION, THE GREEN LINE WOULD BE THE

09:20AM 24   CASE OF ONLY THE NORTH BREACH UNTIL THE MRGO WATER GOT THERE.

09:20AM 25   Q.   OKAY.  SO THE JUDGE CAN COMPARE YOUR GREEN LINE TO A LINE

**HOURLY TRANSCRIPT**

09:20AM  1    ON THE DUTCH REPORT, CORRECT; BECAUSE THE DUTCH DID ISOLATE THE

09:20AM  2    WATERS ONLY FROM THE NORTH BREACH, DID THEY NOT?

09:20AM  3    A.    YES.

09:20AM  4    Q.    ALL RIGHT.  SO THERE IS NO NEED FOR US TO MAKE THE

09:20AM  5    COMPARISON.  THE JUDGE IS ABLE TO DO THAT ON HIS OWN, ISN'T

09:20AM  6    THAT TRUE?

09:20AM  7    A.    THAT'S TRUE.

09:20AM  8    Q.    AND THE REASON WHY THESE LOOK A LITTLE DIFFERENT IS

09:20AM  9    BECAUSE THE DUTCH SHOW A WHOLE LOT MORE TIME THAN YOU DO, ISN'T

09:20AM 10    THAT ACCURATE?

09:20AM 11    A.    THEY GO FURTHER OUT IN TIME, YES.

09:20AM 12    Q.    AND JUST TO BE CLEAR, I APOLOGIZE FOR THE POOR QUALITY OF

09:20AM 13    THESE THINGS, BUT -- SO I DON'T LIKE THIS TECHNOLOGY SO MUCH.

09:20AM 14    YOU -- FORGIVE ME, GENTLEMEN.  YOU GO FROM 9 O'CLOCK, ROUGHLY,

09:21AM 15    ON THIS TO 11 -- I'M SORRY, YOU GO FROM 6 O'CLOCK TO 11?

09:21AM 16    A.    THAT'S CORRECT.

09:21AM 17    Q.    AND THE DUTCH GO FROM THE 29TH AT 12:00 A.M. -- OH, THANK

09:21AM 18    YOU.  THE DUTCH GO FROM THE 29TH ALL THE WAY TO THE 30TH,

09:21AM 19    RIGHT?

09:21AM 20    A.    YES.

09:21AM 21    Q.    AND TRUTHFULLY, YOUR LINES AND THE DUTCH LINES LOOK PRETTY

09:21AM 22    MUCH THE SAME, DON'T THEY?

09:21AM 23    A.    YES, THIS IS THE ARMSTRONG PROPERTY WHERE MRGO PLAYS A

09:21AM 24    MAJOR ROLE.

09:21AM 25    Q.    WELL, DID WASHINGTON GROUP GIVE YOU SOME INDICATION AS TO

**HOURLY TRANSCRIPT**

09:21AM 1   WHAT THE DISPUTE WAS, IN THEIR MINDS?  IN OTHER WORDS, WHAT WAS

09:22AM 2   IT THAT YOU WERE TRYING TO RESOLVE IF -- WITHDRAWN.

09:22AM 3        BEFORE YOU DID YOUR WORK, I THINK YOU INDICATED THAT

09:22AM 4   YOU KNEW THERE TO BE IN EXISTENCE OTHER FLOOD WORK BESIDES THE

09:22AM 5   DUTCH.

09:22AM 6   A.   THAT'S CORRECT.

09:22AM 7   Q.   MR. FITZGERALD DID SOME FLOOD WORK?

09:22AM 8   A.   YES.

09:22AM 9   Q.   DID YOU COMPARE THE WORK -- AND MR. FITZGERALD YOU KNOW TO

09:22AM 10  HAVE BEEN AN EXPERT RETAINED BY THE GOVERNMENT IN THE -- WE

09:22AM 11  CALL IT THE ROBINSON CASE AND IN THIS CASE, CORRECT?

09:22AM 12  A.   THAT'S MY UNDERSTANDING.

09:22AM 13  Q.   AND YOU COMPARED THE -- HIS WORK WITH THE DUTCH WORK, DID

09:22AM 14  YOU NOT?

09:22AM 15  A.   NOT REALLY.  WE LOOKED AT HIS WORK IN TERMS OF BREACH

09:22AM 16  TIMINGS.  WE -- THAT WASN'T PART OF OUR TASK.  OUR TASK WAS TO

09:22AM 17  COME UP WITH THE BEST SCENARIO POSSIBLE USING THE LATEST

09:22AM 18  TECHNOLOGY TO LOOK AT THE SCENARIO OF THE FLOODING OF THE

09:23AM 19  LOWER NINTH WARD AND ST. BERNARD PARISH.  SO --

09:23AM 20  Q.   TO WHAT END?  WHAT WAS YOUR PURPOSE?

09:23AM 21  A.   SIMPLY TO ESTABLISH WATER LEVELS INSIDE THE PARISH.

09:23AM 22  Q.   DIDN'T WE ALREADY HAVE WATER LEVELS INSIDE THE PARISH?

09:23AM 23  A.   YOU HAD WATER LEVELS INSIDE THE PARISH, BUT THEY WERE

09:23AM 24  SUBJECTED TO THE ERRORS ASSOCIATED WITH THE MODELING, AND IN MY

09:23AM 25  OPINION, AS STATED IN MY CONCLUSIONS, I DIDN'T THINK THE

**HOURLY TRANSCRIPT**

09:23AM  1    MODELING WAS AS GOOD AS POSSIBLE, CONSIDERING TODAY'S STATE OF

09:23AM  2    THE ART.  AT THE TIME, I SAID IT WAS A REASONABLY GOOD MODELING

09:23AM  3    ATTEMPT BY THE DUTCH.

09:23AM  4    Q.   RIGHT.  AND AT THE END OF THE DAY, AFTER ALL THE TIME AND

09:23AM  5    EFFORT THAT YOU PUT INTO THIS, THE CONCLUSION THAT YOU REACH IS

09:23AM  6    THAT YOUR MODEL AND THE VRIJLING MODEL ARE PRETTY CLOSE, AREN'T

09:23AM  7    THEY?

09:23AM  8    A.   YES.  WITH THE EXCEPTION OF THE NORTH BREACH ONLY CASE.

09:23AM  9    BUT THEY ARE VERY CLOSE, AND I AM, FRANKLY, SURPRISED.

09:23AM 10    Q.   ALL RIGHT.

09:23AM 11          MR. BRUNO:  JUDGE, IN CONNECTION WITH THE TESTIMONY,

09:23AM 12    I'M GOING TO MOVE INTO EVIDENCE THE SLIDES AND, FOR YOUR

09:24AM 13    INDULGENCE, NOT SHOW EACH OF THESE FOR EACH OF THE FIVE

09:24AM 14    PLAINTIFFS, AND THEY ARE SLIDE 8, SLIDE 9, SLIDE 10 AND 11 AND

09:24AM 15    12.

09:24AM 16          THE COURT:  WAIT.  WE HAVE TO DETERMINE IF THERE IS

09:24AM 17    ANY OBJECTION.

09:24AM 18          MR. BRUNO:  RIGHT.  I JUST TO WANT MAKE SURE THAT YOU

09:24AM 19    KNOW -- WE WILL GIVE THIS A NUMBER, SHEENA, SO THAT YOU'LL HAVE

09:24AM 20    THIS.  WE DON'T HAVE IT RIGHT NOW.

09:24AM 21          THE COURT:  WHEN IS THAT NUMBER COMING?  WE'VE GOT A

09:24AM 22    LOT OF NUMBERS COMING.

09:24AM 23          MR. FARRELL:  IF I COULD JUST LOOK AT IT QUICKLY.  I

09:24AM 24    DON'T IMAGINE WE'RE GOING TO HAVE AN OBJECTION.

09:24AM 25          MR. BRUNO:  MAY I KNOW HOW HAVE WE IDENTIFIED -- WHEN

**HOURLY TRANSCRIPT**

09:24AM 1   THE PARTIES OFFERED THE SLIDE SHOW INTO EVIDENCE, DID WE GIVE

09:24AM 2   THAT A NEW NUMBER, SHEENA?  WHAT DID WE DO?  IF WE DON'T KNOW,

09:24AM 3   THEN WE'LL DO IT LATER.  NEVER MIND.  I'LL ADDRESS THAT AT THE

09:24AM 4   BREAK.  FORGET IT.  WE'LL WORRY ABOUT THAT LATER, JUDGE.

09:24AM 5           THE COURT:  ANY OBJECTION, SIR?

09:25AM 6           MR. FARRELL:  NO OBJECTION, YOUR HONOR.

09:25AM 7           MR. WOODCOCK:  NO OBJECTION, YOUR HONOR.

09:25AM 8           THE COURT:  LET IT BE ADMITTED.

09:25AM 9                   EXAMINATION

09:25AM 10  BY MR. BRUNO:

09:25AM 11  Q.   SO, DR. DALRYMPLE, AS WE LEARNED YESTERDAY, WE HAVE A NEW

09:25AM 12  CONCLUSION, AT LEAST WE HAVE A THOUGHT THAT WAS EXPRESSED IN

09:25AM 13  YOUR REPORT THAT HAS REACHED THE LEVEL OF AN OPINION, RIGHT?

09:25AM 14  THAT IS THE 3-FOOT WAVE?

09:25AM 15  A.   THAT IS CORRECT.

09:25AM 16  Q.   FINE.  NOW, AS I TOLD YOU YESTERDAY --

09:25AM 17          MR. BRUNO:  COULD WE HAVE, PLEASE, DX-DM-000631.

09:25AM 18                  EXAMINATION

09:25AM 19  BY MR. BRUNO:

09:25AM 20  Q.   THIS IS ONE OF YOUR SLIDES, AND I SHARED WITH YOU

09:25AM 21  YESTERDAY, I'VE NEVER SEEN THIS.  AND WHAT I WOULD LIKE TO KNOW

09:25AM 22  IS WHAT MAXIMUM SIGNIFICANT WAVE IS DEMONSTRATED ON THIS CHART?

09:25AM 23  A.   WELL, THERE ARE TWO DIFFERENT WAVE HEIGHTS SHOWN ON THIS

09:26AM 24  CHART.  THE ONE DESIGNATED HM0 IS THE 0 MOMENT WAVE HEIGHT

09:26AM 25  WHICH CORRESPONDS TO THE SIGNIFICANT WAVE HEIGHT.  AND H MAX IS

**HOURLY TRANSCRIPT**

09:26AM 1    THE MAXIMUM WAVE EXPECTED OVER AN HOUR AT THAT TIME IN THE

09:26AM 2    LOCK.

09:26AM 3    Q.   I DON'T KNOW THIS NOMENCLATURE AS WELL AS YOU.  I HEARD

09:26AM 4    SOMEONE TALK ABOUT THE MAXIMUM SIGNIFICANT WAVE HEIGHT.  IS

09:26AM 5    THAT SOMETHING --

09:26AM 6    A.   THAT'S NOT A CORRECT TERM.  IT'S EITHER THE SIGNIFICANT

09:26AM 7    WAVE HEIGHT OR THE MAXIMUM WAVE HEIGHT.

09:26AM 8    Q.   ALL RIGHT.  SO THIS IS THE MAXIMUM WAVE HEIGHT?

09:26AM 9    A.   YES.

09:26AM 10   Q.   AND DO I GATHER FROM THIS DEMONSTRATIVE THAT WHAT YOU'RE

09:26AM 11   SHOWING US HERE IS A MAXIMUM WAVE HEIGHT OF 2.1?

09:26AM 12   A.   FEET.  YES.

09:26AM 13   Q.   DO WE GATHER FROM THE WAY THAT YOU'VE DRAWN THIS THAT HALF

09:26AM 14   OF THAT 2.1 IS ABOVE THE STILL WATER HEIGHT AND HALF OF THE 2.1

09:26AM 15   IS BELOW THE STILL WATER HEIGHT?

09:27AM 16   A.   THAT IS TRUE IN THE CHANNEL, BUT AT THE WALL WHEN THE WAVE

09:27AM 17   HITS THE WALL AND BOUNCES OFF THE WALL THROUGH THE REFLECTION

09:27AM 18   PROCESS, THEN IT DOUBLES IN HEIGHT SO THAT IT WOULD BE 2.1

09:27AM 19   ABOVE THE MEAN WATER LEVEL.

09:27AM 20        MR. BRUNO:  I MOVE TO STRIKE THE ANSWER AS NOT

09:27AM 21   RESPONSIVE TO MY QUESTION.

09:27AM 22        THE COURT:  I'M NOT GOING TO STRIKE IT, COUNSEL.  I'M

09:27AM 23   GOING TO LET IT IN.

09:27AM 24                        EXAMINATION

09:27AM 25   BY MR. BRUNO:

**HOURLY TRANSCRIPT**

09:27AM 1    Q.   ALL RIGHT.  ANYWAY --

09:27AM 2           THE COURT:  I GOT THE POINT THAT -- LET ME SAY WHAT I

09:27AM 3    UNDERSTAND.  THAT DEMONSTRATES THE MAXIMUM WAVE HEIGHT, NOT THE

09:27AM 4    FIRST DIAGRAM.  THE SECOND DIAGRAM SHOWS THE MAXIMUM WAVE

09:27AM 5    HEIGHT, AND THE MAXIMUM WAVE HEIGHT SHOWN THERE BEFORE IT

09:27AM 6    REACHES THE WALL, IT WOULD BE 1. -- HALF OF 2.1, 1.05 OR

09:27AM 7    WHATEVER, ABOVE AND THE REST BELOW.  THAT'S MY UNDERSTANDING.

09:28AM 8    IS THAT CORRECT, SIR?

09:28AM 9           THE WITNESS:  THAT'S TRUE IN THE MIDDLE OF THE

09:28AM 10   CHANNEL, SIR.

09:28AM 11          THE COURT:  THAT'S WHAT I SAID, IN THE MIDDLE OF THE

09:28AM 12   CHANNEL.  IT DOESN'T SHOW HITTING THE WALL YET.  I'M SAYING

09:28AM 13   WHAT THAT THING SHOWS.

09:28AM 14                          EXAMINATION

09:28AM 15   BY MR. BRUNO:

09:28AM 16   Q.   WELL, THE WAVE HEIGHT STAYS THE SAME UNTIL IT HITS THE

09:28AM 17   WALL, CORRECT?

09:28AM 18   A.   IN THE VICINITY OF THE WALL, WHEN THE WALL STARTS TO

09:28AM 19   INFLUENCE THE FLOW OF THE WAVE, BUT OUTSIDE THAT REGION OF THE

09:28AM 20   WALL, THE WAVE -- MAXIMUM WAVE HEIGHT WOULD BE 2.1 FEET.

09:28AM 21   Q.   AGAIN, I'M NOT TRYING TO BELABOR THIS.  I'M TRYING TO MAKE

09:28AM 22   SURE THAT YOU AND I ARE SPEAKING THE LANGUAGE.  YOU KNOW THE

09:28AM 23   LANGUAGE BETTER THAN I.  SO WHEN WE TALK ABOUT THE MAXIMUM WAVE

09:28AM 24   HEIGHT BEING ANY NUMBER, THAT NUMBER IS THE SAME, THE MIDDLE OF

09:28AM 25   THE CHANNEL AND CLOSE TO THE WALL, CORRECT?

09:28AM 1    A.   IF YOU HAVE A DISTRIBUTION OF WAVES, RAYLEIGH DISTRIBUTION

09:28AM 2    OF WAVES, YOU HAVE THE SIGNIFICANT WAVE HEIGHT, WHICH IS SHOWN

09:28AM 3    HERE AT 1.13 FEET, AND THERE'S A WHOLE RANGE OF WAVE HEIGHTS IN

09:28AM 4    THE MIDDLE OF THE CHANNEL, AND OF THAT, DURING AN HOUR, THE

09:29AM 5    MAXIMUM WOULD BE 2.1 FEET.

09:29AM 6          WHEN ALL THESE WAVES APPROACH THE WALL, THEN YOU GET

09:29AM 7    A DIFFERENT NUMBER.  SO THE MAX -- IF YOU ASKED ME WHAT THE

09:29AM 8    MAXIMUM WAVE HEIGHT AT THE WALL IS, I WOULD SAY IT'S 4.2

09:29AM 9    BECAUSE OF THE DOUBLING EFFECT AT THE WALL.

09:29AM 10   Q.   THAT'S WHEN IT STRIKES THE WALL?

09:29AM 11   A.   YES, SIR.

09:29AM 12   Q.   I DIDN'T ASK YOU WHEN IT STRUCK THE WALL.  I'M TRYING TO

09:29AM 13   SEE IF YOU AND I CAN FIND SOME LANGUAGE THAT WE CAN AGREE ON.

09:29AM 14   WE ARE NOT TALKING ABOUT WHEN THE WAVE HITS THE WALL.  WE ARE

09:29AM 15   TALKING ABOUT BEFORE THE WAVE HITS THE WALL.

09:29AM 16         THE COURT:  LET'S SAY 10 FEET BEFORE.

09:29AM 17         MR. BRUNO:  FAIR ENOUGH, JUDGE.  10 FEET BEFORE SO WE

09:29AM 18   ALL CAN SPEAK THE SAME LANGUAGE.

09:29AM 19         THE WITNESS:  AWAY FROM THE WALL, I WOULD AGREE THE

09:29AM 20   MAXIMUM WAVE IS 2.1 FOOT.  IT'S A FIXED NUMBER BASED ON KNOWING

09:29AM 21   WHAT THE SIGNIFICANT WAVE HEIGHT IS.

09:29AM 22                          EXAMINATION

09:29AM 23   BY MR. BRUNO:

09:29AM 24   Q.   UNDERSTOOD.  NOW --

09:29AM 25         THE COURT:  I HAVE A COUPLE OF QUESTIONS.  WE KNOW

                        **HOURLY TRANSCRIPT**

09:29AM 1   THAT THE SIGNIFICANT WAVE HEIGHT -- IS THAT THE TERM GENERALLY

09:29AM 2   USED?  TELL ME WHY THAT TERM IS GENERALLY USED, SIGNIFICANT

09:30AM 3   WAVE HEIGHT.

09:30AM 4       THE WITNESS:  IT COMES FROM SHIP OBSERVATIONS THAT

09:30AM 5   WHEN NAVAL OFFICERS ARE SUPPOSED TO REPORT THE WAVE HEIGHT,

09:30AM 6   THEY LOOK OVER THE SIDE OF THE SHIP, AND THERE IS A SPECTRUM OF

09:30AM 7   WAVES OUT THERE, AND WHAT SO THEY'VE DISCOVERED IS THAT THE

09:30AM 8   SIGNIFICANT WAVE HEIGHT IS WHAT THE OBSERVING OFFICER SEES, AND

09:30AM 9   THEN PEOPLE HAVE RELATED THAT TO THIS BUSINESS OF AVERAGING THE

09:30AM 10  HIGHEST ONE-THIRD OF THE WAVES.

09:30AM 11       AND THEN NOW WE HAVE A MORE REPRESENTATIVE

09:30AM 12  NUMBER, THIS HM0, WHICH IS EQUIVALENT.  AND SO IT'S A MEASURE

09:30AM 13  OF THIS HUGE DISTRIBUTION OF WAVES THAT WE HAVE --

09:30AM 14       THE COURT:  IT DOESN'T MEAN THAT NO WAVE HEIGHT IS --

09:30AM 15  OBVIOUSLY -- THAT NO WAVE HEIGHT IS GREATER THAN THAT, BUT IT

09:30AM 16  IS THE METHODOLOGY WHICH WE CHARACTERIZED THE SEAS IN THAT

09:30AM 17  INSTANCE AND AT THAT TIME, CORRECT?

09:30AM 18       THE WITNESS:  IT'S SOMETHING LIKE IF YOU WOULD SAY

09:30AM 19  THE AVERAGE HEIGHT OF THE PEOPLE IN THE ROOM.  IT'S A

09:30AM 20  STATISTICAL MEASURE THAT INDICATES THAT THERE IS A DISTRIBUTION

09:30AM 21  OF WAVES BEHIND IT.

09:30AM 22       THE COURT:  HOW IS IT SCIENTIFICALLY DETERMINED --

09:31AM 23  LET'S SAY THE MAXIMUM WAVE HEIGHT IS, AS YOU'VE SHOWN HERE, IS

09:31AM 24  2.1, THE MAXIMUM WAVE HEIGHT.  HOW DO WE DETERMINE HOW MANY

09:31AM 25  WAVES ARE MAXIMUM WAVES OUT OF THE SPECTRUM OF WAVES WE'RE

09:31AM 1    LOOKING AT?

09:31AM 2            THE WITNESS:  IN THIS CASE, THE MAXIMUM WAVE HEIGHT

09:31AM 3    WOULD BE THE ONE HIGHEST WAVE.  IF YOU LOOK AT AN ENTIRE HOUR

09:31AM 4    OF ALL THE WAVE HEIGHTS, THAT WOULD BE THE ONE THAT'S THE

09:31AM 5    HIGHEST.  AND THEN THERE ARE MORE WAVES SMALLER.

09:31AM 6            THE COURT:  ONE WAVE AN HOUR WAS 2.1, AT THIS TIME.

09:31AM 7            THE WITNESS:  CORRECT.

09:31AM 8            THE COURT:  ALL RIGHT.  THAT HELPS ME.

09:31AM 9                            EXAMINATION

09:31AM 10   BY MR. BRUNO:

09:31AM 11   Q.    JUST ONE WAVE OUT OF THE WHOLE HOUR, RIGHT?

09:31AM 12   A.    THAT'S CORRECT.

09:31AM 13   Q.    NOW, AGAIN, JUST TRYING TO GET SOME UNDERSTANDING OF THE

09:31AM 14   LANGUAGE.  YOU DESCRIBED IN YOUR ANSWER TO MY QUESTION ABOUT

09:31AM 15   WAVE HEIGHT YOUR IMPRESSION OR YOUR KNOWLEDGE THAT WHEN THIS

09:31AM 16   2.1 MAXIMUM WAVE ACTUALLY STRIKES THE WALL, THERE IS SOME --

09:31AM 17   THERE ARE PHYSICS ATTENDANT TO THAT WHICH CAUSE THE WATER TO GO

09:32AM 18   HIGHER.  RIGHT?

09:32AM 19   A.    CORRECT.

09:32AM 20   Q.    NOW, WITHOUT GETTING THERE.  I'M NOT THERE YET.  I JUST

09:32AM 21   WANT TO UNDERSTAND, ARE WE STILL TALKING ABOUT IN TERMS OF

09:32AM 22   LANGUAGE A 2.1 MAXIMUM WAVE?

09:32AM 23   A.    WELL, INSIDE THE CHANNEL, AS THE JUDGE MENTIONED, IT'S

09:32AM 24   2.1.  BUT AS YOU GET -- IF YOU TAKE A -- THAT MAXIMUM WAVE

09:32AM 25   THAT'S 2.1 FOOT AND AS IT APPROACHES THE WALL, IT STARTS

                            **HOURLY TRANSCRIPT**

09:32AM 1    INCREASING IN HEIGHT AS SOON AS THE WAVE STARTS TO SENSE THAT

09:32AM 2    THERE IS A WALL THERE.

09:32AM 3            SO I'M HAVING DIFFICULTY WITH YOUR QUESTION, BUT WHEN

09:32AM 4    THE WAVE GETS CLOSE TO THE WALL, THEN THERE IS -- THIS

09:32AM 5    MAGNIFYING EFFECT STARTS TO TAKE PLACE.

09:32AM 6    Q.   ALL RIGHT.  BUT THIS MAGNIFYING EFFECT IS THE SAME

09:32AM 7    MAGNIFYING EFFECT WHETHER IT'S A 1-FOOT WAVE, A 2-FOOT WAVE, A

09:32AM 8    4-FOOT WAVE OR A 5-FOOT WAVE, CORRECT?

09:32AM 9    A.   YES, SIR.  ALL WAVES BOUNCING OFF THE WALL WOULD HAVE THIS

09:33AM 10   DOUBLING EFFECT.

09:33AM 11   Q.   THAT'S WHAT I'M TRYING TO UNDERSTAND.  SO IT'S NOT -- THE

09:33AM 12   EFFECT OF APPROACHING THE WALL CAUSES IT TO DOUBLE, RIGHT?

09:33AM 13   A.   CORRECT.

09:33AM 14   Q.   NOW, ISN'T IT A FACT THAT WAVE HEIGHT IS AFFECTED BY THE

09:33AM 15   DEPTH OF THE WATER?

09:33AM 16   A.   THAT CAN BE AFFECTED BY THE DEPTH OF THE WATER IF THE

09:33AM 17   DEPTH IS EQUIVALENT TO THE HEIGHT OF THE WAVE, YES.

09:33AM 18   Q.   IN FACT, YOU HAVE TO REDUCE -- I THINK THE WAVES ARE

09:33AM 19   LIMITED BY .6 OF THE DEPTH OF THE WATER?

09:33AM 20   A.   I WOULD SAY .8, BUT -- .8 AT THE DEPTH OF THE WATER, YES.

09:33AM 21   Q.   LET'S SEE IF WE UNDERSTAND THAT.  IF -- IN THIS CASE, AS

09:33AM 22   WE KNOW, WE HAVE A LEVEE INTO WHICH THE SHEET PILE HAS BEEN

09:33AM 23   PLACED, CORRECT?

09:33AM 24   A.   YES.

09:33AM 25   Q.   YOU KNOW THAT.  AND THERE IS A LEVEE CROWN AND THERE IS A

**HOURLY TRANSCRIPT**

09:33AM 1    SHEET PILE TIP -- A SHEET PILE TOP.  SO THE WATER NEAR -- LET'S

09:33AM 2    SAY WITHIN 10 FEET OF THE WALL, AS THE JUDGE OPINED, IS NOT AS

09:34AM 3    DEEP AS THE WATER IS OUTSIDE OF THE 10 FEET, RIGHT?

09:34AM 4    A.   THAT IS CORRECT.

09:34AM 5    Q.   AND YOU'RE SAYING THAT -- SO THAT, FOR EXAMPLE, IF WE

09:34AM 6    ASSUME A CROWN OF 5 FEET, AND WE HAVE A 10-FOOT STILL WATER

09:34AM 7    HEIGHT, WE HAVE NOW REDUCED THE DEPTH OF THE WATER BY 5 FEET,

09:34AM 8    CORRECT?

09:34AM 9    A.   YES.

09:34AM 10   Q.   AND SO THE WAVE CAN'T BE HIGHER THAN .8 OR .6, DEPENDING

09:34AM 11   UPON WHO YOU TALK TO, OF THAT WATER DEPTH, CORRECT?

09:34AM 12   A.   THAT IS CORRECT.  IF -- SO THAT'S -- THAT MEASURE COMES

09:34AM 13   FROM HAVING WATER THAT IS BASICALLY FLAT, AND YOU HAVE A WAVE

09:34AM 14   PROPAGATING OVER IT, AND SO AS THE WAVE PROPAGATES, YOU

09:34AM 15   ACTUALLY NEED A SLOPE.  SO AS THE WAVE PROPAGATES FROM THE

09:34AM 16   SHALLOW WATER, IT STARTS TO BREAK, AND THAT'S BASED ON A

09:35AM 17   SPILLING WAVE ASSUMPTION WHICH ASSUMES A VERY MILD SLOPE.

09:35AM 18        SO IF YOU HAVE A VERY STEEP SLOW, WHICH WE DO IN THIS

09:35AM 19   CASE, IT TAKES A WHILE FOR THE WAVE TO BREAK, SO IT WOULD HAVE

09:35AM 20   HIT THE WALL BEFORE ANY BREAKING WOULD HAVE TAKEN PLACE.

09:35AM 21   Q.   WE'LL TALK ABOUT THAT IN JUST A MOMENT.  GENERALLY YOU DO

09:35AM 22   AGREE THAT IF THERE IS A CHANGE IN ELEVATION, THE WATER DEPTH

09:35AM 23   WILL BE REDUCED AND THERE IS THE POTENTIAL THAT THERE WILL BE A

09:35AM 24   LIMITING EFFECT ON THAT WAVE, CORRECT?

09:35AM 25   A.   THERE WILL BE SEVERAL EFFECTS.  ONE IS SHOALING, WHICH

**HOURLY TRANSCRIPT**

09:35AM 1    CAUSES THE WAVES TO GET BIGGER.  THAT'S AS WAVES GO FROM DEEP

09:35AM 2    WATER TO SHALLOW WATER, THEY ACTUALLY GET BIGGER AS THEY BUNCH

09:35AM 3    UP AND REDUCE THEIR LENGTH.  AND THEN THERE IS THE BREAKING

09:35AM 4    PROCESS.

09:35AM 5    Q.   NOW, THE WATER -- GOING BACK TO YOUR EARLIER COMMENT --

09:35AM 6    I'M SORRY.  THE WAVE STRIKES THE WALL, RIGHT?

09:35AM 7    A.   YES.

09:35AM 8    Q.   AND THE WATER HAS TO GO SOMEWHERE.  IT GOES STRAIGHT UP,

09:35AM 9    RIGHT?

09:35AM 10   A.   NO.  ONLY THE WATER NEXT TO THE WALL GOES STRAIGHT UP.

09:35AM 11   THE REST OF IT IS MAKING KIND OF AN ARC TRAJECTORY AS IT GOES

09:36AM 12   UP THE WALL.

09:36AM 13   Q.   WHERE DOES IT GO AFTER IT FINISHES ITS ARC?

09:36AM 14   A.   IT COMES BACK DOWN.

09:36AM 15   Q.   IT GOES UP THE WALL AND COMES BACK DOWN?

09:36AM 16   A.   YES.  BUT THE WATER PARTICLES ARE MAKING ARCS EXCEPT THE

09:36AM 17   WATER PARTICLE RIGHT AT THE WALL THAT GOES STRAIGHT UP AND

09:36AM 18   DOWN.

09:36AM 19   Q.   SO THE WATER DOESN'T GO OVER THE WALL?

09:36AM 20   A.   IF THE WALL IS HIGHER THAN THE HEIGHT OF THE WAVE, THE

09:36AM 21   DOUBLE WAVE HEIGHT, IT DOES NOT GO OVER THE WALL.  BUT IF THE

09:36AM 22   WALL IS SMALLER THAN THAT WAVE HEIGHT, THEN IT WILL GO OVER THE

09:36AM 23   WALL.

09:36AM 24   Q.   HOW MUCH OF THE WATER WILL GO OVER THE WALL?

09:36AM 25   A.   WELL, IT'S RELATED TO HOW HIGH THAT WATER RUNS UP ON THE

**HOURLY TRANSCRIPT**

09:36AM 1   WALL.  SO IF IT'S -- IF THE WALL IS HIGHER THAN THIS RUN-UP

09:36AM 2   PROCESS, THEN NONE WILL GO OVER.  AND THEN AS THE WALL HEIGHT

09:36AM 3   COMPARED TO THE WAVE HEIGHT IS A LITTLE BIT LOWER, THEN JUST A

09:36AM 4   LITTLE BIT GOES OVER, AND THEN AS THE WALL IS SMALLER WITH

09:36AM 5   RESPECT TO WAVE HEIGHT, MORE OF THE WAVE GOES OVER THE TOP.  SO

09:37AM 6   IT'S A FUNCTION -- IT'S A FUNCTION OF THE WAVE HEIGHT -- THE

09:37AM 7   WATER LEVEL, THE WAVE HEIGHT COMPARED TO THE WALL HEIGHT.

09:37AM 8   Q.    THANK YOU, DOCTOR.  NOW, YOU MADE THIS CHART FOR US, DID

09:37AM 9   YOU NOT?

09:37AM 10  A.    YES.

09:37AM 11  Q.    YOU CHOSE 3 O'CLOCK IN THE MORNING?

09:37AM 12  A.    YES.

09:37AM 13  Q.    AND YOU ARE REPORTING A WATER LEVEL OF 8.1, RIGHT?

09:37AM 14  A.    YES.

09:37AM 15  Q.    AND YOU ARE REPORTING A WIND OF 40 KNOTS?

09:37AM 16  A.    THAT'S CORRECT.

09:37AM 17  Q.    YOU DIDN'T INDICATE THE DIRECTION.  WHAT'S THE WIND

09:37AM 18  DIRECTION?

09:37AM 19  A.    I DID NOT INDICATE THE WIND DIRECTION ON HERE.  I BELIEVE

09:37AM 20  IT'S COMING MOSTLY FROM THE EAST AT THIS TIME.

09:37AM 21  Q.    IT'S COMING FROM THE EAST, SO IT'S BLOWING THE WAVES

09:37AM 22  TOWARD THE WEST OF THE CHANNEL AND NOT TOWARD THE EAST OF THE

09:37AM 23  CHANNEL, CORRECT?

09:37AM 24  A.    IT'S CREATING NEW WAVES GOING TO THE WEST.  THE WAVES IN

09:37AM 25  THE CHANNEL WOULD BE GOING IN MANY DIFFERENT DIRECTIONS.

**HOURLY TRANSCRIPT**

09:37AM 1    Q.    MAY I HAVE AN ANSWER TO MY QUESTION?   THE WIND IS BLOWING

09:37AM 2    THE WAVES TO THE WEST, YES OR NO, AND THEN YOU CAN EXPLAIN?

09:38AM 3    A.    NO.

09:38AM 4    Q.    THE WIND IS NOT BLOWING THE WAVES TO THE WEST?

09:38AM 5    A.    NO.

09:38AM 6    Q.    DON'T THE WAVES FOLLOW THE WIND DIRECTION GENERALLY?

09:38AM 7    A.    NO.

09:38AM 8    Q.    THEY DON'T.

09:38AM 9    A.    THERE IS A SPECTRUM OF DIRECTION, SO THAT THAT'S WHY

09:38AM 10   STWAVE USES A DIRECTIONAL WAVE SPECTRUM.   SO YOU HAVE WAVES

09:38AM 11   GENERATED IN THE WIND DIRECTION AND THEN TYPICALLY 45 DEGREES

09:38AM 12   FROM THE WIND DIRECTION.

09:38AM 13   Q.    NOW, WITH REGARD TO THIS SPLASH THAT YOU JUST DESCRIBED,

09:38AM 14   DOES IT MAKE A DIFFERENCE WHETHER OR NOT THE WAVE IS HITTING

09:38AM 15   THE WALL AT A 90-DEGREE ANGLE VERSUS A 45-DEGREE ANGLE?   IS IT

09:38AM 16   THE SAME DEGREE OF SPLASH REGARDLESS OF THE ANGLE AT WHICH THE

09:38AM 17   WAVE APPROACHES THE WALL?

09:38AM 18   A.    NO.   THE ANSWER IS NO, BECAUSE IF THE WAVES WERE GOING

09:38AM 19   RIGHT DOWN THE WALL, THEN THERE WOULD BE NO DOUBLING EFFECT.

09:38AM 20   IN OTHER WORDS, IF THEY WERE TRAVELING ALONG THE WALL.

09:38AM 21   Q.    IF THEY ARE TRAVELING IN THE SAME DIRECTION OF THE WALL,

09:39AM 22   NO DOUBLING EFFECT?

09:39AM 23   A.    THAT'S CORRECT.

09:39AM 24   Q.    IF THEY ARE AT 20 DEGREES, IS THERE A DOUBLING EFFECT?

09:39AM 25   A.    THERE IS AN INCREASE IN WAVE HEIGHT, YES.

**HOURLY TRANSCRIPT**

09:39AM 1    Q.   IS THERE A DOUBLING EFFECT?

09:39AM 2    A.   IT WOULD NOT BE A DOUBLING.

09:39AM 3    Q.   WHAT WOULD IT BE?

09:39AM 4    A.   THAT'S SOMETHING I WOULD HAVE TO LOOK AT.

09:39AM 5         THE COURT:  SO IT'S NOT DIRECTLY PROPORTIONAL TO

09:39AM 6    ONE-FIFTH --

09:39AM 7         THE WITNESS:  EXACTLY, SIR.

09:39AM 8                        EXAMINATION

09:39AM 9    BY MR. BRUNO:

09:39AM 10   Q.   CAN I ASSUME FROM YOUR ANSWER THAT THE DOUBLING EFFECT

09:39AM 11   ONLY OCCURS WHEN IT HITS THE LEVEE AT 90 DEGREES?

09:39AM 12   A.   WELL, I'M TRYING TO THINK ABOUT MY EXPERIENCE IN THIS.  I

09:39AM 13   THINK IT DROPS OFF VERY SLOWLY, BUT MY IMPRESSION IS THAT IT'S

09:39AM 14   NOT EXACTLY DOUBLED.  BUT I CAN'T TELL YOU WHAT THAT

09:39AM 15   RELATIONSHIP IS ON THE ANGLE OF THE ATTACK.

09:39AM 16   Q.   I APOLOGIZE.  I GOT MYSELF CONFUSED.

09:40AM 17        AM I UNDERSTANDING THIS CORRECTLY THAT -- WHATEVER

09:40AM 18   THE -- THE DOUBLING EFFECT --

09:40AM 19   A.   YES.

09:40AM 20   Q.   -- IS GOING TO -- THAT'S THE HIGHEST THAT YOU CAN GO,

09:40AM 21   RIGHT?

09:40AM 22   A.   RIGHT.

09:40AM 23   Q.   YOU'RE NOT GOING TO GO MORE THAN DOUBLE?

09:40AM 24   A.   THAT'S CORRECT.

09:40AM 25   Q.   ALL RIGHT.  THAT OCCURS WHEN THE ANGLE OF THE WAVE

**HOURLY TRANSCRIPT**

09:40AM 1    STRIKING THE WALL IS AT 90 DEGREES, THAT'S WHEN YOU GET YOUR

09:40AM 2    DOUBLING EFFECT?

09:40AM 3    A.   RIGHT.

09:40AM 4    Q.   AND WHEN YOU GET OFF 90 DEGREES OR YOU GO TO 120, IT'S

09:40AM 5    GOING TO GO DOWN, RIGHT?  AND WE DON'T KNOW BY HOW MUCH; IT'S

09:40AM 6    GOING TO GO DOWN?

09:40AM 7    A.   THAT'S WHAT I'M THINKING.  I'M TRYING TO REMEMBER.  MY

09:40AM 8    PROBLEM IS THAT, YOU KNOW, WHEN I GAVE YOU THE EXAMPLE OF THE

09:40AM 9    WAVE GOING DOWN THE WALL, SINCE THE WAVE IS GOING DOWN THE

09:40AM 10   WALL, THE QUESTION IS, HAS IT DOUBLED ALREADY?  SO I CAN'T -- I

09:40AM 11   ACTUALLY -- ON REFLECTION, I CAN'T TELL YOU WHAT THE REFLECTION

09:40AM 12   EFFECT IS AT WIDE ANGLES.

09:40AM 13   Q.   I DIDN'T ASK YOU TO TELL ME WHAT IT WAS.  I'M ASKING YOU

09:41AM 14   TO TELL ME IF IT'S LESS THAN THE DOUBLING EFFECT AT 90 DEGREES.

09:41AM 15   THAT'S ALL I'M ASKING YOU, DR. DALRYMPLE.

09:41AM 16   A.   RIGHT.  AND I'M HAVING TROUBLE REMEMBERING WHAT THE

09:41AM 17   SCIENCE IS, AND I'M SUSPECTING THAT IT MAY BE THE SAME.  IT MAY

09:41AM 18   BE A DOUBLING EFFECT BECAUSE YOU'VE GOT A PROJECTION OF THE

09:41AM 19   WAVE INTO THE WALL.

09:41AM 20          SO WHAT I'M SAYING IS I HAVEN'T ANALYZED THAT

09:41AM 21   RECENTLY, AND SO I CAN'T GIVE YOU A SCIENTIFIC ANSWER TO THAT

09:41AM 22   QUESTION.

09:41AM 23   Q.   CAN WE CONCLUDE THAT IN CONNECTION WITH THE TESTIMONY THAT

09:41AM 24   YOU OFFERED YESTERDAY FOR WASHINGTON GROUP, YOU HADN'T DONE

09:41AM 25   THAT EVALUATION, AND SO YOU REALLY DON'T HAVE ANY FIRM OPINION,

**HOURLY TRANSCRIPT**

09:41AM 1    ISN'T THAT TRUE?

09:41AM 2    A.   I HAVE A FIRM OPINION THAT IT DOUBLES WHEN IT HITS THE

09:41AM 3    WALL STRAIGHT IN.  AND THE QUESTION IS I DON'T KNOW -- I DON'T

09:41AM 4    RECALL HOW MUCH IT FALLS OFF WHEN YOU GO AT DIFFERENT ANGLES.

09:42AM 5    Q.   YOU'VE ALREADY TOLD US THAT THE WINDS -- THE WAVES DON'T

09:42AM 6    FOLLOW THE WINDS.  IT'S BOUNCING OFF ALL OVER THE PLACE, THEY

09:42AM 7    COULD BE COMING STRAIGHT ON, THEY COULD BE COMING FROM AN

09:42AM 8    ANGLE, THEY CAN EVEN BE GOING PARALLEL TO THE WALL, RIGHT?

09:42AM 9    A.   YES.

09:42AM 10   Q.   DOING ALL THESE DIFFERENT THINGS?

09:42AM 11   A.   YES.

09:42AM 12   Q.   SO ONLY A PORTION OF THE WAVES STRIKING THE WALL WILL HAVE

09:42AM 13   THIS DOUBLING EFFECT, RIGHT?

09:42AM 14   A.   ONLY A PORTION OF THE WAVES WOULD HIT THE WALL STRAIGHT

09:42AM 15   ON.

09:42AM 16   Q.   ALL RIGHT.  WHAT PERCENTAGE?

09:42AM 17   A.   IT'S BASED ON THE DIRECTIONAL SPECTRUM, SO I WOULD SAY

09:42AM 18   HALF THE WAVES WILL EVENTUALLY HIT THE WALL.

09:42AM 19   Q.   HALF?

09:42AM 20   A.   HALF ARE GOING IN ONE DIRECTION -- HALF ARE GOING SOUTH

09:42AM 21   AND SOUTHWEST, AND HALF ARE GOING SOUTH AND EAST, AND SO --

09:42AM 22          THE COURT:  DOES THE WIND HAVE ANYTHING TO DO WITH

09:42AM 23   THE COMPUTATION OF THE DIRECTIONAL SPECTRUM?

09:42AM 24          THE WITNESS:  IT DOES.  THE WAVES GOING IN THE

09:42AM 25   DIRECTION OF THE WIND HAVE A DIRECTIONAL SPREAD, SO YOU HAVE

**HOURLY TRANSCRIPT**

09:42AM 1    WAVES GOING STRAIGHT DOWNWIND AND THEN YOU HAVE PLUS OR MINUS

09:43AM 2    BOTH DIRECTIONS.  SO WAVES ARE GENERATED IN THIS WHOLE BAND OF

09:43AM 3    DIRECTIONS.

09:43AM 4                          EXAMINATION

09:43AM 5    BY MR. BRUNO:

09:43AM 6    Q.   ALL RIGHT.  SO WE DON'T JUST HAVE TWO DIRECTIONS.  WE

09:43AM 7    DON'T HAVE 50/50.  AS YOU TOLD US, THEY ARE BOUNCING AROUND ALL

09:43AM 8    OVER PLACE?

09:43AM 9    A.   THAT'S CORRECT.

09:43AM 10   Q.   WE'VE GOT SOME GOING NORTH, WE'VE GOT SOME GOING SOUTH,

09:43AM 11   WE'VE GOT SOME EAST, SOME NORTHWEST, SOME SOUTHWEST.  A WHOLE,

09:43AM 12   RIGHT?

09:43AM 13   A.   THAT IS CORRECT.

09:43AM 14   Q.   AND YET IT'S YOUR TESTIMONY HERE TODAY, WITHOUT HAVING

09:43AM 15   STUDIED IT, THAT FULLY 50 PERCENT OF THOSE WAVES ARE GOING TO

09:43AM 16   STRIKE THAT WALL AT A PERPENDICULAR, RIGHT?  THAT'S WHAT YOU'RE

09:43AM 17   TELLING US TODAY?

09:43AM 18   A.   NO, I'M SAYING 50 PERCENT OF THE WAVES WILL EVENTUALLY HIT

09:43AM 19   THE WALL.

09:43AM 20   Q.   SO OF THE 50 PERCENT THAT HIT THE WALL, WE DON'T KNOW HOW

09:43AM 21   MANY OF THOSE WAVES ARE GOING TO HIT THE WALL AT A

09:43AM 22   PERPENDICULAR, RIGHT?

09:43AM 23   A.   THAT IS CORRECT.

09:43AM 24   Q.   SO WE'LL KEEP GOING.  WE'RE REDUCING.  FAIR ENOUGH.  NOW,

09:43AM 25   I'M CURIOUS, 3 O'CLOCK, 8.1, WIND DIRECTION DOESN'T MATTER.

                          **HOURLY TRANSCRIPT**

09:43AM 1    WHY DID YOU CHOOSE 2.1?

09:43AM 2    A.   THAT'S BASED ON A THOUSAND WAVES IN AN HOUR.

09:43AM 3    Q.   FROM WHAT?

09:43AM 4    A.   BASED ON USING THE WAVE PERIOD.  THE WAVE PERIOD, AS

09:43AM 5    TALKED ABOUT BY IPET, WAS 3.6 SECONDS, SO THAT'S A THOUSAND

09:44AM 6    WAVES IN AN HOUR.

09:44AM 7    Q.   WELL, HOW DID YOU START WITH A WAVE HEIGHT?  WHERE DID THE

09:44AM 8    WAVE HEIGHT COME FROM?

09:44AM 9    A.   THE WAVE HEIGHT COMES FROM THE WIND FORECASTING -- WAVE

09:44AM 10   FORECASTING.

09:44AM 11   Q.   I'M --

09:44AM 12           THE COURT:  TALKING ABOUT THE SIGNIFICANT WAVE

09:44AM 13   HEIGHT, YOU USED THE SIGNIFICANT WAVE HEIGHT TO COMPUTE THE

09:44AM 14   MAXIMUM WAVE HEIGHT?

09:44AM 15           THE WITNESS:  YES, SIR.  YOU USE THE SIGNIFICANT WAVE

09:44AM 16   HEIGHT AND THE NUMBER OF WAVES --

09:44AM 17           THE COURT:  RIGHT.

09:44AM 18           THE WITNESS:  -- TO GET THE MAXIMUM WAVE HEIGHT.

09:44AM 19           THE COURT:  THAT IS ONE OF THE ELEMENTS IN THE

09:44AM 20   COMPUTATION.

09:44AM 21           THE WITNESS:  YES, SIR.

09:44AM 22           THE COURT:  I UNDERSTAND.

09:44AM 23                         EXAMINATION

09:44AM 24   BY MR. BRUNO:

09:44AM 25   Q.   WELL, I GUESS I'M CONFUSED.  SO YOU ARE TELLING THE COURT

**HOURLY TRANSCRIPT**

09:44AM  1    TODAY THAT YOU LOOKED AT THE IPET REPORT AND WERE ABLE TO

09:44AM  2    DETERMINE FROM YOUR REPORT OF THE IPET REPORT THAT THE MAXIMUM

09:44AM  3    SIGNIFICANT WAVE AT 3 O'CLOCK IN THE MORNING WAS 2.1 FEET HIGH;

09:44AM  4    IS THAT ACCURATE?

09:44AM  5    A.   NO.  WHAT I GOT FROM THE IPET REPORT WAS A WAVE HEIGHT IN

09:45AM  6    THE LOWER PART OF THE IHNC AT 5:30 IN THE MORNING, WHICH WAS

09:45AM  7    TWO TO THREE FEET, SIGNIFICANT WAVE HEIGHT.

09:45AM  8         THEN, I USED THE WAVE FORECASTING CURVES IN THE

09:45AM  9    COASTAL ENGINEERING MANUAL TO EXTRAPOLATE TO THE DIFFERENT

09:45AM 10    TIMES.

09:45AM 11    Q.   THE REASON WHY YOU LOOKED AT 5:30 IS BECAUSE THE STWAVE

09:45AM 12    MODELING DONE BY IPET WAS ONLY DONE AT TWO TIMES, 5:30 AND

09:45AM 13    9 O'CLOCK, RIGHT?

09:45AM 14    A.   THAT IS CORRECT.

09:45AM 15    Q.   SO YOU REASONED 5:30, AND YOU WORKED BACKWARDS?

09:45AM 16    A.   THAT IS CORRECT.

09:45AM 17    Q.   CAN WE PULL UP JX-O1713-11.  CAN WE BLOW UP THE ONE

09:46AM 18    PARAGRAPH OF THE 99 PAGES OF YOUR REPORT WHERE YOU TALK ABOUT

09:46AM 19    THE THREE-FOOT WAVE.  SO THAT WHOLE PARAGRAPH.  I WANT TO MAKE

09:46AM 20    SURE WE SEE IT ALL.

09:46AM 21         NOW, PLEASE HIGHLIGHT, STARTING WITH "AT," THAT

09:46AM 22    SENTENCE.

09:46AM 23         THAT SENTENCE IS INACCURATE, ISN'T THAT TRUE,

09:46AM 24    DR. DALRYMPLE, BASED UPON WHAT YOU JUST SHARED WITH

09:46AM 25    JUDGE DUVAL?

**HOURLY TRANSCRIPT**

09:46AM 1    A.   THAT IS CORRECT.  BUT EARLIER IN THE REPORT, I SAID AFTER

09:46AM 2    3 O'CLOCK.  SO IT SHOULD SAY AFTER 3:00 A.M.

09:46AM 3    Q.   WELL, ONE READING THIS SENTENCE MIGHT CONCLUDE INCORRECTLY

09:47AM 4    THAT BECAUSE VILLAVASSO REPORTS WAVE OR SPLASHING AT 3 O'CLOCK,

09:47AM 5    YOU DREW THE IMPLICATION, BECAUSE THE WATER WAS 8.5 FEET, THAT

09:47AM 6    THERE HAD TO BE A WAVE OF THREE FEET IN THE IHNC; BUT THAT'S

09:47AM 7    NOT WHAT YOU INTENDED, CORRECT?

09:47AM 8    A.   WHAT I INTENDED WAS, BASED ON IPET REPORTING TWO TO THREE

09:47AM 9    FEET IN THE SOUTHERN PORTION OF THE IHNC, MR. VILLAVASSO

09:47AM 10   TESTIFYING SOMETIME AFTER 3 HE SAW SIGNIFICANT SPLASHING OVER

09:47AM 11   THE WALL AFTER 3, I PUT THOSE TWO THINGS TOGETHER TO GET

09:47AM 12   THREE-FOOT WAVES IN THE LOWER IHNC.

09:47AM 13   Q.   NOW, IF THAT SENTENCE, THAT IS, THE SENTENCE WHICH IS

09:47AM 14   HIGHLIGHTED IN YELLOW, IS INCORRECT, THEN THE NEXT SENTENCE IS

09:47AM 15   ALSO INCORRECT; ISN'T THAT TRUE?

09:47AM 16        LET'S HIGHLIGHT IT.

09:47AM 17        FIRST OF ALL, YOU WOULD AGREE WITH ME, "THIS WAVE

09:48AM 18   HEIGHT" REFERS TO THE THREE FEET THAT YOU DESCRIBED IN THE

09:48AM 19   PREVIOUS SENTENCE, TRUE?

09:48AM 20   A.   THAT IS CORRECT.

09:48AM 21   Q.   ALL RIGHT.  SO YOU JUST TOLD US IT'S INACCURATE AT

09:48AM 22   3 O'CLOCK; SO, THEREFORE, THE SENTENCE, "THIS WAVE HEIGHT IS

09:48AM 23   CONSISTENT WITH 50-MILES-PER-HOUR WINDS BLOWING DOWN THE GIWW

09:48AM 24   IN THE NORTHERN BRANCH," THAT'S INCORRECT, TOO, RIGHT?

09:48AM 25   A.   WELL, IT'S INCORRECT THAT IT DOESN'T APPLY AT 3 O'CLOCK.

**HOURLY TRANSCRIPT**

09:48AM 1    IT APPLIES AFTER 3 O'CLOCK.

09:48AM 2    Q.   WELL, DIDN'T YOU --

09:48AM 3    A.   AT 3 O'CLOCK IN THE MORNING, THERE WERE 50-MILE-AN-HOUR

09:48AM 4    WINDS.

09:48AM 5    Q.   WERE ARE OR WERE NOT?

09:48AM 6    A.   THERE WERE 50-MILE-AN-HOUR WINDS.

09:48AM 7    Q.   SO THERE WERE.

09:48AM 8    A.   46 TO BE EXACT.

09:48AM 9    Q.   JUST SO WE'RE CLEAR, WHEN YOU DRAFTED THIS THING, YOU SAID

09:48AM 10   TO YOURSELF, OKAY, 3 O'CLOCK, LET'S GO FIGURE OUT WHAT THE WIND

09:48AM 11   SPEED IS.  AT 3 O'CLOCK, YOU FOUND 50, RIGHT?

09:48AM 12   A.   CORRECT.

09:48AM 13   Q.   THEN YOU WENT TO THE COASTAL ENGINEERING MANUAL, RIGHT?

09:48AM 14   A.   YES.

09:48AM 15   Q.   THEN YOU LOOKED UP THE SECTION OF THE COASTAL ENGINEERING

09:49AM 16   MANUAL WHERE THE FETCH IS DESCRIBED, RIGHT?

09:49AM 17   A.   YES.

09:49AM 18   Q.   YOU SAW THAT YOU HAD A LONG FETCH FROM LAKE PONTCHARTRAIN

09:49AM 19   ALL THE WAY DOWN TO THE WALLS, RIGHT?

09:49AM 20   A.   WELL, I DIDN'T USE THAT ENTIRE FETCH BECAUSE OF THE NATURE

09:49AM 21   OF THE CANAL AND SO FORTH.  SO YOU ACTUALLY DON'T NEED THAT

09:49AM 22   MUCH FETCH, SO I USED A SMALLER VALUE.

09:49AM 23       MR. BRUNO:  JUDGE, FOR YOUR BENEFIT AND MINE, I

09:49AM 24   BROUGHT THAT SATELLITE MAP FOR THE SOLE REASONING THAT WE COULD

09:49AM 25   ALIGN OURSELVES WITH NORTH, SOUTH IN THE IHNC.

**HOURLY TRANSCRIPT**

09:49AM 1          THE COURT:  ALL RIGHT.

09:49AM 2                    EXAMINATION

09:49AM 3  BY MR. BRUNO:

09:49AM 4  Q.   SO CAN YOU SHARE WITH THE JUDGE AND US WHAT FETCH LENGTH

09:49AM 5  DID YOU USE TO REACH YOUR CONCLUSION THAT THE WAVE HEIGHT WAS

09:49AM 6  CONSISTENT WITH 50-MILE-PER-HOUR WINDS?

09:49AM 7  A.   LET'S SEE IF I CAN USE -- THIS POINTER WORKS.

09:49AM 8          SO WE'RE TALKING ABOUT DOWN IN THIS REGION, THE SOUTH

09:49AM 9  IHNC.  SO, BASICALLY, LOOKING AT A REGION IN THE DIRECTION OF

09:50AM 10 THE WIND GOING UP INTO THE GIWW AND THE IHNC, THEY ALL

09:50AM 11 CONTRIBUTE, DEPENDING ON THE WIND DIRECTION.

09:50AM 12 Q.   SO I THINK WHAT YOU SAID IS THE FETCH STARTS AT THE POINT

09:50AM 13 IN THE IHNC WHERE THE IWW CONVERGES WITH THE IHNC, RIGHT?

09:50AM 14 A.   NO.

09:50AM 15 Q.   THAT'S NOT --

09:50AM 16 A.   I USED AN EQUIVALENT FETCH.  THE WAY I DID WAS I LOOKED AT

09:50AM 17 THE 5:30 PREDICTIONS FROM STWAVE, SO I KNOW THERE IS A

09:50AM 18 THREE-FOOT WAVE AT 5:30 BASED ON 80-KNOT WINDS.  I USED THAT TO

09:50AM 19 ESTABLISH AN EQUIVALENT FETCH ACCORDING TO THE MANUAL.  THEN,

09:50AM 20 BASED ON THAT, I HAD A DISTANCE THAT I COULD USE FOR THE OTHER

09:50AM 21 WIND SPEEDS, OTHER HOURS.

09:50AM 22 Q.   WELL, BUT THE FETCH UTILIZED BY THE CORPS WAS THE FETCH

09:50AM 23 THAT WENT ALL THE WAY TO THE LAKE?

09:50AM 24 A.   IN THEIR -- WELL, NO.  WELL, IT DEPENDS ON WHICH LAKE

09:50AM 25 YOU'RE TALKING ABOUT, BUT THEY DID TWO WAVE MODELS WITH STWAVE,

**HOURLY TRANSCRIPT**

09:50AM 1    AND THEY DID THE GIWW GOING TO LAKE BORGNE, AND THEY DID THE

09:51AM 2    NORTH IHNC GOING TO LAKE PONTCHARTRAIN.

09:51AM 3    Q.   HOW ABOUT THIS, HOW LONG WAS THE FETCH?

09:51AM 4    A.   FOR THEIR MODEL?

09:51AM 5    Q.   NO, YOURS.

09:51AM 6    A.   IT WAS, IF I REMEMBER CORRECTLY, ON THE ORDER OF ABOUT A

09:51AM 7    MILE.

09:51AM 8    Q.   ALL RIGHT.  WILL YOU AGREE WITH ME, THE LONGER THE FETCH,

09:51AM 9    THE HIGHER THE WAVE?

09:51AM 10   A.   YES, I WOULD SAY THAT.

09:51AM 11   Q.   ALL RIGHT.  OKAY.  SO HELP US ALL UNDERSTAND THE

09:51AM 12   SIGNIFICANCE OF THE VILLAVASSO TESTIMONY WITH REGARD TO YOUR

09:51AM 13   OPINION THAT YOU GAVE US YESTERDAY THAT THERE WAS A THREE-FOOT

09:51AM 14   WAVE IN -- I'M SORRY, YOU'VE TAKEN THAT BACK.

09:51AM 15        THERE WAS A THREE-FOOT WAVE AT 5:30 NOW.  LET ME SEE

09:51AM 16   IF I UNDERSTAND.  I'M GETTING AHEAD OF MYSELF.

09:51AM 17        WHEN IS FIRST TIME IN YOUR OPINION THERE WAS A

09:51AM 18   THREE-FOOT WAVE IN THE IHNC AT THE LOCATION OF THE NORTH AND

09:51AM 19   SOUTH BREACHES?

09:51AM 20        THE COURT:  WE'RE NOT TALKING ABOUT AGAINST THE

09:52AM 21   FLOODWALL, WE'RE TALKING ABOUT --

09:52AM 22        MR. BRUNO:  YOU'RE RIGHT, JUDGE.  THANK YOU FOR

09:52AM 23   HELPING ME OUT THERE.

09:52AM 24        THE COURT:  RIGHT.

09:52AM 25        MR. BRUNO:  THAT'S WHY I'VE SPENT SO MUCH TIME WITH

**HOURLY TRANSCRIPT**

09:52AM 1    THIS LANGUAGE THING.

09:52AM 2              THE WITNESS:  IF YOU'RE TALKING ABOUT SIGNIFICANT

09:52AM 3    WAVE HEIGHT, IT'S --

09:52AM 4                        EXAMINATION

09:52AM 5    BY MR. BRUNO:

09:52AM 6    Q.   MAXIMUM SIGNIFICANT WAVE HEIGHT.  IT'S ONE WAVE --

09:52AM 7              THE COURT:  WAIT, WAIT.  IT'S NOT --

09:52AM 8              THE WITNESS:  MAXIMUM WAVE HEIGHT.  THE MAXIMUM WAVE

09:52AM 9    HEIGHT WOULD BE BEFORE 4 O'CLOCK IN THE MORNING.

09:52AM 10                       EXAMINATION

09:52AM 11   BY MR. BRUNO:

09:52AM 12   Q.   BEFORE 4 O'CLOCK?

09:52AM 13   A.   SOMETIME AFTER 3:00, BEFORE 4:00, THE MAXIMUM WAVE HEIGHT

09:52AM 14   AT THE WALL WOULD BE OVER THREE FEET.

09:52AM 15             THE COURT:  JUST SO I'M CLEAR, AND I DON'T MEAN TO

09:52AM 16   CONFUSE THINGS, IS THAT WHEN IT'S HIT THE WALL OR PRIOR TO

09:52AM 17   IMPACTING THE WALL?

09:52AM 18             THE WITNESS:  IT'S HITTING THE WALL BECAUSE

09:52AM 19   MR. VILLAVASSO WAS REPORTING IN HIS DEPOSITION THAT WATER WAS

09:52AM 20   SPLASHING OVER THE WALL.

09:52AM 21             THE COURT:  SO THE MAXIMUM WAVE HEIGHT IN THE MIDDLE

09:52AM 22   OF THE CANAL WOULD HAVE BEEN --

09:52AM 23             THE WITNESS:  COULD BE SMALLER THAN THREE FEET, AND

09:52AM 24   MR. VILLAVASSO WOULD HAVE SEEN IT SPLASHING OVER THE WALL.

09:53AM 25             SO HE SAW SPLASH-OVER, WHICH MEANT WAVES HITTING

                          **HOURLY TRANSCRIPT**

09:53AM 1    THE WALL.

09:53AM 2           MR. BRUNO:  THAT'S FINE.

09:53AM 3                           EXAMINATION

09:53AM 4    BY MR. BRUNO:

09:53AM 5    Q.   HELP ME UNDERSTAND, DR. DALRYMPLE, THE SIGNIFICANCE OF THE

09:53AM 6    VILLAVASSO TESTIMONY WITH REGARD TO HIS REPORT OF TIME.  IS ANY

09:53AM 7    PART OF YOUR OPINION BASED UPON THE VILLAVASSO TESTIMONY

09:53AM 8    RELATIVE TO WHAT HE IDENTIFIES AS THE TIMING OF WHAT HE SAW?

09:53AM 9    A.   WELL, MR. VILLAVASSO'S DEPOSITION INDICATED THAT THERE WAS

09:53AM 10   WATER SPLASHING OVER THE WALL SOMETIME AFTER 3:00.  I MEAN, HE

09:53AM 11   WAS KIND OF IMPRECISE ABOUT HIS TIMES.  SO THAT TRIGGERED THE

09:53AM 12   THOUGHT THAT THERE MUST BE THREE-FOOT WAVES GOING OVER THE WALL

09:53AM 13   AT SOME TIME -- OR SMALLER WAVES GOING OVER THE WALL.

09:53AM 14          SAY, AT 5 O'CLOCK, THE WAVES WOULD BE -- THE ONES

09:53AM 15   GOING OVER THE WALL WOULD BE SMALLER BECAUSE THE WATER LEVEL

09:53AM 16   WAS HIGHER.  SO THE ONLY SIGNIFICANCE OF THE THREE-FOOT WAVES

09:54AM 17   IS IT WOULD MEAN THAT THE WATER LEVEL IS 8.3.

09:54AM 18   Q.   I'M NOT GOING TO COVER THAT AGAIN.  THAT'S BEEN COVERED.

09:54AM 19          LET ME CALL UP PX-4683.  FORGIVE ME.  FOR THE RECORD,

09:54AM 20   THE DEPOSITION CUTS OF MR. WILLIAM J. VILLAVASSO CAN BE FOUND

09:54AM 21   AT PX-4683-1, JUST FOR THE RECORD.  I'M GOING TO GO DIRECTLY TO

09:54AM 22   PAGE 17 OF THAT EXHIBIT.  LET'S BLOW UP THE BLUE SECTION, JUST

09:54AM 23   FOR THE HECK OF IT.

09:54AM 24          HE SAYS OVER AND OVER IN HIS DEPOSITIONS, DOES HE

09:54AM 25   NOT, THAT, "MY TIMING WAS NOT REALLY IMPORTANT."  ISN'T THAT

                           **HOURLY TRANSCRIPT**

09:55AM 1    TRUE?

09:55AM 2    A.   HE SAYS OVER AND OVER AGAIN THAT IT WAS SOMETIME AFTER

09:55AM 3    3:00.  SO I WOULD AGREE THAT HE'S VAGUE ABOUT TIMES.

09:55AM 4    Q.   ALL RIGHT.  SO THE POINT IS THAT IN TERMS OF RELIABILITY,

09:55AM 5    THE SPLASHING THAT MR. VILLAVASSO REPORTED COULD HAVE OCCURRED

09:55AM 6    AT ANY TIME BETWEEN 3 O'CLOCK AND 6 O'CLOCK IN THE MORNING,

09:55AM 7    ISN'T THAT TRUE?

09:55AM 8    A.   THAT IS TRUE.  I WOULD ASSUME THAT IT HAPPENED BEFORE

09:55AM 9    6:00, SINCE THAT'S WHEN THE FLOODWALL IS FAILING.

09:55AM 10           MR. BRUNO:  JUDGE, THIS IS ALREADY IN EVIDENCE.  JUST

09:55AM 11   MAKE THAT NOTE FOR THE RECORD.

09:55AM 12           THE COURT:  I HAVE READ IT AND SEEN IT.

09:55AM 13                        EXAMINATION

09:55AM 14   BY MR. BRUNO:

09:55AM 15   Q.   NOW, ARE YOU AWARE, DOCTOR, AS TO WHETHER OR NOT THERE IS

09:55AM 16   ANY OTHER EYEWITNESS --

09:55AM 17           THE COURT:  I'M SORRY.  I JUST WANTED TO POINT OUT

09:55AM 18   FOR THE RECORD THAT MR. VILLAVASSO HAS BEEN DECEASED FOR A GOOD

09:55AM 19   PERIOD OF TIME, SO NEITHER PARTY IS CAPABLE OF BRINGING HIM

09:56AM 20   HERE.

09:56AM 21           MR. BRUNO:  RIGHT.  THAT'S WHY HE'S NOT HERE.  BUT WE

09:56AM 22   REMEMBER HIM, AND HE WAS A NICE FELLOW.

09:56AM 23           THE COURT:  YES, HE WAS.

09:56AM 24             GO AHEAD.

09:56AM 25           MR. BRUNO:  AS MY BLAKE SAYS, "I LOST MY THOUGHT."

                              **HOURLY TRANSCRIPT**

09:56AM 1                            EXAMINATION

09:56AM 2    BY MR. BRUNO:

09:56AM 3    Q.   ARE YOU AWARE, DR. DALRYMPLE, AS TO WHETHER OR NOT THERE

09:56AM 4    IS ANY OTHER EYEWITNESS TESTIMONY ABOUT WAVE HEIGHT?

09:56AM 5    A.   I KNOW THE LOCKMASTER HAS SOME PICTURES.

09:56AM 6    Q.   WELL, HE'S GOT SOME PICTURES, BUT HOW ABOUT TESTIMONY?

09:56AM 7    A.   I BELIEVE HE'S TESTIFIED IN THIS CASE.

09:56AM 8    Q.   ALL RIGHT.  WHEN YOU WROTE YOUR REPORT, WERE YOU AWARE OF

09:56AM 9    THE LOCKMASTER'S TESTIMONY?

09:56AM 10   A.   WHEN I WROTE THE REPORT, I BELIEVE I WAS AWARE OF THE

09:56AM 11   PICTURES.

09:56AM 12   Q.   THE PICTURES.  BUT MY QUESTION IS -- PLEASE ANSWER MY

09:56AM 13   QUESTION, AND YOU CAN EXPLAIN.  IT WILL GO FASTER, AND I WANT

09:56AM 14   TO GET OUT OF HERE JUST LIKE YOU DO.

09:56AM 15            THE COURT:  COUNSEL, YOU HAVE AN OBJECTION, SIR?

09:56AM 16            MR. FARRELL:  YOUR HONOR, I THINK HE JUST DID ANSWER

09:56AM 17   THE QUESTION.  HE SAID HE WAS AWARE OF THE PICTURES.

09:57AM 18            MR. BRUNO:  THE QUESTION WAS, WERE YOU AWARE OF THE

09:57AM 19   TESTIMONY.

09:57AM 20            THE COURT:  YOU CAN EVEN SAY -- YOU CAN LEAD THIS

09:57AM 21   WITNESS, ARE YOU AWARE THAT HE TESTIFIED THAT THE WAVE HEIGHT

09:57AM 22   WAS X --

09:57AM 23            MR. BRUNO:  WELL, WHAT I'M TRYING TO --

09:57AM 24            THE COURT:  -- IF HE DID.

09:57AM 25            MR. BRUNO:  WELL, WHAT I'M TRYING TO LEARN FIRST,

                              **HOURLY TRANSCRIPT**

09:57AM  1    QUITE CANDIDLY, JUDGE, IS WHAT HE CONSIDERED.  SO, WITHOUT

09:57AM  2    GIVING HIM THE ANSWER --

09:57AM  3                        EXAMINATION

09:57AM  4    BY MR. BRUNO:

09:57AM  5    Q.   DID YOU CONSIDER, DR. DALRYMPLE, THE TESTIMONY OF THE

09:57AM  6    LOCKMASTER BEFORE YOU WROTE YOUR REPORT?  THAT'S MY QUESTION.

09:57AM  7         THE COURT:  EITHER IN DEPOSITION OR IN PREVIOUS --

09:57AM  8         MR. BRUNO:  TESTIMONY IN COURT?

09:57AM  9         THE COURT:  OKAY.

09:57AM 10         THE WITNESS:  I BELIEVE I WAS UNAWARE OF ANY

09:57AM 11    TESTIMONY IN COURT.

09:57AM 12                        EXAMINATION

09:57AM 13    BY MR. BRUNO:

09:57AM 14    Q.   OKAY.  ALL RIGHT.  BUT YOU HAD THE PICTURES?

09:57AM 15    A.   YES.

09:57AM 16    Q.   ALL RIGHT.  NOW --

09:57AM 17    A.   AND THERE IS A REFERENCE IN IPET TO PHOTOGRAPHS TAKEN AT

09:57AM 18    THE SOUTH END OF THE IHNC, SO I PRESUMED THOSE WERE THE

09:57AM 19    LOCKMASTER'S PHOTOGRAPHS.

09:57AM 20    Q.   WELL, I'M GLAD YOU BROUGHT THAT UP BECAUSE WHEN I READ THE

09:57AM 21    IPET REPORT, I COULDN'T FIGURE OUT WHAT PHOTOGRAPHS THEY WERE

09:57AM 22    REFERRING TO.

09:57AM 23         WERE YOU ABLE TO, WHEN YOU READ THE IPET REPORT,

09:58AM 24    ASCERTAIN WITH PRECISION AND SPECIFICITY WHAT PHOTOGRAPHS THEY

09:58AM 25    WERE REFERRING TO?

                              **HOURLY TRANSCRIPT**

09:58AM  1    A.   NO.

09:58AM  2    Q.   SO THEY DON'T GIVE US MUCH HELP, DO THEY, IN EVALUATING

09:58AM  3    THE WORDS OF THE IPET REPORT, DO THEY?

09:58AM  4    A.   I WOULD PROBABLY CHARACTERIZE THAT AS A NO.

09:58AM  5    Q.   I APPRECIATE THAT.

09:58AM  6         LET'S GO BACK TO PAGE 11 OF THE REPORT, WHICH IS

09:58AM  7    JX-17130011.  COULD WE -- LET'S GO TO THIS SENTENCE HERE, "ON A

09:58AM  8    RISING" -- WELL, BLOW UP THE WHOLE SECTION, PLEASE, SO WE'LL

09:58AM  9    KNOW.  WE HAVE THAT ONE PARAGRAPH, AGAIN.  THEN, WE'LL START

09:59AM 10    WITH, "ON A RISING WATER LEVEL."

09:59AM 11         WELL, THIS IS PRETTY SELF-EVIDENT.  NO ONE DISAGREES

09:59AM 12    WITH THAT, RIGHT?  I MEAN, IF THE WATER GOES UP, WAVE

09:59AM 13    OVERTOPPING WILL BEGIN --

09:59AM 14         THIS IS NOT SERIOUSLY IN DISPUTE, ISN'T THAT TRUE,

09:59AM 15    DR. DALRYMPLE?

09:59AM 16    A.   NOT BY ME, NO, SIR.

09:59AM 17    Q.   HAS ANYBODY IN THIS COURT OFFERED ANY OPINION THAT'S

09:59AM 18    DIFFERENT FROM THAT?

09:59AM 19    A.   I DON'T BELIEVE SO.

09:59AM 20    Q.   OKAY.  NOW --

09:59AM 21         THE COURT:  MR. BRUNO, THE PROBLEM IS WHEN WE WALK

09:59AM 22    AWAY FROM THAT REAL GOOD SPEAKER --

09:59AM 23         MR. BRUNO:  I APOLOGIZE.  I HAVE A NERVOUS --

09:59AM 24         THE COURT:  BUT IF YOU NEED TO USE THE OTHER, THE

09:59AM 25    PORTABLE THING, YOU MAY.

**HOURLY TRANSCRIPT**

09:59AM 1          MR. BRUNO:  THEN IT WILL REALLY GET BAD.

09:59AM 2          THE COURT:  MAYBE YOU'RE RIGHT.

09:59AM 3          MR. BRUNO:  MAGISTRATE PITARD USED TO SAY, "BRUNO,

09:59AM 4    DON'T LEAVE THE LECTERN."

09:59AM 5          THE COURT:  ALL RIGHT.  GO AHEAD.

09:59AM 6          UNIDENTIFIED SPEAKER:  WE CAN GET YOU HANDCUFFS.

09:59AM 7          MR. BRUNO:  SHE'D ALSO SAY, DON'T USE YOUR HANDS,

09:59AM 8    TOO, WHICH, I'LL TELL YOU, IT WAS IMPOSSIBLE TO ARGUE TO THE

09:59AM 9    JURY WITH YOUR HANDS AT YOUR SIDE.

09:59AM 10          THE COURT:  I WOULD NEVER ASK ANY ATTORNEY TO NOT USE

10:00AM 11    HIS OR HER HANDS.  GO AHEAD.

10:00AM 12              UNLESS THEY'RE STRANGLING THE COURT.  GO AHEAD.

10:00AM 13                      EXAMINATION

10:00AM 14    BY MR. BRUNO:

10:00AM 15    Q.   NOW, THE NEXT SENTENCE IS, "ALSO, IPET ESTIMATED WAVES AND

10:00AM 16    UTILIZED PHOTOGRAPHS NEAR THE LOCK INDICATING THAT WAVES WERE

10:00AM 17    ON THE ORDER OF TWO TO THREE FEET" -- I'M SORRY.  LET ME DO

10:00AM 18    THAT AGAIN.  GIVE ME A DO-OVER.

10:00AM 19          "ALSO, IPET ESTIMATED WAVES AND THEY UTILIZED

10:00AM 20    PHOTOGRAPHS NEAR THE LOCK INDICATING THAT WAVES WERE ON THE

10:00AM 21    ORDER OF 2.5 FEET TO 3.5 FEET IN THE SOUTHERN PORTION OF THE

10:00AM 22    IHNC."  YOU CITE SPECIFICALLY TO IPET AT VOLUME 4, PAGE 226.

10:00AM 23          SO, AS WE LEARNED YESTERDAY, THIS IS THE ONLY

10:00AM 24    SCIENTIFIC MODEL THAT YOU USED TO COME UP WITH THE OPINION THAT

10:01AM 25    THERE MIGHT HAVE BEEN WAVES OF ANY CERTAIN HEIGHT IN THE IHNC

**HOURLY TRANSCRIPT**

10:01AM 1    ON THE MORNING OF THE HURRICANE; ISN'T THAT TRUE?

10:01AM 2    A.   WELL, WHAT I SAID IS I DIDN'T USE A NUMERICAL MODEL TO DO

10:01AM 3    THIS.  I USED A THEORETICAL MODEL.  I USED THE EQUATIONS IN THE

10:01AM 4    COASTAL ENGINEERING MANUAL.

10:01AM 5           SO IF YOU'RE TRYING TO UNDERSTAND WHAT'S HAPPENING IN

10:01AM 6    NATURE, YOU HAVE THEORY, YOU HAVE NUMERICAL MODELS OF THE

10:01AM 7    THEORY.  SO I USED THE THEORETICAL MODEL.

10:01AM 8    Q.   I SPECIFICALLY ASKED YOU YESTERDAY, DR. DALRYMPLE, WHETHER

10:01AM 9    OR NOT YOU HAD DONE ANY MODELING OF YOUR OWN, AND YOU SAID NO

10:01AM 10   YESTERDAY.

10:01AM 11   A.   NO.  YESTERDAY, I SAID I USED THE COASTAL ENGINEERING

10:01AM 12   MANUAL, WHICH HAS EQUATIONS IN IT.  THAT'S A THEORETICAL MODEL.

10:01AM 13          I DID NOT USE A NUMERICAL MODEL.  I DID NOT USE

10:01AM 14   STWAVE, WHICH IS WHAT I THOUGHT YOU WERE TALKING ABOUT.  I DID

10:01AM 15   NOT USE A NUMERICAL MODEL.

10:01AM 16   Q.   SO, ALL RIGHT, OVERNIGHT YOU'VE HAD A CHANCE TO THE THINK

10:01AM 17   ABOUT IT, AND NOW YOU WANT TO SHARE WITH US THAT YOU DID SOME

10:01AM 18   MATHEMATICAL COMPUTATIONS IN CONNECTION WITH THE OPINION THAT

10:02AM 19   YOU'VE OFFERED ABOUT THE HEIGHT OF WAVES IN THE CHANNEL, RIGHT?

10:02AM 20   A.   MATHEMATICAL COMPUTATIONS WERE DONE A LONG TIME AGO.  THAT

10:02AM 21   WAS IN THE DEPOSITION, THAT WAS IN MY REPORT ABOUT CALCULATING

10:02AM 22   WAVE HEIGHTS FROM THE COASTAL ENGINEERING MANUAL.  THE

10:02AM 23   EQUATIONS ARE THERE.

10:02AM 24   Q.   WELL, WE JUST LEARNED A FEW MOMENTS AGO THAT YOU USED THE

10:02AM 25   WIND SPEED FOR A DIFFERENT TIME THAN THE TIME AT WHICH YOU'RE

10:02AM  1   PREDICTING YOUR THREE-FOOT WAVE; DIDN'T WE JUST ESTABLISH THAT?

10:02AM  2   A.   WE ESTABLISHED THAT THE WIND CHANGED BETWEEN 3:00 AND

10:02AM  3   6:00.  SO I USED THE IPET REPORTED WINDS, AND I EXTRAPOLATED

10:02AM  4   BETWEEN THE DIFFERENT TIMES TO GET A WIND SPEED TO DRIVE THE

10:02AM  5   THEORETICAL MODEL.

10:02AM  6   Q.   WELL, THEN MAYBE I'M CONFUSED.  LET'S GO BACK TO YOUR

10:02AM  7   SLIDES.

10:02AM  8           COULD WE HAVE DX-DM-6-31.

10:02AM  9           SO YOUR TESTIMONY -- AND WE'VE TALKED ABOUT THIS AT

10:03AM 10   LENGTH -- YOUR TESTIMONY IS THAT YOU USED THE COASTAL

10:03AM 11   ENGINEERING MANUAL TO COME UP WITH THE 2.1?

10:03AM 12   A.   I USED THE COASTAL ENGINEERING MANUAL TO DO THE WAVE

10:03AM 13   HINDCASTING TO GIVE ME THE SIGNIFICANT WAVE HEIGHT.  I USED THE

10:03AM 14   NUMBER OF WAVES IN AN HOUR BASED ON IPET AND ALSO CEM, COASTAL

10:03AM 15   ENGINEERING MANUAL, PREDICTIONS OF WAVE PERIOD TO TELL ME

10:03AM 16   ROUGHLY HOW MANY WAVES HER HOUR THERE WERE.  THAT'S HOW I GOT H

10:03AM 17   MAX.

10:03AM 18   Q.   NONE OF THIS APPEARS IN YOUR EXPERT REPORT, CORRECT?

10:03AM 19   A.   MY REFERENCE TO THE COASTAL ENGINEERING MANUAL CERTAINLY

10:03AM 20   DOES BECAUSE IT'S -- IN THAT PARAGRAPH WE'VE TALKED ABOUT FROM

10:03AM 21   MY EXPERT REPORT, I REFER TO THE COASTAL ENGINEERING MANUAL.

10:03AM 22   Q.   SO I WAS, AS THE READER OF YOUR REPORT, WHEN I READ THAT

10:03AM 23   ONE SENTENCE SUPPOSED TO OPINE THAT YOU HAD DONE ALL THESE

10:03AM 24   OTHER MATHEMATICAL CALCULATIONS TO REACH THIS AND THE OTHER

10:03AM 25   CALCULATIONS DEPICTED ON THE SLIDES THAT WE'RE ABOUT TO TALK

**HOURLY TRANSCRIPT**

10:03AM 1    ABOUT, RIGHT?

10:03AM 2    A.   WELL, WE TALKED ABOUT WAVE HEIGHTS IN THE DEPOSITION.

10:04AM 3    Q.   ALL RIGHT.  LET'S GO TO THE NEXT SLIDE.  THIS SLIDE IS AT

10:04AM 4    4 O'CLOCK.  NOW, YOU ARE OPINING THAT THE MAXIMUM WAVE HEIGHT

10:04AM 5    IS 3.2 FEET HIGH?

10:04AM 6    A.   THAT'S CORRECT.

10:04AM 7    Q.   THIS IS BASED UPON CALCULATIONS THAT YOU'VE DONE SINCE

10:04AM 8    YOUR REPORT, RIGHT?

10:04AM 9    A.   THAT'S -- TO CREATE THIS DEMONSTRATIVE, YES.

10:04AM 10   Q.   OKAY.  ALL RIGHT.  LET'S GO -- THE WIND IS NOW 55 KNOTS

10:04AM 11   PER HOUR, RIGHT?

10:04AM 12   A.   THAT'S CORRECT.

10:04AM 13   Q.   DID YOU DO AN EVALUATION USING THE COASTAL ENGINEERING

10:04AM 14   MANUAL TO VERIFY THIS WAVE HEIGHT?

10:04AM 15   A.   I USED THE COASTAL ENGINEERING MANUAL TO GET THE HM0 WAVE

10:04AM 16   HEIGHT, THE EQUATIONS FOR WAVE FORECASTING, AND THE WINDS I GOT

10:04AM 17   FROM THE IPET REPORT FOR 4 O'CLOCK.

10:04AM 18   Q.   ALL RIGHT.  LET'S GO TO THE NEXT ONE, 33.

10:04AM 19         SO AT 5 O'CLOCK, YOUR TESTIMONY IS THAT THE MAXIMUM

10:05AM 20   WAVE WAS 4.6 FEET HIGH?

10:05AM 21   A.   THAT'S CORRECT.

10:05AM 22   Q.   WHAT WE'RE SEEING HERE, TELLING ME IF I'M WRONG, BUT AS WE

10:05AM 23   GO THROUGH THE MORNING, THE WIND SPEED IS PICKING UP, AND THE

10:05AM 24   WAVES ARE GETTING HIGHER AND HIGHER AND HIGHER?

10:05AM 25   A.   THAT IS CORRECT.

**HOURLY TRANSCRIPT**

10:05AM 1    Q.   SO YOU WOULD EXPECT -- AND YOU WOULD EXPECT TO SEE THIS

10:05AM 2    4.6-FOOT WAVE ALL ALONG THE IHNC, FROM FLORIDA AVENUE DOWN TO

10:05AM 3    THE LOCK, RIGHT?

10:05AM 4    A.   WELL, NOT NECESSARILY.  IT'S WHERE YOU HAVE REFLECTING

10:05AM 5    FLOODWALLS, AND IT DEPENDS ON THE GEOMETRY AND SO FORTH.  SO

10:05AM 6    THE WAVE HEIGHTS ARE GOING TO BE VARIABLE WHERE IT MIGHT BE

10:05AM 7    DEEPER OR SHALLOWER.

10:05AM 8         IT DEPENDS ON THE GEOMETRY, WHAT THE REFLECTION LOOKS

10:05AM 9    LIKE.  I MEAN, IT'S NOT ONE NUMBER THAT CHARACTERIZES THE WHOLE

10:05AM 10   LOT.

10:05AM 11        THE COURT:  LET ME JUST GET SOMETHING STRAIGHT AGAIN.

10:05AM 12   I HAVE IT STRAIGHT, I THINK.  THAT AT THIS TIME, YOU HAVE

10:05AM 13   OPINED THAT THE SIGNIFICANT WAVE HEIGHT IS 2.5, CORRECT?

10:05AM 14        THE WITNESS:  YES, SIR.

10:06AM 15        THE COURT:  AND THAT MEANS AT THE POINT IN THE MIDDLE

10:06AM 16   OF THE CHANNEL, HALF OF THAT, 1.25 OF THAT WAVE IS BENEATH THE

10:06AM 17   WATER, CORRECT?

10:06AM 18        THE WITNESS:  YES.

10:06AM 19        THE COURT:  YOU'RE OPINING THAT NEAR THE MIDDLE OF

10:06AM 20   THE CHANNEL, ONE OUT OF A THOUSAND WAVES IS 4.6 FEET HIGH, AND

10:06AM 21   2.3 FOOT OF THAT WAVE WOULD BE ABOVE THE WATER.  WE'RE NOT

10:06AM 22   TALKING ABOUT THE WALL --

10:06AM 23        THE WITNESS:  YES, SIR.

10:06AM 24        THE COURT:  -- IS THAT CORRECT?

10:06AM 25        THE WITNESS:  THAT IS ABSOLUTELY CORRECT.

**HOURLY TRANSCRIPT**

10:06AM 1          THE COURT:  ALL RIGHT.

10:06AM 2                    EXAMINATION

10:06AM 3  BY MR. BRUNO:

10:06AM 4  Q.   ALL RIGHT.  THAT'S WHAT GOT ME CONFUSED BECAUSE THE WALL

10:06AM 5  COMMENT THREW ME.  SO LET'S LEAVE OUT THE WALL, PLEASE, SO WE

10:06AM 6  CAN GET THROUGH THIS.

10:06AM 7  A.   ALL RIGHT.

10:06AM 8  Q.   ALL RIGHT.  WE'RE JUST TALKING ABOUT THE WAVES IN THE

10:06AM 9  CANAL.  I THINK THE JUDGE PICKED 10 FEET.  LET'S STAY ON THAT

10:06AM 10 10 FEET, PLEASE.  IT WILL HELP ME.  ANYTHING.  WE CAN DRAW OUT

10:06AM 11 OF A HAT.

10:06AM 12          THE COURT:  CERTAINLY, MINE WAS DEFINITELY OUT OF A

10:06AM 13 JUDICIAL HAT, THAT'S FOR SURE.

10:06AM 14                    EXAMINATION

10:06AM 15 BY MR. BRUNO:

10:06AM 16 Q.   NUMBER 34.

10:06AM 17          NOW, WE HAVE A WAVE -- MAXIMUM WAVE OF 5.6 FEET.

10:06AM 18 THAT'S A BIG WAVE, ISN'T IT?

10:07AM 19 A.   THAT'S CORRECT.

10:07AM 20 Q.   ALL RIGHT.  THIS IS AT 6 O'CLOCK, RIGHT?

10:07AM 21 A.   YES.

10:07AM 22 Q.   THEN, I THINK -- THAT'S YOUR LAST SLIDE.

10:07AM 23 A.   THAT IS CORRECT.

10:07AM 24 Q.   82 KNOTS, RIGHT?

10:07AM 25 A.   YES.

**HOURLY TRANSCRIPT**

10:07AM 1    Q.   THE WIND CONTINUED TO PICK UP; DID IT NOT?

10:07AM 2    A.   I THINK, JUST SLIGHTLY BEYOND THAT, YES, TILL 7 O'CLOCK.

10:07AM 3    Q.   ALL RIGHT.  NOW, YOU KNOW NOW THAT THE LOCKMASTER

10:07AM 4    TESTIFIED THAT BETWEEN 8:00 AND 9:00 -- I'M SORRY, I THINK HE

10:07AM 5    SAID BETWEEN 7:00 --

10:07AM 6         THE COURT:  HE WASN'T SURE OF THE TIME.  HE

10:07AM 7    ESTIMATED.

10:07AM 8         MR. BRUNO:  HE ESTIMATED TIME?

10:07AM 9         THE COURT:  THAT'S ALL I'M GOING TO SAY.

10:07AM 10                      EXAMINATION

10:07AM 11   BY MR. BRUNO:

10:07AM 12   Q.   HE SAW A WAVE BETWEEN TWO AND THREE FEET AT THE LOCK; IS

10:07AM 13   THAT CONSISTENT WITH WHAT YOU'VE GOT ON THESE SLIDES?

10:07AM 14   A.   YES.  IT DEPENDS ON -- REMEMBER, THERE IS A DISTRIBUTION

10:07AM 15   OF WAVES.  SO IF HE'S ESTIMATING FROM ONE WAVE OR FIVE WAVES,

10:07AM 16   HE'S SAMPLING THE DISTRIBUTION.

10:08AM 17        HE MAY HAVE BEEN LOOKING AT LOW WAVES.  HE MAY HAVE

10:08AM 18   BEEN LOOKING AT HIGH WAVES.  IT'S HARD TO TELL.

10:08AM 19   Q.   WELL, WOULDN'T IT BE FAIR TO CONCLUDE THAT HE WAS LOOKING

10:08AM 20   AT WHATEVER WAS REPRESENTATIVE OF THE WAVES OUT THERE?  IN

10:08AM 21   OTHER WORDS, WHATEVER IN THE DISTRIBUTION OF WAVE HEIGHTS WAS

10:08AM 22   THE MOST --

10:08AM 23   A.   WELL, HE --

10:08AM 24   Q.   --- THAT'S WHAT HE WAS SEEING?

10:08AM 25   A.   WELL, IF HE SAT THERE FOR THE WHOLE HOUR ESTIMATING THAT

**HOURLY TRANSCRIPT**

10:08AM 1    ONE NUMBER, THEN HE MIGHT HAVE SEEN A WAVE MUCH BIGGER THAN

10:08AM 2    THREE FEET.

10:08AM 3    Q.   LET'S LOOK AT THE PHOTOGRAPH FOR A MOMENT.  LET'S CALL UP

10:08AM 4    JX-01922-2.

10:09AM 5         FOR THE RECORD, THIS IS JX-01922-001.  THAT'S THE

10:10AM 6    NUMBER.

10:10AM 7         NOW, WHAT WE SEE HERE, DO WE NOT, DR. DALRYMPLE, ARE

10:10AM 8    THE WAVES -- I'M SORRY, LET ME WITHDRAW THE QUESTION.

10:10AM 9         WOULD YOU AGREE WITH ME THAT THIS PHOTOGRAPH DEPICTS

10:10AM 10   A DIRECTION OF THE WAVES?

10:10AM 11   A.   NO.

10:10AM 12   Q.   SO YOU DON'T SEE THAT THIS PHOTO SHOWS THE WAVES GOING

10:10AM 13   FROM THE NORTH TO THE SOUTH?

10:10AM 14   A.   I BELIEVE IT SHOWS WAVES GOING IN VARIOUS DIRECTIONS.

10:10AM 15   THEY COULD BE GOING NORTH TO SOUTH, THEY COULD BE BOUNCING OFF

10:10AM 16   THE LOCK GOING SOUTH TO NORTH, THEY COULD BE BANGING BACK AND

10:10AM 17   FORTH BETWEEN THE SIDE WALLS.

10:11AM 18   Q.   YOU WOULDN'T EVEN AGREE THAT MOST OF THE WAVES ARE COMING

10:11AM 19   FROM THE NORTH GOING TO THE SOUTH, RIGHT; WOULDN'T EVEN AGREE

10:11AM 20   WITH THAT?

10:11AM 21   A.   I WOULD AGREE -- I WOULD SAY THAT PROBABLY MOST OF THEM

10:11AM 22   ARE GOING TOWARDS THE SOUTH; BUT, THE LOCK IS CLOSED, SO THEY

10:11AM 23   ARE GOING TO BE BOUNCING OFF THE LOCK AND COMING BACK.

10:11AM 24        SO I WOULDN'T SAY THAT THE MAJORITY ARE GOING TO THE

10:11AM 25   SOUTH.

**HOURLY TRANSCRIPT**

10:11AM 1    Q.   SO YOU WOULDN'T SAY OR YOU WOULD SAY?

10:11AM 2    A.   I WOULD NOT.

10:11AM 3    Q.   YOU WOULD NOT SAY THAT THE MAJORITY ARE GOING TO THE

10:11AM 4    SOUTH.  SO --

10:11AM 5    A.   YOU'RE TALKING ABOUT DUE SOUTH.  NOT DUE SOUTH.  OR DOWN

10:11AM 6    THE LENGTH OF THE CANAL.

10:11AM 7            THE COURT:  THAT'S WHAT HE'S TALKING ABOUT.

10:11AM 8            THE WITNESS:  DOWN THE LENGTH OF THE LOCK.

10:11AM 9            THE COURT:  WHATEVER THAT DIRECTION IS.

10:11AM 10           THE WITNESS:  I THINK THEY'RE -- IT'S A DIRECTIONAL

10:11AM 11   SPECTRUM.  THEY'RE BOUNCING OFF THE SIDE WALLS.  THEY'RE COMING

10:11AM 12   BACK.  THEY BOUNCE OFF THE LOCK THAT'S CLOSED.  THEY COULD BE

10:11AM 13   GOING IN MANY DIRECTIONS.

10:11AM 14                     EXAMINATION

10:11AM 15   BY MR. BRUNO:

10:11AM 16   Q.   RIGHT.  BUT MY QUESTION WAS -- AND, AGAIN, I WANT TO MAKE

10:11AM 17   CERTAIN THAT MY ANSWER GETS ANSWERED IN THE RECORD -- YOU WOULD

10:11AM 18   NOT AGREE THAT MOST OF THE WAVES, EVEN THOUGH THEY MAY NOT BE

10:12AM 19   BOUNCING ALL OVER THE PLACE, YOU WOULD NOT AGREE THAT MOST OF

10:12AM 20   THE WAVES ARE COMING DOWN THE CHANNEL TOWARD THE LOCK?

10:12AM 21           THE COURT:  YOU MEAN AS DEPICTED IN THIS PHOTOGRAPH?

10:12AM 22           MR. BRUNO:  CORRECT.

10:12AM 23           THE WITNESS:  THERE IS JUST SO MUCH REFLECTION GOING

10:12AM 24   ON.  MAYBE SLIGHTLY MORE THAN THE MAJORITY; BUT, I MEAN, THEY

10:12AM 25   ALL HAVE TO COME BACK WHEN THEY GO IN -- THEY BOUNCE OFF THE

                        **HOURLY TRANSCRIPT**

10:12AM   1    WALLS AND COME BACK.  SO, 50 PERCENT.

10:12AM   2                          EXAMINATION

10:12AM   3    BY MR. BRUNO:

10:12AM   4    Q.   ALL RIGHT.  SO, OBVIOUSLY, YOU WOULD DISAGREE WITH THE

10:12AM   5    LOCKMASTER IF HE HAD TESTIFIED THAT IN HIS OPINION THE WAVES

10:12AM   6    WERE MOVING FROM THE UPPER PART OF THE IHNC TOWARD WHERE HE WAS

10:12AM   7    AT THE LOCK, RIGHT?

10:12AM   8    A.   WELL, I WOULD THINK IT WOULD LOOK LIKE THAT BECAUSE THE

10:12AM   9    WIND IS BLOWING IN HIS DIRECTION, SO ALL THE FOAM AND SPRAY ARE

10:12AM  10    BLOWING IN THE DIRECTION OF THE WIND.  SO IT CERTAINLY WOULD

10:12AM  11    LOOK THAT WAY.

10:12AM  12               ALSO, THE VERY SMALL WAVES THAT ARE WIND GENERATED

10:12AM  13    WOULD BE TRAVELING IN THAT DIRECTION.  SO IT WOULD LOOK LIKE

10:13AM  14    THAT.

10:13AM  15    Q.   WELL, I MEAN, MAYBE I'M JUST CRAZY HERE, BUT, I GUESS, IF

10:13AM  16    MY EYES ARE SEEING WHAT I'M SEEING, AND IF I'M MENTALLY

10:13AM  17    PROCESSING WHAT I'M SEEING, AND IF I'M ASCERTAINING THAT WHAT

10:13AM  18    I'M SEEING IS SHOWING MOST OF THE WAVES COMING DOWN THE

10:13AM  19    CHANNEL, THEN CAN I SAFELY CONCLUDE THAT MOST OF THE WAVES ARE,

10:13AM  20    IN FACT, COMING DOWN THE CHANNEL?

10:13AM  21    A.   NO, I THINK IF I TOOK A BASIN OF WATER AND SHOOK IT AND

10:13AM  22    HAD WAVES GOING EVERY WHICH WAY AND BLEW A WIND ACROSS IT IN

10:13AM  23    ONE DIRECTION, YOU WOULD SAY IT WENT IN THE WIND DIRECTION, AND

10:13AM  24    IT WOULD BE GOING IN ALL DIFFERENT DIRECTIONS.

10:13AM  25    Q.   ALL RIGHT.

                              **HOURLY TRANSCRIPT**

10:13AM 1    A.   BECAUSE THE NATURE OF THE SPRAY OFF THE TOP OF THE WAVES

10:13AM 2    WOULD BE GOING IN THE WIND DIRECTION.

10:13AM 3    Q.   SO WHEN I'M SITTING ON THE BEACH AND I'M HAVING MY

10:13AM 4    OCCASIONAL GLASS OF WINE AND I'M LOOKING OUT AT THE GULF OF

10:13AM 5    MEXICO AND THOSE WAVES ARE ROLLING IN --

10:13AM 6         THE COURT:   DON'T MAKE ME WANT TO LEAVE.

10:14AM 7         MR. BRUNO:   I WAS GOING THERE, JUDGE.

10:14AM 8         THE COURT:   I'M NOT IN A GREAT PLACE TODAY.  I'M SURE

10:14AM 9    Y'ALL HAVE GLEANED THAT.

10:14AM 10                   EXAMINATION

10:14AM 11   BY MR. BRUNO:

10:14AM 12   Q.   ARE YOU TELLING ME THAT WHAT I'M SEEING -- OR I'M NOT

10:14AM 13   SEEING THOSE WAVES ROLL IN ANY ONE DIRECTION, IS THAT WHAT

10:14AM 14   YOU'RE TELLING ME?

10:14AM 15   A.   OF COURSE YOU ARE.  YOU ARE AT A BEACH.  AND AT A BEACH,

10:14AM 16   YOU HAVE THE BEACH WHERE ALL THE WAVES ARE BREAKING.  HERE

10:14AM 17   YOU'RE IN A REFLECTIVE CONTAINER AND THE WAVES ARE BOUNCING

10:14AM 18   EVERY WHICH WAY.

10:14AM 19   Q.   LET'S JUST SHOW THE NEXT PICTURE AND WE'LL MOVE ON.

10:14AM 20   NUMBER 4.  YOUR OPINION DOESN'T CHANGE AT ALL WITH REGARD TO

10:14AM 21   WHAT WE SEE HERE DEPICTED IN THIS JX-19224, RIGHT?

10:14AM 22         THE COURT:   THAT'S IN THE DIRECTION OF THE WAVES.

10:14AM 23         MR. BRUNO:   YES.

10:14AM 24         THE WITNESS:   WELL, IN THAT PICTURE, WHAT YOU SEE IS

10:14AM 25   A COUPLE OF WELL-DEFINED WAVE CRESTS WHICH COULD BE EMBLEMATIC

**HOURLY TRANSCRIPT**

10:14AM 1    OF A STANDING WAVE THAT'S IN THE CANAL BECAUSE OF THE WAVES

10:15AM 2    COMING IN, BOUNCING OFF THE END, GOING BACK OUT, AND THE WATER

10:15AM 3    IS JUST GOING LIKE THIS (INDICATING).  I CAN TESTIFY THE WAVE

10:15AM 4    CREST GOES PERPENDICULAR ACROSS THE LOCK.

10:15AM 5    Q.   OKAY.  THE LAST ONE IS NUMBER 7.  AND YOU, OF COURSE, NOW

10:15AM 6    AGREE, SINCE I HAD A CHANCE TO SHOW YOU THIS AT YOUR

10:15AM 7    DEPOSITION, THAT THE FLORIDA AVENUE BRIDGE WAS DOWN DURING

10:15AM 8    KATRINA, RIGHT?

10:15AM 9    A.   CORRECT.

10:15AM 10   Q.   SO THERE IS NO DISPUTE ABOUT THAT?

10:15AM 11   A.   NO DISPUTE.

10:15AM 12   Q.   ALTHOUGH THERE IS APPARENTLY SOME QUESTION ABOUT THE

10:15AM 13   DISTANCE FROM THE ROAD BED TO THE WATER, RIGHT?  I BELIEVE YOU

10:15AM 14   TESTIFIED YESTERDAY IT WAS 5 FEET?

10:15AM 15   A.   I LOOKED AT A DRAWING FROM THE PORT OF NEW ORLEANS THAT

10:15AM 16   SHOWED A 5-FOOT UNDERCLEARANCE.

10:15AM 17   Q.   WE HAD TESTIMONY YESTERDAY WHERE THE ROAD BED WAS

10:15AM 18   INDICATED TO HAVE BEEN BETWEEN 8 AND 9 FEET ELEVATION.  DID YOU

10:15AM 19   HEAR THAT?

10:15AM 20   A.   I INTERPRETED THAT AS BEING 8 FEET ABOVE THE WATER, BUT --

10:16AM 21   Q.   HE GAVE US AN ELEVATION.  HE DIDN'T KNOW HOW HIGH IT WAS

10:16AM 22   ABOVE THE WATER.

10:16AM 23   A.   I HEARD -- I HEARD 8 FEET.

10:16AM 24   Q.   YOU HEARD --

10:16AM 25   A.   I WAS IN THE COURTROOM.

**HOURLY TRANSCRIPT**

10:16AM  1   Q.   YOU WERE IN THE COURTROOM.  YOU HEARD IT.  AND WHAT YOU

10:16AM  2   HEARD WAS 8 FEET ABOVE THE WATER.  AND MAYBE THE RECORD WILL

10:16AM  3   HELP US INDICATE WHETHER IT WAS, IN FACT, IN ELEVATION, RIGHT?

10:16AM  4   A.   I PRESUME SO.

10:16AM  5   Q.   SO LET'S GO TO IPET.  WHILE WE'RE HERE, IPET IS

10:16AM  6   JX-02033-1583, THAT'S THE COVER PAGE.

10:16AM  7          MR. BRUNO:  CAN YOU BRING THAT UP REAL QUICK.

10:16AM  8                          EXAMINATION

10:16AM  9   BY MR. BRUNO:

10:16AM  10  Q.   LET'S GO TO PAGE 226, WHICH IS THE PAGE THAT YOU CITE IN

10:17AM  11  YOUR REPORT; IS THAT ACCURATE, DR. DALRYMPLE?

10:17AM  12  A.   YES.

10:17AM  13  Q.   I'M SORRY, IT'S 1814.

10:17AM  14          JX-02033-1814 IS THE JX-NUMBER FOR PAGE -- VOLUME 4,

10:17AM  15  26 OF THE IPET REPORT.  OKAY?

10:17AM  16          SO THIS IS THE RIGHT PAGE THAT YOU CITED IN YOUR

10:17AM  17  EXPERT REPORT, RIGHT?

10:17AM  18  A.   YEAH, I CITE 226, 227.

10:17AM  19  Q.   LET ME JUST DIGRESS FOR JUST A MOMENT.  YOU WERE IN THE

10:18AM  20  COURTROOM AND YOU HEARD THE TESTIMONY OF DR. MARR; DID YOU NOT?

10:18AM  21  A.   A PORTION OF IT, YES.

10:18AM  22  Q.   ALL RIGHT.  A COUPLE OF GENERAL QUESTIONS.  WHEN YOU WERE

10:18AM  23  TASKED BY WGI TO DO WHAT YOU DID, DID YOU WORK WITH

10:18AM  24  DR. SILVA-TULLA TO DO YOUR WORK?

10:18AM  25  A.   NO.

**HOURLY TRANSCRIPT**

10:18AM 1    Q.   DID YOU USE HIM AS A REFERENCE FOR INFORMATION?

10:18AM 2    A.   NO.

10:18AM 3    Q.   SO YOU ACTED INDEPENDENTLY OF THE OTHER EXPERTS IN

10:18AM 4    REACHING YOUR CONCLUSIONS, CORRECT?

10:18AM 5    A.   YES.

10:18AM 6    Q.   AND YOU WERE NOT ASKED TO GIVE AN OPINION AS TO THE CAUSE

10:18AM 7    OF EITHER THE NORTH OR THE SOUTH BREACH, IS THAT ACCURATE?

10:18AM 8    A.   THAT IS CORRECT.

10:18AM 9    Q.   YOU WERE NOT ASKED TO GIVE AN OPINION AS TO MECHANISM OF

10:18AM 10   FAILURE TO EITHER THE NORTH OR THE SOUTH BREACH; ISN'T THAT

10:18AM 11   TRUE?

10:18AM 12   A.   NO, SIR.  YES, SIR, IT WAS NOT TRUE.  I DID NOT -- I WAS

10:18AM 13   NOT ASKED TO DO THAT.

10:18AM 14   Q.   DO YOU WANT TO MAKE MY HEAD EXPLODE?

10:18AM 15   A.   YES, SIR.

10:18AM 16   Q.   YOU'RE DOING A GOOD JOB.

10:19AM 17        SO CAN WE GET AN ANSWER TO THAT QUESTION?  MAYBE IT

10:19AM 18   WILL EXPLODE.

10:19AM 19   A.   I THINK YOU BETTER REPEAT IT.

10:19AM 20   Q.   YOU WERE NOT ASKED TO GIVE AN OPINION AS TO THE MECHANISM

10:19AM 21   OF FAILURE OF EITHER THE NORTH OR SOUTH BREACH?

10:19AM 22   A.   NO, SIR.  I WAS NOT ASKED.

10:19AM 23   Q.   NOT ASKED.  OKAY.  NOW, YOU DIDN'T DO ANY SCOUR ANALYSES,

10:19AM 24   DID YOU?

10:19AM 25   A.   NO, I DID NOT.

**HOURLY TRANSCRIPT**

10:19AM 1   Q.   IN FACT, THE ONLY EXPERT IN THE CASE ON YOUR SIDE OF THE V

10:19AM 2   WHO DID ANY SCOUR ANALYSIS WAS DR. MARR, RIGHT?

10:19AM 3   A.   I DON'T KNOW.

10:19AM 4   Q.   YOU DON'T EVEN KNOW THAT?

10:19AM 5   A.   I KNOW THAT HE DID, BUT I DON'T KNOW IF ANY OTHERS MIGHT

10:19AM 6   HAVE.

10:19AM 7   Q.   ALL RIGHT.  WELL, DR. MARR TESTIFIED THAT AFTER HIS

10:19AM 8   DEPOSITION, HE CAME INTO SOME INFORMATION ABOUT YOUR WORK.

10:19AM 9   A.   THAT'S CORRECT.

10:19AM 10  Q.   DID HE TALK TO YOU?

10:19AM 11  A.   YES, HE DID.

10:19AM 12  Q.   WHEN?

10:20AM 13  A.   I BELIEVE IT WAS A MONTH AGO, SOMETHING LIKE THAT.  TWO

10:20AM 14  MONTHS AGO.

10:20AM 15  Q.   IT IS THE 27TH OF SEPTEMBER.

10:20AM 16  A.   JUNE, JUNE SOMETHING.  JUNE 28TH, SOMETHING LIKE THAT.

10:20AM 17  KIND OF RINGS A BELL.  WE HAD A MEETING DOWN HERE, AND I TALKED

10:20AM 18  WITH DR. MARR AT THAT TIME.

10:20AM 19  Q.   WAS THAT THE FIRST TIME YOU TALKED TO DR. MARR ABOUT YOUR

10:20AM 20  OPINIONS?

10:20AM 21  A.   I BELIEVE THAT'S CORRECT.

10:20AM 22  Q.   AND WHAT DID YOU TELL HIM?

10:20AM 23  A.   I TOLD HIM THAT I HAD SOME WAVE HEIGHTS IN THE IHNC,

10:20AM 24  EXPECTING THAT I HAD 3-FOOT WAVES IN THE IHNC AFTER 3 O'CLOCK.

10:20AM 25  Q.   DID YOU TELL HIM ANYTHING MORE THAN AFTER 3 O'CLOCK?

**HOURLY TRANSCRIPT**

10:20AM 1    A.   I MAY HAVE GIVEN HIM SOME TIMES, OTHER TIMES.

10:20AM 2    Q.   WELL, THE OTHER TIMES -- I'M SORRY.  DID YOU REFER HIM TO

10:21AM 3    IPET?  DID YOU TELL HIM TO GO READ WHAT YOU READ?

10:21AM 4    A.   I MAY HAVE INDICATED THAT WAS PART OF THE SOURCE OF MY

10:21AM 5    NUMBERS.

10:21AM 6    Q.   DID YOU GIVE HIM ANYTHING IN WRITING?

10:21AM 7    A.   I DID NOT.

10:21AM 8    Q.   SO IF DR. MARR TESTIFIED THAT HE BASED HIS OPINIONS WITH

10:21AM 9    REGARD TO WAVE HEIGHT ON WHAT HE LEARNED FROM YOU, THE ONLY

10:21AM 10   OPPORTUNITY THAT HE HAD TO LEARN FROM YOU WAS AT THAT MEETING

10:21AM 11   THAT YOU JUST DESCRIBED, CORRECT?

10:21AM 12   A.   I PRESUME SO.  I DON'T KNOW.  THAT'S THE ONLY TIME I

10:21AM 13   TALKED TO HIM THAT I RECALL.

10:21AM 14   Q.   AND YOU DIDN'T GIVE HIM ANY INFORMATION ABOUT SPECIFIC

10:21AM 15   TIMES AND SPECIFIC WAVE HEIGHTS AT THOSE TIMES, ISN'T THAT

10:22AM 16   TRUE?

10:22AM 17   A.   I BELIEVE THAT'S CORRECT.

10:22AM 18   Q.   NOW, WE'VE ALREADY ESTABLISHED THE BASIS FOR YOUR OPINION

10:22AM 19   IS THE IPET REPORT AND THE COUL WAVE COMPUTER MODELS REPORTED

10:22AM 20   THEREIN, CORRECT?

10:22AM 21   A.   THE STWAVE AND THE CEM, THE COASTAL ENGINEERING MANUAL.

10:22AM 22   Q.   LET'S SEE.  AND WE'VE ALREADY ESTABLISHED, HAVE WE NOT,

10:22AM 23   THAT THESE ARE COMPUTER MODELS?  RIGHT?

10:22AM 24   A.   YES, THE FIGURE AT THE TOP IS AN STWAVE RESULT.

10:22AM 25   Q.   THEY ARE NOT INTENDED TO DEMONSTRATE THAT, IN FACT, THERE

**HOURLY TRANSCRIPT**

10:22AM 1   WAS A WAVE OF ANY SPECIFIC HEIGHT IN THE IHNC AT ANY SPECIFIC

10:22AM 2   TIME, ISN'T THAT TRUE?

10:22AM 3   A.   NO, THEY WERE MEANT TO DEPICT THE MAXIMUM WAVE HEIGHT

10:22AM 4   DURING THE COURSE OF THE STORM THAT THEY SAW IN THIS CASE FROM

10:22AM 5   THE NORTH IHNC BRANCH AT 9 O'CLOCK IN THE MORNING.

10:23AM 6   Q.   WELL, WHAT I WANT TO MAKE CRYSTAL CLEAR FOR THE RECORD IS

10:23AM 7   THAT THIS MODEL DOES NOT MEAN THAT THERE WERE, IN FACT, WAVES

10:23AM 8   OF THE HEIGHTS THAT THE MODEL SHOWED ON THE MORNING OF THE

10:23AM 9   HURRICANE, CORRECT?

10:23AM 10   A.   I DON'T UNDERSTAND THE QUESTION.  THE MODEL IS DESIGNED TO

10:23AM 11   PREDICT WHAT THE HEIGHTS OF THE WAVES WERE DURING THE COURSE OF

10:23AM 12   THE HURRICANE.  THAT'S WHY THEY DID IT.

10:23AM 13   Q.   ALL RIGHT.  A MODEL IS SUBJECT TO ERROR; IS IT NOT?

10:23AM 14   A.   MODELS ARE SUBJECT TO ERROR, YES.

10:23AM 15   Q.   THEY ARE SUBJECT TO VARIABILITY?

10:23AM 16   A.   YES.

10:23AM 17   Q.   AND IF THE INPUTS ARE WRONG, THE OUTPUTS ARE WRONG,

10:23AM 18   CORRECT?

10:23AM 19   A.   RIGHT.  BUT THE PURPOSE OF MODELS IS TO MAKE THE BEST

10:23AM 20   SCIENTIFIC PREDICTION OF WHAT WENT ON.  THEY ARE SUBJECT TO

10:23AM 21   UNCERTAINTIES.  THIS THE CORPS'S BEST EFFORT AT THE TIME TO

10:23AM 22   PREDICT WHAT THE WAVE HEIGHTS WERE IN THE IHNC FROM THE NORTH

10:23AM 23   BRANCH.

10:23AM 24   Q.   ALL RIGHT.  JUST A PREDICTION, CORRECT?

10:24AM 25   A.   IT'S A PREDICTION, YES, BASED ON BEST AVAILABLE SCIENCE.

**HOURLY TRANSCRIPT**

10:24AM 1    Q.   AND WE KNOW, DO WE NOT -- MAYBE WE DON'T KNOW -- DID THIS

10:24AM 2    MODEL CONTEMPLATE WHETHER THE FLORIDA AVENUE BRIDGE WAS UP OR

10:24AM 3    DOWN?

10:24AM 4    A.   I DON'T KNOW.  THE MODELING FOR 17TH STREET CANAL TOOK

10:24AM 5    INTO ACCOUNT THE BRIDGE.  I DON'T KNOW IF THEY DID THE BRIDGE

10:24AM 6    UP OR DOWN OR NOT.

10:24AM 7    Q.   THE 17TH STREET CANAL?  I'M CONFUSED.

10:24AM 8    A.   THERE WAS A BRIDGE THERE THAT THE CORPS, WHEN THEY DID

10:24AM 9    THEIR WAVE ANALYSIS, TOOK INTO ACCOUNT THE BRIDGE WAS THERE.  I

10:24AM 10   DON'T KNOW WHAT THEY DID WITH THE BRIDGE IN THIS CASE.

10:24AM 11   Q.   SO WE DON'T KNOW.  AND WE DON'T EVEN KNOW HOW THAT BRIDGE

10:24AM 12   WOULD HAVE IMPACTED THIS COMPUTER MODEL, DO WE?

10:24AM 13   A.   I DON'T KNOW HOW IT WOULD HAVE IMPACTED THIS COMPUTER

10:24AM 14   MODEL.

10:24AM 15   Q.   WE DON'T KNOW?

10:24AM 16   A.   I DON'T KNOW.

10:24AM 17   Q.   YOU DON'T KNOW.  IT WASN'T MODELLED, RIGHT?

10:25AM 18   A.   I DON'T KNOW.

10:25AM 19   Q.   YOU DON'T KNOW.  SO LET'S LOOK AT WHAT THEY DID.  THE

10:25AM 20   FIRST THING WE SEE HERE -- CAN WE BLOW UP THE WHOLE PARAGRAPH.

10:25AM 21           THEY REFER, OF COURSE, TO 161, WHICH IS A CHART ON

10:25AM 22   THE PREVIOUS PAGE, AND WAS SHOWN TO THE JUDGE DURING YOUR

10:25AM 23   DIRECT TESTIMONY, RIGHT?

10:25AM 24   A.   YES.

10:25AM 25   Q.   AND IT SHOWS THAT THE WAVES AS THEY ENTERED FROM

**HOURLY TRANSCRIPT**

10:25AM 1   LAKE PONTCHARTRAIN INTO THE IHNC --

10:25AM 2   A.   I'M SORRY, LAKE BORGNE.

10:25AM 3   Q.   I'M SORRY.  THE WAVES, AS THEY CAME FROM LAKE BORGNE,

10:25AM 4   DETERIORATED VERY RAPIDLY?

10:25AM 5   A.   CORRECT.

10:25AM 6         MR. BRUNO:  DID YOU HAVE A QUESTION, JUDGE?

10:25AM 7         THE COURT:  NO, NO.

10:25AM 8                         EXAMINATION

10:25AM 9   BY MR. BRUNO:

10:25AM 10  Q.   SO THEY DECAYED FROM 3 FEET TO 1.2 FEET WITHIN ABOUT A

10:26AM 11  HALF A MILE.  THEN THEY TALK ABOUT THE WINDS FOR THE ENTIRE

10:26AM 12  6 O'CLOCK TO 11 O'CLOCK UTC, WHICH THEY TRANSLATE FOR US MERE

10:26AM 13  MORTALS TO CDT TIME TO 1 TO 6 IN THE MORNING, ARE RELATIVELY

10:26AM 14  WELL ALIGNED WITH THE AXIS OF MRGO/GIWW.

10:26AM 15         WHAT DOES THAT MEAN, WELL ALIGNED WITH THE AXIS OF

10:26AM 16  MRGO/GIWW?

10:26AM 17  A.   WELL, THE MRGO/GIWW AXIS IS A LITTLE BIT NORTH OF EAST,

10:26AM 18  AND I WOULD PRESUME THEY WOULD SAY THE WINDS ARE PLUS OR MINUS

10:26AM 19  20 DEGREES FROM THAT DIRECTION.

10:26AM 20  Q.   DOES THAT MEAN THAT THE WINDS ARE TRAVELING IN THE SAME

10:26AM 21  DIRECTION AS THE INTERCOASTAL WATERWAY WHERE IT JOINS WHAT WE

10:26AM 22  HAVE BEEN CALLING THE THROAT OF THE FUNNEL?

10:26AM 23  A.   I WOULD INTERPRET THAT TO MEAN THAT THEY THINK THAT THE

10:27AM 24  WINDS ARE BLOWING DOWN THE GIWW FROM THE EAST TO THE WEST

10:27AM 25  SOMEWHERE IN THAT SAME DIRECTION.  SO EAST, NORTHEAST,

**HOURLY TRANSCRIPT**

10:27AM  1    SOMETHING LIKE THAT.

10:27AM  2    Q.   AND MAYBE IT'S JUST ME, BUT IT SEEMS TO ME THEY ARE

10:27AM  3    CHOOSING THAT PARTICULAR TIME BECAUSE THEY WANT TO LOOK AT THE

10:27AM  4    LONGEST POSSIBLE FETCH, ISN'T THAT ACCURATE?

10:27AM  5    A.   WELL, THE FETCH IS FIXED.  THAT'S THE 6 MILES OF THE

10:27AM  6    CANAL, BUT THAT WOULD BE THE OPTIMUM TIME FOR WINDS TO BE

10:27AM  7    GENERATED ON THAT CANAL.

10:27AM  8    Q.   SO I HAVE TO SAY IT THE OTHER WAY.  THEY WANTED TO LOOK AT

10:27AM  9    THE POINT IN TIME WHEN THE WINDS WOULD BE LINED UP WITH THE

10:27AM 10    LONGEST FETCH, RIGHT?

10:27AM 11    A.   WELL, THE FETCH IS FIXED, BUT THAT'S THE OPTIMUM WAVE

10:27AM 12    HEIGHT GENERATION BY HAVING THE WINDS COMING FROM THAT

10:27AM 13    DIRECTION.  SO AS THE STORM WINDS CHANGE DIRECTION, THAT WOULD

10:27AM 14    BE THE BEST TIME TO GET THE BIGGEST WAVES ON THE GIWW.  THE

10:27AM 15    FETCH IS FIXED.

10:28AM 16    Q.   THAT'S BECAUSE WE KNOW, DR. DALRYMPLE, THAT THE WAVES

10:28AM 17    FOLLOW THE WIND?

10:28AM 18    A.   NO.

10:28AM 19    Q.   NO.

10:28AM 20    A.   AS I POINTED OUT MANY, MANY TIMES, IN STWAVE, AND YOU CAN

10:28AM 21    LOOK IN THE IPET REPORT, THEY SHOW THAT IT'S A WAVE SPECTRUM

10:28AM 22    MODEL, SO THEY HAVE MANY DIFFERENT DIRECTIONS.  FOR THE GIWW

10:28AM 23    AND THE IHNC, THEY MODIFY THE MODEL TO REFLECT THE BOUNDARY

10:28AM 24    CONDITIONS.

10:28AM 25          SO THAT WHAT THEY WERE TRYING TO DO IS SEE HOW BIG

**HOURLY TRANSCRIPT**

10:28AM 1    THE WAVES COULD BE AT THE OPTIMUM GENERATION DOWN THE CANAL,

10:28AM 2    AND THAT WOULD BE WHEN THE WINDS ARE BLOWING DIRECTLY DOWN THE

10:28AM 3    CANAL.  BUT WAVES ARE GENERATED IN MANY DIFFERENT DIRECTIONS,

10:28AM 4    SO THEY WOULD BOUNCE OFF THE SIDE WALLS.

10:28AM 5    Q.   BOTTOM LINE IS, THIS IS WHERE WE WOULD EXPECT THE WAVES TO

10:28AM 6    BE THE BIGGEST IN TIME?

10:28AM 7    A.   CORRECT.

10:28AM 8           THE COURT:  WHEN THE WIND IS A CERTAIN AMOUNT AND THE

10:28AM 9    DIRECTION OF THE WIND IS GENERALLY ALIGNED ALONG THE FETCH?

10:28AM 10          THE WITNESS:  YES.

10:28AM 11          THE COURT:  THAT WOULD GIVE YOU WHEN THE WAVES WOULD

10:29AM 12   WERE GENERALLY THE HIGHEST?

10:29AM 13          THE WITNESS:  THAT'S CORRECT.  BECAUSE IT'S A CHANNEL

10:29AM 14   AND IT'S VERY NARROW, WHEN THE WINDS ARE GOING DIRECTLY DOWN

10:29AM 15   THE CHANNEL, IN THIS CASE, YOU WOULD HAVE THE -- WHERE THE

10:29AM 16   WINDS LINED UP WITH IT, THEN YOU WOULD HAVE THE BIGGEST WAVES

10:29AM 17   GENERATED.

10:29AM 18                          EXAMINATION

10:29AM 19   BY MR. BRUNO:

10:29AM 20   Q.   WE KNOW THE WIND MOVED -- I'M SORRY, FORGIVE ME.  THE WIND

10:29AM 21   CHANGED DIRECTION OVER THE COURSE OF THE MORNING, RIGHT?

10:29AM 22   A.   THAT'S CORRECT.

10:29AM 23   Q.   AND THE WIND MOVED MORE NORTHERLY THROUGHOUT THE MORNING?

10:29AM 24   A.   FROM THE NORTH, YES.

10:29AM 25   Q.   FOR EXAMPLE, IF I WERE TO USE THE HANDS OF A CLOCK, IT

**HOURLY TRANSCRIPT**

10:29AM  1    MOVED FROM 2 O'CLOCK TO 1 O'CLOCK TO 12 O'CLOCK, RIGHT?

10:29AM  2    A.   THE WINDS CAME FROM THOSE DIRECTIONS.

10:29AM  3    Q.   AND --

10:29AM  4         THE COURT:  EXCUSE ME, SIR.  I'M SORRY.

10:29AM  5         MR. FARRELL:  IF IT WILL HELP PLAINTIFFS' COUNSEL

10:29AM  6    MOVE IT ALONG, WE DO HAVE -- THE PARTIES DO HAVE A STIPULATION

10:29AM  7    IN PLACE AS TO THE DIRECTION OF THE WIND FROM 4 IN THE MORNING

10:29AM  8    UNTIL 7 IN THE MORNING COMING OUT OF THE NORTH, NORTHEAST.

10:30AM  9         THE COURT:  THANK YOU, COUNSEL.

10:30AM 10         MR. BRUNO:  I APPRECIATE THAT VERY MUCH.

10:30AM 11                         EXAMINATION

10:30AM 12    BY MR. BRUNO:

10:30AM 13    Q.   THE POINT I WAS TRYING TO REACH WAS AS THE WIND DIRECTION

10:30AM 14    MOVES AWAY FROM ITS ALIGNMENT WITH THE INTRACOASTAL WATERWAY,

10:30AM 15    WE WOULD NOT EXPECT THE WAVES TO BE AS HIGH AS THEY WERE WHEN

10:30AM 16    THE WINDS WERE ALIGNED WITH THE INTRACOASTAL WATERWAY, CORRECT?

10:30AM 17    A.   CORRECT.

10:30AM 18    Q.   SO THEY ARE GOING TO DROP DOWN, NOT GET HIGHER?

10:30AM 19    A.   CORRECT.

10:30AM 20    Q.   OKAY.  SO FROM 5:30 TO WHEN THEY DID THE NEXT EVALUATION

10:30AM 21    AT 9, WE WOULD EXPECT THE WAVES TO GET SMALLER, RIGHT?

10:30AM 22    A.   ON THE GIWW, CORRECT.  SOMEWHAT SMALLER.

10:30AM 23    Q.   SOMEWHAT SMALLER.  BUT THE WAVES IN THE GIWW ARE DRIVING

10:30AM 24    WAVES IN THE IHNC, RIGHT?

10:30AM 25    A.   AS WELL AS WAVES FROM THE NORTH BRANCH OF THE IHNC.

**HOURLY TRANSCRIPT**

10:30AM 1    Q.   OKAY.

10:30AM 2    A.   YOU HAVE TWO SOURCES.

10:30AM 3    Q.   YOU HAVE TWO SOURCES.  LET'S SEE WHAT ELSE THEY DID HERE.

10:30AM 4    SO THEY SAY, "LOCAL WAVE GENERATION IS QUITE IMPORTANT HERE

10:31AM 5    WITH WAVE HEIGHTS OF OVER 4 FEET PRODUCED IN THE VICINITY OF

10:31AM 6    THE GIWW/MRGO INTERSECTION.  DURING PEAK WIND CONDITIONS AT

10:31AM 7    5:30 IN THE MORNING OF ABOUT 80 KNOTS OUT OF THE EAST, THESE

10:31AM 8    WAVES ARE QUITE SHORT WITH PEAK PERIODS IN RANGE OF 3.5 TO

10:31AM 9    4.0 SECONDS."

10:31AM 10        SO COUNSEL WAS KIND ENOUGH TO REMIND US ALL THAT WE

10:31AM 11   HAVE A STIPULATION.  AND WE KNOW THAT, IN FACT, THE WINDS WERE

10:31AM 12   NOT COMING OUT OF THE EAST AT 5:30 IN THE MORNING, ISN'T THAT A

10:31AM 13   FACT?

10:31AM 14        THE COURT:  DO YOU WANT TO SHOW HIM THE STIPULATION?

10:31AM 15   YOU MAY REMEMBER IT, SIR, BUT YOU CAN CERTAINLY ANSWER IT.

10:31AM 16        THE WITNESS:  I DO REMEMBER THE STIPULATION.

10:31AM 17                     EXAMINATION

10:31AM 18   BY MR. BRUNO:

10:31AM 19   Q.   THE WINDS WERE NOT COMING OUT OF THE EAST, ISN'T THAT

10:31AM 20   TRUE?

10:31AM 21   A.   I WOULD SAY THE WINDS WERE COMING OUT OF THE EAST.

10:32AM 22        THE COURT:  WE'RE TALKING ABOUT 5:30 A.M.?

10:32AM 23        THE WITNESS:  YES, YOUR HONOR.

10:32AM 24        MR. BRUNO:  LET'S GO TO THE DEMONSTRATIVE

10:32AM 25   JX-01887-001.  THE DEMONSTRATIVE JX-01887-001.

**HOURLY TRANSCRIPT**

10:32AM  1                    MR. FARRELL:  YOUR HONOR, I'M GOING TO OBJECT TO THE

10:33AM  2   DEMONSTRATIVE.  IF WE COULD SEE THE WHOLE WRITING AT THE TOP.

10:33AM  3   THIS IS A TRIAL GRAPHIC FROM THE BARGE LITIGATION FROM AN

10:33AM  4   EXPERT THAT'S NOT IN THIS CASE.  THAT IS WHY WE HAVE THE

10:33AM  5   STIPULATION IN THIS LITIGATION.  THERE HAS BEEN NO TESTIMONY ON

10:33AM  6   WIND DIRECTION, AND THESE ARE VERY PRECISE COORDINATES.

10:33AM  7                    THE COURT:  MAY I ASSUME THE UNITED STATES JOINS IN

10:33AM  8   IT?  ANYTHING ELSE YOU'D LIKE TO ADD, MR. WOODCOCK?

10:33AM  9                    MR. WOODCOCK:  YES.  THE REASON THE PARTIES

10:33AM 10   STIPULATED WAS TO AVOID -- HE'S CERTAINLY ENTITLED TO ASK THE

10:33AM 11   WITNESS ABOUT THE STIPULATION, BUT THIS IS NOT IN EVIDENCE IN

10:33AM 12   THE CASE.

10:33AM 13                    THE COURT:  MR. BRUNO, WHAT'S YOUR RESPONSE?

10:33AM 14                    MR. BRUNO:  MY RESPONSE IS THAT THESE SHOW TIMES,

10:33AM 15   NUMBER 1.  AND NUMBER 2, I'M GOING TO ASK THE WITNESS WHETHER

10:33AM 16   THESE DIRECTIONS ARE CONSISTENT WITH HIS UNDERSTANDING OF THE

10:33AM 17   STIPULATION, WHICH THEY ARE.

10:33AM 18                    THE COURT:  FIRST I WOULD LIKE TO SEE -- BEFORE I

10:33AM 19   RULE ON THIS, BECAUSE I THINK THE OBJECTIONS MAY BE WELL

10:33AM 20   FOUNDED, LET ME -- SO LET'S TAKE THAT DOWN.  AND LET ME SEE THE

10:33AM 21   STIPULATION.  IF YOU COULD --

10:34AM 22                    MR. FARRELL:  SURE, LET ME FIND THE RIGHT PAGE.  I

10:34AM 23   HAD A FLAG ON MY COPY, BUT THERE IS WRITING ALL OVER IT.  IT'S

10:34AM 24   THE STIPULATION -- THERE ARE A FEW, STIPULATION NUMBER 4, AND

10:34AM 25   THEN YOU CAN SEE IT AS 6, AT 9, AND ONWARDS.

                              **HOURLY TRANSCRIPT**

10:34AM 1          THE COURT:  LET ME JUST TAKE A BRIEF LOOK.

10:34AM 2          DOES NUMBER 6 OF THE STIPULATION, ASSIST YOU,

10:34AM 3   MR. BRUNO IN YOUR QUESTIONING?

10:34AM 4          MR. BRUNO:  IT SURE DOES.

10:35AM 5          THE COURT:  WHY DON'T YOU JUST QUESTION HIM FROM

10:35AM 6   THAT.

10:35AM 7                          EXAMINATION

10:35AM 8   BY MR. BRUNO:

10:35AM 9   Q.   SURE.  WE HAVE A STIPULATION, DR. DALRYMPLE, THAT FROM

10:35AM 10  4 O'CLOCK TO 7 O'CLOCK, THE PREVAILING WINDS WERE OUT OF THE

10:35AM 11  NORTH-NORTHEAST.  OKAY?  IS IT YOUR TESTIMONY -- DO WE KNOW

10:35AM 12  WHERE -- WE KNOW WHERE NORTH IS?

10:35AM 13  A.   YES.

10:35AM 14  Q.   AND WE KNOW WHERE EAST IS?

10:35AM 15  A.   YES.

10:35AM 16  Q.   WE KNOW WHERE NORTHEAST IS?

10:35AM 17  A.   YES.

10:35AM 18  Q.   NORTH-NORTHEAST IS NORTH OF NORTHEAST, RIGHT?

10:35AM 19  A.   IT'S EAST OF NORTH AND NORTH OF NORTHEAST.  YOU'RE RIGHT.

10:35AM 20  EXACTLY.  I MISHEARD YOU.

10:35AM 21  Q.   HOW ABOUT THIS --

10:35AM 22  A.   IT'S BETWEEN NORTH AND NORTHEAST.

10:35AM 23  Q.   IT'S BETWEEN 1 AND 3 O'CLOCK ON THE CLOCK?

10:35AM 24  A.   THAT'S CORRECT.

10:35AM 25  Q.   ALL RIGHT.

**HOURLY TRANSCRIPT**

10:35AM 1          THE COURT:  90 DEGREES BEING DUE EAST.  0 DEGREES

10:35AM 2  BEING NORTH.

10:35AM 3          MR. BRUNO:  CORRECT.

10:35AM 4          THE COURT:  SO IF YOU TAKE 45 DEGREES, IS IT NORTH OF

10:35AM 5  45 DEGREES?

10:35AM 6          THE WITNESS:  NO, IT WOULD BE HALFWAY IN BETWEEN

10:35AM 7  NORTHEAST AND NORTH.

10:35AM 8          THE COURT:  OKAY.

10:35AM 9          THE WITNESS:  SO 22 AND A HALF DEGREES.

10:36AM 10         THE COURT:  THE WITNESS GOT TO IT A LOT QUICKER THAN

10:36AM 11 I DID.  22 AND A HALF DEGREES, APPROXIMATELY.  APPROXIMATELY.

10:36AM 12 WE UNDERSTAND THAT.

10:36AM 13                        EXAMINATION

10:36AM 14 BY MR. BRUNO:

10:36AM 15 Q.  ALL RIGHT.  IT IS YOUR TESTIMONY THAT 22 AND A HALF

10:36AM 16 DEGREES REPRESENTS WINDS OUT OF THE EAST?

10:36AM 17 A.  THAT DOES NOT REPRESENT WINDS OUT OF THE EAST.

10:36AM 18 Q.  LET'S GO BACK TO THE IPET REPORT.

10:36AM 19         THE COURT:  COUNSEL, JUST LET ME ASK.  IS THAT -- DO

10:36AM 20 YOU NEED THAT BACK, THE STIPULATION?

10:36AM 21         MR. BRUNO:  I HAVE GOT A TON OF COPIES.  I CAN

10:36AM 22 WALLPAPER MY HOUSE WITH THE COPIES.

10:36AM 23             CAN WE CALL UP JX-02033-1814.

10:36AM 24                        EXAMINATION

10:36AM 25 BY MR. BRUNO:

                        **HOURLY TRANSCRIPT**

10:36AM  1    Q.   OKAY, SO, DR. DALRYMPLE, IF, IN FACT, THE WINDS DIDN'T

10:37AM  2    LINE UP WITH THE INTRACOASTAL WATERWAY AT 5:30 IN THE MORNING,

10:37AM  3    THEN THE INPUTS ON THIS COMPUTER MODEL ARE WRONG, WOULDN'T YOU

10:37AM  4    AGREE?

10:37AM  5    A.   THE COMPUTER MODEL WAS CARRIED OUT BY THE CORPS OF

10:37AM  6    ENGINEERS IN ANALYZING WHAT HAPPENED AT THE TIME.  THEIR INPUT

10:37AM  7    IS BASED ON THEIR BEST KNOWLEDGE OF THE WINDS THAT WERE

10:37AM  8    OCCURRING DURING HURRICANE KATRINA.  THEY USED WINDS OUT OF THE

10:37AM  9    EAST.  AND BY "OUT OF THE EAST," THAT PROBABLY MEANS, YOU KNOW,

10:37AM 10    10, 20 DEGREES FROM THE ALIGNMENT OF THE GIWW.  SO I BELIEVE

10:37AM 11    THAT THEY USED THE BEST AVAILABLE WIND INFORMATION TO PUT INTO

10:37AM 12    THEIR MODEL.

10:37AM 13    Q.   I'LL ASK THE QUESTION AGAIN.  IF --

10:37AM 14         THE COURT:  WHY DON'T YOU ASK HIM -- 90 DEGREES IS

10:38AM 15    DUE EAST.  IF THEY USED 22 AND A HALF DEGREES RATHER THAN

10:38AM 16    90 DEGREES, DOES IT SKEW THE MODEL?

10:38AM 17         THE WITNESS:  THAT WOULD GIVE A DIFFERENT ANSWER IN

10:38AM 18    THE MODEL, YES, SIR.

10:38AM 19         THE COURT:  THANK YOU.

10:38AM 20         MR. BRUNO:  HOW COME YOU GET ANSWERS TO THE QUESTIONS

10:38AM 21    THAT I DON'T?

10:38AM 22         THE COURT:  IF I GIVE YOU THAT ANSWER, IT MIGHT NOT

10:38AM 23    BE A GOOD ONE.

10:38AM 24         MR. BRUNO:  I KNOW WHAT THE ANSWER IS, AND THAT'S

10:38AM 25    WHAT'S SCARY.  I THINK THERE MIGHT BE ANOTHER ANSWER, TOO.

**HOURLY TRANSCRIPT**

10:38AM 1    I'VE GOT MY OWN ANSWER.

10:38AM 2         THE COURT:  I'M TEASING YOU.

10:38AM 3                   EXAMINATION

10:38AM 4    BY MR. BRUNO:

10:38AM 5    Q.   LET'S SEE.  NOW THEY TALK ABOUT THE BOUSSINESQ MODEL WAS

10:38AM 6    UTILIZED TO APPROXIMATE THE WAVES WITHIN THE IHNC BASED UPON

10:38AM 7    BOUNDARY CONDITIONS DERIVED FROM THE STWAVE.  WHAT'S A

10:38AM 8    BOUSSINESQ MODEL?

10:38AM 9    A.   IT'S A WATER WAVE MODEL.  IT'S DERIVED FROM EQUATIONS

10:38AM 10   DEVELOPED BY BOUSSINESQ IN 1871, AND IT'S CONSIDERED TO BE A

10:38AM 11   SHALLOW WATER WAVE MODEL.

10:38AM 12   Q.   AND THAT MODEL CAN BE -- IS DISCUSSED COMPLETELY AT AN

10:39AM 13   APPENDIX TO THIS SAME VOLUME, RIGHT?

10:39AM 14   A.   IT'S DISCUSSED.  I WOULDN'T SAY FULLY, BUT IT'S DISCUSSED,

10:39AM 15   YES.

10:39AM 16   Q.   AND THAT MODEL REPORTS A WAVE OF ONE FOOT NEAR THE NORTH

10:39AM 17   BREACH, DOES IT?  DOES IT?

10:39AM 18   A.   YES, IT DOES.

10:39AM 19   Q.   LET'S CONTINUE.  SO WE CAN SEE THE RESULTS FROM THE STWAVE

10:39AM 20   RUNS SHOWED THAT THE PRIMARY SOURCE OF WAVE ENERGY INCIDENT

10:39AM 21   UPON THE FLOODWALLS ALONG THE LOWER NINTH WARD CAME FROM WAVES

10:39AM 22   REFLECTED BACK TO THE EAST SIDE OF THE CANAL FROM THE WEST SIDE

10:39AM 23   OF THE CANAL.  RIGHT?

10:39AM 24   A.   THAT'S WHAT IT SAYS, YES.

10:39AM 25   Q.   AND THAT'S BECAUSE THE WINDS WERE PRIMARILY OUT OF THE

                          **HOURLY TRANSCRIPT**

10:39AM 1    NORTH-NORTHEAST PUSHING THE WAVES AGAINST THE WEST SIDE OF THE

10:39AM 2    IHNC, WHICH THEN CAUSED THEM TO RICOCHET BACK TO THE EAST SIDE,

10:40AM 3    ISN'T THAT TRUE?

10:40AM 4    A.   WELL, THE WIND IS OUT OF THE NORTH-NORTHEAST, IT WOULD BE

10:40AM 5    GOING RIGHT DOWN THE AXIS OF THE IHNC.

10:40AM 6    Q.   SO YOU SAY THAT THIS IS PUSHING THE WIND -- THE WATER

10:40AM 7    STRAIGHT DOWN TO THE LOCK?

10:40AM 8    A.   THAT WOULD BE -- THAT WOULD BE NORTH-NORTHEAST, IF THAT'S

10:40AM 9    THE WIND DIRECTION.

10:40AM 10   Q.   SO THEY ARE WRONG AGAIN.

10:40AM 11   A.   WELL, DON'T FORGET THERE IS DIFFRACTION IN THEIR MODEL, SO

10:40AM 12   THEY COULD HAVE WAVES PROPAGATING AND BOUNCING OFF THE WESTBANK

10:40AM 13   FLOODWALLS, JUST AS I DID.

10:40AM 14   Q.   AGAIN, I'M JUST A LAWYER, BUT I'M READING THIS PIECE OF

10:40AM 15   PAPER, AND IT WOULD SEEM TO INDICATE THAT THE IMPLICATION HERE

10:40AM 16   IS THAT THE WAVES HIT THE WEST SIDE FIRST AND THEN BOUNCED BACK

10:40AM 17   TO THE EAST.  ISN'T THAT WHAT'S REPORTED HERE IN THE SENTENCE?

10:40AM 18   A.   THAT IS WHAT'S REPORTED THERE, YES.

10:40AM 19   Q.   IN ORDER FOR THEM TO BOUNCE BACK, THEY HAVE TO HIT THE

10:40AM 20   WEST SIDE FIRST, RIGHT?

10:40AM 21   A.   THAT WOULD BE A GREAT READING OF THAT SENTENCE, YES.

10:41AM 22   Q.   WHEN THEY BOUNCE BACK, IS THAT LIKE A BILLIARD BALL?  IF

10:41AM 23   YOU TAKE YOUR POOL CUE AND YOU HAVE ANY ABILITY, IF YOU SHOOT

10:41AM 24   THE BALL AT AN ANGLE, IT COMES OFF THE OTHER RUBBER ON AN

10:41AM 25   ANGLE, RIGHT?

**HOURLY TRANSCRIPT**

10:41AM 1    A.   YES.

10:41AM 2    Q.   YOU DON'T HIT YOUR CUE BALL STRAIGHT AHEAD -- IF YOU HIT

10:41AM 3    THE CUE BALL STRAIGHT AHEAD, IT COMES RIGHT BACK AT YOU, RIGHT?

10:41AM 4    A.   IT DEPENDS ON HOW YOU PLAY POOL.

10:41AM 5         THE COURT:  THIS MIGHT BE -- I MIGHT REALLY -- VERY

10:41AM 6    INTERESTING, GO AHEAD.

10:41AM 7                          EXAMINATION

10:41AM 8    BY MR. BRUNO:

10:41AM 9    Q.   WHEN THE WAVES BOUNCE BACK, DO THEY BOUNCE BACK WITH THE

10:41AM 10   SAME ENERGY WITH WHICH THEY HIT THE WALL IN THE FIRST INSTANCE?

10:41AM 11   A.   IT DEPENDS ON THE REFLECTION COEFFICIENTS FROM THE WALL.

10:41AM 12   SO IF IT'S A HUNDRED PERCENT REFLECTING, WHICH A VERTICAL WALL

10:41AM 13   WOULD BE, IT WOULD BOUNCE BACK A HUNDRED PERCENT.  IF IT WAS

10:41AM 14   A -- SOME KIND OF POROUS WALL OR SOME WALL THAT INDUCED SOME

10:41AM 15   BREAKING OF THE WAVES, THEN IT WOULD BE BOUNCE BACK WITH A

10:41AM 16   SMALLER WAVE HEIGHT.

10:42AM 17   Q.   HERE WE HAVE A BERM TO A CERTAIN HEIGHT.  IF IT HITS A

10:42AM 18   BERM, WHAT WILL THAT DO TO THIS REFLECTIVE BUSINESS?

10:42AM 19   A.   IT WOULD JUST REFLECT A LITTLE EARLIER.  UNLESS THERE WAS

10:42AM 20   WAVE BREAKING ON BECAUSE OF THE BERM HITTING THE WALL, IT MIGHT

10:42AM 21   CAUSE SOME BREAKING.

10:42AM 22   Q.   ALL RIGHT.  DUE TO ALL THE IRREGULARITIES ALONG THE WEST

10:42AM 23   SIDE OF THE IHNC AND THE -- DUE TO ALL THE IRREGULARITIES ALONG

10:42AM 24   THE WEST SIDE OF THE IHNC AND THE RANGE OF TYPES --

10:42AM 25         MR. BRUNO:  COULD WE GO TO THE NEXT PAGE, CARL, TOP

                          **HOURLY TRANSCRIPT**

10:42AM 1    PARAGRAPH.

10:42AM 2                        EXAMINATION

10:42AM 3    BY MR. BRUNO:

10:42AM 4    Q.   -- OF SLOPES AND MATERIALS, IT IS DIFFICULT TO ESTIMATE

10:42AM 5    THE REFLECTION COEFFICIENT FOR THIS AREA WITH MUCH CERTAINTY.

10:42AM 6    SENSITIVITY TESTS SHOW THAT FOR COEFFICIENTS OF ENERGY

10:42AM 7    REFLECTION IN THE 50 PERCENT TO 80 PERCENT RANGE, WAVE HEIGHTS

10:42AM 8    OF APPROXIMATELY 2 TO 3 FEET WOULD BE INCIDENT ON THE

10:42AM 9    LOWER NINTH WARD FLOODWALLS.  DO YOU SEE THAT?

10:43AM 10   A.   YES, I DO.

10:43AM 11   Q.   NOW, THAT SENTENCE DOES NOT SAY WHERE ON THE

10:43AM 12   LOWER NINTH WARD FLOODWALLS, DOES IT?

10:43AM 13   A.   NO, IT DOES NOT.

10:43AM 14   Q.   OKAY.  AND LET'S GO TO THE NEXT PARAGRAPH.  NOW, THIS --

10:43AM 15          THE COURT:  LET ME TELL DR. DALRYMPLE SOMETHING.  IF

10:43AM 16   YOU EVER NEED TO TAKE A BREAK, I DIDN'T TELL YOU THAT IN THE

10:43AM 17   BEGINNING, JUST LET ME KNOW.  AND ANYBODY ELSE, BUT AGAIN, I'M

10:43AM 18   MORE CONCERNED ABOUT THE WITNESS.

10:43AM 19                        EXAMINATION

10:43AM 20   BY MR. BRUNO:

10:43AM 21   Q.   SURE.  DR. DALRYMPLE, THIS PARAGRAPH DESCRIBES THE OTHER

10:43AM 22   COMPUTER RUN UTILIZING THIS COMPUTER MODEL, RIGHT?

10:43AM 23   A.   YES.

10:43AM 24   Q.   AND ONCE AGAIN, THEY CHOSE A TIME WHEN THE WINDS LINED UP

10:43AM 25   WITH THE NORTHERN PART OF THE IHNC, RIGHT?

                              **HOURLY TRANSCRIPT**

10:43AM  1    A.   RIGHT.

10:43AM  2    Q.   OKAY.  AND THAT OCCURRED AT 9:30.

10:43AM  3    A.   YEP.

10:43AM  4    Q.   THAT'S WELL AFTER THE BREACHING, RIGHT?

10:43AM  5    A.   YES.

10:43AM  6    Q.   OKAY.  THEN IT SAYS, "SIMILAR WAVES ENTERING THE

10:44AM  7    MRGO/GIWW, THESE WAVES DECAYED RAPIDLY, WITHIN LESS THAN A MILE

10:44AM  8    HAVE BEEN REDUCED TO ABOUT 1.2 FEET.  AS WAS THE CASE IN THE

10:44AM  9    MRGO/GIWW, LOCAL WAVE GENERATION CONTRIBUTES SIGNIFICANTLY TO

10:44AM 10    THE EVOLUTION OF THE WAVE FIELD PROPAGATING DOWN THE CANAL FROM

10:44AM 11    THE NORTH.  IN THIS CASE, THE MAXIMUM WINDS FOR GENERATION DOWN

10:44AM 12    THIS PORTION OF THE CANAL OCCUR AT 9:30 AND ARE ABOUT 61 KNOTS

10:44AM 13    OUT OF THE NORTH."

10:44AM 14         DO YOU SEE THAT?

10:44AM 15    A.   YES, I DO.

10:44AM 16    Q.   SO, ONCE AGAIN, THEY'VE CHOSEN A POINT IN TIME WHERE THE

10:44AM 17    WIND'S ALIGNED WITH THE NORTH/SOUTH AXIS OF THE CHANNEL, RIGHT?

10:44AM 18    A.   RIGHT.

10:44AM 19    Q.   "AS SEEN IN FIGURE 162, THE LOWER WIND SPEEDS AND POSSIBLY

10:44AM 20    SOME OF THE BRIDGES ALONG THE CANAL RESULT IN SIGNIFICANT WAVE

10:44AM 21    HEIGHTS THAT ARE SLIGHTLY SMALLER THAN THOSE GENERATED DOWN THE

10:44AM 22    MRGO/GIWW, ABOUT 2.8 FEET COMPARED TO OVER 4 FEET.  THE WAVE

10:45AM 23    PERIODS ARE ALSO SLIGHTLY LOWER THAN THE PEAK CONDITIONS ALONG

10:45AM 24    THE MRGO/GIWW, FALLING WITHIN THE RANGE OF 3 TO 3.5 SECONDS."

10:45AM 25         THIS TIME, THEY TALK ABOUT FIGURE 162, WHICH IS THE

**HOURLY TRANSCRIPT**

10:45AM 1    CHART ON THE PREVIOUS PAGE.  THESE ARE THE ONES THAT ARE

10:45AM 2    CONSISTENT WITH THE PHOTOGRAPHIC EVIDENCE.  RIGHT?

10:45AM 3    A.   YES.

10:45AM 4    Q.   ALL RIGHT.  SO, IT'S THE 9:30 WAVES, NOT THE 5:30 WAVES,

10:45AM 5    THAT ARE CONSISTENT WITH THE PICTURE, RIGHT?

10:45AM 6    A.   THAT'S CORRECT.

10:45AM 7              THE COURT:  WITH THE PICTURE?

10:45AM 8              MR. BRUNO:  THE LOCKMASTER'S PICTURE.

10:45AM 9              THE COURT:  OH, OKAY.  THANK YOU.  THANK YOU.  I'M

10:45AM 10   SORRY.

10:45AM 11             MR. BRUNO:  WE'RE ASSUMING THAT THAT'S THE PICTURE.

10:45AM 12             THE COURT:  I UNDERSTAND.

10:45AM 13             MR. BRUNO:  WE DON'T KNOW FOR SURE.

10:45AM 14             THE COURT:  I MISSED THAT.  I'M SORRY.

10:45AM 15                          EXAMINATION

10:45AM 16   BY MR. BRUNO:

10:45AM 17   Q.   LET'S GO BACK TO THE PREVIOUS PAGE.  HERE WE SEE THIS BAR.

10:45AM 18   CAN YOU BLOW UP THIS.  I WANT THE WORDS.

10:45AM 19        IT SAYS, FIGURE 162 -- THIS IS THE CORRECT FIGURE,

10:46AM 20   RIGHT?  "LINE AND MAXIMUM WAVE HEIGHTS ALONG THE IHNC FOR WAVES

10:46AM 21   ENTERING FROM LAKE PONTCHARTRAIN.  THIS SHOWS THE DECAY OF

10:46AM 22   WAVES COMING IN THROUGH THE ENTRANCE AND LOCAL GENERATION OF

10:46AM 23   WAVES WITHIN THE CANAL.  GRID SPACING IS 20 METERS.  VERTICAL

10:46AM 24   BAR AROUND GRID .400 REPRESENTS THE RANGE OF ESTIMATES OF WAVE

10:46AM 25   HEIGHT NEAR THIS POINT MADE FROM THE PHOTOGRAPHS."  THAT'S

**HOURLY TRANSCRIPT**

10:46AM 1    RIGHT HERE, RIGHT?

10:46AM 2    A.   CORRECT.

10:46AM 3    Q.   NOW, WHAT WE SEE HERE, DO WE NOT, WE SEE WAVE GROWTH AS WE

10:46AM 4    GET CLOSER TO THE LOCKMASTER, DON'T WE?

10:46AM 5    A.   YES.

10:46AM 6    Q.   IN FACT, WE SEE A NICE LITTLE DIP RIGHT THERE, DON'T WE?

10:46AM 7    IT DROPS?

10:46AM 8    A.   YES, IT DOES.

10:46AM 9    Q.   OKAY.  SO THE LONGER THE WAVE HAS TO TRAVEL DOWN THE

10:46AM 10   FETCH, THE BIGGER IT'S GOING TO BE, RIGHT?

10:46AM 11   A.   THAT IS CORRECT.

10:46AM 12   Q.   IF OUR LOCKMASTER IS CORRECT IN HIS ASSESSMENT, THE WAVES

10:46AM 13   ARE SMALLER AS YOU GET FURTHER AWAY FROM HIS POINT OF VIEW;

10:46AM 14   ISN'T THAT RIGHT?

10:47AM 15   A.   I DON'T UNDERSTAND THE QUESTION.

10:47AM 16        THE COURT:  IN OTHER WORDS, IF THE FETCH IS SHORTER

10:47AM 17   AT A POINT -- HYPOTHETICALLY, IF THE FETCH WAS ONE-HALF OF

10:47AM 18   WHERE THE LOCK IS, THE WAVES WOULD -- I'M NOT SAYING HOW MUCH

10:47AM 19   SMALLER -- THE WAVES WOULD LOGICALLY BE SOMEWHAT SMALLER; IS

10:47AM 20   THAT --

10:47AM 21        THE WITNESS:  IF THERE WAS A SHORTER DISTANCE FOR

10:47AM 22   THEM TO BLOW OVER --

10:47AM 23        THE COURT:  THAT'S WHAT I MEAN, THE SHORTER FETCH,

10:47AM 24   YES.

10:47AM 25        THE WITNESS:  YES.  THAT SHORTER FETCH WOULD GIVE YOU

**HOURLY TRANSCRIPT**

10:47AM 1    SMALLER WAVES.

10:47AM 2            THE COURT:  RIGHT.

10:47AM 3            MR. BRUNO:  WELL, BUT, AGAIN, WITH RESPECT,

10:47AM 4    YOUR HONOR, THIS IS ONE FETCH, CORRECT?

10:47AM 5            THE COURT:  OKAY.

10:47AM 6            MR. BRUNO:  THIS IS ONE FETCH.

10:47AM 7                        EXAMINATION

10:47AM 8    BY MR. BRUNO:

10:47AM 9    Q.   THIS CHART IS SHOWING US THAT AS YOU MOVE FROM THE SOUTH,

10:47AM 10   WHERE THE LOCKMASTER IS STANDING, AND YOU WALK TOWARD THE

10:47AM 11   NORTH, THE WAVES GET SMALLER; ISN'T THAT TRUE?

10:47AM 12   A.   WELL, THAT IS TRUE.  THIS IS A MODEL RESULT WHERE THEY

10:47AM 13   SIMPLY USE THE IHNC NORTH TO DO THE MODELING.  THEY DON'T HAVE

10:48AM 14   THE INFLUENCE OF THE GIWW BECAUSE, REMEMBER, I MENTIONED

10:48AM 15   YESTERDAY THAT THEY TREATED THESE INDEPENDENTLY.

10:48AM 16           BUT, YES, WHAT YOU HAVE IS THE WAVE HEIGHT GROWS AS

10:48AM 17   YOU GO TOWARDS THE SOUTH.  AND THIS IS 9:30 IN THE MORNING.

10:48AM 18   Q.   RIGHT.  9:30 IN THE MORNING.

10:48AM 19   A.   YES.

10:48AM 20   Q.   SO AS WE MOVE BACK IN TIME, THE WAVES ARE SMALLER, AREN'T

10:48AM 21   THEY?

10:48AM 22   A.   NO, YOU'RE MOVING UP THE CANAL.

10:48AM 23   Q.   DIFFERENT QUESTION.  THE WINDS ARE SLOWER EARLIER IN TIME

10:48AM 24   THAN WHEN THIS MODEL WAS RUN?

10:48AM 25   A.   THE WINDS WERE SLOWER, THAT IS CORRECT.

**HOURLY TRANSCRIPT**

10:48AM 1    Q.   THEREFORE, WHAT WE SEE DEPICTED HERE AT 9:30 IS A WAVE

10:48AM 2    HEIGHT OF WHATEVER IT IS, RIGHT?

10:48AM 3    A.   YES.

10:48AM 4    Q.   IF WE GO TO 7 O'CLOCK, WE WOULD EXPECT TO HAVE LOWER WAVE

10:49AM 5    HEIGHTS, CORRECT?

10:49AM 6    A.   IF YOU ONLY CALCULATED THE WAVES ON THE IHNC NORTH, YOU

10:49AM 7    WOULD GET A SMALLER WAVE HEIGHT.

10:49AM 8    Q.   ALL RIGHT.

10:49AM 9    A.   BUT THE GIWW IS MUCH LONGER, SO THAT'S WHY YOU GET A

10:49AM 10   GREATER WAVE HEIGHT AT A LOWER WIND SPEED.

10:49AM 11   Q.   THE POINT IS, DR. DALRYMPLE, THIS IS ALL YOU HAD; THIS

10:49AM 12   COMPUTER RUN AND THE 5:30 COMPUTER RUN, THAT'S ALL YOU HAD TO

10:49AM 13   BASE YOUR OPINION ON --

10:49AM 14   A.   NO.   THAT'S NOT CORRECT.  I HAD THESE TWO RESULTS.  I HAD

10:49AM 15   THE -- MORE WIND INFORMATION FROM IPET.  I HAD THE FORECASTING

10:49AM 16   EQUATIONS FROM THE COASTAL ENGINEERING MANUAL.

10:49AM 17   Q.   SO, NOW, LET'S TALK ABOUT THE BRIDGE.  WE DON'T KNOW ABOUT

10:49AM 18   THE IMPACT OF THE BRIDGE, BUT WE DO KNOW THAT THE HYDROGRAPH

10:49AM 19   UPON WHICH ALL OF THIS IS BASED SHOWS THAT THE LEVEL OF THE

10:49AM 20   IHNC BEFORE THE EVENT STARTED WAS ABOUT ONE FOOT, RIGHT?

10:49AM 21   A.   IT DEPENDS ON WHEN YOU'RE TALKING ABOUT, BUT IT CERTAINLY

10:50AM 22   WAS NOT STORM SURGE.

10:50AM 23   Q.   IF WE BELIEVE THE LOCKMASTER'S TESTIMONY AND I'VE

10:50AM 24   ACCURATELY DESCRIBED IT, THE ELEVATION OF THE FLORIDA AVENUE

10:50AM 25   ROADBED IS BETWEEN EIGHT AND NINE FEET, RIGHT?

**HOURLY TRANSCRIPT**

10:50AM  1    A.   EIGHT AND NINE FEET ABOVE WHAT?

10:50AM  2    Q.   ELEVATION.  ABOVE ZERO?

10:50AM  3    A.   ELEVATION.  OKAY.  YES.

10:50AM  4    Q.   NOT ABOVE ANYTHING.  JUST AN ELEVATION.

10:50AM  5    A.   ALL RIGHT.

10:50AM  6    Q.   SO, IF WE HAD A STILL WATER HEIGHT AT EIGHT FEET, THE

10:50AM  7    STILL WATER HEIGHT IS COMING IN CONTACT WITH THE BRIDGE, RIGHT?

10:50AM  8    A.   BASED ON YOUR SUPPOSITIONS, YES.

10:50AM  9    Q.   I MEAN, I CAN CALL UP ANOTHER PICTURE, BUT, THE WAY THE

10:50AM 10    BRIDGE IS CONSTRUCTED, THERE IS A ROADBED, AND THERE ARE BIG

10:50AM 11    GIRDERS BELOW THE ROADBED, RIGHT?

10:50AM 12    A.   I BELIEVE THE GIRDERS ARE ABOVE THE ROADBED, PRIMARILY.

10:50AM 13    Q.   LET'S CALL UP A PICTURE THEN.

10:50AM 14           THE COURT:  MR. BRUNO, BECAUSE OF ME, I'M GOING TO

10:50AM 15    HAVE TO TAKE A RECESS FOR 10 MINUTES.

10:51AM 16           MR. BRUNO:  ALL RIGHT, JUDGE.

10:51AM 17           THE DEPUTY CLERK:  ALL RISE, PLEASE.

10:51AM 18           (WHEREUPON, AT 10:51 A.M., THE COURT TOOK A RECESS.)

11:08AM 19           THE DEPUTY CLERK:  ALL RISE, PLEASE.  COURT IS IN

11:08AM 20    SESSION.  PLEASE BE SEATED.

11:08AM 21           THE COURT:  MR. BRUNO, JUST FOR TIME, DO YOU THINK

11:09AM 22    YOU WILL FINISH WITH THIS WITNESS BEFORE A REASONABLE LUNCH

11:09AM 23    BREAK?

11:09AM 24           MR. BRUNO:  OH, YES.  NO, NO.  I'M ALMOST DONE,

11:09AM 25    JUDGE.  WE'RE VERY CLOSE.

                              **HOURLY TRANSCRIPT**

11:09AM 1                THE COURT:  OKAY.

11:09AM 2                        EXAMINATION

11:09AM 3    BY MR. BRUNO:

11:09AM 4    Q.   DR. DALRYMPLE --

11:09AM 5                MR. BRUNO:  I'M SORRY.  ARE WE READY, JUDGE?

11:09AM 6                THE COURT:  OH, YES, SIR.

11:09AM 7                        EXAMINATION

11:09AM 8    BY MR. BRUNO:

11:09AM 9    Q.   CAN WE CALL UP PX-4740.

11:09AM 10               I JUST WANT TO MAKE A POINT.  CLEARLY, THERE IS A

11:09AM 11   WIDTH, IF YOU WILL -- OR I SHOULD CALL IT A HEIGHT OF THAT

11:09AM 12   BRIDGE, RIGHT?

11:09AM 13   A.   MEASURED FROM WHAT TO WHAT?  BETWEEN THE WATER AND THE

11:09AM 14   ROADWAY?

11:09AM 15   Q.   NO, THE BOTTOM OF THE GIRDER TO THE TOP OF THE GIRDER.

11:09AM 16               IF THIS BRIDGE WERE DOWN, IT WOULD ACT AS A BARRIER

11:09AM 17   IN THE WATER, WOULD IT NOT?

11:09AM 18   A.   PARTIAL BARRIER IN THE WATER, YES.

11:09AM 19   Q.   PARTIAL BARRIER IN THE WATER.

11:09AM 20               IT'S NOT GOING TO MAKE THE WAVES BIGGER, IS IT?

11:09AM 21   A.   NO.

11:09AM 22   Q.   ALL RIGHT.  IT'S LIKELY TO MAKE THE WAVES SMALLER, ISN'T

11:09AM 23   IT?

11:09AM 24   A.   YES.

11:09AM 25   Q.   WE TALKED ABOUT WAVE BREAKING.  LET'S CALL UP

                        **HOURLY TRANSCRIPT**

11:10AM  1   JX-01364-0180.  CAN WE ROTATE IT.  THEN, CAN WE BLOW UP THIS

11:10AM  2   PICTURE.

11:10AM  3          DOCTOR, HAVE YOU BEEN TO THE SITE?

11:10AM  4   A.   YES.

11:10AM  5   Q.   HAVE YOU REVIEWED PICTURES OF THE SITE BEFORE THE

11:10AM  6   HURRICANE?

11:10AM  7   A.   PICTURES OF THE SITE BEFORE THE HURRICANE?

11:10AM  8   Q.   YES.

11:10AM  9   A.   I DON'T BELIEVE I HAVE.

11:10AM 10   Q.   WELL, YOU SEE THAT THIS PHOTOGRAPH, WHICH IS NUMBER 3 ON

11:10AM 11   JX-01364-0180, SHOWS US THE SUREKOTE ROAD AS IT MOVES INTO THE

11:10AM 12   EBIA SITE?

11:10AM 13   A.   I SEE A ROADWAY, YES.

11:10AM 14   Q.   ALL RIGHT.  WELL, HOW ABOUT THIS.  ASSUME FOR ME THAT THIS

11:10AM 15   IS THE BEGINNING OF SUREKOTE ROAD IN THE VICINITY OF THE

11:10AM 16   NORTH BREACH.

11:11AM 17   A.   I WILL ASSUME THAT.

11:11AM 18   Q.   ALL RIGHT.  YOU WOULD AGREE WITH ME, WOULD YOU NOT, THAT

11:11AM 19   WAVES, TO THE EXTENT THERE WERE ANY WAVES, MOVING IN THE

11:11AM 20   DIRECTION OF THE WALL WOULD HAVE TO ENCOUNTER THIS GRASSY AREA,

11:11AM 21   IN THIS THING WHICH I'M REFERRING TO AS SUREKOTE ROAD, BEFORE

11:11AM 22   IT HITS THE WALL, RIGHT?

11:11AM 23   A.   WELL, THEY WOULD BE TRAVELING ON TOP OF THE WATER THAT'S

11:11AM 24   FLOODED THIS AREA, BUT THAT WOULD BE UNDER THE WATER, YES.

11:11AM 25   Q.   WELL, IF THE TESTIMONY IS, THAT'S BEEN SUGGESTED BY THE

**HOURLY TRANSCRIPT**

11:11AM 1    DEFENDANTS, THAT THE TOP OF THIS ROAD IS THE HEIGHT OF THE

11:11AM 2    HIGHEST PART OF THE WALL THERE, THEN THE WAVES WOULD HAVE TO

11:11AM 3    BREAK AGAINST THIS BERM, WOULD THEY NOT?

11:11AM 4    A.   THEY WOULD, YES.

11:11AM 5    Q.   OKAY.  JUST TO ILLUSTRATE THAT ONE MORE TIME, LET ME HAVE

11:11AM 6    DX-DM-1004-0046.

11:11AM 7         I'M TOLD -- I WASN'T IN THE COURTROOM -- THAT THIS

11:11AM 8    WAS A DEMONSTRATIVE OFFERED BY THE DEFENDANTS, AND IT WAS

11:12AM 9    REPORTED TO ME THAT THIS SUREKOTE ROAD IS SHOWN MUCH LOWER THAN

11:12AM 10   IT ACTUALLY IS.

11:12AM 11        IF IT'S, IN FACT, HIGHER THAN IT'S ACTUALLY SHOWN,

11:12AM 12   THEN YOU WOULD AGREE WITH ME THAT ANY WAVE COMING IN FROM

11:12AM 13   THE -- FROM THE WEST WOULD BREAK AGAINST THIS AREA HERE?

11:12AM 14   A.   WELL, WHAT WATER LEVEL ARE YOU TALKING ABOUT?

11:12AM 15   Q.   WELL, IF THE TESTIMONY WAS THAT THE HEIGHT OF THE

11:12AM 16   SUREKOTE ROAD IS THE SAME HEIGHT AS THE WALL, WE'LL HAVE TO SAY

11:12AM 17   ABOUT 11 FEET.

11:12AM 18        SO ANY HEIGHT OF WATER BELOW SEVEN FEET WITH A WAVE

11:12AM 19   ON IT IS GOING TO BREAK IN THIS AREA; ISN'T THAT TRUE?

11:12AM 20   A.   IF SUREKOTE ROAD IS THE HEIGHT OF 11 FEET, YES, THE WAVES

11:12AM 21   WOULD BREAK ON THE SIDE OF THE ROAD.

11:12AM 22   Q.   IF IT BREAKS THAT CLOSE TO THE WALL, IT'S NOT LIKELY THAT

11:12AM 23   THERE IS GOING TO BE ANY WAVE OVERTOPPING AT THE NORTH BREACH,

11:12AM 24   RIGHT?

11:12AM 25   A.   WELL, THERE -- AS THE WAVE BREAKS -- I MEAN, IT DEPENDS ON

**HOURLY TRANSCRIPT**

11:13AM 1    THE NATURE OF THE WAVE BREAKING.  AS IT BREAKS, THE WAVES START

11:13AM 2    TO DECREASE IN AMPLITUDE AND CONTINUE PROPAGATING UNTIL IT HITS

11:13AM 3    THE WALL.

11:13AM 4    Q.   RIGHT.

11:13AM 5    A.   I CAN'T TELL YOU HOW BIG THE WAVE WOULD BE AT THE WALL.

11:13AM 6    Q.   IT CERTAINLY WOULD BE A SMALLER WAVE THAN WOULD BE PRESENT

11:13AM 7    IF THERE WAS NO SUREKOTE ROAD THERE, RIGHT?

11:13AM 8    A.   IF THERE IS BREAKING ON THE ROAD, IT WOULD BE SMALLER

11:13AM 9    WAVE, YES.

11:13AM 10   Q.   THIS IS THE AREA WHERE MR. VILLAVASO WAS GENERALLY

11:13AM 11   LOCATED, RIGHT?

11:13AM 12   A.   WELL, HE WAS REPORTING ON WATER SPLASHING OVER THE LEVEE

11:13AM 13   PRESUMABLY LOOKING SOUTH OF FLORIDA AVENUE TO SOME DISTANCE.

11:13AM 14   Q.   LOOKING FROM THIS AREA HERE WHERE THE WORDS "BASE OF

11:13AM 15   EROSION" TOWARD THE WALL, CORRECT?

11:13AM 16   A.   YES.  HE WOULD BE LOOKING TOWARDS THE WALLS.

11:13AM 17   Q.   NOW, WE TALKED ABOUT THE BUSINESS OF THE WAVE HITTING THE

11:14AM 18   WALL AND THE WATER SPLASHING UP, DO YOU RECALL THAT?

11:14AM 19   A.   YES.  YES.

11:14AM 20   Q.   NOW, IN FACT, UP IN, I THINK, ABOUT 9 O'CLOCK, THE WINDS

11:14AM 21   ARE OUT OF THE NORTH-NORTHEAST, AS WE'VE SHOWN, CORRECT?

11:14AM 22   A.   YES.

11:14AM 23   Q.   SO TO THE EXTENT THAT THERE ARE ANY DROPLETS OF WATER THAT

11:14AM 24   SPLASH UP, THE WINDS ARE PUSHING THAT WATER TOWARD THE CANAL,

11:14AM 25   ISN'T THAT TRUE?

**HOURLY TRANSCRIPT**

11:14AM 1    A.   WELL, IT DEPENDS ON WHAT KIND OF DROPS YOU'RE TALKING

11:14AM 2    ABOUT.  IF THE DROPS ARE GOING STRAIGHT UP IN THE AIR, THE WIND

11:14AM 3    WOULD CATCH THE DROPS AND BLOW THEM IN THE DIRECTION OF THE

11:14AM 4    WIND.  IF THE DROPS ARE ASSOCIATED WITH A BIG WAVE GOING OVER

11:14AM 5    THE TOP OF THE WALL, THEN THE WATER WOULD PRIMARILY GO IN THE

11:14AM 6    DIRECTION OF THE WAVE.  PART OF IT WOULD GO IN THE DIRECTION OF

11:14AM 7    THE WIND.

11:14AM 8    Q.   SURE, SURE, SURE.  AND YOU SEE THIS BIG WAVE, THAT BIG

11:14AM 9    WAVE YOU'RE REFERRING HAS TO BE A BIG WAVE AS A RESULT ONLY OF

11:15AM 10   REFRACTION, RIGHT?

11:15AM 11   A.   IT COULD BE A RESULT OF A LOT OF DIFFERENT THINGS.  I

11:15AM 12   DON'T UNDERSTAND YOUR QUESTION.

11:15AM 13   Q.   WELL, THE WIND IS COMING OUT OF THE NORTH-NORTHEAST.  THE

11:15AM 14   WIND IS BLOWING AGAINST THOSE WAVES THAT ARE COMING TO THE EAST

11:15AM 15   WALL, RIGHT?

11:15AM 16   A.   NO, THEY ARE TRANSVERSE.

11:15AM 17   Q.   TRANSVERSE MEANING WHAT?

11:15AM 18   A.   SO THE WAVES ARE COMING DOWN THE CANAL AND THEY ARE

11:15AM 19   BOUNCING ACROSS THE CANAL, SO THEY WOULD BE PERPENDICULAR.

11:15AM 20   Q.   SO EVEN THOUGH THE WIND IS COMING OUT OF THE

11:15AM 21   NORTH-NORTHEAST, YOU'RE SAYING THE WAVES ARE COMING DOWN THE

11:15AM 22   CANAL TOWARD THE LOCKMASTER?

11:15AM 23   A.   NO, NO, NO.  I'M SAYING IF YOU'RE BOUNCING WAVES OFF ONE

11:15AM 24   SIDE OF THE CANAL TO THE OTHER SIDE OF THE CANAL AND THE WIND

11:15AM 25   IS BLOWING DOWN THE AXIS OF THE CANAL, THE WAVES APPROACHING

**HOURLY TRANSCRIPT**

11:15AM 1   THE WALL WOULD BE TRAVELING PERPENDICULAR TO THE WIND

11:15AM 2   DIRECTION.

11:15AM 3   Q.   AGAIN, MAYBE I DIDN'T ASK THE QUESTION ARTFULLY, BUT I

11:15AM 4   THOUGHT WE ESTABLISHED THAT FROM 4 O'CLOCK IN MORNING UNTIL

11:15AM 5   7 O'CLOCK, THE WINDS ARE OUT OF THE NORTH-NORTHEAST.

11:15AM 6   A.   WHICH IS THE AXIS OF THE IHNC.

11:15AM 7   Q.   YOU THINK THE NORTH-NORTHEAST IS THE SAME AS THE AXIS OF

11:16AM 8   THE IHNC?

11:16AM 9   A.   YES, I DO.   IN THE SOUTH BRANCH.

11:16AM 10   Q.   OKAY.   SO YOUR BELIEF, YOUR TESTIMONY IS THAT FROM

11:16AM 11   4 O'CLOCK IN THE MORNING UNTIL 6 O'CLOCK IN THE MORNING, THE

11:16AM 12   WINDS ARE LINED UP WITH THE IHNC, RIGHT?

11:16AM 13   A.   THAT'S THE STIPULATION.

11:16AM 14   Q.   OKAY.   FAIR ENOUGH.   SO THE WINDS ARE BLOWING THOSE WAVES

11:16AM 15   STRAIGHT DOWN FROM THE NORTH TO THE SOUTH, RIGHT?

11:16AM 16   A.   THAT WOULD BE CORRECT.   THAT'S THE -- IN TERMS OF THE WAVE

11:16AM 17   MODELING, THE WAVE MODELING IS PREDICTING THE WAVES GOING DOWN

11:16AM 18   THE CANAL, BUT THEY ARE WAVES GENERATED AT DIFFERENT ANGLES

11:16AM 19   WITHIN THE CANAL.

11:16AM 20   Q.   SO IF THE WIND IS PUSHING THE WAVES TO THE SOUTH, I DON'T

11:16AM 21   UNDERSTAND WHAT'S CAUSING THOSE WAVES TO TAKE A RIGHT-HAND TURN

11:16AM 22   AND HIT THE WEST SIDE WALL.   WHAT'S CAUSING THAT TO HAPPEN?

11:16AM 23   A.   THAT'S THE DIFFRACTION I WAS TALKING ABOUT YESTERDAY.   AS

11:16AM 24   THE WAVES COME OUT OF THE -- FROM UNDER THE FLORIDA AVENUE

11:16AM 25   BRIDGE, THEY DIFFRACT GOING IN A RADIAL DIRECTION FROM THE

**HOURLY TRANSCRIPT**

11:17AM 1    BRIDGE.

11:17AM 2    Q.   THIS DIFFRACTION, DOES IT HAVE THE SAME ENERGY THROUGHOUT

11:17AM 3    THE MOVEMENT OF THE WAVE FROM THE POINT WHERE THIS DIFFRACTION

11:17AM 4    BEGINS UNTIL THE WAVE HITS SOMETHING DOWN THE CHANNEL?

11:17AM 5    A.   WELL, THERE IS RADIAL SPREADING, SO THE ENERGY IS

11:17AM 6    DECREASING THE FURTHER IT SPREADS.

11:17AM 7    Q.   SO FOR EXAMPLE, FOR OUR CASE HERE, BY THE TIME THOSE

11:17AM 8    WAVES, WHICH ARE CREATED BY RADIAL DIFFRACTION HIT THE

11:17AM 9    SOUTH BREACH, THEY HAVE A WHOLE LOT LESS ENERGY THAN THEY DID

11:17AM 10   WHEN THEY GOT -- WERE MADE TO BE RADIAL?

11:17AM 11   A.   PROBABLY 20 PERCENT.

11:17AM 12   Q.   ONLY 20 PERCENT?

11:17AM 13   A.   ONLY 20 PERCENT.

11:17AM 14   Q.   HOW FAR FROM THE FLORIDA AVENUE BRIDGE IS THE

11:17AM 15   SOUTH BREACH?

11:17AM 16   A.   I DON'T KNOW THE EXACT MEASUREMENTS, BUT IT'S VERY CLOSE.

11:17AM 17   Q.   IT'S VERY CLOSE?

11:17AM 18   A.   THE NORTH BREACH?

11:17AM 19   Q.   SOUTH BREACH.

11:17AM 20   A.   OH, SOUTH BREACH, I'M SORRY.

11:17AM 21   Q.   SOUTH, WE ALREADY ESTABLISHED --

11:17AM 22   A.   IT'S PRETTY FAR DOWN.

11:17AM 23   Q.   PRETTY FAR DOWN?

11:17AM 24   A.   YES.

11:17AM 25   Q.   SO BY THE TIME THOSE WAVES THAT GOT THERE BECAUSE OF

**HOURLY TRANSCRIPT**

11:17AM 1    REFRACTION GOT TO THE SOUTH BREACH --

11:17AM 2    A.   DIFFRACTION.  I'M SORRY.

11:18AM 3    Q.   DIFFRACTION.  DIFFRACTION.  DIFFRACTION.  BY THE TIME

11:18AM 4    THOSE WAVES THAT GOT CREATED FROM DIFFRACTION AT THE

11:18AM 5    FLORIDA AVENUE BRIDGE GOT TO THE SOUTH BREACH, THEY WOULD BE

11:18AM 6    MUCH, MUCH SMALLER, ISN'T THAT TRUE?

11:18AM 7    A.   THAT'S TRUE, BUT YOU ALSO HAVE THE WAVES THAT ARE

11:18AM 8    GENERATED IN THE CHANNEL AS WELL.

11:18AM 9    Q.   AND WHAT'S CAUSING THOSE -- WE'VE GOT THE WIND AND WE'VE

11:18AM 10   GOT THE DIFFRACTION.  WHAT'S CAUSING THE OTHER WAVES?

11:18AM 11   A.   YOU'VE GOT -- YOU SAID THE WIND.

11:18AM 12   Q.   RIGHT.  WE ELIMINATED WIND BECAUSE YOU TOLD ME THAT'S

11:18AM 13   COMING FROM THE NORTH AND IT'S PUSHING THEM TOWARD THE LOCK.

11:18AM 14   THOSE WAVES ARE GOING DIRECTLY SOUTH?

11:18AM 15   A.   NO, NO, I'VE SAID MANY TIMES THAT IT'S A DIRECTIONAL

11:18AM 16   SPECTRUM MODEL, SO IT'S PRODUCING WAVES IN A PLUS OR MINUS

11:18AM 17   45 DEGREES OF WIND DIRECTION.  SO WE'VE GOT WAVES GENERATED BY

11:18AM 18   WIND IN A WIDE RANGE OF DIRECTIONS.  YOU HAVE DIFFRACTION

11:18AM 19   COMING OUT THROUGH THERE, SO THAT'S DIFFRACTING WAVES, BUT YOU

11:18AM 20   HAVE LOCALLY GENERATED WAVES AS WELL.  ESPECIALLY WITH 70-KNOT

11:19AM 21   WINDS, YOU CAN GENERATE A PRETTY GOOD SIZE WAVE IN THE IHNC

11:19AM 22   SOUTH.

11:19AM 23   Q.   THE FACT IS, DR. DALRYMPLE, THAT YOU HAVE NO EYEWITNESS

11:19AM 24   TESTIMONY THAT WOULD SUPPORT THE EXISTENCE OF A 3-FOOT WAVE AT

11:19AM 25   THE SOUTH BREACH AT ANY TIME ON THE MORNING OF

**HOURLY TRANSCRIPT**

11:19AM 1    HURRICANE KATRINA; ISN'T THAT TRUE?

11:19AM 2    A.   THAT'S TRUE.

11:19AM 3    Q.   IN FACT, YOU HAVE NO -- THE ONLY EVIDENCE THAT YOU HAVE IS

11:19AM 4    THAT THERE ARE MODELS OUT THERE WHICH PREDICT SUCH A WAVE,

11:19AM 5    RIGHT?

11:19AM 6    A.   YES.

11:19AM 7    Q.   AND THOSE MODELS DON'T TAKE INTO CONSIDERATION, ONE, THE

11:19AM 8    FLORIDA AVENUE BRIDGE BEING DOWN, CORRECT?

11:19AM 9    A.   I DON'T KNOW ABOUT THE CORPS'S MODEL.

11:19AM 10   Q.   AND YOU ALSO KNOW THAT THE MODEL DOES NOT TAKE INTO

11:19AM 11   CONSIDERATION THE DEGREE TO WHICH THE TERRAIN OR THE TOPOGRAPHY

11:19AM 12   ON THE WATER SIDE OF THE SOUTH BREACH MAY HAVE REDUCED THOSE

11:19AM 13   WAVES; ISN'T THAT CORRECT?

11:19AM 14   A.   NO, I DO NOT KNOW THE BATHYMETRY USED BY THE CORPS OF

11:19AM 15   ENGINEERS IN THEIR MODEL.

11:19AM 16   Q.   WE DON'T KNOW WHETHER THEY TOOK THAT INTO CONSIDERATION OR

11:20AM 17   NOT?

11:20AM 18   A.   WE DON'T KNOW.  THEY SPECIFICALLY MENTION WHAT THEY DID IN

11:20AM 19   THE GIWW.  THEY DIDN'T MENTION WHAT THEY DID IN THE LOWER PART

11:20AM 20   OF THE IHNC.

11:20AM 21   Q.   AND THEN JUST ONE OR TWO FINAL QUESTIONS.  WAS

11:20AM 22   DR. SILVA-TULLA PRESENT WHEN YOU HAD YOUR CONVERSATION WITH

11:20AM 23   DR. MARR, THAT IS THE ONE WHERE YOU REPORTED YOUR OPINIONS

11:20AM 24   ABOUT THE WAVES IN THE IHNC, WHICH OCCURRED IN JUNE OF 2011?

11:20AM 25   A.   I BELIEVE SO.

**HOURLY TRANSCRIPT**

11:20AM 1          THE COURT:  JUST A MINUTE.

11:20AM 2          MR. FARRELL:  JUST SO THE RECORD IS CLEAR, I BELIEVE

11:20AM 3  THAT -- JUNE OF 2012.

11:20AM 4          THE COURT:  YES, THAT WAS MY UNDERSTANDING.

11:20AM 5          MR. BRUNO:  I'M SORRY, I GOT THE WRONG YEAR.  THANK

11:20AM 6  YOU, COUNSEL, FOR HELPING ME OUT.

11:20AM 7          MR. FARRELL:  THAT WAS A NICE YEAR, BUT...

11:20AM 8                    EXAMINATION

11:20AM 9  BY MR. BRUNO:

11:20AM 10 Q.   I DON'T KNOW ABOUT THAT.  I'M WAITING FOR A GOOD YEAR.  I

11:20AM 11 DON'T KNOW ABOUT YOU.

11:20AM 12          JUNE 2012, WAS DR. SILVA-TULLA PRESENT WHEN YOU HAD

11:20AM 13 YOUR CONVERSATION WITH DR. MARR?

11:21AM 14 A.   I CAN'T BE A HUNDRED PERCENT CERTAIN.  MY APOLOGIES TO

11:21AM 15 DR. SILVA-TULLA, BUT I DON'T RECALL DIRECTLY WHETHER HE WAS

11:21AM 16 THERE OR NOT.  I THINK HE WAS.

11:21AM 17 Q.   ALL RIGHT.  JUST A FEW MORE, DR. DALRYMPLE.  WHEN YOU'RE

11:21AM 18 MODELING WAVE OVERTOPPING --

11:21AM 19 A.   YES.

11:21AM 20 Q.   -- YOU MODEL IT AS FLOW, DON'T YOU?

11:21AM 21 A.   WAVE OVERTOPPING IS A FLOW.

11:21AM 22 Q.   SO THE COMPUTER IS SEEING A CONTINUOUS -- A CONTINUOUS

11:21AM 23 FLOW OF WATER OVER THE WALL, EVEN THOUGH WE KNOW IT'S NOT

11:21AM 24 CONTINUALLY FLOWING OVER THE WALL, RIGHT?

11:21AM 25 A.   CAN YOU REPEAT THE QUESTION.

                         **HOURLY TRANSCRIPT**

11:21AM 1    Q.    THE COMPUTER IS SEEING A CONTINUOUS FLOW OF WATER, EVEN

11:21AM 2    THOUGH WE KNOW WITH WAVE OVERTOPPING, IT'S NOT CONTINUOUS?

11:21AM 3    A.    I DON'T UNDERSTAND THE QUESTION IN THE SENSE OF WHAT

11:21AM 4    COMPUTER ARE YOU TALKING ABOUT?

11:21AM 5    Q.    WHEN ONE MODELS WAVE OVERTOPPING, ONE WOULD ASSUME ONE IS

11:22AM 6    USING A COMPUTER.  ISN'T THAT RIGHT?

11:22AM 7    A.    NOT NECESSARILY.

11:22AM 8           THE COURT:  THE PROGRAM THAT DETERMINES FLOW, DOES IT

11:22AM 9    CONSIDER WAVE OVERTOPPING AS CONTINUUM?

11:22AM 10          MR. BRUNO:  YES, JUDGE, YOU GOT IT.

11:22AM 11          THE WITNESS:  THE PROBLEM I'M HAVING IS I'M NOT QUITE

11:22AM 12   SURE WHAT IN CONTEXT.  A LOT OF WAVE OVERTOPPING IS DONE BY

11:22AM 13   EMPIRICAL RELATIONSHIPS.  STWAVE DOES NOT DO WAVE OVERTOPPING.

11:22AM 14   IN OUR FLOW MODELING, WE DID WAVE OVERTOPPING BY ADJUSTING THE

11:22AM 15   BREACH TIMES SUCH THAT THE ARRIVAL OF THE FLOODWALL WATERS AT

11:22AM 16   LOCATION C2 WAS APPROPRIATE.

11:22AM 17                              EXAMINATION

11:22AM 18   BY MR. BRUNO:

11:22AM 19   Q.    ALL RIGHT, IF YOU WERE GOING TO MODEL WAVE OVERTOPPING --

11:23AM 20   A.    YES.

11:23AM 21   Q.    -- WE'VE ALREADY ESTABLISHED, THERE IS A SPLASH AND THAT

11:23AM 22   SOME OF THE DROPLETS FALL IN THE CANAL, SOME OF THE DROPLETS

11:23AM 23   FALL ON THE LAND SIDE, RIGHT?

11:23AM 24   A.    YES.

11:23AM 25   Q.    SO THERE IS WATER STRIKING THE GROUND.

**HOURLY TRANSCRIPT**

11:23AM  1    A.   YES.

11:23AM  2    Q.   WITH WAVE OVERTOPPING, WE DON'T HAVE A CONTINUOUS -- WE

11:23AM  3    DON'T HAVE THE SAME FLOW OF WATER THAT WE WOULD HAVE AS WE HAVE

11:23AM  4    IN THE CONDITION THAT SURGE IS ROLLING OVER THE TOP OF THE

11:23AM  5    WALL, ISN'T THAT TRUE?

11:23AM  6    A.   I THINK, IF I UNDERSTAND YOUR QUESTION, YOU'RE SAYING WHEN

11:23AM  7    YOU'RE HAVING WAVE OVERTOPPING, IT'S AN INTERMITTENT FLOW AND

11:23AM  8    AN INTERMITTENT JET HITTING THE GROUND, WHEREAS IF THE WATER

11:23AM  9    LEVEL WAS HIGHER THAN THE WALL, YOU WOULD HAVE A CONTINUOUS

11:23AM 10    JET.

11:23AM 11    Q.   YES.   AND THAT IS TRUE, RIGHT?

11:23AM 12    A.   SO THAT'S A PHYSICAL PHENOMENON AND -- THAT'S A PHYSICAL

11:23AM 13    PHENOMENON.   I AGREE WITH WHAT YOU SAY.

11:23AM 14    Q.   IF YOU WERE GOING TO MODEL WAVE OVERTOPPING AND LET'S SAY

11:23AM 15    YOU WERE GOING TO PICK A NUMBER, SAY 3 FEET, YOU WOULD NOT

11:23AM 16    TREAT THE 3 FEET AS 3 FEET OF FLOW?

11:24AM 17    A.   I WOULD NOT.

11:24AM 18    Q.   IS THERE SOME FORMULA THAT WOULD REDUCE THAT WAVE OF

11:24AM 19    WHATEVER HEIGHT TO SOME AMOUNT OF FLOW?

11:24AM 20    A.   THERE ARE FORMULAS IN THE LITERATURE THAT TALK ABOUT WHAT

11:24AM 21    KIND OF WAVES YOU HAVE, WHAT KIND OF STRUCTURE YOU HAVE, AND

11:24AM 22    WHAT IS THE FLOW RATE THAT YOU WOULD EXPECT ON AVERAGE OF THE

11:24AM 23    WAVES GOING OVER THE TOP OF THE STRUCTURE.

11:24AM 24    Q.   OKAY.   BUT THE ONE THING WE DO AND CAN AGREE ON IS THAT IF

11:24AM 25    YOU HAVE 1 FOOT OF WATER COMING OVER THE TOP OF THE WALL, THAT

**HOURLY TRANSCRIPT**

11:24AM 1    IS NOT THE SAME AS A 1-FOOT WAVE COMING OVER THE TOP OF THE

11:24AM 2    WALL, RIGHT?

11:24AM 3    A.   OKAY.  SO YOU'RE SAYING 1 FOOT OF SURGE OVERTOPPING VERSUS

11:24AM 4    1 FOOT OF WAVE OVERTOPPING.  THAT WOULD BE VERY DIFFERENT

11:24AM 5    FLOWS?

11:24AM 6    Q.   ON AN ORDER OF MAGNITUDE, CAN YOU GIVE US SOME SENSE OF

11:24AM 7    HOW -- IS THERE ANY SORT OF RELATIONSHIP BETWEEN A 1-FOOT FLOW

11:24AM 8    AND A 1-FOOT WAVE?

11:24AM 9    A.   NO.  PERHAPS.  THE PROBLEM IS, YOU KNOW, WHAT IS THE LEVEL

11:25AM 10   OF THE WATER WITH RESPECT TO THE WALL WHEN THE WAVE IS ON IT.

11:25AM 11   SO HOW HIGH IS THE WATER WITH RESPECT TO THE WALL.

11:25AM 12   Q.   SO AS I APPRECIATE WHAT YOU'RE SAYING, IT'S QUITE LOGICAL

11:25AM 13   THE LOWER THE WATER, THE LESS OF THE SPLASH?

11:25AM 14   A.   CORRECT.

11:25AM 15   Q.   THE HIGHER THE WATER, THE MORE THE SPLASH, SO YOU WOULD

11:25AM 16   ANTICIPATE THAT AS THAT WATER LEVEL -- THAT STILL WATER LEVEL

11:25AM 17   GOT HIGHER, THE AMOUNT OF FLOW WOULD INCREASE?

11:25AM 18   A.   YES.

11:25AM 19   Q.   AND SO YOU WOULD SEE MORE -- IN THIS -- YOU WOULD SEE MORE

11:25AM 20   SCOUR ATTACK, IF YOU WOULD, TO BE VERY, VERY SPECIFIC, AS THAT

11:25AM 21   SURGE -- OR THAT STILL WATER HEIGHT GOT HIGHER TO THE TOP OF

11:25AM 22   THAT WALL, RIGHT?

11:25AM 23   A.   THAT IS CORRECT.

11:25AM 24   Q.   RIGHT.  SO IF WE LOOK BACK IN TIME, AS THAT STILL WATER

11:25AM 25   HEIGHT IS LOWER, YOU'RE GOING TO HAVE SOME WAVE OVERTOPPING AND

**HOURLY TRANSCRIPT**

11:25AM 1    YOU'RE GOING TO HAVE SOME SCOUR.  YOU'RE GOING TO HAVE LESS

11:25AM 2    SCOUR AT THE BEGINNING OF THE PROCESS THAN YOU WOULD HAVE AT

11:25AM 3    THE END OF PROCESS.  AND I DEFINE THE END OF THE PROCESS TO BE

11:26AM 4    WHEN THE STILL WATER HEIGHT GETS TO THE TOP OF THE WALL.

11:26AM 5    A.   YES.

11:26AM 6    Q.   JUST A FEW QUICK QUESTIONS ON YOUR -- YOU SAID THE BREACH

11:26AM 7    TIMES.  I'VE SHOWED YOU THAT YOU HAD THE WRONG HEIGHTS FOR THE

11:26AM 8    EAST SIDE OF THE 40 ARPENT CANAL, RIGHT?

11:26AM 9    A.   FIRST TIME AROUND, YES, SIR.

11:26AM 10   Q.   AND WHAT YOU TOLD ME WAS, YOUR RESULTS WITH REGARD TO THE

11:26AM 11   FLOW OF WATER IN THE POLDER WAS THE SAME AND GOOD, EVEN THOUGH

11:26AM 12   THE 40 ARPENT HEIGHTS WERE INCORRECT, RIGHT?

11:26AM 13   A.   THAT'S CORRECT.

11:26AM 14   Q.   THAT'S BECAUSE THE WAY YOU DID THIS WAS YOU SIMPLY -- YOU

11:26AM 15   WERE TRYING TO MAKE SURE THE FLOW GOT TO CERTAIN POINTS INSIDE

11:26AM 16   THE POLDER CONSISTENT WITH YOUR UNDERSTANDING OF WHEN THE WATER

11:26AM 17   GOT THERE, RIGHT?

11:26AM 18   A.   THAT'S CORRECT.

11:26AM 19   Q.   ALL RIGHT.  AND, OF COURSE, THAT'S BASED UPON YOUR BELIEF

11:26AM 20   THAT THOSE POINTS AND THE TIMES THAT THE WATER GOT THERE ARE

11:26AM 21   ACCURATE, RIGHT?

11:26AM 22   A.   YES.

11:26AM 23   Q.   AND SO THE REASON WHY YOU WERE ABLE TO SAY TO ME THAT THE

11:26AM 24   NUMBERS ARE RIGHT WAS BECAUSE IN YOUR COMPUTER, ALL YOU DID WAS

11:26AM 25   CHANGE THE START AND STOP TIMES OF THE MRGO FAILURES?  RIGHT?

**HOURLY TRANSCRIPT**

11:27AM 1    A.   YES.

11:27AM 2    Q.   ALL RIGHT.  NOW, THE DUTCH DIDN'T DO THAT, DID THEY?

11:27AM 3    A.   YES, THEY DID.

11:27AM 4    Q.   THEY CHANGED THE START AND STOP TIMES?

11:27AM 5    A.   THEY DID SOME CALIBRATION OF FRICTION FACTORS TO MAKE SURE

11:27AM 6    THEY WOULD GET AS GOOD AGREEMENT WITH THE REPORTED HYDROGRAPHS.

11:27AM 7    Q.   WELL, THEY DIDN'T CHANGE THE START AND STOP TIMES; THEY

11:27AM 8    CHANGED THE FRICTION FACTOR?

11:27AM 9    A.   THAT'S CORRECT.

11:27AM 10   Q.   THE REASON WHY THEY CHANGED THE FRICTION FACTOR INSTEAD OF

11:27AM 11   THE START AND STOP TIMES FOR THE BREACH WAS BECAUSE THEY

11:27AM 12   BELIEVED THE START AND STOP TIMES FOR THE BREACH HAD TO BE

11:27AM 13   PHYSICALLY EXPLAINED AND HAD TO BE CONSISTENT WITH WHAT THEIR

11:27AM 14   UNDERSTANDING WAS OF THOSE BREACHES; ISN'T THAT TRUE?

11:27AM 15   A.   I BELIEVE THEY PROBABLY SAID, AS FAR AS THE MRGO BREACHES

11:28AM 16   ARE CONCERNED, THIS IS WHAT WE WERE TOLD AND THIS IS WHAT WE

11:28AM 17   USED.

11:28AM 18   Q.   IN OTHER WORDS, THEY HAD A HIGHER DEGREE OF CONFIDENCE

11:28AM 19   WITH REGARD TO BREACHING START AND STOP TIMES THAN THEY DID

11:28AM 20   WITH REGARD TO FRICTION, RIGHT?

11:28AM 21   A.   I DON'T -- I WOULD JUST SAY THEY CHOSE TO GO ONE WAY OR

11:28AM 22   THE OTHER.

11:28AM 23   Q.   ALL RIGHT.  THE POINT IS YOU CAN MANIPULATE A VARIETY OF

11:28AM 24   VARIABLES, IF YOU FORGIVE ME, IN ORDER TO MAKE THAT WATER GET

11:28AM 25   THERE WHEN YOU WANT IT TO GET THERE, RIGHT?

**HOURLY TRANSCRIPT**

11:28AM 1    A.   THAT'S CORRECT.  THAT'S HOW YOU CALIBRATE THE MODEL.

11:28AM 2    Q.   SURE.  NOW, IN THE CASE OF THE NORTH AND SOUTH BREACH, YOU

11:28AM 3    HAVE CONCLUDED THAT THE SOUTH BREACH HAPPENED AT -- FORGIVE ME,

11:28AM 4    STARTED AT 6:45?

11:28AM 5    A.   THAT'S THE OPTIMUM BREACHING TIME THAT HAS THE MODEL

11:28AM 6    HAVING FLOODWATERS ARRIVE AT C2.

11:28AM 7    Q.   AND JUST SO THAT WE CAN UNDERSTAND THE LANGUAGE AS YOU

11:28AM 8    USED IT, THE BREACH INITIATION IS WHEN THE WALL LEANS TO THE

11:29AM 9    POINT WHERE IT IS INEVITABLE THAT IT'S GOING TO FALL?  IS THAT

11:29AM 10   ACCURATE?

11:29AM 11   A.   NOT QUITE.  ONE OF THE PROBLEMS THAT WE HAVE IS THAT WE

11:29AM 12   DIDN'T EXPLICITLY DO FLOW OVERTOPPING OR -- WELL, WE DID FLOW

11:29AM 13   OVERTOPPING; WE EXPLICITLY DO WAVE OVERTOPPING.  SO OUR BREACH

11:29AM 14   TIME IS PROBABLY A LITTLE BIT EARLY BECAUSE OF THE FACT THAT

11:29AM 15   WE'RE ACCOUNTING FOR THE WAVE OVERTOPPING.

11:29AM 16   Q.   THAT'S INTERESTING.  SO YOU AND DR. MARR BOTH DIDN'T

11:29AM 17   INITIALLY FEEL COMPELLED TO INCLUDE WAVE OVERTOPPING IN YOUR

11:29AM 18   MODELS, RIGHT?

11:29AM 19   A.   NO.  WE MEANT TO INCLUDE IT.  WE JUST DIDN'T MODEL THE

11:29AM 20   PROCESS.

11:29AM 21   Q.   YOU MEANT TO, BUT YOU DIDN'T?

11:29AM 22   A.   NO, WE DID.  WE DIDN'T INCLUDE A WAVE OVERTOPPING MODEL.

11:29AM 23   WHAT WE DID WAS, BY CHOOSING THE BREACH START TIMES AND STOP

11:29AM 24   TIMES, INCLUDED THE AMOUNT OF FLOW DUE TO WAVE OVERTOPPING IN

11:30AM 25   OUR CALCULATIONS.

**HOURLY TRANSCRIPT**

```
11:30AM   1            THE WAVE OVERTOPPING CONTRIBUTES TO THE FLOODING,
11:30AM   2    WE'RE GETTING THE FLOODING CORRECT, AND THE WAY WE DID IT WAS
11:30AM   3    TO CHOOSE THE BREACH START AND STOP TIMES.
11:30AM   4    Q.   SO AS I UNDERSTAND WHAT YOU'RE SAYING, YOU DIDN'T USE THE
11:30AM   5    WAVE OVERTOPPING COMPONENT IN CONNECTION WITH THE PREDICTION OF
11:30AM   6    THE START TIME OF THE BREACH, RIGHT?
11:30AM   7    A.   WE DID.  I SAID WE DID.  WE USED -- THE WAY WE DID THE
11:30AM   8    START TIME OF THE BREACH WAS TO GET THE OPTIMUM TIME OF ARRIVAL
11:30AM   9    OF FLOODWALLS -- FLOODWATERS AT C2.  THE FLOODWATERS OF C2 ARE
11:30AM  10    COMPRISED OF BREACH WATER AND RAINWATER AND THE WAVE
11:30AM  11    OVERTOPPING, AND SO ALL OF THOSE COMPONENTS ARE PART OF OUR
11:30AM  12    BREACH START AND STOP TIMES.
11:30AM  13    Q.   ALL RIGHT.  SO THE 6:45 NUMBER IS A GOOD TIME.  RIGHT?
11:30AM  14    A.   BASED ON -- IT'S OUR BEST ESTIMATE OF -- FOR OUR MODEL OF
11:30AM  15    WHEN THE BREACH OCCURRED.
11:30AM  16    Q.   IT MAY SEEM OBVIOUS, BUT THE FACT IS THAT IN ORDER FOR THE
11:31AM  17    6:45 TIME TO WORK, THERE HAS TO HAVE BEEN SUFFICIENT WAVE
11:31AM  18    OVERTOPPING TO CAUSE THE SCOUR TRENCH LARGE ENOUGH TO CAUSE THE
11:31AM  19    WALL TO FAIL, ISN'T THAT TRUE?
11:31AM  20    A.   I'M NOT A GEOTECHNICAL ENGINEER, BUT I THINK THAT'S TRUE.
11:31AM  21            THE COURT:  SIR, YOU'RE A LITTLE CLOSE TO THAT
11:31AM  22    DOGGONE MIC AGAIN.  YOU CAN MOVE IT BACK A LITTLE BIT IF YOU
11:31AM  23    WANT TO LEAN UP.
11:31AM  24            THE WITNESS:  ALL RIGHT.  THANK YOU.
11:31AM  25            MR. BRUNO:  THANK YOU, YOUR HONOR.  THANK YOU,
```

**HOURLY TRANSCRIPT**

11:31AM 1    DR. DALRYMPLE, I APPRECIATE YOUR PATIENCE.

11:31AM 2         I'M GOING TO MOVE INTO EVIDENCE DALRYMPLE 8, WHICH IS

11:31AM 3    SIMPLY THE -- I DON'T THINK COUNSEL HAS AN OBJECTION.  I THINK

11:31AM 4    I JUST HAVE A NUMBER.

11:31AM 5         MR. FARRELL:  THE HYDROGRAPHS?

11:31AM 6         MR. BRUNO:  YES.

11:31AM 7         MR. FARRELL:  NO OBJECTION.

11:31AM 8         THE COURT:  AND WHAT'S THE NUMBER, SIR?

11:31AM 9         MR. BRUNO:  IT'S CALLED DALRYMPLE 8 AND -- DALRYMPLE,

11:32AM 10   8, 9, 10, 11 AND 12.  THIS IS ONE FOR EACH PLAINTIFF.  I WANT

11:32AM 11   TO MOVE INTO EVIDENCE IPET VOLUME 5, INCLUDING THE APPENDIX.

11:32AM 12        MR. FARRELL:  YOUR HONOR, I BELIEVE IT'S VOLUME 4.

11:32AM 13   I'M JUST STOPPING YOU AS YOU'RE GOING.

11:32AM 14        MR. BRUNO:  LET ME GIVE YOU THE NUMBERS, JUDGE.

11:32AM 15        SO WE'RE GOING TO REDUCE THE POUNDAGE, WE'RE GOING TO

11:32AM 16   MOVE --

11:32AM 17        THE COURT:  ARE YOU SATISFIED, COUNSEL?

11:32AM 18        MR. FARRELL:  I'LL LISTEN TO WHAT HE SAYS.

11:32AM 19        MR. BRUNO:  WE'RE GOING TO INTRODUCE JX-02033-1583,

11:32AM 20   JUST THE COVER PAGE.  AND I THINK WE WILL ALSO MOVE IN

11:33AM 21   JX-02033-1584, WHICH IDENTIFIES THE VOLUMES, JUST SO YOU KNOW

11:33AM 22   WHAT THEY ARE.  AND THEN WE'LL MOVE INTO EVIDENCE PAGES 1811,

11:33AM 23   -12, -13, -14, -15, AND -16 FOR COMPLETENESS.

11:33AM 24        MR. FARRELL:  NO OBJECTION.

11:33AM 25        THE COURT:  THANK YOU, COUNSEL.

**HOURLY TRANSCRIPT**

11:33AM 1          MR. WOODCOCK:  NO OBJECTION.

11:33AM 2          THE COURT:  NO OBJECTION FROM THE GOVERNMENT AS WELL.

11:33AM 3          MR. BRUNO:  AND THE APPENDIX 2, VOLUME 5, WHICH TALKS

11:33AM 4   ABOUT THE BOUSSINESQ.

11:33AM 5          MR. FARRELL:  4.

11:33AM 6          THE COURT:  YES, IT IS 4.

11:33AM 7          MR. BRUNO:  I'M REALLY -- JX-02033-2734, -35.  I

11:33AM 8   THINK THAT'S ALL WE NEED.  DO YOU WANT TO TAKE A LOOK AT IT?

11:33AM 9          MR. FARRELL:  I'VE GOT A COPY.

11:34AM 10         MR. BRUNO:  WE MOVE INTO EVIDENCE PX-4740 WHICH THE

11:34AM 11  PICTURE OF THE -- I WOULD ALSO --

11:34AM 12         THE COURT:  JUST ONE SECOND.

11:35AM 13          JUDGE, I WOULD MOVE INTO EVIDENCE THE PAGES OF THE

11:35AM 14  DR. DALRYMPLE REPORT THAT I CITED, AND I THINK COUNSEL WANTS TO

11:35AM 15  MOVE THE WHOLE THING IN.  IT'S UP TO YOU.

11:35AM 16         MR. FARRELL:  YES.

11:35AM 17         MR. BRUNO:  IF WE DO THAT, I WANT TO STILL HIGHLIGHT

11:35AM 18  THE PAGES I REFERRED TO FOR THE RECORD.  FIRST I MOVE INTO

11:35AM 19  EVIDENCE JX-01713-1 AND THE PAGES WHICH I REFERRED

11:35AM 20  DR. DALRYMPLE TO ARE PAGE 6, WHICH WAS THE OBJECTIVE OF THE

11:35AM 21  REPORT, PAGE 5, WHICH WAS THE SUMMARY OF OPINIONS, AND PAGE 11,

11:35AM 22  WHICH WAS THE PARAGRAPH WHICH DESCRIBES HIS WAVE OPINIONS.

11:35AM 23         THE COURT:  THAT'S MR. BRUNO'S TENDER.  AND I ASSUME

11:36AM 24  THERE WILL BE NO OBJECTION, ASSUMING THAT I ACCEPT YOUR TENDER

11:36AM 25  OF THE ENTIRE REPORT, WHICH I'M GOING TO DO.

**HOURLY TRANSCRIPT**

11:36AM 1          MR. FARRELL:  THAT'S CORRECT, YOUR HONOR.

11:36AM 2          THE COURT:  SO ONE, I ACCEPT MR. BRUNO'S TENDER, AND

11:36AM 3    YOU WISH TO AT THIS POINT --

11:36AM 4          MR. FARRELL:  YES.  WHY DON'T WE DO THAT RIGHT NOW,

11:36AM 5    YOUR HONOR.  AS WELL AS THE SUPPLEMENTAL REPORT.

11:36AM 6          THE COURT:  AND, EXCUSE ME, MR. WOODCOCK, DID YOU

11:36AM 7    HAVE ANY OBJECTION?

11:36AM 8          MR. WOODCOCK:  NO OBJECTION.

11:36AM 9          THE COURT:  I KNOW YOU WOULD HAVE TOLD ME, BUT I'M

11:36AM 10   JUST MAKING SURE.

11:36AM 11         MR. BRUNO:  I'M GOING TO MOVE INTO EVIDENCE NOW,

11:36AM 12   KNOWING THAT I WANT TO GIVE THE DEFENDANTS AN OPPORTUNITY TO

11:36AM 13   CAREFULLY REVIEW THIS THING, MARR 5, WHICH WAS A DEMONSTRATIVE,

11:36AM 14   WHICH IS A SUMMARY OF EVIDENCE.  IT SUMMARIZES THE STIPULATIONS

11:36AM 15   WITH REGARD TO WIND DIRECTION, DR. DALRYMPLE'S REPORT WITH

11:36AM 16   REGARD TO WIND DIRECTION, WIND SPEED.  IT SUMMARIZES THE

11:36AM 17   STIPULATED WATER HEIGHT AND IT SUMMARIZES THE WAVE INFORMATION

11:36AM 18   AS IDENTIFIED BY THE IPET REPORT.

11:36AM 19          I'M GOING TO JUST SIMPLY MARK IT NOW KNOWING

11:37AM 20   THAT I WILL GIVE THE DEFENDANT A COUPLE DAYS TO LOOK AT IT

11:37AM 21   TOMORROW.  IT'S MARR NUMBER 5.  DOES IT HAVE A NUMBER OTHER

11:37AM 22   THAN THIS?  WE'LL GIVE IT A NUMBER IN THE MEANTIME.

11:37AM 23         MR. FARRELL:  WE'LL TAKE A LOOK.

11:37AM 24         MR. WOODCOCK:  WE'LL TAKE A LOOK.

11:37AM 25         THE COURT:  WE HAVE A LOT OF HOUSEKEEPING TO DO.

                        **HOURLY TRANSCRIPT**

11:37AM 1          MR. BRUNO:  WE DO, JUDGE, AND I APOLOGIZE THAT.

11:37AM 2          THE COURT:  IT'S GETTING A LITTLE CLUTTERED.  I DON'T

11:37AM 3    WANT TO BE A HOARDER JUDICIALLY.

11:37AM 4          MR. WOODCOCK:  WHY IS IT MARR NUMBER 5?

11:37AM 5          THE COURT:  I DON'T KNOW.

11:37AM 6          MR. BRUNO:  IT WAS JUST THE DEMONSTRATIVE NUMBER I

11:37AM 7    GAVE IT.  I'M GOING TO GIVE IT A NEW NUMBER.  DON'T WORRY ABOUT

11:37AM 8    THE NUMBER.  I'LL GIVE IT ANY NUMBER YOU WANT AND I'LL DESCRIBE

11:37AM 9    IT ANY WAY YOU WANT AND HERE IT IS.

11:37AM 10          MR. WOODCOCK:  I'LL TAKE A LOOK.

11:37AM 11          MR. BRUNO:  I ALREADY MOVED INTO EVIDENCE THE

11:37AM 12    PHOTOGRAPHS.

11:37AM 13          THE COURT:  WE NEED TO SET A TIME FOR THE

11:37AM 14    HOUSEKEEPING.  I'M GETTING A LITTLE ANTSY ABOUT THAT.

11:37AM 15          MR. BRUNO:  WE CAN DO THAT, JUDGE, BY CLOSE OF

11:37AM 16    BUSINESS FRIDAY.  IS THAT OKAY WITH YOU?  IS THAT TOO MUCH

11:37AM 17    TIME?

11:37AM 18          MR. SMITH:  YOUR HONOR, I'VE GOT SOME EXPERTS HERE

11:37AM 19    THAT HAVE BEEN WAITING TO TESTIFY, AND MR. BRUNO SAID LAST

11:38AM 20    NIGHT HE HAD AN HOUR AND WE'RE 12 TO 12:00, AND I'M GOING TO

11:38AM 21    HAVE ANOTHER EXPERT THAT IT LOOKS LIKE HE'S GOING TO BE STUCK

11:38AM 22    HERE FOR ANOTHER WEEKEND, SO I WOULD LIKE TO PUT OFF THE

11:38AM 23    HOUSEKEEPING, IF WE MAY, UNLESS WE GET TO THE AFTERNOON AND

11:38AM 24    WE'RE NOT GOING TO GET TO THE WITNESS ANYWAY, THEN WE CAN FILL

11:38AM 25    SOME TIME WITH SOME HOUSEKEEPING MATTERS.

**HOURLY TRANSCRIPT**

11:38AM   1                THE COURT:  NO, I CERTAINLY WON'T FORCE THAT,

11:38AM   2       CONSIDERING WHAT YOU JUST SAID.

11:38AM   3                MR. SMITH:  THANK YOU, YOUR HONOR.

11:38AM   4                THE COURT:  YES, SIR, ARE YOU READY FOR REDIRECT?

11:38AM   5                MR. FARRELL:  FOR REDIRECT, YOUR HONOR.  I'LL TRY TO

11:38AM   6       KEEP IT AS BRIEF AS I CAN.

11:38AM   7                    BEFORE I START, I GOT A NOTE FROM OUR TRIAL TECH

11:38AM   8       THAT THE PROJECTOR IS TURNED OFF.  IT NEEDS TO GO BACK ON.  I'M

11:38AM   9       NOT SURE EXACTLY HOW THAT WORKS.

11:38AM  10                THE COURT:  YOU ARE NOT ALONE.  THEY DISENFRANCHISED

11:38AM  11       ME FROM THEIR CONTROL BOARD.  I USED TO HAVE ONE.  IT'S

11:38AM  12       PROBABLY SMART THEY HAVE TAKEN ME OUT OF THE LOOP.

11:39AM  13                    MR. SMITH, THE MORE I THINK ABOUT WHAT YOU

11:41AM  14       SUGGESTED, I KIND OF LIKE DOING IT MAY BE AT THE BEGINNING OF

11:41AM  15       MONDAY OR SOMETHING LIKE THAT, IF POSSIBLE.  I THINK IT MAKES

11:41AM  16       SENSE.

11:39AM  17                MR. SMITH:  WHENEVER WE HAVE AN OPPORTUNITY.

11:39AM  18                THE COURT:  IT'S GOING TO TAKE TOO MUCH TIME, I

11:39AM  19       AGREE.

11:40AM  20                THE DEPUTY CLERK:  I NEED TO REBOOT THE WHOLE THING.

11:41AM  21                THE COURT:  MR. FARRELL, WE ARE WAITING --

11:41AM  22                MR. FARRELL:  ON THE SCREEN -- OH, WE'RE NOT USING

11:41AM  23       THE SCREEN.

11:42AM  24                         REDIRECT EXAMINATION

11:42AM  25       BY MR. FARRELL:

                              **HOURLY TRANSCRIPT**

11:42AM 1   Q.   DR. DALRYMPLE, I WANT TO PICK UP WITH A POINT MR. BRUNO

11:42AM 2   WAS ADDRESSING IN HIS CALCULATIONS ABOUT THE TIMING OF THE

11:42AM 3   BREACH, THE BREACH AT THE NORTH AND THE SOUTH BREACH AND IN

11:42AM 4   YOUR MODEL.  WE WERE TALKING ABOUT THE TIMING OF THOSE

11:42AM 5   BREACHES, HOW YOU CALCULATED THEM AND YOUR CONFIDENCE IN THE

11:42AM 6   TIMES IN EACH OF THOSE IN THE MODEL.

11:42AM 7          JUST SO THE RECORD IS CLEAR, WHAT WAS YOUR IMPETUS

11:42AM 8   FOR CHOOSING THE NORTH BREACH TO BEGIN AT 6 IN THE MORNING?

11:42AM 9   A.   WELL, WE NEEDED TO MAKE SURE THAT IT WAS SIGNIFICANTLY

11:42AM 10  OVER BY 6:10 IN THE MORNING WHEN THE PUMP STATION 5 WAS SHUT

11:42AM 11  OFF.

11:42AM 12  Q.   AND WHAT INFORMATION DID YOU RELY ON FOR THAT PREMISE THAT

11:43AM 13  THE PUMP STATION WAS SHUT OFF AT 6:10 IN THE MORNING?

11:43AM 14  A.   PRIMARILY THE DEPOSITION OF MR. VILLAVASSO, WHO SAID THAT

11:43AM 15  HE CALLED THE PUMP STATION -- OR HE CALLED TO HAVE THE PUMP

11:43AM 16  STATION POWER CUT AT SOMETIME AROUND 6:00, AND THEN IT WAS

11:43AM 17  LATER VERIFIED TO BE 6:10 WHEN THE PEOPLE -- IT WAS VERIFIED BY

11:43AM 18  PEOPLE RECEIVING A PHONE CALL AT 6:10 AT THE CENTRAL CONTROL.

11:43AM 19  Q.   I'M GOING TO PUT UP --

11:43AM 20         MR. FARRELL:  I'VE GOT COPIES FOR COUNSEL.  I HAD

11:43AM 21  ENOUGH FORETHOUGHT TO BRING THESE OVER.

11:43AM 22         ERIC, CAN YOU PULL UP DX-02603-001.

11:44AM 23         MR. BRUNO:  EXCUSE ME.  I'M NOT SURE WHAT WE'RE

11:44AM 24  DOING, BUT I'M HAPPY TO STIPULATE TO -- IF THIS IS JUST TO GET

11:44AM 25  THE TIME OF THE SHUTOFF, I'M NOT GOING TO MAKE THEM GO THROUGH

**HOURLY TRANSCRIPT**

11:44AM 1    THAT.

11:44AM 2              MR. FARRELL:  OH, NO.  I UNDERSTAND.  I JUST WANT TO

11:44AM 3    -- IT WILL TAKE TWO SECONDS, JUDGE, PROMISE.

11:44AM 4                        EXAMINATION

11:44AM 5    BY MR. FARRELL:

11:44AM 6    Q.   SO DO YOU RECOGNIZE THIS DOCUMENT, DR. DALRYMPLE?

11:44AM 7    A.   YES.  IT'S FROM THE SEWERAGE AND WATER BOARD OF

11:44AM 8    NEW ORLEANS.

11:44AM 9    Q.   I WANT TO CALL YOUR ATTENTION TO PAGE 4 OF THE DOCUMENT.

11:44AM 10   ERIC, COULD YOU BLOW UP THE RIGHT-HAND COLUMN THERE.  CAN YOU

11:44AM 11   HIGHLIGHT THIS AREA RIGHT HERE.

11:44AM 12             DR. DALRYMPLE, CAN YOU READ THAT?

11:45AM 13   A.   YES.  I CAN.

11:45AM 14   Q.   WHAT'S IT SAY?

11:45AM 15   A.   IT SAYS, "6:10, NOTIFIED BY STATION 5 THAT WAS NOTIFIED BY

11:45AM 16   A SUPERVISOR TO SHUT DOWN ALL OPERATIONS AND EVACUATE STATION."

11:45AM 17   Q.   THIS IS THE POINT IN THE LOGS THAT VERIFY MR. VILLAVASO'S

11:45AM 18   TESTIMONY ABOUT THE 6:10 SHUTOFF; IS THAT CORRECT?

11:45AM 19   A.   YES.

11:45AM 20             MR. FARRELL:  YOUR HONOR, I WOULD LIKE TO MOVE

11:45AM 21   DX-02603 INTO EVIDENCE.

11:45AM 22             MR. BRUNO:  NO OBJECTION.

11:45AM 23             THE COURT:  LET IT BE ADMITTED.

11:45AM 24             MR. FARRELL:  THANK YOU.

11:45AM 25                        EXAMINATION

                              **HOURLY TRANSCRIPT**

11:45AM  1    BY MR. FARRELL:

11:45AM  2    Q.   NOW, AS FAR AS THE SOUTH BREACH, THERE WAS SOME DISCUSSION

11:45AM  3    ABOUT THE 6:45 TIME THAT YOU SELECTED IN THE MODEL.

11:45AM  4         HOW DOES THAT MODEL -- MODEL BREACH TIME CORRELATE TO

11:45AM  5    THE ACTUAL BREACH TIME?  YOU HAD MENTIONED THIS YESTERDAY, BUT

11:45AM  6    I WANT TO MAKE SURE WE'RE CLEAR.

11:45AM  7    A.   SINCE WE DON'T REALLY KNOW WHAT THE ACTUAL BREACH TIME

11:45AM  8    WAS, THIS IS A -- BASED ON OUR HYDRODYNAMICS MODELING, THIS IS

11:46AM  9    THE BEST TIME THAT GIVES US FLOWS THROUGH A BREACH AND ARRIVING

11:46AM  10   AT STATION C2, AND GIVING US THE BEST POSSIBLE AGREEMENT

11:46AM  11   BETWEEN FLOODWATER ARRIVAL TIMES AND RATE OF RISE COMPARED TO

11:46AM  12   OTHER TIMES.

11:46AM  13        SO, AS I MENTIONED JUST A FEW MINUTES AGO, IT'S A

11:46AM  14   COMBINATION OF WHAT'S BEST FOR THE MODEL, WHAT'S BEST FOR WAVE

11:46AM  15   OVERTOPPING, FLOW OVERTOPPING, BREACHING AND SO FORTH.  SO IT'S

11:46AM  16   A -- IT'S OUR BEST MODELED BREACH TIME.

11:46AM  17   Q.   YOU HAD MENTIONED, I THINK, EARLIER THIS MORNING, YOU MADE

11:46AM  18   A COMMENT ABOUT WITHIN THE ERROR OF THE MODEL OR WITHIN THE

11:46AM  19   RANGE.  WHAT'S THE RANGE OF THIS MODEL?  ARE YOU CERTAIN

11:46AM  20   PRECISELY 6:45 IS WHEN THIS ACTUALLY HAPPENED?

11:46AM  21   A.   NO.  WITH ALL NUMERICAL MODELS, THEY ARE AS GOOD AS THE

11:46AM  22   DATA YOU PUT IN.  THERE ARE A LOT OF UNCERTAINTIES.

11:46AM  23        WE DO KNOW REASONABLY WELL WHAT THE RATE OF RISE WAS

11:47AM  24   AT STATION C2 IN THE LOWER NINTH WARD, SO WE'RE REASONABLY

11:47AM  25   CONFIDENT THAT WE'RE PRETTY CLOSE.  BECAUSE OF THE NATURE OF

**HOURLY TRANSCRIPT**

11:47AM 1    THE ERRORS AS WE VARIED DIFFERENT BREACH STARTING TIMES, WE

11:47AM 2    HAVE A FAIRLY HIGH CONFIDENCE THAT IT'S 6:45, MAYBE 15,

11:47AM 3    20 MINUTES EITHER WAY.

11:47AM 4    Q.    THANK YOU, DR. DALRYMPLE.

11:47AM 5         THERE WERE ALSO SOME QUESTIONS FROM MR. BRUNO THIS

11:47AM 6    MORNING ABOUT THE FLORIDA AVENUE BRIDGE AND WHAT EFFECT IT

11:47AM 7    WOULD HAVE HAD ON WAVES PROPAGATING DOWN THE IHNC.

11:47AM 8         YOU MENTIONED -- WE'RE LOOKING AT THAT PHOTOGRAPH --

11:47AM 9    YOU MENTIONED THAT THERE WOULD BE -- EXCUSE ME -- THERE WOULD

11:47AM 10   BE SOME IMPACT ON THE WAVE ENERGY.  CAN YOU QUANTIFY THAT, OR

11:47AM 11   CAN YOU EXPOUND ON THAT ANSWER?

11:47AM 12   A.    WELL, THE IMPACT WOULD BE PROPORTIONAL TO THE AMOUNT OF

11:47AM 13   FLOW THAT'S OBSTRUCTED BY THE BREACH ITSELF.

11:48AM 14        AS I SHOWED YESTERDAY, THE BRIDGE IS RELATIVELY OPEN,

11:48AM 15   LOOKING AT IT FROM THE SIDE, AND THE BOTTOM IS A GRATING KIND

11:48AM 16   OF ROADWAY, SO THAT IT'S A REASONABLY POROUS BRIDGE, SO THAT IT

11:48AM 17   DOES NOT OBSTRUCT THE FLOW VERY MUCH.

11:48AM 18        FURTHERMORE, MOST OF THE WAVE ENERGY WOULD BE

11:48AM 19   TRAVELING UNDER THE BRIDGE AND NOT DIRECTLY AT THE SURFACE.  SO

11:48AM 20   A LOT OF WAVE ENERGY WOULD PASS UNHINDERED BY THE BRIDGE,

11:48AM 21   PARTICULARLY THE LONG WAVES.

11:48AM 22        BUT BECAUSE THERE IS INTERACTION BETWEEN THE WATER

11:48AM 23   AND MEMBERS OF THE BRIDGE, THERE WOULD BE SOME ENERGY

11:48AM 24   DISSIPATION.

11:48AM 25   Q.    SO THE WATER PASSING UNDER THE BRIDGE, THAT'S NOT A TOTAL

**HOURLY TRANSCRIPT**

11:48AM 1    OBSTRUCTION LIKE A FLOODWALL WOULD BE, CORRECT?

11:48AM 2    A.   NO, IT'S NOT.  SO IF YOU HAVE THE DEPTH OF THE CANAL, AND

11:48AM 3    YOU'VE GOT THAT FREEBOARD OF THE BRIDGE THAT YOU ADD TO THE

11:49AM 4    DEPTH OF THE CANAL, WHEN YOU HAVE THE STORM SURGE THERE IS AN

11:49AM 5    IMMENSE AMOUNT OF WATER THAT'S AVAILABLE FOR WAVE ENERGY TO

11:49AM 6    PASS.

11:49AM 7         THE WAVE ENERGY DOESN'T JUST TRAVEL AT THE SURFACE,

11:49AM 8    IT TRAVELS THROUGHOUT THE WATER COLUMN.  SO A LOT OF THE WAVE

11:49AM 9    ENERGY WOULD PASS UNDER THE BRIDGE.

11:49AM 10   Q.   ERIK, CAN YOU PULL UP DX-DM-0006-0026, WHICH IS SLIDE FROM

11:49AM 11   YOUR PRESENTATION YESTERDAY, DR. DALRYMPLE.

11:49AM 12        I BELIEVE YOU SPOKE YESTERDAY ABOUT THE WAVES COMING

11:49AM 13   DOWN THE GIWW.  IF YOU RECALL, AND AS THE COURT RECALLS, THE

11:49AM 14   GREEN LINE IS THAT HIGHER PORT OF NEW ORLEANS FLOODWALL.  THE

11:49AM 15   BLUE LINE IS THE LOWER ORLEANS LEVEE DISTRICT FLOODWALL INSIDE

11:49AM 16   OF IT.

11:49AM 17        DR. DALRYMPLE, JUST TO ILLUSTRATE THE CONTRAST, WHAT

11:49AM 18   HAPPENS TO THE WAVES THAT ARE COMING DOWN THE IHNC THAT HIT

11:49AM 19   THIS FLOODWALL?  DOES WAVE ENERGY PASS INTO THAT AREA BETWEEN

11:49AM 20   THE BLUE AND THE GREEN LINES?

11:49AM 21   A.   WELL, THAT'S A HIGHER WALL THAN IS IN THE SOUTHERN PART OF

11:50AM 22   THE IHNC, SO THE WAVES WOULD COME DOWN THE GIWW INTO THE

11:50AM 23   JUNCTION, SPREADING OUT.  THEY WOULD HIT THAT WALL.  MOST OF

11:50AM 24   THE WAVE ENERGY WOULD REFLECT BACK.

11:50AM 25        WHEN THE WATER GOT HIGH ENOUGH, THERE WOULD BE SOME

11:50AM 1   WAVE OVERTOPPING; BUT, PRIMARILY, A LOT OF THE ENERGY WOULD

11:50AM 2   BOUNCE OFF.

11:50AM 3           MR. BRUNO:  YOUR HONOR, FORGIVE ME FOR RISING, BUT

11:50AM 4   THIS DEMONSTRATIVE, THIS WAS NOT PROVIDED TO US, SO WE HAVE NO

11:50AM 5   NOTICE THAT THE WITNESS WAS GOING TO COMMENT ON THIS RIGHT NOW.

11:50AM 6   IT WASN'T BROUGHT UP IN HIS PRESENTATION AT ALL.

11:50AM 7           MR. FARRELL:  YOUR HONOR, THIS IS FROM HIS

11:50AM 8   PRESENTATION.  HE'S BEEN --

11:50AM 9           THE COURT:  I RECALL IT.

11:50AM 10          MR. BRUNO:  I'M SORRY.

11:50AM 11          MR. FARRELL:  AND MR. KING TESTIFIED AS TO IT

11:50AM 12  YESTERDAY.

11:50AM 13          MR. BRUNO:  I'M MISTAKEN.

11:50AM 14          THE COURT:  I RECALL IT.

11:50AM 15              THE TRIAL IS GOING ON LONG, SO WE CAN GET A

11:50AM 16  LITTLE FUZZY.

11:50AM 17              ALL RIGHT.  GO AHEAD.

11:50AM 18                      EXAMINATION

11:50AM 19  BY MR. FARRELL:

11:51AM 20  Q.   JUST TO CLOSE THIS OFF, YOU WERE IN THE COURTROOM WHEN

11:51AM 21  MR. KING TESTIFIED YESTERDAY, CORRECT?

11:51AM 22  A.   YES.

11:51AM 23  Q.   HE TESTIFIED ABOUT HOW DURING THE STORM THERE WAS A BREACH

11:51AM 24  HERE, AND WATER HAD COME IN FROM THE NORTH DOWN THE IHNC, AND

11:51AM 25  THERE HAD BEEN A FAILURE.

**HOURLY TRANSCRIPT**

11:51AM 1      I'M CURIOUS, HOW WOULD THE WAVE HEIGHTS BETWEEN THE

11:51AM 2   GREEN AND THE BLUE LINE COMPARE TO THE WAVE HEIGHTS OUT IN THE

11:51AM 3   GIWW AT THAT TIME?

11:51AM 4   A.   WELL, THAT'S A VERY SHORT DISTANCE, SO THERE WOULD BE --

11:51AM 5   BECAUSE OF THE HIGH WALL ALONG THE PORT, MOST OF THE WAVE

11:51AM 6   ENERGY WOULD REFLECT OFF THERE.

11:51AM 7      IF THE WATER WAS HIGH ENOUGH, THERE WOULD BE SOME

11:51AM 8   WAVE OVERTOPPING; BUT, BASICALLY, IT WOULD BE LOCAL WIND

11:51AM 9   GENERATION ACROSS THE PORT OF NEW ORLEANS -- I DON'T KNOW WHAT

11:51AM 10  THEY CALL THAT STAGING AREA, BUT THE DISTANCE BETWEEN THE GREEN

11:51AM 11  LINE AND THE BLUE LINE.

11:51AM 12  Q.   THANK YOU, DR. DALRYMPLE.

11:51AM 13     MOVING ON, ERIC, CAN YOU CALL UP DX-DM-0003.

11:52AM 14     THE COURT:  I'M GOING TO ASK A QUESTION NOW, IN THE

11:52AM 15  EVENT YOU CARE TO FOLLOW UP ON IT.  I SHOULD HAVE ASKED THIS

11:52AM 16  EARLIER.

11:52AM 17     DR. DALRYMPLE, DID YOU USE THE SIGNIFICANT WAVE

11:52AM 18  HEIGHT DURING YOUR FLOW ANALYSIS?

11:52AM 19     THE WITNESS:  YES, SIR.

11:52AM 20     THE COURT:  ONLY THE SIGNIFICANT WAVE HEIGHT?

11:52AM 21     THE WITNESS:  NO, THE FORMULA USED IN THE COASTAL

11:52AM 22  ENGINEERING MANUAL ARE DEVELOPED IN TERMS OF THE SIGNIFICANT

11:52AM 23  WAVE HEIGHT; BUT, ASSOCIATED WITH THE SIGNIFICANT WAVE HEIGHT

11:52AM 24  IS THIS IMPLICIT UNDERLYING DISTRIBUTION OF WAVE HEIGHT.

11:52AM 25     SO WHEN YOU SAY SIGNIFICANT WAVE HEIGHT, THE

**HOURLY TRANSCRIPT**

11:52AM 1    WAVES IN WHATEVER BODY OF WATER YOU'RE TALKING ABOUT HAVE THE

11:52AM 2    SIGNIFICANT WAVE HEIGHT.  THEY HAVE THE MAXIMUM WAVE HEIGHT.

11:52AM 3    THEY HAVE A FULL RANGE OF WAVE HEIGHTS.

11:52AM 4            THE COURT:  CERTAINLY.  I GUESS WHAT I NEED TO

11:52AM 5    UNDERSTAND IS, IS THAT IN A FORMULA, HOW DO YOU ACCOUNT FOR,

11:52AM 6    ONE, THE INFREQUENCY OF THE MAXIMUM WAVE HEIGHT; THEN, THE

11:53AM 7    DISTRIBUTION OF THE WAVES IN ALL DIRECTIONS.

11:53AM 8            I NEVER WAS QUITE CERTAIN OF THAT, SO I DIDN'T

11:53AM 9    KNOW IF THE PRINCIPAL -- LET ME START OVER HIM.

11:53AM 10           IS THE PRINCIPAL FIGURE USED IN A FLOW

11:53AM 11   CALCULATION WHERE WAVES ARE INCLUDED THE SIGNIFICANT WAVE

11:53AM 12   HEIGHT?  BECAUSE THAT IS, IN ESSENCE, A WAY OF AVERAGING THE

11:53AM 13   WAVES; IS THAT --

11:53AM 14           THE WITNESS:  THAT'S A NUMBER THAT WILL CHARACTERIZE

11:53AM 15   THE WAVE FIELD BECAUSE THE DISTRIBUTION IS IMPLICIT WHEN YOU

11:53AM 16   TALK ABOUT THE SIGNIFICANT WAVE HEIGHT.

11:53AM 17           THE COURT:  RIGHT.  OKAY.  WELL, I'LL LEAVE IT AT

11:53AM 18   THAT.  NO NEED FOR ME TO GO ANY FURTHER.

11:53AM 19           MR. FARRELL:  WE'RE ALL LEARNING A LOT HERE.

11:54AM 20                        EXAMINATION

11:54AM 21   BY MR. FARRELL:

11:54AM 22   Q.   DR. DALRYMPLE, I'M ASKING YOU TO LOOK AT THIS PHOTO.  I

11:54AM 23   WILL REPRESENT TO YOU -- WELL, FIRST OFF, DO YOU KNOW WHAT THIS

11:54AM 24   IS A PHOTOGRAPH OF?

11:54AM 25   A.   YES, IT'S PART OF THE IHNC SOUTH BRANCH BETWEEN THE

                          **HOURLY TRANSCRIPT**

11:54AM 1    CLAIBORNE AVENUE BRIDGE AND THE FLORIDA AVENUE BRIDGE.

11:54AM 2    Q.   AND -- EXCUSE ME, I'M FIGHTING SOMETHING OFF HERE -- IN

11:54AM 3    THIS AREA, THIS AREA IS -- THIS IS THE BERM THAT MR. BRUNO WAS

11:54AM 4    ASKING YOU ABOUT EARLIER; ISN'T THAT CORRECT?

11:54AM 5    A.   I BELIEVE SO, YES.

11:54AM 6    Q.   WHAT WE'VE MARKED HERE, I'LL REPRESENT TO YOU THIS IS THE

11:54AM 7    LOCATION OF THE NORTH BREACH.

11:54AM 8         SO MR. BRUNO WAS ASKING YOU QUESTIONS ABOUT WHAT

11:54AM 9    HAPPENS WHEN THE WAVES ARE HITTING THAT BERM IN THE VICINITY OF

11:54AM 10   THE NORTH BREACH.  I'LL REPRESENT TO YOU, AS WELL -- YOU SAW IN

11:54AM 11   IT IN THE PHOTO -- THAT THE ROADWAY RISES AS IT GETS UP TO THE

11:55AM 12   PEAK HERE.

11:55AM 13        BUT AS WAVES ARE COMING IN, IN THE VICINITY OF THE

11:55AM 14   NORTH BREACH, HOW WERE THEY INTERACTING WITH THAT BERM AS IT

11:55AM 15   SLOPES DOWN TO GRADE LEVEL?

11:55AM 16   A.   WELL, THE WAVES ARE COMING OUT OF THE DEEPER PART OF THE

11:55AM 17   CHANNEL INTO THE EBIA AREA, WHICH IS SHALLOWER; BUT, MOST OF

11:55AM 18   THE WAVE LENGTHS ARE VERY SHORT, AND THE WATER IS VERY DEEP, SO

11:55AM 19   THERE IS NOT MUCH OF AN EFFECT GOING ON UNTIL THEY GET TO THE

11:55AM 20   BERM AND THE ROADWAY.

11:55AM 21        IF THE ROADWAY IS VERY CLOSE TO THE NATURAL LAND

11:55AM 22   LEVEL, THERE WOULD BE NO EFFECT; BUT, AS THE ROADWAY RISES AND

11:55AM 23   THEN COMES OUT OF THE WATER, IT'S EMERGENT, THEN YOU WOULD

11:55AM 24   EXPECT BREAKING IN A SURF ZONE KIND OF EFFECT ON THE ROAD.

11:55AM 25   Q.   DR. DALRYMPLE, MR. BRUNO ASKED YOU BRIEFLY ABOUT THE -- HE

**HOURLY TRANSCRIPT**

11:56AM 1    REFERENCED THE BOUSSINESQ MODEL THIS MORNING --

11:56AM 2    A.    YES.

11:56AM 3    Q.    -- AS OPPOSED TO THE STWAVE MODEL.

11:56AM 4            AGAIN, YOU TOUCHED ON THIS IN YOUR PRESENTATION, BUT

11:56AM 5    I WANT TO MAKE SURE THAT WE'RE CLEAR.  WHAT DOES THE BOUSSINESQ

11:56AM 6    MODEL SHOW; WHAT DOES IT STUDY?

11:56AM 7    A.    THE IDEA BEHIND THE BOUSSINESQ MODEL IS IT'S A WAY TO SHOW

11:56AM 8    HOW WAVES PROPAGATE, REFRACT AND DEFRACT AS THEY GO INTO

11:56AM 9    DIFFERENT AREAS.  IT IS NOT A WAVE GENERATION MODEL, SO THERE

11:56AM 10   IS NO WAVE GENERATION.

11:56AM 11   Q.    I KNOW WHAT THAT MEANS BECAUSE I'VE SPENT A LOT OF TIME

11:56AM 12   WORKING WITH YOU.  WHAT IS MISSING FROM A MODEL THAT DOESN'T

11:56AM 13   HAVE WAVE GENERATION?

11:56AM 14   A.    WELL, IT CAN'T HAVE WAVES GROW.  AS THEY, IN THIS CASE,

11:56AM 15   PROPAGATE DOWN THE CHANNEL, THEY WOULD BE UNABLE TO GROW

11:56AM 16   BECAUSE THERE IS NO WIND PROVIDING ENERGY TO THE WAVES.

11:56AM 17   Q.    SO THERE IS NO WIND IN THE MODEL?

11:56AM 18   A.    NO WIND AT ALL.

11:57AM 19   Q.    ALL RIGHT.  I THINK, DR. DALRYMPLE, YOU MENTIONED -- I

11:57AM 20   LIKED THE TURN OF PHRASE JUST A MOMENT AGO.  WE WERE TALKING

11:57AM 21   ABOUT THE SIGNIFICANT WAVE HEIGHT.  YOU SAID, I BELIEVE IT WAS

11:57AM 22   SOMETHING TO THE EFFECT OF, IF YOU KNOW THE SIGNIFICANT WAVE

11:57AM 23   HEIGHT, YOU KNOW THE DISTRIBUTION OF WAVE HEIGHTS AT THAT TIME.

11:57AM 24   IF YOU HAVE A SIGNIFICANT WAVE HEIGHT OF X, YOU'LL GET A

11:57AM 25   MAXIMUM WAVE HEIGHT OF Y, BASED ON THE CURVE THAT YOU SHOWED US

**HOURLY TRANSCRIPT**

11:57AM 1    YESTERDAY; IS THAT RIGHT?

11:57AM 2    A.   THAT'S MOSTLY RIGHT.   THE -- ALL OF THE MEASURES, SUCH AS

11:57AM 3    THE SIGNIFICANT WAVE HEIGHT, THERE IS ANOTHER TERM CALLED THE

11:57AM 4    H1/10, WHICH IS THE AVERAGE OF THE TOP 10 PERCENT OF ALL WAVES,

11:57AM 5    ALL OF THOSE MEASURES ARE AVAILABLE FROM THE RAYLEIGH

11:57AM 6    DISTRIBUTION THAT GOVERNS WAVE HEIGHTS.

11:57AM 7         SO THOSE MEASURES ARE KNOWN -- THE H MAX IS THE ONLY

11:57AM 8    ONE THAT IS NOT BECAUSE THAT DEPENDS ON THE SIZE OF THE

11:57AM 9    POPULATION.   SO IF YOU SAID WHAT'S THE MAXIMUM PERSON HEIGHT IN

11:58AM 10   THIS ROOM, IT WOULD BE DIFFERENT THAN THE MAXIMUM PERSON HEIGHT

11:58AM 11   IN A DIFFERENT ROOM, BUT THE AVERAGE MIGHT BE THE SAME.

11:58AM 12        SO IT DEPENDS ON THE NUMBER OF WAVES.   THE MORE WAVES

11:58AM 13   YOU HAVE, THE BIGGER THE H MAX WOULD BE.

11:58AM 14   Q.   ALL RIGHT.

11:58AM 15   A.   BUT THE DISTRIBUTION WOULD STAY EXACTLY THE SAME.   SO HM0

11:58AM 16   WOULD BE THE SAME, H1/10 WOULD BE THE SAME; BUT, H MAX VARIES

11:58AM 17   WITH THE NUMBER OF WAVES YOU'RE TALKING ABOUT.

11:58AM 18   Q.   LET ME CALL UP DX-DM-0006-0031.

11:58AM 19        THIS IS ONE OF THE SLIDES WE WERE LOOKING AT EARLIER

11:58AM 20   THIS MORNING.   JUST SO THAT I UNDERSTAND, HM0 IS THE

11:58AM 21   SIGNIFICANT WAVE HEIGHT?

11:58AM 22   A.   THAT IS CORRECT.

11:58AM 23   Q.   SO, FOR THESE FOUR SLIDES, IN AN HOUR YOU SAID WE'LL HAVE

11:58AM 24   ABOUT A THOUSAND WAVES --

11:58AM 25   A.   YES.

**HOURLY TRANSCRIPT**

11:58AM  1   Q.    -- IS THAT RIGHT?

11:58AM  2            SO, IF YOU KNOW YOUR NUMBER OF WAVES, AND YOU KNOW

11:58AM  3   THE SIGNIFICANT WAVE HEIGHT, THE MAXIMUM, THE H MAX JUST

11:59AM  4   FOLLOWS FROM THAT.

11:59AM  5   A.    YES.   THERE IS A MATHEMATICAL RELATIONSHIP.   YES.

11:59AM  6   Q.    SO JUST, IF YOU'VE GOT THE SIGNIFICANT WAVE HEIGHT, YOU

11:59AM  7   CAN DETERMINE THE H MAX?

11:59AM  8   A.    CORRECT, AND THE NUMBER OF WAVES.

11:59AM  9            THE COURT:   LET ME ASK A QUESTION.   HOW RELEVANT IS

11:59AM 10   THE H MAX IN YOUR ANALYSIS CONSIDERING, AS I UNDERSTAND IT --

11:59AM 11   AND I KNOW YOU'LL CORRECTLY ME -- THE H MAX OCCURS, AT LEAST IN

11:59AM 12   THIS SCENARIO, ONCE EVERY HOUR -- OR ONCE OUT OF EVERY THOUSAND

11:59AM 13   WAVES?

11:59AM 14            THE WITNESS:   YES.

11:59AM 15            THE COURT:   MY QUESTION IS, HOW DOES IT FACTOR INTO

11:59AM 16   THE OVERALL VIEW OF THE IMPACT OF THE WAVES UPON THE FLOODWALL

11:59AM 17   AND THE HEIGHT THEREOF?

11:59AM 18            THE WITNESS:   WELL, IT WOULD BE A MEASURE OF WHEN

11:59AM 19   INCIPIENT OVERTOPPING, WAVE OVERTOPPING WOULD START.

12:00PM 20            SO, AS THE TIME GOES BY AND THE WINDS INCREASE

12:00PM 21   AND THE WATER LEVEL RISES, EVENTUALLY THE H MAX REACHES THE TOP

12:00PM 22   OF THE FLOODWALL.   SO THAT WOULD BE THE FIRST WAVE THAT GOES

12:00PM 23   OVER THE TOP.

12:00PM 24            THE COURT:   SO THE MAIN PURPOSE IS TO SHOW WHEN THE

12:00PM 25   FIRST WAVE, WHICH WOULD BE THE MAX WAVE, WOULD ACTUALLY START

**HOURLY TRANSCRIPT**

12:00PM 1   GOING OVER THE TOP?

12:00PM 2           THE WITNESS:  YES, SIR.

12:00PM 3                           EXAMINATION

12:00PM 4   BY MR. FARRELL:

12:00PM 5   Q.   JUST TO COMPLETE THE CIRCLE --

12:00PM 6           MR. FARRELL:  I THINK THAT'S A GOOD POINT, JUDGE.

12:00PM 7                           EXAMINATION

12:00PM 8   BY MR. FARRELL:

12:00PM 9   Q.   -- YOU'VE GOT THE MAX WAVE, THERE IS ONE OF THOSE; BUT, AS

12:00PM 10  YOU WORK YOUR WAY DOWN TO THE SIGNIFICANT WAVE HEIGHT, THERE

12:00PM 11  ARE MORE?

12:00PM 12  A.   THAT'S CORRECT.  SO THE H MAX MIGHT BE 2.1 FEET AND --

12:00PM 13  WITH A THOUSAND WAVES.  SO WAVE -- THE 999TH BIGGEST WAVE MIGHT

12:00PM 14  BE 2.08 FEET HIGH OR SOMETHING LIKE THAT.  IT'S GOING TO BE

12:00PM 15  SLIGHTLY SMALLER.

12:00PM 16          THE COURT:  I UNDERSTAND.

12:00PM 17          MR. FARRELL:  RIGHT.  OKAY.

12:00PM 18                          EXAMINATION

12:00PM 19  BY MR. FARRELL:

12:00PM 20  Q.   SO WE'VE GOT -- AGAIN, IF YOU HAVE THE SIGNIFICANT WAVE

12:00PM 21  HEIGHT, YOU CAN CALCULATE THE MAX.

12:00PM 22          ERIK, I'M GOING TO TRY TO CALL UP TWO EXHIBITS AT THE

12:01PM 23  SAME TIME ON THE SCREEN HERE.  CAN WE MOVE THIS SLIDE OVER TO

12:01PM 24  THE LEFT OR TO THE TOP, AND THEN CAN YOU ALSO CALL UP JX- --

12:01PM 25          ACTUALLY, BEFORE WE DO THAT, DR. DALRYMPLE, YOU

**HOURLY TRANSCRIPT**

12:01PM 1    WERE IN THE COURTROOM WHEN DR. BEA TESTIFIED, CORRECT?

12:01PM 2    A.   I WAS IN THE COURTROOM PART OF HIS TESTIMONY, YES.

12:01PM 3         THE COURT:  YOU'RE ALMOST BECOMING A RESIDENT OF

12:01PM 4    NEW ORLEANS.

12:01PM 5              GO AHEAD.

12:01PM 6         MR. FARRELL:  THAT'S RIGHT.

12:01PM 7                   EXAMINATION

12:01PM 8    BY MR. FARRELL:

12:01PM 9    Q.   YOU'RE AWARE HE TESTIFIED -- IN HIS REPORT, HE RENDERED

12:01PM 10   SOME OPINIONS ON WAVES, AS WELL; IS THAT CORRECT?

12:01PM 11   A.   YES, HE DID.

12:01PM 12   Q.   NOW, ERIC, CAN YOU CALL UP THAT SLIDE THAT WE JUST HAD

12:01PM 13   THERE, AS WELL AS JX-01389.

12:01PM 14        MR. FARRELL:  I BELIEVE THIS IS IN EVIDENCE ALREADY.

12:01PM 15   THIS IS DR. BEA'S REPORT.

12:01PM 16        THE COURT:  YES, IT IS.

12:02PM 17        MR. FARRELL:  ERIC, CAN YOU TAKE US TO PAGE 0023 OF

12:02PM 18   THE EXHIBIT.

12:02PM 19        MR. BRUNO:  YOUR HONOR, WE OBJECT.  THERE IS NOTHING

12:02PM 20   IN THE PRESENTATION BY DR. DALRYMPLE ABOUT DR. BEA AT ALL.  WE

12:02PM 21   HAVE NO INDICATION THAT HE'S HAD ANY OPINION BY DR. BEA.  WE

12:02PM 22   HAVE NOTHING IN HIS EXPERT REPORT.  HE WASN'T QUESTIONED ABOUT

12:02PM 23   THIS AT ALL IN HIS DEPOSITION.  THIS IS THE ENTIRELY BRAND NEW,

12:02PM 24   OFF THE WALL.  WE MOVE -- WE SUGGEST THAT IT'S INAPPROPRIATE

12:02PM 25   REDIRECT.

**HOURLY TRANSCRIPT**

12:02PM 1           THE COURT:  YOU'RE SAYING BECAUSE IT'S BEYOND THE

12:02PM 2  SCOPE OF HIS EXPERT REPORTS?

12:02PM 3           MR. BRUNO:  EXPERT REPORT, DEPOSITION --

12:02PM 4           THE COURT:  SUPPLEMENTAL REPORTS?

12:02PM 5           MR. BRUNO:  -- PRESENTATION, YOU NAME IT, IT AIN'T

12:02PM 6  THERE.

12:02PM 7           THE COURT:  COUNSEL.

12:02PM 8           MR. FARRELL:  YOUR HONOR, MY RESPONSE IS THAT DR. BEA

12:02PM 9  WAS PUT FORTH IN THE COURTROOM HERE -- ORIGINALLY, THERE WAS A

12:02PM 10  HYDROLOGIST REPORT; BUT, DR. BEA TESTIFIED HERE AT SOME LENGTH

12:02PM 11  LAST WEEK, I THINK IT WAS, ABOUT SIGNIFICANT WAVE HEIGHTS.  ALL

12:02PM 12  I'M DOING IS A COMPARISON; I'M NOT LOOKING FOR A CRITIQUE.

12:02PM 13           THE COURT:  IF ALL YOU'RE LOOKING FOR IS A

12:02PM 14  COMPARISON --

12:02PM 15           MR. BRUNO:  THAT COULD BE DONE IN BRIEFING.

12:02PM 16           THE COURT:  IT COULD BE, BUT I'M GOING TO RESTRICT

12:03PM 17  YOU TO A COMPARISON.

12:03PM 18           MR. FARRELL:  UNDERSTOOD, YOUR HONOR.

12:03PM 19           THE COURT:  THEN, I'M GOING TO ALLOW THAT --

12:03PM 20           MR. FARRELL:  THIS WILL BE BRIEF.  THANK YOU.

12:03PM 21           THE COURT:  -- SUBJECT TO MR. BRUNO'S OBJECTION.

12:03PM 22           MR. FARRELL:  ERIC, CAN YOU BLOW UP THE GREEN AND RED

12:03PM 23  AREA OF THAT TABLE IN DR. BEA'S REPORT.  AND I DON'T KNOW IF

12:03PM 24  IT'S ALSO POSSIBLE TO BLOW UP THE LEGEND OF THE TOP ONE.

12:03PM 25                CAN WE DO THE -- LET ME BOX IT OUT FOR YOU.  CAN

**HOURLY TRANSCRIPT**

12:03PM 1   WE DO THIS AREA?

12:03PM 2            THE COURT:  I HAVE THE OTHER ONE INDELIBLY STAMPED IN

12:03PM 3   MY MIND.  I'M TALKING ABOUT THE ONE AT THE TOP.

12:03PM 4                        EXAMINATION

12:03PM 5   BY MR. FARRELL:

12:03PM 6   Q.   TO THE EXTENT THAT WE CAN -- THIS IS DR. BEA'S SUMMARY OF

12:03PM 7   SIGNIFICANT DEVELOPMENTS IN THE LOWER NINTH WARD DURING

12:03PM 8   HURRICANE KATRINA.  THIS COLUMN RIGHT HERE, SIGNIFICANT WAVE

12:03PM 9   HEIGHT, IS IN FEET.  IT'S THE THIRD COLUMN IN.

12:03PM 10           SO YOUR SLIDE AT THE TOP IS 3:00 IN THE MORNING, AND

12:04PM 11  YOU HAVE A SIGNIFICANT WAVE HEIGHT OF 1.13 FEET; THAT'S

12:04PM 12  CORRECT?

12:04PM 13  A.   THAT'S CORRECT.

12:04PM 14  Q.   DR. BEA HAS ONE TO TWO FEET; IS THAT CORRECT?

12:04PM 15  A.   THAT'S WHAT'S SHOWN THERE, YES.

12:04PM 16  Q.   ERIC, CAN YOU MOVE THE TOP SLIDE TO THE NEXT SLIDE.  IT'S

12:04PM 17  DX-DM 0006-0032.

12:04PM 18           ALL RIGHT.  SO NOW WE'RE AT 4:00 IN THE MORNING.  I

12:04PM 19  THINK THIS SAYS YOUR SIGNIFICANT WAVE HEIGHT IS 1.7 FEET.

12:04PM 20  A.   THAT'S CORRECT.

12:04PM 21  Q.   DR. BEA HAS BETWEEN ONE AND TWO FEET.

12:04PM 22  A.   YES, HE DOES.

12:04PM 23  Q.   I WOULD LIKE TO MOVE NOW TO DX-DM-00033, THE NEXT PAGE.  I

12:04PM 24  WOULD LIKE TO KEEP DR. B UP THERE, TOO, IF WE CAN.  THEN MOVE

12:04PM 25  THIS ONE UP ONE.

                            **HOURLY TRANSCRIPT**

12:04PM 1          NOW, WE'RE AT 5:00 A.M., AND YOUR SIGNIFICANT WAVE

12:04PM 2   HEIGHT IS 2.5 FEET?

12:04PM 3   A.   YES, IT IS.

12:04PM 4   Q.   DR. BEA, AT 5:00 A.M., HAS SIGNIFICANT WAVE HEIGHTS --

12:05PM 5          MR. FARRELL:  I'LL REPRESENT TO THE COURT, THE

12:05PM 6   RESOLUTION IS BAD, BUT IT SAYS BETWEEN TWO AND THREE FEET.

12:05PM 7          THE COURT:  I WILL ACCEPT THAT, SIR.  I THINK I CAN

12:05PM 8   EVEN SEE IT.

12:05PM 9          MR. FARRELL:  THANKS.  BETTER EYES THAN MINE.

12:05PM 10          THEN, ERIC, THE FINAL SLIDE, DX-DM-0006-0034 AT

12:05PM 11   THE TOP.  THIS ONE.

12:05PM 12                      EXAMINATION

12:05PM 13   BY MR. FARRELL:

12:05PM 14   Q.   SO NOW WE'RE AT 6:00 A.M.  SIGNIFICANT WAVE HEIGHT IS

12:05PM 15   3.1 FEET, I BELIEVE THAT IS.

12:05PM 16   A.   YES.

12:05PM 17   Q.   THEN, AT 6:00 IN THE MORNING, DR. BEA HAS IT BETWEEN TWO

12:05PM 18   AND THREE FEET --

12:05PM 19   A.   YES, HE DOES.

12:05PM 20   Q.   -- IS THAT CORRECT?

12:05PM 21          MR. FARRELL:  ONE MOMENT, YOUR HONOR.  LET ME CAUCUS

12:05PM 22   WITH MY TEAM.

12:05PM 23          THE COURT:  ABSOLUTELY.

12:05PM 24          MR. FARRELL:  NO FURTHER QUESTIONS, YOUR HONOR.

12:05PM 25          THE COURT:  VERY INCITEFUL --

**HOURLY TRANSCRIPT**

12:05PM 1            MR. FARRELL:  ACTUALLY, BEFORE I STEP DOWN --

12:05PM 2                NO FURTHER QUESTIONS.  I --

12:05PM 3            THE COURT:  I WILL KEEP MY VERY INCITEFUL.

12:05PM 4            MR. FARRELL:  I APPRECIATE THAT.  I CAN'T HELP IT.  I

12:06PM 5    LIKE THE PODIUM UP HERE.

12:06PM 6                DEFENDANTS WOULD ALSO LIKE TO MOVE INTO EVIDENCE

12:06PM 7    DR. DALRYMPLE'S PRESENTATION, DX-DM-0006, PAGES 1 THROUGH 48.

12:06PM 8            MR. BRUNO:  WE HAVE INDICATED OUR OBJECTIONS ALREADY,

12:06PM 9    YOUR HONOR, AND WE JUST MAKE THEM AGAIN.

12:06PM 10           THE COURT:  SUBJECT TO YOUR OBJECTION, AND IN MY --

12:06PM 11   RATHER THAN TRY TO PARSE THROUGH EACH ONE, I'M GOING TO TAKE

12:06PM 12   THE EASY WAY OUT AND LET THEM IN.  LET ME MAKE IT CLEAR.

12:06PM 13           MR. BRUNO:  DO YOU KNOW WHAT, I HAVE TO SAY I CAN'T

12:06PM 14   REALLY OBJECT TO THAT.

12:06PM 15           MR. TREEBY:  WE COMMEND YOUR HONOR'S DISCRETION.

12:06PM 16           THE COURT:  WE HAVE MR. WOODCOCK.

12:06PM 17           MR. WOODCOCK:  NO QUESTIONS FROM THE UNITED STATES.

12:06PM 18           MR. BRUNO:  I HAVE A FEW.

12:06PM 19           THE COURT:  I DIDN'T WANT TO IGNORE YOU, SIR.

12:06PM 20           MR. WOODCOCK:  THANK YOU.

12:06PM 21                         RECROSS-EXAMINATION

12:06PM 22   BY MR. BRUNO:

12:07PM 23   Q.   SO COUNSEL JUST SHOWED YOU DR. BEA'S WAVE HEIGHTS.  I'M

12:07PM 24   WONDERING IF YOU -- YOU SAID THAT YOU AGREED WITH THOSE WAVE

12:07PM 25   HEIGHTS, RIGHT?

                              **HOURLY TRANSCRIPT**

12:07PM  1          THE COURT:  NO, BECAUSE WE WEREN'T GOING TO HAVE ANY

12:07PM  2   OPINION ON IT.  HE SAID THAT'S WHAT HE WERE.

12:07PM  3          MR. BRUNO:  THAT'S WHAT THEY WERE?  OKAY.

12:07PM  4                        EXAMINATION

12:07PM  5   BY MR. BRUNO:

12:07PM  6   Q.   WELL, THE ONLY QUESTION I HAVE IS WITH REGARD TO -- I

12:07PM  7   CAN'T FIND IT, BUT DO YOU REMEMBER THEY SHOWED YOU THE

12:07PM  8   SATELLITE PICTURE OF THE JUNCTION BETWEEN THE

12:07PM  9   INTRACOASTAL WATERWAY AND THE IHNC?

12:07PM 10   A.   YES.

12:07PM 11   Q.   ALL RIGHT.  YOU HAVE NO INDICATION IN YOUR REPORT AS TO

12:07PM 12   THE STILL WATER HEIGHT AT THAT LOCATION, DO YOU?

12:07PM 13   A.   NO, I DO NOT.

12:07PM 14   Q.   YOU HAVE NO KNOWLEDGE AS TO HOW HIGH THE WATER GOT -- OH,

12:07PM 15   HERE IT IS -- HOW HIGH THE WATER GOT AT ANY POINT IN TIME THAT

12:07PM 16   MORNING, RIGHT?

12:07PM 17   A.   I BELIEVE I READ SOMEPLACE THAT IT WAS A COUPLE OF FEET

12:07PM 18   HIGHER THAN IN THE IHNC.

12:07PM 19   Q.   EXACTLY.  IT'S AT LEAST TWO FEET HIGHER.

12:07PM 20          SO THE FACT IS THAT THERE COULD HAVE BEEN A LOT OF

12:07PM 21   WAVES IN THAT AREA BETWEEN THE GREEN LINE AND BLUE LINE THAT

12:08PM 22   TRAVELED ACROSS THE TOP OF THAT STILL WATER HEIGHT; ISN'T THAT

12:08PM 23   TRUE?

12:08PM 24   A.   WELL, IT WOULD HAVE HAD TO CROSS IT.  FIRST OF ALL, IT

12:08PM 25   DEPENDED ON HOW HIGH THE WALL IS, HOW HIGH THE WATER IS.

**HOURLY TRANSCRIPT**

12:08PM 1   Q.   RIGHT.

12:08PM 2   A.   THERE IS A TREMENDOUS AMOUNT OF REFLECTION BECAUSE YOU

12:08PM 3   HAVE THIS FLOODWALL SITTING THERE OVER MOST OF THE WATER

12:08PM 4   COLUMN.  SO IT'S KIND OF AN OVERTOPPING SITUATION; BUT, IF THE

12:08PM 5   WAVES ARE ABLE TO OVERTOP, THEN YOU WOULD GET SOME WAVE ENERGY

12:08PM 6   PASSING OVER.

12:08PM 7   Q.   SURE.

12:08PM 8        IN FACT, THE BOTTOM -- AT THE BOTTOM, WE KNOW THE

12:08PM 9   WAVE IS -- HALF THE WAVE IS ABOVE THE WATER, HALF THE WAVE IS

12:08PM 10  BELOW THE WATER.  SO IF THE WAVE PASSES OVER THE TOP OF THAT

12:08PM 11  GREEN, THEN YOU'RE GOING TO HAVE SOME WAVES INSIDE THAT LITTLE

12:08PM 12  SPACE, AND THOSE WAVES COULD OVERTOP THE BLUE LINE, RIGHT?

12:08PM 13  A.   BASED ON YOUR SETUP, YES.

12:08PM 14       MR. BRUNO:  THANK YOU, JUDGE.

12:08PM 15       THE COURT:  THANK YOU.  THAT WAS INSIGHTFUL, TOO,

12:09PM 16  MR. BRUNO.

12:09PM 17       MR. BRUNO:  FOR A CHANGE.

12:09PM 18       THE COURT:  IS THAT IT FOR DR. DALRYMPLE?

12:09PM 19       DR. DALRYMPLE, YOU ARE FREE TO GO.  I HOPE YOU

12:09PM 20  HAVE A GOOD NEW ORLEANS LUNCH BEFORE YOU VACATE THE PREMISES,

12:09PM 21  IF YOU WILL.

12:09PM 22       THE WITNESS:  I PROBABLY WILL.

12:09PM 23       THE COURT:  AT THAT POINT, DO WE AGREE THAT WE SHOULD

12:09PM 24  TAKE OUR -- MR. SMITH, I'LL ASK YOU SINCE YOU ARE THE MAIN, I

12:09PM 25  THINK YOU ARE, DO YOU WANT TO TAKE A LUNCH BREAK NOW?  PROBABLY

**HOURLY TRANSCRIPT**

12:09PM  1    MAKES SENSE.

12:09PM  2                    AND ONE HOUR WOULD BE -- IS THAT --

12:09PM  3              MR. SMITH:  FINE.

12:09PM  4              THE COURT:  ALL RIGHT.  WE'LL COME BACK AT LET'S SAY,

12:09PM  5    1:10.  AND, AGAIN, LET ME SAY I KNOW HOW HARD THIS IS, WHAT ALL

12:09PM  6    THAT YOU ARE DOING, AND HOW DEMANDING IT IS ON YOU.  I AM AWARE

12:09PM  7    OF THAT.  IF ANY MOMENTS OF THE TRIAL I HAVE SPASMS OF

12:09PM  8    INTOLERANCE, PLEASE FORGIVE ME.

12:20PM  9              (WHEREUPON, AT 12:20 P.M., THE COURT WAS IN LUNCHEON

       10    RECESS.)

       11                              *    *  *

       12

       13                      REPORTER'S CERTIFICATE

       14

       15      I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED
             MERIT REPORTER, CERTIFIED COURT REPORTER OF THE STATE OF
             LOUISIANA, OFFICIAL COURT REPORTER FOR THE UNITED STATES
       16    DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY
             CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT TO
       17    THE BEST OF MY ABILITY AND UNDERSTANDING FROM THE RECORD OF THE
             PROCEEDINGS IN THE ABOVE-ENTITLED AND NUMBERED MATTER.

       18

       19

                                         S/CATHY PEPPER
       20                                CATHY PEPPER, CRR, RMR, CCR
                                         CERTIFIED REALTIME REPORTER
       21                                REGISTERED MERIT REPORTER
                                         OFFICIAL COURT REPORTER
       22                                UNITED STATES DISTRICT COURT
                                         CATHY_PEPPER@LAED.USCOURTS.GOV
       23

       24

       25

                                  **HOURLY TRANSCRIPT**

## 0

**0** [2] - 2780:24, 2832:1
**0006-0032** [1] - 2881:17
**0023** [1] - 2879:17
**05-4182** [1] - 2764:6

## 1

**1** [11] - 2774:3, 2774:4, 2782:6, 2825:13, 2828:1, 2830:15, 2831:23, 2855:25, 2856:3, 2856:4, 2883:7
**1-FOOT** [4] - 2786:7, 2856:1, 2856:7, 2856:8
**1.05** [1] - 2782:6
**1.13** [2] - 2783:3, 2881:11
**1.2** [2] - 2825:10, 2838:8
**1.25** [1] - 2811:16
**1.7** [1] - 2881:19
**10** [11] - 2779:14, 2783:16, 2783:17, 2787:2, 2787:3, 2812:9, 2812:10, 2833:10, 2843:15, 2861:10, 2876:4
**10-CV-866** [1] - 2764:9
**10-FOOT** [1] - 2787:6
**10:51** [1] - 2843:18
**11** [10] - 2774:25, 2777:15, 2779:14, 2806:6, 2825:12, 2846:17, 2846:20, 2861:10, 2862:21
**1100** [1] - 2764:24
**12** [6] - 2764:11, 2779:15, 2828:1, 2861:10, 2861:23, 2864:20
**120** [1] - 2792:4
**1205** [1] - 2765:8
**12:00** [2] - 2777:17, 2864:20
**12:20** [1] - 2886:9
**13** [1] - 2861:23
**14** [1] - 2861:23
**15** [3] - 2776:8, 2861:23, 2869:2
**16** [1] - 2861:23
**161** [1] - 2824:21
**162** [3] - 2838:19, 2838:25, 2839:19

## 2

**17** [1] - 2802:22
**1718** [1] - 2766:8
**17TH** [2] - 2824:4, 2824:7
**1811** [1] - 2861:22
**1814** [1] - 2819:13
**1871** [1] - 2834:10
**1:10** [1] - 2886:5

**2** [6] - 2774:15, 2774:24, 2828:1, 2830:15, 2837:8, 2862:3
**2-FOOT** [1] - 2786:7
**2.08** [1] - 2878:14
**2.1** [18] - 2781:11, 2781:14, 2781:18, 2782:6, 2782:20, 2783:5, 2783:20, 2784:24, 2785:6, 2785:16, 2785:22, 2785:24, 2785:25, 2795:1, 2796:3, 2809:11, 2878:12
**2.3** [1] - 2811:21
**2.5** [3] - 2807:21, 2811:13, 2882:2
**2.8** [1] - 2838:22
**20** [8] - 2790:24, 2825:19, 2833:10, 2839:23, 2850:11, 2850:12, 2850:13, 2869:3
**20001** [1] - 2766:20
**2004** [1] - 2767:8
**2006** [2] - 2769:14, 2769:15
**2007** [1] - 2770:21
**2011** [1] - 2852:24
**2012** [4] - 2764:7, 2769:2, 2853:3, 2853:12
**22** [4] - 2832:9, 2832:11, 2832:15, 2833:15
**226** [3] - 2807:22, 2819:10, 2819:18
**227** [1] - 2819:18
**26** [1] - 2819:15
**2655** [1] - 2765:12
**27** [2] - 2764:7, 2769:2
**2769** [1] - 2768:5
**27TH** [1] - 2821:15
**2865** [1] - 2768:6
**2883** [1] - 2768:7
**2886** [1] - 2768:8
**28TH** [1] - 2821:16

## 3

**29TH** [2] - 2777:17, 2777:18

**3** [27] - 2772:4, 2775:6, 2775:10, 2789:11, 2794:25, 2796:3, 2797:2, 2797:4, 2797:10, 2797:11, 2797:22, 2797:25, 2798:1, 2798:3, 2798:10, 2798:11, 2803:6, 2821:24, 2821:25, 2825:10, 2831:23, 2837:8, 2838:24, 2845:10, 2855:15, 2855:16
**3-FOOT** [3] - 2780:14, 2821:24, 2851:24
**3.1** [1] - 2882:15
**3.2** [1] - 2810:5
**3.5** [3] - 2807:21, 2829:8, 2838:24
**3.6** [1] - 2795:5
**30** [1] - 2776:9
**30TH** [1] - 2777:18
**3102** [1] - 2764:24
**316** [1] - 2765:23
**32502** [1] - 2765:23
**33** [1] - 2810:18
**34** [1] - 2812:16
**35** [1] - 2862:7
**3:00** [6] - 2797:2, 2801:13, 2802:10, 2803:3, 2809:2, 2881:10

## 4

**4** [19] - 2774:23, 2801:9, 2801:12, 2807:22, 2810:4, 2810:17, 2817:20, 2819:14, 2828:7, 2829:5, 2830:24, 2831:10, 2838:22, 2849:4, 2849:11, 2861:12, 2862:5, 2862:6, 2867:9
**4-FOOT** [1] - 2786:8
**4.0** [1] - 2829:9
**4.2** [1] - 2783:8
**4.6** [2] - 2810:20, 2811:20
**4.6-FOOT** [1] - 2811:2
**40** [6] - 2772:4, 2772:5, 2775:9, 2789:15, 2857:8,

**2857:12
**400** [1] - 2839:24
**45** [4] - 2790:11, 2832:4, 2832:5, 2851:17
**45-DEGREE** [1] - 2790:15
**46** [1] - 2798:8
**48** [1] - 2883:7
**4905** [1] - 2765:19
**4:00** [2] - 2801:13, 2881:18

## 5

**5** [14] - 2770:16, 2787:6, 2787:7, 2802:14, 2810:19, 2818:14, 2861:11, 2862:3, 2862:21, 2863:13, 2863:21, 2864:4, 2866:10, 2867:15
**5-FOOT** [2] - 2786:8, 2818:16
**5.6** [1] - 2812:17
**50** [6] - 2794:15, 2794:18, 2794:20, 2798:11, 2816:1, 2837:7
**50-MILE-AN-HOUR** [2] - 2798:3, 2798:6
**50-MILE-PER-HOUR** [1] - 2799:6
**50-MILES-PER-HOUR** [1] - 2797:23
**50/50** [1] - 2794:7
**500** [2] - 2766:4, 2767:12
**504** [1] - 2767:13
**51** [1] - 2766:20
**519** [1] - 2765:15
**546** [1] - 2766:14
**55** [1] - 2810:10
**589-7779** [1] - 2767:13
**5:00** [2] - 2882:1, 2882:4
**5:30** [14] - 2796:6, 2796:11, 2796:12, 2796:15, 2799:17, 2799:18, 2800:15, 2828:20, 2829:7, 2829:12, 2829:22, 2833:2, 2839:4, 2842:12

## 6

**6** [15] - 2769:16,

**2775:10, 2777:15, 2786:19, 2787:10, 2803:6, 2812:20, 2825:12, 2825:13, 2826:5, 2830:25, 2831:2, 2849:11, 2862:20, 2866:8
**600** [1] - 2765:23
**601** [1] - 2765:12
**61** [2] - 2838:12
**610** [1] - 2764:20
**618** [1] - 2765:5
**6:00** [5] - 2803:9, 2809:3, 2866:16, 2882:14, 2882:17
**6:10** [6] - 2866:10, 2866:13, 2866:17, 2866:18, 2867:15, 2867:18
**6:45** [6] - 2859:4, 2860:13, 2860:17, 2868:3, 2868:20, 2869:2

## 7

**7** [6] - 2813:2, 2818:5, 2828:8, 2831:10, 2842:4, 2849:5
**70-KNOT** [1] - 2851:20
**70113** [2] - 2764:17, 2764:20
**70115** [1] - 2765:19
**70118** [1] - 2766:8
**70130** [3] - 2765:12, 2766:14, 2767:12
**70381** [1] - 2765:9
**70726** [1] - 2765:16
**70801** [1] - 2765:5
**75219** [1] - 2764:25
**7:00** [1] - 2813:5

## 8

**8** [11] - 2779:14, 2786:20, 2787:10, 2818:18, 2818:20, 2818:23, 2819:2, 2861:2, 2861:9, 2861:10
**8.1** [2] - 2789:13, 2794:25
**8.3** [1] - 2802:17
**8.5** [1] - 2797:5
**80** [2] - 2829:7, 2837:7
**80-KNOT** [1] - 2799:18
**800** [1] - 2766:4
**82** [1] - 2812:24
**855** [1] - 2764:16

**888** [1] - 2767:7
**8:00** [1] - 2813:4

# 9

**9** [9] - 2777:14,
2779:14, 2796:13,
2818:18, 2823:5,
2828:21, 2830:25,
2847:20, 2861:10
**90** [7] - 2791:11,
2792:1, 2792:4,
2792:14, 2832:1,
2833:14, 2833:16
**90-DEGREE** [1] -
2790:15
**90017** [1] - 2766:5
**99** [1] - 2796:18
**999TH** [1] - 2878:13
**9:00** [2] - 2764:7,
2813:4
**9:30** [6] - 2838:2,
2838:12, 2839:4,
2841:17, 2841:18,
2842:1

# A

**A.M** [8] - 2764:7,
2777:17, 2797:2,
2829:22, 2843:18,
2882:1, 2882:4,
2882:14
**ABILITY** [2] - 2835:23,
2886:17
**ABLE** [6] - 2772:14,
2777:5, 2796:1,
2805:23, 2857:23,
2885:5
**ABOUT** [103] - 2771:5,
2771:15, 2771:22,
2772:4, 2772:15,
2773:1, 2773:14,
2774:3, 2780:4,
2781:4, 2782:23,
2783:14, 2783:15,
2785:14, 2785:21,
2787:21, 2791:12,
2795:5, 2795:12,
2796:18, 2799:8,
2799:25, 2800:3,
2800:6, 2800:20,
2800:21, 2801:2,
2802:11, 2803:3,
2804:4, 2804:6,
2808:14, 2808:17,
2808:19, 2808:21,
2809:9, 2809:20,
2809:25, 2810:1,

2810:2, 2811:22,
2812:8, 2815:5,
2815:7, 2818:10,
2818:12, 2821:8,
2821:19, 2822:14,
2825:10, 2825:11,
2829:7, 2829:22,
2830:11, 2831:21,
2834:5, 2837:18,
2838:8, 2838:12,
2838:22, 2838:25,
2842:17, 2842:20,
2842:21, 2844:25,
2845:14, 2846:14,
2846:17, 2847:17,
2847:20, 2848:2,
2849:23, 2852:9,
2852:24, 2853:10,
2853:11, 2854:4,
2855:20, 2862:4,
2864:7, 2864:14,
2865:13, 2866:2,
2866:4, 2867:18,
2868:3, 2868:18,
2869:6, 2870:12,
2871:23, 2873:1,
2873:16, 2874:4,
2874:8, 2874:25,
2875:21, 2876:17,
2876:24, 2879:20,
2879:22, 2880:11,
2881:3
**ABOVE** [13] - 2781:14,
2781:19, 2782:7,
2811:21, 2818:20,
2818:22, 2819:2,
2843:1, 2843:2,
2843:4, 2843:12,
2885:9, 2886:17
**ABOVE-ENTITLED** [1]
- 2886:17
**ABSOLUTELY** [2] -
2811:25, 2882:23
**ACCEPT** [3] -
2862:24, 2863:2,
2882:7
**ACCORDING** [1] -
2799:19
**ACCOUNT** [3] -
2824:5, 2824:9,
2873:5
**ACCOUNTING** [1] -
2859:15
**ACCURATE** [10] -
2770:13, 2773:24,
2773:25, 2777:10,
2796:4, 2819:11,
2820:7, 2826:4,
2857:21, 2859:10
**ACCURATELY** [1] -

2842:24
**ACROSS** [5] -
2816:22, 2818:4,
2848:19, 2872:9,
2884:22
**ACT** [1] - 2844:16
**ACTED** [1] - 2820:3
**ACTION** [1] - 2764:6
**ACTUAL** [2] - 2868:5,
2868:7
**ACTUALLY** [11] -
2785:16, 2787:15,
2788:2, 2792:11,
2798:21, 2846:10,
2846:11, 2868:20,
2877:25, 2878:25,
2883:1
**ADD** [2] - 2830:8,
2870:3
**ADDRESS** [1] - 2780:3
**ADDRESSING** [1] -
2866:2
**ADJUSTING** [1] -
2854:14
**ADMITTED** [2] -
2780:8, 2867:23
**ADRIAN** [1] - 2766:17
**AFFECTED** [2] -
2786:14, 2786:16
**AFTER** [15] - 2772:20,
2779:4, 2788:13,
2797:1, 2797:2,
2797:10, 2797:11,
2798:1, 2801:13,
2802:10, 2803:2,
2821:7, 2821:24,
2821:25, 2838:4
**AFTERNOON** [1] -
2864:23
**AGAIN** [21] - 2782:21,
2785:13, 2802:18,
2803:2, 2806:9,
2807:18, 2811:11,
2815:16, 2833:13,
2835:10, 2835:14,
2837:17, 2837:24,
2838:16, 2841:3,
2849:3, 2860:22,
2875:4, 2878:20,
2883:9, 2886:5
**AGAINST** [5] -
2800:20, 2835:1,
2846:3, 2846:13,
2848:14
**AGO** [6] - 2808:20,
2808:24, 2821:13,
2821:14, 2868:13,
2875:20
**AGREE** [22] - 2776:5,
2776:10, 2783:13,

2783:19, 2787:22,
2797:17, 2800:8,
2803:3, 2814:9,
2814:18, 2814:19,
2814:21, 2815:18,
2815:19, 2818:6,
2833:4, 2845:18,
2846:12, 2855:13,
2855:24, 2865:19,
2885:23
**AGREED** [2] -
2775:20, 2883:24
**AGREEMENT** [2] -
2858:6, 2868:10
**AHEAD** [10] - 2800:16,
2803:24, 2807:5,
2807:11, 2807:12,
2836:2, 2836:3,
2836:6, 2871:17,
2879:5
**AIN'T** [1] - 2880:5
**AIR** [1] - 2848:2
**AL** [1] - 2769:23
**ALIGN** [1] - 2798:25
**ALIGNED** [5] -
2825:14, 2825:15,
2827:9, 2828:16,
2838:17
**ALIGNMENT** [2] -
2828:14, 2833:10
**ALL** [123] - 2769:7,
2769:12, 2769:24,
2770:23, 2772:10,
2772:12, 2773:7,
2773:10, 2773:14,
2774:9, 2774:12,
2775:6, 2776:3,
2776:4, 2777:4,
2777:18, 2779:4,
2779:10, 2781:8,
2782:1, 2783:6,
2783:18, 2785:4,
2785:8, 2786:6,
2786:9, 2791:25,
2792:15, 2793:6,
2793:10, 2793:16,
2794:6, 2794:7,
2796:20, 2797:17,
2797:21, 2798:19,
2799:1, 2799:10,
2799:23, 2800:8,
2800:11, 2803:4,
2804:8, 2805:14,
2805:16, 2807:5,
2808:16, 2809:23,
2810:3, 2810:10,
2810:18, 2811:2,
2812:1, 2812:4,
2812:7, 2812:8,
2812:20, 2813:3,

2813:9, 2815:19,
2815:25, 2816:4,
2816:9, 2816:24,
2816:25, 2817:16,
2817:20, 2819:22,
2821:7, 2823:13,
2823:24, 2829:10,
2830:23, 2831:25,
2832:15, 2836:22,
2836:23, 2839:4,
2842:8, 2842:11,
2842:12, 2842:19,
2843:5, 2843:16,
2843:17, 2843:19,
2844:22, 2845:14,
2845:18, 2853:17,
2854:19, 2857:19,
2857:24, 2858:2,
2858:23, 2860:11,
2860:13, 2860:24,
2862:8, 2867:16,
2868:21, 2871:6,
2871:17, 2873:7,
2873:19, 2875:18,
2875:19, 2876:2,
2876:4, 2876:5,
2876:14, 2879:20,
2879:23, 2880:11,
2880:13, 2881:18,
2884:11, 2884:24,
2886:4, 2886:5
**ALLOW** [2] - 2776:21,
2880:19
**ALMOST** [2] -
2843:24, 2879:3
**ALONE** [1] - 2865:10
**ALONG** [12] - 2774:23,
2790:20, 2811:2,
2827:9, 2828:6,
2834:21, 2836:22,
2836:23, 2838:20,
2838:23, 2839:20,
2872:5
**ALREADY** [11] -
2778:22, 2792:10,
2793:5, 2803:10,
2822:18, 2822:22,
2850:21, 2854:21,
2864:11, 2879:14,
2883:8
**ALSO** [15] - 2797:15,
2807:7, 2807:15,
2807:19, 2809:14,
2816:12, 2838:23,
2851:7, 2852:10,
2861:20, 2862:11,
2869:5, 2878:24,
2880:24, 2883:6
**ALTHOUGH** [1] -
2818:12

**AM** [4] - 2772:9, 2779:9, 2791:17, 2886:6

**AMERICA** [1] - 2767:3

**AMOUNT** [7] - 2827:8, 2855:19, 2856:17, 2859:24, 2869:12, 2870:5, 2885:2

**AMPLITUDE** [1] - 2847:2

**AN** [42] - 2770:11, 2772:11, 2778:10, 2779:24, 2780:13, 2781:1, 2783:4, 2785:3, 2785:6, 2788:11, 2790:1, 2790:25, 2793:7, 2795:2, 2795:6, 2799:16, 2799:19, 2810:13, 2818:21, 2820:6, 2820:9, 2820:17, 2820:20, 2822:24, 2830:3, 2834:12, 2835:24, 2843:4, 2855:7, 2855:8, 2856:6, 2861:3, 2863:12, 2864:20, 2865:17, 2870:4, 2874:19, 2876:23, 2885:4

**ANALYSES** [1] - 2820:23

**ANALYSIS** [5] - 2770:11, 2821:2, 2824:9, 2872:18, 2877:10

**ANALYZED** [1] - 2792:20

**ANALYZING** [1] - 2833:6

**AND** [357] - 2769:22, 2770:7, 2770:24, 2771:3, 2771:6, 2771:9, 2771:16, 2771:20, 2772:12, 2773:15, 2773:17, 2773:20, 2774:6, 2774:8, 2774:11, 2774:25, 2775:7, 2775:13, 2775:17, 2775:20, 2775:23, 2776:3, 2776:7, 2776:13, 2776:15, 2776:16, 2777:8, 2777:12, 2777:17, 2777:21, 2778:9, 2778:11, 2778:13, 2778:19, 2778:24, 2779:4, 2779:6,

2779:9, 2779:12, 2779:14, 2780:20, 2780:21, 2780:25, 2781:10, 2781:14, 2781:17, 2782:5, 2782:7, 2782:22, 2782:25, 2783:3, 2783:4, 2783:13, 2784:6, 2784:7, 2784:8, 2784:11, 2784:12, 2784:17, 2785:5, 2785:25, 2786:25, 2787:5, 2787:6, 2787:10, 2787:13, 2787:14, 2787:16, 2787:23, 2788:3, 2788:8, 2788:15, 2788:17, 2789:2, 2789:4, 2789:13, 2789:15, 2789:22, 2790:2, 2790:11, 2792:4, 2792:5, 2792:16, 2792:17, 2792:21, 2792:25, 2793:3, 2793:21, 2794:1, 2794:14, 2795:16, 2796:1, 2796:12, 2796:15, 2798:21, 2798:23, 2799:4, 2799:10, 2800:1, 2800:18, 2801:15, 2801:23, 2802:24, 2803:2, 2803:6, 2803:12, 2803:22, 2804:13, 2805:17, 2805:24, 2807:15, 2807:19, 2808:9, 2808:17, 2809:2, 2809:3, 2809:9, 2809:14, 2809:24, 2810:16, 2810:23, 2810:24, 2811:1, 2811:5, 2811:15, 2811:20, 2813:4, 2813:12, 2814:16, 2814:23, 2815:16, 2816:1, 2816:9, 2816:16, 2816:17, 2816:21, 2816:22, 2816:23, 2817:3, 2817:4, 2817:5, 2817:15, 2817:17, 2817:19, 2818:2, 2818:5, 2818:18, 2819:1, 2819:2, 2819:20, 2820:6, 2821:17, 2821:22, 2822:14, 2822:15, 2822:19, 2822:21, 2822:22, 2823:17,

2824:1, 2824:11, 2824:22, 2824:25, 2825:18, 2826:2, 2826:20, 2826:23, 2827:2, 2827:8, 2827:14, 2827:23, 2828:3, 2829:11, 2830:6, 2830:15, 2830:20, 2830:24, 2830:25, 2831:14, 2831:19, 2831:22, 2831:23, 2832:7, 2832:9, 2832:11, 2832:15, 2833:9, 2833:15, 2833:24, 2834:10, 2834:12, 2834:16, 2834:25, 2835:12, 2835:15, 2835:16, 2835:23, 2836:23, 2836:24, 2837:4, 2837:14, 2837:17, 2837:24, 2838:2, 2838:12, 2838:19, 2839:20, 2839:22, 2841:10, 2841:17, 2842:12, 2842:23, 2842:25, 2843:1, 2843:10, 2844:13, 2846:8, 2847:2, 2847:18, 2848:3, 2848:8, 2848:18, 2848:24, 2849:22, 2851:9, 2851:13, 2852:7, 2852:10, 2852:21, 2854:21, 2855:7, 2855:11, 2855:12, 2855:14, 2855:21, 2855:24, 2856:8, 2856:19, 2856:25, 2857:3, 2857:10, 2857:11, 2857:19, 2857:20, 2857:23, 2857:25, 2858:4, 2858:7, 2858:11, 2858:12, 2858:13, 2858:16, 2858:19, 2859:2, 2859:7, 2859:16, 2859:23, 2860:2, 2860:3, 2860:10, 2860:11, 2860:12, 2861:8, 2861:9, 2861:10, 2861:20, 2861:22, 2861:23, 2862:3, 2862:14, 2862:19, 2862:21, 2862:23, 2863:2, 2863:6, 2863:17, 2864:1, 2864:8, 2864:9, 2864:19, 2864:20,

2864:23, 2866:3, 2866:5, 2866:12, 2866:16, 2867:7, 2867:16, 2868:9, 2868:10, 2868:11, 2868:15, 2869:6, 2869:15, 2869:19, 2869:23, 2870:2, 2870:13, 2870:20, 2871:11, 2871:24, 2872:2, 2872:11, 2874:1, 2874:2, 2874:18, 2874:20, 2874:22, 2875:8, 2877:2, 2877:8, 2877:11, 2877:17, 2877:20, 2877:21, 2878:12, 2878:24, 2880:22, 2880:23, 2881:10, 2881:21, 2882:1, 2882:6, 2882:18, 2883:9, 2883:10, 2883:12, 2884:9, 2884:21, 2885:12, 2886:2, 2886:5, 2886:6, 2886:16, 2886:17, 2886:17

**ANDREW** [1] - 2766:3

**ANDRY** [2] - 2764:19, 2764:19

**ANGELES** [1] - 2766:5

**ANGLE** [8] - 2790:15, 2790:16, 2791:15, 2791:25, 2793:8, 2835:24, 2835:25

**ANGLES** [3] - 2792:12, 2793:4, 2849:18

**ANOTHER** [5] - 2833:25, 2843:9, 2864:21, 2864:22, 2864:23

**ANSWER** [19] - 2770:9, 2781:20, 2785:14, 2790:1, 2790:18, 2791:10, 2792:21, 2804:12, 2804:16, 2805:2, 2815:17, 2820:17, 2829:15, 2833:17, 2833:22, 2833:24, 2833:25, 2834:1, 2869:11

**ANSWERED** [1] - 2815:17

**ANSWERS** [1] - 2833:20

**ANTICIPATE** [1] - 2856:16

**ANTSY** [1] - 2864:14

**ANY** [40] - 2769:25, 2771:1, 2772:10, 2779:17, 2780:5, 2782:24, 2787:20, 2792:25, 2802:6, 2803:6, 2803:16, 2804:4, 2805:10, 2806:17, 2807:10, 2807:25, 2808:9, 2817:13, 2820:23, 2821:2, 2821:5, 2822:14, 2823:1, 2835:23, 2845:19, 2846:12, 2846:18, 2846:23, 2847:23, 2851:25, 2856:7, 2863:7, 2864:8, 2864:9, 2873:18, 2879:21, 2884:1, 2884:15, 2886:7

**ANYBODY** [5] - 2772:25, 2774:8, 2774:11, 2806:17, 2837:17

**ANYTHING** [6] - 2793:22, 2812:10, 2821:25, 2822:6, 2830:8, 2843:4

**ANYWAY** [2] - 2782:1, 2864:24

**APOLOGIES** [1] - 2853:14

**APOLOGIZE** [4] - 2777:12, 2791:16, 2806:23, 2864:1

**APPARENTLY** [1] - 2818:12

**APPEARANCES** [4] - 2764:14, 2765:1, 2766:1, 2767:1

**APPEARS** [1] - 2809:18

**APPENDIX** [3] - 2834:13, 2861:11, 2862:3

**APPLIES** [1] - 2798:1

**APPLY** [1] - 2797:25

**APPRECIATE** [5] - 2806:5, 2828:10, 2856:12, 2861:1, 2883:4

**APPROACH** [1] - 2783:6

**APPROACHES** [2] - 2785:25, 2790:17

**APPROACHING** [2] - 2786:12, 2848:25

**APPROPRIATE** [1] - 2854:16

**APPROXIMATE** [1] - 2834:6
**APPROXIMATELY** [3] - 2832:11, 2837:8
**ARC** [2] - 2788:11, 2788:13
**ARCS** [1] - 2788:16
**ARE** [140] - 2771:22, 2774:3, 2775:11, 2779:6, 2779:9, 2779:14, 2780:23, 2782:22, 2783:14, 2784:5, 2784:25, 2785:5, 2785:17, 2785:21, 2786:18, 2788:16, 2789:13, 2789:15, 2790:21, 2790:24, 2793:20, 2793:21, 2794:2, 2794:7, 2794:15, 2794:21, 2795:25, 2798:5, 2803:15, 2804:3, 2804:21, 2808:23, 2810:4, 2810:24, 2811:6, 2814:7, 2814:18, 2814:22, 2814:23, 2814:24, 2815:3, 2815:20, 2816:9, 2816:12, 2816:16, 2816:19, 2817:5, 2817:16, 2817:17, 2822:23, 2822:25, 2823:14, 2823:15, 2823:17, 2823:20, 2825:13, 2825:18, 2825:20, 2825:24, 2826:2, 2827:2, 2827:3, 2827:14, 2828:18, 2828:23, 2829:8, 2830:6, 2830:16, 2830:17, 2830:24, 2833:3, 2835:10, 2838:12, 2838:21, 2838:23, 2839:1, 2839:5, 2840:13, 2841:20, 2841:23, 2843:10, 2843:12, 2844:5, 2846:14, 2847:21, 2847:23, 2847:24, 2848:2, 2848:4, 2848:14, 2848:16, 2848:18, 2848:21, 2849:5, 2849:12, 2849:14, 2849:18, 2850:8, 2851:7, 2851:14, 2852:4, 2854:4, 2855:20,

2857:20, 2857:24, 2858:16, 2860:9, 2860:11, 2861:17, 2861:22, 2862:20, 2865:4, 2865:10, 2865:21, 2868:19, 2868:21, 2868:22, 2870:18, 2872:22, 2873:11, 2874:9, 2874:13, 2874:16, 2874:18, 2876:5, 2876:7, 2878:11, 2885:5, 2885:19, 2885:24, 2885:25, 2886:6
**AREA** [16] - 2837:5, 2845:20, 2845:24, 2846:13, 2846:19, 2847:10, 2847:14, 2867:11, 2870:19, 2872:10, 2874:3, 2874:17, 2880:23, 2881:1, 2884:21
**AREAS** [1] - 2875:9
**AREN'T** [2] - 2779:6, 2841:20
**ARGUE** [1] - 2807:8
**ARMSTRONG** [4] - 2764:9, 2776:5, 2776:19, 2777:23
**AROUND** [4] - 2794:7, 2839:24, 2857:9, 2866:16
**ARPENT** [5] - 2772:5, 2775:9, 2857:8, 2857:12
**ARRIVAL** [4] - 2775:14, 2854:15, 2860:8, 2868:11
**ARRIVE** [1] - 2859:6
**ARRIVING** [1] - 2868:9
**ART** [1] - 2779:2
**ARTFULLY** [1] - 2849:3
**AS** [124] - 2771:8, 2775:8, 2775:11, 2777:25, 2778:25, 2779:1, 2780:11, 2780:16, 2781:3, 2781:20, 2784:23, 2785:23, 2785:24, 2785:25, 2786:1, 2786:21, 2787:2, 2787:3, 2787:14, 2787:15, 2788:1, 2788:2, 2788:11, 2789:2, 2789:4, 2794:7, 2795:4, 2802:8, 2803:15, 2803:25, 2804:3,

2806:4, 2807:23, 2809:22, 2810:22, 2815:21, 2818:20, 2820:1, 2820:6, 2820:9, 2820:20, 2824:25, 2825:3, 2825:21, 2826:13, 2826:20, 2828:7, 2828:13, 2828:15, 2828:25, 2830:25, 2835:13, 2838:8, 2838:19, 2840:3, 2840:13, 2841:9, 2841:16, 2841:20, 2844:16, 2845:11, 2845:21, 2846:16, 2846:25, 2847:1, 2847:21, 2848:9, 2849:7, 2849:23, 2851:8, 2851:20, 2853:20, 2854:9, 2855:3, 2855:16, 2856:1, 2856:12, 2856:16, 2856:20, 2856:24, 2858:6, 2858:15, 2859:7, 2860:4, 2861:13, 2862:2, 2863:5, 2863:18, 2865:6, 2868:2, 2868:13, 2868:21, 2869:1, 2869:14, 2870:13, 2871:11, 2874:10, 2874:11, 2874:13, 2874:14, 2874:22, 2875:3, 2875:8, 2875:14, 2876:2, 2877:10, 2877:20, 2878:9, 2879:10, 2879:13, 2884:11, 2884:14
**ASCERTAIN** [5] - 2769:25, 2770:5, 2770:7, 2770:11, 2805:24
**ASCERTAINING** [1] - 2816:17
**ASK** [15] - 2770:19, 2771:22, 2772:16, 2783:12, 2792:13, 2807:10, 2830:10, 2830:15, 2832:19, 2833:13, 2833:14, 2849:3, 2872:14, 2877:9, 2885:24
**ASKED** [17] - 2769:20, 2770:4, 2770:6, 2770:9, 2770:18, 2770:20, 2772:15, 2783:7, 2808:8, 2820:6, 2820:9,

2820:13, 2820:20, 2820:22, 2820:23, 2872:15, 2874:25
**ASKING** [6] - 2774:11, 2792:13, 2792:15, 2873:22, 2874:4, 2874:8
**ASSESSMENT** [2] - 2773:22, 2840:12
**ASSIST** [1] - 2831:2
**ASSOCIATED** [3] - 2778:24, 2848:4, 2872:23
**ASSUME** [8] - 2787:6, 2791:10, 2803:8, 2830:7, 2845:14, 2845:17, 2854:5, 2862:23
**ASSUMES** [1] - 2787:17
**ASSUMING** [2] - 2839:11, 2862:24
**ASSUMPTION** [1] - 2787:17
**AT** [172] - 2769:16, 2770:6, 2770:16, 2770:24, 2771:14, 2772:10, 2772:12, 2772:15, 2773:4, 2773:20, 2774:9, 2777:17, 2778:15, 2778:18, 2779:2, 2779:4, 2779:23, 2780:3, 2780:12, 2781:1, 2781:16, 2783:3, 2783:8, 2783:9, 2784:17, 2785:1, 2785:3, 2785:6, 2786:20, 2788:17, 2789:20, 2790:15, 2790:16, 2790:24, 2791:4, 2791:11, 2792:1, 2792:12, 2792:14, 2793:4, 2794:16, 2794:21, 2796:1, 2796:3, 2796:6, 2796:11, 2796:12, 2796:21, 2797:4, 2797:21, 2797:25, 2798:3, 2798:11, 2799:9, 2799:12, 2799:16, 2799:18, 2800:15, 2800:18, 2801:14, 2802:13, 2802:14, 2802:21, 2803:6, 2805:17, 2807:9, 2807:22, 2808:25, 2809:9, 2810:3, 2810:19,

2811:12, 2811:15, 2812:20, 2813:12, 2813:17, 2813:18, 2813:20, 2814:3, 2816:7, 2817:4, 2817:15, 2817:20, 2818:6, 2818:15, 2821:18, 2822:10, 2822:15, 2822:24, 2823:1, 2823:5, 2823:21, 2824:19, 2826:3, 2826:8, 2827:1, 2828:21, 2829:6, 2829:12, 2830:2, 2830:25, 2833:2, 2833:6, 2834:12, 2835:24, 2836:3, 2838:2, 2838:12, 2840:17, 2842:1, 2842:10, 2843:6, 2843:18, 2846:23, 2847:5, 2849:18, 2851:4, 2851:24, 2851:25, 2854:15, 2857:2, 2859:3, 2859:4, 2859:6, 2860:9, 2862:8, 2863:3, 2863:20, 2865:14, 2866:3, 2866:8, 2866:13, 2866:16, 2866:18, 2868:10, 2868:24, 2869:8, 2869:15, 2869:19, 2870:7, 2871:6, 2872:3, 2873:17, 2873:22, 2875:18, 2875:23, 2876:19, 2877:11, 2878:22, 2879:20, 2879:23, 2880:10, 2881:3, 2881:10, 2881:18, 2882:1, 2882:4, 2882:10, 2882:14, 2882:17, 2884:12, 2884:15, 2884:19, 2885:8, 2885:23, 2886:4, 2886:9
**ATTACK** [2] - 2791:15, 2856:20
**ATTEMPT** [1] - 2779:3
**ATTENDANT** [1] - 2785:17
**ATTENTION** [1] - 2867:9
**ATTORNEY** [1] - 2807:10
**AVAILABLE** [4] - 2823:25, 2833:11, 2870:5, 2876:5

**AVENUE** [16] - 2764:24, 2765:15, 2766:20, 2775:9, 2811:2, 2818:7, 2824:2, 2842:24, 2847:13, 2849:24, 2850:14, 2851:5, 2852:8, 2869:6, 2874:1
**AVERAGE** [4] - 2784:19, 2855:22, 2876:4, 2876:11
**AVERAGING** [2] - 2784:9, 2873:12
**AVOID** [1] - 2830:10
**AWARE** [9] - 2803:15, 2804:3, 2804:8, 2804:10, 2804:17, 2804:18, 2804:21, 2879:9, 2886:6
**AWAY** [4] - 2783:19, 2806:22, 2828:14, 2840:13
**AXIS** [8] - 2825:14, 2825:15, 2825:17, 2835:5, 2838:17, 2848:25, 2849:6, 2849:7

## B

**B406** [1] - 2767:12
**BACK** [31] - 2788:5, 2788:14, 2788:15, 2800:14, 2806:6, 2809:6, 2814:16, 2814:23, 2815:12, 2815:25, 2816:1, 2818:2, 2832:18, 2832:20, 2834:22, 2835:2, 2835:16, 2835:19, 2835:22, 2836:3, 2836:9, 2836:13, 2836:15, 2839:17, 2841:20, 2856:24, 2860:22, 2865:8, 2870:24, 2886:4
**BACKWARDS** [1] - 2796:15
**BAD** [2] - 2807:1, 2882:6
**BALL** [4] - 2835:22, 2835:24, 2836:2, 2836:3
**BAND** [1] - 2794:2
**BANGING** [1] - 2814:16
**BANK** [2] - 2773:18, 2775:12

**BAR** [2] - 2839:17, 2839:24
**BARGE** [1] - 2830:3
**BARON** [1] - 2764:22
**BARONNE** [2] - 2764:16, 2764:20
**BARRIER** [3] - 2844:16, 2844:18, 2844:19
**BASE** [2] - 2842:13, 2847:14
**BASED** [23] - 2783:20, 2787:16, 2793:17, 2795:2, 2795:4, 2796:24, 2797:8, 2799:18, 2799:20, 2802:7, 2809:14, 2810:7, 2822:8, 2823:25, 2833:7, 2834:6, 2842:19, 2843:8, 2857:19, 2860:14, 2868:8, 2875:25, 2885:13
**BASICALLY** [3] - 2787:13, 2799:9, 2872:8
**BASIN** [1] - 2816:21
**BASIS** [2] - 2772:11, 2822:18
**BATHYMETRY** [1] - 2852:14
**BATON** [1] - 2765:5
**BAYLEN** [1] - 2765:23
**BE** [128] - 2769:8, 2772:14, 2776:23, 2777:12, 2778:4, 2780:8, 2781:18, 2782:6, 2782:20, 2783:5, 2785:3, 2785:4, 2786:16, 2787:10, 2787:23, 2787:25, 2789:25, 2790:19, 2791:2, 2791:3, 2792:17, 2792:18, 2793:7, 2793:8, 2797:6, 2798:8, 2801:9, 2801:14, 2801:23, 2802:12, 2802:14, 2802:15, 2802:20, 2811:6, 2811:21, 2813:19, 2814:15, 2814:16, 2814:23, 2815:12, 2815:18, 2816:13, 2816:24, 2817:2, 2817:25, 2826:6, 2826:9, 2826:14, 2827:1, 2827:2, 2827:6, 2828:15, 2830:19,

2832:6, 2833:23, 2833:25, 2834:10, 2834:12, 2835:4, 2835:8, 2835:21, 2836:5, 2836:13, 2836:15, 2837:8, 2840:10, 2840:19, 2843:20, 2845:23, 2845:24, 2846:23, 2847:5, 2847:6, 2847:8, 2847:16, 2848:9, 2848:11, 2848:19, 2849:1, 2849:16, 2850:10, 2851:5, 2853:14, 2856:4, 2856:20, 2857:3, 2858:12, 2858:13, 2862:24, 2864:3, 2864:21, 2865:14, 2866:17, 2867:23, 2869:9, 2869:10, 2869:12, 2869:18, 2869:23, 2870:1, 2870:25, 2872:4, 2872:7, 2872:8, 2874:22, 2875:15, 2876:10, 2876:11, 2876:13, 2876:16, 2877:18, 2877:22, 2877:25, 2878:12, 2878:14, 2880:15, 2880:16, 2880:20, 2886:2
**BEA** [9] - 2879:1, 2879:20, 2879:21, 2880:8, 2880:10, 2881:14, 2881:21, 2882:4, 2882:17
**BEA'S** [4] - 2879:15, 2880:23, 2881:6, 2883:23
**BEACH** [4] - 2817:3, 2817:15, 2817:16
**BECAUSE** [43] - 2776:12, 2777:1, 2777:9, 2783:9, 2790:18, 2792:18, 2796:11, 2797:4, 2797:5, 2798:20, 2801:18, 2802:15, 2805:20, 2809:20, 2812:4, 2816:8, 2817:1, 2818:1, 2826:3, 2826:16, 2827:13, 2830:19, 2834:25, 2836:20, 2841:14, 2843:14, 2850:25, 2851:12, 2857:14, 2857:24, 2858:11, 2859:14, 2868:25, 2869:22,

2872:5, 2873:12, 2873:15, 2875:11, 2875:16, 2876:8, 2880:1, 2884:1, 2885:2
**BECOMING** [1] - 2879:3
**BED** [2] - 2818:13, 2818:17
**BEEN** [20] - 2773:10, 2778:10, 2786:22, 2801:22, 2802:18, 2803:18, 2807:25, 2813:17, 2813:18, 2818:18, 2825:22, 2830:5, 2838:8, 2845:3, 2845:25, 2860:17, 2864:19, 2871:8, 2871:25, 2884:20
**BEFORE** [23] - 2764:12, 2775:23, 2778:3, 2782:5, 2783:15, 2783:16, 2783:17, 2787:20, 2801:9, 2801:12, 2801:13, 2803:8, 2805:6, 2830:18, 2842:20, 2843:22, 2845:5, 2845:7, 2845:21, 2865:7, 2878:25, 2883:1, 2885:20
**BEGIN** [2] - 2806:13, 2866:8
**BEGINNING** [4] - 2837:17, 2845:15, 2857:2, 2865:14
**BEGINS** [1] - 2850:4
**BEHIND** [2] - 2784:21, 2875:7
**BEING** [9] - 2771:7, 2771:8, 2771:18, 2771:19, 2782:24, 2818:20, 2832:1, 2832:2, 2852:8
**BELABOR** [1] - 2782:21
**BELIEF** [2] - 2849:10, 2857:19
**BELIEVE** [24] - 2789:19, 2804:7, 2804:10, 2805:10, 2806:19, 2814:14, 2818:13, 2821:13, 2821:21, 2822:17, 2833:10, 2842:23, 2843:12, 2845:9, 2852:25, 2853:2, 2858:15, 2861:12,

2870:12, 2874:5, 2875:21, 2879:14, 2882:15, 2884:17
**BELIEVED** [1] - 2858:12
**BELL** [1] - 2821:17
**BELOW** [5] - 2781:15, 2782:7, 2843:11, 2846:18, 2885:10
**BENEATH** [1] - 2811:16
**BENEFIT** [1] - 2798:23
**BENJAMIN** [1] - 2767:7
**BERM** [8] - 2836:17, 2836:18, 2836:20, 2846:3, 2874:3, 2874:9, 2874:14, 2874:20
**BERNARD** [7] - 2769:22, 2773:15, 2774:6, 2774:17, 2774:25, 2775:7, 2778:19
**BESIDES** [1] - 2778:4
**BEST** [14] - 2778:17, 2823:19, 2823:21, 2823:25, 2826:14, 2833:7, 2833:11, 2860:14, 2868:9, 2868:10, 2868:14, 2868:16, 2886:17
**BETTER** [3] - 2782:23, 2820:19, 2882:9
**BETWEEN** [25] - 2803:6, 2809:2, 2809:4, 2813:4, 2813:5, 2813:12, 2814:17, 2818:18, 2831:22, 2831:23, 2832:6, 2842:25, 2844:13, 2856:7, 2868:11, 2869:22, 2870:19, 2872:1, 2872:10, 2873:25, 2881:21, 2882:6, 2882:17, 2884:8, 2884:21
**BEYOND** [2] - 2813:2, 2880:1
**BIG** [8] - 2812:18, 2826:25, 2843:10, 2847:5, 2848:4, 2848:8, 2848:9
**BIGGER** [6] - 2788:1, 2788:2, 2814:1, 2840:10, 2844:20, 2876:13
**BIGGEST** [4] - 2826:14, 2827:6,

**BILLIARD** [1] - 2827:16, 2878:13

**BILLIARD** [1] - 2835:22

**BIT** [5] - 2789:3, 2789:4, 2825:17, 2859:14, 2860:22

**BLAKE** [1] - 2803:25

**BLEW** [1] - 2816:22

**BLOW** [11] - 2796:17, 2802:22, 2806:8, 2824:20, 2839:18, 2840:22, 2845:1, 2848:3, 2867:10, 2880:22, 2880:24

**BLOWING** [11] - 2789:21, 2790:1, 2790:4, 2797:23, 2816:9, 2816:10, 2825:24, 2827:2, 2848:14, 2848:25, 2849:14

**BLUE** [7] - 2802:22, 2870:15, 2870:20, 2872:2, 2872:11, 2884:21, 2885:12

**BOARD** [2] - 2865:11, 2867:7

**BODY** [1] - 2873:1

**BORGNE** [3] - 2800:1, 2825:2, 2825:3

**BOSON** [1] - 2773:2

**BOTH** [2] - 2794:2, 2859:16

**BOTTOM** [5] - 2827:5, 2844:15, 2869:15, 2885:8

**BOULEVARD** [2] - 2765:8, 2766:4

**BOUNCE** [10] - 2815:12, 2815:25, 2827:4, 2835:19, 2835:22, 2836:9, 2836:13, 2836:15, 2871:2

**BOUNCED** [1] - 2835:16

**BOUNCES** [1] - 2781:17

**BOUNCING** [12] - 2786:9, 2793:6, 2794:7, 2814:15, 2814:23, 2815:11, 2815:19, 2817:17, 2818:2, 2835:12, 2848:19, 2848:23

**BOUNDARY** [2] - 2826:23, 2834:7

**BOUSSINESQ** [7] - 2834:5, 2834:8, 2834:10, 2862:4,

2875:1, 2875:5, 2875:7

**BOX** [2] - 2767:7, 2880:25

**BRANCH** [7] - 2767:6, 2797:24, 2823:5, 2823:23, 2828:25, 2849:9, 2873:25

**BRAND** [1] - 2879:23

**BREACH** [57] - 2774:15, 2774:18, 2775:23, 2776:11, 2776:13, 2776:22, 2776:23, 2776:24, 2777:2, 2778:15, 2779:8, 2820:7, 2820:10, 2820:21, 2834:17, 2845:16, 2846:23, 2850:9, 2850:15, 2850:18, 2850:19, 2850:20, 2851:1, 2851:5, 2851:25, 2852:12, 2854:15, 2857:6, 2858:11, 2858:12, 2859:2, 2859:3, 2859:8, 2859:13, 2859:23, 2860:3, 2860:6, 2860:8, 2860:10, 2860:12, 2860:15, 2866:3, 2866:8, 2868:2, 2868:4, 2868:5, 2868:7, 2868:9, 2868:16, 2869:1, 2869:13, 2871:23, 2874:7, 2874:10, 2874:14

**BREACHES** [8] - 2764:4, 2773:17, 2774:8, 2775:1, 2800:19, 2858:14, 2858:15, 2866:5

**BREACHING** [9] - 2773:17, 2774:7, 2774:23, 2776:13, 2776:14, 2838:4, 2858:19, 2859:5, 2868:15

**BREAK** [10] - 2780:4, 2787:16, 2787:19, 2837:16, 2843:23, 2846:3, 2846:13, 2846:19, 2846:21, 2885:25

**BREAKING** [10] - 2787:20, 2788:3, 2817:16, 2836:15, 2836:20, 2836:21, 2844:25, 2847:1,

2847:8, 2874:24

**BREAKS** [3] - 2846:22, 2846:25, 2847:1

**BRIAN** [1] - 2766:19

**BRIDGE** [30] - 2818:7, 2824:2, 2824:5, 2824:8, 2824:9, 2824:10, 2824:11, 2842:17, 2842:18, 2843:7, 2843:10, 2844:12, 2844:16, 2849:25, 2850:1, 2850:14, 2851:5, 2852:8, 2869:6, 2869:14, 2869:16, 2869:19, 2869:20, 2869:23, 2869:25, 2870:3, 2870:9, 2874:1

**BRIDGES** [1] - 2838:20

**BRIEF** [3] - 2831:1, 2865:6, 2880:20

**BRIEFING** [1] - 2880:15

**BRIEFLY** [1] - 2874:25

**BRING** [2] - 2819:7, 2866:21

**BRINGING** [1] - 2803:19

**BROUGHT** [3] - 2798:24, 2805:20, 2871:6

**BROUSSARD** [1] - 2766:13

**BRUNO** [149] - 2764:15, 2764:16, 2769:11, 2770:23, 2771:7, 2771:18, 2771:24, 2772:2, 2772:16, 2772:22, 2773:3, 2773:6, 2773:9, 2774:4, 2774:10, 2774:14, 2779:11, 2779:18, 2779:25, 2780:10, 2780:17, 2780:19, 2781:20, 2781:25, 2782:15, 2783:17, 2783:23, 2785:10, 2791:9, 2794:5, 2795:24, 2798:23, 2799:3, 2800:22, 2800:25, 2801:5, 2801:11, 2802:2, 2802:4, 2803:10, 2803:14, 2803:21, 2803:25, 2804:2, 2804:18, 2804:23,

2804:25, 2805:4, 2805:8, 2805:13, 2806:21, 2806:23, 2807:1, 2807:3, 2807:7, 2807:14, 2812:3, 2812:15, 2813:8, 2813:11, 2815:15, 2815:22, 2816:3, 2817:7, 2817:11, 2817:23, 2819:7, 2819:9, 2825:6, 2825:9, 2827:19, 2828:10, 2828:12, 2829:18, 2829:24, 2830:13, 2830:14, 2831:3, 2831:4, 2831:8, 2832:3, 2832:14, 2832:21, 2832:25, 2833:20, 2833:24, 2834:4, 2836:8, 2836:25, 2837:3, 2837:20, 2839:8, 2839:11, 2839:13, 2839:16, 2841:3, 2841:6, 2841:8, 2843:14, 2843:16, 2843:21, 2843:24, 2844:3, 2844:5, 2844:8, 2853:5, 2853:9, 2854:10, 2854:18, 2860:25, 2861:6, 2861:9, 2861:14, 2861:19, 2862:3, 2862:7, 2862:10, 2862:17, 2863:11, 2864:1, 2864:6, 2864:11, 2864:15, 2864:19, 2866:1, 2866:23, 2867:22, 2869:5, 2871:3, 2871:10, 2871:13, 2874:3, 2874:8, 2874:25, 2879:19, 2880:3, 2880:5, 2880:15, 2883:8, 2883:13, 2883:18, 2883:22, 2884:3, 2884:5, 2885:14, 2885:16, 2885:17

**BRUNO'S** [3] - 2862:23, 2863:2, 2880:21

**BRUNO....................** [1] - 2768:7

**BRUNO....................** . [1] - 2768:5

**BUDD** [1] - 2764:22

**BUNCH** [1] - 2788:2

**BURKE** [1] - 2764:23

**BUSINESS** [4] - 2784:9, 2836:18, 2847:17, 2864:16

**BUT** [83] - 2771:4, 2772:17, 2777:13, 2778:23, 2779:9, 2781:16, 2782:19, 2784:15, 2785:24, 2786:3, 2786:6, 2786:20, 2788:16, 2788:21, 2791:13, 2791:14, 2797:1, 2797:6, 2799:22, 2799:25, 2803:21, 2804:6, 2804:12, 2805:14, 2806:24, 2810:22, 2814:22, 2815:16, 2815:24, 2816:15, 2818:20, 2821:5, 2823:19, 2826:2, 2826:6, 2826:11, 2827:3, 2828:23, 2829:15, 2830:11, 2830:23, 2834:14, 2835:14, 2837:17, 2841:3, 2841:16, 2842:9, 2842:18, 2842:21, 2843:9, 2845:24, 2849:3, 2849:18, 2850:16, 2851:7, 2851:19, 2853:15, 2855:24, 2859:21, 2860:16, 2860:20, 2863:9, 2866:24, 2868:5, 2869:22, 2871:1, 2871:3, 2872:8, 2872:10, 2872:23, 2874:13, 2874:17, 2874:22, 2875:4, 2876:11, 2876:15, 2876:16, 2878:9, 2880:10, 2880:16, 2882:6, 2884:7, 2885:4

**BUT..** [1] - 2853:7

**BY** [122] - 2764:16, 2764:19, 2764:23, 2765:4, 2765:8, 2765:11, 2765:15, 2765:18, 2765:22, 2766:3, 2766:7, 2766:12, 2766:17, 2767:4, 2767:14, 2767:14, 2768:5, 2768:6, 2768:7, 2769:11, 2769:12, 2772:17, 2772:18, 2772:22, 2773:9,

2774:2, 2774:14, 2774:23, 2776:7, 2778:10, 2779:3, 2780:10, 2780:19, 2781:25, 2782:15, 2783:23, 2785:10, 2786:14, 2786:16, 2786:19, 2787:7, 2791:9, 2792:5, 2794:5, 2795:5, 2795:24, 2796:12, 2799:3, 2799:22, 2801:5, 2801:11, 2802:4, 2803:14, 2804:2, 2805:4, 2805:13, 2806:16, 2807:14, 2812:3, 2812:15, 2813:11, 2815:15, 2816:3, 2817:11, 2819:9, 2819:23, 2825:9, 2826:12, 2827:19, 2828:12, 2829:18, 2831:8, 2832:14, 2832:25, 2833:5, 2833:9, 2834:4, 2834:10, 2836:8, 2837:3, 2837:20, 2839:16, 2841:8, 2844:3, 2844:8, 2845:25, 2846:8, 2850:7, 2850:8, 2850:25, 2851:3, 2851:17, 2852:14, 2853:9, 2854:12, 2854:14, 2854:18, 2859:23, 2863:18, 2864:15, 2865:25, 2866:10, 2866:17, 2867:5, 2867:15, 2868:1, 2869:13, 2869:20, 2871:19, 2873:21, 2877:20, 2878:4, 2878:8, 2878:19, 2879:8, 2879:20, 2879:21, 2881:5, 2882:13, 2883:22, 2884:5

**C**

**C2** [6] - 2854:16, 2859:6, 2860:9, 2868:10, 2868:24
**CA** [1] - 2766:5
**CALCULATE** [1] - 2878:21
**CALCULATED** [1] - 2842:6, 2866:5
**CALCULATING** [1] -

2808:21
**CALCULATION** [1] - 2873:11
**CALCULATIONS** [5] - 2809:24, 2809:25, 2810:7, 2859:25, 2866:2
**CALIBRATE** [1] - 2859:1
**CALIBRATION** [1] - 2858:5
**CALL** [19] - 2769:16, 2776:15, 2777:11, 2802:19, 2814:3, 2832:23, 2843:9, 2843:13, 2844:9, 2844:11, 2844:25, 2866:18, 2867:9, 2872:10, 2872:13, 2876:18, 2878:22, 2878:24, 2879:12
**CALLED** [5] - 2769:4, 2861:9, 2866:15, 2876:3
**CALLING** [1] - 2825:22
**CALVIN** [1] - 2765:15
**CAME** [5] - 2775:22, 2821:8, 2825:3, 2828:2, 2834:21
**CAN** [72] - 2772:9, 2772:11, 2776:25, 2783:13, 2783:18, 2786:16, 2790:2, 2791:10, 2791:20, 2792:23, 2793:8, 2796:17, 2799:4, 2799:7, 2802:20, 2804:13, 2804:20, 2807:6, 2812:6, 2812:10, 2816:19, 2818:3, 2819:7, 2820:17, 2824:20, 2826:20, 2829:15, 2830:25, 2832:21, 2832:23, 2834:12, 2834:19, 2839:18, 2843:9, 2844:9, 2845:1, 2851:21, 2853:25, 2855:24, 2856:6, 2858:23, 2859:7, 2860:22, 2864:15, 2864:24, 2865:6, 2866:22, 2867:10, 2867:12, 2867:13, 2869:10, 2869:11, 2870:10, 2871:15, 2872:13, 2877:7, 2878:21, 2878:23, 2878:24,

2879:12, 2879:17, 2880:22, 2880:25, 2881:6, 2881:16, 2881:24, 2882:7
**CAN'T** [11] - 2787:10, 2791:14, 2792:10, 2792:11, 2792:21, 2847:5, 2853:14, 2875:14, 2883:4, 2883:13, 2884:7
**CANAL** [32] - 2764:4, 2798:21, 2801:22, 2812:9, 2815:6, 2818:1, 2824:4, 2824:7, 2826:6, 2826:7, 2827:1, 2827:3, 2834:22, 2834:23, 2838:10, 2838:12, 2838:20, 2839:23, 2841:22, 2847:24, 2848:18, 2848:19, 2848:22, 2848:24, 2848:25, 2849:18, 2849:19, 2854:22, 2857:8, 2870:2, 2870:4
**CANDIDLY** [1] - 2805:1
**CAPABLE** [1] - 2803:19
**CARE** [2] - 2773:1, 2872:15
**CAREFULLY** [1] - 2863:13
**CARL** [1] - 2836:25
**CARLA** [1] - 2764:23
**CARONDELET** [1] - 2766:14
**CARRIED** [1] - 2833:5
**CASE** [24] - 2771:3, 2771:11, 2773:12, 2775:18, 2776:12, 2776:24, 2778:11, 2779:8, 2785:2, 2786:21, 2787:19, 2804:7, 2821:1, 2823:4, 2824:10, 2827:15, 2830:4, 2830:12, 2838:8, 2838:11, 2850:7, 2859:2, 2875:14
**CASES** [1] - 2776:10
**CATCH** [1] - 2848:3
**CATHY** [3] - 2767:11, 2886:14, 2886:20
**CATHY_PEPPER@ LAED.USCOURTS. GOV** [1] - 2886:22
**CAUCUS** [1] - 2882:21
**CAUSE** [5] - 2785:17,

2820:6, 2836:21, 2860:18
**CAUSED** [2] - 2774:23, 2835:2
**CAUSES** [2] - 2786:12, 2788:1
**CAUSING** [4] - 2849:21, 2849:22, 2851:9, 2851:10
**CCR** [2] - 2767:11, 2886:20
**CDT** [1] - 2825:13
**CEM** [2] - 2809:14, 2822:21
**CENTRAL** [1] - 2866:18
**CERTAIN** [8] - 2807:25, 2815:17, 2827:8, 2836:17, 2853:14, 2857:15, 2868:19, 2873:8
**CERTAINLY** [9] - 2809:19, 2812:12, 2816:10, 2829:15, 2830:10, 2842:21, 2847:6, 2865:1, 2873:4
**CERTAINTY** [1] - 2837:5
**CERTIFICATE** [1] - 2886:13
**CERTIFIED** [4] - 2767:11, 2886:14, 2886:15, 2886:20
**CERTIFY** [1] - 2886:16
**CHANCE** [2] - 2808:16, 2818:6
**CHANGE** [6] - 2787:22, 2817:20, 2826:13, 2857:25, 2858:7, 2885:17
**CHANGED** [5] - 2809:2, 2827:21, 2858:4, 2858:8, 2858:10
**CHANNEL** [22] - 2781:16, 2782:10, 2782:12, 2782:25, 2783:4, 2785:23, 2789:22, 2789:23, 2789:25, 2808:19, 2811:16, 2811:20, 2815:20, 2816:19, 2816:20, 2827:13, 2827:15, 2838:17, 2850:4, 2851:8, 2874:17, 2875:15
**CHARACTERIZE** [2] - 2806:4, 2873:14
**CHARACTERIZED** [1]

- 2784:16
**CHARACTERIZES** [1] - 2811:9
**CHART** [6] - 2780:22, 2780:24, 2789:8, 2824:21, 2839:1, 2841:9
**CHOOSE** [2] - 2795:1, 2860:3
**CHOOSING** [3] - 2826:3, 2859:23, 2866:8
**CHOSE** [4] - 2773:11, 2789:11, 2837:24, 2858:21
**CHOSEN** [1] - 2838:16
**CHRISTOPHER** [2] - 2766:18, 2766:18
**CIRCLE** [1] - 2878:5
**CITE** [3] - 2807:22, 2819:10, 2819:18
**CITED** [2] - 2819:16, 2862:14
**CITY** [1] - 2765:9
**CIVIL** [2] - 2764:6, 2767:6
**CLAIBORNE** [1] - 2874:1
**CLAYMAN** [1] - 2766:17
**CLEAR** [9] - 2777:12, 2798:9, 2801:15, 2823:6, 2853:2, 2866:7, 2868:6, 2875:5, 2883:12
**CLEARLY** [2] - 2773:5, 2844:10
**CLERK** [4] - 2769:7, 2843:17, 2843:19, 2865:20
**CLOCK** [2] - 2827:25, 2831:23
**CLOSE** [13] - 2779:6, 2779:9, 2782:25, 2786:4, 2843:25, 2846:22, 2850:16, 2850:17, 2860:21, 2864:15, 2868:25, 2871:20, 2874:21
**CLOSED** [2] - 2814:22, 2815:12
**CLOSER** [1] - 2840:4
**CLUTTERED** [1] - 2864:2
**COASTAL** [16] - 2796:9, 2798:13, 2798:15, 2808:4, 2808:11, 2808:22, 2809:10, 2809:12, 2809:14, 2809:19,

2809:21, 2810:13, 2810:15, 2822:21, 2842:16, 2872:21
**COEFFICIENT** [1] - 2837:5
**COEFFICIENTS** [2] - 2836:11, 2837:6
**COLUMN** [5] - 2867:10, 2870:8, 2881:8, 2881:9, 2885:4
**COMBINATION** [3] - 2773:16, 2774:7, 2868:14
**COME** [11] - 2778:17, 2795:8, 2807:24, 2809:11, 2815:25, 2816:1, 2833:20, 2849:24, 2870:22, 2871:24, 2886:4
**COMES** [8] - 2784:4, 2787:12, 2788:14, 2788:15, 2795:9, 2835:24, 2836:3, 2874:23
**COMING** [34] - 2779:21, 2779:22, 2789:20, 2789:21, 2793:7, 2814:18, 2814:23, 2815:11, 2815:20, 2816:18, 2816:20, 2818:2, 2826:12, 2828:8, 2829:12, 2829:19, 2829:21, 2839:22, 2843:7, 2846:12, 2848:13, 2848:14, 2848:18, 2848:20, 2848:21, 2851:13, 2851:19, 2855:25, 2856:1, 2870:12, 2870:18, 2874:13, 2874:16
**COMMEND** [1] - 2883:15
**COMMENT** [4] - 2788:5, 2812:5, 2868:18, 2871:5
**COMPARE** [3] - 2776:25, 2778:9, 2872:2
**COMPARED** [8] - 2771:9, 2771:20, 2772:9, 2778:13, 2789:3, 2789:7, 2838:22, 2868:11
**COMPARISON** [4] - 2777:5, 2880:12, 2880:14, 2880:17
**COMPELLED** [1] -

2859:17
**COMPLETE** [1] - 2878:5
**COMPLETELY** [1] - 2834:12
**COMPLETENESS** [1] - 2861:23
**COMPONENT** [1] - 2860:5
**COMPONENTS** [1] - 2860:11
**COMPRISED** [1] - 2860:10
**COMPUTATION** [2] - 2793:23, 2795:20
**COMPUTATIONS** [2] - 2808:18, 2808:20
**COMPUTE** [1] - 2795:13
**COMPUTER** [16] - 2767:14, 2822:19, 2822:23, 2824:12, 2824:13, 2833:3, 2833:5, 2837:22, 2842:12, 2853:22, 2854:1, 2854:4, 2854:6, 2857:24
**CONCERNED** [2] - 2837:18, 2858:16
**CONCLUDE** [4] - 2792:23, 2797:3, 2813:19, 2816:19
**CONCLUDED** [1] - 2859:3
**CONCLUSION** [7] - 2772:3, 2773:23, 2774:19, 2775:2, 2779:5, 2780:12, 2799:5
**CONCLUSIONS** [2] - 2778:25, 2820:4
**CONDITION** [1] - 2855:4
**CONDITIONS** [4] - 2826:24, 2829:6, 2834:7, 2838:23
**CONFIDENCE** [3] - 2858:18, 2866:5, 2869:2
**CONFIDENT** [1] - 2868:25
**CONFUSE** [1] - 2801:16
**CONFUSED** [5] - 2791:16, 2795:25, 2809:6, 2812:4, 2824:7
**CONNECTION** [6] - 2770:4, 2775:18, 2779:11, 2792:23,

2808:18, 2860:5
**CONOR** [1] - 2767:5
**CONSIDER** [3] - 2771:10, 2805:5, 2854:9
**CONSIDERATION** [3] - 2852:7, 2852:11, 2852:16
**CONSIDERED** [2] - 2805:1, 2834:10
**CONSIDERING** [3] - 2779:1, 2865:2, 2877:10
**CONSISTENT** [8] - 2797:23, 2799:6, 2813:13, 2830:16, 2839:2, 2839:5, 2857:16, 2858:13
**CONSOLIDATED** [1] - 2764:4
**CONSTRUCT** [1] - 2772:7
**CONSTRUCTED** [1] - 2843:10
**CONTACT** [1] - 2843:7
**CONTAINER** [1] - 2817:17
**CONTEMPLATE** [1] - 2824:2
**CONTENTS** [2] - 2771:4, 2771:15
**CONTEST** [1] - 2774:8
**CONTEXT** [1] - 2854:12
**CONTINUALLY** [1] - 2853:24
**CONTINUE** [2] - 2834:19, 2847:2
**CONTINUED** [4] - 2765:1, 2766:1, 2767:1, 2813:1
**CONTINUOUS** [6] - 2853:22, 2854:1, 2854:2, 2855:2, 2855:9
**CONTINUUM** [1] - 2854:9
**CONTRAST** [1] - 2870:17
**CONTRASTED** [2] - 2771:9, 2771:20
**CONTRIBUTE** [1] - 2799:11
**CONTRIBUTES** [2] - 2838:9, 2860:1
**CONTROL** [2] - 2865:11, 2866:18
**CONVERGES** [1] - 2799:13
**CONVERSATION** [2] -

2852:22, 2853:13
**COORDINATES** [1] - 2830:6
**COPIES** [3] - 2832:21, 2832:22, 2866:20
**COPY** [2] - 2830:23, 2862:9
**CORPS** [4] - 2799:22, 2824:8, 2833:5, 2852:14
**CORPS'S** [2] - 2823:21, 2852:9
**CORRECT** [60] - 2773:18, 2775:18, 2777:1, 2777:16, 2778:6, 2778:11, 2780:15, 2781:6, 2782:8, 2782:17, 2782:25, 2784:17, 2785:7, 2785:12, 2785:19, 2786:8, 2786:13, 2786:23, 2787:4, 2787:8, 2787:11, 2787:12, 2787:24, 2789:16, 2789:23, 2790:23, 2791:24, 2794:9, 2794:13, 2794:23, 2796:14, 2796:16, 2797:1, 2797:7, 2797:20, 2798:12, 2809:18, 2810:6, 2810:12, 2810:21, 2810:25, 2811:13, 2811:17, 2811:24, 2811:25, 2812:19, 2812:23, 2815:22, 2818:9, 2820:4, 2820:8, 2821:9, 2821:21, 2822:11, 2822:17, 2822:20, 2823:9, 2823:18, 2823:24, 2825:5, 2827:7, 2827:13, 2827:22, 2828:16, 2828:17, 2828:19, 2828:22, 2831:24, 2832:3, 2839:6, 2839:19, 2840:2, 2840:11, 2840:12, 2841:4, 2841:25, 2842:5, 2842:14, 2847:15, 2847:21, 2849:16, 2852:8, 2852:13, 2856:14, 2856:23, 2857:13, 2857:18, 2858:9, 2859:1, 2860:2, 2863:1, 2867:18, 2870:1, 2871:21,

2874:4, 2876:22, 2877:8, 2878:12, 2879:1, 2879:10, 2881:12, 2881:13, 2881:14, 2881:20, 2882:20, 2886:16
**CORRECTLY** [3] - 2791:17, 2800:6, 2877:11
**CORRELATE** [1] - 2868:4
**CORRESPONDS** [1] - 2780:25
**COUL** [1] - 2822:19
**COULD** [30] - 2769:16, 2770:5, 2770:12, 2770:17, 2779:23, 2780:17, 2793:7, 2798:24, 2799:20, 2801:23, 2803:5, 2806:7, 2809:8, 2814:15, 2814:16, 2815:12, 2817:25, 2827:1, 2830:2, 2830:21, 2835:12, 2836:25, 2848:11, 2867:10, 2880:15, 2880:16, 2884:20, 2885:12
**COULDN'T** [1] - 2805:21
**COUNSEL** [14] - 2781:22, 2804:15, 2828:5, 2828:9, 2829:10, 2832:19, 2853:6, 2861:3, 2861:17, 2861:25, 2862:14, 2866:20, 2880:7, 2883:23
**COUPLE** [5] - 2783:25, 2817:25, 2819:22, 2863:20, 2884:17
**COURSE** [7] - 2817:15, 2818:5, 2823:4, 2823:11, 2824:21, 2827:21, 2857:19
**COURT** [176] - 2764:1, 2767:11, 2769:4, 2769:7, 2769:9, 2771:1, 2771:10, 2771:22, 2772:8, 2772:14, 2772:19, 2772:25, 2773:4, 2773:7, 2774:3, 2774:5, 2774:11, 2776:22, 2779:16, 2779:21, 2780:5, 2780:8, 2781:22,

**HOURLY TRANSCRIPT**

2782:2, 2782:11, 2783:16, 2783:25, 2784:14, 2784:22, 2785:6, 2785:8, 2791:5, 2793:22, 2795:12, 2795:17, 2795:19, 2795:22, 2795:25, 2799:1, 2800:20, 2800:24, 2801:7, 2801:15, 2801:21, 2803:12, 2803:17, 2803:23, 2804:15, 2804:20, 2804:24, 2805:7, 2805:8, 2805:9, 2805:11, 2806:17, 2806:21, 2806:24, 2807:2, 2807:5, 2807:10, 2807:12, 2811:11, 2811:15, 2811:19, 2811:24, 2812:1, 2812:12, 2813:6, 2813:9, 2815:7, 2815:9, 2815:21, 2817:6, 2817:8, 2817:22, 2825:7, 2827:8, 2827:11, 2828:4, 2828:9, 2829:14, 2829:22, 2830:7, 2830:13, 2830:18, 2831:1, 2831:5, 2832:1, 2832:4, 2832:8, 2832:10, 2832:19, 2833:14, 2833:19, 2833:22, 2834:2, 2836:5, 2837:15, 2839:7, 2839:9, 2839:12, 2839:14, 2840:16, 2840:23, 2841:2, 2841:5, 2843:14, 2843:18, 2843:19, 2843:21, 2844:1, 2844:6, 2853:1, 2853:4, 2854:8, 2860:21, 2861:8, 2861:17, 2861:25, 2862:2, 2862:6, 2862:12, 2862:23, 2863:2, 2863:6, 2863:9, 2863:25, 2864:2, 2864:5, 2864:13, 2865:1, 2865:4, 2865:10, 2865:18, 2865:21, 2867:23, 2870:13, 2871:9, 2871:14, 2872:14, 2872:20, 2873:4, 2873:17, 2877:9, 2877:15,

2877:24, 2878:16, 2879:3, 2879:16, 2880:1, 2880:4, 2880:7, 2880:13, 2880:16, 2880:19, 2880:21, 2881:2, 2882:5, 2882:7, 2882:23, 2882:25, 2883:3, 2883:10, 2883:16, 2883:19, 2884:1, 2885:15, 2885:18, 2885:23, 2886:4, 2886:9, 2886:15, 2886:15, 2886:16, 2886:21, 2886:22

**COURTROOM** [8] - 2818:25, 2819:1, 2819:20, 2846:7, 2871:20, 2879:1, 2879:2, 2880:9

**COVER** [3] - 2802:18, 2819:6, 2861:20

**COVERED** [1] - 2802:18

**CRAZY** [1] - 2816:15

**CREATE** [1] - 2810:9

**CREATED** [3] - 2774:24, 2850:8, 2851:4

**CREATING** [1] - 2789:24

**CREST** [1] - 2818:4

**CRESTS** [1] - 2817:25

**CRITIQUE** [2] - 2769:22, 2880:12

**CRONIN** [1] - 2766:19

**CROSS** [4] - 2768:5, 2769:10, 2772:20, 2884:24

**CROSS-EXAMINATION** [3] - 2768:5, 2769:10, 2772:20

**CROWN** [2] - 2786:25, 2787:6

**CRR** [2] - 2767:11, 2886:20

**CRYSTAL** [1] - 2823:6

**CUE** [3] - 2835:23, 2836:2, 2836:3

**CURIOUS** [2] - 2794:25, 2872:1

**CURVE** [1] - 2875:25

**CURVES** [1] - 2796:8

**CUT** [1] - 2866:16

**CUTS** [1] - 2802:20

# D

**D.C** [1] - 2767:8

**DALLAS** [1] - 2764:25

**DALRYMPLE** [44] - 2769:12, 2772:3, 2772:23, 2776:17, 2780:11, 2792:15, 2796:24, 2802:5, 2804:3, 2805:5, 2806:15, 2808:8, 2814:7, 2819:11, 2826:16, 2831:9, 2833:1, 2837:15, 2837:21, 2842:11, 2844:4, 2851:23, 2853:17, 2861:1, 2861:2, 2861:9, 2862:14, 2862:20, 2866:1, 2867:6, 2867:12, 2869:4, 2870:11, 2870:17, 2872:12, 2872:17, 2873:22, 2874:25, 2875:19, 2878:25, 2879:20, 2885:18, 2885:19

**DALRYMPLE'S** [2] - 2863:15, 2883:7

**DATA** [1] - 2868:22

**DATED** [1] - 2770:21

**DAY** [3] - 2764:11, 2766:16, 2779:4

**DAYS** [1] - 2863:20

**DC** [1] - 2766:20

**DEBRA** [1] - 2766:17

**DECAY** [1] - 2839:21

**DECAYED** [2] - 2825:10, 2838:7

**DECEASED** [1] - 2803:18

**DECISION** [1] - 2771:16

**DECREASE** [1] - 2847:2

**DECREASING** [1] - 2850:6

**DEEP** [3] - 2787:3, 2788:1, 2874:18

**DEEPER** [2] - 2811:7, 2874:16

**DEFENDANT** [1] - 2863:20

**DEFENDANTS** [4] - 2846:1, 2846:8, 2863:12, 2883:6

**DEFER** [1] - 2772:20

**DEFINE** [1] - 2857:3

**DEFINED** [1] -

2817:25

**DEFINITELY** [1] - 2812:12

**DEFRACT** [1] - 2875:8

**DEGRAVELLES** [1] - 2765:3

**DEGREE** [3] - 2790:16, 2852:11, 2858:18

**DEGREES** [19] - 2790:11, 2790:24, 2791:11, 2792:1, 2792:4, 2792:14, 2825:19, 2832:1, 2832:4, 2832:5, 2832:9, 2832:11, 2832:16, 2833:10, 2833:14, 2833:15, 2833:16, 2851:17

**DEMANDING** [1] - 2886:6

**DEMONSTRATE** [3] - 2771:19, 2772:10, 2822:25

**DEMONSTRATED** [1] - 2780:22

**DEMONSTRATES** [1] - 2782:3

**DEMONSTRATIVE** [9] - 2781:10, 2810:9, 2829:24, 2829:25, 2830:2, 2846:8, 2863:13, 2864:6, 2871:4

**DENHAM** [1] - 2765:16

**DEPARTMENT** [1] - 2767:3

**DEPENDED** [1] - 2884:25

**DEPENDING** [2] - 2787:10, 2799:11

**DEPENDS** [11] - 2799:24, 2811:5, 2811:8, 2813:14, 2836:4, 2836:11, 2842:21, 2846:25, 2848:1, 2876:8, 2876:12

**DEPICT** [1] - 2823:3

**DEPICTED** [4] - 2809:25, 2815:21, 2817:21, 2842:1

**DEPICTS** [1] - 2814:9

**DEPOSITION** [11] - 2801:19, 2802:9, 2802:20, 2805:7, 2808:21, 2810:2, 2818:7, 2821:8, 2866:14, 2879:23,

2880:3

**DEPOSITIONS** [1] - 2802:24

**DEPTH** [10] - 2786:15, 2786:16, 2786:17, 2786:19, 2786:20, 2787:7, 2787:11, 2787:22, 2870:2, 2870:4

**DEPUTY** [4] - 2769:7, 2843:17, 2843:19, 2865:20

**DERIVED** [2] - 2834:7, 2834:9

**DESCRIBE** [1] - 2864:8

**DESCRIBED** [6] - 2785:14, 2790:13, 2797:18, 2798:16, 2822:11, 2842:24

**DESCRIBES** [2] - 2837:21, 2862:22

**DESIGNATED** [1] - 2780:24

**DESIGNED** [1] - 2823:10

**DETAILS** [1] - 2772:6

**DETERIORATED** [1] - 2825:4

**DETERMINE** [4] - 2779:16, 2784:24, 2796:2, 2877:7

**DETERMINED** [1] - 2784:22

**DETERMINES** [1] - 2854:8

**DEVELOPED** [2] - 2834:10, 2872:22

**DEVELOPMENTS** [1] - 2881:7

**DIAGRAM** [2] - 2782:4

**DID** [81] - 2772:9, 2773:20, 2774:20, 2777:1, 2777:2, 2777:25, 2778:3, 2778:7, 2778:9, 2778:13, 2780:1, 2780:2, 2789:8, 2789:19, 2795:1, 2795:7, 2799:5, 2799:16, 2799:25, 2800:1, 2804:16, 2804:24, 2805:5, 2808:13, 2808:14, 2808:17, 2810:13, 2813:1, 2818:18, 2819:20, 2819:23, 2820:1, 2820:12, 2820:24, 2820:25, 2821:2, 2821:5,

2821:10, 2821:11, 2821:22, 2821:25, 2822:2, 2822:3, 2822:6, 2822:7, 2823:12, 2824:1, 2824:5, 2824:8, 2824:10, 2824:19, 2825:6, 2828:20, 2829:3, 2832:11, 2835:13, 2850:9, 2852:18, 2852:19, 2854:14, 2857:14, 2857:24, 2858:2, 2858:3, 2858:5, 2858:19, 2859:12, 2859:22, 2859:23, 2860:2, 2860:7, 2863:6, 2866:12, 2872:17, 2879:11

**DIDN'T** [30] - 2771:24, 2772:12, 2774:19, 2775:2, 2778:22, 2778:25, 2783:12, 2789:17, 2792:13, 2798:2, 2798:20, 2808:2, 2809:1, 2818:21, 2820:23, 2822:14, 2833:1, 2837:16, 2849:3, 2852:19, 2858:2, 2858:7, 2859:12, 2859:16, 2859:19, 2859:21, 2859:22, 2860:4, 2873:8, 2883:19

**DIFFERENCE** [1] - 2790:14

**DIFFERENT** [22] - 2777:8, 2780:23, 2783:7, 2789:25, 2793:4, 2793:10, 2796:9, 2806:18, 2808:25, 2809:4, 2816:24, 2826:22, 2827:3, 2833:17, 2841:23, 2848:11, 2849:18, 2856:4, 2869:1, 2875:9, 2876:10, 2876:11

**DIFFICULT** [1] - 2837:4

**DIFFICULTY** [1] - 2786:3

**DIFFRACT** [1] - 2849:25

**DIFFRACTING** [1] - 2851:19

**DIFFRACTION** [12] - 2835:11, 2849:23, 2850:2, 2850:3,

2850:8, 2851:2, 2851:3, 2851:4, 2851:10, 2851:18

**DIGRESS** [1] - 2819:19

**DIP** [1] - 2840:6

**DIRECT** [1] - 2824:23

**DIRECTED** [1] - 2773:4

**DIRECTION** [43] - 2789:17, 2789:18, 2789:19, 2790:6, 2790:9, 2790:11, 2790:12, 2790:21, 2793:20, 2793:25, 2794:25, 2799:9, 2799:11, 2814:10, 2815:9, 2816:9, 2816:10, 2816:13, 2816:23, 2817:2, 2817:13, 2817:22, 2825:19, 2825:21, 2825:25, 2826:13, 2827:9, 2827:21, 2828:7, 2828:13, 2830:6, 2835:9, 2845:20, 2848:3, 2848:6, 2849:2, 2849:25, 2851:17, 2863:15, 2863:16

**DIRECTIONAL** [6] - 2790:10, 2793:17, 2793:23, 2793:25, 2815:10, 2851:15

**DIRECTIONS** [13] - 2789:25, 2794:2, 2794:3, 2794:6, 2814:14, 2815:13, 2816:24, 2826:22, 2827:3, 2828:2, 2830:16, 2851:18, 2873:7

**DIRECTLY** [7] - 2791:5, 2802:21, 2827:2, 2827:14, 2851:14, 2853:15, 2869:19

**DISAGREE** [1] - 2816:4

**DISAGREEMENT** [2] - 2776:9, 2776:12

**DISAGREES** [1] - 2806:11

**DISCOVERED** [1] - 2784:7

**DISCRETION** [1] - 2883:15

**DISCUSSED** [3] - 2834:12, 2834:14

**DISCUSSION** [1] -

2868:2

**DISENFRANCHISED** [1] - 2865:10

**DISPUTE** [11] - 2774:1, 2774:2, 2774:5, 2774:21, 2775:4, 2776:1, 2776:2, 2778:1, 2806:14, 2818:10, 2818:11

**DISSIPATION** [1] - 2869:24

**DISTANCE** [6] - 2799:20, 2818:13, 2840:21, 2847:13, 2872:4, 2872:10

**DISTRIBUTION** [13] - 2783:1, 2784:13, 2784:20, 2813:14, 2813:16, 2813:21, 2872:24, 2873:7, 2873:15, 2875:23, 2876:6, 2876:15

**DISTRICT** [7] - 2764:1, 2764:1, 2764:12, 2870:15, 2886:16, 2886:22

**DIVISION** [1] - 2767:6

**DM** [1] - 2881:17

**DO** [77] - 2769:20, 2772:25, 2776:15, 2776:17, 2776:21, 2777:5, 2777:9, 2780:2, 2780:3, 2781:10, 2781:13, 2784:24, 2787:18, 2787:21, 2793:22, 2804:14, 2806:2, 2806:3, 2807:17, 2807:18, 2808:2, 2809:12, 2810:13, 2814:7, 2819:23, 2819:24, 2820:13, 2820:14, 2820:23, 2824:1, 2824:12, 2826:25, 2828:6, 2829:14, 2829:16, 2831:11, 2832:19, 2836:9, 2836:18, 2837:9, 2837:10, 2838:14, 2838:15, 2840:3, 2841:13, 2842:18, 2843:21, 2847:18, 2849:9, 2852:14, 2854:13, 2855:24, 2858:2, 2859:12, 2859:13, 2862:8, 2862:17, 2862:25, 2863:4, 2863:25, 2864:1,

2864:15, 2867:6, 2868:23, 2873:5, 2873:23, 2878:25, 2880:25, 2881:1, 2883:13, 2884:7, 2884:12, 2884:13, 2885:23, 2885:25, 2886:16

**DO-OVER** [1] - 2807:18

**DOCTOR** [5] - 2771:20, 2772:9, 2789:8, 2803:15, 2845:3

**DOCUMENT** [3] - 2771:8, 2867:6, 2867:9

**DOES** [36] - 2769:18, 2774:17, 2788:13, 2788:21, 2790:14, 2793:22, 2793:24, 2802:24, 2809:20, 2823:7, 2825:15, 2825:20, 2831:2, 2831:4, 2832:17, 2833:16, 2834:17, 2834:18, 2837:11, 2837:12, 2837:13, 2840:8, 2850:2, 2852:10, 2854:8, 2854:13, 2863:21, 2868:4, 2869:17, 2870:19, 2875:5, 2875:6, 2877:15, 2881:22, 2882:19

**DOESN'T** [9] - 2772:25, 2782:12, 2784:14, 2788:19, 2794:25, 2797:25, 2817:20, 2870:7, 2875:12

**DOGGONE** [1] - 2860:22

**DOING** [6] - 2793:10, 2820:16, 2865:14, 2866:24, 2880:12, 2886:6

**DON'T** [80] - 2772:19, 2773:4, 2774:2, 2774:5, 2777:13, 2777:22, 2779:20, 2779:24, 2780:2, 2781:3, 2790:6, 2790:8, 2792:5, 2792:25, 2793:3, 2793:5, 2794:6, 2794:7, 2794:20, 2798:21, 2801:15, 2806:2, 2806:19, 2807:4, 2807:7,

2814:12, 2817:6, 2821:3, 2821:4, 2821:5, 2822:12, 2823:10, 2824:1, 2824:4, 2824:5, 2824:10, 2824:11, 2824:13, 2824:15, 2824:16, 2824:17, 2824:18, 2824:19, 2831:5, 2833:14, 2833:21, 2835:11, 2836:2, 2839:13, 2840:4, 2840:6, 2840:15, 2841:13, 2842:17, 2845:9, 2848:12, 2849:20, 2850:16, 2852:7, 2852:9, 2852:16, 2852:18, 2853:10, 2853:11, 2853:15, 2853:20, 2854:3, 2855:2, 2855:3, 2858:21, 2861:3, 2863:4, 2864:2, 2864:5, 2864:7, 2868:7, 2872:9, 2880:23

**DONE** [10] - 2792:24, 2796:12, 2808:9, 2808:20, 2809:23, 2810:7, 2843:24, 2854:12, 2880:15

**DOUBLE** [3] - 2786:12, 2788:21, 2791:23

**DOUBLED** [2] - 2791:14, 2792:10

**DOUBLES** [2] - 2781:18, 2793:2

**DOUBLING** [13] - 2783:9, 2786:10, 2790:19, 2790:22, 2790:24, 2791:1, 2791:2, 2791:10, 2791:18, 2792:2, 2792:14, 2792:18, 2793:13

**DOWN** [53] - 2788:14, 2788:15, 2788:18, 2790:19, 2792:5, 2792:6, 2792:9, 2797:23, 2798:19, 2799:8, 2811:2, 2815:5, 2815:8, 2815:20, 2816:18, 2816:20, 2818:7, 2821:17, 2824:3, 2824:6, 2825:24, 2827:1, 2827:2, 2827:14, 2828:18,

2830:20, 2835:5, 2835:7, 2838:10, 2838:11, 2838:21, 2840:9, 2844:16, 2848:18, 2848:21, 2848:25, 2849:15, 2849:17, 2850:4, 2850:22, 2850:23, 2852:8, 2867:16, 2869:7, 2870:13, 2870:18, 2870:22, 2871:24, 2874:15, 2875:15, 2878:10, 2883:1

**DOWNWIND** [1] - 2794:1

**DR** [69] - 2769:12, 2772:3, 2772:23, 2780:11, 2792:15, 2796:24, 2802:5, 2804:3, 2805:5, 2806:15, 2808:8, 2814:7, 2819:11, 2819:20, 2819:24, 2821:2, 2821:7, 2821:18, 2821:19, 2822:8, 2826:16, 2831:9, 2833:1, 2837:15, 2837:21, 2842:11, 2844:4, 2851:23, 2852:22, 2852:23, 2853:12, 2853:13, 2853:15, 2853:17, 2859:16, 2861:1, 2862:14, 2862:20, 2863:15, 2866:1, 2867:6, 2867:12, 2869:4, 2870:11, 2870:17, 2872:12, 2872:17, 2873:22, 2874:25, 2875:19, 2878:25, 2879:1, 2879:15, 2879:20, 2879:21, 2880:8, 2880:10, 2880:23, 2881:6, 2881:14, 2881:21, 2881:24, 2882:4, 2882:17, 2883:7, 2883:23, 2885:18, 2885:19

**DRAFTED** [1] - 2798:9
**DRAW** [1] - 2812:10
**DRAWING** [1] - 2818:15
**DRAWN** [1] - 2781:13
**DREW** [2] - 2773:23, 2797:5
**DRIVE** [1] - 2809:4
**DRIVING** [1] - 2828:23

**DROP** [1] - 2828:18
**DROPLETS** [3] - 2847:23, 2854:22
**DROPS** [6] - 2791:13, 2840:7, 2848:1, 2848:2, 2848:3, 2848:4
**DUDENHEFER** [2] - 2765:11, 2765:11
**DUE** [7] - 2815:5, 2832:1, 2833:15, 2836:22, 2836:23, 2859:24
**DURING** [10] - 2783:4, 2818:7, 2823:4, 2823:11, 2824:22, 2829:6, 2833:8, 2871:23, 2872:18, 2881:7
**DUTCH** [20] - 2770:18, 2770:19, 2772:6, 2773:20, 2773:23, 2774:19, 2775:2, 2775:17, 2775:20, 2776:5, 2777:1, 2777:9, 2777:17, 2777:18, 2777:21, 2778:5, 2778:13, 2779:3, 2858:2
**DUVAL** [2] - 2764:12, 2796:25
**DX** [1] - 2881:17
**DX-02603** [1] - 2867:21
**DX-02603-001** [1] - 2866:22
**DX-DM** [1] - 2881:17
**DX-DM-0003** [1] - 2872:13
**DX-DM-00033** [1] - 2881:23
**DX-DM-0006** [1] - 2883:7
**DX-DM-0006-0026** [1] - 2870:10
**DX-DM-0006-0031** [1] - 2876:18
**DX-DM-0006-0034** [1] - 2882:10
**DX-DM-000631** [1] - 2780:17
**DX-DM-1004-0046** [1] - 2846:6
**DX-DM-6-31** [1] - 2809:8

# E

**EACH** [5] - 2779:13,

2861:10, 2866:6, 2883:11
**EARLIER** [8] - 2788:5, 2797:1, 2836:19, 2841:23, 2868:17, 2872:16, 2874:4, 2876:19
**EARLY** [2] - 2776:12, 2859:14
**EAST** [26] - 2775:12, 2789:20, 2789:21, 2789:22, 2793:21, 2794:11, 2825:17, 2825:24, 2825:25, 2829:7, 2829:12, 2829:19, 2829:21, 2831:14, 2831:19, 2832:1, 2832:16, 2832:17, 2833:9, 2833:15, 2834:22, 2835:2, 2835:17, 2848:14, 2857:8
**EASTERN** [2] - 2764:1, 2886:16
**EASY** [1] - 2883:12
**EBIA** [2] - 2845:12, 2874:17
**ECHSNER** [1] - 2765:22
**EFFECT** [23] - 2783:9, 2786:5, 2786:6, 2786:7, 2786:10, 2786:12, 2787:24, 2790:19, 2790:22, 2790:24, 2791:1, 2791:10, 2791:18, 2792:2, 2792:12, 2792:14, 2792:18, 2793:13, 2869:6, 2874:19, 2874:22, 2874:24, 2875:22
**EFFECTS** [1] - 2787:25
**EFFORT** [2] - 2779:5, 2823:21
**EIGHT** [3] - 2842:25, 2843:1, 2843:6
**EITHER** [6] - 2781:6, 2805:7, 2820:7, 2820:10, 2820:21, 2869:3
**ELEMENTS** [1] - 2795:19
**ELEVATION** [9] - 2775:8, 2787:22, 2818:18, 2818:21, 2819:3, 2842:24, 2843:2, 2843:3, 2843:4
**ELEVATIONS** [1] -

2775:11
**ELIMINATED** [1] - 2851:12
**ELSE** [4] - 2774:11, 2829:3, 2830:8, 2837:17
**ELWOOD** [2] - 2765:7, 2765:8
**EMBLEMATIC** [1] - 2817:25
**EMERGENT** [1] - 2874:23
**EMPIRICAL** [1] - 2854:13
**ENCOUNTER** [1] - 2845:20
**END** [6] - 2778:20, 2779:4, 2805:18, 2818:2, 2857:3
**ENERGY** [19] - 2834:20, 2836:10, 2837:6, 2850:2, 2850:5, 2850:9, 2869:10, 2869:18, 2869:20, 2869:23, 2870:5, 2870:7, 2870:9, 2870:19, 2870:24, 2871:1, 2872:6, 2875:16, 2885:5
**ENGINEER** [1] - 2860:20
**ENGINEERING** [16] - 2796:9, 2798:13, 2798:15, 2808:4, 2808:11, 2808:22, 2809:11, 2809:12, 2809:15, 2809:19, 2809:21, 2810:13, 2810:15, 2822:21, 2842:16, 2872:22
**ENGINEERS** [2] - 2833:6, 2852:15
**ENOUGH** [8] - 2783:17, 2794:24, 2829:10, 2849:14, 2860:18, 2866:21, 2870:25, 2872:7
**ENTERED** [2] - 2771:17, 2824:25
**ENTERING** [2] - 2838:6, 2839:21
**ENTIRE** [4] - 2785:3, 2798:20, 2825:11, 2862:25
**ENTIRELY** [1] - 2879:23
**ENTITLED** [4] - 2769:17, 2769:18, 2830:10, 2886:17

**ENTRANCE** [1] - 2839:22
**EQUATIONS** [6] - 2808:3, 2808:12, 2808:23, 2810:16, 2834:9, 2842:16
**EQUIVALENT** [4] - 2784:12, 2786:17, 2799:16, 2799:19
**ERIC** [8] - 2866:22, 2867:10, 2872:13, 2879:12, 2879:17, 2880:22, 2881:16, 2882:10
**ERIK** [2] - 2870:10, 2878:22
**EROSION** [1] - 2847:15
**ERROR** [3] - 2823:13, 2823:14, 2868:18
**ERRORS** [2] - 2778:24, 2869:1
**ESPECIALLY** [1] - 2851:20
**ESQ** [6] - 2765:4, 2765:11, 2766:7, 2766:18, 2766:18, 2767:4
**ESQUIRE** [21] - 2764:16, 2764:19, 2764:23, 2764:23, 2765:8, 2765:15, 2765:18, 2766:3, 2766:12, 2766:12, 2766:13, 2766:13, 2766:17, 2766:19, 2766:19, 2767:4, 2767:5, 2767:5, 2767:6
**ESSENCE** [1] - 2873:12
**ESTABLISH** [4] - 2771:18, 2778:21, 2799:19, 2809:1
**ESTABLISHED** [6] - 2809:2, 2822:18, 2822:22, 2849:4, 2850:21, 2854:21
**ESTIMATE** [2] - 2837:4, 2860:14
**ESTIMATED** [4] - 2807:15, 2807:19, 2813:7, 2813:8
**ESTIMATES** [1] - 2839:24
**ESTIMATING** [2] - 2813:15, 2813:25
**ET** [1] - 2769:23
**EVACUATE** [1] -

2867:16

**EVALUATE** [2] - 2770:18, 2770:20

**EVALUATED** [1] - 2771:9

**EVALUATING** [1] - 2806:2

**EVALUATION** [3] - 2792:25, 2810:13, 2828:20

**EVEN** [12] - 2793:8, 2804:20, 2814:18, 2814:19, 2815:18, 2821:4, 2824:11, 2848:20, 2853:23, 2854:1, 2857:11, 2882:8

**EVENT** [2] - 2842:20, 2872:15

**EVENTUALLY** [3] - 2793:18, 2794:18, 2877:21

**EVER** [1] - 2837:16

**EVERY** [4] - 2816:22, 2817:18, 2877:12

**EVIDENCE** [19] - 2770:24, 2779:12, 2780:1, 2803:10, 2830:11, 2839:2, 2852:3, 2861:2, 2861:11, 2861:22, 2862:10, 2862:13, 2862:19, 2863:11, 2863:14, 2864:11, 2867:21, 2879:14, 2883:6

**EVIDENT** [1] - 2806:11

**EVOLUTION** [1] - 2838:10

**EXACT** [2] - 2798:8, 2850:16

**EXACTLY** [6] - 2791:7, 2791:14, 2831:20, 2865:9, 2876:15, 2884:19

**EXAMINATION** [63] - 2768:5, 2768:6, 2768:7, 2769:10, 2772:20, 2772:21, 2773:8, 2774:13, 2780:9, 2780:18, 2781:24, 2782:14, 2783:22, 2785:9, 2791:8, 2794:4, 2795:23, 2799:2, 2801:4, 2801:10, 2802:3, 2803:13, 2804:1, 2805:3, 2805:12, 2807:13, 2812:2, 2812:14,

2813:10, 2815:14, 2816:2, 2817:10, 2819:8, 2825:8, 2827:18, 2828:11, 2829:17, 2831:7, 2832:13, 2832:24, 2834:3, 2836:7, 2837:2, 2837:19, 2839:15, 2841:7, 2844:2, 2844:7, 2853:8, 2854:17, 2865:24, 2867:4, 2867:25, 2871:18, 2873:20, 2878:3, 2878:7, 2878:18, 2879:7, 2881:4, 2882:12, 2883:21, 2884:4

**EXAMPLE** [4] - 2787:5, 2792:8, 2827:25, 2850:7

**EXCEPT** [1] - 2788:16

**EXCEPTION** [2] - 2776:4, 2776:11, 2779:8

**EXCUSE** [5] - 2828:4, 2863:6, 2866:23, 2869:9, 2874:2

**EXHIBIT** [2] - 2802:22, 2879:18

**EXHIBITS** [1] - 2878:22

**EXISTENCE** [2] - 2778:4, 2851:24

**EXPECT** [8] - 2811:1, 2827:5, 2828:15, 2828:21, 2842:4, 2855:22, 2874:24

**EXPECTED** [1] - 2781:1

**EXPECTING** [1] - 2821:24

**EXPERIENCE** [1] - 2791:12

**EXPERT** [10] - 2778:10, 2809:18, 2809:21, 2819:17, 2821:1, 2830:4, 2864:21, 2879:22, 2880:2, 2880:3

**EXPERTS** [2] - 2820:3, 2864:18

**EXPLAIN** [2] - 2790:2, 2804:13

**EXPLAINED** [1] - 2858:13

**EXPLICITLY** [2] - 2859:12, 2859:13

**EXPLODE** [2] - 2820:14, 2820:18

**EXPOUND** [1] - 2869:11

**EXPRESSED** [1] - 2780:12

**EXTENT** [3] - 2845:19, 2847:23, 2881:6

**EXTRAPOLATE** [1] - 2796:9

**EXTRAPOLATED** [1] - 2809:3

**EYES** [2] - 2816:16, 2882:9

**EYEWITNESS** [3] - 2803:16, 2804:4, 2851:23

---

# F

**FACT** [24] - 2773:23, 2775:20, 2775:21, 2775:22, 2776:3, 2786:14, 2786:18, 2816:20, 2819:3, 2821:1, 2822:25, 2823:7, 2829:11, 2829:13, 2833:1, 2840:6, 2846:11, 2847:20, 2851:23, 2852:3, 2859:14, 2860:16, 2884:20, 2885:8

**FACTOR** [3] - 2858:8, 2858:10, 2877:15

**FACTORS** [1] - 2858:5

**FAIL** [1] - 2860:19

**FAILING** [1] - 2803:9

**FAILURE** [3] - 2820:10, 2820:21, 2871:25

**FAILURES** [1] - 2857:25

**FAIR** [4] - 2783:17, 2794:24, 2813:19, 2849:14

**FAIRLY** [1] - 2869:2

**FALL** [3] - 2854:22, 2854:23, 2859:9

**FALLING** [1] - 2838:24

**FALLS** [1] - 2793:4

**FAR** [5] - 2850:14, 2850:22, 2850:23, 2858:15, 2868:2

**FARRELL** [59] - 2766:18, 2771:2, 2771:14, 2772:13, 2779:23, 2780:6, 2804:16, 2828:5, 2830:1, 2830:22, 2853:2, 2853:7,

2861:5, 2861:7, 2861:12, 2861:18, 2861:24, 2862:5, 2862:9, 2862:16, 2863:1, 2863:4, 2863:23, 2865:5, 2865:21, 2865:22, 2865:25, 2866:20, 2867:2, 2867:5, 2867:20, 2867:24, 2868:1, 2871:7, 2871:11, 2871:19, 2873:19, 2873:21, 2878:4, 2878:6, 2878:8, 2878:17, 2878:19, 2879:6, 2879:8, 2879:14, 2879:17, 2880:8, 2880:18, 2880:20, 2880:22, 2881:5, 2882:5, 2882:9, 2882:13, 2882:21, 2882:24, 2883:1, 2883:4

**FARRELL.................** [1] - 2768:6

**FASTER** [1] - 2804:13

**FAYARD** [2] - 2765:14, 2765:15

**FEEL** [1] - 2859:17

**FEET** [65] - 2774:25, 2775:10, 2781:12, 2782:20, 2783:3, 2783:5, 2783:16, 2783:17, 2787:2, 2787:3, 2787:6, 2787:7, 2796:3, 2796:7, 2797:5, 2797:6, 2797:9, 2797:18, 2801:14, 2801:23, 2807:17, 2807:21, 2810:5, 2810:20, 2811:20, 2812:9, 2812:10, 2812:17, 2813:12, 2814:2, 2818:14, 2818:18, 2818:20, 2818:23, 2819:2, 2825:10, 2829:5, 2837:8, 2838:8, 2838:22, 2842:25, 2843:1, 2843:6, 2846:17, 2846:18, 2846:20, 2855:15, 2855:16, 2878:12, 2878:14, 2881:9, 2881:11, 2881:14, 2881:19, 2881:21, 2882:2, 2882:6, 2882:15, 2882:18,

2884:17, 2884:19

**FELLOW** [1] - 2803:22

**FETCH** [25] - 2798:16, 2798:18, 2798:20, 2798:22, 2799:4, 2799:12, 2799:16, 2799:19, 2799:22, 2800:3, 2800:8, 2826:4, 2826:5, 2826:10, 2826:11, 2826:15, 2826:7, 2840:10, 2840:16, 2840:17, 2840:23, 2840:25, 2841:4, 2841:6

**FEW** [6] - 2808:24, 2830:24, 2853:17, 2857:6, 2868:13, 2883:18

**FIELD** [2] - 2838:10, 2873:15

**FIFTH** [1] - 2791:6

**FIGHTING** [1] - 2874:2

**FIGURE** [8] - 2798:10, 2805:21, 2822:24, 2838:19, 2838:25, 2839:19, 2873:10

**FILL** [1] - 2864:24

**FINAL** [2] - 2852:21, 2882:10

**FIND** [3] - 2783:13, 2830:22, 2884:7

**FINE** [3] - 2780:16, 2802:2, 2886:3

**FINISH** [1] - 2843:22

**FINISHES** [1] - 2788:13

**FIRM** [6] - 2764:19, 2765:11, 2765:18, 2766:3, 2792:25, 2793:2

**FIRST** [18] - 2770:19, 2773:14, 2782:4, 2797:17, 2800:17, 2804:25, 2821:19, 2824:20, 2830:18, 2835:16, 2835:20, 2836:10, 2857:9, 2862:18, 2873:23, 2877:22, 2877:25, 2884:24

**FITZGERALD** [2] - 2778:7, 2778:9

**FIVE** [2] - 2779:13, 2813:15

**FIXED** [4] - 2783:20, 2826:5, 2826:11, 2826:15

**FL** [1] - 2765:23

**FLAG** [1] - 2830:23

**FLAT** [1] - 2787:13
**FLOOD** [4] - 2770:20, 2774:24, 2778:4, 2778:7
**FLOODED** [1] - 2845:24
**FLOODING** [11] - 2769:21, 2770:2, 2770:6, 2773:15, 2774:6, 2774:16, 2774:23, 2775:6, 2778:18, 2860:1, 2860:2
**FLOODWALL** [11] - 2775:12, 2800:21, 2803:9, 2854:15, 2870:1, 2870:14, 2870:15, 2870:19, 2877:16, 2877:22, 2885:3
**FLOODWALLS** [9] - 2770:1, 2773:18, 2775:15, 2811:5, 2834:21, 2835:13, 2837:9, 2837:12, 2860:9
**FLOODWATER** [1] - 2868:11
**FLOODWATERS** [3] - 2859:6, 2860:9
**FLORIDA** [13] - 2765:15, 2775:9, 2811:2, 2818:7, 2824:2, 2842:24, 2847:13, 2849:24, 2850:14, 2851:5, 2852:8, 2869:6, 2874:1
**FLOW** [24] - 2782:19, 2853:20, 2853:21, 2853:23, 2854:1, 2854:8, 2854:14, 2855:3, 2855:7, 2855:16, 2855:19, 2855:22, 2856:7, 2856:17, 2857:11, 2857:15, 2859:12, 2859:24, 2868:15, 2869:13, 2869:17, 2872:18, 2873:10
**FLOWING** [1] - 2853:24
**FLOWS** [3] - 2774:24, 2856:5, 2868:9
**FOAM** [1] - 2816:9
**FOLLOW** [4] - 2790:6, 2793:6, 2826:17, 2872:15
**FOLLOWS** [1] - 2877:4

**FOOT** [17] - 2783:20, 2785:25, 2796:19, 2797:12, 2799:18, 2800:13, 2800:15, 2800:18, 2802:12, 2802:16, 2809:1, 2811:21, 2834:16, 2842:20, 2855:25, 2856:3, 2856:4
**FOR** [89] - 2764:15, 2766:11, 2767:3, 2770:21, 2770:23, 2771:7, 2771:10, 2776:13, 2776:19, 2777:4, 2777:12, 2779:12, 2779:13, 2787:5, 2787:19, 2789:8, 2792:24, 2798:23, 2798:24, 2799:20, 2800:4, 2800:22, 2802:19, 2802:21, 2802:23, 2803:11, 2803:18, 2808:25, 2810:16, 2810:17, 2812:13, 2813:25, 2814:3, 2814:5, 2819:14, 2819:19, 2820:1, 2822:18, 2823:6, 2824:4, 2825:11, 2825:12, 2826:6, 2826:22, 2827:25, 2835:19, 2837:5, 2837:6, 2838:11, 2839:13, 2839:20, 2840:21, 2843:15, 2843:21, 2845:14, 2850:7, 2853:6, 2853:10, 2857:7, 2858:11, 2858:12, 2859:15, 2860:14, 2860:16, 2861:10, 2861:23, 2862:18, 2864:13, 2864:22, 2865:4, 2865:5, 2866:8, 2866:12, 2866:20, 2868:14, 2870:5, 2871:3, 2873:5, 2873:18, 2876:23, 2880:12, 2880:13, 2880:25, 2885:17, 2885:18, 2886:15
**FORCE** [1] - 2865:1
**FORECASTING** [5] - 2795:9, 2795:10, 2796:8, 2810:16, 2842:15
**FOREGOING** [1] - 2886:16

**FORETHOUGHT** [1] - 2866:21
**FORGET** [2] - 2780:4, 2835:11
**FORGIVE** [7] - 2777:14, 2802:19, 2827:20, 2858:24, 2859:3, 2871:3, 2886:8
**FORMULA** [3] - 2855:18, 2872:21, 2873:5
**FORMULAS** [1] - 2855:20
**FORTH** [5] - 2798:21, 2811:5, 2814:17, 2868:15, 2880:9
**FOUND** [2] - 2798:11, 2802:20
**FOUNDED** [1] - 2830:20
**FOUR** [1] - 2876:23
**FRANK** [1] - 2765:11
**FRANKLIN** [1] - 2767:7
**FRANKLY** [1] - 2779:9
**FREE** [1] - 2885:19
**FREEBOARD** [1] - 2870:3
**FRERET** [1] - 2765:19
**FRICTION** [4] - 2858:5, 2858:8, 2858:10, 2858:20
**FRIDAY** [1] - 2864:16
**FROM** [103] - 2773:16, 2774:7, 2775:22, 2776:6, 2776:22, 2777:2, 2777:14, 2777:15, 2777:17, 2777:18, 2781:10, 2781:13, 2783:19, 2784:4, 2787:13, 2787:15, 2788:1, 2789:20, 2789:21, 2790:12, 2791:10, 2793:7, 2795:3, 2795:8, 2795:9, 2796:5, 2798:18, 2799:17, 2806:18, 2806:22, 2808:22, 2809:20, 2810:17, 2811:2, 2813:15, 2814:13, 2814:19, 2816:6, 2818:13, 2818:15, 2822:9, 2822:10, 2823:4, 2823:22, 2824:25, 2825:3, 2825:10, 2825:19, 2825:24, 2826:12,

2827:24, 2828:1, 2828:2, 2828:7, 2828:14, 2828:20, 2828:25, 2830:3, 2831:5, 2831:9, 2833:10, 2834:7, 2834:9, 2834:19, 2834:21, 2834:22, 2836:11, 2838:10, 2839:21, 2839:25, 2840:13, 2841:9, 2842:15, 2842:16, 2844:13, 2846:12, 2846:13, 2847:14, 2849:4, 2849:10, 2849:15, 2849:24, 2849:25, 2850:3, 2850:14, 2851:4, 2851:13, 2862:2, 2865:7, 2865:11, 2867:7, 2869:5, 2869:15, 2870:10, 2871:7, 2871:24, 2875:12, 2876:5, 2877:4, 2883:17, 2886:17
**FRUGE** [1] - 2765:4
**FULL** [1] - 2873:3
**FULLY** [2] - 2794:15, 2834:14
**FUNCTION** [2] - 2789:6
**FUNNEL** [1] - 2825:22
**FURTHER** [6] - 2777:11, 2840:13, 2850:6, 2873:18, 2882:24, 2883:2
**FURTHERMORE** [1] - 2869:18
**FUZZY** [1] - 2871:16

# G

**GATHER** [2] - 2781:10, 2781:13
**GAVE** [4] - 2792:8, 2800:13, 2818:21, 2864:7
**GENERAL** [2] - 2772:17, 2819:22
**GENERALLY** [7] - 2784:1, 2784:2, 2787:21, 2790:6, 2827:9, 2827:12, 2847:10
**GENERATE** [1] - 2851:21
**GENERATED** [11] - 2790:11, 2794:2, 2816:12, 2826:7,

2827:3, 2827:17, 2838:21, 2849:18, 2851:8, 2851:17, 2851:20
**GENERATION** [10] - 2826:12, 2827:1, 2829:4, 2838:9, 2838:11, 2839:22, 2872:9, 2875:9, 2875:10, 2875:13
**GENTLEMEN** [1] - 2777:14
**GEOMETRY** [2] - 2811:5, 2811:8
**GEOTECHNICAL** [1] - 2860:20
**GET** [37] - 2783:6, 2785:13, 2785:24, 2788:1, 2788:2, 2792:1, 2792:4, 2795:18, 2797:11, 2804:14, 2807:1, 2807:6, 2809:4, 2810:15, 2811:11, 2812:6, 2820:17, 2826:14, 2828:18, 2828:21, 2833:20, 2840:4, 2840:13, 2841:11, 2842:7, 2842:9, 2858:6, 2858:24, 2858:25, 2860:8, 2864:23, 2864:24, 2866:24, 2871:15, 2874:19, 2875:24, 2885:5
**GETS** [4] - 2786:4, 2815:17, 2857:4, 2874:11
**GETTING** [6] - 2785:20, 2800:16, 2810:24, 2860:2, 2864:2, 2864:14
**GIRDER** [2] - 2844:15
**GIRDERS** [2] - 2843:11, 2843:12
**GIVE** [24] - 2772:11, 2777:25, 2779:19, 2780:1, 2792:21, 2806:2, 2807:18, 2809:13, 2820:6, 2820:9, 2820:20, 2822:6, 2822:14, 2827:11, 2833:17, 2833:22, 2840:25, 2856:6, 2861:14, 2863:12, 2863:20, 2863:22, 2864:7, 2864:8
**GIVEN** [1] - 2822:1
**GIVES** [1] - 2868:9

**GIVING** [2] - 2805:2, 2868:10
**GIWW** [15] - 2797:23, 2799:10, 2800:1, 2825:24, 2826:14, 2826:22, 2828:22, 2828:23, 2833:10, 2841:14, 2842:9, 2852:19, 2870:13, 2870:22, 2872:3
**GIWW/MRGO** [1] - 2829:6
**GLAD** [1] - 2805:20
**GLASS** [1] - 2817:4
**GLEANED** [1] - 2817:9
**GO** [58] - 2772:17, 2775:6, 2777:11, 2777:14, 2777:15, 2777:17, 2777:18, 2785:17, 2788:1, 2788:8, 2788:13, 2788:19, 2788:21, 2788:22, 2788:24, 2789:2, 2791:20, 2791:23, 2792:4, 2792:5, 2792:6, 2793:4, 2798:10, 2802:21, 2803:24, 2804:13, 2806:6, 2806:7, 2807:5, 2807:11, 2807:12, 2809:6, 2810:3, 2810:10, 2810:18, 2810:23, 2815:25, 2819:5, 2819:10, 2822:3, 2829:24, 2832:18, 2836:6, 2836:25, 2837:14, 2839:17, 2841:17, 2842:4, 2848:5, 2848:6, 2858:21, 2865:8, 2866:25, 2871:17, 2873:18, 2875:8, 2879:5, 2885:19
**GOES** [12] - 2771:24, 2788:8, 2788:10, 2788:11, 2788:15, 2788:17, 2789:4, 2789:5, 2806:12, 2818:4, 2877:20, 2877:22
**GOING** [107] - 2771:22, 2772:14, 2772:16, 2772:17, 2772:20, 2779:12, 2779:24, 2781:22, 2781:23, 2788:5, 2789:24, 2789:25, 2790:18, 2791:20,

2791:23, 2792:5, 2792:6, 2792:9, 2793:8, 2793:20, 2793:21, 2793:24, 2794:1, 2794:10, 2794:15, 2794:21, 2794:24, 2799:10, 2800:1, 2802:2, 2802:12, 2802:13, 2802:15, 2802:18, 2802:21, 2811:6, 2813:9, 2814:12, 2814:14, 2814:15, 2814:16, 2814:19, 2814:22, 2814:23, 2814:24, 2815:3, 2815:13, 2815:23, 2816:22, 2816:24, 2817:2, 2817:7, 2818:2, 2818:3, 2827:14, 2828:18, 2830:1, 2830:15, 2835:5, 2840:10, 2843:14, 2844:20, 2846:19, 2846:23, 2848:2, 2848:4, 2849:17, 2849:25, 2851:14, 2854:19, 2855:14, 2855:15, 2855:23, 2856:25, 2857:1, 2859:9, 2861:2, 2861:13, 2861:15, 2861:19, 2862:25, 2863:11, 2863:19, 2864:7, 2864:20, 2864:21, 2864:24, 2865:18, 2866:19, 2866:25, 2871:5, 2871:15, 2872:14, 2874:19, 2878:1, 2878:14, 2878:22, 2880:16, 2880:19, 2883:11, 2884:1, 2885:11
**GOOD** [15] - 2771:20, 2779:1, 2779:2, 2803:18, 2806:22, 2820:16, 2833:23, 2851:21, 2853:10, 2857:11, 2858:6, 2860:13, 2868:21, 2878:6, 2885:20
**GOT** [47] - 2772:5, 2773:6, 2775:23, 2776:24, 2779:21, 2782:2, 2791:16, 2792:18, 2794:10, 2794:11, 2796:5, 2804:6, 2809:16, 2810:16, 2812:4, 2813:13, 2832:10,

2832:21, 2834:1, 2850:10, 2850:25, 2851:1, 2851:4, 2851:5, 2851:9, 2851:10, 2851:11, 2851:17, 2853:5, 2854:10, 2856:17, 2856:21, 2857:15, 2857:17, 2857:20, 2862:9, 2864:18, 2865:7, 2866:20, 2870:3, 2870:25, 2877:6, 2878:9, 2878:20, 2884:14, 2884:15
**GOTTEN** [2] - 2770:5, 2770:12
**GOVERNMENT** [2] - 2778:10, 2862:2
**GOVERNS** [1] - 2876:6
**GRADE** [1] - 2874:15
**GRAPHIC** [1] - 2830:3
**GRASSY** [1] - 2845:20
**GRATING** [1] - 2869:15
**GREAT** [2] - 2817:8, 2835:21
**GREATER** [3] - 2770:21, 2784:15, 2842:10
**GREEN** [9] - 2776:23, 2776:25, 2870:14, 2870:20, 2872:2, 2872:10, 2880:22, 2884:21, 2885:11
**GRID** [2] - 2839:23, 2839:24
**GROUND** [2] - 2854:25, 2855:8
**GROUP** [5] - 2766:11, 2769:13, 2769:19, 2777:25, 2792:24
**GROW** [2] - 2875:14, 2875:15
**GROWS** [1] - 2841:16
**GROWTH** [1] - 2840:3
**GUESS** [4] - 2774:16, 2795:25, 2816:15, 2873:4
**GULF** [1] - 2817:4
**GULOTTA** [1] - 2766:13

## H

**H1/10** [2] - 2876:4, 2876:16
**HAD** [40] - 2774:25,

2778:23, 2797:6, 2798:18, 2799:20, 2805:14, 2808:9, 2808:16, 2809:23, 2816:5, 2816:22, 2818:6, 2818:17, 2821:17, 2821:23, 2821:24, 2822:10, 2830:23, 2842:11, 2842:12, 2842:14, 2842:15, 2843:6, 2852:22, 2853:12, 2857:7, 2858:12, 2858:13, 2858:18, 2864:20, 2866:20, 2868:5, 2868:17, 2869:7, 2871:24, 2871:25, 2879:12, 2879:21, 2884:24
**HADN'T** [1] - 2792:24
**HALF** [17] - 2781:13, 2781:14, 2782:6, 2793:18, 2793:19, 2793:20, 2793:21, 2811:16, 2825:11, 2832:9, 2832:11, 2832:15, 2833:15, 2840:17, 2885:9
**HALFWAY** [1] - 2832:6
**HAND** [2] - 2849:21, 2867:10
**HANDCUFFS** [1] - 2807:6
**HANDS** [4] - 2807:7, 2807:9, 2807:11, 2827:25
**HAPPEN** [1] - 2849:22
**HAPPENED** [4] - 2803:8, 2833:6, 2859:3, 2868:20
**HAPPENING** [1] - 2808:5
**HAPPENS** [2] - 2870:18, 2874:9
**HAPPY** [1] - 2866:24
**HARD** [2] - 2813:18, 2886:5
**HAS** [19] - 2772:3, 2780:13, 2786:22, 2788:8, 2792:10, 2803:18, 2804:5, 2806:17, 2808:12, 2830:5, 2840:9, 2848:9, 2859:5, 2860:17, 2861:3, 2881:14, 2881:21, 2882:4, 2882:17
**HAT** [2] - 2812:11, 2812:13

**HAVE** [167] - 2770:5, 2770:12, 2776:16, 2776:21, 2778:10, 2778:22, 2779:16, 2779:19, 2779:20, 2779:24, 2779:25, 2780:11, 2780:12, 2780:17, 2783:1, 2783:2, 2783:25, 2784:9, 2784:11, 2784:13, 2786:9, 2786:18, 2786:22, 2787:6, 2787:7, 2787:13, 2787:18, 2787:19, 2787:20, 2790:1, 2790:10, 2791:4, 2792:25, 2793:2, 2793:12, 2793:22, 2793:25, 2794:1, 2794:6, 2794:7, 2801:22, 2801:24, 2803:5, 2803:12, 2804:15, 2806:9, 2806:23, 2807:25, 2808:6, 2809:8, 2811:4, 2811:12, 2812:17, 2813:17, 2814:1, 2815:25, 2817:9, 2817:16, 2818:18, 2821:6, 2822:1, 2822:4, 2822:22, 2824:12, 2824:13, 2825:6, 2825:22, 2826:8, 2826:22, 2827:15, 2827:16, 2828:6, 2829:2, 2829:3, 2829:11, 2830:4, 2831:9, 2832:21, 2835:12, 2835:19, 2835:23, 2836:17, 2838:8, 2841:13, 2841:16, 2842:4, 2843:15, 2845:3, 2845:5, 2845:9, 2845:20, 2846:2, 2846:5, 2846:16, 2850:2, 2850:9, 2851:7, 2851:18, 2851:20, 2851:23, 2852:3, 2852:12, 2852:5, 2855:3, 2855:9, 2855:21, 2855:25, 2856:25, 2857:1, 2857:2, 2859:3, 2859:11, 2860:17, 2861:4, 2863:7, 2863:9, 2863:21, 2863:25, 2864:19, 2864:21, 2865:11,

2865:12, 2865:17, 2866:15, 2869:2, 2869:7, 2870:2, 2870:4, 2871:4, 2872:15, 2873:1, 2873:2, 2873:3, 2875:13, 2875:14, 2875:24, 2876:13, 2876:23, 2878:20, 2879:21, 2879:22, 2881:2, 2881:11, 2883:8, 2883:13, 2883:16, 2883:18, 2884:1, 2884:6, 2884:11, 2884:14, 2884:20, 2884:24, 2885:3, 2885:11, 2885:20, 2886:7

**HAVEN'T** [1] - 2792:20

**HAVING** [10] - 2773:10, 2786:3, 2787:13, 2792:16, 2794:14, 2817:3, 2826:12, 2854:11, 2855:7, 2859:6

**HE** [65] - 2771:3, 2771:9, 2772:4, 2772:5, 2772:9, 2772:12, 2772:14, 2797:10, 2801:25, 2802:8, 2802:10, 2802:24, 2803:2, 2803:22, 2803:23, 2804:16, 2804:17, 2804:21, 2804:24, 2805:1, 2813:4, 2813:6, 2813:8, 2813:12, 2813:17, 2813:19, 2813:23, 2813:24, 2813:25, 2814:1, 2816:5, 2816:6, 2818:21, 2821:5, 2821:8, 2821:10, 2821:11, 2822:8, 2822:9, 2822:10, 2847:12, 2847:16, 2853:15, 2853:16, 2861:18, 2864:20, 2866:15, 2871:23, 2874:25, 2879:9, 2879:11, 2879:22, 2881:22, 2882:19, 2884:2

**HE'S** [14] - 2771:4, 2771:5, 2772:15, 2803:3, 2803:21, 2804:6, 2804:7, 2813:15, 2813:16, 2815:7, 2830:10, 2864:21, 2871:8, 2879:21

**HEAD** [1] - 2820:14
**HEAR** [1] - 2818:19
**HEARD** [8] - 2764:12, 2781:3, 2818:23, 2818:24, 2819:1, 2819:2, 2819:20
**HEARSAY** [1] - 2771:14
**HEATHER** [1] - 2766:12
**HECK** [1] - 2802:23
**HEIGHT** [129] - 2772:4, 2772:5, 2780:24, 2780:25, 2781:4, 2781:7, 2781:8, 2781:11, 2781:14, 2781:15, 2781:18, 2782:3, 2782:5, 2782:16, 2782:20, 2782:24, 2783:2, 2783:8, 2783:21, 2784:1, 2784:3, 2784:5, 2784:8, 2784:14, 2784:15, 2784:19, 2784:23, 2784:24, 2785:2, 2785:15, 2786:1, 2786:14, 2786:17, 2787:7, 2788:20, 2788:21, 2788:22, 2789:2, 2789:3, 2789:5, 2789:6, 2789:7, 2790:25, 2795:7, 2795:8, 2795:9, 2795:13, 2795:14, 2795:16, 2795:18, 2796:5, 2796:7, 2797:18, 2797:22, 2799:5, 2801:3, 2801:6, 2801:8, 2801:9, 2801:13, 2801:21, 2804:4, 2804:21, 2807:25, 2808:19, 2809:13, 2810:4, 2810:14, 2810:16, 2811:13, 2822:9, 2823:1, 2823:3, 2826:12, 2836:16, 2836:17, 2839:25, 2841:16, 2842:2, 2842:7, 2842:10, 2843:6, 2843:7, 2844:11, 2846:1, 2846:15, 2846:16, 2846:18, 2846:20, 2855:19, 2856:21, 2856:25, 2857:4, 2863:17, 2872:18, 2872:20, 2872:23,

2872:24, 2872:25, 2873:2, 2873:6, 2873:12, 2873:16, 2875:21, 2875:23, 2875:24, 2875:25, 2876:3, 2876:9, 2876:10, 2876:21, 2877:3, 2877:6, 2877:17, 2878:10, 2878:21, 2881:9, 2881:11, 2881:19, 2882:2, 2882:14, 2884:12, 2884:22

**HEIGHTS** [28] - 2780:23, 2783:3, 2785:4, 2808:22, 2810:2, 2811:6, 2813:21, 2821:23, 2822:15, 2823:8, 2823:11, 2823:22, 2829:5, 2837:7, 2838:21, 2839:20, 2842:5, 2857:7, 2857:12, 2872:1, 2872:2, 2873:3, 2875:23, 2876:6, 2880:11, 2882:4, 2883:23, 2883:25

**HELP** [7] - 2800:11, 2802:5, 2806:2, 2812:10, 2819:3, 2828:5, 2883:4

**HELPING** [2] - 2800:23, 2853:6

**HELPS** [1] - 2785:8

**HER** [2] - 2807:11, 2809:16

**HERE** [50] - 2771:5, 2771:15, 2774:9, 2776:16, 2776:21, 2781:11, 2783:3, 2784:23, 2789:19, 2794:14, 2803:20, 2803:21, 2804:14, 2806:7, 2810:22, 2814:7, 2816:15, 2817:16, 2817:21, 2819:5, 2821:17, 2824:20, 2829:3, 2829:4, 2835:15, 2835:17, 2836:17, 2839:17, 2840:1, 2840:3, 2842:1, 2846:13, 2847:14, 2850:7, 2864:9, 2864:18, 2864:22, 2867:11, 2871:24, 2873:19, 2874:2, 2874:6, 2874:12, 2878:23, 2880:9,

2880:10, 2881:8, 2883:5, 2884:15

**HEREBY** [1] - 2886:16
**HIGGS** [1] - 2773:1
**HIGH** [20] - 2770:5, 2770:12, 2788:25, 2796:3, 2810:5, 2810:20, 2811:20, 2813:18, 2818:21, 2828:15, 2856:11, 2869:2, 2870:25, 2872:5, 2872:7, 2878:14, 2884:14, 2884:15, 2884:25

**HIGHER** [21] - 2775:13, 2785:18, 2787:10, 2788:20, 2789:1, 2800:9, 2802:16, 2810:24, 2828:18, 2846:11, 2855:9, 2856:15, 2856:17, 2856:21, 2858:18, 2870:14, 2870:21, 2884:18, 2884:19

**HIGHEST** [6] - 2784:10, 2785:3, 2785:5, 2791:20, 2827:12, 2846:2

**HIGHLIGHT** [6] - 2769:17, 2770:17, 2796:21, 2797:16, 2862:17, 2867:11

**HIGHLIGHTED** [1] - 2797:14

**HIM** [18] - 2772:16, 2803:19, 2803:22, 2805:2, 2820:1, 2821:22, 2821:23, 2821:25, 2822:1, 2822:2, 2822:3, 2822:6, 2822:13, 2822:14, 2829:14, 2831:5, 2833:14, 2873:9

**HINDCASTING** [1] - 2809:13

**HIS** [28] - 2771:3, 2771:5, 2771:9, 2771:11, 2777:5, 2778:13, 2778:15, 2801:19, 2802:6, 2802:11, 2802:24, 2807:11, 2816:5, 2816:9, 2821:7, 2822:8, 2830:16, 2840:12, 2840:13, 2862:22, 2866:2, 2871:6, 2871:7, 2879:2, 2879:9,

2879:22, 2879:23, 2880:2

**HIT** [16] - 2787:20, 2793:14, 2793:18, 2794:18, 2794:20, 2794:21, 2801:16, 2835:16, 2835:19, 2836:2, 2836:10, 2849:22, 2850:8, 2870:18, 2870:23

**HITS** [10] - 2781:17, 2782:16, 2783:14, 2783:15, 2791:11, 2793:2, 2836:17, 2845:22, 2847:2, 2850:4

**HITTING** [8] - 2782:12, 2790:14, 2801:18, 2801:25, 2836:20, 2847:17, 2855:8, 2874:9

**HM0** [5] - 2780:24, 2784:12, 2810:15, 2876:15, 2876:20

**HOARDER** [1] - 2864:3

**HOLTHAUS** [1] - 2765:4

**HONEYCUTT** [1] - 2765:14

**HONOR** [27] - 2770:23, 2771:19, 2772:1, 2772:13, 2773:3, 2780:6, 2780:7, 2804:16, 2829:23, 2830:1, 2841:4, 2860:25, 2861:12, 2863:1, 2863:5, 2864:18, 2865:3, 2865:5, 2867:20, 2871:3, 2871:7, 2879:19, 2880:8, 2880:18, 2882:21, 2882:24, 2883:9

**HONOR'S** [1] - 2883:15

**HONORABLE** [1] - 2764:12

**HOPE** [1] - 2885:19

**HOUR** [15] - 2781:1, 2783:4, 2785:3, 2785:6, 2785:11, 2795:2, 2795:6, 2809:14, 2809:16, 2810:11, 2813:25, 2864:20, 2876:23, 2877:12, 2886:2

**HOURS** [1] - 2799:21

**HOUSE** [1] - 2832:22

**HOUSEKEEPING** [4] - 2863:25, 2864:14, 2864:23, 2864:25
**HOW** [49] - 2770:5, 2770:7, 2770:11, 2776:15, 2779:25, 2784:22, 2784:24, 2788:24, 2788:25, 2792:5, 2793:4, 2794:20, 2795:7, 2800:3, 2804:6, 2809:16, 2818:21, 2824:11, 2824:13, 2826:25, 2831:21, 2833:20, 2836:4, 2840:18, 2845:14, 2847:5, 2850:14, 2856:7, 2856:11, 2859:1, 2865:9, 2866:5, 2868:4, 2871:23, 2872:1, 2873:5, 2874:14, 2875:8, 2877:9, 2877:15, 2884:14, 2884:15, 2884:25, 2886:5, 2886:6
**HUGE** [2] - 2774:24, 2784:13
**HUNDRED** [3] - 2836:12, 2836:13, 2853:14
**HURRICANE** [9] - 2770:13, 2808:1, 2823:9, 2823:12, 2833:8, 2845:6, 2845:7, 2852:1, 2881:8
**HYDRODYNAMICS** [1] - 2868:8
**HYDROGRAPH** [4] - 2776:16, 2776:17, 2776:21, 2842:18
**HYDROGRAPHS** [4] - 2771:3, 2771:4, 2858:6, 2861:5
**HYDROLOGIST** [1] - 2880:10
**HYPOTHETICALLY** [1] - 2840:17

## I

**I'LL** [13] - 2780:3, 2807:8, 2833:13, 2861:18, 2864:8, 2864:10, 2865:5, 2873:17, 2874:6, 2874:10, 2882:5, 2885:24
**I'M** [115] - 2772:8,

2772:14, 2772:20, 2774:11, 2775:21, 2777:15, 2779:12, 2781:22, 2782:12, 2782:21, 2783:12, 2785:20, 2786:3, 2786:11, 2788:6, 2791:12, 2792:7, 2792:13, 2792:15, 2792:16, 2792:17, 2792:20, 2794:18, 2794:25, 2795:11, 2795:25, 2800:14, 2800:16, 2801:15, 2802:18, 2802:21, 2803:17, 2804:23, 2804:25, 2805:20, 2807:17, 2809:6, 2810:22, 2813:4, 2813:9, 2814:8, 2816:15, 2816:16, 2816:17, 2816:18, 2817:3, 2817:4, 2817:8, 2817:12, 2819:13, 2822:2, 2824:7, 2825:2, 2825:3, 2827:20, 2828:4, 2830:1, 2830:15, 2834:2, 2835:14, 2837:17, 2839:9, 2839:14, 2840:18, 2843:14, 2843:24, 2844:5, 2845:21, 2846:7, 2848:23, 2850:20, 2851:2, 2853:5, 2853:10, 2854:11, 2860:20, 2861:2, 2861:13, 2862:7, 2862:25, 2863:9, 2863:11, 2863:19, 2864:7, 2864:14, 2864:20, 2865:8, 2866:19, 2866:23, 2866:24, 2866:25, 2871:10, 2871:13, 2872:1, 2872:14, 2873:22, 2874:2, 2878:22, 2880:12, 2880:16, 2880:19, 2881:3, 2883:11, 2883:23
**I'VE** [10] - 2780:21, 2800:25, 2834:1, 2842:23, 2851:15, 2857:7, 2862:9, 2864:18, 2866:20, 2875:11
**IDEA** [1] - 2875:7
**IDENTIFIED** [2] - 2779:25, 2863:18

**IDENTIFIES** [2] - 2802:8, 2861:21
**IF** [121] - 2770:18, 2771:24, 2772:13, 2772:25, 2778:2, 2779:16, 2779:23, 2780:2, 2783:1, 2783:7, 2783:13, 2784:18, 2785:3, 2785:24, 2786:16, 2786:21, 2787:5, 2787:12, 2787:18, 2787:22, 2788:20, 2788:21, 2789:1, 2790:18, 2790:20, 2790:21, 2790:24, 2792:14, 2797:13, 2799:7, 2800:6, 2800:16, 2801:2, 2804:24, 2806:12, 2806:24, 2808:5, 2810:22, 2813:15, 2813:25, 2816:5, 2816:15, 2816:16, 2816:17, 2816:21, 2821:5, 2822:8, 2823:17, 2824:5, 2827:25, 2828:5, 2830:2, 2830:21, 2832:4, 2833:1, 2833:13, 2833:15, 2833:22, 2835:8, 2835:22, 2835:23, 2836:2, 2836:12, 2836:13, 2836:17, 2837:15, 2840:12, 2840:16, 2840:17, 2840:21, 2842:4, 2842:6, 2842:23, 2843:6, 2844:11, 2844:16, 2845:25, 2846:11, 2846:15, 2846:20, 2846:22, 2847:7, 2847:8, 2848:2, 2848:4, 2848:23, 2849:20, 2854:19, 2855:6, 2855:8, 2855:14, 2855:24, 2856:20, 2856:24, 2858:24, 2860:22, 2862:17, 2864:23, 2865:15, 2866:24, 2870:2, 2870:13, 2872:7, 2873:9, 2874:21, 2875:22, 2875:24, 2876:9, 2877:2, 2877:6, 2878:20, 2880:13, 2880:23, 2881:24, 2883:24, 2885:4, 2885:10,

2885:21, 2886:7
**IGNORE** [1] - 2883:19
**IHNC** [55] - 2769:25, 2773:17, 2774:8, 2774:15, 2774:18, 2775:12, 2776:6, 2796:6, 2797:6, 2797:9, 2797:12, 2798:25, 2799:9, 2799:10, 2799:13, 2800:2, 2800:18, 2805:18, 2807:22, 2807:25, 2811:2, 2816:6, 2821:23, 2821:24, 2823:1, 2823:5, 2823:22, 2825:1, 2826:23, 2828:24, 2828:25, 2834:6, 2835:2, 2835:5, 2836:23, 2836:24, 2837:25, 2839:20, 2841:13, 2842:6, 2842:20, 2849:6, 2849:8, 2849:12, 2851:21, 2852:20, 2852:24, 2869:7, 2870:18, 2870:22, 2871:24, 2873:25, 2884:9, 2884:18
**II** [3] - 2765:8, 2766:7, 2766:7
**ILLUSTRATE** [2] - 2846:5, 2870:17
**IMAGINE** [1] - 2779:24
**IMMENSE** [1] - 2870:5
**IMPACT** [4] - 2842:18, 2869:10, 2869:12, 2877:16
**IMPACTED** [2] - 2824:12, 2824:13
**IMPACTING** [1] - 2801:17
**IMPETUS** [1] - 2866:7
**IMPLICATION** [2] - 2797:5, 2835:15
**IMPLICIT** [2] - 2872:24, 2873:15
**IMPORTANT** [2] - 2802:25, 2829:4
**IMPOSSIBLE** [1] - 2807:8
**IMPRECISE** [1] - 2802:11
**IMPRESSION** [2] - 2785:15, 2791:13
**IN** [345] - 2764:4, 2769:7, 2769:25, 2770:4, 2771:2, 2771:11, 2771:25,

2772:3, 2772:7, 2773:11, 2773:22, 2773:23, 2774:1, 2774:2, 2774:5, 2774:16, 2774:21, 2775:4, 2775:7, 2775:10, 2775:11, 2775:13, 2775:14, 2775:15, 2775:18, 2775:20, 2776:1, 2776:2, 2776:3, 2776:10, 2776:11, 2777:11, 2778:1, 2778:4, 2778:10, 2778:11, 2778:15, 2778:24, 2778:25, 2779:11, 2780:12, 2781:1, 2781:16, 2781:18, 2781:23, 2782:9, 2782:11, 2782:18, 2783:3, 2784:16, 2784:19, 2785:2, 2785:14, 2785:21, 2786:1, 2786:18, 2786:21, 2787:18, 2787:21, 2787:22, 2789:11, 2789:24, 2789:25, 2790:11, 2790:20, 2790:21, 2790:25, 2791:12, 2792:23, 2793:3, 2793:20, 2793:24, 2794:2, 2795:2, 2795:6, 2795:19, 2796:3, 2796:5, 2796:6, 2796:8, 2797:1, 2797:6, 2797:9, 2797:12, 2797:14, 2797:18, 2797:24, 2798:3, 2798:25, 2799:8, 2799:9, 2799:13, 2799:24, 2800:14, 2800:17, 2800:18, 2801:9, 2801:19, 2801:21, 2802:24, 2803:4, 2803:6, 2803:10, 2804:7, 2805:7, 2805:8, 2805:11, 2805:17, 2806:2, 2806:14, 2806:17, 2807:21, 2807:25, 2808:3, 2808:5, 2808:12, 2808:18, 2808:19, 2808:21, 2809:14, 2809:18, 2809:20, 2810:2, 2811:15, 2812:8, 2813:20, 2813:21, 2814:14, 2815:13,

2815:17, 2815:21, 2815:25, 2816:5, 2816:9, 2816:10, 2816:13, 2816:20, 2816:22, 2816:23, 2816:24, 2817:2, 2817:5, 2817:8, 2817:13, 2817:17, 2817:21, 2817:22, 2817:24, 2818:1, 2818:2, 2818:25, 2819:1, 2819:3, 2819:10, 2819:16, 2819:19, 2820:3, 2821:1, 2821:23, 2821:24, 2822:6, 2822:25, 2823:1, 2823:4, 2823:5, 2823:7, 2823:22, 2824:10, 2825:13, 2825:20, 2825:25, 2826:9, 2826:20, 2826:21, 2827:3, 2827:6, 2827:15, 2828:7, 2828:8, 2828:23, 2828:24, 2829:5, 2829:7, 2829:8, 2829:11, 2829:12, 2830:4, 2830:5, 2830:7, 2830:11, 2831:3, 2832:6, 2833:1, 2833:2, 2833:6, 2833:17, 2834:10, 2835:11, 2835:17, 2835:19, 2836:10, 2837:7, 2837:16, 2838:8, 2838:11, 2838:16, 2838:19, 2838:20, 2839:22, 2840:6, 2840:12, 2840:16, 2841:17, 2841:18, 2841:20, 2841:23, 2843:7, 2843:19, 2844:17, 2844:18, 2844:19, 2845:15, 2845:19, 2845:21, 2846:7, 2846:11, 2846:12, 2846:19, 2847:2, 2847:20, 2848:2, 2848:3, 2848:5, 2848:6, 2849:4, 2849:9, 2849:11, 2849:16, 2849:25, 2851:8, 2851:16, 2851:18, 2851:21, 2852:3, 2852:15, 2852:18, 2852:19, 2852:24, 2854:3, 2854:12, 2854:14,

2854:22, 2855:4, 2855:20, 2856:19, 2856:24, 2857:11, 2857:24, 2858:18, 2858:24, 2859:2, 2859:17, 2859:24, 2860:5, 2860:16, 2861:20, 2862:15, 2863:22, 2866:2, 2866:3, 2866:5, 2866:6, 2866:8, 2866:10, 2866:13, 2867:17, 2868:3, 2868:22, 2868:24, 2870:21, 2871:6, 2871:20, 2871:24, 2872:2, 2872:14, 2872:21, 2872:22, 2873:1, 2873:5, 2873:7, 2873:10, 2873:12, 2874:2, 2874:9, 2874:10, 2874:11, 2874:13, 2874:24, 2875:4, 2875:14, 2875:17, 2876:9, 2876:11, 2876:23, 2877:10, 2877:11, 2879:1, 2879:2, 2879:9, 2879:14, 2879:20, 2879:22, 2879:23, 2880:9, 2880:15, 2880:23, 2881:2, 2881:7, 2881:9, 2881:10, 2881:18, 2882:17, 2883:10, 2883:12, 2884:11, 2884:15, 2884:18, 2884:21, 2885:8, 2886:9, 2886:17

**INACCURACIES** [2] - 2775:13, 2775:14
**INACCURATE** [3] - 2772:4, 2796:23, 2797:21
**INAPPROPRIATE** [1] - 2879:24
**INC** [1] - 2766:11
**INCIDENT** [2] - 2834:20, 2837:8
**INCIPIENT** [1] - 2877:19
**INCITEFUL** [2] - 2882:25, 2883:3
**INCLUDE** [3] - 2859:17, 2859:19, 2859:22
**INCLUDED** [2] - 2859:24, 2873:11
**INCLUDING** [2] -

2775:9, 2861:11
**INCORRECT** [5] - 2797:14, 2797:15, 2797:24, 2797:25, 2857:12
**INCORRECTLY** [2] - 2775:8, 2797:3
**INCREASE** [3] - 2790:25, 2856:17, 2877:20
**INCREASING** [1] - 2786:1
**INDELIBLY** [1] - 2881:2
**INDEPENDENTLY** [2] - 2820:3, 2841:15
**INDICATE** [4] - 2789:17, 2789:19, 2819:3, 2835:15
**INDICATED** [5] - 2778:3, 2802:9, 2818:18, 2822:4, 2883:8
**INDICATES** [1] - 2784:20
**INDICATING** [2] - 2807:16, 2807:20
**INDICATING)** [1] - 2818:3
**INDICATION** [3] - 2777:25, 2879:21, 2884:11
**INDUCED** [1] - 2836:14
**INDULGENCE** [1] - 2779:13
**INEVITABLE** [1] - 2859:9
**INFLOW** [2] - 2773:16, 2774:7
**INFLUENCE** [2] - 2782:19, 2841:14
**INFORMATION** [8] - 2772:6, 2820:1, 2821:8, 2822:14, 2833:11, 2842:15, 2863:17, 2866:12
**INFREQUENCY** [1] - 2873:6
**INITIALLY** [1] - 2859:17
**INITIATION** [1] - 2859:8
**INPUT** [1] - 2833:6
**INPUTS** [2] - 2823:17, 2833:3
**INSIDE** [7] - 2778:21, 2778:22, 2778:23, 2785:23, 2857:15, 2870:15, 2885:11

**INSIGHTFUL** [1] - 2885:15
**INSTANCE** [2] - 2784:17, 2836:10
**INSTEAD** [1] - 2858:10
**INTENDED** [3] - 2797:7, 2797:8, 2822:25
**INTERACTING** [1] - 2874:14
**INTERACTION** [1] - 2869:22
**INTERCOASTAL** [1] - 2825:21
**INTERESTING** [2] - 2836:6, 2859:16
**INTERMITTENT** [2] - 2855:7, 2855:8
**INTERNATIONAL** [1] - 2766:11
**INTERPRET** [1] - 2825:23
**INTERPRETED** [1] - 2818:20
**INTERSECTION** [1] - 2829:6
**INTO** [34] - 2770:24, 2771:17, 2773:11, 2775:22, 2779:5, 2779:12, 2780:1, 2786:22, 2792:19, 2799:10, 2821:8, 2824:5, 2824:9, 2825:1, 2833:11, 2845:11, 2852:7, 2852:10, 2852:16, 2861:2, 2861:11, 2861:22, 2862:10, 2862:13, 2862:18, 2863:11, 2864:11, 2867:21, 2870:19, 2870:22, 2874:17, 2875:8, 2877:15, 2883:6
**INTOLERANCE** [1] - 2886:8
**INTRACOASTAL** [4] - 2828:14, 2828:16, 2833:2, 2884:9
**INTRODUCE** [1] - 2861:19
**INTRODUCTION** [1] - 2772:19
**IPET** [26] - 2795:5, 2796:1, 2796:2, 2796:5, 2796:12, 2797:8, 2805:17, 2805:21, 2805:23, 2806:3, 2807:15,

2807:19, 2807:22, 2809:3, 2809:14, 2810:17, 2819:5, 2819:15, 2822:3, 2822:19, 2826:21, 2832:18, 2842:15, 2861:11, 2863:18
**IRREGULARITIES** [2] - 2836:22, 2836:23
**IS** [408] - 2769:7, 2769:18, 2770:3, 2770:7, 2770:8, 2770:13, 2771:2, 2771:10, 2771:15, 2772:1, 2772:2, 2772:3, 2772:4, 2773:1, 2775:8, 2775:9, 2775:12, 2776:7, 2776:8, 2776:12, 2776:16, 2777:4, 2777:5, 2777:8, 2777:23, 2779:5, 2779:16, 2779:21, 2780:14, 2780:15, 2780:20, 2780:22, 2780:24, 2780:25, 2781:4, 2781:8, 2781:11, 2781:14, 2781:15, 2781:16, 2782:8, 2782:24, 2783:2, 2783:8, 2783:20, 2783:21, 2784:1, 2784:2, 2784:6, 2784:7, 2784:8, 2784:12, 2784:14, 2784:15, 2784:16, 2784:20, 2784:22, 2784:23, 2785:16, 2786:2, 2786:4, 2786:6, 2786:14, 2786:17, 2786:25, 2787:2, 2787:3, 2787:4, 2787:12, 2787:13, 2787:22, 2787:23, 2787:25, 2788:3, 2788:11, 2788:20, 2788:22, 2789:1, 2789:3, 2789:4, 2790:1, 2790:4, 2790:9, 2790:14, 2790:15, 2790:18, 2790:24, 2790:25, 2791:1, 2791:13, 2791:15, 2791:20, 2792:1, 2792:8, 2792:9, 2792:10, 2792:12, 2792:17, 2792:20, 2793:3, 2794:13, 2794:23, 2795:19,

2796:4, 2796:11,
2796:14, 2796:16,
2796:23, 2797:1,
2797:13, 2797:14,
2797:20, 2797:22,
2798:11, 2798:16,
2799:12, 2799:17,
2800:17, 2801:16,
2802:6, 2802:17,
2803:4, 2803:8,
2803:9, 2803:10,
2803:15, 2803:19,
2804:4, 2804:12,
2805:1, 2805:17,
2806:6, 2806:11,
2806:14, 2806:21,
2807:15, 2807:23,
2808:2, 2808:14,
2809:10, 2810:3,
2810:5, 2810:7,
2810:10, 2810:19,
2810:23, 2810:25,
2811:13, 2811:16,
2811:20, 2811:24,
2811:25, 2812:20,
2812:23, 2813:12,
2813:14, 2814:5,
2814:22, 2815:9,
2815:23, 2816:9,
2816:18, 2817:13,
2817:24, 2818:3,
2818:5, 2818:10,
2818:12, 2819:5,
2819:10, 2819:11,
2819:14, 2819:16,
2820:7, 2820:8,
2821:15, 2822:19,
2822:24, 2823:6,
2823:10, 2823:13,
2823:19, 2824:21,
2825:17, 2826:5,
2826:11, 2826:15,
2826:25, 2827:5,
2827:8, 2827:9,
2829:4, 2830:3,
2830:4, 2830:11,
2830:14, 2830:23,
2831:11, 2831:12,
2831:14, 2831:16,
2831:18, 2832:4,
2832:15, 2832:19,
2833:7, 2833:14,
2833:24, 2834:12,
2835:4, 2835:6,
2835:11, 2835:16,
2835:18, 2835:22,
2837:4, 2838:25,
2839:19, 2839:23,
2840:11, 2840:12,
2840:16, 2840:18,
2840:19, 2841:4,

2841:6, 2841:9,
2841:10, 2841:12,
2841:16, 2841:17,
2841:25, 2842:1,
2842:2, 2842:9,
2842:11, 2842:19,
2842:25, 2843:7,
2843:10, 2843:19,
2844:10, 2844:20,
2845:10, 2845:15,
2845:25, 2846:1,
2846:9, 2846:10,
2846:16, 2846:19,
2846:20, 2846:23,
2847:8, 2847:10,
2848:13, 2848:14,
2848:20, 2848:25,
2849:6, 2849:7,
2849:10, 2849:17,
2849:20, 2850:5,
2850:14, 2851:23,
2852:3, 2852:23,
2853:2, 2853:21,
2853:22, 2854:1,
2854:5, 2854:11,
2854:12, 2854:21,
2854:25, 2855:4,
2855:11, 2855:18,
2855:22, 2855:24,
2856:1, 2856:7,
2856:9, 2856:10,
2856:11, 2856:23,
2856:25, 2858:16,
2858:23, 2859:8,
2859:9, 2859:11,
2859:14, 2860:13,
2860:16, 2861:2,
2861:10, 2862:6,
2863:14, 2864:4,
2864:9, 2864:16,
2865:8, 2866:7,
2866:24, 2867:17,
2867:18, 2868:8,
2868:20, 2869:14,
2869:15, 2869:22,
2870:4, 2870:10,
2870:14, 2870:15,
2870:21, 2871:7,
2871:15, 2872:24,
2873:5, 2873:10,
2873:12, 2873:13,
2873:15, 2873:24,
2874:3, 2874:6,
2874:17, 2874:18,
2874:19, 2874:21,
2875:7, 2875:9,
2875:10, 2875:12,
2875:16, 2875:17,
2876:1, 2876:3,
2876:4, 2876:7,
2876:8, 2876:19,

2876:20, 2876:22,
2877:1, 2877:5,
2877:9, 2877:15,
2877:24, 2878:9,
2879:10, 2879:14,
2879:15, 2879:16,
2879:19, 2879:23,
2880:8, 2880:12,
2880:13, 2881:6,
2881:9, 2881:10,
2881:14, 2881:19,
2882:2, 2882:3,
2882:6, 2882:14,
2882:15, 2882:20,
2884:6, 2884:15,
2884:20, 2884:25,
2885:2, 2885:9,
2885:18, 2886:2,
2886:5, 2886:6,
2886:16

**ISN'T** [37] - 2773:12,
2773:23, 2775:24,
2776:6, 2777:5,
2777:9, 2786:14,
2793:1, 2796:23,
2797:15, 2802:25,
2803:7, 2806:14,
2808:1, 2812:18,
2820:10, 2822:15,
2823:2, 2826:4,
2829:12, 2829:19,
2835:3, 2835:17,
2840:14, 2841:11,
2844:22, 2846:19,
2847:25, 2851:6,
2852:1, 2852:13,
2854:6, 2855:5,
2858:14, 2860:19,
2874:4, 2884:22

**ISOLATE** [1] - 2777:1
**ISSUES** [1] - 2775:14
**IT** [269] - 2769:19,
2770:20, 2770:24,
2771:9, 2771:10,
2771:24, 2772:15,
2773:5, 2774:1,
2774:12, 2778:2,
2778:11, 2779:2,
2779:20, 2779:23,
2780:3, 2780:4,
2780:8, 2781:18,
2781:22, 2781:23,
2782:5, 2782:6,
2782:12, 2782:16,
2783:10, 2783:12,
2784:4, 2784:14,
2784:15, 2784:21,
2784:22, 2785:25,
2786:12, 2786:14,
2787:14, 2787:16,
2787:19, 2788:8,

2788:11, 2788:13,
2788:14, 2788:15,
2788:21, 2788:22,
2790:14, 2790:15,
2791:2, 2791:3,
2791:11, 2791:13,
2792:10, 2792:13,
2792:17, 2793:2,
2793:4, 2793:24,
2794:15, 2796:20,
2797:2, 2797:16,
2797:25, 2798:1,
2799:24, 2800:6,
2801:24, 2802:17,
2802:23, 2803:2,
2803:8, 2803:12,
2804:13, 2807:1,
2807:8, 2808:12,
2808:17, 2811:5,
2811:6, 2811:8,
2811:12, 2812:10,
2812:18, 2813:1,
2813:14, 2813:19,
2814:14, 2816:8,
2816:10, 2816:13,
2816:21, 2816:22,
2816:23, 2816:24,
2818:14, 2818:21,
2819:1, 2819:3,
2819:21, 2820:12,
2820:17, 2820:19,
2821:13, 2821:15,
2823:12, 2823:13,
2824:13, 2824:17,
2824:25, 2825:21,
2826:2, 2826:8,
2827:16, 2827:25,
2828:5, 2828:6,
2829:15, 2830:8,
2830:23, 2830:25,
2831:4, 2831:11,
2832:4, 2832:6,
2832:10, 2832:15,
2833:16, 2833:22,
2834:17, 2834:18,
2834:24, 2835:4,
2835:15, 2835:24,
2836:3, 2836:4,
2836:11, 2836:13,
2836:15, 2836:17,
2836:19, 2836:20,
2837:4, 2837:12,
2837:13, 2838:6,
2839:19, 2840:7,
2840:8, 2842:2,
2842:21, 2842:24,
2844:11, 2844:16,
2844:17, 2844:20,
2844:23, 2845:1,
2845:11, 2845:22,
2846:8, 2846:10,

2846:19, 2846:22,
2846:25, 2847:1,
2847:2, 2847:6,
2847:8, 2848:1,
2848:6, 2848:11,
2850:2, 2850:6,
2853:20, 2854:8,
2854:10, 2856:10,
2858:25, 2859:8,
2859:9, 2859:19,
2860:2, 2860:16,
2860:22, 2862:6,
2862:8, 2863:14,
2863:16, 2863:17,
2863:19, 2863:20,
2863:21, 2863:22,
2864:4, 2864:6,
2864:7, 2864:8,
2864:9, 2864:21,
2865:6, 2865:8,
2865:14, 2865:15,
2866:9, 2866:16,
2866:17, 2867:3,
2867:14, 2867:15,
2867:23, 2869:6,
2869:15, 2869:16,
2870:8, 2870:16,
2871:6, 2871:9,
2871:11, 2871:14,
2872:8, 2872:15,
2873:17, 2874:11,
2874:14, 2875:6,
2875:9, 2875:14,
2875:21, 2876:10,
2876:12, 2877:10,
2877:15, 2877:18,
2879:16, 2880:5,
2880:11, 2880:16,
2880:25, 2882:3,
2882:6, 2882:8,
2882:17, 2883:4,
2883:12, 2884:2,
2884:7, 2884:15,
2884:17, 2884:24,
2885:18, 2886:6

**IT'S** [105] - 2771:7,
2771:8, 2771:18,
2771:19, 2771:25,
2772:10, 2773:1,
2776:11, 2781:6,
2783:8, 2783:20,
2784:12, 2784:18,
2784:19, 2785:23,
2786:7, 2786:11,
2788:25, 2789:1,
2789:6, 2789:20,
2789:21, 2789:24,
2791:5, 2791:13,
2792:4, 2792:5,
2792:14, 2793:6,
2793:17, 2794:14,

2797:21, 2797:25, 2801:3, 2801:6, 2801:7, 2801:16, 2801:18, 2809:20, 2811:4, 2811:9, 2813:18, 2815:10, 2819:13, 2823:25, 2826:2, 2826:21, 2827:13, 2827:14, 2830:23, 2831:19, 2831:22, 2831:23, 2834:9, 2834:10, 2834:14, 2836:12, 2839:4, 2840:10, 2844:20, 2844:22, 2846:11, 2846:22, 2850:16, 2850:17, 2850:22, 2851:13, 2851:15, 2851:16, 2853:23, 2854:2, 2855:7, 2856:12, 2859:9, 2860:14, 2861:9, 2861:12, 2862:15, 2863:21, 2864:2, 2865:11, 2865:18, 2867:7, 2868:13, 2868:15, 2868:16, 2869:2, 2869:16, 2870:2, 2873:25, 2874:23, 2875:7, 2878:14, 2879:24, 2880:1, 2880:24, 2881:9, 2881:16, 2884:19, 2885:4

**ITS** [2] - 2788:13, 2828:14
**ITSELF** [1] - 2869:13
**IWW** [1] - 2799:13

## J

**JAMES** [2] - 2766:13, 2767:4
**JET** [2] - 2855:8, 2855:10
**JOANEN** [2] - 2765:18, 2765:18
**JOB** [1] - 2820:16
**JOHN** [1] - 2767:6
**JOINS** [3] - 2771:12, 2825:21, 2830:7
**JONATHAN** [1] - 2764:19
**JONES** [1] - 2766:16
**JOSEPH** [1] - 2764:16
**JR** [6] - 2764:12, 2765:7, 2765:8, 2765:11, 2765:15, 2767:4

**JUDGE** [31] - 2764:12, 2771:8, 2772:2, 2776:25, 2777:5, 2779:11, 2780:4, 2783:17, 2785:23, 2787:2, 2796:25, 2798:23, 2799:4, 2800:22, 2803:10, 2805:1, 2812:9, 2817:7, 2824:22, 2825:6, 2843:16, 2843:25, 2844:5, 2854:10, 2861:14, 2862:13, 2864:1, 2864:15, 2867:3, 2878:6, 2885:14
**JUDICIAL** [1] - 2812:13
**JUDICIALLY** [1] - 2864:3
**JULIA** [1] - 2766:19
**JULY** [1] - 2770:21
**JUNCTION** [2] - 2870:23, 2884:8
**JUNE** [6] - 2821:16, 2852:24, 2853:3, 2853:12
**JURY** [1] - 2807:9
**JUST** [78] - 2773:4, 2777:12, 2779:18, 2779:23, 2785:11, 2785:13, 2785:20, 2787:21, 2789:3, 2790:13, 2794:6, 2796:24, 2797:21, 2798:9, 2801:15, 2802:21, 2802:22, 2803:10, 2803:17, 2804:14, 2804:16, 2808:24, 2809:1, 2811:11, 2812:8, 2813:2, 2815:23, 2816:15, 2817:19, 2818:3, 2819:19, 2822:11, 2823:24, 2826:2, 2831:1, 2831:5, 2832:19, 2835:13, 2835:14, 2836:19, 2837:17, 2843:4, 2843:21, 2844:10, 2846:5, 2852:21, 2853:1, 2853:2, 2853:17, 2857:6, 2858:21, 2859:7, 2859:19, 2861:4, 2861:13, 2861:20, 2861:21, 2862:12, 2863:10, 2863:19, 2864:6, 2865:2, 2866:7,

2866:24, 2867:2, 2868:13, 2870:7, 2870:17, 2871:20, 2875:20, 2876:20, 2877:3, 2877:6, 2878:5, 2879:12, 2883:9, 2883:23
**JUSTICE** [1] - 2767:3
**JX** [2] - 2819:14, 2878:24
**JX-01364-0180** [2] - 2845:1, 2845:11
**JX-01389** [1] - 2879:13
**JX-016251** [1] - 2770:24
**JX-01713** [1] - 2769:16
**JX-01713-1** [1] - 2862:19
**JX-01887-001** [2] - 2829:25
**JX-01922-001** [1] - 2814:5
**JX-01922-2** [1] - 2814:4
**JX-02033-1583** [2] - 2819:6, 2861:19
**JX-02033-1584** [1] - 2861:21
**JX-02033-1814** [2] - 2819:14, 2832:23
**JX-02033-2734** [1] - 2862:7
**JX-17130011** [1] - 2806:7
**JX-19224** [1] - 2817:21
**JX-NUMBER** [1] - 2819:14
**JX-O1713-11** [1] - 2796:17

## K

**K"(2** [1] - 2764:6
**KATRINA** [5] - 2764:4, 2818:8, 2833:8, 2852:1, 2881:8
**KEEP** [4] - 2794:24, 2865:6, 2881:24, 2883:3
**KELLS** [1] - 2767:5
**KERWIN** [1] - 2766:19
**KIND** [12] - 2788:11, 2802:11, 2821:17, 2829:10, 2836:14, 2848:1, 2855:21, 2865:14, 2869:15, 2874:24, 2885:4
**KING** [2] - 2871:11, 2871:21

**KNEW** [1] - 2778:4
**KNOTS** [5] - 2789:15, 2810:10, 2812:24, 2829:7, 2838:12
**KNOW** [81] - 2772:14, 2774:2, 2778:9, 2779:19, 2779:25, 2780:2, 2780:21, 2781:3, 2782:22, 2783:25, 2786:22, 2786:25, 2792:5, 2792:8, 2793:3, 2794:20, 2799:17, 2804:5, 2806:9, 2813:3, 2818:21, 2821:3, 2821:4, 2821:5, 2822:12, 2824:1, 2824:4, 2824:5, 2824:10, 2824:11, 2824:13, 2824:15, 2824:16, 2824:17, 2824:18, 2824:19, 2826:16, 2827:20, 2829:11, 2831:11, 2831:12, 2831:14, 2831:16, 2833:9, 2833:24, 2837:17, 2839:13, 2842:17, 2842:18, 2850:16, 2852:9, 2852:10, 2852:14, 2852:16, 2852:18, 2853:10, 2853:11, 2853:23, 2854:2, 2856:9, 2861:21, 2863:9, 2864:5, 2868:7, 2868:23, 2872:9, 2873:9, 2873:23, 2875:11, 2875:22, 2875:23, 2877:2, 2877:11, 2880:23, 2883:13, 2885:8, 2886:5
**KNOWING** [3] - 2783:20, 2863:12, 2863:19
**KNOWLEDGE** [3] - 2785:15, 2833:7, 2884:14
**KNOWN** [1] - 2876:7
**KOK** [1] - 2769:23

## L

**LA** [10] - 2764:17, 2764:20, 2765:5, 2765:9, 2765:12, 2765:16, 2765:19, 2766:8, 2766:14, 2767:12

**LAKE** [9] - 2798:18, 2799:23, 2799:24, 2800:1, 2800:2, 2825:1, 2825:2, 2825:3, 2839:21
**LAND** [2] - 2854:23, 2874:21
**LANGUAGE** [8] - 2782:22, 2782:23, 2783:13, 2783:18, 2785:14, 2785:22, 2801:1, 2859:7
**LARGE** [3] - 2775:14, 2776:7, 2860:18
**LARGER** [1] - 2774:17
**LAST** [4] - 2812:22, 2818:5, 2864:19, 2880:11
**LATER** [3] - 2780:3, 2780:4, 2866:17
**LATEST** [1] - 2778:17
**LAW** [5] - 2764:19, 2765:7, 2765:11, 2765:18, 2766:3
**LAWN** [1] - 2764:24
**LAWYER** [1] - 2835:14
**LEAD** [1] - 2804:20
**LEAN** [1] - 2860:23
**LEANS** [1] - 2859:8
**LEARN** [2] - 2804:25, 2822:10
**LEARNED** [4] - 2780:11, 2807:23, 2808:24, 2822:9
**LEARNING** [1] - 2873:19
**LEAST** [3] - 2780:12, 2877:11, 2884:19
**LEAVE** [4] - 2807:4, 2812:5, 2817:6, 2873:17
**LECTERN** [1] - 2807:4
**LED** [1] - 2775:14
**LEFT** [1] - 2878:24
**LEGEND** [1] - 2880:24
**LENGTH** [6] - 2788:3, 2799:4, 2809:10, 2815:6, 2815:8, 2880:10
**LENGTHS** [1] - 2874:18
**LESS** [6] - 2771:21, 2792:14, 2838:7, 2850:9, 2856:13, 2857:1
**LET** [28] - 2770:19, 2780:8, 2781:23, 2782:2, 2800:15, 2802:19, 2807:17, 2811:11, 2814:8,

2819:19, 2830:20, 2830:22, 2831:1, 2832:19, 2837:15, 2837:17, 2846:5, 2861:14, 2867:23, 2873:9, 2876:18, 2877:9, 2880:25, 2882:21, 2883:12, 2886:5

**LET'S** [41] - 2770:16, 2773:14, 2774:12, 2775:6, 2776:15, 2783:16, 2784:23, 2786:21, 2787:1, 2797:16, 2798:10, 2799:7, 2802:22, 2806:6, 2806:7, 2809:6, 2810:3, 2810:10, 2810:18, 2812:5, 2812:9, 2814:3, 2817:19, 2819:5, 2819:10, 2822:22, 2824:19, 2829:3, 2829:24, 2830:20, 2832:18, 2834:5, 2834:19, 2837:14, 2839:17, 2842:17, 2843:13, 2844:25, 2855:14, 2886:4

**LEVEE** [13] - 2772:5, 2773:17, 2774:8, 2774:24, 2775:9, 2775:11, 2786:22, 2786:25, 2791:11, 2847:12, 2870:15

**LEVEL** [16] - 2780:13, 2781:19, 2789:7, 2789:13, 2802:15, 2802:17, 2806:10, 2842:19, 2846:14, 2855:9, 2856:9, 2856:16, 2874:15, 2874:22, 2877:21

**LEVELS** [3] - 2778:21, 2778:22, 2778:23

**LEVIN** [1] - 2765:21

**LIKE** [26] - 2772:25, 2777:13, 2780:21, 2784:18, 2804:14, 2811:9, 2816:8, 2816:13, 2818:3, 2821:13, 2821:16, 2826:1, 2830:8, 2830:18, 2835:22, 2864:21, 2864:22, 2865:14, 2865:15, 2867:20, 2870:1, 2878:14, 2881:23, 2881:24, 2883:5,

2883:6

**LIKED** [1] - 2875:20

**LIKELY** [2] - 2844:22, 2846:22

**LIMITED** [1] - 2786:19

**LIMITING** [1] - 2787:24

**LINE** [16] - 2772:18, 2776:23, 2776:25, 2827:5, 2833:2, 2839:20, 2870:14, 2870:15, 2872:2, 2872:11, 2884:21, 2885:12

**LINED** [4] - 2826:9, 2827:16, 2837:24, 2849:12

**LINES** [3] - 2777:21, 2870:20

**LISTEN** [1] - 2861:18

**LITERATURE** [1] - 2855:20

**LITIGATION** [3] - 2764:5, 2830:3, 2830:5

**LITTLE** [13] - 2777:8, 2789:3, 2789:4, 2825:17, 2836:19, 2840:6, 2859:14, 2860:21, 2860:22, 2864:2, 2864:14, 2871:16, 2885:11

**LOCAL** [4] - 2829:4, 2838:9, 2839:22, 2872:8

**LOCALLY** [1] - 2851:20

**LOCATED** [1] - 2847:11

**LOCATION** [4] - 2800:18, 2854:16, 2874:7, 2884:12

**LOCATIONS** [1] - 2776:4

**LOCK** [16] - 2781:2, 2807:16, 2807:20, 2811:3, 2813:12, 2814:16, 2814:22, 2814:23, 2815:8, 2815:12, 2815:20, 2816:7, 2818:4, 2835:7, 2840:18, 2851:13

**LOCKMASTER** [8] - 2804:5, 2805:6, 2813:3, 2816:5, 2840:4, 2840:12, 2841:10, 2848:22

**LOCKMASTER'S** [4] - 2804:9, 2805:19,

2839:8, 2842:23

**LOGICAL** [1] - 2856:12

**LOGICALLY** [1] - 2840:19

**LOGS** [1] - 2867:17

**LONG** [5] - 2798:18, 2800:3, 2808:20, 2869:21, 2871:15

**LONGER** [3] - 2800:8, 2840:9, 2842:9

**LONGEST** [2] - 2826:4, 2826:10

**LONIAN** [1] - 2766:12

**LOOK** [26] - 2770:6, 2770:16, 2772:12, 2777:8, 2777:21, 2778:18, 2779:23, 2784:6, 2785:3, 2791:4, 2814:3, 2816:8, 2816:11, 2816:13, 2824:19, 2826:3, 2826:8, 2826:21, 2831:1, 2856:24, 2862:8, 2863:20, 2863:23, 2863:24, 2864:10, 2873:22

**LOOKED** [10] - 2772:12, 2772:15, 2773:20, 2778:15, 2796:1, 2796:11, 2798:15, 2799:16, 2818:15

**LOOKING** [14] - 2785:1, 2799:9, 2813:17, 2813:18, 2813:19, 2817:4, 2847:13, 2847:14, 2847:16, 2869:8, 2869:15, 2876:19, 2880:12, 2880:13

**LOOKS** [2] - 2811:8, 2864:21

**LOOP** [1] - 2865:12

**LOS** [1] - 2766:5

**LOST** [1] - 2803:25

**LOT** [15] - 2777:9, 2779:22, 2811:10, 2832:10, 2848:11, 2850:9, 2854:12, 2863:25, 2868:22, 2869:20, 2870:8, 2871:1, 2873:19, 2875:11, 2884:20

**LOUISIANA** [5] - 2764:1, 2764:7, 2766:20, 2886:15, 2886:16

**LOW** [1] - 2813:17

**LOWER** [30] - 2769:22, 2770:2, 2770:7, 2773:15, 2774:6, 2774:17, 2774:25, 2775:7, 2775:10, 2775:15, 2775:21, 2775:22, 2778:19, 2789:3, 2796:6, 2797:12, 2834:21, 2837:9, 2837:12, 2838:19, 2838:23, 2842:4, 2842:10, 2846:9, 2852:19, 2856:13, 2856:25, 2868:24, 2870:15, 2881:7

**LUNCH** [3] - 2843:22, 2885:20, 2885:25

**LUNCHEON** [2] - 2768:8, 2886:9

**LWN** [1] - 2774:16

---

# M

**MADE** [6] - 2771:16, 2772:3, 2789:8, 2839:25, 2850:10, 2868:17

**MAGGIE** [1] - 2766:13

**MAGISTRATE** [1] - 2807:3

**MAGNIFYING** [3] - 2786:5, 2786:6, 2786:7

**MAGNITUDE** [1] - 2856:6

**MAIN** [3] - 2765:5, 2877:24, 2885:24

**MAJOR** [1] - 2777:24

**MAJORITY** [3] - 2814:24, 2815:3, 2815:24

**MAKE** [23] - 2777:4, 2779:18, 2782:21, 2790:14, 2796:19, 2803:11, 2815:16, 2817:6, 2820:14, 2823:6, 2823:19, 2844:10, 2844:20, 2844:22, 2857:15, 2858:5, 2858:24, 2866:9, 2866:25, 2868:6, 2875:5, 2883:9, 2883:12

**MAKES** [2] - 2865:15, 2886:1

**MAKING** [3] - 2788:11, 2788:16, 2863:10

**MANIPULATE** [1] - 2858:23

**MANUAL** [17] - 2796:9, 2798:13, 2798:16, 2799:19, 2808:4, 2808:12, 2808:22, 2809:11, 2809:12, 2809:15, 2809:19, 2809:21, 2810:14, 2810:15, 2822:21, 2842:16, 2872:22

**MANY** [10] - 2784:24, 2789:25, 2794:21, 2809:16, 2815:13, 2826:20, 2826:22, 2827:3, 2851:15

**MAP** [1] - 2798:24

**MARK** [1] - 2863:19

**MARKED** [1] - 2874:6

**MARR** [12] - 2819:20, 2821:2, 2821:7, 2821:18, 2821:19, 2822:8, 2852:23, 2853:13, 2859:16, 2863:13, 2863:21, 2864:4

**MASSIVE** [2] - 2773:16, 2774:7

**MATERIALS** [1] - 2837:4

**MATHEMATICAL** [4] - 2808:18, 2808:20, 2809:24, 2877:5

**MATT** [1] - 2765:22

**MATTER** [2] - 2794:25, 2886:17

**MATTERS** [1] - 2864:25

**MAX** [15] - 2780:25, 2783:7, 2809:17, 2876:7, 2876:13, 2876:16, 2877:3, 2877:7, 2877:10, 2877:11, 2877:21, 2877:25, 2878:9, 2878:12, 2878:21

**MAXIMUM** [41] - 2780:22, 2781:1, 2781:4, 2781:7, 2781:8, 2781:11, 2782:3, 2782:4, 2782:5, 2782:20, 2782:23, 2783:5, 2783:8, 2783:20, 2784:23, 2784:24, 2784:25, 2785:2, 2785:16, 2785:22, 2785:24, 2795:14, 2795:18, 2796:2, 2801:6, 2801:8, 2801:13, 2801:21,

2810:4, 2810:19, 2812:17, 2823:3, 2838:11, 2839:20, 2873:2, 2873:6, 2875:25, 2876:9, 2876:10, 2877:3

**MAY** [21] - 2769:9, 2769:16, 2772:13, 2772:25, 2779:25, 2790:1, 2792:17, 2806:25, 2813:17, 2815:18, 2822:1, 2822:4, 2829:15, 2830:7, 2830:19, 2852:12, 2860:16, 2864:23, 2865:14

**MAYBE** [10] - 2807:2, 2809:6, 2815:24, 2816:15, 2819:2, 2820:17, 2824:1, 2826:2, 2849:3, 2869:2

**MCCONNON** [1] - 2767:4

**ME** [73] - 2770:19, 2777:14, 2782:2, 2783:7, 2784:2, 2785:8, 2792:13, 2792:14, 2797:17, 2800:8, 2800:15, 2800:23, 2802:5, 2802:19, 2806:16, 2807:17, 2807:18, 2809:13, 2809:15, 2810:22, 2811:11, 2812:4, 2812:5, 2812:10, 2814:8, 2814:9, 2817:6, 2817:12, 2817:14, 2819:19, 2826:2, 2827:20, 2828:4, 2830:20, 2830:22, 2831:1, 2832:19, 2837:15, 2837:17, 2843:14, 2845:14, 2845:18, 2846:5, 2846:9, 2846:12, 2851:12, 2853:6, 2857:10, 2857:23, 2858:24, 2859:3, 2861:14, 2863:6, 2863:9, 2865:11, 2865:12, 2866:23, 2869:9, 2871:3, 2873:9, 2873:18, 2874:2, 2876:18, 2877:9, 2877:11, 2880:25, 2882:21, 2883:12, 2886:5, 2886:8

**MEAN** [19] - 2773:4, 2774:2, 2781:19, 2784:14, 2801:15, 2802:10, 2802:17, 2806:12, 2811:9, 2815:21, 2815:24, 2816:15, 2823:7, 2825:15, 2825:20, 2825:23, 2840:23, 2843:9, 2846:25

**MEANING** [1] - 2848:17

**MEANS** [3] - 2811:15, 2833:9, 2875:11

**MEANT** [4] - 2801:25, 2823:3, 2859:19, 2859:21

**MEANTIME** [1] - 2863:22

**MEASURE** [4] - 2784:12, 2784:20, 2787:12, 2877:18

**MEASURED** [1] - 2844:13

**MEASUREMENTS** [1] - 2850:16

**MEASURES** [3] - 2876:2, 2876:5, 2876:7

**MECHANICAL** [1] - 2767:14

**MECHANISM** [2] - 2820:9, 2820:20

**MEETING** [2] - 2821:17, 2822:10

**MEMBERS** [1] - 2869:23

**MENTALLY** [1] - 2816:16

**MENTION** [2] - 2852:18, 2852:19

**MENTIONED** [8] - 2785:23, 2841:14, 2868:5, 2868:13, 2868:17, 2869:8, 2869:9, 2875:19

**MERE** [1] - 2825:12

**MERELY** [1] - 2771:19

**MERIT** [2] - 2886:15, 2886:21

**METERS** [1] - 2839:23

**METHODOLOGY** [1] - 2784:16

**MEXICO** [1] - 2817:5

**MIC** [1] - 2860:22

**MICHAEL** [1] - 2765:4

**MIDDLE** [7] - 2782:9, 2782:11, 2782:24, 2783:4, 2801:21, 2811:15, 2811:19

**MIGHT** [13] - 2797:3, 2807:25, 2811:6, 2814:1, 2821:5, 2833:22, 2833:25, 2836:5, 2836:20, 2876:11, 2878:12, 2878:13

**MILD** [1] - 2787:17

**MILE** [3] - 2800:7, 2825:11, 2838:7

**MILES** [1] - 2826:5

**MIND** [2] - 2780:3, 2881:3

**MINDS** [1] - 2778:1

**MINE** [3] - 2798:23, 2812:12, 2882:9

**MINUS** [3] - 2794:1, 2825:18, 2851:16

**MINUTE** [1] - 2853:1

**MINUTES** [3] - 2843:15, 2868:13, 2869:3

**MINUTES'** [1] - 2776:9

**MISHEARD** [1] - 2831:20

**MISSED** [1] - 2839:14

**MISSING** [1] - 2875:12

**MISSPOKE** [1] - 2772:18

**MISTAKEN** [1] - 2871:13

**MITCHELL** [1] - 2765:22

**MITSCH** [1] - 2767:5

**MODEL** [64] - 2775:8, 2775:11, 2779:6, 2800:4, 2807:24, 2808:2, 2808:3, 2808:7, 2808:12, 2808:13, 2808:15, 2809:5, 2823:7, 2823:8, 2823:10, 2823:13, 2824:2, 2824:12, 2824:14, 2826:22, 2826:23, 2833:3, 2833:5, 2833:12, 2833:16, 2833:18, 2834:5, 2834:8, 2834:9, 2834:11, 2834:12, 2834:16, 2835:11, 2837:22, 2841:12, 2841:24, 2851:16, 2852:9, 2852:10, 2852:15, 2853:20, 2854:19, 2855:14, 2859:1, 2859:5, 2859:19, 2859:22, 2860:14, 2866:4, 2866:6, 2868:3,

2868:4, 2868:14, 2868:18, 2868:19, 2875:1, 2875:3, 2875:6, 2875:7, 2875:9, 2875:12, 2875:17

**MODEL'S** [2] - 2775:12, 2775:14

**MODELED** [1] - 2868:16

**MODELING** [14] - 2775:13, 2776:9, 2778:24, 2779:1, 2779:2, 2796:12, 2808:9, 2824:4, 2841:13, 2849:17, 2853:18, 2854:14, 2868:8

**MODELLED** [1] - 2824:17

**MODELS** [12] - 2769:23, 2799:25, 2808:6, 2822:19, 2822:23, 2823:14, 2823:19, 2852:4, 2852:7, 2854:5, 2859:18, 2868:21

**MODIFY** [1] - 2826:23

**MOMENT** [6] - 2780:24, 2787:21, 2814:3, 2819:19, 2875:20, 2882:21

**MOMENTS** [2] - 2808:24, 2886:7

**MONDAY** [1] - 2865:15

**MONTH** [1] - 2821:13

**MONTHS** [1] - 2821:14

**MORE** [19] - 2771:20, 2777:9, 2784:11, 2785:5, 2789:5, 2791:23, 2815:24, 2821:25, 2827:23, 2837:18, 2842:15, 2846:5, 2853:17, 2856:15, 2856:19, 2865:13, 2876:12, 2878:11

**MOREOVER** [1] - 2775:12

**MORGAN** [1] - 2765:9

**MORNING** [37] - 2764:11, 2770:12, 2789:11, 2796:3, 2796:6, 2798:3, 2801:9, 2803:6, 2808:1, 2810:23, 2823:5, 2823:8, 2825:13, 2827:21, 2827:23, 2828:7,

2828:8, 2829:7, 2829:12, 2833:2, 2841:17, 2841:18, 2849:4, 2849:11, 2851:25, 2866:8, 2866:10, 2866:13, 2868:17, 2869:6, 2875:1, 2876:20, 2881:10, 2881:18, 2882:17, 2884:16

**MORTALS** [1] - 2825:13

**MOST** [13] - 2776:10, 2813:22, 2814:18, 2814:21, 2815:18, 2815:19, 2816:18, 2816:19, 2869:18, 2870:23, 2872:5, 2874:17, 2885:3

**MOSTLY** [2] - 2789:20, 2876:2

**MOVE** [26] - 2770:24, 2774:12, 2779:12, 2781:20, 2817:19, 2828:6, 2841:9, 2841:20, 2860:22, 2861:2, 2861:11, 2861:16, 2861:20, 2861:22, 2862:10, 2862:13, 2862:15, 2862:18, 2863:11, 2867:20, 2878:23, 2879:24, 2881:16, 2881:23, 2881:24, 2883:6

**MOVED** [4] - 2827:20, 2827:23, 2828:1, 2864:11

**MOVEMENT** [1] - 2850:3

**MOVES** [2] - 2828:14, 2845:11

**MOVING** [4] - 2816:6, 2841:22, 2845:19, 2872:13

**MR** [244] - 2768:5, 2768:6, 2768:7, 2769:11, 2770:23, 2771:2, 2771:7, 2771:12, 2771:14, 2771:18, 2771:24, 2772:1, 2772:2, 2772:13, 2772:16, 2772:22, 2773:3, 2773:6, 2773:9, 2774:4, 2774:10, 2774:14, 2778:7, 2778:9, 2779:11, 2779:18, 2779:23, 2779:25, 2780:6,

**HOURLY TRANSCRIPT**

2780:7, 2780:10, 2780:17, 2780:19, 2781:20, 2781:25, 2782:15, 2783:17, 2783:23, 2785:10, 2791:9, 2794:5, 2795:24, 2797:9, 2798:23, 2799:3, 2800:22, 2800:25, 2801:5, 2801:11, 2801:19, 2801:24, 2802:2, 2802:4, 2802:9, 2802:20, 2803:5, 2803:10, 2803:14, 2803:18, 2803:21, 2803:25, 2804:2, 2804:16, 2804:18, 2804:23, 2804:25, 2805:4, 2805:8, 2805:13, 2806:21, 2806:23, 2807:1, 2807:3, 2807:7, 2807:14, 2812:3, 2812:15, 2813:8, 2813:11, 2815:15, 2815:22, 2816:3, 2817:7, 2817:11, 2817:23, 2819:7, 2819:9, 2825:6, 2825:9, 2827:19, 2828:5, 2828:10, 2828:12, 2829:18, 2829:24, 2830:1, 2830:8, 2830:9, 2830:13, 2830:14, 2830:22, 2831:3, 2831:4, 2831:8, 2832:3, 2832:14, 2832:21, 2832:25, 2833:20, 2833:24, 2834:4, 2836:8, 2836:25, 2837:3, 2837:20, 2839:8, 2839:11, 2839:13, 2839:16, 2841:3, 2841:6, 2841:8, 2843:14, 2843:16, 2843:21, 2843:24, 2844:3, 2844:5, 2844:8, 2847:10, 2853:2, 2853:5, 2853:7, 2853:9, 2854:10, 2854:18, 2860:25, 2861:5, 2861:6, 2861:7, 2861:9, 2861:12, 2861:14, 2861:18, 2861:19, 2861:24, 2862:1, 2862:3, 2862:5, 2862:7, 2862:9,

2862:10, 2862:16, 2862:17, 2862:23, 2863:1, 2863:2, 2863:4, 2863:6, 2863:8, 2863:11, 2863:23, 2863:24, 2864:1, 2864:4, 2864:6, 2864:10, 2864:11, 2864:15, 2864:18, 2864:19, 2865:3, 2865:5, 2865:13, 2865:17, 2865:21, 2865:22, 2865:25, 2866:1, 2866:14, 2866:20, 2866:23, 2867:2, 2867:5, 2867:17, 2867:20, 2867:22, 2867:24, 2868:1, 2869:5, 2871:3, 2871:7, 2871:10, 2871:11, 2871:13, 2871:19, 2871:21, 2873:19, 2873:21, 2874:3, 2874:8, 2874:25, 2878:4, 2878:6, 2878:8, 2878:17, 2878:19, 2879:6, 2879:8, 2879:14, 2879:17, 2879:19, 2880:3, 2880:5, 2880:8, 2880:15, 2880:18, 2880:20, 2880:21, 2880:22, 2881:5, 2882:5, 2882:9, 2882:13, 2882:21, 2882:24, 2883:1, 2883:4, 2883:8, 2883:13, 2883:15, 2883:16, 2883:17, 2883:18, 2883:20, 2883:22, 2884:3, 2884:5, 2885:14, 2885:16, 2885:17, 2885:24, 2886:3
**MRGO** [10] - 2764:8, 2773:17, 2774:7, 2774:24, 2775:11, 2775:23, 2776:24, 2777:23, 2857:25, 2858:15
**MRGO/GIWW** [7] - 2825:14, 2825:16, 2825:17, 2838:7, 2838:9, 2838:22, 2838:24
**MUCH** [23] - 2770:7, 2774:15, 2777:13, 2777:22, 2788:24, 2792:5, 2793:4,

2798:22, 2800:25, 2806:2, 2814:1, 2815:23, 2828:10, 2837:5, 2840:18, 2842:9, 2846:9, 2851:6, 2864:16, 2865:18, 2869:17, 2874:19
**MUST** [1] - 2802:12
**MY** [42] - 2769:21, 2770:9, 2773:1, 2773:22, 2778:12, 2778:24, 2778:25, 2781:21, 2782:7, 2785:14, 2790:1, 2791:12, 2791:13, 2792:7, 2802:25, 2803:25, 2804:12, 2805:6, 2808:21, 2809:19, 2809:21, 2815:16, 2815:17, 2816:16, 2817:3, 2820:14, 2822:4, 2830:14, 2830:23, 2832:22, 2834:1, 2853:4, 2853:14, 2877:15, 2880:8, 2881:3, 2882:22, 2883:3, 2883:10, 2886:17
**MYSELF** [2] - 2791:16, 2800:16

# N

**N.W** [1] - 2766:20
**NAME** [1] - 2880:5
**NARROW** [1] - 2827:14
**NATURAL** [1] - 2874:21
**NATURE** [5] - 2798:20, 2808:6, 2817:1, 2847:1, 2868:25
**NAVAL** [1] - 2784:5
**NEAR** [6] - 2787:1, 2807:16, 2807:20, 2811:19, 2834:16, 2839:25
**NECESSARILY** [2] - 2811:4, 2854:7
**NECESSARY** [1] - 2771:25
**NEED** [12] - 2771:24, 2777:4, 2787:15, 2798:21, 2806:24, 2832:20, 2837:16, 2862:8, 2864:13, 2865:20, 2873:4,

2873:18
**NEEDED** [1] - 2866:9
**NEEDS** [1] - 2865:8
**NEITHER** [1] - 2803:19
**NERVOUS** [1] - 2806:23
**NEVER** [4] - 2780:3, 2780:21, 2807:10, 2873:8
**NEW** [20] - 2764:7, 2764:17, 2764:20, 2765:12, 2765:19, 2766:8, 2766:14, 2767:12, 2770:21, 2780:2, 2780:11, 2789:24, 2818:15, 2864:7, 2867:8, 2870:14, 2872:9, 2879:4, 2879:23, 2885:20
**NEXT** [11] - 2788:10, 2797:14, 2807:15, 2810:3, 2810:18, 2817:19, 2828:20, 2836:25, 2837:14, 2881:16, 2881:23
**NICE** [3] - 2803:22, 2840:6, 2853:7
**NIGHT** [1] - 2864:20
**NINE** [2] - 2842:25, 2843:1
**NINTH** [17] - 2769:22, 2770:2, 2770:7, 2773:15, 2774:6, 2774:17, 2774:25, 2775:7, 2775:15, 2775:21, 2775:22, 2778:19, 2834:21, 2837:9, 2837:12, 2868:24, 2881:7
**NO** [93] - 2764:6, 2764:9, 2774:10, 2775:5, 2776:23, 2777:4, 2780:6, 2780:7, 2784:14, 2784:15, 2788:10, 2790:2, 2790:3, 2790:5, 2790:7, 2790:18, 2790:19, 2790:22, 2794:18, 2796:5, 2799:14, 2799:24, 2800:5, 2806:1, 2806:4, 2806:11, 2806:16, 2808:9, 2808:11, 2814:11, 2816:21, 2818:10, 2818:11, 2819:25, 2820:2, 2820:12, 2820:22,

2820:25, 2823:3, 2825:7, 2826:18, 2826:19, 2830:5, 2832:6, 2837:13, 2841:22, 2842:14, 2843:24, 2844:15, 2844:21, 2847:7, 2848:16, 2848:23, 2851:15, 2851:23, 2852:3, 2852:14, 2856:9, 2859:19, 2859:22, 2861:7, 2861:24, 2862:1, 2862:2, 2862:24, 2863:8, 2865:1, 2867:2, 2867:22, 2868:21, 2870:2, 2871:4, 2872:21, 2873:18, 2874:22, 2875:10, 2875:16, 2875:17, 2875:18, 2879:21, 2882:24, 2883:2, 2883:17, 2884:1, 2884:11, 2884:13, 2884:14
**NOMENCLATURE** [1] - 2781:3
**NONE** [2] - 2789:2, 2809:18
**NORTH** [62] - 2774:15, 2775:23, 2776:11, 2776:13, 2776:14, 2776:22, 2776:24, 2777:2, 2779:8, 2794:10, 2798:25, 2800:2, 2800:18, 2814:13, 2814:15, 2814:16, 2814:19, 2820:7, 2820:10, 2820:21, 2823:5, 2823:22, 2825:17, 2827:24, 2828:8, 2828:25, 2831:11, 2831:12, 2831:18, 2831:19, 2831:22, 2832:2, 2832:4, 2832:7, 2834:16, 2835:1, 2835:4, 2835:8, 2838:11, 2838:13, 2841:11, 2841:13, 2842:6, 2845:16, 2846:23, 2847:21, 2848:13, 2848:21, 2849:5, 2849:7, 2849:15, 2850:18, 2851:13, 2859:2, 2866:3, 2866:8, 2871:24, 2874:7, 2874:10, 2874:14
**NORTH-**

**HOURLY TRANSCRIPT**

NORTHEAST [10] - 2831:11, 2831:18, 2835:1, 2835:4, 2835:8, 2847:21, 2848:13, 2848:21, 2849:5, 2849:7
NORTH/SOUTH [1] - 2838:17
NORTHEAST [17] - 2825:25, 2828:8, 2831:11, 2831:16, 2831:18, 2831:19, 2831:22, 2832:7, 2835:1, 2835:4, 2835:8, 2847:21, 2848:13, 2848:21, 2849:5, 2849:7
NORTHERLY [1] - 2827:23
NORTHERN [2] - 2797:24, 2837:25
NORTHWEST [1] - 2794:11
NOT [142] - 2769:25, 2771:2, 2771:5, 2771:6, 2771:7, 2771:15, 2771:18, 2771:25, 2772:2, 2772:9, 2772:14, 2772:15, 2773:21, 2774:21, 2775:1, 2775:4, 2776:1, 2776:2, 2776:17, 2777:2, 2778:14, 2778:15, 2779:13, 2781:6, 2781:20, 2781:22, 2782:3, 2782:21, 2783:14, 2785:20, 2786:11, 2787:2, 2788:21, 2789:9, 2789:19, 2789:22, 2790:4, 2790:14, 2791:2, 2791:5, 2791:14, 2791:23, 2797:7, 2798:5, 2799:15, 2800:20, 2801:7, 2802:18, 2802:25, 2803:15, 2803:21, 2804:3, 2806:14, 2806:16, 2807:10, 2808:9, 2808:13, 2808:15, 2811:4, 2811:9, 2811:21, 2813:1, 2814:7, 2815:2, 2815:3, 2815:5, 2815:18, 2815:19, 2817:8, 2817:12, 2819:20, 2820:6, 2820:9,

2820:12, 2820:13, 2820:20, 2820:22, 2820:23, 2820:25, 2822:7, 2822:22, 2822:25, 2823:7, 2823:13, 2824:1, 2824:6, 2828:15, 2828:18, 2829:12, 2829:19, 2830:4, 2830:11, 2832:17, 2833:22, 2837:11, 2837:13, 2839:4, 2840:3, 2840:18, 2842:14, 2842:22, 2843:4, 2844:17, 2844:20, 2845:18, 2846:3, 2846:22, 2852:10, 2852:14, 2852:17, 2853:16, 2853:23, 2854:2, 2854:7, 2854:11, 2854:13, 2855:15, 2855:17, 2856:1, 2859:11, 2860:20, 2864:24, 2865:9, 2865:10, 2865:22, 2866:23, 2866:25, 2869:17, 2869:19, 2869:25, 2870:2, 2871:4, 2874:19, 2875:9, 2876:8, 2880:12, 2884:13
NOTE [2] - 2803:11, 2865:7
NOTHING [4] - 2771:20, 2771:21, 2879:19, 2879:22
NOTICE [1] - 2871:5
NOTIFIED [2] - 2867:15
NOW [54] - 2770:16, 2770:18, 2773:10, 2773:14, 2779:20, 2780:16, 2783:24, 2784:11, 2785:13, 2785:20, 2786:14, 2787:7, 2788:5, 2789:8, 2790:13, 2794:24, 2796:21, 2797:13, 2800:15, 2803:15, 2805:16, 2806:20, 2807:15, 2808:17, 2810:4, 2810:10, 2812:17, 2813:3, 2814:7, 2818:5, 2820:23, 2822:18, 2834:5, 2837:11, 2837:14, 2840:3, 2842:17, 2847:17, 2847:20,

2858:2, 2859:2, 2863:4, 2863:11, 2863:19, 2868:2, 2871:5, 2872:14, 2879:12, 2881:18, 2881:23, 2882:1, 2882:14, 2885:25
NUMBER [48] - 2772:4, 2774:3, 2774:4, 2774:15, 2774:23, 2775:6, 2776:7, 2776:15, 2776:16, 2779:19, 2779:21, 2780:2, 2782:24, 2783:7, 2783:20, 2784:12, 2795:16, 2809:14, 2811:9, 2812:16, 2814:1, 2814:6, 2817:20, 2818:5, 2819:14, 2830:15, 2830:24, 2831:2, 2845:10, 2855:15, 2860:13, 2861:4, 2861:8, 2863:21, 2863:22, 2864:4, 2864:6, 2864:7, 2864:8, 2873:14, 2876:12, 2876:17, 2877:2, 2877:8
NUMBERED [1] - 2886:17
NUMBERS [4] - 2779:22, 2822:5, 2857:24, 2861:14
NUMERICAL [5] - 2808:2, 2808:6, 2808:13, 2808:15, 2868:21

---

## O

O'CLOCK [41] - 2777:14, 2777:15, 2789:11, 2794:25, 2796:3, 2796:13, 2797:2, 2797:4, 2797:22, 2797:25, 2798:1, 2798:3, 2798:10, 2798:11, 2801:9, 2801:12, 2802:14, 2803:6, 2810:4, 2810:17, 2810:19, 2812:20, 2813:2, 2821:24, 2821:25, 2823:5, 2825:12, 2828:1, 2831:10, 2831:23, 2842:4, 2847:20, 2849:4, 2849:5,

2849:11
OAK [1] - 2764:24
OBJECT [3] - 2830:1, 2879:19, 2883:14
OBJECTION [19] - 2771:1, 2771:13, 2779:17, 2779:24, 2780:5, 2780:6, 2780:7, 2804:15, 2861:3, 2861:7, 2861:24, 2862:1, 2862:2, 2862:24, 2863:7, 2863:8, 2867:22, 2880:21, 2883:10
OBJECTIONS [2] - 2830:19, 2883:8
OBJECTIVE [3] - 2769:17, 2769:19, 2862:20
OBJECTIVES [1] - 2769:21
OBSERVATIONS [1] - 2784:4
OBSERVING [1] - 2784:8
OBSTRUCT [1] - 2869:17
OBSTRUCTED [1] - 2869:13
OBSTRUCTION [1] - 2870:1
OBVIOUS [1] - 2860:16
OBVIOUSLY [2] - 2784:15, 2816:4
OCCASIONAL [1] - 2817:4
OCCUR [1] - 2838:12
OCCURRED [5] - 2775:1, 2803:5, 2838:2, 2852:24, 2860:15
OCCURRING [1] - 2833:8
OCCURS [3] - 2791:11, 2791:25, 2877:11
OF [531] - 2764:1, 2764:11, 2765:7, 2767:3, 2769:17, 2769:19, 2769:21, 2770:1, 2770:2, 2770:6, 2770:7, 2770:12, 2770:16, 2770:17, 2770:21, 2771:4, 2771:6, 2771:15, 2772:4, 2772:5, 2772:23, 2773:10, 2773:15,

2773:16, 2773:17, 2773:22, 2774:6, 2774:7, 2774:16, 2775:6, 2775:8, 2775:10, 2775:14, 2776:4, 2776:6, 2776:7, 2776:11, 2776:13, 2776:24, 2777:12, 2778:15, 2778:16, 2778:18, 2779:1, 2779:4, 2779:8, 2779:13, 2779:22, 2780:13, 2780:20, 2781:11, 2781:14, 2782:6, 2782:9, 2782:11, 2782:18, 2782:19, 2782:24, 2783:1, 2783:2, 2783:3, 2783:4, 2783:9, 2783:25, 2784:6, 2784:9, 2784:10, 2784:19, 2784:21, 2784:25, 2785:4, 2785:11, 2785:13, 2785:21, 2786:12, 2786:15, 2786:16, 2786:17, 2786:19, 2786:20, 2787:2, 2787:3, 2787:6, 2787:7, 2787:11, 2788:11, 2788:20, 2788:24, 2789:5, 2789:6, 2789:13, 2789:15, 2789:22, 2790:9, 2790:16, 2790:21, 2791:15, 2791:25, 2792:8, 2792:18, 2793:12, 2793:14, 2793:23, 2793:25, 2794:2, 2794:15, 2794:18, 2794:20, 2794:21, 2795:16, 2795:19, 2796:2, 2796:6, 2796:18, 2797:6, 2797:9, 2797:17, 2798:15, 2798:20, 2798:21, 2799:9, 2800:6, 2800:12, 2800:16, 2800:18, 2801:22, 2802:5, 2802:6, 2802:7, 2802:8, 2802:11, 2802:16, 2802:20, 2802:22, 2802:23, 2803:4, 2803:19, 2804:8, 2804:10, 2804:14, 2804:17, 2804:18, 2805:5, 2805:10,

2805:18, 2806:3,
2806:6, 2807:17,
2807:21, 2807:25,
2808:1, 2808:6,
2808:9, 2808:19,
2809:14, 2809:15,
2809:18, 2809:22,
2811:16, 2811:19,
2811:20, 2811:21,
2812:11, 2812:12,
2812:17, 2813:6,
2813:15, 2813:20,
2813:21, 2814:10,
2814:18, 2814:21,
2815:6, 2815:8,
2815:18, 2815:19,
2816:6, 2816:10,
2816:18, 2816:19,
2816:21, 2817:1,
2817:4, 2817:15,
2817:22, 2817:25,
2818:1, 2818:5,
2818:15, 2819:15,
2819:20, 2819:21,
2819:22, 2820:3,
2820:7, 2820:9,
2820:21, 2821:1,
2821:15, 2821:17,
2822:4, 2823:1,
2823:4, 2823:8,
2823:11, 2823:19,
2823:20, 2824:21,
2825:14, 2825:15,
2825:17, 2825:22,
2826:5, 2827:9,
2827:21, 2827:25,
2828:7, 2828:8,
2828:25, 2829:5,
2829:7, 2829:8,
2829:12, 2829:19,
2829:21, 2830:16,
2831:2, 2831:10,
2831:18, 2831:19,
2832:4, 2832:16,
2832:17, 2832:21,
2833:5, 2833:7,
2833:8, 2833:9,
2833:10, 2834:16,
2834:20, 2834:22,
2834:23, 2834:25,
2835:1, 2835:4,
2835:5, 2835:14,
2835:21, 2836:14,
2836:15, 2836:20,
2836:23, 2836:24,
2837:4, 2837:6,
2837:8, 2837:25,
2838:10, 2838:12,
2838:13, 2838:17,
2838:20, 2838:24,
2839:21, 2839:22,

2839:24, 2840:13,
2840:17, 2841:14,
2842:2, 2842:18,
2842:19, 2842:24,
2843:14, 2844:11,
2844:15, 2845:5,
2845:7, 2845:15,
2845:20, 2845:23,
2846:1, 2846:2,
2846:15, 2846:18,
2846:20, 2846:21,
2847:1, 2847:13,
2847:14, 2847:17,
2847:21, 2847:23,
2848:1, 2848:3,
2848:5, 2848:6,
2848:9, 2848:11,
2848:13, 2848:20,
2848:24, 2848:25,
2849:5, 2849:6,
2849:7, 2849:16,
2849:24, 2850:3,
2850:25, 2851:17,
2851:18, 2851:24,
2851:25, 2852:12,
2852:14, 2852:20,
2852:24, 2853:3,
2853:23, 2854:1,
2854:3, 2854:12,
2854:15, 2854:22,
2855:3, 2855:4,
2855:16, 2855:18,
2855:19, 2855:21,
2855:22, 2855:23,
2855:25, 2856:1,
2856:3, 2856:4,
2856:6, 2856:7,
2856:10, 2856:13,
2856:17, 2856:21,
2857:2, 2857:3,
2857:4, 2857:8,
2857:11, 2857:16,
2857:19, 2857:25,
2858:5, 2858:10,
2858:14, 2858:18,
2858:23, 2859:2,
2859:11, 2859:14,
2859:24, 2860:5,
2860:6, 2860:8,
2860:9, 2860:10,
2860:11, 2860:14,
2862:11, 2862:13,
2862:20, 2862:21,
2862:25, 2863:14,
2863:25, 2864:15,
2865:12, 2865:14,
2866:2, 2866:4,
2866:6, 2866:14,
2866:25, 2867:7,
2867:9, 2868:11,
2868:14, 2868:18,

2868:19, 2868:22,
2868:23, 2868:25,
2869:12, 2869:16,
2869:18, 2869:20,
2869:23, 2870:2,
2870:3, 2870:4,
2870:5, 2870:8,
2870:14, 2870:16,
2870:21, 2870:23,
2871:1, 2872:5,
2872:9, 2872:22,
2872:24, 2873:1,
2873:3, 2873:6,
2873:7, 2873:8,
2873:12, 2873:24,
2873:25, 2874:7,
2874:9, 2874:13,
2874:16, 2874:17,
2874:19, 2874:23,
2874:24, 2875:11,
2875:20, 2875:22,
2875:23, 2875:24,
2875:25, 2876:2,
2876:4, 2876:5,
2876:8, 2876:12,
2876:17, 2876:19,
2877:2, 2877:8,
2877:12, 2877:16,
2877:18, 2877:22,
2878:9, 2879:2,
2879:3, 2879:17,
2880:2, 2880:23,
2880:24, 2881:6,
2881:11, 2884:8,
2884:17, 2884:20,
2884:22, 2884:24,
2885:2, 2885:3,
2885:4, 2885:10,
2886:7, 2886:15,
2886:16, 2886:17

**OFF** [27] - 2781:17,
2786:9, 2791:13,
2792:4, 2793:4,
2793:6, 2814:15,
2814:23, 2815:11,
2815:12, 2815:25,
2817:1, 2818:2,
2827:4, 2835:12,
2835:24, 2848:23,
2864:22, 2865:8,
2866:11, 2866:13,
2871:2, 2871:20,
2872:6, 2873:23,
2874:2, 2879:24

**OFFERED** [9] -
2771:7, 2771:8,
2771:18, 2771:19,
2780:1, 2792:24,
2806:17, 2808:19,
2846:8

**OFFERING** [2] -

2772:8, 2772:10
**OFFICE** [1] - 2765:7
**OFFICER** [1] - 2784:8
**OFFICERS** [1] -
2784:5
**OFFICIAL** [3] -
2767:11, 2886:15,
2886:21
**OH** [8] - 2777:17,
2839:9, 2843:24,
2844:6, 2850:20,
2865:22, 2867:2,
2884:14
**OKAY** [34] - 2770:11,
2770:15, 2776:25,
2798:10, 2800:11,
2805:9, 2805:14,
2806:20, 2810:10,
2818:5, 2819:15,
2820:23, 2828:20,
2829:1, 2831:11,
2832:8, 2833:1,
2837:14, 2838:2,
2838:6, 2839:9,
2840:9, 2841:5,
2843:3, 2844:1,
2846:5, 2849:10,
2849:14, 2855:24,
2856:3, 2864:16,
2873:17, 2878:17,
2884:3
**ON** [113] - 2770:12,
2773:5, 2773:17,
2774:8, 2774:12,
2775:10, 2776:15,
2776:21, 2777:1,
2777:5, 2777:15,
2780:22, 2780:23,
2783:13, 2783:20,
2787:16, 2787:24,
2788:25, 2789:19,
2791:15, 2792:11,
2793:7, 2793:15,
2793:17, 2795:2,
2795:4, 2797:8,
2799:11, 2799:18,
2799:20, 2799:24,
2800:6, 2806:7,
2806:10, 2807:17,
2807:20, 2808:1,
2809:14, 2809:25,
2811:5, 2811:8,
2812:9, 2813:13,
2813:14, 2815:24,
2817:3, 2817:19,
2821:1, 2822:9,
2823:8, 2823:20,
2823:25, 2824:21,
2826:7, 2826:14,
2828:22, 2830:5,

2830:19, 2830:23,
2831:23, 2833:3,
2833:7, 2835:24,
2836:4, 2836:11,
2836:20, 2837:8,
2837:11, 2839:1,
2842:6, 2842:13,
2842:21, 2843:8,
2845:10, 2845:23,
2846:19, 2846:21,
2846:25, 2847:8,
2847:12, 2848:1,
2851:25, 2852:12,
2854:23, 2855:22,
2855:24, 2856:6,
2856:10, 2857:6,
2860:14, 2865:8,
2865:22, 2866:12,
2868:8, 2869:7,
2869:10, 2869:11,
2871:5, 2871:15,
2872:13, 2872:15,
2874:19, 2874:24,
2875:4, 2875:25,
2876:8, 2876:12,
2878:23, 2879:10,
2884:2, 2884:25,
2885:13, 2886:6
**ONCE** [4] - 2837:24,
2838:16, 2877:12
**ONE** [63] - 2773:14,
2776:11, 2780:20,
2780:24, 2784:10,
2785:3, 2785:4,
2785:6, 2785:11,
2787:25, 2791:6,
2793:20, 2795:19,
2796:17, 2797:3,
2801:6, 2806:9,
2806:11, 2809:23,
2810:18, 2811:9,
2811:20, 2813:15,
2814:1, 2816:23,
2817:13, 2818:5,
2833:23, 2834:16,
2840:17, 2841:4,
2841:6, 2842:20,
2846:5, 2848:23,
2852:7, 2852:21,
2852:23, 2854:5,
2855:24, 2858:21,
2859:11, 2861:10,
2862:12, 2863:2,
2865:11, 2873:6,
2876:8, 2876:19,
2878:9, 2880:24,
2881:2, 2881:3,
2881:14, 2881:21,
2881:25, 2882:11,
2882:21, 2883:11,
2886:2

ONE-FIFTH [1] - 2791:6
ONE-HALF [1] - 2840:17
ONE-THIRD [1] - 2784:10
ONES [2] - 2802:14, 2839:1
ONLY [23] - 2776:11, 2776:22, 2776:24, 2777:2, 2779:8, 2788:10, 2791:11, 2793:12, 2793:14, 2796:12, 2802:16, 2807:23, 2821:1, 2822:9, 2822:12, 2842:6, 2848:9, 2850:12, 2850:13, 2852:3, 2872:20, 2876:7, 2884:6
ONWARDS [1] - 2830:25
OPEN [1] - 2869:14
OPERATIONS [1] - 2867:16
OPINE [1] - 2809:23
OPINED [2] - 2787:2, 2811:13
OPINING [2] - 2810:4, 2811:19
OPINION [19] - 2778:25, 2780:13, 2792:25, 2793:2, 2800:13, 2800:17, 2802:7, 2806:17, 2807:24, 2808:18, 2816:5, 2817:20, 2820:6, 2820:9, 2820:20, 2822:18, 2842:13, 2879:21, 2884:2
OPINIONS [11] - 2770:17, 2771:11, 2772:10, 2772:24, 2773:10, 2821:20, 2822:8, 2852:23, 2862:21, 2862:22, 2879:10
OPPORTUNITY [3] - 2822:10, 2863:12, 2865:17
OPPOSED [1] - 2875:3
OPTIMUM [5] - 2826:6, 2826:11, 2827:1, 2859:5, 2860:8
OR [50] - 2769:25, 2772:15, 2772:17, 2781:7, 2782:6,

2785:15, 2786:8, 2787:10, 2790:2, 2790:14, 2792:4, 2794:1, 2797:4, 2798:5, 2801:16, 2802:13, 2803:15, 2804:3, 2805:7, 2807:11, 2808:9, 2811:7, 2813:15, 2815:1, 2815:5, 2817:12, 2820:7, 2820:10, 2820:21, 2824:2, 2824:6, 2825:18, 2836:14, 2844:11, 2851:16, 2852:11, 2852:16, 2852:21, 2853:16, 2856:21, 2858:21, 2859:12, 2865:15, 2866:15, 2868:18, 2869:10, 2877:12, 2878:14, 2878:24
ORDER [10] - 2769:4, 2772:7, 2775:10, 2800:6, 2807:17, 2807:21, 2835:19, 2856:6, 2858:24, 2860:16
ORIGINALLY [1] - 2880:9
ORLEANS [16] - 2764:7, 2764:17, 2764:20, 2765:12, 2765:19, 2766:8, 2766:14, 2767:12, 2770:21, 2818:15, 2867:8, 2870:14, 2870:15, 2872:9, 2879:4, 2885:20
OTHER [26] - 2775:13, 2778:1, 2778:4, 2790:20, 2799:20, 2799:21, 2803:16, 2804:4, 2806:24, 2809:24, 2813:21, 2820:3, 2822:1, 2822:2, 2826:8, 2835:24, 2837:21, 2840:16, 2848:24, 2851:10, 2858:18, 2858:22, 2863:21, 2868:12, 2881:2
OTHERS [1] - 2821:5
OUR [16] - 2771:6, 2778:16, 2840:12, 2850:7, 2854:14, 2859:13, 2859:25, 2860:11, 2860:14, 2865:7, 2868:8, 2868:16, 2883:8,

2885:24
OURSELVES [1] - 2798:25
OUT [48] - 2772:5, 2777:11, 2784:7, 2784:25, 2785:11, 2798:10, 2800:23, 2803:17, 2804:14, 2805:21, 2811:20, 2812:5, 2812:10, 2812:12, 2813:20, 2817:4, 2818:2, 2826:20, 2828:8, 2829:7, 2829:12, 2829:19, 2829:21, 2831:10, 2832:16, 2832:17, 2833:5, 2833:8, 2833:9, 2834:25, 2835:4, 2838:13, 2847:21, 2848:13, 2848:20, 2849:5, 2849:24, 2851:19, 2852:4, 2853:6, 2865:12, 2870:23, 2872:2, 2874:16, 2874:23, 2877:12, 2880:25, 2883:12
OUTPUTS [1] - 2823:17
OUTSIDE [2] - 2782:19, 2787:3
OVER [49] - 2781:1, 2784:6, 2787:14, 2788:19, 2788:21, 2788:22, 2788:24, 2789:2, 2789:4, 2789:5, 2793:6, 2794:8, 2797:10, 2801:14, 2801:20, 2801:24, 2801:25, 2802:10, 2802:12, 2802:13, 2802:15, 2802:24, 2803:2, 2807:18, 2815:19, 2827:21, 2829:5, 2830:23, 2838:22, 2840:22, 2847:12, 2848:4, 2853:23, 2853:24, 2855:4, 2855:23, 2855:25, 2856:1, 2866:10, 2866:21, 2873:9, 2877:23, 2878:1, 2878:23, 2885:3, 2885:6, 2885:10
OVERALL [1] - 2877:16
OVERNIGHT [1] - 2808:16

OVERTOP [2] - 2885:5, 2885:12
OVERTOPPING [37] - 2770:3, 2770:8, 2806:13, 2846:23, 2853:18, 2853:21, 2854:2, 2854:5, 2854:9, 2854:12, 2854:13, 2854:14, 2854:19, 2855:2, 2855:7, 2855:14, 2856:3, 2856:4, 2856:25, 2859:12, 2859:13, 2859:15, 2859:17, 2859:22, 2859:24, 2860:1, 2860:5, 2860:11, 2860:18, 2868:15, 2871:1, 2872:8, 2877:19, 2885:4
OWEN [1] - 2766:3
OWN [3] - 2777:5, 2808:9, 2834:1

P

P.M [1] - 2886:9
P.O [1] - 2767:7
PAGE [25] - 2768:3, 2769:16, 2770:16, 2772:17, 2802:22, 2806:6, 2807:22, 2819:6, 2819:10, 2819:14, 2819:16, 2824:22, 2830:22, 2836:25, 2839:1, 2839:17, 2861:20, 2862:20, 2862:21, 2867:9, 2879:17, 2881:23
PAGES [6] - 2796:18, 2861:22, 2862:13, 2862:18, 2862:19, 2883:7
PALMINTIER [2] - 2765:3, 2765:4
PAPANTONIO [1] - 2765:21
PAPER [1] - 2835:15
PARAGRAPH [10] - 2769:18, 2796:18, 2796:19, 2806:9, 2809:20, 2824:20, 2837:1, 2837:14, 2837:21, 2862:22
PARALLEL [1] - 2793:8
PARISH [9] - 2769:22, 2773:15, 2774:17, 2774:25, 2775:7,

2778:19, 2778:21, 2778:22, 2778:23
PARSE [1] - 2883:11
PART [18] - 2770:2, 2770:7, 2771:6, 2773:22, 2778:16, 2796:6, 2802:7, 2816:6, 2822:4, 2837:25, 2846:2, 2848:6, 2852:19, 2860:11, 2870:21, 2873:25, 2874:16, 2879:2
PARTIAL [1] - 2844:18, 2844:19
PARTICLE [1] - 2788:17
PARTICLES [1] - 2788:16
PARTICULAR [1] - 2826:3
PARTICULARLY [1] - 2869:21
PARTIES [3] - 2780:1, 2828:6, 2830:9
PARTY [1] - 2803:19
PASS [4] - 2869:20, 2870:6, 2870:9, 2870:19
PASSES [1] - 2885:10
PASSING [2] - 2869:25, 2885:6
PATIENCE [1] - 2861:1
PEAK [4] - 2829:6, 2829:8, 2838:23, 2874:12
PENSACOLA [1] - 2765:23
PEOPLE [4] - 2784:9, 2784:19, 2866:17, 2866:18
PEPPER [4] - 2767:11, 2886:14, 2886:19, 2886:20
PER [1] - 2810:11
PERCENT [13] - 2794:15, 2794:18, 2794:20, 2816:1, 2836:12, 2836:13, 2837:7, 2850:11, 2850:12, 2850:13, 2853:14, 2876:4
PERCENTAGE [1] - 2793:16
PERHAPS [2] - 2772:18, 2856:9
PERIOD [4] - 2795:4, 2803:19, 2809:15
PERIODS [2] - 2829:8,

2838:23

**PERPENDICULAR** [5] - 2794:16, 2794:22, 2818:4, 2848:19, 2849:1

**PERSON** [2] - 2876:9, 2876:10

**PERTAINS** [1] - 2764:8

**PHENOMENON** [2] - 2855:12, 2855:13

**PHONE** [1] - 2866:18

**PHOTO** [3] - 2814:12, 2873:22, 2874:11

**PHOTOGRAPH** [6] - 2814:3, 2814:9, 2815:21, 2845:10, 2869:8, 2873:24

**PHOTOGRAPHIC** [1] - 2839:2

**PHOTOGRAPHS** [8] - 2805:17, 2805:19, 2805:21, 2805:24, 2807:16, 2807:20, 2839:25, 2864:12

**PHRASE** [1] - 2875:20

**PHYSICAL** [2] - 2855:12

**PHYSICALLY** [1] - 2858:13

**PHYSICS** [1] - 2785:17

**PICK** [3] - 2813:1, 2855:15, 2866:1

**PICKED** [1] - 2812:9

**PICKING** [1] - 2810:23

**PICTURE** [11] - 2817:19, 2817:24, 2839:5, 2839:7, 2839:8, 2839:11, 2843:9, 2843:13, 2845:2, 2862:11, 2884:8

**PICTURES** [8] - 2804:5, 2804:6, 2804:11, 2804:12, 2804:17, 2805:14, 2845:5, 2845:7

**PIECE** [1] - 2835:14

**PIGMAN** [1] - 2766:11

**PILE** [3] - 2786:22, 2787:1

**PITARD** [1] - 2807:3

**PLACE** [7] - 2786:5, 2787:20, 2793:6, 2794:8, 2815:19, 2817:8, 2828:7

**PLACED** [1] - 2786:23

**PLAINTIFF** [1] - 2861:10

**PLAINTIFFS** [3] - 2764:15, 2771:16, 2779:14

**PLAINTIFFS'** [3] - 2775:7, 2776:3, 2828:5

**PLAY** [1] - 2836:4

**PLAYS** [2] - 2774:15, 2777:23

**PLC** [1] - 2766:7

**PLEASE** [14] - 2769:7, 2769:8, 2770:9, 2770:16, 2780:17, 2796:21, 2804:12, 2806:8, 2812:5, 2812:10, 2843:17, 2843:19, 2843:20, 2886:8

**PLUS** [3] - 2794:1, 2825:18, 2851:16

**PODIUM** [1] - 2883:5

**POINT** [27] - 2771:14, 2772:1, 2772:2, 2776:15, 2782:2, 2799:12, 2803:4, 2803:17, 2811:15, 2826:9, 2828:13, 2838:16, 2839:25, 2840:13, 2840:17, 2842:11, 2844:10, 2850:3, 2858:23, 2859:9, 2863:3, 2866:1, 2867:17, 2878:6, 2884:15, 2885:23

**POINTED** [1] - 2826:20

**POINTER** [1] - 2799:7

**POINTS** [2] - 2857:15, 2857:20

**POLDER** [4] - 2770:20, 2773:16, 2857:11, 2857:16

**PONTCHARTRAIN** [4] - 2798:18, 2800:2, 2825:1, 2839:21

**POOL** [2] - 2835:23, 2836:4

**POOR** [1] - 2777:12

**POPULATION** [1] - 2876:9

**POROUS** [2] - 2836:14, 2869:16

**PORT** [4] - 2818:15, 2870:14, 2872:5, 2872:9

**PORTABLE** [1] - 2806:25

**PORTION** [6] - 2793:12, 2793:14,

2797:9, 2807:21, 2819:21, 2838:12

**POSSIBLE** [7] - 2776:4, 2778:17, 2779:1, 2826:4, 2865:15, 2868:10, 2880:24

**POSSIBLY** [1] - 2838:19

**POTENTIAL** [1] - 2787:23

**POUNDAGE** [1] - 2861:15

**POWER** [1] - 2866:16

**POYDRAS** [2] - 2765:12, 2767:12

**PRECISE** [1] - 2830:6

**PRECISELY** [1] - 2868:20

**PRECISION** [1] - 2805:24

**PREDICT** [3] - 2823:11, 2823:22, 2852:4

**PREDICTED** [1] - 2775:8

**PREDICTING** [2] - 2809:1, 2849:17

**PREDICTION** [4] - 2823:20, 2823:24, 2823:25, 2860:5

**PREDICTIONS** [2] - 2799:17, 2809:15

**PREMISE** [1] - 2866:12

**PREMISES** [1] - 2885:20

**PRESENT** [3] - 2847:6, 2852:22, 2853:12

**PRESENTATION** [7] - 2870:11, 2871:6, 2871:8, 2875:4, 2879:20, 2880:5, 2883:7

**PRESUMABLY** [1] - 2847:13

**PRESUME** [3] - 2819:4, 2822:12, 2825:18

**PRESUMED** [1] - 2805:18

**PRETTY** [7] - 2777:21, 2779:6, 2806:11, 2850:22, 2850:23, 2851:21, 2868:25

**PREVAILING** [1] - 2831:10

**PREVIOUS** [5] - 2797:19, 2805:7,

2824:22, 2839:1, 2839:17

**PRIMARILY** [7] - 2773:19, 2773:20, 2834:25, 2843:12, 2848:5, 2866:14, 2871:1

**PRIMARY** [2] - 2769:21, 2834:20

**PRINCIPAL** [2] - 2873:9, 2873:10

**PRIOR** [1] - 2801:16

**PROBABLY** [9] - 2806:4, 2814:21, 2833:9, 2850:11, 2858:15, 2859:14, 2865:12, 2885:22, 2885:25

**PROBLEM** [4] - 2792:8, 2806:21, 2854:11, 2856:9

**PROBLEMS** [1] - 2859:11

**PROCEED** [1] - 2769:9

**PROCEEDINGS** [4] - 2764:11, 2767:14, 2769:1, 2886:17

**PROCESS** [7] - 2781:18, 2788:4, 2789:2, 2857:2, 2857:3, 2859:20

**PROCESSING** [1] - 2816:17

**PROCTOR** [1] - 2765:22

**PRODUCED** [2] - 2767:14, 2829:5

**PRODUCING** [1] - 2851:16

**PROFESSOR** [2] - 2771:2, 2771:15

**PROGRAM** [1] - 2854:8

**PROJECTION** [1] - 2792:18

**PROJECTOR** [1] - 2865:8

**PROMISE** [1] - 2867:3

**PROPAGATE** [2] - 2875:8, 2875:15

**PROPAGATES** [2] - 2787:14, 2787:15

**PROPAGATING** [5] - 2787:14, 2835:12, 2838:10, 2847:2, 2869:7

**PROPERTIES** [1] - 2776:8

**PROPERTY** [2] -

2776:19, 2777:23

**PROPORTIONAL** [2] - 2791:5, 2869:12

**PROVIDED** [1] - 2871:4

**PROVIDING** [1] - 2875:16

**PULL** [3] - 2796:17, 2866:22, 2870:10

**PUMP** [4] - 2866:10, 2866:13, 2866:15

**PURPOSE** [3] - 2778:20, 2823:19, 2877:24

**PUSHING** [5] - 2835:1, 2835:6, 2847:24, 2849:20, 2851:13

**PUT** [8] - 2773:11, 2779:5, 2797:11, 2833:11, 2864:22, 2866:19, 2868:22, 2880:9

**PX-4683** [1] - 2802:19

**PX-4683-1** [1] - 2802:21

**PX-4740** [2] - 2844:9, 2862:10

---

## Q

**QUALITY** [1] - 2777:12

**QUANTIFY** [1] - 2869:10

**QUESTION** [33] - 2770:9, 2770:19, 2781:21, 2785:14, 2786:3, 2790:1, 2792:10, 2792:22, 2793:3, 2804:12, 2804:13, 2804:17, 2804:18, 2805:6, 2814:8, 2815:16, 2818:12, 2820:17, 2823:10, 2825:6, 2831:5, 2833:13, 2840:15, 2841:23, 2848:12, 2849:3, 2853:25, 2854:3, 2855:6, 2872:14, 2877:9, 2877:15, 2884:6

**QUESTIONED** [1] - 2879:22

**QUESTIONING** [1] - 2831:3

**QUESTIONS** [12] - 2771:22, 2772:17, 2783:25, 2819:22,

2833:20, 2852:21, 2857:6, 2869:5, 2874:8, 2882:24, 2883:2, 2883:17
**QUICK** [2] - 2819:7, 2857:6
**QUICKER** [1] - 2832:10
**QUICKLY** [1] - 2779:23
**QUITE** [7] - 2805:1, 2829:4, 2829:8, 2854:11, 2856:12, 2859:11, 2873:8

# R

**RADIAL** [4] - 2849:25, 2850:5, 2850:8, 2850:10
**RAINWATER** [1] - 2860:10
**RANGE** [10] - 2783:3, 2829:8, 2836:24, 2837:7, 2838:24, 2839:24, 2851:18, 2868:19, 2873:3
**RAPIDLY** [2] - 2825:4, 2838:7
**RATE** [3] - 2855:22, 2868:11, 2868:23
**RATHER** [2] - 2833:15, 2883:11
**RAYLEIGH** [2] - 2783:1, 2876:5
**RE** [1] - 2764:4
**REACH** [5] - 2774:24, 2779:5, 2799:5, 2809:24, 2828:13
**REACHED** [3] - 2774:19, 2775:2, 2780:13
**REACHES** [2] - 2782:6, 2877:21
**REACHING** [1] - 2820:4
**READ** [10] - 2775:17, 2803:12, 2805:20, 2805:23, 2809:22, 2822:3, 2867:12, 2884:17
**READER** [1] - 2809:22
**READING** [3] - 2797:3, 2835:14, 2835:21
**READY** [2] - 2844:5, 2865:4
**REAL** [2] - 2806:22, 2819:7
**REALITY** [1] - 2775:11

**REALLY** [10] - 2771:24, 2774:1, 2778:15, 2792:25, 2802:25, 2807:1, 2836:5, 2862:7, 2868:7, 2883:14
**REALTIME** [3] - 2767:11, 2886:14, 2886:20
**REALTY** [1] - 2775:13
**REASON** [5] - 2777:8, 2796:11, 2830:9, 2857:23, 2858:10
**REASONABLE** [1] - 2843:22
**REASONABLY** [4] - 2779:2, 2868:23, 2868:24, 2869:16
**REASONED** [1] - 2796:15
**REASONING** [1] - 2798:24
**REBOOT** [1] - 2865:20
**RECALL** [7] - 2793:4, 2822:13, 2847:18, 2853:15, 2870:13, 2871:9, 2871:14
**RECALLS** [1] - 2870:13
**RECEIVING** [1] - 2866:18
**RECENTLY** [1] - 2792:21
**RECESS** [3] - 2843:15, 2843:18, 2886:10
**RECESS...................
................** [1] - 2768:8
**RECOGNIZE** [1] - 2867:6
**RECONSTRUCT** [1] - 2769:21
**RECORD** [14] - 2770:23, 2773:5, 2802:19, 2802:21, 2803:11, 2803:18, 2814:5, 2815:17, 2819:2, 2823:6, 2853:2, 2862:18, 2866:7, 2886:17
**RECORDED** [1] - 2767:14
**RECROSS** [2] - 2768:7, 2883:21
**RECROSS-EXAMINATION** [2] - 2768:7, 2883:21
**RED** [1] - 2880:22
**REDIRECT** [5] -

2768:6, 2865:4, 2865:5, 2865:24, 2879:25
**REDUCE** [4] - 2786:18, 2788:3, 2855:18, 2861:15
**REDUCED** [4] - 2787:7, 2787:23, 2838:8, 2852:12
**REDUCING** [1] - 2794:24
**REFER** [3] - 2809:21, 2822:2, 2824:21
**REFERENCE** [3] - 2805:17, 2809:19, 2820:1
**REFERENCED** [1] - 2875:1
**REFERRED** [2] - 2862:18, 2862:19
**REFERRING** [4] - 2805:22, 2805:25, 2845:21, 2848:9
**REFERS** [1] - 2797:18
**REFLECT** [5] - 2769:18, 2826:23, 2836:19, 2870:24, 2872:6
**REFLECTED** [1] - 2834:22
**REFLECTING** [2] - 2811:4, 2836:12
**REFLECTION** [9] - 2781:17, 2792:11, 2811:8, 2815:23, 2836:11, 2837:5, 2837:7, 2885:2
**REFLECTIVE** [2] - 2817:17, 2836:18
**REFRACT** [1] - 2875:8
**REFRACTION** [2] - 2848:10, 2851:1
**REGARD** [16] - 2771:11, 2775:20, 2775:21, 2776:3, 2776:5, 2790:13, 2800:12, 2802:6, 2817:20, 2822:9, 2857:10, 2858:19, 2858:20, 2863:15, 2863:16, 2884:6
**REGARDLESS** [1] - 2790:16
**REGION** [3] - 2782:19, 2799:8, 2799:9
**REGISTERED** [2] - 2886:14, 2886:21
**RELATED** [2] - 2784:9, 2788:25
**RELATIONSHIP** [3] -

2791:15, 2856:7, 2877:5
**RELATIONSHIPS** [1] - 2854:13
**RELATIVE** [1] - 2802:8
**RELATIVELY** [2] - 2825:13, 2869:14
**RELEVANT** [2] - 2771:10, 2877:9
**RELIABILITY** [1] - 2803:4
**RELY** [1] - 2866:12
**REMEMBER** [8] - 2792:7, 2800:6, 2803:22, 2813:14, 2829:15, 2829:16, 2841:14, 2884:7
**REMEMBERING** [1] - 2792:16
**REMIND** [1] - 2829:10
**RENDERED** [1] - 2879:9
**REPEAT** [2] - 2820:19, 2853:25
**REPORT** [61] - 2769:17, 2769:19, 2770:16, 2770:19, 2770:20, 2771:5, 2771:6, 2771:16, 2771:23, 2772:3, 2772:6, 2772:7, 2772:10, 2773:11, 2773:20, 2773:22, 2775:17, 2777:1, 2780:13, 2784:5, 2796:1, 2796:2, 2796:5, 2796:18, 2797:1, 2802:6, 2804:8, 2804:10, 2805:6, 2805:21, 2805:23, 2806:3, 2806:6, 2808:21, 2809:18, 2809:21, 2809:22, 2810:8, 2810:17, 2819:11, 2819:15, 2819:17, 2822:19, 2826:21, 2832:18, 2862:14, 2862:21, 2862:25, 2863:5, 2863:15, 2863:18, 2879:9, 2879:15, 2879:22, 2880:3, 2880:10, 2880:23, 2884:11
**REPORTED** [8] - 2803:5, 2809:3, 2822:19, 2835:17, 2835:18, 2846:9, 2852:23, 2858:6

**REPORTER** [9] - 2767:11, 2767:11, 2886:14, 2886:15, 2886:15, 2886:20, 2886:21, 2886:21
**REPORTER'S** [1] - 2886:13
**REPORTING** [5] - 2789:13, 2789:15, 2797:8, 2801:19, 2847:12
**REPORTS** [4] - 2797:4, 2834:16, 2880:2, 2880:4
**REPRESENT** [6] - 2772:23, 2832:17, 2873:23, 2874:6, 2874:10, 2882:5
**REPRESENTATIVE** [2] - 2784:11, 2813:20
**REPRESENTS** [2] - 2832:16, 2839:24
**RESIDENT** [1] - 2879:3
**RESOLUTION** [1] - 2882:6
**RESOLVE** [1] - 2778:2
**RESPECT** [4] - 2789:5, 2841:3, 2856:10, 2856:11
**RESPONSE** [3] - 2830:13, 2830:14, 2880:8
**RESPONSIVE** [1] - 2781:21
**REST** [2] - 2782:7, 2788:11
**RESTRICT** [1] - 2880:16
**RESULT** [5] - 2822:24, 2838:20, 2841:12, 2848:9, 2848:11
**RESULTS** [3] - 2834:19, 2842:14, 2857:10
**RETAINED** [3] - 2769:12, 2769:24, 2778:10
**RETAINER** [1] - 2770:4
**REVIEW** [1] - 2863:13
**REVIEWED** [1] - 2845:5
**RICOCHET** [1] - 2835:2
**RIGHT** [207] - 2769:12, 2769:24, 2770:23, 2773:7, 2773:14, 2774:12, 2774:21,

2774:22, 2775:6,
2776:1, 2777:4,
2777:19, 2779:4,
2779:10, 2779:18,
2779:20, 2780:13,
2781:8, 2782:1,
2785:8, 2785:11,
2785:18, 2786:6,
2786:12, 2787:3,
2788:6, 2788:9,
2788:17, 2789:13,
2790:19, 2791:21,
2791:22, 2791:25,
2792:3, 2792:5,
2792:16, 2793:8,
2793:13, 2793:16,
2794:6, 2794:12,
2794:16, 2794:22,
2795:17, 2796:13,
2797:21, 2797:24,
2798:11, 2798:13,
2798:16, 2798:19,
2799:1, 2799:13,
2800:8, 2800:11,
2800:22, 2800:24,
2803:4, 2803:21,
2804:8, 2805:14,
2805:16, 2806:12,
2807:2, 2807:5,
2808:16, 2808:19,
2810:1, 2810:3,
2810:8, 2810:10,
2810:11, 2810:18,
2811:3, 2812:1,
2812:4, 2812:7,
2812:8, 2812:20,
2812:24, 2813:3,
2814:19, 2815:16,
2816:4, 2816:7,
2816:25, 2817:21,
2818:8, 2818:13,
2819:3, 2819:16,
2819:17, 2819:22,
2821:2, 2821:7,
2822:23, 2823:13,
2823:19, 2823:24,
2824:17, 2824:23,
2826:10, 2827:21,
2828:1, 2828:21,
2828:24, 2830:22,
2831:18, 2831:19,
2831:25, 2832:15,
2834:13, 2834:23,
2835:5, 2835:20,
2835:25, 2836:3,
2836:22, 2837:22,
2837:25, 2838:1,
2838:4, 2838:17,
2838:18, 2839:2,
2839:4, 2839:5,
2839:20, 2840:1,

2840:6, 2840:10,
2840:14, 2841:2,
2841:18, 2842:2,
2842:8, 2842:20,
2842:25, 2843:5,
2843:7, 2843:11,
2843:16, 2844:12,
2844:22, 2845:14,
2845:18, 2845:22,
2846:24, 2847:4,
2847:7, 2847:11,
2848:10, 2848:15,
2849:12, 2849:15,
2849:21, 2851:12,
2852:5, 2853:17,
2853:24, 2854:6,
2854:19, 2854:23,
2855:11, 2856:2,
2856:22, 2856:24,
2857:8, 2857:12,
2857:17, 2857:19,
2857:21, 2857:24,
2857:25, 2858:2,
2858:20, 2858:23,
2858:25, 2859:18,
2860:6, 2860:13,
2860:24, 2863:4,
2867:10, 2867:11,
2871:5, 2871:17,
2873:17, 2875:19,
2876:1, 2876:2,
2876:14, 2877:1,
2878:17, 2879:6,
2881:8, 2881:18,
2883:25, 2884:11,
2884:16, 2885:1,
2885:12, 2886:4
**RIGHT-HAND** [2] -
2849:21, 2867:10
**RINGS** [1] - 2821:17
**RISE** [5] - 2769:7,
2843:17, 2843:19,
2868:11, 2868:23
**RISES** [3] - 2874:11,
2874:22, 2877:21
**RISING** [3] - 2806:8,
2806:10, 2871:3
**RMR** [2] - 2767:11,
2886:20
**ROAD** [13] - 2818:13,
2818:17, 2845:11,
2845:15, 2845:21,
2846:1, 2846:9,
2846:16, 2846:20,
2846:21, 2847:7,
2847:8, 2874:24
**ROADBED** [4] -
2842:25, 2843:10,
2843:11, 2843:12
**ROADWAY** [7] -

2844:14, 2845:13,
2869:16, 2874:11,
2874:20, 2874:21,
2874:22
**ROBERT** [2] - 2766:7,
2766:7
**ROBIN** [1] - 2767:4
**ROBINSON** [1] -
2778:11
**ROLE** [2] - 2774:15,
2777:24
**ROLL** [1] - 2817:13
**ROLLING** [2] - 2817:5,
2855:4
**ROOM** [4] - 2767:12,
2784:19, 2876:10,
2876:11
**ROTATE** [1] - 2845:1
**ROUGE** [1] - 2765:5
**ROUGHLY** [2] -
2777:14, 2809:16
**RUBBER** [1] - 2835:24
**RULE** [1] - 2830:19
**RULING** [1] - 2772:20
**RUN** [5] - 2789:1,
2837:22, 2841:24,
2842:12
**RUN-UP** [1] - 2789:1
**RUNS** [2] - 2788:25,
2834:20
**RUPERT** [1] - 2767:5

---

# S

**S/CATHY** [1] -
2886:19
**SAFELY** [1] - 2816:19
**SAID** [24] - 2773:10,
2779:2, 2782:11,
2797:1, 2798:9,
2799:12, 2804:17,
2808:2, 2808:9,
2808:11, 2813:5,
2851:11, 2851:15,
2857:6, 2858:15,
2860:7, 2864:19,
2865:2, 2866:14,
2875:21, 2876:9,
2876:23, 2883:24,
2884:2
**SAME** [27] - 2770:16,
2773:23, 2774:19,
2775:2, 2777:22,
2782:16, 2782:24,
2783:18, 2786:6,
2790:16, 2790:21,
2792:17, 2825:20,
2825:25, 2834:13,
2836:10, 2846:16,

2849:7, 2850:2,
2855:3, 2856:1,
2857:11, 2876:11,
2876:15, 2876:16,
2878:23
**SAMPLING** [1] -
2813:16
**SAT** [1] - 2813:25
**SATELLITE** [2] -
2798:24, 2884:8
**SATISFIED** [1] -
2861:17
**SAW** [7] - 2797:10,
2798:18, 2801:25,
2802:8, 2813:12,
2823:4, 2874:10
**SAY** [44] - 2773:1,
2773:14, 2774:12,
2776:7, 2776:9,
2782:2, 2783:8,
2784:16, 2784:18,
2784:23, 2786:20,
2787:2, 2793:17,
2797:2, 2800:10,
2802:14, 2804:20,
2807:3, 2807:7,
2813:9, 2814:21,
2814:24, 2815:1,
2815:3, 2816:23,
2825:18, 2826:8,
2829:4, 2829:21,
2834:14, 2835:6,
2837:11, 2846:16,
2855:13, 2855:14,
2855:15, 2857:23,
2858:21, 2867:14,
2872:25, 2883:13,
2886:4, 2886:5
**SAYING** [12] -
2782:12, 2787:5,
2792:20, 2794:18,
2840:18, 2848:21,
2848:23, 2855:6,
2856:3, 2856:12,
2860:4, 2880:1
**SAYS** [10] - 2802:24,
2803:2, 2803:25,
2834:24, 2838:6,
2839:19, 2861:18,
2867:15, 2881:19,
2882:6
**SCARY** [1] - 2833:25
**SCENARIO** [5] -
2776:11, 2776:13,
2778:17, 2778:18,
2877:12
**SCENARIOS** [1] -
2776:8
**SCHULTZ** [1] -
2765:22

**SCIENCE** [2] -
2792:17, 2823:25
**SCIENTIFIC** [3] -
2792:21, 2807:24,
2823:20
**SCIENTIFICALLY** [1] -
2784:22
**SCOPE** [1] - 2880:2
**SCOTT** [1] - 2765:18
**SCOUR** [6] - 2820:23,
2821:2, 2856:20,
2857:1, 2857:2,
2860:18
**SCREEN** [4] -
2769:16, 2865:22,
2865:23, 2878:23
**SEAS** [1] - 2784:16
**SEATED** [2] - 2769:8,
2843:20
**SECOND** [2] - 2782:4,
2862:12
**SECONDS** [4] -
2795:5, 2829:9,
2838:24, 2867:3
**SECTION** [5] - 2764:6,
2769:17, 2798:15,
2802:22, 2806:8
**SEE** [38] - 2772:9,
2772:11, 2774:5,
2775:15, 2776:22,
2783:13, 2786:21,
2796:20, 2799:7,
2800:15, 2811:1,
2814:7, 2814:12,
2817:21, 2817:24,
2822:22, 2824:20,
2826:25, 2829:3,
2830:2, 2830:18,
2830:20, 2830:25,
2834:5, 2834:19,
2837:9, 2838:14,
2839:17, 2840:3,
2840:6, 2842:1,
2845:10, 2845:13,
2848:8, 2856:19,
2882:8
**SEEING** [10] -
2810:22, 2813:24,
2816:16, 2816:17,
2816:18, 2817:12,
2817:13, 2853:22,
2854:1
**SEEM** [2] - 2835:15,
2860:16
**SEEMS** [1] - 2826:2
**SEEN** [5] - 2780:21,
2801:24, 2803:12,
2814:1, 2838:19
**SEES** [1] - 2784:8
**SELECTED** [1] -

2868:3
**SELF** [1] - 2806:11
**SELF-EVIDENT** [1] - 2806:11
**SENSE** [5] - 2786:1, 2854:3, 2856:6, 2865:16, 2886:1
**SENSITIVITY** [1] - 2837:6
**SENTENCE** [14] - 2796:22, 2796:23, 2797:3, 2797:13, 2797:14, 2797:19, 2797:22, 2806:7, 2807:15, 2809:23, 2835:17, 2835:21, 2837:11
**SEPTEMBER** [3] - 2764:7, 2769:2, 2821:15
**SERIOUSLY** [1] - 2806:14
**SESSION** [3] - 2764:11, 2769:8, 2843:20
**SET** [1] - 2864:13
**SETUP** [1] - 2885:13
**SEVEN** [1] - 2846:18
**SEVERAL** [1] - 2787:25
**SEWERAGE** [1] - 2867:7
**SHALLOW** [3] - 2787:16, 2788:2, 2834:11
**SHALLOWER** [2] - 2811:7, 2874:17
**SHARE** [2] - 2799:4, 2808:17
**SHARED** [2] - 2780:20, 2796:24
**SHE'D** [1] - 2807:7
**SHEENA** [2] - 2779:19, 2780:2
**SHEET** [3] - 2786:22, 2787:1
**SHIP** [2] - 2784:4, 2784:6
**SHOALING** [1] - 2787:25
**SHOOK** [1] - 2816:21
**SHOOT** [1] - 2835:23
**SHORT** [4] - 2766:8, 2829:8, 2872:4, 2874:18
**SHORTER** [4] - 2840:16, 2840:21, 2840:23, 2840:25
**SHOULD** [4] - 2797:2, 2844:11, 2872:15,

2885:23
**SHOW** [13] - 2777:9, 2779:13, 2780:1, 2782:12, 2817:19, 2818:6, 2826:21, 2829:14, 2830:14, 2837:6, 2875:6, 2875:7, 2877:24
**SHOWED** [8] - 2818:16, 2823:8, 2834:20, 2857:7, 2869:14, 2875:25, 2883:23, 2884:7
**SHOWING** [3] - 2781:11, 2816:18, 2841:9
**SHOWN** [9] - 2780:23, 2782:5, 2783:2, 2784:23, 2824:22, 2846:9, 2846:11, 2847:21, 2881:15
**SHOWS** [8] - 2782:4, 2782:13, 2814:12, 2814:14, 2824:25, 2839:21, 2842:19, 2845:11
**SHUT** [3] - 2866:10, 2866:13, 2867:16
**SHUTOFF** [2] - 2866:25, 2867:18
**SIDE** [22] - 2784:6, 2807:9, 2814:17, 2815:11, 2821:1, 2827:4, 2834:22, 2835:1, 2835:2, 2835:16, 2835:20, 2836:23, 2836:24, 2846:21, 2848:24, 2849:22, 2852:12, 2854:23, 2857:8, 2869:15
**SIGNIFICANCE** [3] - 2800:12, 2802:5, 2802:16
**SIGNIFICANT** [46] - 2776:12, 2780:22, 2780:25, 2781:4, 2781:6, 2783:2, 2783:21, 2784:1, 2784:2, 2784:8, 2795:12, 2795:13, 2795:15, 2796:3, 2796:7, 2797:10, 2801:2, 2801:6, 2809:13, 2811:13, 2838:20, 2872:17, 2872:20, 2872:22, 2872:23, 2872:25, 2873:2, 2873:11, 2873:16, 2875:21,

2875:22, 2875:24, 2876:3, 2876:21, 2877:3, 2877:6, 2878:10, 2878:20, 2880:11, 2881:7, 2881:8, 2881:11, 2881:19, 2882:1, 2882:4, 2882:14
**SIGNIFICANTLY** [4] - 2775:10, 2775:12, 2838:9, 2866:9
**SILVA** [4] - 2819:24, 2852:22, 2853:12, 2853:15
**SILVA-TULLA** [4] - 2819:24, 2852:22, 2853:12, 2853:15
**SIMILAR** [1] - 2838:6
**SIMPLY** [7] - 2772:8, 2772:11, 2778:21, 2841:13, 2857:14, 2861:3, 2863:19
**SIMS** [1] - 2764:23
**SIMULATIONS** [1] - 2770:21
**SINCE** [6] - 2792:9, 2803:9, 2810:7, 2818:6, 2868:7, 2885:24
**SIR** [31] - 2769:9, 2771:23, 2773:5, 2780:5, 2782:8, 2782:10, 2783:11, 2786:9, 2791:7, 2795:15, 2795:21, 2804:15, 2806:16, 2811:14, 2811:23, 2820:12, 2820:15, 2820:22, 2828:4, 2829:15, 2833:18, 2844:6, 2857:9, 2860:21, 2861:8, 2865:4, 2872:19, 2878:2, 2882:7, 2883:19
**SITE** [4] - 2845:3, 2845:5, 2845:7, 2845:12
**SITTING** [2] - 2817:3, 2885:3
**SITUATION** [2] - 2776:23, 2885:4
**SIZE** [2] - 2851:21, 2876:8
**SKEW** [1] - 2833:16
**SLASH** [1] - 2774:16
**SLIDE** [14] - 2779:14, 2780:1, 2810:3, 2812:22, 2870:10, 2878:23, 2879:12,

2881:10, 2881:16, 2882:10
**SLIDES** [7] - 2779:12, 2780:20, 2809:7, 2809:25, 2813:13, 2876:19, 2876:23
**SLIGHTLY** [5] - 2813:2, 2815:24, 2838:21, 2838:23, 2878:15
**SLOPE** [2] - 2787:15, 2787:17
**SLOPES** [2] - 2837:4, 2874:15
**SLOW** [1] - 2787:18
**SLOWER** [2] - 2841:23, 2841:25
**SLOWLY** [1] - 2791:13
**SMALL** [2] - 2773:1, 2816:12
**SMALLER** [26] - 2773:1, 2774:15, 2785:5, 2788:22, 2789:4, 2798:22, 2801:23, 2802:13, 2802:15, 2828:21, 2828:22, 2828:23, 2836:16, 2838:21, 2840:13, 2840:19, 2841:1, 2841:11, 2841:20, 2842:7, 2844:22, 2847:6, 2847:8, 2851:6, 2878:15
**SMART** [1] - 2865:12
**SMITH** [7] - 2767:4, 2864:18, 2865:3, 2865:13, 2865:17, 2885:24, 2886:3
**SO** [226] - 2770:11, 2772:8, 2772:11, 2773:1, 2774:1, 2776:9, 2776:25, 2777:4, 2777:13, 2778:19, 2779:19, 2780:11, 2781:8, 2781:18, 2782:23, 2783:7, 2783:17, 2784:7, 2784:12, 2786:3, 2786:11, 2787:1, 2787:5, 2787:10, 2787:12, 2787:14, 2787:15, 2787:18, 2787:19, 2788:19, 2789:1, 2789:5, 2789:21, 2790:9, 2790:10, 2791:5, 2792:10, 2792:20, 2792:21, 2792:25, 2793:12,

2793:17, 2793:21, 2793:25, 2794:2, 2794:6, 2794:20, 2794:24, 2795:5, 2795:25, 2796:15, 2796:19, 2797:2, 2797:21, 2797:22, 2798:7, 2798:9, 2798:21, 2798:22, 2799:4, 2799:8, 2799:9, 2799:12, 2799:17, 2800:11, 2800:25, 2801:15, 2801:21, 2801:25, 2802:11, 2802:16, 2803:3, 2803:4, 2803:19, 2805:1, 2805:18, 2806:2, 2806:8, 2806:19, 2807:23, 2808:5, 2808:7, 2808:16, 2809:3, 2809:9, 2809:22, 2810:19, 2811:1, 2811:5, 2812:5, 2813:15, 2814:12, 2814:22, 2814:24, 2815:1, 2815:4, 2815:23, 2816:1, 2816:4, 2816:9, 2816:10, 2816:13, 2817:3, 2818:10, 2819:4, 2819:5, 2819:16, 2820:3, 2820:17, 2822:8, 2822:12, 2824:11, 2824:19, 2825:10, 2825:25, 2826:8, 2826:13, 2826:22, 2826:25, 2827:4, 2828:18, 2828:20, 2829:4, 2829:10, 2830:20, 2832:4, 2832:9, 2833:1, 2833:10, 2834:19, 2835:6, 2835:10, 2835:11, 2836:12, 2838:16, 2839:4, 2840:9, 2841:20, 2842:9, 2842:17, 2843:6, 2846:18, 2847:23, 2848:18, 2848:19, 2848:20, 2849:10, 2849:14, 2849:20, 2850:5, 2850:7, 2850:25, 2851:16, 2851:17, 2851:19, 2852:25, 2853:2, 2853:22, 2854:25, 2855:12, 2856:3, 2856:11, 2856:12,

2856:15, 2856:19, 2856:24, 2857:23, 2859:7, 2859:13, 2859:16, 2860:4, 2860:11, 2860:13, 2861:15, 2861:21, 2863:2, 2864:22, 2866:7, 2867:6, 2868:13, 2868:15, 2868:24, 2869:16, 2869:19, 2869:25, 2870:2, 2870:8, 2870:22, 2871:4, 2871:15, 2872:4, 2872:25, 2873:8, 2874:5, 2874:8, 2874:18, 2875:9, 2875:17, 2876:7, 2876:9, 2876:12, 2876:15, 2876:20, 2876:23, 2877:2, 2877:6, 2877:20, 2877:22, 2877:24, 2878:12, 2878:13, 2878:20, 2881:10, 2881:18, 2882:14, 2883:23, 2884:20, 2885:4, 2885:10

**SOBEK** [2] - 2775:8, 2775:10

**SOLE** [1] - 2798:24

**SOME** [45] - 2777:25, 2778:7, 2783:13, 2785:13, 2785:16, 2794:10, 2794:11, 2802:13, 2804:5, 2804:6, 2808:17, 2818:12, 2821:8, 2821:23, 2822:1, 2836:14, 2836:21, 2838:20, 2847:13, 2854:22, 2855:18, 2855:19, 2856:6, 2856:25, 2857:1, 2858:5, 2864:18, 2864:25, 2868:2, 2869:5, 2869:10, 2869:23, 2870:25, 2872:7, 2879:10, 2880:10, 2885:5, 2885:11

**SOMEONE** [1] - 2781:4

**SOMEPLACE** [1] - 2884:17

**SOMETHING** [14] - 2781:5, 2784:18, 2791:4, 2811:11, 2821:13, 2821:16, 2826:1, 2837:15,

2850:4, 2865:15, 2874:2, 2875:22, 2878:14

**SOMETIME** [5] - 2797:10, 2801:13, 2802:10, 2803:2, 2866:16

**SOMEWHAT** [3] - 2828:22, 2828:23, 2840:19

**SOMEWHERE** [2] - 2788:8, 2825:25

**SOON** [1] - 2786:1

**SORRY** [21] - 2775:21, 2777:15, 2788:6, 2800:14, 2803:17, 2807:17, 2813:4, 2814:8, 2819:13, 2822:2, 2825:2, 2825:3, 2827:20, 2828:4, 2839:10, 2839:14, 2844:5, 2850:20, 2851:2, 2853:5, 2871:10

**SORT** [1] - 2856:7

**SOURCE** [2] - 2822:4, 2834:20

**SOURCES** [2] - 2829:2, 2829:3

**SOUTH** [44] - 2774:18, 2775:23, 2776:23, 2793:20, 2793:21, 2794:10, 2798:25, 2799:8, 2800:19, 2805:18, 2814:13, 2814:15, 2814:16, 2814:19, 2814:22, 2814:25, 2815:4, 2815:5, 2820:7, 2820:10, 2820:21, 2841:9, 2841:17, 2847:13, 2849:9, 2849:15, 2849:20, 2850:9, 2850:15, 2850:19, 2850:20, 2850:21, 2851:1, 2851:5, 2851:14, 2851:22, 2851:25, 2852:12, 2859:2, 2859:3, 2866:3, 2868:2, 2873:25

**SOUTHERN** [3] - 2797:9, 2807:21, 2870:21

**SOUTHWEST** [3] - 2765:15, 2793:21, 2794:11

**SPACE** [1] - 2885:12

**SPACING** [1] - 2839:23

**SPASMS** [1] - 2886:7

**SPEAK** [2] - 2771:5, 2783:18

**SPEAKER** [2] - 2806:22, 2807:6

**SPEAKING** [1] - 2782:22

**SPECIFIC** [5] - 2822:14, 2822:15, 2823:1, 2856:20

**SPECIFICALLY** [3] - 2807:22, 2808:8, 2852:18

**SPECIFICITY** [1] - 2805:24

**SPECTRUM** [9] - 2784:6, 2784:25, 2790:9, 2790:10, 2793:17, 2793:23, 2815:11, 2826:21, 2851:16

**SPEED** [6] - 2798:11, 2808:25, 2809:4, 2810:23, 2842:10, 2863:16

**SPEEDS** [2] - 2799:21, 2838:19

**SPENT** [2] - 2800:25, 2875:11

**SPILLING** [1] - 2787:17

**SPLASH** [7] - 2790:13, 2790:16, 2801:25, 2847:24, 2854:21, 2856:13, 2856:15

**SPLASH-OVER** [1] - 2801:25

**SPLASHING** [8] - 2797:4, 2797:10, 2801:20, 2801:24, 2802:10, 2803:5, 2847:12, 2847:18

**SPOKE** [1] - 2870:12

**SPRAY** [2] - 2816:9, 2817:1

**SPREAD** [1] - 2793:25

**SPREADING** [2] - 2850:5, 2870:23

**SPREADS** [1] - 2850:6

**SPRINGS** [1] - 2765:16

**ST** [7] - 2769:22, 2773:15, 2774:6, 2774:17, 2774:25, 2775:7, 2778:19

**STAGING** [1] - 2872:10

**STAMPED** [1] - 2881:2

**STAND** [1] - 2774:11

**STANDING** [2] -

2818:1, 2841:10

**STANWOOD** [1] - 2764:12

**START** [18] - 2795:7, 2806:9, 2847:1, 2857:25, 2858:4, 2858:7, 2858:13, 2858:11, 2858:12, 2858:19, 2859:23, 2860:3, 2860:6, 2860:8, 2860:12, 2865:7, 2873:9, 2877:19, 2877:25

**STARTED** [2] - 2842:20, 2859:4

**STARTING** [2] - 2796:21, 2869:1

**STARTS** [6] - 2782:18, 2785:25, 2786:1, 2786:5, 2787:16, 2799:12

**STATE** [2] - 2779:1, 2886:15

**STATED** [1] - 2778:25

**STATEMENT** [1] - 2771:14

**STATES** [8] - 2764:1, 2764:12, 2767:3, 2771:12, 2830:7, 2883:17, 2886:15, 2886:22

**STATION** [9] - 2767:7, 2866:10, 2866:13, 2866:15, 2866:16, 2867:15, 2867:16, 2868:10, 2868:24

**STATISTICAL** [1] - 2784:20

**STAY** [2] - 2812:9, 2876:15

**STAYS** [1] - 2782:16

**STEEP** [1] - 2787:18

**STENOGRAPHY** [1] - 2767:14

**STEP** [1] - 2883:1

**STEVENS** [2] - 2765:7, 2765:8

**STILL** [13] - 2781:14, 2781:15, 2785:21, 2787:6, 2843:6, 2843:7, 2856:16, 2856:21, 2856:24, 2857:4, 2862:17, 2884:12, 2884:22

**STIPULATE** [1] - 2866:24

**STIPULATED** [3] - 2771:3, 2830:10, 2863:17

**STIPULATION** [16] -

2771:6, 2771:17, 2828:6, 2829:11, 2829:14, 2829:16, 2830:5, 2830:11, 2830:17, 2830:21, 2830:24, 2831:2, 2831:9, 2832:20, 2849:13

**STIPULATIONS** [1] - 2863:14

**STONE** [1] - 2766:11

**STOP** [9] - 2857:25, 2858:4, 2858:7, 2858:11, 2858:12, 2858:19, 2859:23, 2860:3, 2860:12

**STOPPING** [1] - 2861:13

**STORM** [5] - 2823:4, 2826:13, 2842:22, 2870:4, 2871:23

**STRAIGHT** [14] - 2788:8, 2788:10, 2788:17, 2793:3, 2793:7, 2793:14, 2794:1, 2811:11, 2811:12, 2835:7, 2836:2, 2836:3, 2848:2, 2849:15

**STRANGLING** [1] - 2807:12

**STREET** [11] - 2764:16, 2764:20, 2765:5, 2765:12, 2765:19, 2765:23, 2766:8, 2766:14, 2767:12, 2824:4, 2824:7

**STRIKE** [3] - 2781:20, 2781:22, 2794:16

**STRIKES** [3] - 2783:10, 2785:16, 2788:6

**STRIKING** [3] - 2792:1, 2793:12, 2854:25

**STRUCK** [1] - 2783:12

**STRUCTURE** [2] - 2855:21, 2855:23

**STUCK** [1] - 2864:21

**STUDIED** [1] - 2794:15

**STUDY** [1] - 2875:6

**STWAVE** [12] - 2790:10, 2796:11, 2799:17, 2799:25, 2808:14, 2822:21, 2822:24, 2826:20, 2834:7, 2834:19, 2854:13, 2875:3

**HOURLY TRANSCRIPT**

SUBJECT [6] - 2823:13, 2823:14, 2823:15, 2823:20, 2880:21, 2883:10
SUBJECTED [1] - 2778:24
SUBMITTED [2] - 2773:11, 2775:18
SUBSEQUENT [1] - 2776:13
SUCH [3] - 2852:4, 2854:15, 2876:2
SUFFICIENT [1] - 2774:24, 2860:17
SUGGEST [1] - 2879:24
SUGGESTED [2] - 2845:25, 2865:14
SUITE [5] - 2764:24, 2765:12, 2765:19, 2765:23, 2766:4
SUMMARIZES [3] - 2863:14, 2863:16, 2863:17
SUMMARY [5] - 2770:17, 2772:23, 2862:21, 2863:14, 2881:6
SUPERVISOR [1] - 2867:16
SUPPLEMENTAL [2] - 2863:5, 2880:4
SUPPORT [1] - 2851:24
SUPPOSED [2] - 2784:5, 2809:23
SUPPOSITIONS [1] - 2843:8
SURE [26] - 2772:16, 2779:18, 2782:22, 2796:20, 2812:13, 2813:6, 2817:8, 2830:22, 2831:4, 2831:9, 2837:21, 2839:13, 2848:8, 2854:12, 2857:15, 2858:5, 2859:2, 2863:10, 2865:9, 2866:9, 2866:23, 2868:6, 2875:5, 2885:7
SUREKOTE [7] - 2845:11, 2845:15, 2845:21, 2846:9, 2846:16, 2846:20, 2847:7
SURF [1] - 2874:24
SURFACE [2] - 2869:19, 2870:7
SURGE [5] - 2842:22,

2855:4, 2856:3, 2856:21, 2870:4
SURPRISED [1] - 2779:9
SUSPECTING [1] - 2792:17

T

TABLE [1] - 2880:23
TAKE [21] - 2785:24, 2786:5, 2830:20, 2831:1, 2832:4, 2835:23, 2837:16, 2843:15, 2849:21, 2852:7, 2852:10, 2862:8, 2863:23, 2863:24, 2864:10, 2865:18, 2867:3, 2879:17, 2883:11, 2885:24, 2885:25
TAKEN [4] - 2787:20, 2800:14, 2805:17, 2865:12
TAKES [1] - 2787:19
TALK [14] - 2773:14, 2781:4, 2782:23, 2787:11, 2787:21, 2796:18, 2809:25, 2821:10, 2825:11, 2834:5, 2838:25, 2842:17, 2855:20, 2873:16
TALKED [9] - 2795:5, 2809:9, 2809:20, 2810:2, 2821:17, 2821:19, 2822:13, 2844:25, 2847:17
TALKING [26] - 2774:3, 2783:14, 2783:15, 2785:21, 2795:12, 2799:8, 2799:25, 2800:20, 2800:21, 2801:2, 2808:14, 2811:22, 2812:8, 2815:5, 2815:7, 2829:22, 2842:21, 2846:14, 2848:1, 2849:23, 2854:4, 2866:4, 2873:1, 2875:20, 2876:17, 2881:3
TALKS [2] - 2772:4, 2862:3
TASK [2] - 2778:16
TASKED [1] - 2819:23
TEAM [1] - 2882:22
TEASING [1] - 2834:2
TECH [1] - 2865:7
TECHNOLOGY [2] -

2777:13, 2778:18
TELL [14] - 2784:2, 2791:14, 2792:11, 2792:13, 2792:14, 2807:8, 2809:15, 2813:18, 2821:22, 2821:25, 2822:3, 2837:15, 2837:16, 2847:5
TELLING [5] - 2794:17, 2795:25, 2810:22, 2817:12, 2817:14
TENDER [3] - 2862:23, 2862:24, 2863:2
TERM [4] - 2781:6, 2784:1, 2784:2, 2876:3
TERMS [5] - 2778:15, 2785:21, 2803:4, 2849:16, 2872:22
TERRAIN [1] - 2852:11
TESTIFIED [13] - 2804:7, 2804:21, 2813:4, 2816:5, 2818:14, 2821:7, 2822:8, 2871:11, 2871:21, 2871:23, 2879:1, 2879:9, 2880:10
TESTIFY [5] - 2771:4, 2771:5, 2771:15, 2818:3, 2864:19
TESTIFYING [2] - 2771:2, 2797:10
TESTIMONY [29] - 2779:11, 2792:23, 2794:14, 2800:12, 2802:6, 2802:7, 2804:4, 2804:6, 2804:9, 2804:19, 2805:5, 2805:8, 2805:11, 2809:9, 2809:10, 2810:19, 2818:17, 2819:20, 2824:23, 2830:5, 2831:11, 2832:15, 2842:23, 2845:25, 2846:15, 2849:10, 2851:24, 2867:18, 2879:2
TESTS [1] - 2837:6
THAN [37] - 2773:1, 2774:17, 2775:11, 2775:13, 2777:9, 2782:23, 2784:15, 2787:10, 2788:20, 2788:22, 2789:1,

2791:23, 2792:14, 2801:23, 2808:25, 2814:1, 2815:24, 2821:25, 2832:10, 2833:15, 2838:7, 2838:21, 2838:23, 2841:24, 2846:9, 2846:11, 2847:6, 2850:9, 2855:9, 2857:2, 2858:19, 2863:22, 2870:21, 2876:10, 2882:9, 2883:11, 2884:18
THANK [21] - 2770:15, 2777:17, 2789:8, 2800:22, 2828:9, 2833:19, 2839:9, 2853:5, 2860:24, 2860:25, 2861:25, 2865:3, 2867:24, 2869:4, 2872:12, 2880:20, 2883:20, 2885:14, 2885:15
THANKS [1] - 2882:9
THAT [566] - 2769:19, 2770:7, 2770:13, 2771:3, 2771:16, 2771:22, 2772:2, 2772:3, 2772:8, 2772:11, 2773:1, 2773:4, 2773:6, 2773:10, 2773:11, 2773:12, 2773:23, 2774:8, 2775:15, 2775:17, 2775:21, 2775:22, 2775:24, 2776:6, 2776:7, 2776:10, 2776:15, 2777:5, 2777:6, 2777:10, 2778:2, 2778:3, 2778:16, 2779:5, 2779:6, 2779:18, 2779:19, 2779:21, 2780:2, 2780:3, 2780:4, 2780:12, 2780:13, 2780:14, 2780:15, 2781:1, 2781:5, 2781:10, 2781:13, 2781:14, 2781:16, 2781:18, 2782:2, 2782:3, 2782:8, 2782:13, 2782:19, 2782:22, 2782:24, 2783:4, 2783:13, 2784:1, 2784:2, 2784:4, 2784:7, 2784:9, 2784:13, 2784:14, 2784:15, 2784:16, 2784:17, 2784:20, 2785:4,

2785:8, 2785:15, 2785:17, 2785:24, 2786:1, 2786:14, 2786:16, 2786:21, 2786:25, 2787:4, 2787:5, 2787:11, 2787:12, 2787:13, 2787:21, 2787:22, 2787:23, 2787:24, 2788:17, 2788:22, 2788:25, 2790:9, 2790:13, 2791:10, 2791:13, 2791:14, 2791:17, 2791:20, 2791:25, 2792:8, 2792:17, 2792:20, 2792:21, 2792:23, 2792:25, 2793:1, 2793:2, 2793:5, 2794:13, 2794:15, 2794:16, 2794:20, 2794:23, 2795:19, 2796:1, 2796:2, 2796:4, 2796:14, 2796:16, 2796:19, 2796:21, 2796:23, 2797:1, 2797:4, 2797:5, 2797:13, 2797:15, 2797:18, 2797:20, 2797:25, 2798:18, 2798:20, 2798:21, 2798:24, 2799:5, 2799:18, 2799:20, 2799:23, 2800:10, 2800:13, 2800:14, 2801:16, 2801:19, 2802:9, 2802:11, 2802:12, 2802:17, 2802:18, 2802:22, 2802:25, 2803:2, 2803:3, 2803:4, 2803:5, 2803:7, 2803:8, 2803:11, 2803:18, 2804:21, 2805:20, 2806:4, 2806:5, 2806:9, 2806:12, 2806:14, 2806:18, 2806:22, 2807:16, 2807:18, 2807:20, 2807:24, 2808:1, 2808:17, 2808:18, 2808:20, 2808:21, 2808:24, 2809:1, 2809:2, 2809:10, 2809:20, 2809:22, 2809:23, 2809:25, 2810:4, 2810:7, 2810:19, 2810:25, 2811:9, 2811:12, 2811:13, 2811:15,

2811:16, 2811:19, 2811:21, 2811:24, 2811:25, 2812:9, 2812:23, 2813:2, 2813:3, 2813:4, 2813:13, 2813:19, 2813:25, 2814:9, 2814:12, 2814:18, 2814:20, 2814:21, 2814:24, 2815:3, 2815:9, 2815:17, 2815:18, 2815:19, 2816:5, 2816:8, 2816:11, 2816:12, 2816:13, 2816:14, 2816:17, 2816:19, 2817:9, 2817:12, 2817:13, 2817:24, 2818:7, 2818:10, 2818:15, 2818:19, 2818:20, 2819:7, 2819:10, 2819:11, 2819:16, 2820:7, 2820:8, 2820:10, 2820:13, 2820:17, 2821:4, 2821:5, 2821:7, 2821:13, 2821:16, 2821:18, 2821:19, 2821:23, 2821:24, 2822:4, 2822:8, 2822:10, 2822:11, 2822:13, 2822:15, 2822:23, 2822:25, 2823:2, 2823:4, 2823:7, 2823:8, 2824:8, 2824:11, 2824:25, 2825:15, 2825:19, 2825:20, 2825:23, 2825:25, 2826:1, 2826:3, 2826:4, 2826:6, 2826:7, 2826:12, 2826:13, 2826:16, 2826:21, 2826:25, 2827:2, 2827:11, 2828:10, 2829:10, 2829:11, 2829:12, 2829:19, 2830:4, 2830:14, 2830:20, 2831:6, 2831:9, 2832:12, 2832:15, 2832:17, 2832:19, 2832:20, 2833:7, 2833:9, 2833:11, 2833:17, 2833:21, 2833:22, 2834:12, 2834:16, 2834:20, 2835:3, 2835:6, 2835:8, 2835:15, 2835:16, 2835:17, 2835:18,

2835:21, 2835:22, 2836:14, 2836:18, 2837:6, 2837:9, 2837:11, 2837:16, 2838:2, 2838:14, 2838:21, 2839:1, 2839:5, 2839:11, 2839:14, 2840:11, 2840:14, 2840:20, 2840:25, 2841:9, 2841:11, 2841:12, 2841:15, 2841:25, 2842:18, 2842:19, 2844:11, 2845:10, 2845:14, 2845:17, 2845:18, 2845:24, 2846:1, 2846:5, 2846:7, 2846:9, 2846:12, 2846:15, 2846:19, 2846:22, 2847:18, 2847:23, 2847:24, 2847:25, 2848:8, 2848:14, 2849:4, 2849:10, 2849:16, 2849:22, 2850:25, 2851:4, 2851:6, 2851:7, 2851:15, 2851:23, 2851:24, 2852:1, 2852:3, 2852:4, 2852:10, 2852:13, 2852:16, 2852:23, 2853:3, 2853:4, 2853:7, 2853:10, 2854:6, 2854:8, 2854:15, 2854:21, 2855:3, 2855:4, 2855:5, 2855:11, 2855:18, 2855:20, 2855:22, 2855:24, 2855:25, 2856:4, 2856:16, 2856:20, 2856:21, 2856:22, 2856:23, 2856:24, 2857:7, 2857:20, 2857:23, 2858:2, 2858:14, 2858:24, 2859:3, 2859:5, 2859:7, 2859:9, 2859:11, 2859:14, 2860:16, 2860:19, 2860:21, 2862:14, 2862:17, 2862:24, 2863:4, 2863:12, 2863:20, 2864:1, 2864:14, 2864:15, 2864:16, 2864:19, 2864:21, 2865:1, 2865:8, 2865:9, 2865:15, 2866:9, 2866:12, 2866:14,

2867:1, 2867:12, 2867:15, 2867:17, 2867:18, 2868:3, 2868:4, 2868:9, 2868:25, 2869:2, 2869:8, 2869:9, 2869:10, 2869:11, 2869:16, 2870:3, 2870:14, 2870:18, 2870:19, 2870:23, 2871:5, 2872:3, 2872:10, 2873:5, 2873:8, 2873:12, 2873:13, 2873:14, 2873:18, 2874:3, 2874:4, 2874:9, 2874:11, 2874:14, 2875:5, 2875:11, 2875:12, 2875:23, 2875:25, 2876:1, 2876:6, 2876:8, 2876:20, 2876:22, 2877:1, 2877:4, 2877:22, 2878:14, 2878:25, 2879:10, 2879:12, 2879:21, 2879:24, 2880:8, 2880:15, 2880:19, 2880:23, 2881:6, 2881:14, 2882:7, 2882:15, 2882:20, 2883:4, 2883:14, 2883:24, 2884:12, 2884:15, 2884:17, 2884:20, 2884:21, 2884:22, 2885:10, 2885:11, 2885:15, 2885:18, 2885:23, 2886:2, 2886:6, 2886:7, 2886:16
THAT'S [130] - 2770:2, 2770:24, 2771:6, 2771:7, 2772:12, 2773:25, 2774:16, 2775:25, 2777:7, 2777:16, 2778:6, 2778:12, 2781:6, 2782:7, 2782:9, 2782:11, 2783:10, 2785:4, 2785:12, 2785:25, 2786:11, 2787:12, 2787:16, 2788:1, 2789:16, 2790:9, 2790:23, 2791:4, 2791:20, 2791:24, 2792:1, 2792:7, 2792:15, 2794:9, 2794:16, 2795:2, 2795:5, 2797:6, 2797:24, 2799:15, 2800:25,

2802:2, 2802:18, 2803:9, 2803:21, 2805:6, 2806:17, 2808:12, 2809:16, 2810:6, 2810:9, 2810:12, 2810:21, 2812:4, 2812:13, 2812:18, 2812:19, 2812:22, 2813:9, 2813:24, 2814:5, 2815:7, 2815:12, 2817:22, 2818:1, 2819:6, 2821:9, 2821:21, 2822:12, 2822:17, 2823:12, 2826:5, 2826:11, 2826:16, 2827:13, 2827:22, 2830:4, 2831:24, 2833:24, 2834:24, 2834:25, 2835:8, 2838:4, 2839:6, 2839:11, 2839:25, 2840:23, 2842:9, 2842:12, 2842:14, 2845:23, 2845:25, 2849:13, 2849:16, 2849:23, 2851:7, 2851:12, 2851:19, 2852:2, 2855:12, 2857:13, 2857:14, 2857:18, 2857:19, 2858:9, 2859:1, 2859:5, 2859:16, 2860:20, 2862:8, 2862:23, 2863:1, 2869:13, 2869:25, 2870:5, 2870:21, 2872:4, 2873:14, 2876:2, 2878:6, 2878:12, 2879:6, 2881:11, 2881:13, 2881:15, 2881:20, 2884:2, 2884:3
THATCH [1] - 2766:18
THE [2029] - 2764:12, 2764:15, 2764:19, 2765:11, 2766:3, 2767:3, 2769:7, 2769:9, 2769:16, 2769:17, 2769:21, 2769:22, 2769:23, 2769:25, 2770:1, 2770:2, 2770:6, 2770:12, 2770:16, 2770:17, 2770:18, 2770:20, 2770:23, 2771:1, 2771:4, 2771:6, 2771:12, 2771:15, 2771:16, 2771:17, 2771:18,

2771:20, 2771:22, 2772:1, 2772:2, 2772:4, 2772:5, 2772:6, 2772:8, 2772:9, 2772:14, 2772:19, 2772:23, 2772:25, 2773:4, 2773:5, 2773:7, 2773:10, 2773:14, 2773:15, 2773:16, 2773:17, 2773:20, 2773:23, 2774:3, 2774:5, 2774:6, 2774:7, 2774:8, 2774:11, 2774:15, 2774:16, 2774:17, 2774:19, 2774:23, 2774:25, 2775:2, 2775:6, 2775:7, 2775:8, 2775:9, 2775:10, 2775:11, 2775:12, 2775:14, 2775:15, 2775:17, 2775:20, 2775:21, 2775:22, 2775:23, 2776:3, 2776:4, 2776:5, 2776:6, 2776:8, 2776:9, 2776:10, 2776:11, 2776:12, 2776:13, 2776:14, 2776:16, 2776:19, 2776:21, 2776:22, 2776:23, 2776:24, 2776:25, 2777:1, 2777:2, 2777:4, 2777:5, 2777:8, 2777:9, 2777:12, 2777:17, 2777:18, 2777:21, 2777:22, 2777:23, 2778:1, 2778:4, 2778:9, 2778:10, 2778:11, 2778:13, 2778:17, 2778:18, 2778:21, 2778:22, 2778:23, 2778:24, 2778:25, 2779:2, 2779:3, 2779:4, 2779:5, 2779:6, 2779:8, 2779:11, 2779:12, 2779:13, 2779:16, 2779:21, 2780:1, 2780:3, 2780:5, 2780:8, 2780:13, 2780:14, 2780:24, 2780:25, 2781:1, 2781:4, 2781:6, 2781:7, 2781:8, 2781:13, 2781:14, 2781:15, 2781:16, 2781:17,

| | | | | |
|---|---|---|---|---|
| 2781:19, 2781:20, 2781:22, 2782:2, 2782:3, 2782:4, 2782:5, 2782:6, 2782:7, 2782:9, 2782:11, 2782:12, 2782:16, 2782:18, 2782:19, 2782:20, 2782:22, 2782:23, 2782:24, 2782:25, 2783:2, 2783:4, 2783:6, 2783:7, 2783:8, 2783:9, 2783:10, 2783:12, 2783:14, 2783:15, 2783:16, 2783:18, 2783:19, 2783:21, 2783:25, 2784:1, 2784:4, 2784:5, 2784:6, 2784:7, 2784:8, 2784:9, 2784:10, 2784:14, 2784:16, 2784:18, 2784:19, 2784:22, 2784:23, 2784:24, 2784:25, 2785:2, 2785:3, 2785:4, 2785:6, 2785:7, 2785:8, 2785:11, 2785:13, 2785:16, 2785:17, 2785:23, 2785:25, 2786:1, 2786:4, 2786:6, 2786:9, 2786:11, 2786:12, 2786:14, 2786:15, 2786:16, 2786:17, 2786:18, 2786:19, 2786:20, 2786:22, 2787:1, 2787:2, 2787:3, 2787:7, 2787:10, 2787:14, 2787:15, 2787:19, 2787:20, 2787:22, 2787:23, 2788:1, 2788:3, 2788:5, 2788:6, 2788:8, 2788:10, 2788:11, 2788:12, 2788:15, 2788:16, 2788:17, 2788:19, 2788:20, 2788:21, 2788:22, 2788:24, 2788:25, 2789:1, 2789:2, 2789:3, 2789:4, 2789:5, 2789:6, 2789:7, 2789:11, 2789:17, 2789:19, 2789:20, 2789:21, 2789:22, 2789:24, 2789:25, 2790:1, 2790:2, | 2790:4, 2790:6, 2790:11, 2790:12, 2790:14, 2790:15, 2790:16, 2790:17, 2790:18, 2790:19, 2790:20, 2790:21, 2791:5, 2791:7, 2791:10, 2791:11, 2791:15, 2791:18, 2791:20, 2791:25, 2792:1, 2792:8, 2792:9, 2792:10, 2792:11, 2792:14, 2792:16, 2792:17, 2792:18, 2792:19, 2792:23, 2793:2, 2793:3, 2793:5, 2793:6, 2793:8, 2793:12, 2793:14, 2793:17, 2793:18, 2793:22, 2793:23, 2793:24, 2793:25, 2794:18, 2794:19, 2794:20, 2794:21, 2795:4, 2795:7, 2795:9, 2795:12, 2795:13, 2795:15, 2795:16, 2795:17, 2795:18, 2795:19, 2795:21, 2795:22, 2795:25, 2796:1, 2796:2, 2796:3, 2796:5, 2796:6, 2796:8, 2796:9, 2796:11, 2796:17, 2796:18, 2796:19, 2797:1, 2797:5, 2797:6, 2797:9, 2797:11, 2797:12, 2797:13, 2797:14, 2797:18, 2797:22, 2797:23, 2797:24, 2798:3, 2798:10, 2798:13, 2798:15, 2798:16, 2798:19, 2798:20, 2798:21, 2798:24, 2798:25, 2799:1, 2799:4, 2799:5, 2799:8, 2799:9, 2799:10, 2799:11, 2799:12, 2799:13, 2799:16, 2799:17, 2799:19, 2799:20, 2799:22, 2799:23, 2800:1, 2800:3, 2800:6, 2800:8, 2800:9, 2800:11, 2800:12, 2800:18, 2800:20, 2800:24, 2801:2, 2801:7, 2801:8, | 2801:9, 2801:13, 2801:14, 2801:15, 2801:16, 2801:17, 2801:18, 2801:20, 2801:21, 2801:22, 2801:23, 2801:24, 2802:1, 2802:5, 2802:7, 2802:8, 2802:10, 2802:11, 2802:12, 2802:13, 2802:14, 2802:15, 2802:16, 2802:17, 2802:19, 2802:20, 2802:21, 2802:22, 2802:23, 2803:4, 2803:5, 2803:6, 2803:9, 2803:11, 2803:12, 2803:17, 2803:18, 2803:23, 2804:5, 2804:9, 2804:10, 2804:12, 2804:15, 2804:17, 2804:18, 2804:20, 2804:21, 2804:24, 2805:2, 2805:5, 2805:7, 2805:9, 2805:10, 2805:14, 2805:18, 2805:20, 2805:23, 2806:3, 2806:6, 2806:8, 2806:12, 2806:21, 2806:24, 2807:2, 2807:4, 2807:5, 2807:8, 2807:10, 2807:12, 2807:15, 2807:16, 2807:17, 2807:20, 2807:21, 2807:23, 2807:24, 2807:25, 2808:1, 2808:3, 2808:6, 2808:7, 2808:11, 2808:16, 2808:18, 2808:19, 2808:21, 2808:22, 2808:24, 2808:25, 2809:2, 2809:3, 2809:4, 2809:10, 2809:11, 2809:12, 2809:13, 2809:19, 2809:21, 2809:22, 2809:24, 2809:25, 2810:2, 2810:3, 2810:4, 2810:10, 2810:13, 2810:15, 2810:16, 2810:17, 2810:18, 2810:19, 2810:23, 2811:2, 2811:3, 2811:5, 2811:6, 2811:8, 2811:9, 2811:11, 2811:13, 2811:14, 2811:15, | 2811:16, 2811:18, 2811:19, 2811:20, 2811:21, 2811:22, 2811:23, 2811:24, 2811:25, 2812:1, 2812:4, 2812:5, 2812:8, 2812:9, 2812:12, 2813:11, 2813:3, 2813:6, 2813:9, 2813:12, 2813:16, 2813:20, 2813:21, 2813:22, 2813:25, 2814:3, 2814:5, 2814:8, 2814:10, 2814:12, 2814:13, 2814:16, 2814:17, 2814:18, 2814:19, 2814:22, 2814:23, 2814:24, 2815:3, 2815:6, 2815:7, 2815:8, 2815:9, 2815:10, 2815:11, 2815:12, 2815:17, 2815:18, 2815:19, 2815:20, 2815:21, 2815:23, 2815:24, 2815:25, 2816:4, 2816:5, 2816:6, 2816:7, 2816:8, 2816:9, 2816:10, 2816:12, 2816:18, 2816:19, 2816:20, 2816:23, 2817:1, 2817:2, 2817:3, 2817:4, 2817:6, 2817:8, 2817:16, 2817:17, 2817:19, 2817:22, 2817:24, 2818:1, 2818:2, 2818:3, 2818:4, 2818:5, 2818:7, 2818:12, 2818:13, 2818:15, 2818:17, 2818:20, 2818:22, 2818:25, 2819:1, 2819:2, 2819:6, 2819:10, 2819:14, 2819:15, 2819:16, 2819:19, 2819:20, 2820:3, 2820:6, 2820:7, 2820:10, 2820:20, 2820:21, 2821:1, 2821:15, 2821:19, 2821:23, 2821:24, 2822:2, 2822:4, 2822:9, 2822:12, 2822:18, 2822:19, 2822:21, 2822:24, 2823:1, 2823:3, 2823:4, 2823:5, | 2823:6, 2823:8, 2823:10, 2823:11, 2823:12, 2823:17, 2823:19, 2823:21, 2823:22, 2824:2, 2824:4, 2824:5, 2824:7, 2824:8, 2824:9, 2824:10, 2824:19, 2824:20, 2824:22, 2824:25, 2825:1, 2825:3, 2825:7, 2825:11, 2825:13, 2825:14, 2825:15, 2825:17, 2825:18, 2825:20, 2825:21, 2825:22, 2825:23, 2825:24, 2826:3, 2826:5, 2826:6, 2826:8, 2826:9, 2826:11, 2826:12, 2826:13, 2826:14, 2826:16, 2826:17, 2826:21, 2826:22, 2826:23, 2827:1, 2827:2, 2827:4, 2827:5, 2827:6, 2827:8, 2827:9, 2827:10, 2827:11, 2827:12, 2827:13, 2827:14, 2827:15, 2827:16, 2827:20, 2827:21, 2827:23, 2827:24, 2827:25, 2828:2, 2828:4, 2828:6, 2828:7, 2828:8, 2828:9, 2828:13, 2828:14, 2828:15, 2828:16, 2828:20, 2828:21, 2828:22, 2828:23, 2828:24, 2828:25, 2829:5, 2829:6, 2829:7, 2829:11, 2829:12, 2829:14, 2829:16, 2829:19, 2829:21, 2829:22, 2829:23, 2829:24, 2829:25, 2830:1, 2830:2, 2830:3, 2830:4, 2830:7, 2830:9, 2830:10, 2830:11, 2830:12, 2830:13, 2830:15, 2830:16, 2830:18, 2830:19, 2830:20, 2830:22, 2830:24, 2831:1, 2831:2, 2831:5, 2831:10, 2831:23, 2832:1, 2832:4, 2832:6, 2832:8, |

**HOURLY TRANSCRIPT**

2832:9, 2832:10,
2832:16, 2832:17,
2832:18, 2832:19,
2832:20, 2832:22,
2833:1, 2833:2,
2833:3, 2833:5,
2833:6, 2833:7,
2833:8, 2833:9,
2833:10, 2833:11,
2833:13, 2833:14,
2833:16, 2833:17,
2833:18, 2833:19,
2833:20, 2833:22,
2833:24, 2834:2,
2834:5, 2834:6,
2834:7, 2834:16,
2834:19, 2834:20,
2834:21, 2834:22,
2834:23, 2834:25,
2835:1, 2835:2,
2835:4, 2835:5,
2835:6, 2835:7,
2835:9, 2835:12,
2835:15, 2835:16,
2835:17, 2835:19,
2835:24, 2836:3,
2836:5, 2836:9,
2836:10, 2836:11,
2836:15, 2836:20,
2836:22, 2836:23,
2836:24, 2836:25,
2837:5, 2837:7,
2837:8, 2837:11,
2837:14, 2837:15,
2837:16, 2837:18,
2837:21, 2837:24,
2837:25, 2838:4,
2838:6, 2838:8,
2838:10, 2838:11,
2838:12, 2838:13,
2838:16, 2838:17,
2838:19, 2838:20,
2838:21, 2838:22,
2838:23, 2838:24,
2838:25, 2839:1,
2839:2, 2839:4,
2839:5, 2839:7,
2839:8, 2839:9,
2839:11, 2839:12,
2839:14, 2839:17,
2839:18, 2839:19,
2839:20, 2839:21,
2839:22, 2839:23,
2839:24, 2839:25,
2840:4, 2840:9,
2840:10, 2840:12,
2840:15, 2840:16,
2840:17, 2840:18,
2840:19, 2840:21,
2840:23, 2840:25,
2841:2, 2841:5,

2841:9, 2841:10,
2841:11, 2841:13,
2841:14, 2841:16,
2841:17, 2841:18,
2841:20, 2841:22,
2841:23, 2841:25,
2842:6, 2842:9,
2842:11, 2842:12,
2842:15, 2842:16,
2842:17, 2842:18,
2842:19, 2842:20,
2842:23, 2842:24,
2843:6, 2843:7,
2843:9, 2843:11,
2843:12, 2843:14,
2843:17, 2843:18,
2843:19, 2843:21,
2844:1, 2844:6,
2844:13, 2844:15,
2844:17, 2844:18,
2844:19, 2844:20,
2844:22, 2845:3,
2845:5, 2845:7,
2845:11, 2845:15,
2845:19, 2845:20,
2845:22, 2845:23,
2845:24, 2845:25,
2846:1, 2846:2,
2846:7, 2846:8,
2846:13, 2846:15,
2846:16, 2846:20,
2846:21, 2846:22,
2846:24, 2846:25,
2847:1, 2847:3,
2847:5, 2847:8,
2847:10, 2847:12,
2847:14, 2847:15,
2847:16, 2847:17,
2847:18, 2847:20,
2847:21, 2847:23,
2847:24, 2848:2,
2848:3, 2848:4,
2848:5, 2848:6,
2848:7, 2848:13,
2848:14, 2848:18,
2848:19, 2848:20,
2848:21, 2848:22,
2848:24, 2848:25,
2849:1, 2849:3,
2849:5, 2849:6,
2849:7, 2849:8,
2849:9, 2849:11,
2849:12, 2849:13,
2849:14, 2849:15,
2849:16, 2849:17,
2849:18, 2849:19,
2849:20, 2849:22,
2849:23, 2849:24,
2849:25, 2850:2,
2850:3, 2850:4,
2850:5, 2850:6,

2850:7, 2850:8,
2850:14, 2850:16,
2850:18, 2850:25,
2851:1, 2851:3,
2851:4, 2851:5,
2851:7, 2851:8,
2851:9, 2851:10,
2851:11, 2851:13,
2851:21, 2851:23,
2851:24, 2851:25,
2852:3, 2852:7,
2852:9, 2852:10,
2852:11, 2852:12,
2852:14, 2852:19,
2852:20, 2852:23,
2852:24, 2853:1,
2853:2, 2853:4,
2853:5, 2853:22,
2853:23, 2853:24,
2853:25, 2854:1,
2854:3, 2854:8,
2854:11, 2854:14,
2854:15, 2854:22,
2854:23, 2854:25,
2855:3, 2855:4,
2855:8, 2855:9,
2855:16, 2855:20,
2855:22, 2855:23,
2855:24, 2855:25,
2856:1, 2856:9,
2856:10, 2856:11,
2856:13, 2856:15,
2856:17, 2856:21,
2857:2, 2857:3,
2857:4, 2857:6,
2857:7, 2857:8,
2857:10, 2857:11,
2857:12, 2857:14,
2857:15, 2857:16,
2857:20, 2857:23,
2857:25, 2858:2,
2858:4, 2858:6,
2858:7, 2858:8,
2858:10, 2858:11,
2858:12, 2858:15,
2858:22, 2858:23,
2859:1, 2859:2,
2859:3, 2859:5,
2859:7, 2859:8,
2859:11, 2859:14,
2859:15, 2859:19,
2859:23, 2859:24,
2860:1, 2860:2,
2860:3, 2860:4,
2860:5, 2860:6,
2860:7, 2860:8,
2860:9, 2860:10,
2860:13, 2860:15,
2860:16, 2860:18,
2860:21, 2860:24,
2861:3, 2861:5,

2861:8, 2861:11,
2861:14, 2861:15,
2861:17, 2861:20,
2861:21, 2861:25,
2862:2, 2862:3,
2862:4, 2862:6,
2862:10, 2862:11,
2862:12, 2862:13,
2862:15, 2862:18,
2862:19, 2862:20,
2862:21, 2862:22,
2862:23, 2862:25,
2863:2, 2863:5,
2863:6, 2863:9,
2863:12, 2863:14,
2863:16, 2863:17,
2863:18, 2863:20,
2863:22, 2863:25,
2864:2, 2864:5,
2864:6, 2864:8,
2864:11, 2864:13,
2864:22, 2864:23,
2864:24, 2865:1,
2865:4, 2865:8,
2865:10, 2865:12,
2865:13, 2865:14,
2865:18, 2865:20,
2865:21, 2865:22,
2865:23, 2866:2,
2866:3, 2866:4,
2866:5, 2866:6,
2866:7, 2866:8,
2866:10, 2866:13,
2866:14, 2866:15,
2866:17, 2866:18,
2866:25, 2867:7,
2867:9, 2867:10,
2867:17, 2867:18,
2867:23, 2868:2,
2868:3, 2868:5,
2868:7, 2868:9,
2868:10, 2868:14,
2868:18, 2868:19,
2868:21, 2868:23,
2868:24, 2868:25,
2869:1, 2869:6,
2869:7, 2869:10,
2869:12, 2869:13,
2869:14, 2869:15,
2869:17, 2869:18,
2869:19, 2869:20,
2869:21, 2869:22,
2869:23, 2869:25,
2870:2, 2870:3,
2870:4, 2870:7,
2870:8, 2870:9,
2870:12, 2870:13,
2870:14, 2870:15,
2870:17, 2870:18,
2870:20, 2870:21,
2870:22, 2870:24,

2870:25, 2871:1,
2871:5, 2871:9,
2871:14, 2871:15,
2871:20, 2871:23,
2871:24, 2872:1,
2872:2, 2872:5,
2872:7, 2872:9,
2872:10, 2872:11,
2872:14, 2872:17,
2872:19, 2872:20,
2872:21, 2872:22,
2872:23, 2872:25,
2873:1, 2873:2,
2873:4, 2873:6,
2873:7, 2873:9,
2873:10, 2873:11,
2873:12, 2873:14,
2873:15, 2873:16,
2873:17, 2873:25,
2874:1, 2874:3,
2874:6, 2874:7,
2874:9, 2874:10,
2874:11, 2874:13,
2874:16, 2874:17,
2874:18, 2874:19,
2874:20, 2874:21,
2874:22, 2874:23,
2874:24, 2874:25,
2875:1, 2875:3,
2875:5, 2875:7,
2875:15, 2875:16,
2875:17, 2875:20,
2875:21, 2875:22,
2875:23, 2875:25,
2876:2, 2876:3,
2876:4, 2876:5,
2876:7, 2876:8,
2876:9, 2876:10,
2876:11, 2876:12,
2876:13, 2876:15,
2876:16, 2876:17,
2876:19, 2876:20,
2877:3, 2877:6,
2877:7, 2877:8,
2877:9, 2877:10,
2877:11, 2877:14,
2877:15, 2877:16,
2877:17, 2877:18,
2877:20, 2877:21,
2877:22, 2877:23,
2877:24, 2877:25,
2878:1, 2878:2,
2878:5, 2878:9,
2878:10, 2878:12,
2878:13, 2878:16,
2878:20, 2878:21,
2878:22, 2878:23,
2878:24, 2879:1,
2879:2, 2879:3,
2879:16, 2879:18,
2879:20, 2879:23,

**HOURLY TRANSCRIPT**

2879:24, 2880:1,
2880:4, 2880:7,
2880:9, 2880:13,
2880:16, 2880:19,
2880:21, 2880:22,
2880:24, 2880:25,
2881:2, 2881:3,
2881:6, 2881:7,
2881:9, 2881:10,
2881:16, 2881:18,
2881:23, 2882:5,
2882:7, 2882:10,
2882:11, 2882:17,
2882:23, 2882:25,
2883:3, 2883:5,
2883:10, 2883:12,
2883:16, 2883:17,
2883:19, 2884:1,
2884:6, 2884:7,
2884:8, 2884:9,
2884:12, 2884:14,
2884:15, 2884:18,
2884:20, 2884:21,
2884:22, 2884:25,
2885:3, 2885:4,
2885:8, 2885:9,
2885:10, 2885:12,
2885:15, 2885:18,
2885:20, 2885:22,
2885:23, 2885:24,
2886:4, 2886:7,
2886:9, 2886:15,
2886:15, 2886:16,
2886:17, 2886:17

**THEIR** [14] - 2772:7,
2773:22, 2778:1,
2788:3, 2799:24,
2800:4, 2824:9,
2833:6, 2833:7,
2833:12, 2835:11,
2852:15, 2858:13,
2865:11

**THEM** [11] - 2776:4,
2814:21, 2835:2,
2835:19, 2840:22,
2848:3, 2851:13,
2866:5, 2866:25,
2883:9, 2883:12

**THEN** [55] - 2780:3,
2781:18, 2783:6,
2784:9, 2784:11,
2785:5, 2786:4,
2788:3, 2788:22,
2789:2, 2789:3,
2789:4, 2790:2,
2790:11, 2790:19,
2794:1, 2796:8,
2797:14, 2798:13,
2798:15, 2799:19,
2806:9, 2807:1,
2809:6, 2812:22,

2814:1, 2816:19,
2825:11, 2827:16,
2830:25, 2833:3,
2835:2, 2835:16,
2836:15, 2838:6,
2843:13, 2845:1,
2846:2, 2846:12,
2848:5, 2852:21,
2861:22, 2864:24,
2866:16, 2873:6,
2874:23, 2878:24,
2880:19, 2881:24,
2882:10, 2882:17,
2885:5, 2885:11

**THEORETICAL** [4] -
2808:3, 2808:7,
2808:12, 2809:5

**THEORY** [2] - 2808:6,
2808:7

**THERE** [135] -
2769:25, 2770:8,
2772:1, 2774:5,
2775:23, 2776:8,
2776:12, 2776:24,
2777:4, 2778:4,
2779:16, 2780:23,
2782:5, 2784:6,
2784:7, 2784:20,
2785:5, 2785:16,
2785:17, 2785:20,
2786:2, 2786:4,
2786:25, 2787:22,
2787:23, 2787:25,
2788:3, 2790:9,
2790:19, 2790:24,
2790:25, 2791:1,
2797:6, 2798:3,
2798:6, 2798:7,
2799:17, 2800:13,
2800:15, 2800:17,
2800:23, 2802:9,
2802:12, 2803:15,
2804:3, 2805:17,
2807:25, 2808:23,
2809:16, 2813:14,
2813:20, 2813:25,
2815:23, 2817:7,
2818:10, 2818:12,
2822:25, 2823:7,
2824:8, 2824:9,
2830:5, 2830:23,
2830:24, 2833:25,
2835:11, 2835:18,
2836:19, 2840:6,
2840:21, 2843:10,
2844:10, 2845:19,
2846:2, 2846:23,
2846:25, 2847:7,
2847:8, 2847:23,
2850:5, 2850:25,
2851:19, 2852:4,

2853:16, 2854:21,
2854:25, 2855:18,
2855:20, 2856:7,
2857:17, 2857:20,
2858:25, 2860:17,
2862:24, 2867:10,
2868:2, 2868:22,
2869:5, 2869:9,
2869:22, 2869:23,
2870:4, 2870:25,
2871:23, 2871:25,
2872:4, 2872:6,
2872:7, 2874:19,
2874:22, 2875:9,
2875:16, 2875:17,
2876:3, 2877:5,
2878:9, 2878:10,
2879:13, 2879:19,
2880:6, 2880:9,
2881:15, 2881:24,
2884:20, 2885:2,
2885:3

**THERE'S** [1] - 2783:3

**THEREFORE** [3] -
2771:10, 2797:22,
2842:1

**THEREIN** [1] -
2822:20

**THEREOF** [1] -
2877:17

**THESE** [21] - 2772:23,
2773:10, 2775:13,
2777:8, 2777:13,
2779:13, 2783:6,
2793:10, 2809:23,
2813:13, 2822:23,
2829:7, 2830:6,
2830:14, 2830:16,
2838:7, 2839:1,
2841:15, 2842:14,
2866:21, 2876:23

**THEY** [135] - 2771:17,
2774:19, 2774:20,
2775:2, 2777:2,
2777:11, 2777:22,
2778:23, 2779:7,
2779:9, 2779:14,
2784:6, 2788:2,
2790:8, 2790:20,
2790:21, 2790:24,
2793:6, 2793:7,
2793:8, 2794:7,
2799:10, 2799:25,
2800:1, 2805:21,
2805:24, 2806:2,
2806:3, 2807:19,
2814:15, 2814:16,
2814:22, 2815:12,
2815:18, 2815:24,
2815:25, 2822:25,

2823:3, 2823:4,
2823:12, 2823:15,
2823:20, 2824:5,
2824:8, 2824:10,
2824:19, 2824:21,
2824:25, 2825:3,
2825:10, 2825:11,
2825:12, 2825:18,
2825:23, 2826:2,
2826:3, 2826:8,
2826:21, 2826:22,
2826:23, 2826:25,
2827:4, 2828:15,
2828:18, 2828:20,
2829:3, 2829:4,
2830:17, 2833:8,
2833:11, 2833:15,
2834:5, 2835:10,
2835:12, 2835:19,
2835:22, 2836:9,
2836:10, 2837:24,
2838:25, 2841:12,
2841:13, 2841:15,
2841:21, 2845:23,
2846:3, 2846:4,
2848:16, 2848:18,
2848:19, 2849:18,
2849:25, 2850:9,
2850:10, 2851:5,
2852:16, 2852:18,
2852:19, 2858:2,
2858:3, 2858:4,
2858:5, 2858:6,
2858:7, 2858:10,
2858:11, 2858:15,
2858:18, 2858:19,
2858:21, 2861:22,
2865:10, 2865:12,
2868:21, 2870:23,
2872:10, 2873:2,
2873:3, 2874:14,
2874:19, 2875:8,
2875:14, 2875:15,
2884:3, 2884:7

**THEY'RE** [4] -
2807:12, 2815:10,
2815:11

**THEY'VE** [2] - 2784:7,
2838:16

**THING** [11] - 2771:10,
2782:13, 2798:9,
2801:1, 2806:25,
2824:20, 2845:21,
2855:24, 2862:15,
2863:13, 2865:20

**THINGS** [5] - 2777:13,
2793:10, 2797:11,
2801:16, 2848:11

**THINK** [40] - 2778:3,
2778:25, 2786:18,

2791:12, 2791:13,
2799:12, 2804:16,
2808:16, 2811:12,
2812:9, 2812:22,
2813:2, 2813:4,
2815:10, 2816:8,
2816:21, 2820:19,
2825:23, 2830:19,
2833:25, 2843:21,
2847:20, 2849:7,
2853:16, 2855:6,
2860:20, 2861:3,
2861:20, 2862:8,
2862:14, 2865:13,
2865:15, 2868:17,
2875:19, 2878:6,
2880:11, 2881:19,
2882:7, 2885:25

**THINKING** [1] - 2792:7

**THIRD** [2] - 2784:10,
2881:9

**THIS** [205] - 2769:17,
2769:18, 2769:19,
2770:19, 2770:24,
2771:3, 2771:8,
2771:10, 2771:11,
2771:14, 2772:3,
2772:8, 2772:10,
2773:12, 2774:1,
2775:18, 2777:13,
2777:15, 2777:23,
2778:11, 2779:5,
2779:19, 2779:20,
2780:20, 2780:21,
2780:22, 2780:23,
2781:3, 2781:8,
2781:10, 2781:13,
2782:21, 2784:9,
2784:12, 2784:13,
2785:2, 2785:6,
2785:15, 2786:4,
2786:6, 2786:9,
2786:21, 2787:18,
2789:1, 2789:8,
2789:20, 2790:13,
2791:12, 2791:17,
2793:13, 2794:2,
2797:3, 2797:17,
2797:22, 2798:9,
2799:7, 2799:8,
2800:3, 2801:1,
2803:10, 2804:7,
2804:20, 2806:7,
2806:11, 2806:14,
2806:17, 2807:23,
2808:3, 2809:9,
2809:18, 2809:24,
2810:3, 2810:7,
2810:9, 2810:14,
2811:1, 2811:12,
2812:6, 2812:20,

2814:5, 2814:9, 2814:12, 2815:21, 2817:21, 2818:3, 2818:6, 2819:16, 2823:4, 2823:7, 2823:21, 2824:1, 2824:10, 2824:12, 2824:13, 2827:5, 2827:15, 2830:3, 2830:4, 2830:5, 2830:11, 2830:19, 2831:21, 2833:3, 2834:13, 2835:6, 2835:14, 2836:5, 2836:18, 2837:5, 2837:14, 2837:21, 2837:22, 2838:11, 2838:12, 2838:25, 2839:17, 2839:18, 2839:19, 2839:21, 2839:25, 2841:4, 2841:6, 2841:9, 2841:12, 2841:17, 2841:24, 2842:11, 2842:19, 2843:22, 2844:16, 2845:1, 2845:10, 2845:14, 2845:20, 2845:21, 2845:24, 2846:1, 2846:3, 2846:7, 2846:9, 2846:13, 2846:19, 2847:10, 2847:14, 2848:8, 2850:2, 2850:3, 2856:19, 2857:14, 2858:16, 2861:10, 2863:3, 2863:13, 2863:22, 2866:24, 2867:6, 2867:11, 2867:17, 2868:5, 2868:8, 2868:17, 2868:19, 2868:20, 2869:5, 2870:19, 2871:4, 2871:5, 2871:7, 2871:20, 2872:15, 2872:24, 2873:22, 2873:23, 2874:3, 2874:6, 2875:1, 2875:4, 2875:14, 2876:10, 2876:19, 2876:20, 2877:12, 2878:23, 2879:14, 2879:15, 2879:23, 2880:20, 2881:1, 2881:6, 2881:8, 2881:19, 2881:25, 2882:11, 2885:3, 2886:5
**THOMAS** [2] - 2764:23, 2765:21
**THOSE** [31] - 2770:5,

2771:4, 2794:15, 2794:21, 2797:11, 2805:18, 2817:5, 2817:13, 2822:15, 2828:2, 2838:21, 2848:14, 2849:14, 2849:21, 2850:7, 2850:25, 2851:4, 2851:9, 2851:14, 2852:7, 2852:12, 2857:20, 2858:14, 2860:11, 2866:4, 2866:6, 2876:5, 2876:7, 2878:9, 2883:24, 2885:12
**THOUGH** [5] - 2815:18, 2848:20, 2853:23, 2854:2, 2857:11
**THOUGHT** [5] - 2780:12, 2802:12, 2803:25, 2808:14, 2849:4
**THOUSAND** [6] - 2795:2, 2795:5, 2811:20, 2876:24, 2877:12, 2878:13
**THREE** [20] - 2796:7, 2796:19, 2797:6, 2797:8, 2797:12, 2797:18, 2799:18, 2800:13, 2800:15, 2800:18, 2801:14, 2801:23, 2802:12, 2802:16, 2807:17, 2809:1, 2813:12, 2814:2, 2882:6, 2882:18
**THREE-FOOT** [9] - 2796:19, 2797:12, 2799:18, 2800:13, 2800:15, 2800:18, 2802:12, 2802:16, 2809:1
**THREW** [1] - 2812:5
**THROAT** [1] - 2825:22
**THROUGH** [9] - 2781:17, 2810:23, 2812:6, 2839:22, 2851:19, 2866:25, 2868:9, 2883:7, 2883:11
**THROUGHOUT** [3] - 2827:23, 2850:2, 2870:8
**THURSDAY** [2] - 2764:7, 2769:2
**TILL** [1] - 2813:2
**TIME** [70] - 2770:25, 2777:9, 2777:11,

2779:2, 2779:4, 2781:1, 2784:17, 2785:6, 2789:20, 2800:17, 2800:25, 2802:6, 2802:13, 2803:6, 2803:19, 2808:20, 2808:25, 2811:12, 2813:6, 2813:8, 2821:18, 2821:19, 2822:12, 2823:2, 2823:21, 2825:13, 2826:3, 2826:6, 2826:9, 2826:14, 2827:6, 2833:6, 2837:24, 2838:16, 2838:25, 2841:20, 2841:23, 2843:21, 2846:5, 2850:7, 2850:25, 2851:3, 2851:25, 2856:24, 2857:9, 2859:5, 2859:14, 2860:6, 2860:8, 2860:13, 2860:17, 2864:13, 2864:17, 2864:25, 2865:18, 2866:25, 2868:3, 2868:4, 2868:5, 2868:7, 2868:9, 2868:16, 2872:3, 2875:11, 2875:23, 2877:20, 2878:23, 2884:15
**TIMES** [30] - 2796:10, 2796:12, 2802:11, 2803:3, 2809:4, 2822:1, 2822:2, 2822:15, 2826:20, 2830:14, 2851:15, 2854:15, 2857:7, 2857:20, 2857:25, 2858:4, 2858:7, 2858:11, 2858:12, 2858:19, 2859:23, 2859:24, 2860:3, 2860:12, 2866:6, 2868:11, 2868:12, 2869:1
**TIMING** [5] - 2776:5, 2802:8, 2802:25, 2866:2, 2866:4
**TIMINGS** [1] - 2778:16
**TIP** [1] - 2787:1
**TO** [524] - 2764:8, 2769:4, 2769:16, 2769:20, 2769:21, 2769:22, 2769:24, 2770:4, 2770:6, 2770:7, 2770:11, 2770:18, 2770:20,

2771:3, 2771:4, 2771:5, 2771:9, 2771:10, 2771:11, 2771:15, 2771:18, 2771:19, 2771:22, 2771:24, 2772:7, 2772:9, 2772:10, 2772:11, 2772:14, 2772:16, 2772:17, 2772:20, 2773:11, 2774:24, 2774:25, 2775:6, 2775:10, 2775:14, 2775:20, 2775:21, 2776:3, 2776:5, 2776:8, 2776:22, 2776:25, 2777:4, 2777:5, 2777:12, 2777:15, 2777:18, 2777:25, 2778:2, 2778:4, 2778:9, 2778:16, 2778:18, 2778:20, 2778:21, 2778:24, 2779:12, 2779:16, 2779:18, 2779:24, 2780:21, 2780:25, 2781:20, 2781:21, 2781:22, 2781:23, 2782:18, 2782:21, 2782:25, 2783:12, 2784:5, 2784:9, 2785:13, 2785:14, 2785:17, 2785:21, 2786:1, 2786:4, 2786:5, 2786:11, 2786:12, 2786:17, 2786:18, 2787:11, 2787:16, 2787:19, 2788:1, 2788:2, 2788:5, 2788:8, 2788:10, 2788:25, 2789:3, 2789:5, 2789:7, 2789:24, 2790:1, 2790:2, 2790:4, 2790:13, 2791:4, 2791:5, 2791:12, 2791:20, 2791:23, 2792:4, 2792:5, 2792:6, 2792:7, 2792:13, 2792:14, 2792:21, 2793:8, 2793:22, 2794:15, 2794:21, 2795:13, 2795:18, 2796:1, 2796:7, 2796:9, 2796:19, 2797:6, 2797:8, 2797:11, 2797:18, 2798:8, 2798:10, 2798:13, 2798:19, 2799:5, 2799:18,

2799:19, 2799:23, 2800:1, 2800:2, 2800:12, 2801:15, 2801:16, 2802:6, 2802:8, 2802:18, 2802:21, 2803:15, 2803:17, 2804:3, 2804:14, 2804:23, 2804:25, 2805:17, 2805:22, 2805:23, 2805:25, 2806:6, 2806:7, 2806:24, 2807:3, 2807:8, 2807:10, 2807:17, 2807:21, 2807:22, 2807:24, 2808:2, 2808:5, 2808:16, 2808:17, 2809:4, 2809:6, 2809:11, 2809:12, 2809:13, 2809:15, 2809:19, 2809:21, 2809:23, 2809:24, 2809:25, 2810:3, 2810:9, 2810:14, 2810:15, 2810:18, 2811:1, 2811:2, 2811:6, 2813:1, 2813:9, 2813:18, 2813:19, 2814:13, 2814:15, 2814:16, 2814:19, 2814:23, 2814:24, 2815:3, 2815:16, 2815:25, 2817:6, 2817:20, 2818:6, 2818:13, 2818:18, 2819:5, 2819:10, 2819:23, 2819:24, 2820:6, 2820:9, 2820:10, 2820:13, 2820:14, 2820:17, 2820:20, 2821:10, 2821:19, 2822:2, 2822:3, 2822:9, 2822:10, 2822:13, 2822:25, 2823:3, 2823:6, 2823:10, 2823:13, 2823:14, 2823:15, 2823:19, 2823:20, 2823:21, 2824:21, 2824:22, 2825:10, 2825:12, 2825:13, 2825:23, 2825:24, 2826:2, 2826:3, 2826:6, 2826:8, 2826:14, 2826:23, 2826:25, 2827:5, 2827:25, 2828:1, 2828:7, 2828:13, 2828:15, 2828:18, 2828:20,

2828:21, 2829:8,
2829:10, 2829:14,
2829:24, 2830:1,
2830:8, 2830:10,
2830:15, 2830:18,
2831:10, 2832:10,
2832:18, 2833:11,
2833:20, 2834:6,
2834:10, 2834:13,
2834:22, 2835:2,
2835:7, 2835:15,
2835:17, 2835:19,
2836:17, 2836:18,
2836:22, 2836:23,
2836:25, 2837:4,
2837:7, 2837:8,
2837:14, 2837:16,
2838:8, 2838:9,
2838:22, 2838:24,
2839:17, 2840:4,
2840:9, 2840:10,
2840:22, 2841:13,
2842:4, 2842:12,
2843:14, 2843:15,
2844:10, 2844:13,
2844:15, 2844:20,
2844:22, 2845:3,
2845:19, 2845:20,
2845:21, 2846:2,
2846:5, 2846:9,
2846:16, 2846:19,
2846:22, 2846:23,
2847:2, 2847:13,
2847:23, 2848:9,
2848:14, 2848:24,
2849:1, 2849:15,
2849:20, 2849:21,
2849:22, 2850:10,
2851:1, 2851:5,
2852:11, 2853:14,
2854:19, 2855:14,
2855:15, 2855:19,
2856:10, 2856:11,
2856:20, 2856:21,
2856:25, 2857:1,
2857:3, 2857:4,
2857:10, 2857:15,
2857:23, 2858:5,
2858:12, 2858:13,
2858:19, 2858:20,
2858:21, 2858:24,
2858:25, 2859:8,
2859:9, 2859:17,
2859:19, 2859:21,
2859:24, 2860:1,
2860:3, 2860:8,
2860:17, 2860:18,
2860:19, 2860:21,
2860:23, 2861:2,
2861:11, 2861:15,
2861:18, 2861:19,

2862:8, 2862:14,
2862:15, 2862:17,
2862:18, 2862:20,
2862:25, 2863:3,
2863:11, 2863:12,
2863:15, 2863:16,
2863:19, 2863:20,
2863:25, 2864:3,
2864:7, 2864:13,
2864:19, 2864:20,
2864:21, 2864:22,
2864:23, 2864:24,
2865:5, 2865:8,
2865:11, 2865:18,
2865:20, 2866:1,
2866:8, 2866:9,
2866:15, 2866:17,
2866:19, 2866:21,
2866:24, 2866:25,
2867:2, 2867:9,
2867:16, 2867:20,
2868:4, 2868:6,
2868:11, 2869:12,
2870:3, 2870:5,
2870:17, 2870:18,
2871:4, 2871:5,
2871:11, 2871:20,
2872:2, 2872:14,
2872:15, 2873:4,
2873:18, 2873:22,
2873:23, 2874:6,
2874:10, 2874:11,
2874:15, 2874:19,
2874:21, 2875:3,
2875:5, 2875:7,
2875:15, 2875:16,
2875:22, 2877:24,
2878:5, 2878:10,
2878:14, 2878:22,
2878:23, 2878:24,
2879:17, 2880:16,
2880:17, 2880:19,
2880:21, 2880:24,
2881:6, 2881:14,
2881:16, 2881:23,
2881:24, 2882:5,
2883:6, 2883:10,
2883:11, 2883:13,
2883:14, 2883:19,
2884:1, 2884:6,
2884:11, 2884:14,
2884:24, 2885:5,
2885:11, 2885:19,
2885:25, 2886:16
**TODAY** [4] - 2794:14,
2794:17, 2796:1,
2817:8
**TODAY'S** [1] - 2779:1
**TOGETHER** [1] -
2797:11
**TOLD** [11] - 2769:24,

2780:16, 2793:5,
2794:7, 2797:21,
2821:23, 2846:7,
2851:12, 2857:10,
2858:16, 2863:9
**TOMORROW** [1] -
2863:21
**TON** [1] - 2832:21
**TOO** [7] - 2797:24,
2807:8, 2833:25,
2864:16, 2865:18,
2881:24, 2885:15
**TOOK** [5] - 2816:21,
2824:4, 2824:9,
2843:18, 2852:16
**TOP** [28] - 2787:1,
2789:5, 2817:1,
2822:24, 2830:2,
2836:25, 2844:15,
2845:23, 2846:1,
2848:5, 2855:4,
2855:23, 2855:25,
2856:1, 2856:21,
2857:4, 2876:4,
2877:21, 2877:23,
2878:1, 2878:24,
2880:24, 2881:3,
2881:10, 2881:16,
2882:11, 2884:22,
2885:10
**TOPOGRAPHY** [1] -
2852:11
**TORTS** [1] - 2767:6
**TOTAL** [1] - 2869:25
**TOUCHED** [1] -
2875:4
**TOWARD** [9] -
2789:22, 2815:20,
2816:6, 2841:10,
2847:15, 2847:24,
2848:22, 2851:13
**TOWARDS** [3] -
2814:22, 2841:17,
2847:16
**TRAJECTORY** [1] -
2788:11
**TRANSCRIPT** [3] -
2764:11, 2767:14,
2886:16
**TRANSLATE** [1] -
2825:12
**TRANSVERSE** [2] -
2848:16, 2848:17
**TRAVEL** [2] - 2840:9,
2870:7
**TRAVELED** [1] -
2884:22
**TRAVELING** [7] -
2790:20, 2790:21,
2816:13, 2825:20,

2845:23, 2849:1,
2869:19
**TRAVELS** [1] - 2870:8
**TREAT** [1] - 2855:16
**TREATED** [1] -
2841:15
**TREEBY** [2] - 2766:12,
2883:15
**TREMENDOUS** [1] -
2885:2
**TRENCH** [1] - 2860:18
**TRIAL** [6] - 2764:11,
2766:3, 2830:3,
2865:7, 2871:15,
2886:7
**TRIGGERED** [1] -
2802:11
**TROUBLE** [1] -
2792:16
**TRUE** [39] - 2773:12,
2775:24, 2775:25,
2776:6, 2776:7,
2777:6, 2777:7,
2781:16, 2782:9,
2793:1, 2796:23,
2797:15, 2797:19,
2803:1, 2803:7,
2803:8, 2806:14,
2808:1, 2820:11,
2820:12, 2822:16,
2823:2, 2829:20,
2835:3, 2841:11,
2841:12, 2846:19,
2847:25, 2851:6,
2851:7, 2852:1,
2852:2, 2855:5,
2855:11, 2858:14,
2860:19, 2860:20,
2884:23, 2886:16
**TRUTH** [1] - 2771:19
**TRUTHFULLY** [1] -
2777:21
**TRY** [3] - 2865:5,
2878:22, 2883:11
**TRYING** [14] - 2778:2,
2782:21, 2783:12,
2785:13, 2786:11,
2791:12, 2792:7,
2804:23, 2804:25,
2808:5, 2826:25,
2828:13, 2857:15
**TULLA** [4] - 2819:24,
2852:22, 2853:12,
2853:15
**TURN** [2] - 2849:21,
2875:20
**TURNED** [1] - 2865:8
**TWO** [23] - 2773:17,
2774:8, 2780:23,
2794:6, 2796:7,

2796:12, 2797:8,
2797:11, 2799:25,
2807:17, 2813:12,
2821:13, 2829:2,
2829:3, 2842:14,
2852:21, 2867:3,
2878:22, 2881:14,
2881:21, 2882:6,
2882:17, 2884:19
**TX** [1] - 2764:25
**TYPES** [1] - 2836:24
**TYPICALLY** [1] -
2790:11

## U

**U.S** [1] - 2767:3
**UNABLE** [1] - 2875:15
**UNAWARE** [1] -
2805:10
**UNCERTAINTIES** [3] -
2776:10, 2823:21,
2868:22
**UNDER** [6] - 2776:8,
2845:24, 2849:24,
2869:19, 2869:25,
2870:9
**UNDERCLEARANCE**
[1] - 2818:16
**UNDERLYING** [2] -
2772:11, 2872:24
**UNDERSTAND** [26] -
2773:3, 2773:5,
2782:3, 2785:21,
2786:11, 2786:21,
2795:22, 2800:11,
2800:16, 2802:5,
2808:5, 2823:10,
2832:12, 2839:12,
2840:15, 2848:12,
2849:21, 2854:3,
2855:6, 2859:7,
2860:4, 2867:2,
2873:5, 2876:20,
2877:10, 2878:16
**UNDERSTANDING** [9]
- 2778:12, 2782:7,
2785:13, 2791:17,
2830:16, 2853:4,
2857:16, 2858:14,
2886:17
**UNDERSTOOD** [2] -
2783:24, 2880:18
**UNDERTOOK** [1] -
2770:11
**UNHINDERED** [1] -
2869:20
**UNIDENTIFIED** [1] -
2807:6

**HOURLY TRANSCRIPT**

**UNITED** [8] - 2764:1, 2764:12, 2767:3, 2771:12, 2830:7, 2883:17, 2886:15, 2886:22

**UNLESS** [4] - 2772:15, 2807:12, 2836:19, 2864:23

**UNTIL** [10] - 2772:19, 2772:20, 2776:24, 2782:16, 2828:8, 2847:2, 2849:4, 2849:11, 2850:4, 2874:19

**UP** [66] - 2774:11, 2776:15, 2778:17, 2788:3, 2788:8, 2788:10, 2788:12, 2788:15, 2788:17, 2788:25, 2789:1, 2796:17, 2798:15, 2799:10, 2802:19, 2802:22, 2805:20, 2806:8, 2806:12, 2807:24, 2809:11, 2810:23, 2813:1, 2814:3, 2819:7, 2824:2, 2824:6, 2824:20, 2826:9, 2827:16, 2832:23, 2833:2, 2837:24, 2839:18, 2841:22, 2843:9, 2843:13, 2844:9, 2844:25, 2845:1, 2847:18, 2847:20, 2847:24, 2848:2, 2849:12, 2860:23, 2862:15, 2866:1, 2866:19, 2866:22, 2867:10, 2870:10, 2871:6, 2872:13, 2872:15, 2874:11, 2876:18, 2878:22, 2878:24, 2879:12, 2880:22, 2880:24, 2881:24, 2881:25, 2883:5

**UPON** [9] - 2787:11, 2796:24, 2802:7, 2810:7, 2834:6, 2834:21, 2842:19, 2857:19, 2877:16

**UPPER** [1] - 2816:6

**US** [24] - 2777:4, 2781:11, 2789:8, 2793:5, 2794:7, 2794:17, 2797:21, 2799:4, 2800:11, 2800:13, 2806:2, 2808:17, 2818:21,

2819:3, 2825:12, 2829:10, 2841:9, 2845:11, 2856:6, 2868:9, 2868:10, 2871:4, 2875:25, 2879:17

**USE** [17] - 2795:15, 2798:20, 2799:5, 2799:7, 2799:20, 2806:24, 2807:7, 2807:10, 2808:2, 2808:13, 2808:15, 2820:1, 2827:25, 2841:13, 2860:4, 2872:17

**USED** [30] - 2772:6, 2784:2, 2795:13, 2796:8, 2798:22, 2799:16, 2799:18, 2807:3, 2807:24, 2808:3, 2808:7, 2808:11, 2808:24, 2809:3, 2809:10, 2809:12, 2809:13, 2810:15, 2833:8, 2833:11, 2833:15, 2852:14, 2858:17, 2859:8, 2860:7, 2865:11, 2872:21, 2873:10

**USES** [1] - 2790:10

**USING** [5] - 2778:17, 2795:4, 2810:13, 2854:6, 2865:22

**UTC** [1] - 2825:12

**UTILIZED** [4] - 2799:22, 2807:16, 2807:19, 2834:6

**UTILIZING** [1] - 2837:22

## V

**VACATE** [1] - 2885:20

**VAGUE** [1] - 2803:3

**VALUE** [1] - 2798:22

**VARIABILITY** [1] - 2823:15

**VARIABLE** [1] - 2811:6

**VARIABLES** [1] - 2858:24

**VARIED** [1] - 2869:1

**VARIES** [1] - 2876:16

**VARIETY** [1] - 2858:23

**VARIOUS** [2] - 2776:8, 2814:14

**VERIFIED** [2] - 2866:17

**VERIFY** [2] - 2810:14, 2867:17

**VERSUS** [2] - 2790:15, 2856:3

**VERTICAL** [2] - 2836:12, 2839:23

**VERY** [23] - 2779:9, 2787:17, 2787:18, 2791:13, 2816:12, 2825:4, 2827:14, 2828:10, 2830:6, 2836:5, 2843:25, 2850:16, 2850:17, 2856:4, 2856:20, 2869:17, 2872:4, 2874:18, 2874:21, 2882:25, 2883:3

**VICINITY** [6] - 2770:1, 2782:18, 2829:5, 2845:15, 2874:9, 2874:13

**VICTOR** [1] - 2765:8

**VIEW** [2] - 2840:13, 2877:16

**VILLAVASO** [1] - 2847:10

**VILLAVASO'S** [1] - 2867:17

**VILLAVASSO** [11] - 2797:4, 2797:9, 2800:12, 2801:19, 2801:24, 2802:6, 2802:7, 2802:20, 2803:5, 2803:18, 2866:14

**VILLAVASSO'S** [1] - 2802:9

**VOLUME** [6] - 2807:22, 2819:14, 2834:13, 2861:11, 2861:12, 2862:3

**VOLUMES** [1] - 2861:21

**VRIJLING** [5] - 2769:23, 2771:2, 2771:15, 2776:16, 2779:6

## W

**WAGER** [1] - 2766:17

**WAGER-ZITO** [1] - 2766:17

**WAIT** [4] - 2772:19, 2779:16, 2801:7

**WAITING** [3] - 2853:10, 2864:19, 2865:21

**WALK** [2] - 2806:21,

2841:10

**WALL** [111] - 2781:16, 2781:17, 2782:6, 2782:12, 2782:17, 2782:18, 2782:20, 2782:25, 2783:6, 2783:8, 2783:9, 2783:10, 2783:12, 2783:14, 2783:15, 2783:19, 2785:16, 2785:25, 2786:2, 2786:4, 2786:9, 2786:12, 2787:2, 2787:20, 2788:6, 2788:10, 2788:12, 2788:15, 2788:17, 2788:19, 2788:20, 2788:21, 2788:22, 2788:23, 2788:24, 2789:1, 2789:2, 2789:4, 2789:7, 2790:15, 2790:17, 2790:19, 2790:20, 2790:21, 2792:1, 2792:9, 2792:10, 2792:19, 2793:3, 2793:8, 2793:12, 2793:14, 2793:18, 2794:16, 2794:19, 2794:20, 2794:21, 2797:11, 2801:14, 2801:16, 2801:17, 2801:18, 2801:20, 2801:24, 2802:1, 2802:10, 2802:12, 2802:13, 2802:15, 2811:22, 2812:4, 2812:5, 2836:10, 2836:11, 2836:12, 2836:14, 2836:20, 2845:20, 2845:22, 2846:2, 2846:16, 2846:22, 2847:3, 2847:5, 2847:15, 2847:18, 2848:5, 2848:15, 2849:1, 2849:22, 2853:23, 2853:24, 2855:5, 2855:9, 2855:25, 2856:2, 2856:10, 2856:11, 2856:22, 2857:4, 2859:8, 2860:19, 2870:21, 2870:23, 2872:5, 2879:24, 2884:25

**WALLPAPER** [1] - 2832:22

**WALLS** [6] - 2798:19, 2814:17, 2815:11, 2816:1, 2827:4, 2847:16

2841:10

**WALTHER** [1] - 2766:11

**WANT** [30] - 2773:5, 2779:18, 2785:21, 2796:19, 2804:13, 2808:17, 2815:16, 2817:6, 2820:14, 2823:6, 2826:3, 2829:14, 2839:18, 2844:10, 2858:25, 2860:23, 2861:10, 2862:8, 2862:17, 2863:12, 2864:3, 2864:8, 2864:9, 2866:1, 2867:2, 2867:9, 2868:6, 2875:5, 2883:19, 2885:25

**WANTED** [2] - 2803:17, 2826:8

**WANTS** [1] - 2862:14

**WARD** [17] - 2769:22, 2770:2, 2770:7, 2773:15, 2774:6, 2774:17, 2774:25, 2775:7, 2775:15, 2775:21, 2775:22, 2778:19, 2834:21, 2837:9, 2837:12, 2868:24, 2881:7

**WARREN** [2] - 2766:7, 2766:7

**WAS** [149] - 2769:19, 2770:6, 2770:20, 2772:16, 2773:16, 2774:1, 2774:6, 2775:17, 2778:1, 2778:16, 2778:20, 2779:1, 2779:2, 2780:12, 2785:6, 2792:13, 2795:5, 2796:3, 2796:5, 2796:6, 2796:12, 2797:5, 2797:8, 2799:5, 2799:16, 2799:22, 2800:3, 2800:6, 2800:13, 2800:15, 2800:17, 2801:19, 2802:9, 2802:11, 2802:16, 2802:25, 2803:2, 2803:22, 2803:23, 2804:10, 2804:17, 2804:18, 2804:22, 2805:10, 2807:8, 2808:21, 2809:22, 2810:20, 2812:12, 2813:19, 2813:20, 2813:21, 2813:24, 2815:16, 2816:6,

2817:7, 2818:7,
2818:14, 2818:17,
2818:21, 2818:25,
2819:2, 2819:3,
2820:12, 2820:22,
2821:2, 2821:13,
2821:19, 2822:4,
2822:10, 2823:1,
2824:2, 2824:8,
2824:9, 2824:22,
2828:13, 2829:10,
2830:10, 2833:5,
2834:5, 2836:13,
2836:19, 2838:8,
2840:17, 2840:21,
2841:24, 2842:20,
2842:22, 2846:8,
2846:15, 2847:7,
2847:10, 2847:12,
2849:23, 2852:21,
2853:4, 2853:7,
2853:12, 2853:15,
2853:16, 2854:16,
2855:9, 2857:10,
2857:11, 2857:14,
2857:24, 2858:11,
2858:14, 2859:23,
2860:2, 2860:8,
2862:20, 2862:21,
2862:22, 2863:13,
2864:6, 2866:2,
2866:7, 2866:9,
2866:10, 2866:13,
2866:16, 2866:17,
2867:15, 2868:2,
2868:8, 2868:23,
2871:4, 2871:5,
2871:23, 2872:7,
2873:8, 2874:3,
2874:8, 2875:21,
2879:2, 2880:9,
2880:11, 2884:17,
2885:15, 2886:9

**WASHINGTON** [7] -
2766:11, 2766:20,
2767:8, 2769:13,
2769:19, 2777:25,
2792:24

**WASN'T** [8] - 2772:17,
2774:1, 2778:16,
2813:6, 2824:17,
2846:7, 2871:6,
2879:22

**WATER** [110] -
2775:22, 2775:23,
2776:22, 2776:24,
2778:21, 2778:22,
2778:23, 2781:14,
2781:15, 2781:19,
2785:17, 2786:15,
2786:16, 2786:19,

2786:20, 2787:1,
2787:3, 2787:6,
2787:7, 2787:11,
2787:13, 2787:16,
2787:22, 2788:2,
2788:5, 2788:8,
2788:10, 2788:16,
2788:17, 2788:19,
2788:24, 2788:25,
2789:7, 2789:13,
2797:5, 2801:19,
2802:10, 2802:15,
2802:17, 2806:10,
2806:12, 2811:17,
2811:21, 2816:21,
2818:2, 2818:13,
2818:20, 2818:22,
2819:2, 2834:9,
2834:11, 2835:6,
2843:6, 2843:7,
2844:13, 2844:17,
2844:18, 2844:19,
2845:23, 2845:24,
2846:14, 2846:18,
2847:12, 2847:18,
2847:23, 2847:24,
2848:5, 2852:12,
2853:23, 2854:1,
2854:25, 2855:3,
2855:8, 2855:25,
2856:10, 2856:11,
2856:13, 2856:15,
2856:16, 2856:21,
2856:24, 2857:4,
2857:11, 2857:16,
2857:20, 2858:24,
2860:10, 2863:17,
2867:7, 2869:22,
2869:25, 2870:5,
2870:8, 2870:25,
2871:24, 2872:7,
2873:1, 2874:18,
2874:23, 2877:21,
2884:12, 2884:14,
2884:15, 2884:22,
2884:25, 2885:3,
2885:9, 2885:10

**WATERS** [3] - 2776:6,
2777:2, 2854:15

**WATERWAY** [5] -
2825:21, 2828:14,
2828:16, 2833:2,
2884:9

**WAVE** [288] - 2770:3,
2770:8, 2780:14,
2780:22, 2780:23,
2780:24, 2780:25,
2781:1, 2781:4,
2781:7, 2781:8,
2781:11, 2781:16,
2782:3, 2782:4,

2782:5, 2782:16,
2782:19, 2782:20,
2782:23, 2783:2,
2783:3, 2783:8,
2783:14, 2783:15,
2783:20, 2783:21,
2784:1, 2784:3,
2784:5, 2784:8,
2784:14, 2784:15,
2784:23, 2784:24,
2785:2, 2785:3,
2785:4, 2785:6,
2785:11, 2785:15,
2785:16, 2785:22,
2785:24, 2786:1,
2786:4, 2786:7,
2786:8, 2786:14,
2786:17, 2787:10,
2787:13, 2787:14,
2787:15, 2787:17,
2787:19, 2787:24,
2788:6, 2788:20,
2788:21, 2788:22,
2789:3, 2789:5,
2789:6, 2789:7,
2790:10, 2790:14,
2790:17, 2790:25,
2791:25, 2792:9,
2792:19, 2795:4,
2795:7, 2795:8,
2795:9, 2795:12,
2795:13, 2795:14,
2795:15, 2795:18,
2796:3, 2796:5,
2796:7, 2796:8,
2796:19, 2797:4,
2797:6, 2797:17,
2797:22, 2799:5,
2799:18, 2799:25,
2800:9, 2800:14,
2800:15, 2800:18,
2801:3, 2801:6,
2801:8, 2801:13,
2801:21, 2804:4,
2804:21, 2806:12,
2808:22, 2809:1,
2809:12, 2809:13,
2809:15, 2810:2,
2810:4, 2810:14,
2810:15, 2810:16,
2810:20, 2811:2,
2811:6, 2811:13,
2811:16, 2811:21,
2812:17, 2812:18,
2813:12, 2813:15,
2813:21, 2814:1,
2817:25, 2818:1,
2818:3, 2821:23,
2822:9, 2822:15,
2822:19, 2823:1,
2823:3, 2823:22,

2824:9, 2826:11,
2826:21, 2829:4,
2829:5, 2834:9,
2834:11, 2834:16,
2834:20, 2836:16,
2836:20, 2837:7,
2838:9, 2838:10,
2838:20, 2838:22,
2839:20, 2839:24,
2840:3, 2840:9,
2841:16, 2842:1,
2842:4, 2842:7,
2842:10, 2844:25,
2846:12, 2846:18,
2846:23, 2846:25,
2847:1, 2847:5,
2847:6, 2847:9,
2847:17, 2848:4,
2848:6, 2848:8,
2848:9, 2849:16,
2849:17, 2850:3,
2850:4, 2851:21,
2851:24, 2852:4,
2853:18, 2853:21,
2854:2, 2854:5,
2854:9, 2854:12,
2854:13, 2854:14,
2854:19, 2855:2,
2855:7, 2855:14,
2855:18, 2856:1,
2856:4, 2856:8,
2856:10, 2856:25,
2859:13, 2859:15,
2859:17, 2859:22,
2859:24, 2860:1,
2860:5, 2860:10,
2860:17, 2862:22,
2863:17, 2868:14,
2869:10, 2869:18,
2869:20, 2870:5,
2870:7, 2870:8,
2870:19, 2870:24,
2871:1, 2872:1,
2872:2, 2872:5,
2872:8, 2872:17,
2872:20, 2872:23,
2872:24, 2872:25,
2873:2, 2873:3,
2873:6, 2873:11,
2873:15, 2873:16,
2874:18, 2875:9,
2875:10, 2875:13,
2875:21, 2875:22,
2875:23, 2875:24,
2875:25, 2876:3,
2876:6, 2876:21,
2877:3, 2877:6,
2877:19, 2877:22,
2877:25, 2878:9,
2878:10, 2878:13,
2878:20, 2880:11,

2881:8, 2881:11,
2881:19, 2882:1,
2882:4, 2882:14,
2883:23, 2883:24,
2885:5, 2885:9,
2885:10

**WAVES** [181] -
2769:25, 2770:5,
2770:12, 2783:1,
2783:2, 2783:6,
2784:7, 2784:10,
2784:13, 2784:21,
2784:25, 2785:5,
2786:9, 2786:18,
2788:1, 2789:21,
2789:24, 2790:2,
2790:4, 2790:6,
2790:10, 2790:18,
2793:5, 2793:12,
2793:14, 2793:18,
2793:24, 2794:1,
2794:2, 2794:15,
2794:18, 2794:21,
2795:2, 2795:6,
2795:16, 2797:12,
2801:25, 2802:12,
2802:13, 2802:14,
2802:16, 2807:15,
2807:16, 2807:19,
2807:20, 2807:25,
2808:19, 2809:14,
2809:16, 2810:24,
2811:20, 2812:8,
2813:15, 2813:17,
2813:18, 2813:20,
2814:8, 2814:10,
2814:12, 2814:14,
2814:18, 2815:18,
2815:20, 2816:5,
2816:12, 2816:18,
2816:19, 2816:22,
2817:1, 2817:5,
2817:13, 2817:16,
2817:17, 2817:22,
2818:1, 2821:24,
2823:7, 2823:11,
2824:25, 2825:3,
2826:14, 2826:16,
2827:1, 2827:3,
2827:5, 2827:11,
2827:16, 2828:15,
2828:21, 2828:23,
2828:24, 2828:25,
2829:8, 2834:6,
2834:21, 2835:1,
2835:12, 2835:16,
2836:9, 2836:15,
2838:6, 2838:7,
2839:4, 2839:20,
2839:22, 2839:23,
2840:12, 2840:18,

2840:19, 2841:1,
2841:11, 2841:20,
2842:6, 2844:20,
2844:22, 2845:19,
2846:2, 2846:20,
2847:1, 2848:14,
2848:18, 2848:21,
2848:23, 2848:25,
2849:14, 2849:17,
2849:18, 2849:20,
2849:21, 2849:24,
2850:8, 2850:25,
2851:4, 2851:7,
2851:10, 2851:14,
2851:16, 2851:17,
2851:19, 2851:20,
2852:13, 2852:24,
2855:21, 2855:23,
2869:7, 2869:21,
2870:12, 2870:18,
2870:22, 2873:1,
2873:7, 2873:11,
2873:13, 2874:9,
2874:13, 2874:16,
2875:8, 2875:14,
2875:16, 2876:4,
2876:12, 2876:17,
2876:24, 2877:2,
2877:8, 2877:13,
2877:16, 2878:13,
2879:10, 2884:21,
2885:5, 2885:11,
2885:12

**WAY** [20] - 2777:18,
2781:13, 2798:19,
2799:16, 2799:23,
2816:11, 2816:22,
2817:18, 2826:8,
2843:9, 2857:14,
2858:21, 2860:2,
2860:7, 2864:9,
2869:3, 2873:12,
2875:7, 2878:10,
2883:12

**WE** [201] - 2769:16,
2769:17, 2770:17,
2772:19, 2774:3,
2776:10, 2776:16,
2776:17, 2778:10,
2778:15, 2778:16,
2778:22, 2779:16,
2779:19, 2779:20,
2779:25, 2780:1,
2780:2, 2780:11,
2780:12, 2780:17,
2781:13, 2782:23,
2783:13, 2783:14,
2783:17, 2783:25,
2784:11, 2784:13,
2784:16, 2784:24,
2785:21, 2786:21,

2786:22, 2787:5,
2787:6, 2787:7,
2787:18, 2792:5,
2792:23, 2794:6,
2794:20, 2796:17,
2796:20, 2798:24,
2803:21, 2806:7,
2806:9, 2806:21,
2807:6, 2807:23,
2808:24, 2809:1,
2809:2, 2809:8,
2810:2, 2810:22,
2812:5, 2812:10,
2812:17, 2814:7,
2817:21, 2818:17,
2820:17, 2821:17,
2822:22, 2824:1,
2824:11, 2824:12,
2824:15, 2824:20,
2825:21, 2826:16,
2827:5, 2827:20,
2828:6, 2828:15,
2828:21, 2829:10,
2829:11, 2830:2,
2830:4, 2831:9,
2831:11, 2831:12,
2831:14, 2831:16,
2832:12, 2832:23,
2834:19, 2836:17,
2836:25, 2839:13,
2839:17, 2840:3,
2840:4, 2840:6,
2841:20, 2842:1,
2842:4, 2842:17,
2842:18, 2842:23,
2843:6, 2844:5,
2844:9, 2844:25,
2845:1, 2847:17,
2849:4, 2850:21,
2851:12, 2852:16,
2852:18, 2853:23,
2854:2, 2854:14,
2855:2, 2855:3,
2855:24, 2856:24,
2858:16, 2859:7,
2859:11, 2859:12,
2859:13, 2859:19,
2859:22, 2859:23,
2860:2, 2860:7,
2861:20, 2862:8,
2862:10, 2862:17,
2863:4, 2863:25,
2864:1, 2864:13,
2864:15, 2864:23,
2864:24, 2865:17,
2865:21, 2866:4,
2866:9, 2868:7,
2868:23, 2869:1,
2871:4, 2871:15,
2875:20, 2876:19,
2878:23, 2878:25,

2879:12, 2879:19,
2879:20, 2879:21,
2879:24, 2880:25,
2881:1, 2881:6,
2881:24, 2883:8,
2883:9, 2883:15,
2883:16, 2884:1,
2885:8, 2885:23

**WE'LL** [14] - 2780:3,
2780:4, 2787:21,
2794:24, 2806:8,
2806:9, 2817:19,
2846:16, 2861:22,
2863:22, 2863:23,
2863:24, 2876:23,
2886:4

**WE'RE** [33] - 2779:24,
2784:25, 2794:24,
2798:9, 2799:8,
2800:20, 2800:21,
2809:25, 2810:22,
2811:21, 2812:8,
2819:5, 2829:22,
2839:11, 2843:25,
2859:15, 2860:2,
2861:15, 2861:19,
2864:20, 2864:24,
2865:22, 2866:23,
2868:6, 2868:24,
2868:25, 2869:8,
2873:19, 2875:5,
2881:18, 2882:1,
2882:14

**WE'VE** [16] - 2771:3,
2779:21, 2794:10,
2794:11, 2809:9,
2809:20, 2822:18,
2822:22, 2847:21,
2851:9, 2851:17,
2854:21, 2874:6,
2878:20

**WEEK** [1] - 2880:11

**WEEKEND** [1] -
2864:22

**WELL** [87] - 2770:2,
2770:19, 2771:24,
2772:16, 2774:2,
2777:25, 2780:23,
2781:3, 2782:16,
2785:23, 2788:25,
2791:12, 2795:7,
2795:25, 2797:3,
2797:25, 2798:2,
2798:20, 2799:22,
2799:24, 2802:9,
2804:6, 2804:23,
2804:25, 2805:20,
2806:8, 2806:11,
2808:2, 2808:24,
2809:6, 2810:2,

2811:4, 2813:19,
2813:23, 2813:25,
2816:8, 2816:15,
2817:24, 2817:25,
2821:7, 2822:2,
2823:6, 2825:14,
2825:15, 2825:17,
2826:5, 2826:11,
2828:25, 2830:19,
2835:4, 2835:11,
2838:4, 2841:3,
2841:12, 2845:10,
2845:14, 2845:23,
2845:25, 2846:14,
2846:15, 2846:25,
2847:12, 2848:1,
2848:13, 2850:5,
2851:8, 2851:20,
2858:7, 2859:12,
2862:2, 2863:5,
2866:9, 2868:23,
2869:12, 2870:21,
2872:4, 2873:17,
2873:23, 2874:10,
2874:16, 2875:14,
2877:18, 2879:10,
2879:13, 2884:6,
2884:24

**WELL-DEFINED** [1] -
2817:25

**WENT** [4] - 2798:13,
2799:23, 2816:23,
2823:20

**WERE** [73] - 2769:12,
2769:21, 2769:24,
2769:25, 2770:4,
2770:9, 2770:18,
2770:20, 2773:10,
2778:2, 2778:23,
2790:18, 2790:20,
2796:1, 2798:3,
2798:5, 2798:6,
2798:7, 2804:8,
2804:18, 2805:18,
2805:21, 2805:23,
2805:25, 2807:16,
2807:20, 2808:14,
2808:20, 2809:16,
2816:6, 2819:1,
2819:19, 2819:22,
2820:6, 2820:9,
2820:20, 2823:3,
2823:7, 2823:11,
2823:22, 2826:25,
2827:12, 2827:25,
2828:15, 2828:16,
2829:11, 2829:19,
2829:21, 2831:10,
2833:7, 2834:25,
2841:25, 2844:16,
2845:19, 2850:10,

2854:19, 2855:14,
2855:15, 2857:12,
2857:15, 2857:23,
2858:16, 2866:4,
2869:5, 2871:20,
2874:14, 2875:20,
2876:19, 2879:1,
2884:2, 2884:3

**WEREN'T** [1] - 2884:1

**WEST** [13] - 2789:22,
2789:24, 2790:2,
2790:4, 2825:24,
2834:22, 2835:1,
2835:16, 2835:20,
2836:22, 2836:24,
2846:13, 2849:22

**WESTBANK** [1] -
2835:12

**WGI** [1] - 2819:23

**WGI'S** [1] - 2771:12

**WHAT** [137] - 2769:19,
2771:7, 2771:20,
2772:6, 2772:9,
2772:11, 2772:12,
2772:14, 2772:25,
2774:2, 2776:16,
2778:1, 2778:20,
2780:2, 2780:21,
2780:22, 2781:10,
2782:2, 2782:11,
2782:13, 2783:7,
2783:21, 2784:7,
2784:8, 2786:11,
2791:3, 2791:14,
2792:7, 2792:11,
2792:13, 2792:16,
2792:20, 2793:16,
2794:16, 2795:3,
2796:5, 2796:24,
2797:7, 2797:8,
2798:10, 2799:4,
2799:12, 2802:8,
2804:23, 2804:25,
2805:1, 2805:21,
2805:24, 2808:2,
2808:14, 2810:22,
2811:8, 2812:4,
2813:13, 2813:24,
2814:7, 2815:7,
2816:16, 2816:17,
2817:12, 2817:13,
2817:21, 2817:24,
2819:1, 2819:23,
2821:22, 2822:3,
2822:9, 2823:6,
2823:11, 2823:20,
2823:22, 2824:10,
2824:19, 2825:15,
2825:21, 2826:25,
2829:3, 2833:6,

**HOURLY TRANSCRIPT**

2833:24, 2834:24, 2836:18, 2840:3, 2840:23, 2841:16, 2842:1, 2843:1, 2844:13, 2846:14, 2848:1, 2848:17, 2852:18, 2852:19, 2854:3, 2854:12, 2855:13, 2855:20, 2855:21, 2855:22, 2856:9, 2856:12, 2857:10, 2858:13, 2858:16, 2859:23, 2860:4, 2861:18, 2861:22, 2865:2, 2865:13, 2866:7, 2866:12, 2866:23, 2868:7, 2868:23, 2869:6, 2870:17, 2872:9, 2873:4, 2873:23, 2874:6, 2874:8, 2875:5, 2875:6, 2875:11, 2875:12, 2883:13, 2884:2, 2884:3, 2886:5

**WHAT'S** [19] - 2774:5, 2789:17, 2808:5, 2830:13, 2833:25, 2834:7, 2835:17, 2835:18, 2849:21, 2849:22, 2851:9, 2851:10, 2861:8, 2867:14, 2868:14, 2868:19, 2876:9, 2881:15

**WHATEVER** [8] - 2782:7, 2791:17, 2813:20, 2813:21, 2815:9, 2842:2, 2855:19, 2873:1

**WHEN** [73] - 2769:12, 2769:24, 2771:16, 2779:21, 2779:25, 2781:16, 2782:18, 2782:23, 2783:6, 2783:10, 2783:12, 2783:14, 2784:5, 2785:15, 2786:3, 2791:11, 2791:25, 2792:1, 2792:4, 2792:8, 2793:2, 2793:4, 2798:9, 2800:17, 2801:16, 2803:9, 2804:8, 2804:10, 2805:20, 2805:23, 2806:21, 2809:22, 2815:25, 2817:3, 2819:22, 2821:12, 2824:8, 2826:9, 2827:2,

2827:8, 2827:11, 2827:14, 2828:15, 2828:20, 2835:22, 2836:9, 2837:24, 2841:24, 2842:21, 2850:10, 2852:22, 2853:12, 2853:17, 2854:5, 2855:6, 2856:10, 2857:4, 2857:16, 2858:25, 2859:8, 2860:15, 2866:10, 2866:17, 2868:20, 2870:4, 2870:25, 2871:20, 2872:25, 2873:15, 2874:9, 2877:18, 2877:24, 2879:1

**WHENEVER** [1] - 2865:17

**WHERE** [30] - 2776:11, 2777:23, 2788:13, 2795:7, 2796:18, 2798:16, 2799:13, 2811:4, 2811:6, 2816:6, 2817:16, 2818:17, 2825:21, 2827:5, 2827:15, 2831:12, 2831:14, 2831:16, 2837:11, 2838:16, 2840:18, 2841:10, 2841:12, 2847:10, 2847:13, 2850:3, 2852:23, 2859:9, 2873:11

**WHEREAS** [1] - 2855:8

**WHEREUPON** [2] - 2843:18, 2886:9

**WHETHER** [11] - 2769:25, 2786:7, 2790:14, 2803:15, 2804:3, 2808:8, 2819:3, 2824:2, 2830:15, 2852:16, 2853:15

**WHICH** [59] - 2769:18, 2770:19, 2771:8, 2776:12, 2776:21, 2780:25, 2783:2, 2784:12, 2784:16, 2785:17, 2786:22, 2787:17, 2787:18, 2787:25, 2790:16, 2796:6, 2797:13, 2799:24, 2801:25, 2806:6, 2807:8, 2808:12, 2808:14, 2808:25, 2816:22, 2817:18, 2817:25,

2819:10, 2824:21, 2825:12, 2830:17, 2835:2, 2836:10, 2836:12, 2838:25, 2842:19, 2845:10, 2845:21, 2849:6, 2850:8, 2852:4, 2852:11, 2852:24, 2861:2, 2861:21, 2862:3, 2862:10, 2862:19, 2862:20, 2862:21, 2862:22, 2862:25, 2863:13, 2863:14, 2870:10, 2874:17, 2876:4, 2877:25

**WHILE** [2] - 2787:19, 2819:5

**WHO** [3] - 2787:11, 2821:2, 2866:14

**WHOLE** [14] - 2777:9, 2783:3, 2785:11, 2794:2, 2794:11, 2796:19, 2806:8, 2811:9, 2813:25, 2824:20, 2830:2, 2850:9, 2862:15, 2865:20

**WHY** [17] - 2772:19, 2777:8, 2784:2, 2790:9, 2795:1, 2796:11, 2800:25, 2803:21, 2823:12, 2830:4, 2831:5, 2833:14, 2842:9, 2857:23, 2858:10, 2863:4, 2864:4

**WIDE** [2] - 2792:12, 2851:18

**WIDTH** [1] - 2844:11

**WILL** [33] - 2779:19, 2787:23, 2787:25, 2788:22, 2788:24, 2789:2, 2793:12, 2793:18, 2794:18, 2800:8, 2804:13, 2806:13, 2807:1, 2812:10, 2819:2, 2820:18, 2828:5, 2836:18, 2843:22, 2844:11, 2845:17, 2861:20, 2862:24, 2863:20, 2867:3, 2873:14, 2873:23, 2880:20, 2882:7, 2883:3, 2885:21, 2885:22

**WILLIAM** [2] - 2766:12, 2802:20

**WILSHIRE** [1] -

2766:4

**WIND** [66] - 2789:15, 2789:17, 2789:19, 2790:1, 2790:4, 2790:6, 2790:11, 2790:12, 2793:22, 2793:25, 2794:25, 2795:9, 2798:10, 2799:10, 2799:11, 2799:21, 2808:25, 2809:2, 2809:4, 2810:10, 2810:23, 2813:1, 2816:9, 2816:10, 2816:12, 2816:22, 2816:23, 2817:2, 2826:17, 2827:8, 2827:9, 2827:20, 2827:23, 2828:7, 2828:13, 2828:17, 2828:18, 2830:6, 2833:11, 2835:4, 2835:6, 2835:9, 2838:19, 2842:10, 2842:15, 2848:2, 2848:4, 2848:7, 2848:13, 2848:14, 2848:20, 2848:24, 2849:1, 2849:20, 2851:9, 2851:11, 2851:12, 2851:17, 2851:18, 2863:15, 2863:16, 2872:8, 2875:16, 2875:17, 2875:18

**WIND'S** [1] - 2838:17

**WINDS** [43] - 2793:5, 2793:6, 2797:23, 2798:4, 2798:6, 2799:6, 2799:18, 2809:3, 2810:16, 2825:11, 2825:18, 2825:20, 2825:24, 2826:6, 2826:9, 2826:12, 2826:13, 2827:2, 2827:14, 2827:16, 2828:2, 2828:16, 2829:11, 2829:19, 2829:21, 2831:10, 2832:16, 2832:17, 2833:1, 2833:7, 2833:8, 2834:25, 2837:24, 2838:11, 2841:23, 2841:25, 2847:20, 2847:24, 2849:5, 2849:12, 2849:14, 2851:21, 2877:20

**WINE** [1] - 2817:4

**WISH** [1] - 2863:3

**WITH** [110] - 2770:4,

2771:11, 2775:18, 2775:20, 2775:21, 2776:3, 2776:4, 2776:5, 2776:10, 2778:13, 2778:17, 2778:24, 2779:8, 2779:11, 2780:20, 2786:3, 2789:4, 2790:13, 2792:23, 2793:22, 2795:7, 2796:21, 2796:24, 2797:17, 2797:23, 2798:25, 2799:4, 2799:6, 2799:13, 2799:25, 2800:8, 2800:12, 2800:25, 2802:6, 2805:24, 2806:10, 2806:12, 2807:9, 2807:24, 2808:17, 2808:18, 2809:11, 2813:13, 2814:9, 2814:20, 2816:4, 2817:20, 2819:23, 2821:18, 2822:8, 2824:10, 2825:14, 2825:15, 2826:9, 2827:16, 2828:14, 2828:16, 2829:5, 2829:8, 2830:16, 2832:22, 2833:2, 2836:9, 2836:10, 2836:15, 2837:5, 2837:25, 2838:17, 2839:2, 2839:5, 2839:7, 2841:3, 2843:7, 2843:22, 2845:18, 2846:12, 2846:18, 2848:4, 2849:12, 2851:20, 2852:22, 2853:13, 2854:2, 2855:2, 2855:13, 2856:10, 2856:11, 2857:10, 2857:16, 2858:6, 2858:13, 2858:19, 2858:20, 2860:5, 2863:15, 2864:16, 2864:25, 2866:1, 2868:21, 2872:23, 2874:14, 2875:12, 2876:17, 2878:13, 2882:22, 2883:24, 2884:6

**WITHDRAW** [1] - 2814:8

**WITHDRAWN** [1] - 2778:2

**WITHIN** [11] - 2776:8, 2776:9, 2787:2, 2825:10, 2834:6, 2838:7, 2838:24,

2839:23, 2849:19,
2868:18
**WITHOUT** [3] -
2785:20, 2794:14,
2805:1
**WITNESS** [51] -
2771:8, 2782:9,
2783:19, 2784:4,
2784:18, 2785:2,
2785:7, 2791:7,
2793:24, 2795:15,
2795:18, 2795:21,
2801:2, 2801:8,
2801:18, 2801:23,
2804:21, 2805:10,
2811:14, 2811:18,
2811:23, 2811:25,
2815:8, 2815:10,
2815:23, 2817:24,
2827:10, 2827:13,
2829:16, 2829:23,
2830:11, 2830:15,
2832:6, 2832:9,
2832:10, 2833:17,
2837:18, 2840:21,
2840:25, 2843:22,
2854:11, 2860:24,
2864:24, 2871:5,
2872:19, 2872:21,
2873:14, 2877:14,
2877:18, 2878:2,
2885:22
**WITTMANN** [1] -
2766:11
**WON'T** [1] - 2865:1
**WONDERING** [1] -
2883:24
**WOODCOCK** [15] -
2767:6, 2771:12,
2772:1, 2780:7,
2830:8, 2830:9,
2862:1, 2863:6,
2863:8, 2863:24,
2864:4, 2864:10,
2883:16, 2883:17,
2883:20
**WORDS** [8] - 2778:1,
2790:20, 2806:3,
2813:21, 2839:18,
2840:16, 2847:14,
2858:18
**WORK** [13] - 2771:9,
2778:3, 2778:4,
2778:7, 2778:9,
2778:13, 2778:15,
2819:23, 2819:24,
2821:8, 2860:17,
2878:10
**WORKED** [1] -
2796:15

**WORKING** [1] -
2875:12
**WORKS** [2] - 2799:7,
2865:9
**WORRY** [2] - 2780:4,
2864:7
**WOULD** [182] -
2770:24, 2771:4,
2776:7, 2776:9,
2776:10, 2776:21,
2776:23, 2780:21,
2781:18, 2782:6,
2782:20, 2783:5,
2783:8, 2783:19,
2784:18, 2785:3,
2785:4, 2786:9,
2786:20, 2787:19,
2787:20, 2789:25,
2790:19, 2791:2,
2791:3, 2791:4,
2793:14, 2793:17,
2797:17, 2800:10,
2801:9, 2801:14,
2801:22, 2801:24,
2802:14, 2802:15,
2802:17, 2803:3,
2803:8, 2806:4,
2807:10, 2811:1,
2811:21, 2814:9,
2814:21, 2815:1,
2815:2, 2815:3,
2815:17, 2815:19,
2816:4, 2816:8,
2816:10, 2816:13,
2816:23, 2816:24,
2817:2, 2824:12,
2824:13, 2825:18,
2825:23, 2826:6,
2826:9, 2826:13,
2827:2, 2827:4,
2827:5, 2827:11,
2827:15, 2827:16,
2828:15, 2828:21,
2829:21, 2830:18,
2832:6, 2833:17,
2835:4, 2835:8,
2835:15, 2835:21,
2836:13, 2836:15,
2836:19, 2837:8,
2840:18, 2840:19,
2840:25, 2842:4,
2842:7, 2844:16,
2844:17, 2845:18,
2845:20, 2845:23,
2845:24, 2846:2,
2846:3, 2846:4,
2846:12, 2846:13,
2846:21, 2847:5,
2847:6, 2847:8,
2847:16, 2848:3,
2848:5, 2848:6,

2848:19, 2849:1,
2849:16, 2851:5,
2851:24, 2854:5,
2855:3, 2855:9,
2855:15, 2855:17,
2855:18, 2855:22,
2856:4, 2856:15,
2856:17, 2856:19,
2856:20, 2857:2,
2858:6, 2858:21,
2862:11, 2862:13,
2863:9, 2864:22,
2867:20, 2869:7,
2869:9, 2869:12,
2869:18, 2869:20,
2869:23, 2870:1,
2870:9, 2870:22,
2870:23, 2870:24,
2870:25, 2871:1,
2872:1, 2872:4,
2872:6, 2872:7,
2872:8, 2874:22,
2874:23, 2875:15,
2876:10, 2876:13,
2876:15, 2876:16,
2877:18, 2877:19,
2877:22, 2877:25,
2881:23, 2881:24,
2883:6, 2884:24,
2885:5, 2886:2
**WOULDN'T** [7] -
2813:19, 2814:18,
2814:19, 2814:24,
2815:1, 2833:3,
2834:14
**WRITING** [3] - 2822:6,
2830:2, 2830:23
**WRONG** [7] - 2810:22,
2823:17, 2833:3,
2835:10, 2853:5,
2857:7
**WROTE** [3] - 2804:8,
2804:10, 2805:6

# Y

**Y'ALL** [1] - 2817:9
**YEAH** [1] - 2819:18
**YEAR** [3] - 2853:5,
2853:7, 2853:10
**YELLOW** [1] - 2797:14
**YEP** [1] - 2838:3
**YES** [152] - 2770:10,
2770:11, 2770:14,
2770:22, 2773:13,
2773:19, 2773:22,
2774:20, 2775:3,
2775:16, 2775:19,
2776:18, 2776:20,
2777:3, 2777:11,

2777:20, 2777:23,
2778:8, 2779:8,
2781:9, 2781:12,
2783:11, 2786:9,
2786:17, 2786:20,
2786:24, 2787:9,
2788:7, 2788:16,
2789:10, 2789:12,
2789:14, 2790:2,
2790:25, 2791:19,
2793:9, 2793:11,
2795:15, 2795:21,
2798:14, 2798:17,
2800:10, 2803:23,
2805:15, 2810:9,
2811:14, 2811:18,
2811:23, 2812:21,
2812:25, 2813:2,
2813:14, 2817:23,
2819:12, 2819:21,
2820:5, 2820:12,
2820:15, 2821:11,
2822:24, 2823:14,
2823:16, 2823:25,
2824:24, 2827:10,
2827:24, 2829:23,
2830:9, 2831:13,
2831:15, 2831:17,
2833:18, 2834:15,
2834:18, 2834:24,
2835:18, 2835:21,
2836:1, 2837:10,
2837:23, 2838:5,
2838:15, 2839:3,
2840:5, 2840:8,
2840:24, 2840:25,
2841:16, 2841:19,
2842:3, 2843:3,
2843:8, 2843:24,
2844:6, 2844:18,
2844:24, 2845:4,
2845:8, 2845:13,
2845:24, 2846:4,
2846:20, 2847:9,
2847:16, 2847:19,
2847:22, 2849:9,
2850:24, 2852:6,
2853:4, 2853:19,
2854:10, 2854:20,
2854:24, 2855:1,
2855:11, 2856:18,
2857:5, 2857:9,
2857:22, 2858:1,
2858:3, 2861:6,
2862:6, 2862:16,
2863:4, 2865:4,
2867:7, 2867:13,
2867:19, 2871:22,
2872:19, 2873:25,
2874:5, 2875:2,
2876:25, 2877:5,

2877:14, 2878:2,
2879:2, 2879:11,
2879:16, 2881:15,
2881:22, 2882:3,
2882:16, 2882:19,
2884:10, 2885:13
**YESTERDAY** [20] -
2780:11, 2780:16,
2780:21, 2792:24,
2800:13, 2807:23,
2808:8, 2808:10,
2808:11, 2818:14,
2818:17, 2841:15,
2849:23, 2868:5,
2869:14, 2870:11,
2870:12, 2871:12,
2871:21, 2876:1
**YET** [3] - 2782:12,
2785:20, 2794:14
**YOU** [468] - 2769:9,
2769:12, 2769:20,
2769:24, 2770:4,
2770:9, 2770:11,
2770:15, 2770:18,
2770:20, 2771:22,
2772:11, 2773:4,
2773:5, 2773:11,
2773:14, 2773:20,
2774:2, 2775:15,
2775:17, 2775:20,
2776:5, 2776:21,
2777:9, 2777:14,
2777:15, 2777:18,
2777:25, 2778:2,
2778:3, 2778:4,
2778:9, 2778:13,
2778:14, 2778:23,
2779:5, 2779:18,
2780:16, 2780:20,
2781:3, 2782:22,
2783:1, 2783:2,
2783:6, 2783:7,
2783:12, 2783:13,
2784:18, 2785:3,
2785:14, 2785:24,
2786:18, 2786:25,
2787:11, 2787:13,
2787:14, 2787:18,
2787:21, 2789:8,
2789:9, 2789:11,
2789:13, 2789:15,
2789:17, 2790:2,
2790:10, 2790:13,
2791:14, 2791:20,
2792:1, 2792:4,
2792:8, 2792:11,
2792:13, 2792:15,
2792:21, 2792:24,
2792:25, 2793:4,
2793:25, 2794:1,
2794:7, 2795:1,

2795:7, 2795:13, 2795:15, 2795:25, 2796:1, 2796:11, 2796:15, 2796:18, 2796:24, 2797:5, 2797:7, 2797:17, 2797:18, 2797:21, 2798:2, 2798:9, 2798:11, 2798:13, 2798:15, 2798:18, 2798:21, 2799:4, 2799:5, 2799:12, 2800:8, 2800:13, 2800:22, 2803:15, 2804:3, 2804:8, 2804:13, 2804:14, 2804:15, 2804:18, 2804:20, 2804:21, 2805:5, 2805:6, 2805:14, 2805:20, 2805:23, 2806:24, 2806:25, 2807:6, 2807:8, 2807:22, 2807:24, 2808:6, 2808:8, 2808:9, 2808:14, 2808:17, 2808:24, 2809:10, 2809:23, 2810:4, 2810:13, 2811:1, 2811:4, 2811:12, 2813:3, 2814:9, 2814:12, 2814:18, 2815:1, 2815:3, 2815:17, 2815:19, 2815:21, 2816:4, 2816:23, 2817:12, 2817:15, 2817:16, 2817:24, 2818:5, 2818:6, 2818:13, 2818:18, 2818:24, 2819:1, 2819:7, 2819:10, 2819:16, 2819:19, 2819:20, 2819:22, 2819:23, 2820:1, 2820:3, 2820:6, 2820:9, 2820:14, 2820:19, 2820:20, 2820:23, 2820:24, 2821:4, 2821:10, 2821:19, 2821:22, 2821:25, 2822:2, 2822:3, 2822:6, 2822:9, 2822:10, 2822:11, 2822:14, 2824:17, 2824:19, 2825:6, 2826:20, 2827:11, 2827:15, 2827:16, 2828:9, 2829:2, 2829:3, 2829:14, 2829:15, 2830:21,

2830:25, 2831:2, 2831:5, 2831:20, 2832:4, 2832:20, 2833:3, 2833:9, 2833:14, 2833:19, 2833:20, 2833:22, 2834:2, 2835:6, 2835:23, 2836:2, 2836:3, 2836:4, 2837:9, 2837:16, 2838:14, 2839:9, 2839:18, 2840:13, 2840:25, 2841:9, 2841:10, 2841:16, 2841:17, 2842:6, 2842:9, 2842:11, 2842:12, 2843:21, 2843:22, 2844:11, 2845:3, 2845:5, 2845:10, 2845:18, 2846:12, 2846:14, 2847:5, 2847:18, 2848:8, 2849:7, 2851:7, 2851:11, 2851:12, 2851:18, 2851:19, 2851:21, 2851:23, 2852:3, 2852:10, 2852:22, 2852:23, 2853:6, 2853:11, 2853:12, 2853:20, 2853:25, 2854:4, 2854:10, 2854:19, 2855:9, 2855:13, 2855:14, 2855:15, 2855:21, 2855:22, 2855:25, 2856:6, 2856:9, 2856:15, 2856:19, 2856:20, 2857:2, 2857:6, 2857:7, 2857:10, 2857:14, 2857:23, 2857:24, 2858:23, 2858:24, 2858:25, 2859:1, 2859:2, 2859:7, 2859:16, 2859:21, 2860:4, 2860:22, 2860:24, 2860:25, 2861:13, 2861:14, 2861:17, 2861:21, 2861:25, 2862:8, 2862:15, 2863:3, 2863:6, 2863:9, 2864:8, 2864:9, 2864:16, 2865:2, 2865:3, 2865:4, 2865:10, 2865:13, 2866:5, 2866:12, 2866:22, 2867:6, 2867:10, 2867:12, 2867:24, 2868:3,

2868:5, 2868:17, 2868:19, 2868:22, 2869:4, 2869:8, 2869:9, 2869:10, 2869:11, 2870:2, 2870:3, 2870:4, 2870:10, 2870:12, 2870:13, 2871:20, 2872:12, 2872:13, 2872:15, 2872:17, 2872:25, 2873:5, 2873:15, 2873:22, 2873:23, 2874:4, 2874:6, 2874:8, 2874:10, 2874:23, 2874:25, 2875:4, 2875:12, 2875:19, 2875:21, 2875:22, 2875:23, 2875:24, 2875:25, 2876:9, 2876:13, 2876:23, 2877:2, 2877:6, 2878:10, 2878:20, 2878:21, 2878:24, 2878:25, 2879:12, 2879:17, 2880:5, 2880:17, 2880:20, 2880:22, 2880:25, 2881:11, 2881:16, 2883:13, 2883:19, 2883:20, 2883:23, 2883:24, 2884:7, 2884:11, 2884:12, 2884:14, 2885:2, 2885:5, 2885:14, 2885:15, 2885:19, 2885:20, 2885:21, 2885:24, 2885:25, 2886:6
**YOU'D** [1] - 2830:8
**YOU'LL** [3] - 2779:19, 2875:24, 2877:11
**YOU'RE** [40] - 2781:10, 2787:5, 2791:23, 2794:16, 2799:25, 2800:22, 2801:2, 2807:2, 2808:5, 2808:25, 2811:19, 2815:5, 2817:14, 2817:17, 2820:16, 2831:19, 2841:22, 2842:21, 2848:1, 2848:9, 2848:21, 2848:23, 2853:17, 2855:6, 2855:7, 2856:3, 2856:12, 2856:25, 2857:1, 2860:4, 2860:21, 2861:13, 2873:1, 2876:17, 2879:3, 2879:9,

2880:1, 2880:13, 2885:11
**YOU'VE** [13] -
2781:13, 2784:23, 2792:18, 2793:5, 2800:14, 2808:16, 2808:19, 2810:7, 2813:13, 2851:11, 2870:3, 2877:6, 2878:9
**YOUR** [120] - 2770:4, 2770:23, 2771:19, 2772:1, 2772:13, 2772:20, 2772:23, 2773:3, 2773:11, 2776:25, 2777:21, 2778:3, 2778:20, 2779:6, 2779:12, 2780:6, 2780:7, 2780:13, 2780:20, 2785:14, 2785:15, 2786:3, 2788:5, 2791:10, 2792:1, 2794:14, 2796:2, 2796:18, 2798:23, 2799:5, 2800:12, 2800:17, 2802:7, 2804:8, 2804:16, 2805:6, 2807:7, 2807:9, 2808:9, 2809:1, 2809:6, 2809:9, 2809:10, 2809:18, 2809:22, 2810:8, 2810:19, 2812:22, 2817:20, 2818:6, 2819:11, 2819:16, 2819:24, 2820:4, 2821:1, 2821:8, 2821:19, 2822:18, 2824:22, 2829:23, 2830:1, 2830:13, 2831:3, 2831:11, 2832:15, 2835:23, 2836:2, 2841:4, 2842:13, 2843:8, 2848:12, 2849:10, 2852:22, 2852:23, 2853:13, 2855:6, 2857:6, 2857:10, 2857:16, 2857:19, 2857:24, 2859:17, 2860:25, 2861:1, 2861:12, 2862:24, 2863:1, 2863:5, 2864:18, 2865:3, 2865:5, 2866:4, 2866:5, 2866:7, 2867:9, 2867:20, 2870:11, 2871:3, 2871:7, 2872:18, 2875:4,

2877:2, 2877:10, 2878:10, 2879:19, 2880:8, 2880:18, 2881:10, 2881:19, 2882:1, 2882:21, 2882:24, 2883:9, 2883:10, 2883:15, 2884:11, 2885:13
**YOURS** [1] - 2800:5
**YOURSELF** [1] - 2798:10

---

# Z

**ZERO** [1] - 2843:2
**ZITO** [1] - 2766:17
**ZONE** [1] - 2874:24

**HOURLY TRANSCRIPT**