1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
2

3     ****************************************************************

4     IN RE:  KATRINA CANAL
      BREACHES CONSOLIDATED
5     LITIGATION

6                              CIVIL ACTION NO. 05-4182
                               SECTION "K"(2)
7                              NEW ORLEANS, LOUISIANA
                               FRIDAY, SEPTEMBER 28, 2012, 9:00 A.M.
8     PERTAINS TO:  MRGO

9       ARMSTRONG NO. 10-CV-866

10    ****************************************************************

11                     **DAY 13 MORNING SESSION**
                     TRANSCRIPT OF TRIAL PROCEEDINGS
12         HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
                     UNITED STATES DISTRICT JUDGE
13

14    APPEARANCES:

15

      FOR THE PLAINTIFFS:          BRUNO & BRUNO
16                                 BY:   JOSEPH M. BRUNO, ESQUIRE
                                   855 BARONNE STREET
17                                 NEW ORLEANS LA  70113

18

19                                 THE ANDRY LAW FIRM
                                   BY:   JONATHAN B. ANDRY, ESQUIRE
20                                 610 BARONNE STREET
                                   NEW ORLEANS LA  70113
21

22
                                   BARON & BUDD
23                                 BY:  THOMAS SIMS, ESQUIRE
                                   CARLA M. BURKE, ESQUIRE
24                                 3102 OAK LAWN AVENUE
                                   SUITE 1100
25                                 DALLAS TX  75219

                          **HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3

4                                    DEGRAVELLES PALMINTIER
                                     HOLTHAUS & FRUGE
                                     BY:  MICHAEL PALMINTIER, ESQ.
5                                    618 MAIN STREET
                                     BATON ROUGE, LA 70801

6

7

8                                    LAW OFFICE OF ELWOOD STEVENS JR
                                     BY:  ELWOOD STEVENS JR, ESQUIRE
                                     1205 VICTOR II BOULEVARD
9                                    MORGAN CITY LA  70381

10

11                                   THE DUDENHEFER LAW FIRM
                                     BY: FRANK DUDENHEFER JR., ESQ.
12                                   601 POYDRAS STREET, SUITE 2655
                                     NEW ORLEANS LA  70130

13

14

15                                   FAYARD & HONEYCUTT
                                     BY:  CALVIN FAYARD, JR, ESQUIRE
                                     519 FLORIDA AVENUE SOUTHWEST
16                                   DENHAM SPRINGS LA  70726

17

18                                   JOANEN LAW FIRM
                                     BY:  SCOTT JOANEN, ESQUIRE
19                                   4905 FRERET STREET, SUITE B
                                     NEW ORLEANS LA  70115

20

21

22                                   LEVIN PAPANTONIO THOMAS
                                     MITCHELL ECHSNER & PROCTOR
                                     BY:  MATT SCHULTZ, ESQUIRE
23                                   316 S. BAYLEN STREET, SUITE 600
                                     PENSACOLA FL  32502

24

25

**HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3                                          THE TRIAL LAW FIRM
                                           BY:  ANDREW P. OWEN, ESQUIRE
4                                          800 WILSHIRE BOULEVARD
                                           SUITE 500
5                                          LOS ANGELES CA  90017

6

7                                          J. ROBERT WARREN, II, A PLC
                                           BY:  J. ROBERT WARREN, II, ESQ.
8                                          1718 SHORT STREET
                                           NEW ORLEANS LA  70118
9

10

11   FOR WASHINGTON GROUP
     INTERNATIONAL, INC.:                  STONE PIGMAN WALTHER WITTMANN
12                                         BY:  WILLIAM D. TREEBY, ESQUIRE
                                                HEATHER LONIAN, ESQUIRE
13                                              JAMES C. GULOTTA, ESQUIRE
                                                MAGGIE BROUSSARD, ESQUIRE
14                                         546 CARONDELET STREET
                                           NEW ORLEANS LA  70130
15

16

17                                         JONES DAY
                                           BY:  ADRIAN WAGER-ZITO, ESQUIRE
18                                              DEBRA CLAYMAN, ESQUIRE
                                                CHRISTOPHER THATCH, ESQ.
19                                              CHRISTOPHER FARRELL, ESQ.
                                                JULIA CRONIN, ESQUIRE
20                                              BRIAN KERWIN, ESQUIRE
                                           51 LOUISIANA AVENUE, N.W.
21                                         WASHINGTON DC  20001

22

23

24

25

                        **HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3    FOR THE UNITED STATES
     OF AMERICA:                    U.S. DEPARTMENT OF JUSTICE
4                                   BY:  ROBIN D. SMITH, ESQUIRE
                                         JAMES MCCONNON, JR., ESQ.
5                                        RUPERT MITSCH, ESQUIRE
                                         CONOR KELLS, ESQUIRE
6                                        JOHN A. WOODCOCK, ESQUIRE
                                    TORTS BRANCH, CIVIL DIVISION
7                                   BENJAMIN FRANKLIN STATION
                                    P.O. BOX 888
8                                   WASHINGTON D.C.  2004

9

10

11   OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
                                 CERTIFIED REALTIME REPORTER
12                               500 POYDRAS STREET, ROOM B406
                                 NEW ORLEANS LA  70130
13                               (504) 589-7779

14   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
15

16

17

18

19

20

21

22

23

24

25

                         **HOURLY TRANSCRIPT**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# I N D E X

<u>EXAMINATIONS</u>                                                              <u>PAGE</u>

**DAVID SYKORA**......................................... 3058

VOIR DIRE EXAMINATION BY MS. WAGER-ZITO.............. 3058

TRAVERSE EXAMINATION BY MR. GREGORY.................. 3068

DIRECT EXAMINATION BY MS. WAGER-ZITO................. 3074

CROSS-EXAMINATION BY MR. GREGORY..................... 3106

**THOMAS L. BRANDON** ................................. 3143

LUNCHEON RECESS...................................... 3144

**P-R-O-C-E-E-D-I-N-G-S**

FRIDAY, SEPTEMBER 28, 2012

M O R N I N G   S E S S I O N

(COURT CALLED TO ORDER)

09:04AM    THE DEPUTY CLERK:  ALL RISE, PLEASE.  COURT IS IN
09:04AM SESSION.  PLEASE BE SEATED.

09:04AM    THE COURT:  GOOD MORNING.  THANK YOU VERY MUCH.

09:04AM    MR. BRUNO:  YOUR HONOR, JUST A FEW HOUSEKEEPING
09:04AM ISSUES, IF YOU DON'T MIND.  FIRST OF ALL, FOR PLANNING
09:04AM PURPOSES, I WAS WONDERING IF THE COURT COULD GIVE ME SOME
09:04AM GUIDANCE WITH REGARD TO THE SCHEDULING OF WHEN WE'RE GOING TO
09:04AM ADDRESS THE CHART WHICH IS THE OPEN -- OUR CASE IS OPEN PENDING
09:04AM THE RESOLUTION OF THAT.  YOU HAD SUGGESTED BUT NOT TOLD ME
09:04AM WHETHER YOU WANTED ME TO CALL A WITNESS LIVE.  HAS THE COURT
09:04AM DECIDED THAT WE SHOULD CALL SOMEONE LIVE?  WE CAN DO AT THAT.
09:04AM IF SO, IF WE COULD LEARN SOMETHING ABOUT SCHEDULING, OR WE
09:05AM COULD DO IT AFTER THE DEFENDANTS REST.  IT MAKES NO MATTER.

09:05AM    THE COURT:  WHY DON'T WE DO IT AFTER THE DEFENDANTS
09:05AM REST.

09:05AM    MR. BRUNO:  THE SECOND POINT IS WE KNOW THE TIME
09:05AM LIMITATIONS, WE UNDERSTAND THE TIME LIMITATIONS IN SAYING THIS.
09:05AM I JUST WANT TO ALERT THE COURT THAT THE PLAINTIFFS INTEND TO DO
09:05AM ONE REBUTTAL WITNESS BRIEFLY.

**HOURLY TRANSCRIPT**

09:05AM 1          AND THIRD, IF YOUR HONOR WILL ALLOW ME TO NOTE

09:05AM 2    AN OBJECTION WITH REGARD TO MR. TREEBY'S SUGGESTION YESTERDAY

09:05AM 3    THAT THE TWO DEFENDANTS HAVE THE RIGHT TO CROSS-EXAMINE EACH

09:05AM 4    OTHER'S WITNESSES.

09:05AM 5          THE COURT:  THAT WAS NOT IN ALL CASES.  THAT WAS IN

09:05AM 6    THAT PARTICULAR CASE.

09:05AM 7          MR. BRUNO:  I MISUNDERSTOOD.

09:05AM 8          THE COURT:  BECAUSE THEY HAVE TWO DIFFERENT WITNESSES

09:05AM 9    ON THE STANDARD OF CARE, AND THEY ARE NOT ALIGNED NECESSARILY

09:05AM 10   ON THE STANDARD OF CARE.

09:05AM 11         MR. BRUNO:  I UNDERSTAND.

09:05AM 12         MR. TREEBY:  IF YOUR HONOR PLEASE, MR. BRUNO DID

09:05AM 13   SHARE THOSE WITH ME BEFORE, AND THE ONLY ONE I WOULD LIKE SOME

09:05AM 14   DIRECTION FROM THE COURT ON IS, I ASKED HIM THEN, WHAT IS YOUR

09:05AM 15   REBUTTAL GOING TO BE?  HE SAID DR. BEA.

09:06AM 16         WE THINK WE'RE ENTITLED TO KNOW WHAT HE'S GOING

09:06AM 17   TO REBUT SO WE CAN EVALUATE WHETHER IT'S PROPER REBUTTAL OR NOT

09:06AM 18   BECAUSE REBUTTAL IS LIMITED TO THINGS HE DIDN'T KNOW.

09:06AM 19         MR. BRUNO:  I AGREE.  WE AGREE.  WE HAVE NO

09:06AM 20   INTENTION -- TRUST ME, I'M NOT THAT -- WE ARE NOT GOING TO GO

09:06AM 21   BEYOND ANYTHING THAT IS REBUTTAL.  IT'S TRUE REBUTTAL.  IN

09:06AM 22   FACT, I WILL SHARE WITH YOU THAT MY CURRENT THINKING IS TO USE

09:06AM 23   ONLY THE SLIDES THAT THE DEFENDANTS' EXPERTS USED.

09:06AM 24         MR. TREEBY:  IF THOSE SLIDES THAT THE DEFENDANTS USED

09:06AM 25   WERE THINGS THAT WERE KNOWN OR KNOWABLE TO THE PLAINTIFFS

**HOURLY TRANSCRIPT**

09:06AM  1    BEFORE THIS TRIAL, IT'S NOT PROPER REBUTTAL.  SO I THINK WE

09:06AM  2    NEED SOME HEADS UP.

09:06AM  3            THE COURT:  THAT'S AN ARGUMENT THAT WE CAN HAVE.

09:06AM  4    IT'S YOUR TIME.  THE CLOCK IS TICKING.  IF YOU WANT TO ARGUE

09:06AM  5    ABOUT THAT, IT'S NOT THAT SIMPLE.  GENERALLY REBUTTAL, TRUE

09:06AM  6    REBUTTAL, IF IT'S NOT A NEW OPINION, IS JUST THAT.  YOU SAID

09:07AM  7    SOMETHING, WE SAID SOMETHING.  YOU REBUT IT.

09:07AM  8            I DON'T KNOW OF ANY RULE WHERE YOU'RE PRECLUDED

09:07AM  9    OF REBUTTING SOMETHING YOU KNEW.  IT WAS MANIFESTED IN REALITY

09:07AM  10   IN THIS TRIAL DURING THE TESTIMONY.  SO IT GETS A LITTLE

09:07AM  11   DIFFICULT.

09:07AM  12           MR. TREEBY:  I DON'T WANT TO ARGUE.

09:07AM  13           THE COURT:  I'M AFRAID WE'RE GOING TO HAVE TO PUT HIM

09:07AM  14   ON AND YOU'RE GOING TO HAVE TO MAKE YOUR OBJECTIONS AS WE GO

09:07AM  15   ALONG.  THAT'S HOW WE'RE GOING TO DO IT, AS I'VE DONE IT IN

09:07AM  16   EVERY REBUTTAL CASE FOR 17 YEARS WHERE THERE HAS BEEN A

09:07AM  17   REBUTTAL WITNESS.

09:07AM  18           ALL RIGHT.

09:07AM  19           MS. WAGER-ZITO:  GOOD MORNING, YOUR HONOR.

09:07AM  20   WASHINGTON GROUP CALLS DR. DAVID SYKORA.  AND SIMILAR TO

09:07AM  21   MR. KELLS YESTERDAY, I'LL DO HIS QUALIFICATIONS.

        22           THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT

        23   HAND.  DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY WHICH YOU ARE

        24   ABOUT TO GIVE WILL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING

        25   BUT THE TRUTH, SO HELP YOU GOD?

**HOURLY TRANSCRIPT**

1          THE WITNESS:  I DO.

2                    **DAVID SYKORA**

3    WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY

4    THE CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS FOLLOWS:

5          THE DEPUTY CLERK:  PLEASE STATE YOUR NAME AND SPELL

6    IT FOR THE RECORD.

7          THE WITNESS:  DAVID SYKORA, D-A-V-I-D S-Y-K-O-R-A.

8               VOIR DIRE EXAMINATION

9    BY MS. WAGER-ZITO:

10   Q.   DR. SYKORA, CAN YOU TELL THE COURT WHAT YOUR AREA OF

11   EXPERTISE IS THAT YOU'LL BE TESTIFYING ABOUT IN THIS TRIAL.

12   A.   MY AREA OF EXPERTISE IS GEOTECHNICAL ENGINEERING AS IT

13   RELATES TO THE STANDARD OF CARE OF WASHINGTON GROUP

14   INTERNATIONAL'S WORK ON THE EBIA PROJECT.

15   Q.   CAN YOU DESCRIBE FOR THE COURT YOUR EDUCATIONAL

16   BACKGROUND.

17   A.   YES, AS DISPLAYED ON THE SCREEN HERE, I RECEIVED A

18   BACHELOR OF SCIENCE IN CIVIL ENGINEERING WITH A SPECIALTY IN

19   GEOTECHNICAL ENGINEERING FROM PURDUE UNIVERSITY IN 1980.

20        I RECEIVED A MASTER OF SCIENCE IN ENGINEERING WITH A

21   SPECIALIZATION IN GEOTECHNICAL ENGINEERING FROM THE UNIVERSITY

22   OF TEXAS AT AUSTIN IN 1983.

23        I WENT TO WORK FOR A WHILE, WENT BACK AND RECEIVED MY

24   PH.D. FROM THE UNIVERSITY OF TEXAS AT AUSTIN.  THE DEGREE WAS

25   CONFERRED IN 1993.

**HOURLY TRANSCRIPT**

09:09AM 1   Q.   AND IN CONNECTION WITH YOUR BACHELOR'S DEGREE AND YOUR

09:09AM 2   MASTER'S DEGREE AND THIS SPECIALIZATION IN GEOTECHNICAL

09:09AM 3   ENGINEERING, DID YOU HAVE TO TAKE A PARTICULAR SUBSET OF

09:09AM 4   CLASSES TO GET THAT SPECIALIZATION?

09:09AM 5   A.   YES, I DID.  AS AN UNDERGRADUATE, TYPICALLY WHAT THAT

09:09AM 6   MEANS IS IN THE TECHNICAL ELECTIVES YOU HAVE, YOU TRY TO TAKE

09:09AM 7   AS MANY GEOTECHNICAL COURSES AS POSSIBLE.  IN THE MASTER'S

09:09AM 8   DEGREE PROGRAM, THAT TYPICALLY MEANS TAKING AS MANY

09:09AM 9   GEOTECHNICAL COURSES AS POSSIBLE.

09:09AM 10  Q.   CAN YOU PROVIDE THE COURT WITH A SUMMARY OF YOUR WORK

09:09AM 11  EXPERIENCE AS IT RELATES TO ENGINEERING IN GENERAL AND

09:09AM 12  GEOTECHNICAL ENGINEERING IN PARTICULAR.

09:09AM 13  A.   YES, I HAVE ABOUT 29 YEARS OF EXPERIENCE IN GEOTECHNICAL

09:09AM 14  ENGINEERING.  I STARTED OFF IN 1982 WORKING IN BILLINGS,

09:09AM 15  MONTANA FOR A COMPANY CALLED NORTHERN ENGINEERING AND TESTING.

09:09AM 16  ESSENTIALLY MY ROLE THERE WAS TO FOLLOW DRILL RIGS, DO

09:09AM 17  LABORATORY TESTING, CONDUCT INVESTIGATIONS FOR SMALL PROJECTS

09:09AM 18  INCLUDING A DAM.  I WAS THERE UNTIL 1985.

09:10AM 19       IN 1985, I MOVED TO THE WATERWAYS EXPERIMENT STATION

09:10AM 20  AS A RESEARCH CIVIL ENGINEER, THAT'S LOCATED IN VICKSBURG,

09:10AM 21  MISSISSIPPI, WORKING AS A CORPS OF ENGINEERS EMPLOYEE.  THE

09:10AM 22  WATERWAYS EXPERIMENTATION STATION IS NOW CALLED ERDC,

09:10AM 23  ENGINEERING RESEARCH AND DEVELOPMENT CENTER.

09:10AM 24       I WAS AT THE WATERWAYS EXPERIMENT STATION FROM 1985

09:10AM 25  TO 1994.  I WAS A RESEARCH CIVIL ENGINEER.  MY SPECIALIZATIONS

**HOURLY TRANSCRIPT**

09:10AM 1    WERE THE SEISMIC SAFETY EVALUATION OF LARGE FEDERAL DAMS AND

09:10AM 2    ALSO SEISMIC METHODS USED TO DETECT CAVITIES AND TUNNELS.

09:10AM 3              AFTER THE WATERWAYS EXPERIMENT STATION, I MOVED TO

09:10AM 4    CALIFORNIA IN 1994.  WORKED FOR A COMPANY CALLED WOODWARD CLYDE

09:10AM 5    CONSULTANTS UNTIL 1996.  THERE WAS A SENIOR PROJECT ENGINEER

09:10AM 6    RESPONSIBLE FOR DESIGN OF NEW PROJECTS.  TYPICALLY THOSE

09:10AM 7    INVOLVED COMMERCIAL AND INDUSTRIAL FACILITIES.  I WAS ALSO

09:10AM 8    INVOLVED WITH SEISMIC RETROFIT PROJECTS AND SEISMIC SAFETY

09:11AM 9    EVALUATION.

09:11AM 10             AFTER WOODWARD CLYDE, I MOVED TO A SMALL FIRM CALLED

09:11AM 11   BING YEN AND ASSOCIATES, B-I-N-G, Y-E-N.  AT BING YEN AND

09:11AM 12   ASSOCIATES, I SPECIALIZED IN THREE AREAS.  ONE WAS DESIGN OF

09:11AM 13   NEW FACILITIES, SECOND WAS MUNICIPAL SERVICES, AND THIRD WAS TO

09:11AM 14   PROVIDE LITIGATION SUPPORT SERVICES.

09:11AM 15             I WAS THERE UNTIL 2001, WHERE I MOVED TO MY CURRENT

09:11AM 16   FIRM, EXPONENT FAILURE ANALYSIS.  I STARTED OFF IN IRVINE,

09:11AM 17   CALIFORNIA AS A MANAGING ENGINEER, AND THREE YEARS AGO I MOVED

09:11AM 18   TO BOSTON AS A PRINCIPAL ENGINEER AND OFFICE DIRECTOR.

09:11AM 19   Q.   DO YOU HOLD ANY PROFESSIONAL LICENSES?

09:11AM 20   A.   YES, I DO.

09:11AM 21   Q.   CAN YOU TELL US WHICH ONES?

09:11AM 22   A.   I HAVE -- I'M A LICENSED PROFESSIONAL ENGINEER IN THE

09:11AM 23   STATE OF LOUISIANA IN ADDITION TO 19 OTHER STATES.  AND I'M

09:11AM 24   ALSO A LICENSED GEOTECHNICAL ENGINEER IN CALIFORNIA.

09:11AM 25   Q.   IS CALIFORNIA UNIQUE IN OFFERING LICENSURE IN GEOTECHNICAL

**HOURLY TRANSCRIPT**

09:12AM 1    ENGINEERING?

09:12AM 2    A.   YES, TO MY KNOWLEDGE.

09:12AM 3    Q.   WHAT'S REQUIRED TO OBTAIN THAT LICENSE IN GEOTECHNICAL

09:12AM 4    ENGINEERING IN CALIFORNIA?

09:12AM 5    A.   SEVERAL YEARS' EXPERIENCE SPECIFIC TO GEOTECHNICAL

09:12AM 6    ENGINEERING.  RECEIVING RECOMMENDATIONS FROM PEERS AND ALSO

09:12AM 7    PASSING AN EIGHT-HOUR EXAM.

09:12AM 8    Q.   DR. SYKORA, COULD YOU DESCRIBE FOR THE COURT SOME OF THE

09:12AM 9    PROJECTS THAT YOU'VE WORKED ON IN YOUR 29 YEARS THAT INFORM THE

09:12AM 10   EXPERT OPINIONS THAT YOU'RE PREPARED TO GIVE THE COURT TODAY?

09:12AM 11   A.   SURE.  SOME OF THE PROJECTS THAT COME TO MIND.  ONE WAS A

09:12AM 12   DAM THAT WE CONSTRUCTED IN SIMI VALLEY, CALIFORNIA.  IN THAT

09:12AM 13   CASE, I WAS A GEOTECHNICAL ENGINEER IN CHARGE OF THE PROJECT.

09:12AM 14        THAT PROJECT RAN FROM THE BEGINNING OF SITING THE

09:12AM 15   LOCATION OF THE DAM, CONDUCTING THE FIELD INVESTIGATIONS,

09:12AM 16   PERFORMING LABORATORY TESTING, DEVELOPING SPECIFICATIONS FOR

09:12AM 17   THE WORK, WORKING WITH THE DESIGN CIVIL ENGINEER TO FINALIZE

09:12AM 18   THE SPECIFICATIONS AND PLANS, BEING IN THE FIELD AND CONDUCTING

09:12AM 19   THE QUALITY CONTROL INSPECTIONS WITH FIELD TECHNICIANS, WRITING

09:13AM 20   THE FINAL REPORT, AND ALSO CERTIFYING THAT THE FIELDS WERE

09:13AM 21   COMPACTED PER SPECIFICATIONS.

09:13AM 22        ANOTHER PROJECT WITH A VERY SIMILAR ROLE AND

09:13AM 23   RESPONSIBILITY WAS A LARGE WAREHOUSE PROJECT IN HUNTINGTON

09:13AM 24   BEACH, CALIFORNIA.  AGAIN, KIND OF FROM THE BEGINNING TO END,

09:13AM 25   THAT IS, STARTING WITH THE FIELD INVESTIGATION, PROVIDING

**HOURLY TRANSCRIPT**

09:13AM 1    SPECIFICATIONS FOR THE WORK, MAKING SURE THOSE SPECIFICATIONS

09:13AM 2    WERE MET IN THE COURSE OF THE WORK, AND THEN CERTIFYING THE

09:13AM 3    FIELDS.

09:13AM 4           ONE OTHER PROJECT THAT COMES TO MIND THAT WAS A

09:13AM 5    FAIRLY LARGE EARTH WORK PROJECT WAS IN LONG BEACH, CALIFORNIA.

09:13AM 6    IT WAS FOR WHAT'S CALLED A FLEET SERVICES FACILITY.  AND IN

09:13AM 7    THAT CASE, AGAIN, WE WERE REQUIRED TO PROVIDE DETAILED

09:13AM 8    SPECIFICATIONS AND CERTIFY THAT THE SPECIFICATIONS THAT WE HAD

09:13AM 9    PROVIDED WERE BEING MET THROUGH THE COURSE OF CONSTRUCTION.

09:13AM 10          THERE WERE ALSO THREE OR FOUR OTHER MAJOR EARTH WORK

09:13AM 11   PROJECTS THAT I WAS INVOLVED WITH.  IN THOSE CASES, WE TOOK THE

09:13AM 12   PROJECT ALL THE WAY THROUGH THE DESIGN PHASE.  FOR VARIOUS

09:13AM 13   REASONS, THOSE PROJECTS WERE NOT CONSTRUCTED OR WERE -- WE WERE

09:14AM 14   NOT INVOLVED IN THE CONSTRUCTION PHASE OF THAT.

09:14AM 15   Q.   HAVE YOU HAD EXPERIENCE, ANY DAM EXPERIENCE THAT'S

09:14AM 16   RELEVANT TO YOUR OPINIONS TODAY?

09:14AM 17   A.   WELL, A NUMBER OF THOSE PROJECTS WERE DAMS.  SIMI VALLEY

09:14AM 18   DAM, GARDELLA (SPELLED PHONETICALLY) DAM IN CENTRAL CALIFORNIA.

09:14AM 19   THERE WAS ANOTHER DAM CALLED DRY CANYON DAM IN SIMI VALLEY AND

09:14AM 20   A LARGE DAM THAT WAS BEING CONSIDERED IN LAS VEGAS.

09:14AM 21          I ALSO HAVE EXPERIENCE WITH LEVEES.  WE WERE INVOLVED

09:14AM 22   IN THE CERTIFICATION OF LEVEES IN THE CITY OF SCOTTSDALE,

09:14AM 23   ARIZONA, FOR FEMA FLOOD MAPPING.  IN THAT CASE, THOSE LEVEES

09:14AM 24   WERE CONSTRUCTED BY THE CORPS OF ENGINEERS, AND OUR

09:14AM 25   RESPONSIBILITY IS TO GO THROUGH AND MAKE SURE THAT THE LEVEES

**HOURLY TRANSCRIPT**

09:14AM 1   AS THEY EXIST TODAY STILL MEET THE STANDARDS THAT WERE -- THOSE

09:14AM 2   LEVEES WERE DESIGNED TO AND MEET THE REQUIREMENTS OF FEMA.

09:14AM 3           I'VE ALSO BEEN INVOLVED WITH THE FAILURE ANALYSIS OF

09:14AM 4   SEVERAL LEVEES AND DAMS, AND I COULD GO THROUGH THAT LIST IF

09:14AM 5   YOU'RE INTERESTED.

09:14AM 6   Q.   IF YOU COULD GO THROUGH THAT LIST BRIEFLY.

09:14AM 7   A.   ONE LEVEE IS IN HADLEY, MASSACHUSETTS.  THAT LEVEE WAS --

09:15AM 8   FAILED IN THE COURSE OF CONSTRUCTION OF A RETROFIT, AND WE'RE

09:15AM 9   INVOLVED IN THE FAILURE ANALYSIS OF THAT LEVEE.

09:15AM 10          I'VE BEEN INVOLVED WITH FAILURE ANALYSIS OF KA LOKO

09:15AM 11  DAM, WHICH IS ON THE ISLAND OF KAUAI.  THAT WAS A VERY LARGE

09:15AM 12  DAM FAILURE THAT OCCURRED, I BELIEVE, IN 2006.

09:15AM 13          HAVE ALSO BEEN INVOLVED WITH FAILURE ANALYSIS OF AN

09:15AM 14  ASH BASIN AT A POWER PLANT IN PENNSYLVANIA AND A COUPLE OTHER

09:15AM 15  PROJECTS THAT ARE SIMILAR TO THAT.

09:15AM 16  Q.   YOU MENTIONED SOME WORK WITH MUNICIPAL ENGINEERING.  HOW

09:15AM 17  IS THAT RELEVANT TO THE OPINIONS THAT YOU'RE GOING TO GIVE

09:15AM 18  TODAY?

09:15AM 19  A.   WELL, THE WORK WITH THE MUNICIPALITIES, THESE WERE

09:15AM 20  SITUATIONS WHERE -- PARTICULARLY IN CALIFORNIA, WHERE

09:15AM 21  MUNICIPALITIES WEREN'T ABLE TO AFFORD ON-STAFF ENGINEERS FULL

09:15AM 22  TIME.  SO WHAT THEY WOULD DO IS CONTRACT OUT THOSE SERVICES.

09:15AM 23          WE WERE CONTRACTED OUT WITH A NUMBER OF

09:15AM 24  MUNICIPALITIES; BUT, THE ONE THAT WE DID THE MOST WORK FOR WAS

09:15AM 25  THE CITY OF MALIBU.

**HOURLY TRANSCRIPT**

09:15AM 1        IN THAT CASE, WE WERE WORKING ON BEHALF OF THE

09:15AM 2   BUILDING OFFICIAL AND THE PUBLIC SERVICES DIRECTOR.  WE WOULD

09:16AM 3   REVIEW, ESSENTIALLY, ALL THE GEOTECHNICAL REPORTS, GEOLOGIC

09:16AM 4   REPORTS, PLANS AND SPECIFICATIONS FOR ANY WORK IN THE CITY, SO

09:16AM 5   WE COULD VERIFY THAT CITY GRADING CODES, COUNTY GRADING CODES

09:16AM 6   AND CITY ORDINANCES WERE BEING MET, AS WELL AS THE STANDARD OF

09:16AM 7   CARE.

09:16AM 8        FOR THOSE OF YOU WHO AREN'T AWARE, THE CITY OF MALIBU

09:16AM 9   HAS LOTS OF PROBLEMS WITH LANDSLIDES AND FIRES, SO IT'S A VERY

09:16AM 10  GEOLOGICALLY DIVERSE AND HAZARDOUS AREA.

09:16AM 11  Q.   YOU TOUCHED ON THIS, BUT, OF THE PROJECTS YOU'VE

09:16AM 12  DESCRIBED, DID ANY RELATE SPECIFICALLY TO WRITING AND

09:16AM 13  IMPLEMENTING CONSTRUCTION CLASSIFICATIONS FOR EARTH WORK

09:16AM 14  PROJECTS?

09:16AM 15  A.   WELL, A NUMBER OF THEM DID.  I THINK I MENTIONED QUITE A

09:16AM 16  FEW.

09:16AM 17       OF THE FIRST THREE PROJECTS, ALL THREE I WAS

09:16AM 18  RESPONSIBLE FOR DEVELOPING THE SPECIFICATIONS FOR THE EARTH

09:16AM 19  WORK AND ALSO FOR THE FOUNDATIONS.

09:16AM 20       IN MOST OF MY DESIGN PROJECTS, THERE IS A COMPONENT

09:16AM 21  OF SPECIFICATION WRITING.  TYPICALLY, WHAT HAPPENS IS, AS A

09:16AM 22  GEOTECHNICAL ENGINEER, WE PROVIDE THE PRELIMINARY

09:17AM 23  SPECIFICATIONS; AND, THEN, ONCE THE PROJECT GOES TO FINAL

09:17AM 24  PLANS, THEN WE'RE INVOLVED AND INTERACT AND MAKE SURE THAT THE

09:17AM 25  FINAL PLANS AND SPECIFICATIONS MEET THE RECOMMENDATIONS OF OUR

**HOURLY TRANSCRIPT**

09:17AM 1   GEOTECHNICAL REPORT.

09:17AM 2   Q.   HAVE YOU WORKED ON ANY PROJECTS RELATED TO THE EVALUATION

09:17AM 3   OF EARTH WORK ISSUES AS A CONSULTANT?

09:17AM 4   A.   YES, I HAVE.

09:17AM 5         AS A CONSULTANT, I'VE BEEN BROUGHT IN ON BEHALF OF

09:17AM 6   GENERAL CONTRACTORS AND VARIOUS GRADING CONTRACTORS.  THESE ARE

09:17AM 7   SITUATIONS TYPICALLY DURING CONSTRUCTION WHEN PROBLEMS ARISE,

09:17AM 8   WHETHER THEY ARE DEFECTIVE SPECIFICATIONS OR DIFFERENT SITE

09:17AM 9   CONDITIONS OR CONSTRUCTION ACCIDENTS OR FAILURES.

09:17AM 10         ONE IN PARTICULAR THAT COMES TO MIND IS A LARGE

09:17AM 11   PETROCHEMICAL FACILITY IN VENEZUELA.  IT WAS A 300-ACRE SITE,

09:17AM 12   SO A VERY LARGE SITE.  DURING THE COURSE OF CONSTRUCTION, A

09:17AM 13   MAJOR INTERNATIONAL DESIGN-BUILD CONTRACTOR RAN INTO PROBLEMS

09:17AM 14   WITH THE GROUND THAT THEY WERE EXCAVATING, AND SINK HOLES WERE

09:17AM 15   BEGINNING TO FORM.

09:17AM 16         SO OUR TASK WAS TO HELP THEM ASSESS WHY THESE WERE

09:17AM 17   FORMING, WHETHER IT WAS POTENTIALLY A DIFFERING SITE CONDITION

09:18AM 18   THAT THEY COULD RAISE WITH THE OWNER, AND ULTIMATELY HELP THEM

09:18AM 19   DEVELOP REMEDIAL MEASURES TO WORK WITH THIS UNKNOWN SITUATION,

09:18AM 20   ESPECIALLY GIVEN THAT THEY HAD A LIQUIDATED DAMAGES CLAUSE.

09:18AM 21   Q.   ANY OTHER PROJECTS?

09:18AM 22   A.   THERE WAS ANOTHER PROJECT IN DENVER, COLORADO.  IT WAS

09:18AM 23   I-25.  IN THAT CASE, WE WERE WORKING ON BEHALF OF THE GENERAL

09:18AM 24   CONTRACTOR.

09:18AM 25         IN THIS CASE, THEY WERE WIDENING THE FREEWAY.  IN

**HOURLY TRANSCRIPT**

ORDER TO DO THAT, THEY HAD TO MEET CERTAIN SPECIFICATIONS FOR
THE EARTH WORK EMBANKMENT.

THEY HAD DEVELOPED A SPECIAL METHOD TO MEET THAT
SPECIFICATION.  IN THE COURSE OF TRYING TO MAKE THAT WORK AND
TRYING THE SYSTEM OUT, THE COLORADO DEPARTMENT OF
TRANSPORTATION DECIDED THAT THE MEANS AND METHODS WEREN'T
WORKING, AND SO WE WERE CALLED IN TO ASSESS WHETHER OR NOT IT
WAS A WORKABLE MEANS AND METHODS.

SO WE WENT THROUGH ALL THE DATA AND THEN LOOKED AT
THE REPORT SPECIFICATIONS AND CONCLUDED THAT, IN FACT, THE
METHODS THAT THEY FINALLY HAD DEVELOPED WERE, IN FACT, MEETING
THE SPECIFICATIONS FOR CDOT.

Q.   WAS THERE ANOTHER PROJECT THAT YOU WORKED ON IN ST. LOUIS?

A.   THERE WAS A PROJECT INVOLVING A FREEWAY INTERCHANGE.  I
THINK IT WAS I-270/I-70.  IN THAT CASE, THERE WAS A TEMPORARY
RETAINING WALL THAT WAS BEING CONSTRUCTED WITH A PROPRIETARY
EARTH RETENTION SYSTEM.  THIS WAS A DESIGN-BUILD ELEMENT OF A
CONTRACT WITH THE MISSOURI DEPARTMENT OF TRANSPORTATION.  THAT
WALL ACTUALLY FAILED.

SO WE WERE CALLED IN BY THE GENERAL CONTRACTOR TO
EVALUATE THE WORK THAT WAS DONE BY THE SUBCONTRACTOR.

Q.   DID YOUR WORK IN THAT CASE SPECIFICALLY RELATE TO THE
STANDARD OF CARE FOR THE DESIGN OF THAT WALL?

A.   I DID.  YES.

Q.   HAVE YOU HAD ANY OTHER EXPERIENCE PROVIDING TECHNICAL

**HOURLY TRANSCRIPT**

09:19AM 1   OVERSIGHT ON CONTRACTED SERVICES?

09:19AM 2   A.   WHEN I WAS AN EMPLOYEE OF THE CORPS OF ENGINEERS, I WAS

09:19AM 3   THE TECHNICAL REPRESENTATIVE, OR THE EQUIVALENT OF A COR, FOR A

09:20AM 4   NUMBER OF CONTRACTS THAT INVOLVED PROFESSIONAL SERVICES FOR

09:20AM 5   DIFFERENT TYPES OF PROJECTS.  IT INCLUDED PROFESSIONAL

09:20AM 6   SERVICES, GEOPHYSICAL CONTRACTS AND, ALSO, SOFTWARE

09:20AM 7   DEVELOPMENT.

09:20AM 8   Q.   DR. SYKORA, HAVE YOU TAUGHT ANY CLASSES OR SEMINARS

09:20AM 9   RELEVANT TO GEOTECHNICAL ENGINEERING?

09:20AM 10  A.   YES, I HAVE.

09:20AM 11  Q.   CAN YOU DESCRIBE THOSE?

09:20AM 12  A.   I'M A -- I WAS A COURSE INSTRUCTOR FOR A GRADUATE

09:20AM 13  ENGINEERING COURSE AT CAL POLYTECH POMONA.  IT WAS A COURSE

09:20AM 14  ENTITLED, "ADVANCED FOUNDATION ENGINEERING."  I TAUGHT THAT TWO

09:20AM 15  QUARTERS.

09:20AM 16       I ALSO TAUGHT A PROSPECT COURSE, WHICH IS THE NAME

09:20AM 17  THAT THE CORPS OF ENGINEERS GIVES TO THEIR TRAINING COURSES.

09:20AM 18  IT WAS A WEEK-LONG COURSE, I BELIEVE IT WAS 2006, ENTITLED,

09:20AM 19  "SEISMIC SAFETY OF DAMS."

09:20AM 20  Q.   HAVE YOU TAUGHT ANY OTHER CLASSES?

09:20AM 21  A.   I'VE BEEN INVOLVED AS AN INSTRUCTOR FOR LORMAN EDUCATION

09:20AM 22  SERVICES PROVIDING COURSES ON CONSTRUCTION ON NEARBY

09:21AM 23  FACILITIES, ADJACENT CONSTRUCTION.

09:21AM 24  Q.   HAVE YOU PARTICIPATED IN ANY SEMINARS THAT MAY BE RELEVANT

09:21AM 25  TO THIS CASE?

**HOURLY TRANSCRIPT**

09:21AM 1    A.   I WAS AN INVITED PARTICIPANT AT A SEMINAR AT ERDC,

09:21AM 2    E-R-D-C, THAT INVOLVED AN EVALUATION OF POTENTIAL SYSTEMS FOR

09:21AM 3    HURRICANE PROTECTION ALONG THE LOUISIANA COAST.

09:21AM 4    Q.   HAVE YOU WRITTEN ANY PUBLICATIONS?

09:21AM 5    A.   I HAVE ON THE ORDER OF 50 PUBLICATIONS THAT ARE CONFERENCE

09:21AM 6    PROCEEDING PAPERS, WES, W-E-S, MISCELLANEOUS PAPERS AND

09:21AM 7    TECHNICAL REPORTS.

09:21AM 8         MS. WAGER-ZITO:  YOUR HONOR, AT THIS TIME, WE WOULD

09:21AM 9    OFFER DR. SYKORA AS AN EXPERT IN GEOTECHNICAL ENGINEERING, AND

09:21AM 10   I BELIEVE MR. GREGORY HAS SOME QUESTIONS.

09:21AM 11        MR. GREGORY:  YES, YOUR HONOR.

09:21AM 12        THE COURT:  THANK YOU, COUNSEL.

09:21AM 13                   TRAVERSE EXAMINATION

09:21AM 14   BY MR. GREGORY:

09:21AM 15   Q.   GOOD MORNING, DR. SYKORA.

09:21AM 16   A.   GOOD MORNING.

09:21AM 17   Q.   SIR, YOU'RE AWARE THAT THE CONTRACT IN THIS CASE INVOLVED

09:22AM 18   WHAT IS CALLED A TOTAL ENVIRONMENTAL RESTORATION CONTRACT,

09:22AM 19   CORRECT?

09:22AM 20   A.   CORRECT.

09:22AM 21   Q.   THAT'S A TERC CONTRACT?

09:22AM 22   A.   CORRECT.

09:22AM 23   Q.   AS OF THE TIME OF YOUR DEPOSITION, YOU HAD NEVER WORKED ON

09:22AM 24   A TERC CONTRACT, CORRECT?

09:22AM 25   A.   THAT'S CORRECT.

**HOURLY TRANSCRIPT**

09:22AM 1    Q.   AND AS OF THE TIME OF YOUR DEPOSITION, YOU HAD NEVER

09:22AM 2    WORKED ON A TASK ORDER AS A COMPONENT PART OF A TERC CONTRACT,

09:22AM 3    CORRECT?

09:22AM 4    A.   THAT'S CORRECT.

09:22AM 5    Q.   ARE YOU ALSO AWARE THAT A TERC CONTRACT IS ALSO AN

09:22AM 6    INDEFINITE DELIVERY, INDEFINITE QUANTITY CONTRACT?

09:22AM 7    A.   I'M NOT AWARE THAT THAT'S ALWAYS THE CASE.

09:22AM 8    Q.   THAT CONTRACT GOES BY THE NAME IDIQ, CORRECT?

09:22AM 9    A.   WHICH CONTRACT ARE YOU TALKING ABOUT?

09:22AM 10   Q.   AN INDEFINITE DELIVERY, INDEFINITE QUANTITY CONTRACT?

09:22AM 11   A.   THAT'S CORRECT.

09:22AM 12   Q.   THE TERC HERE WAS AN IDIQ CONTRACT BASED ON YOUR

09:22AM 13   UNDERSTANDING, CORRECT?

09:22AM 14   A.   THAT'S RIGHT.

09:22AM 15   Q.   YOU'VE NEVER PARTICIPATED IN THE DRAFTING OF AN IDIQ

09:23AM 16   CONTRACT, CORRECT?

09:23AM 17   A.   THAT'S MY RECOLLECTION, YES.

09:23AM 18   Q.   AS OF THE TIME OF YOUR DEPOSITION, YOU HAD ONLY DONE WORK

09:23AM 19   ON ONE IDIQ CONTRACT, CORRECT?

09:23AM 20   A.   ACTUAL WORK, YES.

09:23AM 21   Q.   YOU WERE -- FOR THAT CONTRACT, YOU WERE NOT THE PROJECT

09:23AM 22   MANAGER; SO, AS OF THE TIME OF YOUR DEPOSITION, YOU DIDN'T KNOW

09:23AM 23   ANY OF THE DETAILS ABOUT THAT CONTRACT, CORRECT?

09:23AM 24   A.   THAT'S CORRECT.

09:23AM 25   Q.   AS OF THE TIME OF YOUR DEPOSITION, YOU DIDN'T RECALL EVER

**HOURLY TRANSCRIPT**

09:23AM 1    PREPARING THE SCOPE OF WORK FOR AN IDIQ CONTRACT THAT WAS IN

09:23AM 2    PLACE, CORRECT?

09:23AM 3    A.   CORRECT.

09:23AM 4    Q.   ALSO, AS OF THE TIME OF YOUR DEPOSITION, YOU DID NOT

09:23AM 5    RECALL EVER PARTICIPATING IN THE DEVELOPMENT OF A

09:23AM 6    RECOMMENDATION REPORT IN AN IDIQ CONTRACT SETTING?

09:23AM 7    A.   CORRECT.

09:23AM 8    Q.   AS OF THE TIME OF YOUR DEPOSITION, YOU DIDN'T RECALL EVER

09:24AM 9    PARTICIPATING IN THE DEVELOPMENT OF WORK PLANS IN CONNECTION

09:24AM 10   WITH AN IDIQ CONTRACT, CORRECT?

09:24AM 11   A.   CORRECT.

09:24AM 12   Q.   AS OF THE TIME OF YOUR DEPOSITION, YOU DIDN'T RECALL EVER

09:24AM 13   EVALUATING SUBCONTRACTS IN CONNECTION WITH AN IDIQ CONTRACT

09:24AM 14   THAT WAS IN PLACE, CORRECT?

09:24AM 15   A.   THAT'S CORRECT, I BELIEVE.

09:24AM 16   Q.   YOU HAVE NEVER DONE THE PLANNING, SCHEDULING, AND

09:24AM 17   FORMULATION OF AN ARMY CORPS STATEMENT OF WORK IN A TERC

09:24AM 18   CONTRACT, CORRECT?

09:24AM 19   A.   CORRECT.

09:24AM 20   Q.   YOU HAVE PUBLISHED NO PAPERS REGARDING SEEPAGE AS IT

09:24AM 21   RELATES TO LEVEES, CORRECT?

09:24AM 22   A.   I DON'T RECALL ANY.

09:24AM 23   Q.   YOU'VE NEVER DONE ANY TECHNICAL REPORTS REGARDING SEEPAGE

09:24AM 24   AS IT RELATES TO LEVEES, CORRECT?

09:25AM 25   A.   I BELIEVE THAT'S CORRECT.

**HOURLY TRANSCRIPT**

09:25AM 1    Q.   YOU'VE NOT TAUGHT REGARDING SEEPAGE AS IT RELATES TO

09:25AM 2    LEVEES, CORRECT?

09:25AM 3    A.   CORRECT.

09:25AM 4    Q.   YOU HAVE NOT DONE ANY PRESENTATIONS REGARDING SEEPAGE AS

09:25AM 5    IT RELATES TO LEVEES, CORRECT?

09:25AM 6    A.   THAT'S NOT ENTIRELY CORRECT.

09:25AM 7    Q.   WHEN DID YOU DO A PRESENTATION, SIR, BEFORE OR AFTER YOUR

09:25AM 8    DEPOSITION?

09:25AM 9    A.   AS PART OF THE SCOTTSDALE LEVEE ACCREDITATION PROJECT THAT

09:25AM 10   I JUST DESCRIBED, WE MADE A PRESENTATION TO THE CLIENT THAT

09:25AM 11   TALKED ABOUT THE SEEPAGE ANALYSES THAT WE HAD PERFORMED AS PART

09:25AM 12   OF THAT STUDY, SO THAT WOULD BE A PRESENTATION.

09:25AM 13   Q.   WELL, SIR, AS OF THE TIME OF YOUR DEPOSITION, YOU STATED

09:25AM 14   YOU HADN'T DONE ANY PRESENTATIONS REGARDING SEEPAGE AS IT

09:25AM 15   RELATES TO LEVEES, CORRECT?

09:25AM 16   A.   AS I RECALL AT THE TIME, CORRECT.

09:25AM 17   Q.   YOU HAVE PUBLISHED NO PAPERS REGARDING SEEPAGE AS RELATES

09:26AM 18   TO HURRICANE PROTECTION SYSTEMS, CORRECT?

09:26AM 19   A.   CORRECT.

09:26AM 20   Q.   EXCEPT FOR DAMS, YOU HAVE PERFORMED NO ASSESSMENTS

09:26AM 21   REGARDING THE POTENTIAL FOR HOLES TO IMPACT A FLOOD PROTECTION

09:26AM 22   STRUCTURE, CORRECT?

09:26AM 23   A.   I BELIEVE THAT'S CORRECT.

09:26AM 24   Q.   AS OF THE TIME OF YOUR DEPOSITION, YOU HAD DONE NO

09:26AM 25   EVALUATION OF HOLES NEAR TO A HURRICANE PROTECTION STRUCTURE

**HOURLY TRANSCRIPT**

09:26AM 1    FOR THE PURPOSE OF ASCERTAINING WHETHER OR NOT THOSE HOLES

09:26AM 2    WOULD HAVE AN IMPACT ON THE STRUCTURAL INTEGRITY OF THAT

09:26AM 3    HURRICANE PROTECTION STRUCTURE, CORRECT?

09:26AM 4    A.    CORRECT.

09:26AM 5    Q.    IN THE LAST 11 YEARS, YOU HAVE NOT DONE ANY WORK ON LEVEES

09:26AM 6    AS THEY RELATE TO HURRICANE PROTECTION STRUCTURES, CORRECT?

09:26AM 7    A.    WELL, LIKE I SAID, I WAS INVOLVED WITH THAT SEMINAR AT

09:26AM 8    ERDC, SO THAT WOULD MAYBE FALL UNDER THAT CATEGORY.

09:26AM 9    Q.    WAS THAT SEMINAR BEFORE OR AFTER KATRINA?

09:26AM 10   A.    AFTER.

09:26AM 11   Q.    IN THE LAST 11 YEARS -- I'M SORRY, SIR, YOU WEREN'T PART

09:27AM 12   OF ANY INVESTIGATION THAT ANALYZED OR STUDY THE FLOODWALL

09:27AM 13   FAILURES DURING HURRICANE KATRINA, CORRECT?

09:27AM 14   A.    THAT'S NOT CORRECT.

09:27AM 15   Q.    OTHER THAN YOUR WORK IN THIS CASE?

09:27AM 16   A.    THAT'S NOT CORRECT.

09:27AM 17   Q.    WHEN DID YOU DO THAT?

09:27AM 18   A.    I WAS INVOLVED -- I AS OUT AT THE SITE IN, I BELIEVE,

09:27AM 19   OCTOBER, ABOUT SIX WEEKS AFTER HURRICANE KATRINA.

09:27AM 20   Q.    CARL, COULD YOU CALL UP THE DEPOSITION OF DR. SYKORA.  I'M

09:27AM 21   GOING TO TURN TO PAGE 21.

09:27AM 22         SIR, WHAT I WOULD LIKE YOU TO LOOK AT IS STARTING AT

09:27AM 23   LINE -- WE'LL COME BACK TO THAT.

09:28AM 24         SIR, I THOUGHT YOU -- AS OF THE TIME OF YOUR

09:28AM 25   DEPOSITION, SIR, FOR PURPOSES OF THIS CASE, YOU WERE NOT

**HOURLY TRANSCRIPT**

09:28AM 1    OPINING AS TO ANY CAUSATION ANALYSIS OF THE FAILURE OF THE

09:28AM 2    LEVEES IN THIS CASE, CORRECT?

09:28AM 3    A.    CORRECT.

09:28AM 4    Q.    FOR EXAMPLE, YOU HAVE NO OPINION ON WHETHER THE BREACHES

09:28AM 5    OCCURRED BEFORE OR AFTER THE WATER REACHED THE TOP OF THE

09:28AM 6    LEVEE, CORRECT?

09:28AM 7    A.    CORRECT.

09:28AM 8    Q.    AS OF THE TIME OF YOUR DEPOSITION, YOU HAD NO RECOLLECTION

09:28AM 9    OF EVER BEING QUALIFIED AT THE TIME OF TRIAL AS AN EXPERT IN

09:28AM 10   THE STANDARD OF CARE WITH RELATION TO EARTH WORKS, CORRECT?

09:28AM 11   A.    THAT'S CORRECT.

09:28AM 12   Q.    YOU ONCE WORKED AT ERDC, CORRECT, SIR?

09:29AM 13   A.    IT WAS WES AT THE TIME.

09:29AM 14   Q.    WHILE YOU WERE AT WES OR ERDC, YOU DID NOT DO ANY WORK IN

09:29AM 15   CONNECTION WITH HURRICANE PROTECTION LEVEES, CORRECT?

09:29AM 16   A.    CORRECT.

09:29AM 17   Q.    YOUR FIRM, EXPONENT, DOES WORK FOR THE ENTITY URS, USED TO

09:29AM 18   BE WASHINGTON GROUP, CORRECT?

09:29AM 19   A.    WE HAVE BEEN RETAINED ON BEHALF OF URS ON OCCASION, YES.

09:29AM 20          MR. GREGORY:  THANK YOU VERY MUCH.

09:29AM 21          YOUR HONOR, I AM CONCERNED BECAUSE A NUMBER OF

09:29AM 22   THE WITNESS' SLIDES INVOLVE CONSTRUING A TERC OR IDIQ CONTRACT

09:29AM 23   AS WELL AS THE SCOPE OF WORK UNDER SUCH A CONTRACT.  WE'LL BE

09:29AM 24   OBJECTING DURING THE COURSE OF THOSE SLIDES BECAUSE THIS

09:29AM 25   WITNESS HAS NO EXPERIENCE IN THOSE AREAS AND, THEREFORE, CANNOT

**HOURLY TRANSCRIPT**

09:29AM 1   OFFER AN EXPERT OPINION.

09:29AM 2           THE COURT:  ARE THOSE OPINIONS OFFERED IN HIS REPORT?

09:29AM 3           MR. GREGORY:  YES, THEY ARE, YOUR HONOR.

09:29AM 4           THE COURT:  THEN YOU'RE GOING TO LOSE YOUR

09:29AM 5   OBJECTIONS.  BUT YOU'RE WILLING TO MAKE THEM -- I MEAN, YOU

09:30AM 6   HAVE EVERY RIGHT TO MAKE THEM.

09:30AM 7           MR. GREGORY:  THANK YOU, YOUR HONOR.

09:30AM 8           MS. WAGER-ZITO:  YOUR HONOR, AGAIN, WE WOULD TENDER

09:30AM 9   DR. SYKORA AS AN EXPERT IN GEOTECHNICAL ENGINEERING.

09:30AM 10          THE COURT:  HE IS ACCEPTED AS TENDERED.

09:30AM 11          MS. WAGER-ZITO:  THANK YOU, YOUR HONOR.

09:30AM 12             BEFORE HE GETS INTO HIS PRESENTATION --

09:30AM 13                   DIRECT EXAMINATION

09:30AM 14  BY MS. WAGER-ZITO:

09:30AM 15  Q.   I JUST WANT TO ASK YOU ONE QUESTION, DR. SYKORA.  WE HEARD

09:30AM 16  FROM DR. LUCIA YESTERDAY ABOUT THE STANDARD OF CARE AND HIS

09:30AM 17  OPINION ON THAT.  WE ARE CERTAIN THAT THE COURT DOES NOT WANT

09:30AM 18  TO HEAR ANY DUPLICATIVE OPINIONS.  SO CAN YOU JUST BRIEFLY

09:30AM 19  STATE FOR US HOW THE FOCUS OF YOUR OPINION DIFFERS FROM THE

09:30AM 20  OPINION OFFERED BY DR. LUCIA.

09:30AM 21  A.   WELL, DR. LUCIA, AS I UNDERSTAND IT, WAS ADDRESSING THE

09:30AM 22  STANDARD OF CARE OF THE CORPS OF ENGINEERS.  MY APPROACH, MY

09:30AM 23  FOCUS OF THE PRESENTATION IS TO FOCUS ON THE STANDARD OF CARE

09:30AM 24  OF WASHINGTON GROUP.

09:30AM 25          MS. WAGER-ZITO:  NOW, I WILL SIT DOWN AS DR. SYKORA

**HOURLY TRANSCRIPT**

09:30AM 1    PRESENTS HIS PRESENTATION.

09:30AM 2            THE COURT:  THANK YOU, COUNSEL.

09:31AM 3            MS. WAGER-ZITO:  THANK YOU.

09:31AM 4            THE WITNESS:  I WANT TO START WITH THE BASES FOR MY

09:31AM 5    OPINIONS.  I HAVE THEM LISTED HERE A THROUGH F.

09:31AM 6                STARTING WITH MY EDUCATION, TRAINING, SKILLS AND

09:31AM 7    EXPERIENCE AS A LICENSED AND PRACTICING CIVIL ENGINEER AND

09:31AM 8    GEOTECHNICAL ENGINEER INVOLVED IN THE DESIGN, SAFETY ANALYSES,

09:31AM 9    CONSTRUCTION AND FAILURE, OR FORENSIC ANALYSES, OF FLOOD

09:31AM 10   CONTROL, WATER RESOURCE AND EARTH WORK PROJECTS.

09:31AM 11               B, MY TRAINING, SKILLS AND EXPERIENCE IN

09:31AM 12   EVALUATING THE PERFORMANCE OF GENERAL CONTRACTORS INVOLVED IN

09:31AM 13   EARTH WORK PROJECTS.

09:31AM 14               C, MY REVIEW OF DOCUMENTS ASSOCIATED WITH WGI'S

09:31AM 15   WORK UNDER TASK ORDER NUMBER 26 OF THE TERC.

09:31AM 16               YOUR HONOR, WE'VE REVIEWED EVERY CONSTRUCTION

09:31AM 17   PHOTOGRAPH AND STUDIED EVERY SINGLE QAR AND QCR IN THIS MATTER.

09:31AM 18               D, MY REVIEW OF TESTIMONY BY CORPS AND WGI

09:31AM 19   PERSONNEL INVOLVED IN THE PROJECT.

09:31AM 20               E, MY REVIEW OF OTHER EXPERT REPORTS AND

09:31AM 21   DEPOSITIONS.

09:31AM 22               F, THE TESTIMONY OF FACT WITNESSES AND EXPERTS

09:32AM 23   AT THIS TRIAL.

09:32AM 24               I'VE BEEN HERE FOR ABOUT TWO WEEKS, YOUR HONOR,

09:32AM 25   LISTENING TO MOST OF THOSE TESTIMONY.

**HOURLY TRANSCRIPT**

3076

09:32AM 1                I HAVE THREE PRIMARY OPINIONS I WANT TO FOCUS ON

09:32AM 2  IN TODAY'S PRESENTATION.  WITH A REASONABLE DEGREE OF

09:32AM 3  ENGINEERING CERTAINTY, I OPINE:

09:32AM 4                ONE, WGI SHOULD BE HELD TO THE STANDARD OF CARE

09:32AM 5  OF A GENERAL CONTRACTOR UNDER CONTRACT WITH THE CORPS INVOLVED

09:32AM 6  IN DEMOLITION AND ENVIRONMENTAL REMEDIATION WORK ON A FEDERAL

09:32AM 7  PROJECT.  WGI SHOULD NOT BE HELD TO THE STANDARD OF CARE OF A

09:32AM 8  GEOTECHNICAL ENGINEERING FIRM.

09:32AM 9                TWO, THE STANDARD OF CARE FOR A GENERAL

09:32AM 10  CONTRACTOR UNDER CONTRACT WITH THE CORPS PERFORMING EXCAVATIONS

09:32AM 11  AND BACKFILLING ON FEDERAL PROJECTS IS TO ADHERE TO

09:32AM 12  OWNER-APPROVED PLANS AND SPECIFICATIONS, INCLUDING ANY

09:32AM 13  DIRECTIVES BY THE OWNER.

09:32AM 14                THREE, WGI MET THE STANDARD OF CARE FOR A

09:32AM 15  GENERAL CONTRACTOR UNDER CONTRACT WITH THE CORPS PERFORMING

09:32AM 16  EXCAVATIONS AND BACKFILLING AS PART OF DEMOLITION AND

09:32AM 17  ENVIRONMENTAL REMEDIATION WORK UNDER TASK ORDER 26.

09:33AM 18                WHAT I WOULD LIKE TO DO, YOUR HONOR, IS GO

09:33AM 19  THROUGH EACH OF THESE PRIMARY OPINIONS; AND, FOR EACH ONE, I

09:33AM 20  HAVE SOME SUPPORTING POINTS AND THEN THE FOUNDATION INFORMATION

09:33AM 21  FOR EACH.

09:33AM 22                SO LET'S START WITH OPINION NUMBER 1.

09:33AM 23                KEY SUPPORTING POINT A:  THE CORPS IS THE OWNER

09:33AM 24  AND THE ENGINEER OF RECORD ON THE LOCK REPLACEMENT PROJECT.  AS

09:33AM 25  SUCH, THE CORPS IS RESPONSIBLE FOR ALL ENGINEERING ANALYSIS FOR

**HOURLY TRANSCRIPT**

09:33AM 1    THAT PROJECT UNLESS THEY SPECIFICALLY DELEGATE SOME

09:33AM 2    RESPONSIBILITY.

09:33AM 3           MR. GREGORY:  OBJECTION, YOUR HONOR.  I DON'T BELIEVE

09:33AM 4    THIS IS IN HIS REPORT.  FURTHER, IT'S OPINING ON THE ISSUE OF

09:33AM 5    RESPONSIBILITY, WHICH IS A LEGAL CONCLUSION.

09:33AM 6           THE COURT:  ALL RIGHT.  COUNSEL.

09:33AM 7           MS. WAGER-ZITO:  YOUR HONOR, IT IS IN HIS REPORT.

09:33AM 8    AND HE IS NOT OPINING ON LEGAL ISSUES OR INTERPRETING THE

09:33AM 9    CONTRACT, BUT HE'S DISCUSSING THIS IN THE CONTEXT OF THE

09:33AM 10   STANDARD OF CARE OPINION AND WHAT THE DIFFERENT

09:33AM 11   RESPONSIBILITIES WOULD BE FOR A CONTRACTOR UNDER THIS TYPE OF

09:34AM 12   CONTRACT, WITH THE CORPS AS THE ENGINEER OF RECORD.

09:34AM 13          THE COURT:  ULTIMATELY, I WILL INTERPRET THE

09:34AM 14   CONTRACT.  AS I UNDERSTAND HIS TESTIMONY FROM A STANDARD OF

09:34AM 15   CARE STANDPOINT AND BASED ON HIS UNDERSTANDING AND HIS

09:34AM 16   EXPERIENCE, THAT, AS A GENERAL PROPOSITION, THE CORPS -- THE

09:34AM 17   OWNER AND ENGINEER OF RECORD OF THE LOCK REPLACEMENT PROJECT

09:34AM 18   HAS RESPONSIBILITY FOR ALL ENGINEERING ANALYSIS.

09:34AM 19              IF THAT VARIES FROM THE CONTRACT, WELL, YOU CAN

09:34AM 20   POINT IT OUT IN REDIRECT.  BUT I UNDERSTAND.

09:34AM 21          MR. GREGORY:  THANK YOU, YOUR HONOR.

09:34AM 22          MS. WAGER-ZITO:  THANK YOU, YOUR HONOR.

09:34AM 23          THE WITNESS:  OKAY.  THE DEMOLITION AND REMEDIATION

09:34AM 24   OF THE EBIA UNDER TASK ORDER 26 ESSENTIALLY REPRESENTED THE

09:34AM 25   INITIAL PHASE OF CONSTRUCTION OF THE LOCK REPLACEMENT PROJECT.

**HOURLY TRANSCRIPT**

09:34AM 1   I HEARD MR. GUILLORY DESCRIBE THIS AS THE FIRST PHASE.

09:34AM 2                BASED ON MY EXPERIENCE, THE CORPS REMAINED

09:34AM 3   RESPONSIBLE FOR ENGINEERING ASPECTS OF THE PROJECT DURING WGI'S

09:34AM 4   WORK, EVEN THOUGH THAT WORK WAS BEING DONE UNDER THE TERC.

09:34AM 5                NOW, THE FOLLOWING DOCUMENTS PROVIDE EVIDENCE

09:34AM 6   THAT THE CORPS WAS ENGINEER OF RECORD FOR THE LOCK REPLACEMENT

09:35AM 7   PROJECT.

09:35AM 8                NOW, HERE IS A LIST.  I'M GOING TO GO THROUGH

09:35AM 9   THEM FAIRLY QUICKLY, YOUR HONOR.  IT STARTS WITH THE 1956

09:35AM 10  CONGRESSIONAL AUTHORIZATION.

09:35AM 11               THE U.S. CONGRESS AUTHORIZED CONSTRUCTION OF A

09:35AM 12  LOCK REPLACEMENT PROJECT.  THEY AUTHORIZED THE CORPS OF

09:35AM 13  ENGINEERS AS THE RESPONSIBLE PARTY FOR THAT PROJECT.

09:35AM 14               THE 1966 DESIGN MEMO NO. 3 WE'VE HEARD A LOT

09:35AM 15  ABOUT.  THE CORPS PERFORMED ENGINEERING STABILITY AND SEEPAGE

09:35AM 16  EVALUATIONS.  WE'VE HEARD A LOT ABOUT THOSE CALCULATIONS.  THAT

09:35AM 17  WAS ALL DONE BY THE CORPS AND THEIR CONTRACTORS.

09:35AM 18               USACE ENGINEER REGULATION ER-1110-2-1150.  THIS

09:35AM 19  ENGINEERING REGULATION, WHICH WE'VE HEARD ABOUT IN THIS COURT

09:35AM 20  ALREADY, CLEARLY DELEGATES ENGINEERING RESPONSIBILITIES TO THE

09:35AM 21  CHIEF OF ENGINEERING OF THE CORPS DISTRICT.

09:35AM 22               THE 1997 FINAL EVALUATION REPORT.  THIS CORPS

09:35AM 23  REPORT EVALUATED VARIOUS LOCK REPLACEMENT ALTERNATIVES

09:35AM 24  CONSIDERED.  AGAIN, A CORPS DOCUMENT.

09:35AM 25               1998 AUTHORIZATION.  IN 1998, THE SECRETARY OF

**HOURLY TRANSCRIPT**

09:35AM 1    ARMY AUTHORIZED THIS PROJECT TO PROCEED, AND FUNDING WAS

09:36AM 2    APPROPRIATED BY U.S. CONGRESS.

09:36AM 3                NOW, WHAT'S INTERESTING, YOUR HONOR, IS IN 2002,

09:36AM 4    WE'VE HEARD DISCUSSION ABOUT DDR NO. 3, WHICH WAS THE LOCK

09:36AM 5    FOUNDATION REPORT.  IN THAT REPORT, THE CORPS EVALUATED THE

09:36AM 6    STABILITY OF EXISTING EAST CANAL BANK, THE BYPASS CHANNEL AND

09:36AM 7    THE LAYING CHANNEL.

09:36AM 8                OBVIOUSLY, THIS STUDY OF BEING DONE CONCURRENT

09:36AM 9    WITH WASHINGTON GROUP'S CONTRACT.  WASHINGTON GROUP STARTED

09:36AM 10   BASICALLY IN 1999 WITH THE ORIGINAL STATEMENT OF WORK.  DESPITE

09:36AM 11   THE FACT THAT THIS WAS CONCURRENT WITH WGI'S CONTRACT, WGI HAD

09:36AM 12   NO INVOLVEMENT IN THIS CONCURRENT ANALYSIS, AND THE CORPS

09:36AM 13   DIDN'T EVEN PROVIDE WGI WITH A COPY OF THIS REPORT.

09:36AM 14               UP HERE ON THIS SLIDE, I SHOW A LIST OF ALL THE

09:36AM 15   DIFFERENT DESIGN ANALYSES THAT WERE PERFORMED BY THE CORPS.

09:36AM 16   AGAIN, WGI WAS NOT ASKED TO PARTICIPATE IN THIS, AND THIS

09:36AM 17   CLEARLY TELLS ME THAT THE WASHINGTON GROUP WAS NOT HIRED AS THE

09:36AM 18   GEOTECHNICAL ENGINEER.

09:36AM 19               THE KEY SUPPORTING POINT B FOR OPINION 1.  THE

09:37AM 20   CORPS HAS SUPERIOR LOCAL KNOWLEDGE OF, A, THE FLOODWALL AND

09:37AM 21   LEVEE; B, THE SURFACE AND SUBSURFACE CONDITIONS; AND, C, THE

09:37AM 22   ENGINEERING ANALYSES PERFORMED, INCLUDING PROTECTION OF THE

09:37AM 23   FLOOD PROTECTION SYSTEM ALONG THE IHNC.

09:37AM 24               AGAIN, WE CAN POINT TO THREE OF THOSE REPORTS I

09:37AM 25   JUST MENTIONED, THE 1966 DESIGN MEMO, THE 1997 FINAL EVALUATION

**HOURLY TRANSCRIPT**

09:37AM  1   REPORT, THE 2002 DDR NO. 3.  ALL OF THESE DOCUMENTS PROVIDE

09:37AM  2   SUBSTANTIAL TECHNICAL INFORMATION ABOUT THE GEOLOGIC,

09:37AM  3   GEOTECHNICAL CONDITIONS AND ENGINEERING ANALYSIS THAT WERE

09:37AM  4   PERFORMED.

09:37AM  5           OBVIOUSLY, THE CORPS IS THE PERSON OR THE GROUP

09:37AM  6   MOST KNOWLEDGEABLE ABOUT THE CONDITIONS AT THE EBIA.

09:37AM  7           SUPPORTING POINT C FOR OPINION 1.  WGI DID NOT

09:37AM  8   PERFORM, NOR WAS IT REQUESTED, REQUIRED OR AUTHORIZED TO

09:37AM  9   PERFORM, GEOTECHNICAL ENGINEERING SERVICES RELATIVE TO THE

09:37AM 10   FLOOD PROTECTION SYSTEM AT THE EBIA.

09:37AM 11           WGI WAS NOT EXPECTED TO PROVIDE GEOTECHNICAL

09:37AM 12   ENGINEERING SERVICES UNLESS THOSE ROLES OR RESPONSIBILITIES

09:38AM 13   WERE SPECIFICALLY IDENTIFIED IN A WRITTEN DOCUMENT THAT WAS

09:38AM 14   APPROVED AND AUTHORIZED BY THE CORPS.  IN ADDITION TO MY

09:38AM 15   EXPERIENCE, THE FOLLOWING DOCUMENTS FORM THE BASIS FOR THIS

09:38AM 16   CONCLUSION.

09:38AM 17           LET'S JUST START QUICKLY WITH THE TERC.  THE

09:38AM 18   TERC REFERS TO REQUIREMENTS BEING DEFINED IN INDIVIDUAL

09:38AM 19   DELIVERY ORDERS.  I'M NOT GOING TO GO THROUGH ALL OF THE

09:38AM 20   RELEVANT SECTIONS OF THIS, YOUR HONOR, BUT I DO WANT TO POINT

09:38AM 21   OUT AGAIN SECTION 2.2 UNDER REMEDIAL ACTION, THAT ITEMS THAT

09:38AM 22   WERE SUPPOSED TO BE INCLUDED SHOULD BE SPECIFICALLY ADDRESSED

09:38AM 23   IN THE DELIVERY ORDER.

09:38AM 24           IF WE MOVE TO TASK ORDER NUMBER 26, GEOTECHNICAL

09:38AM 25   ENGINEERING SERVICES WERE NOT SPECIFICALLY REQUIRED IN THE

**HOURLY TRANSCRIPT**

09:38AM  1    DELIVERY ORDER.

09:38AM  2              IF WE LOOK AT THE FOUR STATEMENTS OF WORK, WE'VE

09:38AM  3    HEARD ABOUT ONE OF THESE.  I WANT TO JUST QUICKLY GO THROUGH

09:38AM  4    THE FOUR THAT WERE PART OF THIS MAJOR WORK HERE.

09:38AM  5              THE JUNE 1, 1999, STATEMENT OF WORK WAS

09:38AM  6    BASICALLY DESCRIBING THE NEED FOR A RECOMMENDATION REPORT.  THE

09:39AM  7    OCTOBER 7, 1999, STATEMENT OF WORK BY THE CORPS TALKED ABOUT

09:39AM  8    THE NEED FOR ARSENIC INVESTIGATION.  THE MAY 15, 2000,

09:39AM  9    STATEMENT OF WORK BY THE CORPS OF ENGINEERS WAS THE PRIMARY

09:39AM  10   STATEMENT OF WORK FOR THE EARTH WORK, THE EXCAVATIONS THAT WERE

09:39AM  11   TO BE PERFORMED AS PART OF THE TERC.

09:39AM  12             THEN, AUGUST 6, 2001, THERE WAS AN ADDITIONAL

09:39AM  13   STATEMENT OF WORK.  THAT'S WHEN THEY KNEW ABOUT THE WEDDING

09:39AM  14   CAKE, AND THEY ALSO HAD KNOWN THAT THERE WAS A BUNCH OF

09:39AM  15   ADDITIONAL CONCRETE EXCAVATIONS THAT HAD TO BE PERFORMED AT THE

09:39AM  16   ITT SITE.

09:39AM  17             IF WE LOOK AT ALL FOUR OF THESE STATEMENTS OF

09:39AM  18   WORK, GEOTECHNICAL ENGINEERING SERVICES WERE NOT INCLUDED, NOR

09:39AM  19   WERE THEY INCLUDED IN WGI'S RESPONSE TO THE CORPS.

09:39AM  20             MOVING ON TO THE RECOMMENDATION REPORT.  THE

09:39AM  21   RECOMMENDATION REPORT BY WGI STRESSED THE IMPORTANCE OF

09:39AM  22   IDENTIFYING ALL WORK TO BE PERFORMED IN THE PROJECT WORK PLAN.

09:39AM  23   GEOTECHNICAL SERVICES WERE TO BE PROVIDED IF THOSE SERVICES

09:39AM  24   WERE DEFINED AND PLANNED IN THE PWP.

09:39AM  25             WE'VE SEEN THESE SECTIONS OF THE RECOMMENDATION

**HOURLY TRANSCRIPT**

09:39AM 1    REPORT A NUMBER OF TIMES.  I'VE HIGHLIGHTED A COUPLE THAT I

09:40AM 2    WANT TO REITERATE.  IT IS ESSENTIAL THAT THE WORK BE FULLY

09:40AM 3    SCOPED, DEFINED AND PLANNED DURING THE PWP DEVELOPMENT STAGE.

09:40AM 4              AND IN THE DETAILED ENGINEERING SECTION,

09:40AM 5    5.1.2.1.5, SYSTEMATIC UNITS OF WORK THAT WILL BE INTEGRATED

09:40AM 6    INTO THE OVERALL PROJECT SHALL BE IDENTIFIED WITH RESPECT TO

09:40AM 7    LOCATION, OPERATIONS AND EXECUTION.

09:40AM 8              WE'VE SEEN THIS LIST OF BULLETS BEFORE.  I WOULD

09:40AM 9    POINT OUT THAT, ALTHOUGH GEOTECHNICAL IS LISTED THERE, THERE

09:40AM 10   ARE A NUMBER OF OTHER ITEMS IN THAT LIST, FIRE PROTECTION,

09:40AM 11   PIPING, ELECTRICAL ENGINEERING, THAT, TO MY KNOWLEDGE, WERE

09:40AM 12   ALSO NOT REQUIRED AS PART OF THIS TERC, AND WERE ALSO NOT

09:40AM 13   PROVIDED.

09:40AM 14             IN MY EXPERIENCE, IT'S NOT AS COMMON, ESPECIALLY

09:40AM 15   AS MR. GUILLORY MENTIONED, THAT THERE WERE A LOT OF UNKNOWNS

09:40AM 16   ABOUT THE SITE, WHICH IS THE REASON THEY WENT WITH AN IDIQ

09:40AM 17   CONTRACT, THAT THIS LIST WAS PROVIDED TO BE ABLE TO SELECT THE

09:40AM 18   SERVICES THAT WERE NEEDED AS THE NEEDS AROSE.

09:40AM 19             MOVING ON TO THE PROJECT WORK PLAN, THE PWP.

09:40AM 20   GEOTECHNICAL ENGINEERING SERVICES WERE NOT DEFINED AND PLANNED

09:41AM 21   IN THE PWP.  IN FACT, GEOTECHNICAL ENGINEERING IS NOT EVEN

09:41AM 22   MENTIONED IN THE PWP.

09:41AM 23             THERE ARE SECTIONS THAT RELATE TO SOILS AND

09:41AM 24   SUBSURFACE ISSUES, BUT THOSE ARE SPECIFIC TO ENVIRONMENTAL

09:41AM 25   ASSESSMENTS.

**HOURLY TRANSCRIPT**

09:41AM 1                    SECTION 1.4 AND 3.7.  3.7 STATES, "UPON

09:41AM 2  COMPLETION OF VARIOUS PHASES OF THE DEMOLITION, SOILS AND

09:41AM 3  SUBSURFACE ISSUES WILL BE ADDRESSED.  THESE INCLUDE THE

09:41AM 4  OBTAINING OF SOIL SAMPLES, REMOVAL OF PARTIALLY EXPOSED

09:41AM 5  OBJECTS, PERFORMANCE OF A GEOPHYSICAL SURVEY, CONFIRMATORY

09:41AM 6  REMOVAL OF BURIED OBJECTS BY GRID TRENCHING, REMEDIATION AND

09:41AM 7  CONTAMINATION AND BANK" -- AND THAT SHOULD READ BANK

09:41AM 8  RECLAMATION.

09:41AM 9                    NOW, WE MOVE ON TO THE TECHNICAL COMPLETION

09:41AM 10  REPORT IN 2005, AFTER THE PROJECT WAS COMPLETE.  THERE WAS NO

09:41AM 11  INDICATION IN THE 2005 TECHNICAL COMPLETION REPORT THAT WGI

09:41AM 12  PERFORMED OR WAS REQUESTED OR WAS AUTHORIZED TO PERFORM

09:41AM 13  GEOTECHNICAL ENGINEERING SERVICES.

09:41AM 14                   I PROVIDED A COPY OF THE TABLE OF CONTENTS HERE.

09:41AM 15  THERE ARE NO GEOTECHNICAL SERVICES LISTED.

09:41AM 16                   IF WE MOVE ON TO DEPOSITION TESTIMONY OF CORPS

09:42AM 17  PERSONNEL, THEY ALSO SUPPORT THIS CONCLUSION:

09:42AM 18                   "WGI WAS NEVER REQUIRED TO PROVIDE GEOTECHNICAL

09:42AM 19  ENGINEERING SERVICES."

09:42AM 20                   "THERE WAS NO RECOLLECTION OF GEOTECHNICAL

09:42AM 21  ENGINEERS FROM WGI BEING PRESENT AT THE EBIA."

09:42AM 22                   WE CAN PRESENT AT THE EBIA.  WE CAN ALSO MOVE TO

09:42AM 23  THE DESIGNATED TESTIMONY OF WGI PROJECT PERSONNEL, STEVEN ROE

09:42AM 24  WHO IS A PROGRAM MANAGER, DENNIS O'CONNER WHO IS THE PROJECT

09:42AM 25  MANAGER, AND PHIL STAGGS WHO IS THE CONSTRUCTION MANAGER.

**HOURLY TRANSCRIPT**

09:42AM 1                    IN THIS COURT, PROFESSOR ROGERS AGREED THAT HE

09:42AM 2     DID NOT FIND ANYTHING THAT WOULD INDICATE THAT WGI WAS

09:42AM 3     AUTHORIZED BY THE CORPS TO DO ANY GEOTECHNICAL ENGINEERING

09:42AM 4     RELATIVE TO THE LEVEES AND FLOODWALLS ALONG THE EBIA.  THIS IS

09:42AM 5     PULLING FROM DR. LUCIA'S EXPERT REPORT, BUT THE CORP'S EXPERT

09:42AM 6     DR. LUCIA AGREED THAT WGI HAD NO RESPONSIBILITIES TO PROVIDE

09:42AM 7     GEOTECHNICAL ENGINEERING SERVICES.

09:42AM 8                    NOW, IF WE ALSO CONSIDER THE DOCUMENTS THAT WERE

09:42AM 9     NOT PROVIDED AS PART OF WGI'S CONTRACT, IF I WERE A

09:43AM 10    GEOTECHNICAL ENGINEER AND I WAS RESPONSIBLE FOR EVALUATING THE

09:43AM 11    EFFECTS OF WORK ON THE LEVEES AND FLOODWALLS, THERE ARE CERTAIN

09:43AM 12    DOCUMENTS THAT I WOULD HAVE EXPECTED TO BE INCLUDED IN THE

09:43AM 13    CONTRACT.  ONE OF THESE IS THE 1966 DESIGN MEMO.  THIS WAS NOT

09:43AM 14    PROVIDED AS PART OF THE WGI'S CONTRACT.  VOLUMES 1, 3 AND 4 OF

09:43AM 15    THE 1997 EVALUATION REPORT.  YOU MAY RECALL, YOUR HONOR, THAT

09:43AM 16    VOLUMES 5 AND 6 WERE PROVIDED.  THE CORPS SPECIFICALLY EXCLUDED

09:43AM 17    VOLUMES 1, 3 AND 4, WHICH CONTAINED SITE INVESTIGATION AND

09:43AM 18    GEOTECHNICAL INFORMATION RELATING TO THE EBIA SITE.

09:43AM 19                    AND THEN ALSO THE 2002 DDR NUMBER 3, WHICH WE'VE

09:43AM 20    ALSO TALKED ABOUT.

09:43AM 21                    THESE THREE SETS OF REPORTS AND DOCUMENTS

09:43AM 22    CONTAIN THE BULK OF THE INFORMATION THAT WOULD HAVE BEEN

09:43AM 23    NECESSARY TO DO A GEOTECHNICAL EVALUATION, AND WGI DID NOT HAVE

09:43AM 24    THOSE DOCUMENTS.

09:43AM 25                    I ALSO WANT TO TALK ABOUT ENGINEERING

                                    **HOURLY TRANSCRIPT**

09:43AM 1  REGULATIONS AND ENGINEERING MANUALS, ER AND EM'S.  THEY WERE

09:43AM 2  NOT APPLICABLE TO WGI.  THE REASON BEING -- FIRST OF ALL, ER'S

09:44AM 3  AND EM'S PROVIDE GUIDANCE TO ENGINEERS FOR ENGINEERING WORK.

09:44AM 4  IN CORPS CONTRACTS, BASED ON MY EXPERIENCE, APPLICABLE ER'S AND

09:44AM 5  EM'S, FAR'S ARE LISTED IN THE CONTRACT.  THERE WERE NO ER'S OR

09:44AM 6  EM'S CITED IN WGI'S CONTRACT.  AND IN THIS COURT, PROFESSORS

09:44AM 7  ROGERS AND BEA AGREED.

09:44AM 8           IN ADDITION TO MR. GUILLORY'S TESTIMONY, IN

09:44AM 9  DESIGNATED DEPOSITION CORPS TESTIMONY, A CORPS PERSONNEL

09:44AM 10 TESTIFIED THAT GEOTECHNICAL SERVICES REQUESTED BY CONSTRUCTION

09:44AM 11 STAFF WERE PROVIDED BY THE CORPS, NOT WGI, AND THAT

09:44AM 12 MR. GUILLORY WAS RESPONSIBLE TO DEFINE GEOTECHNICAL ISSUES FOR

09:44AM 13 CORE EVALUATIONS.

09:44AM 14          ALSO, THE ENGINEERING DIVISION OR GEOTECHNICAL

09:44AM 15 BRANCH WOULD EITHER PROVIDE APPROPRIATE GUIDANCE OR DO DETAILED

09:44AM 16 REVIEWS WHEN SUBMITTALS CAME IN.

09:44AM 17          I WANT TO TALK ABOUT THIS E-MAIL FROM

09:45AM 18 SEPTEMBER 2000 THAT'S COME UP A COUPLE OF TIMES IN THIS COURT.

09:45AM 19 THE CORPS' GEOTECHNICAL BRANCH PROVIDED RECOMMENDATIONS TO

09:45AM 20 MR. GUILLORY IN SEPTEMBER 2000.  NOW, KEEP IN MIND THAT THE

09:45AM 21 PROJECT WORK PLAN WAS PRODUCED IN OCTOBER 2000.  SO THIS E-MAIL

09:45AM 22 WAS CONCURRENT WITH WGI'S WORK ON THE PROJECT WORK PLAN.  LET

09:45AM 23 ME JUST POINT OUT A COUPLE OF THE FEATURES THAT ARE PART OF

09:45AM 24 THIS E-MAIL.

09:45AM 25          FIRST, THE 1 VERTICAL ON 3 SLOPES FOR

**HOURLY TRANSCRIPT**

09:45AM  1    EXCAVATIONS, CONTROL STOCKPILES NEAR EXCAVATIONS, SOIL USED TO

09:45AM  2    BACKFILL ANY OF THE EXCAVATIONS SHALL BE COMPACTED TO THE

09:45AM  3    DENSITY OF THE EXISTING SOIL, SLOPED TO DRAIN TO THE CANAL.

09:45AM  4           NOW, I'VE NOT SEEN ANY EVIDENCE THAT THIS

09:45AM  5    PARTICULAR E-MAIL WAS SENT TO WGI, BUT I DO BELIEVE BASED ON

09:45AM  6    THE TESTIMONY OF MR. GUILLORY AND MONTEGUT THAT THIS TYPE OF

09:45AM  7    INFORMATION WAS CONVEYED TO WGI IN PREPARATION OF THEIR WORK

09:45AM  8    PLANS.

09:45AM  9           WE DO KNOW THAT WHEN REQUESTED, THE GEOTECHNICAL

09:45AM 10    ENGINEERING WORK WAS PERFORMED BY THE CORPS.  WE HAVE HAD HEARD

09:46AM 11    A LOT ABOUT THIS FOR THE BORROW AREA AND THE TWO EXCAVATIONS

09:46AM 12    ALONG SUREKOTE ROAD.  AGAIN, WGI WAS NOT ASKED TO PROVIDE

09:46AM 13    ENGINEERING SERVICES.  WGI WAS NOT PROVIDED WITH THESE MEMOS.

09:46AM 14           PROFESSOR BEA TESTIFIED IN THIS COURT THAT THE

09:46AM 15    CORPS HAD ITS OWN PROFESSIONAL ENGINEERS AND GEOTECHNICAL

09:46AM 16    ENGINEERS AS NEEDED ASSIGNED TO WORK ON TASK ORDER 26.

09:46AM 17           SO THAT SUMS UP THE SUPPORTING INFORMATION FOR

09:46AM 18    PRIMARY OPINION ONE.  AND I'M NOT GOING TO REREAD THIS,

09:46AM 19    YOUR HONOR, BUT I WOULD SUMMARIZE, WGI IS THE CONTRACTOR.

09:46AM 20           MOVING ON TO PRIMARY OPINION NUMBER 2, THE

09:46AM 21    STANDARD OF CARE FOR A GENERAL CONTRACTOR IS TO ADHERE TO

09:46AM 22    OWNER-APPROVED PLANS AND SPECIFICATIONS, INCLUDING ANY

09:46AM 23    DIRECTIVES BY THE OWNER.

09:46AM 24           AGAIN, I HAVE THREE SUPPORTING POINTS FOR

09:46AM 25    OPINION NUMBER 2.  THE FIRST ONE, UNDER TASK ORDER NUMBER 26,

**HOURLY TRANSCRIPT**

09:46AM 1   THE CORPS AND WGI COLLABORATED IN DEVELOPING THE WORK PLANS,

09:46AM 2   INCLUDING SPECIFICATIONS FOR BACKFILL AND COMPACTION BASED ON

09:46AM 3   THE CORPS' LOCAL EXPERIENCE AND SUPERIOR ENGINEERING KNOWLEDGE

09:47AM 4   OF THE EBIA.  THUS, WGI WAS INTIMATELY KNOWLEDGEABLE ABOUT THE

09:47AM 5   CORPS' EXPECTATIONS FOR TASK ORDER NUMBER 26.

09:47AM 6           I RECALL MR. GUILLORY TALKING ABOUT HIS TEAMWORK

09:47AM 7   APPROACH TO THIS PROJECT.

09:47AM 8           THERE ARE THREE REALLY IMPORTANT ASPECTS OF THE

09:47AM 9   EBIA THAT NEED TO BE CONSIDERED, YOUR HONOR, AS IT RELATES TO

09:47AM 10  THE DEVELOPMENT OF SPECIFICATIONS.  IN ADDITION TO KNOWING THAT

09:47AM 11  THIS AREA WAS GOING TO BE EXCAVATED TO ELEVATION MINUS 36, AS

09:47AM 12  PART OF THE BYPASS CHANNEL, THE UPPER FILL, THE UPPER 8 OR

09:47AM 13  10 FEET OF THE MATERIALS AT THE EBIA WERE PLACED AS WET, LOOSE

09:47AM 14  FILL ORIGINATING FROM CANAL DREDGE, APPROXIMATELY 80 YEARS

09:47AM 15  BEFORE TASK ORDER 26.

09:47AM 16          IN FACT, IF YOU LOOK AT THE DRY DENSITIES OF THE

09:47AM 17  SOIL THAT ARE OUT THERE AT THE SITE CURRENTLY, THOSE DENSITIES

09:47AM 18  ARE VERY, VERY LOW, WHICH IS NOT SURPRISING, GIVEN THE NATURE

09:47AM 19  AND HOW THOSE SOILS WERE PLACED 80 YEARS AGO.

09:47AM 20          THOSE FILL MATERIALS HAD BEEN SUBSTANTIALLY

09:48AM 21  ALTERED BY VARIOUS EXCAVATIONS AND DEVELOPMENT ACTIVITIES.

09:48AM 22  THERE WAS BANK ARMORING, HAUL ROADS, UTILITIES WERE INSTALLED.

09:48AM 23  ALSO THERE WAS QUITE A BIT OF UNCONTROLLED BACKFILL AND DUMPING

09:48AM 24  THAT ALREADY EXISTED IN LARGE VOLUMES.  WE HAD THE ACM AT

09:48AM 25  BOLAND, WE HAD THE CONCRETE AT ITT.

**HOURLY TRANSCRIPT**

09:48AM 1           IN SUMMARY, THE EBIA WAS NEITHER A SITE OF

09:48AM 2   NATURAL SOIL DEPOSITS NOR A SITE OF CONTROLLED ENGINEERING

09:48AM 3   FILL.  IT WAS A SITE FULL OF DREDGED FILL.  IN ADDITION, THE

09:48AM 4   CORPS HAD EXTENSIVE LOCAL KNOWLEDGE ABOUT THE SOIL CONDITIONS

09:48AM 5   THERE.

09:48AM 6           BACKFILL AND COMPACTION REQUIREMENTS FOR

09:48AM 7   EXCAVATIONS WERE BASED ON THE CORPS' INPUT.  THIS IS FROM

09:48AM 8   MR. GUILLORY'S DEPOSITION TESTIMONY.  COMPACTION REQUIREMENTS

09:48AM 9   WERE IN THE FORM PRIMARILY OF METHOD SPECIFICATIONS.  I WANT TO

09:48AM 10  MAKE SURE THAT IT'S CLEAR WHAT THE DIFFERENCE BETWEEN A METHOD

09:48AM 11  SPECIFICATION IS AND A PERFORMANCE SPECIFICATION.

09:48AM 12          A METHOD SPECIFICATION PRESCRIBES THE

09:48AM 13  PREPARATION, PLACEMENT AND MEANS OF COMPACTION VERSUS

09:49AM 14  PERFORMANCE SPECIFICATIONS, WHICH WOULD EITHER PRESCRIBE A

09:49AM 15  RELATIVE COMPACTION OR SOME OTHER TYPE OF PERFORMANCE.  IT

09:49AM 16  DOESN'T NECESSARILY HAVE TO BE A PROCTOR DENSITY OR PROCTOR OF

09:49AM 17  RELATIVE COMPACTION FOR PERFORMANCE SPECIFICATIONS.

09:49AM 18          SO THE METHOD SPECIFICATIONS TYPICALLY MEAN THAT

09:49AM 19  YOU USE A CERTAIN TYPE MATERIAL, CERTAIN PIECE OF EQUIPMENT,

09:49AM 20  THE NUMBER OF PASSES.  THIS ISN'T NECESSARILY A COMMON METHOD,

09:49AM 21  BUT IT IS A RECOGNIZED METHOD IN EARTHWORK ENGINEERING.

09:49AM 22          ONE KEY COMPONENT OF THIS IS THAT METHOD

09:49AM 23  SPECIFICATIONS BY THEIR VERY NATURE DO NOT RELY ON PROCTOR

09:49AM 24  DENSITY TESTING AS PART OF THE CONTRACTOR'S QC PROCESS.  THE

09:49AM 25  WHOLE IDEA BEHIND USING A METHOD SPECIFICATION IS TO REMOVE THE

**HOURLY TRANSCRIPT**

09:49AM 1    NEED TO DO THAT TESTING AS PART OF THE QC PROCESS.

09:49AM 2    I WANT TO START AND GO THROUGH A NUMBER OF THE

09:49AM 3    SPECIFICATIONS THAT WERE PART OF THE WORK PLANS.  THIS IS AN

09:49AM 4    EXAMPLE FROM THE EXCAVATION PLAN FOR THE SEWER LIFT STATION.

09:50AM 5    THIS WAS A SHOP SUBMITTAL THAT WAS MADE BY A SUBCONTRACTOR THAT

09:50AM 6    WAS RESPONSIBLE FOR DESIGNING THE SHORING SYSTEM FOR THE LIFT

09:50AM 7    STATION.

09:50AM 8    THERE WERE TWO DEEP EXCAVATIONS AT THE SITE.  WE

09:50AM 9    HAD THE LIFT STATION THAT WENT DOWN TO A DEPTH OF ABOUT

09:50AM 10   22 FEET, LATER WE HAD THE WEDDING CAKE THAT WENT DOWN TO A

09:50AM 11   DEPTH OF ABOUT 26 AND A HALF FEET.  IN BOTH CASES, THERE WERE

09:50AM 12   SHOP PLAN SUBMITTALS OF THE SHORING SYSTEM THAT WERE PROVIDED.

09:50AM 13   IN THIS CASE, THEY WERE PREPARED ON BEHALF OF HAMP'S

09:50AM 14   CONSTRUCTION, BUT ESSENTIALLY THIS WAS THE WORK THAT WAS

09:50AM 15   PERFORMED BY THE LOUISIANA PROFESSIONAL ENGINEER THAT WE HEARD

09:50AM 16   ABOUT PREVIOUSLY IN THIS COURT.

09:50AM 17   THE SHOP PLANS THAT WERE SUBMITTED BY HAMP WERE

09:50AM 18   REVIEWED AND APPROVED BY THE CORPS OF ENGINEERS.  I WANT TO

09:50AM 19   JUST CALL OUT A COUPLE SECTIONS OF THAT TO IDENTIFY THE METHOD

09:50AM 20   SPECIFICATIONS THAT WERE SPECIFIC TO THE BACKFILLING OF THESE

09:50AM 21   EXCAVATIONS BEFORE THE SHEET PILES WERE REMOVED.

09:50AM 22   HAMP'S WILL TAMP THE BACKFILL MATERIAL WITH A

09:51AM 23   BUCKET OF THE HYDRAULIC EXCAVATOR IN AN ATTEMPT TO COMPACT THE

09:51AM 24   BACKFILL MATERIAL.

09:51AM 25   IN PULLING FROM SEQUENCE OF THE ACTIVITIES THAT

**HOURLY TRANSCRIPT**

09:51AM 1    THE CONTRACTOR WAS TO PERFORM, BACKFILL EXCAVATION WITH

09:51AM 2    PREVIOUSLY EXCAVATED LIFT IN 2-FOOT LIFTS.  INITIAL BACKFILL

09:51AM 3    OPERATIONS WILL BE TO THE BOTTOM OF THE WALERS.  COMPLETE

09:51AM 4    BACKFILLING TO THE TOP OF THE SHEET PILES, COMPLETE BACKFILLING

09:51AM 5    TO GRADE WITH MATERIAL AS TO BE PROVIDED BY WGI.

09:51AM 6            YOUR HONOR, THIS IS A METHOD SPECIFICATION WHERE

09:51AM 7    THE CONTRACTOR IS BEING TOLD WHAT TO DO THROUGH THE MEANS AND

09:51AM 8    METHODS AND NOT A PERFORMANCE SPECIFICATION WHERE A CERTAIN

09:51AM 9    DENSITY WAS TO BE ACHIEVED.

09:51AM 10           THIS SHOWS THE FINAL APPROVAL BY THE CORPS OF

09:51AM 11   ENGINEERS OF THIS PARTICULAR SHOP SUBMITTAL.  A SIMILAR REVIEW

09:51AM 12   AND APPROVAL WAS MADE FOR THE WEDDING CAKE.

09:51AM 13           I WANT TO MOVE ON TO THOSE TWO EXCAVATIONS AND

09:51AM 14   THEIR APPROXIMATE LOCATIONS.  THIS IS THE SAME AERIAL

09:52AM 15   PHOTOGRAPH YOU SAW WITH MR. GUILLORY'S TESTIMONY.  THIS IS THE

09:52AM 16   2002 -- I'M SORRY, 2003 AERIAL PHOTOGRAPH.  AND THIS IS LOOKING

09:52AM 17   AT THE NORTHERN PART.  THIS IS THE BOLAND MARINE SITE.

09:52AM 18           WHAT I'VE INDICATED ON THIS PARTICULAR EXHIBIT,

09:52AM 19   WHICH IS FROM MY REPORT, FIRST OF ALL, THE ALIGNMENT, THIS

09:52AM 20   WOULD BE NORTH-SOUTH, SO NORTH IS UP HERE IN THE CORNER.  THIS

09:52AM 21   IS THE FLOODWALL IN GREEN.  THE PORTION OF THE FLOODWALL THAT

09:52AM 22   FAILED IS IN RED.

09:52AM 23           THE LOCATION OF THE WEDDING CAKE EXCAVATION IS

09:52AM 24   SHOWN HERE.  THE CLOSEST DISTANCE FROM THAT WEDDING CAKE

09:52AM 25   EXCAVATION TO THE SOUTHERN EDGE OF THE NORTHERN BREACH IS -- I

**HOURLY TRANSCRIPT**

09:52AM  1   THINK 590 FEET IS THE NUMBER WE MEASURED OFF, AND THE

09:52AM  2   DISTANCE -- THE CLOSEST DISTANCE TO THE FLOODWALL IS 187 FEET.

09:52AM  3                ANOTHER THING I WOULD LIKE TO POINT OUT IS ON

09:52AM  4   THIS PARTICULAR EXHIBIT, WE SHOW THE LOCATIONS OF SOME OF THE

09:52AM  5   MAJOR EXCAVATIONS.  WE'VE HEARD A LOT OF ABOUT AREA 8 ON THE

09:52AM  6   BOLAND MARINE SITE.  THAT'S DEPICTED BY THIS AREA UP HERE.  I

09:53AM  7   WILL ALSO BE SHOWING SOME PHOTOGRAPHS OF THAT AREA.  ALSO AREA

09:53AM  8   1 AND 2 ARE DOWN HERE AT THE SOUTHERN MARGIN.  WE'LL BE LOOKING

09:53AM  9   AT SOME PHOTOGRAPHS OF THAT AREA.

09:53AM 10                THIS IS A SIMILAR REPRESENTATION OF THE

09:53AM 11   SAUCER MARINE SITE.  WE CAN SEE THAT HERE IS A LOCATION OF THE

09:53AM 12   SEWER LIFT STATION.  THAT CLOSEST DISTANCE WAS ABOUT 87 FEET

09:53AM 13   FROM THE FLOODWALL, BUT ON THE ORDER OF JUST UNDER 200 FEET

09:53AM 14   FROM THE CORNER OF THE EXCAVATION TO THE NORTHERN MARGIN OF THE

09:53AM 15   SOUTHERN BREACH.  AGAIN, YOU CAN SEE THE LOCATIONS OF THE MAJOR

09:53AM 16   EXCAVATIONS, ALL OF THEM QUITE SOME DISTANCE AWAY FROM THE

09:53AM 17   FLOODWALL.

09:53AM 18                WHAT I WOULD LIKE TO DO NEXT IS GO THROUGH SOME

09:53AM 19   OF THE SPECIFICATIONS AND POINT OUT WHAT THE METHOD SPECS WERE

09:53AM 20   IN EACH ONE OF THESE.  AND IN THESE INSTANCES, MOST OF THE

09:53AM 21   EXAMPLES ARE TAKEN FROM THE SUBCONTRACT FOR HAMP'S

09:53AM 22   CONSTRUCTION.

09:53AM 23                THIS IS SPECIFIC TO FOUNDATION EXCAVATIONS.

09:54AM 24   COMPACTION TESTING OF BACKFILLED MATERIAL WILL NOT BE REQUIRED.

09:54AM 25   BACKFILLED SOILS MUST BE COMPACTED TO A DEGREE THAT SUBSIDENCE

**HOURLY TRANSCRIPT**

09:54AM 1   DOES NOT SUBSEQUENTLY OCCUR AND EQUIPMENT IS CAPABLE OF

09:54AM 2   TRAVERSING THE BACKFILLED EXCAVATIONS.

09:54AM 3             SHALLOW UNDERGROUND LINES.  BACKFILLED WITH

09:54AM 4   EXCAVATED SPOILS AND GRADED TO YIELD POSITIVE DRAINAGE.  SEWER

09:54AM 5   LINES AND MANHOLES.  BACKFILLED WITH TRENCHED SPOILS USING A

09:54AM 6   CAT D5 LGP DOZER.  NO COMPACTION EFFORT WILL BE REQUIRED OTHER

09:54AM 7   THAN WHAT THE TRACKS OF THE DOZERS WILL ACHIEVE.

09:54AM 8             YOUR HONOR, THAT IS THE HEART OF A METHOD

09:54AM 9   SPECIFICATION.

09:54AM 10            DEPRESSED AREAS WILL BE GRADED TO DRAIN WITHOUT

09:54AM 11  PONDING WATER.  IF NECESSARY, SOIL FROM THE ON-SITE BORROW AREA

09:54AM 12  WILL BE USED TO FILL IN THESE AREAS.

09:54AM 13            YOUR HONOR, THERE HAS BEEN QUITE A BIT OF

09:54AM 14  DISCUSSION ABOUT PUTTING THE SOIL BACK TO THE DENSITY THAT IT

09:54AM 15  STARTED.  AND I BELIEVE YOU MAY HAVE HAD A QUESTION ABOUT THAT

09:54AM 16  YESTERDAY.

09:54AM 17            I WOULD LIKE YOU TO CONSIDER AN EXCAVATION OR A

09:55AM 18  TRENCH WHERE EITHER GRID TRENCHING HAS BEEN PERFORMED OR A

09:55AM 19  UTILITY LINE HAS BEEN REMOVED, SAY, A 2-INCH WATERLINE.  IF YOU

09:55AM 20  THINK ABOUT IT, IF YOU EXCAVATE THAT TRENCH OR THAT HOLE AND

09:55AM 21  YOU STOCKPILE THAT MATERIAL ON THE SIDE TO BE ABLE TO LOOK FOR

09:55AM 22  THE OBSTRUCTIONS IF IT'S A GRID TRENCH OR TO REMOVE THE 2-INCH

09:55AM 23  WATERLINE IF IT'S A UTILITY AND YOU PLACE THAT SAME MATERIAL

09:55AM 24  BACK IN THE TRENCH, AND THE TOP OF THAT BACKFILL IS AT THE SAME

09:55AM 25  ELEVATION AS WHERE IT STARTED, YOUR HONOR, THAT IS PUTTING IT

**HOURLY TRANSCRIPT**

09:55AM 1    BACK TO THE SAME DENSITY.  IT'S THE SAME MASS BEING PUT IN THE

09:55AM 2    SAME VOLUME.

09:55AM 3              SO IF THE CONTRACTOR IS PUTTING THAT MATERIAL

09:55AM 4    BACK WITH THE GROUND SURFACE EVEN TO THE ADJACENT GROUND

09:55AM 5    SURFACE, THAT IN AND OF ITSELF INDICATES THAT IT'S BEING PUT

09:55AM 6    BACK TO THE EXISTING DENSITY.  DOES THAT MAKE SENSE?

09:55AM 7              THE COURT:  I UNDERSTAND WHAT YOU'RE SAYING.  HOW

09:55AM 8    ABOUT THAT?

09:55AM 9              THE WITNESS:  MOVING ON TO GRID TRENCHES.  GRID

09:56AM 10   TRENCHES WERE TO BE BACKFILLED ON A DAILY BASIS TO PREVENT

09:56AM 11   WATER FROM PONDING.  EXISTING SOILS FROM THE TRENCHING

09:56AM 12   OPERATIONS WILL BE USED TO BACKFILL THE TRENCH.  IN THE EVENT

09:56AM 13   THE EXISTING SOILS ARE NOT SUITABLE FOR FILL, SOIL FROM THE

09:56AM 14   SURROUNDING AREA WILL BE USED.  BACKFILL SHALL BE PUT IN PLACE

09:56AM 15   AND COMPACTED IN SUCH A MANNER THAT TRAFFIC MAY MOVE ACROSS THE

09:56AM 16   BACKFILLED AREAS WITHOUT EXPERIENCING SUBSIDENCE.  NO

09:56AM 17   COMPACTION TESTING WILL BE REQUIRED.

09:56AM 18              I DID PULL UP A PROVISION WITH REGARD TO PILING

09:56AM 19   REMOVAL.  A CAT D5 LGP DOZER WILL BE USED TO GRADE EACH SITE TO

09:56AM 20   DRAIN, FILLING IN HOLES LEFT BY PILE REMOVAL AND CONCRETE

09:56AM 21   DEMOLITION ACTIVITIES.  BORROW MATERIAL WILL COME FROM AN AREA

09:56AM 22   DESIGNATED BY WGINT, OR WGI INTERNATIONAL, ON THE SOUTH END OF

09:56AM 23   THE SITE.

09:56AM 24              NOW, MESSRS. GUILLORY AND MONTEGUT ALSO

09:57AM 25   INDICATED THAT WHEN USING EXCAVATORS TO BACKFILL, WGI HAD ITS

**HOURLY TRANSCRIPT**

09:57AM 1    OPERATORS DROP THE SOIL FROM GREAT HEIGHTS IN ORDER TO INCREASE

09:57AM 2    COMPACTION ENERGY.

09:57AM 3            THIS PARTICULAR SPECIFICATION ON SITE

09:57AM 4    MAINTENANCE SHOWS UP IN QUITE A FEW OF THE DOCUMENTS AND WORK

09:57AM 5    PLANS.  LET ME READ THROUGH IT.

09:57AM 6            ANY DISTURBANCE TO THE SITE WILL BE RESTORED IN

09:57AM 7    ORDER TO MINIMIZE SURFACE WATER RUNOFF AND WATER PONDING.  WHEN

09:57AM 8    REQUIRED, WORK AREAS WILL BE GRADED TO CREATE DESIRABLE

09:57AM 9    DRAINAGE PATTERNS.  EXCAVATIONS RESULTING FROM SUBCONTRACTOR'S

09:57AM 10   OPERATIONS SHALL BE BACKFILLED OR GRADED ON A DAILY BASIS TO

09:57AM 11   PREVENT PONDING.  BACKFILL SHALL BE PUT IN PLACE AND COMPACTED

09:57AM 12   IN SUCH A MANNER THAT TRAFFIC MAY MOVE ACROSS THE BACKFILLED

09:57AM 13   AREAS WITHOUT EXPERIENCING SUBSIDENCE.  WASHINGTON WILL OVERSEE

09:57AM 14   AND APPROVE BACKFILL OPERATIONS.  NO COMPACTION TESTING WILL BE

09:57AM 15   REQUIRED.

09:57AM 16           NOW, YOUR HONOR, ALTHOUGH WGI WAS NOT PROVIDING

09:57AM 17   GEOTECHNICAL ENGINEERING SERVICES AND ALTHOUGH ENGINEERING

09:57AM 18   MANUAL 1110-2-1913, WHICH IS THE LEVEE MANUAL, WERE NOT CITED

09:58AM 19   IN THEIR CONTRACT, I DID REVIEW THIS PARTICULAR DOCUMENT, THIS

09:58AM 20   ENGINEERING MANUAL BY THE CORPS OF ENGINEERS.  AND WHAT I'VE

09:58AM 21   DONE IS PULLED OUT TABLE 7-1, WHICH IS IN THE CHAPTER ENTITLED

09:58AM 22   "CONSTRUCTION OF LEVEES."

09:58AM 23           WHAT I WOULD LIKE TO DO IS TO FOCUS ON THESE

09:58AM 24   THREE AREAS, WHAT THEY CALL CATEGORIES:  COMPACTED,

09:58AM 25   SEMICOMPACTED, AND UNCOMPACTED.

**HOURLY TRANSCRIPT**

09:58AM 1          NOW, IF WE READ THE TITLE, IT SAYS,

09:58AM 2     "CLASSIFICATION ACCORDING TO CONSTRUCTION METHOD OF LEVEES

09:58AM 3     COMPOSED OF IMPERVIOUS AND SEMI IMPERVIOUS MATERIALS," WHICH I

09:58AM 4     BELIEVE THE EBIA LEVEE QUALIFIES AS.

09:58AM 5          SO IN PARTICULAR, WE'VE HEARD TESTIMONY IN THIS

09:58AM 6     COURT ABOUT SEMICOMPACTED AND UNCOMPACTED FILL.  THIS

09:58AM 7     PARTICULAR SECTION I WOULD LIKE TO REALLY FOCUS ON.  THIS IS

09:58AM 8     THE SECTION ON UNCOMPACTED, WHICH IS ITEM NUMBER 3.

09:59AM 9          LET ME READ THE CONSTRUCTION METHOD.  THERE ARE

09:59AM 10    TWO OPTIONS TO PLACE UNCOMPACTED FILL ADJACENT TO LEVEES.  ONE,

09:59AM 11    OR LETTER A, FILL CAST OR DUMPED IN PLACE IN THICK LAYERS WITH

09:59AM 12    LITTLE SPREADING OR COMPACTION.  B, HYDRAULIC FILL BY DREDGE,

09:59AM 13    OFTEN FROM CHANNEL EXCAVATION, WHICH AS WE RECALL, THE ENTIRE

09:59AM 14    EBIA CONSISTS OF.

09:59AM 15         MOVING OVER TO THE THIRD COLUMN, "USE," BOTH

09:59AM 16    METHODS ARE USED FOR CONSTRUCTION OF PIT FILLS.

09:59AM 17         PIT FILLS ARE THE SAME THING THAT

09:59AM 18    WASHINGTON GROUP WAS DOING.  THE EXCAVATIONS THEY ARE MAKING

09:59AM 19    AND THE BACKFILLING OF THOSE EXCAVATIONS WERE PIT FILLS.  IF

09:59AM 20    YOU LOOK AT SECTION 3.3.1 OF THE PROJECT WORK PLAN, IT

09:59AM 21    REFERENCES PIT FILLS.  IT REFERENCES THE EXCAVATIONS THAT WERE

09:59AM 22    BEING MADE ON THE SITE WERE CLASSIFIED AS PIT FILLS.

09:59AM 23         NOW, WHAT'S EVEN MORE CURIOUS IS IF YOU LOOK AT

10:00AM 24    THE HYDRAULIC FILL BY DREDGE.  WHAT THE CORPS OF ENGINEERS IS

10:00AM 25    SAYING IN THIS DESIGN MANUAL THAT WAS PUBLISHED IN 2000 IS THAT

**HOURLY TRANSCRIPT**

10:00AM 1    YOU COULD TAKE HYDRAULIC FILL TAKEN DIRECTLY FROM A CANAL AND

10:00AM 2    PUT IT IN AN EXCAVATION, AND THAT WOULD STILL QUALIFY AS

10:00AM 3    UNCOMPACTED FILL WHICH IS SUITABLE FOR PIT FILLS.

10:00AM 4         THE COURT:  NOW, DO THEY TALK ABOUT THE DEPTH OF THE

10:00AM 5    PITS IN HERE?

10:00AM 6         THE WITNESS:  YOUR HONOR, IT'S ALL RELATIVE TO

10:00AM 7    ESSENTIALLY A PROJECTION OF THE LEVEE.  SO PIT FILLS WOULD BE

10:00AM 8    BEYOND THE PROJECTION OF THE LEVEE SLOPE.

10:00AM 9         THE COURT:  I GUESS THAT'S NOT WHAT I WAS GETTING AT.

10:00AM 10        ARE WE TALKING ABOUT EXCAVATIONS WITHIN A

10:00AM 11   CERTAIN AMOUNT OF DISTANCE FROM THE LEVEE HERE?

10:00AM 12        THE WITNESS:  AGAIN, YOUR HONOR, IT'S RELATIVE TO THE

10:00AM 13   SLOPE OF THE LEVEE.  SO WHAT YOU WANT TO DO IS STAY ABOVE A

10:00AM 14   PROJECTION OF THAT SLOPE OF THE LEVEE.  SO THE DISTANCE -- IT'S

10:00AM 15   BOTH DISTANCE AND DEPTH RELATIVE TO THAT LEVEE SLOPE.

10:01AM 16        THE COURT:  WHAT WOULD THE DEPTH BE HERE THAT WOULD

10:01AM 17   APPLY IN THIS INSTANCE?

10:01AM 18        THE WITNESS:  WELL, YOUR HONOR, THE DEPTH IS CHANGING

10:01AM 19   BECAUSE IT'S A SLOPE.

10:01AM 20        THE COURT:  RIGHT.  SO WHAT WOULD THE DEPTH BE, IF

10:01AM 21   YOU KNOW, 50 FEET FROM THAT LINE?

10:01AM 22        THE WITNESS:  I DON'T REMEMBER THE SLOPE OF THAT, THE

10:01AM 23   WATER SIDE OF THE LEVEE, YOUR HONOR.  I DON'T KNOW.

10:01AM 24        THE COURT:  I'M NOT GOING TO GO TOO FAR INTO THIS

10:01AM 25   BECAUSE IT'S NOT NECESSARILY RELATED TO YOUR SPECIFIC OPINIONS.

**HOURLY TRANSCRIPT**

10:01AM 1  BUT THIS APPLIES TO IMPERVIOUS AND SEMI PERVIOUS MATERIALS,

10:01AM 2  CORRECT?

10:01AM 3       THE WITNESS:  THIS IS FOR THE LEVEE ITSELF.  SO IF

10:01AM 4  YOU HAVE A LEVEE THAT'S EITHER SEMI IMPERVIOUS OR IMPERVIOUS,

10:01AM 5  THEN THESE WOULD APPLY.

10:01AM 6       THE COURT:  WHEN WE DESCRIBE THE LEVEE, DOES THAT

10:01AM 7  MEAN GOING DOWN TO THE TIP OF THE SHEET PILE?

10:01AM 8       THE WITNESS:  WELL, IT'S NOT SPECIFIC HERE.  IN THIS

10:01AM 9  CASE, I THINK THE ASSUMPTION IS THAT THERE ISN'T A CUTOFF,

10:02AM 10  RIGHT.  IS NOT.  THIS IS JUST FOR A LEVEE.

10:02AM 11       THE COURT:  SO IT'S JUST A LEVEE AND IT'S -- I

10:02AM 12  UNDERSTAND.

10:02AM 13       THE WITNESS:  RIGHT.  RIGHT.

10:02AM 14       THE COURT:  OKAY.

10:02AM 15       THE WITNESS:  OKAY.  SO IN MY OPINION, BASED ON

10:02AM 16  EVERYTHING THAT I'VE READ AND WHAT I'VE REVIEWED, WGI'S

10:02AM 17  BACKFILL AND COMPACTION SPECIFICATIONS IT TURNS OUT WERE IN

10:02AM 18  COMPLIANCE WITH EM 1110-2-1913, WHICH IS THE LEVEE MANUAL.

10:02AM 19  FILLS WERE COMPACTED SOMEWHERE BETWEEN UNCOMPACTED AND

10:02AM 20  SEMICOMPACTED.  USING THESE METHOD SPECIFICATIONS, THE DENSITY

10:02AM 21  OF BACKFILL WOULD BE COMPARABLE TO THE EXISTING DREDGED AND

10:02AM 22  DISTURBED SOILS.

10:02AM 23       SO AGAIN, YOUR HONOR, I BELIEVE THAT, YOU KNOW,

10:02AM 24  IF YOU LOOK AT THOSE TWO OPTIONS FOR UNCOMPACTED FILL, THE

10:02AM 25  WASHINGTON GROUP EXCEEDED OPTION A, AND IT WAS SOMEWHERE

**HOURLY TRANSCRIPT**

10:02AM 1   BETWEEN UNCOMPACTED AND SEMICOMPACTED.

10:02AM 2        AND, AGAIN, GOING BACK TO MY PREVIOUS COMMENT,

10:02AM 3   IF THEY ARE TAKING THE SAME MATERIAL AND PUTTING IT BACK AND

10:02AM 4   THEY END UP WITH THE SAME GROUND SURFACE, THEY ARE COMPACTING

10:03AM 5   IT BACK TO THE DENSITY THAT IT STARTED.

10:03AM 6        THIS IS SUPPORTED BY MR. MONTEGUT'S DESIGNATED

10:03AM 7   DEPOSITION TESTIMONY THAT DEPRESSIONS DID NOT FORM IN AREAS OF

10:03AM 8   BACKFILLED EXCAVATIONS.  AND MR. GUILLORY ALSO MENTIONED THAT

10:03AM 9   IN THIS COURT, THAT THEY DIDN'T SEE DEPRESSIONS IN AREAS WHERE

10:03AM 10  BACKFILL HAD BEEN DONE.

10:03AM 11       IF THAT SOIL WAS COMPACTED TOO LOOSE, HAD IT NOT

10:03AM 12  BEEN COMPACTED PROPERLY, BASED ON MY EXPERIENCE, DEPRESSIONS

10:03AM 13  WOULD HAVE FORMED, THEY WOULD HAVE HAD TO COME BACK AND ADD

10:03AM 14  FILL TO BE ABLE TO MAKE UP THAT DIFFERENCE.  AND I HAVE NOT

10:03AM 15  HEARD ANY TESTIMONY OR READ ANY DOCUMENTS TO INDICATE THAT THAT

10:03AM 16  OCCURRED.

10:03AM 17       IN THIS COURT, PROFESSOR ROGERS TESTIFIED WE

10:03AM 18  TYPICALLY JUST TRY TO GET IT BACK TO WHAT IT WAS, TO THE

10:03AM 19  DENSITY THAT'S THERE.  I BELIEVE THAT THAT HAPPENED.  WHAT'S

10:03AM 20  INTERESTING IS PROFESSOR ROGERS GOES ON TO SAY IT MIGHT ONLY BE

10:03AM 21  69 PERCENT COMPACTION.

10:03AM 22       YOUR HONOR, IF YOU TAKE A DUMP TRUCK OF MATERIAL

10:03AM 23  AND DUMP IT ON THE GROUND, THAT'S 69 PERCENT.  THE COMPACTION

10:04AM 24  METHOD OF BUCKET TAMPING USED BY WGI WOULD BE MORE COMPACTION

10:04AM 25  THAN WHAT ENGINEERING MANUAL 1913 DESCRIBES AS UNCOMPACTED

10:04AM  1    FILL.  THAT'S THE TESTIMONY OF PROFESSOR ROGERS.

10:04AM  2              MOVING ON TO ITEM B FOR OPINION NUMBER 2, THE

10:04AM  3    CORPS SUBSTANTIVELY REVIEWED AND APPROVED WGI'S PLANS FOR MAJOR

10:04AM  4    FEATURES OF WORK, INCLUDING SUBCONTRACTS.

10:04AM  5              THE CORPS PROVIDED THOROUGH AND DETAILED REVIEWS

10:04AM  6    OF WGI'S SUBMITTALS.  THIS IS AN EXAMPLE FROM WGI'S 1999

10:04AM  7    RECOMMENDATION REPORT.  WE ACTUALLY SAW THIS PREVIOUSLY, I

10:04AM  8    BELIEVE, IN MR. GUILLORY'S TESTIMONY.  THIS PARTICULAR DOCUMENT

10:04AM  9    WAS REVIEWED BY MR. GUILLORY, MR. BROUSE, MR. BACUTA AND

10:04AM 10    MS. SPADARO.

10:04AM 11              SIMILAR DETAILED REVIEWS OCCURRED ON OTHER WGI

10:04AM 12    REPORTS, WORK PLANS AND SHOP DRAWING SUBMITTALS.  I WANT TO

10:04AM 13    POINT OUT THAT THERE ARE SEVEN PAGES OF REVIEW COMMENTS FOR THE

10:04AM 14    RECOMMENDATION REPORT.  THIS IS THE LEVEL OF THOROUGHNESS AND

10:04AM 15    DETAIL THAT WAS PROVIDED.

10:04AM 16              MOVING ON TO SUPPORTING POINT C FOR OPINION 2.

10:05AM 17    THERE IS NO BASIS TO CONCLUDE THAT WGI SHOULD HAVE INSISTED ON

10:05AM 18    PERFORMING ENGINEERING EVALUATIONS OF THE POTENTIAL EFFECTS OF

10:05AM 19    THEIR WORK ON THE LEVEE OR FLOODWALLS OR HAVE DONE THOSE

10:05AM 20    EVALUATIONS ON THEIR OWN.

10:05AM 21              YOUR HONOR, THERE'S A VERY WELL-DEFINED AND

10:05AM 22    RIGID LINE BETWEEN THE ROLES AND RESPONSIBILITIES OF GENERAL

10:05AM 23    CONTRACTORS VERSUS THE ENGINEER OF RECORD.  SURE, WGI HAD A

10:05AM 24    RESPONSIBILITY TO NOTIFY THE CORPS IF THEY SAW A CONDITION THAT

10:05AM 25    POSED A POTENTIAL SAFETY HAZARD.  WGI DID NOT HAVE ANY CONCERNS

**HOURLY TRANSCRIPT**

10:05AM 1    FROM THE PERSPECTIVE OF A GENERAL CONTRACTOR, AND WHEN I LOOK

10:05AM 2    AT THE WORK THAT THEY DID AND THE EXCAVATIONS THEY MADE, THE

10:05AM 3    SUBMITTALS THAT THEY MADE FOR THE DEEP EXCAVATIONS AND THEIR

10:05AM 4    UNDERSTANDING OF WHAT WAS BEING SUBMITTED TO THE GEOTECHNICAL

10:05AM 5    BRANCH FOR REVIEW, INCLUDING THE BORROW PIT, THAT THERE IS NO

10:05AM 6    REASON TO BELIEVE THAT THEY SHOULD HAVE NOTIFIED THE CORPS

10:05AM 7    ABOUT ANY SITUATION THAT WAS OUT THERE DURING THEIR WORK.

10:05AM 8          SO IN SUMMARY FOR OPINION 2, THE GENERAL

10:06AM 9    CONTRACTOR SHOULD FOLLOW THE PLANS AND SPECS AND DIRECTIVES.

10:06AM 10         FINALLY, OPINION 3, WGI MET THE STANDARD OF CARE

10:06AM 11   FOR A GENERAL CONTRACTOR.  AGAIN, THREE SUPPORTING POINTS.  A,

10:06AM 12   THE CORPS MONITORED WGI'S WORK ON A DAILY BASIS, CONDUCTED

10:06AM 13   QUALITY ASSURANCE INSPECTIONS AND HAD THE ABILITY TO DEMAND

10:06AM 14   THAT WGI CORRECT ANY WORK THAT DID NOT MEET THE CORPS'

10:06AM 15   EXPECTATIONS OR THEIR PLANS AND SPECIFICATIONS.

10:06AM 16         BASED ON MY EXPERIENCE, THE CORPS UNEQUIVOCALLY

10:06AM 17   CAN INSIST THAT WORK BE DONE PROPERLY AND TO THEIR

10:06AM 18   EXPECTATIONS.  IN MY OPINION, THE MEANS AND METHODS USED BY WGI

10:06AM 19   ADHERE TO THE PLANS, SPECIFICATIONS, EXPECTATIONS AND INTENT OF

10:06AM 20   THE CORPS.

10:06AM 21         THOSE MEANS AND METHODS INCLUDED THE USE OF

10:06AM 22   NATIVE OR IMPORTED SOIL, AND THAT WAS PER THE DIRECTION OF THE

10:06AM 23   CORPS; HIGH ENERGY DROPPING, THAT'S TO TAKE THE MATERIAL WITH

10:06AM 24   THE BUCKET AND DROP IT FROM A HIGH ELEVATION; TRACK WALKING AND

10:06AM 25   BUCKET COMPACTION USING AS-IS MOISTURE CONTENT AND LAYER

**HOURLY TRANSCRIPT**

10:06AM 1    THICKNESSES UP TO 2 TO 3 FEET.  AGAIN, THESE ARE ALL ABOVE THE

10:07AM 2    MINIMUM STANDARD REQUIRED BY THE LEVEE MANUAL.

10:07AM 3            THE PWP CLEARLY INDICATES THAT WGI IS UNDER THE

10:07AM 4    DIRECTION OF THE CORPS, SECTION 2.0.  WGI WAS PERFORMING EACH

10:07AM 5    ASPECT OF THE PROJECT.

10:07AM 6            THE CORPS HAD A TEAM OF QUALITY ASSURANCE

10:07AM 7    INSPECTORS WHO WERE CONTINUOUSLY ON SITE AND MONITORING WGI'S

10:07AM 8    WORK, REVIEWING THE QCR'S AND WRITING DAILY QA REPORTS.  THIS

10:07AM 9    WAS VERIFIED BY MR. MONTEGUT IN HIS DESIGNATED TESTIMONY.

10:07AM 10           IN DESIGNATED DEPOSITION TESTIMONY, CORPS

10:07AM 11   PERSONNEL STATED THAT THE CORPS COULD REJECT AND HAVE CORRECTED

10:08AM 12   DEFICIENT WORK.  MR. CLOUATRE, WHO WAS ONE OF THE QA

10:08AM 13   INSPECTORS, AND MR. MONTEGUT, WHO WAS A COR.

10:08AM 14           IN THIS COURT, PROFESSOR ROGERS AGREES, ONE, THE

10:08AM 15   CORPS HAD A REPRESENTATIVE OUT THERE IN THE FIELD ON A DAILY

10:08AM 16   BASIS; TWO, THE CORPS MONITORED WGI'S WORK ON A DAILY BASIS;

10:08AM 17   THREE, WGI AND THE CORPS WOULD COMMUNICATE ON A DAILY BASIS;

10:08AM 18   AND FOUR, BACKFILL MATERIAL FROM EVERY SUCH HOLE, TRENCH OR

10:08AM 19   OPENING WAS, IN FACT, APPROVED BY THE CORPS OF ENGINEERS.

10:08AM 20           HE ALSO TESTIFIED IF THE OWNER, THE CORPS,

10:08AM 21   APPROVES IT, ONE CAN USE UNCOMPACTED FILL TO BACKFILL

10:08AM 22   EXCAVATIONS BEYOND THE TOE OF THE LEVEE IF THE GEOTECHNICAL

10:08AM 23   BRANCH BUYS OFF ON IT IN WRITING.

10:08AM 24           YOUR HONOR, I DO BELIEVE THAT THE GEOTECHNICAL

10:08AM 25   BRANCH BOUGHT OFF ON IT BECAUSE THEY PROVIDED THE E-MAIL FROM

**HOURLY TRANSCRIPT**

10:08AM 1   JEAN SPADARO TO LEE GUILLORY WITH SPECIFIC ITEMS TO BE INCLUDED

10:08AM 2   IN THE WORK PLANS, AND IN MY OPINION, THAT CONSTITUTES A BUYOFF

10:08AM 3   BY THE GEOTECHNICAL BRANCH.

10:09AM 4         MOST OF THE EXCAVATIONS IN THE EBIA WERE AT

10:09AM 5   LEAST TRACK-WALKED WITH A DOZER OR TAMPED WITH THE BUCKET OF AN

10:09AM 6   EXCAVATOR.  AGAIN, THIS IS THE TESTIMONY OF PROFESSOR ROGERS.

10:09AM 7         THREE, THIS WOULD INDICATE AT LEAST SOME

10:09AM 8   COMPACTION IS TAKING PLACE, MAKING THE SOIL DENSER.  AND,

10:09AM 9   FINALLY, THAT WOULD BE MORE COMPACTION THAN WHAT ENGINEERING

10:09AM 10  MANUAL 1913 DESCRIBES AS UNCOMPACTED FILL.  I AGREE WITH

10:09AM 11  PROFESSOR ROGERS.

10:09AM 12        IN THIS COURT, PROFESSOR BEA TESTIFIED HE CANNOT

10:09AM 13  POINT TO ANYTHING THAT WOULD INDICATE WGI DID NOT FOLLOW THE

10:09AM 14  CORPS' INSTRUCTIONS WITH REGARD TO COMPACTION OF BACKFILL.

10:09AM 15        POINT B.  THE CORPS' CONSTRUCTION DIVISION WAS

10:09AM 16  QUALIFIED AND COMPETENT TO EVALUATE THE SUITABILITY OF SOIL TO

10:09AM 17  BE USED AS BACKFILL AND SOIL COMPACTION AND WHEN TO RELY ON

10:09AM 18  ASSISTANCE FROM THE CORPS' GEOTECHNICAL BRANCH.

10:09AM 19        IN MY OPINION, THE CORPS' CONSTRUCTION STAFF

10:09AM 20  WERE WELL QUALIFIED AND SUITABLE FOR THE WORK.  WE'VE HEARD

10:09AM 21  FROM LEE GUILLORY, WHO IS THE COR, HAS BEEN WITH THE CORPS

10:09AM 22  SINCE 1983, A CIVIL ENGINEER AND PE, VERY EXPERIENCED WITH

10:10AM 23  LEVEES, FLOODWALL AND CONSTRUCTION.  JIM MONTEGUT, WHO IS THE

10:10AM 24  PROJECT PE AND QUALITY ASSURANCE REPRESENTATIVE AND ALSO A COR.

10:10AM 25  HE WAS A CIVIL ENGINEER WITH THE CORPS, A LIFETIME CORPS

**HOURLY TRANSCRIPT**

10:10AM 1    EMPLOYEE, BOTH IN THE ENGINEERING AND CONSTRUCTION DIVISIONS,

10:10AM 2    AND HAD FIELD EXPERIENCE ON ENVIRONMENTAL REMEDIATION PROJECTS.

10:10AM 3    AND ALSO THE HOST OF QA INSPECTORS, INCLUDING ROBERT ARIATTI,

10:10AM 4    WHO WAS ALSO A LICENSED PROFESSIONAL ENGINEER.

10:10AM 5             FINALLY, SUPPORTING POINT C FOR OPINION 3, THE

10:10AM 6    CORPS APPROVED ALL OF WGI'S EXCAVATING AND BACKFILLING WORK.

10:10AM 7    NO DEFICIENCIES WERE NOTED.

10:10AM 8             BASED ON MY EARTHWORK EXPERIENCE AND REVIEW OF

10:10AM 9    THE QAR'S AND OTHER DOCUMENTS, I CONCLUDE THE CORPS APPROVED

10:10AM 10   ALL OF WGI'S WORK RELATED TO EXCAVATING, BACKFILLING AND

10:10AM 11   COMPACTING; AND, THEREFORE, WGI MET ITS OBLIGATIONS.

10:10AM 12            WE HAVE THE QCR'S.  I WANT TO SHOW JUST A COUPLE

10:10AM 13   CONSTRUCTION PHOTOGRAPHS, YOUR HONOR.  THIS IS COMPACTING

10:10AM 14   BACKFILL AT MCDONOUGH MARINE.  IN THIS PARTICULAR PHOTOGRAPH,

10:10AM 15   WE HAVE THE CANAL.  WE'RE LOOKING TO THE SOUTH, SO THE CANAL IS

10:10AM 16   ON THE RIGHT-HAND SIDE.  YOU CAN SEE THAT THIS DOZER IS

10:11AM 17   TRACK-WALKING FILL IN THIS AREA ALONG THE CANAL.

10:11AM 18            THIS IS A VERY IMPORTANT PHOTOGRAPH, YOUR HONOR.

10:11AM 19   THIS IS FROM AREA 1 AND 2 OF BOLAND.  THIS IS THE SOUTHERN

10:11AM 20   END -- ACTUALLY THE SOUTHWESTERN CORNER OF THE BOLAND MARINE

10:11AM 21   SITE.  AS MAY HAVE BEEN POINTED OUT EARLIER, WHAT THEY ARE

10:11AM 22   DOING IS BACKFILLING WITH SAND.  YOU CAN SEE THAT THE

10:11AM 23   CONTRACTOR IS SPREADING OUT THE SAND IN UNIFORM, FLAT LIFTS.

10:11AM 24   SO WE HAVE A LIFT OF SAND HERE, YOU CAN SEE IT'S NICE AND

10:11AM 25   COMPACT.  THERE IS ANOTHER LIFT BEING PLACED OVER HERE TO THE

**HOURLY TRANSCRIPT**

10:11AM 1    LEFT AND ANOTHER LIFT OVER HERE ON THE RIGHT.  YOU CAN SEE THE

10:11AM 2    THICKNESSES OF THE LIFT ARE WHAT I WOULD INTERPRET TO BE

10:11AM 3    SOMETHING ON THE ORDER OF ONE FOOT.  AND THEN TRACK-WALKING

10:11AM 4    WITH THE VARIOUS EQUIPMENT.

10:11AM 5          SO DESPITE SOME OF THE PHOTOGRAPHS THAT, IN A

10:11AM 6    SNAPSHOT IN TIME, CAPTURED THE DOZER PUSHING THE SAND AND

10:11AM 7    SPREADING IT, WHEN WE LOOK CLOSER AT THE CONSTRUCTION

10:11AM 8    PHOTOGRAPHS, WE CAN SEE THAT IT WAS, IN FACT, SPREAD, COMPACTED

10:11AM 9    WELL, AND COMPACTED TO CERTAINLY THE SPECIFICATIONS.

10:12AM 10         HERE IS AN EXAMPLE OF AREA 8.  AGAIN, WE SAW

10:12AM 11   PHOTOGRAPHS OF AREA 8 WITH THE LARGE PILES OF SAND BEING PUSHED

10:12AM 12   INTO THE EXCAVATION.  WHILE, IN FACT, IF YOU LOOK AT THIS, YOU

10:12AM 13   CAN SEE THAT THIS DOZER IS TRACK-WALKING THE SAND, AND THE LIFT

10:12AM 14   THICKNESSES APPEAR TO BE REASONABLE AND IN CONFORMANCE WITH THE

10:12AM 15   SPECIFICATIONS.

10:12AM 16         WE ALSO SEE OVER AND OVER AND OVER AGAIN THAT A

10:12AM 17   DOZER IS BEING USED TO GRADE THE SITE PER THE RECOMMENDATIONS

10:12AM 18   AND SPECIFICATIONS OF THE CORPS TO PROVIDE THAT ONE PERCENT

10:12AM 19   SLOPE FROM SUREKOTE ROAD AND, ULTIMATELY, FROM THE FLOODWALL

10:12AM 20   TOWARDS THE CANAL, SUCH THAT WATER DOES NOT POND.  AND THERE

10:12AM 21   ARE NUMEROUS CITATIONS IN THE QAR'S OF THESE GRADING

10:12AM 22   ACTIVITIES, AND HERE IS AN EXAMPLE OF ONE OF THOSE.

10:12AM 23         THE QAR'S CONFIRM THAT THE WORK PERFORMED BY WGI

10:12AM 24   WAS APPROVED BY CORPS QA INSPECTORS, NO DEFICIENCIES OBSERVED.

10:13AM 25   HERE IS JUST ONE EXAMPLE OF A QAR.  THIS WAS COMMON ON EVERY

**HOURLY TRANSCRIPT**

10:13AM 1    SINGLE DAY TO SEE CITATIONS LIKE THIS.  IN FACT, PROFESSOR BEA

10:13AM 2    NOTED NO DEFICIENCIES IN THE QAR'S.

10:13AM 3              WE HAVE THE TECHNICAL COMPLETION REPORT.  IT

10:13AM 4    INDICATES PLANS AND SPECIFICATIONS WERE MET.  THE CORPS

10:13AM 5    TRANSMITTED THIS TECHNICAL COMPLETION -- REPORT IN THIS LETTER

10:13AM 6    DATED APRIL 25, 2005.  IT INDICATES SUCCESSFUL COMPLETION.

10:13AM 7              THEN, FINALLY, THE CORPS COR, JIM MONTEGUT,

10:13AM 8    ISSUED A COMPLETION LETTER TO WASHINGTON GROUP DATED MAY 26,

10:13AM 9    2005, SUBSTANTIALLY COMPLETE.

10:13AM 10             SO, IN SUMMARY FOR OPINION NUMBER 3, NO

10:13AM 11   DEFICIENCIES NOTED, SUBSTANTIALLY COMPLETE.  YOUR HONOR, BASED

10:13AM 12   ON MY EXPERIENCE, TO A GENERAL CONTRACTOR THAT MEANS JOB WELL

10:13AM 13   DONE.

10:13AM 14             THE COURT:  THANK YOU, SIR.

10:13AM 15             ALL RIGHT.  WE MIGHT AS WELL COMMENCE.

10:14AM 16             TO BE FAIR, IF THE CORPS WISHES, IT WILL HAVE,

10:14AM 17   AS I ALLOWED MR. TREEBY, ALTHOUGH IT DIDN'T HELP HIM VERY MUCH,

10:14AM 18   IN THIS ONE INSTANCE -- IF THERE ARE OTHERS, WE'LL SEE -- I

10:14AM 19   THINK YOU HAVE A RIGHT TO CROSS.

10:14AM 20             MR. WOODCOCK:  WE APPRECIATE THAT, YOUR HONOR.  WE'LL

10:14AM 21   LET THE PLAINTIFFS PROCEED FIRST.

10:14AM 22             THE COURT:  ALL RIGHT.

10:14AM 23             MR. GREGORY:  MAY I HAVE ONE MOMENT, YOUR HONOR?

10:14AM 24             THE COURT:  YOU MAY.

10:15AM 25             WHILE WE'RE HAVING OUR HIATUS, SINCE THE COURT

**HOURLY TRANSCRIPT**

10:15AM 1   WAS HIT WITH THE DR. BEA ISSUE RIGHT EARLY IN THE MORNING, MY

10:15AM 2   BRAIN SEEMS TO BE A LITTLE SLUGGISH, UNFORTUNATELY, THAT EARLY,

10:15AM 3   MAYBE IF WE HAVE ANY TIME AT THE END OF THE DAY, WE CAN SEE IF

10:15AM 4   WE CAN GET TO THE POINT AND WORK UP A PROTOCOL AFTER WE ALL

10:15AM 5   THINK ABOUT IT -- Y'ALL OBVIOUSLY THOUGHT ABOUT IT -- AFTER I

10:15AM 6   THINK ABOUT IT A LITTLE BIT.

10:15AM 7        SO WE'LL DISCUSS THAT IF WE HAVE TIME TODAY.  IF

10:15AM 8   NOT, MAYBE WE CAN MAKE SOME TIME THAT DOESN'T ENCROACH TOO MUCH

10:15AM 9   INTO EVERYBODY'S WITNESS PRESENTATION.

10:15AM 10       YES, SIR.  YOU MAY COMMENCE WHENEVER YOU'RE

10:15AM 11  READY.

10:15AM 12       MR. GREGORY:  THANK YOU, YOUR HONOR.

10:15AM 13       CARL, IF YOU COULD PUT UP JX-01822.

10:14AM 14                  CROSS-EXAMINATION

10:14AM 15  BY MR. GREGORY:

10:16AM 16  Q.   DR. SYKORA, THIS IS THE FIRST PAGE OF THE TERC, CORRECT?

10:16AM 17  A.   YES, SIR.

10:16AM 18  Q.   IF YOU GO TO THE BOTTOM -- WELL, YOU CAN SEE --

10:16AM 19       I'M SORRY, CARL.  YOU CAN GO TO THE BOTTOM LOWER

10:16AM 20  RIGHT.

10:16AM 21       -- IT WAS AWARDED AUGUST 17, 1994, CORRECT?

10:16AM 22  A.   YES.

10:16AM 23  Q.   CARL, IF YOU COULD NEXT GO TO 07, THE TERC.  THANK YOU.

10:16AM 24       THEN, IN THE MIDDLE, AS WE'VE TALKED BEFORE, AND

10:16AM 25  YOU'VE HEARD THIS, IT'S THE ABILITY OF THE CORPS TO USE A

**HOURLY TRANSCRIPT**

10:17AM 1    SINGLE CONTRACTOR FOR ALL PHASES OF A REMEDIATION, CORRECT?

10:17AM 2    A.   CORRECT.

10:17AM 3    Q.   THIS IS FOR REMEDIATION OF VARIOUS HAZARDOUS WASTES,

10:17AM 4    CORRECT?

10:17AM 5    A.   THAT'S CORRECT.

10:17AM 6    Q.   THEN, IF YOU COULD TURN TO THE NEXT PAGE, 08, CARL.

10:17AM 7         THEN, TWO, THE CONTRACTOR IS SUPPOSED TO RECEIVE FROM

10:17AM 8    THE CORPS ANY BACKUP DATA THAT IS AVAILABLE FROM PRIOR

10:17AM 9    INVESTIGATIONS, DESIGNS OR REMEDIAL ACTIONS; DO YOU SEE THAT?

10:17AM 10   A.   YES, I DO.

10:17AM 11   Q.   HAVE YOU SEEN ANY EVIDENCE IN THIS CASE THAT WGI ASKED THE

10:17AM 12   CORPS FOR THAT INFORMATION?

10:17AM 13   A.   NO.

10:17AM 14   Q.   GOING FURTHER DOWN TO 2.1, CARL, GENERAL.

10:17AM 15        THE EXPRESSED PURPOSE OF THE TERC WAS THE COMPLETE

10:17AM 16   REMEDIATION OF THE PARTICULAR HTRW SITE THAT WAS THE SUBJECT OF

10:18AM 17   A PARTICULAR TASK ORDER, CORRECT?

10:18AM 18   A.   THAT'S NOT WHAT IT SAYS.

10:18AM 19   Q.   THE EXPRESS PURPOSE OF THE TERC IS THE COMPLETE

10:18AM 20   REMEDIATION A HTRW SITE?

10:18AM 21   A.   YOU USED THE WORD "PARTICULAR," WHICH WASN'T IN THERE.

10:18AM 22   Q.   RIGHT, BUT IT'S A; IT'S A SPECIFIC SITE.

10:18AM 23   A.   CORRECT.

10:18AM 24   Q.   IT'S THE SITE THAT IS THE SUBJECT OF WHATEVER THE TASK

10:18AM 25   ORDER IS?

**HOURLY TRANSCRIPT**

10:18AM  1    A.   CORRECT.

10:18AM  2    Q.   NEXT, IF WE COULD TURN TO 11, CARL.

10:18AM  3         2.4, REQUIREMENTS FOR ARCHITECT-ENGINEERING TYPE

10:18AM  4    SERVICES.  THE CONTRACTOR SHALL PROVIDE COMPLETE A-E SERVICES

10:19AM  5    TO SUPPORT IMPLEMENTATION OF REMEDIAL ACTIONS, CORRECT?

10:19AM  6    A.   THAT'S WHAT IT SAYS.

10:19AM  7    Q.   SO THE CONTRACTOR, IF IT'S WGI IN THIS TERC, SHALL PROVIDE

10:19AM  8    THOSE SERVICES?

10:19AM  9    A.   IF NEEDED.

10:19AM 10    Q.   WHERE DOES IT SAY IN THAT SENTENCE IF NEEDED?

10:19AM 11    A.   NOT IN THAT SENTENCE, IT DOESN'T SAY THAT.

10:19AM 12    Q.   OKAY.  THEN THE NEXT SENTENCE SAYS, "THIS ASPECT OF THE

10:19AM 13    REMEDIAL ACTION PROCESS MUST BE AN INTEGRAL FUNCTION OF THIS

10:19AM 14    CONTRACT," CORRECT?

10:19AM 15    A.   THAT'S WHAT IT SAYS.

10:19AM 16    Q.   IT DOESN'T SAY IF NEEDED, CORRECT?

10:19AM 17    A.   NO, IT DOESN'T.

10:19AM 18    Q.   THEN TURNING, CARL, TO THE PAGE 014.

10:19AM 19         AT THE TOP THERE, CONTRACTOR PERSONNEL AND

10:20AM 20    QUALIFICATIONS.  THE CONTRACTOR SHALL DEMONSTRATE EXPERIENCE IN

10:20AM 21    ALL CATEGORIES, I.E., HTRW.  DO YOU SEE THAT?

10:20AM 22    A.   YES.  BUT HTRW DOES NOT INCLUDE GEOTECHNICAL SERVICES.

10:20AM 23    Q.   SO HTRW -- SO LET'S GO -- THIS IS 4, CORRECT; CONTRACTOR

10:20AM 24    PERSONNEL AND QUALIFICATIONS, CORRECT?

10:20AM 25    A.   YES.

**HOURLY TRANSCRIPT**

10:20AM 1    Q.   IF WE GO TO 4.10 ON PAGE 018, WHERE IT SAYS, "PROJECT

10:20AM 2    GEOTECHNICAL ENGINEER," DO YOU SEE THAT, SIR?

10:20AM 3    A.   YES.

10:20AM 4    Q.   IT SAYS, "THE CONTRACTOR SHALL UTILIZE A PROJECT

10:20AM 5    GEOTECHNICAL ENGINEER WHO WILL ENSURE THAT ALL GEOTECHNICAL

10:20AM 6    ENGINEERING SUPPORT GOALS SPECIFIED IN THE DELIVERY ORDER ARE

10:21AM 7    ATTAINED," CORRECT?

10:21AM 8    A.   EMPHASIS ON "SPECIFIED IN THE DELIVERY ORDER," YES.

10:21AM 9    Q.   WE'LL GET THERE, SIR.

10:21AM 10   A.   OKAY.

10:21AM 11   Q.   BUT IT'S, "THE CONTRACTOR SHALL UTILIZE A GEOTECHNICAL

10:21AM 12   ENGINEER," CORRECT?

10:21AM 13   A.   THAT'S WHAT IT SAYS.

10:21AM 14   Q.   THEN, SIR, LET'S TURN TO --

10:21AM 15        AND, CARL, WE'RE GOING TO GO TO THE NEXT EXHIBIT, AND

10:21AM 16   THAT IS JX-01823.

10:21AM 17        SIR, THIS IS TASK ORDER 26, CORRECT?

10:21AM 18   A.   IT IS.  IT'S A PART OF TASK ORDER 26.  THIS WAS THE FIRST

10:21AM 19   STATEMENT OF WORK.

10:21AM 20   Q.   THAT'S JUNE 1999.

10:21AM 21   A.   CORRECT.

10:21AM 22   Q.   IF YOU TO GO THE BOTTOM OF THAT PAGE, CARL, PROJECT

10:21AM 23   REQUIREMENTS.

10:21AM 24        "THE CONTRACTOR SHALL FURNISH ALL ENGINEERING

10:21AM 25   SERVICES, MATERIALS, SUPPLIES, LABOR, AS REQUIRED IN CONNECTION

**HOURLY TRANSCRIPT**

10:21AM 1    WITH THE TECHNICAL REVIEW OF SITE DOCUMENTS," ETCETERA; DO YOU

10:22AM 2    SEE THAT?

10:22AM 3    A.   EMPHASIS ON "AS REQUIRED," YES, I DO.

10:22AM 4    Q.   IS THE TASK ORDER DIFFERENT THAN A DELIVERY ORDER?

10:22AM 5    A.   NO, THEY ARE ONE IN THE SAME.

10:22AM 6    Q.   SO IF IT SAYS, "ALL ENGINEERING SERVICES," WOULD THAT

10:22AM 7    INCLUDE GEOTECHNICAL?

10:22AM 8    A.   NOT -- NO, IT WOULDN'T.  IT SAYS, "AS REQUIRED."

10:22AM 9    GEOTECHNICAL SERVICES WERE NOT REQUIRED ON THIS CONTRACT.

10:22AM 10   Q.   OKAY.  LET'S GO TO THE NEXT -- SO THE SENTENCE ENDS,

10:22AM 11   ASSOCIATED WITH THE DEMOLITION -- IT'S ALL SERVICES -- ALL

10:22AM 12   ENGINEERING SERVICES, AND I'M DOING AN ELLIPSIS -- ASSOCIATED

10:22AM 13   WITH THE DEMOLITION AND --

10:22AM 14           WE'LL GO TO NEXT PAGE, CARL, AT THE TOP.

10:22AM 15           -- REMEDIATION OF THE EAST BANK OF THE IHNC.  DO YOU

10:22AM 16   SEE THAT?

10:22AM 17   A.   I DO.

10:22AM 18   Q.   IT GOES ON TO STATE THAT, "IN ADDITION TO REVIEWING SITE

10:23AM 19   DOCUMENTS, THE CONTRACTOR SHALL PREPARE A COMPREHENSIVE REPORT

10:23AM 20   RECOMMENDING THE SCOPE AND DURATION OF THE REMEDIATION AND

10:23AM 21   DEMOLITION THAT WILL BE REQUIRED, INCLUDING ANY DATA GAPS THAT

10:23AM 22   MAY NEED TO BE FILLED BY SAMPLING OR OTHER INVESTIGATIONS."  DO

10:23AM 23   YOU SEE THAT?

10:23AM 24   A.   I DO.

10:23AM 25   Q.   SIR, THE COMPREHENSIVE REPORT, THAT TURNED OUT TO BE THE

**HOURLY TRANSCRIPT**

10:23AM 1    RECOMMENDATIONS REPORT, DID IT NOT?

10:23AM 2    A.    THAT'S CORRECT.

10:23AM 3    Q.    SO THE RECOMMENDATIONS REPORT WAS DONE PURSUANT TO THE

10:23AM 4    DELIVERY ORDER, OR THE TASK ORDER, CORRECT?

10:23AM 5    A.    IT WAS PART OF THE TASK ORDER.   IT WAS THE FIRST ELEMENT

10:23AM 6    OF THE TASK ORDER.

10:23AM 7    Q.    OKAY.   SO THE RECOMMENDATIONS REPORT IS THE FIRST ELEMENT

10:23AM 8    OF THE TASK ORDER, AND THE TASK ORDER IS A DELIVERY ORDER AS

10:23AM 9    PART OF THE TERC?

10:23AM 10   A.    CORRECT.

10:23AM 11   Q.    DATA GAPS, THAT -- A DATA GAP WOULD BE SOMETHING SUCH AS

10:24AM 12   THERE IS AN UNKNOWN OBJECT OR CONTAMINANT OUT IN THE SITE.   THE

10:24AM 13   PLAN, THE RECOMMENDATION REPORT, WAS TO DETERMINE A WAY TO FIND

10:24AM 14   AND REMOVE THOSE ITEMS, CORRECT?

10:24AM 15   A.    IN A GENERAL SENSE.

10:24AM 16   Q.    CARL, WERE IF WE COULD NEXT TURN TO JX-01824, THE FIRST

10:24AM 17   PAGE.

10:24AM 18          SIR, THAT'S THE RECOMMENDATION REPORT, CORRECT?

10:24AM 19   A.    CORRECT.   BUT IT WAS REVISED, I THINK, DECEMBER 2ND.   THAT

10:24AM 20   MAY NOT BE THE FINAL VERSION, THOUGH.   CAN YOU VERIFY THAT?

10:25AM 21   Q.    GIVE ME ONE SECOND, SIR.   I WILL.

10:25AM 22          OH, IT'S THE -- WE'LL TALK ABOUT THAT IN JUST A

10:25AM 23   MOMENT, OKAY.

10:25AM 24          WAS IT REVISED IN TERMS OF GEOTECHNICAL ENGINEERING,

10:25AM 25   DO YOUR KNOWLEDGE?

**HOURLY TRANSCRIPT**

10:25AM 1    A.    THERE WAS NO GEOTECHNICAL ENGINEERING IN IT, SIR.

10:25AM 2    Q.    IN THE RECOMMENDATION REPORT, IT DOESN'T TALK ABOUT

10:25AM 3    GEOTECHNICAL?

10:25AM 4    A.    NOT THAT I RECALL.

10:25AM 5    Q.    NOT IN THE DECEMBER ONE?

10:25AM 6    A.    THE RECOMMENDATION REPORT, NO.

10:25AM 7    Q.    LET'S TURN, CARL, TO 028.

10:25AM 8          IN THERE, IT TALKS ABOUT THE PROJECT WORK PLAN,

10:25AM 9    CORRECT, SIR?

10:26AM 10   A.    CORRECT.  YES.

10:26AM 11   Q.    THE PROJECT WORK PLAN TALKS IN TERMS OF, "A PROPERLY

10:26AM 12   PLANNED AND COORDINATED PROJECT WORK PLAN IS KEY TO AN

10:26AM 13   EFFECTIVE AND SUCCESSFUL PROJECT EXECUTION."

10:26AM 14         IT GOES ON TO SAY LATER ON IN THAT SAME PARAGRAPH,

10:26AM 15   "IT IS ESSENTIAL THAT THE WORK BE FULLY SCOPED, DEFINED AND

10:26AM 16   PLANNED DURING THE PROJECT WORK PLAN DEVELOPMENT STAGE,"

10:26AM 17   CORRECT?

10:26AM 18   A.    YES, THAT WAS PART OF MY PRESENTATION.

10:26AM 19   Q.    THEN, IF WE GO FURTHER DOWN THAT PAGE TO 5.1.2.1.5, WE GET

10:26AM 20   TO DETAILED ENGINEERING.  CORRECT?

10:26AM 21   A.    CORRECT.

10:26AM 22   Q.    IT TALKS ABOUT, "SYSTEMATIC UNITS OF WORK THAT WILL BE

10:26AM 23   INTEGRATED INTO THE OVERALL PROJECT SHALL BE IDENTIFIED WITH

10:26AM 24   RESPECT TO LOCATION, OPERATIONS, AND EXECUTIONS.  ENGINEERING

10:26AM 25   DETAILS ARE TO INCLUDE" --

**HOURLY TRANSCRIPT**

10:26AM 1          THEN, CARL, IF YOU COULD TURN TO THE NEXT PAGE, 29,

10:27AM 2    THE TOP OF THAT PAGE.

10:27AM 3          -- "GEOTECHNICAL," CORRECT?

10:27AM 4    A.   YOU'RE CORRECT, YES.

10:27AM 5    Q.   AND GEOLOGY AND HYDROLOGY, CORRECT?

10:27AM 6    A.   RIGHT, RIGHT.  BUT AS REQUIRED.  IF YOU GO BACK TO THE

10:27AM 7    STATEMENT BEFORE THAT.  IF YOU ZOOM BACK UP TO THAT PREVIOUS

10:27AM 8    5.1.2.1.5.

10:27AM 9    Q.   OKAY, IF YOU'D DO THAT, CARL.

10:27AM 10   A.   SO IT SAYS, "SHALL BE IDENTIFIED AS PART OF THE PWP."

10:27AM 11         SO, AGAIN, THERE WERE ITEMS ON THIS LIST, PIPING,

10:27AM 12   ENGINEERING, FIRE PROTECTION ENGINEERING, ELECTRICAL

10:27AM 13   ENGINEERING, THAT, TO MY KNOWLEDGE, WERE ALSO NOT REQUIRED AS

10:27AM 14   PART OF THIS CONTRACT.

10:27AM 15   Q.   BUT, SIR, THERE WAS GEOTECHNICAL WORK THAT WAS DONE OUT AT

10:28AM 16   THE SITE, CORRECT?

10:28AM 17   A.   BY THE CORPS OF ENGINEERS, YES.

10:28AM 18   Q.   BUT IT WAS DONE OUT AT THE SITE, CORRECT?

10:28AM 19   A.   WHEN YOU SAY OUT AT THE SITE, I DON'T KNOW WHAT YOU MEAN

10:28AM 20   BY THAT.

10:28AM 21   Q.   WELL, THERE WAS GEOTECHNICAL WORK DONE, FOR EXAMPLE, AS

10:28AM 22   YOU POINTED OUT, ON THE BORROW PIT?

10:28AM 23   A.   CORRECT.

10:28AM 24   Q.   CARL, LET'S GO BACK IN THIS RECOMMENDATIONS REPORT, AND

10:28AM 25   WE'RE GOING TO GO TO 06.

**HOURLY TRANSCRIPT**

10:28AM 1          WE TALK ABOUT THE PURPOSE OF THE RECOMMENDATION

10:28AM 2   REPORT, RIGHT, IN THAT PARAGRAPH?  "THE PURPOSE OF THE REPORT

10:28AM 3   IS TO PRESENT A COMPREHENSIVE RECOMMENDATION REGARDING THE

10:28AM 4   SCOPE AND DURATION OF REMEDIATION AND DEMOLITION ACTIVITIES";

10:29AM 5   IS THAT CORRECT?

10:29AM 6   A.   THAT'S WHAT IT READS, YES.

10:29AM 7   Q.   WGI -- IT STATES, "IN ADDITION, ANY DATA GAPS THAT MAY

10:29AM 8   NEED TO BE FILLED BY SAMPLING OR OTHER INVESTIGATIONS TO TAKE

10:29AM 9   PLACE AT THE GENERAL INDUSTRIAL AREA OF THE IHNC."

10:29AM 10          SO THEY ARE GOING TO DO REMEDIATION, DEMOLITION, AND

10:29AM 11  DEAL WITH DATA GAPS, CORRECT?

10:29AM 12  A.   I WOULD GENERALLY AGREE WITH YOUR INTERPRETATION, YES.

10:29AM 13  Q.   LET'S GO TO THE BOTTOM OF THIS PAGE, CARL, THIS RIGHT

10:29AM 14  HERE.

10:29AM 15          "THE GENERAL PRINCIPLES USED TO DEVELOP THE

10:29AM 16  RECOMMENDED SCOPE OF WORK ARE GROUNDED ON CONCEPTS THAT INCLUDE

10:29AM 17  FAST TRACKING, CONCURRENT OPERATIONS, A SYSTEMIC APPROACH AND

10:29AM 18  VALUE ENGINEERING."

10:29AM 19          SIR, WHAT'S VALUE ENGINEERING?

10:30AM 20  A.   VALUE ENGINEERING IS A TERM THAT WE USE TO DESCRIBE A

10:30AM 21  PROCESS WHERE THE CONTRACTOR AND THE ENGINEER COME TOGETHER AND

10:30AM 22  TRY TO FIND A BETTER WAY TO APPROACH A PARTICULAR PROJECT.

10:30AM 23  USUALLY, IT'S INTENDED ON EITHER MAKING THE PROJECT SHORTER OR

10:30AM 24  LESS EXPENSIVE OR BOTH.

10:30AM 25  Q.   CARL, IF YOU COULD NEXT BRING UP JX-52001.  I'M SORRY,

**HOURLY TRANSCRIPT**

10:30AM  1    JX-52-001.  IF YOU COULD TURN TO THE -- WHAT WOULD BE 05, CARL.

10:31AM  2              THIS IS ONE OF THE MANY STATEMENTS OF WORK; IS THAT

10:31AM  3    CORRECT, SIR?

10:31AM  4    A.   MANY IS PROBABLY NOT THE BEST WORD TO USE.

10:31AM  5    Q.   ONE OF THE STATEMENTS OF WORK FOR TASK ORDER 26?

10:31AM  6    A.   CORRECT.

10:31AM  7    Q.   IF YOU TURN TO THE NEXT PAGE, CARL, THE WORK PLANS.

10:31AM  8              THE CONTRACTOR'S GOING TO DEVELOP VERSIONS OF THE

10:31AM  9    WORK PLAN IN CONNECTION WITH THE APPROVED RECOMMENDATION

10:31AM 10    REPORT, CORRECT?

10:31AM 11    A.   YOU ARE PARAPHRASING, BUT THAT'S CORRECT.

10:31AM 12    Q.   CARL, YOU CAN TAKE THAT DOWN.  WE'RE GOING TO MOVE ON TO

10:32AM 13    THE JX-01825, PAGE 1.

10:32AM 14              SIR, THIS IS ANOTHER TYPE OF REPORT THAT WAS

10:32AM 15    PREPARED.  IT'S A RECAP SUBMITTAL REPORT.  ARE YOU FAMILIAR

10:32AM 16    WITH WHAT?

10:32AM 17    A.   YES, I AM.

10:32AM 18    Q.   THAT'S AN ESSENTIALLY A CORRECTIVE ACTION PLAN?

10:32AM 19    A.   IT'S THE FIRST STEP OF A CORRECTIVE ACTION PLAN, AS WE

10:32AM 20    HEARD FROM MR. GUILLORY YESTERDAY.

10:32AM 21    Q.   IT'S PREPARED BY --

10:32AM 22              IF YOU BACK UP THE PAGE, CARL.

10:32AM 23              IT'S PREPARED BY WGI, CORRECT?

10:32AM 24    A.   THAT'S CORRECT.

10:32AM 25    Q.   IF WE GO TO PAGE 04, CARL.

**HOURLY TRANSCRIPT**

10:32AM 1          FIRST OFF, LET ME BACK UP.  THE CORRECTIVE ACTION

10:32AM 2   PLAN, TO WHOM IS THAT SUBMITTED?

10:33AM 3   A.   MY UNDERSTANDING IS ULTIMATELY IT GOES TO LOUISIANA

10:33AM 4   DEPARTMENT OF ENVIRONMENTAL QUALITY.

10:33AM 5   Q.   THEN, HERE, YOU CAN SEE THE SENTENCE THAT STARTS, "THUS,

10:33AM 6   GROUNDWATER WOULD FLOW BOTH WEST TOWARDS THE IHNC AND EAST AWAY

10:33AM 7   FROM THE CANAL.  HOWEVER, THE FLOODWALL TO THE EAST OF THE SITE

10:33AM 8   IS SUPPORTED ON SHEET PILE THAT REACHES A DEPTH OF AT LEAST

10:33AM 9   25 FEET, AND THIS WOULD ESSENTIALLY INTERRUPT THE WATER FLOW IN

10:33AM 10  THE EASTERLY DIRECTION AT LOWER ELEVATIONS TO 25 FEET."

10:33AM 11          DO YOU SEE THAT?

10:33AM 12  A.   YES, I DO.

10:33AM 13  Q.   DID YOU SEE ANY EVIDENCE AS TO WHERE THE 25 FOOT NUMBER

10:33AM 14  CAME FROM?

10:33AM 15  A.   MY RECOLLECTION, IT WAS IN ONE OF THE PREVIOUS DOCUMENTS.

10:34AM 16  I DON'T RECALL OFFHAND.

10:34AM 17  Q.   IS IT YOUR UNDERSTANDING, SIR, THAT THE SHEET PILE REACHED

10:34AM 18  A DEPTH OF LEAST 25 FEET?

10:34AM 19  A.   I HAVE NOT STUDIED THE DETAILS OF THE FLOODWALL.  I DON'T

10:34AM 20  REALLY HAVE AN OPINION ON WHAT THE DEPTH OF THE SHEET PILES IS.

10:34AM 21          MR. GREGORY:  YOUR HONOR, WE'VE BEEN GOING FOR ABOUT

10:34AM 22  AN HOUR AND A HALF.  WOULD THIS BE AN APPROPRIATE TIME FOR A

10:34AM 23  BREAK?

10:34AM 24          THE COURT:  YES, SIR.  MY GENERAL RULE IS IF SOMEONE

10:34AM 25  REALLY WANTS A BREAK, THEY'LL GET IT.  10 MINUTES.

**HOURLY TRANSCRIPT**

10:35AM  1          (WHEREUPON, AT 10:35 A.M., THE COURT TOOK A RECESS.)

10:50AM  2          DEPUTY CLERK:  ALL RISE.  COURT IS IN SESSION.

10:50AM  3  PLEASE BE SEATED.

10:50AM  4          THE COURT:  READY TO PROCEED?

10:50AM  5          MR. GREGORY:  YES, YOUR HONOR.

10:50AM  6                    EXAMINATION

10:50AM  7  BY MR. GREGORY:

10:50AM  8  Q.   DR. SYKORA, WGI DID ASSIGN PERSONNEL TO TASK ORDER 26,

10:50AM  9  CORRECT?

10:50AM 10  A.   YES.

10:50AM 11  Q.   AND THE PEOPLE ASSIGNED BY WGI TO ROLES OF PRIMARY

10:50AM 12  RESPONSIBILITY WERE NOT EITHER TRAINED OR EXPERIENCED AS

10:50AM 13  ENGINEERS, CORRECT?

10:50AM 14  A.   THAT'S MY UNDERSTANDING, CORRECT.

10:50AM 15  Q.   SO MR. ROE, THE PROGRAM MANAGER, HE WASN'T TRAINED OR

10:50AM 16  EXPERIENCED AS AN ENGINEER, CORRECT?

10:50AM 17  A.   CORRECT.

10:51AM 18  Q.   THE SAME THING FOR DENNIS O'CONNER, THE PROJECT MANAGER?

10:51AM 19  A.   CORRECT.

10:51AM 20  Q.   THE THIRD IS PHILLIP STAGGS, THE REMEDIATION CONSTRUCTION

10:51AM 21  MANAGER?

10:51AM 22  A.   CORRECT.

10:51AM 23          MR. GREGORY:  CARL, IF YOU CAN CALL UP JX-1828, THE

10:51AM 24  OCTOBER 2000 PROJECT WORK PLAN.

10:51AM 25                    EXAMINATION

                        **HOURLY TRANSCRIPT**

10:51AM 1   BY MR. GREGORY:

10:51AM 2   Q.   SIR, IS THE PROJECT WORK PLAN PREPARED FOR THE CORPS BY --

10:51AM 3   IF YOU GO TO THE BOTTOM, CARL -- WGI FOR OCTOBER 2000, CORRECT?

10:52AM 4   A.   CORRECT.

10:52AM 5         MR. GREGORY:  AND, CARL, IF YOU COULD TURN TO 010 AND

10:52AM 6   THE LOCATION 1.2 UP ABOVE.

10:52AM 7                          EXAMINATION

10:52AM 8   BY MR. GREGORY:

10:52AM 9   Q.   AND SO THE LOCATION OF THE PROJECT WAS -- OR THE LAND

10:52AM 10  LOCATED BETWEEN FLORIDA AVENUE AND CLAIBORNE AVENUE ALONG THE

10:52AM 11  EAST BANK OF THE IHNC AND A FLOODWALL BETWEEN SUREKOTE ROAD AND

10:52AM 12  JOURDAN AVENUE DELINEATES THE SITE'S EASTERN BOUNDARY, CORRECT?

10:52AM 13  A.   CORRECT.

10:52AM 14        MR. GREGORY:  AND FINALLY, CARL, IF YOU COULD TURN TO

10:52AM 15  PAGE 19 OF THAT DOCUMENT.

10:52AM 16                          EXAMINATION

10:52AM 17  BY MR. GREGORY:

10:52AM 18  Q.   AND IT TALKS ABOUT PROJECT ORGANIZATION, 2.1.  WOULD YOU

10:53AM 19  AGREE WITH ME, SIR, THAT WASHINGTON GROUP WAS RESPONSIBLE FOR

10:53AM 20  IMPLEMENTING THE OVERALL PROJECT?

10:53AM 21  A.   I WOULD AGREE.

10:53AM 22  Q.   AND THEN MMG AS A SUBCONTRACTOR, AS PART OF A MENTOR

10:53AM 23  PROTÉGÉ PROGRAM, WAS GOING TO PROVIDE ENVIRONMENTAL

10:53AM 24  ENGINEERING, ENVIRONMENTAL SAMPLING AND REMEDIATION, WASTE

10:53AM 25  MANAGEMENT AND OVERALL PROJECT SUPPORT?

**HOURLY TRANSCRIPT**

10:53AM 1    A.   CORRECT.  ALTHOUGH AS LISTED, 2.1 SAYS WASHINGTON, MMG AND

10:53AM 2    SUBCONTRACTORS.  BUT THEY -- MMG CERTAINLY WAS UNDER THE

10:53AM 3    AUSPICES OF WASHINGTON GROUP'S CONTRACT.

10:53AM 4    Q.   THEY WERE GOING TO BE -- I THINK AS YOU WERE POINTING OUT,

10:53AM 5    THERE WAS GOING TO BE ADDITIONAL SUBCONTRACTORS BESIDES MMG, TO

10:53AM 6    THE EXTENT THEY ARE A SUBCONTRACTOR?

10:54AM 7    A.   CORRECT.

10:54AM 8    Q.   AND WGI ENTERED INTO SUBCONTRACTS, CORRECT?

10:54AM 9    A.   CORRECT.

10:54AM 10   Q.   AND THE PROCESS FOR DOING THAT WAS, IN ESSENCE, WGI WOULD

10:54AM 11   DEVELOP AN RFP, AND THAT THEY WOULD SUBMIT TO THE VARIOUS

10:54AM 12   PROPOSED OR POTENTIAL SUBCONTRACTORS AND SOLICIT BIDS?

10:54AM 13   A.   FOR THE MAJOR ELEMENTS OF WORK, THAT'S CORRECT.

10:54AM 14   Q.   AND AS OF THE TIME OF YOUR DEPOSITION, YOU KNEW OF NO

10:54AM 15   EVIDENCE WHERE THE CORPS APPROVED ANY OF THESE RFP'S BEFORE

10:54AM 16   THEY WENT OUT, CORRECT?

10:54AM 17   A.   I THINK THAT'S A MISSTATEMENT OF MY TESTIMONY.

10:54AM 18   Q.   BUT THAT'S WHAT YOU TESTIFIED TO IN YOUR DEPOSITION?

10:54AM 19   A.   THAT'S NOT WHAT I RECOLLECT.  MY RECOLLECTION WAS THAT THE

10:54AM 20   CORPS OF ENGINEERS APPROVED SUBCONTRACTS, AT LEAST THE -- SOME

10:54AM 21   ELEMENT OF THE SUBCONTRACTS.

10:54AM 22   Q.   SIR, I WASN'T TALKING ABOUT THE SUBCONTRACT.  I WAS

10:54AM 23   TALKING ABOUT THE RFP.

10:54AM 24        MR. GREGORY:  WHY DON'T WE -- CARL, IF YOU COULD TURN

10:55AM 25   TO PAGE -- GO TO THE DEPOSITION, PAGE 37.  AND IF WE GO TO --

**HOURLY TRANSCRIPT**

10:55AM 1    START AT LINE 12, I THINK IT IS.  AND THEN GO DOWN BELOW, DOWN

10:55AM 2    TO LINE 17.

10:55AM 3                          EXAMINATION

10:55AM 4    BY MR. GREGORY:

10:55AM 5    Q.   CUTTING OFF THE FIRST PART OF THAT:

10:55AM 6              "THE WASHINGTON GROUP WOULD PREPARE THE RFP, AM I

10:55AM 7    CORRECT IN THAT ASSUMPTION, TO THE SUBCONTRACTOR?

10:55AM 8              "ANSWER:  THAT'S CORRECT.

10:55AM 9              "QUESTION:  DOES THE CORPS APPROVE THE RFP?

10:55AM 10             "ANSWER:  THAT, I DON'T KNOW."

10:55AM 11             CORRECT?

10:55AM 12   A.   THAT'S WHAT IT SAYS, YES.

10:56AM 13   Q.   AND THEN IN GOING ON WITH THE PROCESS, WGI WOULD THEN

10:56AM 14   EVALUATE THE BIDS AND MAKE A SELECTION, CORRECT?

10:56AM 15   A.   IN CONJUNCTION WITH THE CORPS.  IT WAS AN APPROVAL PROCESS

10:56AM 16   THAT WAS BOTH BY WASHINGTON GROUP AND THE CORPS OF ENGINEERS.

10:56AM 17   Q.   AND THE SUBCONTRACTORS WOULD BE SUBCONTRACTORS OF WGI,

10:56AM 18   CORRECT?

10:56AM 19   A.   CORRECT.

10:56AM 20   Q.   AND, SIR, THERE WERE DEFINABLE FEATURES OF WORK FOR

10:56AM 21   TASK ORDER 26, CORRECT?

10:56AM 22   A.   CORRECT.

10:56AM 23   Q.   AND ONE OF THESE DEFINABLE FEATURES OF WORK WAS GRID

10:56AM 24   TRENCHING, CORRECT?

10:56AM 25   A.   CORRECT.

**HOURLY TRANSCRIPT**

10:56AM 1    Q.   AND THE CLOSEST GRID TRENCHES YOU SAW TO THE NORTH

10:56AM 2    BREACH -- SAW EVIDENCE OF TO THE NORTH BREACH WERE 50 TO

10:56AM 3    70 FEET, CORRECT?

10:56AM 4    A.   I BELIEVE IN MY REPORT, I SAY 50 TO 60 FEET.

10:56AM 5    Q.   OKAY.  AND THEN THE SOUTH BREACH, THE CLOSEST GRID

10:56AM 6    TRENCHES YOU CAME UP WITH WERE 40 TO 50 FEET, CORRECT?

10:57AM 7    A.   CORRECT.

10:57AM 8         MR. GREGORY:  CARL, IF YOU COULD CALL UP DX-02649.

10:57AM 9                        EXAMINATION

10:57AM 10   BY MR. GREGORY:

10:57AM 11   Q.   SIR, WHAT WE'RE GOING TO GET UP ON THE SCREEN IS THE

10:57AM 12   CORRECTIONS OR THE SUPPLEMENTAL DOCUMENTS YOU DID TO YOUR

10:58AM 13   EXPERT REPORT.

10:58AM 14   A.   OKAY.

10:58AM 15        MR. GREGORY:  DX-02649.  IT APPEARS, YOUR HONOR,

10:59AM 16   THERE IS SOMETHING WRONG WITH THE FILE.

10:59AM 17                        EXAMINATION

10:59AM 18   BY MR. GREGORY:

10:59AM 19   Q.   SIR, YOU TALK IN THE REPORT AT -- ABOUT THE ACM TRANSITE,

10:59AM 20   AND I'M LOOKING AT DX-02649, PAGE 3.  DO YOU SEE, SIR, YOU TALK

10:59AM 21   ABOUT IMPORTED SAND USED TO BACKFILL THE EXCAVATIONS TO REMOVE

11:00AM 22   TRANSITE?

11:00AM 23   A.   WHERE ARE YOU STARTING?  I'M SORRY.

11:00AM 24   Q.   "NATURAL SOILS IN THE BORROW PIT AND IMPORTED SAND WERE

11:00AM 25   USED TO BACKFILL THE EXCAVATIONS TO REMOVE TRANSITE."  DO YOU

**HOURLY TRANSCRIPT**

11:00AM 1   SEE THAT?

11:00AM 2   A.   I DO.

11:00AM 3   Q.   AND THEN YOU REFERENCE TABLE 2 SUMMARIZES THE RIVER SAND

11:00AM 4   IMPORTED TO THE SITE TO BE USED AS BACKFILL, DO YOU SEE THAT?

11:00AM 5   A.   I DO.

11:00AM 6   Q.   AND THEN YOU ALSO TALK ABOUT THE IMPORTED SILTY SAND.  DO

11:00AM 7   YOU SEE THAT?

11:00AM 8   A.   CORRECT.

11:00AM 9   Q.   AND THEN I'M GOING TO DISPLAY AGAIN THROUGH THE ELMO

11:00AM 10  TABLE 2, AND THIS IS IN YOUR CORRECTIONS.  AND YOU WERE USING

11:00AM 11  AN AVERAGE DEPTH OF 5 FEET AT BOLAND, CORRECT?

11:01AM 12  A.   THAT'S CORRECT.

11:01AM 13         THE COURT:  WE DON'T HAVE THAT SPECIFIC DOCUMENT,

11:01AM 14  DX-02649.  WE PROBABLY DO HAVE IT.

11:01AM 15         THE CLERK:  YES, WE HAVE IT.

11:02AM 16                    EXAMINATION

11:02AM 17  BY MR. GREGORY:

11:02AM 18  Q.   SIR, NOW WE'RE GOING TO YOUR SLIDES.

11:02AM 19         MR. GREGORY:  AND, CARL, ARE YOU ABLE TO RETRIEVE THE

11:02AM 20  SLIDES?  START WITH THE FIRST ONE AND GO TO SLIDE 4.

11:02AM 21                    EXAMINATION

11:02AM 22  BY MR. GREGORY:

11:03AM 23  Q.   SIR, HERE WE HAVE YOUR PRIMARY OPINIONS, AND I'D LIKE TO

11:03AM 24  TAKE A MOMENT AND LOOK AT THE SECOND OPINION WHERE YOU TALK

11:03AM 25  ABOUT THE STANDARD OF CARE FOR A GENERAL CONTRACTOR.  DO YOU

11:03AM 1    SEE THAT?

11:03AM 2    A.   I DO.

11:03AM 3    Q.   AND YOU STATE THERE THAT IT'S TO ADHERE TO THE

11:03AM 4    OWNER-APPROVED PLANS AND SPECIFICATIONS, CORRECT?

11:03AM 5    A.   YES.

11:03AM 6    Q.   AND IS IT YOUR OPINION, SIR, THAT THE GENERAL CONTRACTOR

11:03AM 7    SHOULDN'T USE ITS OWN INDEPENDENT JUDGMENT?  IT SHOULD JUST

11:03AM 8    FOLLOW THE OWNER-APPROVED PLANS AND SPECIFICATIONS?

11:04AM 9    A.   OVERALL, YES.  IF THEY SEE SOMETHING THAT'S GLARING THAT

11:04AM 10   THEY FEEL -- IF THEY SEE SOMETHING GLARING THAT THEY FEEL IS

11:04AM 11   NOT IN CONFORMANCE WITH GENERAL APPROVED PRACTICES, THEN I

11:04AM 12   WOULD EXPECT THEM TO MAKE NOTE OF THAT.

11:04AM 13   Q.   AND THE CORPS, SIR, IN YOUR OPINION 2, THEY ARE ALSO HELD

11:04AM 14   TO A STANDARD OF CARE, CORRECT?

11:04AM 15   A.   YES, WE HEARD ABOUT THAT YESTERDAY.

11:04AM 16   Q.   AND IN YOUR OPINION, SIR, THEY WOULD BE HELD TO THE

11:04AM 17   STANDARD OF CARE OF A GEOTECHNICAL ENGINEERING FIRM, CORRECT?

11:04AM 18   A.   THEY ARE HELD TO THE STANDARD OF THE CORPS OF ENGINEERS.

11:04AM 19   THE REASON THE GEOTECHNICAL ENGINEERING FIRM IS SPECIFICALLY

11:04AM 20   NOTED IN ITEM NUMBER 1 IS THAT IN THE EXPERT REPORT BY

11:04AM 21   PROFESSOR ROGERS AND PROFESSOR BEA, THEY KEPT ALLUDING TO THE

11:04AM 22   FACT THAT WGI WAS HIRED AS GEOTECHNICAL ENGINEERING FIRM, AND I

11:04AM 23   TOTALLY DISAGREE WITH THAT.

11:04AM 24   Q.   OKAY.  WELL, SIR, MY QUESTION IS, IF WGI ISN'T BEING HELD

11:04AM 25   TO A GEOTECHNICAL ENGINEERING FIRM STANDARD OF CARE, ISN'T THE

**HOURLY TRANSCRIPT**

11:05AM 1   CORPS?

11:05AM 2   A.   THE CORPS IS BEING HELD TO THE STANDARD OF CORPS OF

11:05AM 3   ENGINEERS WITH THE CAPABILITIES OF GEOTECHNICAL ENGINEERING.

11:05AM 4   NOT A GEOTECHNICAL ENGINEERING FIRM, PER SE.

11:05AM 5   Q.   BUT IT WOULD BE HELD -- PART OF THE STANDARD OF CARE WOULD

11:05AM 6   BE AS THE GEOTECHNICAL ENGINEER FOR TASK ORDER 26?

11:05AM 7           MR. WOODCOCK:   I'M GOING TO OBJECT TO THE LINE OF

11:05AM 8   QUESTIONING.   WE HEARD FROM DR. LUCIA ABOUT THE CORPS' STANDARD

11:05AM 9   OF CARE YESTERDAY, AND I DON'T BELIEVE THAT DR. SYKORA HAS

11:05AM 10  OFFERED ANY OPINIONS IN HIS REPORT ABOUT WHAT STANDARD OF CARE

11:05AM 11  THE CORPS SHOULD BE HELD TO.

11:05AM 12          THE COURT:   THAT IS TRUE.   HOWEVER, ON THIS

11:05AM 13  CROSS-EXAMINATION, I'LL ALLOW IT VERY LIMITED.

11:05AM 14          THE WITNESS:   I'M SORRY, I DON'T REMEMBER THE

11:05AM 15  QUESTION.

11:05AM 16                          EXAMINATION

11:05AM 17  BY MR. GREGORY:

11:05AM 18  Q.   SURE.   THE CORPS WOULD BE HELD -- ALONG WITH PERHAPS OTHER

11:05AM 19  STANDARDS OF CARE, THE CORPS WOULD BE HELD TO THE STANDARD OF

11:05AM 20  CARE OF PERFORMING THE GEOTECHNICAL WORK ON THE SITE, ACCORDING

11:06AM 21  TO YOUR OPINION?

11:06AM 22  A.   GEOTECHNICAL WORK, YES.

11:06AM 23  Q.   SIR, ARE YOU FAMILIAR AT ALL WITH SOMETHING CALLED THE

11:06AM 24  OBSERVATIONAL METHOD?

11:06AM 25  A.   I AM.

**HOURLY TRANSCRIPT**

11:06AM 1  Q.   WHAT GENERALLY IS YOUR UNDERSTANDING OF THE OBSERVATIONAL

11:06AM 2  METHOD?

11:06AM 3  A.   THE OBSERVATIONAL METHOD IN GENERAL MEANS THAT WE LEARN

11:06AM 4  THROUGH EMPIRICAL EVIDENCE.  WE LEARN FROM THE PERFORMANCE OF

11:06AM 5  SYSTEMS IN THE PAST AND BASED ON OUR OBSERVATIONS AND

11:06AM 6  MEASUREMENTS OF THE PERFORMANCE OF THOSE SYSTEMS, THAT HELPS US

11:06AM 7  TO REFINE OUR DESIGNS AND MAKE FUTURE DESIGNS BETTER.

11:06AM 8  Q.   AND, SIR, YOU ALSO UNDERSTAND THAT THE WGI, WHATEVER

11:06AM 9  STANDARD IT'S HELD TO, ONE OF THE STANDARDS IS THAT IT'S

11:06AM 10 SUPPOSED TO DO NO HARM, CORRECT?

11:06AM 11 A.   GENERALLY THAT'S CORRECT.

11:06AM 12 Q.   THAT'S PART OF THE ENGINEERING STANDARD OF CARE WHETHER

11:06AM 13 YOU'RE A GENERAL CONTRACTOR OR A GEOTECHNICAL ENGINEER,

11:06AM 14 CORRECT?

11:07AM 15 A.   I TOTALLY DISAGREE WITH THAT QUESTION BECAUSE WGI WAS NOT

11:07AM 16 AN ENGINEERING CONTRACTOR AND THEY AREN'T HELD TO THE STANDARD

11:07AM 17 OF AN ENGINEERING FIRM OR APPLIED ANY CODE OF ETHICS OF

11:07AM 18 ENGINEERING.

11:07AM 19 Q.   SO IN YOUR OPINION, SIR, WGI IS NOT BEING HELD HERE TO AN

11:07AM 20 ENGINEERING STANDARD OF CARE, CORRECT?

11:07AM 21 A.   CORRECT.

11:07AM 22 Q.   JUST A GENERAL CONTRACTOR STANDARD OF CARE?

11:07AM 23 A.   THAT'S CORRECT.

11:07AM 24 Q.   AND IN YOUR MIND, SIR, THE -- IS IT ONLY THE CORPS THAT'S

11:07AM 25 HELD TO THE ENGINEERING STANDARD OF CARE?

**HOURLY TRANSCRIPT**

11:07AM 1    A.   AS IT RELATES TO THE STABILITY OF THE LEVEE AND FLOODWALL,

11:07AM 2    YES.

11:07AM 3    Q.   NOW, WHAT ABOUT THE SUBCONTRACTORS LIKE WE SAW MMG, THEY

11:07AM 4    ARE DOING ENGINEERING WORK, AND THEY'RE SUBCONTRACTORS TO WGI,

11:07AM 5    CORRECT?

11:07AM 6    A.   THAT'S CORRECT.

11:07AM 7    Q.   SO IN YOUR OPINION, SIR, DOES -- IS MMG HELD TO AN

11:07AM 8    ENGINEERING STANDARD OF CARE?

11:07AM 9    A.   AS IT RELATES TO ENVIRONMENTAL ENGINEERING, BUT THESE

11:07AM 10   OPINIONS RELATE TO GEOTECHNICAL ENGINEERING, SIR.

11:08AM 11          MR. GREGORY:  CARL, IF YOU COULD NEXT GO TO SLIDE 13.

11:08AM 12   AND, SIR, YOU STATE HERE, WGI WAS NOT EXPECTED TO PROVIDE

11:08AM 13   GEOTECHNICAL ENGINEERING SERVICES UNLESS THOSE ROLES AND

11:08AM 14   RESPONSIBILITIES WERE SPECIFICALLY IDENTIFIED IN A WRITTEN

11:08AM 15   DOCUMENT THAT WAS APPROVED AND AUTHORIZED BY THE CORPS,

11:08AM 16   CORRECT?

11:08AM 17   A.   YES.

11:08AM 18   Q.   AND THE RECOMMENDATION REPORT, SIR, THAT WAS APPROVED BY

11:08AM 19   THE CORPS, CORRECT?

11:09AM 20   A.   BUT THOSE WERE RECOMMENDATIONS; THOSE WEREN'T WORK PLANS.

11:09AM 21   Q.   WELL, THE WORK PLANS SPECIFICALLY INCORPORATE THE

11:09AM 22   RECOMMENDATIONS REPORT, CORRECT?

11:09AM 23   A.   THE WORK PLANS WERE DEVELOPED AFTER THE RECOMMENDATIONS

11:09AM 24   REPORT, AND THE WORK PLANS SPEAK FOR THEMSELVES.  THE WORK

11:09AM 25   PLANS IDENTIFY SPECIFIC AREAS OF RESPONSIBILITY AND WORK;

**HOURLY TRANSCRIPT**

11:09AM 1    WHEREAS, THE RECOMMENDATION REPORT WAS MUCH BROADER AND WAS

11:09AM 2    BASED ON A REVIEW OF THE AVAILABLE DOCUMENTS PROVIDED BY WGI

11:09AM 3    WITH THE BEST UNDERSTANDING OF THE SITE CONDITIONS AT THE TIME.

11:09AM 4    Q.   WELL, SIR, RATHER THAN PULL IT UP ON THE SCREEN, I'M GOING

11:09AM 5    TO READ TO YOU THE LANGUAGE WE HAD FROM JX-52 AT PAGE 6.

11:09AM 6    A.   COULD I HAVE A COPY, PLEASE?

11:09AM 7    Q.   SURE.   WHY DON'T I JUST PUT IT UP.

11:09AM 8         MR. GREGORY:   CARL, COULD YOU SHIFT TO JX-52 AT 6.

11:09AM 9    AND -- RIGHT THERE, CARL.

11:09AM 10                        EXAMINATION

11:09AM 11   BY MR. GREGORY:

11:10AM 12   Q.   THE CONTRACTOR SHALL DEVELOP, PREPARE AND SUBMIT DRAFT AND

11:10AM 13   FINAL VERSIONS OF THE FOLLOWING MINIMUM WORK PLANS FOR REVIEW

11:10AM 14   AND APPROVAL, ALL DEVELOPED IN ACCORDANCE WITH THE 19 JANUARY

11:10AM 15   CORPS-APPROVED RECOMMENDATION REPORT.

11:10AM 16        DID I PARAPHRASE THAT, SIR?

11:10AM 17   A.   YES, YOU DID.

11:10AM 18   Q.   SO THE RECOMMENDATION -- THE WORK PLAN WAS SUPPOSED TO BE

11:10AM 19   DONE IN ACCORDANCE WITH THE APPROVED RECOMMENDATION REPORT,

11:10AM 20   CORRECT?

11:10AM 21   A.   THAT'S CORRECT.

11:10AM 22        MR. GREGORY:   CARL, NEXT SLIDE, 16.

11:10AM 23                        EXAMINATION

11:10AM 24   BY MR. GREGORY:

11:10AM 25   Q.   AND YOU HAVE HERE, SIR, THE -- YOU TALK ABOUT THE

**HOURLY TRANSCRIPT**

11:10AM  1    GEOTECHNICAL ENGINEERING SERVICES WERE NOT INCLUDED IN THE FOUR

11:10AM  2    CORPS-ISSUED STATEMENTS OF WORK.  DO YOU SEE THAT STATEMENT,

11:11AM  3    SIR?

11:11AM  4    A.   I DO.

11:11AM  5    Q.   AND THE SAME LANGUAGE I JUST READ.  LET'S CALL UP ONE OF

11:11AM  6    THE ONES YOU CITE.

11:11AM  7            MR. GREGORY:  LET'S GO TO JX-11235, THE MAY 15, 2000

11:11AM  8    STATEMENT OF WORK.  IF WE COULD TURN TO THE NEXT PAGE, CARL,

11:11AM  9    UNDER "WORK PLANS."

11:11AM  10                        EXAMINATION

11:11AM  11   BY MR. GREGORY:

11:11AM  12   Q.   THE SAME LANGUAGE WE JUST READ, SIR, APPEARS IN THIS

11:11AM  13   STATEMENT OF WORK, CORRECT?

11:11AM  14   A.   IT APPEARS TO BE.

11:11AM  15   Q.   SIR, I WOULD LIKE TO NEXT GO TO SLIDE 20.  AND YOU START

11:11AM  16   HERE, AND YOU CITE VARIOUS PORTIONS OF INDIVIDUALS' DEPOSITION

11:12AM  17   TESTIMONY, CORRECT?

11:12AM  18   A.   CORRECT.

11:12AM  19   Q.   AND IF THE COURT FINDS THAT THE DEPOSITION TESTIMONY DOES

11:12AM  20   NOT SUPPORT YOUR OPINION, WOULD YOU IN ANY WAY BE ALTERING YOUR

11:12AM  21   OPINION?

11:12AM  22   A.   NO, SIR.

11:12AM  23   Q.   SIR, I WOULD NEXT LIKE TO DIRECT YOUR ATTENTION TO SLIDE

11:12AM  24   23.  IF YOU REMEMBER, SIR, THIS IS THE SLIDE THAT SAYS THAT

11:12AM  25   VARIOUS DOCUMENTS WEREN'T PROVIDED TO WGI BY THE CORPS.

**HOURLY TRANSCRIPT**

11:12AM  1   CORRECT?

11:12AM  2   A.    CORRECT.

11:12AM  3   Q.    AND FOR EXAMPLE, YOU CITE VOLUMES 1, 3 AND 4 OF THE '97

11:12AM  4   EVALUATION REPORT, CORRECT?

11:12AM  5   A.    CORRECT.

11:12AM  6   Q.    BUT THE EVALUATION REPORT IS NINE VOLUMES, CORRECT?

11:12AM  7   A.    IT IS.

11:12AM  8   Q.    AND WGI GOT SIX OF THE VOLUMES, CORRECT?

11:12AM  9   A.    INCORRECT.

11:12AM 10   Q.    WELL, IT GOT AT LEAST ONE OF THE VOLUMES, RIGHT?

11:13AM 11   A.    YES.

11:13AM 12   Q.    AND IT SAYS ON THERE, IT'S VOLUME 5?

11:13AM 13   A.    CORRECT.

11:13AM 14   Q.    IF WGI WANTED THE OTHER VOLUMES, IT COULD HAVE ASKED FOR

11:13AM 15   THEM, CORRECT?

11:13AM 16   A.    IF IT NEEDED THEM, THEY PROBABLY WOULD HAVE ASKED FOR

11:13AM 17   THEM.

11:13AM 18   Q.    SLIDE 26, THIS IS THE E-MAIL THAT WAS RECEIVED BEFORE THE

11:13AM 19   STATEMENT OF WORK.  DO YOU REMEMBER THAT, SIR?

11:13AM 20   A.    NO, THAT'S NOT THE STATEMENT OF WORK.  IT WAS RECEIVED

11:13AM 21   BEFORE THE PROJECT WORK PLAN.

11:13AM 22   Q.    BEFORE THE PROJECT WORK PLAN.

11:13AM 23        IS IT THE PROJECT WORK PLAN THAT THEN TRIGGERS WHAT

11:13AM 24   I'M GOING TO CALL BOOTS ON THE GROUND; THEY START DOING THE

11:13AM 25   ACTUAL WORK?

**HOURLY TRANSCRIPT**

11:13AM  1    A.   WELL, THERE WERE EIGHT WORK PLANS, SIR.  THE PROJECT WORK

11:14AM  2    PLAN WAS ONE OF THOSE EIGHT.

11:14AM  3    Q.   THE PROJECT STARTS AFTER THE PROJECT WORK PLAN IS

11:14AM  4    APPROVED; CORRECT?

11:14AM  5    A.   THAT'S NOT ENTIRELY CORRECT.

11:14AM  6    Q.   SO THEY WERE WORKING AT THE SITE BEFORE THE PROJECT WORK

11:14AM  7    PLAN --

11:14AM  8    A.   WELL, THAT'S NOT TRUE EITHER.  YOUR QUESTIONS ARE NOT VERY

11:14AM  9    SPECIFIC.

11:14AM  10   Q.   THAT'S FINE.  THAT'S FINE.

11:14AM  11        WERE THEY WORKING AT THE SITE BEFORE THE PROJECT WORK

11:14AM  12   PLAN?

11:14AM  13   A.   NO.

11:14AM  14   Q.   SIR, I WOULD NEXT LIKE TO DIRECT YOUR ATTENTION TO

11:14AM  15   SLIDE 34.  YOU TALK HERE ABOUT THE HAMP'S WORK PLAN, CORRECT,

11:15AM  16   SIR?

11:15AM  17   A.   THAT'S CORRECT.

11:15AM  18   Q.   CARL, IF WE COULD CALL UP JX-1261.

11:15AM  19        THAT'S THE APPROVAL PAGE OF THE WORK PLAN, CORRECT?

11:15AM  20   A.   LET ME REVIEW THIS.

11:15AM  21        WELL, THIS IS DATED APRIL 2001.  THAT DATE IS KIND OF

11:15AM  22   THROWING ME OFF.  THE DEMOLITION WORK PLAN SUBMITTED BY HAMP'S.

11:15AM  23   I'M NOT SURE, SIR, WITHOUT SEEING THE ENTIRE DOCUMENT, WHETHER

11:15AM  24   THIS INCLUDES THE WORK PLAN.

11:15AM  25        MY PRESENTATION ACTUALLY SHOWED THE REVIEW SHEET FOR

**HOURLY TRANSCRIPT**

11:15AM 1   THE DOCUMENT THAT I WAS SPEAKING TO.  I DON'T KNOW IF THIS IS

11:16AM 2   THE SAME DOCUMENT.

11:16AM 3   Q.  SIR, IN THE --

11:16AM 4         LET'S TURN, CARL, TO PAGE 23.

11:16AM 5         YOU SEE THE APPROVAL BY MR. GUILLORY DOWN THERE,

11:16AM 6   CORRECT?

11:16AM 7   A.  CAN YOU ZOOM IN, PLEASE?

11:16AM 8   Q.  SURE.

11:16AM 9   A.  YES, I DO.

11:16AM 10  Q.  CARL, IF WE COULD GO TO PAGE 24.

11:16AM 11  A.  CAN I MAYBE SEE PAGE 2, SO I KNOW WHAT THIS DOCUMENT IS,

11:16AM 12  PLEASE.

11:16AM 13        MS. WAGER-ZITO:  YOUR HONOR, I THINK THE WITNESS

11:16AM 14  WOULD LIKE TO SEE THE ENTIRE DOCUMENT, AND I THINK IT'S

11:16AM 15  POSSIBLE.  WE'VE GOT NUMEROUS COPIES HERE TO HAND HIM THE WHOLE

11:16AM 16  DOCUMENT.

11:16AM 17        THE COURT:  ALL RIGHT.  YOU CAN CERTAINLY PROVIDE

11:16AM 18  THAT TO HIM.

11:16AM 19        MS. WAGER-ZITO:  YOU CAN BORROW MY COPY.

11:17AM 20        THE COURT:  THANK YOU.

11:17AM 21        YOU CAN APPROACH, SIR, AND HAND THAT TO THE

11:17AM 22  WITNESS.

11:17AM 23        MR. GREGORY:  THANK YOU, YOUR HONOR.

11:17AM 24        THE WITNESS:  THANK YOU.

11:17AM 25        OKAY, I'M FAMILIAR NOW.

**HOURLY TRANSCRIPT**

EXAMINATION

BY MR. GREGORY:

Q.   SIR, AGAIN, FOR CONTEXT, LET'S JUST GO BACK BECAUSE --

PAGE 3, CARL.

THIS IS A -- ESSENTIALLY, IT STARTS A LETTER FROM HAMP'S -- I'M SORRY, WGI TO HAMP'S WITH A CHANGE, AND THEN THEY DO THIS ADDENDUM BASED ON THE CHANGE, CORRECT?

A.   THAT'S CORRECT, IN GENERAL.

Q.   THEN IF WE COULD GO BACK, CARL, TO 24.

THIS PART RIGHT IN HERE, THIS IS FOR SEWER LINES AND MANHOLES, THAT'S THE TOPIC, CORRECT?

A.   YES.

Q.   THEN, "THE EXCAVATED TRENCH WILL BE INSPECTED THEN IMMEDIATELY BACKFILLED WITH TRENCH SPOILS USING A CAT D5 LGP DOZER.  NO COMPACTION EFFORT WILL BE REQUIRED OTHER THAN WHAT THE TRACKS OF THE DOZER WILL ACHIEVE."

IN YOUR OPINION, SIR, IS THAT CORRECT AN ADEQUATE COMPACTION METHOD?

A.   FOR SHALLOW SEWER LINES, IT IS.

Q.   HOW SHALLOW WAS THIS SEWER LINE?

A.   THIS PARTICULAR SEWER LINE, AS IT TURNED OUT, WENT AS DEEP AS APPROXIMATELY 12 TO 15 FEET.  WITHIN THE LIMITS OF THE SOUTHERN BREACH, MY BEST ESTIMATE, IT WAS PROBABLY ON THE ORDER OF 8 TO 10 FEET.

Q.   THEN, THERE WAS NO POST-COMPACTION TESTING AT THIS

**HOURLY TRANSCRIPT**

11:19AM 1    LOCATION, CORRECT, SIR?

11:19AM 2    A.   THAT'S CORRECT.

11:19AM 3    Q.   SIR, NEXT, LET'S TURN TO YOUR SLIDE 39.  HERE, YOU TALK

11:19AM 4    ABOUT GRID TRENCHES.  YOU SAY, "PER THE SPECIFICATIONS APPROVED

11:20AM 5    BY THE CORPS."  DO YOU SEE THAT?

11:20AM 6    A.   YES.

11:20AM 7    Q.   YOU CITE JX-1266, CORRECT?

11:20AM 8    A.   CORRECT.

11:20AM 9    Q.   CARL, COULD YOU CALL UP JX-1266.

11:20AM 10           THIS IS A CONSTRUCTION AGREEMENT BETWEEN WASHINGTON

11:20AM 11   GROUP INTERNATIONAL AND MCDONALD CONSTRUCTION, CORRECT?

11:20AM 12   A.   THAT'S CORRECT.

11:20AM 13   Q.   THE CORPS IS NOT A PARTY TO THIS CONSTRUCTION AGREEMENT,

11:20AM 14   AS FAR AS YOU CAN SEE, CORRECT?

11:20AM 15   A.   THEY REVIEWED THIS SUBCONTRACT, AS I UNDERSTAND IT.

11:20AM 16   Q.   BUT THAT'S NOT APPARENT FROM THE EXHIBIT THAT'S BEING

11:20AM 17   DISPLAYED, CORRECT?

11:20AM 18   A.   NO, BECAUSE IT'S THE FINAL CONTRACT.

11:20AM 19   Q.   YOU SAY YOU UNDERSTAND THEY APPROVED.  DID YOU SEE THEIR

11:20AM 20   APPROVAL?

11:20AM 21   A.   I SAW THEIR MARK-UPS.  IN FACT, ONE OF THE DOCUMENTS

11:20AM 22   SHOWED TO MR. GUILLORY IN HIS TESTIMONY INDICATED HIS SPECIFIC

11:21AM 23   MARK-UPS ON A DRAFT SUBCONTRACT.

11:21AM 24           SO I AM AWARE OF SPECIFIC INSTANCES.  IN GENERAL, MY

11:21AM 25   UNDERSTANDING IS THAT THE CORPS REVIEWED SUBCONTRACTS BEFORE

**HOURLY TRANSCRIPT**

11:21AM 1   THEY WERE FINALIZED WITH SUBCONTRACTORS.

11:21AM 2   Q.   CARL, IF YOU COULD GO TO -- IT WOULD BE PAGE 23 OF THIS, I

11:21AM 3   BELIEVE, THE SCOPE OF WORK.  24 IS THE SCOPE OF WORK --

11:22AM 4   JX-01266 AT 21.

11:22AM 5           THIS IS EXHIBIT B, THE SCOPE OF WORK, CORRECT, SIR?

11:23AM 6   A.   YES, IT IS.

11:23AM 7   Q.   THEN IF WE LOOK -- AGAIN, THANK YOU, ERIC -- UNDER THE

11:23AM 8   PARAGRAPH THAT STARTS, "GEOPHYSICAL SURVEYS," IF YOU COULD YOU

11:23AM 9   HIGHLIGHT THAT PARAGRAPH.

11:23AM 10          "THE WORK SHALL INCLUDE EXCAVATION AND REMOVAL OF

11:23AM 11  OBJECTS LOCATED BY GEOPHYSICAL SURVEYS AND GRID TRENCHING AS

11:23AM 12  DIRECTED BY WGI," CORRECT?

11:23AM 13  A.   THAT'S CORRECT.

11:23AM 14  Q.   SO WGI WAS GOING TO DIRECT THE WORK OF EXCAVATION AND

11:23AM 15  REMOVAL, CORRECT?

11:23AM 16  A.   THAT'S CORRECT.

11:23AM 17  Q.   THEN, IF WE CAN GO TO WHAT IS PAGE 30 OF THE DOCUMENT.

11:23AM 18          THEN, AT THE TOP, IT TALKS ABOUT SPECIFIC WORK

11:24AM 19  REQUIREMENTS.  IT SAYS --

11:24AM 20          I'M SORRY, THEN GO DOWN TO 4.1, ERIC, THE NEXT

11:24AM 21  PARAGRAPH, RIGHT THERE.

11:24AM 22  A.   I DIDN'T HAVE A CHANCE TO READ THAT, SIR, IF YOU INTENDED

11:24AM 23  ME TO READ IT.

11:24AM 24  Q.   SURE.

11:24AM 25  A.   OKAY.  THANK YOU.

**HOURLY TRANSCRIPT**

11:24AM  1    Q.   SURE.

11:24AM  2         THEN THE NEXT PARAGRAPH, 4.1, THE SUBCONTRACTOR --

11:24AM  3    TALKS ABOUT THE SUBCONTRACTOR EQUIPMENT AND THAT THE

11:24AM  4    SUBCONTRACTOR IS RESPONSIBLE FOR LAYOUT OF THE TRENCH ON

11:24AM  5    25-FOOT CENTERS AS DIRECTED BY WGI, CORRECT?

11:24AM  6    A.   THAT'S CORRECT.

11:24AM  7    Q.   THEN, IF WE GO DOWN TO 4.3, THIS PARAGRAPH, ERIC.  THANK

11:25AM  8    YOU.  I'M SORRY, THE ONE RIGHT BELOW THAT, "BACKFILL SHALL BE."

11:25AM  9         THERE WAS GOING TO BE NO COMPACTION TESTING REQUIRED,

11:25AM 10    CORRECT?

11:25AM 11    A.   THAT IS CORRECT.

11:25AM 12    Q.   THANK YOU, ERIC.

11:25AM 13         WE'RE GOING BACK TO THE SLIDES NOW, CARL.

11:25AM 14         WHAT I WOULD LIKE TO DIRECT YOUR ATTENTION TO, SIR,

11:25AM 15    IS THE SLIDE 59.  THERE, SIR, YOU HAVE WHAT YOU CHARACTERIZE AS

11:26AM 16    PROFESSOR ROGERS' TESTIMONY, CORRECT?

11:26AM 17    A.   THAT IS CORRECT.

11:26AM 18    Q.   AND ONE, FOR EXAMPLE, YOU HAVE HERE IS -- STARTS AT 18 AND

11:26AM 19    25.  YOU SAY, "MOST OF THE EXCAVATIONS IN THE EBIA WERE AT

11:26AM 20    LEAST TRACK WALKED WITH A DOZER OR TAMPED WITH THE BUCKET OF AN

11:26AM 21    EXCAVATOR."

11:26AM 22         I WOULD LIKE TO READ FOR YOU, SIR, FROM PAGE 721,

11:26AM 23    LINE 18 THROUGH LINE 25.

11:26AM 24         LINE 18, "QUESTION:  AND MOST OF THE EXCAVATIONS IN

11:26AM 25    THE EBIA WERE AT LEAST TRACK WALKED WITH A DOZER OR TAMPED WITH

**HOURLY TRANSCRIPT**

11:27AM 1    THE BUCKET OF AN EXCAVATOR, RIGHT?

11:27AM 2        "ANSWER:  THAT'S THE REPRESENTATION THAT'S BEEN MADE

11:27AM 3    TO ME, YES, COUNSELOR."

11:27AM 4        THEN YOU GO ON: "QUESTION:  WELL, THAT'S THE

11:27AM 5    REPRESENTATION MADE TO YOU.  DO YOU DENY THAT'S WHAT HAPPENED?

11:27AM 6        "ANSWER:  NO.  THAT'S WHAT I SEE IN PICTURES.  I

11:27AM 7    DON'T KNOW" -- AND THEN IT GOES ON TO THE TOP OF THE NEXT

11:27AM 8    PAGE -- "I SEE THE BUCKET TAMPING, BUT I SEE THE TRACK

11:27AM 9    WALKING."

11:27AM 10       CORRECT?

11:27AM 11   A.   I DON'T HAVE A COPY TO READ.  I'M TRUSTING THAT YOU'RE

11:27AM 12   READING IT PROPERLY.

11:27AM 13   Q.   THEN YOU ALSO STATE, CITING PAGE 722 AT LINE 19, YOU HAVE,

11:27AM 14   "THIS WOULD INDICATE AT LEAST SOME COMPACTION IS TAKING PLACE,

11:27AM 15   MAKING THE SOIL DENSER."

11:27AM 16       AND THE QUESTION AT LINE 19 IS:  "OKAY, SO THIS WOULD

11:27AM 17   INDICATE AT LEAST SOME COMPACTION IS TAKING PLACE MAKING THE

11:28AM 18   SOIL DENSER, CORRECT?

11:28AM 19       "ANSWER:  YES, IT'S JUST OF AN UNKNOWN QUANTITY,

11:28AM 20   UNKNOWN EFFORT."

11:28AM 21       CORRECT?  THAT'S WHAT DR. --

11:28AM 22   A.   SIR, I DON'T HAVE A COPY TO VERIFY WHAT YOU'RE READING.

11:28AM 23       THE COURT:  WHY DON'T YOU JUST ASK, ASSUMING THAT'S

11:28AM 24   WHAT, THEN DO YOU HAVE A QUESTION TO FOLLOW UP WITH THAT, OTHER

11:28AM 25   THAN READING --

**HOURLY TRANSCRIPT**

11:28AM  1                          EXAMINATION

11:28AM  2    BY MR. GREGORY:

11:28AM  3    Q.   SIR, I WANT YOU TO ASSUME THAT I CORRECTLY READ PROFESSOR

11:28AM  4    ROGERS' TESTIMONY.

11:28AM  5    A.   OKAY.

11:28AM  6    Q.   IF THE STATEMENT ABOUT MOST OF THE EXCAVATIONS WAS MADE

11:28AM  7    BASED ON REPRESENTATIONS THAT WERE MADE TO HIM, THAT'S

11:28AM  8    DIFFERENT THAN IT APPEARS IN YOUR SLIDE, CORRECT?

11:28AM  9    A.   NO.  I MEAN --

11:28AM 10          MS. WAGER-ZITO:  OBJECTION, MISCHARACTERIZATION OF

11:28AM 11    THE TESTIMONY, YOUR HONOR.

11:28AM 12          THE COURT:  EXCUSE ME.  I'M SORRY, MA'AM.

11:28AM 13          MS. WAGER-ZITO:  I OBJECT TO THE CHARACTERIZATION OF

11:28AM 14    THE TESTIMONY BY COUNSEL.  THE TESTIMONY IS WHAT IT IS, AND

11:28AM 15    DR. SYKORA READ IT THE WAY HE READ IT.  I DON'T BELIEVE IT

11:29AM 16    SHOULD BE CHARACTERIZED BY COUNSEL.

11:29AM 17          THE COURT:  YOUR OBJECTION IS OVERRULED.

11:29AM 18          THE WITNESS:  I BELIEVE -- AND I WAS HERE DURING THAT

11:29AM 19    TESTIMONY, AS WELL -- I BELIEVE THAT THIS IS A REASONABLE

11:29AM 20    REPRESENTATION.  IF HE SAYS THAT THAT'S WHAT'S BEEN REPRESENTED

11:29AM 21    TO HIM, AND HE HAS NO REASON TO BELIEVE THAT THAT

11:29AM 22    REPRESENTATION IS NOT TRUE, THEN I BELIEVE THAT'S A REASONABLE

11:29AM 23    CHARACTERIZATION, AND I'LL LEAVE IT TO THE COURT TO DECIDE.

11:29AM 24                          EXAMINATION

11:29AM 25    BY MR. GREGORY:

                          **HOURLY TRANSCRIPT**

11:29AM 1    Q.   SO HE DIDN'T AFFIRM THE REPRESENTATION, AS YOU RECALL IT;

11:29AM 2    HE JUST DIDN'T KNOW ONE WAY -- WHETHER IT WAS TRUE, CORRECT?

11:29AM 3    A.   HE HAD NO BASIS TO BELIEVE THAT THAT WAS NOT A TRUE

11:29AM 4    STATEMENT.

11:29AM 5         THE COURT:   OKAY.   THIS HORSE NEEDS TO NOT BE BEATEN

11:29AM 6    ANY MORE.

11:29AM 7         MR. GREGORY:   THANK YOU, YOUR HONOR.

11:29AM 8                        EXAMINATION

11:29AM 9    BY MR. GREGORY:

11:29AM 10   Q.   FINALLY, SIR, I WOULD LIKE TO SHOW YOU SLIDE 68.

11:29AM 11        THAT'S A SLIDE HERE OF BACKFILLING IN AREA 8,

11:29AM 12   CORRECT?

11:30AM 13   A.   THAT'S CORRECT.

11:30AM 14   Q.   HAVE YOU REVIEWED ANY DOCUMENTS OR QAR'S CONCERNING THE

11:30AM 15   BACKFILLING OF THE AREA EAST OF AREA 8?

11:30AM 16   A.   SIR, I'VE REVIEWED ALL THE QAR'S AND ALL THE CONSTRUCTION

11:30AM 17   PHOTOGRAPHS FOR THIS PROJECT.

11:30AM 18   Q.   WE KNOW THAT THE LOCATION EAST OF AREA 8 IS THE CLOSEST

11:30AM 19   EXCAVATION TO THE FLOODWALL AT BOLAND MARINE, CORRECT?

11:30AM 20   A.   THAT'S NOT TRUE.

11:30AM 21   Q.   IT'S NOT?   THE AREA EAST OF AREA 8?

11:30AM 22   A.   WELL, WE HAVE GRID TRENCHING THAT MAY HAVE BEEN CLOSER

11:30AM 23   THAN THE ACM EXCAVATIONS.

11:30AM 24   Q.   LET'S CALL UP SOME QAR'S THEN.

11:30AM 25        THE COURT:   BEFORE WE DO THAT, YOU'RE ABOUT

**HOURLY TRANSCRIPT**

11:30AM 1   EXCAVATIONS.  THE GRID TRENCHING WOULD HAVE BEEN WHERE, SIR,

11:31AM 2   THAT YOU'RE TALKING ABOUT?

11:31AM 3          THE WITNESS:  THE GRID TRENCHING AT BOLAND WAS

11:31AM 4   PERPENDICULAR TO SUREKOTE ROAD.

11:31AM 5          THE COURT:  YES, SIR.

11:31AM 6          THE WITNESS:  THE CLOSEST DISTANCE WAS ABOUT 50 FEET

11:31AM 7   OR SO FROM THE FLOODWALL.

11:31AM 8          THE COURT:  YES, SIR.

11:31AM 9          THE WITNESS:  THE ACM EXCAVATIONS, SOME OF THEM WENT

11:31AM 10  ALL THE WAY UP TO SUREKOTE ROAD, WHICH WOULD BE ABOUT 40 FEET,

11:31AM 11  BUT THOSE WERE ONLY TWO FEET THICK.

11:31AM 12         BUT OTHER AREAS EAST OF AREA 8 THAT HE'S

11:31AM 13  REFERRING TO, BECAUSE OF THAT FENCE, THAT CONSTRUCTION FENCE ON

11:31AM 14  THE EDGE OF THE RAMP THAT WENT OVER THE FLOODWALL, THOSE

11:31AM 15  EXCAVATIONS WERE FURTHER AWAY FROM THE FLOODWALL.

11:31AM 16         SO I'M TRYING TO GET HIM TO BE MORE SPECIFIC

11:31AM 17  ABOUT --

11:31AM 18         THE COURT:  I UNDERSTAND.

11:31AM 19         THAT'S THEN HELPS YOU BRACKET YOUR NEXT

11:31AM 20  QUESTION.

11:31AM 21                    EXAMINATION

11:31AM 22  BY MR. GREGORY:

11:31AM 23  Q.   SO, SIR, YOU ARE NOT AWARE OF ANY QAR'S THAT MENTION

11:31AM 24  LOCATION -- MENTION COMPACTION AT THE AREA THAT YOU'VE JUST

11:31AM 25  DESCRIBED?

**HOURLY TRANSCRIPT**

11:31AM 1    A.   I DISAGREE WITH THAT.

11:31AM 2    Q.   LET'S GO TO JX-1177.  THIS IS QAR 1019.  WOULD YOU

11:32AM 3    HIGHLIGHT THIS AREA.  THEN, LET'S TURN TO THE NEXT PAGE.

11:32AM 4              THE COURT:  DID YOU WANT HIM TO READ THAT AREA?

11:32AM 5                        EXAMINATION

11:32AM 6    BY MR. GREGORY:

11:32AM 7    Q.   OH, I'M SORRY.  DID YOU --

11:32AM 8    A.   I KIND OF READ THROUGH IT.  I'M SORRY.  LITTLE FAST.

11:32AM 9              THE COURT:  YES, IT WAS A LITTLE FAST.

11:32AM 10             MR. GREGORY:  I WILL SLOW DOWN, YOUR HONOR.

11:32AM 11             THE WITNESS:  I SHOULD SPEAK ABOUT GOING FAST, HUH?

11:32AM 12                        EXAMINATION

11:32AM 13   BY MR. GREGORY:

11:32AM 14   Q.   THEN THE NEXT SLIDE.  NEXT PAGE, I'M SORRY.  RIGHT IN

11:32AM 15   HERE, CARL.

11:33AM 16        DO YOU SEE, FURTHER PHASE II ACM EXCAVATION EAST OF

11:33AM 17   AREA 8 AND STARTED THIS WORK, DO YOU SEE THAT?

11:33AM 18   A.   I SEE THAT, YES.

11:33AM 19   Q.   BACKFILL THIS LOCATION UPON COMPLETION OF WORK, DID YOU

11:33AM 20   SEE THAT?

11:33AM 21   A.   YES.

11:33AM 22   Q.   DO YOU SEE ANY EVIDENCE HERE OF COMPACTION?

11:33AM 23   A.   IT MIGHT HAVE OCCURRED THE NEXT DAY.

11:33AM 24        I MEAN, THE OTHER THING YOU HAVE TO BE VERY CAREFUL

11:33AM 25   ABOUT THESE, AND HAVING SPENT SO MANY HOURS GOING THROUGH

                          **HOURLY TRANSCRIPT**

11:33AM  1    THESE, IS YOU'VE GOT THE QAR, YOU'VE GOT THE QCR, YOU HAVE ALL

11:33AM  2    THE SUBCONTRACTOR DAILY REPORTS, YOU'VE GOT THE QUANTITY

11:33AM  3    REPORTS.  YOU CAN'T JUST TAKE ONE LITTLE SNIPLET OF THESE

11:34AM  4    THINGS AND NOT LOOK AT THE WHOLE BODY OF THIS.

11:34AM  5            SO IF I COULD SEE A WHOLE VERSION OF THIS QAR, PLUS

11:34AM  6    THE QAR'S FROM THE NEXT COUPLE DAYS, I COULD ANSWER THAT

11:34AM  7    QUESTION.

11:34AM  8    Q.   WE'LL DEAL WITH THAT LATER IN BRIEFING, SAVE THE COURT

11:34AM  9    SOME TIME READING THROUGH ALL THESE.

11:34AM  10   A.   ALL RIGHT.  FINE.

11:34AM  11           THE COURT:  THANK YOU.  I WAS LITERALLY GOING TO

11:34AM  12   SUGGEST THAT, SO I'M GLAD YOU DID.

11:34AM  13           MR. GREGORY:  WITH THAT, I HAVE NO FURTHER QUESTIONS.

11:34AM  14   THANK YOU.

11:34AM  15           THE COURT:  THANK YOU, COUNSEL.

11:34AM  16           MR. WOODCOCK:  THE UNITED STATES HAS NO QUESTIONS.

11:34AM  17           THE COURT:  THANK YOU, SIR.

11:34AM  18           MS. WAGER-ZITO:  YOUR HONOR, I ACTUALLY HAVE NO

11:34AM  19   REDIRECT FOR THE WITNESS, BUT I WOULD LIKE TO MOVE HIS

11:34AM  20   PRESENTATION INTO EVIDENCE, DX-DM-0008.

11:34AM  21           I WOULD ALSO LIKE TO REQUEST THAT THE COURT

11:34AM  22   CONSIDER THIS IN CONNECTION WITH AND AS PART OF OUR PROFFER ON

11:34AM  23   THE GOVERNMENT CONTRACTOR DEFENSE, AS THE COURT INDICATED AT

11:34AM  24   THE BEGINNING AT THE TRIAL WE WOULD BE ALLOWED TO PROFFER.

11:35AM  25           THE COURT:  IT DOES SEEM STARTLINGLY FAMILIAR TO

**HOURLY TRANSCRIPT**

11:35AM 1    OTHER THINGS I'VE HEARD LONG AGO.

11:35AM 2            MS. WAGER-ZITO:  I WILL REFRAIN FROM COMMENTING,

11:35AM 3    YOUR HONOR.

11:35AM 4            THE COURT:  NO, I AM TRYING TO SHOW JUDICIAL

11:35AM 5    RESTRAINT MYSELF.  THANK YOU.  SOMETIME IT'S DIFFICULT AFTER A

11:35AM 6    CERTAIN AMOUNT OF TIME HAS ERODED MY JUDICIAL RESTRAINT.

11:35AM 7            GO AHEAD.

11:35AM 8            MS. WAGER-ZITO:  AGAIN, YOUR HONOR, I WILL REFRAIN

11:35AM 9    FROM COMMENTING, BUT WE WOULD OFFER THAT AS A PROFFER, YOUR

11:35AM 10   HONOR.

11:35AM 11           THE COURT:  LET IT BE ADMITTED.

11:35AM 12           MS. WAGER-ZITO:  THANK YOU, YOUR HONOR.

11:35AM 13           MR. GREGORY:  YOUR HONOR, WE WOULD OBJECT TO THE

11:35AM 14   PRESENTATION.

11:35AM 15           THE COURT:  I'M SORRY, I DIDN'T GIVE YOU AN

11:35AM 16   OPPORTUNITY TO OBJECT.  I APOLOGIZE, SIR.

11:35AM 17           I'M GOING TO OVERRULE YOUR OBJECTION AND LET IT

11:35AM 18   BE ADMITTED.

11:35AM 19           MS. WAGER-ZITO:  SO WE ARE DONE WITH DR. SYKORA,

11:35AM 20   YOUR HONOR.

11:35AM 21           THE WITNESS:  THANK YOU, YOUR HONOR.

11:35AM 22           THE COURT:  YOU MAY STEP DOWN, SIR.

11:35AM 23           MR. SMITH:  YOUR HONOR, THE UNITED STATES CALLS

11:35AM 24   THOMAS L. BRANDON.

11:36AM 25           THE COURT:  YES, SIR.

**HOURLY TRANSCRIPT**

11:36AM 1        EXCUSE MY COUGHING.  MY ALLERGIES ARE RAMPANT

11:36AM 2   RIGHT NOW.  I HATE TO INTERRUPT WITH THE COUGHING, SO I'LL TRY

11:36AM 3   TO TURN AWAY.  IT'S VERY DISTRACTING.  I'M DOING THE BEST I

11:36AM 4   CAN, THOUGH.

11:37AM 5        THE DEPUTY CLERK:  WOULD YOU PLEASE RAISE YOUR RIGHT

6   HAND.  DO YOU SOLEMNLY SWEAR THAT THE TESTIMONY WHICH YOU ARE

7   ABOUT TO GIVE WILL BE THE TRUTH, THE WHOLE TRUTH AND NOTHING

8   BUT THE TRUTH, SO HELP YOU GOD?

9        THE WITNESS:  YES, I DO.

10                **THOMAS L. BRANDON**

11    WAS CALLED AS A WITNESS AND, AFTER BEING FIRST DULY SWORN BY

12     THE CLERK, WAS EXAMINED AND TESTIFIED ON HER OATH AS FOLLOWS:

13        THE DEPUTY CLERK:  THANK YOU.  PLEASE BE SEATED.

11:37AM 14        THE WITNESS:  YOUR HONOR, THEY SAID I COULD USE MY

11:37AM 15   COMPUTER FOR THE PRESENTATION.

16        THE COURT:  YES.

17        THE WITNESS:  IT'S GOING TO TAKE A MOMENT JUST TO --

18        THE COURT:  YOU GO AHEAD.

19        MR. SMITH:  YOUR HONOR, I DON'T KNOW IF YOU WANT TO

20   TAKE A BRIEF RECESS OR NOT.  DR. BRANDON WOULD LIKE TO USE HIS

11:37AM 21   OWN COMPUTER.

11:37AM 22        THE COURT:  HE TOLD ME THAT.  IF YOU NEED TO TAKE A

11:37AM 23   BRIEF RECESS, IT MIGHT BE HELPFUL.  I'LL DO IT AT YOUR BEHEST.

11:37AM 24        MR. SMITH:  JUST TO GET IT SET UP AND MAKE SURE IT'S

11:37AM 25   WORKING PROPERLY, IF WE COULD --

                    **HOURLY TRANSCRIPT**

11:37AM 1          THE COURT:  LET'S DO THAT, THEN.

11:38AM 2          MR. SMITH:  NO MORE THAN 10 MINUTES, YOUR HONOR.

11:38AM 3          THE COURT:  WE'RE IN RECESS.

11:40AM 4          (WHEREUPON, AT 11:40 A.M., THE COURT TOOK A RECESS

5    AND THEN AT 11:51 A.M., THE COURT WAS IN LUNCHEON RECESS.)

6                          *   *   *

7

8

9                    REPORTER'S CERTIFICATE

10

11      I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED

12   MERIT REPORTER, CERTIFIED COURT REPORTER OF THE STATE OF

13   LOUISIANA, OFFICIAL COURT REPORTER FOR THE UNITED STATES

14   DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY

15   CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT TO

16   THE BEST OF MY ABILITY AND UNDERSTANDING FROM THE RECORD OF THE

17   PROCEEDINGS IN THE ABOVE-ENTITLED AND NUMBERED MATTER.

18

19

20                    *S/CATHY PEPPER* _____

21                    CATHY PEPPER, CRR, RMR, CCR
                      CERTIFIED REALTIME REPORTER
22                    REGISTERED MERIT REPORTER
                      OFFICIAL COURT REPORTER
23                    UNITED STATES DISTRICT COURT
                      CATHY_PEPPER@LAED.USCOURTS.GOV
24

25

                         **HOURLY TRANSCRIPT**

'

**'97** [1] - 3129:3

# 0

**010** [1] - 3118:5
**014** [1] - 3108:18
**018** [1] - 3109:1
**028** [1] - 3112:7
**04** [1] - 3115:25
**05** [1] - 3115:1
**05-4182** [1] - 3050:6
**06** [1] - 3113:25
**07** [1] - 3106:23
**08** [1] - 3107:6

# 1

**1** [12] - 3076:22,
3079:19, 3080:7,
3081:5, 3084:14,
3084:17, 3085:25,
3091:8, 3103:19,
3115:13, 3123:20,
3129:3
**1.2** [1] - 3118:6
**1.4** [1] - 3083:1
**10** [4] - 3087:13,
3116:25, 3132:24,
3144:2
**10-CV-866** [1] - 3050:9
**1019** [1] - 3140:2
**10:35** [1] - 3117:1
**11** [3] - 3072:5,
3072:11, 3108:2
**1100** [1] - 3050:24
**1110-2-1913** [2] -
3094:18, 3097:18
**11:40** [1] - 3144:4
**11:51** [1] - 3144:5
**12** [2] - 3120:1,
3132:22
**1205** [1] - 3051:8
**13** [2] - 3050:11,
3126:11
**15** [3] - 3081:8,
3128:7, 3132:22
**16** [1] - 3127:22
**17** [3] - 3057:16,
3106:21, 3120:2
**1718** [1] - 3052:8
**18** [3] - 3135:18,
3135:23, 3135:24
**187** [1] - 3091:2
**19** [5] - 3060:23,
3118:15, 3127:14,
3136:13, 3136:16

**1913** [2] - 3098:25,
3102:10
**1956** [1] - 3078:9
**1966** [3] - 3078:14,
3079:25, 3084:13
**1980** [1] - 3058:19
**1982** [1] - 3059:14
**1983** [2] - 3058:22,
3102:22
**1985** [3] - 3059:18,
3059:19, 3059:24
**1993** [1] - 3058:25
**1994** [3] - 3059:25,
3060:4, 3106:21
**1996** [1] - 3060:5
**1997** [3] - 3078:22,
3079:25, 3084:15
**1998** [2] - 3078:25
**1999** [5] - 3079:10,
3081:5, 3081:7,
3099:6, 3109:20

# 2

**2** [12] - 3086:20,
3086:25, 3091:8,
3099:2, 3099:16,
3100:8, 3101:1,
3103:19, 3122:3,
3122:10, 3123:13,
3131:11
**2-FOOT** [1] - 3090:2
**2-INCH** [2] - 3092:19,
3092:22
**2.0** [1] - 3101:4
**2.1** [3] - 3107:14,
3118:18, 3119:1
**2.2** [1] - 3080:21
**2.4** [1] - 3108:3
**20** [1] - 3128:15
**200** [1] - 3091:13
**2000** [8] - 3081:8,
3085:18, 3085:20,
3085:21, 3095:25,
3117:24, 3118:3,
3128:7
**20001** [1] - 3052:20
**2001** [3] - 3060:15,
3081:12, 3130:21
**2002** [4] - 3079:3,
3080:1, 3084:19,
3090:16
**2003** [1] - 3090:16
**2004** [1] - 3053:8
**2005** [4] - 3083:10,
3083:11, 3105:6,
3105:9
**2006** [2] - 3063:12,
3067:18

**2012** [2] - 3050:7,
3055:2
**21** [2] - 3072:21,
3134:4
**22** [1] - 3089:10
**23** [3] - 3128:24,
3131:4, 3134:2
**24** [3] - 3131:10,
3132:9, 3134:3
**25** [7] - 3105:6,
3116:9, 3116:10,
3116:13, 3116:18,
3131:9, 3135:23
**25-FOOT** [1] - 3135:5
**26** [17] - 3075:15,
3076:17, 3077:24,
3080:24, 3086:16,
3086:25, 3087:5,
3087:15, 3089:11,
3105:8, 3109:17,
3109:18, 3115:5,
3117:8, 3120:21,
3124:6, 3129:18
**2655** [1] - 3051:12
**28** [2] - 3050:7, 3055:2
**29** [3] - 3059:13,
3061:9, 3113:1
**2ND** [1] - 3111:19

# 3

**3** [15] - 3078:14,
3079:4, 3080:1,
3084:14, 3084:17,
3084:19, 3085:25,
3095:8, 3100:10,
3101:1, 3103:5,
3105:10, 3121:20,
3129:3, 3132:4
**3.3.1** [1] - 3095:20
**3.7** [2] - 3083:1
**30** [1] - 3134:17
**300-ACRE** [1] -
3065:11
**3058** [2] - 3054:6,
3054:7
**3068** [1] - 3054:8
**3074** [1] - 3054:9
**3102** [1] - 3050:24
**3106** [1] - 3054:10
**3143** [1] - 3054:11
**3144** [1] - 3054:12
**316** [1] - 3051:23
**32502** [1] - 3051:23
**34** [1] - 3130:15
**36** [1] - 3087:11
**37** [1] - 3119:25
**39** [1] - 3133:3

# 4

**4** [5] - 3084:14,
3084:17, 3108:23,
3122:20, 3129:3
**4.1** [2] - 3134:20,
3135:2
**4.10** [1] - 3109:1
**4.3** [1] - 3135:7
**40** [2] - 3121:6,
3139:10
**4905** [1] - 3051:19

# 5

**5** [3] - 3084:16,
3122:11, 3129:12
**5.1.2.1.5** [3] - 3082:5,
3112:19, 3113:8
**50** [6] - 3068:5,
3096:21, 3121:2,
3121:4, 3121:6,
3139:6
**500** [2] - 3052:4,
3053:12
**504** [1] - 3053:13
**51** [1] - 3052:20
**519** [1] - 3051:15
**546** [1] - 3052:14
**589-7779** [1] - 3053:13
**59** [1] - 3135:15
**590** [1] - 3091:1

# 6

**6** [4] - 3081:12,
3084:16, 3127:5,
3127:8
**60** [1] - 3121:4
**600** [1] - 3051:23
**601** [1] - 3051:12
**610** [1] - 3050:20
**618** [1] - 3051:5
**68** [1] - 3138:10
**69** [2] - 3098:21,
3098:23

# 7

**7** [1] - 3081:7
**7-1** [1] - 3094:21
**70** [1] - 3121:3
**70113** [2] - 3050:17,
3050:20
**70115** [1] - 3051:19
**70118** [1] - 3052:8
**70130** [3] - 3051:12,

3052:14, 3053:12
**70381** [1] - 3051:9
**70726** [1] - 3051:16
**70801** [1] - 3051:5
**721** [1] - 3135:22
**722** [1] - 3136:13
**75219** [1] - 3050:25

# 8

**8** [11] - 3087:12,
3091:5, 3104:10,
3104:11, 3132:24,
3138:11, 3138:15,
3138:18, 3138:21,
3139:12, 3140:17
**80** [2] - 3087:14,
3087:19
**800** [1] - 3052:4
**855** [1] - 3050:16
**87** [1] - 3091:12
**888** [1] - 3053:7

# 9

**90017** [1] - 3052:5
**9:00** [1] - 3050:7

# A

**A.M** [4] - 3050:7,
3117:1, 3144:4,
3144:5
**ABILITY** [3] - 3100:13,
3106:25, 3144:16
**ABLE** [5] - 3063:21,
3082:17, 3092:21,
3098:14, 3122:19
**ABOUT** [75] - 3055:18,
3057:5, 3057:24,
3058:11, 3059:13,
3069:9, 3069:23,
3071:11, 3072:19,
3074:16, 3075:24,
3078:15, 3078:16,
3078:19, 3079:4,
3080:2, 3080:6,
3081:3, 3081:7,
3081:13, 3082:16,
3084:20, 3084:25,
3085:17, 3086:11,
3087:4, 3087:6,
3088:4, 3089:9,
3089:11, 3089:16,
3091:5, 3091:12,
3092:14, 3092:15,
3092:20, 3093:8,
3095:6, 3096:4,

3096:10, 3100:7,
3106:5, 3106:6,
3111:22, 3112:2,
3112:8, 3112:22,
3114:1, 3116:21,
3118:18, 3119:22,
3119:23, 3121:19,
3121:21, 3122:6,
3122:25, 3123:15,
3124:8, 3124:10,
3126:3, 3127:25,
3130:15, 3133:4,
3134:18, 3135:3,
3137:6, 3138:25,
3139:2, 3139:6,
3139:10, 3139:17,
3140:11, 3140:25,
3143:7
**ABOVE** [4] - 3096:13,
3101:1, 3118:6,
3144:17
**ABOVE-ENTITLED** [1]
- 3144:17
**ACCEPTED** [1] -
3074:10
**ACCIDENTS** [1] -
3065:9
**ACCORDANCE** [2] -
3127:14, 3127:19
**ACCORDING** [2] -
3095:2, 3124:20
**ACCREDITATION** [1] -
3071:9
**ACHIEVE** [2] - 3092:7,
3132:16
**ACHIEVED** [1] -
3090:9
**ACM** [5] - 3087:24,
3121:19, 3138:23,
3139:9, 3140:16
**ACROSS** [2] -
3093:15, 3094:12
**ACTION** [6] - 3050:6,
3080:21, 3108:13,
3115:18, 3115:19,
3116:1
**ACTIONS** [2] - 3107:9,
3108:5
**ACTIVITIES** [5] -
3087:21, 3089:25,
3093:21, 3104:22,
3114:4
**ACTUAL** [2] - 3069:20,
3129:25
**ACTUALLY** [5] -
3066:19, 3099:7,
3103:20, 3130:25,
3141:18
**ADD** [1] - 3098:13
**ADDENDUM** [1] -

3132:7
**ADDITION** [7] -
3060:23, 3080:14,
3085:8, 3087:10,
3088:3, 3110:18,
3114:7
**ADDITIONAL** [3] -
3081:12, 3081:15,
3119:5
**ADDRESS** [1] -
3055:14
**ADDRESSED** [2] -
3080:22, 3083:3
**ADDRESSING** [1] -
3074:21
**ADEQUATE** [1] -
3132:17
**ADHERE** [4] -
3076:11, 3086:21,
3100:19, 3123:3
**ADJACENT** [3] -
3067:23, 3093:4,
3095:10
**ADMITTED** [2] -
3142:11, 3142:18
**ADRIAN** [1] - 3052:17
**ADVANCED** [1] -
3067:14
**AE** [1] - 3108:4
**AERIAL** [2] - 3090:14,
3090:16
**AFFIRM** [1] - 3138:1
**AFFORD** [1] - 3063:21
**AFRAID** [1] - 3057:13
**AFTER** [17] - 3055:19,
3055:20, 3058:3,
3060:3, 3060:10,
3071:7, 3072:9,
3072:10, 3072:19,
3073:5, 3083:10,
3106:4, 3106:5,
3126:23, 3130:3,
3142:5, 3143:11
**AGAIN** [23] - 3061:24,
3062:7, 3074:8,
3078:24, 3079:16,
3079:24, 3080:21,
3086:12, 3086:24,
3091:15, 3096:12,
3097:23, 3098:2,
3100:11, 3101:1,
3102:6, 3104:10,
3104:16, 3113:11,
3122:9, 3132:3,
3134:7, 3142:8
**AGO** [3] - 3060:17,
3087:19, 3142:1
**AGREE** [6] - 3056:19,
3102:10, 3114:12,
3118:19, 3118:21

**AGREED** [3] - 3084:1,
3084:6, 3085:7
**AGREEMENT** [2] -
3133:10, 3133:13
**AGREES** [1] - 3101:14
**AHEAD** [2] - 3142:7,
3143:18
**ALERT** [1] - 3055:24
**ALIGNED** [1] - 3056:9
**ALIGNMENT** [1] -
3090:19
**ALL** [44] - 3055:7,
3055:11, 3056:5,
3057:18, 3062:12,
3064:3, 3064:17,
3066:9, 3076:25,
3077:6, 3077:18,
3078:17, 3079:14,
3080:1, 3080:19,
3081:17, 3081:22,
3085:2, 3090:19,
3091:16, 3096:6,
3101:1, 3103:6,
3103:10, 3105:15,
3105:22, 3106:4,
3107:1, 3108:21,
3109:5, 3109:24,
3110:6, 3110:11,
3117:2, 3124:23,
3127:14, 3131:17,
3138:16, 3139:10,
3141:1, 3141:9,
3141:10
**ALLERGIES** [1] -
3143:1
**ALLOW** [2] - 3056:1,
3124:13
**ALLOWED** [2] -
3105:17, 3141:24
**ALLUDING** [1] -
3123:21
**ALONG** [8] - 3057:15,
3068:3, 3079:23,
3084:4, 3086:12,
3103:17, 3118:10,
3124:18
**ALREADY** [2] -
3078:20, 3087:24
**ALSO** [41] - 3060:2,
3060:7, 3060:24,
3061:6, 3061:20,
3062:10, 3062:21,
3063:3, 3063:13,
3064:19, 3067:6,
3067:16, 3069:5,
3070:4, 3081:14,
3082:12, 3083:17,
3083:22, 3084:8,
3084:19, 3084:20,
3084:25, 3085:14,

3087:23, 3091:7,
3093:24, 3098:8,
3101:20, 3102:24,
3103:3, 3103:4,
3104:16, 3113:13,
3122:6, 3123:13,
3125:8, 3136:13,
3141:21
**ALTERED** [1] -
3087:21
**ALTERING** [1] -
3128:20
**ALTERNATIVES** [1] -
3078:23
**ALTHOUGH** [5] -
3082:9, 3094:16,
3094:17, 3105:17,
3119:1
**ALWAYS** [1] - 3069:7
**AM** [6] - 3073:21,
3115:17, 3120:6,
3124:25, 3133:24,
3142:4
**AMERICA** [1] - 3053:3
**AMOUNT** [2] -
3096:11, 3142:6
**AN** [55] - 3056:2,
3057:3, 3059:5,
3061:7, 3063:13,
3067:2, 3067:21,
3068:1, 3068:2,
3068:9, 3069:5,
3069:10, 3069:12,
3069:15, 3070:1,
3070:6, 3070:10,
3070:13, 3070:17,
3072:2, 3073:9,
3074:1, 3074:9,
3081:12, 3082:16,
3089:3, 3089:23,
3092:17, 3093:21,
3096:2, 3099:6,
3102:5, 3104:10,
3104:22, 3108:13,
3110:12, 3111:12,
3112:12, 3115:18,
3116:20, 3116:22,
3117:16, 3119:11,
3120:15, 3122:11,
3125:16, 3125:17,
3125:19, 3126:7,
3132:17, 3135:20,
3136:1, 3136:19,
3142:15
**ANALYSES** [5] -
3071:11, 3075:8,
3075:9, 3079:15,
3079:22
**ANALYSIS** [10] -
3060:16, 3063:3,

3063:9, 3063:10,
3063:13, 3073:1,
3076:25, 3077:18,
3079:12, 3080:3
**ANALYZED** [1] -
3072:12
**AND** [398] - 3056:1,
3056:9, 3056:13,
3057:14, 3057:20,
3057:24, 3058:3,
3058:4, 3058:5,
3058:23, 3059:1,
3059:2, 3059:11,
3059:15, 3059:23,
3060:1, 3060:2,
3060:7, 3060:8,
3060:11, 3060:13,
3060:16, 3060:18,
3060:23, 3061:6,
3061:18, 3061:20,
3061:22, 3062:2,
3062:6, 3062:8,
3062:19, 3062:24,
3062:25, 3063:2,
3063:4, 3063:8,
3063:14, 3064:2,
3064:4, 3064:6,
3064:9, 3064:10,
3064:12, 3064:19,
3064:23, 3064:24,
3064:25, 3065:6,
3065:14, 3065:18,
3066:4, 3066:6,
3066:7, 3066:8,
3066:9, 3066:10,
3067:6, 3068:6,
3068:9, 3069:1,
3070:16, 3073:25,
3074:16, 3075:6,
3075:7, 3075:9,
3075:10, 3075:11,
3075:17, 3075:18,
3075:20, 3075:22,
3076:6, 3076:11,
3076:12, 3076:16,
3076:19, 3076:20,
3076:24, 3077:8,
3077:10, 3077:15,
3077:17, 3077:23,
3078:15, 3078:17,
3079:1, 3079:6,
3079:12, 3079:16,
3079:20, 3079:21,
3080:3, 3080:14,
3081:14, 3081:24,
3082:3, 3082:4,
3082:7, 3082:12,
3082:20, 3082:23,
3083:1, 3083:2,
3083:6, 3083:7,
3083:25, 3084:4,

3084:10, 3084:11, 3084:14, 3084:16, 3084:17, 3084:19, 3084:21, 3084:23, 3085:1, 3085:3, 3085:4, 3085:6, 3085:7, 3085:11, 3086:6, 3086:11, 3086:15, 3086:18, 3086:22, 3087:1, 3087:2, 3087:3, 3087:19, 3087:21, 3087:23, 3088:6, 3088:11, 3088:13, 3089:2, 3089:11, 3089:18, 3090:7, 3090:8, 3090:12, 3090:13, 3090:16, 3091:1, 3091:8, 3091:19, 3091:20, 3092:1, 3092:4, 3092:5, 3092:15, 3092:20, 3092:23, 3092:24, 3093:5, 3093:15, 3093:20, 3093:24, 3094:4, 3094:7, 3094:11, 3094:14, 3094:17, 3094:20, 3094:25, 3095:3, 3095:6, 3095:19, 3096:1, 3096:2, 3096:15, 3097:1, 3097:11, 3097:16, 3097:17, 3097:19, 3097:21, 3097:25, 3098:1, 3098:2, 3098:3, 3098:8, 3098:13, 3098:14, 3098:23, 3099:3, 3099:5, 3099:9, 3099:12, 3099:14, 3099:21, 3099:22, 3100:1, 3100:2, 3100:3, 3100:9, 3100:13, 3100:15, 3100:17, 3100:18, 3100:19, 3100:21, 3100:22, 3100:24, 3100:25, 3101:7, 3101:8, 3101:11, 3101:13, 3101:17, 3101:18, 3102:2, 3102:8, 3102:16, 3102:17, 3102:20, 3102:22, 3102:23, 3102:24, 3103:1, 3103:2, 3103:3, 3103:6, 3103:8, 3103:9, 3103:10, 3103:11, 3103:19, 3103:24,

3104:1, 3104:3, 3104:6, 3104:9, 3104:13, 3104:14, 3104:16, 3104:18, 3104:19, 3104:20, 3104:22, 3105:4, 3106:4, 3106:24, 3108:19, 3108:24, 3109:15, 3110:12, 3110:13, 3110:20, 3111:8, 3111:14, 3112:12, 3112:13, 3112:15, 3112:24, 3113:5, 3113:24, 3114:4, 3114:10, 3114:17, 3114:21, 3116:6, 3116:9, 3116:22, 3117:11, 3118:5, 3118:9, 3118:10, 3118:11, 3118:14, 3118:18, 3118:22, 3118:24, 3118:25, 3119:1, 3119:8, 3119:10, 3119:11, 3119:12, 3119:14, 3119:25, 3120:1, 3120:13, 3120:14, 3120:16, 3120:17, 3120:20, 3120:23, 3121:1, 3121:5, 3121:20, 3121:24, 3122:3, 3122:6, 3122:9, 3122:10, 3122:19, 3122:20, 3122:23, 3122:24, 3123:3, 3123:4, 3123:6, 3123:8, 3123:13, 3123:16, 3123:21, 3123:22, 3124:9, 3125:5, 3125:7, 3125:8, 3125:16, 3125:24, 3126:1, 3126:4, 3126:12, 3126:13, 3126:15, 3126:18, 3126:24, 3126:25, 3127:1, 3127:9, 3127:12, 3127:14, 3127:25, 3128:5, 3128:15, 3128:16, 3128:19, 3129:3, 3129:8, 3129:12, 3131:14, 3131:21, 3132:6, 3132:10, 3133:11, 3134:10, 3134:11, 3134:14, 3135:3, 3135:18, 3135:24, 3136:7, 3136:16, 3137:14, 3137:18, 3137:21, 3137:23,

3138:16, 3140:17, 3140:25, 3141:4, 3141:22, 3142:17, 3143:7, 3143:11, 3143:12, 3143:24, 3144:5, 3144:15, 3144:16, 3144:17

**ANDREW** [1] - 3052:3

**ANDRY** [2] - 3050:19, 3050:19

**ANGELES** [1] - 3052:5

**ANOTHER** [8] - 3061:22, 3062:19, 3065:22, 3066:13, 3091:3, 3103:25, 3104:1, 3115:14

**ANSWER** [6] - 3120:8, 3120:10, 3136:2, 3136:6, 3136:19, 3141:6

**ANY** [47] - 3057:8, 3060:19, 3062:15, 3064:4, 3064:12, 3065:2, 3065:21, 3066:25, 3067:8, 3067:20, 3067:24, 3068:4, 3069:23, 3070:22, 3070:23, 3071:4, 3071:14, 3072:5, 3072:12, 3073:1, 3073:14, 3074:18, 3076:12, 3084:3, 3086:2, 3086:4, 3086:22, 3094:6, 3098:15, 3099:25, 3100:7, 3100:14, 3106:3, 3107:8, 3107:11, 3110:21, 3114:7, 3116:13, 3119:15, 3124:10, 3125:17, 3128:20, 3138:6, 3138:14, 3139:23, 3140:22

**ANYTHING** [3] - 3056:21, 3084:2, 3102:13

**APOLOGIZE** [1] - 3142:16

**APPARENT** [1] - 3133:16

**APPEAR** [1] - 3104:14

**APPEARANCES** [4] - 3050:14, 3051:1, 3052:1, 3053:1

**APPEARS** [4] - 3121:15, 3128:12, 3128:14, 3137:8

**APPLICABLE** [2] - 3085:2, 3085:4

**APPLIED** [1] - 3125:17

**APPLIES** [1] - 3097:1

**APPLY** [2] - 3096:17, 3097:5

**APPRECIATE** [1] - 3105:20

**APPROACH** [5] - 3074:22, 3087:7, 3114:17, 3114:22, 3131:21

**APPROPRIATE** [2] - 3085:15, 3116:22

**APPROPRIATED** [1] - 3079:2

**APPROVAL** [7] - 3090:10, 3090:12, 3120:15, 3127:14, 3130:19, 3131:5, 3133:20

**APPROVE** [2] - 3094:14, 3120:9

**APPROVED** [22] - 3076:12, 3080:14, 3086:22, 3089:18, 3099:3, 3101:19, 3103:6, 3103:9, 3104:24, 3115:9, 3119:15, 3119:20, 3123:4, 3123:8, 3123:11, 3126:15, 3126:18, 3127:15, 3127:19, 3130:4, 3133:4, 3133:19

**APPROVES** [1] - 3101:21

**APPROXIMATE** [1] - 3090:14

**APPROXIMATELY** [2] - 3087:14, 3132:22

**APRIL** [2] - 3105:6, 3130:21

**ARCHITECT** [1] - 3108:3

**ARCHITECT-ENGINEERING** [1] - 3108:3

**ARE** [57] - 3056:9, 3056:20, 3057:23, 3063:15, 3065:6, 3065:8, 3068:5, 3069:5, 3069:9, 3074:2, 3074:3, 3074:17, 3082:10, 3082:23, 3082:24, 3083:15, 3084:11, 3085:5, 3085:23, 3087:8, 3087:17, 3087:18, 3091:8, 3091:21, 3093:13, 3095:9, 3095:16,

3095:17, 3095:18, 3096:10, 3098:3, 3098:4, 3099:13, 3101:1, 3103:21, 3104:2, 3104:21, 3105:18, 3109:6, 3110:5, 3112:25, 3114:10, 3114:16, 3115:11, 3115:15, 3119:6, 3121:23, 3122:19, 3123:13, 3123:18, 3124:23, 3126:4, 3130:8, 3139:23, 3142:19, 3143:1, 3143:6

**AREA** [29] - 3058:10, 3058:12, 3064:10, 3086:11, 3087:11, 3091:5, 3091:6, 3091:7, 3091:9, 3092:11, 3093:14, 3093:21, 3103:17, 3103:19, 3104:10, 3104:11, 3114:9, 3138:11, 3138:15, 3138:18, 3138:21, 3139:12, 3139:24, 3140:3, 3140:4, 3140:17

**AREAS** [12] - 3060:12, 3073:25, 3092:10, 3092:12, 3093:16, 3094:8, 3094:13, 3094:24, 3098:7, 3098:9, 3126:25, 3139:12

**AREN'T** [2] - 3064:8, 3125:16

**ARGUE** [2] - 3057:4, 3057:12

**ARGUMENT** [1] - 3057:3

**ARIATTI** [1] - 3103:3

**ARISE** [1] - 3065:7

**ARIZONA** [1] - 3062:23

**ARMORING** [1] - 3087:22

**ARMSTRONG** [1] - 3050:9

**ARMY** [2] - 3070:17, 3079:1

**AROSE** [1] - 3082:18

**ARSENIC** [1] - 3081:8

**AS** [131] - 3057:14, 3057:15, 3058:3, 3058:4, 3058:12, 3058:17, 3059:5, 3059:7, 3059:8, 3059:9, 3059:11,

3059:20, 3059:21, 3060:17, 3060:18, 3063:1, 3064:6, 3064:21, 3065:3, 3065:5, 3067:21, 3068:9, 3068:23, 3069:1, 3069:2, 3069:18, 3069:22, 3069:25, 3070:4, 3070:8, 3070:12, 3070:20, 3070:24, 3071:1, 3071:4, 3071:9, 3071:11, 3071:13, 3071:14, 3071:16, 3071:17, 3071:24, 3072:6, 3072:18, 3072:24, 3073:1, 3073:8, 3073:9, 3073:23, 3074:9, 3074:10, 3074:21, 3074:25, 3075:7, 3076:16, 3076:24, 3077:12, 3077:14, 3077:16, 3078:1, 3078:13, 3079:17, 3081:11, 3082:12, 3082:14, 3082:15, 3082:18, 3084:9, 3084:14, 3086:16, 3087:9, 3087:11, 3087:13, 3088:24, 3089:1, 3090:5, 3092:25, 3095:4, 3095:13, 3095:22, 3096:2, 3098:25, 3100:25, 3102:10, 3102:17, 3103:21, 3105:15, 3105:17, 3106:24, 3109:25, 3110:3, 3110:8, 3111:8, 3111:11, 3113:6, 3113:10, 3113:13, 3113:21, 3115:19, 3116:13, 3117:12, 3117:16, 3118:22, 3119:1, 3119:4, 3119:14, 3122:4, 3123:22, 3124:6, 3126:1, 3126:9, 3132:21, 3132:22, 3133:14, 3133:15, 3134:11, 3135:5, 3135:15, 3137:19, 3138:1, 3141:22, 3141:23, 3142:9, 3143:11, 3143:12

**AS-IS** [1] - 3100:25
**ASCERTAINING** [1] - 3072:1
**ASH** [1] - 3063:14

**ASK** [2] - 3074:15, 3136:23
**ASKED** [6] - 3056:14, 3079:16, 3086:12, 3107:11, 3129:14, 3129:16
**ASPECT** [2] - 3101:5, 3108:12
**ASPECTS** [2] - 3078:3, 3087:8
**ASSESS** [2] - 3065:16, 3066:7
**ASSESSMENTS** [2] - 3071:20, 3082:25
**ASSIGN** [1] - 3117:8
**ASSIGNED** [2] - 3086:16, 3117:11
**ASSISTANCE** [1] - 3102:18
**ASSOCIATED** [3] - 3075:14, 3110:11, 3110:12
**ASSOCIATES** [2] - 3060:11, 3060:12
**ASSUME** [1] - 3137:3
**ASSUMING** [1] - 3136:23
**ASSUMPTION** [2] - 3097:9, 3120:7
**ASSURANCE** [3] - 3100:13, 3101:6, 3102:24
**AT** [90] - 3055:17, 3058:22, 3058:24, 3059:24, 3060:11, 3063:14, 3066:9, 3067:13, 3068:1, 3068:8, 3071:16, 3072:7, 3072:18, 3072:22, 3073:9, 3073:12, 3073:13, 3073:14, 3075:23, 3080:6, 3080:10, 3081:2, 3081:15, 3081:17, 3083:21, 3083:22, 3087:13, 3087:16, 3087:17, 3087:24, 3087:25, 3089:8, 3090:17, 3091:8, 3091:9, 3092:24, 3095:20, 3095:23, 3096:9, 3097:24, 3100:2, 3102:4, 3102:7, 3103:14, 3104:7, 3104:12, 3106:3, 3108:19, 3110:14, 3113:15, 3113:18, 3113:19, 3114:9, 3116:8, 3116:10,

3117:1, 3119:20, 3120:1, 3121:19, 3121:20, 3122:11, 3122:24, 3124:23, 3127:3, 3127:5, 3127:8, 3129:10, 3130:6, 3130:11, 3132:25, 3134:4, 3134:18, 3135:18, 3135:19, 3135:25, 3136:13, 3136:14, 3136:16, 3136:17, 3138:19, 3139:3, 3139:24, 3141:4, 3141:23, 3141:24, 3143:23, 3144:4, 3144:5
**ATTAINED** [1] - 3109:7
**ATTEMPT** [1] - 3089:23
**ATTENTION** [3] - 3128:23, 3130:14, 3135:14
**AUGUST** [2] - 3081:12, 3106:21
**AUSPICES** [1] - 3119:3
**AUSTIN** [2] - 3058:22, 3058:24
**AUTHORIZATION** [2] - 3078:10, 3078:25
**AUTHORIZED** [8] - 3078:11, 3078:12, 3079:1, 3080:8, 3080:14, 3083:12, 3084:3, 3126:15
**AVAILABLE** [2] - 3107:8, 3127:2
**AVENUE** [6] - 3050:24, 3051:15, 3052:20, 3118:10, 3118:12
**AVERAGE** [1] - 3122:11
**AWARDED** [1] - 3106:21
**AWARE** [6] - 3064:8, 3068:17, 3069:5, 3069:7, 3133:24, 3139:23
**AWAY** [4] - 3091:16, 3116:6, 3139:15, 3143:3

---

**B**

**B406** [1] - 3053:12
**BACHELOR** [1] - 3058:18

**BACHELOR'S** [1] - 3059:1
**BACK** [20] - 3058:23, 3072:23, 3092:14, 3092:24, 3093:1, 3093:4, 3093:6, 3098:2, 3098:3, 3098:5, 3098:13, 3098:18, 3113:6, 3113:7, 3113:24, 3115:22, 3116:1, 3132:3, 3132:9, 3135:13
**BACKFILL** [27] - 3086:2, 3087:2, 3087:23, 3088:6, 3089:22, 3089:24, 3090:1, 3090:2, 3092:24, 3093:12, 3093:14, 3093:25, 3094:11, 3094:14, 3097:17, 3097:21, 3098:10, 3101:18, 3101:21, 3102:14, 3102:17, 3103:14, 3121:21, 3121:25, 3122:4, 3135:8, 3140:19
**BACKFILLED** [11] - 3091:24, 3091:25, 3092:2, 3092:3, 3092:5, 3093:10, 3093:16, 3094:10, 3094:12, 3098:8, 3132:14
**BACKFILLING** [11] - 3076:11, 3076:16, 3089:20, 3090:4, 3095:19, 3103:6, 3103:10, 3103:22, 3138:11, 3138:15
**BACKGROUND** [1] - 3058:16
**BACKUP** [1] - 3107:8
**BACUTA** [1] - 3099:9
**BANK** [6] - 3079:6, 3083:7, 3087:22, 3110:15, 3118:11
**BARON** [1] - 3050:22
**BARONNE** [2] - 3050:16, 3050:20
**BASED** [16] - 3069:12, 3077:15, 3078:2, 3085:4, 3086:5, 3087:2, 3088:7, 3097:15, 3098:12, 3100:16, 3103:8, 3105:11, 3125:5, 3127:2, 3132:7, 3137:7

**BASES** [1] - 3075:4
**BASICALLY** [2] - 3079:10, 3081:6
**BASIN** [1] - 3063:14
**BASIS** [9] - 3080:15, 3093:10, 3094:10, 3099:17, 3100:12, 3101:16, 3101:17, 3138:3
**BATON** [1] - 3051:5
**BAYLEN** [1] - 3051:23
**BE** [108] - 3055:8, 3056:15, 3057:24, 3058:11, 3067:24, 3071:12, 3073:18, 3073:23, 3076:4, 3076:7, 3077:11, 3080:22, 3081:11, 3081:15, 3081:22, 3081:23, 3082:2, 3082:5, 3082:6, 3082:17, 3083:3, 3084:12, 3086:2, 3087:9, 3087:11, 3088:16, 3090:3, 3090:5, 3090:9, 3090:20, 3091:7, 3091:8, 3091:24, 3091:25, 3092:6, 3092:10, 3092:12, 3092:21, 3093:10, 3093:12, 3093:14, 3093:17, 3093:19, 3094:6, 3094:8, 3094:10, 3094:11, 3094:14, 3096:7, 3096:16, 3096:20, 3097:21, 3098:14, 3098:20, 3098:24, 3100:17, 3102:1, 3102:9, 3102:17, 3104:2, 3104:14, 3105:16, 3106:2, 3108:13, 3110:21, 3110:22, 3110:25, 3111:11, 3111:20, 3112:15, 3112:22, 3112:23, 3113:10, 3114:8, 3115:1, 3116:22, 3117:3, 3119:4, 3119:5, 3120:17, 3122:4, 3123:16, 3124:5, 3124:6, 3124:11, 3124:18, 3124:19, 3127:18, 3128:14, 3128:20, 3132:13, 3132:15, 3134:2, 3135:8, 3135:9, 3137:16, 3138:5,

3139:10, 3139:16, 3140:24, 3141:24, 3142:11, 3142:18, 3143:7, 3143:13, 3143:23

**BEA** [7] - 3056:15, 3085:7, 3086:14, 3102:12, 3105:1, 3106:1, 3123:21

**BEACH** [2] - 3061:24, 3062:5

**BEATEN** [1] - 3138:5

**BECAUSE** [11] - 3056:8, 3056:18, 3073:21, 3073:24, 3096:19, 3096:25, 3101:25, 3125:15, 3132:3, 3133:18, 3139:13

**BEEN** [22] - 3057:16, 3063:3, 3063:10, 3063:13, 3065:5, 3067:21, 3073:19, 3075:24, 3084:22, 3087:20, 3092:13, 3092:18, 3092:19, 3098:10, 3098:12, 3102:21, 3103:21, 3116:21, 3136:2, 3137:20, 3138:22, 3139:1

**BEFORE** [20] - 3050:12, 3056:13, 3057:1, 3071:7, 3072:9, 3073:5, 3074:12, 3082:8, 3087:15, 3089:21, 3106:24, 3113:7, 3119:15, 3129:18, 3129:21, 3129:22, 3130:6, 3130:11, 3133:25, 3138:25

**BEGINNING** [4] - 3061:14, 3061:24, 3065:15, 3141:24

**BEHALF** [5] - 3064:1, 3065:5, 3065:23, 3073:19, 3089:13

**BEHEST** [1] - 3143:23

**BEHIND** [1] - 3088:25

**BEING** [25] - 3058:3, 3061:18, 3062:9, 3062:20, 3064:6, 3066:16, 3073:9, 3078:4, 3079:8, 3080:18, 3083:21, 3085:2, 3090:7, 3093:1, 3093:5, 3095:22, 3100:4, 3103:25, 3104:11,

3104:17, 3123:24, 3124:2, 3125:19, 3133:16, 3143:11

**BELIEVE** [25] - 3063:12, 3067:18, 3068:10, 3070:15, 3070:25, 3071:23, 3072:18, 3077:3, 3086:5, 3092:15, 3095:4, 3097:23, 3098:19, 3099:8, 3100:6, 3101:24, 3121:4, 3124:9, 3134:3, 3137:15, 3137:18, 3137:19, 3137:21, 3137:22, 3138:3

**BELOW** [2] - 3120:1, 3135:8

**BENJAMIN** [1] - 3053:7

**BESIDES** [1] - 3119:5

**BEST** [5] - 3115:4, 3127:3, 3132:23, 3143:3, 3144:16

**BETTER** [3] - 3114:22, 3125:7

**BETWEEN** [7] - 3088:10, 3097:19, 3098:1, 3099:22, 3118:10, 3118:11, 3133:10

**BEYOND** [3] - 3056:21, 3096:8, 3101:22

**BIDS** [2] - 3119:12, 3120:14

**BILLINGS** [1] - 3059:14

**BING** [3] - 3060:11

**BIT** [3] - 3087:23, 3092:13, 3106:6

**BODY** [1] - 3141:4

**BOLAND** [8] - 3087:25, 3090:17, 3091:6, 3103:19, 3103:20, 3122:11, 3138:19, 3139:3

**BOOTS** [1] - 3129:24

**BORROW** [7] - 3086:11, 3092:11, 3093:21, 3100:5, 3113:22, 3121:24, 3131:19

**BOSTON** [1] - 3060:18

**BOTH** [7] - 3089:11, 3095:15, 3096:15, 3103:1, 3114:24, 3116:6, 3120:16

**BOTTOM** [6] - 3090:3,

3106:18, 3106:19, 3109:22, 3114:13, 3114:3

**BOUGHT** [1] - 3101:25

**BOULEVARD** [2] - 3051:8, 3052:4

**BOUNDARY** [1] - 3118:12

**BOX** [1] - 3053:7

**BRACKET** [1] - 3139:19

**BRAIN** [1] - 3106:2

**BRANCH** [8] - 3053:6, 3085:15, 3085:19, 3100:5, 3101:23, 3101:25, 3102:3, 3102:18

**BRANDON** [4] - 3054:11, 3142:24, 3143:10, 3143:20

**BREACH** [6] - 3090:25, 3091:15, 3121:2, 3121:5, 3132:23

**BREACHES** [2] - 3050:4, 3073:4

**BREAK** [2] - 3116:23, 3116:25

**BRIAN** [1] - 3052:19

**BRIEF** [2] - 3143:20, 3143:23

**BRIEFING** [1] - 3141:8

**BRIEFLY** [3] - 3055:25, 3063:6, 3074:18

**BRING** [1] - 3114:25

**BROADER** [1] - 3127:1

**BROUGHT** [1] - 3065:5

**BROUSE** [1] - 3099:9

**BROUSSARD** [1] - 3052:13

**BRUNO** [9] - 3050:15, 3050:16, 3055:10, 3055:22, 3056:7, 3056:11, 3056:12, 3056:16

**BUCKET** [8] - 3089:23, 3098:24, 3100:24, 3100:25, 3102:5, 3135:20, 3136:1, 3136:8

**BUDD** [1] - 3050:22

**BUILD** [2] - 3065:13, 3066:17

**BUILDING** [1] - 3064:2

**BULK** [1] - 3084:22

**BULLETS** [1] - 3082:8

**BUNCH** [1] - 3081:14

**BURIED** [1] - 3083:6

**BURKE** [1] - 3050:23

**BUT** [37] - 3055:15, 3057:25, 3063:24, 3064:11, 3074:5, 3077:9, 3077:20, 3080:20, 3082:24, 3084:5, 3086:5, 3086:19, 3088:21, 3089:14, 3091:13, 3097:1, 3107:22, 3108:22, 3109:11, 3111:19, 3113:6, 3113:15, 3113:18, 3115:11, 3119:2, 3119:18, 3124:5, 3126:9, 3126:20, 3129:6, 3133:16, 3136:8, 3139:11, 3139:12, 3141:19, 3142:9, 3143:8

**BUYOFF** [1] - 3102:2

**BUYS** [1] - 3101:23

**BY** [112] - 3050:16, 3050:19, 3050:23, 3051:4, 3051:8, 3051:11, 3051:15, 3051:18, 3051:22, 3052:3, 3052:7, 3052:12, 3052:17, 3053:4, 3053:14, 3053:14, 3054:7, 3054:8, 3054:9, 3054:10, 3058:3, 3058:9, 3062:24, 3066:20, 3066:21, 3068:14, 3069:8, 3074:14, 3074:20, 3075:18, 3076:13, 3078:17, 3079:2, 3079:15, 3080:14, 3081:7, 3081:9, 3081:21, 3083:6, 3084:3, 3085:10, 3085:11, 3086:10, 3086:23, 3087:21, 3088:23, 3089:5, 3089:15, 3089:17, 3089:18, 3090:5, 3090:10, 3091:6, 3093:20, 3093:22, 3094:20, 3095:12, 3095:24, 3098:6, 3098:24, 3099:9, 3100:18, 3101:2, 3101:9, 3101:19, 3102:3, 3104:23, 3104:24, 3106:15, 3110:22, 3113:17, 3113:20, 3114:8,

3115:21, 3115:23, 3117:7, 3117:11, 3118:1, 3118:2, 3118:8, 3118:17, 3120:4, 3120:16, 3121:10, 3121:18, 3122:17, 3122:22, 3123:20, 3124:17, 3126:15, 3126:18, 3127:2, 3127:11, 3127:24, 3128:11, 3128:25, 3130:22, 3131:5, 3132:2, 3133:5, 3134:11, 3134:12, 3135:5, 3137:2, 3137:14, 3137:16, 3137:25, 3138:9, 3139:22, 3140:6, 3140:13, 3143:11

**BYPASS** [2] - 3079:6, 3087:12

## C

**CA** [1] - 3052:5

**CAKE** [5] - 3081:14, 3089:10, 3090:12, 3090:23, 3090:24

**CAL** [1] - 3067:13

**CALCULATIONS** [1] - 3078:16

**CALIFORNIA** [10] - 3060:4, 3060:17, 3060:24, 3060:25, 3061:4, 3061:12, 3061:24, 3062:5, 3062:18, 3063:20

**CALL** [12] - 3055:16, 3055:17, 3072:20, 3089:19, 3094:24, 3117:23, 3121:8, 3128:5, 3129:24, 3130:18, 3133:9, 3138:24

**CALLED** [13] - 3055:4, 3058:3, 3059:15, 3059:22, 3060:4, 3060:10, 3062:6, 3062:19, 3066:7, 3066:20, 3068:18, 3124:23, 3143:11

**CALLS** [2] - 3057:20, 3142:23

**CALVIN** [1] - 3051:15

**CAME** [3] - 3085:16, 3116:14, 3121:6

**CAN** [40] - 3055:17, 3056:17, 3057:3, 3058:10, 3058:15,

3059:10, 3060:21, 3067:11, 3074:18, 3077:19, 3079:24, 3083:22, 3091:11, 3091:15, 3100:17, 3101:21, 3103:16, 3103:22, 3103:24, 3104:1, 3104:8, 3104:13, 3106:3, 3106:4, 3106:8, 3106:18, 3106:19, 3111:20, 3115:12, 3116:5, 3117:23, 3131:7, 3131:11, 3131:17, 3131:19, 3131:21, 3133:14, 3134:17, 3143:4

**CAN'T** [1] - 3141:3

**CANAL** [10] - 3050:4, 3079:6, 3086:3, 3087:14, 3096:1, 3103:15, 3103:17, 3104:20, 3116:7

**CANNOT** [2] - 3073:25, 3102:12

**CANYON** [1] - 3062:19

**CAPABILITIES** [1] - 3124:3

**CAPABLE** [1] - 3092:1

**CAPTURED** [1] - 3104:6

**CARE** [31] - 3056:9, 3056:10, 3058:13, 3064:7, 3066:23, 3073:10, 3074:16, 3074:22, 3074:23, 3076:4, 3076:7, 3076:9, 3076:14, 3077:10, 3077:15, 3086:21, 3100:10, 3122:25, 3123:14, 3123:17, 3123:25, 3124:5, 3124:9, 3124:10, 3124:19, 3124:20, 3125:12, 3125:20, 3125:22, 3125:25, 3126:8

**CAREFUL** [1] - 3140:24

**CARL** [44] - 3072:20, 3106:13, 3106:19, 3106:23, 3107:6, 3107:14, 3108:2, 3108:18, 3109:15, 3109:22, 3110:14, 3111:16, 3112:7, 3113:1, 3113:9, 3113:24, 3114:13, 3114:25, 3115:1, 3115:7, 3115:12,

3115:22, 3115:25, 3117:23, 3118:3, 3118:5, 3118:14, 3119:24, 3121:8, 3122:19, 3126:11, 3127:8, 3127:9, 3127:22, 3128:8, 3130:18, 3131:4, 3131:10, 3132:4, 3132:9, 3133:9, 3134:2, 3135:13, 3140:15

**CARLA** [1] - 3050:23

**CARONDELET** [1] - 3052:14

**CASE** [20] - 3055:14, 3056:6, 3057:16, 3061:13, 3062:7, 3062:23, 3064:1, 3065:23, 3065:25, 3066:15, 3066:22, 3067:25, 3068:17, 3069:7, 3072:15, 3072:25, 3073:2, 3089:13, 3097:9, 3107:11

**CASES** [3] - 3056:5, 3062:11, 3089:11

**CAST** [1] - 3095:11

**CAT** [3] - 3092:6, 3093:19, 3132:14

**CATEGORIES** [2] - 3094:24, 3108:21

**CATEGORY** [1] - 3072:8

**CATHY** [3] - 3053:11, 3144:11, 3144:21

**CATHY_PEPPER@ LAED.USCOURTS. GOV** [1] - 3144:23

**CAUSATION** [1] - 3073:1

**CAVITIES** [1] - 3060:2

**CCR** [2] - 3053:11, 3144:21

**CDOT** [1] - 3066:12

**CENTER** [1] - 3059:23

**CENTERS** [1] - 3135:5

**CENTRAL** [1] - 3062:18

**CERTAIN** [8] - 3066:1, 3074:17, 3084:11, 3088:19, 3090:8, 3096:11, 3142:6

**CERTAINLY** [3] - 3104:9, 3119:2, 3131:17

**CERTAINTY** [1] - 3076:3

**CERTIFICATE** [1] -

3144:9

**CERTIFICATION** [1] - 3062:22

**CERTIFIED** [4] - 3053:11, 3144:11, 3144:12, 3144:21

**CERTIFY** [2] - 3062:8, 3144:15

**CERTIFYING** [2] - 3061:20, 3062:2

**CHANCE** [1] - 3134:22

**CHANGE** [2] - 3132:6, 3132:7

**CHANGING** [1] - 3096:18

**CHANNEL** [4] - 3079:6, 3079:7, 3087:12, 3095:13

**CHAPTER** [1] - 3094:21

**CHARACTERIZATIO N** [2] - 3137:13, 3137:23

**CHARACTERIZE** [1] - 3135:15

**CHARACTERIZED** [1] - 3137:16

**CHARGE** [1] - 3061:13

**CHART** [1] - 3055:14

**CHIEF** [1] - 3078:21

**CHRISTOPHER** [2] - 3052:18, 3052:18

**CITATIONS** [2] - 3104:21, 3105:1

**CITE** [4] - 3128:6, 3128:16, 3129:3, 3133:7

**CITED** [2] - 3085:6, 3094:18

**CITING** [1] - 3136:13

**CITY** [7] - 3051:9, 3062:22, 3063:25, 3064:4, 3064:5, 3064:6, 3064:8

**CIVIL** [9] - 3050:6, 3053:6, 3058:18, 3059:20, 3059:25, 3061:17, 3075:7, 3102:22, 3102:25

**CLAIBORNE** [1] - 3118:10

**CLASSES** [3] - 3059:4, 3067:8, 3067:20

**CLASSIFICATION** [1] - 3095:2

**CLASSIFICATIONS** [1] - 3064:13

**CLASSIFIED** [1] - 3095:22

**CLAUSE** [1] - 3065:20

**CLAYMAN** [1] - 3052:17

**CLEAR** [1] - 3088:10

**CLEARLY** [3] - 3078:20, 3079:17, 3101:3

**CLERK** [9] - 3055:7, 3057:22, 3058:4, 3058:5, 3117:2, 3122:15, 3143:5, 3143:12, 3143:13

**CLIENT** [1] - 3071:10

**CLOCK** [1] - 3057:4

**CLOSER** [2] - 3104:7, 3138:22

**CLOSEST** [7] - 3090:24, 3091:2, 3091:12, 3121:1, 3121:5, 3138:18, 3139:6

**CLOUATRE** [1] - 3101:12

**CLYDE** [2] - 3060:4, 3060:10

**COAST** [1] - 3068:3

**CODE** [1] - 3125:17

**CODES** [2] - 3064:5

**COLLABORATED** [1] - 3087:1

**COLORADO** [2] - 3065:22, 3066:5

**COLUMN** [1] - 3095:15

**COME** [6] - 3061:11, 3072:23, 3085:18, 3093:21, 3098:13, 3114:21

**COMES** [2] - 3062:4, 3065:10

**COMMENCE** [2] - 3105:15, 3106:10

**COMMENT** [1] - 3098:2

**COMMENTING** [2] - 3142:2, 3142:9

**COMMENTS** [1] - 3099:13

**COMMERCIAL** [1] - 3060:7

**COMMON** [3] - 3082:14, 3088:20, 3104:25

**COMMUNICATE** [1] - 3101:17

**COMPACT** [2] - 3089:23, 3103:25

**COMPACTED** [11] - 3061:21, 3086:2, 3091:25, 3093:15,

3094:11, 3094:24, 3097:19, 3098:11, 3098:12, 3104:8, 3104:9

**COMPACTING** [3] - 3098:4, 3103:11, 3103:13

**COMPACTION** [29] - 3087:2, 3088:6, 3088:8, 3088:13, 3088:15, 3088:17, 3091:24, 3092:6, 3093:17, 3094:2, 3094:14, 3095:12, 3097:17, 3098:21, 3098:23, 3098:24, 3100:25, 3102:8, 3102:9, 3102:14, 3102:17, 3132:15, 3132:18, 3132:25, 3135:9, 3136:14, 3136:17, 3139:24, 3140:22

**COMPANY** [2] - 3059:15, 3060:4

**COMPARABLE** [1] - 3097:21

**COMPETENT** [1] - 3102:16

**COMPLETE** [8] - 3083:10, 3090:3, 3090:4, 3105:9, 3105:11, 3107:15, 3107:19, 3108:4

**COMPLETION** [8] - 3083:2, 3083:9, 3083:11, 3105:3, 3105:5, 3105:6, 3105:8, 3140:19

**COMPLIANCE** [1] - 3097:18

**COMPONENT** [3] - 3064:20, 3069:2, 3088:22

**COMPOSED** [1] - 3095:3

**COMPREHENSIVE** [3] - 3110:19, 3110:25, 3114:3

**COMPUTER** [3] - 3053:14, 3143:15, 3143:21

**CONCEPTS** [1] - 3114:16

**CONCERNED** [1] - 3073:21

**CONCERNING** [1] - 3138:14

**CONCERNS** [1] - 3099:25

CONCLUDE [2] - 3099:17, 3103:9
CONCLUDED [1] - 3066:10
CONCLUSION [3] - 3077:5, 3080:16, 3083:17
CONCRETE [3] - 3081:15, 3087:25, 3093:20
CONCURRENT [5] - 3079:8, 3079:11, 3079:12, 3085:22, 3114:17
CONDITION [2] - 3065:17, 3099:24
CONDITIONS [6] - 3065:9, 3079:21, 3080:3, 3080:6, 3088:4, 3127:3
CONDUCT [1] - 3059:17
CONDUCTED [1] - 3100:12
CONDUCTING [2] - 3061:15, 3061:18
CONFERENCE [1] - 3068:5
CONFERRED [1] - 3058:25
CONFIRM [1] - 3104:23
CONFIRMATORY [1] - 3083:5
CONFORMANCE [2] - 3104:14, 3123:11
CONGRESS [2] - 3078:11, 3079:2
CONGRESSIONAL [1] - 3078:10
CONJUNCTION [1] - 3120:15
CONNECTION [7] - 3059:1, 3070:9, 3070:13, 3073:15, 3109:25, 3115:9, 3141:22
CONOR [1] - 3053:5
CONSIDER [3] - 3084:8, 3092:17, 3141:22
CONSIDERED [3] - 3062:20, 3078:24, 3087:9
CONSISTS [1] - 3095:14
CONSOLIDATED [1] - 3050:4
CONSTITUTES [1] - 3102:2

CONSTRUCTED [4] - 3061:12, 3062:13, 3062:24, 3066:16
CONSTRUCTION [33] - 3062:9, 3062:14, 3063:8, 3064:13, 3065:7, 3065:9, 3065:12, 3067:22, 3067:23, 3075:9, 3075:16, 3077:25, 3078:11, 3083:25, 3085:10, 3089:14, 3091:22, 3094:22, 3095:2, 3095:9, 3095:16, 3102:15, 3102:19, 3102:23, 3103:1, 3103:13, 3104:7, 3117:20, 3133:10, 3133:11, 3133:13, 3138:16, 3139:13
CONSTRUING [1] - 3073:22
CONSULTANT [2] - 3065:3, 3065:5
CONSULTANTS [1] - 3060:5
CONTAIN [1] - 3084:22
CONTAINED [1] - 3084:17
CONTAMINANT [1] - 3111:12
CONTAMINATION [1] - 3083:7
CONTENT [1] - 3100:25
CONTENTS [1] - 3083:14
CONTEXT [2] - 3077:9, 3132:3
CONTINUED [3] - 3051:1, 3052:1, 3053:1
CONTINUOUSLY [1] - 3101:7
CONTRACT [45] - 3063:22, 3066:18, 3068:17, 3068:18, 3068:21, 3068:24, 3069:2, 3069:5, 3069:6, 3069:8, 3069:9, 3069:10, 3069:12, 3069:16, 3069:19, 3069:21, 3069:23, 3070:1, 3070:6, 3070:10, 3070:13, 3070:18, 3073:22, 3073:23, 3076:5, 3076:10,

3076:15, 3077:9, 3077:12, 3077:14, 3077:19, 3079:9, 3079:11, 3082:17, 3084:9, 3084:13, 3084:14, 3085:5, 3085:6, 3094:19, 3108:14, 3110:9, 3113:14, 3119:3, 3133:18
CONTRACTED [2] - 3063:23, 3067:1
CONTRACTOR [36] - 3065:13, 3065:24, 3066:20, 3076:5, 3076:10, 3076:15, 3077:11, 3086:19, 3086:21, 3090:1, 3090:7, 3093:3, 3100:1, 3100:9, 3100:11, 3103:23, 3105:12, 3107:1, 3107:7, 3108:4, 3108:7, 3108:19, 3108:20, 3108:23, 3109:4, 3109:11, 3109:24, 3110:19, 3114:21, 3122:25, 3123:6, 3125:13, 3125:16, 3125:22, 3127:12, 3141:23
CONTRACTOR'S [2] - 3088:24, 3115:8
CONTRACTORS [5] - 3065:6, 3075:12, 3078:17, 3099:23
CONTRACTS [3] - 3067:4, 3067:6, 3085:4
CONTROL [3] - 3061:19, 3075:10, 3086:1
CONTROLLED [1] - 3088:2
CONVEYED [1] - 3086:7
COORDINATED [1] - 3112:12
COPIES [1] - 3131:15
COPY [6] - 3079:13, 3083:14, 3127:6, 3131:19, 3136:11, 3136:22
COR [5] - 3067:3, 3101:13, 3102:21, 3102:24, 3105:7
CORE [1] - 3085:13
CORNER [1] - 3090:20, 3091:14, 3103:20

CORP'S [1] - 3084:5
CORPS [100] - 3059:21, 3062:24, 3067:2, 3067:17, 3070:17, 3074:22, 3075:18, 3076:5, 3076:10, 3076:15, 3076:23, 3076:25, 3077:12, 3077:16, 3078:2, 3078:6, 3078:12, 3078:15, 3078:17, 3078:21, 3078:22, 3078:24, 3079:5, 3079:12, 3079:15, 3079:20, 3080:5, 3080:14, 3081:7, 3081:9, 3081:19, 3083:16, 3084:3, 3084:16, 3085:4, 3085:9, 3085:11, 3086:10, 3086:15, 3087:1, 3088:4, 3089:18, 3090:10, 3094:20, 3095:24, 3099:3, 3099:5, 3099:24, 3100:6, 3100:12, 3100:16, 3100:20, 3100:23, 3101:4, 3101:6, 3101:10, 3101:11, 3101:15, 3101:16, 3101:17, 3101:19, 3101:20, 3102:21, 3102:25, 3103:6, 3103:9, 3104:18, 3104:24, 3105:4, 3105:7, 3105:16, 3106:25, 3107:8, 3107:12, 3113:17, 3118:2, 3119:15, 3119:20, 3120:9, 3120:15, 3120:16, 3123:13, 3123:18, 3124:1, 3124:2, 3124:11, 3124:18, 3124:19, 3125:24, 3126:15, 3126:19, 3127:15, 3128:2, 3128:25, 3133:5, 3133:13, 3133:25
CORPS' [10] - 3085:19, 3087:3, 3087:5, 3088:7, 3100:14, 3102:14, 3102:15, 3102:18, 3102:19, 3124:8
CORPS-APPROVED [1] - 3127:15
CORPS-ISSUED [1] -

3128:2
CORRECT [195] - 3068:19, 3068:20, 3068:22, 3068:24, 3068:25, 3069:3, 3069:4, 3069:8, 3069:11, 3069:13, 3069:16, 3069:19, 3069:23, 3069:24, 3070:2, 3070:3, 3070:7, 3070:10, 3070:11, 3070:14, 3070:15, 3070:18, 3070:19, 3070:21, 3070:24, 3070:25, 3071:2, 3071:3, 3071:5, 3071:6, 3071:15, 3071:16, 3071:18, 3071:19, 3071:22, 3071:23, 3072:3, 3072:4, 3072:6, 3072:13, 3072:14, 3072:16, 3073:2, 3073:3, 3073:6, 3073:7, 3073:10, 3073:11, 3073:12, 3073:15, 3073:16, 3073:18, 3097:2, 3100:14, 3106:16, 3106:21, 3107:1, 3107:2, 3107:4, 3107:5, 3107:17, 3107:23, 3108:1, 3108:5, 3108:14, 3108:16, 3108:23, 3108:24, 3109:7, 3109:12, 3109:17, 3109:21, 3111:2, 3111:4, 3111:10, 3111:14, 3111:18, 3111:19, 3112:9, 3112:10, 3112:17, 3112:20, 3112:21, 3113:3, 3113:4, 3113:5, 3113:16, 3113:18, 3113:23, 3114:5, 3114:11, 3115:3, 3115:6, 3115:10, 3115:11, 3115:23, 3115:24, 3117:9, 3117:13, 3117:14, 3117:16, 3117:17, 3117:19, 3117:22, 3118:3, 3118:4, 3118:12, 3118:13, 3119:1, 3119:7, 3119:8, 3119:9, 3119:13, 3119:16, 3120:7, 3120:8, 3120:11, 3120:14,

3120:18, 3120:19, 3120:21, 3120:22, 3120:24, 3120:25, 3121:3, 3121:6, 3121:7, 3122:8, 3122:11, 3122:12, 3123:4, 3123:14, 3123:17, 3125:10, 3125:11, 3125:14, 3125:20, 3125:21, 3125:23, 3126:5, 3126:6, 3126:16, 3126:19, 3126:22, 3127:20, 3127:21, 3128:13, 3128:17, 3128:18, 3129:1, 3129:2, 3129:4, 3129:5, 3129:6, 3129:8, 3129:13, 3129:15, 3130:4, 3130:5, 3130:15, 3130:17, 3130:19, 3131:6, 3132:7, 3132:8, 3132:11, 3132:17, 3133:1, 3133:2, 3133:7, 3133:8, 3133:11, 3133:12, 3133:14, 3133:17, 3134:5, 3134:12, 3134:13, 3134:15, 3134:16, 3135:5, 3135:6, 3135:10, 3135:11, 3135:16, 3135:17, 3136:10, 3136:18, 3136:21, 3137:8, 3138:2, 3138:12, 3138:13, 3138:19, 3144:15

**CORRECTED** [1] - 3101:11

**CORRECTIONS** [2] - 3121:12, 3122:10

**CORRECTIVE** [3] - 3115:18, 3115:19, 3116:1

**CORRECTLY** [1] - 3137:3

**COUGHING** [2] - 3143:1, 3143:2

**COULD** [38] - 3055:12, 3055:18, 3055:19, 3061:8, 3063:4, 3063:6, 3064:5, 3065:18, 3072:20, 3096:1, 3101:11, 3106:13, 3106:23, 3107:6, 3108:2, 3111:16, 3113:1, 3114:25, 3115:1,

3118:5, 3118:14, 3119:24, 3121:8, 3126:11, 3127:6, 3127:8, 3128:8, 3129:14, 3130:18, 3131:10, 3132:9, 3133:9, 3134:2, 3134:8, 3141:5, 3141:6, 3143:14, 3143:25

**COUNSEL** [6] - 3068:12, 3075:2, 3077:6, 3137:14, 3137:16, 3141:15

**COUNSELOR** [1] - 3136:3

**COUNTY** [1] - 3064:5

**COUPLE** [7] - 3063:14, 3082:1, 3085:18, 3085:23, 3089:19, 3103:12, 3141:6

**COURSE** [11] - 3062:2, 3062:9, 3063:8, 3065:12, 3066:4, 3067:12, 3067:13, 3067:16, 3067:18, 3073:24

**COURSES** [4] - 3059:7, 3059:9, 3067:17, 3067:22

**COURT** [95] - 3050:1, 3053:11, 3055:4, 3055:7, 3055:9, 3055:12, 3055:16, 3055:20, 3055:24, 3056:5, 3056:8, 3056:14, 3057:3, 3057:13, 3058:10, 3058:15, 3059:10, 3061:8, 3061:10, 3068:12, 3074:2, 3074:4, 3074:10, 3074:17, 3075:2, 3077:6, 3077:13, 3078:19, 3084:1, 3085:6, 3085:18, 3086:14, 3089:16, 3093:7, 3095:6, 3096:4, 3096:9, 3096:16, 3096:20, 3096:24, 3097:6, 3097:11, 3097:14, 3098:9, 3098:17, 3101:14, 3102:12, 3105:14, 3105:22, 3105:24, 3105:25, 3116:24, 3117:1, 3117:2, 3117:4, 3122:13, 3124:12,

3128:19, 3131:17, 3131:20, 3136:23, 3137:12, 3137:17, 3137:23, 3138:5, 3138:25, 3139:5, 3139:8, 3139:18, 3140:4, 3140:9, 3141:8, 3141:11, 3141:15, 3141:17, 3141:21, 3141:23, 3141:25, 3142:4, 3142:11, 3142:15, 3142:22, 3142:25, 3143:16, 3143:18, 3143:22, 3144:1, 3144:3, 3144:4, 3144:5, 3144:12, 3144:13, 3144:14, 3144:22, 3144:23

**CREATE** [1] - 3094:8

**CRONIN** [1] - 3052:19

**CROSS** [5] - 3054:10, 3056:3, 3105:19, 3106:14, 3124:13

**CROSS-EXAMINATION** [3] - 3054:10, 3106:14, 3124:13

**CROSS-EXAMINE** [1] - 3056:3

**CRR** [2] - 3053:11, 3144:21

**CURIOUS** [1] - 3095:23

**CURRENT** [2] - 3056:22, 3060:15

**CURRENTLY** [1] - 3087:17

**CUTOFF** [1] - 3097:9

**CUTTING** [1] - 3120:5

# D

**D.C** [1] - 3053:8

**D5** [3] - 3092:6, 3093:19, 3132:14

**DAILY** [8] - 3093:10, 3094:10, 3100:12, 3101:8, 3101:15, 3101:16, 3101:17, 3141:2

**DALLAS** [1] - 3050:25

**DAM** [11] - 3059:18, 3061:12, 3061:15, 3062:15, 3062:18, 3062:19, 3062:20, 3063:11, 3063:12

**DAMAGES** [1] - 3065:20

**DAMS** [5] - 3060:1, 3062:17, 3063:4, 3067:19, 3071:20

**DATA** [7] - 3066:9, 3107:8, 3110:21, 3111:11, 3114:7, 3114:11

**DATE** [1] - 3130:21

**DATED** [3] - 3105:6, 3105:8, 3130:21

**DAVID** [5] - 3054:6, 3057:20, 3058:2, 3058:7

**DAY** [5] - 3050:11, 3052:16, 3105:1, 3106:3, 3140:23

**DAYS** [1] - 3141:6

**DC** [1] - 3052:20

**DDR** [3] - 3079:4, 3080:1, 3084:19

**DEAL** [2] - 3114:11, 3141:8

**DEBRA** [1] - 3052:17

**DECEMBER** [2] - 3111:19, 3112:5

**DECIDE** [1] - 3137:23

**DECIDED** [2] - 3055:17, 3066:6

**DEEP** [2] - 3089:8, 3100:3, 3132:21

**DEFECTIVE** [1] - 3065:8

**DEFENDANTS** [4] - 3055:19, 3055:20, 3056:3, 3056:24

**DEFENDANTS'** [1] - 3056:23

**DEFENSE** [1] - 3141:23

**DEFICIENCIES** [4] - 3103:7, 3104:24, 3105:2, 3105:11

**DEFICIENT** [1] - 3101:12

**DEFINABLE** [2] - 3120:20, 3120:23

**DEFINE** [1] - 3085:12

**DEFINED** [6] - 3080:18, 3081:24, 3082:3, 3082:20, 3099:21, 3112:15

**DEGRAVELLES** [1] - 3051:3

**DEGREE** [6] - 3058:24, 3059:1, 3059:2, 3059:8, 3076:2, 3091:25

**DELEGATE** [1] - 3077:1

**DELEGATES** [1] -

3078:20

**DELINEATES** [1] - 3118:12

**DELIVERY** [10] - 3069:6, 3069:10, 3080:19, 3080:23, 3081:1, 3109:6, 3109:8, 3110:4, 3111:4, 3111:8

**DEMAND** [1] - 3100:13

**DEMOLITION** [11] - 3076:6, 3076:16, 3077:23, 3083:2, 3093:21, 3110:11, 3110:13, 3110:21, 3114:4, 3114:10, 3130:22

**DEMONSTRATE** [1] - 3108:20

**DENHAM** [1] - 3051:16

**DENNIS** [2] - 3083:24, 3117:18

**DENSER** [3] - 3102:8, 3136:15, 3136:18

**DENSITIES** [2] - 3087:16, 3087:17

**DENSITY** [10] - 3086:3, 3088:16, 3088:24, 3090:9, 3092:14, 3093:1, 3093:6, 3097:20, 3098:5, 3098:19

**DENVER** [1] - 3065:22

**DENY** [1] - 3136:5

**DEPARTMENT** [4] - 3053:3, 3066:5, 3066:18, 3116:4

**DEPICTED** [1] - 3091:6

**DEPOSITION** [24] - 3068:23, 3069:1, 3069:18, 3069:22, 3069:25, 3070:4, 3070:8, 3070:12, 3071:8, 3071:13, 3071:24, 3072:20, 3072:25, 3073:8, 3083:16, 3085:9, 3088:8, 3098:7, 3101:10, 3119:14, 3119:18, 3119:25, 3128:16, 3128:19

**DEPOSITIONS** [1] - 3075:21

**DEPOSITS** [1] - 3088:2

**DEPRESSED** [1] - 3092:10

**DEPRESSIONS** [3] - 3098:7, 3098:9, 3098:12

**DEPTH** [11] - 3089:9, 3089:11, 3096:4, 3096:15, 3096:16, 3096:18, 3096:20, 3116:8, 3116:18, 3116:20, 3122:11

**DEPUTY** [6] - 3055:7, 3057:22, 3058:5, 3117:2, 3143:5, 3143:13

**DESCRIBE** [6] - 3058:15, 3061:8, 3067:11, 3078:1, 3097:6, 3114:20

**DESCRIBED** [3] - 3064:12, 3071:10, 3139:25

**DESCRIBES** [2] - 3098:25, 3102:10

**DESCRIBING** [1] - 3081:6

**DESIGN** [14] - 3060:6, 3060:12, 3061:17, 3062:12, 3064:20, 3065:13, 3066:17, 3066:23, 3075:8, 3078:14, 3079:15, 3079:25, 3084:13, 3095:25

**DESIGN-BUILD** [2] - 3065:13, 3066:17

**DESIGNATED** [6] - 3083:23, 3085:9, 3093:22, 3098:6, 3101:9, 3101:10

**DESIGNED** [1] - 3063:2

**DESIGNING** [1] - 3089:6

**DESIGNS** [3] - 3107:9, 3125:7

**DESIRABLE** [1] - 3094:8

**DESPITE** [2] - 3079:10, 3104:5

**DETAIL** [1] - 3099:15

**DETAILED** [6] - 3062:7, 3082:4, 3085:15, 3099:5, 3099:11, 3112:20

**DETAILS** [3] - 3069:23, 3112:25, 3116:19

**DETECT** [1] - 3060:2

**DETERMINE** [1] - 3111:13

**DEVELOP** [5] -

3065:19, 3114:15, 3115:8, 3119:11, 3127:12

**DEVELOPED** [4] - 3066:3, 3066:11, 3126:23, 3127:14

**DEVELOPING** [3] - 3061:16, 3064:18, 3087:1

**DEVELOPMENT** [8] - 3059:23, 3067:7, 3070:5, 3070:9, 3082:3, 3087:10, 3087:21, 3112:16

**DID** [33] - 3056:12, 3059:3, 3059:5, 3063:24, 3064:12, 3064:15, 3066:22, 3066:24, 3070:4, 3071:7, 3072:17, 3073:14, 3080:7, 3084:2, 3084:23, 3093:18, 3094:19, 3098:7, 3099:25, 3100:2, 3100:14, 3102:13, 3111:1, 3116:13, 3117:8, 3121:12, 3127:16, 3127:17, 3133:19, 3140:4, 3140:7, 3140:19, 3141:12

**DIDN'T** [12] - 3056:18, 3069:22, 3069:25, 3070:8, 3070:12, 3079:13, 3098:9, 3105:17, 3134:22, 3138:1, 3138:2, 3142:15

**DIFFERENCE** [2] - 3088:10, 3098:14

**DIFFERENT** [7] - 3056:8, 3065:8, 3067:5, 3077:10, 3079:15, 3110:4, 3137:8

**DIFFERING** [1] - 3065:17

**DIFFERS** [1] - 3074:19

**DIFFICULT** [2] - 3057:11, 3142:5

**DIRE** [2] - 3054:7, 3058:8

**DIRECT** [6] - 3054:9, 3074:13, 3128:23, 3130:14, 3134:14, 3135:14

**DIRECTED** [2] - 3134:12, 3135:5

**DIRECTION** [4] - 3056:14, 3100:22,

3101:4, 3116:10

**DIRECTIVES** [3] - 3076:15, 3086:23, 3100:9

**DIRECTLY** [1] - 3096:1

**DIRECTOR** [2] - 3060:18, 3064:2

**DISAGREE** [3] - 3123:23, 3125:15, 3140:1

**DISCUSS** [1] - 3106:7

**DISCUSSING** [1] - 3077:9

**DISCUSSION** [2] - 3079:4, 3092:14

**DISPLAY** [1] - 3122:9

**DISPLAYED** [2] - 3058:17, 3133:17

**DISTANCE** [9] - 3090:24, 3091:2, 3091:12, 3091:16, 3096:11, 3096:14, 3096:15, 3139:6

**DISTRACTING** [1] - 3143:3

**DISTRICT** [7] - 3050:1, 3050:1, 3050:12, 3078:21, 3144:14, 3144:23

**DISTURBANCE** [1] - 3094:6

**DISTURBED** [1] - 3097:22

**DIVERSE** [1] - 3064:10

**DIVISION** [3] - 3053:6, 3085:14, 3102:15

**DIVISIONS** [1] - 3103:1

**DO** [73] - 3055:17, 3055:19, 3055:20, 3055:24, 3057:15, 3057:21, 3057:23, 3058:1, 3059:16, 3060:19, 3060:20, 3063:22, 3066:1, 3071:7, 3072:17, 3073:14, 3076:18, 3080:20, 3084:3, 3084:23, 3085:15, 3086:5, 3086:9, 3088:23, 3089:1, 3090:7, 3091:18, 3094:23, 3096:4, 3096:13, 3101:24, 3107:9, 3107:10, 3108:21, 3109:2, 3110:1, 3110:3, 3110:15, 3110:17,

3110:22, 3110:24, 3111:25, 3113:9, 3114:10, 3116:11, 3116:12, 3121:20, 3121:25, 3122:2, 3122:4, 3122:5, 3122:6, 3122:14, 3122:25, 3123:2, 3125:10, 3128:2, 3128:4, 3129:19, 3131:9, 3132:7, 3133:5, 3136:5, 3136:24, 3138:25, 3140:16, 3140:17, 3140:22, 3143:6, 3143:9, 3143:23, 3144:1, 3144:14

**DOCUMENT** [14] - 3078:24, 3080:13, 3094:19, 3099:8, 3118:15, 3122:13, 3126:15, 3130:23, 3131:1, 3131:2, 3131:11, 3131:14, 3131:16, 3134:17

**DOCUMENTS** [19] - 3075:14, 3078:5, 3080:1, 3080:15, 3084:8, 3084:12, 3084:21, 3084:24, 3094:4, 3098:15, 3103:9, 3110:1, 3110:19, 3116:15, 3121:12, 3127:2, 3128:25, 3133:21, 3138:14

**DOES** [12] - 3073:17, 3074:17, 3092:1, 3093:6, 3097:6, 3104:20, 3108:10, 3108:22, 3120:9, 3126:7, 3128:19, 3141:25

**DOESN'T** [6] - 3088:16, 3106:8, 3108:11, 3108:16, 3108:17, 3112:2

**DOING** [7] - 3095:18, 3103:22, 3110:12, 3119:10, 3126:4, 3129:24, 3143:3

**DON'T** [24] - 3055:11, 3055:20, 3057:8, 3057:12, 3070:22, 3077:3, 3096:22, 3096:23, 3113:19, 3116:16, 3116:19, 3119:24, 3120:10, 3122:13, 3124:9, 3124:14, 3127:7,

3131:1, 3136:7, 3136:11, 3136:22, 3136:23, 3137:15, 3143:19

**DONE** [23] - 3057:15, 3066:21, 3069:18, 3070:16, 3070:23, 3071:4, 3071:14, 3071:24, 3072:5, 3078:4, 3078:17, 3079:8, 3094:21, 3098:10, 3099:19, 3100:17, 3105:13, 3111:3, 3113:15, 3113:18, 3113:21, 3127:19, 3142:19

**DOWN** [15] - 3074:25, 3089:9, 3089:10, 3091:8, 3097:7, 3107:14, 3112:19, 3115:12, 3120:1, 3131:5, 3134:20, 3135:7, 3140:10, 3142:22

**DOZER** [11] - 3092:6, 3093:19, 3102:5, 3103:16, 3104:6, 3104:13, 3104:17, 3132:15, 3132:16, 3135:20, 3135:25

**DOZERS** [1] - 3092:7

**DR** [25] - 3056:15, 3057:20, 3058:10, 3061:8, 3067:8, 3068:9, 3068:15, 3072:20, 3074:9, 3074:15, 3074:16, 3074:20, 3074:21, 3074:25, 3084:5, 3084:6, 3106:1, 3106:16, 3117:8, 3124:8, 3124:9, 3136:21, 3137:15, 3142:19, 3143:20

**DRAFT** [2] - 3127:12, 3133:23

**DRAFTING** [1] - 3069:15

**DRAIN** [3] - 3086:3, 3092:10, 3093:20

**DRAINAGE** [2] - 3092:4, 3094:9

**DRAWING** [1] - 3099:12

**DREDGE** [3] - 3087:14, 3095:12, 3095:24

**DREDGED** [2] - 3088:3, 3097:21

**DRILL** [1] - 3059:16

**DROP** [2] - 3094:1, 3100:24
**DROPPING** [1] - 3100:23
**DRY** [2] - 3062:19, 3087:16
**DUDENHEFER** [2] - 3051:11, 3051:11
**DULY** [2] - 3058:3, 3143:11
**DUMP** [2] - 3098:22, 3098:23
**DUMPED** [1] - 3095:11
**DUMPING** [1] - 3087:23
**DUPLICATIVE** [1] - 3074:18
**DURATION** [2] - 3110:20, 3114:4
**DURING** [10] - 3057:10, 3065:7, 3065:12, 3072:13, 3073:24, 3078:3, 3082:3, 3100:7, 3112:16, 3137:18
**DUVAL** [1] - 3050:12
**DX-02649** [4] - 3121:8, 3121:15, 3121:20, 3122:14
**DX-DM-0008** [1] - 3141:20

# E

**E-MAIL** [6] - 3085:17, 3085:21, 3085:24, 3086:5, 3101:25, 3129:18
**EACH** [7] - 3056:3, 3076:19, 3076:21, 3091:20, 3093:19, 3101:4
**EARLIER** [1] - 3103:21
**EARLY** [2] - 3106:1, 3106:2
**EARTH** [11] - 3062:5, 3062:10, 3064:13, 3064:18, 3065:3, 3066:2, 3066:17, 3073:10, 3075:10, 3075:13, 3081:10
**EARTHWORK** [2] - 3088:21, 3103:8
**EAST** [10] - 3079:6, 3110:15, 3116:6, 3116:7, 3118:11, 3138:15, 3138:18, 3138:21, 3139:12,

3140:16
**EASTERLY** [1] - 3116:10
**EASTERN** [3] - 3050:1, 3118:12, 3144:14
**EBIA** [17] - 3058:14, 3077:24, 3080:6, 3080:10, 3083:21, 3083:22, 3084:4, 3084:18, 3087:4, 3087:9, 3087:13, 3088:1, 3095:4, 3095:14, 3102:4, 3135:19, 3135:25
**ECHSNER** [1] - 3051:22
**EDGE** [2] - 3090:25, 3139:14
**EDUCATION** [2] - 3067:21, 3075:6
**EDUCATIONAL** [1] - 3058:15
**EFFECTIVE** [1] - 3112:13
**EFFECTS** [2] - 3084:11, 3099:18
**EFFORT** [3] - 3092:6, 3132:15, 3136:20
**EIGHT** [3] - 3061:7, 3130:1, 3130:2
**EIGHT-HOUR** [1] - 3061:7
**EITHER** [7] - 3085:15, 3088:14, 3092:18, 3097:4, 3114:23, 3117:12, 3130:8
**ELECTIVES** [1] - 3059:6
**ELECTRICAL** [2] - 3082:11, 3113:12
**ELEMENT** [4] - 3066:17, 3111:5, 3111:7, 3119:21
**ELEMENTS** [1] - 3119:13
**ELEVATION** [3] - 3087:11, 3092:25, 3100:24
**ELEVATIONS** [1] - 3116:10
**ELLIPSIS** [1] - 3110:12
**ELMO** [1] - 3122:9
**ELWOOD** [2] - 3051:7, 3051:8
**EM** [1] - 3097:18
**EM'S** [4] - 3085:1, 3085:3, 3085:5, 3085:6

**EMBANKMENT** [1] - 3066:2
**EMPHASIS** [2] - 3109:8, 3110:3
**EMPIRICAL** [1] - 3125:4
**EMPLOYEE** [3] - 3059:21, 3067:2, 3103:1
**ENCROACH** [1] - 3106:8
**END** [5] - 3061:24, 3093:22, 3098:4, 3103:20, 3106:3
**ENDS** [1] - 3110:10
**ENERGY** [2] - 3094:2, 3100:23
**ENGINEER** [31] - 3059:20, 3059:25, 3060:5, 3060:17, 3060:18, 3060:22, 3060:24, 3061:13, 3061:17, 3064:22, 3075:7, 3075:8, 3076:24, 3077:12, 3077:17, 3078:6, 3078:18, 3079:18, 3084:10, 3089:15, 3099:23, 3102:22, 3102:25, 3103:4, 3109:2, 3109:5, 3109:12, 3114:21, 3117:16, 3124:6, 3125:13
**ENGINEERING** [93] - 3058:12, 3058:18, 3058:19, 3058:20, 3058:21, 3059:3, 3059:11, 3059:12, 3059:14, 3059:15, 3059:23, 3061:1, 3061:4, 3061:6, 3063:16, 3067:9, 3067:13, 3067:14, 3068:9, 3074:9, 3076:3, 3076:8, 3076:25, 3077:18, 3078:3, 3078:15, 3078:19, 3078:20, 3078:21, 3079:22, 3080:3, 3080:9, 3080:12, 3080:25, 3081:18, 3082:4, 3082:11, 3082:20, 3082:21, 3083:13, 3083:19, 3084:3, 3084:7, 3084:25, 3085:1, 3085:3, 3085:14, 3086:10, 3086:13, 3087:3,

3088:2, 3088:21, 3094:17, 3094:20, 3098:25, 3099:18, 3102:9, 3103:1, 3108:3, 3109:6, 3109:24, 3110:6, 3110:12, 3111:24, 3112:1, 3112:20, 3112:24, 3113:12, 3113:13, 3114:18, 3114:19, 3114:20, 3118:24, 3123:17, 3123:19, 3123:22, 3123:25, 3124:3, 3124:4, 3125:12, 3125:16, 3125:17, 3125:18, 3125:20, 3125:25, 3126:4, 3126:8, 3126:9, 3126:10, 3126:13, 3128:1
**ENGINEERS** [23] - 3059:21, 3062:24, 3063:21, 3067:2, 3067:17, 3074:22, 3078:13, 3081:9, 3083:21, 3085:3, 3086:15, 3086:16, 3089:18, 3090:11, 3094:20, 3095:24, 3101:19, 3113:17, 3117:13, 3119:20, 3120:16, 3123:18, 3124:3
**ENSURE** [1] - 3109:5
**ENTERED** [1] - 3119:8
**ENTIRE** [3] - 3095:13, 3130:23, 3131:14
**ENTIRELY** [2] - 3071:6, 3130:5
**ENTITLED** [5] - 3056:16, 3067:14, 3067:18, 3094:21, 3144:17
**ENTITY** [1] - 3073:17
**ENVIRONMENTAL** [9] - 3068:18, 3076:6, 3076:17, 3082:24, 3103:2, 3116:4, 3118:23, 3118:24, 3126:9
**EQUIPMENT** [4] - 3088:19, 3092:1, 3104:4, 3135:3
**EQUIVALENT** [1] - 3067:3
**ER** [1] - 3085:1
**ER'S** [3] - 3085:2, 3085:4, 3085:5
**ER-1110-2-1150** [1] -

3078:18
**ERDC** [6] - 3059:22, 3068:1, 3068:2, 3072:8, 3073:12, 3073:14
**ERIC** [4] - 3134:7, 3134:20, 3135:7, 3135:12
**ERODED** [1] - 3142:6
**ESPECIALLY** [2] - 3065:20, 3082:14
**ESQ** [6] - 3051:4, 3051:11, 3052:7, 3052:18, 3052:18, 3053:4
**ESQUIRE** [21] - 3050:16, 3050:19, 3050:23, 3050:23, 3051:8, 3051:15, 3051:18, 3051:22, 3052:3, 3052:12, 3052:12, 3052:13, 3052:13, 3052:17, 3052:17, 3052:19, 3052:19, 3053:4, 3053:5, 3053:5, 3053:6
**ESSENCE** [1] - 3119:10
**ESSENTIAL** [2] - 3082:2, 3112:15
**ESSENTIALLY** [8] - 3059:16, 3064:3, 3077:24, 3089:14, 3096:7, 3115:18, 3116:9, 3132:5
**ESTIMATE** [1] - 3132:23
**ETCETERA** [1] - 3110:1
**ETHICS** [1] - 3125:17
**EVALUATE** [4] - 3056:17, 3066:21, 3102:16, 3120:14
**EVALUATED** [2] - 3078:23, 3079:5
**EVALUATING** [3] - 3070:13, 3075:12, 3084:10
**EVALUATION** [11] - 3060:1, 3060:9, 3065:2, 3068:2, 3071:25, 3078:22, 3079:25, 3084:15, 3084:23, 3129:4, 3129:6
**EVALUATIONS** [4] - 3078:16, 3085:13, 3099:18, 3099:20
**EVEN** [5] - 3078:4,

3079:13, 3082:21,
3093:4, 3095:23
**EVENT** [1] - 3093:12
**EVER** [5] - 3069:25,
3070:5, 3070:8,
3070:12, 3073:9
**EVERY** [6] - 3057:16,
3074:6, 3075:16,
3075:17, 3101:18,
3104:25
**EVERYBODY'S** [1] -
3106:9
**EVERYTHING** [1] -
3097:16
**EVIDENCE** [9] -
3078:5, 3086:4,
3107:11, 3116:13,
3119:15, 3121:2,
3125:4, 3140:22,
3141:20
**EXAM** [1] - 3061:7
**EXAMINATION** [29] -
3054:7, 3054:8,
3054:9, 3054:10,
3058:8, 3068:13,
3074:13, 3106:14,
3117:6, 3117:25,
3118:7, 3118:16,
3120:3, 3121:9,
3121:17, 3122:16,
3122:21, 3124:13,
3124:16, 3127:10,
3127:23, 3128:10,
3132:1, 3137:1,
3137:24, 3138:8,
3139:21, 3140:5,
3140:12
**EXAMINATIONS** [1] -
3054:3
**EXAMINE** [1] - 3056:3
**EXAMINED** [2] -
3058:4, 3143:12
**EXAMPLE** [9] -
3073:4, 3089:4,
3099:6, 3104:10,
3104:22, 3104:25,
3113:21, 3129:3,
3135:18
**EXAMPLES** [1] -
3091:21
**EXCAVATE** [1] -
3092:20
**EXCAVATED** [4] -
3087:11, 3090:2,
3092:4, 3132:13
**EXCAVATING** [3] -
3065:14, 3103:6,
3103:10
**EXCAVATION** [13] -
3089:4, 3090:1,

3090:23, 3090:25,
3091:14, 3092:17,
3095:13, 3096:2,
3104:12, 3134:10,
3134:14, 3138:19,
3141:9
**EXCAVATIONS** [36] -
3076:10, 3076:16,
3081:10, 3081:15,
3086:1, 3086:2,
3086:11, 3087:21,
3088:7, 3089:8,
3089:21, 3090:13,
3091:5, 3091:16,
3091:23, 3092:2,
3094:9, 3095:18,
3095:19, 3095:21,
3096:10, 3098:8,
3100:2, 3100:3,
3101:22, 3102:4,
3121:21, 3121:25,
3135:19, 3135:24,
3137:6, 3138:23,
3139:1, 3139:9,
3139:15
**EXCAVATOR** [4] -
3089:23, 3102:6,
3135:21, 3136:1
**EXCAVATORS** [1] -
3093:25
**EXCEEDED** [1] -
3097:25
**EXCEPT** [1] - 3071:20
**EXCLUDED** [1] -
3084:16
**EXCUSE** [2] -
3137:12, 3143:1
**EXECUTION** [2] -
3082:7, 3112:13
**EXECUTIONS** [1] -
3112:24
**EXHIBIT** [5] - 3090:18,
3091:4, 3109:15,
3133:16, 3134:5
**EXIST** [1] - 3063:1
**EXISTED** [1] - 3087:24
**EXISTING** [6] -
3079:6, 3086:3,
3093:6, 3093:11,
3093:13, 3097:21
**EXPECT** [1] - 3123:12
**EXPECTATIONS** [4] -
3087:5, 3100:15,
3100:18, 3100:19
**EXPECTED** [3] -
3080:11, 3084:12,
3126:12
**EXPENSIVE** [1] -
3114:24
**EXPERIENCE** [22] -

3059:11, 3059:13,
3061:5, 3062:15,
3062:21, 3066:25,
3073:25, 3075:7,
3075:11, 3077:16,
3078:2, 3080:15,
3082:14, 3085:4,
3087:3, 3098:12,
3100:16, 3103:2,
3103:8, 3105:12,
3108:20
**EXPERIENCED** [3] -
3102:22, 3117:12,
3117:16
**EXPERIENCING** [2] -
3093:16, 3094:13
**EXPERIMENT** [3] -
3059:19, 3059:24,
3060:3
**EXPERIMENTATION**
[1] - 3059:22
**EXPERT** [10] -
3061:10, 3068:9,
3073:9, 3074:1,
3074:9, 3075:20,
3084:5, 3121:13,
3123:20
**EXPERTISE** [2] -
3058:11, 3058:12
**EXPERTS** [2] -
3056:23, 3075:22
**EXPONENT** [2] -
3060:16, 3073:17
**EXPOSED** [1] - 3083:4
**EXPRESS** [1] -
3107:19
**EXPRESSED** [1] -
3107:15
**EXTENSIVE** [1] -
3088:4
**EXTENT** [1] - 3119:6

---

# F

**FACILITIES** [3] -
3060:7, 3060:13,
3067:23
**FACILITY** [2] - 3062:6,
3065:11
**FACT** [13] - 3056:22,
3066:10, 3066:11,
3075:22, 3079:11,
3082:21, 3087:16,
3101:19, 3104:8,
3104:12, 3105:1,
3123:22, 3133:21
**FAILED** [3] - 3063:8,
3066:19, 3090:22
**FAILURE** [8] -

3060:16, 3063:3,
3063:9, 3063:10,
3063:12, 3063:13,
3073:1, 3075:9
**FAILURES** [2] -
3065:9, 3072:13
**FAIR** [1] - 3105:16
**FAIRLY** [2] - 3062:5,
3078:9
**FALL** [1] - 3072:8
**FAMILIAR** [4] -
3115:15, 3124:23,
3131:25, 3141:25
**FAR** [2] - 3096:24,
3133:14
**FAR'S** [1] - 3085:5
**FARRELL** [1] -
3052:18
**FAST** [4] - 3114:17,
3140:8, 3140:9,
3140:11
**FAYARD** [2] -
3051:14, 3051:15
**FEATURES** [4] -
3085:23, 3099:4,
3120:20, 3120:23
**FEDERAL** [3] -
3060:1, 3076:6,
3076:11
**FEEL** [2] - 3123:10
**FEET** [21] - 3087:13,
3089:10, 3089:11,
3091:1, 3091:2,
3091:12, 3091:13,
3096:21, 3101:1,
3116:9, 3116:10,
3116:18, 3121:3,
3121:4, 3121:6,
3122:11, 3132:22,
3132:24, 3139:6,
3139:10, 3139:11
**FEMA** [2] - 3062:23,
3063:2
**FENCE** [2] - 3139:13
**FEW** [3] - 3055:10,
3064:16, 3094:4
**FIELD** [6] - 3061:15,
3061:18, 3061:19,
3061:25, 3101:15,
3103:2
**FIELDS** [2] - 3061:20,
3062:3
**FILE** [1] - 3121:16
**FILL** [20] - 3087:12,
3087:14, 3087:20,
3088:3, 3092:12,
3093:13, 3095:6,
3095:10, 3095:11,
3095:12, 3095:24,
3096:1, 3096:3,

3097:24, 3098:14,
3099:1, 3101:21,
3102:10, 3103:17
**FILLED** [2] - 3110:22,
3114:8
**FILLING** [1] - 3093:20
**FILLS** [8] - 3095:16,
3095:17, 3095:19,
3095:21, 3095:22,
3096:3, 3096:7,
3097:19
**FINAL** [9] - 3061:20,
3064:23, 3064:25,
3078:22, 3079:25,
3090:10, 3111:20,
3127:13, 3133:18
**FINALIZE** [1] -
3061:17
**FINALIZED** [1] -
3134:1
**FINALLY** [7] -
3066:11, 3100:10,
3102:9, 3103:5,
3105:7, 3118:14,
3138:10
**FIND** [3] - 3084:2,
3111:13, 3114:22
**FINDS** [1] - 3128:19
**FINE** [3] - 3130:10,
3141:10
**FIRE** [2] - 3082:10,
3113:12
**FIRES** [1] - 3064:9
**FIRM** [14] - 3050:19,
3051:11, 3051:18,
3052:3, 3060:10,
3060:16, 3073:17,
3076:8, 3123:17,
3123:19, 3123:22,
3123:25, 3124:4,
3125:17
**FIRST** [19] - 3055:11,
3058:3, 3064:17,
3078:1, 3085:2,
3085:25, 3086:25,
3090:19, 3105:21,
3106:16, 3109:18,
3111:5, 3111:7,
3111:16, 3115:19,
3116:1, 3120:5,
3122:20, 3143:11
**FL** [1] - 3051:23
**FLAT** [1] - 3103:23
**FLEET** [1] - 3062:6
**FLOOD** [5] - 3062:23,
3071:21, 3075:9,
3079:23, 3080:10
**FLOODWALL** [17] -
3072:12, 3079:20,
3090:21, 3091:2,

3091:13, 3091:17, 3102:23, 3104:19, 3116:7, 3116:19, 3118:11, 3126:1, 3138:19, 3139:7, 3139:14, 3139:15
**FLOODWALLS** [3] - 3084:4, 3084:11, 3099:19
**FLORIDA** [2] - 3051:15, 3118:10
**FLOW** [2] - 3116:6, 3116:9
**FOCUS** [6] - 3074:19, 3074:23, 3076:1, 3094:23, 3095:7
**FOLLOW** [5] - 3059:16, 3100:9, 3102:13, 3123:8, 3136:24
**FOLLOWING** [3] - 3078:5, 3080:15, 3127:13
**FOLLOWS** [2] - 3058:4, 3143:12
**FOOT** [2] - 3104:3, 3116:13
**FOR** [129] - 3050:15, 3052:11, 3053:3, 3055:11, 3057:16, 3058:6, 3058:15, 3058:23, 3059:15, 3059:17, 3060:4, 3060:6, 3061:8, 3061:16, 3062:1, 3062:6, 3062:12, 3062:23, 3063:24, 3064:4, 3064:8, 3064:13, 3064:18, 3064:19, 3066:1, 3066:12, 3066:23, 3067:3, 3067:4, 3067:12, 3067:21, 3068:2, 3069:21, 3070:1, 3071:20, 3071:21, 3072:1, 3072:25, 3073:4, 3073:17, 3074:19, 3075:4, 3075:24, 3076:9, 3076:14, 3076:19, 3076:21, 3076:25, 3077:11, 3077:18, 3078:3, 3078:6, 3078:13, 3079:19, 3080:7, 3080:15, 3081:6, 3081:8, 3081:10, 3084:10, 3085:3, 3085:12, 3085:25, 3086:11, 3086:17,

3086:21, 3086:24, 3087:2, 3087:5, 3088:6, 3088:17, 3089:4, 3089:6, 3090:12, 3091:21, 3092:21, 3093:13, 3095:16, 3096:3, 3097:3, 3097:10, 3097:24, 3099:2, 3099:3, 3099:13, 3099:16, 3100:3, 3100:5, 3100:8, 3100:11, 3102:20, 3103:5, 3105:10, 3107:1, 3107:3, 3107:12, 3108:3, 3113:21, 3115:5, 3116:21, 3116:22, 3117:18, 3118:2, 3118:3, 3118:19, 3119:10, 3119:13, 3120:20, 3122:25, 3124:6, 3126:24, 3127:13, 3129:3, 3129:14, 3129:16, 3130:25, 3132:3, 3132:10, 3132:19, 3135:4, 3135:18, 3135:22, 3138:17, 3141:19, 3143:15, 3144:13
**FOREGOING** [1] - 3144:15
**FORENSIC** [1] - 3075:9
**FORM** [4] - 3065:15, 3080:15, 3088:9, 3098:7
**FORMED** [1] - 3098:13
**FORMING** [1] - 3065:17
**FORMULATION** [1] - 3070:17
**FOUNDATION** [4] - 3067:14, 3076:20, 3079:5, 3091:23
**FOUNDATIONS** [1] - 3064:19
**FOUR** [6] - 3062:10, 3081:2, 3081:4, 3081:17, 3101:18, 3128:1
**FRANK** [1] - 3051:11
**FRANKLIN** [1] - 3053:7
**FREEWAY** [2] - 3065:25, 3066:14
**FRERET** [1] - 3051:19
**FRIDAY** [2] - 3050:7, 3055:2

**FROM** [63] - 3056:14, 3058:19, 3058:21, 3058:24, 3059:24, 3061:6, 3061:14, 3061:24, 3074:16, 3074:19, 3077:14, 3077:19, 3083:21, 3084:5, 3085:17, 3087:14, 3088:7, 3089:4, 3089:25, 3090:19, 3090:24, 3091:13, 3091:14, 3091:16, 3091:21, 3092:11, 3093:11, 3093:13, 3093:21, 3094:1, 3094:9, 3095:13, 3096:1, 3096:11, 3096:21, 3099:6, 3100:1, 3100:24, 3101:18, 3101:25, 3102:18, 3102:21, 3103:19, 3104:19, 3107:7, 3107:8, 3115:20, 3116:7, 3116:14, 3124:8, 3125:4, 3127:5, 3132:5, 3133:16, 3135:22, 3139:7, 3139:15, 3141:6, 3142:2, 3142:9, 3144:16
**FRUGE** [1] - 3051:4
**FULL** [2] - 3063:21, 3088:3
**FULLY** [2] - 3082:2, 3112:15
**FUNCTION** [1] - 3108:13
**FUNDING** [1] - 3079:1
**FURNISH** [1] - 3109:24
**FURTHER** [6] - 3077:4, 3107:14, 3112:19, 3139:15, 3140:16, 3141:13
**FUTURE** [1] - 3125:7

---

## G

**GAP** [1] - 3111:11
**GAPS** [4] - 3110:21, 3111:11, 3114:7, 3114:11
**GARDELLA** [1] - 3062:18
**GENERAL** [28] - 3059:11, 3065:6, 3065:23, 3066:20, 3075:12, 3076:5, 3076:9, 3076:15,

3077:16, 3086:21, 3099:22, 3100:1, 3100:8, 3100:11, 3105:12, 3107:14, 3111:15, 3114:9, 3114:15, 3116:24, 3122:25, 3123:6, 3123:11, 3125:3, 3125:13, 3125:22, 3132:8, 3133:24
**GENERALLY** [4] - 3057:5, 3114:12, 3125:1, 3125:11
**GEOLOGIC** [2] - 3064:3, 3080:2
**GEOLOGICALLY** [1] - 3064:10
**GEOLOGY** [1] - 3113:5
**GEOPHYSICAL** [4] - 3067:6, 3083:5, 3134:8, 3134:11
**GEOTECHNICAL** [78] - 3058:12, 3058:19, 3058:21, 3059:2, 3059:7, 3059:9, 3059:12, 3059:13, 3060:24, 3060:25, 3061:3, 3061:5, 3061:13, 3064:3, 3064:22, 3065:1, 3067:9, 3068:9, 3074:9, 3075:8, 3076:8, 3079:18, 3080:3, 3080:9, 3080:11, 3080:24, 3081:18, 3081:23, 3082:9, 3082:20, 3082:21, 3083:13, 3083:15, 3083:18, 3083:20, 3084:3, 3084:7, 3084:10, 3084:18, 3084:23, 3085:10, 3085:12, 3085:14, 3085:19, 3086:9, 3086:15, 3094:17, 3100:4, 3101:22, 3101:24, 3102:3, 3102:18, 3108:22, 3109:2, 3109:5, 3109:11, 3110:7, 3110:9, 3111:24, 3112:1, 3112:3, 3113:3, 3113:15, 3113:21, 3123:17, 3123:19, 3123:22, 3123:25, 3124:3, 3124:4, 3124:6, 3124:20, 3124:22, 3125:13,

3126:10, 3126:13, 3128:1
**GET** [9] - 3059:4, 3098:18, 3106:4, 3109:9, 3112:19, 3116:25, 3121:11, 3139:16, 3143:24
**GETS** [2] - 3057:10, 3074:12
**GETTING** [1] - 3096:9
**GIVE** [7] - 3055:12, 3057:24, 3061:10, 3063:17, 3111:21, 3142:15, 3143:7
**GIVEN** [2] - 3065:20, 3087:18
**GIVES** [1] - 3067:17
**GLAD** [1] - 3141:12
**GLARING** [2] - 3123:9, 3123:10
**GO** [46] - 3056:20, 3057:14, 3062:25, 3063:4, 3063:6, 3076:18, 3078:8, 3080:19, 3081:3, 3089:2, 3091:18, 3096:24, 3106:18, 3106:19, 3106:23, 3108:23, 3109:1, 3109:15, 3109:22, 3110:10, 3110:14, 3112:19, 3113:6, 3113:24, 3113:25, 3114:13, 3115:25, 3118:3, 3119:25, 3120:1, 3122:20, 3126:11, 3128:7, 3128:15, 3131:10, 3132:3, 3132:9, 3134:2, 3134:17, 3134:20, 3135:7, 3136:4, 3140:2, 3142:7, 3143:18
**GOALS** [1] - 3109:6
**GOD** [2] - 3057:25, 3143:8
**GOES** [7] - 3064:23, 3069:8, 3098:20, 3110:18, 3112:14, 3116:3, 3136:7
**GOING** [42] - 3055:13, 3056:15, 3056:16, 3056:20, 3057:13, 3057:14, 3057:15, 3063:17, 3072:21, 3074:4, 3078:8, 3080:19, 3086:18, 3087:11, 3096:24, 3097:7, 3098:2, 3107:14, 3109:15,

3113:25, 3114:10,
3115:8, 3115:12,
3116:21, 3118:23,
3119:4, 3119:5,
3120:13, 3121:11,
3122:9, 3122:18,
3124:7, 3127:4,
3129:24, 3134:14,
3135:9, 3135:13,
3140:11, 3140:25,
3141:11, 3142:17,
3143:17
**GOOD** [4] - 3055:9,
3057:19, 3068:15,
3068:16
**GOT** [6] - 3129:8,
3129:10, 3131:15,
3141:1, 3141:2
**GOVERNMENT** [1] -
3141:23
**GRADE** [3] - 3090:5,
3093:19, 3104:17
**GRADED** [4] - 3092:4,
3092:10, 3094:8,
3094:10
**GRADING** [4] -
3064:5, 3065:6,
3104:21
**GRADUATE** [1] -
3067:12
**GREAT** [1] - 3094:1
**GREEN** [1] - 3090:21
**GREGORY** [49] -
3068:10, 3068:11,
3068:14, 3073:20,
3074:3, 3074:7,
3077:3, 3077:21,
3105:23, 3106:12,
3106:15, 3116:21,
3117:5, 3117:7,
3117:23, 3118:1,
3118:5, 3118:8,
3118:14, 3118:17,
3119:24, 3120:4,
3121:8, 3121:10,
3121:15, 3121:18,
3122:17, 3122:19,
3122:22, 3124:17,
3126:11, 3127:8,
3127:11, 3127:22,
3127:24, 3128:7,
3128:11, 3131:23,
3132:2, 3137:2,
3137:25, 3138:7,
3138:9, 3139:22,
3140:6, 3140:10,
3140:13, 3141:13,
3142:13
**GREGORY**................
. [1] - 3054:8

**GREGORY**................
.... [1] - 3054:10
**GRID** [13] - 3083:6,
3092:18, 3092:22,
3093:9, 3120:23,
3121:1, 3121:5,
3133:4, 3134:11,
3138:22, 3139:1,
3139:3
**GROUND** [6] -
3065:14, 3093:4,
3098:4, 3098:23,
3129:24
**GROUNDED** [1] -
3114:16
**GROUNDWATER** [1] -
3116:6
**GROUP** [15] -
3052:11, 3057:20,
3058:13, 3073:18,
3074:24, 3079:9,
3079:17, 3080:5,
3095:18, 3097:25,
3105:8, 3118:19,
3120:6, 3120:16,
3133:11
**GROUP'S** [2] - 3079:9,
3119:3
**GUESS** [1] - 3096:9
**GUIDANCE** [3] -
3055:13, 3085:3,
3085:15
**GUILLORY** [14] -
3078:1, 3082:15,
3085:12, 3085:20,
3086:6, 3087:6,
3093:24, 3098:8,
3099:9, 3102:1,
3102:21, 3115:20,
3131:5, 3133:22
**GUILLORY'S** [4] -
3085:8, 3088:8,
3090:15, 3099:8
**GULOTTA** [1] -
3052:13

# H

**HAD** [38] - 3055:15,
3062:8, 3062:15,
3065:20, 3066:1,
3066:3, 3066:11,
3066:25, 3068:23,
3069:1, 3069:18,
3071:11, 3071:24,
3073:8, 3079:11,
3081:14, 3081:15,
3084:6, 3086:10,
3086:15, 3087:20,
3087:24, 3087:25,

3088:4, 3089:9,
3089:10, 3092:15,
3093:25, 3098:10,
3098:11, 3098:13,
3099:23, 3100:13,
3101:6, 3101:15,
3103:2, 3127:5,
3138:3
**HADLEY** [1] - 3063:7
**HADN'T** [1] - 3071:14
**HALF** [2] - 3089:11,
3116:22
**HAMP** [1] - 3089:17
**HAMP'S** [7] - 3089:13,
3089:22, 3091:21,
3130:15, 3130:22,
3132:6
**HAND** [5] - 3057:23,
3103:16, 3131:15,
3131:21, 3143:6
**HAPPENED** [2] -
3098:19, 3136:5
**HAPPENS** [1] -
3064:21
**HARM** [1] - 3125:10
**HAS** [15] - 3055:16,
3057:16, 3064:9,
3068:10, 3073:25,
3077:18, 3079:20,
3092:13, 3092:18,
3092:19, 3102:21,
3124:9, 3137:21,
3141:16, 3142:6
**HATE** [1] - 3143:2
**HAUL** [1] - 3087:22
**HAVE** [88] - 3056:3,
3056:8, 3056:19,
3057:3, 3057:13,
3057:14, 3059:3,
3059:6, 3059:13,
3060:22, 3062:15,
3062:21, 3063:13,
3065:2, 3065:4,
3066:25, 3067:8,
3067:10, 3067:20,
3067:24, 3068:4,
3068:5, 3070:16,
3070:20, 3071:4,
3071:17, 3071:20,
3072:2, 3072:5,
3073:4, 3073:19,
3074:6, 3075:5,
3076:1, 3076:20,
3084:12, 3084:22,
3084:23, 3086:10,
3086:24, 3088:16,
3092:15, 3097:4,
3098:13, 3098:14,
3099:17, 3099:19,
3099:25, 3100:6,

3101:11, 3103:12,
3103:15, 3103:21,
3103:24, 3105:3,
3105:16, 3105:19,
3105:23, 3106:3,
3106:7, 3107:11,
3116:19, 3116:20,
3122:13, 3122:14,
3122:15, 3122:23,
3127:6, 3127:25,
3129:14, 3129:16,
3134:22, 3135:15,
3135:18, 3136:11,
3136:13, 3136:22,
3136:24, 3138:14,
3138:22, 3139:1,
3140:23, 3140:24,
3141:1, 3141:13,
3141:18
**HAVING** [2] - 3105:25,
3140:25
**HAZARD** [1] - 3099:25
**HAZARDOUS** [2] -
3064:10, 3107:3
**HE** [17] - 3056:15,
3056:18, 3074:10,
3074:12, 3077:8,
3084:1, 3101:20,
3102:12, 3102:25,
3117:15, 3137:15,
3137:20, 3137:21,
3138:1, 3138:2,
3138:3, 3143:22
**HE'S** [3] - 3056:16,
3077:9, 3139:12
**HEADS** [1] - 3057:2
**HEAR** [1] - 3074:18
**HEARD** [19] - 3050:12,
3074:15, 3078:1,
3078:14, 3078:16,
3078:19, 3079:4,
3081:3, 3086:10,
3089:15, 3091:5,
3095:5, 3098:15,
3102:20, 3106:25,
3115:20, 3123:15,
3124:8, 3142:1
**HEART** [1] - 3092:8
**HEATHER** [1] -
3052:12
**HEIGHTS** [1] - 3094:1
**HELD** [16] - 3076:4,
3076:7, 3123:13,
3123:16, 3123:18,
3123:24, 3124:2,
3124:5, 3124:11,
3124:18, 3124:19,
3125:9, 3125:16,
3125:19, 3125:25,
3126:7

**HELP** [5] - 3057:25,
3065:16, 3065:18,
3105:17, 3143:8
**HELPFUL** [1] -
3143:23
**HELPS** [2] - 3125:6,
3139:19
**HER** [1] - 3143:12
**HERE** [39] - 3058:17,
3069:12, 3075:5,
3075:24, 3078:8,
3079:14, 3081:4,
3083:14, 3090:20,
3090:24, 3091:6,
3091:8, 3091:11,
3096:5, 3096:11,
3096:16, 3097:8,
3103:24, 3103:25,
3104:1, 3104:10,
3104:22, 3104:25,
3104:14, 3116:5,
3122:23, 3125:19,
3126:12, 3127:25,
3128:16, 3130:15,
3131:15, 3132:10,
3133:3, 3135:18,
3137:18, 3138:11,
3140:15, 3140:22
**HEREBY** [1] - 3144:14
**HIATUS** [1] - 3105:25
**HIGH** [2] - 3100:23,
3100:24
**HIGHLIGHT** [2] -
3134:9, 3140:3
**HIGHLIGHTED** [1] -
3082:1
**HIM** [9] - 3056:14,
3057:13, 3105:17,
3131:15, 3131:18,
3137:7, 3137:21,
3139:16, 3140:4
**HIRED** [2] - 3079:17,
3123:22
**HIS** [18] - 3057:21,
3058:4, 3074:2,
3074:12, 3074:16,
3075:1, 3077:4,
3077:7, 3077:14,
3077:15, 3087:6,
3101:9, 3124:10,
3133:22, 3141:19,
3143:20
**HIT** [1] - 3106:1
**HOLD** [1] - 3060:19
**HOLE** [2] - 3092:20,
3101:18
**HOLES** [5] - 3065:14,
3071:21, 3071:25,
3072:1, 3093:20
**HOLTHAUS** [1] -

3051:4
**HONEYCUTT** [1] -
3051:14
**HONOR** [63] -
3055:10, 3056:1,
3056:12, 3057:19,
3068:8, 3068:11,
3073:21, 3074:3,
3074:7, 3074:8,
3074:11, 3075:16,
3075:24, 3076:18,
3077:3, 3077:7,
3077:21, 3077:22,
3078:9, 3079:3,
3080:20, 3084:15,
3086:19, 3087:9,
3090:6, 3092:8,
3092:13, 3092:25,
3094:16, 3096:6,
3096:12, 3096:18,
3096:23, 3097:23,
3098:22, 3099:21,
3101:24, 3103:13,
3103:18, 3105:11,
3105:20, 3105:23,
3106:12, 3116:21,
3117:5, 3121:15,
3131:13, 3131:23,
3137:11, 3138:7,
3140:10, 3141:18,
3142:3, 3142:8,
3142:10, 3142:12,
3142:13, 3142:20,
3142:21, 3142:23,
3143:14, 3143:19,
3144:2
**HONORABLE** [1] -
3050:12
**HORSE** [1] - 3138:5
**HOST** [2] - 3103:3
**HOUR** [2] - 3061:7,
3116:22
**HOURS** [1] - 3140:25
**HOUSEKEEPING** [1] -
3055:10
**HOW** [6] - 3057:15,
3063:16, 3074:19,
3087:19, 3093:7,
3132:20
**HOWEVER** [2] -
3116:7, 3124:12
**HTRW** [5] - 3107:16,
3107:20, 3108:21,
3108:22, 3108:23
**HUH** [1] - 3140:11
**HUNTINGTON** [1] -
3061:23
**HURRICANE** [8] -
3068:3, 3071:18,
3071:25, 3072:3,

3072:6, 3072:13,
3072:19, 3073:15
**HYDRAULIC** [4] -
3089:23, 3095:12,
3095:24, 3096:1
**HYDROLOGY** [1] -
3113:5

# I

**I'D** [1] - 3122:23
**I'LL** [5] - 3057:21,
3124:13, 3137:23,
3143:2, 3143:23
**I'M** [38] - 3056:20,
3057:13, 3060:22,
3060:23, 3067:12,
3069:7, 3072:11,
3072:20, 3078:8,
3080:19, 3086:18,
3090:16, 3096:24,
3106:19, 3110:12,
3114:25, 3121:20,
3121:23, 3122:9,
3124:7, 3124:14,
3127:4, 3129:24,
3130:23, 3131:25,
3132:6, 3134:20,
3135:8, 3136:11,
3137:12, 3139:16,
3140:7, 3140:8,
3140:14, 3141:12,
3142:15, 3142:17,
3143:3
**I'VE** [14] - 3057:15,
3063:3, 3063:10,
3065:5, 3067:21,
3075:24, 3082:1,
3086:4, 3090:18,
3094:20, 3097:16,
3138:16, 3142:1
**I-25** [1] - 3065:23
**I-270/I-70** [1] - 3066:15
**I.E** [1] - 3108:21
**IDEA** [1] - 3088:25
**IDENTIFIED** [5] -
3080:13, 3082:6,
3112:23, 3113:10,
3126:14
**IDENTIFY** [2] -
3089:19, 3126:25
**IDENTIFYING** [1] -
3081:22
**IDIQ** [10] - 3069:8,
3069:12, 3069:15,
3069:19, 3070:1,
3070:6, 3070:10,
3070:13, 3073:22,
3082:16
**IF** [101] - 3055:11,

3055:12, 3055:18,
3056:1, 3056:12,
3056:24, 3057:4,
3057:6, 3063:4,
3063:6, 3077:19,
3080:24, 3081:2,
3081:17, 3081:23,
3083:16, 3084:8,
3084:9, 3087:16,
3092:11, 3092:19,
3092:20, 3092:22,
3092:23, 3093:3,
3095:1, 3095:19,
3095:23, 3096:20,
3097:3, 3097:24,
3098:3, 3098:11,
3098:22, 3099:24,
3101:20, 3101:22,
3104:12, 3105:16,
3105:18, 3106:3,
3106:7, 3106:13,
3106:18, 3106:23,
3107:6, 3108:2,
3108:7, 3108:9,
3108:10, 3108:16,
3109:1, 3109:22,
3110:6, 3111:16,
3112:19, 3113:1,
3113:6, 3113:7,
3113:9, 3114:25,
3115:1, 3115:7,
3115:22, 3115:25,
3116:24, 3117:23,
3118:3, 3118:5,
3118:14, 3119:24,
3119:25, 3121:8,
3123:9, 3123:10,
3123:24, 3126:11,
3128:8, 3128:19,
3128:24, 3129:14,
3129:16, 3130:18,
3131:1, 3131:10,
3132:9, 3134:2,
3134:7, 3134:8,
3134:17, 3134:22,
3135:7, 3137:6,
3137:20, 3141:5,
3143:19, 3143:22,
3143:25
**IHNC** [5] - 3079:23,
3110:15, 3114:9,
3116:6, 3118:11
**II** [4] - 3051:8, 3052:7,
3052:7, 3140:16
**IMMEDIATELY** [1] -
3132:14
**IMPACT** [2] - 3071:21,
3072:2
**IMPERVIOUS** [5] -
3095:3, 3097:1,

3097:4
**IMPLEMENTATION**
[1] - 3108:5
**IMPLEMENTING** [2] -
3064:13, 3118:20
**IMPORTANCE** [1] -
3081:21
**IMPORTANT** [2] -
3087:8, 3103:18
**IMPORTED** [5] -
3100:22, 3121:21,
3121:24, 3122:4,
3122:6
**IN** [304] - 3050:4,
3055:7, 3055:23,
3056:5, 3056:21,
3057:9, 3057:10,
3057:15, 3058:11,
3058:18, 3058:19,
3058:20, 3058:21,
3058:22, 3058:25,
3059:1, 3059:2,
3059:6, 3059:7,
3059:11, 3059:12,
3059:13, 3059:14,
3059:19, 3059:20,
3060:4, 3060:12,
3060:16, 3060:22,
3060:23, 3060:24,
3060:25, 3061:3,
3061:4, 3061:9,
3061:12, 3061:13,
3061:18, 3061:23,
3062:2, 3062:5,
3062:6, 3062:11,
3062:14, 3062:18,
3062:19, 3062:20,
3062:22, 3062:23,
3063:7, 3063:8,
3063:9, 3063:12,
3063:14, 3063:20,
3064:1, 3064:4,
3064:20, 3065:5,
3065:10, 3065:11,
3065:22, 3065:23,
3065:25, 3066:4,
3066:7, 3066:10,
3066:11, 3066:13,
3066:15, 3066:20,
3066:22, 3067:24,
3068:9, 3068:17,
3069:15, 3070:1,
3070:5, 3070:6,
3070:9, 3070:13,
3070:14, 3070:17,
3072:5, 3072:11,
3072:15, 3072:18,
3073:2, 3073:9,
3073:14, 3073:25,
3074:2, 3074:9,

3075:8, 3075:11,
3075:12, 3075:17,
3075:19, 3076:2,
3076:6, 3077:4,
3077:7, 3077:9,
3077:20, 3078:19,
3078:25, 3079:3,
3079:5, 3079:10,
3079:12, 3079:16,
3080:13, 3080:14,
3080:18, 3080:23,
3080:25, 3081:19,
3081:22, 3081:24,
3082:4, 3082:10,
3082:14, 3082:21,
3082:22, 3083:10,
3083:11, 3084:1,
3084:12, 3085:4,
3085:5, 3085:6,
3085:8, 3085:16,
3085:18, 3085:20,
3085:21, 3086:7,
3086:14, 3087:1,
3087:10, 3087:16,
3087:24, 3088:1,
3088:3, 3088:9,
3088:21, 3089:11,
3089:13, 3089:16,
3089:23, 3089:25,
3090:2, 3090:20,
3090:21, 3090:22,
3091:20, 3092:12,
3092:24, 3093:1,
3093:5, 3093:12,
3093:14, 3093:15,
3093:20, 3094:1,
3094:4, 3094:6,
3094:11, 3094:12,
3094:19, 3094:21,
3095:5, 3095:11,
3095:25, 3096:2,
3096:5, 3096:17,
3097:8, 3097:15,
3097:17, 3098:7,
3098:9, 3098:17,
3099:8, 3100:8,
3100:18, 3101:9,
3101:10, 3101:14,
3101:15, 3101:19,
3101:23, 3102:2,
3102:4, 3102:12,
3102:19, 3103:1,
3103:14, 3103:17,
3103:23, 3104:5,
3104:6, 3104:8,
3104:12, 3104:14,
3104:21, 3105:1,
3105:2, 3105:5,
3105:10, 3105:18,
3106:1, 3106:24,
3107:11, 3107:21,

3108:7, 3108:10, 3108:11, 3108:20, 3109:6, 3109:8, 3109:25, 3110:5, 3110:18, 3111:12, 3111:15, 3111:22, 3111:24, 3112:1, 3112:2, 3112:5, 3112:8, 3112:11, 3112:14, 3113:24, 3114:2, 3114:7, 3115:9, 3116:9, 3116:15, 3117:2, 3119:10, 3119:18, 3120:7, 3120:13, 3120:15, 3121:4, 3121:19, 3121:24, 3122:10, 3123:11, 3123:13, 3123:16, 3123:20, 3124:10, 3125:3, 3125:5, 3125:19, 3125:24, 3126:7, 3126:14, 3127:14, 3127:19, 3128:1, 3128:12, 3128:20, 3131:3, 3131:7, 3132:8, 3132:10, 3132:17, 3133:21, 3133:22, 3133:24, 3135:19, 3135:24, 3136:6, 3137:8, 3138:11, 3140:14, 3141:8, 3141:22, 3144:3, 3144:5, 3144:17

**INC** [1] - 3052:11

**INCLUDE** [6] - 3083:3, 3108:22, 3110:7, 3112:25, 3114:16, 3134:10

**INCLUDED** [8] - 3067:5, 3080:22, 3081:18, 3081:19, 3084:12, 3100:21, 3102:1, 3128:1

**INCLUDES** [1] - 3130:24

**INCLUDING** [9] - 3059:18, 3076:12, 3079:22, 3086:22, 3087:2, 3099:4, 3100:5, 3103:3, 3110:21

**INCORPORATE** [1] - 3126:21

**INCORRECT** [1] - 3129:9

**INCREASE** [1] - 3094:1

**INDEFINITE** [4] -

3069:6, 3069:10

**INDEPENDENT** [1] - 3123:7

**INDICATE** [6] - 3084:2, 3098:15, 3102:7, 3102:13, 3136:14, 3136:17

**INDICATED** [4] - 3090:18, 3093:25, 3133:22, 3141:23

**INDICATES** [4] - 3093:5, 3101:3, 3105:4, 3105:6

**INDICATION** [1] - 3083:11

**INDIVIDUAL** [1] - 3080:18

**INDIVIDUALS'** [1] - 3128:16

**INDUSTRIAL** [2] - 3060:7, 3114:9

**INFORM** [1] - 3061:9

**INFORMATION** [7] - 3076:20, 3080:2, 3084:18, 3084:22, 3086:7, 3086:17, 3107:12

**INITIAL** [2] - 3077:25, 3090:2

**INPUT** [1] - 3088:7

**INSIST** [1] - 3100:17

**INSISTED** [1] - 3099:17

**INSPECTED** [1] - 3132:13

**INSPECTIONS** [2] - 3061:19, 3100:13

**INSPECTORS** [4] - 3101:7, 3101:13, 3103:3, 3104:24

**INSTALLED** [1] - 3087:22

**INSTANCE** [2] - 3096:17, 3105:18

**INSTANCES** [2] - 3091:20, 3133:24

**INSTRUCTIONS** [1] - 3102:14

**INSTRUCTOR** [2] - 3067:12, 3067:21

**INTEGRAL** [1] - 3108:13

**INTEGRATED** [2] - 3082:5, 3112:23

**INTEGRITY** [1] - 3072:2

**INTEND** [1] - 3055:24

**INTENDED** [2] - 3114:23, 3134:22

**INTENT** [1] - 3100:19

**INTENTION** [1] - 3056:20

**INTERACT** [1] - 3064:24

**INTERCHANGE** [1] - 3066:14

**INTERESTED** [1] - 3063:5

**INTERESTING** [2] - 3079:3, 3098:20

**INTERNATIONAL** [4] - 3052:11, 3065:13, 3093:22, 3133:11

**INTERNATIONAL'S** [1] - 3058:14

**INTERPRET** [2] - 3077:13, 3104:2

**INTERPRETATION** [1] - 3114:12

**INTERPRETING** [1] - 3077:8

**INTERRUPT** [2] - 3116:9, 3143:2

**INTIMATELY** [1] - 3087:4

**INTO** [9] - 3065:13, 3074:12, 3082:6, 3096:24, 3104:12, 3106:9, 3112:23, 3119:8, 3141:20

**INVESTIGATION** [4] - 3061:25, 3072:12, 3081:8, 3084:17

**INVESTIGATIONS** [5] - 3059:17, 3061:15, 3107:9, 3110:22, 3114:8

**INVITED** [1] - 3068:1

**INVOLVE** [1] - 3073:22

**INVOLVED** [20] - 3060:7, 3060:8, 3062:11, 3062:14, 3062:21, 3063:3, 3063:9, 3063:10, 3063:13, 3064:24, 3067:4, 3067:21, 3068:2, 3068:17, 3072:7, 3072:18, 3075:8, 3075:12, 3075:19, 3076:5

**INVOLVEMENT** [1] - 3079:12

**INVOLVING** [1] - 3066:14

**IRVINE** [1] - 3060:16

**IS** [214] - 3055:7, 3055:14, 3055:22, 3056:14, 3056:18, 3056:21, 3056:22,

3057:4, 3057:6, 3058:11, 3058:12, 3059:6, 3059:22, 3060:25, 3061:25, 3062:25, 3063:7, 3063:11, 3063:17, 3063:22, 3064:20, 3064:21, 3065:10, 3067:16, 3068:18, 3069:5, 3072:22, 3074:10, 3074:23, 3076:11, 3076:18, 3076:23, 3076:25, 3077:4, 3077:5, 3077:7, 3077:8, 3078:8, 3079:3, 3080:5, 3082:2, 3082:9, 3082:16, 3082:21, 3083:24, 3083:25, 3084:4, 3084:13, 3086:19, 3086:21, 3087:18, 3088:7, 3088:11, 3088:21, 3088:22, 3088:25, 3089:3, 3090:6, 3090:7, 3090:14, 3090:15, 3090:16, 3090:17, 3090:19, 3090:20, 3090:21, 3090:22, 3090:23, 3090:25, 3091:1, 3091:2, 3091:3, 3091:10, 3091:11, 3091:18, 3091:23, 3092:1, 3092:8, 3092:24, 3092:25, 3093:3, 3094:18, 3094:21, 3094:23, 3095:7, 3095:8, 3095:23, 3095:24, 3095:25, 3096:3, 3096:13, 3096:18, 3097:3, 3097:9, 3097:10, 3097:18, 3098:6, 3098:20, 3099:6, 3099:14, 3099:17, 3100:5, 3100:25, 3101:3, 3102:6, 3102:8, 3102:21, 3102:23, 3103:13, 3103:15, 3103:16, 3103:18, 3103:19, 3103:22, 3103:23, 3103:25, 3104:10, 3104:13, 3104:17, 3104:22, 3104:25, 3106:16, 3107:3, 3107:7, 3107:8, 3107:19, 3107:24, 3107:25, 3108:23,

3109:16, 3109:17, 3109:18, 3110:4, 3111:7, 3111:8, 3111:12, 3112:12, 3112:15, 3114:3, 3114:5, 3114:20, 3115:2, 3115:4, 3115:14, 3116:2, 3116:3, 3116:8, 3116:17, 3116:20, 3116:24, 3117:2, 3117:20, 3118:2, 3120:1, 3121:11, 3121:16, 3122:10, 3123:6, 3123:10, 3123:19, 3123:20, 3123:24, 3124:2, 3124:12, 3125:1, 3125:9, 3125:19, 3125:24, 3126:7, 3128:24, 3129:6, 3129:7, 3129:18, 3129:23, 3130:3, 3130:21, 3131:1, 3131:11, 3132:5, 3132:10, 3132:17, 3132:19, 3133:10, 3133:13, 3133:25, 3134:3, 3134:5, 3134:6, 3134:17, 3135:4, 3135:11, 3135:15, 3135:17, 3135:18, 3136:14, 3136:16, 3136:17, 3137:14, 3137:17, 3137:19, 3137:22, 3138:18, 3140:2, 3141:1, 3144:15

**ISLAND** [1] - 3063:11

**ISN'T** [4] - 3088:20, 3097:9, 3123:24, 3123:25

**ISSUE** [2] - 3077:4, 3106:1

**ISSUED** [2] - 3105:8, 3128:2

**ISSUES** [6] - 3055:11, 3065:3, 3077:8, 3082:24, 3083:3, 3085:12

**IT** [157] - 3055:19, 3055:20, 3057:7, 3057:9, 3057:10, 3057:15, 3058:6, 3058:12, 3059:11, 3062:6, 3065:11, 3065:17, 3065:22, 3066:7, 3066:15, 3067:5, 3067:13, 3067:18, 3070:20,

3070:24, 3071:1, 3071:5, 3071:14, 3073:13, 3074:21, 3077:7, 3077:20, 3078:9, 3080:8, 3082:2, 3087:9, 3088:3, 3088:15, 3088:21, 3092:14, 3092:20, 3092:25, 3094:5, 3095:1, 3095:20, 3095:21, 3096:2, 3097:17, 3097:25, 3098:3, 3098:5, 3098:11, 3098:18, 3098:20, 3098:23, 3100:24, 3101:21, 3101:23, 3101:25, 3104:7, 3104:8, 3105:3, 3105:6, 3105:16, 3105:17, 3106:5, 3106:6, 3106:21, 3107:18, 3108:6, 3108:10, 3108:11, 3108:15, 3108:16, 3108:17, 3109:1, 3109:4, 3109:13, 3109:18, 3110:6, 3110:8, 3110:18, 3111:1, 3111:5, 3111:19, 3111:24, 3112:1, 3112:2, 3112:8, 3112:14, 3112:15, 3112:22, 3113:10, 3113:18, 3114:6, 3114:7, 3116:3, 3116:15, 3116:17, 3116:25, 3118:18, 3120:1, 3120:12, 3120:15, 3121:15, 3122:14, 3122:15, 3123:6, 3123:7, 3124:5, 3124:13, 3125:24, 3126:1, 3126:9, 3127:4, 3127:7, 3128:14, 3129:7, 3129:10, 3129:12, 3129:14, 3129:16, 3129:20, 3129:23, 3132:5, 3132:19, 3132:21, 3132:23, 3133:15, 3134:2, 3134:6, 3134:18, 3134:19, 3134:23, 3136:7, 3136:12, 3137:8, 3137:14, 3137:15, 3137:23, 3138:1, 3138:2, 3140:8, 3140:9, 3140:23, 3141:25,

3142:11, 3142:17, 3143:23, 3143:24
**IT'S** [49] - 3056:17, 3056:21, 3057:1, 3057:4, 3057:5, 3057:6, 3064:9, 3077:4, 3082:14, 3088:10, 3092:22, 3092:23, 3093:1, 3093:5, 3096:6, 3096:12, 3096:14, 3096:19, 3096:25, 3097:8, 3097:11, 3103:24, 3106:25, 3107:22, 3107:24, 3108:7, 3109:11, 3109:18, 3110:11, 3111:22, 3114:23, 3115:15, 3115:19, 3115:21, 3115:23, 3123:3, 3125:9, 3129:12, 3131:14, 3133:18, 3136:19, 3138:21, 3142:5, 3143:3, 3143:17, 3143:24
**ITEM** [3] - 3095:8, 3099:2, 3123:20
**ITEMS** [5] - 3080:21, 3082:10, 3102:1, 3111:14, 3113:11
**ITS** [4] - 3086:15, 3093:25, 3103:11, 3123:7
**ITSELF** [2] - 3093:5, 3097:3
**ITT** [2] - 3081:16, 3087:25

**J**

**JAMES** [2] - 3052:13, 3053:4
**JANUARY** [1] - 3127:14
**JEAN** [1] - 3102:1
**JIM** [2] - 3102:23, 3105:7
**JOANEN** [2] - 3051:18, 3051:18
**JOB** [1] - 3105:12
**JOHN** [1] - 3053:6
**JONATHAN** [1] - 3050:19
**JONES** [1] - 3052:16
**JOSEPH** [1] - 3050:16
**JOURDAN** [1] - 3118:12
**JR** [6] - 3050:12,

3051:7, 3051:8, 3051:11, 3051:15, 3053:4
**JUDGE** [1] - 3050:12
**JUDGMENT** [1] - 3123:7
**JUDICIAL** [2] - 3142:4, 3142:6
**JULIA** [1] - 3052:19
**JUNE** [2] - 3081:5, 3109:20
**JUST** [31] - 3055:10, 3055:24, 3057:6, 3071:10, 3074:15, 3074:18, 3079:25, 3080:17, 3081:3, 3085:23, 3089:19, 3091:13, 3097:10, 3097:11, 3098:18, 3103:12, 3104:25, 3111:22, 3123:7, 3125:22, 3127:7, 3128:5, 3128:12, 3132:3, 3136:19, 3136:23, 3138:2, 3139:24, 3141:3, 3143:17, 3143:24
**JUSTICE** [1] - 3053:3
**JX-01266** [1] - 3134:4
**JX-01822** [1] - 3106:13
**JX-01823** [1] - 3109:16
**JX-01824** [1] - 3111:16
**JX-01825** [1] - 3115:13
**JX-11235** [1] - 3128:7
**JX-1177** [1] - 3140:2
**JX-1261** [1] - 3130:18
**JX-1266** [2] - 3133:7, 3133:9
**JX-1828** [1] - 3117:23
**JX-52** [2] - 3127:5, 3127:8
**JX-52-001** [1] - 3115:1
**JX-52001** [1] - 3114:25

**K**

**K"(2** [1] - 3050:6
**KA** [1] - 3063:10
**KATRINA** [4] - 3050:4, 3072:9, 3072:13, 3072:19
**KAUAI** [1] - 3063:11
**KEEP** [1] - 3085:20
**KELLS** [2] - 3053:5, 3057:21
**KEPT** [1] - 3123:21
**KERWIN** [1] - 3052:19
**KEY** [4] - 3076:23, 3079:19, 3088:22,

3112:12
**KIND** [3] - 3061:24, 3130:21, 3140:8
**KNEW** [3] - 3057:9, 3081:13, 3119:14
**KNOW** [17] - 3055:22, 3056:16, 3056:18, 3057:8, 3069:22, 3086:9, 3096:21, 3096:23, 3097:23, 3113:19, 3120:10, 3131:1, 3131:11, 3136:7, 3138:2, 3138:18, 3143:19
**KNOWABLE** [1] - 3056:25
**KNOWING** [1] - 3087:10
**KNOWLEDGE** [7] - 3061:2, 3079:20, 3082:11, 3087:3, 3088:4, 3111:25, 3113:13
**KNOWLEDGEABLE** [2] - 3080:6, 3087:4
**KNOWN** [2] - 3056:25, 3081:14

**L**

**LA** [10] - 3050:17, 3050:20, 3051:5, 3051:9, 3051:12, 3051:16, 3051:19, 3052:8, 3052:14, 3053:12
**LABOR** [1] - 3109:25
**LABORATORY** [2] - 3059:17, 3061:16
**LAND** [1] - 3118:9
**LANDSLIDES** [1] - 3064:9
**LANGUAGE** [3] - 3127:5, 3128:5, 3128:12
**LARGE** [9] - 3060:1, 3061:23, 3062:5, 3062:20, 3063:11, 3065:10, 3065:12, 3087:24, 3104:11
**LAS** [1] - 3062:20
**LAST** [2] - 3072:5, 3072:11
**LATER** [3] - 3089:10, 3112:14, 3141:8
**LAW** [5] - 3050:19, 3051:7, 3051:11, 3051:18, 3052:3
**LAWN** [1] - 3050:24

**LAYER** [1] - 3100:25
**LAYERS** [1] - 3095:11
**LAYING** [1] - 3079:7
**LAYOUT** [1] - 3135:4
**LEARN** [3] - 3055:18, 3125:3, 3125:4
**LEAST** [10] - 3102:5, 3102:7, 3116:8, 3116:18, 3119:20, 3129:10, 3135:20, 3135:25, 3136:14, 3136:17
**LEAVE** [1] - 3137:23
**LEE** [2] - 3102:1, 3102:21
**LEFT** [2] - 3093:20, 3104:1
**LEGAL** [2] - 3077:5, 3077:8
**LESS** [1] - 3114:24
**LET** [8] - 3085:22, 3094:5, 3095:9, 3105:21, 3116:1, 3130:20, 3142:11, 3142:17
**LET'S** [17] - 3076:22, 3080:17, 3108:23, 3109:14, 3110:10, 3112:7, 3113:24, 3114:13, 3128:5, 3128:7, 3131:4, 3132:3, 3133:3, 3138:24, 3140:2, 3140:3, 3144:1
**LETTER** [4] - 3095:11, 3105:5, 3105:8, 3132:5
**LEVEE** [25] - 3063:7, 3063:9, 3071:9, 3073:6, 3079:21, 3094:18, 3095:4, 3096:7, 3096:8, 3096:11, 3096:13, 3096:14, 3096:15, 3096:23, 3097:3, 3097:4, 3097:6, 3097:10, 3097:11, 3097:18, 3099:19, 3101:2, 3101:22, 3126:1
**LEVEES** [20] - 3062:21, 3062:22, 3062:23, 3062:25, 3063:2, 3063:4, 3070:21, 3070:24, 3071:2, 3071:5, 3071:15, 3072:5, 3073:2, 3073:15, 3084:4, 3084:11, 3094:22, 3095:2,

**HOURLY TRANSCRIPT**

3095:10, 3102:23
**LEVEL** [1] - 3099:14
**LEVIN** [1] - 3051:21
**LGP** [3] - 3092:6, 3093:19, 3132:14
**LICENSE** [1] - 3061:3
**LICENSED** [4] - 3060:22, 3060:24, 3075:7, 3103:4
**LICENSES** [1] - 3060:19
**LICENSURE** [1] - 3060:25
**LIFETIME** [1] - 3102:25
**LIFT** [10] - 3089:4, 3089:6, 3089:9, 3090:2, 3091:12, 3103:24, 3103:25, 3104:1, 3104:2, 3104:13
**LIFTS** [2] - 3090:2, 3103:23
**LIKE** [22] - 3056:13, 3072:7, 3072:22, 3076:18, 3091:3, 3091:18, 3092:17, 3094:23, 3095:7, 3105:1, 3122:23, 3126:3, 3128:15, 3128:23, 3130:14, 3131:14, 3135:14, 3135:22, 3138:10, 3141:19, 3141:21, 3143:20
**LIMITATIONS** [2] - 3055:23
**LIMITED** [2] - 3056:18, 3124:13
**LIMITS** [1] - 3132:22
**LINE** [14] - 3072:23, 3092:19, 3096:21, 3099:22, 3120:1, 3120:2, 3124:7, 3132:20, 3132:21, 3135:23, 3135:24, 3136:13, 3136:16
**LINES** [4] - 3092:3, 3092:5, 3132:10, 3132:19
**LIQUIDATED** [1] - 3065:20
**LIST** [8] - 3063:4, 3063:6, 3078:8, 3079:14, 3082:8, 3082:10, 3082:17, 3113:11
**LISTED** [5] - 3075:5, 3082:9, 3083:15, 3085:5, 3119:1

LISTENING [1] - 3075:25
**LITERALLY** [1] - 3141:11
**LITIGATION** [2] - 3050:5, 3060:14
**LITTLE** [7] - 3057:10, 3095:12, 3106:2, 3106:6, 3140:8, 3140:9, 3141:3
**LIVE** [2] - 3055:16, 3055:17
**LOCAL** [3] - 3079:20, 3087:3, 3088:4
**LOCATED** [3] - 3059:20, 3118:10, 3134:11
**LOCATION** [11] - 3061:15, 3082:7, 3090:23, 3091:11, 3112:24, 3118:6, 3118:9, 3133:1, 3138:18, 3139:24, 3140:19
**LOCATIONS** [3] - 3090:14, 3091:4, 3091:15
**LOCK** [7] - 3076:24, 3077:17, 3077:25, 3078:6, 3078:12, 3078:23, 3079:4
**LOKO** [1] - 3063:10
**LONG** [3] - 3062:5, 3067:18, 3142:1
**LONIAN** [1] - 3052:12
**LOOK** [14] - 3072:22, 3081:2, 3081:17, 3087:16, 3092:21, 3095:20, 3095:23, 3097:24, 3100:1, 3104:7, 3104:12, 3122:24, 3134:7, 3141:4
**LOOKED** [1] - 3066:9
**LOOKING** [4] - 3090:16, 3091:8, 3103:15, 3121:20
**LOOSE** [2] - 3087:13, 3098:11
**LORMAN** [1] - 3067:21
**LOS** [1] - 3052:5
**LOSE** [1] - 3074:4
**LOT** [5] - 3078:14, 3078:16, 3082:15, 3086:11, 3091:5
**LOTS** [1] - 3064:9
**LOUIS** [1] - 3066:13
**LOUISIANA** [9] - 3050:1, 3050:7,

3052:20, 3060:23, 3068:3, 3089:15, 3116:3, 3144:13, 3144:14
**LOW** [1] - 3087:18
**LOWER** [2] - 3106:19, 3116:10
**LUCIA** [5] - 3074:16, 3074:20, 3074:21, 3084:6, 3124:8
**LUCIA'S** [1] - 3084:5
**LUNCHEON** [2] - 3054:12, 3144:5

## M

**MA'AM** [1] - 3137:12
**MADE** [10] - 3071:10, 3089:5, 3090:12, 3095:22, 3100:2, 3100:3, 3136:2, 3136:5, 3137:6, 3137:7
**MAGGIE** [1] - 3052:13
**MAIL** [6] - 3085:17, 3085:21, 3085:24, 3086:5, 3101:25, 3129:18
**MAIN** [1] - 3051:5
**MAINTENANCE** [1] - 3094:4
**MAJOR** [7] - 3062:10, 3065:13, 3081:4, 3091:5, 3091:15, 3099:3, 3119:13
**MAKE** [14] - 3057:14, 3062:25, 3064:24, 3066:4, 3074:5, 3074:6, 3088:10, 3093:6, 3098:14, 3106:8, 3120:14, 3123:12, 3125:7, 3143:24
**MAKES** [1] - 3055:19
**MAKING** [6] - 3062:1, 3095:18, 3102:8, 3114:23, 3136:15, 3136:17
**MALIBU** [2] - 3063:25, 3064:8
**MANAGEMENT** [1] - 3118:25
**MANAGER** [7] - 3069:22, 3083:24, 3083:25, 3117:15, 3117:18, 3117:21
**MANAGING** [1] - 3060:17
**MANHOLES** [2] -

3092:5, 3132:11
**MANIFESTED** [1] - 3057:9
**MANNER** [2] - 3093:15, 3094:12
**MANUAL** [8] - 3094:18, 3094:20, 3095:25, 3097:18, 3098:25, 3101:2, 3102:10
**MANUALS** [1] - 3085:1
**MANY** [5] - 3059:7, 3059:8, 3115:2, 3115:4, 3140:25
**MAPPING** [1] - 3062:23
**MARGIN** [2] - 3091:8, 3091:14
**MARINE** [6] - 3090:17, 3091:6, 3091:11, 3103:14, 3103:20, 3138:19
**MARK** [2] - 3133:21, 3133:23
**MARK-UPS** [2] - 3133:21, 3133:23
**MASS** [1] - 3093:1
**MASSACHUSETTS** [1] - 3063:7
**MASTER** [1] - 3058:20
**MASTER'S** [2] - 3059:2, 3059:7
**MATERIAL** [13] - 3088:19, 3089:22, 3089:24, 3090:5, 3091:24, 3092:21, 3092:23, 3093:3, 3093:21, 3098:3, 3098:22, 3100:23, 3101:18
**MATERIALS** [5] - 3087:13, 3087:20, 3095:3, 3097:1, 3109:25
**MATT** [1] - 3051:22
**MATTER** [3] - 3055:19, 3075:17, 3144:17
**MAY** [17] - 3067:24, 3081:8, 3084:15, 3092:15, 3093:15, 3094:12, 3103:21, 3105:8, 3105:23, 3105:24, 3106:10, 3110:22, 3111:20, 3114:7, 3128:7, 3138:22, 3142:22
**MAYBE** [4] - 3072:8, 3106:3, 3106:8,

3131:11
**MCCONNON** [1] - 3053:4
**MCDONALD** [1] - 3133:11
**MCDONOUGH** [1] - 3103:14
**ME** [19] - 3055:12, 3055:15, 3055:16, 3056:1, 3056:13, 3056:20, 3079:17, 3085:23, 3094:5, 3095:9, 3111:21, 3116:1, 3118:19, 3130:20, 3130:22, 3134:23, 3136:3, 3137:12, 3143:22
**MEAN** [6] - 3074:5, 3088:18, 3097:7, 3113:19, 3137:9, 3140:24
**MEANS** [10] - 3059:6, 3059:8, 3066:6, 3066:8, 3088:13, 3090:7, 3100:18, 3100:21, 3105:12, 3125:3
**MEASURED** [1] - 3091:1
**MEASUREMENTS** [1] - 3125:6
**MEASURES** [1] - 3065:19
**MECHANICAL** [1] - 3053:14
**MEET** [3] - 3063:1, 3063:2, 3064:25, 3066:1, 3066:3, 3100:14
**MEETING** [1] - 3066:11
**MEMO** [3] - 3078:14, 3079:25, 3084:13
**MEMOS** [1] - 3086:13
**MENTION** [2] - 3139:23, 3139:24
**MENTIONED** [6] - 3063:16, 3064:15, 3079:25, 3082:15, 3082:22, 3098:8
**MENTOR** [1] - 3118:22
**MERIT** [2] - 3144:12, 3144:22
**MESSRS** [1] - 3093:24
**MET** [7] - 3062:2, 3062:9, 3064:6, 3076:14, 3100:10, 3103:11, 3105:4
**METHOD** [21] - 3066:3, 3088:9,

3088:10, 3088:12, 3088:18, 3088:20, 3088:21, 3088:22, 3088:25, 3089:19, 3090:6, 3091:19, 3092:8, 3095:2, 3095:9, 3097:20, 3098:24, 3124:24, 3125:2, 3125:3, 3132:18

**METHODS** [8] - 3060:2, 3066:6, 3066:8, 3066:11, 3090:8, 3095:16, 3100:18, 3100:21

**MICHAEL** [1] - 3051:4

**MIDDLE** [1] - 3106:24

**MIGHT** [4] - 3098:20, 3105:15, 3140:23, 3143:23

**MIND** [6] - 3055:11, 3061:11, 3062:4, 3065:10, 3085:20, 3125:24

**MINIMIZE** [1] - 3094:7

**MINIMUM** [2] - 3101:2, 3127:13

**MINUS** [1] - 3087:11

**MINUTES** [2] - 3116:25, 3144:2

**MISCELLANEOUS** [1] - 3068:6

**MISCHARACTERIZA**

**TION** [1] - 3137:10

**MISSISSIPPI** [1] - 3059:21

**MISSOURI** [1] - 3066:18

**MISSTATEMENT** [1] - 3119:17

**MISUNDERSTOOD**

[1] - 3056:7

**MITCHELL** [1] - 3051:22

**MITSCH** [1] - 3053:5

**MMG** [6] - 3118:22, 3119:1, 3119:2, 3119:5, 3126:3, 3126:7

**MOISTURE** [1] - 3100:25

**MOMENT** [4] - 3105:23, 3111:23, 3122:24, 3143:17

**MONITORED** [2] - 3100:12, 3101:16

**MONITORING** [1] - 3101:7

**MONTANA** [1] - 3059:15

**MONTEGUT** [6] - 3086:6, 3093:24, 3101:9, 3101:13, 3102:23, 3105:7

**MONTEGUT'S** [1] - 3098:6

**MORE** [6] - 3095:23, 3098:24, 3102:9, 3138:6, 3139:16, 3144:2

**MORGAN** [1] - 3051:9

**MORNING** [6] - 3050:11, 3055:9, 3057:19, 3068:15, 3068:16, 3106:1

**MOST** [9] - 3063:24, 3064:20, 3075:25, 3080:6, 3091:20, 3102:4, 3135:19, 3135:24, 3137:6

**MOVE** [9] - 3080:24, 3083:9, 3083:16, 3083:22, 3093:13, 3093:15, 3094:12, 3115:12, 3141:19

**MOVED** [5] - 3059:19, 3060:3, 3060:10, 3060:15, 3060:17

**MOVING** [7] - 3081:20, 3082:19, 3086:20, 3093:9, 3095:15, 3099:2, 3099:16

**MR** [92] - 3054:8, 3054:10, 3055:10, 3055:22, 3056:2, 3056:7, 3056:11, 3056:12, 3056:19, 3056:24, 3057:12, 3057:21, 3068:10, 3068:11, 3068:14, 3073:20, 3074:3, 3074:7, 3077:3, 3077:21, 3078:1, 3082:15, 3085:8, 3085:12, 3085:20, 3086:6, 3087:6, 3088:8, 3090:15, 3098:6, 3098:8, 3099:8, 3099:9, 3101:9, 3101:12, 3101:13, 3105:17, 3105:20, 3105:23, 3106:12, 3106:15, 3115:20, 3116:21, 3117:5, 3117:7, 3117:15, 3117:23, 3118:1, 3118:5, 3118:8, 3118:14, 3118:17, 3119:24,

3120:4, 3121:8, 3121:10, 3121:15, 3121:18, 3122:17, 3122:19, 3122:22, 3124:7, 3124:17, 3126:11, 3127:8, 3127:11, 3127:22, 3127:24, 3128:7, 3128:11, 3131:5, 3131:23, 3132:2, 3133:22, 3137:2, 3137:25, 3138:7, 3138:9, 3139:22, 3140:6, 3140:10, 3140:13, 3141:13, 3141:16, 3142:13, 3142:23, 3143:19, 3143:24, 3144:2

**MRGO** [1] - 3050:8

**MS** [22] - 3054:7, 3054:9, 3057:19, 3058:9, 3068:8, 3074:8, 3074:11, 3074:14, 3074:25, 3075:3, 3077:7, 3077:22, 3099:10, 3131:13, 3131:19, 3137:10, 3137:13, 3141:18, 3142:2, 3142:8, 3142:12, 3142:19

**MUCH** [5] - 3055:9, 3073:20, 3105:17, 3106:8, 3127:1

**MUNICIPAL** [2] - 3060:13, 3063:16

**MUNICIPALITIES** [3] - 3063:19, 3063:21, 3063:24

**MUST** [2] - 3091:25, 3108:13

**MY** [52] - 3056:22, 3058:12, 3058:23, 3059:16, 3059:25, 3060:15, 3061:2, 3064:20, 3069:17, 3074:22, 3075:4, 3075:6, 3075:11, 3075:14, 3075:18, 3075:20, 3078:2, 3080:14, 3082:11, 3082:14, 3085:4, 3090:19, 3097:15, 3098:2, 3098:12, 3100:16, 3100:18, 3102:2, 3102:19, 3103:8, 3105:12, 3106:1, 3112:18, 3113:13, 3116:3, 3116:15, 3116:24,

3117:14, 3119:17, 3119:19, 3121:4, 3123:24, 3130:25, 3131:19, 3132:23, 3133:24, 3142:6, 3143:1, 3143:14, 3144:16

**MYSELF** [2] - 3142:5

---

# N

**N.W** [1] - 3052:20

**NAME** [3] - 3058:5, 3067:16, 3069:8

**NATIVE** [1] - 3100:22

**NATURAL** [2] - 3088:2, 3121:24

**NATURE** [2] - 3087:18, 3088:23

**NEAR** [2] - 3071:25, 3086:1

**NEARBY** [1] - 3067:22

**NECESSARILY** [4] - 3056:9, 3088:16, 3088:20, 3096:25

**NECESSARY** [2] - 3084:23, 3092:11

**NEED** [8] - 3057:2, 3081:6, 3081:8, 3087:9, 3089:1, 3110:22, 3114:8, 3143:22

**NEEDED** [6] - 3082:18, 3086:16, 3108:9, 3108:10, 3108:16, 3129:16

**NEEDS** [2] - 3082:18, 3138:5

**NEITHER** [1] - 3088:1

**NEVER** [6] - 3068:23, 3069:1, 3069:15, 3070:16, 3070:23, 3083:18

**NEW** [11] - 3050:7, 3050:17, 3050:20, 3051:12, 3051:19, 3052:8, 3052:14, 3053:12, 3057:6, 3060:6, 3060:13

**NEXT** [28] - 3091:18, 3106:23, 3107:6, 3108:2, 3108:12, 3109:15, 3110:10, 3110:14, 3111:16, 3113:1, 3114:25, 3115:7, 3126:11, 3127:22, 3128:8, 3128:15, 3128:23, 3130:14, 3133:3,

3134:20, 3135:2, 3136:7, 3139:19, 3140:3, 3140:14, 3140:23, 3141:6

**NICE** [1] - 3103:24

**NINE** [1] - 3129:6

**NO** [53] - 3050:6, 3050:9, 3055:19, 3056:19, 3070:20, 3071:17, 3071:20, 3071:24, 3073:4, 3073:8, 3073:25, 3078:14, 3079:4, 3079:12, 3080:1, 3083:10, 3083:15, 3083:20, 3084:6, 3085:5, 3092:6, 3093:16, 3094:14, 3099:17, 3100:5, 3103:7, 3104:24, 3105:2, 3105:10, 3107:13, 3108:17, 3110:5, 3110:8, 3112:1, 3112:6, 3119:14, 3125:10, 3128:22, 3129:20, 3130:13, 3132:15, 3132:25, 3133:18, 3135:9, 3136:6, 3137:9, 3137:21, 3138:3, 3141:13, 3141:16, 3141:18, 3142:4, 3144:2

**NOR** [3] - 3080:8, 3081:18, 3088:2

**NORTH** [4] - 3090:20, 3121:1, 3121:2

**NORTH-SOUTH** [1] - 3090:20

**NORTHERN** [4] - 3059:15, 3090:17, 3090:25, 3091:14

**NOT** [106] - 3055:15, 3056:5, 3056:9, 3056:17, 3056:20, 3057:1, 3057:5, 3057:6, 3062:13, 3062:14, 3066:7, 3069:7, 3069:21, 3070:4, 3071:1, 3071:4, 3071:6, 3072:1, 3072:5, 3072:14, 3072:16, 3072:25, 3073:14, 3074:17, 3076:7, 3077:8, 3079:16, 3079:17, 3080:7, 3080:11, 3080:19, 3080:25, 3081:18, 3082:12, 3082:14,

3082:20, 3082:21, 3084:2, 3084:9, 3084:13, 3084:23, 3085:2, 3085:11, 3086:4, 3086:12, 3086:13, 3086:18, 3087:18, 3088:23, 3090:8, 3091:24, 3092:1, 3093:13, 3094:16, 3094:18, 3096:9, 3096:24, 3096:25, 3097:8, 3097:10, 3098:7, 3098:11, 3098:14, 3099:25, 3100:14, 3102:13, 3104:20, 3106:8, 3107:18, 3108:11, 3108:22, 3110:8, 3110:9, 3111:1, 3111:20, 3112:4, 3112:5, 3113:13, 3115:4, 3116:19, 3117:12, 3119:19, 3123:11, 3124:4, 3125:15, 3125:19, 3126:12, 3128:1, 3128:20, 3129:20, 3130:5, 3130:8, 3130:23, 3133:13, 3133:16, 3137:22, 3138:3, 3138:5, 3138:20, 3138:21, 3139:23, 3141:4, 3143:20

**NOTE** [2] - 3056:1, 3123:12

**NOTED** [4] - 3103:7, 3105:2, 3105:11, 3123:20

**NOTHING** [2] - 3057:24, 3143:7

**NOTIFIED** [1] - 3100:6

**NOTIFY** [1] - 3099:24

**NOW** [19] - 3059:22, 3074:25, 3078:5, 3078:8, 3079:3, 3083:9, 3084:8, 3085:20, 3086:4, 3093:24, 3094:16, 3095:1, 3095:23, 3096:4, 3122:18, 3126:3, 3131:25, 3135:13, 3143:2

**NUMBER** [23] - 3062:17, 3063:23, 3064:15, 3067:4, 3073:21, 3075:15, 3076:22, 3080:24, 3082:1, 3082:10, 3084:19, 3086:20,

3086:25, 3087:5, 3088:20, 3089:2, 3091:1, 3095:8, 3099:2, 3105:10, 3116:13, 3123:20

**NUMBERED** [1] - 3144:17

**NUMEROUS** [2] - 3104:21, 3131:15

# O

**O'CONNER** [2] - 3083:24, 3117:18

**OAK** [1] - 3050:24

**OATH** [2] - 3058:4, 3143:12

**OBJECT** [5] - 3111:12, 3124:7, 3137:13, 3142:13, 3142:16

**OBJECTING** [1] - 3073:24

**OBJECTION** [5] - 3056:2, 3077:3, 3137:10, 3137:17, 3142:17

**OBJECTIONS** [2] - 3057:14, 3074:5

**OBJECTS** [3] - 3083:5, 3083:6, 3134:11

**OBLIGATIONS** [1] - 3103:11

**OBSERVATIONAL** [3] - 3124:24, 3125:1, 3125:3

**OBSERVATIONS** [1] - 3125:5

**OBSERVED** [1] - 3104:24

**OBSTRUCTIONS** [1] - 3092:22

**OBTAIN** [1] - 3061:3

**OBTAINING** [1] - 3083:4

**OBVIOUSLY** [3] - 3079:8, 3080:5, 3106:5

**OCCASION** [1] - 3073:19

**OCCUR** [1] - 3092:1

**OCCURRED** [5] - 3063:12, 3073:5, 3098:16, 3099:11, 3140:23

**OCTOBER** [5] - 3072:19, 3081:7, 3085:21, 3117:24, 3118:3

**OF** [535] - 3050:1, 3050:11, 3051:7, 3053:3, 3055:11, 3055:13, 3055:15, 3056:9, 3056:10, 3057:8, 3057:9, 3058:10, 3058:12, 3058:13, 3058:18, 3058:20, 3058:22, 3058:24, 3059:3, 3059:10, 3059:13, 3059:21, 3060:1, 3060:6, 3060:12, 3060:23, 3061:8, 3061:11, 3061:13, 3061:14, 3061:15, 3061:24, 3062:2, 3062:9, 3062:14, 3062:17, 3062:22, 3062:24, 3063:2, 3063:3, 3063:8, 3063:9, 3063:10, 3063:11, 3063:13, 3063:23, 3063:25, 3064:1, 3064:6, 3064:8, 3064:9, 3064:11, 3064:15, 3064:17, 3064:20, 3064:21, 3064:25, 3065:3, 3065:5, 3065:12, 3065:23, 3066:4, 3066:5, 3066:17, 3066:18, 3066:23, 3067:2, 3067:3, 3067:4, 3067:5, 3067:17, 3067:19, 3068:2, 3068:5, 3068:23, 3069:1, 3069:2, 3069:15, 3069:18, 3069:22, 3069:23, 3069:25, 3070:11, 3070:4, 3070:5, 3070:8, 3070:9, 3070:12, 3070:17, 3071:9, 3071:12, 3071:13, 3071:24, 3071:25, 3072:1, 3072:2, 3072:12, 3072:20, 3072:24, 3072:25, 3073:1, 3073:5, 3073:8, 3073:9, 3073:10, 3073:19, 3073:21, 3073:23, 3073:24, 3074:16, 3074:19, 3074:22, 3074:23, 3074:24, 3075:9, 3075:12, 3075:14, 3075:15, 3075:18, 3075:20, 3075:22,

3075:25, 3076:2, 3076:4, 3076:5, 3076:7, 3076:9, 3076:14, 3076:16, 3076:19, 3076:24, 3077:4, 3077:9, 3077:10, 3077:11, 3077:12, 3077:14, 3077:17, 3077:24, 3077:25, 3078:3, 3078:6, 3078:11, 3078:12, 3078:21, 3078:25, 3079:6, 3079:8, 3079:10, 3079:13, 3079:14, 3079:20, 3079:22, 3079:24, 3080:1, 3080:19, 3080:20, 3081:2, 3081:3, 3081:4, 3081:5, 3081:7, 3081:9, 3081:10, 3081:11, 3081:13, 3081:14, 3081:17, 3081:21, 3081:25, 3082:1, 3082:5, 3082:8, 3082:10, 3082:12, 3082:15, 3083:2, 3083:4, 3083:5, 3083:6, 3083:14, 3083:16, 3083:20, 3083:23, 3084:9, 3084:11, 3084:13, 3084:14, 3084:21, 3084:22, 3085:2, 3085:18, 3085:23, 3086:2, 3086:3, 3086:6, 3086:7, 3086:21, 3087:4, 3087:8, 3087:10, 3087:12, 3087:13, 3087:16, 3087:23, 3088:1, 3088:2, 3088:3, 3088:9, 3088:13, 3088:15, 3088:16, 3088:19, 3088:20, 3088:22, 3088:24, 3089:1, 3089:2, 3089:3, 3089:9, 3089:11, 3089:12, 3089:13, 3089:18, 3089:19, 3089:20, 3089:23, 3089:25, 3090:3, 3090:4, 3090:10, 3090:11, 3090:19, 3090:21, 3090:23, 3090:25, 3091:4, 3091:5, 3091:7, 3091:9, 3091:10, 3091:11, 3091:13,

3091:14, 3091:15, 3091:16, 3091:19, 3091:20, 3091:24, 3092:1, 3092:7, 3092:8, 3092:13, 3092:24, 3093:5, 3093:22, 3094:4, 3094:20, 3094:22, 3095:2, 3095:3, 3095:14, 3095:16, 3095:19, 3095:20, 3095:24, 3096:4, 3096:7, 3096:8, 3096:11, 3096:13, 3096:14, 3096:22, 3096:23, 3097:7, 3097:21, 3098:7, 3098:22, 3098:24, 3099:1, 3099:4, 3099:6, 3099:13, 3099:14, 3099:18, 3099:22, 3099:23, 3100:1, 3100:4, 3100:10, 3100:19, 3100:21, 3100:22, 3101:4, 3101:5, 3101:6, 3101:12, 3101:19, 3101:22, 3102:4, 3102:5, 3102:6, 3102:14, 3102:16, 3103:3, 3103:6, 3103:8, 3103:10, 3103:19, 3103:20, 3103:24, 3104:2, 3104:3, 3104:5, 3104:10, 3104:11, 3104:18, 3104:21, 3104:22, 3104:25, 3106:3, 3106:16, 3106:25, 3107:1, 3107:3, 3107:15, 3107:16, 3107:19, 3107:24, 3108:5, 3108:12, 3108:13, 3109:18, 3109:19, 3109:22, 3110:1, 3110:15, 3110:20, 3111:5, 3111:6, 3111:8, 3111:9, 3111:24, 3112:11, 3112:18, 3112:22, 3113:2, 3113:10, 3113:14, 3113:17, 3114:1, 3114:2, 3114:4, 3114:9, 3114:13, 3114:16, 3115:2, 3115:5, 3115:8, 3115:14, 3115:19, 3116:4, 3116:7, 3116:8, 3116:15,

3116:18, 3116:19, 3116:20, 3117:11, 3118:9, 3118:11, 3118:15, 3118:22, 3119:3, 3119:13, 3119:14, 3119:15, 3119:17, 3119:20, 3119:21, 3120:5, 3120:16, 3120:17, 3120:20, 3120:23, 3121:2, 3122:11, 3122:25, 3123:12, 3123:14, 3123:17, 3123:18, 3123:25, 3124:2, 3124:3, 3124:5, 3124:7, 3124:9, 3124:10, 3124:19, 3124:20, 3125:1, 3125:4, 3125:6, 3125:9, 3125:12, 3125:17, 3125:20, 3125:22, 3125:25, 3126:1, 3126:8, 3126:25, 3127:2, 3127:3, 3127:13, 3128:2, 3128:5, 3128:8, 3128:13, 3128:16, 3129:3, 3129:8, 3129:10, 3129:19, 3129:20, 3130:2, 3130:19, 3130:21, 3132:16, 3132:22, 3132:24, 3133:21, 3133:24, 3134:2, 3134:3, 3134:5, 3134:10, 3134:14, 3134:17, 3135:4, 3135:19, 3135:20, 3135:24, 3136:1, 3136:7, 3136:19, 3137:6, 3137:10, 3137:13, 3138:11, 3138:15, 3138:18, 3138:21, 3139:9, 3139:12, 3139:13, 3139:14, 3139:23, 3140:8, 3140:16, 3140:19, 3140:22, 3141:3, 3141:4, 3141:5, 3141:22, 3142:6, 3144:12, 3144:14, 3144:16

**OFF** [8] - 3059:14, 3060:16, 3091:1, 3101:23, 3101:25, 3116:1, 3120:5, 3130:22

**OFFER** [3] - 3068:9, 3074:1, 3142:9

**OFFERED** [3] -

3074:2, 3074:20, 3124:10

**OFFERING** [1] - 3060:25

**OFFHAND** [1] - 3116:16

**OFFICE** [2] - 3051:7, 3060:18

**OFFICIAL** [4] - 3053:11, 3064:2, 3144:13, 3144:22

**OFTEN** [1] - 3095:13

**OH** [2] - 3111:22, 3140:7

**OKAY** [17] - 3077:23, 3097:14, 3097:15, 3108:12, 3109:10, 3110:10, 3111:7, 3111:23, 3113:9, 3121:5, 3121:14, 3123:24, 3131:25, 3134:25, 3136:16, 3137:5, 3138:5

**ON** [130] - 3056:9, 3056:10, 3056:14, 3057:14, 3058:4, 3058:14, 3058:17, 3061:9, 3063:11, 3063:21, 3064:1, 3064:11, 3065:2, 3065:5, 3065:23, 3066:13, 3067:1, 3067:22, 3068:5, 3068:23, 3069:2, 3069:12, 3069:19, 3072:2, 3072:5, 3073:4, 3073:19, 3074:17, 3074:23, 3076:1, 3076:6, 3076:11, 3076:24, 3077:4, 3077:8, 3077:15, 3078:2, 3079:14, 3081:20, 3082:19, 3083:9, 3083:16, 3084:11, 3085:4, 3085:22, 3085:25, 3086:5, 3086:16, 3086:20, 3087:2, 3088:7, 3088:23, 3089:13, 3090:13, 3090:18, 3091:3, 3091:5, 3091:13, 3092:11, 3092:21, 3093:9, 3093:10, 3093:22, 3094:3, 3094:10, 3094:23, 3095:7, 3095:8, 3095:22, 3097:15, 3098:12, 3098:20, 3098:23,

3099:2, 3099:11, 3099:16, 3099:17, 3099:19, 3099:20, 3100:12, 3100:16, 3101:7, 3101:15, 3101:16, 3101:17, 3101:23, 3101:25, 3102:17, 3103:2, 3103:8, 3103:16, 3104:1, 3104:3, 3104:25, 3105:12, 3109:1, 3109:8, 3110:3, 3110:9, 3110:18, 3112:14, 3113:11, 3113:22, 3114:16, 3114:23, 3115:12, 3116:8, 3116:20, 3120:13, 3121:11, 3124:12, 3124:20, 3125:5, 3127:2, 3127:4, 3129:12, 3129:24, 3132:7, 3132:23, 3133:23, 3135:4, 3136:4, 3136:7, 3137:7, 3139:13, 3141:22, 3143:12

**ON-SITE** [1] - 3092:11

**ON-STAFF** [1] - 3063:21

**ONCE** [2] - 3064:23, 3073:12

**ONE** [45] - 3055:25, 3056:13, 3060:12, 3061:11, 3062:4, 3063:7, 3063:24, 3065:10, 3069:19, 3074:15, 3076:4, 3076:19, 3081:3, 3084:13, 3086:18, 3086:25, 3088:22, 3091:20, 3095:10, 3101:12, 3101:14, 3101:21, 3104:3, 3104:18, 3104:22, 3104:25, 3105:18, 3105:23, 3110:5, 3111:21, 3112:5, 3115:2, 3115:5, 3116:15, 3120:23, 3122:20, 3125:9, 3128:5, 3129:10, 3130:2, 3133:21, 3135:8, 3135:18, 3142:3, 3141:3

**ONES** [2] - 3060:21, 3128:6

**ONLY** [6] - 3056:13, 3056:23, 3069:18, 3098:20, 3125:24,

3139:11

**OPEN** [2] - 3055:14

**OPENING** [1] - 3101:19

**OPERATIONS** [7] - 3082:7, 3090:3, 3093:12, 3094:10, 3094:14, 3112:24, 3114:17

**OPERATORS** [1] - 3094:1

**OPINE** [1] - 3076:3

**OPINING** [3] - 3073:1, 3077:4, 3077:8

**OPINION** [34] - 3057:6, 3073:4, 3074:1, 3074:17, 3074:19, 3074:20, 3076:22, 3077:10, 3079:19, 3080:7, 3086:18, 3086:20, 3086:25, 3097:15, 3099:2, 3099:16, 3100:8, 3100:10, 3100:18, 3102:2, 3102:19, 3103:5, 3105:10, 3116:20, 3122:24, 3123:6, 3123:13, 3123:16, 3124:21, 3125:19, 3126:7, 3128:20, 3128:21, 3132:17

**OPINIONS** [12] - 3061:10, 3062:16, 3063:17, 3064:2, 3074:18, 3075:5, 3076:1, 3076:19, 3096:25, 3122:23, 3124:10, 3126:10

**OPPORTUNITY** [1] - 3142:16

**OPTION** [1] - 3097:25

**OPTIONS** [2] - 3095:10, 3097:24

**OR** [67] - 3055:18, 3056:17, 3056:25, 3062:10, 3062:13, 3065:8, 3065:9, 3066:7, 3067:3, 3067:8, 3071:7, 3072:1, 3072:9, 3072:12, 3073:5, 3073:14, 3073:22, 3075:9, 3077:8, 3080:5, 3080:8, 3080:12, 3083:12, 3085:5, 3085:14, 3085:15, 3087:12, 3088:15, 3088:16, 3092:17, 3092:18,

3092:20, 3092:22, 3093:22, 3094:10, 3095:11, 3095:12, 3097:4, 3098:15, 3099:19, 3100:15, 3100:22, 3101:18, 3102:5, 3107:9, 3110:22, 3111:4, 3111:12, 3114:8, 3114:23, 3114:24, 3117:12, 3117:15, 3118:9, 3119:12, 3121:12, 3125:13, 3125:17, 3135:20, 3135:25, 3138:14, 3139:7, 3143:20

**ORDER** [38] - 3055:4, 3066:1, 3068:5, 3069:2, 3075:15, 3076:17, 3077:24, 3080:23, 3080:24, 3081:1, 3086:16, 3086:25, 3087:5, 3087:15, 3091:13, 3094:1, 3094:7, 3104:3, 3107:17, 3107:25, 3109:6, 3109:8, 3109:17, 3109:18, 3110:4, 3111:4, 3111:5, 3111:6, 3111:8, 3115:5, 3117:8, 3120:21, 3124:6, 3132:23

**ORDERS** [1] - 3080:19

**ORDINANCES** [1] - 3064:6

**ORGANIZATION** [1] - 3118:18

**ORIGINAL** [1] - 3079:10

**ORIGINATING** [1] - 3087:14

**ORLEANS** [8] - 3050:7, 3050:17, 3050:20, 3051:12, 3051:19, 3052:8, 3052:14, 3053:12

**OTHER** [23] - 3060:23, 3062:4, 3062:10, 3063:14, 3065:21, 3066:25, 3067:20, 3072:15, 3075:20, 3082:10, 3088:15, 3092:6, 3099:11, 3103:9, 3110:22, 3114:8, 3124:18, 3129:14, 3132:15, 3136:24, 3139:12, 3140:24, 3142:1

**OTHER'S** [1] - 3056:4
**OTHERS** [1] - 3105:18
**OUR** [8] - 3055:14, 3062:24, 3064:25, 3065:16, 3105:25, 3125:5, 3125:7, 3141:22
**OUT** [28] - 3063:22, 3063:23, 3066:5, 3072:18, 3077:20, 3080:21, 3082:9, 3085:23, 3087:17, 3089:19, 3091:3, 3091:19, 3094:21, 3097:17, 3099:13, 3100:7, 3101:15, 3103:21, 3103:23, 3110:25, 3111:12, 3113:15, 3113:18, 3113:19, 3113:22, 3119:4, 3119:16, 3132:21
**OVER** [7] - 3095:15, 3103:25, 3104:1, 3104:16, 3139:14
**OVERALL** [5] - 3082:6, 3112:23, 3118:20, 3118:25, 3123:9
**OVERRULE** [1] - 3142:17
**OVERRULED** [1] - 3137:17
**OVERSEE** [1] - 3094:13
**OVERSIGHT** [1] - 3067:1
**OWEN** [1] - 3052:3
**OWN** [4] - 3086:15, 3099:20, 3123:7, 3143:21
**OWNER** [10] - 3065:18, 3076:12, 3076:13, 3076:23, 3077:17, 3086:22, 3086:23, 3101:20, 3123:4, 3123:8
**OWNER-APPROVED** [4] - 3076:12, 3086:22, 3123:4, 3123:8

**P**

**P.O** [1] - 3053:7
**PAGE** [35] - 3054:3, 3072:21, 3106:16, 3107:6, 3108:18, 3109:1, 3109:22, 3110:14, 3111:17,
3112:19, 3113:1, 3113:2, 3114:13, 3115:7, 3115:13, 3115:22, 3115:25, 3118:15, 3119:25, 3121:20, 3127:5, 3128:8, 3130:19, 3131:4, 3131:10, 3131:11, 3132:4, 3134:2, 3134:17, 3135:22, 3136:8, 3136:13, 3140:3, 3140:14
**PAGES** [1] - 3099:13
**PALMINTIER** [2] - 3051:3, 3051:4
**PAPANTONIO** [1] - 3051:21
**PAPERS** [4] - 3068:6, 3070:20, 3071:17
**PARAGRAPH** [7] - 3112:14, 3114:2, 3134:8, 3134:9, 3134:21, 3135:2, 3135:7
**PARAPHRASE** [1] - 3127:16
**PARAPHRASING** [1] - 3115:11
**PART** [28] - 3069:2, 3071:9, 3071:11, 3072:11, 3076:16, 3081:4, 3081:11, 3082:12, 3084:9, 3084:14, 3085:23, 3087:12, 3088:24, 3089:1, 3089:3, 3090:17, 3109:18, 3111:5, 3111:9, 3112:18, 3113:10, 3113:14, 3118:22, 3120:5, 3124:5, 3125:12, 3132:10, 3141:22
**PARTIALLY** [1] - 3083:4
**PARTICIPANT** [1] - 3068:1
**PARTICIPATE** [1] - 3079:16
**PARTICIPATED** [2] - 3067:24, 3069:15
**PARTICIPATING** [2] - 3070:5, 3070:9
**PARTICULAR** [19] - 3056:6, 3059:3, 3059:12, 3065:10, 3086:5, 3090:11, 3090:18, 3091:4, 3094:3, 3094:19,
3095:5, 3095:7, 3099:8, 3103:14, 3107:16, 3107:17, 3107:21, 3114:22, 3132:21
**PARTICULARLY** [1] - 3063:20
**PARTY** [2] - 3078:13, 3133:13
**PASSES** [1] - 3088:20
**PASSING** [1] - 3061:7
**PAST** [1] - 3125:5
**PATTERNS** [1] - 3094:9
**PE** [2] - 3102:22, 3102:24
**PEERS** [1] - 3061:6
**PENDING** [1] - 3055:14
**PENNSYLVANIA** [1] - 3063:14
**PENSACOLA** [1] - 3051:23
**PEOPLE** [1] - 3117:11
**PEPPER** [4] - 3053:11, 3144:11, 3144:20, 3144:21
**PER** [5] - 3061:21, 3100:22, 3104:17, 3124:4, 3133:4
**PERCENT** [3] - 3098:21, 3098:23, 3104:18
**PERFORM** [4] - 3080:8, 3080:9, 3083:12, 3090:1
**PERFORMANCE** [9] - 3075:12, 3083:5, 3088:11, 3088:14, 3088:15, 3088:17, 3090:8, 3125:4, 3125:6
**PERFORMED** [14] - 3071:11, 3071:20, 3078:15, 3079:15, 3079:22, 3080:4, 3081:11, 3081:15, 3081:22, 3083:12, 3086:10, 3089:15, 3092:18, 3104:23
**PERFORMING** [6] - 3061:16, 3076:10, 3076:15, 3099:18, 3101:4, 3124:20
**PERHAPS** [1] - 3124:18
**PERPENDICULAR** [1] - 3139:4
**PERSON** [1] - 3080:5
**PERSONNEL** [8] -
3075:19, 3083:17, 3083:23, 3085:9, 3101:11, 3108:19, 3108:24, 3117:8
**PERSPECTIVE** [1] - 3100:1
**PERTAINS** [1] - 3050:8
**PERVIOUS** [1] - 3097:1
**PETROCHEMICAL** [1] - 3065:11
**PH.D** [1] - 3058:24
**PHASE** [5] - 3062:12, 3062:14, 3077:25, 3078:1, 3140:16
**PHASES** [2] - 3083:2, 3107:1
**PHIL** [1] - 3083:25
**PHILLIP** [1] - 3117:20
**PHONETICALLY** [1] - 3062:18
**PHOTOGRAPH** [5] - 3075:17, 3090:15, 3090:16, 3103:14, 3103:18
**PHOTOGRAPHS** [7] - 3091:7, 3091:9, 3103:13, 3104:5, 3104:8, 3104:11, 3138:17
**PICTURES** [1] - 3136:6
**PIECE** [1] - 3088:19
**PIGMAN** [1] - 3052:11
**PILE** [4] - 3093:20, 3097:7, 3116:8, 3116:17
**PILES** [4] - 3089:21, 3090:4, 3104:11, 3116:20
**PILING** [1] - 3093:18
**PIPING** [2] - 3082:11, 3113:11
**PIT** [10] - 3095:16, 3095:17, 3095:19, 3095:21, 3095:22, 3096:3, 3096:7, 3100:5, 3113:22, 3121:24
**PITS** [1] - 3096:5
**PLACE** [11] - 3070:2, 3070:14, 3092:23, 3093:14, 3094:11, 3095:10, 3095:11, 3102:8, 3114:9, 3136:14, 3136:17
**PLACED** [3] - 3087:13, 3087:19, 3103:25
**PLACEMENT** [1] - 3088:13
**PLAINTIFFS** [4] - 3050:15, 3055:24, 3056:25, 3105:21
**PLAN** [30] - 3081:22, 3082:19, 3085:21, 3085:22, 3089:4, 3089:12, 3095:20, 3111:13, 3112:8, 3112:11, 3112:12, 3112:16, 3115:9, 3115:18, 3115:19, 3116:2, 3117:24, 3118:2, 3127:18, 3129:1, 3129:22, 3129:23, 3130:2, 3130:3, 3130:7, 3130:12, 3130:15, 3130:19, 3130:22, 3130:24
**PLANNED** [5] - 3081:24, 3082:3, 3082:20, 3112:12, 3112:16
**PLANNING** [2] - 3055:11, 3070:16
**PLANS** [30] - 3061:18, 3064:4, 3064:24, 3064:25, 3070:9, 3076:12, 3086:8, 3086:22, 3087:1, 3089:3, 3089:17, 3094:5, 3099:3, 3099:12, 3109:9, 3100:15, 3100:19, 3102:2, 3105:4, 3115:7, 3123:4, 3123:8, 3126:20, 3126:21, 3126:23, 3126:24, 3126:25, 3127:13, 3128:9, 3130:1
**PLANT** [1] - 3063:14
**PLC** [1] - 3052:7
**PLEASE** [11] - 3055:7, 3055:8, 3056:12, 3057:22, 3058:5, 3117:3, 3127:6, 3131:7, 3131:12, 3143:5, 3143:13
**PLUS** [1] - 3141:5
**POINT** [17] - 3055:22, 3076:23, 3077:20, 3079:19, 3079:24, 3080:7, 3080:20, 3082:9, 3085:23, 3091:3, 3091:19, 3099:13, 3099:16, 3102:13, 3102:15,

3103:5, 3106:4
**POINTED** [2] - 3103:21, 3113:22
**POINTING** [1] - 3119:4
**POINTS** [3] - 3076:20, 3086:24, 3100:11
**POLYTECH** [1] - 3067:13
**POMONA** [1] - 3067:13
**POND** [1] - 3104:20
**PONDING** [4] - 3092:11, 3093:11, 3094:7, 3094:11
**PORTION** [1] - 3090:21
**PORTIONS** [1] - 3128:16
**POSED** [1] - 3099:25
**POSITIVE** [1] - 3092:4
**POSSIBLE** [3] - 3059:7, 3059:9, 3131:15
**POST** [1] - 3132:25
**POST-COMPACTION** [1] - 3132:25
**POTENTIAL** [5] - 3068:2, 3071:21, 3099:18, 3099:25, 3119:12
**POTENTIALLY** [1] - 3065:17
**POWER** [1] - 3063:14
**POYDRAS** [2] - 3051:12, 3053:12
**PRACTICES** [1] - 3123:11
**PRACTICING** [1] - 3075:7
**PRECLUDED** [1] - 3057:8
**PRELIMINARY** [1] - 3064:22
**PREPARATION** [2] - 3086:7, 3088:13
**PREPARE** [3] - 3110:19, 3120:6, 3127:12
**PREPARED** [6] - 3061:10, 3089:13, 3115:15, 3115:21, 3115:23, 3118:2
**PREPARING** [1] - 3070:1
**PRESCRIBE** [1] - 3088:14
**PRESCRIBES** [1] - 3088:12
**PRESENT** [3] - 3083:21, 3083:22,

3114:3
**PRESENTATION** [13] - 3071:7, 3071:10, 3071:12, 3074:12, 3074:23, 3075:1, 3076:2, 3106:9, 3112:18, 3130:25, 3141:20, 3142:14, 3143:15
**PRESENTATIONS** [2] - 3071:4, 3071:14
**PRESENTS** [1] - 3075:1
**PREVENT** [2] - 3093:10, 3094:11
**PREVIOUS** [3] - 3098:2, 3113:7, 3116:15
**PREVIOUSLY** [3] - 3089:16, 3090:2, 3099:7
**PRIMARILY** [1] - 3088:9
**PRIMARY** [7] - 3076:1, 3076:19, 3081:9, 3086:18, 3086:20, 3117:11, 3122:23
**PRINCIPAL** [1] - 3060:18
**PRINCIPLES** [1] - 3114:15
**PRIOR** [1] - 3107:8
**PROBABLY** [4] - 3115:4, 3122:14, 3129:16, 3132:23
**PROBLEMS** [3] - 3064:9, 3065:7, 3065:13
**PROCEED** [3] - 3079:1, 3105:21, 3117:4
**PROCEEDING** [1] - 3068:6
**PROCEEDINGS** [4] - 3050:11, 3053:14, 3055:1, 3144:17
**PROCESS** [7] - 3088:24, 3089:1, 3108:13, 3114:21, 3119:10, 3120:13, 3120:15
**PROCTOR** [4] - 3051:22, 3088:16, 3088:23
**PRODUCED** [2] - 3053:14, 3085:21
**PROFESSIONAL** [7] - 3060:19, 3060:22, 3067:4, 3067:5, 3086:15, 3089:15,

3103:4
**PROFESSOR** [14] - 3084:1, 3086:14, 3098:17, 3098:20, 3099:1, 3101:14, 3102:6, 3102:11, 3102:12, 3105:1, 3123:21, 3135:16, 3137:3
**PROFESSORS** [1] - 3085:6
**PROFFER** [3] - 3141:22, 3141:24, 3142:9
**PROGRAM** [4] - 3059:8, 3083:24, 3117:15, 3118:23
**PROJECT** [65] - 3058:14, 3060:5, 3061:13, 3061:14, 3061:22, 3061:23, 3062:4, 3062:5, 3062:12, 3064:23, 3065:22, 3066:13, 3066:14, 3069:21, 3071:9, 3075:19, 3076:7, 3076:24, 3077:1, 3077:17, 3077:25, 3078:3, 3078:7, 3078:12, 3078:13, 3079:1, 3081:22, 3082:6, 3082:19, 3083:10, 3083:23, 3083:24, 3085:21, 3085:22, 3087:7, 3095:20, 3101:5, 3102:24, 3109:1, 3109:4, 3109:22, 3112:8, 3112:11, 3112:12, 3112:13, 3112:16, 3112:23, 3114:22, 3114:23, 3117:18, 3117:24, 3118:2, 3118:9, 3118:18, 3118:20, 3118:25, 3129:21, 3129:22, 3129:23, 3130:1, 3130:3, 3130:6, 3130:11, 3138:17
**PROJECTION** [3] - 3096:7, 3096:8, 3096:14
**PROJECTS** [20] - 3059:17, 3060:6, 3060:8, 3061:9, 3061:11, 3062:11, 3062:13, 3062:17, 3063:15, 3064:11, 3064:14, 3064:17,

3064:20, 3065:2, 3065:21, 3067:5, 3075:10, 3075:13, 3076:11, 3103:2
**PROPER** [2] - 3056:17, 3057:1
**PROPERLY** [5] - 3098:12, 3100:17, 3112:11, 3136:12, 3143:25
**PROPOSED** [1] - 3119:12
**PROPOSITION** [1] - 3077:16
**PROPRIETARY** [1] - 3066:16
**PROSPECT** [1] - 3067:16
**PROTECTION** [12] - 3068:3, 3071:18, 3071:21, 3071:25, 3072:3, 3072:6, 3073:15, 3079:22, 3079:23, 3080:10, 3082:10, 3113:12
**PROTOCOL** [1] - 3106:4
**PROTÉGÉ** [1] - 3118:23
**PROVIDE** [19] - 3059:10, 3060:14, 3062:7, 3064:22, 3078:5, 3079:13, 3080:1, 3080:11, 3083:18, 3084:6, 3085:3, 3085:15, 3086:12, 3104:18, 3108:4, 3108:7, 3118:23, 3126:12, 3131:17
**PROVIDED** [18] - 3062:9, 3081:23, 3082:13, 3082:17, 3083:14, 3084:9, 3084:14, 3084:16, 3085:11, 3085:19, 3086:13, 3089:12, 3090:5, 3099:5, 3099:15, 3101:25, 3127:2, 3128:25
**PROVIDING** [4] - 3061:25, 3066:25, 3067:22, 3094:16
**PROVISION** [1] - 3093:18
**PUBLIC** [1] - 3064:2
**PUBLICATIONS** [2] - 3068:4, 3068:5
**PUBLISHED** [3] - 3070:20, 3071:17,

3095:25
**PULL** [2] - 3093:18, 3127:4
**PULLED** [1] - 3094:21
**PULLING** [2] - 3084:5, 3089:25
**PURDUE** [1] - 3058:19
**PURPOSE** [5] - 3072:1, 3107:15, 3107:19, 3114:1, 3114:2
**PURPOSES** [2] - 3055:12, 3072:25
**PURSUANT** [1] - 3111:3
**PUSHED** [1] - 3104:11
**PUSHING** [1] - 3104:6
**PUT** [8] - 3057:13, 3093:1, 3093:5, 3093:14, 3094:11, 3096:2, 3106:13, 3127:7
**PUTTING** [4] - 3092:14, 3092:25, 3093:3, 3098:3
**PWP** [7] - 3081:24, 3082:3, 3082:19, 3082:21, 3082:22, 3101:3, 3113:10

## Q

**QA** [4] - 3101:8, 3101:12, 3103:3, 3104:24
**QAR** [5] - 3075:17, 3104:25, 3140:2, 3141:1, 3141:5
**QAR'S** [9] - 3103:9, 3104:21, 3104:23, 3105:2, 3138:14, 3138:16, 3138:24, 3139:23, 3141:6
**QC** [2] - 3088:24, 3089:1
**QCR** [2] - 3075:17, 3141:1
**QCR'S** [2] - 3101:8, 3103:12
**QUALIFICATIONS** [3] - 3057:21, 3108:20, 3108:24
**QUALIFIED** [3] - 3073:9, 3102:16, 3102:20
**QUALIFIES** [1] - 3095:4
**QUALIFY** [1] - 3096:2
**QUALITY** [5] -

3061:19, 3100:13, 3101:6, 3102:24, 3116:4

**QUANTITY** [4] - 3069:6, 3069:10, 3136:19, 3141:2

**QUARTERS** [1] - 3067:15

**QUESTION** [12] - 3074:15, 3092:15, 3120:9, 3123:24, 3124:15, 3125:15, 3135:24, 3136:4, 3136:16, 3136:24, 3139:20, 3141:7

**QUESTIONING** [1] - 3124:8

**QUESTIONS** [4] - 3068:10, 3130:8, 3141:13, 3141:16

**QUICKLY** [3] - 3078:9, 3080:17, 3081:3

**QUITE** [5] - 3064:15, 3087:23, 3091:16, 3092:13, 3094:4

**R**

**RAISE** [3] - 3057:22, 3065:18, 3143:5

**RAMP** [1] - 3139:14

**RAMPANT** [1] - 3143:1

**RAN** [2] - 3061:14, 3065:13

**RATHER** [1] - 3127:4

**RE** [1] - 3050:4

**REACHED** [2] - 3073:5, 3116:17

**REACHES** [1] - 3116:8

**READ** [18] - 3083:7, 3094:5, 3095:1, 3095:9, 3097:16, 3098:15, 3127:5, 3128:5, 3128:12, 3134:22, 3134:23, 3135:22, 3136:11, 3137:3, 3137:15, 3140:4, 3140:8

**READING** [4] - 3136:12, 3136:22, 3136:25, 3141:9

**READS** [1] - 3114:6

**READY** [2] - 3106:11, 3117:4

**REALITY** [1] - 3057:9

**REALLY** [4] - 3087:8, 3095:7, 3116:20, 3116:25

**REALTIME** [3] - 3053:11, 3144:11, 3144:21

**REASON** [5] - 3082:16, 3085:2, 3100:6, 3123:19, 3137:21

**REASONABLE** [4] - 3076:2, 3104:14, 3137:19, 3137:22

**REASONS** [1] - 3062:13

**REBUT** [2] - 3056:17, 3057:7

**REBUTTAL** [11] - 3055:25, 3056:15, 3056:17, 3056:18, 3056:21, 3057:1, 3057:5, 3057:6, 3057:16, 3057:17

**REBUTTING** [1] - 3057:9

**RECALL** [12] - 3069:25, 3070:5, 3070:8, 3070:12, 3070:22, 3071:16, 3084:15, 3087:6, 3095:13, 3114:2, 3116:16, 3138:1

**RECAP** [1] - 3115:15

**RECEIVE** [1] - 3107:7

**RECEIVED** [5] - 3058:17, 3058:20, 3058:23, 3129:18, 3129:20

**RECEIVING** [1] - 3061:6

**RECESS** [6] - 3117:1, 3143:20, 3143:23, 3144:3, 3144:4, 3144:5

**RECESS...................
...................** [1] - 3054:12

**RECLAMATION** [1] - 3083:8

**RECOGNIZED** [1] - 3088:21

**RECOLLECT** [1] - 3119:19

**RECOLLECTION** [5] - 3069:17, 3073:8, 3083:20, 3116:15, 3119:19

**RECOMMENDATION** [19] - 3070:6, 3081:6, 3081:20, 3081:21, 3081:25, 3099:7, 3099:14, 3111:13, 3111:18, 3112:2,

3112:6, 3114:1, 3114:3, 3115:9, 3126:18, 3127:1, 3127:15, 3127:18, 3127:19

**RECOMMENDATIONS** [11] - 3061:6, 3064:25, 3085:19, 3104:17, 3111:1, 3111:3, 3111:7, 3113:24, 3126:20, 3126:22, 3126:23

**RECOMMENDED** [1] - 3114:16

**RECOMMENDING** [1] - 3110:20

**RECORD** [7] - 3058:6, 3076:24, 3077:12, 3077:17, 3078:6, 3099:23, 3144:16

**RECORDED** [1] - 3053:14

**RED** [1] - 3090:22

**REDIRECT** [2] - 3077:20, 3141:19

**REFERENCE** [1] - 3122:3

**REFERENCES** [1] - 3095:21

**REFERRING** [1] - 3139:13

**REFERS** [1] - 3080:18

**REFINE** [1] - 3125:7

**REFRAIN** [2] - 3142:2, 3142:8

**REGARD** [4] - 3055:13, 3056:2, 3093:18, 3102:14

**REGARDING** [8] - 3070:20, 3070:23, 3071:1, 3071:4, 3071:14, 3071:17, 3071:21, 3114:3

**REGISTERED** [2] - 3144:11, 3144:22

**REGULATION** [2] - 3078:18, 3078:19

**REGULATIONS** [1] - 3085:1

**REITERATE** [1] - 3082:2

**REJECT** [1] - 3101:11

**RELATE** [5] - 3064:12, 3066:22, 3072:6, 3082:23, 3126:10

**RELATED** [3] - 3065:2, 3096:25, 3103:10

**RELATES** [11] - 3058:13, 3059:11,

3070:21, 3070:24, 3071:1, 3071:5, 3071:15, 3071:17, 3087:9, 3126:1, 3126:9

**RELATING** [1] - 3084:18

**RELATION** [1] - 3073:10

**RELATIVE** [7] - 3080:9, 3084:4, 3088:15, 3088:17, 3096:6, 3096:12, 3096:15

**RELEVANT** [5] - 3062:16, 3063:17, 3067:9, 3067:24, 3080:20

**RELY** [2] - 3088:23, 3102:17

**REMAINED** [1] - 3078:2

**REMEDIAL** [5] - 3065:19, 3080:21, 3107:9, 3108:5, 3108:13

**REMEDIATION** [15] - 3076:6, 3076:17, 3077:23, 3083:6, 3103:2, 3107:1, 3107:3, 3107:16, 3107:20, 3110:15, 3110:20, 3114:4, 3114:10, 3117:20, 3118:24

**REMEMBER** [4] - 3096:22, 3124:14, 3128:24, 3129:19

**REMOVAL** [6] - 3083:4, 3083:6, 3093:19, 3093:20, 3134:10, 3134:15

**REMOVE** [5] - 3088:25, 3092:22, 3111:14, 3121:21, 3121:25

**REMOVED** [2] - 3089:21, 3092:19

**REPLACEMENT** [6] - 3076:24, 3077:17, 3077:25, 3078:6, 3078:12, 3078:23

**REPORT** [54] - 3061:20, 3065:1, 3066:10, 3070:6, 3074:2, 3077:4, 3077:7, 3078:22, 3078:23, 3079:5, 3079:13, 3080:1, 3081:6, 3081:20,

3081:21, 3082:1, 3083:10, 3083:11, 3084:5, 3084:15, 3090:19, 3099:7, 3099:14, 3105:3, 3105:5, 3110:19, 3110:25, 3111:1, 3111:3, 3111:7, 3111:13, 3111:18, 3112:2, 3112:6, 3113:24, 3114:2, 3115:10, 3115:14, 3115:15, 3121:4, 3121:13, 3121:19, 3123:20, 3124:10, 3126:18, 3126:22, 3126:24, 3127:1, 3127:15, 3127:19, 3129:4, 3129:6

**REPORTER** [9] - 3053:11, 3053:11, 3144:11, 3144:12, 3144:13, 3144:21, 3144:22, 3144:22

**REPORTER'S** [1] - 3144:9

**REPORTS** [11] - 3064:3, 3064:4, 3068:7, 3070:23, 3075:20, 3079:24, 3084:21, 3099:12, 3101:8, 3141:2, 3141:3

**REPRESENTATION** [6] - 3091:10, 3136:2, 3136:5, 3137:20, 3137:22, 3138:1

**REPRESENTATIONS** [1] - 3137:7

**REPRESENTATIVE** [3] - 3067:3, 3101:15, 3102:24

**REPRESENTED** [2] - 3077:24, 3137:20

**REQUEST** [1] - 3141:21

**REQUESTED** [4] - 3080:8, 3083:12, 3085:10, 3086:9

**REQUIRED** [21] - 3061:3, 3062:7, 3080:8, 3080:25, 3082:12, 3083:18, 3091:24, 3092:6, 3093:17, 3094:8, 3094:15, 3101:2, 3109:25, 3110:3, 3110:8, 3110:9, 3110:21, 3113:6, 3113:13, 3132:15,

3135:9
**REQUIREMENTS** [7] -
3063:2, 3080:18,
3088:6, 3088:8,
3108:3, 3109:23,
3134:19
**REREAD** [1] - 3086:18
**RESEARCH** [3] -
3059:20, 3059:23,
3059:25
**RESOLUTION** [1] -
3055:15
**RESOURCE** [1] -
3075:10
**RESPECT** [2] -
3082:6, 3112:24
**RESPONSE** [1] -
3081:19
**RESPONSIBILITIES**
[6] - 3077:11,
3078:20, 3080:12,
3084:6, 3099:22,
3126:14
**RESPONSIBILITY** [8]
- 3061:23, 3062:25,
3077:2, 3077:5,
3077:18, 3099:24,
3117:12, 3126:25
**RESPONSIBLE** [10] -
3060:6, 3064:18,
3076:25, 3078:3,
3078:13, 3084:10,
3085:12, 3089:6,
3118:19, 3135:4
**REST** [2] - 3055:19,
3055:21
**RESTORATION** [1] -
3068:18
**RESTORED** [1] -
3094:6
**RESTRAINT** [2] -
3142:5, 3142:6
**RESULTING** [1] -
3094:9
**RETAINED** [1] -
3073:19
**RETAINING** [1] -
3066:16
**RETENTION** [1] -
3066:17
**RETRIEVE** [1] -
3122:19
**RETROFIT** [2] -
3060:8, 3063:8
**REVIEW** [14] - 3064:3,
3075:14, 3075:18,
3075:20, 3090:11,
3094:19, 3099:13,
3100:5, 3103:8,
3110:1, 3127:2,

3127:13, 3130:20,
3130:25
**REVIEWED** [9] -
3075:16, 3089:18,
3097:16, 3099:3,
3099:9, 3133:15,
3133:25, 3138:14,
3138:16
**REVIEWING** [2] -
3101:8, 3110:18
**REVIEWS** [3] -
3085:16, 3099:5,
3099:11
**REVISED** [2] -
3111:19, 3111:24
**RFP** [4] - 3119:11,
3119:23, 3120:6,
3120:9
**RFP'S** [1] - 3119:15
**RIGHT** [33] - 3056:3,
3057:18, 3057:22,
3069:14, 3074:6,
3077:6, 3096:20,
3097:10, 3097:13,
3103:16, 3104:1,
3105:15, 3105:19,
3105:22, 3106:1,
3106:20, 3107:22,
3113:6, 3114:2,
3114:13, 3127:9,
3129:10, 3131:17,
3132:10, 3134:21,
3135:8, 3136:1,
3140:14, 3141:10,
3143:2, 3143:5
**RIGHT-HAND** [1] -
3103:16
**RIGID** [1] - 3099:22
**RIGS** [1] - 3059:16
**RISE** [2] - 3055:7,
3117:2
**RIVER** [1] - 3122:3
**RMR** [2] - 3053:11,
3144:21
**ROAD** [5] - 3086:12,
3104:19, 3118:11,
3139:4, 3139:10
**ROADS** [1] - 3087:22
**ROBERT** [3] - 3052:7,
3052:7, 3103:3
**ROBIN** [1] - 3053:4
**ROE** [2] - 3083:23,
3117:15
**ROGERS** [9] - 3084:1,
3085:7, 3098:17,
3098:20, 3099:1,
3101:14, 3102:6,
3102:11, 3123:21
**ROGERS'** [2] -
3135:16, 3137:4

**ROLE** [2] - 3059:16,
3061:22
**ROLES** [4] - 3080:12,
3099:22, 3117:11,
3126:13
**ROOM** [1] - 3053:12
**ROUGE** [1] - 3051:5
**RULE** [2] - 3057:8,
3116:24
**RUNOFF** [1] - 3094:7
**RUPERT** [1] - 3053:5

## S

**S-Y-K-O-R-A** [1] -
3058:7
**S/CATHY** [1] -
3144:20
**SAFETY** [5] - 3060:1,
3060:8, 3067:19,
3075:8, 3099:25
**SAID** [5] - 3056:15,
3057:6, 3057:7,
3072:7, 3143:14
**SAME** [15] - 3090:14,
3092:23, 3092:24,
3093:1, 3093:2,
3095:17, 3098:3,
3098:4, 3110:5,
3112:14, 3117:18,
3128:5, 3128:12,
3131:2
**SAMPLES** [1] - 3083:4
**SAMPLING** [3] -
3110:22, 3114:8,
3118:24
**SAND** [10] - 3103:22,
3103:23, 3103:24,
3104:6, 3104:11,
3104:13, 3121:21,
3121:24, 3122:3,
3122:6
**SAUCER** [1] - 3091:11
**SAVE** [1] - 3141:8
**SAW** [8] - 3090:15,
3099:7, 3099:24,
3104:10, 3121:1,
3121:2, 3126:3,
3133:21
**SAY** [11] - 3092:19,
3098:20, 3108:10,
3108:11, 3108:16,
3112:14, 3113:19,
3121:4, 3133:4,
3133:19, 3135:19
**SAYING** [3] - 3055:23,
3093:7, 3095:25
**SAYS** [17] - 3095:1,
3107:18, 3108:6,

3108:12, 3108:15,
3109:1, 3109:4,
3109:13, 3110:6,
3110:8, 3113:10,
3119:1, 3120:12,
3128:24, 3129:12,
3134:19, 3137:20
**SCHEDULING** [3] -
3055:13, 3055:18,
3070:16
**SCHULTZ** [1] -
3051:22
**SCIENCE** [2] -
3058:18, 3058:20
**SCOPE** [8] - 3070:1,
3073:23, 3110:20,
3114:4, 3114:16,
3134:3, 3134:5
**SCOPED** [2] - 3082:3,
3112:15
**SCOTT** [1] - 3051:18
**SCOTTSDALE** [2] -
3062:22, 3071:9
**SCREEN** [3] -
3058:17, 3121:11,
3127:4
**SE** [1] - 3124:4
**SEATED** [3] - 3055:8,
3117:3, 3143:13
**SECOND** [4] -
3055:22, 3060:13,
3111:21, 3122:24
**SECRETARY** [1] -
3078:25
**SECTION** [8] - 3050:6,
3080:21, 3082:4,
3083:1, 3095:7,
3095:8, 3095:20,
3101:4
**SECTIONS** [4] -
3080:20, 3081:25,
3082:23, 3089:19
**SEE** [46] - 3091:11,
3091:15, 3098:9,
3103:16, 3103:22,
3103:24, 3104:1,
3104:8, 3104:13,
3104:16, 3105:1,
3105:18, 3106:3,
3106:18, 3107:9,
3108:21, 3109:2,
3110:2, 3110:16,
3110:23, 3116:5,
3116:11, 3116:13,
3121:20, 3122:1,
3122:4, 3122:7,
3123:1, 3123:9,
3123:10, 3128:2,
3131:5, 3131:11,
3131:14, 3133:5,

3133:14, 3133:19,
3136:6, 3136:8,
3140:16, 3140:17,
3140:18, 3140:20,
3140:22, 3141:5
**SEEING** [1] - 3130:23
**SEEM** [1] - 3141:25
**SEEMS** [1] - 3106:2
**SEEN** [4] - 3081:25,
3082:8, 3086:4,
3107:11
**SEEPAGE** [8] -
3070:20, 3070:23,
3071:1, 3071:4,
3071:11, 3071:14,
3071:17, 3078:15
**SEISMIC** [5] - 3060:1,
3060:2, 3060:8,
3067:19
**SELECT** [1] - 3082:17
**SELECTION** [1] -
3120:14
**SEMI** [3] - 3095:3,
3097:1, 3097:4
**SEMICOMPACTED**
[4] - 3094:25, 3095:6,
3097:20, 3098:1
**SEMINAR** [3] - 3068:1,
3072:7, 3072:9
**SEMINARS** [2] -
3067:8, 3067:24
**SENIOR** [1] - 3060:5
**SENSE** [2] - 3093:6,
3111:15
**SENT** [1] - 3086:5
**SENTENCE** [5] -
3108:10, 3108:11,
3108:12, 3110:10,
3116:5
**SEPTEMBER** [4] -
3050:7, 3055:2,
3085:18, 3085:20
**SEQUENCE** [1] -
3089:25
**SERVICES** [35] -
3060:13, 3060:14,
3062:6, 3063:22,
3064:2, 3067:1,
3067:4, 3067:6,
3067:22, 3080:9,
3080:12, 3080:25,
3081:18, 3081:23,
3082:18, 3082:20,
3083:13, 3083:15,
3083:19, 3084:7,
3085:10, 3086:13,
3094:17, 3108:4,
3108:8, 3108:22,
3109:25, 3110:6,
3110:9, 3110:11,

3110:12, 3126:13, 3128:1
**SESSION** [3] - 3050:11, 3055:8, 3117:2
**SET** [1] - 3143:24
**SETS** [1] - 3084:21
**SETTING** [1] - 3070:6
**SEVEN** [1] - 3099:13
**SEVERAL** [2] - 3061:5, 3063:4
**SEWER** [7] - 3089:4, 3091:12, 3092:4, 3132:10, 3132:19, 3132:20, 3132:21
**SHALL** [17] - 3082:6, 3086:2, 3093:14, 3094:10, 3094:11, 3108:4, 3108:7, 3108:20, 3109:4, 3109:11, 3109:24, 3110:19, 3112:23, 3113:10, 3127:12, 3134:10, 3135:8
**SHALLOW** [3] - 3092:3, 3132:19, 3132:20
**SHARE** [2] - 3056:13, 3056:22
**SHEET** [7] - 3089:21, 3090:4, 3097:7, 3116:8, 3116:17, 3116:20, 3130:25
**SHIFT** [1] - 3127:8
**SHOP** [5] - 3089:5, 3089:12, 3089:17, 3090:11, 3099:12
**SHORING** [2] - 3089:6, 3089:12
**SHORT** [1] - 3052:8
**SHORTER** [1] - 3114:23
**SHOULD** [12] - 3055:17, 3076:4, 3076:7, 3080:22, 3083:7, 3099:17, 3100:6, 3100:9, 3123:7, 3124:11, 3137:16, 3140:11
**SHOULDN'T** [1] - 3123:7
**SHOW** [5] - 3079:14, 3091:4, 3103:12, 3138:10, 3142:4
**SHOWED** [2] - 3130:25, 3133:22
**SHOWING** [1] - 3091:7
**SHOWN** [1] - 3090:24
**SHOWS** [2] - 3090:10,

3094:4
**SIDE** [3] - 3092:21, 3096:23, 3103:16
**SILTY** [1] - 3122:6
**SIMI** [3] - 3061:12, 3062:17, 3062:19
**SIMILAR** [6] - 3057:20, 3061:22, 3063:15, 3090:11, 3091:10, 3099:11
**SIMPLE** [1] - 3057:5
**SIMS** [1] - 3050:23
**SINCE** [2] - 3102:22, 3105:25
**SINGLE** [3] - 3075:17, 3105:1, 3107:1
**SINK** [1] - 3065:14
**SIR** [84] - 3068:17, 3071:7, 3071:13, 3072:11, 3072:22, 3072:24, 3072:25, 3073:12, 3105:14, 3106:10, 3106:17, 3109:2, 3109:9, 3109:14, 3109:17, 3110:25, 3111:18, 3111:21, 3112:1, 3112:9, 3113:15, 3114:19, 3115:3, 3115:14, 3116:17, 3116:24, 3118:2, 3118:19, 3119:22, 3120:20, 3121:11, 3121:19, 3121:20, 3122:18, 3122:23, 3123:6, 3123:13, 3123:16, 3123:24, 3124:23, 3125:8, 3125:19, 3125:24, 3126:7, 3126:10, 3126:12, 3126:18, 3127:4, 3127:16, 3127:25, 3128:3, 3128:12, 3128:15, 3128:22, 3128:23, 3128:24, 3129:19, 3130:1, 3130:14, 3130:16, 3130:23, 3131:3, 3131:21, 3132:3, 3132:17, 3133:1, 3133:3, 3134:5, 3134:22, 3135:14, 3135:15, 3135:22, 3136:22, 3137:3, 3138:10, 3138:16, 3139:1, 3139:5, 3139:8, 3139:23, 3141:17, 3142:16, 3142:22, 3142:25

**SIT** [1] - 3074:25
**SITE** [42] - 3065:8, 3065:11, 3065:12, 3065:17, 3072:18, 3081:16, 3082:16, 3084:17, 3084:18, 3087:17, 3088:1, 3088:2, 3088:3, 3089:8, 3090:17, 3091:6, 3091:11, 3092:11, 3093:19, 3093:23, 3094:3, 3094:6, 3095:22, 3101:7, 3103:21, 3104:17, 3107:16, 3107:20, 3107:22, 3107:24, 3110:1, 3110:18, 3111:12, 3113:16, 3113:18, 3113:19, 3116:7, 3122:4, 3124:20, 3127:3, 3130:6, 3130:11
**SITE'S** [1] - 3118:12
**SITING** [1] - 3061:14
**SITUATION** [2] - 3065:19, 3100:7
**SITUATIONS** [2] - 3063:20, 3065:7
**SIX** [2] - 3072:19, 3129:8
**SKILLS** [2] - 3075:6, 3075:11
**SLIDE** [15] - 3079:14, 3122:20, 3126:11, 3127:22, 3128:15, 3128:23, 3128:24, 3129:18, 3130:15, 3133:3, 3135:15, 3137:8, 3138:10, 3138:11, 3140:14
**SLIDES** [7] - 3056:23, 3056:24, 3073:22, 3073:24, 3122:18, 3122:20, 3135:13
**SLOPE** [7] - 3096:8, 3096:13, 3096:14, 3096:15, 3096:19, 3096:22, 3104:19
**SLOPED** [1] - 3086:3
**SLOPES** [1] - 3085:25
**SLOW** [1] - 3140:10
**SLUGGISH** [1] - 3106:2
**SMALL** [2] - 3059:17, 3060:10
**SMITH** [5] - 3053:4, 3142:23, 3143:19, 3143:24, 3144:2
**SNAPSHOT** [1] -

3104:6
**SNIPLET** [1] - 3141:3
**SO** [68] - 3055:18, 3056:17, 3057:1, 3057:10, 3057:25, 3063:22, 3064:4, 3064:9, 3065:12, 3065:16, 3066:7, 3066:9, 3066:20, 3069:22, 3071:12, 3072:8, 3074:18, 3076:22, 3085:21, 3086:17, 3088:18, 3090:20, 3093:3, 3095:5, 3096:7, 3096:13, 3096:14, 3096:20, 3097:3, 3097:11, 3097:15, 3097:23, 3100:8, 3103:15, 3103:24, 3104:5, 3105:10, 3106:7, 3108:7, 3108:23, 3110:6, 3110:10, 3111:3, 3111:7, 3113:10, 3113:11, 3114:10, 3117:15, 3118:9, 3125:19, 3126:7, 3127:18, 3130:6, 3131:11, 3133:24, 3134:14, 3136:16, 3138:1, 3139:7, 3139:16, 3139:23, 3140:25, 3141:5, 3141:12, 3142:19, 3143:2, 3143:8
**SOFTWARE** [1] - 3067:6
**SOIL** [17] - 3083:4, 3086:1, 3086:3, 3087:17, 3088:2, 3088:4, 3092:11, 3092:14, 3093:13, 3094:1, 3098:11, 3100:22, 3102:8, 3102:16, 3102:17, 3136:15, 3136:18
**SOILS** [8] - 3082:23, 3083:2, 3087:19, 3091:25, 3093:11, 3093:13, 3097:22, 3121:24
**SOLEMNLY** [2] - 3057:23, 3143:6
**SOLICIT** [1] - 3119:12
**SOME** [24] - 3055:12, 3056:13, 3057:2, 3061:8, 3061:11, 3063:16, 3068:10, 3076:20, 3077:1,

3088:15, 3091:4, 3091:7, 3091:9, 3091:16, 3091:18, 3102:7, 3104:5, 3106:8, 3119:20, 3136:14, 3136:17, 3138:24, 3139:9, 3141:9
**SOMEONE** [2] - 3055:17, 3116:24
**SOMETHING** [10] - 3055:18, 3057:7, 3057:9, 3104:3, 3111:11, 3121:16, 3123:9, 3123:10, 3124:23
**SOMETIME** [1] - 3142:5
**SOMEWHERE** [2] - 3097:19, 3097:25
**SORRY** [14] - 3072:11, 3090:16, 3106:19, 3114:25, 3121:23, 3124:14, 3132:6, 3134:20, 3135:8, 3137:12, 3140:7, 3140:8, 3140:14, 3142:15
**SOUTH** [4] - 3090:20, 3093:22, 3103:15, 3121:5
**SOUTHERN** [5] - 3090:25, 3091:8, 3091:15, 3103:19, 3132:23
**SOUTHWEST** [1] - 3051:15
**SOUTHWESTERN** [1] - 3103:20
**SPADARO** [2] - 3099:10, 3102:1
**SPEAK** [2] - 3126:24, 3140:11
**SPEAKING** [1] - 3131:1
**SPECIAL** [1] - 3066:3
**SPECIALIZATION** [3] - 3058:21, 3059:2, 3059:4
**SPECIALIZATIONS** [1] - 3059:25
**SPECIALIZED** [1] - 3060:12
**SPECIALTY** [1] - 3058:18
**SPECIFIC** [15] - 3061:5, 3082:24, 3089:20, 3091:23, 3096:25, 3097:8, 3102:1, 3107:22,

3122:13, 3126:25, 3130:9, 3133:22, 3133:24, 3134:18, 3139:16
**SPECIFICALLY** [10] - 3064:12, 3066:22, 3077:1, 3080:13, 3080:22, 3080:25, 3084:16, 3123:19, 3126:14, 3126:21
**SPECIFICATION** [10] - 3064:21, 3066:4, 3088:11, 3088:12, 3088:25, 3090:6, 3090:8, 3092:9, 3094:3
**SPECIFICATIONS** [38] - 3061:16, 3061:18, 3061:21, 3062:1, 3062:8, 3064:4, 3064:18, 3064:23, 3064:25, 3065:8, 3066:1, 3066:10, 3066:12, 3076:12, 3086:22, 3087:2, 3087:10, 3088:9, 3088:14, 3088:17, 3088:18, 3088:23, 3089:3, 3089:20, 3091:19, 3097:17, 3097:20, 3100:15, 3100:19, 3104:9, 3104:15, 3104:18, 3105:4, 3123:4, 3123:8, 3133:4
**SPECIFIED** [2] - 3109:6, 3109:8
**SPECS** [2] - 3091:19, 3100:9
**SPELL** [1] - 3058:5
**SPELLED** [1] - 3062:18
**SPENT** [1] - 3140:25
**SPOILS** [3] - 3092:4, 3092:5, 3132:14
**SPREAD** [1] - 3104:8
**SPREADING** [3] - 3095:12, 3103:23, 3104:7
**SPRINGS** [1] - 3051:16
**ST** [1] - 3066:13
**STABILITY** [3] - 3078:15, 3079:6, 3126:1
**STAFF** [3] - 3063:21, 3085:11, 3102:19
**STAGE** [2] - 3082:3, 3112:16
**STAGGS** [2] -

3083:25, 3117:20
**STANDARD** [35] - 3056:9, 3056:10, 3058:13, 3064:6, 3066:23, 3073:10, 3074:16, 3074:22, 3074:23, 3076:4, 3076:7, 3076:9, 3076:14, 3077:10, 3077:14, 3086:21, 3100:10, 3101:2, 3122:25, 3123:14, 3123:17, 3123:18, 3123:25, 3124:2, 3124:5, 3124:8, 3124:10, 3124:19, 3125:9, 3125:12, 3125:16, 3125:20, 3125:22, 3125:25, 3126:8
**STANDARDS** [3] - 3063:1, 3124:19, 3125:9
**STANDPOINT** [1] - 3077:15
**STANWOOD** [1] - 3050:12
**START** [8] - 3075:4, 3076:22, 3080:17, 3089:2, 3120:1, 3122:20, 3128:15, 3129:24
**STARTED** [7] - 3059:14, 3060:16, 3079:9, 3092:15, 3092:25, 3098:5, 3140:17
**STARTING** [4] - 3061:25, 3072:22, 3075:6, 3121:23
**STARTLINGLY** [1] - 3141:25
**STARTS** [6] - 3078:9, 3116:5, 3130:3, 3132:5, 3134:8, 3135:18
**STATE** [8] - 3058:5, 3060:23, 3074:19, 3110:18, 3123:3, 3126:12, 3136:13, 3144:12
**STATED** [2] - 3071:13, 3101:11
**STATEMENT** [16] - 3070:17, 3079:10, 3081:5, 3081:7, 3081:9, 3081:10, 3081:13, 3109:19, 3113:7, 3128:2, 3128:8, 3128:13,

3129:19, 3129:20, 3137:6, 3138:4
**STATEMENTS** [5] - 3081:2, 3081:17, 3115:2, 3115:5, 3128:2
**STATES** [10] - 3050:1, 3050:12, 3053:3, 3060:23, 3083:1, 3114:7, 3141:16, 3142:23, 3144:13, 3144:23
**STATION** [9] - 3053:7, 3059:19, 3059:22, 3059:24, 3060:3, 3089:4, 3089:7, 3089:9, 3091:12
**STAY** [1] - 3096:13
**STENOGRAPHY** [1] - 3053:14
**STEP** [2] - 3115:19, 3142:22
**STEVEN** [1] - 3083:23
**STEVENS** [2] - 3051:7, 3051:8
**STILL** [2] - 3063:1, 3096:2
**STOCKPILE** [1] - 3092:21
**STOCKPILES** [1] - 3086:1
**STONE** [1] - 3052:11
**STREET** [9] - 3050:16, 3050:20, 3051:5, 3051:12, 3051:19, 3051:23, 3052:8, 3052:14, 3053:12
**STRESSED** [1] - 3081:21
**STRUCTURAL** [1] - 3072:2
**STRUCTURE** [3] - 3071:22, 3071:25, 3072:3
**STRUCTURES** [1] - 3072:6
**STUDIED** [2] - 3075:17, 3116:19
**STUDY** [3] - 3071:12, 3072:12, 3079:8
**SUBCONTRACT** [4] - 3091:21, 3119:22, 3133:15, 3133:23
**SUBCONTRACTOR** [9] - 3066:21, 3089:5, 3118:22, 3119:6, 3120:7, 3135:2, 3135:3, 3135:4, 3141:2
**SUBCONTRACTOR'**

**S** [1] - 3094:9
**SUBCONTRACTORS** [8] - 3119:2, 3119:5, 3119:12, 3120:17, 3126:3, 3126:4, 3134:1
**SUBCONTRACTS** [6] - 3070:13, 3099:4, 3119:8, 3119:20, 3119:21, 3133:25
**SUBJECT** [2] - 3107:16, 3107:24
**SUBMIT** [2] - 3119:11, 3127:12
**SUBMITTAL** [3] - 3089:5, 3090:11, 3115:15
**SUBMITTALS** [5] - 3085:16, 3089:12, 3099:6, 3099:12, 3100:3
**SUBMITTED** [4] - 3089:17, 3100:4, 3116:2, 3130:22
**SUBSEQUENTLY** [1] - 3092:1
**SUBSET** [1] - 3059:3
**SUBSIDENCE** [3] - 3091:25, 3093:16, 3094:13
**SUBSTANTIAL** [1] - 3080:2
**SUBSTANTIALLY** [3] - 3087:20, 3105:9, 3105:11
**SUBSTANTIVELY** [1] - 3099:3
**SUBSURFACE** [3] - 3079:21, 3082:24, 3083:3
**SUCCESSFUL** [2] - 3105:6, 3112:13
**SUCH** [7] - 3073:23, 3076:25, 3093:15, 3094:12, 3101:18, 3104:20, 3111:11
**SUGGEST** [1] - 3141:12
**SUGGESTED** [1] - 3055:15
**SUGGESTION** [1] - 3056:2
**SUITABILITY** [1] - 3102:16
**SUITABLE** [3] - 3093:13, 3096:3, 3102:20
**SUITE** [5] - 3050:24, 3051:12, 3051:19, 3051:23, 3052:4

**SUMMARIZE** [1] - 3086:19
**SUMMARIZES** [1] - 3122:3
**SUMMARY** [4] - 3059:10, 3088:1, 3100:8, 3105:10
**SUMS** [1] - 3086:17
**SUPERIOR** [2] - 3079:20, 3087:3
**SUPPLEMENTAL** [1] - 3121:12
**SUPPLIES** [1] - 3109:25
**SUPPORT** [6] - 3060:14, 3083:17, 3108:5, 3109:6, 3118:25, 3128:20
**SUPPORTED** [2] - 3098:6, 3116:8
**SUPPORTING** [9] - 3076:20, 3076:23, 3079:19, 3080:7, 3086:17, 3086:24, 3099:16, 3100:11, 3103:5
**SUPPOSED** [4] - 3080:22, 3107:7, 3125:10, 3127:18
**SURE** [13] - 3061:11, 3062:1, 3062:25, 3064:24, 3088:10, 3099:23, 3124:18, 3127:7, 3130:23, 3131:8, 3134:24, 3135:1, 3143:24
**SUREKOTE** [5] - 3086:12, 3104:19, 3118:11, 3139:4, 3139:10
**SURFACE** [5] - 3079:21, 3093:4, 3093:5, 3094:7, 3098:4
**SURPRISING** [1] - 3087:18
**SURROUNDING** [1] - 3093:14
**SURVEY** [1] - 3083:5
**SURVEYS** [2] - 3134:8, 3134:11
**SWEAR** [2] - 3057:23, 3143:6
**SWORN** [2] - 3058:3, 3143:11
**SYKORA** [17] - 3057:20, 3058:2, 3058:7, 3058:10, 3061:8, 3067:8, 3068:9, 3068:15,

3072:20, 3074:9,
3074:15, 3074:25,
3106:16, 3117:8,
3124:9, 3137:15,
3142:19

**SYKORA**..................
......................[1] -
3054:6

**SYSTEM** [6] - 3066:5,
3066:17, 3079:23,
3080:10, 3089:6,
3089:12

**SYSTEMATIC** [2] -
3082:5, 3112:22

**SYSTEMIC** [1] -
3114:17

**SYSTEMS** [4] -
3068:2, 3071:18,
3125:5, 3125:6

**T**

**TABLE** [4] - 3083:14,
3094:21, 3122:3,
3122:10

**TAKE** [12] - 3059:3,
3059:6, 3096:1,
3098:22, 3100:23,
3114:8, 3115:12,
3122:24, 3141:3,
3143:17, 3143:20,
3143:22

**TAKEN** [2] - 3091:21,
3096:1

**TAKING** [5] - 3059:8,
3098:3, 3102:8,
3136:14, 3136:17

**TALK** [13] - 3084:25,
3085:17, 3096:4,
3111:22, 3112:2,
3114:1, 3121:19,
3121:20, 3122:6,
3122:24, 3127:25,
3130:15, 3133:3

**TALKED** [4] - 3071:11,
3081:7, 3084:20,
3106:24

**TALKING** [6] - 3069:9,
3087:6, 3096:10,
3119:22, 3119:23,
3139:2

**TALKS** [6] - 3112:8,
3112:11, 3112:22,
3118:18, 3134:18,
3135:3

**TAMP** [1] - 3089:22

**TAMPED** [3] - 3102:5,
3135:20, 3135:25

**TAMPING** [2] -

3098:24, 3136:8

**TASK** [24] - 3065:16,
3069:2, 3075:15,
3076:17, 3077:24,
3080:24, 3086:16,
3086:25, 3087:5,
3087:15, 3107:17,
3107:24, 3109:17,
3109:18, 3110:4,
3111:4, 3111:5,
3111:6, 3111:8,
3115:5, 3117:8,
3120:21, 3124:6

**TAUGHT** [5] - 3067:8,
3067:14, 3067:16,
3067:20, 3071:1

**TEAM** [1] - 3101:6

**TEAMWORK** [1] -
3087:6

**TECHNICAL** [11] -
3059:6, 3066:25,
3067:3, 3068:7,
3070:23, 3080:2,
3083:9, 3083:11,
3105:3, 3105:5,
3110:1

**TECHNICIANS** [1] -
3061:19

**TELL** [2] - 3058:10,
3060:21

**TELLS** [1] - 3079:17

**TEMPORARY** [1] -
3066:15

**TENDER** [1] - 3074:8

**TENDERED** [1] -
3074:10

**TERC** [19] - 3068:21,
3068:24, 3069:2,
3069:5, 3069:12,
3070:17, 3073:22,
3075:15, 3078:4,
3080:17, 3080:18,
3081:11, 3082:12,
3106:16, 3106:23,
3107:15, 3107:19,
3108:7, 3111:9

**TERM** [1] - 3114:20

**TERMS** [2] - 3111:24,
3112:11

**TESTIFIED** [8] -
3058:4, 3085:10,
3086:14, 3098:17,
3101:20, 3102:12,
3119:18, 3143:12

**TESTIFYING** [1] -
3058:11

**TESTIMONY** [32] -
3057:10, 3057:23,
3075:18, 3075:22,
3075:25, 3077:14,

3083:16, 3083:23,
3085:8, 3085:9,
3086:6, 3088:8,
3090:15, 3095:5,
3098:7, 3098:15,
3099:1, 3099:8,
3101:9, 3101:10,
3102:6, 3119:17,
3128:17, 3128:19,
3133:22, 3135:16,
3137:4, 3137:11,
3137:14, 3137:19,
3143:6

**TESTING** [10] -
3059:15, 3059:17,
3061:16, 3088:24,
3089:1, 3091:24,
3093:17, 3094:14,
3132:25, 3135:9

**TEXAS** [2] - 3058:22,
3058:24

**THAN** [11] - 3072:15,
3092:7, 3098:25,
3102:9, 3110:4,
3127:4, 3132:15,
3136:25, 3137:8,
3138:23, 3144:2

**THANK** [28] - 3055:9,
3068:12, 3073:20,
3074:7, 3074:11,
3075:2, 3075:3,
3077:21, 3077:22,
3105:14, 3106:12,
3106:23, 3131:20,
3131:23, 3131:24,
3134:7, 3134:25,
3135:7, 3135:12,
3138:7, 3141:11,
3141:14, 3141:15,
3141:17, 3142:5,
3142:12, 3142:21,
3143:13

**THAT** [396] - 3055:15,
3055:17, 3055:24,
3056:3, 3056:5,
3056:6, 3056:20,
3056:21, 3056:22,
3056:23, 3056:24,
3056:25, 3057:3,
3057:5, 3057:6,
3057:23, 3058:11,
3059:4, 3059:5,
3059:8, 3061:3,
3061:9, 3061:10,
3061:11, 3061:12,
3061:14, 3061:20,
3061:25, 3062:4,
3062:7, 3062:8,
3062:11, 3062:14,
3062:20, 3062:23,

3062:25, 3063:1,
3063:4, 3063:6,
3063:7, 3063:9,
3063:11, 3063:12,
3063:15, 3063:17,
3063:24, 3064:1,
3064:5, 3064:24,
3065:10, 3065:14,
3065:18, 3065:20,
3065:23, 3066:1,
3066:3, 3066:4,
3066:6, 3066:10,
3066:11, 3066:13,
3066:15, 3066:16,
3066:18, 3066:21,
3066:22, 3066:23,
3067:4, 3067:14,
3067:17, 3067:24,
3068:2, 3068:5,
3068:17, 3069:5,
3069:7, 3069:8,
3069:21, 3069:23,
3070:1, 3070:14,
3071:9, 3071:10,
3071:11, 3071:12,
3072:2, 3072:7,
3072:8, 3072:9,
3072:12, 3072:17,
3072:23, 3074:17,
3077:1, 3077:16,
3077:19, 3078:4,
3078:6, 3078:13,
3078:16, 3079:5,
3079:11, 3079:15,
3079:17, 3080:3,
3080:13, 3080:21,
3081:4, 3081:10,
3081:14, 3081:15,
3082:1, 3082:2,
3082:5, 3082:9,
3082:10, 3082:11,
3082:15, 3082:17,
3082:18, 3082:23,
3083:7, 3083:11,
3084:1, 3084:2,
3084:6, 3084:8,
3084:12, 3084:15,
3084:22, 3085:10,
3085:11, 3085:20,
3085:23, 3086:4,
3086:6, 3086:9,
3086:14, 3086:17,
3087:9, 3087:10,
3087:17, 3087:24,
3088:10, 3088:18,
3088:22, 3089:1,
3089:3, 3089:5,
3089:9, 3089:10,
3089:12, 3089:14,
3089:15, 3089:17,
3089:19, 3089:20,

3089:25, 3090:21,
3090:24, 3091:7,
3091:9, 3091:11,
3091:12, 3091:25,
3092:8, 3092:14,
3092:15, 3092:20,
3092:21, 3092:23,
3092:24, 3092:25,
3093:3, 3093:5,
3093:6, 3093:8,
3093:15, 3093:25,
3094:12, 3095:17,
3095:21, 3095:25,
3096:2, 3096:14,
3096:15, 3096:16,
3096:21, 3096:22,
3097:6, 3097:9,
3097:16, 3097:23,
3098:5, 3098:7,
3098:8, 3098:9,
3098:11, 3098:14,
3098:15, 3098:19,
3099:13, 3099:15,
3099:17, 3099:24,
3100:2, 3100:3,
3100:5, 3100:6,
3100:7, 3100:14,
3100:17, 3100:22,
3101:3, 3101:11,
3101:24, 3102:2,
3102:9, 3102:13,
3103:16, 3103:22,
3104:5, 3104:8,
3104:13, 3104:16,
3104:18, 3104:20,
3104:23, 3105:12,
3105:20, 3106:2,
3106:7, 3106:8,
3107:8, 3107:9,
3107:11, 3107:12,
3107:16, 3107:24,
3108:10, 3108:11,
3108:21, 3109:2,
3109:5, 3109:16,
3109:22, 3110:2,
3110:6, 3110:16,
3110:18, 3110:21,
3110:23, 3110:25,
3111:11, 3111:19,
3111:20, 3111:22,
3112:4, 3112:14,
3112:15, 3112:18,
3112:19, 3112:22,
3113:2, 3113:7,
3113:9, 3113:13,
3113:15, 3113:20,
3114:2, 3114:5,
3114:7, 3114:16,
3114:20, 3115:2,
3115:12, 3115:14,
3116:2, 3116:5,

3116:8, 3116:11, 3116:17, 3118:15, 3118:19, 3119:10, 3119:11, 3119:19, 3120:5, 3120:7, 3120:10, 3120:16, 3122:1, 3122:4, 3122:7, 3122:13, 3123:1, 3123:3, 3123:6, 3123:9, 3123:10, 3123:12, 3123:15, 3123:20, 3123:22, 3123:23, 3124:9, 3124:12, 3125:3, 3125:6, 3125:8, 3125:9, 3125:15, 3126:15, 3126:18, 3127:16, 3128:2, 3128:19, 3128:24, 3129:18, 3129:19, 3129:23, 3130:21, 3131:1, 3131:18, 3131:21, 3132:17, 3133:5, 3133:25, 3134:8, 3134:9, 3134:22, 3135:3, 3135:8, 3135:11, 3135:17, 3136:11, 3136:24, 3137:3, 3137:7, 3137:18, 3137:19, 3137:20, 3137:21, 3138:3, 3138:18, 3138:22, 3138:25, 3139:2, 3139:12, 3139:13, 3139:14, 3139:23, 3139:24, 3140:1, 3140:4, 3140:17, 3140:18, 3140:20, 3141:6, 3141:8, 3141:12, 3141:13, 3141:21, 3142:9, 3143:6, 3143:22, 3144:1, 3144:15

**THAT'S** [85] - 3057:3, 3057:15, 3059:20, 3062:15, 3068:21, 3068:25, 3069:4, 3069:7, 3069:11, 3069:14, 3069:17, 3069:24, 3070:15, 3070:25, 3071:6, 3071:23, 3072:14, 3072:16, 3073:11, 3081:13, 3085:18, 3091:6, 3096:9, 3097:4, 3098:19, 3098:23, 3099:1, 3100:23, 3107:5, 3107:18, 3108:6,

3108:15, 3109:13, 3109:20, 3111:2, 3111:18, 3114:6, 3115:11, 3115:18, 3115:24, 3117:14, 3119:13, 3119:17, 3119:18, 3119:19, 3120:8, 3120:12, 3122:12, 3123:9, 3125:11, 3125:12, 3125:23, 3125:24, 3126:6, 3127:21, 3129:20, 3130:5, 3130:8, 3130:10, 3130:17, 3130:19, 3132:8, 3132:11, 3133:2, 3133:12, 3133:16, 3134:13, 3134:16, 3135:6, 3136:2, 3136:4, 3136:5, 3136:6, 3136:21, 3136:23, 3137:7, 3137:20, 3137:22, 3138:11, 3138:13, 3138:20, 3139:19

**THATCH** [1] - 3052:18
**THE** [1183] - 3050:12, 3050:15, 3050:19, 3051:11, 3052:3, 3053:3, 3055:7, 3055:9, 3055:12, 3055:13, 3055:14, 3055:15, 3055:16, 3055:19, 3055:20, 3055:22, 3055:23, 3055:24, 3056:3, 3056:5, 3056:8, 3056:9, 3056:10, 3056:13, 3056:14, 3056:23, 3056:24, 3056:25, 3057:3, 3057:4, 3057:10, 3057:13, 3057:22, 3057:23, 3057:24, 3057:25, 3058:1, 3058:4, 3058:5, 3058:6, 3058:7, 3058:10, 3058:13, 3058:14, 3058:15, 3058:17, 3058:21, 3058:24, 3059:6, 3059:7, 3059:10, 3059:19, 3059:21, 3059:24, 3060:1, 3060:3, 3060:22, 3061:8, 3061:9, 3061:10, 3061:11, 3061:13, 3061:14, 3061:15, 3061:17, 3061:18, 3061:19,

3061:20, 3061:24, 3061:25, 3062:1, 3062:2, 3062:8, 3062:9, 3062:11, 3062:12, 3062:14, 3062:22, 3062:24, 3062:25, 3063:1, 3063:2, 3063:3, 3063:8, 3063:9, 3063:11, 3063:17, 3063:19, 3063:24, 3063:25, 3064:1, 3064:2, 3064:3, 3064:4, 3064:6, 3064:8, 3064:11, 3064:17, 3064:18, 3064:19, 3064:22, 3064:23, 3064:24, 3064:25, 3065:2, 3065:12, 3065:14, 3065:18, 3065:23, 3065:25, 3066:2, 3066:4, 3066:5, 3066:6, 3066:9, 3066:10, 3066:12, 3066:18, 3066:20, 3066:21, 3066:22, 3066:23, 3067:2, 3067:3, 3067:16, 3067:17, 3068:3, 3068:5, 3068:12, 3068:17, 3068:23, 3069:1, 3069:7, 3069:8, 3069:12, 3069:15, 3069:18, 3069:21, 3069:22, 3069:23, 3069:25, 3070:1, 3070:4, 3070:5, 3070:8, 3070:9, 3070:12, 3070:16, 3071:9, 3071:10, 3071:11, 3071:13, 3071:16, 3071:21, 3071:24, 3072:1, 3072:2, 3072:5, 3072:11, 3072:12, 3072:18, 3072:20, 3072:24, 3073:1, 3073:4, 3073:5, 3073:8, 3073:9, 3073:10, 3073:13, 3073:17, 3073:22, 3073:23, 3073:24, 3074:2, 3074:4, 3074:10, 3074:16, 3074:17, 3074:19, 3074:21, 3074:22, 3074:23, 3075:2, 3075:4, 3075:8, 3075:12, 3075:15, 3075:19,

3075:22, 3076:4, 3076:5, 3076:7, 3076:9, 3076:10, 3076:13, 3076:14, 3076:15, 3076:20, 3076:23, 3076:24, 3076:25, 3077:4, 3077:6, 3077:8, 3077:9, 3077:10, 3077:12, 3077:13, 3077:16, 3077:17, 3077:19, 3077:23, 3077:24, 3077:25, 3078:1, 3078:2, 3078:3, 3078:4, 3078:5, 3078:6, 3078:9, 3078:11, 3078:12, 3078:13, 3078:14, 3078:15, 3078:17, 3078:20, 3078:21, 3078:22, 3078:25, 3079:4, 3079:5, 3079:6, 3079:7, 3079:10, 3079:11, 3079:12, 3079:14, 3079:15, 3079:17, 3079:19, 3079:20, 3079:21, 3079:22, 3079:23, 3079:25, 3080:1, 3080:2, 3080:5, 3080:6, 3080:9, 3080:10, 3080:14, 3080:15, 3080:17, 3080:19, 3080:23, 3080:25, 3081:2, 3081:4, 3081:5, 3081:6, 3081:7, 3081:8, 3081:9, 3081:10, 3081:11, 3081:13, 3081:15, 3081:19, 3081:20, 3081:21, 3081:22, 3081:24, 3081:25, 3082:2, 3082:3, 3082:4, 3082:6, 3082:16, 3082:17, 3082:18, 3082:19, 3082:21, 3082:22, 3082:2, 3083:3, 3083:9, 3083:10, 3083:11, 3083:14, 3083:21, 3083:22, 3083:23, 3083:24, 3083:25, 3084:3, 3084:4, 3084:5, 3084:8, 3084:10, 3084:11, 3084:12, 3084:13, 3084:14, 3084:15, 3084:16, 3084:18, 3084:19,

3084:22, 3085:2, 3085:5, 3085:11, 3085:14, 3085:19, 3085:20, 3085:22, 3085:23, 3085:25, 3086:2, 3086:3, 3086:6, 3086:9, 3086:10, 3086:11, 3086:14, 3086:17, 3086:19, 3086:20, 3086:23, 3086:25, 3087:1, 3087:3, 3087:4, 3087:8, 3087:10, 3087:12, 3087:13, 3087:16, 3087:17, 3087:18, 3087:24, 3087:25, 3088:1, 3088:3, 3088:4, 3088:7, 3088:9, 3088:10, 3088:12, 3088:18, 3088:20, 3088:24, 3088:25, 3089:1, 3089:2, 3089:3, 3089:4, 3089:6, 3089:8, 3089:9, 3089:10, 3089:12, 3089:14, 3089:15, 3089:17, 3089:18, 3089:19, 3089:20, 3089:21, 3089:22, 3089:23, 3089:25, 3090:1, 3090:3, 3090:4, 3090:7, 3090:10, 3090:12, 3090:14, 3090:15, 3090:17, 3090:19, 3090:20, 3090:21, 3090:23, 3090:24, 3090:25, 3091:1, 3091:2, 3091:4, 3091:5, 3091:8, 3091:10, 3091:11, 3091:13, 3091:14, 3091:15, 3091:16, 3091:19, 3091:20, 3091:21, 3092:2, 3092:7, 3092:8, 3092:11, 3092:14, 3092:21, 3092:22, 3092:24, 3093:1, 3093:3, 3093:4, 3093:6, 3093:7, 3093:9, 3093:11, 3093:12, 3093:13, 3093:15, 3093:22, 3093:23, 3094:1, 3094:4, 3094:6, 3094:12, 3094:18, 3094:20, 3094:21, 3095:1, 3095:4,

3095:8, 3095:9,
3095:13, 3095:15,
3095:17, 3095:18,
3095:19, 3095:20,
3095:21, 3095:22,
3095:24, 3096:4,
3096:6, 3096:7,
3096:8, 3096:9,
3096:11, 3096:12,
3096:13, 3096:14,
3096:16, 3096:18,
3096:20, 3096:22,
3096:23, 3096:24,
3097:3, 3097:6,
3097:7, 3097:8,
3097:9, 3097:11,
3097:13, 3097:14,
3097:15, 3097:18,
3097:20, 3097:21,
3097:24, 3098:3,
3098:4, 3098:5,
3098:18, 3098:23,
3099:1, 3099:2,
3099:5, 3099:13,
3099:14, 3099:18,
3099:19, 3099:22,
3099:23, 3099:24,
3100:1, 3100:2,
3100:3, 3100:4,
3100:5, 3100:6,
3100:8, 3100:9,
3100:10, 3100:12,
3100:13, 3100:14,
3100:16, 3100:18,
3100:19, 3100:20,
3100:21, 3100:22,
3100:23, 3100:24,
3101:1, 3101:2,
3101:3, 3101:4,
3101:5, 3101:6,
3101:8, 3101:11,
3101:12, 3101:14,
3101:15, 3101:16,
3101:17, 3101:19,
3101:20, 3101:22,
3101:24, 3101:25,
3102:2, 3102:3,
3102:4, 3102:5,
3102:6, 3102:8,
3102:13, 3102:15,
3102:16, 3102:18,
3102:19, 3102:20,
3102:21, 3102:23,
3102:25, 3103:1,
3103:3, 3103:5,
3103:9, 3103:12,
3103:15, 3103:16,
3103:17, 3103:19,
3103:20, 3103:22,
3103:23, 3103:25,
3104:1, 3104:2,

3104:3, 3104:4,
3104:5, 3104:6,
3104:7, 3104:9,
3104:11, 3104:12,
3104:13, 3104:14,
3104:17, 3104:18,
3104:19, 3104:20,
3104:21, 3104:23,
3105:2, 3105:3,
3105:4, 3105:7,
3105:14, 3105:16,
3105:21, 3105:22,
3105:24, 3105:25,
3106:1, 3106:3,
3106:4, 3106:16,
3106:18, 3106:19,
3106:23, 3106:24,
3106:25, 3107:6,
3107:7, 3107:8,
3107:11, 3107:15,
3107:16, 3107:19,
3107:21, 3107:24,
3108:4, 3108:7,
3108:12, 3108:18,
3108:19, 3108:20,
3109:4, 3109:6,
3109:8, 3109:11,
3109:15, 3109:18,
3109:22, 3109:24,
3110:1, 3110:4,
3110:5, 3110:10,
3110:11, 3110:13,
3110:14, 3110:15,
3110:19, 3110:20,
3110:25, 3111:3,
3111:4, 3111:5,
3111:6, 3111:7,
3111:8, 3111:9,
3111:12, 3111:13,
3111:16, 3111:18,
3111:20, 3111:22,
3112:2, 3112:5,
3112:6, 3112:8,
3112:11, 3112:15,
3112:16, 3112:23,
3113:1, 3113:2,
3113:6, 3113:10,
3113:16, 3113:17,
3113:18, 3113:19,
3113:22, 3114:1,
3114:2, 3114:3,
3114:9, 3114:13,
3114:15, 3114:21,
3114:23, 3115:1,
3115:2, 3115:4,
3115:5, 3115:7,
3115:8, 3115:9,
3115:13, 3115:19,
3115:22, 3116:1,
3116:5, 3116:6,
3116:7, 3116:9,

3116:10, 3116:13,
3116:15, 3116:17,
3116:19, 3116:20,
3116:24, 3117:1,
3117:4, 3117:11,
3117:15, 3117:18,
3117:20, 3117:23,
3118:2, 3118:3,
3118:6, 3118:9,
3118:10, 3118:11,
3118:12, 3118:20,
3119:2, 3119:6,
3119:10, 3119:11,
3119:13, 3119:14,
3119:15, 3119:19,
3119:20, 3119:21,
3119:22, 3119:23,
3119:25, 3120:5,
3120:6, 3120:7,
3120:9, 3120:13,
3120:14, 3120:15,
3120:16, 3120:17,
3121:1, 3121:2,
3121:5, 3121:11,
3121:12, 3121:16,
3121:19, 3121:21,
3121:24, 3121:25,
3122:3, 3122:4,
3122:6, 3122:9,
3122:13, 3122:15,
3122:19, 3122:20,
3122:24, 3122:25,
3123:3, 3123:6,
3123:8, 3123:13,
3123:16, 3123:18,
3123:19, 3123:20,
3123:21, 3123:25,
3124:2, 3124:3,
3124:5, 3124:6,
3124:7, 3124:8,
3124:11, 3124:12,
3124:14, 3124:18,
3124:19, 3124:20,
3124:23, 3125:1,
3125:3, 3125:4,
3125:5, 3125:6,
3125:8, 3125:9,
3125:12, 3125:16,
3125:24, 3125:25,
3126:1, 3126:3,
3126:15, 3126:18,
3126:19, 3126:21,
3126:23, 3126:24,
3127:1, 3127:2,
3127:3, 3127:4,
3127:5, 3127:12,
3127:13, 3127:14,
3127:18, 3127:19,
3127:25, 3128:1,
3128:5, 3128:6,
3128:7, 3128:8,

3128:12, 3128:19,
3128:24, 3128:25,
3129:3, 3129:6,
3129:8, 3129:10,
3129:14, 3129:18,
3129:20, 3129:21,
3129:22, 3129:23,
3129:24, 3130:1,
3130:3, 3130:6,
3130:11, 3130:15,
3130:19, 3130:22,
3130:23, 3130:24,
3130:25, 3131:1,
3131:2, 3131:3,
3131:5, 3131:13,
3131:14, 3131:15,
3131:17, 3131:20,
3131:21, 3131:24,
3132:7, 3132:11,
3132:13, 3132:16,
3132:22, 3132:23,
3133:4, 3133:5,
3133:13, 3133:16,
3133:18, 3133:21,
3133:25, 3134:3,
3134:5, 3134:7,
3134:10, 3134:14,
3134:17, 3134:18,
3134:20, 3135:2,
3135:3, 3135:4,
3135:8, 3135:13,
3135:15, 3135:19,
3135:20, 3135:24,
3135:25, 3136:1,
3136:2, 3136:4,
3136:7, 3136:8,
3136:15, 3136:16,
3136:17, 3136:23,
3137:6, 3137:11,
3137:12, 3137:13,
3137:14, 3137:15,
3137:17, 3137:18,
3137:23, 3138:1,
3138:5, 3138:14,
3138:15, 3138:16,
3138:18, 3138:19,
3138:21, 3138:23,
3138:25, 3139:1,
3139:3, 3139:5,
3139:6, 3139:7,
3139:8, 3139:9,
3139:10, 3139:14,
3139:15, 3139:18,
3139:24, 3140:3,
3140:4, 3140:9,
3140:11, 3140:14,
3140:23, 3140:24,
3141:1, 3141:2,
3141:4, 3141:6,
3141:8, 3141:11,
3141:15, 3141:16,

3141:17, 3141:19,
3141:21, 3141:23,
3141:24, 3141:25,
3142:4, 3142:11,
3142:13, 3142:15,
3142:21, 3142:22,
3142:23, 3142:25,
3143:2, 3143:3,
3143:5, 3143:6,
3143:7, 3143:8,
3143:9, 3143:12,
3143:13, 3143:14,
3143:15, 3143:16,
3143:17, 3143:18,
3143:22, 3144:1,
3144:3, 3144:4,
3144:5, 3144:12,
3144:13, 3144:15,
3144:16, 3144:17

**THEIR** [14] - 3067:17,
3078:17, 3086:7,
3088:23, 3090:14,
3094:19, 3099:19,
3099:20, 3100:3,
3100:7, 3100:15,
3100:17, 3133:19,
3133:21

**THEM** [13] - 3064:15,
3065:16, 3065:18,
3074:5, 3074:6,
3075:5, 3078:9,
3091:16, 3123:12,
3129:15, 3129:16,
3129:17, 3139:9

**THEMSELVES** [1] -
3126:24

**THEN** [53] - 3056:14,
3062:2, 3064:23,
3064:24, 3066:9,
3074:4, 3076:20,
3081:12, 3084:19,
3097:5, 3104:3,
3105:7, 3106:24,
3107:6, 3107:7,
3108:12, 3108:18,
3109:14, 3112:19,
3113:1, 3116:5,
3118:22, 3120:1,
3120:13, 3121:5,
3122:3, 3122:6,
3122:9, 3123:11,
3129:23, 3132:6,
3132:9, 3132:13,
3132:25, 3134:7,
3134:17, 3134:18,
3134:20, 3135:2,
3135:7, 3136:4,
3136:7, 3136:13,
3136:24, 3137:22,
3138:24, 3139:19,
3140:3, 3140:14,

3144:1, 3144:5
**THERE** [63] - 3057:16, 3059:16, 3059:18, 3060:5, 3060:15, 3062:10, 3062:19, 3064:20, 3065:22, 3066:13, 3066:14, 3066:15, 3081:12, 3081:14, 3082:9, 3082:15, 3082:23, 3083:10, 3083:15, 3083:20, 3084:11, 3085:5, 3087:8, 3087:17, 3087:22, 3087:23, 3088:5, 3089:8, 3089:11, 3092:13, 3095:9, 3097:9, 3098:19, 3099:13, 3099:17, 3100:5, 3100:7, 3101:15, 3103:25, 3104:20, 3105:18, 3107:21, 3108:19, 3109:9, 3111:12, 3112:1, 3112:8, 3113:11, 3113:15, 3113:21, 3119:5, 3120:20, 3121:16, 3123:3, 3127:9, 3129:12, 3130:1, 3131:5, 3132:25, 3134:21, 3135:9, 3135:15
**THERE'S** [1] - 3099:21
**THEREFORE** [2] - 3073:25, 3103:11
**THESE** [28] - 3063:19, 3065:6, 3065:16, 3076:19, 3080:1, 3081:3, 3081:17, 3081:25, 3083:3, 3084:13, 3084:21, 3086:13, 3089:20, 3091:20, 3092:12, 3094:23, 3097:5, 3097:20, 3101:1, 3104:21, 3119:15, 3120:23, 3126:9, 3140:25, 3141:1, 3141:3, 3141:9
**THEY** [64] - 3056:8, 3056:9, 3063:1, 3063:22, 3065:8, 3065:14, 3065:18, 3065:20, 3065:25, 3066:1, 3066:3, 3066:11, 3072:6, 3074:3, 3077:1, 3078:12, 3081:13, 3081:14, 3081:19,

3082:16, 3083:17, 3085:1, 3089:13, 3094:24, 3095:18, 3096:4, 3098:3, 3098:4, 3098:9, 3098:13, 3099:24, 3100:2, 3100:3, 3100:6, 3101:25, 3103:21, 3110:5, 3114:10, 3119:2, 3119:4, 3119:6, 3119:11, 3119:16, 3123:9, 3123:10, 3123:13, 3123:16, 3123:18, 3123:21, 3125:16, 3126:3, 3129:16, 3129:24, 3130:6, 3130:11, 3132:6, 3133:15, 3133:19, 3134:1, 3143:14
**THEY'LL** [1] - 3116:25
**THEY'RE** [1] - 3126:4
**THICK** [2] - 3095:11, 3139:11
**THICKNESSES** [3] - 3101:1, 3104:2, 3104:14
**THING** [4] - 3091:3, 3095:17, 3117:18, 3140:24
**THINGS** [4] - 3056:18, 3056:25, 3141:4, 3142:1
**THINK** [16] - 3056:16, 3057:1, 3064:15, 3066:15, 3091:1, 3092:20, 3097:9, 3105:19, 3106:5, 3106:6, 3111:19, 3119:4, 3119:17, 3120:1, 3131:13, 3131:14
**THINKING** [1] - 3056:22
**THIRD** [4] - 3056:1, 3060:13, 3095:15, 3117:20
**THIS** [171] - 3055:23, 3057:1, 3057:10, 3058:11, 3059:2, 3064:11, 3065:19, 3065:25, 3066:17, 3067:25, 3068:8, 3068:17, 3072:15, 3072:25, 3073:2, 3073:24, 3075:17, 3075:23, 3077:4, 3077:9, 3077:11, 3078:1, 3078:18,

3078:19, 3078:22, 3079:1, 3079:8, 3079:11, 3079:12, 3079:13, 3079:14, 3079:16, 3080:15, 3080:20, 3081:4, 3082:8, 3082:12, 3082:17, 3083:17, 3084:1, 3084:4, 3084:13, 3085:6, 3085:17, 3085:18, 3085:21, 3085:24, 3086:4, 3086:6, 3086:11, 3086:14, 3086:18, 3087:7, 3087:11, 3088:7, 3088:20, 3088:22, 3089:3, 3089:5, 3089:13, 3089:14, 3089:16, 3090:6, 3090:10, 3090:11, 3090:14, 3090:15, 3090:16, 3090:17, 3090:18, 3090:19, 3090:20, 3091:4, 3091:6, 3091:10, 3091:23, 3094:3, 3094:19, 3095:5, 3095:6, 3095:7, 3095:25, 3096:17, 3096:24, 3097:1, 3097:3, 3097:8, 3097:10, 3098:6, 3098:9, 3098:17, 3099:6, 3099:7, 3099:8, 3099:14, 3101:8, 3101:14, 3102:6, 3102:7, 3102:12, 3103:13, 3103:14, 3103:16, 3103:17, 3103:18, 3103:19, 3104:12, 3104:13, 3104:25, 3105:1, 3105:5, 3105:18, 3106:16, 3106:25, 3107:3, 3107:11, 3108:7, 3108:12, 3108:13, 3108:23, 3109:17, 3109:18, 3110:9, 3113:11, 3113:14, 3113:24, 3114:13, 3115:2, 3115:14, 3116:9, 3116:22, 3122:10, 3124:12, 3128:12, 3128:24, 3129:18, 3130:20, 3130:21, 3130:24, 3131:1, 3131:11, 3132:5, 3132:7, 3132:10, 3132:20,

3132:21, 3132:25, 3133:10, 3133:13, 3133:15, 3134:2, 3134:5, 3135:7, 3136:14, 3136:16, 3137:19, 3138:5, 3138:17, 3140:2, 3140:3, 3140:17, 3140:19, 3141:4, 3141:5, 3141:22
**THOMAS** [5] - 3050:23, 3051:21, 3054:11, 3142:24, 3143:10
**THOROUGH** [1] - 3099:5
**THOROUGHNESS** [1] - 3099:14
**THOSE** [41] - 3056:13, 3056:24, 3060:6, 3062:1, 3062:11, 3062:13, 3062:17, 3062:23, 3063:1, 3063:22, 3064:8, 3067:11, 3072:1, 3073:24, 3073:25, 3074:2, 3075:25, 3078:16, 3079:24, 3080:12, 3081:23, 3082:24, 3084:24, 3087:17, 3087:19, 3087:20, 3090:13, 3095:19, 3097:24, 3099:19, 3100:21, 3104:22, 3108:8, 3111:14, 3125:6, 3126:13, 3126:20, 3130:2, 3139:11, 3139:14
**THOUGH** [3] - 3078:4, 3111:20, 3143:4
**THOUGHT** [2] - 3072:24, 3106:5
**THREE** [15] - 3060:12, 3060:17, 3062:10, 3064:17, 3076:1, 3076:14, 3079:24, 3084:21, 3086:24, 3087:8, 3094:24, 3100:11, 3101:17, 3102:7
**THROUGH** [21] - 3062:9, 3062:12, 3062:25, 3063:4, 3063:6, 3066:9, 3075:5, 3076:19, 3078:8, 3080:19, 3081:3, 3089:2, 3090:7, 3091:18, 3094:5, 3122:9,

3125:4, 3135:23, 3140:8, 3140:25, 3141:9
**THROWING** [1] - 3130:22
**THUS** [2] - 3087:4, 3116:5
**TICKING** [1] - 3057:4
**TIME** [29] - 3055:22, 3055:23, 3057:4, 3063:22, 3068:8, 3068:23, 3069:1, 3069:18, 3069:22, 3069:25, 3070:4, 3070:8, 3070:12, 3071:13, 3071:16, 3071:24, 3072:24, 3073:8, 3073:9, 3073:13, 3104:6, 3106:3, 3106:7, 3106:8, 3116:22, 3119:14, 3127:3, 3141:9, 3142:6
**TIMES** [2] - 3082:1, 3085:18
**TIP** [1] - 3097:7
**TITLE** [1] - 3095:1
**TO** [492] - 3050:8, 3055:4, 3055:13, 3055:16, 3055:24, 3056:1, 3056:2, 3056:3, 3056:15, 3056:16, 3056:17, 3056:18, 3056:20, 3056:22, 3056:25, 3057:4, 3057:12, 3057:13, 3057:14, 3057:15, 3057:20, 3057:24, 3058:13, 3058:23, 3059:3, 3059:4, 3059:6, 3059:11, 3059:16, 3059:19, 3059:25, 3060:2, 3060:3, 3060:10, 3060:13, 3060:15, 3060:18, 3060:23, 3061:2, 3061:3, 3061:5, 3061:10, 3061:11, 3061:17, 3061:24, 3062:4, 3062:7, 3062:16, 3062:25, 3063:2, 3063:15, 3063:17, 3063:21, 3064:12, 3064:23, 3065:2, 3065:10, 3065:15, 3065:16, 3065:19, 3066:1, 3066:3, 3066:4, 3066:7, 3066:20,

3066:22, 3067:9, 3067:17, 3067:25, 3070:21, 3070:24, 3071:1, 3071:5, 3071:10, 3071:15, 3071:18, 3071:21, 3071:25, 3072:6, 3072:21, 3072:22, 3072:23, 3073:1, 3073:10, 3073:17, 3074:4, 3074:5, 3074:6, 3074:15, 3074:18, 3074:23, 3075:4, 3075:25, 3076:1, 3076:4, 3076:7, 3076:11, 3076:18, 3078:8, 3078:20, 3079:1, 3079:16, 3079:24, 3080:8, 3080:9, 3080:11, 3080:14, 3080:18, 3080:19, 3080:20, 3080:22, 3080:24, 3081:3, 3081:11, 3081:15, 3081:19, 3081:20, 3081:22, 3081:23, 3082:2, 3082:6, 3082:11, 3082:17, 3082:19, 3082:23, 3082:24, 3083:9, 3083:12, 3083:16, 3083:18, 3083:22, 3084:3, 3084:4, 3084:6, 3084:12, 3084:18, 3084:23, 3084:25, 3085:2, 3085:3, 3085:8, 3085:12, 3085:17, 3085:19, 3086:1, 3086:2, 3086:3, 3086:5, 3086:7, 3086:12, 3086:16, 3086:18, 3086:20, 3086:21, 3087:7, 3087:9, 3087:10, 3087:11, 3088:9, 3088:16, 3088:25, 3089:1, 3089:2, 3089:9, 3089:10, 3089:18, 3089:19, 3089:20, 3089:23, 3090:1, 3090:3, 3090:4, 3090:5, 3090:7, 3090:9, 3090:13, 3090:25, 3091:2, 3091:3, 3091:14, 3091:18, 3091:23, 3091:25, 3092:4, 3092:10, 3092:12, 3092:14,

3092:17, 3092:21, 3092:22, 3093:1, 3093:4, 3093:6, 3093:9, 3093:10, 3093:12, 3093:18, 3093:19, 3093:25, 3094:1, 3094:6, 3094:7, 3094:8, 3094:10, 3094:23, 3095:2, 3095:7, 3095:10, 3095:15, 3096:6, 3096:12, 3096:13, 3096:15, 3096:24, 3096:25, 3097:1, 3097:7, 3097:21, 3098:2, 3098:5, 3098:13, 3098:14, 3098:15, 3098:18, 3098:20, 3099:2, 3099:12, 3099:16, 3099:17, 3099:24, 3100:4, 3100:6, 3100:13, 3100:17, 3100:19, 3100:23, 3101:1, 3101:21, 3102:1, 3102:13, 3102:14, 3102:16, 3102:17, 3103:10, 3103:12, 3103:15, 3103:25, 3104:2, 3104:9, 3104:14, 3104:17, 3104:18, 3105:1, 3105:8, 3105:12, 3105:16, 3105:19, 3106:2, 3106:4, 3106:18, 3106:19, 3106:23, 3106:25, 3107:6, 3107:7, 3107:14, 3108:2, 3108:5, 3108:18, 3109:1, 3109:14, 3109:15, 3109:22, 3110:10, 3110:14, 3110:18, 3110:22, 3110:25, 3111:3, 3111:13, 3111:16, 3112:7, 3112:12, 3112:14, 3112:19, 3112:20, 3112:24, 3112:25, 3113:1, 3113:6, 3113:7, 3113:13, 3113:25, 3114:3, 3114:8, 3114:10, 3114:13, 3114:15, 3114:20, 3114:22, 3115:1, 3115:4, 3115:7, 3115:8, 3115:12, 3115:25, 3116:2, 3116:3, 3116:7,

3116:10, 3116:13, 3117:4, 3117:8, 3117:11, 3118:3, 3118:5, 3118:14, 3118:23, 3119:4, 3119:5, 3119:11, 3119:18, 3119:25, 3120:2, 3120:7, 3121:1, 3121:2, 3121:4, 3121:6, 3121:11, 3121:12, 3121:21, 3121:25, 3122:4, 3122:9, 3122:18, 3122:19, 3122:20, 3122:23, 3123:3, 3123:12, 3123:14, 3123:16, 3123:18, 3123:21, 3123:25, 3124:2, 3124:7, 3124:11, 3124:19, 3124:21, 3125:7, 3125:9, 3125:10, 3125:16, 3125:19, 3125:25, 3126:1, 3126:4, 3126:7, 3126:9, 3126:10, 3126:11, 3126:12, 3127:5, 3127:8, 3127:18, 3128:7, 3128:8, 3128:14, 3128:15, 3128:23, 3128:25, 3129:24, 3130:14, 3131:1, 3131:4, 3131:10, 3131:14, 3131:15, 3131:18, 3131:21, 3132:6, 3132:9, 3132:22, 3132:24, 3133:3, 3133:13, 3133:22, 3134:2, 3134:14, 3134:17, 3134:20, 3134:22, 3134:23, 3135:7, 3135:9, 3135:13, 3135:14, 3135:22, 3136:3, 3136:5, 3136:7, 3136:11, 3136:22, 3136:24, 3137:3, 3137:7, 3137:13, 3137:21, 3137:23, 3138:3, 3138:5, 3138:10, 3138:19, 3139:4, 3139:10, 3139:13, 3139:16, 3140:2, 3140:3, 3140:4, 3140:24, 3141:11, 3141:19, 3141:21, 3141:24, 3141:25, 3142:4, 3142:13, 3142:16,

3142:17, 3143:2, 3143:3, 3143:7, 3143:17, 3143:19, 3143:20, 3143:22, 3143:24, 3144:15

**TODAY** [5] - 3061:10, 3062:16, 3063:1, 3063:18, 3106:7

**TODAY'S** [1] - 3076:2

**TOE** [1] - 3101:22

**TOGETHER** [1] - 3114:21

**TOLD** [3] - 3055:15, 3090:7, 3143:22

**TOO** [3] - 3096:24, 3098:11, 3106:8

**TOOK** [3] - 3062:11, 3117:1, 3144:4

**TOP** [8] - 3073:5, 3090:4, 3092:24, 3108:19, 3110:14, 3113:2, 3134:18, 3136:7

**TOPIC** [1] - 3132:11

**TORTS** [1] - 3053:6

**TOTAL** [1] - 3068:18

**TOTALLY** [2] - 3123:23, 3125:15

**TOUCHED** [1] - 3064:11

**TOWARDS** [2] - 3104:20, 3116:6

**TRACK** [8] - 3100:24, 3102:5, 3103:17, 3104:3, 3104:13, 3135:20, 3135:25, 3136:8

**TRACK-WALKED** [1] - 3102:5

**TRACK-WALKING** [3] - 3103:17, 3104:3, 3104:13

**TRACKING** [1] - 3114:17

**TRACKS** [2] - 3092:7, 3132:16

**TRAFFIC** [2] - 3093:15, 3094:12

**TRAINED** [2] - 3117:12, 3117:15

**TRAINING** [3] - 3067:17, 3075:6, 3075:11

**TRANSCRIPT** [3] - 3050:11, 3053:14, 3144:15

**TRANSITE** [3] - 3121:19, 3121:22, 3121:25

**TRANSMITTED** [1] -

3105:5

**TRANSPORTATION** [2] - 3066:6, 3066:18

**TRAVERSE** [2] - 3054:8, 3068:13

**TRAVERSING** [1] - 3092:2

**TREEBY** [5] - 3052:12, 3056:12, 3056:24, 3057:12, 3105:17

**TREEBY'S** [1] - 3056:2

**TRENCH** [9] - 3092:18, 3092:20, 3092:22, 3092:24, 3093:12, 3101:18, 3132:13, 3132:14, 3135:4

**TRENCHED** [1] - 3092:5

**TRENCHES** [5] - 3093:9, 3093:10, 3121:1, 3121:6, 3133:4

**TRENCHING** [8] - 3083:6, 3092:18, 3093:11, 3120:24, 3134:11, 3138:22, 3139:1, 3139:3

**TRIAL** [8] - 3050:11, 3052:3, 3057:1, 3057:10, 3058:11, 3073:9, 3075:23, 3141:24

**TRIGGERS** [1] - 3129:23

**TRUCK** [1] - 3098:22

**TRUE** [9] - 3056:21, 3057:5, 3124:12, 3130:8, 3137:22, 3138:2, 3138:3, 3138:20, 3144:15

**TRUST** [1] - 3056:20

**TRUSTING** [1] - 3136:11

**TRUTH** [6] - 3057:24, 3057:25, 3143:7, 3143:8

**TRY** [4] - 3059:6, 3098:18, 3114:22, 3143:2

**TRYING** [4] - 3066:4, 3066:5, 3139:16, 3142:4

**TUNNELS** [1] - 3060:2

**TURN** [17] - 3072:21, 3107:6, 3108:2, 3109:14, 3111:16, 3112:7, 3113:1, 3115:1, 3115:7,

**HOURLY TRANSCRIPT**

3118:5, 3118:14, 3119:24, 3128:8, 3131:4, 3133:3, 3140:3, 3143:3
**TURNED** [2] - 3110:25, 3132:21
**TURNING** [1] - 3108:18
**TURNS** [1] - 3097:17
**TWO** [13] - 3056:3, 3056:8, 3067:14, 3075:24, 3076:9, 3086:11, 3089:8, 3090:13, 3095:10, 3097:24, 3101:16, 3107:7, 3139:11
**TX** [1] - 3050:25
**TYPE** [6] - 3077:11, 3086:6, 3088:15, 3088:19, 3108:3, 3115:14
**TYPES** [1] - 3067:5
**TYPICALLY** [7] - 3059:5, 3059:8, 3060:6, 3064:21, 3065:7, 3088:18, 3098:18

## U

**U.S** [3] - 3053:3, 3078:11, 3079:2
**ULTIMATELY** [4] - 3065:18, 3077:13, 3104:19, 3116:3
**UNCOMPACTED** [11] - 3094:25, 3095:6, 3095:8, 3095:10, 3096:3, 3097:19, 3097:24, 3098:1, 3098:25, 3101:21, 3102:10
**UNCONTROLLED** [1] - 3087:23
**UNDER** [17] - 3072:8, 3073:23, 3075:15, 3076:5, 3076:10, 3076:15, 3076:17, 3077:11, 3077:24, 3078:4, 3080:21, 3086:25, 3091:13, 3101:3, 3119:2, 3128:9, 3134:7
**UNDERGRADUATE** [1] - 3059:5
**UNDERGROUND** [1] - 3092:3
**UNDERSTAND** [11] - 3055:23, 3056:11, 3074:21, 3077:14,

3077:20, 3093:7, 3097:12, 3125:8, 3133:15, 3133:19, 3139:18
**UNDERSTANDING** [10] - 3069:13, 3077:15, 3100:4, 3116:3, 3116:17, 3117:14, 3125:1, 3127:3, 3133:25, 3144:16
**UNEQUIVOCALLY** [1] - 3100:16
**UNFORTUNATELY** [1] - 3106:2
**UNIFORM** [1] - 3103:23
**UNIQUE** [1] - 3060:25
**UNITED** [7] - 3050:1, 3050:12, 3053:3, 3141:16, 3142:23, 3144:13, 3144:23
**UNITS** [2] - 3082:5, 3112:22
**UNIVERSITY** [3] - 3058:19, 3058:21, 3058:24
**UNKNOWN** [4] - 3065:19, 3111:12, 3136:19, 3136:20
**UNKNOWNS** [1] - 3082:15
**UNLESS** [3] - 3077:1, 3080:12, 3126:13
**UNTIL** [3] - 3059:18, 3060:5, 3060:15
**UP** [32] - 3057:2, 3072:20, 3079:14, 3085:18, 3086:17, 3090:20, 3091:6, 3093:18, 3094:4, 3098:4, 3098:14, 3101:1, 3106:4, 3106:13, 3113:7, 3114:25, 3115:22, 3116:1, 3117:23, 3118:6, 3121:6, 3121:8, 3121:11, 3127:4, 3127:7, 3128:5, 3130:18, 3133:9, 3136:24, 3138:24, 3139:10, 3143:24
**UPON** [2] - 3083:1, 3140:19
**UPPER** [2] - 3087:12
**UPS** [2] - 3133:21, 3133:23
**URS** [2] - 3073:17, 3073:19

**US** [3] - 3060:21, 3074:19, 3125:6
**USACE** [1] - 3078:18
**USE** [11] - 3056:22, 3088:19, 3095:15, 3100:21, 3101:21, 3106:25, 3114:20, 3115:4, 3123:7, 3143:14, 3143:20
**USED** [19] - 3056:23, 3056:24, 3060:2, 3073:17, 3086:1, 3092:12, 3093:12, 3093:14, 3093:19, 3095:16, 3098:24, 3100:18, 3102:17, 3104:17, 3107:21, 3114:15, 3121:21, 3121:25, 3122:4
**USING** [7] - 3088:25, 3092:5, 3093:25, 3097:20, 3100:25, 3122:10, 3132:14
**USUALLY** [1] - 3114:23
**UTILITIES** [1] - 3087:22
**UTILITY** [2] - 3092:19, 3092:23
**UTILIZE** [2] - 3109:4, 3109:11

## V

**VALLEY** [3] - 3061:12, 3062:17, 3062:19
**VALUE** [3] - 3114:18, 3114:19, 3114:20
**VARIES** [1] - 3077:19
**VARIOUS** [10] - 3062:12, 3065:6, 3078:23, 3083:2, 3087:21, 3104:4, 3107:3, 3119:11, 3128:16, 3128:25
**VEGAS** [1] - 3062:20
**VENEZUELA** [1] - 3065:11
**VERIFIED** [1] - 3101:9
**VERIFY** [3] - 3064:5, 3111:20, 3136:22
**VERSION** [2] - 3111:20, 3141:5
**VERSIONS** [2] - 3115:8, 3127:13
**VERSUS** [2] - 3088:13, 3099:23
**VERTICAL** [1] - 3085:25

**VERY** [17] - 3055:9, 3061:22, 3063:11, 3064:9, 3065:12, 3073:20, 3087:18, 3088:23, 3099:21, 3102:22, 3103:18, 3105:17, 3124:13, 3130:8, 3140:24, 3143:3
**VICKSBURG** [1] - 3059:20
**VICTOR** [1] - 3051:8
**VOIR** [2] - 3054:7, 3058:8
**VOLUME** [2] - 3093:2, 3129:12
**VOLUMES** [9] - 3084:14, 3084:16, 3084:17, 3087:24, 3129:3, 3129:6, 3129:8, 3129:10, 3129:14

## W

**WAGER** [22] - 3052:17, 3054:7, 3054:9, 3057:19, 3058:9, 3068:8, 3074:8, 3074:11, 3074:14, 3074:25, 3075:3, 3077:7, 3077:22, 3131:13, 3131:19, 3137:10, 3137:13, 3141:18, 3142:2, 3142:8, 3142:12, 3142:19
**WAGER-ZITO** [20] - 3052:17, 3057:19, 3058:9, 3068:8, 3074:8, 3074:11, 3074:14, 3074:25, 3075:3, 3077:7, 3077:22, 3131:13, 3131:19, 3137:10, 3137:13, 3141:18, 3142:2, 3142:8, 3142:12, 3142:19
**WAGER-ZITO............** . [1] - 3054:7
**WAGER-ZITO............** .... [1] - 3054:9
**WALERS** [1] - 3090:3
**WALKED** [3] - 3102:5, 3135:20, 3135:25
**WALKING** [5] - 3100:24, 3103:17, 3104:3, 3104:13, 3136:9
**WALL** [3] - 3066:16,

3066:19, 3066:23
**WALTHER** [1] - 3052:11
**WANT** [22] - 3055:24, 3057:4, 3057:12, 3074:15, 3074:17, 3075:4, 3076:1, 3080:20, 3081:3, 3082:2, 3084:25, 3085:17, 3088:9, 3089:2, 3089:18, 3090:13, 3096:13, 3099:12, 3103:12, 3137:3, 3140:4, 3143:19
**WANTED** [2] - 3055:16, 3129:14
**WANTS** [1] - 3116:25
**WAREHOUSE** [1] - 3061:23
**WARREN** [2] - 3052:7, 3052:7
**WAS** [187] - 3055:12, 3056:5, 3057:9, 3058:3, 3058:4, 3058:24, 3059:16, 3059:18, 3059:24, 3059:25, 3060:5, 3060:7, 3060:12, 3060:13, 3060:15, 3061:11, 3061:13, 3061:23, 3062:4, 3062:5, 3062:6, 3062:11, 3062:19, 3062:20, 3063:7, 3063:11, 3063:24, 3064:17, 3065:11, 3065:16, 3065:17, 3065:22, 3066:8, 3066:13, 3066:14, 3066:15, 3066:16, 3066:17, 3066:21, 3067:2, 3067:12, 3067:13, 3067:18, 3068:1, 3069:12, 3070:1, 3070:14, 3072:7, 3072:9, 3072:18, 3073:13, 3074:21, 3078:4, 3078:6, 3078:17, 3079:1, 3079:4, 3079:11, 3079:16, 3079:17, 3080:8, 3080:11, 3080:13, 3081:5, 3081:9, 3081:12, 3081:14, 3082:17, 3083:10, 3083:12, 3083:18, 3083:20, 3084:2, 3084:10, 3084:13,

3085:12, 3085:21,
3085:22, 3086:5,
3086:7, 3086:10,
3086:12, 3086:13,
3087:4, 3087:11,
3087:22, 3087:23,
3088:1, 3088:3,
3089:5, 3089:6,
3089:14, 3090:1,
3090:9, 3090:12,
3091:12, 3094:16,
3095:18, 3095:25,
3096:9, 3097:25,
3098:11, 3098:18,
3099:9, 3099:15,
3100:4, 3100:7,
3100:22, 3101:4,
3101:9, 3101:12,
3101:13, 3101:19,
3102:15, 3102:25,
3103:4, 3104:8,
3104:24, 3104:25,
3106:1, 3106:21,
3107:15, 3107:16,
3109:18, 3111:3,
3111:5, 3111:13,
3111:19, 3111:24,
3112:1, 3112:18,
3113:15, 3113:18,
3113:21, 3115:14,
3116:15, 3118:9,
3118:19, 3118:23,
3119:2, 3119:5,
3119:10, 3119:19,
3119:22, 3120:15,
3120:16, 3120:23,
3123:22, 3125:15,
3126:12, 3126:15,
3126:18, 3127:1,
3127:18, 3129:18,
3129:20, 3130:2,
3131:1, 3132:20,
3132:23, 3132:25,
3134:14, 3135:9,
3137:6, 3137:18,
3138:2, 3138:3,
3139:3, 3139:6,
3140:9, 3141:11,
3143:11, 3143:12,
3144:5
**WASHINGTON** [20] -
3052:11, 3052:20,
3053:8, 3057:20,
3058:13, 3073:18,
3074:24, 3079:9,
3079:17, 3094:13,
3095:18, 3097:25,
3105:8, 3118:19,
3119:1, 3119:3,
3120:6, 3120:16,
3133:10

**WASN'T** [3] - 3107:21,
3117:15, 3119:22
**WASTE** [1] - 3118:24
**WASTES** [1] - 3107:3
**WATER** [9] - 3073:5,
3075:10, 3092:11,
3093:11, 3094:7,
3096:23, 3104:20,
3116:9
**WATERLINE** [2] -
3092:19, 3092:23
**WATERWAYS** [4] -
3059:19, 3059:22,
3059:24, 3060:3
**WAY** [7] - 3062:12,
3111:13, 3114:22,
3128:20, 3137:15,
3138:2, 3139:10
**WE** [117] - 3055:17,
3055:18, 3055:20,
3055:22, 3055:23,
3056:16, 3056:17,
3056:19, 3056:20,
3057:1, 3057:3,
3057:7, 3057:14,
3061:12, 3062:7,
3062:8, 3062:11,
3062:13, 3062:21,
3063:23, 3063:24,
3064:1, 3064:2,
3064:5, 3064:22,
3065:23, 3066:7,
3066:9, 3066:20,
3068:8, 3071:10,
3071:11, 3073:19,
3074:8, 3074:15,
3074:17, 3079:24,
3080:24, 3081:2,
3081:17, 3083:9,
3083:16, 3083:22,
3084:8, 3086:9,
3086:10, 3087:24,
3087:25, 3089:8,
3089:10, 3089:15,
3091:1, 3091:4,
3091:11, 3095:1,
3095:13, 3096:10,
3097:6, 3098:17,
3099:7, 3103:12,
3103:15, 3103:24,
3104:7, 3104:8,
3104:10, 3104:16,
3105:3, 3105:15,
3105:20, 3106:3,
3106:4, 3106:7,
3106:8, 3108:2,
3109:1, 3111:16,
3112:19, 3114:1,
3114:20, 3115:19,
3115:25, 3119:24,

3119:25, 3122:13,
3122:14, 3122:15,
3122:23, 3123:15,
3124:8, 3125:3,
3125:4, 3126:3,
3127:5, 3128:8,
3128:12, 3130:18,
3131:10, 3132:9,
3134:7, 3134:17,
3135:7, 3138:18,
3138:22, 3138:25,
3141:24, 3142:9,
3142:13, 3142:19,
3143:25
**WE'LL** [10] - 3072:23,
3073:23, 3091:8,
3105:18, 3105:20,
3106:7, 3109:9,
3110:14, 3111:22,
3141:8
**WE'RE** [15] - 3055:13,
3056:16, 3057:13,
3057:15, 3063:8,
3064:24, 3103:15,
3105:25, 3109:15,
3113:25, 3115:12,
3121:11, 3122:18,
3135:13, 3144:3
**WE'VE** [15] - 3075:16,
3078:14, 3078:16,
3078:19, 3079:4,
3081:2, 3081:25,
3082:8, 3084:19,
3091:5, 3095:5,
3102:20, 3106:24,
3116:21, 3131:15
**WEDDING** [5] -
3081:13, 3089:10,
3090:12, 3090:23,
3090:24
**WEEK** [1] - 3067:18
**WEEK-LONG** [1] -
3067:18
**WEEKS** [2] - 3072:19,
3075:24
**WELL** [28] - 3062:17,
3063:19, 3064:6,
3064:15, 3071:13,
3072:7, 3073:23,
3074:21, 3077:19,
3096:18, 3097:8,
3099:21, 3102:20,
3104:9, 3105:12,
3105:15, 3106:18,
3113:21, 3123:24,
3126:21, 3127:4,
3129:10, 3130:1,
3130:8, 3130:21,
3136:4, 3137:19,
3138:22

**WELL-DEFINED** [1] -
3099:21
**WENT** [10] - 3058:23,
3066:9, 3082:16,
3089:9, 3089:10,
3119:16, 3132:21,
3139:9, 3139:14
**WERE** [106] - 3056:25,
3060:1, 3061:20,
3062:2, 3062:7,
3062:9, 3062:10,
3062:13, 3062:17,
3062:21, 3062:24,
3063:1, 3063:2,
3063:19, 3063:23,
3064:1, 3064:6,
3065:14, 3065:16,
3065:23, 3065:25,
3066:7, 3066:11,
3066:20, 3069:21,
3072:25, 3073:14,
3079:15, 3080:3,
3080:13, 3080:22,
3080:25, 3081:4,
3081:10, 3081:18,
3081:19, 3081:23,
3081:24, 3082:11,
3082:12, 3082:15,
3082:18, 3082:20,
3084:8, 3084:9,
3084:16, 3085:1,
3085:5, 3085:11,
3087:13, 3087:19,
3087:22, 3088:7,
3088:9, 3089:3,
3089:8, 3089:11,
3089:12, 3089:13,
3089:17, 3089:20,
3089:21, 3091:19,
3093:10, 3094:18,
3095:19, 3095:21,
3095:22, 3097:17,
3097:19, 3101:7,
3102:4, 3102:20,
3103:7, 3105:4,
3110:9, 3111:16,
3113:11, 3113:13,
3117:12, 3119:4,
3120:20, 3121:2,
3121:6, 3121:24,
3122:10, 3126:14,
3126:20, 3126:23,
3128:1, 3130:1,
3130:6, 3130:11,
3134:1, 3135:19,
3135:25, 3137:7,
3139:11, 3139:15
**WEREN'T** [5] -
3063:21, 3066:6,
3072:11, 3126:20,
3128:25

**WES** [4] - 3068:6,
3073:13, 3073:14
**WEST** [1] - 3116:6
**WET** [1] - 3087:13
**WGI** [70] - 3075:18,
3076:4, 3076:7,
3076:14, 3079:11,
3079:13, 3079:16,
3080:7, 3080:11,
3081:21, 3083:11,
3083:18, 3083:21,
3083:23, 3084:2,
3084:6, 3084:23,
3085:2, 3085:11,
3086:5, 3086:7,
3086:12, 3086:13,
3086:19, 3087:1,
3087:4, 3090:5,
3093:22, 3093:25,
3094:16, 3098:24,
3099:11, 3099:17,
3099:23, 3099:25,
3100:10, 3100:14,
3100:18, 3101:3,
3101:4, 3101:17,
3102:13, 3103:11,
3104:23, 3107:11,
3108:7, 3114:7,
3115:23, 3117:8,
3117:11, 3118:3,
3119:8, 3119:10,
3120:13, 3120:17,
3123:22, 3123:24,
3125:8, 3125:15,
3125:19, 3126:4,
3126:12, 3127:2,
3128:25, 3129:8,
3129:14, 3134:2,
3134:12, 3134:14,
3135:5
**WGI'S** [17] - 3075:14,
3078:3, 3079:11,
3081:19, 3084:9,
3084:14, 3085:6,
3085:22, 3097:16,
3099:3, 3099:6,
3100:12, 3101:7,
3101:16, 3103:6,
3103:10
**WGINT** [1] - 3093:22
**WHAT** [60] - 3056:14,
3056:16, 3058:10,
3059:5, 3063:22,
3064:21, 3068:18,
3072:22, 3076:18,
3077:10, 3088:10,
3090:7, 3090:18,
3091:18, 3091:19,
3092:7, 3093:7,
3094:20, 3094:23,

3094:24, 3095:24, 3096:9, 3096:13, 3096:16, 3096:20, 3097:16, 3098:18, 3098:25, 3100:4, 3102:9, 3103:21, 3104:2, 3107:18, 3108:6, 3108:15, 3109:13, 3113:19, 3114:6, 3115:1, 3115:16, 3116:20, 3119:18, 3119:19, 3120:12, 3121:11, 3124:10, 3125:1, 3126:3, 3129:23, 3131:11, 3132:15, 3134:17, 3135:14, 3135:15, 3136:5, 3136:6, 3136:21, 3136:22, 3136:24, 3137:14

**WHAT'S** [7] - 3061:3, 3062:6, 3079:3, 3095:23, 3098:19, 3114:19, 3137:20

**WHATEVER** [2] - 3107:24, 3125:8

**WHEN** [15] - 3055:13, 3065:7, 3067:2, 3071:7, 3072:17, 3081:13, 3085:16, 3086:9, 3093:25, 3094:7, 3097:6, 3100:1, 3102:17, 3104:7, 3113:19

**WHENEVER** [1] - 3106:10

**WHERE** [18] - 3057:8, 3057:16, 3060:15, 3063:20, 3090:6, 3090:8, 3092:18, 3092:25, 3098:9, 3108:10, 3109:1, 3114:21, 3116:13, 3119:15, 3121:23, 3122:24, 3139:1

**WHEREAS** [1] - 3127:1

**WHEREUPON** [2] - 3117:1, 3144:4

**WHETHER** [10] - 3055:16, 3056:17, 3065:8, 3065:17, 3066:7, 3072:1, 3073:4, 3125:12, 3130:23, 3138:2

**WHICH** [25] - 3055:14, 3057:23, 3060:21, 3063:11, 3067:16, 3069:9, 3077:5,

3078:19, 3079:4, 3082:16, 3084:17, 3084:19, 3087:18, 3088:14, 3090:19, 3094:18, 3094:21, 3095:3, 3095:8, 3095:13, 3096:3, 3097:18, 3107:21, 3139:10, 3143:6

**WHILE** [4] - 3058:23, 3073:14, 3104:12, 3105:25

**WHO** [11] - 3064:8, 3083:24, 3083:25, 3101:7, 3101:12, 3101:13, 3102:21, 3102:23, 3103:4, 3109:5

**WHOLE** [6] - 3057:24, 3088:25, 3131:15, 3141:4, 3141:5, 3143:7

**WHOM** [1] - 3116:2

**WHY** [5] - 3055:20, 3065:16, 3119:24, 3127:7, 3136:23

**WIDENING** [1] - 3065:25

**WILL** [36] - 3056:1, 3056:22, 3057:24, 3074:25, 3077:13, 3082:5, 3083:3, 3089:22, 3090:3, 3091:7, 3091:24, 3092:6, 3092:7, 3092:10, 3092:12, 3093:12, 3093:14, 3093:17, 3093:19, 3093:21, 3094:6, 3094:8, 3094:13, 3094:14, 3105:16, 3109:5, 3110:21, 3111:21, 3112:22, 3132:13, 3132:15, 3132:16, 3140:10, 3142:2, 3142:8, 3143:7

**WILLIAM** [1] - 3052:12

**WILLING** [1] - 3074:5

**WILSHIRE** [1] - 3052:4

**WISHES** [1] - 3105:16

**WITH** [113] - 3055:13, 3056:2, 3056:13, 3056:22, 3058:18, 3058:20, 3059:1, 3059:10, 3060:8, 3061:17, 3061:19, 3061:22, 3061:25, 3062:11, 3062:21,

3063:3, 3063:10, 3063:13, 3063:16, 3063:19, 3063:23, 3064:9, 3065:14, 3065:18, 3065:19, 3066:16, 3066:18, 3070:10, 3070:13, 3072:7, 3073:10, 3073:15, 3075:4, 3075:6, 3075:14, 3076:2, 3076:5, 3076:10, 3076:15, 3076:22, 3077:12, 3078:9, 3079:9, 3079:10, 3079:11, 3079:13, 3080:17, 3082:6, 3082:16, 3085:22, 3086:13, 3089:22, 3090:1, 3090:5, 3090:15, 3092:3, 3092:5, 3093:4, 3093:18, 3095:11, 3097:16, 3098:4, 3100:23, 3102:1, 3102:5, 3102:10, 3102:14, 3102:21, 3102:22, 3102:25, 3103:22, 3104:4, 3104:11, 3104:14, 3106:1, 3110:1, 3110:11, 3110:13, 3112:23, 3114:11, 3114:12, 3115:9, 3115:16, 3118:19, 3120:13, 3120:15, 3121:6, 3121:16, 3122:20, 3123:11, 3123:23, 3124:3, 3124:18, 3124:23, 3125:15, 3127:3, 3127:14, 3127:19, 3132:6, 3132:14, 3134:1, 3135:20, 3135:25, 3136:24, 3140:1, 3141:8, 3141:13, 3141:22, 3142:19, 3143:2

**WITHIN** [2] - 3096:10, 3132:22

**WITHOUT** [4] - 3092:10, 3093:16, 3094:13, 3130:23

**WITNESS** [34] - 3055:16, 3055:25, 3057:17, 3058:1, 3058:3, 3058:7, 3073:25, 3075:4, 3077:23, 3093:9, 3096:6, 3096:12, 3096:18, 3096:22,

3097:3, 3097:8, 3097:13, 3097:15, 3106:9, 3124:14, 3131:13, 3131:22, 3131:24, 3137:18, 3139:3, 3139:6, 3139:9, 3140:11, 3141:19, 3142:21, 3143:9, 3143:11, 3143:14, 3143:17

**WITNESS'** [1] - 3073:22

**WITNESSES** [3] - 3056:4, 3056:8, 3075:22

**WITTMANN** [1] - 3052:11

**WONDERING** [1] - 3055:12

**WOODCOCK** [4] - 3053:6, 3105:20, 3124:7, 3141:16

**WOODWARD** [2] - 3060:4, 3060:10

**WORD** [2] - 3107:21, 3115:4

**WORK** [140] - 3058:14, 3058:23, 3059:10, 3061:17, 3062:1, 3062:2, 3062:5, 3062:10, 3063:16, 3063:19, 3063:24, 3064:4, 3064:13, 3064:19, 3065:3, 3065:19, 3066:2, 3066:4, 3066:21, 3066:22, 3069:18, 3069:20, 3070:1, 3070:9, 3070:17, 3072:5, 3072:15, 3073:14, 3073:17, 3073:23, 3075:10, 3075:13, 3075:15, 3076:6, 3076:17, 3078:4, 3079:10, 3081:2, 3081:4, 3081:5, 3081:7, 3081:9, 3081:10, 3081:13, 3081:18, 3081:22, 3082:2, 3082:5, 3082:19, 3084:11, 3085:3, 3085:21, 3085:22, 3086:7, 3086:10, 3086:16, 3087:1, 3089:3, 3089:14, 3094:4, 3094:8, 3095:20, 3099:4, 3099:12, 3099:19, 3100:2, 3100:7,

3100:12, 3100:14, 3100:17, 3101:8, 3101:12, 3101:16, 3102:2, 3102:20, 3103:6, 3103:10, 3104:23, 3106:4, 3109:19, 3112:8, 3112:11, 3112:12, 3112:15, 3112:16, 3112:22, 3113:15, 3113:21, 3114:16, 3115:2, 3115:5, 3115:7, 3115:9, 3117:24, 3118:2, 3119:13, 3120:20, 3120:23, 3124:20, 3124:22, 3126:4, 3126:20, 3126:21, 3126:23, 3126:24, 3126:25, 3127:13, 3127:18, 3128:2, 3128:8, 3128:9, 3128:13, 3129:19, 3129:20, 3129:21, 3129:22, 3129:23, 3129:25, 3130:1, 3130:3, 3130:6, 3130:11, 3130:15, 3130:19, 3130:22, 3130:24, 3134:3, 3134:5, 3134:10, 3134:14, 3134:18, 3140:17, 3140:19

**WORKABLE** [1] - 3066:8

**WORKED** [7] - 3060:4, 3061:9, 3065:2, 3066:13, 3068:23, 3069:2, 3073:12

**WORKING** [9] - 3059:14, 3059:21, 3061:17, 3064:1, 3065:23, 3066:7, 3130:6, 3130:11, 3143:25

**WORKS** [1] - 3073:10

**WOULD** [82] - 3056:13, 3057:22, 3063:22, 3064:2, 3068:8, 3071:12, 3072:2, 3072:8, 3072:22, 3074:8, 3076:18, 3077:11, 3082:8, 3084:2, 3084:12, 3084:22, 3085:15, 3086:19, 3088:14, 3090:20, 3091:3, 3091:18, 3092:17, 3094:23, 3095:7, 3096:2,

**HOURLY TRANSCRIPT**

3096:7, 3096:16, 3096:20, 3097:5, 3097:21, 3098:13, 3098:24, 3101:17, 3102:7, 3102:9, 3102:13, 3104:2, 3110:6, 3111:11, 3114:12, 3115:1, 3116:6, 3116:9, 3116:22, 3118:18, 3118:21, 3119:10, 3119:11, 3120:6, 3120:13, 3120:17, 3123:12, 3123:16, 3124:5, 3124:18, 3124:19, 3128:15, 3128:20, 3128:23, 3129:16, 3130:14, 3131:14, 3134:2, 3135:14, 3135:22, 3136:14, 3136:16, 3138:10, 3139:1, 3139:10, 3140:2, 3141:19, 3141:21, 3141:24, 3142:9, 3142:13, 3143:5, 3143:20

**WOULDN'T** [1] - 3110:8

**WRITING** [5] - 3061:19, 3064:12, 3064:21, 3101:8, 3101:23

**WRITTEN** [3] - 3068:4, 3080:13, 3126:14

**WRONG** [1] - 3121:16

**Y**

**Y'ALL** [1] - 3106:5
**Y-E-N** [1] - 3060:11
**YEARS** [8] - 3057:16, 3059:13, 3060:17, 3061:9, 3072:5, 3072:11, 3087:14, 3087:19
**YEARS'** [1] - 3061:5
**YEN** [2] - 3060:11
**YES** [57] - 3058:17, 3059:5, 3059:13, 3060:20, 3061:2, 3065:4, 3066:24, 3067:10, 3068:11, 3069:17, 3069:20, 3073:19, 3074:3, 3106:10, 3106:17, 3106:22, 3107:10, 3108:22, 3108:25, 3109:3, 3109:8, 3110:3, 3112:10,

3112:18, 3113:4, 3113:17, 3114:6, 3114:12, 3115:17, 3116:12, 3116:24, 3117:5, 3117:10, 3120:12, 3122:15, 3123:5, 3123:9, 3123:15, 3124:22, 3126:2, 3126:17, 3127:17, 3129:11, 3131:9, 3132:12, 3133:6, 3134:6, 3136:3, 3136:19, 3139:5, 3139:8, 3140:9, 3140:18, 3140:21, 3142:25, 3143:9, 3143:16

**YESTERDAY** [7] - 3056:2, 3057:21, 3074:16, 3092:16, 3115:20, 3123:15, 3124:9

**YIELD** [1] - 3092:4
**YOU** [261] - 3055:9, 3055:11, 3055:15, 3055:16, 3056:22, 3057:4, 3057:6, 3057:7, 3057:9, 3057:22, 3057:23, 3057:25, 3058:10, 3058:15, 3059:3, 3059:6, 3059:10, 3060:19, 3060:21, 3061:8, 3062:15, 3063:6, 3063:16, 3064:8, 3064:11, 3065:2, 3066:13, 3066:25, 3067:8, 3067:11, 3067:20, 3067:24, 3068:4, 3068:12, 3068:23, 3069:1, 3069:5, 3069:9, 3069:18, 3069:21, 3069:22, 3069:25, 3070:4, 3070:8, 3070:12, 3070:16, 3070:20, 3071:4, 3071:7, 3071:13, 3071:14, 3071:17, 3071:20, 3071:24, 3072:5, 3072:11, 3072:17, 3072:20, 3072:22, 3072:24, 3072:25, 3073:4, 3073:8, 3073:12, 3073:14, 3073:20, 3074:5, 3074:7, 3074:11, 3074:15, 3074:18, 3075:2, 3075:3, 3077:19, 3077:21,

3077:22, 3084:15, 3087:16, 3088:19, 3090:15, 3091:15, 3092:15, 3092:17, 3092:19, 3092:20, 3092:21, 3092:23, 3095:20, 3095:23, 3096:1, 3096:13, 3096:21, 3097:4, 3097:23, 3097:24, 3098:22, 3103:16, 3103:22, 3103:24, 3104:1, 3104:12, 3105:14, 3105:19, 3105:24, 3106:10, 3106:12, 3106:13, 3106:18, 3106:19, 3106:23, 3107:6, 3107:9, 3107:11, 3107:21, 3108:21, 3109:2, 3109:22, 3110:1, 3110:15, 3110:23, 3111:20, 3113:1, 3113:6, 3113:7, 3113:19, 3113:22, 3114:25, 3115:1, 3115:7, 3115:11, 3115:12, 3115:15, 3115:22, 3116:5, 3116:11, 3116:13, 3117:23, 3118:3, 3118:5, 3118:14, 3118:18, 3119:4, 3119:14, 3119:18, 3119:24, 3121:1, 3121:6, 3121:8, 3121:12, 3121:19, 3121:20, 3121:23, 3121:25, 3122:3, 3122:4, 3122:6, 3122:7, 3122:10, 3122:19, 3122:24, 3122:25, 3123:3, 3124:23, 3125:8, 3126:11, 3126:12, 3127:5, 3127:8, 3127:17, 3127:25, 3128:2, 3128:6, 3128:15, 3128:16, 3128:20, 3128:24, 3129:3, 3129:19, 3130:15, 3131:5, 3131:7, 3131:17, 3131:19, 3131:20, 3131:21, 3131:23, 3131:24, 3133:3, 3133:4, 3133:5, 3133:7, 3133:9, 3133:14, 3133:19, 3134:2, 3134:7, 3134:8,

3134:22, 3134:25, 3135:8, 3135:12, 3135:15, 3135:18, 3135:19, 3135:22, 3136:4, 3136:5, 3136:13, 3136:23, 3136:24, 3137:3, 3138:1, 3138:7, 3138:10, 3138:14, 3139:19, 3139:23, 3140:2, 3140:4, 3140:7, 3140:16, 3140:17, 3140:19, 3140:22, 3140:24, 3141:1, 3141:3, 3141:11, 3141:12, 3141:14, 3141:15, 3141:17, 3142:5, 3142:12, 3142:15, 3142:21, 3142:22, 3143:5, 3143:6, 3143:8, 3143:13, 3143:18, 3143:19, 3143:22

**YOU'D** [1] - 3113:9
**YOU'LL** [1] - 3058:11
**YOU'RE** [16] - 3057:8, 3057:14, 3061:10, 3063:5, 3063:17, 3068:17, 3074:4, 3074:5, 3093:7, 3106:10, 3113:4, 3125:13, 3136:11, 3136:22, 3138:25, 3139:2
**YOU'VE** [10] - 3061:9, 3064:11, 3069:15, 3070:23, 3071:1, 3106:25, 3139:24, 3141:1, 3141:2
**YOUR** [126] - 3055:10, 3056:1, 3056:12, 3056:14, 3057:4, 3057:14, 3057:19, 3057:22, 3058:5, 3058:10, 3058:15, 3059:1, 3059:10, 3061:9, 3062:16, 3066:22, 3068:8, 3068:11, 3068:23, 3069:1, 3069:12, 3069:18, 3069:22, 3069:25, 3070:4, 3070:8, 3070:12, 3071:7, 3071:13, 3071:24, 3072:15, 3072:24, 3073:8, 3073:17, 3073:21, 3074:3, 3074:4, 3074:7, 3074:8,

3074:11, 3074:19, 3075:16, 3075:24, 3076:18, 3077:3, 3077:7, 3077:21, 3077:22, 3078:9, 3079:3, 3080:20, 3084:15, 3086:19, 3087:9, 3090:6, 3092:8, 3092:13, 3092:25, 3094:16, 3096:6, 3096:12, 3096:18, 3096:23, 3096:25, 3097:23, 3098:22, 3099:21, 3101:24, 3103:13, 3103:18, 3105:11, 3105:20, 3105:23, 3106:12, 3111:25, 3114:12, 3116:17, 3116:21, 3117:5, 3119:14, 3119:18, 3121:12, 3121:15, 3122:10, 3122:18, 3122:23, 3123:6, 3123:13, 3123:16, 3124:21, 3125:1, 3125:19, 3125:24, 3126:7, 3128:20, 3128:23, 3130:8, 3130:14, 3131:13, 3131:23, 3132:17, 3133:3, 3135:14, 3137:8, 3137:11, 3137:17, 3138:7, 3139:19, 3140:10, 3141:18, 3142:3, 3142:8, 3142:9, 3142:12, 3142:13, 3142:17, 3142:20, 3142:21, 3142:23, 3143:5, 3143:14, 3143:19, 3143:23, 3144:2

**Z**

**ZITO** [20] - 3052:17, 3057:19, 3058:9, 3068:8, 3074:8, 3074:11, 3074:14, 3074:25, 3075:3, 3077:7, 3077:22, 3131:13, 3131:19, 3137:10, 3137:13, 3141:18, 3142:2, 3142:8, 3142:12, 3142:19
**ZITO.............** [1] - 3054:7
**ZITO................** [1] -

3054:9
**ZOOM** [2] - 3113:7,
  3131:7