1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  KATRINA CANAL BREACHES*   CIVIL ACTION
        CONSOLIDATED LITIGATION     *
6                                   *   NO. 05-4182
                                    *
7                                   *   SECTION K(2)
        PERTAINS TO:  MRGO          *
8   ARMSTRONG NO. 10-CV-866         *   NEW ORLEANS, LOUISIANA
                                    *
9                                   *   OCTOBER 1, 2012
        * * * * * * * * * * * * * * * *

10                    DAY FOURTEEN, MORNING SESSION
11                      BENCH TRIAL BEFORE THE
                   HONORABLE STANWOOD R. DUVAL, JR.
12                    UNITED STATES DISTRICT JUDGE

13
        APPEARANCES:
14
        FOR THE PLAINTIFFS:         BRUNO & BRUNO
15                                  BY: JOSEPH M. BRUNO, ESQ.
                                    855 BARONNE STREET
16                                  NEW ORLEANS, LOUISIANA 70113

17

18                                  THE ANDRY LAW FIRM
                                    BY: JONATHAN B. ANDRY, ESQ.
19                                  610 BARONNE ST.
                                    NEW ORLEANS, LOUISIANA 70113
20

21                                  BARON & BUDD
                                    BY: THOMAS SIMS, ESQ.
22                                  3102 OAK LAWN AVE.
                                    SUITE 1100
23                                  DALLAS, TEXAS 75219

24

25

1    APPEARANCES CONTINUED:

2    FOR THE PLAINTIFFS:           DEGRAVELLES, PALMINTIER,
                                     HOLTHAUS & FRUGE
3                                  BY: MICHAEL C. PALMINTIER, ESQ.
                                   BY:  JOSHUA M. PALMINTIER, ESQ.
4                                  618 MAIN STREET
                                   BATON ROUGE, LOUISIANA 70801
5

6
                                   DOMENGEAUX, WRIGHT, ROY & EDWARDS
7                                  BY: ELLWOOD C. STEVENS, JR., ESQ.
                                   BY: BONNIE KENDRICK, ESQ.
8                                  P. O. BOX 3668
                                   556 JEFFERSON ST.
9                                  LAFAYETTE, LOUISIANA 70502

10

11                                 THE DUDENHEFER LAW FIRM, LLC
                                   BY: FRANK DUDENHEFER, JR., ESQ.
12                                 601 POYDRAS ST.
                                   SUITE 2655
13                                 NEW ORLEANS, LOUISIANA 70130-6004

14

15                                 FAYARD & HONEYCUTT
                                   BY: CALVIN C. FAYARD, JR., ESQ.
16                                 519 FLORIDA AVE., S.W.
                                   DENHAM SPRINGS, LOUISIANA 70726
17

18
                                   JOANEN LAW FIRM
19                                 BY: SCOTT JOANEN, ESQ.
                                   4905 FRERET ST.
20                                 SUITE B
                                   NEW ORLEANS, LOUISIANA 70115
21

22
                                   LEVIN, PAPANTONIO, THOMAS,
23                                   MITCHELL, RAFFERTY & PROCTOR
                                   BY: MATTHEW D. SCHULTZ, ESQ.
24                                 316 S. BAYLEN ST.
                                   SUITE 600
25                                 PENSACOLA, FLORIDA 32502

1   APPEARANCES CONTINUED:

2   FOR THE PLAINTIFFS:          THE TRIAL LAW FIRM PC
                                 BY: ANDREW P. OWEN, ESQ.
3                                800 WILTSHIRE BLVD.
                                 SUITE 500
4                                LOS ANGELES, CALIFORNIA 90017

5

6                                J. ROBERT WARREN, II, A PLC
                                 BY: J. ROBERT WARREN, II, ESQ.
7                                1718 SHORT ST.
                                 NEW ORLEANS, LOUISIANA 70118

8

9                                COTCHETT, PITRE & MCCARTHY, LLP
                                 BY: PHILIP L. GREGORY, ESQ.
10                               840 MALCOLM ROAD, SUITE 200
                                 BURLINGAME, CALIFORNIA 94010
11

12

13  FOR THE DEFENDANT WASHINGTON
    GROUP INTERNATIONAL, INC.:   STONE PIGMAN WALTHER WITTMANN
14                               BY:  WILLIAM D. TREEBY, ESQ.
                                 BY:  JAMES C. GULOTTA, JR., ESQ.
15                               BY:  HEATHER S. LONIAN, ESQ
                                 BY:  MAGGIE A. BROUSSARD, ESQ.
16                               546 CARONDELET STREET
                                 NEW ORLEANS, LOUISIANA 70130
17

18

19

20

21

22

23

24

25

1    APPEARANCES CONTINUED:

2    FOR THE DEFENDANT WASHINGTON
     GROUP INTERNATIONAL, INC.:         JONES DAY
3                                       BY:  ADRIAN WAGER-ZITO, ESQ.
                                        BY:  DEBRA S. CLAYMAN, ESQ.
4                                       BY:  CHRISTOPHER N. THATCH, ESQ.
                                        BY:  CHRISTOPHER R. FARRELL, ESQ.
5                                       BY:  JULIA CRONIN, ESQ.
                                        BY:  BRIAN KERWIN, ESQ.
6                                       51 LOUISIANA AVENUE, N.W.
                                        WASHINGTON, D.C. 20001
7

8

9    FOR THE DEFENDANT UNITED
     STATES OF AMERICA:                 U.S. DEPARTMENT OF JUSTICE
10                                      CIVIL DIVISION, TORTS BRANCH
                                        BY:  ROBIN D. SMITH, ESQ.
11                                      BY:  JAMES F. MCCONNON, JR., ESQ.
                                        BY:  RUPERT MITSCH, ESQ.
12                                      BY:  CONOR KELLS, ESQ.
                                        BY:  JOHN A. WOODCOCK, ESQ.
13                                      BENJAMIN FRANKLIN STATION
                                        P.O. BOX 888
14                                      WASHINGTON, D.C. 20044

15

16
     OFFICIAL COURT REPORTER:           JODI SIMCOX, RMR, FCRR
17                                      500 POYDRAS STREET
                                        ROOM HB-406
18                                      NEW ORLEANS, LOUISIANA 70130
                                        (504) 589-7780
19                                      JODI_SIMCOX@LAED.USCOURTS.GOV

20

21   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT

22   PRODUCED BY COMPUTER.

23

24

25

3405

1                    <u>I N D E X</u>

2                                                    <u>PAGE</u>

3
TIMOTHY D. STARK
4        DIRECT EXAMINATION MR. SMITH            3407
         CROSS-EXAMINATION BY MR. TREEBY:       3437
5        CROSS-EXAMINATION BY MR. JOANEN:       3439
         CROSS-EXAMINATION BY MR. TREEBY:       3518
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 08:38:57 | 1 | **MORNING SESSION** |
| 08:38:57 | 2 | **(OCTOBER 1, 2012)** |
| 08:38:57 | 3 | * * * * * |
| 08:39:07 | 4 | **THE DEPUTY CLERK:**  ALL RISE. |
| 09:06:34 | 5 | COURT'S IN SESSION.  PLEASE BE SEATED. |
| 09:06:43 | 6 | **THE COURT:**  YES, SIR. |
| 09:06:44 | 7 | **MR. SMITH:**  GOOD MORNING, YOUR HONOR. |
| 09:06:45 | 8 | **THE COURT:**  GOOD MORNING, MR. SMITH. |
| 09:06:48 | 9 | **MR. SMITH:**  THE UNITED STATES' FIRST WITNESS -- THIS |
| 09:06:49 | 10 | IS ROBIN SMITH FOR THE UNITED STATES.  OUR FIRST WITNESS TODAY |
| 09:06:52 | 11 | IS PROFESSOR TIMOTHY D. STARK.  WE'RE GOING TO PRESENT HIS |
| 09:06:58 | 12 | DIRECT TESTIMONY IN A SUMMARY FASHION AS WE HAVE WITH OUR OTHER |
| 09:07:02 | 13 | EXPERTS, YOUR HONOR. |
| 09:07:04 | 14 | **THE COURT:**  THANK YOU, SIR. |
| 09:07:05 | 15 | **MR. SMITH:**  DR. STARK IS A PROFESSOR OF GEOTECHNICAL |
| 09:07:05 | 16 | ENGINEERING IN THE DEPARTMENT OF CIVIL AND ENVIRONMENTAL -- |
| 09:07:10 | 17 | **THE DEPUTY CLERK:**  EXCUSE ME FOR A SECOND.  CAN I PUT |
| 09:07:12 | 18 | HIM UNDER OATH? |
| 09:07:13 | 19 | **MR. SMITH:**  THAT WOULD BE A GOOD IDEA.  I APOLOGIZE. |
| 09:20:43 | 20 | (WHEREUPON, **TIMOTHY D. STARK**, HAVING BEEN DULY SWORN, |
| 09:20:43 | 21 | TESTIFIED AS FOLLOWS.) |
| 09:07:17 | 22 | **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND |
| 09:07:17 | 23 | CORRECT SPELLING FOR THE RECORD. |
| 09:07:23 | 24 | **THE WITNESS:**  TIMOTHY DWIGHT STARK.  TIMOTHY, |
| 09:07:28 | 25 | T-I-M-O-T-H-Y; DWIGHT, D-W-I-G-H-T; STARK S-T-A-R-K. |

| | | |
|---|---|---|
| 09:07:40 | 1 | **DIRECT EXAMINATION** |
| 09:07:45 | 2 | **MR. SMITH:**  THANK YOU, YOUR HONOR. |
| 09:07:46 | 3 | AS I WAS SAYING, DR. STARK IS A PROFESSOR OF |
| 09:07:49 | 4 | GEOTECHNICAL ENGINEERING AT THE UNIVERSITY OF ILLINOIS AT |
| 09:07:52 | 5 | URBANA-CHAMPAIGN.  HE HAS BEEN THERE SINCE JANUARY OF 1991. |
| 09:07:58 | 6 | HE'S ALSO THE TECHNICAL DIRECTOR OF THE FABRICATED GEOMEMBRANE |
| 09:08:00 | 7 | INSTITUTE. |
| 09:08:05 | 8 | HE'S THE AUTHOR OF MORE THAN 270 GEOTECHNICAL PAPERS |
| 09:08:10 | 9 | AND REFERENCE JOURNALS, CONFERENCES AND MAGAZINES. |
| 09:08:15 | 10 | HE'S A LICENSED PROFESSIONAL ENGINEER BY THE STATES |
| 09:08:18 | 11 | OF ILLINOIS, COLORADO, AND LOUISIANA. |
| 09:08:29 | 12 | DR. STARK, HAVE I ACCURATELY SUMMARIZED YOUR |
| 09:08:34 | 13 | BACKGROUND AND CREDENTIALS? |
| 09:08:35 | 14 | **THE WITNESS:**  YES, SIR. |
| 09:08:37 | 15 | **MR. SMITH:**  AT THIS TIME, YOUR HONOR, WE WOULD TENDER |
| 09:08:38 | 16 | DR. STARK AS AN EXPERT CIVIL ENGINEER. |
| 09:08:44 | 17 | **MR. JOANEN:**  YOUR HONOR, THE PLAINTIFFS HAVE NO |
| 09:08:45 | 18 | OBJECTION TO HIM BEING DESIGNATED AS AN EXPERT IN THIS CASE. |
| 09:08:49 | 19 | HOWEVER, WE UNDERSTAND THAT HE WILL BE DOING A |
| 09:08:52 | 20 | PRESENTATION.  WE DO HAVE A PARTICULAR OBJECTION TO ONE OF HIS |
| 09:08:54 | 21 | SLIDES.  WOULD YOU LIKE TO TAKE IT UP NOW? |
| 09:08:55 | 22 | **THE COURT:**  OKAY. |
| 09:08:55 | 23 | **MR. JOANEN:**  ALL RIGHT.  IT'S GOING TO BE SLIDE 34. |
| 09:08:57 | 24 | YOU HONOR, AFTER DISCOVERY CLOSED, THE DEFENDANTS WANTED TO |
| 09:09:00 | 25 | INVESTIGATE WHETHER THERE WAS SHEET PILE SURROUNDING THE BOX |

| | | |
|---|---|---|
| 09:09:04 | 1 | CULVERT AT JOURDAN AVENUE.  PLAINTIFFS WENT ALONG WITH THAT, |
| 09:09:07 | 2 | AND WE WERE OF THE UNDERSTANDING THERE WOULD BE NO TESTING OR |
| 09:09:09 | 3 | ANYTHING LIKE THAT OF THE SOILS ON THE PROTECTED SIDE OF THE |
| 09:09:15 | 4 | LEVEE. |
| 09:09:16 | 5 | DR. STARK WAS OUT THERE.  THE PLAINTIFFS DID NOT |
| 09:09:19 | 6 | HAVE ANY EXPERTS OUT THERE.  WE HAD JUST A PARALEGAL OUT THERE, |
| 09:09:23 | 7 | CHRIS YOUNT.  ONCE WE FOUND OUT THAT DR. STARK HAD TAKEN SOIL |
| 09:09:26 | 8 | SAMPLES, WE INQUIRED ABOUT THAT.  WE WANTED TO FOLLOW UP AND |
| 09:09:30 | 9 | FIND OUT WHAT IT WAS, IN FACT, THAT THEY WERE DOING. |
| 09:09:32 | 10 | AND WE WERE TOLD THAT THERE WOULD BE NO TESTING |
| 09:09:33 | 11 | AND THERE WOULD BE NO ANALYSIS OF THE SOILS AND IT WOULDN'T BE |
| 09:09:36 | 12 | BROUGHT FORTH IN TRIAL.  AND LO AND BEHOLD, WE GET DR. STARK'S |
| 09:09:40 | 13 | PRESENTATION AND, SURE ENOUGH, THE PHOTOGRAPHS THAT ARE TAKEN |
| 09:09:44 | 14 | THERE EVEN HAVE A SPECIFIC SOIL PERMEABILITY. |
| 09:09:49 | 15 | SO WE WOULD OBJECT THAT IT WAS WELL OUTSIDE THE |
| 09:09:51 | 16 | SCOPE OF HIS REPORT, BECAUSE, OBVIOUSLY, IT WAS DONE AFTER |
| 09:09:53 | 17 | WHICH. |
| 09:09:54 | 18 | AND THEN ALSO, WE WERE NOT GIVEN ANY OF THE SOIL |
| 09:09:56 | 19 | SAMPLES TO TEST TO VERIFY THAT WHAT HE SAYS IS ACTUALLY TRUE. |
| 09:10:00 | 20 | SO THAT'S WHY WE OBJECT TO THIS SLIDE. |
| 09:10:02 | 21 | **THE COURT:**  OKAY, SIR. |
| 09:10:04 | 22 | **MR. SMITH:**  YOUR HONOR, I THINK HIS OBJECTION IS A |
| 09:10:07 | 23 | LITTLE BIT PREMATURE.  I DON'T THINK THAT'S WHAT DR. STARK'S |
| 09:10:10 | 24 | GOING TO TESTIFY TO AT ALL IN CONNECTION WITH THAT SLIDE.  I |
| 09:10:13 | 25 | THINK THEY'VE MISCONSTRUED THE SLIDE, FRANKLY. |

09:10:18  1          I THINK WE SHOULD WAIT UNTIL THE SLIDE COMES UP.

09:10:20  2   WE CAN RESOLVE IT NOW.  I MEAN, I THINK THEY'RE MISCONSTRUING

09:10:22  3   THE SLIDE.

09:10:23  4   **BY MR. SMITH:**

09:10:24  5   **Q.**   DR. STARK, YOU'RE NOT GOING TO TESTIFY TO ANY TESTING OF

09:10:26  6   THE SAMPLES OF SOILS THAT CAME FROM THE PROTECTED SIDE OF THE

09:10:31  7   LEVEE NEAR THE JOURDAN AVENUE BOX CULVERT, ARE YOU?

09:10:35  8   **A.**   THAT'S CORRECT, I AM NOT.

09:10:37  9          **THE COURT:**  OKAY.  WE WILL --

09:10:40  10         **MR. JOANEN:**  I JUST DON'T UNDERSTAND HOW HE CAN SAY

09:10:43  11  THERE'S NOT GOING TO BE TESTIMONY ABOUT IT WHEN HE'S ACTUALLY

09:10:45  12  GOT THE PHOTOGRAPH --

09:10:45  13         **THE COURT:**  WELL, HE SAID IT UNDER OATH, SO HE BETTER

09:10:47  14  BE RIGHT.

09:10:48  15         **MR. JOANEN:**  OKAY.  THANK YOU, YOUR HONOR.

09:10:49  16         **MR. SMITH:**  WHETHER YOU UNDERSTAND IT OR NOT.

09:10:52  17         **THE COURT:**  ALL RIGHT.

09:10:53  18         **MR. SMITH:**  YOUR HONOR, WE WOULD LIKE TO MOVE

09:10:54  19  DR. STARK'S CURRICULUM VITAE INTO EVIDENCE AT THIS TIME.  THAT

09:10:59  20  IS JOINT EXHIBIT 1860.

09:11:03  21         **MR. JOANEN:**  NO OBJECTION, YOUR HONOR.

09:11:03  22         **THE COURT:**  LET IT BE ADMITTED.

09:11:05  23         **MR. SMITH:**  THANK YOU, YOUR HONOR.

09:11:05  24         **THE COURT:**  AND I ACCEPT HIM AS TENDERED.

09:11:08  25         **MR. SMITH:**  THANK YOU, YOUR HONOR.

| | | |
|---|---|---|
| 09:11:08 | 1 | **BY MR. SMITH:** |
| 09:11:09 | 2 | **Q.**   DR. STARK, AT THIS TIME WOULD YOU PLEASE PRESENT A SUMMARY |
| 09:11:11 | 3 | OF YOUR OPINIONS AND THE REASONS FOR THEM? |
| 09:11:13 | 4 | **A.**   YES, SIR. |
| 09:11:14 | 5 | **Q.**   THANK YOU. |
| 09:11:16 | 6 | **THE WITNESS:**  MAY I HAVE THE NEXT SLIDE?  AND NEXT |
| 09:11:20 | 7 | SLIDE, PLEASE. |
| 09:11:23 | 8 | YOUR HONOR, I'D LIKE TO PRESENT THREE GENERAL |
| 09:11:25 | 9 | OPINIONS AND THEN THREE SPECIFIC OPINIONS IN MY PRESENTATION |
| 09:11:29 | 10 | THIS MORNING. |
| 09:11:31 | 11 | MY THREE GENERAL OPINIONS ARE THE WGI ACTIVITIES |
| 09:11:34 | 12 | DID NOT CREATE A RAPID HYDRAULIC CONNECTION BETWEEN THE STORM |
| 09:11:40 | 13 | SURGE AND THE LOWER ORGANIC CLAY. |
| 09:11:43 | 14 | THE SECOND IS WGI ACTIVITIES DID NOT CAUSE |
| 09:11:46 | 15 | DETRIMENTAL UNDERSEEPAGE OR HYDRAULIC UPLIFT PRESSURES AT |
| 09:11:53 | 16 | EITHER THE NORTH OR SOUTH BREACH. |
| 09:11:56 | 17 | AND THE FINAL GENERAL OPINION IS DR. BEA'S |
| 09:11:59 | 18 | INSTANTANEOUS HYDRAULIC PRESSURE TRANSMISSION THEORY DOES NOT |
| 09:12:03 | 19 | MODEL THE FIELD CONDITIONS AT THE IHNC. |
| 09:12:08 | 20 | MY FIRST SPECIFIC OPINION, YOUR HONOR, IS |
| 09:12:11 | 21 | THERE'S NO HIGH HYDRAULIC CONDUCTIVITY LAYER UNDER EITHER THE |
| 09:12:16 | 22 | NORTH OR SOUTH BREACH.  I BASE THAT OPINION ON PRIOR SUBSURFACE |
| 09:12:25 | 23 | INVESTIGATION AND THE 2011 SUBSURFACE INVESTIGATION. |
| 09:12:30 | 24 | I WAS ON SITE FOR 40 DAYS, FROM JULY 6TH UNTIL |
| 09:12:33 | 25 | OCTOBER 31ST, AND I WAS ACTIVELY INVOLVED IN ALL ASPECTS OF THE |

09:12:39  1   FIELD AND LABORATORY INVESTIGATION IN 2011.  THIS GAVE ME A

09:12:44  2   UNIQUE UNDERSTANDING OF THE SITE, THE GEOLOGIC SETTING, THE

09:12:50  3   SOIL STRATIGRAPHY, THE SEEPAGE BOUNDARY CONDITIONS THAT I

09:12:53  4   APPLIED IN MY SEEPAGE ANALYSIS, WHICH I'LL DESCRIBE IN JUST A

09:12:56  5   MINUTE, AND THE SOIL ENGINEERING PROPERTIES THAT I USED IN MY

09:13:00  6   SEEPAGE ANALYSIS.

09:13:02  7                   SO, YOUR HONOR, THERE WERE A NUMBER OF FACETS TO

09:13:07  8   THIS 2011 INVESTIGATION, AND THERE'S SEVEN SHOWN ON THE SCREEN.

09:13:10  9   I'LL ONLY FOCUS ON THE FIRST ONE, THE SOIL BORINGS AND SAMPLE

09:13:15  10  EXTRUSIONS.

09:13:17  11                  MY REPORT DETAILS THE CONE PENETRATION TESTS,

09:13:20  12  THE VANE SHEAR TESTS AND THE OTHER DETAILS THAT ARE UP THERE.

09:13:25  13                  NEXT SLIDE.

09:13:27  14                  SO AS PART OF THE 2011 FIELD INVESTIGATION, I

09:13:29  15  PERSONALLY OBSERVED 27 OF THE 40 BORINGS THAT WERE DRILLED.

09:13:35  16  TEN OF THOSE WERE ON THE CANAL SIDE AND 17 ON THE LAND SIDE OF

09:13:38  17  THE FLOODWALL.  THAT'S ABOUT 96 PERCENT OF THE BORINGS AFTER

09:13:42  18  JULY 1ST, WHICH WAS THE DATE THAT I WAS RETAINED FOR THIS

09:13:45  19  PROJECT.  AND OVERALL THAT'S 70 PERCENT OF ALL OF THE BORINGS

09:13:52  20  DRILLED IN 2011.

09:13:57  21                  DURING THAT ON-SITE TIME, THAT GAVE ME A GOOD LOOK AT

09:13:59  22  THE SAMPLES AND CONDITIONS OUT AT THE IHNC AND IN THE EBIA.

09:14:04  23  THE UPPER TWO PHOTOGRAPHS ILLUSTRATE THE TUBE SAMPLES OBTAINED

09:14:09  24  IN THE BORINGS.  AND THESE SAMPLES ARE 4 FEET LONG, AND FOUR

09:14:15  25  SAMPLES WERE OBTAINED FROM EACH OF THOSE TUBES.

09:14:18    1            THE LOWER TWO PHOTOGRAPHS SHOW A BORING IN THE CANAL

09:14:23    2    AND THE OTHER PHOTOGRAPH, A BORING ON THE LAND SIDE.

09:14:29    3            IN ADDITION TO THE SOIL BORINGS, I OBSERVED

09:14:34    4    APPROXIMATELY 400 SAMPLES DURING THE EXTRUSION PROCESS.  THIS

09:14:39    5    IS A -- THE PHOTOGRAPH ON THE LEFT IS IN THE FUGRO LABORATORY,

09:14:43    6    AND YOU CAN SEE ONE OF THE TUBE SAMPLES HAS BEEN EXTRUDED AND

09:14:47    7    CUT INTO FOUR 12-INCH LONG SAMPLES.  AND THAT GAVE ME A GOOD

09:14:51    8    VIEW OF THE SAMPLE AND SOILS ON THE CANAL SIDE AND THE LAND

09:14:54    9    SIDE.

09:14:57   10            MORE IMPORTANTLY, DURING THIS OBSERVATION PROCEDURE,

09:14:59   11    I SELECTED THE MATERIALS FOR LABORATORY TESTING.  SO I LOOKED

09:15:04   12    FOR HIGH HYDRAULIC CONDUCTIVITY MATERIAL, I LOOKED FOR LOW

09:15:08   13    SHEAR STRENGTH MATERIAL AND HAD THOSE MATERIALS TESTED IN

09:15:14   14    ADDITION FOR INDEX PROPERTIES AND ORGANIC CONTENT.

09:15:19   15            THIS INVOLVEMENT AIDED THE DEVELOPMENT OF MY

09:15:24   16    CROSS SECTIONS FOR THE SEEPAGE ANALYSES AND ALSO EVALUATION OF

09:15:28   17    THE SOIL PROPERTIES USED IN MY ANALYSIS.

09:15:30   18            NEXT SLIDE.

09:15:35   19            OF THE APPROXIMATELY 400 SAMPLE EXTRUSIONS, ABOUT 180

09:15:39   20    WERE ON THE CANAL SIDE AND ABOUT 220 ON THE LAND SIDE.

09:15:45   21            NEXT SLIDE.

09:15:47   22            AND THAT BRINGS ME TO MY SECOND SPECIFIC OPINION:

09:15:50   23    UNDERSEEPAGE AND HYDRAULIC UPLIFT PRESSURES DID NOT CAUSE

09:15:57   24    EITHER THE NORTH BREACH OR THE SOUTH BREACH.

09:16:02   25            AND BEFORE I PRESENT MY SEEPAGE ANALYSIS, I REVIEWED

09:16:07    1    THE HORIZONTAL HYDRAULIC CONDUCTIVITY USED FOR THE LOWER

09:16:11    2    ORGANIC CLAY AND HOW IT HAD CHANGED WITH TIME.

09:16:16    3           SO IN THE FINAL ILIT REPORT, A VALUE OF 1 TIMES 10 TO

09:16:20    4    THE MINUS 2 CENTIMETERS PER SECOND IS USED.  THEN IN THE *BARGE*

09:16:24    5    CASE, DR. BEA USES A VALUE OF 10 TO THE MINUS 3.  AND IN THIS

09:16:30    6    CASE DR. BEA USES 10 TO THE MINUS 5, AND THAT'S A THOUSAND

09:16:34    7    TIMES LOWER THAN THE ILIT REPORT.

09:16:40    8           SO EVEN -- I'M SORRY.

09:16:41    9           SO EVEN THOUGH THE HYDRAULIC CONDUCTIVITY IS

09:16:44   10    DECREASED A THOUSAND TIMES, THE -- DR. BEA STILL CONCLUDES

09:16:48   11    UNDERSEEPAGE IS THE CAUSE OF THE BREACHES.

09:16:51   12           FOR MY ANALYSES, I USED A RANGE OF HORIZONTAL

09:16:54   13    HYDRAULIC CONDUCTIVITY FROM 10 TO THE MINUS 5 TO 10 TO THE

09:16:58   14    MINUS 7, WITH THE AVERAGE OR BEST ESTIMATE OF 10 TO THE

09:17:02   15    MINUS 6.

09:17:05   16           NEXT SLIDE, PLEASE.

09:17:07   17           SO, YOUR HONOR, I'D LIKE TO TRY TO DEMONSTRATE TO YOU

09:17:11   18    HOW LOW OF A HYDRAULIC CONDUCTIVITY OF 10 TO THE MINUS 5 AND 10

09:17:16   19    TO THE MINUS 6 IS.  AND I'D LIKE TO DO THAT WITH THE

09:17:20   20    PLAINTIFFS' PUMP TEST AT THE SOUTH END OF THE EBIA.

09:17:25   21           IN THE BACKGROUND, JUST FOR LOCATION PURPOSES, WHERE

09:17:28   22    MY POINTER IS, THAT'S THE CLAIBORNE AVENUE BRIDGE.  AND THE

09:17:32   23    FLOODWALL THAT YOU SEE IN THE PHOTOGRAPH IS THE PRE-KATRINA

09:17:36   24    FLOODWALL.

09:17:38   25           ON THE LAND SIDE, WHERE MY POINTER IS, THIS IS THE

| | | |
|---|---|---|
| 09:17:41 | 1 | PUMP WELL, AND THEN THERE ARE FOUR GROUPS OF OBSERVATION WELLS |
| 09:17:46 | 2 | AROUND THAT PUMP WELL. |
| 09:17:47 | 3 | THEN ON THE CANAL SIDE, THERE ARE TWO CLUSTERS OF |
| 09:17:52 | 4 | OBSERVATION WELLS WHERE MY POINTER IS, AND THOSE ARE PLACED |
| 09:17:55 | 5 | THERE TO SEE IF THERE WOULD BE A RESPONSE WHEN THE PUMPING |
| 09:17:59 | 6 | STARTED IN THE PUMP WELL.  NO RESPONSE WAS OBSERVED IN THOSE |
| 09:18:04 | 7 | OBSERVATION WELLS. |
| 09:18:04 | 8 | SO THE NEXT SLIDE IS A VIDEO OF THE OUTPUT FROM THIS |
| 09:18:12 | 9 | PUMP TEST, AND YOU'LL SEE DRIPS OF WATER COMING OUT OF THIS |
| 09:18:15 | 10 | PLASTIC TUBE INTO THIS GRADUATED CYLINDER.  AND WE'LL MEASURE |
| 09:18:19 | 11 | HOW LONG IT TAKES TO FILL 10 MILLILITERS. |
| 09:18:23 | 12 | IF YOU COULD PLEASE RUN THE VIDEO. |
| 09:20:43 | 13 | **(VIDEO PLAYED)** |
| 09:18:31 | 14 | **THE WITNESS:**  THAT'S THE FLOW OUT OF THE PUMP TEST |
| 09:18:33 | 15 | ILLUSTRATING HOW LOW THE HYDRAULIC CONDUCTIVITY OF THE LOWER |
| 09:18:37 | 16 | ORGANIC CLAY IS.  SO THE WATER IS NOW APPROACHING 5 MILLILITERS |
| 09:18:41 | 17 | AT ABOUT 15 SECONDS.  AND IT WILL REACH 10 MILLILITERS AT |
| 09:18:59 | 18 | 31 SECONDS. |
| 09:19:01 | 19 | SO, YOUR HONOR, IN A MINUTE THAT WOULD BE |
| 09:19:02 | 20 | 20 MILLILITERS OF FLOW, AND 20 MILLILITERS OF FLOW IS |
| 09:19:07 | 21 | 4 TEASPOONS OF WATER, SO A LOW HYDRAULIC CONDUCTIVITY OF THE |
| 09:19:12 | 22 | LOWER ORGANIC CLAY, WHICH IS IN AGREEMENT WITH THE VALUE OF |
| 09:19:15 | 23 | 1 TIMES 10 TO THE MINUS 6. |
| 09:19:21 | 24 | NEXT SLIDE, PLEASE. |
| 09:19:22 | 25 | NOW, YOUR HONOR, I'D LIKE TO TURN TO MY SEEPAGE |

09:19:25   1   ANALYSIS FOR THE NORTH BREACH, THE SOUTH BREACH AND THEN WRAP

09:19:30   2   UP WITH THE BORROW PIT OR MCDONOUGH MARINE ANALYSIS.

09:19:36   3            NORTH BREACH.  SO IN THE ANALYSIS OF THE NORTH

09:19:41   4   BREACH AND THE SOUTH BREACH, I PERFORMED A THREE-DIMENSIONAL

09:19:45   5   AND TWO-DIMENSIONAL SEEPAGE ANALYSIS TO CAPTURE THE VARIABILITY

09:19:51   6   OF SOILS ACROSS BOTH OF THE BREACHES.

09:19:53   7            SO IN THIS PHOTOGRAPH YOU CAN SEE THREE RED

09:19:56   8   LINES.  THAT'S THE NORTHERN CROSS SECTIONS, THE MIDDLE

09:20:00   9   CROSS SECTION AND THE SOUTHERN CROSS SECTION THAT I USED TO

09:20:03  10   REPRESENT THE THREE-DIMENSIONAL GEOMETRY ACROSS THE NORTH

09:20:07  11   BREACH.  I DEVELOPED THOSE CROSS SECTIONS USING PREEXISTING AND

09:20:11  12   2011 SUBSURFACE RESULTS.

09:20:21  13            NEXT SLIDE.

09:20:22  14            SO THIS IS AN EXAMPLE OF THE THREE-DIMENSIONAL

09:20:24  15   SEEPAGE MODEL THAT I ASSEMBLED.  AND I'D LIKE TO POINT OUT A

09:20:29  16   COUPLE OF FEATURES.

09:20:31  17            FIRST IS THIS BLUE OR PURPLE AREA OUT HERE THAT

09:20:33  18   I'M HIGHLIGHTING.  THAT'S BOLAND MARINE EXCAVATION FOR AREA 8.

09:20:38  19   THE ORANGISH OR TAN COLOR THAT I'M HIGHLIGHTING RIGHT HERE IS

09:20:43  20   THE TRANSITE EXCAVATION THAT WAS BACKFILLED WITH SAND MATERIAL.

09:20:48  21            THE YELLOW MATERIAL HERE IS THE MISCELLANEOUS

09:20:52  22   FILL THAT WAS IDENTIFIED IN THE MMG BORINGS.  THE RED THAT YOU

09:20:57  23   SEE IS THE FLOODWALL.  AND THEN TO THE LEFT IS A GRAY ZONE

09:21:02  24   HERE, AND THAT'S THE JOURDAN AVENUE CANAL BACKFILL AND BOX

09:21:07  25   CULVERT.

09:21:08    1              SO WITH THE THREE-DIMENSIONAL GEOMETRY, I COULD

09:21:11    2    MODEL DIFFERENT SHAPES OF THE EXCAVATIONS, DIFFERENT BACKFILLS

09:21:15    3    AND SO ON.

09:21:16    4              NEXT SLIDE.

09:21:17    5              AND THESE ARE THE RESULTS OF THE ANALYSIS AND

09:21:23    6    THERE ARE THREE LINES ON THIS GRAPH AND I'D LIKE TO EXPLAIN

09:21:26    7    THEM TO YOU.

09:21:27    8              THE FIRST IS THE RED DASHED LINE AT THE TOP.  IT

09:21:31    9    STARTS AT A HIGH VALUE AND DROPS TO A LOWER VALUE, AND THAT

09:21:35   10    REPRESENTS THE WEIGHT OF THE SOIL ABOVE THE LOWER ORGANIC CLAY

09:21:39   11    THAT IS PRESENT TO RESIST THE UPLIFT PRESSURES.  SO YOU CAN SEE

09:21:46   12    RIGHT AT THE FLOODWALL WHERE THE DISTANCE FROM THE SHEET PILE

09:21:50   13    IS ZERO, IT'S VERY HIGH BECAUSE THE THICKNESS OF THE LEVEE IS

09:21:53   14    THE GREATEST AND THEN IT DROPS AS IT GETS TO THE LEVEE TOE AND

09:21:56   15    THEN IT DROPS A LITTLE FURTHER AS IT GETS TO JOURDAN AVENUE

09:21:59   16    CANAL.

09:22:01   17              THE TAN LINE REPRESENTS THE TWO-DIMENSIONAL

09:22:06   18    RESULTS AND THE RED SOLID LINE REPRESENTS THE THREE-DIMENSIONAL

09:22:09   19    RESULTS.  THE IMPORTANT INFORMATION TO NOTE ABOUT THOSE TWO

09:22:14   20    CURVES IS THEY'RE BOTH SUBSTANTIALLY LESS THAN THE OVERBURDEN

09:22:19   21    STRESS, INDICATING THAT THE INITIAL UPLIFT PRESSURES ARE

09:22:25   22    SIGNIFICANTLY LESS THAN THE OVERBURDEN STRESS.  SO HEAVE OR

09:22:30   23    BLOWOUT OR UPLIFT DID NOT OCCUR AT THE NORTH BREACH.

09:22:36   24              NEXT SLIDE.

09:22:37   25              AND THE REASON THAT IS THE CASE IS THE STORM

| | | |
|---|---|---|
| 09:22:41 | 1 | SURGE ONLY LASTED APPROXIMATELY 24 HOURS AND THUS IT DID NOT |
| 09:22:46 | 2 | HAVE TIME TO DEVELOP A STEADY-STATE SEEPAGE CONDITION AND |
| 09:22:51 | 3 | TRANSMIT HYDRAULIC UPLIFT PRESSURES TO THE LAND SIDE. |
| 09:22:59 | 4 | AND THESE NEXT TWO SLIDES ARE FROM DR. MARR'S |
| 09:23:01 | 5 | PRESENTATION THAT YOU HEARD EARLIER.  AND THEY SHOW THAT IT |
| 09:23:05 | 6 | WOULD HAVE TAKEN MANY DAYS TO DEVELOP A STEADY-STATE SEEPAGE |
| 09:23:09 | 7 | CONDITION. |
| 09:23:10 | 8 | SO, FOR EXAMPLE, THE UPPER GRAPH IS 30 HOURS. |
| 09:23:13 | 9 | YOU CAN SEE THE EFFECT OF THE STORM SURGE IS STILL CLOSE TO THE |
| 09:23:17 | 10 | FLOODWALL.  AT 56 HOURS, IT'S STILL FAIRLY CLOSE.  AND THE NEXT |
| 09:23:21 | 11 | SLIDE SHOWS IT WOULD TAKE AROUND 50 DAYS FOR THE -- 50 TO |
| 09:23:28 | 12 | 100 DAYS FOR THE STEADY-STATE CONDITION TO DEVELOP.  SO A |
| 09:23:32 | 13 | TRANSIENT ANALYSIS SHOULD BE USED FOR THIS SITUATION FOR A |
| 09:23:36 | 14 | STORM SURGE OF 24 HOURS. |
| 09:23:39 | 15 | BUT NOW I'D LIKE TO TURN TO DR. BEA'S ANALYSIS |
| 09:23:43 | 16 | WITH THE NEXT SLIDE AND TRY TO IDENTIFY THE REASONS THE RESULTS |
| 09:23:50 | 17 | ARE -- MY RESULTS ARE SO DIFFERENT FROM DR. BEA'S, AND THAT |
| 09:23:55 | 18 | INVOLVES LOOKING AT DR. BEA'S HYDRAULIC PRESSURE CONDUCTIVITY |
| 09:24:01 | 19 | OR TRANSMISSION ANALYSIS. |
| 09:24:02 | 20 | AND ON THE LEFT IS THE AVERAGE PRESSURE |
| 09:24:05 | 21 | GRADIENTS VERSUS TIME, AND YOU CAN SEE THAT I'M GOING TO FOCUS |
| 09:24:10 | 22 | IN ON CASE 1-1, WHICH ARE THE BLUE DIAMONDS.  THE INITIAL |
| 09:24:14 | 23 | GRADIENT STARTS AT .4, AND DUE TO THE STORM SURGE, IT RISES TO |
| 09:24:19 | 24 | .7, AND DR. BEA HAS A RED DASHED BOX AROUND IT.  AND THAT'S |
| 09:24:24 | 25 | AFTER 4:00 A.M., AND THAT'S WHAT DR. BEA USES FOR HIS ANALYSIS |

09:24:30  1  TO SHOW THAT UNDERSEEPAGE CAUSED THE NORTH BREACH.  SO THERE'S

09:24:35  2  AN INCREASE FROM .4 TO .7 OR .3 DUE TO THE STORM SURGE.

09:24:41  3           THE PHOTO -- OR THE FIGURE ON THE RIGHT ARE THE

09:24:44  4  GRADIENT CONTOURS THAT ARE ASSOCIATED WITH THE ANALYSIS DR. BEA

09:24:49  5  USED TO DEVELOP THE GRAPH ON THE LEFT.  AND I'D LIKE TO SPEND A

09:24:53  6  MINUTE DESCRIBING THOSE CONTOURS TO YOU BECAUSE THE NEXT SLIDE

09:24:57  7  WILL USE THOSE CONTOURS.

09:25:00  8           THE RED -- IF YOU COULD -- YEAH.  THANK YOU --

09:25:04  9  THE RED CONTOUR RIGHT HERE IS A GRADIENT OF 1 AND THEN .9, .8,

09:25:10  10  .7, AND SO ON.  AND SO YOU CAN SEE THE GRADIENT, WHICH IS THE

09:25:14  11  UPLIFT PRESSURE DIVIDED BY THE LENGTH OR THE THICKNESS OF SOIL

09:25:21  12  OVER TOP OF THE LOWER ORGANIC CLAY, IT DECREASES AND THEN

09:25:24  13  BUILDS BACK UP RIGHT AT THE JOURDAN AVENUE CANAL BOX CULVERT.

09:25:29  14           SO I'M HIGHLIGHTING THE JOURDAN AVENUE BACKFILL

09:25:33  15  RIGHT HERE ON DR. BEA'S FIGURE.  AND YOU CAN SEE THESE UPLIFT

09:25:39  16  PRESSURES OR GRADIENTS ARE BUILDING UP RIGHT AT THE BOX

09:25:43  17  CULVERT.  AND THAT WOULD BE IMPORTANT IN A MINUTE.

09:25:46  18           NEXT SLIDE.

09:25:47  19           SO I USED DR. BEA'S INPUT FILE FOR THE NORTH

09:25:50  20  BREACH TO TRY TO RECREATE THE FIGURE I JUST SHOWED YOU, WHICH

09:25:54  21  IS FIGURE 3 IN APPENDIX D OF DR. BEA'S REPORT.  SO THE UPPER

09:26:03  22  DIAGRAM THAT I'M POINTING TO WILL BE A VIDEO, AND I CREATED

09:26:07  23  THIS VIDEO IN THE SEEPAGE PROGRAM SEEP/W.  THERE'S AN OPTION

09:26:11  24  THAT ALLOWS YOU TO CREATE A VIDEO OF THE OUTPUT INSTEAD OF JUST

09:26:14  25  A SINGLE DIAGRAM.

09:26:16    1                      BEFORE I RUN THE VIDEO, YOUR HONOR, I WANT TO

09:26:18    2    CALL YOUR ATTENTION TO THIS BLUE DASHED LINE.  IT COMES ACROSS

09:26:22    3    THE SHEET PILE DOWN AND THEN DOWN FURTHER AND ROUGHLY AT THE

09:26:27    4    GROUND SURFACE AT JOURDAN AVENUE CANAL.  THAT IS THE INITIAL

09:26:32    5    GROUNDWATER SURFACE.  SO YOU CAN SEE THE INITIAL GROUNDWATER

09:26:35    6    SURFACE IS HIGHER ON THE CANAL SIDE OF THE FLOODWALL AND DROPS

09:26:40    7    TO ABOUT MINUS 8 ELEVATION, NAVD88 ON THE LAND SIDE.

09:26:47    8                      SO THERE'S AN INITIAL SEEPAGE CONDITION --

09:26:51    9    UNDERSEEPAGE CONDITION EXISTING AT THE FLOODWALL BEFORE THE

09:26:55   10    APPLICATION OF THE STORM SURGE, AND THAT'S BECAUSE THE

09:26:58   11    GROUNDWATER SURFACE IS PLUS O ON THE CANAL SIDE AND MINUS 8.

09:27:02   12                      AND IT'S MINUS 8, OF COURSE, ON THE LAND SIDE SO

09:27:07   13    WATER IS NOT IN THE RESIDENCES' YARDS; IT'S PUMPED DOWN TO KEEP

09:27:13   14    THE WATER LEVEL BELOW THE GROUND SURFACE.

09:27:16   15                      SO NOW I'LL RUN THE VIDEO.

09:27:16   16              (VIDEO PLAYED)

09:27:19   17                      AND YOU CAN SEE THE GRADIENTS OR UPLIFT

09:27:23   18    PRESSURES DEVELOPING RIGHT AT THE FLOODWALL HERE, AND THEN THEY

09:27:27   19    START BUILDING UP AT THE BOX CULVERT.  YOU CAN SEE THE STORM

09:27:35   20    SURGE ON THE LEFT RISING AGAINST THE FLOODWALL.

09:27:39   21                      AND THAT'S THE END OF THE ANALYSIS THAT WAS USED

09:27:43   22    TO GENERATE FIGURE 3 IN APPENDIX D OF DR. BEA'S REPORT.

09:27:50   23                      SO I'D LIKE TO POINT OUT A COUPLE OF THINGS.

09:27:53   24    NOTICE THE RED CONTOUR IN THE FIGURE -- THERE'S THE RED CONTOUR

09:27:57   25    IN THE VIDEO AND THEN THE ORANGISH AND YELLOW, LIGHT YELLOW,

| | | |
|---|---|---|
| 09:28:01 | 1 | AND SO ON.  SO THIS ANALYSIS CONVINCED ME I HAD THE RIGHT INPUT |
| 09:28:08 | 2 | FILE THAT WAS USED TO GENERATE FIGURE 3, AND NOW I CAN USE THAT |
| 09:28:12 | 3 | TO LOOK AT THE EFFECT OF VARYING A COUPLE OF PARAMETERS ON THE |
| 09:28:15 | 4 | RESULTS. |
| 09:28:17 | 5 | SO THE ANALYSIS SEEP/W CALCULATES A VERTICAL |
| 09:28:23 | 6 | GRADIENT OF .6 HERE IN THE VICINITY OF THE JOURDAN AVENUE |
| 09:28:26 | 7 | CANAL.  DR. BEA REPORTS .8.  AND THE DIFFERENCE THERE IS HE |
| 09:28:31 | 8 | MUST HAVE USED A DIFFERENT THICKNESS OF SOIL ACROSS WHICH THE |
| 09:28:37 | 9 | UPLIFT PRESSURES WERE DIVIDED BY TO CALCULATE THAT GRADIENT, |
| 09:28:41 | 10 | BUT THE CONTOURS ARE EXACTLY THE SAME. |
| 09:28:45 | 11 | WITH THAT, COULD I HAVE THE NEXT SLIDE? |
| 09:28:47 | 12 | OKAY.  SO DURING DR. BEA'S TRIAL TESTIMONY, YOUR |
| 09:28:53 | 13 | HONOR ASKED HIM:  "THE NEXT QUESTION IS:  IF A SOIL IS NOT |
| 09:28:57 | 14 | SATURATED, IS IT MORE COMPRESSIBLE THAN IF IT WERE SATURATED?" |
| 09:29:02 | 15 | DR. BEA:  "YES." |
| 09:29:04 | 16 | YOUR HONOR:  "THE DRYER, THE MORE COMPRESSIBLE?" |
| 09:29:07 | 17 | DR. BEA:  "CORRECT." |
| 09:29:10 | 18 | SO I WANT TO INVESTIGATE COMPRESSIBILITY WITH |
| 09:29:14 | 19 | THE INPUT FILE I JUST SHOWED YOU.  FIRST, DR. BEA USES |
| 09:29:19 | 20 | 1 TIMES 10 TO THE MINUS 9, WHICH I KNOW YOU'VE HEARD A LOT |
| 09:29:24 | 21 | ABOUT ALREADY, FOR ALL THE MATERIALS EXCEPT THE LANDSIDE CLAY, |
| 09:29:26 | 22 | WHICH IS THIS THIN LAYER ABOVE THE LOWER ORGANIC CLAY JUST WEST |
| 09:29:30 | 23 | OF THE JOURDAN AVENUE CANAL. |
| 09:29:34 | 24 | A VALUE OF 0 IS REPRESENTED IN SEEP/W AS MINUS |
| 09:29:38 | 25 | 20 COMPRESSIBILITY, 10 TO THE MINUS 20, SO THAT'S EVEN LESS |

09:29:43  1  COMPRESSIBLE THAN 10 TO THE MINUS 9.

09:29:47  2          BUT MY FOCUS IS GOING TO BE ON THE LAND SIDE, IN

09:29:51  3  PARTICULAR THIS LEVEE FILL MATERIAL.  THIS MATERIAL IS

09:29:54  4  PARTIALLY SATURATED.  YOU SAW THAT IN THE INITIAL SLIDE OF THE

09:30:00  5  GROUNDWATER SURFACE I SHOWED YOU, IT'S ABOVE THE GROUNDWATER

09:30:03  6  SURFACE ON THE CANAL SIDE.

09:30:05  7          SO I'M GOING TO VARY THE LEVEE FILL

09:30:11  8  COMPRESSIBILITY FROM 10 TO THE MINUS 9 TO A SITE-SPECIFIC VALUE

09:30:16  9  OF 4 TIMES 10 TO THE MINUS 5, WHICH I -- I OBTAINED DURING THE

09:30:20  10  2011 FIELD INVESTIGATION.

09:30:22  11          SO TO GIVE YOU, YOUR HONOR, A FEEL FOR WHAT

09:30:26  12  1 TIMES 10 TO THE MINUS 9, 1 OVER POUNDS PER SQUARE FOOT

09:30:35  13  COMPRESSIBILITY FEELS LIKE, IN THE LOWER LEFT CORNER RIGHT

09:30:39  14  HERE, I HAVE A PIECE OF SHALE CORE WHICH I BROUGHT WITH ME.

09:30:43  15  THIS IS A CORE OF SHALE.  SHALE IS A HIGHLY COMPRESSED CLAY.

09:30:48  16  SO THIS USED TO BE LIKE THE CLAY IN THE EBIA, BUT OVER GEOLOGIC

09:30:58  17  TIME, THOUSANDS OF YEARS, MILLIONS OF YEARS, IT'S BEEN

09:31:01  18  COMPRESSED INTO A SEDIMENTARY ROCK.

09:31:03  19          SO THIS SHALE HAS A COMPRESSIBILITY OF

09:31:07  20  1 TIMES 10 TO THE MINUS 6.  SO DR. BEA IS REPRESENTING THE

09:31:15  21  LEVEE FILL AS A THOUSAND TIMES STIFFER THAN THIS SHALE CORE.

09:31:21  22          NOW, THE PHOTOS ON THE RIGHT, THESE ARE THE

09:31:26  23  PHOTOS THAT WERE MENTIONED BEFORE I STARTED MY PRESENTATION.

09:31:30  24  TWO EXCAVATIONS WERE MADE AT THE -- ONE AT THE NORTH BREACH,

09:31:34  25  ONE AT THE SOUTH BREACH.  AND IT WAS JUST TO INVESTIGATE

09:31:38  1  WHETHER THE SHEET PILES THAT DR. ROGERS CLAIMED WERE PRESENT OR

09:31:44  2  NOT.

09:31:45  3         AND IN THIS EXCAVATION YOU CAN SEE THE LEVEE

09:31:47  4  FILL IS TAN AND THEN IT BECOMES DARKER COLOR AS IT GOES DEEPER.

09:31:52  5  AND SO THE TAN MATERIAL REPRESENTS UNSATURATED LEVEE FILL

09:32:00  6  MATERIAL.  SO THIS MATERIAL THAT'S ABOVE THE GROUNDWATER TABLE

09:32:02  7  IS PARTIALLY SATURATED AND THUS IS COMPRESSIBLE, NOT

09:32:08  8  INCOMPRESSIBLE.

09:32:10  9         SO NEXT SLIDE.

09:32:13  10        SO I USED DR. BEA'S SEEP/W INPUT FILE, AND ON

09:32:18  11  THE LEFT IS THE ORIGINAL INPUT SCREEN.  AND THIS WILL BLOW UP

09:32:23  12  IN JUST A MINUTE, I THINK.

09:32:28  13        NEXT.  OKAY.

09:32:29  14        SO THERE'S THE INITIAL VALUE OF 1 TIMES 10 TO

09:32:31  15  THE MINUS 9.  I CHANGED THIS VALUE TO 4 TIMES 10 TO THE

09:32:36  16  MINUS 5, AND THAT'S THE ONLY VALUE I CHANGED IN THE INPUT FILE,

09:32:41  17  AND THEN RERAN THE ANALYSIS.

09:32:44  18        NEXT SLIDE.

09:32:47  19        SO THE UPPER VIDEO, YOUR HONOR, IS USING

09:32:50  20  DR. BEA'S ORIGINAL INPUT FILE AND THE BOTTOM VIDEO IS USING THE

09:32:55  21  SITE-SPECIFIC COMPRESSIBILITY FOR THE LEVEE FILL.  AND YOU'LL

09:32:59  22  SEE THE DIFFERENCE IN DEVELOPMENT OF UPLIFT PRESSURES OR

09:33:03  23  GRADIENT AT THE JOURDAN AVENUE CANAL.

09:33:05  24        **THE COURT:**  SO ALL YOU CHANGED WAS THE -- THE

09:33:11  25  COMPRESSIBILITY OF THE LEVEE FILL, MEANING TO WHAT DEPTH, YOU

09:33:16  1  SAID?

09:33:19  2          **THE WITNESS:**  OH, TO -- THIS BLOCK THAT I'M

09:33:22  3  HIGHLIGHTING RIGHT HERE --

09:33:23  4          **THE COURT:**  THAT'S THE LEVEE FILL?

09:33:25  5          **THE WITNESS:**  YES, SIR.

09:33:25  6          **THE COURT:**  IT GOES BASICALLY DOWN TO THE END OF THE

09:33:30  7  SHEET PILE -- OR EXCUSE ME.

09:33:32  8          **THE WITNESS:**  CLOSE TO THE -- IT GOES TO THE TOP OF

09:33:34  9  THE LOWER ORGANIC CLAY.

09:33:35  10          **THE COURT:**  OKAY.

09:33:36  11          **THE WITNESS:**  RIGHT.  SO EVERY OTHER PARAMETER

09:33:38  12  REMAINS UNCHANGED.

09:33:45  13                  IF YOU COULD RUN THE VIDEOS, PLEASE.

09:20:43  14                      **(VIDEO PLAYED)**

09:33:51  15          **THE WITNESS:**  OKAY.  SO -- AND THE UPPER IS THE

09:33:57  16  ORIGINAL.  AND YOU CAN SEE THE STORM SURGE STARTING ON THE

09:33:59  17  LEFT, THE GROUNDWATER SURFACE RISING, AND THOSE ARE THE SAME

09:34:10  18  GRADIENT CONTOURS THAT APPEARED IN DR. BEA'S REPORT AND I

09:34:14  19  SHOWED YOU EARLIER.  BUT NOW JUST CHANGING THE COMPRESSIBILITY

09:34:18  20  OF THE LEVEE FILL MATERIAL DROPS THE GRADIENT AT THE JOURDAN

09:34:23  21  AVENUE CANAL BY A FACTOR OF 2.  AND THAT'S HOW IMPORTANT THE

09:34:29  22  COMPRESSIBILITY OF THE LANDSIDE MATERIALS IS.  IT SORT OF

09:34:33  23  TRAPS -- ARTIFICIALLY TRAPS THESE ERRONEOUS PRESSURES AND

09:34:38  24  OVERESTIMATES THE UPLIFT PRESSURES OR GRADIENTS AT JOURDAN

09:34:41  25  AVENUE CANAL.

09:34:45   1            **THE COURT:**  SO BY SIMPLY CHANGING THE LEVEE FILL, THE

09:34:49   2   FACTOR YOU USED FOR THE LEVEE FILL, THE UPLIFT PRESSURES ON THE

09:34:53   3   PROTECTED SIDE OF THE LEVEE ARE SUBSTANTIALLY LESS?

09:34:58   4            **THE WITNESS:**  YES, SIR.

09:35:01   5            AND THE SAME RESULT HAPPENS IF YOU WOULD DO THE

09:35:03   6   SAME FOR, SAY, THE LANDSIDE CLAY, WHICH I'M HIGHLIGHTING RIGHT

09:35:07   7   NOW, OR THE COMPRESSIBILITY OF THE JOURDAN AVENUE CANAL

09:35:12   8   BACKFILL.  BUT THE LEVEE FILL I CHOSE BECAUSE IT'S A PARTIALLY

09:35:15   9   SATURATED MATERIAL AND IS COMPRESSIBLE.  IT'S ABOVE THE

09:35:22  10   GROUNDWATER SURFACE.

09:35:23  11            **THE COURT:**  SO IT WOULD BE THE LEVEE FILL ABOVE

09:35:25  12   MINUS 8, THE NON-SATURATED LEVEE FILL?

09:35:31  13            **THE WITNESS:**  YES, SIR.  ACTUALLY, IT'S A LITTLE

09:35:33  14   HIGHER THAN MINUS 8 RIGHT AT THE SHEET PILE.  YOU CAN SEE THAT

09:35:37  15   THIS DASHED BLUE LINE, THE TOP OF THE LEVEE FILL IS ABOUT

09:35:41  16   PLUS 6.

09:35:42  17            **THE COURT:**  OKAY.

09:35:43  18            **THE WITNESS:**  SO THAT GROUNDWATER SURFACE ON THE LAND

09:35:45  19   SIDE IS ABOUT PLUS 2.  SO ALL THAT MATERIAL ABOVE THAT IS

09:35:50  20   UNSATURATED.

09:35:54  21            **THE COURT:**  OKAY.

09:35:58  22            **THE WITNESS:**  NEXT SLIDE.  THANK YOU.

09:36:02  23            SO NOW, YOUR HONOR, I'D LIKE TO USE THE SAME

09:36:04  24   INPUT FILE TO ILLUSTRATE THE EFFECT OF THE BACKFILL IN THE EBIA

09:36:08  25   EXCAVATION ON THE CANAL SIDE.  SO THIS IS THE SAME INPUT FILE

09:36:11  1   THAT I'VE SHOWED YOU, AND I'LL JUST CHANGE THE HYDRAULIC

09:36:15  2   CONDUCTIVITY OF THE EXCAVATION BACKFILL HERE ON THE CANAL SIDE

09:36:18  3   FROM .1, WHICH DR. BEA USES, TO 1 TIMES 10 TO THE MINUS 5,

09:36:24  4   WHICH IS A SITE-SPECIFIC VALUE FOR THE NATIVE CLAY.

09:36:29  5                   AND I'LL DO THAT WITH VIDEOS.

09:36:40  6                   SO THE UPPER VIDEO SHOULD -- I DIDN'T MEAN TO DO

09:36:44  7   THAT -- WILL GIVE THE SAME RESULT AS THE INITIAL INPUT FILE,

09:36:47  8   AND THE LOWER VIDEO WILL BE WITH CLAY AS THE EXCAVATION

09:36:52  9   BACKFILL.

09:36:53  10                  SO IF YOU COULD RUN THE VIDEOS, PLEASE.

09:20:43  11                         **(VIDEO PLAYED)**

09:37:13  12           **THE WITNESS:**  AGAIN, THE STORM SURGE ON THE LEFT.

09:37:14  13  AND YOU CAN SEE THE GRADIENTS OR UPLIFT PRESSURES DEVELOPING AT

09:37:17  14  JOURDAN AVENUE CANAL IN THE UPPER DIAGRAM.  AND NOW ALSO YOU

09:37:22  15  HAVE SIMILAR GRADIENTS, A LITTLE BIT LOWER.  SO REALLY IT

09:37:28  16  DOESN'T MATTER WHAT THAT BACKFILL IN THE EXCAVATION IS BECAUSE

09:37:33  17  REALLY THE FLOW AT THE GAP IS CONTROLLING WHAT SEEPAGE AND

09:37:39  18  UPLIFT IS GENERATED ON THE LAND SIDE.

09:37:43  19                  AND BOTH OF THESE VIDEOS USE DR. BEA'S

09:37:46  20  COMPRESSIBILITY VALUES.  THAT'S THE ORIGINAL VALUES OF

09:37:49  21  COMPRESSIBILITY.

09:37:51  22           **THE COURT:**  WHICH SLIDE IS THAT, SIR?

09:37:54  23           **THE WITNESS:**  THIS IS SLIDE --

09:37:59  24           **MS. WAGER-ZITO:**  30.

09:37:59  25           **THE WITNESS:**  I CAN'T READ IT.

09:38:00   1          **MS. DALEY:**  IT'S 3O, YOUR HONOR.

09:38:19   2          **THE COURT:**  DO WE HAVE THE NUMBER 30?

09:38:22   3          **MS. DALEY:**  30, YES, SIR.

09:38:23   4          **THE COURT:**  ALL RIGHT.  GO AHEAD, SIR.

09:38:29   5          **THE WITNESS:**  THE NEXT SLIDE, PLEASE.

09:38:29   6              NOW, YOUR HONOR, I'D LIKE TO TURN TO THE SOUTH

09:38:31   7   BREACH.

09:38:35   8              JUST AS WITH THE NORTH BREACH, YOUR HONOR, I

09:38:37   9   PERFORMED A THREE-DIMENSIONAL SEEPAGE ANALYSIS FOR THE SOUTH

09:38:38   10  BREACH.  I DREW THREE CROSS SECTIONS:  A NORTHERN SECTION, A

09:38:43   11  MIDDLE SECTION, AND A SOUTH SECTION.  AND THAT'S WHAT THESE

09:38:46   12  THREE RED LINES ARE ON THE AERIAL PHOTO.

09:38:49   13             AND NEXT SLIDE.

09:38:51   14             THE RESULTS OF THE SEEPAGE ANALYSIS ARE SIMILAR

09:38:54   15  TO THE NORTH BREACH.  THE UPPER DASHED RED LINE IS THE

09:38:58   16  OVERBURDEN STRESS, OR THE WEIGHT OF THE SOIL ABOVE THE LOWER

09:39:02   17  ORGANIC CLAY.  AND YOU CAN SEE THE TWO-DIMENSIONAL RESULTS, THE

09:39:07   18  TAN LINE, AND THE THREE-DIMENSIONAL RESULTS, THE RED DIAMONDS,

09:39:11   19  AGAIN, ARE WELL BELOW THE OVERBURDEN STRESS.  SO HEAVE OR

09:39:18   20  HYDRAULIC BLOWOUT ALSO DID NOT OCCUR AT THE SOUTH BREACH.

09:39:24   21             NEXT SLIDE, PLEASE.

09:39:25   22             NOW, I'D LIKE TO DO -- PERFORM A SIMILAR

09:39:29   23  ANALYSIS, YOUR HONOR, USING DR. BEA'S INPUT FILE FOR THE SOUTH

09:39:33   24  BREACH.  SO THE VIDEO IN THE UPPER PORTION OF THIS SLIDE WILL

09:39:38   25  RUN AND SHOULD YIELD THE SAME GRADIENT CONTOURS THAT ARE SHOWN

09:39:44   1  IN FIGURE 20 OF APPENDIX D OF DR. BEA'S REPORT.

09:39:48   2              IF YOU COULD RUN THE VIDEO, PLEASE.

13:42:32   3           (VIDEO PLAYED.)

09:39:55   4        **THE WITNESS:**  THE STORM SURGE RISING ON THE LEFT, THE

09:40:06   5  GRADIENTS BUILDING UP ON THE LAND SIDE NEAR THE JOURDAN AVENUE

09:40:11   6  CANAL.

09:40:13   7              SO IF YOU LOOK AT THE RED CONTOUR, IT MATCHES

09:40:17   8  THE RED CONTOUR IN DR. BEA'S FIGURE 20, AND THE ORANGE AND

09:40:21   9  YELLOW -- AND HERE'S A YELLOW RIGHT HERE.  SO I'M CONFIDENT

09:40:25  10  THAT THIS IS THE INPUT FILE USED TO GENERATE FIGURE 20.

09:40:31  11              SEEP/W CALCULATES A GRADIENT OF .7, AS YOU CAN

09:40:34  12  SEE ON THE UPPER DIAGRAM.  AND DR. BEA CALCULATES ABOUT .8.

09:40:41  13  AGAIN, HE'S USING THE UPLIFT PRESSURE DIVIDED BY THE THICKNESS

09:40:47  14  OF THE SOIL SOMEWHERE TO CALCULATE A LITTLE HIGHER GRADIENT,

09:40:50  15  BUT IN ROUGH AGREEMENT.

09:40:53  16              NEXT SLIDE.

09:40:53  17              SO, YOUR HONOR, NOW I CAN USE THAT INPUT FILE

09:40:57  18  AND JUST CHANGE THE COMPRESSIBILITY OF THE LEVEE FILL AGAIN,

09:41:01  19  ONLY THE LEVEE FILL ON THE LAND SIDE, SO I'M HIGHLIGHTING THE

09:41:09  20  AREA.  I'M CHANGING THIS COMPRESSIBILITY FROM DR. BEA'S

09:41:12  21  ORIGINAL 1 TIMES 10 TO THE MINUS 9, 1 OVER POUNDS PER SQUARE

09:41:16  22  FOOT TO 4 TIMES 10 TO THE MINUS 5, WHICH IS A SITE-SPECIFIC

09:41:22  23  VALUE ESTIMATED FROM THE 2011 SUBSURFACE INVESTIGATION.

09:41:26  24              SO IF WE RUN THOSE VIDEOS.

09:41:42  25           (VIDEO PLAYED.)

09:41:45   1          **THE WITNESS:**  THE STORM SURGE RISING ON THE LEFT, THE

09:41:46   2   GRADIENT'S INCREASING ON THE LAND SIDE IN THE UPPER DIAGRAM.

09:41:51   3   BUT NOTICE LITTLE GRADIENT AND UPLIFT PRESSURE ON THE LAND SIDE

09:41:59   4   WHEN THE SITE-SPECIFIC LEVEE COMPRESSIBILITY JUST FOR THE LEVEE

09:42:03   5   FILL MATERIAL ADJACENT TO THE FLOODWALL IS USED.

09:42:08   6          IT DROPS THE GRADIENT FROM .7 TO .2, OR A FACTOR

09:42:16   7   OF 3 1/2 TIMES.

09:42:18   8                NEXT SLIDE.

09:42:22   9                NOW, YOUR HONOR, I'D JUST LIKE TO WRAP UP WITH

09:42:24   10   THE ANALYSIS OF MCDONOUGH MARINE AND THE BORROW PIT.  AND

09:42:27   11   THAT'S MY LAST SPECIFIC OPINION, NUMBER 3.

09:42:29   12                THE MCDONOUGH MARINE ANALYSIS IS DISSIMILAR TO

09:42:34   13   THE NORTH BREACH AND SOUTH BREACH SEEPAGE MODELS USED BY

09:42:38   14   DR. BEA, AND I'D LIKE TO ILLUSTRATE SOME OF THE DIFFERENCES TO

09:42:41   15   YOU.

09:42:44   16                DURING DR. BEA'S TRIAL TESTIMONY HE WAS ASKED,

09:42:47   17   "DOES YOUR MODELING OF THE NEAR BREACH SECTION AMOUNT TO A

09:42:52   18   MODEL OF THE NORTH AND SOUTH WITHOUT EXCAVATIONS INASMUCH AS IT

09:42:58   19   IS IDENTICAL TO THOSE EXCEPT THAT THE ONLY VARIABLE IS YOU

09:43:01   20   DON'T HAVE AN EXCAVATION PIERCING THE SWAMP MARSH?"

09:43:07   21                ANSWER:  "PRECISELY."

09:43:10   22                SO FIRST -- NEXT SLIDE, PLEASE.

09:43:13   23                FIRST, THE BORROW PIT DID PIERCE THE LOWER

09:43:18   24   ORGANIC CLAY.  AND THIS IS A PHOTOGRAPH FROM WGI DURING THE

09:43:23   25   EXCAVATION OF THE BORROW PIT.  AND YOU CAN SEE A NUMBER OF

09:43:27   1   CYPRESS DUMPS THAT I'M POINTING TO IN THE PHOTOGRAPH.  AND THE

09:43:32   2   EXCAVATION ACTUALLY EXTENDED DEEPER THAN THIS PHOTOGRAPH.

09:43:36   3                  SO THE BORROW PIT DID REACH THE LOWER ORGANIC

09:43:39   4   CLAY.  AND SO MCDONOUGH MARINE IS NOT A NO-EXCAVATION

09:43:44   5   COMPARATIVE MODEL.

09:43:47   6                  NEXT SLIDE.

09:43:48   7                  NOW, WHAT'S INTERESTING IS THE DIFFERENCE

09:43:55   8   BETWEEN THE SEEPAGE RESULTS BY DR. BEA FOR THE NORTH BREACH AND

09:43:58   9   THE NEAR BREACH.

09:43:59  10                  THE UPPER DIAGRAM IS DR. BEA'S CASE 1-1, AND IF

09:44:04  11   YOU REMEMBER, REPORTING A VALUE OF .8 FOR THE GRADIENT.

09:44:06  12                  AND NOW LOOK AT THE NEAR BREACH, A GRADIENT OF

09:44:10  13   .05, OR 500THS, MUCH SMALLER THAN .8 BEING CALCULATED FOR THE

09:44:18  14   NEAR BREACH, EVEN THOUGH THE BORROW PIT WAS FILLED WITH WATER

09:44:21  15   AND IN CLOSE PROXIMITY TO THE FLOODWALL.

09:44:24  16            **THE COURT:**  AND THE EFFECT THAT WOULD HAVE ON THE

09:44:26  17   RESULT IS?

09:44:27  18            **THE WITNESS:**  OKAY.

09:44:28  19            **THE COURT:**  THE EFFECT THAT THAT WOULD HAVE ON THE

09:44:31  20   RESULT IS?  THE FACT THAT HE USES A LOWER NUMBER FOR THE

09:44:35  21   GRADIENT.

09:44:36  22            **THE WITNESS:**  WELL, THE LOWER GRADIENT IS ACTUALLY

09:44:38  23   CALCULATED FROM HIS ANALYSIS.  AND THE REASON IT'S SO LOW IS

09:44:45  24   THERE ARE DIFFERENT PARAMETERS USED FOR THE NEAR BREACH THAN

09:44:48  25   THE NORTH AND SOUTH BREACH.  SO THE SEEPAGE MODEL IS DIFFERENT.

09:44:52  1  THAT'S WHY IT'S NOT CALCULATING A VALUE UP AROUND .8.

09:44:55  2        **THE COURT:**  OKAY.  AND WHAT DIFFERENCE DOES THAT

09:44:58  3  HAVE, I'M SAYING, ON THE ULTIMATE MODEL?  WOULD IT MAKE THE

09:45:06  4  UNDERSEEPAGE LESS?

09:45:07  5        **THE WITNESS:**  NO.  IT WOULD MAKE IT MORE AND THE

09:45:10  6  UPLIFT PRESSURES MORE.

09:45:10  7        **THE COURT:**  ON THE POINT -- THE LOWER -- THE LOWER

09:45:13  8  GRADIENT?

09:45:13  9        **THE WITNESS:**  ON THE LOWER GRADIENT.

09:45:15  10        **THE COURT:**  ALL RIGHT.

09:45:16  11        **THE WITNESS:**  EXACTLY.  AND I'LL TRY TO ILLUSTRATE

09:45:18  12  THAT WITH SOME VIDEOS.

09:45:20  13        **THE COURT:**  THAT MAKES SENSE.

09:45:21  14        **THE WITNESS:**  BECAUSE WHAT I'LL DO, YOUR HONOR, IS

09:45:22  15  CHANGE THE INPUT FILE FOR THE NEAR BREACH TO MATCH THE NORTH

09:45:26  16  BREACH PARAMETERS.  AND YOU'LL SEE THE GRADIENTS WILL INCREASE

09:45:29  17  SIGNIFICANTLY.

09:45:30  18        NEXT.  YEAH.

09:45:33  19        SO JUST TO SUMMARIZE THE DIFFERENCES, THIS IS TWO

09:45:38  20  DIAGRAMS, ONE ON THE LEFT FOR THE NORTH BREACH AND ONE ON THE

09:45:41  21  RIGHT FOR THE NEAR BREACH.

09:45:43  22        NOW, THE NORTH BREACH I SHOWED YOU EARLIER.  SO THE

09:45:46  23  INITIAL GRADIENT STARTS AT .4 WELL BEFORE THE STORM SURGE.

09:45:51  24  THIS IS ON AUGUST 28TH.  IT'S FAIRLY CONSTANT, AND THEN THE

09:45:58  25  STORM SURGE HITS AND IT RISES .3 UP TO DR. BEA'S RED BOX OF

09:46:03    1   27.8 AFTER 4:00 A.M.

09:46:07    2          SO THERE ARE TWO IMPORTANT PIECES OF INFORMATION

09:46:09    3   THERE.

09:46:10    4          FIRST, THE INITIAL GROUNDWATER FLOW FROM THE CANAL

09:46:13    5   SIDE TO THE LAND SIDE IS CREATING AN INITIAL GRADIENT OF .4.

09:46:19    6   AND THEN THE STORM SURGE INCREASES THAT INITIAL GRADIENT FROM

09:46:23    7   .4 TO .7, OR A VALUE OF .3.

09:46:29    8          NOW, THIS IS WHERE THE STRONG DIFFERENCE IS.  NOTICE

09:46:32    9   THE NEAR BREACH, WHICH HAS THE BORROW PIT EXCAVATION FULL OF

09:46:38   10   WATER.  THE INITIAL GRADIENT IS 0.  NOT .4; IT'S 0.  AND THE

09:46:43   11   INCREASE IN GRADIENT DUE TO THE STORM SURGE IS FROM 0 TO ONLY

09:46:49   12   .05, OR 500THS, SO A VERY, VERY LOW INCREASE.

09:46:55   13          AND SO I WAS CURIOUS WHY THAT WOULD BE WITH THE LARGE

09:46:59   14   BORROW PIT, SO I LOOKED FOR DIFFERENCES IN THE ANALYSIS.

09:47:04   15          NEXT SLIDE.

09:47:05   16          SO FIRST, YOUR HONOR, THIS IS THE VERIFICATION SLIDE.

09:47:09   17   THE UPPER VIDEO WILL RUN AND SHOULD PRODUCE THE SAME GRADIENT

09:47:13   18   CONTOURS THAT YOU SEE IN FIGURE 15 OF DR. BEA'S APPENDIX D, AND

09:47:18   19   THEN I CAN VARY THE PARAMETERS.

09:47:20   20          SO IF YOU CAN RUN THE UPPER VIDEO.

09:47:23   21          THANK YOU.

09:47:24   22          (VIDEO PLAYED.)

09:47:34   23          **THE WITNESS:**  THERE'S THE STORM SURGE AND THE

09:47:36   24   GRADIENTS, CONTOURS DEVELOPING.  NOTICE NONE OF THE CONTOURS

09:47:41   25   ARE DEVELOPING RIGHT AT THE JOURDAN AVENUE CANAL BOX CULVERT

| | | |
|---|---|---|
| 09:47:46 | 1 | THAT I'M HIGHLIGHTING, AND A GRADIENT CALCULATED BY SEEP/W OF |
| 09:47:49 | 2 | 500THS.  SO .05. |
| 09:47:56 | 3 | NOW, IF WE LOOK AT THE CONTOURS, HERE'S THE RED. |
| 09:47:59 | 4 | THERE'S RED UNDER THIS LITTLE LABEL.  THEN THE ORANGE AND THE |
| 09:48:01 | 5 | YELLOW, AND YOU CAN SEE THE GREEN MATCHES, AND THE BLUE, AND SO |
| 09:48:07 | 6 | ON. |
| 09:48:07 | 7 | SO I HAVE THE RIGHT INPUT FILE FOR FIGURE 15. |
| 09:48:11 | 8 | NEXT SLIDE. |
| 09:48:13 | 9 | **THE COURT:**  JUST ONE QUESTION. |
| 09:48:14 | 10 | **THE WITNESS:**  YES, SIR. |
| 09:48:15 | 11 | **THE COURT:**  WE'VE GONE OVER IT A BIT.  BUT THE |
| 09:48:16 | 12 | GRADIENT, HOW IS THAT DETERMINED?  HOW DO YOU GO ABOUT MAKING |
| 09:48:22 | 13 | AS GOOD A DETERMINATION AS YOU CAN? |
| 09:48:25 | 14 | **THE WITNESS:**  THE GRADIENT IS THE UPLIFT PRESSURE |
| 09:48:27 | 15 | CALCULATED BY SEEP/W DIVIDED BY THE THICKNESS OF SOIL ABOVE IT. |
| 09:48:33 | 16 | SO SEEP/W IS TAKING ITS UPLIFT PRESSURES AND THEN CALCULATING |
| 09:48:37 | 17 | THE THICKNESS OF SOIL ABOVE IT.  AND THAT'S HOW IT'S |
| 09:48:41 | 18 | CALCULATING .05. |
| 09:48:44 | 19 | IN SOME OF THESE SLIDES DR. BEA HAS BEEN |
| 09:48:47 | 20 | USING -- CALCULATING HIS OWN GRADIENT SAYING .05 AND THEN USING |
| 09:48:51 | 21 | MAYBE A DIFFERENT THICKNESS AND GETTING A SLIGHTLY DIFFERENT |
| 09:48:55 | 22 | VALUE THAN WHAT SEEP/W CALCULATES.  BUT IT'S THE UPLIFT |
| 09:49:01 | 23 | PRESSURE DIVIDED BY A THICKNESS. |
| 09:49:05 | 24 | **THE COURT:**  OKAY. |
| 09:49:06 | 25 | **THE WITNESS:**  SO DURING DR. BEA'S TRIAL TESTIMONY, HE |

09:49:10    1    WAS ASKED A COUPLE OF QUESTIONS RELATED TO THE NEAR BREACH.

09:49:14    2                    "WE HAVE A DIFFERENCE IN PRESSURES BETWEEN THE

09:49:17    3    NEAR BREACH SITES AND SUBTERRANEAN PRESSURES BETWEEN THE NEAR

09:49:22    4    BREACH SITE AND THE ACTUAL BREACH SITES; CORRECT?"

09:49:25    5                    ANSWER:  "THAT'S CORRECT.

09:49:27    6                    "WHAT IS IT PHYSICALLY ABOUT THE NEAR BREACH

09:49:29    7    SITE THAT IS DIFFERENT FROM THE NORTH AND SOUTH BREACH SITES

09:49:33    8    THAT EXPLAINS THAT?"

09:49:35    9                    ANSWER:  "WE DON'T HAVE EXCAVATIONS IN CONTACT

09:49:38   10    WITH THE BURIED SWAMP MARSH LAYER."

09:49:42   11                    QUESTION:  "AND THAT IS, YOU HAVE COMPARATIVE

09:49:44   12    MODELING IN YOUR REPORT?"

09:49:46   13                    ANSWER:  "YES."

09:49:48   14                    SO I WANT TO USE THAT INPUT FILE AND NOW LOOK AT

09:49:52   15    THE DIFFERENCES BETWEEN THE NEAR BREACH AND NORTH BREACH AND

09:49:56   16    SOUTH BREACH.

09:50:01   17                    THE UPPER VIDEO IS DR. BEA'S NEAR BREACH INPUT

09:50:05   18    FILE WITH NO CHANGES.

09:50:09   19                    NOW, IF I USE THE HYDRAULIC CONDUCTIVITY OF THE

09:50:14   20    JOURDAN AVENUE CANAL BACKFILL AND THE BOUNDARY CONDITIONS FOR

09:50:17   21    THE NORTH BREACH AND THE SOUTH BREACH ANALYSES PERFORMED BY

09:50:20   22    DR. BEA, I APPLIED THOSE IN THE NEAR BREACH INPUT FILE, AND

09:50:26   23    THAT'S THE VIDEO THAT WILL BE SHOWN ON THE BOTTOM.

09:50:29   24                    SO THE ONLY PARAMETERS THAT CHANGED ARE THE

09:50:33   25    HYDRAULIC CONDUCTIVITY OF THE JOURDAN AVENUE CANAL BACKFILL,

09:50:37   1   WHICH I'M HIGHLIGHTING RIGHT HERE, AND THE BOUNDARY CONDITIONS

09:50:40   2   ASSOCIATED WITH THE JOURDAN AVENUE CANAL.

09:50:44   3            SO IF YOU WOULD RUN THOSE VIDEOS.

09:50:47   4            (VIDEOS PLAYED.)

09:50:57   5        **THE WITNESS:**  THERE'S THE STORM SURGE ON THE LEFT.

09:51:00   6   YOU CAN SEE SOME OF THE BORROW PIT ON THE LEFT SIDE OF THE

09:51:03   7   VIDEO.

09:51:11   8            SO THE UPPER ANALYSIS YIELDS 500THS, .05.  AND

09:51:18   9   NOW, JUST CHANGING THE HYDRAULIC CONDUCTIVITY AND THE BOUNDARY

09:51:22  10   CONDITIONS ASSOCIATED WITH JOURDAN AVENUE CANAL YIELDS AN

09:51:28  11   INCREASE IN GRADIENT OF A FACTOR OF 4.

09:51:31  12            SO THE VIDEO ON THE BOTTOM BASICALLY USES THE

09:51:35  13   NORTH AND SOUTH BREACH PARAMETERS FOR THE JOURDAN AVENUE CANAL

09:51:38  14   AND CHANGES THE GRADIENT FROM .05 TO .2.

09:51:45  15        **THE COURT:**  AND IS -- THE BASIC POINT YOU'RE

09:51:49  16   ATTEMPTING TO MAKE IS THAT USING THE NEAR BREACH AS A

09:51:52  17   COMPARATOR IS NOT APPLICABLE?

09:51:58  18        **THE WITNESS:**  CORRECT.  AND IT DOESN'T MATCH THE

09:51:59  19   CONDITIONS AT THE NORTH AND SOUTH BREACH.

09:52:04  20            NEXT SLIDE.

09:52:06  21            SO THERE WAS ONE OTHER MAJOR DIFFERENCE BETWEEN

09:52:08  22   THE NEAR BREACH MODEL AND THE NORTH AND SOUTH, AND THAT'S THE

09:52:13  23   HYDRAULIC CONDUCTIVITY THAT WAS USED FOR THE FLOODSIDE CLAY.

09:52:19  24   THE FLOODSIDE CLAY IS THIS ZONE OF MATERIAL THAT I'M

09:52:23  25   HIGHLIGHTING.

09:52:24  1          SO IF I USE THE NORTH BREACH/JOURDAN AVENUE

09:52:29  2   CANAL HYDRAULIC CONDUCTIVITY AND BOUNDARY CONDITIONS AND THE

09:52:33  3   SAME HYDRAULIC CONDUCTIVITY RATIO FOR THE FLOODSIDE CLAY, IN

09:52:38  4   THE NEAR BREACH MODEL, YOU'LL SEE THE GRADIENTS INCREASE TO .3.

09:52:43  5          SO IF WE RUN THOSE VIDEOS.

09:52:57  6          (VIDEOS PLAYED.)

09:53:05  7       **THE WITNESS:**  SO THE UPPER VIDEO SHOULD YIELD .05, OR

09:53:10  8   500THS.  AND NOW THE INCREASE IN GRADIENT IS .3 DUE TO THE

09:53:19  9   STORM SURGE, WHICH IS SIMILAR TO WHAT WAS CALCULATED FOR THE

09:53:22 10   NORTH BREACH THAT I SHOWED YOU EARLIER.

09:53:23 11          SO I'D LIKE TO WRAP THIS UP WITH THE NEXT SLIDE,

09:53:26 12   GOING BACK TO THE CHANGE IN GRADIENT WITH TIME AND THE TWO BIG

09:53:34 13   DIFFERENCES BETWEEN THE NORTH BREACH AND THE NEAR BREACH

09:53:39 14   ANALYSES.

09:53:46 15          SO NOTICE IT STARTS AT .4, INITIAL GRADIENT 0.

09:53:50 16   NOW, IF I USE THE SAME PARAMETERS IN THE NEAR BREACH ANALYSIS

09:53:54 17   THAT WERE USED AT THE NORTH AND SOUTH BREACH, IT WOULD INCREASE

09:54:00 18   FROM 0 TO .3.

09:54:03 19          SO YOU COULD SHIFT THIS CURVE UP TO .4, AND IT

09:54:06 20   WOULD INCREASE TO .3 -- INCREASE BY .3 UP TO .7, AND YOU WOULD

09:54:12 21   HAVE SIMILAR GRADIENTS FOR UPLIFT PRESSURES AT THE NEAR BREACH

09:54:16 22   AS YOU DO AT THE NORTH BREACH.

09:54:17 23       **THE COURT:**  AND, OF COURSE, THE POINT BEING IF YOU

09:54:19 24   HAVE SIMILAR UPLIFT PRESSURES, THEN, AND THOSE UPLIFT PRESSURES

09:54:24 25   ARE A LOWER FACTOR OF SAFETY THAN THE NORTH -- THE NEAR BREACH

09:54:30   1   SHOULD HAVE BEEN A BREACH?

09:54:31   2                   **THE WITNESS:**  YES, SIR.

09:54:38   3                   SO I'D LIKE TO WRAP UP, I THINK, WITH THE NEXT

09:54:41   4   SLIDE, YEP, AND RETURN TO MY SAME GENERAL OPINIONS, YOUR HONOR,

09:54:45   5   THAT I STARTED WITH.

09:54:46   6                   THE WGI ACTIVITIES DID NOT CREATE A RAPID

09:54:50   7   HYDRAULIC CONNECTION BETWEEN THE STORM SURGE AND THE LOWER

09:54:54   8   ORGANIC CLAY.

09:54:56   9                   THE WGI ACTIVITIES DID NOT CAUSE DETRIMENTAL

09:55:00   10  UNDERSEEPAGE OR HYDRAULIC UPLIFT AT EITHER THE NORTH OR SOUTH

09:55:05   11  BREACH.

09:55:07   12                  DR. BEA'S INSTANTANEOUS HYDRAULIC PRESSURE

09:55:10   13  TRANSMISSION THEORY DOES NOT MODEL THE FIELD CONDITIONS AT THE

09:55:14   14  IHNC, ESPECIALLY ON THE LAND SIDE.

09:55:22   15                  **THE COURT:**  THANK YOU, SIR.

09:55:23   16                  **THE WITNESS:**  THANK YOU.

09:55:34   17                  **THE COURT:**  MR. SMITH?

09:55:34   18             **MR. SMITH:**  YOUR HONOR, THAT CONCLUDES OUR DIRECT.

09:55:36   19             **THE COURT:**  MR. TREEBY, DOES YOUR TEAM HAVE ANYTHING

09:55:38   20  HERE?

09:55:39   21             **MR. TREEBY:**  IF YOUR HONOR, PLEASE, COULD I HAVE A

09:55:42   22  MINUTE --

09:55:43   23                  **THE COURT:**  ABSOLUTELY.

09:55:44   24             **MR. TREEBY:**  -- TO --

09:55:45   25                  **THE COURT:**  ABSOLUTELY.

09:55:46    1              **MR. TREEBY:**  -- DISCUSS WITH COUNSEL?

09:55:47    2              **THE COURT:**  ABSOLUTELY.

09:56:13    3              **MR. TREEBY:**  I THINK I JUST HAVE ONE QUESTION THAT

09:56:15    4    COULD LEAD TO A COUPLE.

09:56:17    5              **THE COURT:**  OKAY.

09:56:17    6                        **CROSS-EXAMINATION**

            7    BY MR. TREEBY:

09:56:19    8    **Q.**   I WAS TAKEN, DR. STARK, BY -- AND I DON'T NEED TO PULL

09:56:23    9    THOSE SLIDES UP.  BUT IF ANYBODY WANTS TO, WE COULD.

09:56:26   10              BUT I WAS TAKEN ABACK WHEN I WAS HEARING THE

09:56:32   11    COMPARISON BETWEEN DR. BEA'S CALCULATIONS AT THE NEAR BREACH

09:56:38   12    SITE AND THE OTHER BREACH SITES.

09:56:40   13              WOULD IT BE FAIR TO SAY THAT THIS COMPARISON OF THE

09:56:48   14    NEAR BREACH TO THE BREACH SITES IN DR. BEA'S ANALYSIS WOULD BE

09:56:53   15    COOKING THE BOOKS?

09:56:59   16              **MR. JOANEN:**  I'M GOING TO OBJECT, YOUR HONOR.  I'M

09:57:05   17    JUST GOING TO OBJECT TO THAT ONE.

09:57:07   18              **THE COURT:**  I UNDERSTAND.  I'M NOT SURE -- IS THAT

09:57:09   19    IMPLYING THAT --

09:57:13   20              **MR. JOANEN:**  FRAUD.

09:57:13   21              **THE COURT:**  IT IMPLIES A LOT.

09:57:15   22              **MR. TREEBY:**  LET ME -- LET ME JUST SEE IF I CAN

09:57:18   23    UNDERSTAND.  I MAY HAVE MISUNDERSTOOD.

09:57:20   24    BY MR. TREEBY:

09:57:20   25    **Q.**   WAS IT YOUR UNDERSTANDING, BASED ON HIS TESTIMONY, THAT

09:57:25   1   DR. BEA WAS SAYING THAT I'M -- I'M JUST USING THE SAME

09:57:29   2   PARAMETERS FOR THE SOUTH AND NORTH BREACH AS I AM FOR THE NEAR

09:57:33   3   BREACH SITES EXCEPT FOR THE PROPOSITION THAT HE ESPOUSES THAT

09:57:37   4   THE NEAR BREACH DID NOT PENETRATE THE ORGANIC CLAY LAYER?  THAT

09:57:43   5   EVERYTHING ELSE, THE OTHER PARAMETERS, WERE ALL THE SAME.

09:57:46   6          IS THAT WHAT YOU UNDERSTOOD FROM WHAT HE SAID?

09:57:50   7   **A.**   YES, SIR.  THAT'S WHAT I UNDERSTOOD.

09:57:51   8   **Q.**   AND IF THAT'S CORRECT, CAN YOU ACCOUNT FOR HIS CHANGING

09:57:55   9   THOSE OTHER CRITICAL PARAMETERS THAT RESULTED IN THIS .05 EXIT

09:58:02   10  GRADIENT -- I BELIEVE THAT'S WHAT IT'S CALLED -- AT THE NEAR

09:58:06   11  BREACH SITE?

09:58:07   12  **A.**   NO, I CAN'T.

09:58:09   13          **MR. TREEBY:**  THAT'S ALL I HAVE.

09:58:13   14          **THE COURT:**  CROSS-EXAMINATION?

09:58:16   15          **MR. JOANEN:**  YES, YOUR HONOR.

09:58:16   16          YOUR HONOR, I HAVE A NUMBER OF DOCUMENTS THAT

09:58:18   17  I'M GOING TO BE PRESENTING IN MY CROSS-EXAMINATION.  CAN I

09:58:21   18  GO -- WITH THE COURT'S PERMISSION, I'LL GO WITH THE ELMO.  IT

09:58:25   19  WILL BE A LITTLE BIT EASIER FOR ME.

09:58:27   20          **THE COURT:**  ALL RIGHT.  JUST A MINUTE.  LET ME ASK

09:58:31   21  HER.

09:58:33   22                    **(OFF THE RECORD)**

09:59:32   23          **MR. JOANEN:**  WE'RE SUPPOSED TO HAVE EVERYTHING HERE.

09:59:33   24          YOUR HONOR, CAN WE TAKE A BREAK, A BRIEF RECESS?

09:59:36   25  I KNOW COPIES WERE MADE.  THEY WERE SUPPOSED TO BE HERE.

| | | |
|---|---|---|
| 09:59:39 | 1 | **THE COURT:**  TEN MINUTES. |
| 09:59:40 | 2 | **MR. JOANEN:**  I'LL JUST CALL AND SEE WHERE THEY ARE. |
| 09:59:43 | 3 | WE HAVE MADE COPIES FOR EVERYBODY. |
| 09:59:44 | 4 | **THE DEPUTY CLERK:**  ALL RISE, PLEASE. |
| 09:59:46 | 5 | (WHEREUPON, THE COURT TOOK A RECESS.) |
| 10:23:12 | 6 | **THE DEPUTY CLERK:**  ALL RISE. |
| 10:23:20 | 7 | **MR. JOANEN:**  YOUR HONOR, I'D LIKE TO APOLOGIZE TO THE |
| 10:23:22 | 8 | COURT.  WE HAVE MADE COPIES.  THEY APPARENTLY WERE NOT BROUGHT |
| 10:23:25 | 9 | OVER HERE THIS MORNING.  BUT THE EXHIBITS I'M GOING TO GO |
| 10:23:28 | 10 | THROUGH INITIALLY ARE ALL EXHIBITS THAT EITHER HAVE BEEN |
| 10:23:31 | 11 | ALREADY INTRODUCED OR THEY'RE PX OR JX NUMBERS. |
| 10:23:38 | 12 | I'M SORRY ABOUT THAT.  SO AS SOON AS THEY GET |
| 10:23:40 | 13 | HERE, I'LL PROVIDE COPIES.  I'LL CALL THE NUMBER OUT.  AND WE |
| 10:23:42 | 14 | DO HAVE TWO ADDITIONS TO THE EXHIBIT LIST.  THEY WOULD DEAL |
| 10:23:47 | 15 | MORE WITH THE SLIDE WHICH I'LL GET TO MORE TOWARDS THE END OF |
| 10:23:51 | 16 | MY CROSS-EXAMINATION. |
| 10:23:51 | 17 | **THE COURT:**  ALL RIGHT. |
| 10:23:52 | 18 | **MR. JOANEN:**  SO I SHOULD BE ABLE TO ACCOMMODATE |
| 10:23:54 | 19 | EVERYBODY.  AND I APOLOGIZE TO THE COURT AND TO DEFENSE COUNSEL |
| 10:23:57 | 20 | FOR THIS. |
| 10:23:58 | 21 | WITH YOUR PERMISSION, I'D LIKE TO PROCEED. |
| 10:24:01 | 22 | **THE COURT:**  GO AHEAD, PLEASE. |
| 10:24:01 | 23 | **CROSS-EXAMINATION** |
| 10:24:02 | 24 | BY MR. JOANEN: |
| 10:24:02 | 25 | **Q.**  GOOD MORNING, DR. STARK.  SCOTT JOANEN FOR THE PLAINTIFFS. |

10:24:06  1  **A.**   GOOD MORNING.

10:24:07  2  **Q.**   I'D LIKE TO ASK YOU JUST A FEW INTRODUCTORY QUESTIONS

10:24:10  3  FIRST.

10:24:11  4            I KNOW, FROM SITTING THROUGH YOUR DEPOSITION AND

10:24:13  5  LISTENING TO IT, THAT YOU'VE DONE A LOT OF WORK REGARDING DAMS,

10:24:16  6  ESPECIALLY IN YOUR STUDIES PREVIOUS TO GETTING INVOLVED IN THIS

10:24:20  7  CASE.  CORRECT?

10:24:21  8  **A.**   YES, SIR.

10:24:21  9  **Q.**   AND I KNOW YOU'VE DONE SOME WORK REGARDING LEVEES ALSO.

10:24:25  10  CORRECT?

10:24:25  11  **A.**   YES, SIR.

10:24:26  12  **Q.**   AND SO YOU WOULD AGREE, AS IT RELATES TO THE CITY OF

10:24:28  13  NEW ORLEANS, THAT FLOOD PROTECTION STRUCTURES ARE CRITICAL TO

10:24:31  14  THE WELL-BEING OF THIS COMMUNITY.

10:24:33  15            WOULD YOU AGREE WITH THAT?

10:24:34  16  **A.**   YES, SIR.

10:24:35  17  **Q.**   WOULD YOU ALSO AGREE THAT THE ROLE OF THE LEVEE DISTRICTS

10:24:37  18  IN MAINTAINING THE INTEGRITY OF THESE STRUCTURES IS AN

10:24:40  19  ESSENTIAL ELEMENT IN THE ONGOING FLOOD-FIGHTING CAPABILITIES OF

10:24:44  20  THIS COMMUNITY?

10:24:45  21  **A.**   I'M NOT FAMILIAR WITH THE ACTUAL ROLE OF THE LEVEE BOARDS.

10:24:51  22  SO . . .

10:24:52  23  **Q.**   AS PART OF YOUR INVESTIGATION TO DETERMINE WHAT THE ISSUES

10:24:55  24  WERE REGARDING THIS LITIGATION, DID YOU EVER READ ANY OF THE

10:25:01  25  DEPOSITIONS OR STUDY ANY OF THE DOCUMENTATION THAT WAS PRODUCED

|          |    |                                                                |
|----------|----|----------------------------------------------------------------|
| 10:25:03 | 1  | RELATIVE TO THE ORLEANS LEVEE DISTRICT'S INVOLVEMENT WITH THIS  |
| 10:25:09 | 2  | CASE?                                                          |
| 10:25:09 | 3  | **A.**   I DON'T RECALL READING THAT.                          |
| 10:25:11 | 4  | **Q.**   WERE YOU -- AND I KNOW IN YOUR -- YOU WERE RETAINED BY THE |
| 10:25:17 | 5  | DEPARTMENT OF JUSTICE IN THIS CASE; CORRECT?                   |
| 10:25:19 | 6  | **A.**   YES.                                                  |
| 10:25:20 | 7  | **Q.**   AND THROUGHOUT YOUR REPORT YOU OFTENTIMES REFER TO THE |
| 10:25:23 | 8  | EXCAVATION AS WGI'S EXCAVATIONS; IS THAT CORRECT?             |
| 10:25:26 | 9  | **A.**   CORRECT.                                              |
| 10:25:26 | 10 | **Q.**   IN PREPARATION FOR EITHER PRODUCING YOUR REPORT OR    |
| 10:25:29 | 11 | PREPARING FOR YOUR TESTIMONY HERE TODAY, DID YOU SPEAK WITH    |
| 10:25:32 | 12 | ANYONE AT THE CORPS OF ENGINEERS REGARDING WHAT THEIR          |
| 10:25:35 | 13 | INVOLVEMENT WITH -- WAS REGARDING THE ORLEANS LEVEE DISTRICT OR |
| 10:25:39 | 14 | ANY LIMITATIONS TO WORK THAT TAKES PLACE WITHIN A SPECIFIED    |
| 10:25:43 | 15 | AREA OF THE FLOODWALL, 250 TO 300 FEET?                       |
| 10:25:49 | 16 | **A.**   NOT WITH -- NOT IN RELATION TO THE ORLEANS LEVEE DISTRICT. |
| 10:25:52 | 17 | **Q.**   AND SO IS IT TRUE, IF -- MY UNDERSTANDING IS YOUR     |
| 10:25:57 | 18 | INVESTIGATION DOES NOT INVOLVE EXCAVATIONS AND THEIR IMPACT ON |
| 10:26:01 | 19 | THE LEVEE RELATIVE TO THAT 250- TO 300-FOOT AREA FROM THE FLOOD |
| 10:26:10 | 20 | PLANE -- FROM THE FLOODWALL, I'M SORRY.                       |
| 10:26:16 | 21 | **A.**   I'M NOT SURE I UNDERSTAND THE QUESTION.               |
| 10:26:17 | 22 |          I LOOKED AT ALL -- THE EXCAVATIONS THAT WERE MADE IN  |
| 10:26:21 | 23 | THE EBIA.  ARE YOU TALKING ABOUT DIFFERENT EXCAVATIONS?        |
| 10:26:27 | 24 | **Q.**   NO, NO, NO.  WELL, THE -- I'LL SHOW YOU THE FIRST EXHIBIT |
| 10:26:29 | 25 | I HAVE.  I KNOW YOU WERE PROBABLY IN THE ROOM.  THIS IS GOING  |

10:26:33   1   TO BE JX-1940, NUMBER 1.

10:26:40   2              THIS IS A DECLARATION OF STEVAN SPENCER.  THIS IS AN

10:26:43   3   EXHIBIT THAT WE HAD.  YOU WILL SEE IT'S A JX NUMBER RIGHT HERE.

10:26:48   4   MR. STEVAN SPENCER DISCUSSED THIS IN HIS TESTIMONY.

10:26:51   5              HAVE YOU SEEN THIS DOCUMENT BEFORE?

10:26:53   6   **A.**   NO, SIR.

10:26:56   7   **Q.**   IF WE WERE TO TURN THE PAGE TO JX-1940, PAGE 78 OF THAT.

10:27:02   8   THIS IS A MEMORANDUM THAT WAS GIVEN BY THE ORLEANS LEVEE

10:27:04   9   DISTRICT TO THE CITY OF NEW ORLEANS INDICATING TO CONTRACTORS

10:27:08   10  THAT EXCAVATIONS DEEPER THAN 3 FEET BELOW THE NATURAL SURFACE,

10:27:13   11  OR THE TYPES OF -- WITHIN 250 FEET ARE THE TYPES OF EXCAVATIONS

10:27:17   12  THAT THAT ORGANIZATION WOULD BE CONCERNED WITH.

10:27:19   13             **THE COURT:**  DO WE HAVE AN OBJECTION?

10:27:20   14             **MR. TREEBY:**  YES, YOUR HONOR.  NUMBER ONE, WE WERE

10:27:23   15  JUST HANDED SOME DOCUMENTS, WHICH I PRESUME WERE INTENDED TO BE

10:27:26   16  THE DOCUMENTS THEY'RE CALLING UP, AND THEY'RE NOT.

10:27:30   17             THE OTHER OBJECTION I HAVE, THIS WITNESS

10:27:33   18  TESTIFIED -- STEVAN SPENCER TESTIFIED AND WAS SUBJECT TO

10:27:37   19  CROSS-EXAMINATION IN THIS CASE.  AND YET WE'RE REFERRING TO

10:27:43   20  DECLARATIONS THAT WERE MADE WITH THE MOTION FOR SUMMARY

10:27:47   21  JUDGMENT BACK IN 2008, AT LEAST THE DOCUMENTS THAT I'M LOOKING

10:27:50   22  AT HERE.

10:27:53   23             **MR. JOANEN:**  I'LL CLARIFY IT, YOUR HONOR.

10:27:56   24             TO ACCOMMODATE THE DEFENDANTS AND TO GIVE THEM A

10:27:57   25  PIECE OF PAPER THEY CAN LOOK AT, THEY'RE TRYING TO RUN OFF AS

10:28:01   1   MUCH AS THEY CAN THROUGH THIS LITTLE BITTY PRINTER RIGHT THERE.

10:28:04   2   SO THAT'S WHAT THEY'RE DOING.

10:28:05   3            I HAVE MY OWN COPY THAT I'M WORKING WITH, AND

10:28:08   4   THEN ALL THESE COPIES WERE TO BE PUT IN A BINDER AND GIVEN TO

10:28:11   5   THEM, AND THAT'S WHAT I'M TOLD IS ON ITS WAY.

10:28:14   6            BUT THIS IS A DOCUMENT THAT WAS REFERENCED TO BY

10:28:16   7   MR. SPENCER, AND I'M JUST TRYING TO CLARIFY WITH MR. STARK HIS

10:28:20   8   INVOLVEMENT WITH THE CORPS OF ENGINEERS IN DETERMINING THE --

10:28:22   9            **THE COURT:**  I'M GOING TO ALLOW YOU TO PROCEED.  I'M

10:28:25  10   NOT GOING TO QUIBBLE OVER THIS.

10:28:26  11            LET'S GO.

10:28:27  12   **BY MR. JOANEN:**

10:28:27  13   **Q.**   AND SO JUST TO SHOW YOU, DR. STARK, ANY -- WHEN THE

10:28:32  14   ORLEANS LEVEE DISTRICT INDICATES THAT THEY TAKE CONCERN ABOUT

10:28:36  15   ANY EXCAVATIONS DEEPER THAN 3 FEET BELOW THE NATURAL SURFACE --

10:28:39  16            HAVE YOU SEEN THIS DOCUMENT BEFORE?  LET ME ASK YOU

10:28:41  17   THAT FIRST.

10:28:42  18   **A.**   NO, SIR.

10:28:43  19   **Q.**   AND WERE YOU FAMILIAR WITH THE FACT THAT THE ORLEANS LEVEE

10:28:44  20   DISTRICT WOULD BE CONCERNED ABOUT EXCAVATIONS DEEPER THAN

10:28:47  21   3 FEET?

10:28:49  22   **A.**   I WAS NOT AWARE OF THAT.

10:28:55  23   **Q.**   DID YOU HAVE ANY DISCUSSIONS WITH ANYONE AT THE CORPS OF

10:28:57  24   ENGINEERS RELATIVE TO THE SCOPE OF WORK THAT THEY WERE

10:29:03  25   ASSIGNING TO WGI THROUGH TASK ORDER 26?

| | | |
|---|---|---|
| 10:29:07 | 1 | **A.**  NOT RELATED TO WGI'S SCOPE OF WORK. |
| 10:29:10 | 2 | **Q.**  OKAY.  I'M GOING TO SHOW YOU WHAT I'VE MARKED AS |
| 10:29:13 | 3 | JX-00049-003.  AND THIS IS A -- THIS IS A STATEMENT OF WORK -- |
| 10:29:25 | 4 | I DON'T KNOW QUITE HOW TO ADJUST THIS SO IT ALL SHOWS. |
| 10:29:37 | 5 | **MS. DALEY:**  THE EXHIBIT NUMBER? |
| 10:29:38 | 6 | **MR. JOANEN:**  JX-00049-0003. |
| 10:29:48 | 7 | BY MR. JOANEN: |
| 10:29:49 | 8 | **Q.**  AND I'LL ASK YOU FIRST, HAVE YOU SEEN THIS DOCUMENT |
| 10:29:51 | 9 | BEFORE?  THIS IS THE ORIGINAL STATEMENT OF WORK THAT MR. LEE |
| 10:29:53 | 10 | GUILLORY PROVIDED TO WGI IN JUNE '99. |
| 10:29:58 | 11 | **A.**  CAN YOU SHOW ME THE TITLE OF THE DOCUMENT? |
| 10:30:01 | 12 | **Q.**  SURE.  SURE. |
| 10:30:06 | 13 | **A.**  AT THE MOMENT, I DON'T RECALL SEEING IT PREVIOUSLY. |
| 10:30:08 | 14 | **Q.**  OKAY.  IN THIS, IT INDICATES THAT THE CONTRACTOR -- THAT |
| 10:30:10 | 15 | WOULD BE WGI -- SHALL PROVIDE -- SHALL FURNISH ALL ENGINEERING |
| 10:30:14 | 16 | SERVICES IN CONNECTION WITH TECHNICAL REVIEW OF CERTAIN SITE |
| 10:30:17 | 17 | DOCUMENTS. |
| 10:30:18 | 18 | ARE YOU FAMILIAR IN YOUR INVESTIGATION WHETHER, IN |
| 10:30:20 | 19 | FACT, THE CORPS OF ENGINEERS EXPECTED WGI TO PERFORM SUCH |
| 10:30:24 | 20 | SERVICES? |
| 10:30:25 | 21 | **A.**  THAT WAS NOT PART OF MY INVESTIGATION. |
| 10:30:27 | 22 | **Q.**  OKAY.  IN THIS DOCUMENT IT INDICATES THAT -- YOU'LL SEE |
| 10:30:34 | 23 | RIGHT HERE -- THERE WAS A 1997 REPORT PROVIDED TO WGI, WHICH IS |
| 10:30:42 | 24 | A SAMPLING ANALYSIS REPORT.  IT'S PART OF THE APPENDIX C OF |
| 10:30:46 | 25 | VOLUME 5 OF THE 1997 REPORT. |

| | | |
|---|---|---|
| 10:30:49 | 1 | ARE YOU FAMILIAR WITH THAT DOCUMENT ITSELF? |
| 10:30:54 | 2 | **A.** FROM THE TITLE, I DON'T RECALL THE DOCUMENT. |
| 10:31:01 | 3 | **Q.** AND I'LL SHOW YOU JUST REAL QUICKLY -- |
| 10:31:03 | 4 | **MR. JOANEN:** YOUR HONOR, I'M JUST GOING TO MOVE |
| 10:31:03 | 5 | QUICKLY THROUGH THIS. |
| 10:31:05 | 6 | **BY MR. JOANEN:** |
| 10:31:05 | 7 | **Q.** THIS WOULD BE THAT DOCUMENT.  IT'S JX-00032-0001. |
| 10:31:14 | 8 | HAVE YOU SEEN THIS DOCUMENT BEFORE? |
| 10:31:17 | 9 | **A.** I DON'T REMEMBER REVIEWING THAT DOCUMENT. |
| 10:31:18 | 10 | **Q.** OKAY.  JUST TO -- YOU DON'T REMEMBER OR YOU DID NOT? |
| 10:31:22 | 11 | **A.** I DON'T REMEMBER REVIEWING THAT DOCUMENT. |
| 10:31:25 | 12 | **Q.** I'LL DRAW YOUR ATTENTION TO PAGE 23 OF THIS DOCUMENT. |
| 10:31:28 | 13 | THAT'S GOING TO BE JX-00032-0023. |
| 10:31:36 | 14 | AND YOU'LL SEE IN THE MIDDLE IT INDICATES WHAT THE |
| 10:31:39 | 15 | SITE HYDROGEOLOGY IS.  AND I DRAW YOUR ATTENTION LOWER DOWN, |
| 10:31:42 | 16 | WHERE THEY INDICATE THAT THERE'S NO DATA AVAILABLE TO OBSERVE |
| 10:31:47 | 17 | THE DEEPER GROUNDWATER FLOW REGIMES. |
| 10:31:53 | 18 | DO YOU SEE THAT? |
| 10:31:54 | 19 | **A.** THAT'S THE HIGHLIGHTED PARAGRAPH? |
| 10:31:56 | 20 | **Q.** YES, SIR. |
| 10:31:57 | 21 | **A.** RIGHT HERE?  OKAY. |
| 10:32:00 | 22 | **THE COURT:** GIVE HIM A CHANCE TO READ IT. |
| 10:32:01 | 23 | **THE WITNESS:** WHAT'S THE QUESTION? |
| 10:32:02 | 24 | **BY MR. JOANEN:** |
| 10:32:03 | 25 | **Q.** DO YOU KNOW WHETHER, IN FACT, THERE WAS A LACK OF DATA |

| | | |
|---|---|---|
| 10:32:05 | 1 | REGARDING THE GROUNDWATER FLOW AT THE DEEPER REGIMES OF THE |
| 10:32:10 | 2 | EBIA? |
| 10:32:18 | 3 | **A.**   JUST READING THE PARAGRAPH RIGHT NOW, IT SEEMS LIKE DEEPER |
| 10:32:21 | 4 | IS 30 TO 40 FEET. |
| 10:32:27 | 5 | **Q.**   WELL, IT SAYS PARTICULARLY TO THE CANAL DEPTHS OF ABOUT 30 |
| 10:32:33 | 6 | TO 40 FEET. |
| 10:32:34 | 7 | SO IT'S YOUR UNDERSTANDING THAT THIS DEEPER |
| 10:32:35 | 8 | GROUNDWATER FLOW WOULD NOT BE BETWEEN 15 AND 3O FEET? |
| 10:32:58 | 9 | **A.**   I'M NOT SURE. |
| 10:33:00 | 10 | **MR. SMITH:**   YOUR HONOR, I'M JUST -- I GUESS I WOULD |
| 10:33:01 | 11 | OBJECT.  THIS WITNESS HASN'T SEEN THIS DOCUMENT BEFORE.  HE'S |
| 10:33:05 | 12 | ONLY BEING SHOWN A PARAGRAPH FROM A LARGER DOCUMENT AND BEING |
| 10:33:08 | 13 | ASKED TO COMMENT ON IT.  AND I'M AFRAID THE COMMENT COULD BE |
| 10:33:11 | 14 | INCORRECT OR MISLEADING BECAUSE WE DON'T HAVE CONTEXT.  IT'S |
| 10:33:16 | 15 | NOT SOMETHING HE'S FAMILIAR WITH. |
| 10:33:18 | 16 | **THE COURT:**   WELL, THE QUESTION -- YOU CAN ASK HIM |
| 10:33:20 | 17 | ABOUT THE GROUNDWATER FLOW.  IS HE FAMILIAR WITH THE |
| 10:33:23 | 18 | GROUNDWATER FLOW, OTHER THAN WHAT HE TESTIFIED TO? |
| 10:33:25 | 19 | HE'S USING THAT AS HIS BACKGROUND.  I'M GOING TO |
| 10:33:29 | 20 | OVERRULE YOUR OBJECTION. |
| 10:33:30 | 21 | GO AHEAD. |
| 10:33:31 | 22 | **MR. JOANEN:**   THANK YOU. |
| 10:33:31 | 23 | **BY MR. JOANEN:** |
| 10:33:32 | 24 | **Q.**   MUCH OF YOUR ANALYSIS THAT YOU SHOWED THE JUDGE DEALT WITH |
| 10:33:34 | 25 | GROUNDWATER FLOW; CORRECT? |

10:33:36  1  **A.**   INITIAL GROUNDWATER FLOW, YES.

10:33:37  2  **Q.**   SO I'M JUST ASKING THE QUESTION IF YOU'RE FAMILIAR WITH

10:33:40  3  THE FACT THAT AS OF 1997, AND THEN IN 1999, THERE WAS NO DATA

10:33:43  4  AVAILABLE TO OBSERVE THAT DEEPER GROUNDWATER FLOW.

10:33:45  5          IS THAT YOUR UNDERSTANDING OF WHAT WAS GOING ON WITH

10:33:48  6  THE PROJECT BACK THEN?

10:33:49  7  **A.**   I'M NOT FAMILIAR WITH THE DATA IN THE DEEPER -- WHAT THIS

10:33:55  8  PARAGRAPH IS REFERRING TO.

10:33:57  9          I THINK MY TESTIMONY IS THERE'S A HIGHER GROUNDWATER

10:34:02  10  LEVEL ON THE CANAL SIDE THAN ON THE LAND SIDE.  SO THERE IS

10:34:06  11  NATURAL UNDERSEEPAGE THAT'S OCCURRING.  PRIOR TO THE STORM

10:34:10  12  SURGE IT'S OCCURRING EVERY DAY BECAUSE WE HAVE A HIGH WATER

10:34:14  13  LEVEL -- OR A HIGHER WATER LEVEL ON THE CANAL SIDE THAN WE DO

10:34:19  14  ON THE LAND SIDE.

10:34:20  15          AND I MENTIONED THE VALUE OF PLUS 0 ON THE CANAL

10:34:22  16  SIDE, ROUGHLY, AND MINUS 8 -- 7 OR 8 ON THE LAND SIDE.  SO

10:34:27  17  THERE IS FLOW FROM HIGH INITIAL WATER SURFACE TO LOWER WATER

10:34:33  18  SURFACE.

10:34:33  19  **Q.**   AND THAT'S PRECISELY MY POINT.  ONE OF THE WAYS THAT THE

10:34:36  20  CORPS OF ENGINEERS, IN DESIGNING THE LEVEE IN A FLOODWALL,

10:34:38  21  DEALS WITH THAT CHANGE IN GROUNDWATER FLOW IS TO BUILD A SHEET

10:34:43  22  PILE INTO THE FLOODWALL LEVEE; CORRECT?

10:34:46  23  **A.**   CORRECT.

10:34:46  24  **Q.**   OKAY.  IN THIS SAME DOCUMENT, IT INDICATES, YOU WILL

10:34:50  25  SEE -- AND THIS IS AT PAGE JX-00032-001 -- I'M SORRY -- 0041.

10:35:04   1          AND I'LL ASK YOU, IF YOU LOOK AT THIS, HAVE YOU SEEN

10:35:05   2   THIS BEFORE, WHERE IT INDICATES THAT THE SHEET PILE TIP DEPTH

10:35:09   3   GOES DOWN DO MINUS 25 FEET -- I MEAN, I'M SORRY, TO MINUS

10:35:13   4   8 FEET?

10:35:14   5   A.   OH, MINUS 8 NGVD.

10:35:19   6   Q.   YES, SIR.

10:35:19   7   A.   OKAY.

10:35:20   8   Q.   AND THAT'S CONSISTENT WITH YOUR OWN REPORT WHERE YOU SAID

10:35:22   9   THAT THE SHEET PILE TIP DEPTH IS AT MINUS 10.5 FEET; CORRECT?

10:35:26   10  A.   BASED ON NAVD88.

10:35:27   11  Q.   CORRECT.  AND WHERE DID YOU GET THE INFORMATION TO SHOW

10:35:29   12  THAT THE SHEET PILE TIP DEPTH WAS AT THAT LEVEL FOR YOUR

10:35:34   13  REPORT?

10:35:36   14  A.   AS I RECALL, THE IPET REPORTS AND SOME CORPS DOCUMENTS.

10:35:47   15  Q.   IN YOUR EVALUATION OF THE FLOW OF GROUNDWATER, IN

10:35:51   16  PREPARING YOUR REPORT, DID YOU REVIEW A DOCUMENT -- THAT WOULD

10:35:53   17  BE JX-00105-0001, WHICH IS A RECAP SUBMITTAL REPORT CRITERIA

10:36:08   18  DOCUMENT?

10:36:09   19  A.   COULD YOU SLIDE THAT UP SO I COULD SEE THE BOTTOM?

10:36:13   20  Q.   SURE.

10:36:16   21  A.   I BELIEVE I REVIEWED THAT.

10:36:17   22  Q.   OKAY.  IF I CAN DRAW YOUR ATTENTION TO -- THIS WOULD BE

10:36:26   23  JX-00105-00018 AND THEN 19.

10:36:33   24          YOU'LL SEE WHERE THEY HAVE, "A RECAP SUBMITTAL FOR

10:36:37   25  THE EBIA WILL CONSIST OF A MASTER DOCUMENT" -- AND THEN I'LL

10:36:40   1   TURN THE PAGE OVER -- "WHICH IS CALLED THE CRITERIA DOCUMENT,

10:36:44   2   THAT WILL PROVIDE INFORMATION FOR THE ENTIRE EBIA SITE FOLLOWED

10:36:47   3   BY SUPPLEMENTAL SUBMITTALS FOR THE INDIVIDUAL FACILITIES THAT

10:36:52   4   ARE SAMPLED AND ANALYZED."

10:36:56   5           DO YOU SEE THAT?

10:36:57   6   A.   I READ THAT SENTENCE.

10:36:57   7   Q.   IN REVIEWING THIS DOCUMENT, YOU ALSO REVIEWED THE OTHER

10:37:00   8   DOCUMENTS THAT DEALT WITH EACH INDIVIDUAL SITE; CORRECT?

10:37:04   9   A.   THE PROPERTIES IN THE EBIA?

10:37:07   10  Q.   CORRECT.

10:37:07   11  A.   YES.

10:37:08   12  Q.   OKAY.  AND THEN IN THIS SAME-PAGE DOCUMENT, I WANT TO TURN

10:37:12   13  YOUR ATTENTION TO JX-00105-0027.  AND YOU'LL SEE THE

10:37:19   14  HIGHLIGHTED AREA WHERE IT INDICATES "THE FLOODWALL TO THE EAST

10:37:25   15  OF THE SITE IS SUPPORTED ON SHEET PILE THAT REACHES A DEPTH OF

10:37:32   16  AT LEAST 25 FEET, AND THIS WOULD ESSENTIALLY INTERRUPT THE

10:37:35   17  WATER FLOW IN THE EASTERLY DIRECTION AT LOWER ELEVATIONS TO

10:37:40   18  25 FEET."

10:37:42   19  A.   I SEE THAT SENTENCE.

10:37:45   20          AND WHAT'S THE QUESTION?

10:37:46   21  Q.   HAD YOU READ THIS DOCUMENT BEFORE AND THIS PARTICULAR

10:37:51   22  SENTENCE?

10:37:52   23  A.   I THINK SO.

10:37:52   24  Q.   OKAY.  AND MY QUESTION ON THIS IS:  IF, IN FACT, THIS IS

10:37:56   25  SOMETHING THAT WGI PRODUCED.  AND THEY MAKE AN EVALUATION THAT

10:37:59   1   THE SHEET GROUNDWATER WILL BE CUT OFF BY THIS SHEET PILE, IS

10:38:02   2   THAT A GEOTECHNICAL ANALYSIS THAT THEY WERE DOING TO COME TO

10:38:06   3   THAT CONCLUSION?

10:37:56   4

10:38:09   5   **A.**   I DON'T KNOW IF THEY PERFORMED THE GEOTECHNICAL ANALYSIS,

10:38:12   6   BUT ALL SHEET PILE LEAK.  I MEAN, THE INTERLOCKS ALLOW FLOW

10:38:17   7   THROUGH, AND THAT'S HOW YOU CAN HAVE FLOW FROM THE CANAL SIDE

10:38:22   8   TO THE LAND SIDE.  SO IT'S NOT ONLY UNDERSEEPAGE UNDERNEATH THE

10:38:28   9   SHEET PILE, BUT THERE'S ALSO FLOW THROUGH THE SHEET PILE.

10:38:32   10  **Q.**   WOULD YOU BELIEVE THAT TAKES SOME TYPE OF SPECIALIZED

10:38:35   11  KNOWLEDGE TO COME TO THE CONCLUSION THAT SHEET PILE WOULD CUT

10:38:38   12  OFF GROUNDWATER FLOW?  ISN'T THAT WHAT HYDROGEOLOGY IS ALL

10:38:42   13  ABOUT?

10:38:46   14  **A.**   I GUESS THEY WOULD BE KNOWLEDGEABLE ABOUT THE EFFECTS OF

10:38:48   15  SHEET PILE.

10:38:49   16  **Q.**   SOMEBODY HAD TO COME TO THAT CONCLUSION TO PUT THAT IN

10:38:51   17  THERE; CORRECT?

10:38:52   18  **A.**   I'M NOT SURE.

10:38:58   19  **Q.**   OKAY.  MOVING TO YOUR INVOLVEMENT WITH THIS CASE IN

10:39:01   20  PARTICULAR, MY UNDERSTANDING FROM SITTING AT YOUR DEPOSITION,

10:39:05   21  IS YOU DO NOT HAVE AN OPINION AS TO WHAT CAUSED THE FAILURE OF

10:39:08   22  EITHER THE NORTH BREACH OR THE SOUTH BREACH.  CORRECT?

10:39:11   23  **A.**   NOT WHAT CAUSED EITHER BREACH.

10:39:13   24  **Q.**   AND THAT YOUR OPINION WAS STRICTLY TO ANALYZE WHETHER OR

10:39:17   25  NOT THE EXCAVATIONS CONTRIBUTED TO CONDUCTIVITY BETWEEN THE

10:39:22   1   IHNC AND THE PROTECTED SIDE OF THE FLOODWALL, FOCUSING ON THE

10:39:26   2   ACTIVITIES THAT OCCURRED AND HOW THESE ACTIVITIES MAY HAVE

10:39:29   3   IMPACTED SEEPAGE; IS THAT CORRECT?

10:39:31   4   **A.**   THAT'S CORRECT.

10:39:31   5   **Q.**   AND WHEN YOU TALK ABOUT THE ANALYSIS OF SEEPAGE, YOU'RE

10:39:34   6   ACTUALLY TALKING ABOUT THE FLOW OF WATER; IS THAT CORRECT?

10:39:38   7   **A.**   THE FLOW OF WATER FROM THE CANAL SIDE TO THE LAND SIDE.

10:39:45   8   **Q.**   AND I'LL SHOW YOU ONE OF THE DOCUMENTS THAT WAS ACTUALLY

10:39:53   9   PRODUCED AT YOUR DEPOSITION, WHICH IS JX-01863-001.  THIS WAS

10:40:02  10   AN EXHIBIT -- THIS WAS DRAWN BY MY COLLEAGUE AT THE DEPOSITION,

10:40:11  11   MR. STEVENS.  BUT THIS IS BASICALLY WHAT YOUR OPINION IS, THAT

10:40:14  12   WATER WOULD GET FROM ONE SIDE OF THE LEVEE TO THE OTHER AND

10:40:17  13   THAT THE MOLECULES WOULD HAVE TO PASS UNDERNEATH THE FLOODWALL

10:40:20  14   AND LEVEE; CORRECT?

10:40:23  15   **A.**   MY RECOLLECTION IS MR. STEVENS DREW THIS, AND HE WAS

10:40:26  16   ASKING ME IF THE WATER MOLECULE HAD TO GO FROM THE IHNC TO THE

10:40:34  17   LAND SIDE TO TRANSMIT PRESSURE.  I BELIEVE THAT WAS THE SOURCE

10:40:39  18   OF THE QUESTIONING.  AND MY ANSWER WAS YES.

10:40:43  19   **Q.**   OKAY.  AND SO AS I UNDERSTAND YOUR FINAL CONCLUSION --

10:40:52  20   IT'S ALSO DR. MARR'S, I BELIEVE -- THAT WITH THE FLOW ANALYSIS,

10:40:55  21   THERE SIMPLY WAS NOT ENOUGH TIME FOR THE WATER CONDITIONS --

10:40:59  22   FOR THE CONDITIONS TO ALLOW THE WATER MOLECULES TO GET FROM ONE

10:41:02  23   SIDE OF THE FLOODWALL TO THE PROTECTED SIDE TO PRESENT THAT

10:41:05  24   TYPE OF PRESSURE THAT YOU'RE TALKING ABOUT.  CORRECT?

10:41:07  25   **A.**   YES, AND I'D LIKE TO REFINE THAT.  THE WATER MOLECULES

10:41:13   1   ASSOCIATED WITH THE STORM SURGE, AS I MENTIONED, THERE'S

10:41:18   2   INITIAL GROUNDWATER FLOW FROM CANAL TO LAND SIDE, BUT THERE

10:41:21   3   WASN'T SUFFICIENT TIME FOR WATER MOLECULES ASSOCIATED WITH THE

10:41:25   4   STORM SURGE RELATED TO THE HURRICANE TO GO FROM CANALSIDE TO

10:41:29   5   LANDSIDE.

10:41:31   6   Q.   AND YOUR SEEPAGE ANALYSIS CALCULATES THE SATURATED

10:41:34   7   VERTICAL HYDRAULIC CONDUCTIVITY FROM INPUTTED VALUES OF

10:41:39   8   HORIZONTAL HYDRAULIC VALUES, AND HYDRAULIC CONDUCTIVITY RATIO

10:41:44   9   IS VERTICAL-TO-HORIZONTAL CONDUCTIVITY; CORRECT?

10:41:50   10   A.   WELL, THE SEEPAGE PROGRAM REQUIRES HORIZONTAL HYDRAULIC

10:41:54   11   CONDUCTIVITY AND VERTICAL HYDRAULIC CONDUCTIVITY.

10:41:57   12   Q.   OKAY.  COULD YOU DESCRIBE WHAT YOUR EXPLANATION OF

10:41:59   13   VERTICAL HYDRAULIC CONDUCTIVITY IS?

10:42:01   14   A.   SURE.  VERTICAL HYDRAULIC CONDUCTIVITY IS, IF A DROP OF

10:42:06   15   WATER IS FLOWING FROM THE GROUND SURFACE VERTICALLY DOWN, THAT

10:42:10   16   IS CONTROLLED BY THE VERTICAL HYDRAULIC CONDUCTIVITY.  THEN IF

10:42:14   17   THAT DROP OF WATERS WANTS TO MOVE HORIZONTALLY, IT'S CONTROLLED

10:42:17   18   BY THE HORIZONTAL HYDRAULIC CONDUCTIVITY.

10:42:23   19   Q.   AND SO IN YOUR REPORT, YOU INDICATE THAT HYDRAULIC

10:42:26   20   CONDUCTIVITY RATIO GREATER THAN UNITY MEANS THAT THE HORIZONTAL

10:42:34   21   HYDRAULIC CONDUCTIVITY IS GREATER THAN THE VERTICAL HYDRAULIC

10:42:36   22   CONDUCTIVITY?

10:42:36   23   A.   THAT'S CORRECT.

10:42:37   24   Q.   AND IT'S YOUR OPINION IN THE REPORT -- IN YOUR REPORT THAT

10:42:40   25   THEY ARE EQUAL, IN UNITY, 1 TO 1; CORRECT?

10:42:44   1   **A.**   NO.   IN FACT, I HAVE A HYDRAULIC CONDUCTIVITY RATIO OF

10:42:49   2   1.6, SO SLIGHTLY -- A LITTLE GREATER THAN UNITY.

10:42:52   3   **Q.**   AND DR. ROGERS AND DR. BEA HAVE A HYDRAULIC CONDUCTIVITY

10:42:55   4   RATIO OF 10 TO 1; CORRECT?

10:42:57   5   **A.**   10 TO 1, EXACT.

10:42:59   6   **Q.**   AND IT'S YOUR EXPLANATION THAT YOUR REASONING TO HAVE --

10:43:04   7   I'M SORRY, IS IT 1 -- 1 POINT --

10:43:06   8   **A.**   1.6.

10:43:07   9   **Q.**   1.6?

10:43:08   10            **THE COURT:**   AND HOW WOULD YOU EXPRESS -- I WANT TO

10:43:11   11   MAKE SURE I'M RIGHT -- THE RATIO UTILIZED BY DR. BEA AS

10:43:18   12   COMPARED TO YOUR 1.6?   IF WE MADE THEM IN THE SAME

10:43:23   13   CONFIGURATION NUMERICALLY, HOW WOULD IT BE EXPRESSED?

10:43:28   14            **THE WITNESS:**   SO DR. BEA IS USING A FACTOR OF 10, SO

10:43:31   15   HE'S SAYING HORIZONTAL HYDRAULIC CONDUCTIVITY IS 10 TIMES

10:43:35   16   VERTICAL HYDRAULIC CONDUCTIVITY.

10:43:37   17            **THE COURT:**   SO INSTEAD OF 1.6, IT WOULD BE?

10:43:40   18            **THE WITNESS:**   SO MINE IS HORIZONTAL HYDRAULIC

10:43:42   19   CONDUCTIVITY IS 1.6 TIMES THE VERTICAL.

10:43:45   20            **THE COURT:**   RIGHT.

10:43:46   21            **THE WITNESS:**   MINE'S MUCH LOWER.   SO MY HORIZONTAL IS

10:43:50   22   ALMOST EQUAL TO VERTICAL.

10:43:52   23            **THE COURT:**   WOULD HIS 10 -- WOULD HIS BE EXPRESSED IN

10:43:54   24   10 INSTEAD OF 1.6, IN OTHER WORDS, TO COMPARE IT TO YOURS?

10:43:59   25            **THE WITNESS:**   YES, HIS WOULD BE 10.

10:44:01   1              THE COURT:  OKAY.

10:44:02   2              THE WITNESS:  EXACTLY, 10.

10:44:03   3              THE COURT:  ALL RIGHT.

10:44:06   4   BY MR. JOANEN:

10:44:06   5   Q.   AND, DR. STARK, IT'S YOUR -- IT WAS YOUR STATEMENT IN YOUR

10:44:11   6   REPORT THAT THE REASON YOU COME UP WITH THE HYDRAULIC

10:44:13   7   CONDUCTIVITY RATIO THAT YOU HAVE IS BASED UPON THE LOWER

10:44:19   8   ORGANIC CONTENT OF THE FUGRO BORINGS THAT WERE TAKEN IN THIS

10:44:22   9   CASE; CORRECT?

10:44:23   10   A.   NO, MY RATIO OF 1.6 COMES FROM THE LABORATORY TEST RESULTS

10:44:28   11   OF HYDRAULIC CONDUCTIVITY PERFORMED BY FUGRO AS WELL AS THE

10:44:33   12   FIELD PUMP TEST.

10:44:34   13   Q.   ALL THAT WAS DONE AS A RESULT OF THIS 2011 JOINT SOILS

10:44:40   14   TESTING THAT WAS DONE; CORRECT?  LAST SUMMER?

10:44:45   15   A.   YES, SIR.

10:44:46   16   Q.   IT'S YOUR BELIEF, IS IT NOT, THAT BASED ON THE BEHAVIORAL

10:44:50   17   ORGANIC CLAY DEPOSITS, THAT THE AVERAGE HYDRAULIC CONDUCTIVITY

10:44:53   18   RATIO OF UNITY WAS REASONABLE?  AND THAT'S FROM PAGE 186 OF

10:44:57   19   YOUR REPORT.  SO YOU'RE AT ABOUT THERE BASED UPON THE SOILS

10:44:59   20   TESTING PROTOCOL YOU WENT THROUGH; CORRECT?

10:45:02   21   A.   UNITY TO 1.6 ROUGHLY.  CERTAINLY LESS THAN 10.

10:45:08   22   Q.   DID YOU TAKE THE TIME TO REVIEW THE REPORTS THAT WERE DONE

10:45:14   23   BY MMG PRIOR TO LITIGATION THAT WERE DONE AS THE EBIA PROJECT

10:45:18   24   TOOK PLACE?

10:45:19   25   A.   YES, I REVIEWED SOME OF THE MMG REPORTS.

10:45:23   1   **Q.**   AND IT WOULD BE TRUE, WOULDN'T IT -- WOULD IT, DOCTOR,

10:45:26   2   THAT ALL THE EXCAVATIONS THAT WERE DONE THAT WERE THEN

10:45:29   3   BACKFILLED WERE BACKFILLED WITH EITHER SPOIL, WHICH IS MATERIAL

10:45:32   4   THAT WAS TAKEN OUT OF THE HOLE AS THINGS WERE DUG UP AND IT

10:45:35   5   COULD BE PUT BACK IN, OR BORROW, WHICH CAME FROM THE MCDONOUGH

10:45:39   6   MARINE BORROW PIT, OR SAND THAT WAS TRUCKED ONTO THE SITE;

10:45:43   7   CORRECT?

10:45:43   8   **A.**   CORRECT.

10:45:45   9   **Q.**   DID YOU READ THE SAUCER MARINE DRILLING REPORT THAT

10:45:49   10   INDICATED WHAT THEIR ASSESSMENT WAS OF THE SOIL PROPERTIES IN

10:45:55   11   2002?

10:45:57   12   **A.**   I'M NOT SURE I RECALL THE DOCUMENT.  IF YOU HAVE IT, THAT

10:45:59   13   WOULD BE --

10:46:01   14   **Q.**   YES.  I'LL SHOW IT TO YOU.  THIS IS EXHIBIT JX-0659 --

10:46:05   15   **A.**   YES.

10:46:07   16   **Q.**   -- -002.

10:46:07   17   **A.**   I REMEMBER REVIEWING THIS DOCUMENT.

10:46:09   18   **Q.**   AND THIS IS THE SAUCER MARINE DRILLING REPORT?  THIS IS

10:46:13   19   WHAT -- TESTING THAT WAS DONE BY MMG ON BEHALF OF WGI TO GET AN

10:46:17   20   UNDERSTANDING OF WHAT THE SOILS WERE LIKE IN THE EBIA; CORRECT?

10:46:22   21   **A.**   IN THE SAUCER MARINE EBIA.

10:46:24   22   **Q.**   CORRECT.

10:46:25   23   **A.**   YES, SIR.

10:46:26   24   **Q.**   AND I'LL DRAW YOUR ATTENTION TO -- WHAT WAS -- LET ME ASK

10:46:29   25   YOU THIS:  WHAT WAS YOUR UNDERSTANDING OF WHAT TYPES OF SOILS

10:46:32   1   WERE FOUND AS A RESULT OF THIS INVESTIGATION?

10:46:34   2   A.   WELL, PREDOMINANTLY CLAY MATERIALS.  THE NATIVE GRAY CLAY

10:46:41   3   UNDERLINING THE EBIA WERE DOMINANT MATERIALS.

10:46:46   4   Q.   AND I'LL DRAW YOUR ATTENTION TO PAGE 8 OF THIS REPORT,

10:46:49   5   JX-01659-008.  I'LL SHOW YOU THE HIGHLIGHTED PART.  WHERE IT

10:46:57   6   TALKS SILTS AND CLAYS WERE THE MAIN CONSTITUENTS OF THE NATIVE

10:47:01   7   SOILS, IS THAT CONSISTENT WITH YOUR UNDERSTANDING?

10:47:03   8   A.   YES, SIR.

10:47:04   9   Q.   AND ALSO THAT THEY'RE PLANT-DERIVED ORGANICS FOUND

10:47:11  10   THROUGHOUT THE BOREHOLE DEPTH; IS THAT CORRECT?

10:47:13  11   A.   I'M SORRY?  WHAT IS THAT?

10:47:17  12   Q.   IT WOULD BE THE NEXT PARAGRAPH DOWN.

10:47:25  13   A.   YES, ORGANICS WERE FOUND IN THE CLAY MATERIAL THERE.

10:47:28  14   Q.   AND, IN FACT, THEY INDICATE THE PERCENTAGE OF ORGANIC

10:47:31  15   CONTENT USUALLY INCREASED AFTER 14 FEET IN DEPTH, AND THERE

10:47:34  16   WERE PEAT LAYERS ENCOUNTERED IN SEVERAL BOREHOLES AT VARIED

10:47:40  17   LAYERS -- VARIED DEPTHS?

10:47:42  18   A.   BASED ON MY INVOLVEMENT IN THE PROJECT, IT'S NOT -- I DID

10:47:46  19   NOT CONCLUDE THAT ORGANIC CONTENT USUALLY INCREASED AFTER

10:47:50  20   14 FEET.  I DIDN'T FIND THAT CONSISTENTLY.  SOME BORINGS DIDN'T

10:47:55  21   REALLY EVEN HAVE ORGANIC CONTENT.

10:47:57  22   Q.   AND WE'LL GET TO THAT IN A SECOND.

10:47:59  23   A.   OKAY.

10:47:59  24   Q.   BUT AT LEAST PRIOR TO LITIGATION, THE WORK THAT FUGRO WAS

10:48:02  25   DOING ON BEHALF OF MMG, THOSE BORINGS DID SHOW PEAT AND

10:48:08   1   ORGANICS AND SILTS AND CLAYS THROUGHOUT THE LEVELS; CORRECT?

10:48:13   2   **A.**   I THINK THEY SHOWED SILTS AND CLAYS.  I DON'T THINK MMG

10:48:17   3   WAS USING THE PROPER CLASSIFICATION SYSTEM TO CLASSIFY THE

10:48:21   4   MATERIAL AS PEAT.  THERE'S A SPECIFIC ASTM, AMERICAN SOCIETY

10:48:26   5   FOR TESTING AND MATERIALS, SPECIFICATION FOR CLASSIFYING SOIL

10:48:30   6   AS A PEAT, AND I DON'T THINK MMG USED THAT TEST PROCEDURE.

10:48:37   7   **Q.**   OKAY.  I'LL DRAW YOUR ATTENTION NEXT TO THE BOLAND MARINE

10:48:42   8   DRILLING REPORT, WHICH IS JX-01660.  HAVE YOU SEEN THIS

10:48:50   9   DOCUMENT BEFORE?

10:48:50  10   **A.**   YES, SIR.

10:48:51  11   **Q.**   AND I'LL DRAW ALSO YOUR ATTENTION TO PAGE 8 OF THIS

10:48:57  12   REPORT, AND YOU CAN SEE WHAT I HAVE HIGHLIGHTED HERE.  TAKE A

10:49:03  13   MOMENT AND READ THAT.

10:49:06  14   **A.**   (WITNESS COMPLIES.)

10:49:07  15        YES, SIR.

10:49:17  16   **Q.**   AND THAT WOULD INDICATE ALSO, CONSISTENT WITH WHAT THEY

10:49:19  17   FOUND AT SAUCER MARINE, THAT THE NATIVE SOILS WERE PRIMARILY

10:49:22  18   SILTS AND CLAYS WITH ORGANIC RICH CLAYS AND SILTS, AND THAT

10:49:26  19   THERE WERE PLANT-DERIVED ORGANICS FOUND WITHIN THE BORINGS; IS

10:49:35  20   THAT CORRECT?

10:49:35  21   **A.**   YES, SIR.

10:49:35  22   **Q.**   AND THAT WAS FOR THE -- THE BOLAND SITE, THERE WAS ALSO A

10:49:38  23   DRILLING REPORT FOR THE BORROW PIT AS WELL.  ARE YOU FAMILIAR

10:49:42  24   WITH THAT?

10:49:43  25   **A.**   YES.

| | | |
|---|---|---|
| 10:49:43 | 1 | **Q.**   AND I'LL SHOW YOU.  THAT'S GOING TO BE EXHIBIT PX-0847-1. |
| 10:49:49 | 2 | AND THIS IS THE MCDONOUGH MARINE BORROW PIT AREAS? |
| 10:49:53 | 3 | **A.**   YES. |
| 10:49:54 | 4 | **Q.**   OKAY.  DID YOU -- HAVE YOU REVIEWED THIS IN PREPARATION |
| 10:49:59 | 5 | FOR PREPARING YOUR REPORT? |
| 10:50:01 | 6 | **A.**   I BELIEVE I DID. |
| 10:50:02 | 7 | **Q.**   AND SO YOU'RE FAMILIAR WITH WHAT -- THE UNDERSTANDING OF |
| 10:50:04 | 8 | WHAT THE SOILS WERE PRIOR TO LITIGATION; CORRECT? |
| 10:50:07 | 9 | **A.**   I'M FAMILIAR WITH WHAT IS WRITTEN IN THIS REPORT. |
| 10:50:14 | 10 | **Q.**   AND I'M GOING TO DRAW YOUR ATTENTION TO -- THIS WOULD BE |
| 10:50:17 | 11 | PAGE 11.  THERE ARE SEVERAL CONCLUSIONS THAT WERE DRAWN |
| 10:50:19 | 12 | REGARDING THE BORROW PIT SOIL PROPERTIES.  AND I'M GOING TO |
| 10:50:26 | 13 | TURN THE PAGE, IF THAT'S OKAY WITH YOU. |
| 10:50:30 | 14 | **A.**   OKAY. |
| 10:50:31 | 15 | **Q.**   AND THIS IS AT PAGE 12 WHERE THEY INDICATE THE WATER TABLE |
| 10:50:37 | 16 | IS BETWEEN 3 AND 8 FEET AND THAT THERE IS AN AQUITARD THAT IS |
| 10:50:42 | 17 | GOING TO STOP THE GROUNDWATER FROM COMING UP TO THE TOP AND |
| 10:50:47 | 18 | THAT IF IT WERE PUNCTURED, IT WOULD THEN RISE UP TO A HIGHER |
| 10:50:50 | 19 | LEVEL; IS THAT CORRECT? |
| 10:50:52 | 20 | **A.**   I CAN SEE IN NO. 4, WATER TABLE IS APPROXIMATELY 3 TO |
| 10:50:55 | 21 | 8 FEET BELOW THE SURFACE.  IF . . . |
| 10:51:06 | 22 | **Q.**   SO THAT GIVES YOU AN UNDERSTANDING OF WHERE THE WATER |
| 10:51:08 | 23 | TABLE IS AT THAT LAYER -- AT THAT LEVEL; CORRECT? |
| 10:51:12 | 24 | **A.**   IN BULLET NO. 4 -- |
| 10:51:12 | 25 | **Q.**   CORRECT. |

10:51:13   1   **A.**   -- AT ABOUT 3 -- 3 TO 8 FEET BELOW.

10:51:16   2   **Q.**   AND THEN WITH THE BORINGS, THERE WAS AN ASSESSMENT OF WHAT

10:51:19   3   TYPE OF SOILS WERE TO BE FOUND IN THE AREA.  AND I'LL DRAW YOUR

10:51:28   4   ATTENTION TO TWO PAGES WHICH ARE CROSS SECTIONS OF WHAT THEY

10:51:32   5   WERE EXPECTED TO FIND THEN.  THE FIRST WILL BE AT PAGE 65 OF

10:51:36   6   THAT REPORT, AND YOU'LL SEE THAT THERE'S A NUMBER RIGHT THERE.

10:51:41   7         IT'S PX-0847-65.  AND IN LOOKING AT THIS, YOU'LL SEE

10:51:47   8   IN THE LEGEND THAT THERE'S SILTY CLAYS AND CLAY SILTS AND ONLY

10:51:56   9   VERY LITTLE FAT CLAY RIGHT HERE; CORRECT?

10:51:59  10   **A.**   I'M TRYING TO READ THE LEGEND HERE.  WHICH HATCH IS THE

10:52:04  11   FAT CLAY?

10:52:06  12   **Q.**   THAT WOULD BE RIGHT HERE.  SO AT LIKE MINUS 12 TO

10:52:10  13   MINUS 14 FEET?

10:52:11  14   **A.**   OH, I SEE.  YEAH, THAT'S WHAT THEY'RE INDICATING.

10:52:14  15   **Q.**   IT WAS PREDOMINANTLY SILTY CLAYS THROUGHOUT; CORRECT?  OR

10:52:18  16   AT A HIGHER LEVEL, YOU'LL HAVE CLAYEY SILTS?

10:52:23  17   **A.**   WELL, WHAT THEY'RE INDICATING IS A UNIFIED SOIL

10:52:27  18   CLASSIFICATION SYMBOL OF CL OR ML, IF YOU LOOK IN THE LOWER

10:52:32  19   HATCH LEGEND THERE.  AN ML, YOU'RE CORRECT, IS A SILT, A

10:52:36  20   LOW-PLASTICITY SILT; AND THE CL IS LOW PLASTICITY CLAY.

10:52:41  21         SO THAT SHADED AREA IN THE MIDDLE ACROSS THE

10:52:46  22   CROSS SECTION WOULD BE, SAY, A LOW-PLASTICITY CLAY.

10:52:49  23   **Q.**   OKAY.  AND SO MY UNDERSTANDING IS, AS IT'S BEEN DESCRIBED

10:52:52  24   TO ME -- AND CORRECT ME IF I'M WRONG -- THAT THE DIFFERENCE

10:52:55  25   BETWEEN A CLAY SILT AND A SILTY CLAY WOULD BE THAT THE CLAY

10:52:59  1   MATERIAL ON THE CLAY SILT HAS A HIGHER PERCENTAGE THAN THE

10:53:03  2   SILT.  IS THAT CORRECT?

10:53:05  3   **A.**   RIGHT, THE SILT WOULD HAVE A HIGHER PERCENTAGE.

10:53:08  4   **Q.**   IF IT'S A CLAY SILT, WOULD THE CLAY BE THE HIGHER

10:53:13  5   PERCENTAGE?

10:53:16  6   **A.**   NO, THE SILT WOULD BE.  SO THE --

10:53:18  7   **Q.**   OKAY.  AND THEN THE NEXT PAGE OF THIS, WHICH IS A

10:53:22  8   CONTINUATION OF THEIR -- MMG'S ASSESSMENT OF WHAT WAS TO BE

10:53:26  9   FOUND IN THE BORROW PIT, YOU'LL SEE THAT THERE'S ALSO YOUR CLAY

10:53:32  10  SILT, SILTY CLAY, AND THEN JUST THIS AMOUNT OF FAT CLAYS RIGHT

10:53:37  11  HERE.

10:53:38  12  **A.**   THAT'S WHAT THE CROSS SECTION INDICATES.

10:53:41  13  **Q.**   SO IF THE BORROW PIT WERE BEING USED TO BACKFILL

10:53:44  14  EXCAVATIONS THROUGHOUT THE EBIA SITE, ONE WOULD EXPECT THAT THE

10:53:48  15  MATERIAL WOULD BE COMBINATIONS OF THESE, CORRECT, SILTY CLAYS,

10:53:55  16  CLAY SILTS, AND THEN MAYBE SOME FAT CLAYS; CORRECT?

10:54:00  17  **A.**   YEAH.

10:54:03  18  **Q.**   NOW, WHEN YOU AND YOUR COLLEAGUES WERE PREPARING FOR THE

10:54:09  19  LITIGATION AND YOU DID YOUR SOIL BORING ANALYSIS, YOU CAME UP

10:54:16  20  WITH YOUR OWN ASSESSMENTS OF WHAT TYPES OF SOILS WERE FOUND OUT

10:54:20  21  IN THE EBIA; CORRECT?

10:54:22  22  **A.**   CORRECT.

10:54:22  23  **Q.**   AND IT WAS GOING TO BE YOUR UNDERSTANDING OF WHAT TYPES OF

10:54:24  24  SOILS WERE THERE THAT WOULD AFFECT YOUR PERMEABILITY RATINGS

10:54:28  25  THAT YOU WOULD APPLY FOR THE MODELS THAT YOU HAVE SHOWN HERE

| | | |
|---|---|---|
| 10:54:32 | 1 | TODAY; CORRECT? |
| 10:54:32 | 2 | **A.**   WELL, ONE OF THE OBJECTIVES OF THE INVESTIGATION WAS TO |
| 10:54:35 | 3 | MEASURE HYDRAULIC CONDUCTIVITY OF THE SOILS, YES. |
| 10:54:46 | 4 | **Q.**   AND YOUR CROSS SECTIONS THAT YOU HAVE IN YOUR REPORT ARE, |
| 10:54:49 | 5 | IN FACT, BASED UPON THE SOIL BORINGS AND THE LAB TESTINGS THAT |
| 10:54:55 | 6 | YOU DID AFTER THE FACT; CORRECT? |
| 10:54:57 | 7 | **A.**   NO.   THE -- THE CROSS SECTIONS, THE THREE AT THE NORTH AND |
| 10:54:59 | 8 | THE THREE AT THE SOUTH THAT I MENTIONED IN MY TESTIMONY, USE |
| 10:55:02 | 9 | BOTH PREEXISTING AND 2011 RESULTS.   I THINK I MENTIONED THAT IN |
| 10:55:10 | 10 | MY TESTIMONY. |
| 10:55:11 | 11 | **Q.**   AND, IN FACT, IN YOUR REPORT AT PAGE -- IT WAS PAGE 135 OF |
| 10:55:19 | 12 | YOUR REPORT, YOU DREW A SPECIFIC INFERENCE AND A SPECIFIC |
| 10:55:22 | 13 | COMPARISON TO YOUR BOREHOLE 18 WITH THE MMG 76C; CORRECT? |
| 10:55:34 | 14 | **A.**   I'M NOT SURE WHAT PAGE THAT IS. |
| 10:55:43 | 15 | **Q.**   IT'S GOING TO BE 135.   THIS IS FROM YOUR REPORT.   YOU SEE |
| 10:55:53 | 16 | THERE'S A PAGE RIGHT THERE? |
| 10:55:55 | 17 | **A.**   OKAY. |
| 10:55:57 | 18 | **Q.**   AND YOU'RE INDICATING WHAT YOU FOUND TO BE IN YOUR BORINGS |
| 10:56:01 | 19 | VERSUS WHAT HAD BEEN DONE PRIOR TO LITIGATION; CORRECT? |
| 10:56:07 | 20 | **A.**   CORRECT.   I'M COMPARING THE EBIA B18 TO THE MMG BORING |
| 10:56:13 | 21 | 77C. |
| 10:56:14 | 22 | **Q.**   AND I SEE IN THERE THAT YOU HAVE NO PEAT IN YOUR CROSS |
| 10:56:17 | 23 | SECTIONS; CORRECT? |
| 10:56:18 | 24 | **A.**   THAT'S CORRECT, FOR THE B18, IT'S FILL, FAT CLAY, AND |
| 10:56:21 | 25 | ORGANIC CLAY. |

3462

10:56:22  1  **Q.**   OKAY.  NOW, YOU WEREN'T THE ONLY PERSON WHO WAS INVOLVED

10:56:26  2  IN THE ANALYSIS OF THE BORINGS, WERE YOU?  DR. NAYMIK WAS ALSO

10:56:31  3  INVOLVED; CORRECT?

10:56:33  4  **A.**   I DON'T BELIEVE SO.

10:56:33  5  **Q.**   YOU DON'T BELIEVE THAT DR. NAYMIK WAS INVOLVED IN AN

10:56:37  6  ANALYSIS OF ANY OF THE BORINGS OR THE LAB TESTING?

10:56:40  7  **A.**   I DON'T REMEMBER THAT HE WAS INVOLVED.

10:56:48  8  **Q.**   I KNOW YOU WERE VERY INVOLVED.  IN FACT, YOU EVEN SHOWED A

10:56:50  9  SLIDE THAT SAYS YOU WERE THERE FOR MOST OF THEM, 70 PERCENT TO

10:56:53  10  90 PERCENT; CORRECT?

10:56:55  11  **A.**   YES, SIR.

10:56:55  12  **Q.**   I'LL SHOW YOU -- HAVE YOU REVIEWED DR. NAYMIK'S REPORT?

10:56:58  13  **A.**   YES, I DID.

10:57:00  14  **Q.**   YOU'RE FAMILIAR WITH THE FACT THAT HIS REPORT WAS DATED

10:57:02  15  MARCH 1ST, 2011; CORRECT?

10:57:07  16  **A.**   I'M NOT SURE OF THE EXACT DATE.

10:57:09  17  **Q.**   DID YOU CONSULT WITH HIM IN ANY WAY REGARDING HIS ANALYSIS

10:57:13  18  OF THE EBIA SOIL PROPERTY?

10:57:16  19  **A.**   WE -- WE HAD SOME DISCUSSIONS ABOUT HYDRAULIC

10:57:19  20  CONDUCTIVITY.

10:57:19  21  **Q.**   OKAY.  WITH THAT, I'LL SHOW YOU -- THIS IS DR. NAYMIK'S

10:57:28  22  REPORT.  THIS IS JX-01843-0030.  YOU SEE IT'S DATED MARCH 1ST,

10:57:37  23  2012.  AND HE SAID:  "AT THE REQUEST OF THE DEFENSE TEAM, FUGRO

10:57:40  24  IS REVISING THEIR DESCRIPTION OF SOIL CORE SAMPLES TO

10:57:44  25  INCORPORATE ASTM SOIL CLASSIFICATION STANDARD."

| | | |
|---|---|---|
| 10:57:46 | 1 | DO YOU SEE THAT? |
| 10:57:47 | 2 | **A.**   YES, SIR. |
| 10:57:47 | 3 | **Q.**   AND WHY WAS THAT DONE? |
| 10:57:51 | 4 | **A.**   WELL, I HAD QUITE A BIT OF EXPERIENCE WITH TESTING OF PEAT |
| 10:57:55 | 5 | SOILS PRIOR TO THIS PROJECT; AND IN FACT, DR. BEA AND ROGERS |
| 10:58:04 | 6 | REFERENCE SOME OF MY TECHNICAL PAPERS ON THE SUBJECT. |
| 10:58:07 | 7 | AND THE MATERIALS THAT WERE ENCOUNTERED IN THE EBIA |
| 10:58:11 | 8 | WERE -- ARE NOT PEAT, AND I KNEW THAT AND I HAD SUGGESTED THAT |
| 10:58:15 | 9 | FUGRO SHOULD USE THE ASTM CLASSIFICATION METHOD FOR PEATS. |
| 10:58:23 | 10 | AND WHEN THEY DID APPLY THE APPROPRIATE ASTM |
| 10:58:26 | 11 | CLASSIFICATION METHOD, THE SOIL IS CLASSIFIED AS ORGANIC CLAYS. |
| 10:58:34 | 12 | **Q.**   IF I CAN, I'M JUST GOING TO SHOW YOU -- YOU DID REVIEW THE |
| 10:58:37 | 13 | MMG BORINGS IN PREPARATION TO YOUR CROSS SECTIONS; CORRECT? |
| 10:58:43 | 14 | **A.**   YES, SIR. |
| 10:58:43 | 15 | **Q.**   AND I'M JUST GOING TO -- AND THIS IS REALLY ONE OF THE |
| 10:58:47 | 16 | REASONS I HAVE THE ELMO, BECAUSE I'M JUST GOING TO GO THROUGH |
| 10:58:49 | 17 | THIS FAIRLY QUICKLY AND LET YOU LOOK AT THEM.  I'M GOING TO |
| 10:58:51 | 18 | SHOW THE COURT WHAT THE MMG BORINGS SHOW THE SOIL STRATIGRAPHY |
| 10:58:55 | 19 | WAS PRIOR TO LITIGATION. |
| 10:58:56 | 20 | AND THIS IS GOING TO BE JX-01660-0133 THROUGH |
| 10:59:05 | 21 | JX-01660-170. |
| 10:59:10 | 22 | AND THIS WILL BE -- YOU'LL SEE THAT THERE'S -- AT THE |
| 10:59:13 | 23 | TOP I'VE HIGHLIGHTED THE SOIL BORING NUMBER ITSELF.  SO I'M |
| 10:59:23 | 24 | STARTING AT 76.  AND WHAT I TRIED TO DO WAS TAKE WHAT YOU |
| 10:59:26 | 25 | INDICATED IN YOUR REPORT WERE YOUR CROSS SECTIONS AND JUST |

| | | |
|---|---|---|
| 10:59:28 | 1 | GOING TO GO DOWN THE LINES AS TO WHAT THEY READ. |
| 10:59:30 | 2 | AND I BELIEVE THAT YOUR BORING THAT YOU HIGHLIGHTED |
| 10:59:34 | 3 | TO THE COURT IN YOUR REPORT -- I THINK THIS BRACKET'S WHERE |
| 10:59:36 | 4 | YOUR BORING IS.  THAT'S WHAT I TRIED TO DO, AT LEAST, SO WE CAN |
| 10:59:39 | 5 | UNDERSTAND IT. |
| 10:59:40 | 6 | **A.**   OKAY. |
| 10:59:41 | 7 | **Q.**   HERE WE KNOW THAT -- 76A, FOR THE RECORD, WE KNOW STARTS |
| 10:59:44 | 8 | AT THE FLOODWALL, AND THEN THEY'LL PROGRESS ALPHABETICALLY |
| 10:59:47 | 9 | TOWARDS -- HIGHER TOWARDS THE CANAL; CORRECT? |
| 10:59:50 | 10 | **A.**   THAT'S CORRECT. |
| 10:59:51 | 11 | **Q.**   AND THEN THE NUMBERS, 76 IS GOING TO BE AT A DISTINCT |
| 10:59:54 | 12 | LOCATION.  THEY'RE GOING TO GO FROM THERE NORTH UP TO -- I |
| 10:59:58 | 13 | THINK 81 IS THE LAST LINE. |
| 11:00:01 | 14 | **A.**   CORRECT. |
| 11:00:01 | 15 | **Q.**   OKAY.  SO WE KNOW THAT HERE THEY DIDN'T HAVE ANY LUCK |
| 11:00:04 | 16 | GETTING THROUGH; CORRECT?  NO INTERVAL? |
| 11:00:05 | 17 | **A.**   IT SAYS "LOST INTERVAL, NO RECOVERY." |
| 11:00:08 | 18 | **Q.**   AND THEN THE NEXT ONE, WHICH IS GOING TO BE JUST MOVING ON |
| 11:00:12 | 19 | THE MMG GRID GOING DOWN, WE HAVE FILL, LEAN CLAY, SILTY CLAYS, |
| 11:00:19 | 20 | SILTY CLAYS? |
| 11:00:20 | 21 | **A.**   AND THAT'S 76B.  OKAY.  SO THIS IS THE NEXT BORING AWAY |
| 11:00:26 | 22 | FROM THE FLOODWALL. |
| 11:00:26 | 23 | **Q.**   AND I'M GOING TO BE GOING RIGHT UP THE LINE TOWARDS THE |
| 11:00:28 | 24 | IHNC, AND WHEN WE GET TO THE END, WE'RE GOING TO COME BACK TO |
| 11:00:32 | 25 | THE NEXT LINE OVER. |

| | | |
|---|---|---|
| 11:00:34 | 1 | **A.**   SO ALL THESE BORING BORINGS WILL BE 76? |
| 11:00:37 | 2 | **Q.**   AND THEN 77 AND THEN 79.  BECAUSE THERE WAS NO 78, AS I |
| 11:00:41 | 3 | RECALL.  CORRECT? |
| 11:00:42 | 4 | **A.**   OKAY.  RIGHT. |
| 11:00:42 | 5 | **Q.**   SO THIS ONE, OF COURSE, IS SILTY CLAY, SILTY CLAY; |
| 11:00:46 | 6 | CORRECT? |
| 11:00:47 | 7 | **A.**   FILL, LEAN CLAY, SILTY CLAY, YES. |
| 11:00:49 | 8 | **Q.**   AND I'M GOING TO BE GOING, BASICALLY, WHERE YOU'LL SEE I |
| 11:00:52 | 9 | HAVE THE HIGHLIGHTED NATIVE AREA.  THAT'S THE NATIVE SOILS; |
| 11:00:56 | 10 | CORRECT? |
| 11:00:56 | 11 | **A.**   YES. |
| 11:00:57 | 12 | **Q.**   THE NATIVE SOILS, AS I BROUGHT UP IN THE MMG, THE |
| 11:01:00 | 13 | SUMMARIES OF THE SOIL PROPERTIES, THAT'S WHERE I'M DRAWING |
| 11:01:03 | 14 | THE INFERENCE BECAUSE THAT'S WHAT THEY SAY WAS -- THEY DESCRIBE |
| 11:01:04 | 15 | WHAT THEIR INTERPRETATION OF THE NATIVE SOILS WAS. |
| 11:01:07 | 16 | **A.**   THAT'S THEIR INTERPRETATION, YES. |
| 11:01:08 | 17 | **Q.**   SO WE HAVE SILTY CLAYS FOUND PRIMARILY IN THIS BORING; |
| 11:01:13 | 18 | CORRECT? |
| 11:01:13 | 19 | **A.**   CORRECT. |
| 11:01:13 | 20 | **Q.**   GOING THEN TO THE NEXT ONE, YOU'LL SEE ALSO 76.  GOING UP, |
| 11:01:20 | 21 | AGAIN, FILL, CLAY SILTS, CLAY SILTS AND CLAY WHEN YOU GET DOWN |
| 11:01:25 | 22 | TO 8 OR 9 FEET, WITH LITTLE SILT? |
| 11:01:30 | 23 | **A.**   CLAY WITH LITTLE SILT AT THE BOTTOM, YES. |
| 11:01:33 | 24 | **Q.**   OKAY.  WE'LL GO TO THE NEXT ONE.  AGAIN, WE'RE AT 76, |
| 11:01:38 | 25 | WORKING OUR WAY UP TOWARDS THE CANAL.  AGAIN, CLAYEY SILTS ARE |

| | | |
|---|---|---|
| 11:01:43 | 1 | FOUND TO BE THE NATIVE SOILS; CORRECT? |
| 11:01:46 | 2 | **A.**   CORRECT. |
| 11:01:51 | 3 | **Q.**   CONTINUING ON, GOING OUT TOWARDS THE CANAL AGAIN.  SILTY |
| 11:01:56 | 4 | CLAYS AND CLAY SILTS? |
| 11:01:58 | 5 | **A.**   SILTY CLAYS AND CLAY SILT AND WITH THE SYMBOLS ML/CL, |
| 11:02:03 | 6 | CORRECT. |
| 11:02:04 | 7 | **Q.**   RIGHT.  AGAIN, 76 GOING OUT TO THE CANAL, YOU'LL SEE THE |
| 11:02:10 | 8 | NATIVE FILL LEVEL DOWN, IT'S ALL LEAN CLAYS, SILTS AND CLAY |
| 11:02:14 | 9 | SILTS? |
| 11:02:20 | 10 | **A.**   LEAN CLAY, SILT WITH SOME CLAY, CLAYEY SILT, YES. |
| 11:02:25 | 11 | **Q.**   OKAY.  AGAIN, STILL ON ROW 76, SILTY CLAYS, CLAY SILTS AND |
| 11:02:30 | 12 | PEATY SILTS BETWEEN 8 AND 9, CORRECT, 7 1/2 TO 9? |
| 11:02:35 | 13 | **A.**   YES.  IT SAYS PEATY SILT. |
| 11:02:37 | 14 | **Q.**   OKAY.  MOVING DOWN TO THE NEXT ONE, WE'RE AT 77A, DO YOU |
| 11:02:45 | 15 | SEE?  FILL, LEAN CLAY, LEAN CLAY AT THE NATIVE SOILS? |
| 11:02:50 | 16 | **A.**   RIGHT, WITH THE SYMBOL CL ONLY. |
| 11:02:53 | 17 | **Q.**   CORRECT. |
| 11:02:55 | 18 | MOVING TO THE NEXT ONE.  AGAIN, 77, GOING DEEPER IN |
| 11:02:59 | 19 | THE SAME BOREHOLE, INTERBEDDED SILTS WITH LEAN CLAYS, |
| 11:03:04 | 20 | INTERBEDDED SILTS WITH LEAN CLAYS GOING TO THE BOTTOM OF THE |
| 11:03:07 | 21 | BOREHOLE? |
| 11:03:08 | 22 | **A.**   CORRECT. |
| 11:03:09 | 23 | **Q.**   MOVING OUT, 77C, YOU'LL SEE WHERE THE NATIVE TABLES ARE. |
| 11:03:14 | 24 | AGAIN, CLAY SILTS, SILTS, AND CLAY WITH A LITTLE SILT TOWARDS |
| 11:03:19 | 25 | THE BOTTOM? |

| | | |
|---|---|---|
| 11:03:21 | 1 | **A.**   SILT, CLAY WITH SILT, YES. |
| 11:03:24 | 2 | **Q.**   OKAY.  AGAIN, WE HAVE 77, CLAY SILTS AND SILTS WITH SOME |
| 11:03:32 | 3 | CLAY IN THE NATIVE? |
| 11:03:35 | 4 | **A.**   CORRECT, IN 77E. |
| 11:03:38 | 5 | **Q.**   OKAY.  77E.  GOING DEEPER, CLAYEY SILTS, SILTY CLAYS, |
| 11:03:46 | 6 | PEATY ORGANIC SILTS? |
| 11:03:49 | 7 | **A.**   SILTY CLAYS DOWN TO 15 FEET AND THEN A LAYER OF PEATY |
| 11:03:56 | 8 | ORGANIC SILT FROM 15 TO 16. |
| 11:03:58 | 9 | **Q.**   OKAY.  GOING TO THE NEXT ONE.  YOU HAVE 77E, ORGANIC SILTY |
| 11:04:05 | 10 | PEATS? |
| 11:04:06 | 11 | **A.**   YES.  THAT'S WHAT THE BORING INDICATES. |
| 11:04:09 | 12 | **Q.**   AND THAT'S JUST GOING DOWN DEEPER. |
| 11:04:12 | 13 | NEXT ONE IS GOING TO BE 77G.  NATIVE FILL.  AGAIN, |
| 11:04:17 | 14 | SILT, CLAYEY SILTS? |
| 11:04:22 | 15 | **A.**   SILT, ML AND ML AND CL, CORRECT. |
| 11:04:27 | 16 | **Q.**   OKAY.  77I, AGAIN, CLAYEY SILTS, SILTY CLAYS? |
| 11:04:36 | 17 | **A.**   CORRECT.  THAT'S WHAT THE BORING INDICATES. |
| 11:04:38 | 18 | **Q.**   AND THE REASON I'M DOING THIS, I'M GOING TO ASK YOU |
| 11:04:43 | 19 | ULTIMATELY:  THERE'S NO FAT CLAYS LISTED IN ANY OF THESE; IS |
| 11:04:46 | 20 | THAT CORRECT?  AND I CAN GO THROUGH THEM IF YOU'D LIKE, OR IF |
| 11:04:50 | 21 | YOU'VE REVIEWED THEM, YOU KNOW THERE'S NO FAT CLAYS. |
| 11:04:52 | 22 | **A.**   WELL, THERE'S NO ATTERBERG LIMITS HERE MEASURED.  AND THE |
| 11:04:56 | 23 | WAY YOU DETERMINE IF A CLAY IS FAT OR LEAN IS THROUGH THE |
| 11:05:01 | 24 | ATTERBERG LIMIT, AND IN PARTICULAR THE SOIL MUST HAVE A LIQUID |
| 11:05:06 | 25 | LIMIT GREATER THAN 50 TO BE CLASSIFIED AS A FAT CLAY. |

| | | |
|---|---|---|
| 11:05:10 | 1 | SO MMG DID NOT MEASURE THAT, AND SO THIS IS REALLY |
| 11:05:13 | 2 | JUST A VISUAL INTERPRETATION. |
| 11:05:17 | 3 | **Q.**   IT'S A -- I DON'T UNDERSTAND -- VISUALIZED INTERPRETATION, |
| 11:05:20 | 4 | WHAT DOES THAT MEAN? |
| 11:05:22 | 5 | **A.**   WELL, A VISUAL OBSERVATION OF THE SOIL, AND WHOEVER LOGGED |
| 11:05:28 | 6 | THE BORING CONCLUDED, BASED ON JUST FEELING AND TOUCHING THE |
| 11:05:30 | 7 | SOIL, IT WAS LEAN INSTEAD OF FAT.  BUT REALLY, TO DETERMINE IF |
| 11:05:35 | 8 | IT'S A FAT CLAY, YOU NEED TO MEASURE THE ATTERBERG LIMITS OF |
| 11:05:40 | 9 | THE MATERIAL. |
| 11:05:40 | 10 | **Q.**   OKAY.  AND SO -- |
| 11:05:40 | 11 | **THE COURT:**  WHAT MAKES IT A -- WHAT MAKES THE CLAY -- |
| 11:05:43 | 12 | HOW DOES IT TRANSITION FROM LEAN TO FAT?  WHAT WOULD BE THE |
| 11:05:49 | 13 | MARKER IN GEOTECHNICAL TERMS WHEN A CLAY IS CLASSIFIED AS FAT? |
| 11:05:54 | 14 | **THE WITNESS:**  THE MARKER IS THE LIQUID LIMIT IS |
| 11:05:56 | 15 | GREATER THAN 50. |
| 11:05:58 | 16 | **THE COURT:**  OKAY. |
| 11:05:58 | 17 | **THE WITNESS:**  AND THE LIQUID LIMIT IS AN ASTM TEST |
| 11:06:01 | 18 | THAT MEASURES THE WATER CONTENT AT WHICH THE SOIL BECOMES |
| 11:06:05 | 19 | LIQUID.  SO THE FATTER, THE MORE LIQUID IT CAN HOLD. |
| 11:06:09 | 20 | **THE COURT:**  UNDERSTAND. |
| 11:06:10 | 21 | **THE WITNESS:**  SO LIQUID LIMIT GREATER THAN 50. |
| 11:06:11 | 22 | **BY MR. JOANEN:** |
| 11:06:11 | 23 | **Q.**   AND SO JUST SO I UNDERSTAND, THE SOIL BORINGS AND THE |
| 11:06:15 | 24 | ANALYSIS BY FUGRO AND MMG DONE PRIOR TO LITIGATION SHOW ONE |
| 11:06:20 | 25 | THING.  FOR LITIGATION, YOUR REPORT -- AND THIS IS GOING TO BE |

11:06:29   1   B18, THE ONE YOU REFERENCE IN YOUR -- AND BEFORE THIS IS

11:06:32   2   PX-4767-0027.  THIS IS WHAT WAS PRODUCED TO US IN YOUR RELIANCE

11:06:37   3   MATERIALS.  AND YOU'LL SEE THAT THIS IS 18 AND THIS IS THE

11:06:43   4   INDICATION OF WHAT YOUR -- YOU HAVE FAT CLAYS WITH SOME ORGANIC

11:06:52   5   CLAY BETWEEN 12 AND 17 FEET; CORRECT?

11:06:55   6           **THE WITNESS:**  YES.  AND I'D LIKE TO HIGHLIGHT FOR

11:06:58   7   YOUR HONOR THE COLUMN THAT SAYS "LIQUID LIMIT" RIGHT THERE.

11:07:01   8           **THE COURT:**  YES, SIR.

11:07:01   9           **THE WITNESS:**  AND IF I COME DOWN TO FAT CLAY, 67, 79,

11:07:07  10   79, 81, 59, 81.

11:07:12  11           **THE COURT:**  SO THIS MAY BE AN OBVIOUS QUESTION, BUT

11:07:15  12   IS FAT CLAY MORE OR LESS PERMEABLE THAN LEAN CLAY?

11:07:23  13           **THE WITNESS:**  GENERALLY LESS.  THERE'S A -- GENERALLY

11:07:26  14   LESS.

11:07:27  15           **THE COURT:**  ALL RIGHT.

11:07:27  16           **THE WITNESS:**  IT HAS A LITTLE MORE PLASTICITY.

11:07:30  17           **THE COURT:**  OKAY.

11:07:31  18   **BY MR. JOANEN:**

11:07:31  19   **Q.**   AND SO THIS WAS PRODUCED TO US RELATIVE TO YOUR REPORT;

11:07:35  20   CORRECT?  I'LL SHOW YOU WHAT WE WERE PROVIDED, AND DR. NAYMIK

11:07:40  21   PROVIDED HIS REPORT PRIOR TO THE DEFENSE TEAM GOING BACK TO

11:07:44  22   FUGRO.  AND THIS IS GOING TO BE JX-1854-0026.  THIS IS ALSO

11:07:50  23   B18, THE SAME BOREHOLE.  AND I'LL SHOW YOU DR. NAYMIK, WHO

11:07:59  24   WROTE -- TURNED IN HIS REPORT ON MARCH 1ST.  YOU TURNED YOURS

11:08:03  25   IN ON MARCH 11TH.  HE HAS A SIMILAR TYPE SETUP.

11:08:06   1          BUT INSTEAD OF HAVING ORGANIC CLAY IN THAT LAYER FROM

11:08:10   2   12 TO 17 FEET, HE HAS PEAT.

11:08:12   3   **A.**   THAT'S CORRECT.  AND THAT'S EXACTLY EXPLAINED BY MY

11:08:15   4   DESCRIPTION BEFORE.

11:08:16   5          FUGRO JUST CLASSIFIED PEAT VISUALLY.  THEY DID NOT

11:08:20   6   USE THE ASTM PROCEDURE FOR CLASSIFYING PEAT, WHICH REQUIRES AN

11:08:25   7   ORGANIC CONTENT GREATER THAN 75 PERCENT.

11:08:29   8          SO NOTICE IF -- IN THE COLUMN OF -- LET'S SEE,

11:08:34   9   ORGANIC CONTENT -- I'M SORRY.

11:08:38   10         COULD YOU SLIDE THAT DOWN JUST A LITTLE?

11:08:40   11  **Q.**   SURE.  SURE.

11:08:41   12  **A.**   THANK YOU.  NO, THAT WHOLE -- YEAH.

11:08:43   13  **Q.**   I AM.

11:08:47   14  **A.**   ONE OF THOSE COLUMNS SHOULD SAY ORGANIC -- AH, YES.

11:08:55   15         I BELIEVE THAT COLUMN SAYS "ORGANIC CONTENT."

11:08:58   16         **THE COURT:**  THE FIRST COLUMN AFTER "DEPTH" SAYS

11:08:59   17  "ORGANIC CONTENT"?

11:09:01   18         **THE WITNESS:**  YES.

11:09:02   19         AND NOTICE THE ORGANIC CONTENT, YOUR HONOR, IS

11:09:06   20  LIKE 30.9 AND 24.9.

11:09:09   21         **THE COURT:**  YES.

11:09:09   22         **THE WITNESS:**  SO YOU NEED AN ORGANIC CONTENT 75 --

11:09:11   23  GREATER THAN 75 PERCENT, ACCORDING TO ASTM, TO CLASSIFY IT AS A

11:09:17   24  PEAT.

11:09:17   25         AND SO FUGRO WENT BACK AND APPLIED THE ASTM

11:09:22  1  CRITERIA TO THOSE LAYERS THAT HAD ORGANIC CONTENT, AND THAT'S

11:09:26  2  WHY IT WAS CHANGED FROM PEAT TO -- I FORGET WHAT MY BORING

11:09:31  3  LOG --

11:09:32  4  **BY MR. JOANEN:**

11:09:33  5  **Q.**  ORGANIC CLAY.

11:09:34  6  **A.**  ORGANIC CLAY.  THANK YOU.

11:09:34  7  **Q.**  AND SO YOU WERE ONE THAT WAS INVOLVED IN GETTING FUGRO TO

11:09:37  8  CHANGE -- YOU WERE THE MEMBER OF THE DEFENSE TEAM THAT GOT THEM

11:09:39  9  TO CHANGE WHAT THEIR CLASSIFICATION IS; CORRECT?

11:09:44  10  **A.**  I GUESS SO, YES.

11:09:45  11  **Q.**  WAS ANYBODY ELSE INVOLVED IN HAVING THEM CHANGE THIS?

11:09:48  12  **A.**  I THINK OTHERS WERE.  I THINK DR. BRANDON AND MARR WERE

11:09:52  13  ALSO, AND DR. SILVA WERE ALSO INVOLVED.  WE THOUGHT THE SOILS

11:09:56  14  SHOULD BE CLASSIFIED ACCORDING TO ASTM PROCEDURES.

11:09:59  15  **Q.**  OKAY.  AND SO YOUR BORING, WHICH HAS FAT CLAYS LISTED

11:10:07  16  BASICALLY THROUGHOUT, WAS TAKEN AT A SPOT WHERE WHEN MMG DID IT

11:10:09  17  SOMETIME BEFORE -- BEFORE LITIGATION -- IT WAS ALL CLAYS,

11:10:13  18  SILTS, AND SILTY CLAYS, WITH NO MENTION AT ALL OF FAT CLAYS.

11:10:16  19  YET, THE DEFENSE TEAM COMES UP WITH A FAT CLAY AND THE PEAT AND

11:10:20  20  THEN IT HAD TO BE CHANGED TO ADJUST TO NOT HAVE PEAT IN THERE;

11:10:25  21  CORRECT?

11:10:26  22  **A.**  THEY WEREN'T CHANGED.  THEY WERE -- THE SOILS DID NOT

11:10:28  23  CHANGE.  IT'S THE CLASSIFICATION SYSTEM AND THE TEST DATA

11:10:31  24  NEEDED TO USE THOSE CLASSIFICATIONS WERE -- SYSTEMS WERE

11:10:34  25  ACTUALLY DEVELOPED IN 2011.

11:10:37    1          MMG DID NOT MEASURE ATTERBERG LIMITS AND DID NOT

11:10:41    2    MEASURE ORGANIC CONTENT.

11:10:43    3    **Q.**   THE MATERIALS GOING INTO THE EXCAVATIONS WAS EITHER --

11:10:47    4    LIKE WE TALKED ABOUT BEFORE, EITHER SANDS, SPOIL, OR BORROW

11:10:52    5    MATERIAL; CORRECT?

11:10:53    6    **A.**   THAT IS CORRECT.

11:10:58    7    **Q.**   AND WE'VE BEEN THROUGH THAT ALREADY TO SHOW WHAT WAS

11:11:01    8    INDICATED PRIOR TO LITIGATION; CORRECT?

11:11:05    9    **A.**   WHAT WAS DESCRIBED IN THE MMG BORINGS, THAT'S CORRECT.

11:11:10   10          **THE COURT:**  DO YOU HAVE AN EXHIBIT NUMBER FOR THE

11:11:11   11    DOCUMENT YOU JUST SHOWED?

11:11:13   12          **MR. JOANEN:**  YES.  THIS IS JX-01854-001.

11:11:23   13          **MS. DALEY:**  SAY THAT AGAIN, PLEASE.

11:11:25   14          **MR. JOANEN:**  JX-01854.  AND THE ONE I WAS

11:11:28   15    PARTICULARLY SHOWING WAS 0026.

11:11:32   16          AND AGAIN, THIS WAS DR. NAYMIK'S AND

11:11:34   17    DR. STARK'S, WHICH WE GOT -- WHICH IS RESULTING FROM HIS EXPERT

11:11:38   18    REPORT 11 DAYS LATER, PX-4767.

11:11:46   19          **MS. DALEY:**  WAIT, PLEASE.  PX --

11:11:48   20          **MR. JOANEN:**  PX-4767-0003.

11:12:05   21    BY MR. JOANEN:

11:12:06   22    **Q.**   SO MOVING ON.  WHEN YOU DEVELOPED YOUR CROSS SECTIONS, YOU

11:12:08   23    DEVELOPED YOUR MODELING TO SHOW WHAT TYPE OF SEEPAGE IS GOING

11:12:13   24    ON.  THE THINGS THAT ARE PROBABLY IMPORTANT, I GUESS -- WE

11:12:13   25    TALKED ABOUT VERTICAL CONDUCTIVITY, WHICH IS THE ABILITY OF

| | | |
|---|---|---|
| 11:12:16 | 1 | WATER TO MOVE DOWN THE WALL -- DOWN THE SOIL COLUMN; CORRECT? |
| 11:12:19 | 2 | **A.**   CORRECT. |
| 11:12:19 | 3 | **Q.**   AND HYDRAULIC CONDUCTIVITY IS THE ABILITY TO MOVE ACROSS; |
| 11:12:22 | 4 | CORRECT? |
| 11:12:23 | 5 | **A.**   HORIZONTAL HYDRAULIC CONDUCTIVITY. |
| 11:12:25 | 6 | **Q.**   CORRECT. |
| 11:12:27 | 7 | DR. NAYMIK ALSO HAD A VERTICAL HYDRAULIC CONDUCTIVITY |
| 11:12:33 | 8 | GRADING OF 10 TO 1, SAME AS DR. BEA AND DR. ROGERS; CORRECT? |
| 11:12:40 | 9 | **A.**   I DON'T RECALL HIS RATIO. |
| 11:12:44 | 10 | **Q.**   IF I -- I'LL PULL THAT OUT FOR YOU. |
| 11:12:49 | 11 | DO YOU HAVE ANY REASON TO BELIEVE THAT IT IS NOT |
| 11:12:50 | 12 | THAT? |
| 11:12:52 | 13 | **A.**   I DON'T -- I DON'T REMEMBER. |
| 11:12:54 | 14 | **Q.**   WELL, I'LL REFERENCE YOU BACK.  THIS IS JX-01843-0001. |
| 11:12:58 | 15 | AND I'LL TURN -- I'LL TURN YOUR ATTENTION TO -- I'LL SHOW YOU |
| 11:13:04 | 16 | THE FRONT COVER, OBVIOUSLY.  SORRY ABOUT THAT. |
| 11:13:07 | 17 | THIS IS DR. NAYMIK'S REPORT.  OKAY? |
| 11:13:13 | 18 | **A.**   YES, SIR.  MARCH 2012. |
| 11:13:16 | 19 | **Q.**   MARCH 1ST, 2012.  AND HERE YOU'LL SEE -- I'LL DRAW YOUR |
| 11:13:21 | 20 | ATTENTION TO THE HIGHLIGHTED PORTION. |
| 11:13:26 | 21 | HE TALKS ABOUT THE RATIO OF 10 TO 1, SIMILAR AS |
| 11:13:29 | 22 | DR. BEA AND DR. ROGERS HAVE; CORRECT? |
| 11:13:33 | 23 | **A.**   BASED UPON THE -- IT LOOKS LIKE HE'S USING THAT RATIO OF |
| 11:13:42 | 24 | 10 TO 1 IN HIS ANALYSIS OF THE PUMP TESTS WITH THIS SOFTWARE, |
| 11:13:46 | 25 | AQTESOLV, A-Q-T-E-S-O-L-V. |

11:13:51  1    **Q.**   AND IT'S YOUR TESTIMONY THAT THIS WOULDN'T BE BASED UPON

11:13:56  2    THE SOIL BORINGS THAT HE HAD IN HIS REPORT?

11:14:00  3    **A.**   I'M NOT SURE HOW HE DEVELOPED HIS RATIO.

11:14:03  4    **Q.**   OKAY.  BUT THIS RATIO WAS DEVELOPED ON MARCH 1ST.  AND

11:14:10  5    YOUR RATIO, WHICH WAS DEVELOPED AFTER, IS SUBSTANTIALLY

11:14:14  6    DIFFERENT.

11:14:14  7    **A.**   YES.

11:14:16  8    **Q.**   YOURS, IT GOES FROM 10 TO 1 UNTIL YOU HAVE UNITY, CORRECT,

11:14:16  9    AT 1.6?

11:14:17  10   **A.**   YEAH, TO 1.6.  AGAIN, THE VALUE OF 10, SORT OF

11:14:19  11   FORTUITOUSLY, THAT DR. BEA USES COMES FROM A PRIOR RESEARCH

11:14:24  12   PAPER OF MINE ON A PEAT DEPOSIT.  AND SO I KNEW A VALUE OF 10

11:14:28  13   WAS NOT APPROPRIATE.  SO I USED THE DATA GENERATED IN THIS

11:14:34  14   STUDY TO DEVELOP MY VALUE OF 1.6.

11:14:37  15          **THE COURT:**  NOW, YOU WERE TALKING ABOUT 10 -- THE

11:14:40  16   VERTICAL RATIO, COUNSEL?  IS THAT . . .

11:14:42  17          **MR. JOANEN:**  YES.  I WAS REFERENCING WHAT DR. NAYMIK

11:14:44  18   HAS FOUND, WHICH WAS CONSISTENT AND WITH DR. BEA AND

11:14:49  19   DR. ROGERS.

11:14:49  20          **THE COURT:**  I UNDERSTAND.  WE'RE JUST TALKING ABOUT

11:14:51  21   THE VERTICAL RATIO?

11:14:52  22          **THE WITNESS:**  ACTUALLY, IT'S HORIZONTAL TO THE

11:14:54  23   VERTICAL EQUALS 10.

11:14:55  24          **THE COURT:**  RIGHT.  SO WE'RE TALKING ABOUT THE RATIO

11:14:58  25   BETWEEN THE HOR- -- HE SAID VERTICAL RATIO.  THAT'S WHAT -- ARE

11:15:02   1   WE TALKING ABOUT THE VERTICAL RATIO BETWEEN HORIZONTAL --

11:15:05   2   EXCUSE ME.

11:15:05   3              WE'RE TALKING ABOUT THE RATIO BETWEEN THE

11:15:07   4   HORIZONTAL AND THE VERTICAL TO COME UP WITH A FACTOR OF 1.6 IN

11:15:13   5   THE EBIA?

11:15:14   6              **THE WITNESS:**  CORRECT.

11:15:14   7              **THE COURT:**  AND THAT'S THE FACTOR OF 10, OSTENSIBLY,

11:15:16   8   AS WE MENTIONED, IN THIS REPORT, IS IT THE RATIO TO THE

11:15:19   9   VERTICAL TO THE HORIZONTAL?

11:15:20  10              **THE WITNESS:**  HORIZONTAL TO THE VERTICAL.

11:15:22  11              **THE COURT:**  HORIZONTAL TO VERTICAL.  OKAY.

11:15:23  12              **THE WITNESS:**  YES, SIR.

11:15:23  13              **THE COURT:**  I UNDERSTAND.

11:15:24  14   **BY MR. JOANEN:**

11:15:24  15   **Q.**  AND JUST --

11:15:26  16   **A.**  WHICH ALL SOIL -- MOST SOILS GENERALLY HAVE A LITTLE

11:15:29  17   HIGHER HYDRAULIC CONDUCTIVITY IN THE HORIZONTAL DIRECTION, SO

11:15:33  18   THAT RATIO IS USUALLY 1 OR GREATER.

11:15:36  19              **THE COURT:**  I UNDERSTAND.

11:15:37  20              **THE WITNESS:**  THAT'S HOW TO REMEMBER IT, 1 OR

11:15:40  21   GREATER.

11:15:40  22              **THE COURT:**  GO AHEAD.

11:15:40  23   **BY MR. JOANEN:**

11:15:40  24   **Q.**  AND SO IF WE LOOK AT THAT, THE PLAIN READING SAYS, "BASED

11:15:42  25   UPON THE CLAY-RICH NATURE OF THE SEDIMENTS ENCOUNTERED," HE

11:15:47  1  COMES TO THAT CONCLUSION.  YOU WOULD HAVE NO REASON TO DISPUTE

11:15:51  2  THAT'S WHAT IT SAYS; CORRECT?

11:15:52  3  **A.**  AS I MENTIONED, I -- I DID.  I'VE TESTED PEATS AND I'VE

11:15:56  4  STUDIED PEATS AND I'VE MEASURED A HYDRAULIC CONDUCTIVITY RATIO,

11:16:00  5  HORIZONTAL-TO-VERTICAL HYDRAULIC CONDUCTIVITY OF 10 FOR PEATS.

11:16:05  6        THE MATERIALS IN THE EBIA ARE NOT PEAT AND DO NOT

11:16:12  7  HAVE A HYDRAULIC CONDUCTIVITY RATIO OF 10.

11:16:20  8  **Q.**  OTHER THAN WHAT WOULD HAVE BEEN THE BACKFILL MATERIALS,

11:16:23  9  THE DEPTHS OF THE EXCAVATIONS WOULD HAVE SOME IMPACT UPON YOUR

11:16:26  10  ANALYSIS, CORRECT, AND YOUR FINAL CONCLUSIONS?

11:16:29  11  **A.**  NO.  IN FACT, I SHOWED A VIDEO EARLIER THAT YOU COULD

11:16:34  12  BACKFILL THE EXCAVATION IN DR. BEA'S CROSS SECTION WITH SAND OR

11:16:40  13  CLAY, AND YOU ESSENTIALLY END UP WITH THE SAME GRADIENT NEAR

11:16:44  14  THE JOURDAN AVENUE CANAL.  AND THAT'S REALLY BECAUSE, AS I

11:16:47  15  MENTIONED, THAT THE GAP IS CONTROLLING THE FLOW, NOT THE

11:16:50  16  EXCAVATIONS.

11:16:51  17        **MR. TREEBY:**  IF YOUR HONOR, PLEASE, I DIDN'T WANT TO

11:16:53  18  INTERRUPT THE ANSWER.

11:16:54  19        BUT I THINK IT'S UNFAIR WHAT COUNSEL HAS JUST

11:16:57  20  DONE WITH DR. STARK, READING FROM DR. NAYMIK'S REPORT, BUT HE

11:17:01  21  DIDN'T GIVE HIM THE PRIOR PAGE.

11:17:04  22        AND THE SECTION THAT HE WAS SHOWING HIM IS A

11:17:06  23  QUOTE WHICH BEGINS ON THE PRIOR PAGE.  AND PUT IN CONTEXT, IT

11:17:10  24  CERTAINLY EXPLAINS WHAT'S GOING ON HERE.  AND I THINK IT'S

11:17:12  25  UNFAIR.

11:17:16   1        **THE COURT:**  I'M UNABLE TO READ ALL OF THAT RIGHT AT

11:17:19   2   THIS POINT, SO I WILL ALLOW YOU TO BRING THAT OUT ON REDIRECT.

11:17:25   3        **MR. TREEBY:**  THANK YOU, YOUR HONOR.

11:17:34   4   BY MR. JOANEN:

11:17:34   5   **Q.**  DEALING WITH EXCAVATIONS, IN YOUR REPORT YOU MENTIONED

11:17:37   6   THAT THERE WERE A NUMBER OF EXCAVATIONS THAT YOU THOUGHT WERE

11:17:38   7   SOMEWHAT IMPORTANT TO YOUR ANALYSIS.  AND YOU MENTIONED THEM;

11:17:41   8   CORRECT?

11:17:42   9   **A.**  I MENTIONED --

11:17:43  10   **Q.**  PARTICULARLY AT SAUCER, WHERE YOU WERE TALKING ABOUT

11:17:43  11   SAUCER MARINE 5 AND SAUCER 15; CORRECT?

11:17:45  12   **A.**  I MENTIONED THE EXCAVATIONS ON BOLAND AND SAUCER.

11:17:48  13   **Q.**  SO I'LL DRAW YOUR ATTENTION -- THIS IS TO BE PX-3941-0007.

11:17:53  14   THIS IS PAGE 37 OF YOUR REPORT.  THIS IS -- YOU'LL SEE THE PX

11:18:01  15   NUMBER THERE.

11:18:06  16        THESE ARE THE DEPTHS THAT YOU'VE INDICATED WHERE THE

11:18:10  17   HOLES WOULD BE WITH THE DEPTH, CORRECT, RELATIVE TO ELEVATION?

11:18:14  18   **A.**  THESE ARE THE AREAS IDENTIFIED SM1 THROUGH 16, AND A

11:18:19  19   REPRESENTATIVE DEPTH OF THE EXCAVATION IN THE MIDDLE --

11:18:23  20   **Q.**  OKAY.  WHEN YOU SAY --

11:18:25  21   **A.**  -- COLUMN.

11:18:25  22   **Q.**  -- "VERTICAL DEPTH OF EXCAVATION," WHERE DO YOU GET THAT

11:18:29  23   FIGURE FROM?

11:18:29  24   **A.**  REVIEWING THE DOCUMENTATION FROM WGI.

11:18:34  25   **Q.**  NOW, WOULD THAT BE THE NFAATT, OR WOULD THAT BE THE QARS?

11:18:39    1    **A.**   BOTH.

11:18:41    2    **Q.**   OKAY.  AND SO WOULD -- YOU INDICATE THAT -- WHEN YOU SAID

11:18:43    3    THAT THE DEPTH OF SAUCER MARINE 5 IS 13 FEET, THAT'S AN

11:18:46    4    ACCURATE ASSESSMENT OF WHAT THE DEPTH WAS?

11:18:50    5    **A.**   THAT'S A REPRESENTATIVE VALUE OF THE DEPTH.  MOST OF THE

11:18:55    6    EXCAVATIONS VARIED.  SOME PARTS WERE MAYBE A LITTLE DEEPER,

11:18:59    7    PARTS WERE MAYBE A LITTLE SHALLOWER.  SO JUST A REPRESENTATIVE

11:19:04    8    DEPTH.

11:19:04    9    **Q.**   I'M NOT SURE I REALLY UNDERSTAND THE TERM "REPRESENTATIVE

11:19:07   10    VALUE."

11:19:07   11            IT SEEMS TO ME IF YOU HAVE A DEPTH, YOU HAVE A DEPTH.

11:19:09   12    CORRECT?

11:19:10   13    **A.**   NO, SIR.

11:19:12   14    **Q.**   SO WITH THAT KIND OF ANALOGY, YOU WOULDN'T HAVE ANY

11:19:16   15    CONCERNS ABOUT TELLING A CHILD NOT TO GO INTO THE DEEP END OF

11:19:19   16    POOL, BECAUSE IF THERE'S A REPRESENTATIVE DEPTH THAT'S ABOVE

11:19:21   17    HIS SHOULDERS, YOU DON'T HAVE TO WORRY ABOUT IT.

11:19:24   18            IS THAT FAIR?

11:19:25   19    **A.**   I WOULD SAY THE POOL HAS A LOWER DEPTH AND A DEEPER DEPTH.

11:19:30   20    A REPRESENTATIVE DEPTH IS WHAT IT IS.

11:19:33   21    **Q.**   SO WHAT YOU'RE SAYING HERE, YOU'RE NOT TELLING THE COURT

11:19:37   22    WHAT THE DEEPER DEPTH IS.  YOU'RE JUST SAYING THAT IT'S A

11:19:40   23    NUMBER THAT IS LESS THAN THE DEEPER DEPTH?

11:19:43   24    **A.**   IT'S REPRESENTATIVE OF THE DEPTH OF THE EXCAVATION.

11:19:50   25            **THE COURT:**  I'M NOT SURE I UNDERSTAND, NOW.  IS THAT

| | | |
|---|---|---|
| 11:19:54 | 1 | FIGURE -- WHEN YOU SAY "REPRESENTATIVE," IT'S NOT -- YOU DIDN'T |
| 11:19:57 | 2 | DO A MATHEMATICAL AVERAGE, OBVIOUSLY. |
| 11:20:00 | 3 | **THE WITNESS:**  NO.  AND I LOOKED AT, SAY, HOW LARGE OF |
| 11:20:03 | 4 | THE AREA MAY BE SHALLOWER, AND MAYBE -- MAYBE JUST A SMALL AREA |
| 11:20:07 | 5 | MIGHT HAVE BEEN A LITTLE DEEPER, SO I WEIGHTED IT MORE TOWARDS |
| 11:20:10 | 6 | THE SHALLOW END.  SO -- AND THAT'S WHY I USED THE . . . |
| 11:20:14 | 7 | **THE COURT:**  SO I UNDERSTAND, YOU'RE NOT TESTIFYING |
| 11:20:16 | 8 | THAT IS THE DEEPEST POINT IN THE ENTIRE HOLE? |
| 11:20:18 | 9 | **THE WITNESS:**  IT'S NOT NECESSARILY, CORRECT. |
| 11:20:20 | 10 | BY MR. JOANEN: |
| 11:20:21 | 11 | Q.  AND IN YOUR REPORT YOU INDICATED, DID YOU NOT, DR. STARK, |
| 11:20:24 | 12 | THAT THE TOP LAYERS OF THE ORGANIC CLAY -- YOU HAVE AN UPPER |
| 11:20:29 | 13 | ORGANIC AND A LOWER ORGANIC CLAY -- AT SAUCER IS 4 FEET AND |
| 11:20:34 | 14 | 12 FEET; CORRECT? |
| 11:20:37 | 15 | A.  IF I COULD LOOK AT MY CROSS SECTION, I COULD GIVE YOU |
| 11:20:40 | 16 | THOSE DEPTHS.  BUT . . . |
| 11:20:41 | 17 | Q.  I'LL SHOW YOU ON YOUR REPORT.  IT'S GOING TO BE ON |
| 11:20:44 | 18 | PAGE 28. |
| 11:20:45 | 19 | A.  OKAY. |
| 11:20:54 | 20 | Q.  AND THIS IS GOING TO BE EXHIBIT JX-01780-0028. |
| 11:21:07 | 21 | **MR. SMITH:**  WHAT IS THIS, SCOTT? |
| 11:21:10 | 22 | **MR. JOANEN:**  THIS IS HIS REPORT, PAGE 28. |
| 11:21:16 | 23 | BY MR. JOANEN: |
| 11:21:16 | 24 | Q.  AT SAUCER MARINE YOU INDICATE THE DEPTHS ARE 4 AND 12 FEET |
| 11:21:20 | 25 | RESPECTIVELY FOR THE UPPER AND LOWER ORGANIC CLAYS; CORRECT? |

| | | |
|---|---|---|
| 11:21:23 | 1 | **A.**   YES, SIR. |
| 11:21:24 | 2 | **Q.**   AND SO WHEN YOU'RE PUTTING UP THE FACT THAT THE |
| 11:21:28 | 3 | REPRESENTATIVE DEPTHS ARE ONE THING, AND YOU'RE SAYING THAT |
| 11:21:29 | 4 | THEY WERE NOT DEEP ENOUGH TO PENETRATE VARIOUS LAYERS OF THE |
| 11:21:34 | 5 | ORGANIC CLAY, THAT'S NOT NECESSARILY CORRECT, IS IT?  BECAUSE |
| 11:21:37 | 6 | IF THERE IS A DEPTH THAT GOES INTO THE CLAY LAYER, EVEN IF PART |
| 11:21:42 | 7 | OF THE HOLE IS MORE SHALLOW, THERE'S STILL A PENETRATION INTO |
| 11:21:46 | 8 | THAT DEEPER OR UPPER CLAY LAYER; CORRECT? |
| 11:21:49 | 9 | **A.**   YES, THERE COULD BE. |
| 11:21:52 | 10 | **Q.**   SO WITH THAT OUT OF THE WAY, WAS SAUCER MARINE 5, WHICH |
| 11:21:56 | 11 | YOU INDICATED WAS AT 13 FEET, YOU KNOW THAT'S NOT THE TRUE |
| 11:22:00 | 12 | DEPTH, DO YOU -- THE DEEPEST DEPTH, DO YOU? |
| 11:22:04 | 13 | **A.**   SAUCER MARINE 5, I THINK, HAD SOME DEEPER AREAS, BUT THAT |
| 11:22:12 | 14 | MAY BE IN AN ERRATA I HAD. |
| 11:22:16 | 15 | **Q.**   WELL, I'LL JUST SHOW YOU PX-2830-1.  AND THIS IS THE |
| 11:22:21 | 16 | EXCAVATION FOR -- 30G, AS YOU KNOW, IS RIGHT IN THE MIDDLE OF |
| 11:22:28 | 17 | SAUCER MARINE 5.  AND THERE'S THE NUMBER, PX-2830. |
| 11:22:34 | 18 | AND YOU'LL SEE THEY HAVE A DEPTH OF 22 FEET.  AND |
| 11:22:35 | 19 | IT'S DATED AND SIGNED OFF BY WGI PEOPLE? |
| 11:22:41 | 20 | **A.**   AND IS THIS SM5? |
| 11:22:43 | 21 | **Q.**   YES, SIR. |
| 11:22:44 | 22 | **A.**   SM5.  I -- |
| 11:22:44 | 23 | **Q.**   THE SAME ONE THAT WE WERE REFERENCING IN YOUR REPORT. |
| 11:22:48 | 24 | **A.**   OKAY.  WHAT'S MISSING HERE IS -- SM5, THIS IS A DEPTH, AND |
| 11:22:52 | 25 | THERE WAS A SPOIL PILE.  SO IT'S 22 FEET FROM THE TOP OF THAT |

11:22:57   1   SPOIL PILE.

11:22:58   2   Q.   OKAY.  ALL RIGHT.  WE UNDERSTAND THAT.  BUT STILL, 22 FEET

11:23:03   3   FROM THE TOP OF THE SPOIL PILE THAT'S 3 OR 4 FEET HIGH IS STILL

11:23:08   4   PRETTY DEEP; RIGHT?

11:23:10   5   A.   IT DEPENDS.  IF THE SPOIL PILE IS 3 TO 4 FEET, THEN

11:23:12   6   SUBTRACT 22, THAT WOULD BE 19, IF THE PILE IS ONLY 3 TO 4 FEET

11:23:18   7   HIGH.

11:23:19   8   Q.   AND THAT'S GETTING YOU INTO THE LOWER ORGANIC CLAY;

11:23:23   9   CORRECT?

11:23:24   10  A.   POSSIBLY.

11:23:24   11  Q.   WELL, IF YOUR LOWER ORGANIC CLAY IS AT 12 AND YOU'RE AT

11:23:29   12  19, YOU'RE IN THERE; RIGHT?

11:23:30   13  A.   BUT WHAT IS THE ELEVATION OF THE TOP OF THE SPOIL PILE?

11:23:34   14  Q.   WELL, GOING BACK TO YOUR REPORT, YOU HAVE A GROUND SURFACE

11:23:39   15  ELEVATION AND YOU SAY 13, SO YOU'RE AT A BOTTOM ELEVATION OF

11:23:43   16  MINUS 8.3.

11:23:44   17         BUT IF YOU HAVE 13, BUT I'M SHOWING YOUR DOCUMENT

11:23:47   18  SAYS 22, YOU WOULD ADD THAT NUMBER NO MATTER WHAT YOUR

11:23:51   19  ELEVATION IS; CORRECT?

11:23:52   20  A.   WELL, SO SM5, THE GROUND SURFACE ELEVATION IS 4.69.

11:23:57   21  Q.   OKAY.

11:23:58   22  A.   SO IF I SUBTRACT 13 FROM, LET'S SAY, 4.7, I WOULD HAVE,

11:24:04   23  LIKE, 8 FEET BELOW GROUND SURFACE.

11:24:08   24  Q.   OKAY.

11:24:11   25  A.   OR A MINUS 8 FEET.  SO THAT WOULD BE IN THE UPPER ORGANIC

11:24:15   1  CLAY.

11:24:16   2  **Q.**   OKAY.

11:24:17   3          **THE COURT:**  NOW, YOU'RE ASKING IF HE USED 22 RATHER

11:24:20   4  THAN 13?

11:24:21   5          **MR. JOANEN:**  YEAH, IF YOU ADD THE ADDITIONAL TIME.

11:24:23   6  **BY MR. JOANEN:**

11:24:23   7  **Q.**   AND YOU DON'T KNOW NECESSARILY WHERE THIS EXCAVATION WAS.

11:24:26   8  YOU'RE NOT SAYING THAT THE ENTIRE SM5 AREA, WHICH ENCOMPASSED A

11:24:32   9  LARGE AREA, WAS AT 4.69.  WE KNOW AT SOME SPOTS IT WAS, SOME

11:24:36  10  SPOTS IT WASN'T; CORRECT?

11:24:37  11  **A.**   AND SOME SPOTS IT WAS EVEN HIGHER.  RIGHT.

11:24:40  12  **Q.**   OKAY.  SO IF WE EVEN TAKE YOUR MATH AND YOU ADD 8 TO IT,

11:24:43  13  8.31 PLUS 8 IS 16.31; CORRECT?

11:24:47  14  **A.**   JUST A MINUTE.  I'M SORRY.  SO YOU SAID -- GIVE ME THOSE.

11:24:56  15  **Q.**   I'M JUST TAKING YOUR NUMBERS AND ADDING THE 8 FEET, IF

11:24:58  16  THEY HAVE 22 FEET HERE.

11:24:59  17  **A.**   OKAY.  SO I'LL USE 4.7, SO I'M AT A GROUND SURFACE OF PLUS

11:25:04  18  4.7 AND SUBTRACTING 13.

11:25:25  19          RIGHT.  SO THAT WOULD CORRESPOND TO AN ELEVATION OF

11:25:28  20  MINUS 8.3 FEET.

11:25:29  21          **THE COURT:**  OKAY.  COUNSEL, I THINK YOUR QUESTION WAS

11:25:31  22  IF THE 13 WERE 22, YOU WOULD ADD --

11:25:36  23          **MR. JOANEN:**  8 OR 9.

11:25:37  24          **THE COURT:**  -- 9.  I CAN FIGURE THAT OUT.

11:25:42  25          **MR. JOANEN:**  I WOULD NEVER MAKE IT AS A

11:25:43  1  MATHEMATICIAN.

11:25:45  2  **BY MR. JOANEN:**

11:25:46  3  **Q.**  SO THAT WAS 9.  OKAY.  THAT'S BETTER.  I WAS GIVING YOU

11:25:47  4  THE BENEFIT OF THE DOUBT, A BREAK.

11:25:49  5          SO IT'S 9 FEET, ACTUALLY, EVEN A LITTLE DEEPER

11:25:50  6  THAN --

11:25:51  7          **THE COURT:**  SO IT WOULD BE 17.31 FEET IN ROUND

11:25:55  8  FIGURES, IF, IN FACT, THE EXCAVATION AT ANY PART THEREOF -- AND

11:25:58  9  WE DON'T KNOW WHAT PART -- WERE 22 FEET.

11:26:02  10         **MR. JOANEN:**  CORRECT, YOUR HONOR.

11:26:05  11         **THE WITNESS:**  THAT'S CORRECT, YES.

11:26:06  12         **THE COURT:**  THAT'S FAIRLY ELEMENTARY.

11:26:07  13  **BY MR. JOANEN:**

11:26:07  14  **Q.**  ALSO IN YOUR REPORT -- AND THE REASON I'M DIGGING INTO IT,

11:26:08  15  IS YOU MENTIONED THEM IN YOUR REPORT.  YOU HAVE SAUCER MARINE

11:26:11  16  15 AT 12 FEET; CORRECT?

11:26:15  17  **A.**  THAT'S CORRECT.  THAT'S WHAT THE TABLE --

11:26:19  18  **Q.**  IS THAT A REPRESENTATIVE DEPTH OR IS THAT AN ACTUAL DEPTH?

11:26:22  19  **A.**  IT'S A REPRESENTATIVE DEPTH.

11:26:24  20  **Q.**  SO IF I WERE TO SHOW YOU SOMETHING THAT SAID THAT IT WAS

11:26:25  21  AT 14.5 FEET, YOU WOULDN'T BE DISPUTING THAT; CORRECT?

11:26:29  22  **A.**  SHOW ME WHAT YOU HAVE THERE.

11:26:30  23  **Q.**  I'D BE GLAD TO.

11:26:32  24          THIS IS GOING TO BE JX-00755-0001.  AND THIS IS A

11:26:42  25  REPORT DATED APRIL 24TH, 2003, AREA 15.

| | | |
|---|---|---|
| 11:26:53 | 1 | AND I'M JUST GOING TO DRAW YOUR ATTENTION TO |
| 11:27:01 | 2 | JX-00755-0004, AND I'LL SHOW YOU THE HIGHLIGHTED PART. |
| 11:27:10 | 3 | **A.**   YEAH.  CONTAMINATION WAS ALSO FOUND TO A DEPTH OF |
| 11:27:13 | 4 | 14.5 FEET. |
| 11:27:14 | 5 | SO, AGAIN, IT LOOKS LIKE A LIMITED AREA. |
| 11:27:16 | 6 | **Q.**   BUT THEY'RE GETTING A BUCKET IN THERE, AND THEY'RE |
| 11:27:20 | 7 | SCOOPING OUT -- HOWEVER WIDE THAT BUCKET IS, SCOOP OUT AN AREA |
| 11:27:25 | 8 | AT THE BOTTOM -- THEY'RE TAKING THAT BUCKET OF THAT BIG |
| 11:27:27 | 9 | BACKHOE, THAT BIG CRANE THING THEY HAVE, SCOOPING DOWN, AND |
| 11:27:29 | 10 | THEY'RE FINDING CONTAMINATION AT 14.5 FEET AS OF THIS DATE; |
| 11:27:33 | 11 | CORRECT? |
| 11:27:34 | 12 | **A.**   IT'S AN EXCAVATOR BUCKET. |
| 11:27:36 | 13 | **Q.**   OKAY.  AND DO YOU KNOW, FROM ANY OF THE DOCUMENTATION THAT |
| 11:27:40 | 14 | YOU REVIEWED, THAT IT WAS WGI'S POLICY TO OVER-EXCAVATE 1 FOOT |
| 11:27:44 | 15 | TO MAKE SURE THEY HAD GOTTEN ALL THE CONTAMINATED DIRT OUT? |
| 11:27:48 | 16 | **A.**   I DON'T KNOW THAT THAT WAS WGI'S POLICY. |
| 11:27:50 | 17 | **Q.**   OKAY.  IF, IN FACT, IT IS -- HYPOTHETICALLY, IF, IN FACT, |
| 11:27:53 | 18 | IT IS, AND THEY FIND CONTAMINATION AT 14.5 FEET AND THEY'RE |
| 11:27:58 | 19 | GOING TO OVER-EXCAVATE BY A FOOT, THAT WOULD PUT THEM AT |
| 11:28:01 | 20 | 15.5 FEET; CORRECT? |
| 11:28:03 | 21 | **A.**   14 1/2 PLUS 1 IS 15 1/2. |
| 11:28:07 | 22 | **Q.**   AND SO ALSO, YOU MAY BE GETTING INTO A LAYER OF YOUR |
| 11:28:09 | 23 | ORGANIC CLAY; CORRECT? |
| 11:28:11 | 24 | **A.**   YES, SIR. |
| 11:28:11 | 25 | **Q.**   OKAY.  AND SO IF YOU ARE EXCAVATING INTO ORGANIC CLAY, THE |

| | | |
|---|---|---|
| 11:28:15 | 1 | TYPE OF BACKFILL THAT WAS USED WOULD BE IMPORTANT; CORRECT? |
| 11:28:19 | 2 | **A.**   NO, SIR. |
| 11:28:20 | 3 | **Q.**   OKAY.  SO BACKFILL DOESN'T MEAN ANYTHING IN RELATIONSHIP |
| 11:28:28 | 4 | TO YOUR ANALYSIS? |
| 11:28:28 | 5 | **A.**   NO, SIR.  I SHOWED A VIDEO THAT SHOWS ESSENTIALLY NO |
| 11:28:31 | 6 | DIFFERENCE WHETHER A SAND BACKFILL OR A CLAY BACKFILL WAS USED |
| 11:28:36 | 7 | IN THE EXCAVATIONS. |
| 11:28:41 | 8 | **Q.**   LOOKING REAL QUICKLY AT BOLAND MARINE -- THIS WOULD BE |
| 11:28:48 | 9 | PX-3939-0001. |
| 11:28:51 | 10 | **THE COURT:**  AND THE REASON FOR THAT WOULD BE THE |
| 11:28:53 | 11 | CHARACTERISTICS OF THE SOIL AT THE FLOODWALL? |
| 11:28:56 | 12 | **THE WITNESS:**  WELL, THAT -- THE LOW HYDRAULIC |
| 11:29:00 | 13 | CONDUCTIVITY OF THE LOWER ORGANIC CLAY AND THE UPPER ORGANIC |
| 11:29:03 | 14 | CLAY, 10 TO THE MINUS 5 TO 10 TO THE MINUS 6. |
| 11:29:07 | 15 | **THE COURT:**  SO YOU'RE SAYING THERE'S REALLY NOT MUCH |
| 11:29:09 | 16 | DIFFERENCE BETWEEN THE HYDRAULIC CONDUCTIVITY OF THE LOWER |
| 11:29:14 | 17 | ORGANIC CLAY, IN ESSENCE, THAN THE HIGHER ORGANIC CLAY? |
| 11:29:19 | 18 | **THE WITNESS:**  RIGHT.  THERE WASN'T A LARGE DIFFERENCE |
| 11:29:21 | 19 | IN HYDRAULIC CONDUCTIVITY BETWEEN THE UPPER AND LOWER. |
| 11:29:24 | 20 | **THE COURT:**  SO NO MATTER WHAT WAS ON THE WATER SIDE, |
| 11:29:31 | 21 | THE SOIL LAYERS INVOLVED WERE SUFFICIENTLY IMPERVIOUS SO THAT |
| 11:29:35 | 22 | THE HYDRAULIC FLOW WOULD NOT HAVE BEEN THAT MUCH DIFFERENT IF |
| 11:29:41 | 23 | IT WERE BELOW THE -- IF IT WERE INTO IN THE ORGANIC CLAY |
| 11:29:45 | 24 | SURFACE? |
| 11:29:45 | 25 | **THE WITNESS:**  THAT'S CORRECT. |

| | | |
|---|---|---|
| 11:29:47 | 1 | **THE COURT:**  ALL RIGHT. |
| 11:29:48 | 2 | **THE WITNESS:**  IT'S REALLY THE GAP. |
| 11:29:49 | 3 | **THE COURT:**  AND "THE GAP" BEING THE -- |
| 11:29:51 | 4 | **THE WITNESS:**  ON THE FLOOD SIDE. |
| 11:29:59 | 5 | **BY MR. JOANEN:** |
| 11:29:59 | 6 | **Q.**  MOVING OVER -- UP TO BOLAND. |
| 11:30:02 | 7 | **A.**  YES, SIR. |
| 11:30:02 | 8 | **Q.**  I UNDERSTAND IN YOUR REPORT YOU INDICATE THAT THE UPPER |
| 11:30:04 | 9 | LAYER IS FOUND AT MINUS 5 FEET AND THAT THE LOWER LEVEL -- I |
| 11:30:08 | 10 | APOLOGIZE.  I MISSPOKE. |
| 11:30:10 | 11 | YOUR UPPER LAYER OF ORGANIC CLAY IS AT MINUS |
| 11:30:14 | 12 | 5 TO MINUS 6 AND YOUR LOWER IS AT MINUS 12 TO MINUS 14.  OKAY? |
| 11:30:25 | 13 | **A.**  I BELIEVE THAT'S RIGHT. |
| 11:30:26 | 14 | **Q.**  AND SO WHEN YOU GIVE -- WHEN YOU SHOW THE COURT, FOR THE |
| 11:30:29 | 15 | BOLAND SITE, WHAT THE DEPTHS ARE, AGAIN, YOU'RE NOT GOING WITH |
| 11:30:33 | 16 | WHAT THE ACTUAL DEPTHS WOULD BE; YOU'RE GOING TO BE GIVING A |
| 11:30:38 | 17 | REPRESENTATIVE DEPTH? |
| 11:30:38 | 18 | **A.**  YES, SIR. |
| 11:30:39 | 19 | **Q.**  OKAY.  BOLAND MARINE 8, YOU HAVE 7 FEET? |
| 11:30:44 | 20 | **A.**  7 FEET; CORRECT. |
| 11:30:46 | 21 | **Q.**  OKAY.  AND THEN, ULTIMATELY, IT COMES UP TO MINUS 5.27? |
| 11:30:51 | 22 | **A.**  CORRECT. |
| 11:30:52 | 23 | **Q.**  OKAY.  DID YOU EVER DO ANY ANALYSIS RELATIVE TO THE ACTUAL |
| 11:30:55 | 24 | DEPTH OF BOLAND MARINE? |
| 11:30:58 | 25 | **A.**  I'M SORRY.  DID I SIMULATE THE EXCAVATIONS IN MY ANALYSIS? |

11:31:02  1  **Q.**   CORRECT.

11:31:02  2  **A.**   YES, SIR.

11:31:03  3  **Q.**   OKAY.  AND WHAT WAS -- WAS THERE ANY DIFFERENCE IN THE

11:31:05  4  DEPTHS WHEN YOU DID THE ANALYSIS WITH THE DEEPER DEPTHS?

11:31:09  5  **A.**   I DID NOT FIND AN EFFECT.

11:31:13  6  **Q.**   WHEN YOU WERE EVALUATING THE DEEPER DEPTHS OF BOLAND

11:31:16  7  MARINE 8 -- AND I BELIEVE IN YOUR REPORT YOU SAID THAT THE

11:31:19  8  DEPTH WAS NOT A CONTRIBUTING FACTOR TO THIS.

11:31:23  9       YOU DO KNOW, IN FACT, THAT THE DEPTH IS 12.27 FEET;

11:31:28  10  CORRECT?

11:31:29  11  **A.**   I DON'T KNOW THAT.

11:31:29  12  **Q.**   OKAY.  WELL, I'M GOING TO SHOW YOU IN YOUR REPORT.  THIS

11:31:32  13  IS GOING TO BE JX-01780-0040.  THIS IS PAGE 40 OF YOUR REPORT.

11:31:41  14  AND THIS IS CPT DATA.  DO YOU WANT TO TELL THE COURT WHAT THAT

11:31:47  15  IS?

11:31:48  16  **A.**   YES.

11:31:48  17       **THE WITNESS:**  YOUR HONOR, THIS IS -- I MENTIONED PART

11:31:49  18  OF THE SUBSURFACE INVESTIGATION INVOLVED CONE PENETRATION

11:31:55  19  TESTS.  AND THAT INVOLVES JUST PUSHING A POINT INTO THE GROUND

11:31:57  20  AND MEASURING HOW MUCH RESISTANCE IT TAKES TO PUSH IT INTO THE

11:32:01  21  GROUND, AND THIS IS ONE OF THE THOSE SUCH RECORDS.

11:32:04  22  **BY MR. JOANEN:**

11:32:04  23  **Q.**   OKAY.  AND YOU INDICATE IN YOUR REPORT THAT IT SHOWS THERE

11:32:07  24  WAS EXCAVATIONS BACKFILLED TO A DEPTH OF 14 FEET, AND THEN YOU

11:32:10  25  GO TO AN ELEVATION OF 12.27 FEET.

11:32:14   1            CAN YOU EXPLAIN WHY, ON PAGE 40, YOU'RE INDICATING

11:32:19   2   THAT YOU'RE ANALYZING A DEPTH OF 14 FEET BUT YET IN YOUR TABLE

11:32:23   3   YOU HAVE IT SUBSTANTIALLY LESS?

11:32:26   4   **A.**   COULD YOU SHOW ME THE VALUE IN THE TABLE?

11:32:28   5   **Q.**   CERTAINLY.

11:32:29   6   **A.**   AND THIS IS BOLAND MARINE 8?

11:32:31   7   **Q.**   YES, SIR.  DO YOU SEE YOU HAVE 7 THERE?  YOU GO 7 TO MINUS

11:32:39   8   5.27.

11:32:40   9   **A.**   CORRECT.

11:32:41  10   **Q.**   WHICH ACTUALLY GETS YOU ALMOST OUT OF THE ORGANIC CLAY

11:32:44  11   LAYER ALTOGETHER; CORRECT?

11:32:47  12   **A.**   ALMOST.  YOU'RE STILL IN IT A LITTLE BIT.

11:32:50  13   **Q.**   BARELY.  BARELY.

11:32:51  14   **A.**   YES.

11:32:52  15   **Q.**   HOWEVER, WHEN YOU WERE MODELING THIS ORIGINALLY, I GUESS,

11:32:55  16   YOU WERE DOING IT WITH WHAT WAS TO BE AN ACTUAL DEPTH OF

11:32:58  17   14 FEET?

11:32:59  18   **A.**   YES.  IF YOU COULD MOVE THE GRAPH DOWN A LITTLE BIT.

11:33:01  19            **THE WITNESS:**  SO THERE MUST BE A MATERIAL CHANGE AT

11:33:04  20   APPROXIMATELY -- AT 14 FEET, YOUR HONOR, WAS PROBABLY WHAT I

11:33:08  21   WAS ZOOMING IN ON.

11:33:12  22            SO YOU CAN SEE THE LINES OF THE CONE ARE MOVING

11:33:16  23   AND THEN IT DROPS BACK TO THIS VALUE.  MUST BE WHY I WAS

11:33:19  24   FOCUSING IN ON THE 14.

          25

3489

11:33:21  1  BY MR. JOANEN:

11:33:22  2  Q.   DIFFERENT DEPTHS, THOUGH; CORRECT?

11:33:25  3  A.   YES.

11:33:26  4  Q.   DIFFERENT DEPTHS THAN YOU REPORTED IN YOUR TABLE; CORRECT?

11:33:31  5  A.   WELL, WHAT I THINK IT IS, THE SOIL PROPERTIES IN THAT CONE

11:33:34  6  PENETRATION LOG ARE SHOWING THE DIFFERENCE IN SOIL AT ABOUT

11:33:38  7  14 FEET.

11:33:39  8  Q.   AND WHEN YOU'RE DOING YOUR ANALYSIS TO FIGURE OUT WHETHER

11:33:42  9  ANY OF WGI'S EXCAVATIONS ACTUALLY CONTRIBUTED TO ANY

11:33:45  10  UNDERSEEPAGE, YOU DIDN'T TAKE INTO CONSIDERATION THE PILINGS

11:33:48  11  THAT WERE REMOVED FROM UNDER SLABS; CORRECT?

11:33:52  12  A.   THOSE WEREN'T MODELED IN THE SEEPAGE ANALYSIS.

11:33:55  13  Q.   OKAY.  YOU DID NOT MODEL -- I KNOW YOU INDICATE IN YOUR

11:33:58  14  REPORT YOU HAVE SHALLOW UTILITY EXCAVATIONS.  CORRECT?

11:34:01  15  A.   YES.

11:34:02  16  Q.   BUT YOU DON'T MODEL THE DEEPER EXCAVATIONS OF SEWER LINE

11:34:05  17  THAT RUN TOWARDS THE SEWER LIFT STATION; CORRECT?

11:34:18  18  A.   THEY, I THINK, WERE INCLUDED THROUGH THE EXCAVATIONS.

11:34:20  19  Q.   AND YOU DON'T MODEL THE MANHOLES THAT WERE TAKEN OUT THERE

11:34:23  20  THAT SOMETIMES GO DOWN TO 12 TO 14 FEET, DO YOU?

11:34:26  21  A.   MANHOLES?  YOU'RE TALKING ABOUT THE SEWER LIFT STATION

11:34:29  22  MANHOLES?

11:34:30  23  Q.   WELL, THERE WERE MANHOLES ALL UP AND DOWN THE LINE.  THE

11:34:33  24  LINE STARTED ON EACH END OF THE EBIA SITE, AND THEN IT RAN DOWN

11:34:38  25  TO THE SEWER LIFT STATION AT ITS DEEPEST ELEVATION.  AND SO

3490

| | | |
|---|---|---|
| 11:34:43 | 1 | EVERY SO OFTEN THERE ARE MANHOLES, AND MANHOLES THAT GO DOWN |
| 11:34:46 | 2 | INTO THE GROUND, WHICH ALLOW THE LATERAL FEEDS TO GET INTO THE |
| 11:34:50 | 3 | MAIN LINE TO GO TO THE SEWER LIFT STATION; CORRECT? |
| 11:34:54 | 4 | **A.**   THAT'S CORRECT. |
| 11:34:55 | 5 | **Q.**   YOU DIDN'T MODEL ANY OF THAT IN YOUR ANALYSIS? |
| 11:34:57 | 6 | **A.**   NOT THE SHALLOW MANHOLES, NO. |
| 11:34:59 | 7 | **Q.**   DID YOU MODEL THE DRAINAGE DITCH THAT RUNS ALONG SUREKOTE |
| 11:35:08 | 8 | ROAD TO A DEPTH -- AT ALL? |
| 11:35:11 | 9 | LET ME ASK YOU FIRST, DID YOU MODEL THAT DRAINAGE |
| 11:35:14 | 10 | DITCH AT ALL IN YOUR ANALYSIS? |
| 11:35:15 | 11 | **A.**   NOT THE DITCH, NO. |
| 11:35:16 | 12 | **Q.**   DID YOU MODEL ANY GRID TRENCHING IN YOUR ANALYSIS? |
| 11:35:22 | 13 | **A.**   YES, SIR. |
| 11:35:22 | 14 | **Q.**   OKAY.  AND WHAT WAS THE DEPTH THAT YOU ASSIGNED TO THE |
| 11:35:24 | 15 | GRID TRENCHING? |
| 11:35:26 | 16 | **A.**   ABOUT 5 TO 6 FEET. |
| 11:35:28 | 17 | **Q.**   AND IF IT WERE GREATER THAN 5 FEET, ESPECIALLY AT SAUCER, |
| 11:35:31 | 18 | IT WOULD HAVE BEEN GETTING INTO YOUR UPPER ORGANIC CLAY LAYER; |
| 11:35:35 | 19 | CORRECT? |
| 11:35:36 | 20 | **A.**   IT MAY HAVE REACHED THE UPPER SURFACE OF IT. |
| 11:35:36 | 21 | **Q.**   AND ALSO AT BOLAND, WHEN YOU WERE AT MINUS 5 TO MINUS 6 AS |
| 11:35:39 | 22 | YOUR UPPER CLAY LAYER, THE GRID TRENCHING, IN FACT, MAY HAVE |
| 11:35:43 | 23 | GOTTEN INTO THE UPPER CLAY LAYER; IS THAT CORRECT? |
| 11:35:47 | 24 | **A.**   I THOUGHT AT BOLAND THE UPPER SURFACE WAS MINUS 8. |
| 11:35:59 | 25 | **Q.**   NOW, AS I UNDERSTAND YOUR MODELING, YOUR -- AND THIS, I |

| | | |
|---|---|---|
| 11:36:02 | 1 | GUESS, GOES TO THAT DIAGRAM I SHOWED.  YOU'RE FIGURING OUT WHAT |
| 11:36:07 | 2 | THE FLOW OF WATER IS MOVING FROM ONE PART OF AREA TO THE OTHER; |
| 11:36:11 | 3 | CORRECT?  MOLECULES OF WATER MOVING; IS THAT CORRECT? |
| 11:36:14 | 4 | **A.**   THAT'S THE SEEPAGE ANALYSIS, CORRECT, AND THE ASSOCIATED |
| 11:36:16 | 5 | EFFECTS OF THAT MOVEMENT. |
| 11:36:18 | 6 | **Q.**   AND THE MODELING THAT YOU DO, DOES THAT WATER MOVE THROUGH |
| 11:36:21 | 7 | THE SOIL SKELETON THROUGH WHAT'S CALLED EFFECTIVE STRESS? |
| 11:36:24 | 8 | **A.**   NO. |
| 11:36:25 | 9 | **Q.**   HOW DOES IT MOVE THROUGH THE SOILS? |
| 11:36:27 | 10 | **A.**   IT MOVES THROUGH THE PORES OF THE SOIL. |
| 11:36:30 | 11 | **Q.**   OKAY. |
| 11:36:31 | 12 | **A.**   THE OPEN PORES.  SO IF THERE'S NOT A LOT OF PORE SPACE, |
| 11:36:35 | 13 | THERE'S NOT A LOT OF MOVEMENT OF WATER OR PRESSURE. |
| 11:36:38 | 14 | **Q.**   OKAY. |
| 11:36:38 | 15 | **A.**   IT HAS TO FLOW THROUGH THE PORES. |
| 11:36:41 | 16 | **Q.**   OKAY.  WHAT MAKES TO MOVE? |
| 11:36:43 | 17 | **A.**   A DIFFERENCE IN WATER LEVEL FROM, SAY, THE CANAL SIDE TO |
| 11:36:46 | 18 | THE LAND SIDE. |
| 11:36:47 | 19 | **Q.**   OKAY.  HOW DO YOU MEASURE THE ABILITY OF THE WATER TO MOVE |
| 11:36:55 | 20 | THROUGH THE SOIL? |
| 11:36:55 | 21 | **A.**   THAT IS THE HYDRAULIC CONDUCTIVITY OF THE SOIL. |
| 11:36:57 | 22 | **Q.**   OKAY.  AND SO IN ANY OF YOUR ANALYSIS, DO YOU CONSIDER |
| 11:37:00 | 23 | EFFECTIVE STRESS? |
| 11:37:01 | 24 | **A.**   EFFECTIVE STRESS IS NOT INCORPORATED IN THE SEEPAGE |
| 11:37:04 | 25 | ANALYSIS. |

| 11:37:05 | 1 | **Q.** AND WHY IS THAT? |
| 11:37:07 | 2 | **A.** BECAUSE THE PROGRAM DOESN'T MODEL CHANGES IN EFFECTIVE |
| 11:37:10 | 3 | STRESS.  IT IS JUST USING CHANGES IN HYDRAULIC HEAD FROM ONE |
| 11:37:14 | 4 | SIDE TO THE OTHER. |
| 11:37:15 | 5 | **Q.** OKAY.  THE MODEL YOU'RE USING AT SEEP/W IS THE SAME ONE |
| 11:37:23 | 6 | THAT DR. BEA IS USING; CORRECT? |
| 11:37:25 | 7 | **A.** YES, SIR. |
| 11:37:25 | 8 | **Q.** OKAY.  AND YOU CAN ADJUST THE PARAMETERS TO WHATEVER SOILS |
| 11:37:28 | 9 | YOU THINK YOU NEED TO EFFECTIVELY MODEL WHATEVER CONDITIONS ARE |
| 11:37:32 | 10 | OUT THERE; CORRECT? |
| 11:37:33 | 11 | **A.** THAT IS CORRECT. |
| 11:37:34 | 12 | **Q.** OKAY.  NOW, WHEN YOU'RE DOING YOUR MODELING -- AND WHAT |
| 11:37:38 | 13 | YOU'RE SHOWING THE JUDGE AND YOU'RE COMPARING YOUR ANALYSIS |
| 11:37:43 | 14 | WITH DR. BEA'S, EVERYTHING THAT YOU WERE SHOWING THE JUDGE THAT |
| 11:37:46 | 15 | DR. BEA HAD DONE WAS FROM HIS APPENDIX D; CORRECT? |
| 11:37:50 | 16 | **A.** YES, I THINK THE FIGURES WERE FROM APPENDIX D.  OF COURSE, |
| 11:37:53 | 17 | THE INPUT FILES ARE NOT IN APPENDIX D. |
| 11:37:56 | 18 | **Q.** CORRECT. |
| 11:37:57 | 19 | **A.** YES. |
| 11:37:57 | 20 | **Q.** BUT WHAT HE'S MODELING IS THE FLOW OF WATER, CORRECT, THE |
| 11:38:00 | 21 | MOVEMENT OF WATER? |
| 11:38:02 | 22 | **A.** YES, AND IT IS PRESSURE, HYDRAULIC PRESSURE TRANSMISSION. |
| 11:38:07 | 23 | **Q.** AND SO WHEN YOU'RE TALKING ABOUT HYDRAULIC PRESSURE |
| 11:38:09 | 24 | TRANSMISSION, YOU'RE TALKING ABOUT THE PRESSURE THAT IS |
| 11:38:11 | 25 | GENERATED BY THE FLOW OF WATER; CORRECT? |

11:38:14   1   **A.**   THAT'S THE ONLY THING THAT TRANSMITS THE PRESSURE, IS THE

11:38:16   2   FLOW OF WATER.

11:38:16   3   **Q.**   SO YOU'RE SAYING THERE CANNOT BE PRESSURE IN THE WATER

11:38:20   4   WITHOUT IT MOVING?

11:38:22   5   **A.**   IT CANNOT TRANSMIT THE PRESSURE WITHOUT MOVING.

11:38:25   6   **Q.**   OKAY.  IF I HAVE -- IF I HAVE A SINK -- THE FAUCET IN MY

11:38:32   7   SINK, ISN'T THERE PRESSURE IN THAT LINE?

11:38:35   8   **A.**   THERE'S WATER PRESSURE, YES.

11:38:37   9   **Q.**   AND IT'S NOT MOVING, IS IT?

11:38:40   10   **A.**   NO.

11:38:41   11   **Q.**   OKAY.  AND DR. BEA HAS ANOTHER APPENDIX, APPENDIX C, WHICH

11:38:49   12   TALKS ABOUT PRESSURE NOT FROM WATER MOVING, BUT PRESSURE THAT

11:38:52   13   IS TRANSMITTED THROUGH THE SOIL/WATER COMBINATION; CORRECT?

11:39:01   14   **A.**   I THOUGHT APPENDIX C IS HIS CROSS SECTION CHAPTER.

11:39:07   15   **Q.**   THAT'S B, THAT'S APPENDIX B.

11:39:09   16           APPENDIX C IS WHERE HE TALKS ABOUT THE PIEZOMETERS

11:39:12   17   AND THE READINGS OF THE PIEZOMETERS AND HOW THAT PRESSURE,

11:39:13   18   BEING A DIFFERENT PRESSURE, INFLUENCES THE CROSS SECTIONS THAT

11:39:16   19   HE SETS OUT IN APPENDIX B; CORRECT?

11:39:22   20   **A.**   I THINK SO.

11:39:23   21   **Q.**   SO ALL YOUR COMPARISONS OF WHAT YOU HAD WITH DR. BEA

11:39:27   22   ARE -- FOR WHAT HE'S MODELING WOULD BE THE FLOW OF WATER

11:39:29   23   THROUGH THE SOILS, NOT HIS APPENDIX C, WHICH IS THE

11:39:34   24   TRANSMISSION OF PRESSURE THROUGH WATER NOT MOVING; CORRECT?

11:39:41   25   **A.**   THE ANALYSIS IN APPENDIX B IS HIS SEEPAGE AND UPLIFT

| | | |
|---|---|---|
| 11:39:48 | 1 | PRESSURE ANALYSIS FOR THE NORTH BREACH, NEAR BREACH AND SOUTH |
| 11:39:52 | 2 | BREACH.  IN APPENDIX C, HE TRIES TO USE SOME PIEZOMETERS AS A |
| 11:39:58 | 3 | VERIFICATION OR CALIBRATION OF THAT MODEL. |
| 11:40:04 | 4 | **Q.**   THAT'S CORRECT.  CORRECT.  BECAUSE HE'S USING TWO |
| 11:40:07 | 5 | DIFFERENT TYPES OF ANALYSES; CORRECT?  HE'S USING BOTH UPLIFT |
| 11:40:13 | 6 | PRESSURE AND HE'S USING THE HYDRAULIC CONDUCTIVITY PRESSURE, |
| 11:40:15 | 7 | ISN'T HE? |
| 11:40:16 | 8 | **A.**   NO. |
| 11:40:16 | 9 | **Q.**   HE'S NOT USING AN UPLIFT PRESSURE AT ALL.  IS THAT YOUR |
| 11:40:22 | 10 | TESTIMONY? |
| 11:40:22 | 11 | **A.**   NO, HE'S REPORTING AN UPLIFT PRESSURE. |
| 11:40:25 | 12 | **Q.**   IN APPENDIX C OR APPENDIX D? |
| 11:40:28 | 13 | **A.**   APPENDIX D. |
| 11:40:29 | 14 | **Q.**   OKAY.  AND THAT'S THE ONE YOU LOOKED AT; RIGHT?  AND |
| 11:40:31 | 15 | YOU'RE NOT HERE TO COMMENT ABOUT WHAT HE DID IN APPENDIX C; |
| 11:40:33 | 16 | CORRECT? |
| 11:40:33 | 17 | **A.**   I CAN COMMENT ABOUT APPENDIX C. |
| 11:40:40 | 18 | **Q.**   IF ONE PURPORTS TO UNDERSTAND WHAT SOIL IS MADE OF, |
| 11:40:42 | 19 | THERE'S THREE PARTS, AS I UNDERSTAND IT.  THERE'S THE SOIL |
| 11:40:45 | 20 | SKELETON, THE MINERAL PART; CORRECT? |
| 11:40:47 | 21 | **A.**   CORRECT. |
| 11:40:47 | 22 | **Q.**   YOU'RE GOING TO HAVE THE PORE SPACE, WHICH IS GOING TO |
| 11:40:50 | 23 | HAVE EITHER WATER IN IT OR AIR; CORRECT? |
| 11:40:52 | 24 | **A.**   CORRECT. |
| 11:40:53 | 25 | **Q.**   SO THERE'S THREE PORTIONS THAT YOU WOULD LOOK AT WHEN YOU |

| | | |
|---|---|---|
| 11:40:56 | 1 | UNDERSTAND A SOIL; CORRECT? |
| 11:40:57 | 2 | **A.**   CORRECT. |
| 11:40:57 | 3 | **Q.**   AND SO WOULD YOU AGREE WITH ME THAT IF THERE'S NO AIR IN |
| 11:41:00 | 4 | THE PORE SPACES, THAT ALL YOU HAVE IS THE MINERAL SKELETON AND |
| 11:41:03 | 5 | THE WATER?  WOULD YOU AGREE WITH ME ON THAT? |
| 11:41:07 | 6 | **A.**   THE SOIL WOULD BE SATURATED. |
| 11:41:08 | 7 | **Q.**   OKAY.  AND YOU -- IN YOUR TESTIMONY AND IN YOUR REPORT, |
| 11:41:11 | 8 | YOU INDICATE THAT THE BURIED SWAMP MARSH LAYER OR THE UPPER AND |
| 11:41:16 | 9 | LOWER ORGANIC CLAY WERE 100 PERCENT SATURATED; ISN'T THAT |
| 11:41:19 | 10 | CORRECT? |
| 11:41:19 | 11 | **A.**   THAT'S CORRECT. |
| 11:41:20 | 12 | **Q.**   OKAY.  AND SO WHEN YOU HAVE IT FULLY SATURATED, YOU'RE |
| 11:41:22 | 13 | GOING TO HAVE A TRANSMISSION OF PRESSURE THROUGH THAT SOIL |
| 11:41:25 | 14 | LAYER BASED UPON THE FORCES -- THE PRESSURE FORCES ACTING UPON |
| 11:41:33 | 15 | THE WATER PART OF THE SOIL SKELETON, NOT THE MINERAL SKELETON; |
| 11:41:37 | 16 | CORRECT? |
| 11:41:39 | 17 | **A.**   COULD YOU REPEAT THAT QUESTION FOR ME? |
| 11:41:41 | 18 | **Q.**   WHEN YOU HAVE A SATURATED LAYER, A SWAMP MARSH LAYER, AN |
| 11:41:47 | 19 | UPPER ORGANIC CLAY -- WHICH, BY THE WAY, THAT'S WHAT DR. BEA |
| 11:41:50 | 20 | MODELED AS 10 TO THE MINUS 9, NOT THE LEVEE SECTIONS; CORRECT? |
| 11:41:56 | 21 | **A.**   HE MODELS THE -- THE SWAMP MARSHES WITH A COMPRESSIBILITY |
| 11:42:00 | 22 | OF 1 TIMES 10 TO THE MINUS 9. |
| 11:42:04 | 23 | **Q.**   CORRECT.  CORRECT. |
| 11:42:04 | 24 | **A.**   YES. |
| 11:42:04 | 25 | **Q.**   BECAUSE HE'S TRYING TO MODEL THE EFFECTS OF THE PRESSURE |

3496

| | | |
|---|---|---|
| 11:42:07 | 1 | ON THE WATER PART OF THE SWAMP MARSH LAYER, NOT THE SOIL |
| 11:42:11 | 2 | SKELETON; CORRECT? |
| 11:42:14 | 3 | **A.**   HE'S TRYING TO MAKE THE LAYER COMPLETELY INCOMPRESSIBLE SO |
| 11:42:19 | 4 | IT RESPONDS QUICKLY. |
| 11:42:20 | 5 | **Q.**   WELL, GOOD QUESTION.  WOULDN'T HE BE ACTUALLY TRYING TO |
| 11:42:23 | 6 | MODEL IT AS RELATIVELY INCOMPRESSIBLE, BECAUSE WATER IS |
| 11:42:27 | 7 | RELATIVELY INCOMPRESSIBLE? |
| 11:42:31 | 8 | **A.**   I'M NOT SURE WHAT THE QUESTION IS THERE. |
| 11:42:34 | 9 | **Q.**   IS WATER RELATIVELY INCOMPRESSIBLE? |
| 11:42:37 | 10 | **A.**   IN GEOTECHNICAL ENGINEERING, IT'S ASSUMED TO BE |
| 11:42:39 | 11 | INCOMPRESSIBLE. |
| 11:42:41 | 12 | **Q.**   OKAY.  AND SO WHAT DR. BEA WAS TRYING TO MODEL -- YOU KNOW |
| 11:42:44 | 13 | FROM SITTING THROUGH HIS DEPOSITION, HE'S TRYING TO MODEL THAT |
| 11:42:46 | 14 | INTERACTION; CORRECT? |
| 11:42:49 | 15 | **A.**   I'M NOT SURE WHAT HE'S TRYING TO MODEL, BECAUSE THAT |
| 11:42:51 | 16 | DOESN'T REPRESENT THE FIELD CONDITIONS. |
| 11:42:53 | 17 | **Q.**   OKAY.  WELL, IF THE SOIL IS 100 PERCENT SATURATED AND IT |
| 11:42:56 | 18 | HAS A PRESSURE THAT CAN BE TRANSMITTED, AS MR. TREEBY CALLED |
| 11:42:59 | 19 | IT, A P-WAVE, DILATATIONAL VELOCITY, WHICH IS TRANSMITTED |
| 11:43:05 | 20 | THROUGH THE SOIL AT 5,000 FEET PER SECOND, THEREABOUTS, ISN'T |
| 11:43:08 | 21 | THAT, IN FACT, PRESSURE THAT WOULD BE TRANSMITTED THROUGH THE |
| 11:43:10 | 22 | SWAMP MARSH LAYER UNDER THE LEVEE? |
| 11:43:12 | 23 | **A.**   NO, IT WOULDN'T. |
| 11:43:13 | 24 | **Q.**   WHY WOULD THAT BE? |
| 11:43:14 | 25 | **A.**   BECAUSE THE ZONE OF INFLUENCE OF THAT PRESSURE IS LIMITED. |

11:43:18   1   IT WOULD NOT EXTEND ALL THE WAY ACROSS AND UNDER THE FLOODWALL.

11:43:23   2   **Q.**   WELL, THE SHEET PILE TIP DOESN'T CUT OFF THE SWAMP MARSH

11:43:26   3   LAYER, DOES IT?

11:43:28   4   **A.**   IT DOES NOT.

11:43:29   5   **Q.**   OKAY.  AND IF IT'S SATURATED AND THERE IS A PRESSURE

11:43:32   6   TRANSMISSION INTO THAT SWAMP MARSH LAYER IN THE WGI

11:43:36   7   EXCAVATIONS, WOULDN'T THAT PRESSURE BE TRANSMITTED UNDER THE

11:43:41   8   LEVEE?

11:43:42   9   **A.**   NO, IT WOULDN'T.

11:43:48   10        **MR. JOANEN:**  YOUR HONOR, WE'VE BEEN GOING A WHILE.

11:43:49   11   CAN WE TAKE A QUICK BREAK?  I'M GOING TO TAKE A SIP OF WATER

11:43:52   12   AND THEN I HAVE A FEW QUESTIONS ABOUT HIS SLIDES.

11:43:54   13        **THE COURT:**  OKAY.

11:43:56   14        **MR. JOANEN:**  OR WE CAN CONTINUE, BUT JUST LET ME TAKE

11:43:58   15   A BREAK AND DRINK SOME WATER.

11:43:59   16        **THE COURT:**  ALL RIGHT.  GO AHEAD.  DO THAT.

11:44:01   17        **MR. JOANEN:**  OKAY.

11:44:01   18        **THE COURT:**  MR. TREEBY?

11:44:02   19        **MR. TREEBY:**  I WAS HOPING WE COULD DO THAT BECAUSE

11:44:04   20   I'M GOING TO HAVE TO LEAVE, AND I WOULD LIKE TO GET WHAT

11:44:06   21   LIMITED REDIRECT I HAVE DONE BEFORE I HAVE TO LEAVE.

11:44:10   22        **THE COURT:**  SURE.  ABSOLUTELY.

11:44:50   23        **MR. JOANEN:**  YOUR HONOR, BECAUSE WE'RE GOING TO BE

11:44:52   24   SWITCHING TO THE SLIDES, IF WE COULD SWITCH TO THE OVERHEAD

11:44:57   25   PROJECTOR?

| | | |
|---|---|---|
| 11:44:57 | 1 | **THE COURT:**  YOU CAN. |
| 11:44:58 | 2 | **MR. JOANEN:**  I'M GOING TO HAVE A LITTLE BIT OF |
| 11:44:59 | 3 | TROUBLE HERE BECAUSE THE SLIDE PRESENTATION I WAS GIVEN IS |
| 11:45:01 | 4 | DIFFERENT THAN THE ONE HE HAD BECAUSE HE REMOVED SOME OF THEM. |
| 11:45:04 | 5 | I TRIED TO WRITE DOWN THE NUMBERS THAT WE WERE GOING TO TALK |
| 11:45:07 | 6 | ABOUT. |
| 11:45:08 | 7 | **THE DEPUTY CLERK:**  SO DO YOU WANT THE DOC CAM? |
| 11:45:10 | 8 | **MR. JOANEN:**  I'M SORRY? |
| 11:45:10 | 9 | **THE DEPUTY CLERK:**  DO YOU WANT TO USE THAT? |
| 11:45:11 | 10 | **MR. JOANEN:**  I'LL USE THE OVERHEAD, NOT THIS. |
| 11:45:14 | 11 | **THE DEPUTY CLERK:**  OKAY.  THAT'S FINE. |
| 11:46:09 | 12 | **MR. JOANEN:**  THIS IS GOING TO BE -- I'M GOING TO HAVE |
| 11:46:11 | 13 | TO GO WITH THE ONES THAT WE HAVE BECAUSE CARL HAS THEM. |
| 11:46:16 | 14 | IF WE COULD TURN TO SLIDE 3, PLEASE. |
| 11:46:20 | 15 | **BY MR. JOANEN:** |
| 11:46:20 | 16 | **Q.**   AND THIS IS JUST WHAT I WAS TOUCHING UPON, YOUR BOTTOM ONE |
| 11:46:22 | 17 | HERE WITH "BEA'S INSTANTANEOUS HYDRAULIC PRESSURE TRANSMISSION |
| 11:46:27 | 18 | THEORY DOES NOT MODEL THE IHNC CONDITIONS." |
| 11:46:29 | 19 | **A.**   YES, SIR. |
| 11:46:29 | 20 | **Q.**   YOU UNDERSTAND THE THEORY OF DILATATIONAL VELOCITY; |
| 11:46:37 | 21 | CORRECT? |
| 11:46:37 | 22 | **A.**   NO, I DON'T. |
| 11:46:38 | 23 | **Q.**   HAVE YOU EVER WRITTEN -- READ, I'M SORRY, DR. LAMBE'S |
| 11:46:45 | 24 | BOOK, *SOIL MECHANICS*? |
| 11:46:46 | 25 | **A.**   YES, I HAVE. |

| | | |
|---|---|---|
| 11:46:47 | 1 | **Q.**   OKAY.  HAVE YOU EVER READ HIS BOOK TO UNDERSTAND THAT |
| 11:46:51 | 2 | SATURATED SOILS -- THAT IF SATURATED SOILS WERE TRULY |
| 11:46:55 | 3 | INCOMPRESSIBLE, THE DILATATIONAL MODULUS AND THE DILATATIONAL |
| 11:47:00 | 4 | VELOCITY WOULD BE INFINITE? |
| 11:47:04 | 5 | **A.**   THAT'S CORRECT. |
| 11:47:04 | 6 | **Q.**   OKAY.  BUT IT'S NOT; CORRECT?  IT'S RELATIVELY |
| 11:47:07 | 7 | INCOMPRESSIBLE SO THAT PRESSURE TRANSMISSION IS NOT INFINITE; |
| 11:47:12 | 8 | CORRECT? |
| 11:47:12 | 9 | **A.**   CORRECT.  WE -- FREQUENTLY IN GEOTECHNICAL ENGINEERING, |
| 11:47:15 | 10 | SATURATED MATERIALS ARE ASSUMED TO BE INCOMPRESSIBLE, RIGHT. |
| 11:47:19 | 11 | **Q.**   AND IN THE LAMBE AND WHITMAN BOOK, DO YOU AGREE WITH THE |
| 11:47:22 | 12 | THINGS THAT ARE FOUND WITHIN THIS BOOK? |
| 11:47:25 | 13 | **A.**   YES, MOST OF THEM. |
| 11:47:26 | 14 | **Q.**   OKAY.  SO IF IT INDICATES THAT THE DILATATIONAL VELOCITY |
| 11:47:30 | 15 | IS CONTROLLED BY THE COMPRESSIBILITY OF THE PORE PHASE AND IT'S |
| 11:47:34 | 16 | AFFECTED LITTLE BY THE COMPRESSIBILITY OF THE MINERAL SKELETON, |
| 11:47:38 | 17 | WOULD THAT BE CONSISTENT WITH WHAT DR. BEA WAS TRYING TO MODEL, |
| 11:47:41 | 18 | THAT THE DILATATIONAL VELOCITY IS BEING CONTROLLED BY THE PORE |
| 11:47:45 | 19 | PHASE -- WHICH IS THE WATER; CORRECT? |
| 11:47:47 | 20 | **A.**   IF THE LOAD THAT'S BEING APPLIED IS SUFFICIENT TO INDUCE |
| 11:47:50 | 21 | THOSE PRESSURES; IN OTHER WORDS, IT WAS WIDE AND LARGE ENOUGH |
| 11:47:55 | 22 | TO INDUCE THOSE PRESSURES. |
| 11:48:00 | 23 | **Q.**   SO WHAT YOU'RE SAYING HERE IS THAT DR. BEA HAS NOT MODELED |
| 11:48:04 | 24 | IHNC CONDITIONS.  AND ISN'T IT TRUE THAT HE, IN FACT, IS TRYING |
| 11:48:08 | 25 | TO MODEL THE SATURATED ORGANIC CLAY LAYER? |

11:48:13  1  **A.**   THAT'S NOT CORRECT.  HE'S MODELING THE SATURATED LAYERS,

11:48:17  2  BUT THE PROBLEM IS HE'S ALSO MAKING THE NON-SATURATED MATERIALS

11:48:22  3  INCOMPRESSIBLE AS WELL.

11:48:26  4  **Q.**   YES, I KNOW THAT IS YOUR OPINION AND I KNOW YOU TESTIFIED

11:48:31  5  TO THAT, AND WE'LL HEAR FROM DR. BEA ABOUT THAT LATER.  BUT

11:48:34  6  FROM WHAT YOU UNDERSTAND, HIS MODELING OF THE ORGANIC CLAY

11:48:39  7  LAYER, THE SWAMP MARSH LAYER, AT A 10 TO THE MINUS 9 IS AN

11:48:43  8  EFFORT BY HIM TO MODEL WHAT YOU AGREE IS A SATURATED LAYER;

11:48:47  9  CORRECT?

11:48:47  10  **A.**   RIGHT, HE'S TRYING TO MODEL THAT.

11:48:50  11  **Q.**   IF WE CAN TURN TO SLIDE 20.  AND THIS IS YOUR INDICATION

11:48:56  12  OF WHAT TRANSIENT SEEPAGE ANALYSIS WOULD REVEAL; CORRECT?

11:49:01  13  **A.**   CORRECT.

11:49:02  14  **Q.**   AND WE DO SEE THAT ON BOTH OF THESE INSTANCES, THERE IS

11:49:05  15  PRESSURE BEING TRANSMITTED TO THE TOE OF THE LEVEE; CORRECT?

11:49:09  16  **A.**   EXACTLY.  AND THE PRESSURE THAT'S BEING TRANSMITTED, THAT

11:49:14  17  UPLIFT PRESSURE IS THE INITIAL GROUNDWATER SEEPAGE THAT'S

11:49:16  18  OCCURRING FROM THE CANAL SIDE TO THE LAND SIDE.  WE SAW NO

11:49:22  19  INCREASE IN THAT UPLIFT PRESSURE DUE TO THE STORM SURGE.

11:49:25  20           **THE COURT:**  SO IT'S PREEXISTING AND NOT EXACERBATED?

11:49:29  21           **THE WITNESS:**  EXACTLY, YES, SIR.

11:49:30  22  **BY MR. JOANEN:**

11:49:30  23  **Q.**   AND SO YOUR MODELING OF THIS IS INDICATIVE OF WATER

11:49:35  24  MOVEMENT THROUGH THE SOIL; CORRECT?

11:49:37  25  **A.**   OVER A LONG PERIOD OF TIME, THE STEADY STATE CONDITION,

3501

11:49:42  1   EXACTLY.

11:49:43  2   **Q.**   WELL, YOU INDICATE TRANSIENT CASE.  THAT'S WHY I WAS

11:49:47  3   ASKING THE QUESTION.

11:49:48  4   **A.**   EXACTLY.  AND -- BECAUSE I APPLIED ON TOP OF THAT THE

11:49:50  5   STORM SURGE TO 11.28 FEET AT NAVD88 AND SAW NO CHANGE IN THE

11:49:57  6   ANALYSIS.

11:49:57  7   **Q.**   AND IN YOUR ANALYSIS, YOU'RE NOT TALKING ANYTHING ABOUT

11:50:00  8   SLOPE STABILITY ANALYSIS; CORRECT?  YOU'VE NOT GOT INTO THAT?

11:50:04  9   **A.**   CORRECT.  JUST SEEPAGE ANALYSIS.

11:50:06  10  **Q.**   AND YOU WOULD, AS A GEOTECHNICAL ENGINEER, UNDERSTAND THAT

11:50:09  11  IF THERE IS UPLIFT PRESSURE, IT DOES AFFECT THE SHEAR STRENGTH

11:50:14  12  OF SOIL; CORRECT?

11:50:16  13  **A.**   IT CAN INFLUENCE THE DRAINED STRENGTH, NOT THE UNDRAINED

11:50:25  14  STRENGTH.

11:50:40  15  **Q.**   IF WE COULD MOVE TO SLIDE 34.  CAN YOU TELL ME WHERE YOU

11:50:43  16  GOT THIS PHOTOGRAPH?

11:50:43  17  **A.**   I TOOK THOSE PHOTOGRAPHS.

11:50:45  18  **Q.**   AND THAT WAS AT THAT INVESTIGATION YOU WERE DOING TO

11:50:48  19  UNDERSTAND WHETHER THERE WAS A SHEET PILE THERE?

11:50:50  20  **A.**   YES, SIR.

11:50:51  21  **Q.**   AND YOU TESTIFIED TO THE COURT THAT YOU BELIEVED THAT THE

11:50:54  22  SITE-SPECIFIC PERMEABILITY, THAT'S HOW WATER FLOWS THROUGH

11:51:02  23  WATER, IS THIS VALUE; CORRECT?

11:51:04  24  **A.**   ACTUALLY, THAT IS THE SITE-SPECIFIC COMPRESSIBILITY,

11:51:07  25  4 TIMES 10 TO THE MINUS 5, 1 OVER POUNDS PER SQUARE FOOT.

11:51:14    1  **Q.**   OKAY.

11:51:14    2  **A.**   SO THAT WAS WHAT I WAS USING TO REPRESENT THE LEVEE FILL

11:51:17    3  IN DR. BEA'S INPUT FILE.

11:51:19    4  **Q.**   AND WHAT BORINGS DID YOU RELY UPON AND WHAT TESTS DID YOU

11:51:23    5  RELY UPON TO COME UP WITH THAT PARTICULAR FINDING?

11:51:26    6  **A.**   FUGRO PERFORMED TESTS ON THE CANALSIDE CLAY AND THE

11:51:32    7  LANDSIDE CLAY, AND I USED DATA TO ESTIMATE THE SITE-SPECIFIC

11:51:38    8  VALUE COMPRESSIBILITY OF 4 TIMES 10 TO THE MINUS 5, 1 OVER

11:51:43    9  POUNDS PER SQUARE FOOT.

11:51:46   10  **Q.**   CAN YOU GIVE ME A SPECIFIC BORING OR A SPECIFIC TEST THAT

11:51:49   11  WAS DONE SO I CAN LOOK AT YOUR MATERIALS TO SEE?

11:51:51   12  **A.**   WELL, THERE WERE -- IF YOU LOOK AT THE LANDSIDE BORINGS, I

11:51:53   13  BELIEVE THEY'RE 3, 6, 9, 11, 19 THAT ARE ALONG THE LAND SIDE IN

11:52:04   14  THIS AREA OF THE LEVEE.

11:52:07   15  **Q.**   OKAY.  THIS PARTICULAR PHOTOGRAPH -- I KNOW IT'S INDICATED

11:52:11   16  IN YOUR PRESENTATION OF THE NORTH BREACH -- IS THIS A PICTURE

11:52:13   17  OF THE NORTH BREACH OR THE SOUTH BREACH AREA?

11:52:16   18  **A.**   THAT'S THE NORTH BREACH, SIR.  AND YOU CAN SEE THE FLORIDA

11:52:19   19  AVENUE BRIDGE IN THE BACKGROUND, RIGHT THERE.

11:52:21   20  **Q.**   OKAY.

11:52:25   21          **MR. JOANEN:**  CARL, IF WE CAN SWITCH FROM THIS TO --

11:52:27   22  THIS IS GOING TO BE PX-4766-4 -- -0412.

11:52:37   23          **MR. SMITH:**  YOUR HONOR, I'M GOING TO OBJECT.  THIS IS

11:52:39   24  A NEW EXHIBIT THAT'S NOT BEEN PREVIOUSLY PRODUCED IN THIS

11:52:45   25  LITIGATION, AND THERE'S NO FOUNDATION FOR THIS.

11:52:46   1              **MR. JOANEN:**  YOUR HONOR, WHAT HAPPENED WAS THE

11:52:48   2   DEFENDANTS, AFTER YOU CLOSED DISCOVERY, WANTED TO GO OUT AND

11:52:52   3   SEE WHETHER THERE'S SHEET PILE AROUND THE BOX CULVERT.  THEY

11:52:55   4   SAID THEY JUST WANTED TO GO; THERE WOULD BE NO FURTHER TESTING.

11:52:58   5   SO WE DIDN'T SEND ANYBODY OUT THERE.  WE DID HAVE A PARALEGAL

11:53:01   6   GO OUT THERE JUST TO MAKE SURE THAT WE KNEW WHAT WAS HAPPENING.

11:53:06   7              THERE WAS ACTUALLY -- DR. STARK AND A NUMBER OF

11:53:07   8   PEOPLE OUT THERE TOOK A SOIL SAMPLE.  WE INQUIRED ABOUT IT TO

11:53:10   9   DEFENDANTS.  WE WERE TOLD THAT, A, THERE WAS NOT GOING TO BE

11:53:13  10   ANY TESTING WITH THAT, BUT IF THERE WAS ANY TESTING, WE WOULD

11:53:16  11   NOT SEE IT.

11:53:17  12              **THE COURT:**  RIGHT.

11:53:18  13              **MR. JOANEN:**  SURE ENOUGH, WE DID.  THE PHOTOGRAPHS

11:53:19  14   I'M GETTING READY TO SHOW ARE TAKEN BY THE PARALEGAL WHO WAS

11:53:23  15   OUT THERE, CHRIS YOUNT.  MAYBE WE CAN HAVE HIM COME AND

11:53:25  16   TESTIFY.

11:53:26  17              **THE COURT:**  BUT HAS HE TESTIFIED TO ANY SPECIFIC SOIL

11:53:28  18   SAMPLE THERE IN THAT SITE?  I GUESS I'M A LITTLE CONFUSED.

11:53:33  19              **MR. JOANEN:**  MY UNDERSTANDING WAS HE WAS USING THAT

11:53:36  20   TO SHOW WHAT THE SOIL WAS LIKE AT THE AREA OF THE LEVEE WHERE

11:53:40  21   DR. BEA'S FLOW ANALYSIS WAS TAKING PLACE.  AND SO I'M GOING TO

11:53:42  22   SHOW A PICTURE THAT WAS TAKEN -- NOT THE ONE HE SHOWED YOU, BUT

11:53:46  23   WAS TAKEN SIMULTANEOUSLY, A FEW MINUTES LATER, SO YOU CAN GET

11:53:48  24   AN UNDERSTANDING OF WHAT THAT SITE CONDITION IS LIKE.

11:53:49  25              **THE COURT:**  WELL, I THOUGHT HE SAID HE AVERAGED

11:53:50  1  OTHER -- OTHER ONES AND HE DIDN'T USE THAT ONE.  I MAY BE

11:53:53  2  CONFUSED.

11:53:55  3            CAN YOU CLEAR THAT UP?

11:53:56  4            **MR. SMITH:**  YOU'RE NOT CONFUSED, YOUR HONOR.  THAT'S

11:53:59  5  WHAT HE JUST TESTIFIED TO.

11:54:01  6            **THE COURT:**  YEAH.  SO I'M NOT SURE WHAT THIS MEANS.

11:54:03  7  I MEAN, IF HE DIDN'T USE IT, I'M NOT SURE WHAT RELEVANCE IT

11:54:07  8  HAS.

11:54:08  9            **MR. JOANEN:**  WELL, HE TALKS ABOUT THE DIFFERENT

11:54:09  10  COLORATIONS OF THE SOILS, THE SATURATION OF THE SOILS, AND THE

11:54:13  11  PERMEABILITY.  AND I'M GOING TO SHOW JUST A PHOTOGRAPH THAT WAS

11:54:15  12  TAKEN SIMULTANEOUSLY, YET JUST A FEW MOMENTS LATER.

11:54:19  13            **THE COURT:**  DOES IT GO TO THE WAY THE SOIL LOOKED NOT

11:54:22  14  INTO THIS TEST?

11:54:27  15            **MR. JOANEN:**  YES, YES.  BUT, HONESTLY, I DON'T KNOW

11:54:28  16  WHAT TESTS HE DID BECAUSE WE ONLY FOUND OUT ABOUT THIS AFTER

11:54:31  17  THE FACT.

11:54:32  18            **THE COURT:**  I UNDERSTAND.  BUT HE SAYS HE'S NOT

11:54:34  19  USING, AS COUNSEL REPRESENTED, THE TEST AT SPECIFICALLY THIS

11:54:39  20  AREA, IT WAS A PREEXISTING TEST.

11:54:42  21            **MR. JOANEN:**  NO, HIS TESTIMONY WAS, IF YOU LOOKED AT

11:54:43  22  THE DIFFERENT COLORATIONS OF THE SOIL, YOU'LL SEE THE

11:54:46  23  DIFFERENCE THERE.

11:54:46  24            **THE COURT:**  LOOK, COUNSEL, FIRST YOU MENTIONED THAT

11:54:48  25  COUNSEL SAID SOMETHING THAT WASN'T ACCURATE ABOUT TESTING THAT

11:54:53   1   TOOK PLACE RIGHT THERE.  YOU HAVE NOT MADE IT CLEAR TO ME AT

11:54:56   2   ALL THAT HE USED THIS BORING -- LET'S STICK TO ONE THING AT A

11:55:01   3   TIME -- THAT HE USED A BORING TAKEN RIGHT THERE, THAT THEY SAID

11:55:05   4   THEY WEREN'T GOING TO USE, THAT HE DID USE TO DETERMINE FOR --

11:55:08   5   WHATEVER THE FACTOR HE DID, 4 TIMES 10 TO THE MINUS 5.

11:55:13   6                    SO WHERE ARE WE -- WHAT IS IT -- IF WE CAN JUST

11:55:15   7   STICK TO ONE SUBJECT.  ARE YOU CONTENDING THAT THEY DID USE

11:55:20   8   THAT TEST TO GET THAT FIGURE?

11:55:21   9            **MR. JOANEN:**  WE DON'T KNOW.  WE HAVE -- WE ASKED.  WE

11:55:22  10   INQUIRED --

11:55:22  11            **THE COURT:**  HE JUST SAID HE DIDN'T.

11:55:25  12            **MR. JOANEN:**  IT WOULD BE -- THERE WAS -- THERE WERE

11:55:27  13   BORINGS TAKEN ON THE OUTSIDE OF THE FLOODWALL DURING THEIR SOIL

11:55:30  14   TEST AND PROTOCOL.  I UNDERSTAND THAT.

11:55:32  15            **THE COURT:**  RIGHT.

11:55:32  16            **MR. JOANEN:**  WHEN THEY WERE TAKING THIS PICTURE --

11:55:33  17   WHEN THE PICTURE WAS TAKEN, THEY ALSO TOOK A SOIL SCOOP -- A

11:55:37  18   SCOOP OF SOIL.

11:55:37  19            **THE COURT:**  RIGHT.

11:55:38  20            **MR. JOANEN:**  WE ASKED ABOUT THAT.  WE WERE NOT EVER

11:55:40  21   TOLD THAT THERE WAS GOING TO BE ANYTHING COME OF IT.

11:55:43  22                    SURE ENOUGH, THAT PHOTOGRAPH SHOWS UP IN THE

11:55:46  23   PRESENTATION THAT DR. STARK HAS, AND IT'S -- THE WAY I

11:55:50  24   UNDERSTOOD HE WAS SAYING, THIS WOULD SHOW INDICATION OF THE

11:55:52  25   THINGS THAT DR. BEA WAS MODELING.

| | | |
|---|---|---|
| 11:55:54 | 1 | AND SO I WANTED TO SHOW A PHOTOGRAPH THAT WAS |
| 11:55:56 | 2 | TAKEN AT THE SAME TIME FROM ALMOST THE EXACT SAME LOCATION THAT |
| 11:56:02 | 3 | WOULD SHOW WHAT HAPPENS TO THOSE SOILS WITHIN JUST A FEW |
| 11:56:05 | 4 | MINUTES.  AND IT'S GOING TO GO DIRECTLY TO WHAT DR. BEA'S GOING |
| 11:56:08 | 5 | TO SAY WHEN HE COMES AND TESTIFIES ON WEDNESDAY. |
| 11:56:12 | 6 | **MR. SMITH:**  YOUR HONOR, HE CAN'T LAY ANY FOUNDATION |
| 11:56:13 | 7 | FOR THE USE HE WANTS TO MAKE OF THIS PHOTOGRAPH. |
| 11:56:15 | 8 | **THE COURT:**  WELL, THIS PHOTOGRAPH THAT HE SHOWED -- |
| 11:56:19 | 9 | THIS SLIDE PRESENTATION, IS THAT IN HIS REPORT? |
| 11:56:22 | 10 | **MR. JOANEN:**  NO. |
| 11:56:22 | 11 | **THE COURT:**  I'M GOING TO ALLOW YOU TO CROSS-EXAMINE |
| 11:56:25 | 12 | HIM ABOUT THE PHOTOGRAPH.  I CERTAINLY BELIEVE THAT THERE WAS |
| 11:56:28 | 13 | NO TESTING DONE, THAT THEY DID NOT USE THE TESTING DONE TO COME |
| 11:56:33 | 14 | UP WITH ANY FIGURE HERE IN THAT SPECIFIC SITE.  AND THAT'S |
| 11:56:36 | 15 | WHERE YOU GOT OFF TRACK, COUNSELOR. |
| 11:56:36 | 16 | JUST SAY YOU WANT TO SHOW A PICTURE. |
| 11:56:40 | 17 | **MR. JOANEN:**  I'M SORRY? |
| 11:56:40 | 18 | **THE COURT:**  JUST SAY YOU WANT TO SHOW A PHOTOGRAPH. |
| 11:56:44 | 19 | DON'T WEAVE INTO SOMETHING ELSE THAT'S REALLY NOT A PART OF IT, |
| 11:56:47 | 20 | THAT, "OH, THEY TOOK A TEST HERE." |
| 11:56:49 | 21 | **MR. JOANEN:**  YES, SIR. |
| 11:56:50 | 22 | **THE COURT:**  ALL RIGHT.  IT WOULD HAVE BEEN MORE |
| 11:56:51 | 23 | EFFECTIVE.  I'M GOING TO LET YOU SHOW THE PHOTOGRAPH SINCE YOU |
| 11:56:54 | 24 | HAVEN'T SEEN THIS PHOTOGRAPH UNTIL THIS SLIDE PRESENTATION, AND |
| 11:56:56 | 25 | ASK HIM ABOUT IT. |

| | | |
|---|---|---|
| 11:56:57 | 1 | **MR. JOANEN:** CAN WE CALL UP 0112? |
| 11:57:03 | 2 | **BY MR. JOANEN:** |
| 11:57:05 | 3 | **Q.** DR. STARK, CAN YOU TELL ME IF YOU SEE THE DIFFERENT COLORS |
| 11:57:09 | 4 | OF COLORATION IN THAT PHOTOGRAPH AS YOU HAD IN YOUR OWN |
| 11:57:14 | 5 | PHOTOGRAPH? |
| 11:57:14 | 6 | **A.** YES, I DO. |
| 11:57:15 | 7 | **Q.** OKAY. CAN YOU POINT OUT WHERE THEY ARE? |
| 11:57:18 | 8 | **A.** YOU CAN SEE FROM THE GROUND SURFACE, AS IT GOES DOWN, IT'S |
| 11:57:21 | 9 | LIGHT COLORED, LIGHT TAN, LIGHT TAN, TAN, AND THEN IT STARTS |
| 11:57:25 | 10 | BECOMING DARKER; AND EVENTUALLY, IF THIS EXCAVATION CONTINUED |
| 11:57:29 | 11 | DOWN FAR ENOUGH, THE MATERIAL WOULD BE BECOME SATURATED DUE TO |
| 11:57:33 | 12 | THE FLOW FROM THE CANAL SIDE TO THE LAND SIDE. |
| 11:57:37 | 13 | **Q.** OKAY. AND WITH THIS PHOTOGRAPH, CAN YOU SEE THAT THERE IS |
| 11:57:41 | 14 | WATER FORMING IN THIS LOWER LEVEL RIGHT HERE? |
| 11:57:45 | 15 | **A.** WELL, I SEE WATER ON THE BOX CULVERT HERE IN THE |
| 11:57:50 | 16 | FOREGROUND RIGHT HERE. I'M JUST SEEING SOIL IN THE BACKFILL. |
| 11:58:03 | 17 | **Q.** AND THIS WATER WAS COMING FROM THE SOIL THAT WAS AROUND |
| 11:58:06 | 18 | THE BOX CULVERT; CORRECT? |
| 11:58:09 | 19 | **A.** I DON'T THINK SO, BECAUSE THE WATER'S ON TOP OF THE |
| 11:58:11 | 20 | CONCRETE PORTION OF THE BOX CULVERT AND THE SOIL'S ALREADY |
| 11:58:16 | 21 | REMOVED. |
| 11:58:17 | 22 | **Q.** OKAY. IF WE CAN TOGGLE BACK TO THE PHOTOGRAPH YOU SHOWED, |
| 11:58:20 | 23 | THAT WOULD BE SLIDE NO. 34, IF WE COULD LOOK HERE, IS THERE A |
| 11:58:32 | 24 | WATER -- DOES THAT INDICATE THAT THERE WAS WATER IN THIS -- ON |
| 11:58:36 | 25 | THE BOX CULVERT? |

11:58:43   1   **A.**   POSSIBLY SOME WATER IN THE LEFT PHOTOGRAPH WHERE I'M

11:58:46   2   POINTING.  IT'S -- THE PHOTOGRAPH'S A LITTLE SMALL.  BUT,

11:58:53   3   AGAIN, THAT WOULD INDICATE NATURAL UNDERSEEPAGE FROM THE CANAL

11:58:57   4   SIDE TO THE LAND SIDE, AS I'VE STATED.

11:59:04   5   **Q.**   AND THAT WOULD BE WATER FLOWING, CORRECT, OUT OF THE

11:59:07   6   SOILS, MOVEMENT OF WATER?

11:59:10   7   **A.**   YES.

11:59:23   8   **Q.**   IF WE COULD TURN TO SLIDE 40.  AND THIS IS ONE OF THE MANY

11:59:32   9   ONE -- SLIDES THAT YOU'VE SHOWN THAT HAD A MOVIE ASSOCIATED

11:59:36  10   WITH IT.  YOU INDICATE THAT YOU TAKE THE INPUT FILE -- THIS IS

11:59:40  11   FROM DR. BEA; CORRECT?

11:59:41  12   **A.**   YES.

11:59:41  13   **Q.**   OKAY.  AND YOU DON'T INDICATE WHAT THIS FILE IS

11:59:48  14   REFERENCING.  IS THAT A FILE RELATED TO HIS APPENDIX D?

11:59:52  15   **A.**   THIS IS THE FILE ASSOCIATED WITH HIS SOUTH BREACH

11:59:55  16   ANALYSIS, CASE 1-1, WHICH DR. BEA REFERS TO AS "UPPER BOUND."

12:00:02  17   **Q.**   OKAY.  AND HE GIVES A FIGURE HERE; CORRECT?

12:00:06  18   **A.**   YES.

12:00:06  19   **Q.**   AND WHAT DOES THAT FIGURE REPRESENT?

12:00:08  20   **A.**   IT LOOKS LIKE K EQUALS 1 TO THE 10 TO THE MINUS 5.

12:00:13  21   **Q.**   AND WHAT WOULD THAT MEAN TO YOU?  WHAT IS THAT FOR?  WHAT

12:00:18  22   IS IT MODELING?

12:00:19  23   **A.**   I ASSUME THAT'S THE ORGANIC CLAY.

12:00:20  24   **Q.**   OF A PERMEABILITY; RIGHT?

12:00:22  25   **A.**   CORRECT.

| 12:00:22 | 1  | **Q.**  AND YOU KNOW IN DR. BEA'S APPENDIX D HE MODELED THREE |
| 12:00:26 | 2  | DIFFERENT TYPES OF PERMEABILITY, DIDN'T HE?  HE MODELED |
| 12:00:30 | 3  | 10 TO THE MINUS 4, 10 TO THE MINUS 5, AND 10 TO THE MINUS 6 TO |
| 12:00:34 | 4  | SEE HOW EACH OF THOSE VARIOUS PERMEABILITIES AFFECTED THE FLOW |
| 12:00:38 | 5  | OF WATER IN THAT REGION; CORRECT? |
| 12:00:39 | 6  | **A.**  CORRECT.  HE USED A RANGE OF HYDRAULIC CONDUCTIVITY. |
| 12:00:43 | 7  | **Q.**  OKAY.  AND DID YOU RUN YOUR MODEL WITH THE LOWER RANGE OF |
| 12:00:49 | 8  | 10 TO THE MINUS 4? |
| 12:00:50 | 9  | **A.**  NO.  I RAN THIS MODEL AND ONLY CHANGED THE COMPRESSIBILITY |
| 12:00:56 | 10 | OF THE LEVEE FILL. |
| 12:00:56 | 11 | **Q.**  OKAY.  AND SO IT'S YOUR UNDERSTANDING THAT THIS MODEL |
| 12:01:02 | 12 | SHOWS A 10 TO THE MINUS 9 AT THE LEVEE FILL AS WELL AS A |
| 12:01:05 | 13 | 10 TO THE MINUS 9 AT THE LOWER LEVEL, ORGANIC CLAY LEVEL? |
| 12:01:12 | 14 | **A.**  NO, WE'RE TALKING ABOUT COMPRESSIBILITY NOW. |
| 12:01:14 | 15 | **Q.**  I THOUGHT WE WERE TALKING ABOUT FLOW, BECAUSE THAT'S WHAT |
| 12:01:18 | 16 | APPENDIX D WAS. |
| 12:01:19 | 17 | **A.**  NO.  1 TIMES 10 TO THE MINUS 9 1 OVER POUNDS PER SQUARE |
| 12:01:22 | 18 | FOOT IS THE COMPRESSIBILITY.  SO IN THIS ANALYSIS, DR. BEA IS |
| 12:01:25 | 19 | MODELING THE LOWER ORGANIC CLAY OF LEVEE FILL IN THE JOURDAN |
| 12:01:31 | 20 | AVENUE CANAL WITH A COMPRESSIBILITY OF 1 TIMES 10 TO THE |
| 12:01:33 | 21 | MINUS 9. |
| 12:01:35 | 22 | **Q.**  AND THAT'S YOUR UNDERSTANDING AND THAT'S -- THAT'S WHAT |
| 12:01:38 | 23 | YOUR UNDERSTANDING IS; CORRECT? |
| 12:01:40 | 24 | **A.**  YES, SIR. |
| 12:01:40 | 25 | **Q.**  ALL RIGHT.  AND YOU DID NOT HAVE A CHANCE TO READ |

12:01:42   1   DR. BEA'S TESTIMONY OR LISTEN TO HIM HERE LIVE WHEN HE TALKED

12:01:48   2   ABOUT THAT HE WAS NOT USING 10 TO THE MINUS 9 FOR THESE UPPER

12:01:51   3   LEVELS; CORRECT?

12:01:52   4   **A.**   I WAS HERE FOR HIS TESTIMONY ALL THREE DAYS.  AND WHAT IS

12:01:55   5   IN THIS INPUT FILE IS 10 TO THE MINUS 9 FOR THE COMPRESSIBILITY

12:01:59   6   OF THE LEVEE FILL, WHICH I'M HIGHLIGHTING; O FOR THE LANDSIDE

12:02:05   7   CLAY CAP THAT I'M HIGHLIGHTING; AND 10 TO THE MINUS 9 FOR THE

12:02:11   8   JOURDAN AVENUE CANAL BACKFILL.  AND THAT'S COMPRESSIBILITY.

12:02:22   9             **MR. JOANEN:**  CAN WE TURN TO SLIDE 46, PLEASE?

12:02:25  10   **BY MR. JOANEN:**

12:02:25  11   **Q.**   AND HERE, THIS IS HIS NEAR BREACH ANALYSIS?

12:02:30  12   **A.**   YES, SIR.

12:02:31  13   **Q.**   AND THIS IS WHERE YOU DO THE COMPARISON BETWEEN NORTH

12:02:33  14   BREACH AND NEAR BREACH; ISN'T THAT CORRECT?

12:02:34  15   **A.**   YES, SIR.

12:02:35  16   **Q.**   DID YOU MODEL THE DEPTH OF THE EXCAVATION AT THE NEAR

12:02:38  17   BREACH TO UNDERSTAND THIS ANALYSIS WHEN YOU EVALUATED IT?

12:02:46  18   **A.**   I'M SORRY, DID I CHANGE --

12:02:48  19   **Q.**   WHEN YOU EVALUATED THIS NEAR BREACH ANALYSIS, DID YOU

12:02:52  20   EVALUATE WHERE, IN FACT, THE DEPTH OF THE EXCAVATIONS ON THIS

12:02:55  21   SIDE WOULD BE TO UNDERSTAND THE FLOW RATES?

12:03:00  22   **A.**   I STUDIED THE BORROW PIT.  THAT'S THE EXCAVATION AT THE

12:03:03  23   NEAR BREACH.

12:03:04  24   **Q.**   MY QUESTION IS A LITTLE MORE SPECIFIC, RELATED TO

12:03:07  25   DR. BEA'S FINDINGS.  DID YOU -- I KNOW YOUR OPINION ON THE

12:03:11   1   BORROW PIT IS YOUR OPINION, BUT AS FAR AS FOR THIS ANALYSIS

12:03:13   2   RIGHT HERE, DID YOU EVALUATE WHAT DR. BEA'S BOTTOM LAYER OF

12:03:19   3   EXCAVATION WAS?

12:03:22   4   **A.**   I USED HIS INPUT FILE.  I'M NOT SURE I UNDERSTAND THE

12:03:25   5   QUESTION.

12:03:26   6   **Q.**   OKAY.  WHEN YOU TALK ABOUT THE FLOWS HERE RELATED TO A GAP

12:03:32   7   IN THE MODELING THAT YOU DID, YOU HAD THE GAP THERE AS WELL;

12:03:36   8   CORRECT?

12:03:36   9   **A.**   YES.  BUT THE BIG DIFFERENCE BETWEEN MY MODELING OF THE

12:03:41   10   GAP -- AND I'D LIKE TO BE SPECIFIC -- IT'S THE GAP ON THE CANAL

12:03:44   11   SIDE OF THE FLOODWALL.  AS THE STORM SURGE COMES UP, IT PUSHES

12:03:48   12   THE WALL LANDSIDE, AND A GAP IS CREATED BETWEEN THE SOIL ON THE

12:03:52   13   CANAL SIDE AND THE SHEET PILE WALL.

12:03:56   14          SO MY -- I OPENED THE GAP IN MY SEEPAGE ANALYSIS WHEN

12:04:00   15   THE WATER WAS ON THE CONCRETE PORTION OF THE FLOODWALL.

12:04:05   16          DR. BEA OPENS THE GAP OR HAS THE GAP OPEN FROM

12:04:11   17   TIME 0, FROM THE INITIAL START OF THE ANALYSIS, EVEN THOUGH THE

12:04:14   18   WATER LEVEL IS STILL AT THE CANAL LEVEL.

12:04:17   19   **Q.**   RIGHT.  AND THAT'S HOW HE'S MODELING THE FLOW OF WATER,

12:04:20   20   BUT THAT'S NOT HOW HE'S MODELING THE PRESSURE.

12:04:22   21          WHEN YOU ANALYZED THIS, DO YOU TAKE INTO

12:04:25   22   CONSIDERATION ANY EXCAVATIONS ON THE FLOOD SIDE RELATED TO HOW

12:04:31   23   IT INFLUENCES THE MOVEMENT OF WATER ON THE PROTECTED SIDE?

12:04:36   24   **A.**   I THINK I KNOW THE CONFUSION.  THIS IS DR. BEA'S MODEL.

12:04:38   25   THIS IS NOT MY MODEL.

12:04:41   1              **THE COURT:**  HE JUST -- HE JUST GAVE A DIFFERENT INPUT

12:04:44   2   IN YOUR MODEL, BUT YOU USED ALL THE OTHER PARAMETERS OF

12:04:48   3   DR. BEA'S FILE IN MODELING YOURS?

12:04:52   4              **THE WITNESS:**  YES.  BUT I USED -- THIS IS ALL

12:04:54   5   DR. BEA'S ANALYSIS.

12:04:55   6              **THE COURT:**  RIGHT, I UNDERSTAND.

12:04:56   7              **THE WITNESS:**  OKAY.

12:04:57   8              **THE COURT:**  BUT THE -- THERE'S ONE FIGURE THAT --

12:05:00   9   BOTH OF THOSE ARE DR. BEA'S ANALYSIS WHICH WE'RE SEEING RIGHT

12:05:06  10   THERE?

12:05:07  11              **THE WITNESS:**  YES, SIR.

12:05:07  12              **THE COURT:**  WITHOUT ANY -- ANY CHANGES FROM YOU?

12:05:09  13              **THE WITNESS:**  WITHOUT ANY CHANGES.

12:05:11  14              **THE COURT:**  ALL RIGHT.  GOT IT.

12:05:12  15              **THE WITNESS:**  YES, SIR.  THAT'S JUST TO SET THE

12:05:14  16   BACKGROUND OF HOW DIFFERENT --

12:05:15  17              **THE COURT:**  RIGHT.

12:05:16  18              **THE WITNESS:**  -- THE NORTH BREACH AND NEAR BREACH

12:05:18  19   ANALYSES RESULTS ARE.

12:05:21  20              **THE COURT:**  OKAY.

12:05:22  21   **BY MR. JOANEN:**

12:05:22  22   **Q.**   IF WE CAN TURN TO THE NEXT SLIDE.  DO YOU SEE HERE ON THE

12:05:28  23   LEFT -- AND THIS IS SLIDE 47.  DO YOU SEE HERE ON THE LEFT IS

12:05:32  24   DR. BEA'S NORTH BREACH ANALYSIS?  THERE WAS MORE TO THIS THAN

12:05:36  25   IS ON THE SLIDE, BUT DO YOU RECALL WHY THERE'S TWO DIFFERENT

12:05:40    1   LINES, ONE BEING BLUE AND ONE BEING RED?

12:05:43    2   **A.**   YES, SIR.

12:05:43    3   **Q.**   AND THAT'S BECAUSE OF THE DIFFERENT PERMEABILITIES HE WAS

12:05:46    4   MODELING; CORRECT?

12:05:47    5   **A.**   NO, SIR.

12:05:48    6   **Q.**   IT'S NOT?

12:05:49    7   **A.**   NO, SIR.

12:05:50    8   **Q.**   WHY DO YOU THINK THAT HE'S MODELING THERE?

12:05:52    9   **A.**   THE BLUE DIAMONDS THAT I'M POINTING TO RIGHT NOW ARE THE

12:05:56   10   RESULTS FOR HIS CASE 1-1 ANALYSIS, WHICH HAS A THICKER MARSH

12:06:01   11   SWAMP LAYER THAN THE RED -- LOOKS LIKE SQUARES.  THE RED

12:06:06   12   SQUARES REPRESENT HIS RESULTS FOR THE CASE 1-2 ANALYSIS, AND

12:06:10   13   THAT'S INDICATED AT THE TOP OF THE FIGURE RIGHT THERE.  AND

12:06:14   14   THAT HAS A THINNER SWAMP MARSH LAYER THAN CASE 1-1, AND THAT'S

12:06:20   15   WHY HE LABELS CASE 1-1 AS "UPPER BOUND."

12:06:23   16          THE LAST DOTS ON THE DIAGRAM ARE THE OPEN CIRCLES AT

12:06:27   17   THE TOP THAT I'M POINTING TO.  THAT IS CASE 1-1, BUT HE

12:06:31   18   ASSIGNED ISOTROPIC PROPERTIES.  SO, IN OTHER WORDS, THE

12:06:34   19   HYDRAULIC CONDUCTIVITY WAS THE SAME IN THE VERTICAL DIRECTION

12:06:37   20   AS THE HORIZONTAL DIRECTION, AND HE USED THAT JUST TO SHOW THAT

12:06:40   21   HE DIDN'T OBTAIN A LARGE DIFFERENCE.

12:06:43   22   **Q.**   AND IT'S YOUR BELIEF THAT DR. BEA DID NOT USE ANALYSIS

12:06:47   23   THAT INVOLVED PERMEABILITIES OF 10 TO THE MINUS 4 AS WELL AS

12:06:52   24   10 TO THE MINUS 5 AND 10 TO THE MINUS 6 IN HIS APPENDIX B, AS

12:06:58   25   YOU'VE INDICATED HERE?

| | | |
|---|---|---|
| 12:07:00 | 1 | **A.**  THIS DIAGRAM IS USING ONE HYDRAULIC CONDUCTIVITY. |
| 12:07:03 | 2 | **MR. JOANEN:**  CAN I HAVE JUST A MOMENT TO CONFER WITH |
| 12:07:07 | 3 | COUNSEL? |
| 12:07:09 | 4 | **THE COURT:**  YOU MAY. |
| 12:07:44 | 5 | **MR. JOANEN:**  JUST ONE LAST THING, YOUR HONOR.  THIS |
| 12:07:45 | 6 | IS GOING TO BE DR. NAYMIK'S EXPERT REPORT. |
| 12:07:49 | 7 | COULD WE CALL UP JX-1843-0010? |
| 12:08:17 | 8 | IF WE COULD ENLARGE THIS FIRST PARAGRAPH HERE. |
| 12:08:19 | 9 | **BY MR. JOANEN:** |
| 12:08:19 | 10 | **Q.**  I'M GOING TO ASK YOU TO LOOK AT THIS, DR. STARK. |
| 12:08:22 | 11 | YOU'RE FAMILIAR WITH THAT DOCUMENT.  THIS IS |
| 12:08:25 | 12 | DR. NAYMIK'S REPORT. |
| 12:08:26 | 13 | **A.**  I AM FAMILIAR WITH HIS REPORT. |
| 12:08:28 | 14 | **Q.**  OKAY.  AND THIS IS THE PAGE LEADING UP TO THE POINT WHERE |
| 12:08:29 | 15 | HE INDICATES THAT THERE IS VERTICAL CONDUCTIVITY RATIO -- THE |
| 12:08:39 | 16 | VERTICAL AND HORIZONTAL CONDUCTIVITY RATIO OF 10 TO 1? |
| 12:08:43 | 17 | **A.**  OH, THAT YOU DISCUSSED PREVIOUSLY? |
| 12:08:48 | 18 | **Q.**  RIGHT.  CORRECT. |
| 12:08:49 | 19 | **A.**  OKAY. |
| 12:08:50 | 20 | **Q.**  AND I'M GLAD TO -- I CAN GIVE YOU THE REPORT IF YOU'D |
| 12:08:51 | 21 | LIKE.  YOU CAN LOOK AT IT.  YOU CAN READ IT, OR YOU CAN READ IT |
| 12:08:54 | 22 | UP HERE, WHATEVER YOU'D LIKE. |
| 12:08:56 | 23 | BUT HE INDICATES THAT THERE'S A METHODOLOGY. |
| 12:09:06 | 24 | **A.**  OKAY.  I'VE READ THAT BULLET POINT. |
| 12:09:07 | 25 | **MR. JOANEN:**  OKAY.  IF WE CAN CLOSE THAT AND GO TO |

12:09:10   1   THE NEXT PART, WHICH WOULD BE RIGHT HERE.

12:09:12   2   **BY MR. JOANEN:**

12:09:17   3   **Q.**   AND HE HAS HIS INPUT PARAMETERS AND THINGS THAT HE'S

12:09:21   4   LOOKING FOR.

12:09:34   5   **A.**   OKAY.

12:09:34   6          **MR. JOANEN:**   AND THEN IF WE GO DOWN TO THE BOTTOM

12:09:36   7   PART WHERE YOU HAVE -- DOWN HERE, THE LAST PARAGRAPH.

12:09:41   8   **BY MR. JOANEN:**

12:09:41   9   **Q.**   HE TALKS ABOUT A RATIO, AN ANISOTROPY RATIO.  IT'S

12:09:48  10   VERTICAL VERSUS -- OVER HORIZONTAL PERMEABILITY; CORRECT?

12:09:52  11   **A.**   THAT'S WHAT THE TEXT INDICATES.

12:09:59  12   **Q.**   AND HE DOES INDICATE THAT THERE'S A QUOTE BY THESE GUYS

12:10:02  13   FREEZE AND CHERRY; CORRECT?

12:10:04  14   **A.**   CORRECT.

12:10:04  15          **MR. JOANEN:**   AND THEN WE'LL GO TO THE NEXT PAGE.  AND

12:10:06  16   THAT INDICATED THAT THE -- 01843-0011.  IF WE COULD BLOW THIS

12:10:22  17   SECTION UP RIGHT HERE.

12:10:31  18   **BY MR. JOANEN:**

12:10:31  19   **Q.**   AND WE CAN SEE THAT QUOTE FROM FREEZE AND CHERRY CONTINUES

12:10:35  20   THROUGH TO RIGHT HERE; CORRECT?  AND IT TALKS ABOUT WHAT THEY

12:10:38  21   TALKED ABOUT.

12:10:38  22   **A.**   ". . . . TO VERTICAL GREATER THAN 10 AND IS USUALLY LESS

12:10:41  23   THAN 3 TO 1."

12:10:46  24   **Q.**   RIGHT.  IS THAT WHAT -- THAT'S WHAT FREEZE AND CHERRY ARE

12:10:53  25   SAYING; CORRECT?

12:10:54   1   **A.**   OKAY.  ISN'T THAT KIND OF WHAT --

12:10:55   2   **Q.**   AND DR. NAYMIK, WHO HAS NOT TESTIFIED HERE, INDICATES

12:10:55   3   RIGHT HERE THAT BASED UPON THE CLAY-RICH NATURE OF THE

12:10:58   4   SEDIMENTS ENCOUNTERED AT THE TESTING SITE, WHICH IS THE EBIA,

12:11:00   5   HE INDICATES THAT THERE'S A HORIZONTAL-TO-VERTICAL ANISOTROPY

12:11:06   6   RATIO OF 10 TO 1, SIMILAR TO DR. BEA AND DR. ROGERS; CORRECT?

12:11:14   7   **A.**   THAT'S WHAT THIS TEXT IS INDICATING.  BUT, AGAIN, THE

12:11:17   8   RATIO -- ANISOTROPY RATIO OF 10 TO 1, THAT DR. BEA IS USING,

12:11:23   9   COMES FROM A RESEARCH PAPER I PUBLISHED WITH ONE OF MY

12:11:27  10   COLLEAGUES.  AND IT'S BASED ON TESTING OF MIDDLETON PEAT

12:11:30  11   OBTAINED FROM MIDDLETON, WISCONSIN.

12:11:34  12          SO I'M NOT SURE WHAT DR. NAYMIK IS . . .

12:11:37  13   **Q.**   WELL, IT'S KIND OF INTERESTING THAT DR. NAYMIK DID HAVE,

12:11:39  14   IN FACT, PEAT FOUND IN HIS BORING LOGS AND YOURS DON'T.

12:11:44  15          SO THAT'S WHY WE BROUGHT THIS UP TO YOUR ATTENTION.

12:11:47  16   **A.**   AND I THINK I EXPLAINED WHY THE BORING LOGS WERE CHANGED.

12:11:51  17   **Q.**   RIGHT.  AND ULTIMATELY, YOU WOULD AGREE THAT DR. NAYMIK'S

12:11:55  18   CONCLUSION, WHATEVER IT IS, WHATEVER IT WOULD BE AT 10 TO 1 FOR

12:12:00  19   WHATEVER REASONS, IS THE SAME AS DR. BEA'S; CORRECT?

12:12:03  20   **A.**   I DON'T KNOW WHAT DR. NAYMIK'S CONCLUSIONS ARE.

12:12:05  21   **Q.**   OKAY.  AND IT'S YOUR UNDERSTANDING THAT THE SEEPAGE

12:12:07  22   ANALYSIS THAT YOU DID IS DIRECTLY CORRELATED TO YOUR FINDING OF

12:12:11  23   UNITY FOR YOUR RATIO VERSUS 10 TO 1?

12:12:18  24          **THE COURT:**  1.6 TO BE EXACT.

12:12:19  25          **THE WITNESS:**  EXACTLY.

| | | |
|---|---|---|
| 12:12:22 | 1 | **MR. JOANEN:**  1.6.  YES, YOUR HONOR. |
| 12:12:23 | 2 | **THE WITNESS:**  YES.  MY SEEPAGE ANALYSIS UTILIZED A |
| 12:12:26 | 3 | HYDRAULIC CONDUCTIVITY RATIO OF HORIZONTAL TO VERTICAL OF 1.6. |
| | 4 | **BY MR. JOANEN:** |
| 12:12:29 | 5 | **Q.**   HAD YOU DONE, LIKE DR. BEA DONE, HAD YOU DONE LIKE |
| 12:12:32 | 6 | DR. NAYMIK INDICATED THAT HE FOUND, YOUR SEEPAGE ANALYSIS WOULD |
| 12:12:37 | 7 | HAVE BEEN -- HAD DIFFERENT RESULTS; CORRECT? |
| 12:12:38 | 8 | **A.**   IT MIGHT HAVE CHANGED IT A LITTLE BIT, BUT IT WASN'T THAT |
| 12:12:41 | 9 | SENSITIVE.  THE RESULTS WERE NOT THAT SENSITIVE TO THIS RATIO. |
| 12:12:45 | 10 | AND, IN FACT, THE SLIDE WE JUST LOOKED AT OF |
| 12:12:49 | 11 | DR. BEA'S, HE RAN CASE 1-1 WITH ISOTROPIC PARAMETERS.  THAT WAS |
| 12:12:53 | 12 | THE OPEN DOTS ON THE LAST SLIDE.  AND YOU CAN SEE THERE WASN'T |
| 12:12:59 | 13 | THAT BIG OF A DIFFERENCE. |
| 12:13:01 | 14 | **Q.**   FOR THAT PERMEABILITY; CORRECT? |
| 12:13:02 | 15 | **A.**   FOR THAT PERM- -- HYDRAULIC CONDUCTIVITY, YES, SIR. |
| 12:13:05 | 16 | **MR. JOANEN:**  NOTHING FURTHER AT THIS TIME, |
| 12:13:06 | 17 | YOUR HONOR. |
| 12:13:06 | 18 | **THE COURT:**  MR. TREEBY, I KNOW YOU HAVE TO GO.  CAN I |
| 12:13:10 | 19 | JUST TAKE ABOUT A FIVE-MINUTE RECESS?  WHAT'S YOUR DEADLINE, |
| 12:13:14 | 20 | SIR? |
| 12:13:16 | 21 | **MR. TREEBY:**  WELL, THAT WILL BE FINE, YOUR HONOR. |
| 12:13:22 | 22 | I'M NOT GOING TO BE VERY LONG. |
| 12:13:23 | 23 | **THE COURT:**  OKAY.  OKAY.  WE'LL TAKE JUST A VERY |
| 12:13:26 | 24 | SHORT RECESS. |
| 12:13:27 | 25 | **MR. TREEBY:**  THE FUNERAL'S AT 1:00. |

| 12:13:29 | 1 | **THE COURT:** WELL, I'M GOING TO TAKE ABOUT FIVE |
| 12:13:31 | 2 | MINUTES. |
| 12:13:34 | 3 | **THE DEPUTY CLERK:** ALL RISE. |
| 12:13:38 | 4 | (WHEREUPON, THE COURT TOOK A RECESS.) |
| 12:18:44 | 5 | **THE DEPUTY CLERK:** COURT'S IN SESSION. |
| 12:18:46 | 6 | PLEASE BE SEATED. |
| 12:18:46 | 7 | **THE COURT:** YES, SIR. |
| 12:18:51 | 8 | **MR. TREEBY:** WILLIAM TREEBY FOR WASHINGTON GROUP |
| 12:18:53 | 9 | INTERNATIONAL. |
| 12:18:53 | 10 | **CROSS-EXAMINATION** |
| 12:18:55 | 11 | **BY MR. TREEBY:** |
| 12:18:56 | 12 | **Q.** DR. STARK, I JUST WANTED -- SOME OF THE LOOSE END GOT TIED |
| 12:19:01 | 13 | UP THERE WHEN COUNSEL WENT BACK AND GOT YOU TO LOOK AT THE |
| 12:19:04 | 14 | PRIOR PAGE FROM DR. NAYMIK'S REPORT. |
| 12:19:06 | 15 | THAT QUOTE THAT'S ON PAGE 0010 OF NAYMIK'S REPORT |
| 12:19:10 | 16 | CAME FROM FREEZE AND CHERRY; IS THAT RIGHT? |
| 12:19:13 | 17 | **A.** THAT'S WHAT IT INDICATED. |
| 12:19:15 | 18 | **Q.** AND YOU WOULD AGREE WITH FREEZE AND CHERRY THAT A MORE |
| 12:19:18 | 19 | PROPER HYDRAULIC CONDUCTIVITY RATIO WOULD BE SOMETHING IN THE |
| 12:19:26 | 20 | ORDER OF 3 TO 1; IS THAT RIGHT? |
| 12:19:28 | 21 | **A.** YES, SIR. IN FACT, IT SAYS IT'S USUALLY LESS THAN 3 TO 1. |
| 12:19:31 | 22 | **Q.** AND, IN FACT, DO YOU KNOW WHERE DR. BEA GOT HIS 10 TO 1 |
| 12:19:41 | 23 | HYDRAULIC CONDUCTIVITY RATIO? |
| 12:19:41 | 24 | **A.** MY RECOLLECTION, IT COMES FROM DR. ROGERS' REPORT, WHERE |
| 12:19:44 | 25 | HE REVIEWS THE LITERATURE ON THE TESTING OF PEAT AND THE |

| | | |
|---|---|---|
| 12:19:49 | 1 | HYDRAULIC CONDUCTIVITY OF PEAT. |
| 12:19:50 | 2 | **Q.**   AND DR. ROGERS' SOURCE FOR THAT WAS A STUDY YOU'RE VERY |
| 12:19:55 | 3 | WELL FAMILIAR WITH; ISN'T THAT RIGHT? |
| 12:19:56 | 4 | **A.**   YES, SIR. |
| 12:19:57 | 5 | **Q.**   BECAUSE YOU DID THAT STUDY? |
| 12:19:58 | 6 | **A.**   YES, SIR. |
| 12:19:58 | 7 | **Q.**   AND THAT WAS A TEST IN SOMETHING CALLED MIDDLETON PEAT; IS |
| 12:20:01 | 8 | THAT RIGHT? |
| 12:20:02 | 9 | **A.**   YES, SIR. |
| 12:20:02 | 10 | **Q.**   WE -- I DON'T KNOW.  I THOUGHT MAYBE YOU WERE GOING TO |
| 12:20:06 | 11 | BRING A PIECE OF THIS TO SHOW THE COURT.  I KNOW WE SAW IT. |
| 12:20:10 | 12 | IT DOESN'T LOOK ANYTHING LIKE THE EBIA SOILS; ISN'T |
| 12:20:13 | 13 | THAT RIGHT? |
| 12:20:14 | 14 | **A.**   NOT AT ALL. |
| 12:20:15 | 15 | **Q.**   WOULD YOU DESCRIBE FOR US, FOR THE COURT, AND FOR THE |
| 12:20:18 | 16 | RECORD WHAT IT LOOKS LIKE COMPARED TO THIS MATERIAL THAT WE'RE |
| 12:20:20 | 17 | TALKING ABOUT? |
| 12:20:21 | 18 | **A.**   YES, SIR. |
| 12:20:21 | 19 | **THE WITNESS:**  YOUR HONOR, I STARTED A STUDY IN THE |
| 12:20:23 | 20 | EARLY '90S OF PEAT.  AND IT'S REALLY JUST A FIBROUS MATERIAL. |
| 12:20:27 | 21 | IT HAS DIFFERENT COLORS, SO IT WOULD BE, LIKE, DARK BROWN AND |
| 12:20:31 | 22 | TAN AND DARK BROWN.  AND IT WAS LITERALLY JUST ORGANIC |
| 12:20:35 | 23 | MATERIAL, WITH AN ORGANIC CONTENT OF 90 TO 95 PERCENT.  AND |
| 12:20:39 | 24 | THAT'S THE MATERIAL THAT WE MEASURED A HYDRAULIC CONDUCTIVITY |
| 12:20:44 | 25 | RATIO OF 10 TO 1. |

| | | |
|---|---|---|
| 12:20:45 | 1 | **BY MR. TREEBY:** |
| 12:20:46 | 2 | **Q.**   AND THAT -- HOW DOES THAT COMPARE, IN YOUR OPINION, TO THE |
| 12:20:49 | 3 | MATERIAL WE'RE TALKING ABOUT IN THE EAST BANK INDUSTRIAL AREA? |
| 12:20:53 | 4 | **A.**   NOT AT ALL; TOTALLY DIFFERENT. |
| 12:21:01 | 5 | **Q.**   THERE WAS QUITE A BIT OF DISCUSSION -- I JUST WANT TO CALL |
| 12:21:06 | 6 | UP A DOCUMENT THAT COUNSEL USED WITH YOU ON CROSS-EXAMINATION. |
| 12:21:09 | 7 | IT'S PX-2830-1. |
| 12:21:15 | 8 | AND HE WAS TALKING TO YOU ABOUT REPRESENTATIVE DEPTH |
| 12:21:18 | 9 | VERSUS THE DEPTHS THAT WERE SHOWN ON THIS PARTICULAR EXCAVATION |
| 12:21:22 | 10 | THAT IS DEMON- -- THAT IS TALKED ABOUT ON THIS FORM, A |
| 12:21:24 | 11 | CONTEMPORANEOUS RECORD. |
| 12:21:28 | 12 | BUT I JUST WANTED TO -- |
| 12:21:29 | 13 | **MR. TREEBY:**   JUST BELOW THE "ACTUAL AREA |
| 12:21:31 | 14 | EXCAVATED" -- IF YOU COULD PULL UP THAT AREA THAT SAYS "ACTUAL |
| 12:21:36 | 15 | AREA EXCAVATED."   JUST PULL UP THOSE THREE LINES. |
| 12:21:42 | 16 | OKAY.   THAT'S GOOD. |
| 12:21:43 | 17 | **BY MR. TREEBY:** |
| 12:21:43 | 18 | **Q.**   AND RIGHT UNDER IT, IT SAYS "ACTUAL AMOUNT REQUIRED FOR |
| 12:21:48 | 19 | BACKFILL, 488 CUBIC YARDS." |
| 12:21:51 | 20 | NOW, THAT BACKFILL, BASED ON YOUR INVESTIGATION, WAS |
| 12:21:54 | 21 | DONE; ISN'T THAT CORRECT? |
| 12:21:55 | 22 | **A.**   YES. |
| 12:21:56 | 23 | **Q.**   AND HOW WOULD YOU COMPARE THE MATERIAL WITH WHICH THAT |
| 12:21:59 | 24 | EXCAVATION WAS BACKFILLED TO THE MATERIAL ADJACENT TO IT, ALL |
| 12:22:03 | 25 | AROUND IT, IN TERMS OF ITS PERMEABILITY? |

| | | |
|---|---|---|
| 12:22:06 | 1 | **A.**   YEAH, IT'S SIMILAR. |
| 12:22:12 | 2 | **Q.**   SO WOULD IT BE CORRECT TO SAY THAT THE BACKFILL HERE, |
| 12:22:15 | 3 | BASED ON YOUR REVIEW OF DOCUMENTS, WAS AT LEAST EQUIVALENT TO |
| 12:22:19 | 4 | THE PERMEABILITY OF THE MATERIALS REMOVED? |
| 12:22:20 | 5 | **A.**   YES. |
| 12:22:21 | 6 | **Q.**   AND WOULD IT ALSO BE CORRECT THAT THIS WENT -- THAT THE |
| 12:22:26 | 7 | ORGANIC CLAY WHICH IT MAY HAVE PENETRATED WAS THE SAME |
| 12:22:33 | 8 | PERMEABILITY, BASED ON THE INVESTIGATIONS THAT WERE DONE? |
| 12:22:37 | 9 | **A.**   YEAH, BECAUSE IT'S BASICALLY THE SAME MATERIAL. |
| 12:22:51 | 10 | **Q.**   I JUST WANTED TO ILLUSTRATE THAT WITH ONE OTHER DOCUMENT |
| 12:22:54 | 11 | THAT COUNSEL USED, AND THEN I'LL BE FINISHED. |
| 12:22:56 | 12 | HE USED A QAR, JX-00755, THE FIRST PAGE BEING 0001. |
| 12:23:07 | 13 | AND THIS WAS A -- |
| 12:23:09 | 14 | **MR. TREEBY:**   IF YOU WOULD HIGHLIGHT THE BOX IN THE |
| 12:23:13 | 15 | RIGHT-HAND CORNER, A REPORT DATED APRIL 24TH, 2003. |
| 12:23:17 | 16 | AND THEN IF YOU WOULD GO TO PAGE 0009 IN THAT |
| 12:23:23 | 17 | DOCUMENT AND HIGHLIGHT THE HANDWRITTEN PART AT THE BOTTOM, |
| 12:23:30 | 18 | "SPEAKING OF THESE EXCAVATIONS ON THIS SAME DAY." |
| 12:23:36 | 19 | **BY MR. TREEBY:** |
| 12:23:38 | 20 | **Q.**   I'LL GIVE YOU A MINUTE TO READ IT. |
| 12:23:44 | 21 | **A.**   (WITNESS COMPLIES.) |
| 12:23:46 | 22 | **Q.**   DOESN'T THIS CONTEMPORANEOUS RECORD INDICATE THAT EXCEPT |
| 12:23:48 | 23 | FOR ONE AREA, ALL THOSE EXCAVATIONS -- ALL THE OTHER |
| 12:23:55 | 24 | EXCAVATIONS, OTHER THAN THE FIRST SENTENCE, HAVE BEEN |
| 12:23:59 | 25 | BACKFILLED, WITH ONE EXCEPTION? |

12:24:04   1          DO YOU SEE THAT?

12:24:04   2   **A.**   YES.  "ALL OTHER EXCAVATIONS HAVE BEEN BACKFILLED."

12:24:08   3   **Q.**   BASED ON -- THERE ARE -- CERTAINLY, THERE WERE SOME

12:24:11   4   EXCAVATIONS THAT HAVE BEEN TALKED ABOUT A GREAT DEAL IN THIS

12:24:14   5   COURT -- I THINK YOU'VE BEEN HERE MOST OF THE TIME -- THAT WERE

12:24:18   6   NOT BACKFILLED.

12:24:18   7          THOSE HAVE BEEN IDENTIFIED, THE BIG ONE BEING THE

12:24:20   8   MCDONOUGH MARINE BORROW PIT, ANOTHER ONE BEING INDIAN TOWING.

12:24:24   9   THERE WAS AN AREA THAT WAS NOT BACKFILLED.

12:24:26  10   **A.**   CORRECT.

12:24:28  11   **Q.**   OTHER THAN THOSE ONES THAT HAVE BEEN IDENTIFIED AS NOT

12:24:31  12   BACKFILLED, IS IT YOUR BELIEF, BASED ON READING THE RECORDS,

12:24:35  13   WHICH I UNDERSTAND YOU HAVE DONE, THAT ALL OF THESE AREAS WERE

12:24:37  14   BACKFILLED WITH MATERIAL THAT WAS AT LEAST EQUIVALENT IN

12:24:40  15   PERMEABILITY TO THE MATERIAL TAKEN OUT?

12:24:43  16   **A.**   YES, SIR.

12:24:43  17   **Q.**   SO IN THAT CONTEXT, WOULD IT BE FAIR TO TREAT THESE EX- --

12:24:47  18   ALL THESE EXCAVATIONS AS EITHER -- FILLED WITH PURE SAND?

12:24:49  19   WOULD THAT BE FAIR?

12:24:51  20   **A.**   NO.

12:24:52  21   **Q.**   WOULD IT BE FAIR TREAT THEM AS HAVING NO FILL AT ALL?

12:24:56  22   **A.**   WELL, EXCEPT FOR THE BORROW PIT AND --

12:24:59  23   **Q.**   NO, I MEAN THE ONES THAT WERE BACKFILLED.

12:25:03  24   **A.**   NO, CORRECT.

12:25:04  25          **MR. TREEBY:**  THAT'S ALL I HAVE.

| | | |
|---|---|---|
| 12:25:05 | 1 | **THE COURT:**  THANK YOU, SIR. |
| 12:25:05 | 2 | **MR. SMITH:**  YOUR HONOR, I DON'T HAVE ANY REDIRECT FOR |
| 12:25:06 | 3 | THIS WITNESS. |
| 12:25:08 | 4 | **THE COURT:**  THANK YOU, SIR. |
| 12:25:19 | 5 | **MR. JOANEN:**  YOUR HONOR, WE HAVE NO OTHER QUESTIONS. |
| 12:25:21 | 6 | **THE COURT:**  OKAY. |
| 12:25:24 | 7 | **MR. JOANEN:**  WE WILL -- BEFORE I LEAVE, THOUGH, I |
| 12:25:25 | 8 | WOULD LIKE TO OFFER INTO EVIDENCE THE DOCUMENTS THAT I -- |
| 12:25:28 | 9 | **THE COURT:**  RIGHT.  AND IF YOU COULD GET THE |
| 12:25:30 | 10 | NUMBER -- I THINK THE NUMBERS YOU REFERRED TO ORIGINALLY WERE |
| 12:25:33 | 11 | NOT THE ACTUAL NUMBERS -- THE ACTUAL EXHIBIT NUMBERS.  IF YOU |
| 12:25:35 | 12 | COULD GET THOSE STRAIGHT. |
| 12:25:36 | 13 | **MR. JOANEN:**  I WOULD LIKE TO COME BACK AFTER LUNCH, |
| 12:25:38 | 14 | AND MAKE SURE I HAVE IT ALL RIGHT. |
| 12:25:40 | 15 | **THE COURT:**  RIGHT.  THAT WILL BE GREAT.  WE STILL |
| 12:25:41 | 16 | HAVE A LOT OF HOUSEKEEPING TO DO. |
| 12:25:43 | 17 | ALL RIGHT, SIR. |
| 12:25:45 | 18 | WE'LL COME BACK AT 1:30.  WE HAVE A DAMAGE |
| 12:25:50 | 19 | WITNESS AT 1:30? |
| 12:25:52 | 20 | **MR. SMITH:**  YES, YOUR HONOR. |
| 12:25:52 | 21 | **THE COURT:**  AND HOPEFULLY, WE CAN COMPRESS THAT |
| 12:25:53 | 22 | TESTIMONY A BIT.  ARE THOSE REPORTS IN EVIDENCE AS WELL? |
| 12:25:58 | 23 | **MR. TREEBY:**  YES, YOUR HONOR. |
| 12:25:59 | 24 | **THE COURT:**  YES. |
| 12:26:00 | 25 | **MR. TREEBY:**  WE MIGHT AS WELL DISCUSS THIS NOW. |

| | | |
|---|---|---|
| 12:26:02 | 1 | WE WERE HOPING TO NOT -- AND WE WERE HOPING TO |
| 12:26:06 | 2 | NOT PUT DR. SILVA ON THE STAND UNTIL TOMORROW.  ONE OF THE |
| 12:26:10 | 3 | DEMONSTRATIVES, FOR EXAMPLE, IS BEING SET UP THAT WE DISCUSSED |
| 12:26:15 | 4 | WITH JANET.  WE HOPE TO NOT START HIM UNTIL TOMORROW MORNING. |
| 12:26:22 | 5 | I DON'T -- BECAUSE I'VE GOT TO BE NOW OCCUPIED FOR A |
| 12:26:25 | 6 | CONSIDERABLE TIME. |
| 12:26:28 | 7 | **MR. BRUNO:**  JUDGE, I THINK THIS -- |
| 12:26:29 | 8 | **THE COURT:**  HOW DOES THIS AFFECT THE FLOW OF YOUR |
| 12:26:31 | 9 | TRIAL -- BEFORE I HEAR FROM YOU -- THE FLOW OF YOUR TRIAL -- OF |
| 12:26:35 | 10 | YOUR CASE, EXCUSE ME. |
| 12:26:36 | 11 | **MR. TREEBY:**  I'M SORRY? |
| 12:26:37 | 12 | **THE COURT:**  HOW DOES THAT AFFECT THE FLOW OF YOUR -- |
| 12:26:39 | 13 | **MR. TREEBY:**  DR. SILVA IS OUR LAST WITNESS.  SO THE |
| 12:26:42 | 14 | DAMAGES EXPERTS THIS AFTERNOON, HOWEVER LONG THEY TAKE, WE WERE |
| 12:26:45 | 15 | HOPING THAT AFTER THAT WE COULD BREAK FOR THE DAY AND PUT |
| 12:26:49 | 16 | DR. SILVA ON IN THE MORNING BECAUSE OF MY PROBLEMS. |
| 12:26:54 | 17 | **MR. BRUNO:**  I CERTAINLY UNDERSTAND WHY THEY WOULD |
| 12:26:56 | 18 | WANT TO START DR. SILVA TOMORROW.  IT'S -- OBVIOUSLY, IT HAS |
| 12:27:01 | 19 | TACTICAL ADVANTAGES. |
| 12:27:03 | 20 | JUDGE, I'M MINDFUL OF YOUR SCHEDULE.  I DON'T |
| 12:27:06 | 21 | KNOW WHEN THE DAMAGE EXPERTS WILL BE FINISHED, NOR DO I KNOW |
| 12:27:10 | 22 | WHEN MR. TREEBY WILL RETURN. |
| 12:27:13 | 23 | **THE COURT:**  THE DAMAGE EXPERTS WILL BE FINISHED |
| 12:27:15 | 24 | TODAY. |
| 12:27:16 | 25 | **MR. BRUNO:**  WELL, NO, I'M SAYING WHAT TIME TODAY. |

| | | |
|---|---|---|
| 12:27:19 | 1 | **THE COURT:**  OH. |
| 12:27:19 | 2 | **MR. BRUNO:**  SO I DON'T KNOW IF WE REACH THAT POINT. |
| 12:27:19 | 3 | IF IT'S 3:00 AND YOUR HONOR WANTS TO BREAK, THAT'S YOUR CALL. |
| 12:27:24 | 4 | I MEAN, TO ME, I WOULD LIKE TO GET AS MUCH DONE AS I POSSIBLY |
| 12:27:27 | 5 | CAN.  BUT, YOU KNOW . . . |
| 12:27:28 | 6 | **THE COURT:**  IS THAT YOUR LAST WITNESS?  I MEAN, |
| 12:27:29 | 7 | THAT'S THE LAST WITNESS?  IF THAT'S THE LAST WITNESS, WE OUGHT |
| 12:27:31 | 8 | TO BE ON -- IT SEEMS LIKE WE'RE ON SCHEDULE, THEN.  IS THAT |
| 12:27:33 | 9 | WHAT YOU'RE TELLING ME? |
| 12:27:37 | 10 | **MR. TREEBY:**  I BELIEVE SO, YOUR HONOR.  AND I'LL -- |
| 12:27:38 | 11 | IF NOT, I JUST WON'T GO TO THE FUNERAL TODAY. |
| 12:27:41 | 12 | **THE COURT:**  OH, NO.  NO, I'M NOT GOING TO DO THAT. |
| 12:27:43 | 13 | BUT I WOULD LIKE TO KNOW IF WE'RE ON SCHEDULE BECAUSE WE WANT |
| 12:27:45 | 14 | TO FINISH THE TRIAL. |
| 12:27:46 | 15 | **MR. TREEBY:**  YES, WE ARE. |
| 12:27:47 | 16 | **MR. BRUNO:**  I THINK WE ARE.  AND WE HAVE -- WE'VE |
| 12:27:49 | 17 | BROUGHT -- MADE ARRANGEMENTS FOR RUNE STORESUND TO COME IN TO |
| 12:27:52 | 18 | DISCUSS THE CHART FOR YOU, AS I THINK YOU HAD ASKED. |
| 12:27:55 | 19 | AND DR. BEA, WHICH WE TRUST WILL BE ABLE TO BE |
| 12:27:58 | 20 | RESOLVED ON WEDNESDAY COMPLETELY.  SO . . . |
| 12:28:01 | 21 | **THE COURT:**  OKAY. |
| 12:28:02 | 22 | **MR. BRUNO:**  THANK YOU, JUDGE. |
| 12:28:03 | 23 | **MR. TREEBY:**  YOUR HONOR, I JUST CAN'T LET -- WE WILL |
| 12:28:06 | 24 | OPPOSE DR. STORESUND BEING CALLED.  WE'VE NOT DEPOSED HIM. |
| 12:28:11 | 25 | HE'S NEVER -- HE HASN'T BEEN ON THE WITNESS LIST. |

| | | |
|---|---|---|
| 12:28:13 | 1 | **THE COURT:** WELL, I'M GOING IT MAKE IT SIMPLE. WHY |
| 12:28:16 | 2 | DON'T WE HAVE AN ARGUMENT TO DETERMINE WHETHER I'M GOING TO |
| 12:28:18 | 3 | ALLOW YOUR SUMMARY EXHIBIT IN? |
| 12:28:21 | 4 | **MR. BRUNO:** SURE. |
| 12:28:21 | 5 | YEAH, THERE'S LAW -- THERE'S ACTUALLY LAW ON |
| 12:28:23 | 6 | WHETHER OR NOT THERE'S EVEN A RIGHT TO DISCOVERY, AND WE'D LIKE |
| 12:28:25 | 7 | TO SHARE THAT WITH YOU AT THAT TIME, NOT NOW. |
| 12:28:28 | 8 | **THE COURT:** OKAY. ALL RIGHT. LET'S GET THAT |
| 12:28:30 | 9 | ARGUMENT MAYBE -- OF COURSE MR. TREEBY WOULD LIKE TO BE HERE, |
| 12:28:35 | 10 | SO WE'LL TRY TO DO IT MAYBE FIRST THING IN THE MORNING. MAYBE |
| 12:28:38 | 11 | WE'LL START A LITTLE EARLIER. LET'S THINK ABOUT IT. SOMEBODY |
| 12:28:40 | 12 | WILL LET YOU KNOW, MR. TREEBY. |
| 12:28:42 | 13 | **MR. TREEBY:** THANK YOU, SIR. |
| 12:28:43 | 14 | **THE COURT:** RECESS UNTIL 1:30. |
| 12:28:45 | 15 | **(LUNCHEON RECESS)** |
| 12:28:45 | 16 | * * * * * |
| 12:28:45 | 17 | (WHEREUPON, THE MORNING SESSION OF THE PROCEEDINGS |
| 12:28:45 | 18 | WERE CONCLUDED.) |
| 12:28:45 | 19 | ***** |
| 12:28:45 | 20 | **CERTIFICATE** |

| | | |
|---|---|---|
| 12:28:45 | 21 | I, JODI SIMCOX, RMR, FCRR, OFFICIAL COURT REPORTER |
| 12:28:45 | | FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF |
| 12:28:45 | 22 | LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND |
| 12:28:45 | | CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND |
| 12:28:45 | 23 | UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE |
| 12:28:45 | | ABOVE-ENTITLED AND NUMBERED MATTER. |
| 12:28:45 | 24 | |
| 12:28:45 | | S/ JODI SIMCOX, RMR, FCRR |
| 12:28:45 | 25 | JODI SIMCOX, RMR, FCRR |
| 12:28:45 | | OFFICIAL COURT REPORTER |

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA