1                    UNITED STATES DISTRICT COURT

2                    EASTERN DISTRICT OF LOUISIANA

3

4

5    IN RE:  KATRINA CANAL BREACHES*   CIVIL ACTION
     CONSOLIDATED LITIGATION      *
6                                 *   NO. 05-4182
                                  *
7                                 *   SECTION K(2)
     PERTAINS TO:  MRGO           *
8    ARMSTRONG NO. 10-CV-866      *   NEW ORLEANS, LOUISIANA
                                  *
9                                 *   OCTOBER 2, 2012
     * * * * * * * * * * * * * * * * *

10                   DAY FIFTEEN, MORNING SESSION
11                     BENCH TRIAL BEFORE THE
                  HONORABLE STANWOOD R. DUVAL, JR.
12                 UNITED STATES DISTRICT JUDGE

13
     APPEARANCES:
14
     FOR THE PLAINTIFFS:          BRUNO & BRUNO
15                                BY: JOSEPH M. BRUNO, ESQ.
                                  855 BARONNE STREET
16                                NEW ORLEANS, LOUISIANA 70113

17

18                                THE ANDRY LAW FIRM
                                  BY: JONATHAN B. ANDRY, ESQ.
19                                610 BARONNE ST.
                                  NEW ORLEANS, LOUISIANA 70113
20

21                                BARON & BUDD
                                  BY: THOMAS SIMS, ESQ.
22                                3102 OAK LAWN AVE.
                                  SUITE 1100
23                                DALLAS, TEXAS 75219

24

25

1  APPEARANCES CONTINUED:

2  FOR THE PLAINTIFFS:                DEGRAVELLES, PALMINTIER,
                                        HOLTHAUS & FRUGE
3                                     BY: MICHAEL C. PALMINTIER, ESQ.
                                      BY:  JOSHUA M. PALMINTIER, ESQ.
4                                     618 MAIN STREET
                                      BATON ROUGE, LOUISIANA 70801
5

6
                                      DOMENGEAUX, WRIGHT, ROY & EDWARDS
7                                     BY: ELLWOOD C. STEVENS, JR., ESQ.
                                      BY: BONNIE KENDRICK, ESQ.
8                                     P. O. BOX 3668
                                      556 JEFFERSON ST.
9                                     LAFAYETTE, LOUISIANA 70502

10

11                                    THE DUDENHEFER LAW FIRM, LLC
                                      BY: FRANK DUDENHEFER, JR., ESQ.
12                                    601 POYDRAS ST.
                                      SUITE 2655
13                                    NEW ORLEANS, LOUISIANA 70130-6004

14

15                                    FAYARD & HONEYCUTT
                                      BY: CALVIN C. FAYARD, JR., ESQ.
16                                    519 FLORIDA AVE., S.W.
                                      DENHAM SPRINGS, LOUISIANA 70726
17

18
                                      JOANEN LAW FIRM
19                                    BY: SCOTT JOANEN, ESQ.
                                      4905 FRERET ST.
20                                    SUITE B
                                      NEW ORLEANS, LOUISIANA 70115
21

22
                                      LEVIN, PAPANTONIO, THOMAS,
23                                      MITCHELL, RAFFERTY & PROCTOR
                                      BY: MATTHEW D. SCHULTZ, ESQ.
24                                    316 S. BAYLEN ST.
                                      SUITE 600
25                                    PENSACOLA, FLORIDA 32502

3662

1  APPEARANCES CONTINUED:

2  FOR THE PLAINTIFFS:          THE TRIAL LAW FIRM PC
                                BY: ANDREW P. OWEN, ESQ.
3                               800 WILTSHIRE BLVD.
                                SUITE 500
4                               LOS ANGELES, CALIFORNIA 90017

5

6                               J. ROBERT WARREN, II, A PLC
                                BY: J. ROBERT WARREN, II, ESQ.
7                               1718 SHORT ST.
                                NEW ORLEANS, LOUISIANA 70118

8

9                               COTCHETT, PITRE & MCCARTHY, LLP
10                              BY: PHILIP L. GREGORY, ESQ.
                                840 MALCOLM ROAD, SUITE 200
11                              BURLINGAME, CALIFORNIA 94010

12

13 FOR THE DEFENDANT WASHINGTON
   GROUP INTERNATIONAL, INC.:    STONE PIGMAN WALTHER WITTMANN
14                               BY:  WILLIAM D. TREEBY, ESQ.
                                 BY:  JAMES C. GULOTTA, JR., ESQ.
15                               BY:  HEATHER S. LONIAN, ESQ
                                 BY:  MAGGIE A. BROUSSARD, ESQ.
16                               546 CARONDELET STREET
                                 NEW ORLEANS, LOUISIANA 70130

17

18

19

20

21

22

23

24

25

1    APPEARANCES CONTINUED:

2    FOR THE DEFENDANT WASHINGTON
     GROUP INTERNATIONAL, INC.:        JONES DAY
3                                      BY:  ADRIAN WAGER-ZITO, ESQ.
                                       BY:  DEBRA S. CLAYMAN, ESQ.
4                                      BY:  CHRISTOPHER N. THATCH, ESQ.
                                       BY:  CHRISTOPHER R. FARRELL, ESQ.
5                                      BY:  JULIA CRONIN, ESQ.
                                       BY:  BRIAN KERWIN, ESQ.
6                                      51 LOUISIANA AVENUE, N.W.
                                       WASHINGTON, D.C. 20001
7

8

9    FOR THE DEFENDANT UNITED
     STATES OF AMERICA:                U.S. DEPARTMENT OF JUSTICE
10                                     CIVIL DIVISION, TORTS BRANCH
                                       BY:  ROBIN D. SMITH, ESQ.
11                                     BY:  JAMES F. MCCONNON, JR., ESQ.
                                       BY:  RUPERT MITSCH, ESQ.
12                                     BY:  CONOR KELLS, ESQ.
                                       BY:  JOHN A. WOODCOCK, ESQ.
13                                     BENJAMIN FRANKLIN STATION
                                       P.O. BOX 888
14                                     WASHINGTON, D.C. 20044

15

16
     OFFICIAL COURT REPORTER:          JODI SIMCOX, RMR, FCRR
17                                     500 POYDRAS STREET
                                       ROOM HB-406
18                                     NEW ORLEANS, LOUISIANA 70130
                                       (504) 589-7780
19                                     JODI_SIMCOX@LAED.USCOURTS.GOV

20

21   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT

22   PRODUCED BY COMPUTER.

23

24

25

3664

1

2                                    <u>I N D E X</u>

3                                                              <u>PAGE</u>

4
FRANCISCO SILVA-TULLA, PH.D.
5        DIRECT EXAMINATION BY MR. TREEBY:              3665
         VOIR DIRE BY MR. SCHULTZ:                      3671
6        DIRECT EXAMINATION BY MR. TREEBY:              3684

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|       |    |                                                          |
|-------|----|----------------------------------------------------------|
|       | 1  | **MORNING SESSION**                                      |
|       | 2  | **(OCTOBER 2, 2012)**                                    |
|       | 3  | * * * * *                                                |
| 08:50:45 | 4  | **THE DEPUTY CLERK:**  ALL RISE.                      |
| 09:05:05 | 5  | COURT'S IN SESSION.  PLEASE BE SEATED.               |
| 09:05:12 | 6  | **MR. TREEBY:**  GOOD MORNING, YOUR HONOR.           |
| 09:05:13 | 7  | **MR. BRUNO:**  GOOD MORNING, YOUR HONOR.            |
| 09:05:14 | 8  | **THE COURT:**  GOOD MORNING, SIR.                   |
| 09:05:15 | 9  | **MR. TREEBY:**  YOUR HONOR, PLEASE, WASHINGTON GROUP |
| 09:05:17 | 10 | INTERNATIONAL CALLS DR. FRANCISCO SILVA-TULLA TO THE STAND. |
| 09:05:22 | 11 | (WHEREUPON, **FRANCISCO SILVA-TULLA, PH.D.**, HAVING BEEN |
| 09:05:22 | 12 | DULY SWORN, TESTIFIED AS FOLLOWS.)                   |
| 09:05:34 | 13 | **THE DEPUTY CLERK:**  PLEASE STATE YOUR FULL NAME AND |
| 09:05:34 | 14 | CORRECT SPELLING FOR THE RECORD.                      |
| 09:05:39 | 15 | **THE WITNESS:**  MY NAME IS FRANCISCO SILVA-TULLA.  AND |
| 09:05:44 | 16 | I GAVE THE COURT REPORTER A CARD, F-R-A-N-C-I-S-C-O, S-I-L-V, |
| 09:05:51 | 17 | AS IN VICTOR, A, DASH T, AS IN THOMAS, U-L-L-A.     |
| 09:06:01 | 18 | **DIRECT EXAMINATION**                               |
| 09:06:03 | 19 | BY MR. TREEBY:                                        |
| 09:06:04 | 20 | **Q.**  GOOD MORNING, DR. SILVA.  I REALIZE THAT YOUR FULL NAME IS |
| 09:06:09 | 21 | FRANCISCO SILVA-TULLA, WITH SILVA BEING YOUR MOTHER'S NAME, BUT |
| 09:06:14 | 22 | IS IT OKAY WITH YOU TO REFER TO YOU AS DR. SILVA?    |
| 09:06:18 | 23 | **A.**  YES, SIR.                                    |
| 09:06:18 | 24 | **MR. TREEBY:**  YOUR HONOR, WE WILL BE PRESENTING   |
| 09:06:20 | 25 | DR. SILVA'S TESTIMONY IN A SUMMARY FASHION.  I WILL PROBABLY |

09:06:23   1  HAVE SOME INTRODUCTORY QUESTIONS AFTER HIS QUALIFICATIONS AND

09:06:30   2  THEN WE WILL BE DOING HIS TESTIMONY IN A SUMMARY FASHION.

09:06:33   3              AND THE LENGTH OF IT MIGHT REQUIRE ONE OR MAYBE

09:06:35   4  EVEN TWO BREAKS, BUT HOPEFULLY WE CAN DO IT EFFICIENTLY.

09:06:40   5          **THE COURT:**  AND YOU ARE -- DR. SILVA CAN SIGNAL ME,

09:06:45   6  OR ANYONE ELSE, IF A BREAK IS NEEDED.

09:06:48   7          **MR. TREEBY:**  THANK YOU, YOUR HONOR.

09:06:49   8              YOUR HONOR, DR. SILVA HAS LIVED IN LEXINGTON,

09:06:54   9  MASSACHUSETTS FOR ABOUT 37 YEARS, WHERE HE AND HIS WIFE,

09:06:57  10  ARLENE, HAVE RAISED FOUR DAUGHTERS, AGED 34 THROUGH 23 AT THE

09:07:03  11  PRESENT.  HE'S THE PROUD FATHER OF AND GRANDFATHER OF SEVERAL

09:07:07  12  CHILDREN.

09:07:07  13              HE HAS BEEN WORKING WITH SOILS SINCE THE AGE OF

09:07:10  14  1O WHEN HE USED HAND-HELD EQUIPMENT TO REPAIR CONSTRUCTION

09:07:15  15  SITES FOR THE INSTALLATION OF CONCRETE FOUNDATION PILINGS WITH

09:07:18  16  HIS GREAT UNCLE IN PUERTO RICO ON CONSTRUCTION PROJECTS DURING

09:07:21  17  SUMMERS.

09:07:22  18              HIS FATHER AND HIS GREAT UNCLE WERE CIVIL

09:07:24  19  ENGINEERS.  HIS GREAT UNCLE HAD THE DISTINCTION OF BEING THE

09:07:27  20  SECOND LICENSED CIVIL ENGINEER IN THE COMMONWEALTH OF PUERTO

09:07:30  21  RICO.

09:07:31  22              CONVINCED THAT HE WOULD PURSUE A CAREER IN

09:07:33  23  ENGINEERING AFTER HIGH SCHOOL, DR. SILVA ATTENDED THE

09:07:37  24  UNIVERSITY OF ILLINOIS, PARTICIPATED IN THE NAVAL ROTC PROGRAM,

09:07:41  25  AND EARNED HIS BACHELOR OF SCIENCE DEGREE IN CIVIL ENGINEERING

09:07:45   1   WITH HIGH HONORS.

09:07:45   2                    WHILE IN COLLEGE, DURING SUMMER VACATIONS

09:07:47   3   DR. SILVA WORKED AS A HEAVY EQUIPMENT OPERATOR AND SURVEYOR ON

09:07:51   4   ASSORTED ENGINEERING AND CONSTRUCTION PROJECTS, AND AFTER

09:07:55   5   GRADUATING FROM COLLEGE, DR. SILVA SERVED AS AN OFFICER WITH

09:07:57   6   THE UNITED STATES NAVY.

09:07:59   7                    HE BECAME A CERTIFIED U.S. NAVY DIVER, WORKING

09:08:03   8   ON UNDERWATER CONSTRUCTION ACTIVITIES, INCLUDING THE INSPECTION

09:08:06   9   OF UNDERWATER FOUNDATIONS, WHERE HE GAINED CONSIDERABLE

09:08:11  10   CONSTRUCTION AND ENGINEERING EXPERIENCE.

09:08:12  11                    BEFORE HE LEFT THE UNITED STATES NAVY,

09:08:13  12   DR. SILVA, AS A LIEUTENANT COMMANDER IN THE NAVAL RESERVE, WAS

09:08:17  13   THE OPERATIONS OFFICER OF A NAVAL MOBILE CONSTRUCTION BATTALION

09:08:21  14   OF ABOUT 700 CONSTRUCTION AND ENGINEERING PERSONNEL.

09:08:25  15                    AFTER COMPLETING HIS ACTIVE U.S. NAVY DUTIES,

09:08:28  16   WHILE STILL IN THE RESERVE, DR. SILVA PURSUED GRADUATE STUDIES

09:08:32  17   IN CIVIL ENGINEERING WITH AN EMPHASIS ON GEOTECHNICAL

09:08:36  18   ENGINEERING.

09:08:36  19                    HE EARNED HIS MASTER OF SCIENCE DEGREE AND HIS

09:08:39  20   DOCTOR OF SCIENCE DEGREE BOTH IN CIVIL ENGINEERING AND BOTH

09:08:42  21   FROM THE MASSACHUSETTS INSTITUTE OF TECHNOLOGY.

09:08:47  22                    DR. SILVA IS A REGISTERED PROFESSIONAL ENGINEER

09:08:51  23   IN FLORIDA AND IN PUERTO RICO, AND HE HAS OVER 41 YEARS OF

09:08:54  24   PROFESSIONAL EXPERIENCE, INCLUDING 37 YEARS AS A GEOTECHNICAL

09:08:58  25   AND GEO-ENVIRONMENTAL ENGINEER.

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
| 09:09:00 |  1 | A LARGE PART OF HIS PROFESSIONAL EXPERIENCE RELATES          |
| 09:09:03 |  2 | TO EARTH STRUCTURES, INCLUDING EMBANKMENTS, DAMS, LEVEES,    |
| 09:09:08 |  3 | DIKES, SLOPES, LANDFILLS, AND EXCAVATIONS, AND HIS EXPERIENCE |
| 09:09:11 |  4 | HAS INVOLVED EVALUATING THE SAFETY OF CONSTRUCTED FACILITIES. |
| 09:09:15 |  5 | DR. SILVA'S EXPERIENCE INCLUDES WORK FOR THE MINING,         |
| 09:09:18 |  6 | CONSTRUCTION, CHEMICAL, PETROCHEMICAL, PETROLEUM, POWER,     |
| 09:09:23 |  7 | TRANSPORTATION, WATER, MANUFACTURING, AND WASTE DISPOSAL     |
| 09:09:27 |  8 | INDUSTRIES.                                                  |
| 09:09:27 |  9 | HE'S ALSO WORKED FOR THE UNITED STATES AND FOREIGN          |
| 09:09:30 | 10 | GOVERNMENT AGENCIES.  HE'S LITERALLY WORKED AROUND THE WORLD ON |
| 09:09:34 | 11 | COMPLEX GEOTECHNICAL ENGINEERING PROBLEMS, INCLUDE THE ANALYSIS |
| 09:09:37 | 12 | OF NUMEROUS FAILURES OF DAMS, LEVEES, FLOODWALLS, AND OTHER  |
| 09:09:42 | 13 | EARTH STRUCTURES, EXCAVATIONS AND SLOPES.                    |
| 09:09:43 | 14 | AND JUST A FEW EXAMPLES OF THOSE ACTIVITIES ON              |
| 09:09:47 | 15 | FAILURE ANALYSIS:  DR. SILVA WAS RETAINED BY THE VENEZUELAN  |
| 09:09:53 | 16 | NATIONAL OIL COMPANY IN THE LATE '70S AND EARLY '80S TO      |
| 09:09:55 | 17 | INVESTIGATE LEVEE MALFUNCTIONS ON LAKE MARACAIBO.            |
| 09:09:59 | 18 | HE WAS RETAINED TO INVESTIGATE A LARGE DAM FAILURE          |
| 09:10:01 | 19 | MORE THAN A MILE AND A HALF LONG ON THE LISAN PENINSULA IN   |
| 09:10:06 | 20 | JORDAN, ON THE DEAD SEA, IN THE YEARS 2003 AND 2004.         |
| 09:10:11 | 21 | HE WAS RETAINED TO INVESTIGATE TAILINGS DAM FAILURES        |
| 09:10:13 | 22 | IN ABOUT 1993 FOR THE INTERNATIONAL MINERAL CORPORATION IN THE |
| 09:10:18 | 23 | PHOSPHATE INDUSTRY IN FLORIDA AND THEN TO OVERSEE THE REDESIGN |
| 09:10:22 | 24 | AND REBUILDING OF THOSE DAMS AND TO PROVIDE OVERSIGHT FOR THE |
| 09:10:25 | 25 | SAFETY AND MAINTENANCE OF THOSE DAMS FOR THE PERIOD '93 TO   |

09:10:29   1   2004.

09:10:32   2            ANOTHER EXAMPLE, HE WAS RETAINED IN 1999 BY TECHNIP

09:10:38   3   ITALY IN AN EMERGENCY TO EVALUATE THE FAILURE OF A LARGE

09:10:41   4   EXCAVATION VERY NEAR THE PERSIAN GULF THAT THREATENED A

09:10:44   5   CHEMICAL PLANT.  EVEN THOUGH TECHNIP HAD A LARGE CONTINGENT OF

09:10:46   6   GEOTECHNICAL EXPERTS, DR. SILVA'S TASK WAS TO EVALUATE THE

09:10:51   7   CAUSES OF FAILURE AND DESIGN A FIX TO AVOID LARGE DAMAGES.

09:10:54   8            AND AS A FINAL EXAMPLE, ALTHOUGH THIS LIST IS

09:10:56   9   CERTAINLY NOT EXHAUSTIVE, DR. SILVA WAS RETAINED IN 1988 TO

09:11:03   10   1992 BY BLACK & VEATCH TO EVALUATE THE FAILURE OF A LARGE DAM

09:11:08   11   IN KANSAS AND TO ADVISE ON THE DESIGN OF CORRECTIVE MEASURES

09:11:11   12   THAT NEEDED TO BE TAKEN TO AVOID FUTURE FAILURE OF THE

09:11:15   13   RECONSTRUCTED DAM.

09:11:16   14            DR. SILVA'S FLUENT IN ENGLISH AND SPANISH, WITH BASIC

09:11:18   15   READING AND SPEAKING FLUENCY IN PORTUGUESE AND BASIC READING --

09:11:20   16   FLUENT IN ENGLISH AND SPANISH, WITH BASIC READING AND SPEAKING

09:11:28   17   FLUENCY IN PORTUGUESE AND BASIC READING FLUENCY IN ITALIAN.

09:11:33   18            DR. SILVA IS A MEMBER OF THE AMERICAN SOCIETY OF

09:11:36   19   CIVIL ENGINEERS, OR ASCE, AND HE IS THE TWICE FORMER CHAIRMAN

09:11:42   20   OF THAT ORGANIZATION IN EMBANKMENTS, DAMS AND SLOPES COMMITTEE.

09:11:47   21            ON AUGUST 30TH, 2005, THE DAY AFTER KATRINA

09:11:51   22   DEVASTATED NEW ORLEANS, DR. SILVA RECEIVED A CALL FROM THE

09:11:56   23   EXECUTIVE DIRECTOR OF THE GEO-INSTITUTE OF THE ASCE TO ASSIST

09:11:59   24   IN FORMING A TEAM TO COME TO NEW ORLEANS TO INVESTIGATE THE

09:12:03   25   CAUSE OF THE LEVEE AND FLOODWALL FAILURES.  HE BECAME ONE OF

09:12:06    1   THE LEADERS OF THAT TEAM.

09:12:09    2           DR. SILVA IS THE AUTHOR OR CO-AUTHOR OF NUMEROUS

09:12:14    3   PEER-REVIEWED TECHNICAL PAPERS AND HAS MADE NUMEROUS

09:12:17    4   ENGINEERING REPORTS ON GEOTECHNICAL AND GEO-ENVIRONMENTAL

09:12:20    5   SUBJECTS.

09:12:22    6           DR. SILVA HAS BEEN INVITED TO PRESENT, AS A KEYNOTE

09:12:26    7   SPEAKER AT THE 2013 GEO-CONGRESS IN SAN DIEGO, WITH THE

09:12:27    8   OVERARCHING TOPICS BEING STABILITY AND PERFORMANCE, THE

09:12:32    9   SLOPES -- OF SLOPES AND EMBANKMENTS.  HE'S BEEN ASKED TO GIVE A

09:12:37   10   KEYNOTE ADDRESS.

09:12:39   11           BECAUSE OF THE EXCELLENCE OF HIS WORK, HE WAS

09:12:41   12   SELECTED TO SERVE IN THE U.S. ARMY CORPS OF ENGINEERS PANEL OF

09:12:45   13   CONSULTANTS FOR THE SAFETY EVALUATION OF INTERNATIONAL

09:12:48   14   BOUNDARY & WATER COMMISSION FACILITIES, THE AMISTAD DAM, AND

09:12:52   15   THE FALCON DAM LOCATED ON THE RIO GRANDE RIVER, WHICH LAY

09:12:56   16   PARTLY IN MEXICO AND PARTLY IN THE UNITED STATES.

09:13:00   17           HE IS CURRENTLY WRITING THE SECOND EDITION OF THE

09:13:03   18   SEMINAL TEXTBOOK *SOIL MECHANICS*, ORIGINALLY AUTHORED BY

09:13:07   19   T. WILLIAM LAMBE AND R.V. WHITMAN.  *SOIL MECHANICS* HAS BEEN

09:13:11   20   CITED SEVERAL TIMES THROUGHOUT THIS CASE BY BOTH PARTIES'

09:13:15   21   EXPERTS FOR INFORMATION REGARDING GEOTECHNICAL FUNDAMENTALS.

09:13:18   22           THE SECOND EDITION WAS SCHEDULED TO BE PUBLISHED IN

09:13:22   23   JANUARY OF 2013, A DEADLINE THAT MAY HAVE BEEN AFFECTED BY HIS

09:13:26   24   INVOLVEMENT IN THIS CASE.

           25

| | | |
|---|---|---|
| 09:13:27 | 1 | **BY MR. TREEBY:** |
| 09:13:28 | 2 | **Q.**   TO DR. SILVA, LET ME SAY, I REALIZE, DR. SILVA, THAT THE |
| 09:13:31 | 3 | FOREGOING IS A MUCH SHORTENED DESCRIPTION OF YOUR STUDIES AND |
| 09:13:35 | 4 | YOUR EXTENSIVE CONSTRUCTION AND CONSULTING EXPERIENCE AND |
| 09:13:35 | 5 | ENGINEERING EXPERIENCE, BUT IS THIS SUMMARY THAT I'VE JUST |
| 09:13:39 | 6 | GIVEN ACCURATE AS FAR AS IT GOES? |
| 09:13:42 | 7 | **A.**   YES, SIR, IT'S A GOOD SUMMARY. |
| 09:13:45 | 8 | **MR. TREEBY:**   YOUR HONOR, I WOULD MOVE JX-01673-0002 |
| 09:13:52 | 9 | THROUGH JX-01673-0025 INTO EVIDENCE.   THIS IS DR. SILVA'S |
| 09:14:02 | 10 | CURRICULUM VITAE, WHICH IS CONTAINED IN APPENDIX A TO HIS |
| 09:14:06 | 11 | EXPERT REPORT DATED MARCH 12TH, 2012. |
| 09:14:09 | 12 | **THE COURT:**   LET IT BE ADMITTED. |
| 09:14:11 | 13 | **MR. TREEBY:**   YOUR HONOR, I BELIEVE THERE'S SOME VOIR |
| 09:14:12 | 14 | DIRE.   I'LL WAIT TO TENDER DR. SILVA UNTIL AFTER THE VOIR DIRE. |
| 09:14:16 | 15 | **THE COURT:**   YES, SIR. |
| 09:14:25 | 16 | **MR. SCHULTZ:**   GOOD MORNING, YOUR HONOR, MATT SCHULTZ |
| 09:14:28 | 17 | FOR THE PLAINTIFFS. |
| 09:14:28 | 18 | **VOIR DIRE** |
| 09:14:32 | 19 | **BY MR. SCHULTZ:** |
| 09:14:32 | 20 | **Q.**   GOOD MORNING, DR. SILVA. |
| 09:14:33 | 21 | **A.**   GOOD MORNING, MR. SCHULTZ. |
| 09:14:33 | 22 | **Q.**   I WANT TO ASK YOU ABOUT A FEW OF YOUR SLIDES THAT I |
| 09:14:36 | 23 | BELIEVE PERTAIN TO NEW OPINIONS IN THE CASE, IN KEEPING WITH |
| 09:14:39 | 24 | THE PROCEDURE THAT WE'VE ENGAGED IN WITH PRIOR WITNESSES IN THE |
| 09:14:42 | 25 | COURTROOM. |

09:14:43   1          **MR. SCHULTZ:**  I'D LIKE TO LOOK FIRST AT SLIDE 7,

09:14:45   2    PLEASE.

09:14:45   3    **BY MR. SCHULTZ:**

09:14:46   4    **Q.**   DR. SILVA, YOU WERE RETAINED ORIGINALLY IN MARCH OF 2006,

09:14:49   5    IS THAT IS RIGHT, BY WGI?

09:14:51   6    **A.**   IT WAS 2006 AND IT WAS ABOUT MARCH, YES.

09:14:53   7    **Q.**   AND YOU DID A REPORT IN THIS CASE IN MARCH OF 2012;

09:14:56   8    CORRECT?

09:14:57   9    **A.**   THAT IS CORRECT.

09:14:58   10   **Q.**   SO YOU HAD BEEN UNDER THE RETENTION OF WGI FOR

09:15:01   11   APPROXIMATELY SIX YEARS AT THE TIME YOU DID YOUR REPORT?

09:15:04   12   **A.**   WELL, THAT'S NOT -- THAT'S NOT ENTIRELY CORRECT BECAUSE

09:15:09   13   YOU PROBABLY KNOW THAT WGI WAS DISMISSED FROM THIS LITIGATION

09:15:16   14   FOR A NUMBER OF YEARS.  FRANKLY, I THOUGHT WE WERE FINISHED.

09:15:20   15   SO I DON'T CONSIDER THAT PART OF THE -- MY INVOLVEMENT WITH

09:15:25   16   THIS.

09:15:25   17   **Q.**   LET ME ASK YOU THIS:  YOU TOLD ME IN DEPOSITION THAT YOU

09:15:28   18   AND YOUR TEAM AND THE GENERAL DEFENSE TEAM SPENT OVER A YEAR

09:15:32   19   REVIEWING QARS AND FEEDING THAT INFORMATION AND PROJECT

09:15:35   20   DOCUMENT INFORMATION INTO YOUR GIS MODEL; CORRECT?

09:15:39   21   **A.**   THAT IS CORRECT.

09:15:39   22   **Q.**   AND THAT WAS ALL DONE BEFORE YOU ISSUED YOUR REPORT?

09:15:43   23   **A.**   A LOT OF IT WAS BEFORE THE REPORT, SOME OF IT WAS AFTER.

09:15:48   24   **Q.**   IN YOUR REPORT, IN MARCH OF 2012, I LOOKED FOR REFERENCES

09:15:53   25   TO THE STANDARD PROJECT HURRICANE.  WE SEE ON SLIDE 7 THAT THE

09:15:57    1    STORM EXCEEDED THE STANDARD PROJECT HURRICANE, MAGNITUDE OF

09:16:01    2    STORM SURGE WAS UNDERESTIMATED, ET CETERA.

09:16:03    3            I DID SEE THAT YOU HAVE THE ACRONYM SPH IN YOUR TABLE

09:16:09    4    OF CONTENTS, BUT THERE WAS NO MENTION OF IT IN YOUR REPORT, IN

09:16:12    5    ANY OF YOUR APPENDICES, OR ANY OF YOUR DEPOSITION TESTIMONY.

09:16:16    6    CAN YOU DIRECT ME OR THE COURT TO ANY PORTION OF YOUR EXPERT

09:16:20    7    REPORT WHERE YOU DISCUSS THE STANDARD PROJECT HURRICANE?

09:16:23    8    A.   WELL, I CAN LOOK THROUGH THE REPORT AND SEE IF IT IS

09:16:27    9    THERE.  I MEAN, THE STANDARD PROJECT HURRICANE IS A CONCEPT,

09:16:30   10    THAT IT'S COMMON KNOWLEDGE.  WHETHER I SPECIFICALLY HAVE IT

09:16:36   11    THERE BESIDES THE ONE INSTANCE THAT YOU MENTIONED, I WOULD HAVE

09:16:40   12    TO LOOK AT THE DOCUMENT AND SEE.

09:16:43   13            BUT I SHOULD POINT OUT THAT THE FACT THAT IT EXCEEDED

09:16:47   14    THE DESIGNED HURRICANE HAS BEEN REPORTED BY THE PRESS MANY,

09:16:52   15    MANY TIMES, AND THAT'S MAINLY WHERE I GOT THE INFORMATION FROM.

09:16:56   16    Q.   YOU GOT THE INFORMATION FOR THE OPINIONS YOU'RE GOING TO

09:16:58   17    GIVE IN THE COURTROOM TODAY?

09:16:59   18    A.   WELL, THE FACT THAT IT EXCEEDED THE STANDARD PROJECT

09:17:04   19    HURRICANE.  IT ALSO APPEARS IN THE IPET REPORT.

09:17:08   20    Q.   OKAY.  AND WE'LL TALK ABOUT THAT IN A SECOND.  ALSO, ON

09:17:12   21    THIS SLIDE YOU MENTION "THE CONSTRUCTION OF FLOOD PROTECTION

09:17:15   22    STRUCTURE DID NOT MEET DESIGN CRITERIA."

09:17:18   23            BY USING THE PHRASE "DESIGN CRITERIA," ARE YOU

09:17:21   24    TALKING ABOUT ANYTHING OTHER THAN WALL HEIGHT AT THE EAST SIDE

09:17:27   25    OF THE IHNC?

09:17:27   1   **A.**   WELL, "DESIGN CRITERIA" IS A TERM THAT IS USED TO

09:17:33   2   ENCOMPASS THE ESSENTIAL ELEMENTS OF THE CONSTRUCTED FACILITY.

09:17:38   3   SO IN THE CASE OF THE FLOODWALL, THE HEIGHT IS CERTAINLY ONE OF

09:17:42   4   THEM.   THERE ARE OTHERS.   I MEAN, STABILITY AND SETTLEMENT, ALL

09:17:51   5   OF THESE WOULD BE PART OF THE DESIGN CRITERIA.

09:17:54   6   **Q.**   WELL, AND I ASK THE QUESTION, DR. SILVA, BECAUSE YOU DO

09:17:57   7   TALK A GREAT DEAL ABOUT WALL HEIGHT AND THE SURGE VERSUS WALL

09:18:01   8   HEIGHT.   BUT AGAIN, WE'VE SEARCHED YOUR REPORT, EVERY APPENDIX

09:18:06   9   TO YOUR REPORT, EVERY DEPOSITION THAT YOU'VE GIVEN, AND THE

09:18:08   10   PHRASE -- TERM "DESIGN CRITERIA" APPEARS IN NONE OF THEM.

09:18:11   11        SO IN TERMS OF COMPARING THE MAGNITUDE OF KATRINA TO

09:18:15   12   DESIGN CRITERIA OTHER THAN WALL HEIGHT, IT'S ACCURATE TO SAY

09:18:17   13   THAT THE FIRST TIME YOU'RE GIVING ANY OPINION TO THE

09:18:18   14   PLAINTIFFS' TEAM ON THAT ISSUE IS IN THIS COURTROOM TODAY;

09:18:21   15   CORRECT?

09:18:22   16   **A.**   I DON'T THINK THAT IS CORRECT.   I MEAN, MY REPORT TALKS

09:18:24   17   ABOUT A LOT MORE THAN WALL HEIGHTS.   MY REPORT IS ABOUT FLOW

09:18:29   18   THROUGH THE SUBSOILS.   IT'S ABOUT THE FACTOR OF SAFETY AND THE

09:18:33   19   LEVEL OF SAFETY OF THE FACILITY.   IT'S ABOUT DEFORMATIONS.

09:18:39   20   IT'S ABOUT THE OVERALL PERFORMANCE OF THE FACILITY.

09:18:42   21        SO, I MEAN, I DON'T THINK IT IS AN ACCURATE STATEMENT

09:18:48   22   TO SAY THAT THIS IS THE FIRST TIME YOU WILL HEAR ABOUT ALL

09:18:52   23   THOSE THINGS.

09:18:53   24   **Q.**   I'M FOCUSED, DR. SILVA, ON YOUR STATEMENT "THE

09:18:55   25   CONSTRUCTION OF THE FLOOD PROTECTION STRUCTURE DID NOT MEET

09:18:58    1   DESIGN CRITERIA."  IN OTHER WORDS, I UNDERSTAND THAT YOU TALK

09:19:01    2   ABOUT FLOW, DEFORMATION OF THE WALL, OTHER WAYS IN WHICH THE

09:19:05    3   STRUCTURE PERFORMED, BUT WHAT YOU DON'T TALK ABOUT IN YOUR

09:19:07    4   REPORT AND WHAT I BELIEVE WE'RE HEARING FOR THE FIRST TIME

09:19:10    5   TODAY IS HOW THAT COMPARES TO THE WAY IT WAS ORIGINALLY

09:19:12    6   DESIGNED.

09:19:13    7           WE DID NOT FIND "DESIGN CRITERIA" ANYWHERE IN YOUR

09:19:17    8   REPORT.  RIGHT?

09:19:18    9   **A.**   PERHAPS NOT THOSE EXACT WORDS.  I MUST SAY THAT I PREPARED

09:19:21   10   THIS PRESENTATION FOR THE BENEFIT OF THE COURT, TO SUMMARIZE

09:19:24   11   THE WORK THAT I'VE BEEN DOING FOR THE LAST YEAR AND A HALF OR

09:19:30   12   SO.  AND I DID -- I MEAN, SO THIS PRESENTATION MIGHT HAVE WORDS

09:19:36   13   THAT DON'T APPEAR IN THE REPORT, BUT THE CONCEPTS ARE THE SAME.

09:19:40   14           I JUST TRIED TO -- TO PREPARE THIS SLIDES IN A WAY

09:19:46   15   THAT WOULD FACILITATE THE AUDIENCE AND THE COURT TO CAPTURE THE

09:19:52   16   MESSAGE.

09:19:54   17           **MR. SCHULTZ:**  LET ME TAKE A LOOK AT SLIDE 9, IF WE

09:19:56   18   COULD, PLEASE.

09:19:56   19           THIS IS ANOTHER SLIDE, DR. SILVA, THAT TALKS ABOUT

09:20:00   20   THE STANDARD PROJECT HURRICANE, QUOTING OUT OF A DOCUMENT OF A

09:20:04   21   PLAINTIFFS' EXHIBIT, ON THE APPLICATION OF THE ADCIRC MODEL,

09:20:09   22   WIFM MODELS, FINDINGS IN THE 1962 ERA SURGE ESTIMATES.  THERE'S

09:20:16   23   NO MENTION OF ADCIRC ANYWHERE OF ANY OF YOUR REPORTS, ANY OF

09:20:19   24   YOUR APPENDIXES, OR ANY OF YOUR DEPOSITIONS, CORRECT?

09:20:22   25   **A.**   OF THAT PARTICULAR MODEL, ACTUALLY, I WAS NOT THE PERSON

09:20:27   1   WORKING WITH THAT.  DR. DALRYMPLE WAS THE PERSON ON OUR TEAM

09:20:30   2   WORKING WITH THAT.

09:20:31   3         BUT I'M NOT USING THESE -- I MEAN, THAT'S A QUOTE.

09:20:34   4   I'M NOT -- ANY OF THESE LINES JUST TO SHOW ONE OF THE SOURCES

09:20:41   5   THAT WE HAVE FOR THIS UNDERESTIMATION OF THE STANDARD PROJECT

09:20:46   6   HURRICANE.

09:20:46   7         I MEAN, I WOULD BE EXPLAINING THIS DURING THE

09:20:51   8   PRESENTATION, BUT THAT'S ALL THAT WE WERE GOING TO BE DOING

09:20:54   9   WITH THIS SLIDE.

09:20:54  10   BY MR. SCHULTZ:

09:20:54  11   Q.   OKAY.  AND LET'S TAKE A LOOK AT SLIDE 13.  AND THIS WILL

09:20:59  12   BE THE NEXT-TO-THE-LAST ONE.

09:21:01  13         HERE WE HAVE -- IF WE CAN FOCUS DOWN ON THE LOWER

09:21:03  14   LEFT -- YOU'RE AGAIN TALKING ABOUT HOW KATRINA COMPARED TO THE

09:21:07  15   DESIGN CRITERIA FOR THE FLOOD PROTECTION SYSTEM.  AND YOU'RE

09:21:11  16   CITING VOLUME III OF THE IPET.  TWO SLIDES OVER, YOU CITE

09:21:17  17   VOLUME VI OF THE IPET.

09:21:19  18         WE LOOKED IN YOUR RELIANCE MATERIALS, DR. SILVA, AND

09:21:22  19   WE CAN PULL IT UP IF NEED BE.  YOU SPECIFICALLY CITE IPET

09:21:25  20   EXECUTIVE SUMMARY AND OVERVIEW, VOLUME NUMBER I, II, V OF IX,

09:21:28  21   AND APPENDIX 11.  YOU DON'T CITE IPET VOLUME III, AND YOU DON'T

09:21:33  22   CITE IPET VOLUME VI IN YOUR RELIANCE MATERIALS.

09:21:37  23         AND THAT'S BECAUSE YOU DIDN'T RELY ON VOLUME III OR

09:21:39  24   VOLUME VI; CORRECT?

09:21:41  25   A.   WELL, I CERTAINLY CONSIDERED THE IPET REPORT.  AND, I

09:21:45   1   MEAN, I REALLY COULDN'T TELL YOU.  I MEAN, IT'S A VOLUMINOUS

09:21:49   2   REPORT.  I COULDN'T TELL YOU AS I SIT HERE, YOU KNOW, WHICH

09:21:51   3   PARTS OF IT WERE USED TO PREPARE ALL THESE.

09:21:57   4          BUT I'VE CERTAINLY BEEN THROUGH THE REPORT AND I HAVE

09:22:02   5   GONE BACK TO THE REPORT NUMEROUS TIMES TO GET INFORMATION THAT

09:22:05   6   IS APPLICABLE TO THE WORK THAT I HAVE DONE.

09:22:08   7          SO, AGAIN, THIS IS AN ILLUSTRATION THAT WE PREPARED

09:22:11   8   JUST TO EXPLAIN OR -- YOU KNOW, IN THE CLEAREST TERMS THAT I

09:22:18   9   COULD THINK OF, SOME OF THE FUNDAMENTALS THAT WE'RE WORKING

09:22:22  10   WITH TO -- IN ORDER TO DETERMINE WHAT WAS THE PERFORMANCE OF

09:22:27  11   THE FLOODWALLS DURING KATRINA.

09:22:30  12   Q.   LET ME JUST ASK YOU THIS QUESTION, DR. SILVA.

09:22:32  13          DID YOU PREPARE YOUR RELIANCE LIST?

09:22:35  14   A.   I PREPARED PARTS OF IT, AND SOME OF MY PEOPLE WORKING WITH

09:22:40  15   ME COLLECTED OTHER PARTS.

09:22:42  16   Q.   AND THE PURPOSE OF THE RELIANCE LIST IS TO SET OUT FOR THE

09:22:45  17   BENEFIT OF ANYONE READING YOUR REPORT, INCLUDING PLAINTIFFS'

09:22:49  18   COUNSEL PREPARING FOR YOUR DEPOSITION AND TESTIMONY, TO SET OUT

09:22:52  19   THE DOCUMENTS THAT YOU RELY UPON AND, BY IMPLICATION, TO

09:22:56  20   IDENTIFY THE DOCUMENTS YOU DON'T RELY UPON BECAUSE THEY'RE NOT

09:22:58  21   INCLUDED ON YOUR LIST.

09:22:59  22          IS THAT A FAIR STATEMENT?

09:23:01  23   A.   WELL, I MEAN, CERTAINLY THE FIRST HALF IS FAIR, YOU KNOW.

09:23:08  24   IF WE DIDN'T CITE A PARTICULAR SECTION OF THE IPET REPORT, I

09:23:15  25   WOULDN'T BE SURPRISED ABOUT THAT.  I GUESS THE EASY WAY OUT

09:23:19   1   WOULD HAVE BEEN TO CITE THE ENTIRE REPORT AND NOT WORRY ABOUT

09:23:22   2   IT.

09:23:22   3            BUT AT ANY RATE, WE DID USE THE IPET REPORT.  AND IF

09:23:28   4   THERE'S SOME PARTS MISSING FROM THE RELIANCE MATERIAL, THAT

09:23:33   5   MUST HAVE BEEN AN OVERSIGHT.

09:23:34   6   **Q.**   THE LAST THING I WANT TO ASK YOU ABOUT, DR. SILVA.

09:23:36   7            WE RECEIVED A VIDEO OF AN ANIMATION OF FLOODWALL

09:23:42   8   OVERTOPPING STARTING AT 3:24 IN THE MORNING, WORKING THROUGH TO

09:23:44   9   6:00 A.M. IN THE MORNING, SHOWING THE SCOUR TRENCH GOING DEEPER

09:23:51  10   AND RECREATING THE WAVES AS THEY COME OVER THE WALL.

09:23:54  11            ARE YOU FAMILIAR WITH WHAT I'M DESCRIBING?

09:23:56  12   **A.**   OH, YEAH.

09:23:56  13   **Q.**   AND THAT IS WHAT IT DOES; CORRECT?  IT SHOWS WAVE

09:23:59  14   OVERTOPPING AT CERTAIN TIMES IN THE MORNING AND SHOWS THE DEPTH

09:24:02  15   OF THE SCOUR TRENCH AS WE MOVE FORWARD IN TIME UNTIL THE POINT

09:24:06  16   OF 6:10, WHERE YOU SHOW THE WALL BREAKING; CORRECT?

09:24:10  17   **A.**   THAT'S PART OF WHAT IT SHOWS.  BASICALLY, THAT ANIMATION,

09:24:14  18   AGAIN, IS AN ATTEMPT TO EXPLAIN TO THE COURT -- SUMMARIZE,

09:24:19  19   REALLY, MY CONCLUSIONS REGARDING THE CAUSE OF FAILURE.

09:24:23  20            MY CONCLUSIONS ARE SUMMARIZED IN MY REPORT IN THE

09:24:26  21   TABLE, WHICH IS RATHER DIFFICULT AND DRY TO PRESENT IN A FORUM

09:24:32  22   LIKE THIS.  SO WE PREPARED THAT ANIMATION AS A MEANS OF, IN

09:24:39  23   ESSENCE, EXPLAINING THE INFORMATION THAT WAS IN THE TABLE.

09:24:41  24            SO THE ANIMATION IS NOTHING MORE THAN A GRAPHICAL

09:24:46  25   PRESENTATION OF THE TABLE IN MY REPORT.

09:24:47  1   Q.   WELL, I ASKED, DR. SILVA, BECAUSE IN YOUR DEPOSITION YOU

09:24:49  2   STATED THAT "WE DID NOT TRY TO CALCULATE, YOU KNOW, HOW MUCH

09:24:54  3   SCOUR WOULD HAVE OCCURRED AT WHICH TIME AND, YOU KNOW, SORT OF

09:24:57  4   A PLOT OF SCOUR VERSUS TIME FROM THE WAVE OVERTOPPING.  WE

09:25:00  5   DIDN'T TRY TO DO THAT."

09:25:02  6        DO YOU RECALL THAT TESTIMONY, OR WOULD YOU LIKE FOR

09:25:03  7   ME TO SHOW IT TO YOU?

09:25:05  8   A.   OH, NO, I RECALL IT CLEARLY.

09:25:06  9   Q.   OKAY.  ISN'T THAT PRECISELY WHAT THIS MODEL DOES?  IT

09:25:09 10   PLOTS THE SCOUR DEPTHS AT DIFFERENT TIMES?  THAT'S WHAT THE

09:25:13 11   ANIMATION SHOWS; CORRECT?

09:25:14 12   A.   NO.  I THINK IT WOULD BE BETTER IF YOU WAIT UNTIL WE

09:25:17 13   DISCUSS IT, AND THEN WE CAN -- YOU CAN SEE WHAT IT DOES.

09:25:20 14   BECAUSE, LIKE I SAID, THE ANIMATION SIMPLY -- I MEAN, THE

09:25:23 15   STATEMENT IN THE DEPOSITION IS ABSOLUTELY CORRECT, AND I CAN

09:25:28 16   REPEAT EXACTLY THE SAME THING HERE NOW.

09:25:31 17        BUT THE ANIMATION IS SIMPLY A WAY TO EXPLAIN MY

09:25:34 18   TABLE.  I MEAN, THE ANIMATION BY ITSELF, WITHOUT CONVERSATION

09:25:40 19   THAT WOULD BE -- OR THE -- OR THE PRESENTATION THAT WE'RE GOING

09:25:43 20   TO HAVE HERE IS NOT COMPLETE.  SO THERE'S NO ATTEMPT ANYWHERE

09:25:47 21   IN MY WORK TO -- TO CALCULATE BY THE MINUTE HOW DEEP THE SCOUR

09:25:53 22   TRENCH WAS OR HOW HIGH THE SURGE WAS.  I MEAN, I DON'T THINK

09:25:58 23   ANYONE CAN DO THAT.

09:25:59 24        AND YOU KNOW, WE -- IN OUR WORK, WE DID SCOUR

09:26:04 25   ANALYSIS SIMPLY TO DETERMINE THE DEPTHS OF SCOUR WHERE THE

| | | |
|---|---|---|
| 09:26:08 | 1 | STRUCTURE WOULD BE -- WHERE WE WOULD EXPECT THE STRUCTURE TO |
| 09:26:13 | 2 | EXCEED AN UNSATISFACTORY PERFORMANCE.  THAT'S ALL.  AND THAT'S |
| 09:26:16 | 3 | WHAT THE VIDEO SHOWS. |
| 09:26:18 | 4 | **Q.**   IN YOUR REPORT YOU HAVE A SEAWALL MODEL.  AND THAT MODEL, |
| 09:26:21 | 5 | AM I CORRECT, DOCTOR, YOU INPUT THE SCOUR DEPTHS AND IT TELLS |
| 09:26:24 | 6 | YOU AT WHICH POINT FACTOR OF SAFETY REACHES 1?  CORRECT? |
| 09:26:28 | 7 | **A.**   THAT IS CORRECT. |
| 09:26:29 | 8 | **Q.**   IT IS NOT, AS YOU TOLD US IN DEPOSITION, A TIME PLOT |
| 09:26:32 | 9 | VERSUS SCOUR DEPTH -- |
| 09:26:32 | 10 | **A.**   IT IS NOT. |
| 09:26:32 | 11 | **Q.**   -- AS THE VIDEO SHOWS? |
| 09:26:33 | 12 | **A.**   IT IS NOT.  AND I HAVEN'T DONE ANY OF THAT.  SO I -- YOU |
| 09:26:36 | 13 | KNOW, IF YOU INTERPRET THE VIDEO TO BE THAT, THAT'S NOT WHAT IT |
| 09:26:41 | 14 | IS, BECAUSE I -- I DIDN'T ATTEMPT TO DO THAT.  AND I DON'T |
| 09:26:43 | 15 | THINK IT'S REALLY NECESSARY, TO EXPLAIN WHAT WE'RE GOING TO |
| 09:26:47 | 16 | EXPLAIN TODAY. |
| 09:26:48 | 17 | **Q.**   WELL, LET ME ASK YOU A FEW QUESTIONS ABOUT THE VIDEO, AND |
| 09:26:51 | 18 | I'LL BE DONE, DR. SILVA. |
| 09:26:53 | 19 |          DID YOU CREATE THE VIDEO, OR DID YOU PARTICIPATE IN |
| 09:26:56 | 20 | ITS CREATION? |
| 09:26:58 | 21 | **A.**   I PARTICIPATED, BUT I DIDN'T MANIPULATE THE COMPUTER TO |
| 09:27:00 | 22 | CREATE THE VIDEO. |
| 09:27:01 | 23 | **Q.**   CAN YOU TELL US, DOES IT ASSUME -- IT BEGINS AT 3:24 IN |
| 09:27:03 | 24 | THE MORNING; CORRECT? |
| 09:27:05 | 25 | **A.**   WELL, IT'S MEANT TO START SOMETIME AFTER 3:00.  THE EXACT |

09:27:08   1   HOUR, YOU KNOW, THE 3:24, QUITE HONESTLY, I COULDN'T EVEN TELL

09:27:11   2   YOU.  BUT IT'S -- WHEN THE VIDEO COMES UP, I WILL -- I WILL SAY

09:27:18   3   THAT THE VIDEO STARTS SOMETIME AFTER 3:00 IN THE MORNING.

09:27:21   4   Q.   DO YOU KNOW WHAT THE WAVE HEIGHTS ARE IN THE CANAL AT

09:27:23   5   3:00 A.M. OR AT THE TIME WHEN THE VIDEO STARTS?

09:27:27   6   A.   WELL, THERE WAS A -- THERE WAS EXTENSIVE TESTIMONY HERE BY

09:27:31   7   DR. DALRYMPLE ABOUT WAVE HEIGHTS, AND I RELIED ON DR. DALRYMPLE

09:27:35   8   FOR WAVE HEIGHTS.

09:27:37   9          AND I DON'T REALLY HAVE -- I REALLY CANNOT TELL YOU

09:27:41   10  HOUR BY HOUR WHAT THE WAVE HEIGHTS WERE.  THE WAVE HEIGHT

09:27:45   11  INFORMATION THAT I USE FOR MY ANALYSIS CAME DIRECTLY FROM

09:27:48   12  DR. DALRYMPLE AND HIS TEAM, AND THEY ARE WHAT HE TESTIFIED HERE

09:27:53   13  A FEW DAYS AGO.

09:27:55   14  Q.   AND THAT'S A FAIR RESPONSE TO THE QUESTION I ASKED.  I

09:27:58   15  ASKED YOU WHAT THE WAVE HEIGHTS WERE IN THE CANAL.

09:28:00   16         MY INTEREST IS WHAT THEY ARE IN YOUR MODEL.  DO YOU

09:28:03   17  KNOW WHAT THE WAVE HEIGHTS ARE AT THE BEGINNING TIME OF YOUR

09:28:05   18  MODEL, WHAT THEY'RE ASSUMED TO BE OR WHAT THE INPUT WAS FOR THE

09:28:09   19  MODEL YOU'RE GOING TO DISCUSS IN COURT?

09:28:11   20  A.   BY "THE MODEL," YOU MEAN THE ANALYSIS REPORT -- THAT

09:28:13   21  APPEAR IN MY REPORT?

09:28:15   22  Q.   THE DATA UNDERLYING THE ANIMATION THAT YOU'RE GOING TO

09:28:18   23  TALK ABOUT.

09:28:19   24  A.   THE ANIMATION IS JUST THAT.  IT'S A DEMONSTRATIVE.  I

09:28:21   25  MEAN, WE DIDN'T TRY TO SCALE THE WAVES BY THE HOUR, WHAT THEY

09:28:27   1   SHOULD HAVE BEEN.  IT'S JUST A WAY TO SHOW THAT THERE WERE

09:28:29   2   WAVES.

09:28:29   3          SO I THINK YOU'RE LOOKING AT THIS VIDEO -- YOU'RE

09:28:34   4   TRYING TO GET FROM THIS VIDEO INFORMATION THAT REALLY WAS NEVER

09:28:37   5   PUT IN THERE, AND THAT'S -- THAT'S NOT A GOOD THING.

09:28:40   6   Q.   OKAY.  SO THE VIDEO -- AND THAT MAY SHORT-CIRCUIT ALL OF

09:28:43   7   THIS, DR. SILVA.

09:28:44   8          THE VIDEO IS NOT INTENDED TO BE AN HOUR-BY-HOUR

09:28:47   9   REPRESENTATION OF WHAT ACTUALLY HAPPENED OUT ON THE NORTH

09:28:50   10   BREACH DURING KATRINA?

09:28:51   11   A.   THE VIDEO -- I MEAN, IT'S NOT MEANT TO BE A -- IT'S NOT

09:28:55   12   MEANT TO BE A DETAILED RECONSTRUCTION OF WHAT HAPPENED.  IT'S

09:29:00   13   MEANT TO ILLUSTRATE THE CONCLUSIONS THAT I REACHED IN MY

09:29:03   14   REPORT.

09:29:05   15          I THINK THIS WILL BE CLEAR ONCE WE SHOW IT.  BUT --

09:29:09   16   BUT THAT'S THE INTENT OF THE VIDEO.

09:29:12   17   Q.   IS IT FAIR TO SAY, DR. SILVA, IF I ASK YOU, YOU'RE NOT

09:29:15   18   GOING TO KNOW, IN TERMS OF INPUTS, WHAT IS REPRESENTED BY THE

09:29:18   19   ANIMATION -- WHAT THE SIGNIFICANT WAVE HEIGHTS ARE VERSUS

09:29:23   20   MAXIMUM WAVE HEIGHTS AT ANY GIVEN POINT IN TIME, HOW MANY WAVES

09:29:27   21   ARE MOVING EAST TO WEST VERSUS NORTH TO SOUTH, HOW MANY WAVES

09:29:30   22   ARE HITTING THE WALL AT A PERPENDICULAR ANGLE AS OPPOSED TO

09:29:35   23   OTHER THAN PERPENDICULAR ANGLE?

09:29:36   24          IS IT FAIR TO SAY THAT YOU DON'T HAVE RESPONSES FOR

09:29:39   25   ALL OF THOSE QUESTIONS?

09:29:40   1   **A.**   WELL, IN THIS VIDEO WE DIDN'T REALLY CONSIDER THAT LEVEL

09:29:42   2   OF DETAIL, NO.

09:29:43   3   **Q.**   ALL RIGHT.

09:29:45   4           **MR. SCHULTZ:**   JUDGE, WE WOULD SIMPLY -- FIRST OF ALL,

09:29:47   5   WE DON'T QUESTION DR. SILVA'S CREDENTIALS, AND WE DON'T OPPOSE

09:29:52   6   THE TENDER OF HIS EXPERTISE.

09:29:55   7           WE WOULD LODGE AN OBJECTION TO THE STANDARD

09:29:58   8   PROJECT HURRICANE TESTIMONY AND THE DESIGN CRITERIA TESTIMONY,

09:29:58   9   OTHER THAN WALL HEIGHTS, AS NEW OPINIONS, IN PARTICULAR THE

09:30:05   10  TESTIMONY SUBJECT TO THE OBJECTION, IF NEED BE.

09:30:07   11          AND GIVEN THAT WE MAY HAVE MISAPPREHENDED THE

09:30:10   12  VIDEO AS REPRESENTING WHAT ACTUALLY HAPPENED OUT THERE, I THINK

09:30:14   13  WHAT I WOULD SUGGEST IS WE WOULD LODGE AN OBJECTION PENDING

09:30:16   14  WHAT HE ACTUALLY HAS TO SAY ABOUT IT.

09:30:18   15          **THE COURT:**   TO THOSE OBJECTIONS, I -- WELL, I'LL WAIT

09:30:20   16  FOR THE TENDER.

09:30:21   17          **MR. SCHULTZ:**   THANK YOU, YOUR HONOR.

09:30:28   18          **MR. TREEBY:**   YOUR HONOR, I TENDER DR. SILVA AS AN

09:30:30   19  EXPERT IN THE FIELD OF CIVIL ENGINEERING AND SPECIFICALLY

09:30:31   20  GEOTECHNICAL ENGINEERING AND SOIL MECHANICS.

09:30:33   21          **MR. SCHULTZ:**   NO OBJECTION.

09:30:33   22          **THE COURT:**   THE COURT ACCEPTS DR. SILVA AS TENDERED.

09:30:41   23          AND YOUR OBJECTIONS ARE NOTED AND, OF COURSE, I

09:30:43   24  CAN'T RULE ON THEM NOW.   THERE'S NO WAY WE'RE GOING TO BE ABLE

09:30:48   25  TO GO THROUGH THE ENTIRE REPORT AND DETERMINE THAT.   BUT WE'LL

| | | |
|---|---|---|
| 09:30:51 | 1 | PROBABLY HAVE TO DO THAT IN BRIEFING IF YOU CONTEND HE EXCEEDS |
| 09:30:55 | 2 | HIS REPORT IN SOME OF HIS OPINIONS. |
| 09:30:58 | 3 | **MR. SCHULTZ:**  UNDERSTOOD, YOUR HONOR. |
| 09:31:00 | 4 | **MR. TREEBY:**  AND I'LL RESERVE ANY ARGUMENTS THAT I |
| 09:31:01 | 5 | HAVE, BECAUSE I DON'T WANT IT TO BE TAKEN THAT I AGREE WITH |
| 09:31:05 | 6 | WHAT MR. SCHULTZ SAID IN THAT RECORD. |
| 09:31:08 | 7 | **THE COURT:**  ABSOLUTELY. |
| | 8 | **DIRECT EXAMINATION** |
| | 9 | BY MR. TREEBY: |
| 09:31:11 | 10 | **Q.**   DR. SILVA, PLEASE DESCRIBE WHAT YOU DID FOLLOWING THAT |
| 09:31:13 | 11 | CALL ON AUGUST 30TH, 2005, FROM THE EXECUTIVE DIRECTOR OF THE |
| 09:31:16 | 12 | GEO-INSTITUTE OF THE ASCE, WITH REGARD TO EVALUATING THE LEVEE |
| 09:31:19 | 13 | AND FLOODWALL FAILURES IN NEW ORLEANS. |
| 09:31:23 | 14 | **A.**   WELL, AFTER I RECEIVED THE CALL, WHICH I CLEARLY |
| 09:31:27 | 15 | REMEMBER -- I WAS IN STARBUCKS IN DOWNTOWN LEXINGTON IN -- |
| 09:31:32 | 16 | EARLY IN THE MORNING -- I CALLED SOME OF MY COLLEAGUES, TRYING |
| 09:31:38 | 17 | TO ASSEMBLE A GROUP OF PEOPLE THAT WERE KNOWLEDGEABLE AND |
| 09:31:42 | 18 | INTERESTED IN COMING TO NEW ORLEANS TO HELP THE ASCE UNDERSTAND |
| 09:31:51 | 19 | WHAT CAUSED ALL OF THESE FAILURES.  SO, YOU KNOW, WE STARTED |
| 09:31:55 | 20 | WORKING AND PUTTING THE TEAM TOGETHER FOR THE GEO-INSTITUTE. |
| 09:32:00 | 21 | THERE WAS A SIMILAR TEAM FROM THE COASTAL STRUCTURES INSTITUTE, |
| 09:32:04 | 22 | COPRI.  AND IN SHORT ORDER, IN A MATTER OF A DAY OR TWO, WE HAD |
| 09:32:12 | 23 | A GROUP THAT WAS READY TO COME DOWN TO NEW ORLEANS. |
| 09:32:19 | 24 | **Q.**   AND WHEN DID YOU ACTUALLY ARRIVE WITH THE TEAM THAT YOU |
| 09:32:20 | 25 | HAD HELPED PUT TOGETHER? |

09:32:23   1   **A.**   OUR ARRIVAL TO NEW ORLEANS WAS DELAYED BY HURRICANE RITA.

09:32:25   2   WE WERE SUPPOSED TO COME, BUT RITA WAS THREATENING NEW ORLEANS,

09:32:31   3   SO WE WERE ADVISED NOT TO COME.

09:32:34   4            AND I -- WE ARRIVED EARLY IN -- IT WAS LATE

09:32:43   5   SEPTEMBER/EARLY OCTOBER.  IT WAS ABOUT THREE, FOUR DAYS AFTER

09:32:47   6   RITA.  THE CITY WAS STILL CLOSED, BUT -- BUT, YOU KNOW, WE

09:32:52   7   WERE -- YOU KNOW, AT THE TIME WHEN WE CAME HERE, WE WERE ABLE

09:32:54   8   TO ACCESS THE FAILURE LOCATIONS WITHOUT MUCH PROBLEM.

09:32:59   9   **Q.**   NOW, IS IT CORRECT THAT YOU ARRIVED AHEAD OF THE MAIN BODY

09:33:03  10   OF INVESTIGATORS THAT WERE ASSEMBLED TO MAKE THAT CRITICAL

09:33:05  11   INITIAL EVALUATION?

09:33:07  12   **A.**   WELL, THERE WERE TWO -- TWO INDIVIDUALS, A COLLEAGUE NAMED

09:33:11  13   JOE WARDMAN (PHONETIC) AND MYSELF, WHO ARRIVED EARLY AS THE

09:33:15  14   ADVANCED PARTIES, SO TO SPEAK.  AND WE ARRIVED, I BELIEVE, A

09:33:19  15   DAY OR DAY AND A HALF BEFORE THE REST OF THE TEAM ARRIVED IN

09:33:22  16   NEW ORLEANS.

09:33:23  17   **Q.**   NOW -- AND HOW LONG DID YOU SPEND IN NEW ORLEANS IN THE

09:33:26  18   COURSE OF THAT INVESTIGATION ON BEHALF OF THE ASCE?

09:33:32  19   **A.**   IT WAS APPROXIMATELY TWO -- TWO AND A HALF WEEKS.

09:33:35  20   **Q.**   DURING THAT TWO -- TWO AND A HALF WEEKS, DID YOU VISIT AND

09:33:39  21   EXAMINE THE SITE OF THE FAILURES ON THE EAST BANK OF THE

09:33:43  22   INDUSTRIAL CANAL BETWEEN THE FLORIDA AVENUE BRIDGE AND THE

09:33:46  23   CLAIBORNE AVENUE BRIDGE?

09:33:47  24   **A.**   I DID.  YES, SIR.

09:33:48  25   **Q.**   HOW LONG DID -- HOW MUCH TIME DID YOU SPEND LOOKING AT

09:33:51   1   THOSE SITES DURING THAT TWO OR TWO AND A HALF WEEKS AFTER RITA

09:33:54   2   THAT YOU SPENT WITH THE ASCE-SPONSORED LEVEE ASSESSMENT TEAM?

09:34:00   3   **A.**   WELL, WE WERE VISITING ALL OF THE SITES.  AND I DON'T KNOW

09:34:03   4   EXACTLY HOW MANY WE WENT TO, BUT THERE WERE LOTS OF THEM?

09:34:07   5        AND THE VISITS WERE FAIRLY SHORT.  THE EAST BANK

09:34:09   6   INDUSTRIAL AREA, I WOULD SAY WE SPENT PROBABLY MOST OF ONE DAY,

09:34:14   7   PERHAPS THREE-QUARTERS OF A DAY, SOMETHING OF THAT NATURE.

09:34:19   8   **Q.**   OKAY.  AND WHAT WORK WAS DONE BY YOU AND THAT LEVEE

09:34:23   9   ASSESSMENT TEAM AFTER YOUR SITE INVESTIGATIONS, AFTER YOU LEFT

09:34:27   10   NEW ORLEANS?

09:34:27   11   **A.**   AFTER WE LEFT NEW ORLEANS, THE -- OUR TEAM, WHICH I SHOULD

09:34:32   12   POINT OUT WAS WORKING IN CONJUNCTION WITH TWO OTHER TEAMS, A

09:34:37   13   TEAM FROM THE UNIVERSITY OF CALIFORNIA BERKELEY, WHICH WAS

09:34:43   14   SPONSORED BY THE NATIONAL SCIENCE FOUNDATION, AND A TEAM FROM

09:34:45   15   THE ARMY CORPS OF ENGINEERS.

09:34:47   16        SO WE DECIDED THAT IT MADE SENSE TO WORK TOGETHER,

09:34:51   17   AND WE PRODUCED A JOINT REPORT ON THE CAUSE OF THE FAILURES, OR

09:34:55   18   THE INITIAL ASSESSMENT OF THE CAUSE OF THE FAILURES, BASED ON

09:34:59   19   THE -- ON THE FIELD OBSERVATIONS.

09:35:03   20        SO WE WORKED ON THAT REPORT FOR ABOUT FOUR TO SIX

09:35:07   21   WEEKS, AND THAT EFFORT -- THAT CULMINATED IN THE PRESENTATION

09:35:13   22   OF CONGRESSIONAL TESTIMONY WHICH, YOU KNOW, A NUMBER OF MEMBERS

09:35:18   23   OF THE TEAM ALSO HELPED WITH THAT.

09:35:21   24   **Q.**   WHEN -- YOU'VE TESTIFIED, I THINK, IN RESPONSE TO

09:35:23   25   MR. SCHULTZ, THAT YOU WERE FIRST CONTACTED BY ATTORNEYS

09:35:29    1   REPRESENTING WASHINGTON GROUP INTERNATIONAL TO UNDERTAKE

09:35:31    2   FURTHER WORK IN CONNECTION -- SPECIFICALLY WITH THE FLOODWALL

09:35:34    3   AND LEVEE FAILURES THAT WE'VE IDENTIFIED IN THIS CASE AS THE

09:35:37    4   EBIA NORTH AND SOUTH BREACHES.  AND I BELIEVE YOU'VE SAID THAT

09:35:41    5   WAS IN MARCH.

09:35:42    6          PLEASE TELL THE COURT WHAT YOUR FIRST ASSIGNMENT WAS

09:35:46    7   UNDER THAT RETENTION BY LAWYERS REPRESENTING WASHINGTON GROUP

09:35:49    8   INTERNATIONAL.

09:35:51    9   A.   WELL, THE -- THE ASSIGNMENT WAS TO DETERMINE IF THE

09:35:57   10   REMEDIATION WORK BY WGI CONTRIBUTED TO THE EBIA FAILURE.  THAT

09:36:03   11   REALLY WAS THE MAIN THRUST OF THE ASSIGNMENT.

09:36:08   12          THERE WAS A -- SORT OF A -- ALSO AN INTENTION TO SAY,

09:36:13   13   WELL, IF THEY DID, WE KNOW WHAT THE CAUSE OF FAILURE WAS; IF

09:36:18   14   THEY DIDN'T, THEN WE SHOULD REALLY TRY TO FIGURE OUT WHAT

09:36:22   15   CAUSED THE FAILURES.

09:36:23   16   Q.   DID THERE COME A TIME WHEN YOUR ASSIGNMENT WAS EXPANDED?

09:36:32   17   A.   WELL, EXPANDED.  I -- I MEAN, WE -- THE ASSIGNMENT GREW A

09:36:38   18   LOT, AND WE -- WE ENDED UP PARTICIPATING IN THE JOINT SOILS

09:36:44   19   INVESTIGATION IN 2011.  I DON'T KNOW IF THAT'S WHAT YOU'RE

09:36:47   20   REFERRING TO.

09:36:48   21          BUT CERTAINLY, IT'S -- ONE WAY TO PUT IT IS THAT IT

09:36:57   22   WAS REALLY NOT -- I MEAN, THE INITIAL PROBLEM WAS A LOT

09:37:00   23   SIMPLER.  AND WE INITIALLY WERE LOOKING, FRANKLY, AT THE EFFECT

09:37:06   24   OF TWO EXCAVATIONS ON THE FAILURE.  SO THAT'S A MUCH MORE A

09:37:11   25   CONTAINED ASSIGNMENT.

09:37:14   1        AND THEN LATER ON IT WAS EXPANDED TO ENCOMPASS ALL OF

09:37:18   2  THE ACTIVITIES IN THE EAST BANK INDUSTRIAL AREA.

09:37:28   3  **Q.**   NOW, DR. SILVA, I WOULD -- BEFORE WE GET INTO THE

09:37:30   4  PRESENTATION, I WOULD LIKE FOR YOU TO DESCRIBE, IN SUMMARY

09:37:33   5  FASHION, WHAT WORK YOU HAVE DONE AND WHAT ASSISTANCE YOU HAVE

09:37:36   6  SECURED TO DO THAT WORK TO ACCOMPLISH THE ASSIGNMENTS, WHICH

09:37:41   7  I'M CALLING TWO, ONE BEING TO DETERMINE WHETHER THE REMEDIATION

09:37:46   8  EFFORTS OF WASHINGTON GROUP INTERNATIONAL CONTRIBUTED TO THE

09:37:49   9  FAILURES OF THE FLOODWALLS AND LEVEES; AND NUMBER TWO, WHAT --

09:37:54  10  IF NOT, WHAT DID, IN YOUR OPINION, CAUSE THE FAILURE?

09:37:59  11        AND WHAT I WOULD LIKE FOR YOU TO DO IS JUST EXPLAIN

09:38:01  12  TO THE COURT THE SCOPE OF YOUR WORK TO ACCOMPLISH THOSE TASKS

09:38:04  13  AND THE TEAM THAT WAS ASSEMBLED BY YOU TO ACCOMPLISH THOSE

09:38:07  14  TASKS.

09:38:13  15  **A.**   OKAY.  LET'S SEE.  THE -- THE -- I MEAN, IN ORDER TO

09:38:22  16  UNDERSTAND WHAT HAPPENED IN THE LEVEES DURING KATRINA, WE -- WE

09:38:27  17  ESSENTIALLY TOOK AN ENGINEERING PERSPECTIVE.  WE PERFORMED

09:38:34  18  ENGINEERING ANALYSIS OF DIFFERENT TYPES, AND I WILL BE GOING

09:38:36  19  INTO MORE DETAIL ABOUT THAT IN THE SUMMARY PRESENTATION.

09:38:42  20        YOU KNOW, EARLY ON, IT WAS EVIDENT TO ME THAT THE

09:38:45  21  AMOUNT OF INFORMATION AVAILABLE WAS TRULY OVERWHELMING.  SO IF

09:38:50  22  I WAS GOING TO DO ALL OF THIS WORK BY MYSELF, IT WAS GOING TO

09:38:54  23  TAKE A LONG, LONG TIME.  SO I ASKED -- I ASKED FOR ASSISTANCE

09:39:00  24  FROM COLLEAGUES.

09:39:01  25        AND THE CORPS TEAM WAS -- OUR ASSIGNMENT WAS MOSTLY A

09:39:09   1    GEOTECHNICAL ASSIGNMENT.  SO THE CORPS TEAM WERE GEOTECHNICAL

09:39:14   2    ENGINEERINGS, UNDERSTANDABLY.

09:39:16   3          AND I ASSEMBLED A TEAM THAT CONSISTED OF A LONG-TIME

09:39:21   4    COLLEAGUE, DR. T. WILLIAM LAMBE.  I HAD WORKED WITH

09:39:25   5    PROFESSOR LAMBE FOR, OH, 35 YEARS OR LONGER.

09:39:29   6          AND I -- ALSO A COLLEAGUE NAMED ALFREDO URZUA, WHO

09:39:37   7    WAS A GEOTECHNICAL ENGINEER, AS WELL, AND I BELIEVE ONE OF THE

09:39:40   8    BEST MODELERS OF ENGINEERING PROBLEMS IN THE WORLD TODAY.  I

09:39:47   9    ALSO CALLED ON HIM TO HELP ME RUN ANALYSIS.

09:39:52  10          ANOTHER COLLEAGUE, PHILIP LAMBE.  PHILIP HAPPENS TO

09:39:55  11    BE THE SON OF PROFESSOR LAMBE, BUT HE WAS ALSO A CLASSMATE OF

09:40:00  12    MINE IN GRADUATE SCHOOL.  AND PHILIP LAMBE WAS BROUGHT INTO THE

09:40:07  13    TEAM AS WELL TO HELP LARGELY WITH THE FIELD ACTIVITIES AND THE

09:40:11  14    SOIL PROPERTIES AND SO ON.

09:40:16  15          AND EARLY ON, PROFESSOR LAMBE, PHILIP LAMBE, AND I

09:40:21  16    CAME TO NEW ORLEANS DURING OUR FIRST PHASE INVOLVEMENT BEFORE

09:40:25  17    WASHINGTON GROUP WAS BROUGHT BACK INTO THE CASE.

09:40:27  18          AND SO WE WERE HERE TO LOOK AT THE -- OF COURSE, I

09:40:31  19    WAS FAMILIAR WITH THE SITE, BUT THEY WERE NOT.  SO WE -- I CAME

09:40:34  20    TO GIVE THEM A TOUR OF THE AREA SO THEY WOULD UNDERSTAND --

09:40:38  21    WHEN THEY WORKED WITH THE DOCUMENTS THEY WOULD HAVE A GOOD FEEL

09:40:41  22    FOR WHAT THEY WERE READING ABOUT.

09:40:46  23          IN ADDITION TO THE THREE ENGINEERS AND MYSELF, WE

09:40:51  24    HAD -- AS THE PROGRAM WAS -- YOU KNOW, AS THE DETAILS OF THE

09:40:59  25    PROGRAM WERE DEVELOPED, IT WAS CLEAR THAT WE WERE GOING TO NEED

09:41:04  1   A LOT OF FIELD HELP FOR THIS -- DOING THE SOILS INVESTIGATION

09:41:09  2   PROGRAM.  AND SO WE SECURED THE ASSISTANCE OF A HYDROGEOLOGIST,

09:41:16  3   MARK WORTHINGTON.

09:41:19  4        A COLLEAGUE OF MINE FROM MY -- MY WORK AT ARTHUR D.

09:41:21  5   LITTLE, KATHY THRUN, WHO IS BOTH A CHEMIST WITH -- AND SHE HAS

09:41:26  6   A GREAT DEAL OF EXPERIENCE IN ENVIRONMENTAL WORK.  SHE ACTUALLY

09:41:30  7   STARTED WORKING IN THE FIELD WITH THE LOVE CANAL WHICH IN

09:41:35  8   ESSENCE STARTED THE ENVIRONMENTAL ENGINEERING DISCIPLINE.  SO

09:41:42  9   I -- I ASKED HER TO HELP US GENERALLY TO UNDERSTAND THE

09:41:47  10  ENVIRONMENTAL ASPECTS OF THE WGI WORK.

09:41:51  11        WE HAVE -- EARLY ON, I CONCLUDED THAT THERE WAS NO

09:41:58  12  WAY I COULD READ ALL THE DOCUMENTS BEFORE ME AND JUST KEEP THAT

09:42:04  13  IN MY HEAD, SO -- WITH THAT BEING SO DIFFICULT.

09:42:07  14        SO EARLY ON, I CONCLUDED THAT THE BEST WAY TO

09:42:11  15  ORGANIZE THAT INFORMATION IS TO USE A GEOGRAPHIC INFORMATION

09:42:15  16  SYSTEM WHERE I COULD -- AS I CAME ACROSS THE INFORMATION, WE

09:42:20  17  WOULD PUT IT IN THE SYSTEM.  AND WHENEVER WE NEEDED TO DO

09:42:24  18  SOMETHING, IT WOULD BE THERE WAITING FOR US.  AND THAT WAS THE

09:42:27  19  BEST CHANCE WE HAVE TO MAKE SURE THAT OUR GEOMETRIES WERE

09:42:32  20  ACCURATE AND THAT OUR INFORMATION WAS CURRENT AND THAT IT WAS

09:42:36  21  CORRECT.

09:42:37  22        SO TO DO THAT WORK, MATT MAYO, WHO IS A GIS ANALYST

09:42:42  23  AND SPECIALIST AND IS ALSO A HYDROGEOLOGIST, JOINED THE GROUP.

09:42:50  24        SO THAT IS THE CORE GROUP.  WE HAD THE ASSISTANCE AT

09:42:53  25  DIFFERENT TIMES OF A NUMBER OF OTHER INDIVIDUALS, MOSTLY TO

09:42:57   1   EXTRACT INFORMATION FROM THE THOUSANDS OF PAGES IN THE DAILY

09:43:03   2   REPORTS AND THE QUALITY ASSURANCE REPORTS.  AND SO IT WAS A

09:43:09   3   GROUP OF ABOUT SEVEN PEOPLE OR SO.

09:43:13   4   **Q.**   AND IN -- AFTER BEING INVOLVED IN THIS CASE, HAVE YOU ALSO

09:43:17   5   REVIEWED DEPOSITIONS, TRIAL TESTIMONY, PROFESSIONAL PAPERS, AND

09:43:21   6   TREATISES AND THAT KIND OF THING?

09:43:24   7   **A.**   I CERTAINLY HAVE, YES.  I -- I'VE DONE ALL OF THAT.

09:43:27   8   **Q.**   HOW OFTEN HAVE YOU VISITED THE EBIA TO INVESTIGATE THE

09:43:30   9   FIELD CONDITIONS SINCE THE INITIAL EFFORT BACK IN --

09:43:33   10   **A.**   SINCE THE INITIAL EFFORT, I AM GOING TO GUESS THAT PERHAPS

09:43:38   11   15 TIMES OR SO -- I MEAN, 15 INSTANCES.  I MEAN, IN ONE -- ON

09:43:44   12   SOME OF THESE TRIPS I VISIT THE EBIA 25 TIMES.  BUT SOMETIMES I

09:43:49   13   WOULD BE HERE FOR A WEEK OR TWO WITH MULTIPLE VISITS.

09:43:53   14   **Q.**   AND YOU'VE ATTENDED THE DEPOSITIONS OF THE KEY EXPERT

09:43:56   15   WITNESSES IN THIS CASE; IS THAT CORRECT?

09:43:57   16   **A.**   I HAVE ATTENDED THE DEPOSITIONS OF THE EXPERT WITNESSES.

09:44:01   17   **Q.**   AND YOU'VE ATTENDED THIS TRIAL; IS THAT CORRECT?

09:44:04   18   **A.**   I'VE ATTENDED MOST OF IT.  AGAIN, MOSTLY THE EXPERT

09:44:08   19   WITNESSES.  I REALLY HAVEN'T ATTENDED MANY, IF ANY, OF THE

09:44:12   20   DAMAGES WITNESSES.  AND . . .

09:44:17   21             **MR. TREEBY:**  YOUR HONOR IS ENVIOUS.

09:44:21   22             **THE COURT:**  READING MY MIND.

09:44:26   23             **MR. TREEBY:**  YOUR HONOR, PURSUANT TO THE COURT'S

09:44:28   24   ORDER, DR. SILVA HAS PREPARED A SUMMARY OF HIS OPINIONS AND THE

09:44:32   25   BASES FOR THOSE OPINIONS.  AND WE ESTIMATE THIS PORTION OF THE

09:44:36  1   PROCESS WILL TAKE BETWEEN TWO AND THREE HOURS, INCLUDING A

09:44:38  2   BRIEF FIELD TRIP THAT WE HOPE WILL BE SUCCESSFUL OUT TO THE

09:44:41  3   FRONT HALL TO DEMONSTRATE SOMETHING TO THE COURT.

09:44:43  4           **THE COURT:**  YES.

09:44:44  5           **MR. TREEBY:**  BUT WE ENCOURAGE THE COURT TO INQUIRE OF

09:44:46  6   DR. SILVA AS FURTHER EXPLANATION MAY BE REQUIRED FOR THE COURT.

09:44:49  7           **THE COURT:**  AND, DR. SILVA, YOU ARE --

09:44:52  8           MR. TREEBY, YOU OR ANYONE ELSE CAN LET ME KNOW

09:44:55  9   WHEN WE NEED A BREAK.

09:45:00  10          I'LL LET YOU KNOW WHEN I NEED A BREAK.

09:45:07  11          **THE WITNESS:**  YES, SIR.

09:45:08  12          GOOD MORNING, THE SLIDE ON THE SCREEN SHOWS THE

09:45:10  13  CONTENTS OF THIS PRESENTATION.  I'VE DIVIDED IT INTO -- I

09:45:17  14  BELIEVE IT'S SEVEN SECTIONS.

09:45:19  15          INITIALLY, I WOULD LIKE TO PRESENT THE BIG

09:45:21  16  PICTURE.  IT REALLY IS TO TAKE A FEW STEPS BACK AND LOOK AT

09:45:27  17  WHAT HAPPENED AND WHAT ARE THE CLUES THAT TELL US WHY IT

09:45:31  18  HAPPENED WITHOUT GETTING TOO CONFUSED BY THE TECHNICAL DETAILS.

09:45:39  19          AFTER DOING THAT, I WOULD LIKE TO TALK ABOUT

09:45:42  20  SOME SOIL MECHANICS FUNDAMENTALS.  I KNOW WE HAVE A NUMBER OF

09:45:48  21  OTHER INDIVIDUALS WHO HAVE BEEN TALKING ABOUT THESE, AND I WILL

09:45:50  22  TRY NOT TO DUPLICATE SOME OF THOSE -- SOME OF THAT MATERIAL.

09:45:55  23  BUT IT'S WORTH GOING OVER A FEW CONCEPTS TO BE SURE THAT WE CAN

09:45:59  24  THEN PROCEED WITH THE REST OF THE PRESENTATION.

09:46:03  25          I WILL TAKE A VERY BRIEF TIME TO GO QUICKLY OVER

09:46:07   1   THE NATURE OF THE ENVIRONMENTAL RESTORATION ACTIVITIES THAT WGI

09:46:11   2   PERFORMED AT THE EAST BANK INDUSTRIAL AREA.

09:46:14   3                AND THEN THE MAIN TECHNICAL PRESENTATION IS WHAT

09:46:19   4   I'VE CALLED HERE THE GEOTECHNICAL EVENTS DURING KATRINA.

09:46:22   5   BASICALLY, THE EVENTS WERE THE NATURAL EVENTS, AND THE -- WHAT

09:46:27   6   I'M TRYING TO DO IS HOW -- YOU KNOW, HOW CAN WE APPLY

09:46:34   7   GEOTECHNICAL ENGINEERING TO UNDERSTAND WHAT HAPPENED AND HOW IT

09:46:36   8   HAPPENED?

09:46:37   9                I WILL DEVOTE SOME TIME TO THE EXAMINATION OF

09:46:43  10   DR. BEA'S FAILURE ANALYSIS.

09:46:45  11                AND AT THE END, BEFORE SUMMARIZING MY OPINIONS

09:46:47  12   AND THE CAUSE OF THE EBIA FAILURES, I WILL TALK TO A NUMBER OF

09:46:51  13   POINTS THAT I FELT NEEDED CLARIFYING.

09:46:58  14                NOW, THE BIG -- BIG PICTURE, IN MY OPINION, IS

09:47:05  15   THAT THE KATRINA STORM SURGE SIMPLY OVERWHELMED THE FLOOD

09:47:10  16   PROTECTION SYSTEM OF THE INNER HARBOR NAVIGATION CANAL.

09:47:13  17                THE STORM EXCEEDED THE DESIGN FOR THE STANDARD

09:47:16  18   PROJECT HURRICANE, AND THE MAGNITUDES OF THE STORM SURGE OF THE

09:47:19  19   EBIA WAS UNDERESTIMATED WHEN -- WHEN THIS SYSTEM WAS BEING

09:47:24  20   DESIGNED.  AND THIS IS -- THIS IS DOCUMENTED IN VARIOUS

09:47:30  21   REPORTS.

09:47:31  22                YOU KNOW, THE CONSTRUCTION OF THE FLOOD

09:47:34  23   PROTECTION STRUCTURE WAS REALLY NOT -- I MEAN, WAS REALLY NOT

09:47:39  24   WHAT IT SHOULD HAVE BEEN AND DID NOT MEET THE DESIGN CRITERIA.

09:47:45  25                FOR EXAMPLE, THERE WAS NO EROSION PROTECTION ON

09:47:48   1   THE LAND SIDE.  FOR WHATEVER REASON IT WAS DEEMED NOT NECESSARY

09:47:52   2   AND WAS NOT THERE, AND AS WE WILL SEE, THIS IS A VERY IMPORTANT

09:47:58   3   DEFICIENCY.

09:48:01   4               BY THE YEAR 2005, WHEN KATRINA CAME, THE

09:48:07   5   CONDITION OF THE FLOOD PROTECTION STRUCTURE HAD DETERIORATED

09:48:11   6   FURTHER, DUE TO MAINLY SUBSIDENCE.  THE TOP OF THE WALL WAS

09:48:15   7   LOWER THAN IT SHOULD HAVE BEEN.  YOU KNOW, THE LAND CREST

09:48:23   8   ELEVATION OF THE NORTH BREACH LOCATION WAS LOWER THAN IT SHOULD

09:48:27   9   HAVE BEEN.

09:48:30  10               AND SOME OF THESE -- SOME OF THESE STATEMENTS

09:48:35  11   ARE SHOWN IN THIS DRAWING HERE, WHICH CAME FROM A -- WAS

09:48:41  12   PROBABLY MADE FOR THE ARMY CORPS OF ENGINEERS.  IT SHOWS THE

09:48:44  13   EBIA, AS WE HAVE HERE, WITH FLOODWALLS ZERO TO 2 FEET BELOW

09:48:54  14   DESIGN HEIGHT.  THIS WAS A STUDY PERFORMED IN 2008.

09:49:00  15               AGAIN, IN THIS SAME STUDY, THEY MADE REFERENCE

09:49:03  16   TO THE UNDERESTIMATION OF THE STANDARD PROJECT HURRICANE SURGE

09:49:08  17   ALONG THE IHNC.

09:49:14  18               AND, YOU KNOW, THIS STORM SURGE ARRIVED AND

09:49:16  19   OVERWHELMED THE FLOOD PROTECTION SYSTEM, CAUSING OVER

09:49:20  20   50 FAILURES THROUGHOUT THE NEW ORLEANS AREA.

09:49:22  21               THIS DRAWING FROM A PUBLICATION -- I GUESS THE

09:49:26  22   BOTTOM PART OF THE DRAWING -- IS FROM A PUBLICATION BY

09:49:29  23   DR. SEEDS AND BEA AND OTHERS, AND IT SHOWS -- IT SHOWS

09:49:34  24   50 FAILURES.  IN FACT, THERE WERE MANY MORE THAN THAT.  SOME OF

09:49:37  25   THEM WERE SMALLER AND NOT CONSIDERED MAJOR FAILURES.  I'VE SEEN

09:49:41   1  NUMBERS AS HIGH AS 250.

09:49:44   2                  BUT THE POINT IS THAT THERE WERE MANY, MANY

09:49:46   3  FAILURES THROUGHOUT THE ENTIRE AREA.  THIS WAS NOT A LOCALIZED

09:49:50   4  EFFECT.

09:49:52   5                  AND TWO OF THESE FAILURES OCCURRED AT THE IHNC

09:49:56   6  EAST BANK INDUSTRIAL AREA.  WE'RE REFERRING TO THESE TWO

09:49:59   7  FAILURES AS THE NORTH BREACH AND THE SOUTH BREACH.

09:50:09   8                  NOW, THE EBIA FAILURES, I ATTRIBUTE THESE

09:50:15   9  FAILURES TO THE HYDRAULIC LOADING FROM KATRINA EXCEEDING THE

09:50:20  10  DESIGN CRITERIA.  IN OTHER WORDS, THE HYDRAULIC LOADING WAS

09:50:23  11  MORE THAN WHAT THE STRUCTURE COULD BEAR.  AND WE CAN SEE HERE

09:50:28  12  IN THIS SKETCH THAT THE MAXIMUM DESIGN STORM SURGE -- WHEN WE

09:50:36  13  CONVERT IT TO THE DATUM THAT WE WILL BE USING THROUGHOUT THIS

09:50:43  14  PRESENTATION, WHICH IS AN NAVD88 2004.65, AND WHENEVER I TALK

09:50:47  15  ABOUT ELEVATIONS, THAT'S THE DATUM THAT WE'RE USING.

09:50:51  16                  SO, YOU KNOW, WHEN WE CONVERT THE STORM -- THE

09:50:56  17  DESIGN STORM SURGE TO THE ELEVATION, IT'S 11.53, AND THE ACTUAL

09:51:01  18  STORM SURGE WAS 14.2 FEET.  SO YOU SEE THERE'S AN IMPORTANT

09:51:05  19  DIFFERENCE HERE.

09:51:09  20                  THERE'S ANOTHER IMPORTANT DEFICIENCY IN THAT NO

09:51:11  21  WAVES WERE CONSIDERED DURING THE DESIGN OF THIS FLOOD

09:51:14  22  PROTECTION SYSTEM.  IN OTHER WORDS, THE ORIGINAL DESIGN, FOR

09:51:18  23  WHATEVER REASON, DID NOT CONSIDER ANY WAVES FOR ITS DESIGN.

09:51:26  24                  NOW, NOT ONLY WAS THE STORM SURGE MORE THAN THE

09:51:31  25  DESIGNERS THOUGHT THEY WOULD BE, BUT THE ELEVATION OF THE

09:51:34   1   FLOODWALL WAS BELOW THE DESIGN ELEVATION.  WE SEE IN THE SAME

09:51:40   2   SKETCH, IF WE LOOK -- MOVE HERE NOW TO THE RIGHT-HAND SIDE --

09:51:45   3   THAT THE ACTUAL HEIGHT DURING KATRINA AT THE NORTH BREACH, THE

09:51:49   4   LOWEST POINT OF THE NORTH BREACH, WAS 11.3 FEET.  AND THE --

09:51:54   5   THE DESIGNERS' INTENTION WAS THAT THE FLOODWALL WOULD BE

09:51:58   6   12.53 FEET HIGH.  SO HERE WE HAVE ANOTHER IMPORTANT DEFICIENCY.

09:52:07   7           YOU KNOW, IF WE COMBINED THE HIGH -- HIGHER THAN

09:52:12   8   EXPECTED STORM SURGE WITH THE LOWER THAN PLANNED WALL HEIGHT,

09:52:17   9   WE HAVE A TOTAL DEFICIENCY OF 2.9 FEET.  IT'S ALMOST 3 FEET.

09:52:24  10   HOWEVER, WHEN YOU CONSIDER THAT THE DESIGNER ENVISIONS THIS

09:52:28  11   STRUCTURE TO WORK WITH A 1-FOOT FREEBOARD -- IN OTHER WORDS,

09:52:33  12   THE DESIGN CRITERIA CONSIDERED THE STORM SURGE NOT TO REACH A

09:52:41  13   LEVEL OF ONLY 1 FOOT BELOW THE TOP -- THE TOTAL DEFICIENCY

09:52:45  14   REALLY WAS ABOUT 4 FEET.  SO THAT IS A VERY IMPORTANT

09:52:49  15   DEFICIENCY FOR A STRUCTURE OF THIS NATURE.

09:52:55  16           YOU KNOW, WHEN YOU LOOK AT THESE FROM THIS

09:52:58  17   PERSPECTIVE, YOU HAVE A FLOODWALL THAT IS, YOU KNOW, 3 -- I'LL

09:53:02  18   SAY 3 FEET, LET'S SAY, AND LET'S FORGET ABOUT THE FREEBOARD,

09:53:05  19   THE 1-FOOT FREEBOARD -- WHERE YOU HAVE 3 FEET LOWER THAN IT

09:53:09  20   SHOULD HAVE BEEN, IT IS NO SURPRISE THAT THE PERFORMANCE WAS

09:53:13  21   NOT SATISFACTORY.

09:53:16  22           NOW, THE ARMY CORPS OF ENGINEERS PERFORM A STUDY

09:53:21  23   IN 2007, AFTER KATRINA, TO SEE WHY SOME OF THIS -- WHEN THEY

09:53:28  24   WERE LOOKING AT -- THEY WERE LOOKING AT THE PERFORMANCE OF THE

09:53:34  25   FLOODWALLS DURING THE IPET REPORT -- AND THIS APPEARS IN ONE OF

09:53:37   1   THE VOLUMES, BUT I DON'T REMEMBER WHICH ONE -- AND THEY SAY,

09:53:42   2   WELL, WE HAD A NUMBER OF WALLS THAT FAILED DUE TO FOUNDATION

09:53:47   3   PROBLEMS.  LET'S FIX THOSE FOUNDATIONS VIRTUALLY AND LET'S

09:53:54   4   STRENGTHEN THE FOUNDATIONS SO THEY DON'T FAIL -- WHAT WOULD

09:53:58   5   HAVE HAPPENED DURING KATRINA IF THIS PART OF THE FOUNDATION

09:54:02   6   WOULD HAVE BEEN BETTER DESIGNED AND BUILT?

09:54:06   7            THE RESULTS ARE VERY INTERESTING, FOR EXAMPLE,

09:54:09   8   NO FAILURES WOULD HAVE OCCURRED AT 17 STREET OR LONDON CANALS,

09:54:13   9   BUT THE IHNC WOULD HAVE STILL FAILED DUE TO THE STORM SURGE AND

09:54:18  10   THE WAVES OVERTOPPING, AND THE BREACH -- THE TWO BREACHES WOULD

09:54:25  11   STILL HAVE FORMED.  THAT WAS THE CONCLUSION OF THIS STUDY AT

09:54:28  12   THAT TIME.  I THINK THAT'S A -- ALSO KIND OF A TELLING

09:54:33  13   INDICATION OF THE NATURE OF THE PROBLEM HERE.

09:54:41  14            SO WE HAVE THE STORM SURGE THAT IS TOO HIGH, A

09:54:44  15   WALL THAT IS TOO LOW.  AND ON TOP OF THAT, WE DIDN'T HAVE SCOUR

09:54:52  16   PROTECTION ON THE LAND SIDE, SO ONCE THE WATER STARTED COMING

09:54:56  17   OVER, WHICH WAS INEVITABLE, THE EARTHEN STRUCTURE WAS UNABLE TO

09:55:01  18   RESIST THE EROSION.  IT WAS -- YOU KNOW -- AND THE REASON I

09:55:07  19   UNDERSTAND THAT THIS EROSION WAS NOT THERE WAS THAT THE

09:55:10  20   DESIGNERS FIGURED THAT THEY HAD AMPLE LEVEL OF SAFETY AND THAT

09:55:15  21   THEY WERE NEVER GOING TO OVERTOP IT.  SO IF YOU ARE NEVER GOING

09:55:19  22   TO OVERTOP IT, WHY DO YOU NEED EROSION?

09:55:22  23            SO THEY DECIDED NOT TO PUT EROSION THERE.  IN

09:55:24  24   HINDSIGHT, OBVIOUSLY NOT A GOOD DECISION, BUT THAT WAS THE

09:55:27  25   REASON THAT I WAS GIVEN WHEN I INQUIRE, WHEN I WAS HERE AFTER

| | | |
|---|---|---|
| 09:55:30 | 1 | KATRINA, HOW COME THERE'S NO ARMOR -- |
| 09:55:34 | 2 | **MR. SCHULTZ:** YOUR HONOR, IT'S A SMALL POINT. |
| 09:55:37 | 3 | DR. SILVA PROBABLY DOESN'T APPRECIATE IT. IT'S ONE THING TO |
| 09:55:39 | 4 | TALK ABOUT WHAT THE DESIGN WAS. IT'S ANOTHER THING TO TALK, AS |
| 09:55:42 | 5 | HE HAS SEVERAL TIMES NOW, ABOUT THE INTENTIONS OF THE |
| 09:55:42 | 6 | DESIGNERS, WHAT THEY MEANT, WHAT THEY WERE THINKING AT THE TIME |
| 09:55:45 | 7 | THEY DID THINGS. I THINK IT'S INAPPROPRIATE AND SPECULATIVE. |
| 09:55:49 | 8 | **THE COURT:** OVERRULED. |
| 09:55:50 | 9 | **THE WITNESS:** I SHOULD POINT OUT THAT THESE COMMENTS |
| 09:55:53 | 10 | ARE BASED ON MY CONVERSATIONS AT THE TIME OF OUR VISIT HERE |
| 09:55:56 | 11 | WITH THE ARMY CORPS OF ENGINEERS THAT WERE INVOLVED WITH THESE |
| 09:56:02 | 12 | STRUCTURES. |
| 09:56:09 | 13 | **THE COURT:** YOU MAY PROCEED, SIR. |
| 09:56:11 | 14 | **THE WITNESS:** THANK YOU, SIR. |
| 09:56:12 | 15 | AT ANY RATE, THERE WAS NO SCOUR PROTECTION ON |
| 09:56:14 | 16 | THE LAND SIDE FOR THE LEVEES, AND THAT PROVED TO BE A MAJOR |
| 09:56:18 | 17 | DEFICIENCY BECAUSE THAT MEANT AS THE OVERTOPPING STARTED, THE |
| 09:56:24 | 18 | EARTHEN STRUCTURE FAILED, AND THERE WAS NO PROTECTION. IN |
| 09:56:27 | 19 | OTHER WORDS, WHEN THE STORM SURGE, WHICH IS A SHORT-LIVED |
| 09:56:30 | 20 | EVENT, WENT AWAY, THE AREA WOULD STILL BE LEFT UNPROTECTED. |
| 09:56:36 | 21 | THE LAST POINT HERE IS THAT WE NOW KNOW -- WE |
| 09:56:41 | 22 | KNOW NOW THAT WHEN THE FLOODWALLS [*SIC*] ACT AGAINST THE |
| 09:56:48 | 23 | FLOODWALL, A GAP FORMS. A GAP IS REALLY AN OPENING BETWEEN -- |
| 09:56:52 | 24 | BETWEEN THE FLOODWALL FOUNDATION AND THE SOIL AROUND IT, AND |
| 09:56:57 | 25 | THIS GAP FURTHER REDUCES THE LEVEL OF STABILITY. SO THAT WAS, |

09:57:02   1   AS WE WILL SEE IN THE -- WHEN WE GO THROUGH THE DETAILS, THAT

09:57:06   2   WAS ALSO ANOTHER OF THE CAUSES OF THIS FAILURE.

09:57:11   3            WE HAVE HERE AN ILLUSTRATION, WHICH IS A

09:57:14   4   CARTOON-TYPE ILLUSTRATION, THAT SHOWS THE GAP, WHICH

09:57:19   5   ESSENTIALLY THE WALL -- THE WATER PUSHES THE WALL TOWARDS THE

09:57:24   6   LAND SIDE, AND IT CREATES THIS TENSION GAP HERE, WHICH, IN

09:57:29   7   EFFECT, ACTS AS A BOUNDARY BETWEEN THE LAND SIDE OF THE

09:57:36   8   STRUCTURE AND THE CANAL SIDE OF THE STRUCTURE.  IT ISOLATES THE

09:57:44   9   LAND SIDE FROM THE CANAL SIDE.  STRUCTURES THAT FAIL DUE TO A

09:57:48   10   SHEAR FAILURE OR A LANDSLIDE TYPE FAILURE HAD SHEAR -- SHEAR

09:57:54   11   SURFACES THAT, IN ESSENCE, STARTED AT THIS POINT.

09:57:58   12            SO THIS HALF OF THE LEVEE FAILED AND THIS HALF

09:58:03   13   OF THE LEVEE REMAINED IN PLACE.  SO, YOU KNOW, IN ESSENCE, IT

09:58:09   14   ISOLATES WHAT HAPPENED IN THE CANAL SIDE FROM THE FAILURE

09:58:12   15   EVENTS.  WE'LL SEE THAT THE -- YOU KNOW, THERE'S PLENTY OF

09:58:17   16   EVIDENCE THAT WE HAVE OF THIS GAP AT THE EAST BANK INDUSTRIAL

09:58:20   17   AREA.

09:58:20   18            AND IT SHOWS HERE WHAT WE MEANT BY THE SCOUR

09:58:24   19   TRENCH.  THE SCOUR TRENCH IS THE -- YOU KNOW, THE HOLE THAT

09:58:28   20   DEVELOPS DUE TO THE EROSIVE POWER OF THIS OVERTOPPING WATER,

09:58:32   21   WHICH REDUCES THE LATERAL RESISTANCE AND PERMITS THE WALL TO

09:58:38   22   FURTHER DEFORM TOWARDS THE LAND SIDE.

09:58:51   23            SO TO SUMMARIZE, WE HAVE THESE FAILURES

09:58:53   24   HAPPENING FROM A STORM SURGE THAT IS TOO BIG, A FLOODWALL THAT

09:58:56   25   IS TOO -- TOO -- IT'S NOT HIGH ENOUGH.  IT DOESN'T HAVE SCOUR

09:59:00   1   PROTECTION, AND WE HAVE THIS GAP WHICH OPENS UP A SIGNIFICANT

09:59:07   2   HOLE RIGHT NEXT TO THE FLOODWALL.

09:59:10   3                 THE FAILURES, I DON'T REALLY ATTRIBUTE THE

09:59:14   4   FAILURES TO THE WGI ENVIRONMENTAL REMEDIATION ACTIVITIES OR

09:59:18   5   EXCAVATIONS.  AND WE'LL GO INTO SOME DETAILS FOR WHY THE

09:59:22   6   ENGINEERING ANALYSIS ARE CONVINCING THAT THIS IS NOT THE CASE.

09:59:32   7                 I MENTIONED THAT IT WAS WORTH GOING INTO SOIL

09:59:36   8   FUNDAMENTALS, AND I WILL TRY NOT TO REPEAT SOME OF THE CONCEPTS

09:59:39   9   THAT HAVE BEEN EXPRESSED HERE.  I THINK BY THE TIME WE FINISH

09:59:43  10   THESE, MANY OF YOU WILL GO ON A SECOND CAREER AS GEOTECHNICAL

09:59:48  11   ENGINEERS.  BUT, YOU KNOW, THOSE ARE FUNDAMENTAL THINGS IS

09:59:52  12   SOIL.

09:59:52  13                 WHAT IS SOIL?  IT'S REALLY AN ASSEMBLAGE OF

09:59:55  14   PARTICLES.  IT'S GENERALLY REFERRED TO AS A POROUS MEDIA, AND

10:00:00  15   IT'S REFERRED TO AS A POROUS MEDIA BECAUSE YOU HAVE SOLID

10:00:03  16   PARTICLES AND THEN YOU HAVE VOIDS.

10:00:05  17                 YOU HAVE VOIDS, AND THESE VOIDS GENERALLY HAVE

10:00:08  18   FLUID IN THEM, TYPICALLY WATER.  IT COULD BE SOMETHING ELSE,

10:00:12  19   BUT IT'S GENERALLY WATER.  IT MIGHT ALSO HAVE A GAS, TYPICALLY

10:00:16  20   AIR.

10:00:17  21                 WE HAVE HERE A CONTAINER WITH SOIL AND BASED ON

10:00:22  22   WHERE WE CAN APPLY THE LOAD.  AND IF WE TRY TO GET A SENSE FOR

10:00:28  23   WHAT -- HOW THIS SOIL REACTS TO THE APPLICATION OF A LOAD --

10:00:31  24   AND I THINK THIS WILL HELP US LATER ON TO BETTER INTERNALIZE

10:00:35  25   WHAT HAPPENS HERE DURING THE STORM SURGE.  WE HAVE A CONTAINER

10:00:38    1    HERE WITH SOIL AND A PISTON, AND WE ARE GOING TO MODEL THESE

10:00:43    2    WITH A SPRING, WHICH WILL REPRESENT THE SOIL PARTICLES, WHICH

10:00:50    3    WE CALL THE SOIL SKELETON.  YOU CAN IMAGINE THESE INTERACTING

10:00:56    4    PARTICLES ACT AS AN INTERNAL SKELETON.

10:01:00    5              SO THE SKELETON IS REPRESENTED BY THE SPRING,

10:01:02    6    AND THE FLUID IN THE PORE -- THE PORE WATER IS REPRESENTED BY

10:01:06    7    THE FLUID HERE IN THIS DAMPER.  IT'S LIKE A SHOCK ABSORBER, SO

10:01:12    8    TO SPEAK, WITH A VALVE.  WE HAVE A VALVE THAT IS CLOSED.

10:01:15    9              NOW, DOWN HERE, WE ARE GOING TO PLOT THE -- THE

10:01:20   10    AMOUNT OF THIS APPLIED FORCE THAT IS TAKEN BY THIS -- THE

10:01:27   11    SPRING IN THIS CURVE AND BY THE WATER IN THIS CURVE HERE.  SO

10:01:32   12    IF WE HAVE THE VALVE CLOSED, WHAT HAS BEEN REFERRED BY PREVIOUS

10:01:40   13    PRESENTERS AS UNDRAINED CONDITIONS -- IF WE HAVE THE VALVE

10:01:46   14    CLOSED AND YOU APPLY THE LOAD, NO WATER CAN ESCAPE, THE PISTON

10:01:51   15    CANNOT MOVE, AND THE ENTIRE LOAD IS TAKEN BY THE WATER AND NO

10:01:54   16    LOAD IS TAKEN BY THE SPRING OR THE SOIL SKELETON.

10:01:57   17              WE NOW OPEN THE VALVE AND -- AND WATER WILL

10:02:02   18    START TO ESCAPE, AND THE PISTON WILL START TO MOVE DOWN; AND AS

10:02:06   19    THIS HAPPENS, SOME OF THE LOAD WILL BE TAKEN BY THE SPRING AND

10:02:11   20    LESS OF THE LOAD WILL BE TAKEN BY THE WATER.  SO WE WILL HAVE A

10:02:16   21    LOAD TRANSFER FROM THE WATER TO THE SPRING.

10:02:21   22              DEPENDING ON THE SIZE OF THIS ORIFICE HERE, THIS

10:02:27   23    LOAD TRANSFER CAN BE VERY FAST, LIKE IT WOULD BE FOR SOIL SUCH

10:02:31   24    AS A GRAVEL, OR IT CAN BE VERY SLOW, LIKE IT WOULD BE FOR SOIL

10:02:35   25    SUCH AS A CLAY.

10:02:38   1            SO HERE WE HAVE THE UNDRAINED CONDITION.  HERE

10:02:45   2   WE ARE IN A PARTIAL DRAINAGE SITUATION WHERE THE LOAD TRANSFER

10:02:48   3   IS TAKING PLACE AND THE WATER IS FLOWING THROUGH THE ORIFICE.

10:02:50   4   AND AFTER A -- A CERTAIN TIME, WHICH WILL BE -- IF THE ORIFICE

10:02:57   5   IS VERY SMALL, IT WILL BE A LONG TIME.  IF THE ORIFICE IS

10:03:00   6   LARGE, IT WILL BE A SHORT TIME.

10:03:03   7            AFTER A CERTAIN TIME ON THIS SYSTEM WE COME TO A

10:03:06   8   CONDITION OF EQUILLIBRUM, WHERE THE PISTON WILL NOT MOVE ANY

10:03:10   9   FURTHER DOWN, THE SPRING WILL BE CARRYING THE ENTIRE FORCE, AND

10:03:14  10   THIS WILL BE THE FINAL RESTING PLACE.

10:03:16  11            SO WHEN WE LOOK AT SOIL PROBLEMS THAT INVOLVE

10:03:22  12   LOADS -- AND IT IS USEFUL TO -- TO KIND OF REMEMBER THIS

10:03:26  13   BECAUSE THAT'S HOW THE SOIL REACTS TO A LOAD.

10:03:31  14            IF WE'RE DEALING WITH A LOW PERMEABILITY, YOU

10:03:34  15   KNOW, CLAYS THAT HAVE SMALL ORIFICES, EVERYTHING HAPPENS SLOWLY

10:03:40  16   AND IT TAKES TIME.  IF WE'RE DEALING WITH GRAVELS OR CLEAN

10:03:44  17   SANDS, WHICH HAVE LARGER ORIFICES, THINGS HAPPEN QUICKLY.

10:03:49  18        **THE COURT:**  AS I UNDERSTAND IT, WITHOUT ANY WATER

10:03:51  19   FLOW, THERE IS NO LOAD OR NO INCREASED LOAD.  OR IS THAT --

10:03:55  20        **THE WITNESS:**  WELL, WITHOUT ANY WATER LOAD, WHICH IS

10:03:57  21   THIS SITUATION, THE -- WITHOUT ANY WATER FLOW --

10:04:01  22        **THE COURT:**  YES.

10:04:01  23        **THE WITNESS:**  -- YOU PUT THE LOAD, AND THE ENTIRE

10:04:03  24   LOAD IS TAKEN BY THE WATER.  I MEAN, THE SYSTEM, BY THE WAY,

10:04:08  25   ASSUMES THAT THIS IS A RIGID CONTAINER.  THIS ASSUMES THAT IS A

10:04:13   1   RIGID CONTAINER SUCH AS YOU WOULD HAVE IN A ONE-DIMENSIONAL

10:04:17   2   CONSIDERATION OR PER AXIS.  IT WOULD BE A VERY STRONG STEEL

10:04:21   3   CONTAINER.  AS YOU APPLY THE LOAD, YOU CLOSE THE VALVE, AND THE

10:04:27   4   ENTIRE LOAD IS TAKEN BY THE WATER.

10:04:30   5           **THE COURT:**  I UNDERSTAND.

10:04:31   6               SO THE SOIL SKELETON ITSELF DOES NOT TAKE THE

10:04:34   7   LOAD?

10:04:34   8           **THE WITNESS:**  THE SOIL SKELETON CANNOT TAKE ANY.  IT

10:04:37   9   HASN'T FELT ANYTHING YET.  ONCE THE WATER STARTS FLOWING OUT --

10:04:40   10  BECAUSE WHEN YOU -- WHEN THE LOAD IS TAKEN BY THE WATER, THE

10:04:43   11  PRESSURE IN THE WATER INCREASES AND THE -- THAT WATER WANTS TO

10:04:46   12  FLOW OUT TO OTHER AREAS THAT HAVE LOWER HEADS.

10:04:51   13              SO THE FLOW STARTS AND THE LOAD TRANSFER STARTS

10:04:53   14  AND THE LOAD BEGINS TO TRANSFER FROM THE -- FROM THE PORE FLUID

10:04:58   15  TO THE SOIL SKELETON.

10:05:04   16              I THINK THE NEXT -- LET ME SEE, THE NEXT -- WE

10:05:07   17  SHOW HERE ANOTHER DIAGRAM OF THE SOIL CONDITIONS THAT WE --

10:05:12   18  THAT WE CALL UNSATURATED.  AND BY THAT WE MEAN THAT THESE VOIDS

10:05:19   19  ARE FILLED NOT JUST WITH LIQUID, WATER, USUALLY, BUT ALSO GAS.

10:05:26   20  AND WE CAN COMPUTE A PERCENTAGE OF THE RATIO, WHICH IS THE

10:05:31   21  RATIO OF THE VOLUME OF WATER WITH THE VOLUME -- THE TOTAL

10:05:34   22  VOLUME OF VOIDS, WHICH WOULD INCLUDE THE LIQUID AND THE GAS.

10:05:38   23  AND THAT'S CALLED A DEGREE OF SATURATION, RIGHT?  AND FOR AN

10:05:42   24  UNSATURATED SOIL, THE DEGREE OF SATURATION WOULD BE LESS THAN

10:05:45   25  100 PERCENT.

10:05:47    1              IN ACTUAL PRACTICE, THE DEGREE OF SATURATION

10:05:49    2    NEAR 100 PERCENT, LIKE 98 AND 99 PERCENT AND STILL BEHAVE

10:05:55    3    PRETTY MUCH LIKE SATURATED SOILS.  BUT IF YOU HAVE A DEGREE OF

10:05:58    4    SATURATION OF 80 OR 75, THEN THE BEHAVIOR IS COMPLETELY

10:06:02    5    DIFFERENT.

10:06:03    6              MOST SOILS ON THE EBIA WERE SATURATED, NOT

10:06:07    7    UNSATURATED.  WE PROBABLY HAD SOME UNSATURATED SOILS AT TIMES

10:06:11    8    NEAR THE SURFACE, BUT MOST SOILS ARE -- THEY WOULD BE

10:06:14    9    UNSATURATED.  THE ORGANIC CLAY MIGHT HAVE SOME GASES FROM THE

10:06:19   10    COMPOSITION OF THE ORGANIC MATERIAL, BUT IN ESSENCE, IT BEHAVES

10:06:24   11    AS A SATURATED SOIL AS WELL.

10:06:29   12              NOW, WE HAVE HERE -- NOW, IF WE REMOVE ALL THE

10:06:31   13    GAS AND IT'S JUST TWO PHASES, THE SOIL AND THE LIQUID, THIS IS

10:06:37   14    WHAT WE WOULD CALL SATURATED SOIL.  SO IN THIS PARTICULAR CASE,

10:06:42   15    100 PERCENT SATURATION.

10:06:48   16              NOW, WHAT DOES THIS MEAN?  IF YOU SATURATE THE

10:06:50   17    SOILS, IT DOESN'T MEAN THAT YOU CANNOT PUT MORE WATER IN THERE.

10:06:54   18    IF YOU INCREASE THE PRESSURE OF THE PORE WATER, THE SOIL

10:06:58   19    SKELETON WILL EXPAND AND YOU CAN STILL PUT MORE WATER IN THAT

10:07:02   20    SOIL.  IT WOULD REMAIN SATURATED, BUT IT WOULD --

10:07:03   21         **THE COURT:**  IT COULD BE 100 PERCENT SATURATED OR --

10:07:06   22    BUT IT COULD ACTUALLY BE MORE THAN --

10:07:10   23         **THE WITNESS:**  IT CAN STORE ADDITIONAL WATER IF YOU

10:07:12   24    INCREASE THE PRESSURE BECAUSE THE SOIL SKELETON EXPANDS, MAKES

10:07:16   25    THE VOLUME -- THE VOLUME OF THE VOIDS INCREASES.  SO SATURATION

10:07:21  1    DOESN'T MEAN THAT IT CANNOT HOLD ANY MORE WATER.

10:07:24  2                    SATURATION CERTAINLY DOES NOT MEAN

10:07:28  3    INCOMPRESSIBLE.  IF YOU HAVE A SATURATED SOIL, IF YOU PUT A

10:07:35  4    LOAD, IT WILL CONTRACT, IT WILL COMPRESS.  IF YOU INCREASE THE

10:07:39  5    PORE PRESSURE, IT WILL EXPAND.

10:07:40  6            **THE COURT:**  DOES THE SOIL SKELETON ITSELF BECOME

10:07:42  7    LARGER, IN OTHER WORDS, LARGER IN VOLUME?

10:07:44  8            **THE WITNESS:**  THE OVERALL VOLUME OF THE SOIL ELEMENT

10:07:47  9    INCREASES.  THE --

10:07:49  10           **THE COURT:**  IT WOULD ALMOST HAVE TO IF THE PARTICLES

10:07:51  11   ARE -- BECAUSE OF WATER PRESSURE, THE PARTICLES ARE MOVED --

10:07:55  12           **THE WITNESS:**  EXACTLY.  BECAUSE THE WATER -- EXACTLY

10:07:56  13   RIGHT.  THE -- THE VOLUME OF THE PARTICLES ITSELF DOESN'T --

10:08:00  14   DOESN'T INCREASE, BUT THE ARRANGEMENT CHANGES.

10:08:03  15           **THE COURT:**  I UNDERSTAND.

10:08:04  16           **THE WITNESS:**  AND THE -- THE VOLUME OF THE VOIDS

10:08:06  17   INCREASES, AND YOU CAN BRING MORE WATER INTO THAT SOIL ELEMENT

10:08:10  18   WITH THE PARTICLES FARTHER APART.

10:08:22  19                   SO SATURATION IS SIMPLY WHAT WE SAY.  IT SIMPLY

10:08:24  20   MEANS THAT ALL THE VOIDS ARE FULL OF WATER.  IT DOESN'T IMPLY

10:08:28  21   COMPRESSIBILITY, IT DOESN'T IMPLY, YOU KNOW, EQUILLIBRUM

10:08:31  22   CONDITIONS.  IT JUST MEANS THAT THERE'S NO GAS.

10:08:36  23                   NOW, ANOTHER CONCEPT THAT IS WORTH MENTIONING

10:08:41  24   BRIEFLY IS THE CONCEPT OF STRESS, WHICH WE IDENTIFY WITH A

10:08:47  25   GREEK SYMBOL SIGMA.  AND THERE ARE MANY WAYS THAT YOU CAN TRY

10:08:52    1    TO EXPLAIN THESE, BUT I FIGURED THIS WAS PERHAPS THE BEST.

10:08:58    2                   IF YOU IMAGINE A PLATFORM 1 FOOT SQUARE AND YOU

10:09:06    3    HAVE SOMEONE LIKE WOODSTOCK STEP ON THE PLATFORM, THE -- YOU

10:09:11    4    WOULD NEED -- AND THESE ARE MY ESTIMATION, BUT WOODSTOCK WOULD

10:09:16    5    BE ABOUT HALF A POUND MAYBE -- YOU WOULD NEED AN AVERAGE

10:09:23    6    VERTICAL STRESS OF ONE-HALF POUND PER SQUARE FOOT TO MAINTAIN

10:09:27    7    EQUILLIBRUM, TO KEEP WOODSTOCK FROM GOING DOWN, AND THAT WOULD

10:09:31    8    BE THE AVERAGE VERTICAL STRESS WITH WOODSTOCK ON THE PLATFORM.

10:09:36    9                   IF WE THEN HAVE SNOOPY COME ON BOARD AND HE

10:09:40   10    STEPS ON THE PLATFORM AT 15 POUNDS OR LESS, THE AVERAGE

10:09:44   11    VERTICAL STRESS WOULD BE 15 POUNDS PER SQUARE FOOT.

10:09:50   12                   AND SO LATER ON LUCY COMES AT 40 POUNDS, AND WE

10:09:54   13    HAVE AN AVERAGE VERTICAL STRESS OF 40 POUNDS PER SQUARE FOOT.

10:09:57   14                   THAT IS REALLY WHAT THE STRESS IS.  THE STRESS

10:09:59   15    IS NOTHING MORE THAN A FORCE DISTRIBUTED OVER AN AREA.  IT'S

10:10:06   16    REALLY THE PRESSURE.  SO THAT'S THE -- THE CONCEPT OF THE

10:10:13   17    STRESS, IN THIS PARTICULAR CASE, THE AVERAGE VERTICAL STRESS.

10:10:16   18                   NOW, IN ADDITION TO THAT AVERAGE VERTICAL

10:10:20   19    STRESS, WHICH WOULD BE RELATED TO THIS VERTICAL FORCE HERE, WE

10:10:23   20    ALSO DEAL A LOT AND ENGINEERS DEAL A LOT WITH THE SHEAR

10:10:26   21    STRESSES, WHICH ARE THE FORCES PARALLEL TO A PLANE SUCH AS THIS

10:10:32   22    DISTRIBUTED OVER THE AREA THAT IT AFFECTS OR THE AREA THAT --

10:10:38   23    OVER WHICH IT ACTS.

10:10:44   24                   AND RELATED TO THE STRESS IS THE STRENGTH OF THE

10:10:49   25    MATERIAL.  AND THE STRENGTH IS NOTHING MORE THAN THE ABILITY OF

10:10:51   1   THE SOIL, IN THIS CASE, TO RESIST STRESS WITHOUT FAILURE.

10:10:57   2                  SO THAT'S WHAT -- WHAT WE TALK ABOUT WHEN WE

10:11:00   3   TALK ABOUT STRENGTH.

10:11:02   4                  FOR SOILS, THE STRENGTH USUALLY REFERS TO THE

10:11:05   5   SHEAR STRENGTH, WHICH IS THE MAXIMUM SHEAR STRESS THAT THE SOIL

10:11:09   6   CAN CARRY.  AND WHEN TALKING ABOUT SHEAR STRESS, WE FREQUENTLY

10:11:15   7   FIND USEFUL TO USE THE CONCEPT OF SHEAR STRESS LEVEL, WHICH IS

10:11:19   8   THE RATIO OF THE SHEAR STRESS OVER THE SHEAR STRENGTH.  IN

10:11:26   9   ESSENCE, YOU SAY HOW HIGH IS THE SHEAR STRESS COMPARED TO THE

10:11:31  10   MAXIMUM THAT THE SOIL CAN CARRY?

10:11:33  11                  THE SHEAR STRESS LEVEL IS ALSO AT TIMES

10:11:35  12   EXPRESSED AS THE INVERSE OF THIS RELATIONSHIP IN TERMS OF THE

10:11:39  13   FACTOR OF SAFETY.  THE FACTOR OF SAFETY IS JUST THE OPPOSITE.

10:11:40  14   IF YOU HAVE A FACTOR OF SAFETY NEAR 1, YOU KNOW THAT THE SHEAR

10:11:45  15   STRESS APPLIED TO THE SOIL IS APPROACHING THE SHEAR STRENGTH.

10:11:49  16   IF YOU HAVE A FACTOR OF SAFETY LESS THAN 1, THE SHEAR STRESS

10:11:54  17   EXCEEDED THE SHEAR STRENGTH, AND THE IMPLICATION IS THAT THE

10:11:57  18   EQUILLIBRUM IS BROKEN AND THE STRUCTURE FAILS.

10:12:06  19                  SO THAT IS THE CONCEPT OF STRENGTH.

10:12:09  20                  AND WE TALKED ABOUT THE PORE PRESSURE, AND THE

10:12:10  21   PORE PRESSURE IS EXACTLY WHAT IT STATES.  IT'S THE PRESSURE OF

10:12:13  22   THE WATER IN THE PORES, THAT IS, THE PRESSURE ACTING IN KNOWN

10:12:17  23   DIRECTIONS EQUALLY AGAINST THE SOIL GRAINS.

10:12:21  24                  WE HAVE HERE AN ELEMENT OF SOIL AND WE HAVE

10:12:22  25   APPLIED A SHEAR FORCE JUST FOR -- I GUESS FOR EXCITEMENT -- AND

10:12:28   1   WE HAVE THE FLUIDS IN THE -- IN THE PORES AT A CERTAIN LOW

10:12:34   2   PRESSURE, AND EVERYTHING IS STABLE AND IT'S GOOD.

10:12:38   3           WE INCREASE THE PORE PRESSURE, INDICATED HERE BY

10:12:42   4   THE INCREASING TENSITY OF THE BLUE COLOR AND ALSO THE SOMEWHAT

10:12:48   5   LARGER ARROWS.  YOU CAN IMAGINE THAT THIS PRESSURE ACTING

10:12:53   6   AGAINST THE SHEAR -- AGAINST THE SOIL GRAINS PUSHES THEM APART

10:12:56   7   SOMEWHAT.

10:12:57   8           SO YOU CAN SEE THAT HERE WE HAVE LARGE CONTACT

10:13:00   9   BETWEEN THE GRAINS.  HERE WE HAVE LESS CONTACT BETWEEN THE

10:13:03   10  GRAINS.  AND THIS, IN EFFECT, MAKES SLIPPING OF THE SOIL GRAINS

10:13:08   11  OVER EACH OTHER EASIER.

10:13:09   12          **THE COURT:**  I NOTICE YOU HAVE THE SHEAR FORCE

10:13:12   13  APPLYING HORIZONTALLY, BUT IT'S BASED ON A PRESSURE THAT IS

10:13:18   14  BEING APPLIED VERTICALLY AS --

10:13:19   15          **THE WITNESS:**  WELL, THE SHEAR FORCE IN THIS CASE

10:13:20   16  WOULD BE MOST LIKELY DUE TO THE WEIGHT OF THE SOIL, FOR

10:13:24   17  EXAMPLE, THE WEIGHT OF THE LEVEE.

10:13:25   18          **THE COURT:**  OH, I SEE.

10:13:26   19          **THE WITNESS:**  YEAH.  THE WEIGHT OF THE LEVEE AND THE

10:13:28   20  GRAVITY WOULD APPLY A FORCE PARALLEL TO THE PLANE AND -- AND

10:13:33   21  THAT'S WHY THIS -- THIS SOIL ELEMENT IS DEFORMING -- THIS TOP

10:13:39   22  IS MOVING TO THE RIGHT WITH RESPECT TO THE BOTTOM.  THE BOTTOM

10:13:42   23  IS FIXED, THE TOP IS MOVING TO THE RIGHT.

10:13:45   24          **THE COURT:**  THERE'S NO ELEGANT EQUATION, IS THERE, TO

10:13:52   25  DETERMINE SHEAR STRENGTH?  OR IS THERE?

10:13:55   1            THE WITNESS:  WELL, TO DETERMINE SHEAR STRENGTH, WE

10:13:58   2   USUALLY HAVE TO DO THAT EITHER EXPERIMENTALLY OR WITH FIELD

10:14:02   3   TESTS.

10:14:03   4            THE COURT:  IT'S MORE -- IT'S -- IT REQUIRES

10:14:09   5   ACTUAL -- YOU HAVE TO DO FIELD TESTS AND --

10:14:12   6            THE WITNESS:  EXACTLY.

10:14:12   7            THE COURT:  IS THERE A SUBJECTIVE ELEMENT IN

10:14:14   8   DETERMINING SHEAR STRENGTH?

10:14:16   9            THE WITNESS:  WELL, THE LABORATORY TESTS ARE RATHER

10:14:19  10   FAIRLY OBJECTIVE.  THEY HAVE LIMITATIONS, BUT THEY ARE FAIRLY

10:14:22  11   OBJECTIVE.  SO I WOULDN'T SAY -- I MEAN, THE MEASUREMENT ITSELF

10:14:28  12   IS RATHER OBJECTIVE.

10:14:30  13            NOW, THE SUBJECTIVITY COMES WHEN YOU HAVE 200

10:14:34  14   MEASUREMENTS OF SHEAR STRENGTH FOR ONE LOCATION AND THEY ALL

10:14:37  15   VARY A LITTLE BIT, AND WHAT ARE YOU GOING TO USE TO REPRESENT

10:14:41  16   THAT STRENGTH IN YOUR MODEL.  THAT'S WHERE -- THAT'S WHERE

10:14:43  17   THE --

10:14:45  18            THE COURT:  AND THOSE 200 WOULD COME FROM THE VARYING

10:14:49  19   SOIL -- SOIL CONDITIONS?

10:14:52  20            THE WITNESS:  YES.

10:14:53  21            THE COURT:  THE GEOMETRY OR MANY OTHER THINGS?

10:14:56  22            THE WITNESS:  YEAH.  THEY WOULD COME BECAUSE -- WELL,

10:14:58  23   THEY COME FROM MANY FACTORS.  THE SOILS VARY A LOT.  YOU KNOW,

10:15:02  24   YOU GO TO ONE PLACE AND USUALLY THEY VARY.  WE'VE SEEN SOME OF

10:15:06  25   THAT IN HERE.

10:15:07   1                    AND ALSO, THE DIFFERENT TYPES OF TESTS WILL GIVE

10:15:09   2   YOU DIFFERENT TYPES OF RESULTS.  SO YOU NEED TO MAKE SURE THAT

10:15:13   3   THE TEST IS APPROPRIATE FOR THE STRENGTH THAT YOU WANT TO

10:15:15   4   MEASURE.

10:15:16   5                    SO THERE ARE NUMEROUS VARIABLES THAT COME INTO

10:15:20   6   PLAY.  BUT, I MEAN, THE -- WHEN THE SCIENTIST IS TESTING

10:15:25   7   MATERIALS AND ATTEMPTED TO STANDARDIZE THIS TO ELIMINATE SOME

10:15:30   8   OF THESE PROBLEMS -- BASICALLY THERE ARE PRETTY WELL

10:15:33   9   ESTABLISHED PROCEDURES TO RUN THIS TEST TO AVOID PROBLEMS OF

10:15:36  10   THE ONES THAT YOU ARE INFERRING.

10:15:39  11                **THE COURT:**  ALL RIGHT.

10:15:39  12                **THE WITNESS:**  YOU ASKED IF THERE'S AN ELEGANT

10:15:40  13   EQUATION.  THERE ARE EMPIRICAL RELATIONSHIPS TO -- THAT RELATE

10:15:48  14   STRENGTH TO OTHER PARAMETERS, SUCH AS WATER CONTENT AND -- AND

10:15:53  15   SOME OF THEM ARE VERY SIMPLE AND SOME OF THEM ARE MORE

10:15:56  16   COMPLICATED.  NONE OF THEM ARE ELEGANT.  THEY'RE ALL

10:16:00  17   APPROXIMATIONS, AND YOU HAVE TO USE THEM WITH GREAT CARE.

10:16:02  18                **THE COURT:**  I UNDERSTAND.  THANK YOU VERY MUCH.

10:16:04  19                **THE WITNESS:**  YES, SIR.

10:16:11  20                    SO YOU -- THE HIGHER THE PORE PRESSURE, THE MORE

10:16:13  21   THE SHEAR FORCE IS ABLE TO DEFORM THE SOIL.  AND YOU CAN SEE

10:16:17  22   THAT IN THIS CASE THE PORE PRESSURE IS SUCH THAT THE GRAINS ARE

10:16:21  23   BARELY TOUCHING, AND YOU CAN IMAGINE THAT IT'S EASIER FOR THE

10:16:24  24   SOIL TO DEFORM WHEN YOU HAVE THE HIGH PORE PRESSURE.

10:16:33  25                    THIS IS NOT SO MUCH A SOIL FUNDAMENTAL, BUT IT'S

10:16:36   1   SOMETHING THAT WILL BE USEFUL AND WE HAVE TALKED ABOUT.   IT'S

10:16:39   2   THE CONCEPT OF WHAT IS A PIEZOMETER AND WHAT IS A WELL.   THESE

10:16:45   3   ARE SIMILAR INSTRUMENTS.  WE CALL THEM INSTRUMENTS.  WE INSTALL

10:16:48   4   THEM IN THE GROUND TO MEASURE TOTAL HEAD.

10:16:51   5                  BUT A PIEZOMETER IS IN A SENSE A DEVICE THAT

10:16:57   6   MEASURES TOTAL HEAD.  AND WE SHOW HERE -- WE SHOW HERE A

10:17:00   7   STANDPIPE PIEZOMETER.  THERE ARE DIFFERENT TYPES OF

10:17:04   8   PIEZOMETERS.  STANDPIPE WAS THE EARLIEST ONE.  WE ALSO HAVE

10:17:09   9   OTHER PIEZOMETERS THAT WE REFER TO AS VIBRATING WIRE

10:17:13   10  PIEZOMETERS, WHICH HAVE DIFFERENT CHARACTERISTICS.  BUT THE

10:17:17   11  STANDPIPE PIEZOMETER IS VERY COMMONLY USED AND EASY TO

10:17:20   12  UNDERSTAND.

10:17:20   13                  AND IT CONSISTS OF A PIPE, WHICH IS THE

10:17:22   14  STANDPIPE, AND AT THE BOTTOM OF THE PIPE YOU HAVE A FILTER.

10:17:25   15  AND WHEN YOU INSTALL THIS IN A BOREHOLE, YOU PLACE SAND AROUND

10:17:33   16  THE FILTER, AND THE SAND IS THIS YELLOW ZONE HERE.  AND ON TOP

10:17:39   17  OF THE STAND, YOU USUALLY HAVE A SEAL, WHICH -- AND WE USE

10:17:44   18  BENTONITE CLAY FOR THE SEAL.  BENTONITE IS A VERY IMPERVIOUS

10:17:49   19  CLAY, BUT IT EXPANDS A LOT WHEN IT GETS WET, SO IT'S EASY TO

10:17:53   20  PUT IN THE BOREHOLE.

10:17:55   21                  NOW, THE WAY THIS INSTRUMENT MEASURES PORE

10:17:57   22  PRESSURE IS THAT -- OR IT ACTUALLY MEASURES TOTAL HEAD FROM

10:18:01   23  WHICH YOU CAN COMPUTE PORE PRESSURE -- IS THAT THE WATER GETS

10:18:04   24  INTO THIS FILTER -- AND YOU CAN IMAGINE IF YOU HAVE A WATER

10:18:07   25  PRESSURE ON THE OUTSIDE, YOU WILL ESTABLISH FLOW FROM THE

10:18:12   1   OUTSIDE INTO THE INSTRUMENT, AND THE COLUMN OF WATER WOULD RISE

10:18:17   2   IN THE STANDPIPE UNTIL THE WEIGHT OF THAT COLUMN OF WATER

10:18:22   3   BALANCES THE PRESSURE OUTSIDE.  AND THAT IS A VERY SIMPLE WAY

10:18:27   4   TO MAKE THIS MEASUREMENT, AND IT WORKS PRETTY WELL.

10:18:30   5              THERE ARE A NUMBER OF LIMITATIONS, OF COURSE.

10:18:36   6   OBVIOUSLY, OF COURSE, YOU NEED WATER FLOW.  WATER HAS TO FLOW

10:18:38   7   IN HERE AND GO UP AND FILL THE PIPE.  THE BIGGER THE DIAMETER

10:18:42   8   OF THE STANDPIPE, THE MORE WATER YOU NEED AND THE MORE FLOW YOU

10:18:46   9   NEED.  SO THESE MEASUREMENTS MIGHT NOT GIVE YOU EXACTLY THE

10:18:50  10   PRESSURE THAT IS -- WAS AT THE TIME OF THE MEASUREMENT.

10:18:54  11              BECAUSE IF YOU INSTALL THIS PIEZOMETER IN A CLAY

10:18:58  12   SOIL, IT TAKES TIME FOR THAT FLOW TO TAKE PLACE.  SO YOU MIGHT

10:19:02  13   HAVE A HIGH PRESSURE AROUND THE SENSOR, BUT IT MIGHT TAKE A DAY

10:19:06  14   BEFORE THE INSTRUMENT CAN REGISTER IT BECAUSE IT TAKES THAT

10:19:10  15   LONG TO FILL THE STANDPIPE.

10:19:12  16              SO THAT'S ONE -- WHEN YOU'RE WORKING WITH LOW

10:19:15  17   PERMEABILITY SOIL LIKE CLAYS, USUALLY WE DON'T USE THIS TYPE OF

10:19:19  18   PIEZOMETER.  WE TEND TO USE WHAT WE CALL LOW DISPLACEMENT

10:19:23  19   PIEZOMETERS THAT DO NOT HAVE THIS TIME LAG PROBLEM.

10:19:27  20              WE ALSO SEE THAT THESE INSTRUMENTS MUST HAVE A

10:19:31  21   VENTED CAP.  IF YOU SEAL THIS TIGHTLY AND YOU HAVE A CHANGE IN

10:19:37  22   PRESSURE, THE WATER IS UNABLE TO GO UP THE STANDPIPE.  BECAUSE

10:19:41  23   IF IT'S TIGHTLY CAPPED, YOU HAVE AN AIR OF CUSHION THERE.  AND

10:19:46  24   THE AIR WILL COMPRESS TO A CERTAIN POINT, BUT THEN THE -- THE

10:19:49  25   FLOW WILL STOP BECAUSE THE COMBINED PRESSURE OF THE AIR AND THE

10:19:54   1   WATER WILL BALANCE THE PRESSURE OUT HERE.

10:19:58   2                   AND WHEN YOU OPEN THE CAP TO TAKE THE

10:20:00   3   MEASUREMENT, YOU WOULD HAVE AIR ESCAPING UNDER PRESSURE, BUT

10:20:04   4   THE WATER COLUMN WILL NOT BE AT THE RIGHT HEIGHT.  AND IT MIGHT

10:20:08   5   TAKE A LONG TIME TO GO UP BEFORE YOU HAVE BALANCED THE SYSTEM

10:20:12   6   AGAIN, AND YOU GET AN ERRONEOUS READING.

10:20:14   7                   THE POINT IS THAT THIS INSTRUMENT MUST HAVE

10:20:17   8   VENTED CAPS.  AND IF THEY DON'T HAVE VENTED CAPS, THE READINGS

10:20:21   9   ARE UNRELIABLE.

10:20:23  10                   SO THAT IS THE PIEZOMETER, AND WE'LL HAVE A

10:20:25  11   CHANCE TO TALK ABOUT THEM A LITTLE BIT MORE LATER.

10:20:28  12                   BUT ON THE RIGHT-HAND SIDE WE HAVE A WELL WHICH

10:20:33  13   IS, IN ESSENCE, A PIEZOMETER WITH A VERY LONG COLLECTION ZONE,

10:20:36  14   AND IT ACTS IN THE SAME WAY.  HOWEVER, THE PIEZOMETER MEASURES

10:20:42  15   THE PORE PRESSURE MORE OR LESS AT A POINT.  THIS DISTANCE IS

10:20:45  16   USUALLY 2 TO 3 FEET, WHILE THE WELL MIGHT HAVE TENS OF FEET OF

10:20:50  17   COLLECTION ZONE.  AND THE END RESULT OF THIS IS THAT IT'S MUCH,

10:20:57  18   MUCH HARDER TO INTERPRET THE MEASUREMENTS FROM A WELL,

10:21:02  19   PARTICULARLY IF THE WELL TRAVERSES SEVERAL FLOW RANGES WITH

10:21:09  20   DIFFERENT PROPERTIES.

10:21:10  21                   IF YOU HAVE REALLY NORMAL -- WHICH IF YOU HAVE A

10:21:11  22   SAND LAYER, THE WELL -- THE SAND LAYER MIGHT ONLY BE A FOOT

10:21:15  23   HIGH, BUT THE WELL MIGHT BE MEASURING THE PRESSURE IN THAT SAND

10:21:19  24   LAYER AND -- AND NOT OF THE SURROUNDING SOILS.

10:21:24  25                   SO LIKE -- LIKE PROFESSOR LAMBE USED TO TELL US,

10:21:28   1   IF YOU'RE SMART ENOUGH TO -- TO UNDERSTAND THE WELL, YOU'RE

10:21:34   2   SMART ENOUGH NOT TO USE IT TO MEASURE PORE PRESSURES.

10:21:40   3            NOW, THE OTHER CONCEPT THAT WE'VE -- WE HAVE TO

10:21:45   4   LIVE WITH TO UNDERSTAND THE PERFORMANCE OF THE EBIA FLOOD

10:21:53   5   CONTROL STRUCTURE IS THE CONCEPT OF COMPRESSIBILITY.  AND WE

10:21:56   6   ALREADY TALKED ABOUT THE SOIL EXPANDING AND CONTRACTING

10:22:00   7   DEPENDING ON THE PORE PRESSURE, AND THAT IS REALLY WHAT

10:22:03   8   COMPRESSIBILITY ATTEMPTS TO MEASURE.

10:22:08   9            WHEN AN ELEMENT IS LOADED -- AN ELEMENT OF SOIL

10:22:11   10  IS LOADED IN ONE-DIMENSIONAL CONDITIONS, THE RATIO BETWEEN THE

10:22:14   11  UNIT CHANGE IN DEFORMATION AND THE -- AND THE STRESS APPLIED IS

10:22:18   12  THE COEFFICIENT OF COMPRESSIBILITY.

10:22:21   13            NOW, WE CALL IT COMPRESSIBILITY BECAUSE

10:22:25   14  ENGINEERS TYPICALLY DEAL WITH LOADS FROM BUILDINGS, AND THE

10:22:30   15  SOILS GENERALLY COMPRESS AND SETTLE.  BUT, IN FACT, IT'S NOT

10:22:34   16  JUST COMPRESSIBILITY.  THE SAME PRINCIPLE ACTS IF YOU'RE THE

10:22:37   17  EXPANDING SOIL.  IF YOU INCREASE THE PORE PRESSURE, THE SOIL

10:22:41   18  WILL EXPAND.

10:22:43   19            SO IT IS REALLY MORE APPROPRIATE TO CALL THIS A

10:22:45   20  COEFFICIENT OF VOLUME CHANGE, AND THAT'S THE WAY WE USE IT IN

10:22:49   21  THE LAMBE AND WHITMAN BOOK, COEFFICIENT OF VOLUME CHANGE,

10:22:54   22  BECAUSE IT APPLIES NOT ONLY FOR COMPRESSION PROBLEMS, BUT IT

10:22:57   23  ALSO APPLIES TO EXPANSION PROBLEMS.

10:22:59   24            IT IS VERY IMPORTANT TO UNDERSTAND THAT THIS

10:23:02   25  REFLECTS THE COMPRESSIBILITY OF THE SOIL SKELETON.  IT

10:23:07   1   DOESN'T -- IT DOESN'T REFLECT THE COMPRESSIBILITY OF THE -- OF

10:23:11   2   THE PORE FLUID; IT REFLECTS THE COMPRESSIBILITY OF THE SOIL

10:23:15   3   SKELETON.

10:23:27   4              LET'S SEE.

10:23:29   5              WE THEN MOVE TO A CONCEPT OF PERMEABILITY, OR

10:23:32   6   HYDRAULIC CONDUCTIVITY, WHICH WE USE KIND OF INTERCHANGEABLY.

10:23:35   7   THAT IS NOT STRICTLY CORRECT, BUT -- BUT IT'S A WAY THE

10:23:41   8   PROFESSION USES IT.

10:23:43   9              THE PERMEABILITY, IN SIMPLE TERMS, IS THE

10:23:46   10  ABILITY OF A POROUS MATERIAL, SUCH AS SOIL OR ROCK, TO ALLOW

10:23:51   11  THE PASSAGE OF LIQUID, SUCH AS THE PORE WATER.  SO THAT IS WHAT

10:23:57   12  PERMEABILITY IS.

10:23:58   13             BUT PERMEABILITY, YOU KNOW, MATERIALS LIKE

10:24:01   14  GRAVEL AND SAND ALLOW WATER TO MOVE QUICKLY, AND MATERIALS SUCH

10:24:05   15  AS CLAY DO NOT ALLOW WATER TO FLOW FREELY.  SO THEY ARE

10:24:10   16  REFERRED TO AS IMPERMEABLE WHEN, IN FACT, THEY ARE NOT.  I

10:24:13   17  MEAN, THEY ALLOW SOME FLOW, BUT THEY ARE REFERRED TO AS

10:24:17   18  IMPERMEABLE BECAUSE THE FLOW IS DIFFICULT.

10:24:21   19             NOW, YOU CAN IMAGINE THAT IT IS -- YOU KNOW,

10:24:22   20  PERMEABILITY REFERS TO A LIQUID.  AND WE GENERALLY HAVE WATER,

10:24:27   21  OR SOME SORT OF WATER.  IT CAN BE SEAWATER OR IT CAN BE

10:24:31   22  CONTAMINATED WATER WITH CHEMICALS, BUT IT'S SOME TYPE OF LIQUID

10:24:36   23  SIMILAR TO WATER.

10:24:37   24             PERMEABILITY REALLY APPLIES TO ANY LIQUID.  SO

10:24:39   25  IF YOU PUT GLYCERIN OR IF YOU PUT HONEY IN THE SOIL, THE SOIL

10:24:43   1   WILL HAVE A PERMEABILITY FOR -- FOR GLYCERIN, WHICH WE'LL --

10:24:48   2   YOU CAN IMAGINE IS DIFFERENT BECAUSE IT'S MUCH HARDER FOR THE

10:24:52   3   FLOW TO TAKE PLACE.

10:24:56   4                    SO FOR THAT REASON, THE PROFESSION IN RECENT

10:24:59   5   DECADES HAS BEEN MOVING TOWARDS THE TERM "HYDRAULIC

10:25:02   6   CONDUCTIVITY," WHICH IS NOTHING MORE THAN THE PERMEABILITY WITH

10:25:05   7   RESPECT TO GROUNDWATER.  SO TO ELIMINATE THE INFLUENCE OF THE

10:25:12   8   PORE FLUID, HYDRAULIC CONDUCTIVITY REFERS TO GROUNDWATER.

10:25:16   9                    AND HERE'S A BRIEF ILLUSTRATION OF THIS CONCEPT

10:25:24  10   OF PERMEABILITY.  YOU KNOW, HOW LONG DOES IT TAKE FOR WATER TO

10:25:30  11   FLOW THROUGH 1 FOOT OF FOUR DIFFERENT TYPES OF SOILS.

13:42:32  12                         **(VIDEO PLAYED)**

10:25:36  13          **THE WITNESS:**  AND WE HAVE ON THE LEFT HERE -- HERE'S

10:25:37  14   A FOOT OF SOIL, AND WE'RE GOING TO APPLY A HEAD OF 1/2 FOOT OF

10:25:42  15   WATER.  AND WE HAVE A GRAVEL, AND IT WOULD TAKE ABOUT 3 SECONDS

10:25:45  16   FOR THE WATER TO GO THROUGH AND COME THROUGH.

10:25:48  17                    AND IF WE WANT TO KEEP THIS HERE, WE HAVE THE

10:25:51  18   FAUCET.  IT'S KIND OF LIGHT, IT LOOKS BETTER ON THE SCREEN.

10:25:55  19                    SO THAT'S THE GRAVEL.

10:25:57  20                    THEN THE SAND, WHICH IS A LITTLE BIT LESS

10:25:59  21   PERVIOUS.  IT WOULD TAKE ABOUT 10 MINUTES.  PERMEABILITY IS

10:26:02  22   TYPICALLY 10 TO A MINUS 2 CENTIMETER PER SECOND.

10:26:06  23                    FOR THE SILT, IT WOULD TAKE 21 HOURS AT

10:26:09  24   10 TO THE MINUS 4 CENTIMETER PER SECOND.

10:26:13  25                    AND THE CLAY, IT WOULD TAKE ABOUT 90 DAYS, OR A

10:26:16   1   MONTH AND A HALF, OF A PERMEABILITY OF 1O TO THE MINUS 6.

10:26:20   2                    THAT'S WHY PERMEABILITY TESTING OF CLAYS, THEY

10:26:24   3   ARE RATHER EXPENSIVE, BECAUSE THEY TAKE A LONG TIME TO RUN.

10:26:27   4                    NOW, THIS IS JUST TO GIVE YOU A SENSE FOR THE

10:26:30   5   DIFFERENT TYPES OF PERMEABILITY AND WHAT DOES IT MEAN IN THE

10:26:33   6   REAL WORLD.

10:26:34   7                    NOW THAT WE HAVE AN IDEA ABOUT PERMEABILITY, YOU

10:26:39   8   KNOW, WE NEED TO STRUGGLE WITH THE CONCEPT OF FLOW.  AND THE

10:26:44   9   IMPORTANT THING TO KNOW ABOUT FLOW IS THAT FLOW TAKES PLACE

10:26:47   10  BETWEEN AREAS OF HIGH TOTAL HEAD TO AREAS OF LOW TOTAL HEAD.

10:26:56   11                   AND, YOU KNOW, WE HAVE HERE A CUP OF WATER.  AND

10:26:57   12  THIS ALWAYS WAS -- THIS IMAGE WAS ALWAYS HELPFUL TO ME WHEN

10:27:03   13  DEALING WITH FLOW.  YOU KNOW, YOU KNOW THAT THE PRESSURE HERE

10:27:06   14  AT POINT 1 IS LOWER THAN THE PRESSURE AT POINT 2.  THE DEEPER

10:27:12   15  YOU GO IN THE SWIMMING POOL, THE HIGHER THE PRESSURE.

10:27:13   16                   SO HERE YOU HAVE LOW PRESSURE, HERE YOU HAVE

10:27:16   17  HIGH PRESSURE.  BUT YOU DON'T HAVE FLOW FROM THIS POINT TO THIS

10:27:19   18  POINT.  THE WATER IS STILL IN THE CUP.

10:27:23   19                   SO FLOW DOES NOT TAKE PLACE BETWEEN POINTS OF

10:27:26   20  HIGH PRES- -- LOW PRES- -- HIGH PRESSURE TO LOW PRESSURE.

10:27:30   21  LET'S SAY THAT AGAIN.

10:27:31   22                   FLOW DOES NOT TAKE PLACE BETWEEN POINTS OF HIGH

10:27:34   23  PRESSURE, LIKE THIS POINT NUMBER 2, TOWARDS THE POINT OF LOW

10:27:38   24  PRESSURE.  IT IS NOT PRESSURE THAT DRIVES FLOW.

10:27:41   25                   YOU KNOW, FLOW TAKES PLACE FROM POINTS OF HIGH

10:27:48    1    TOTAL HEAD TO POINTS OF LOW TOTAL HEAD.  AND WHAT IS THE TOTAL

10:27:50    2    HEAD?  WELL, THE TOTAL HEAD HAS TWO COMPONENTS.  ONE IS THE

10:27:54    3    ELEVATION HEAD, AND IF WE TAKE THIS POINT 2, THE ELEVATION HEAD

10:27:57    4    IS SIMPLY THE DISTANCE FROM THE DATUM HERE TO THE POINT WHERE

10:28:03    5    YOU'RE MAKING THE MEASUREMENT.  SO THAT'S THE ELEVATION HEAD.

10:28:07    6                AND THEN THE PRESSURE HEAD IS THE WEIGHT OF THE

10:28:11    7    COLUMN OF WATER THAT COMES UP IN THIS PIEZOMETER HERE.

10:28:20    8                SO IF YOU ADD THE ELEVATION HEAD AND YOU ADD THE

10:28:23    9    PRESSURE HEAD, YOU WILL END UP WITH THE TOTAL HEAD.

10:28:25   10                AND IN THIS CASE THE TOTAL HEAD IS THE SAME FOR

10:28:28   11    BOTH.  I MEAN, THIS POINT HAS A LOWER PRESSURE, BUT IT HAS A

10:28:32   12    MUCH HIGHER ELEVATION, SO THE TOTAL HEAD IS THE SAME.

10:28:35   13                AND THERE IS NO FLOW BETWEEN THOSE TWO POINTS.

10:28:37   14    THIS IS WHAT WE CALL HYDROSTATIC CONDITIONS.  AND IT'S

10:28:41   15    HYDROSTATIC BECAUSE THERE'S NO FLOW, IT'S STATIC, AND IT'S A

10:28:45   16    TERM THAT IS MUCH MISUSED.

10:28:48   17                IF YOU -- IF YOU TAKE TWO CUPS AND CONNECT THEM

10:28:55   18    WITH A PIECE OF FLEXIBLE TUBING AND YOU HOLD THEM AT THE SAME

10:28:57   19    LEVEL, THERE WILL BE NO FLOW.

10:28:58   20                NOW, YOU TAKE THIS RIGHT-HAND-SIDE CUP AND LOWER

10:29:01   21    IT, YOU WILL HAVE FLOW AND THE CUP WILL OVERFLOW.

10:29:04   22                SO THIS -- THESE ARE HYDROSTATIC CONDITIONS.

10:29:08   23    AND THIS -- IN THIS AREA OF CONDITION, WE HAVE A HIGH TOTAL

10:29:12   24    HEAD AND A LOW TOTAL HEAD AND FLOW OCCURS.

10:29:32   25                NOW, THIS FIGURE HERE IS WHAT WE REFER TO AS A

10:29:36   1   FLOW NET.  A FLOW NET IS NOTHING MORE THAN A GRAPHICAL

10:29:41   2   PRESENTATION OF THE DIFFERENTIAL EQUATION OF FLOW FOR

10:29:45   3   STEADY-STATE FLOW OR STEADY FLOW.  IT'S A REPRESENTATION OF

10:29:49   4   ESSENTIALLY LAPLACE'S EQUATION FOR STEADY CONDITIONS.

10:29:57   5                  AND IT'S USEFUL TO UNDERSTAND THIS TYPE OF

10:29:59   6   SKETCH BECAUSE IT GIVES YOU -- IT HAS A GOOD SENSE FOR HOW

10:30:03   7   WATER FLOWS THROUGH SOIL, WHICH WE WILL BE DISCUSSING.

10:30:06   8                  HERE, WE HAVE THE DATUM WHERE WE MEASURE OUR SEA

10:30:10   9   ELEVATION.  AGAIN, YOU HAVE TOTAL HEAD EQUALS THE PRESSURE HEAD

10:30:13  10   PLUS THE ELEVATION HEAD.

10:30:15  11                  IF WE TAKE A POINT HERE -- AND THIS IS THE

10:30:19  12   PIEZOMETER THAT WE INSTALLED HERE -- WE HAVE THE ELEVATION HEAD

10:30:24  13   IS 32 FEET AND THE PRESSURE HEAD, YOU KNOW, THE LENGTH OF THE

10:30:28  14   WATER COLUMN IS 27.  SO THE TOTAL HEAD IS 59 RIGHT THERE.

10:30:34  15                  WE GO TO THE OTHER SIDE, THIS IS A DAM, BUT IT

10:30:37  16   COULD BE A LEVEE JUST AS WELL.  IN ESSENCE, A LEVEE IS A DAM.

10:30:42  17   IT JUST WASN'T GETTING USED ALL THE TIME.

10:30:46  18                  YOU KNOW, IF WE COME TO THIS POINT, WE SEE THAT

10:30:49  19   THE ELEVATION HEAD IS ONLY 11 FEET.  THE PRESSURE HEAD IS A

10:30:52  20   LITTLE BIT HIGHER THAN AT THE OTHER SIDE, BUT THE TOTAL HEAD IS

10:30:58  21   LOWER, 43.

10:30:59  22                  SO HERE WE HAVE 59, HERE WE HAVE 43.  FLOW WILL

10:31:03  23   GO FROM -- WATER WILL FLOW FROM THIS POINT TO THAT POINT, OR IN

10:31:11  24   THIS GENERAL DIRECTION.

10:31:12  25                  NOW, THE FLOW NET HAS A SERIES OF BLUE LINES,

10:31:16   1  WHICH WE REFER TO AS FLOW LINES, AND WATER FLOWS IN THIS

10:31:22   2  DIRECTION, GENERALLY.  I SHOULD HAVE ADDED SOME ARROWS HERE TO

10:31:26   3  SHOW THE DIRECTION OF FLOW.  BUT IT WOULD BE GOING FROM THE

10:31:29   4  AREA OF HIGH HEAD TO THE AREA OF LOW TOTAL HEAD.

10:31:32   5              AND THESE RED LINES ARE WHAT WE CALL THE

10:31:37   6  EQUIPOTENTIAL LINES.  IN OTHER WORDS, ANYWHERE ALONG ONE OF

10:31:40   7  THESE LINES, THE TOTAL HEAD IS THE SAME.  SO HERE WE HAVE A

10:31:44   8  TOTAL HEAD OF 59.  HERE, WE WOULD HAVE A TOTAL HEAD OF 59.

10:31:47   9  HERE, WE WOULD HAVE A TOTAL HEAD OF 59.

10:31:51  10              YOU CAN SEE THAT WHEN YOU PLOT THESE FLOW

10:31:58  11  EQUATIONS, THE LINES ARE NOT EQUALLY SPACED.  HERE, THEY ARE

10:32:01  12  FARTHER APART; HERE, THEY ARE CLOSER TOGETHER.

10:32:03  13              AND WE HAVE HEARD THE TERM "GRADIENT," WHICH

10:32:05  14  IS -- THE GRADIENT IS THE CHANGE IN HEAD DIVIDED BY THE LENGTH

10:32:08  15  OVER WHICH THAT CHANGE TAKES PLACE.

10:32:12  16              IN GENERAL, WHEN WE HAVE THESE FLOW LINES AND

10:32:14  17  EQUIPOTENTIALS VERY CLOSE TOGETHER, THE GRADIENTS ARE HIGH.

10:32:18  18  WHEN THEY ARE SPACED WIDELY APART, THE GRADIENTS ARE LOWER.

10:32:22  19              SO HERE YOU WOULD HAVE HIGH GRADIENTS AT THIS

10:32:26  20  EXIT POINT.  SO THIS WOULD BE REFERRED TO AS THE EXIT

10:32:29  21  GRADIENTS.  AND YOU WOULD BE CONCERNED THAT IF THEY ARE TOO

10:32:32  22  HIGH, YOU MIGHT HAVE PROBLEMS.

10:32:34  23              SO THIS -- THIS IS THE FLOW NET, WHICH IN

10:32:37  24  ESSENCE SUMMARIZES FLOW UNDER STEADY-STATE CONDITIONS.

10:32:46  25        **THE COURT:**  ALL RIGHT, SIR.

| | | |
|---|---|---|
| 10:32:47 | 1 | **MR. TREEBY:**  YOUR HONOR -- |
| 10:32:47 | 2 | **THE COURT:**  PROBABLY AT THIS TIME, WE COULD A TAKE |
| 10:32:49 | 3 | RECESS? |
| 10:32:50 | 4 | **MR. TREEBY:**  IF YOUR HONOR PLEASE, YES.  WE WERE |
| 10:32:51 | 5 | GOING TO ASK THAT RIGHT HERE BECAUSE THIS IS WHERE WE'RE GOING |
| 10:32:53 | 6 | TO ASK FOR THE DEMONSTRATION OUTSIDE. |
| 10:32:56 | 7 | BUT WITH PERMISSION, I WOULD ASK TWO THINGS.  I |
| 10:32:58 | 8 | JUST HAVE TWO QUESTIONS THAT I WANTED TO ASK ABOUT TWO OF THE |
| 10:33:02 | 9 | SLIDES, AND I THINK IT WILL JUST -- JUST TWO QUESTIONS. |
| 10:33:04 | 10 | **THE COURT:**  ALL RIGHT. |
| 10:33:06 | 11 | **MR. TREEBY:**  THAT WAY WE'LL FLOW INTO THE NEXT. |
| 10:33:09 | 12 | IF YOU WOULD CALL UP SLIDE 29. |
| 10:33:13 | 13 | BY MR. TREEBY: |
| 10:33:14 | 14 | **Q.**   DR. SILVA, THE COURT ASKED YOU ABOUT WHETHER LAB TESTS, |
| 10:33:17 | 15 | FIELD TESTS, HOW YOU -- WHETHER THIS IS SOMETHING YOU CAN DO |
| 10:33:19 | 16 | WITH AN EQUATION TO MEASURE SHEAR FORCE. |
| 10:33:22 | 17 | **A.**   SHEAR STRENGTH. |
| 10:33:23 | 18 | **Q.**   AM I -- SHEAR STRENGTH. |
| 10:33:24 | 19 | AM I CORRECT THAT SHEAR VANE TESTS THAT WERE DONE |
| 10:33:27 | 20 | THIS THE EAST BANK INDUSTRIAL AREA DO THIS KIND OF MEASUREMENT? |
| 10:33:31 | 21 | **A.**   WELL, THE SHEAR VANE IS A WAY OF DETERMINING THE STRENGTH |
| 10:33:36 | 22 | OF THE SOIL.  YES, SIR.  IT IS A -- WHEN YOU DETERMINE THE |
| 10:33:40 | 23 | STRENGTH OF THE SOIL, THE VIDEO TEST WILL -- WILL MODEL THE -- |
| 10:33:51 | 24 | LET'S SEE, THE VIDEO TEST WILL SIMULATE WHAT HAPPENS IN THE |
| 10:33:55 | 25 | FIELD. |

10:33:55   1        THE SHEAR VANE DOESN'T DO THAT VERY WELL.  IT

10:33:59   2  GIVES YOU A STRENGTH, BUT WE REALLY CONSIDER IT AN INDEX TEST.

10:34:03   3  IT'S AN INDEX TEST FOR STRENGTH.  THE ADVANTAGE IS THAT YOU CAN

10:34:06   4  DO IT AT ONE LOCATION MANY TIMES, AND YOU CAN GET THE

10:34:11   5  VARIABILITY.  BUT THE ANSWER IS YES, IT'S A STRENGTH TEST.

10:34:15   6        **MR. TREEBY:**  AND WHAT THE -- SLIDE 31.

10:34:15   7  **BY MR. TREEBY:**

10:34:16   8  **Q.**   THE STATEMENT AT THE BOTTOM OF THE SLIDE, "REFLECTS

10:34:17   9  COMPRESSIBILITY OF THE SOIL SKELETON," THIS M SUB V, WHICH

10:34:25  10  WE'VE TALKED A LOT ABOUT IN THIS CASE, IS THIS STATEMENT MADE

10:34:25  11  HERE, "REFLECTS THE COMPRESSIBILITY OF THE SOIL SKELETON," TRUE

10:34:28  12  EVEN IN FULLY SATURATED SOILS?

10:34:32  13  **A.**   IT IS.  IT IS.  I MEAN, IT -- IT IS TRUE FOR SATURATED

10:34:39  14  SOILS.

10:34:39  15        **MR. TREEBY:**  AND IF YOUR HONOR PLEASE, I'M GOING TO

10:34:41  16  ASK -- AND WE DIDN'T THINK OF THIS, FRANKLY, UNTIL JUST NOW.

10:34:45  17        SINCE THE THING WE'RE GOING TO DO IN THE HALL TO

10:34:48  18  DEMONSTRATE SOME SOIL MECHANIC FUNDAMENTALS IS GOING TO BE A

10:34:53  19  DEMONSTRATIVE, WE WOULD LIKE TO SIMPLY VIDEOTAPE IT SO WE HAVE

10:34:58  20  A VIDEOTAPE OF THE DEMONSTRATIVE THAT THE COURT CAN USE OR NOT

10:35:03  21  USE, AS IT SEES FIT, BUT AT LEAST IT'S PRESERVED.

10:35:07  22        **THE COURT:**  ANY OBJECTION TO THAT?

10:35:08  23        **MR. SCHULTZ:**  WE HAVE NO OBJECTION.

10:35:10  24        **THE COURT:**  ALL RIGHT.  NO OBJECTION.

10:35:11  25        CERTAINLY.  ALL RIGHT.  WE'LL TAKE A -- HOW LONG

10:35:13   1   WILL IT TAKE?

10:35:15   2           **MR. TREEBY:**  WE'LL RECONVENE OUT THERE WHENEVER

10:35:17   3   YOUR HONOR IS READY.

10:35:20   4           **THE COURT:**  IS TEN MINUTES ENOUGH?

10:35:21   5           **MR. TREEBY:**  YES.

10:35:21   6           **THE COURT:**  ALL RIGHT.  TEN MINUTES.

10:35:23   7           (WHEREUPON, THE COURT TOOK A RECESS.)

11:16:27   8           **THE WITNESS:**  YOUR HONOR, WE HAVE HERE A DEVICE THAT

11:16:27   9   I DESIGNED AND MARK WORTHINGTON, OUR HYDROLOGIST, BUILT.  AND

11:16:30  10   THE PURPOSE WE DID IT -- WE CALL THEM A FLOW SIMULATOR.

11:16:31  11           AND WE WERE TRYING TO FIGURE OUT A WAY TO GIVE

11:16:32  12   INDIVIDUALS A SENSE FOR HOW WATER FLOWS THROUGH SOILS.  IT'S

11:16:33  13   NOT VERY EASY TO GET THAT CONCEPT BECAUSE WE CAN'T SEE WHAT'S

11:16:35  14   HAPPENING.  AND WE CAME UP WITH THESE TWO DEVICES.  THE ONE IN

11:16:37  15   THE BACK, WHICH HAS THE PLEXIGLASS PIPES, WE CALL THESE STEADY-

11:16:38  16   FLOW SIMULATORS.  THE PURPOSE OF THE STEADY-FLOW SIMULATOR IS

11:16:40  17   TO ILLUSTRATE HOW WATER WOULD FLOW UNDER STEADY-FLOW

11:16:41  18   CONDITIONS -- STEADY-STATE FLOW CONDITIONS.

11:16:41  19           AND THIS IS FLOW AFTER A LONG TIME, BUT IT COULD

11:16:42  20   BE, IF WE HAVE A VERY RIGID SYSTEM, LIKE POROUS ROCK, YOU KNOW,

11:16:44  21   THE STEADY CONDITIONS ARE ACHIEVED VERY QUICKLY.  SO THIS

11:16:45  22   REALLY IS SIMILAR TO FLOW THROUGH POROUS ROCK.

11:16:46  23           AND THEN WE HAVE IN THE FRONT A SIMILAR DEVICE,

11:16:47  24   AND THEY ARE REALLY QUITE SIMILAR EXCEPT THAT INSTEAD OF THE

11:16:48  25   RIGID PLEXIGLASS PIPES, THIS ONE HAS A FLEXIBLE LATEX

11:16:50   1   MEMBRANES.

11:16:51   2                SO THE FOUR CHAMBERS -- AND EACH ONE OF THESE

11:16:52   3   HAS FOUR CHAMBERS, AND THE FOUR CHAMBERS SIMULATE FOUR SOIL

11:16:54   4   PORES OF THE TYPES THAT I WAS SHOWING YOU ON THE SCREEN EARLY

11:16:55   5   TODAY.  SO HERE WE HAVE FOUR PORES.

11:16:56   6                IN THIS CASE, THE FOUR PORES CAN EXPAND, SO THE

11:16:57   7   SOIL SKELETON IS ABLE TO EXPAND.  IN THIS CASE, FOR THE STEADY-

11:16:58   8   FLOW SIMULATOR, THE SOIL SKELETON IS VERY RIGID.

11:17:00   9                NOW, WE HAVE FOUR PORES HERE -- MEANING AT THE

11:17:01   10  EBIA, WE WOULD HAVE MILLIONS AND MILLIONS OF THESE CHAMBERS

11:17:02   11  BETWEEN THE CANAL SIDE AND THE LAND SIDE.  SO THIS IS JUST A

11:17:03   12  LITTLE BIT OF -- A LITTLE BIT OF SOIL TO ILLUSTRATE THE

11:17:04   13  PRINCIPLE.

11:17:04   14                AND WHAT WOULD HAPPEN HERE IS THE -- WE HAVE A

11:17:05   15  HOSE WHICH WE'RE GOING TO CONNECT AT THIS POINT JUST BEHIND

11:17:06   16  THIS VALVE HERE, AND THE HOSE WILL FEED BOTH DEVICES AT ONCE.

11:17:08   17                SO WE MEASURE THE INPUT PRESSURE HERE.  WHEN WE

11:17:09   18  CONNECT, WE OPEN THIS VALVE AND IMMEDIATELY THAT PRESSURE WOULD

11:17:10   19  BE FELT BY BOTH DEVICES AT THE SAME TIME, AND WE WILL MEASURE

11:17:11   20  HERE THE PRESSURE.

11:17:11   21                AND WHAT YOU WILL SEE WHEN WE LOOK AT THE -- WE

11:17:12   22  SHOULD -- ESSENTIALLY FOCUS ON THE STEADY SIMULATOR -- STEADY-

11:17:14   23  FLOW SIMULATOR FIRST BECAUSE THIS WILL HAPPEN VERY QUICKLY

11:17:14   24  HERE.

11:17:15   25                WHEN THE PRESSURE IS APPLIED AT THIS END, YOU

11:17:16    1    WILL SEE THAT THESE GAUGES, ALMOST SIMULTANEOUSLY, WILL

11:17:17    2    INCREASE AND INCREASE TO THE SAME LEVEL AS THE INPUT PRESSURE.

11:17:18    3             **THE COURT:**  YOU MIGHT HELP ME JUST A LITTLE BIT BY

11:17:19    4    TELLING ME THE DIFFERENCE BETWEEN THE STEADY-STATE SIMULATOR

11:17:20    5    AND THE OTHER SIMULATOR.  THE OTHER SIMULATOR IS -- HOW WOULD

11:17:21    6    YOU DENOMINATE IT?

11:17:22    7             **THE WITNESS:**  WE WILL CALL IT -- I'M SORRY, I SHOULD

11:17:22    8    HAVE MENTIONED IT.  WE CALL IT THE TRANSIENT-FLOW SIMULATOR.

11:17:24    9    WE HAVE THE STEADY-FLOW SIMULATOR AND THE TRANSIENT-FLOW

11:17:24   10    SIMULATOR.

11:17:25   11             **THE COURT:**  I UNDERSTAND.

11:17:25   12             **THE WITNESS:**  AND ANOTHER OTHER THING I FORGOT TO

11:17:26   13    MENTION IS THAT IN BETWEEN THESE CHAMBERS, WE HAVE AN ORIFICE.

11:17:27   14    AND THIS IS AN EXAMPLE OF AN ORIFICE WHICH IS ACTUALLY SMALLER

11:17:29   15    THAN THE ONE THAT'S IN THERE NOW.  WE BOUGHT SEVERAL SIZES,

11:17:30   16    DEPENDING -- WELL, BASICALLY, THE SIZE OF THE ORIFICE IS NOT

11:17:31   17    ALL THAT IMPORTANT, BUT DIDN'T WANT TO BE HERE ALL MORNING, SO

11:17:32   18    WE KEPT INCREASING THE ORIFICE UNTIL WE GOT THE RESULT IN A

11:17:34   19    QUICK TEST.

11:17:34   20             BUT THE ORIFICE, IN ESSENCE, SIMULATES THE

11:17:35   21    RESISTANCE OF THE SOIL TO THE FLOW OF WATER.  SO SIMPLY TO

11:17:36   22    SIMULATE THE PERMEABILITY, SO TO SPEAK.  THE ORIFICE IN THERE

11:17:38   23    IS ABOUT SIX TIMES THE HEIGHT OF THIS ONE, AND THIS IS -- YOU

11:17:40   24    CAN HARDLY SEE IT.  THIS IS A SMALL ORIFICE.  SO THIS IS WHAT'S

11:17:41   25    IN BETWEEN THE CHAMBERS, AND THE WATER IS FLOWING THROUGH A

```
11:17:42    1   TINY HOLE.

11:17:43    2            MR. TREEBY:  ONE OTHER THING YOU HAVEN'T MENTIONED IS

11:17:43    3   THAT THEY'RE BOTH FULL OF WATER.

11:17:44    4            THE WITNESS:  YES.  THAT'S VERY IMPORTANT.  THEY ARE

11:17:45    5   BOTH NEARLY SATURATED.  IF YOU LOOK CLOSELY, THERE WILL BE A

11:17:46    6   BUBBLE OF AIR HERE OR THERE, BUT WE HAVE A DEGREE OF SATURATION

11:17:47    7   OF PROBABLY 99 PERCENT OR SO, BUT NOT UNLIKE WHAT YOU WOULD

11:17:49    8   HAVE IN THE NATURAL SOIL AND CERTAINLY NOT UNLIKE WHAT YOU

11:17:50    9   WOULD HAVE IN THE ORGANIC CLAY.

11:17:50   10            BUT BOTH OF THEM -- HERE, YOU CAN SEE THE WATER

11:17:51   11   QUITE CLEARLY.  HERE THE MEMBRANES ARE LIKE (15:08:26) THE

11:17:52   12   WATER, BUT THESE ARE ALL EQUALLY FULL OF WATER.

11:17:53   13            THE COURT:  AND THE MATERIAL THAT'S IN THE STEADY

11:17:54   14   STATE SIMULATOR IS?

11:17:54   15            THE WITNESS:  THIS IS PLEXIGLASS.  THE ACTUAL PIPE

11:17:55   16   CONNECTED TO THE FLANGES IS PLEXIGLASS, AND IT'S A FAIRLY THICK

11:17:57   17   PLEXIGLASS, BUT IT'S VERY RIGID.

11:17:58   18            THE COURT:  OKAY.  I UNDERSTAND.

11:17:58   19            THE WITNESS:  IF WE USED A STEEL PIPE, IT WOULD BE

11:17:59   20   THE SAME, BUT YOU WOULDN'T HAVE THE -- YOU WOULDN'T SEE THE

11:18:00   21   WATER INSIDE, SO -- AND THE EFFECT IS --

11:18:00   22            THE COURT:  IS THERE ANY MATERIAL OTHER THAN THAT IN

11:18:01   23   THE STEADY STATE -- YOU MENTIONED ROCK OR --

11:18:02   24            THE WITNESS:  NO, NO.  IT SIMULATES FLOW THROUGH

11:18:03   25   RIGID ROCK BECAUSE THE SYSTEM IS RIGID.
```

```
11:18:04    1              THE COURT:  I UNDERSTAND.

11:18:05    2              THE WITNESS:  YEAH, YEAH.  BUT THERE'S NOTHING ELSE.

11:18:05    3   I MEAN, IT'S JUST A PIPE -- A PLEXIGLASS PIPE FILLED WITH

11:18:07    4   WATER.  THAT'S ALL.

11:18:07    5              THE COURT:  I UNDERSTAND.

11:18:07    6              THE WITNESS:  AND THIS IS A SIMILAR SETUP, BUT

11:18:08    7   INSTEAD OF HAVING A RIGID WALL, IT HAS A FLEXIBLE WALL, RUBBER

11:18:09    8   LATEX.

11:18:10    9              SO YOU WILL SEE THAT THESE FOUR VALVES FOR EACH

11:18:11   10   ONE OF THESE -- THESE VALVES MEASURE THE PRESSURE IN THAT

11:18:12   11   CHAMBER, THIS VALVE MEASURES THE PRESSURE IN THAT CHAMBER, AND

11:18:13   12   SO ON.  EACH VALVE MEASURES THE PRESSURE IN THE CHAMBERS BEHIND

11:18:14   13   IT.  THE SAME THING IN THE TRANSIENT-FLOW SIMULATOR.

11:18:16   14              AND YOU WILL SEE THAT WHEN THE VALVE IS OPENED

11:18:17   15   TO THE SOURCE, THESE FOUR VALVES WILL JUMP UP TO THE SAME

11:18:18   16   PRESSURE ALMOST IMMEDIATELY, AND THAT'S -- THAT'S WHAT HAPPENS

11:18:19   17   IN THE RIGID SYSTEM, AND YOU IMMEDIATELY ESTABLISH STEADY FLOW.

11:18:20   18              ON THE TRANSIENT-FLOW SIMULATOR, ON THE OTHER

11:18:21   19   HAND, WHAT YOU WILL SEE IS THAT INITIALLY NOT MUCH WILL HAPPEN

11:18:22   20   IN ANY OF THE GAUGES.  AND THIS FIRST CHAMBER WILL START

11:18:23   21   EXPANDING AND TAKING WATER, WHEN IT TAKES ENOUGH WATER TO

11:18:25   22   TRANSMIT THAT PRESSURE TO THE NEXT CHAMBER OR THE NEXT SOIL

11:18:26   23   PORE, YOU WILL SEE THAT THIS WILL START MOVING, AND IT WILL BE

11:18:27   24   A RATHER SLOW PROGRESSION.

11:18:28   25              THIS GAUGE WILL NOT MOVE VERY MUCH UNTIL LATER
```

11:18:29   1   IN THE PROCESS -- LATER IN THE DEMONSTRATION.  THE WHOLE THING,

11:18:30   2   IF WE WAIT IT OUT, IT WOULD BE ABOUT EIGHT OR NINE MINUTES, BUT

11:18:32   3   THAT'S WHAT THE STEADY -- THAT THE TRANSIENT FLOW SIMULATOR,

11:18:33   4   THAT IS HOW IT WILL BEHAVE.

11:18:33   5                   AND IF YOU LOOKED AT THE INSIDE, YOU WILL SEE

11:18:34   6   HOW THESE EXPAND ONE AFTER THE OTHER.  I MEAN, IT'S A SOMEWHAT

11:18:36   7   SIMULTANEOUS PROCESS, BUT THE PRESSURES MOVE VERY SLOWLY.  AND

11:18:37   8   AT THE END OF THE DEMONSTRATION, ALL OF THESE GAUGES WILL BE

11:18:39   9   READING THE SAME PRESSURE OF ALL OF THESE GAUGES AND EVERYTHING

11:18:40  10   WILL BE IN A STEADY STATE.

11:18:40  11                   SO, YOU KNOW, SOIL WILL ACHIEVE STEADY-FLOW

11:18:41  12   CONDITIONS IF YOU WAIT LONG ENOUGH.  THAT'S -- THAT'S WHAT --

11:18:43  13            **THE COURT:**  THE GENERAL PRINCIPLE.

11:18:43  14            **THE WITNESS:**  -- THE GENERAL PRINCIPLE.  EXACTLY.

11:18:44  15                   I DON'T KNOW, BUT FOR ME, THIS SORT OF DEVICE

11:18:45  16   HELPS ME INTERNALIZE THIS MECHANISM, BECAUSE THEY ARE KIND OF

11:18:46  17   HARD TO UNDERSTAND WHEN YOU'RE TRYING TO FIGURE OUT WHAT'S

11:18:47  18   GOING ON.

11:18:47  19                   LET'S SEE.  I THINK THAT WAS -- YEAH.

11:18:48  20                   MARK, WE CAN GET READY TO START, THEN.

11:18:49  21            **MR. SCHULTZ:**  CAN I -- I WANT TO STEP OVER HERE

11:18:50  22   BEFORE WE LIFT OFF.

11:18:50  23            **MR. WORTHINGTON:**  FRANCISCO, I WOULD JUST POINT OUT

11:18:51  24   SOME THINGS.  ONE IS THAT THERE ARE THREE ORIFICES IN EACH OF

11:18:52  25   THE EXAMPLES INSTEAD OF ONE.  AND THE OTHER IS I THINK AT ONE

11:18:53   1   POINT YOU WERE REFERRING TO THE GAUGES AS VALVES.  SO JUST TO

11:18:55   2   CLARIFY THE RECORD.  SO THESE ARE GAUGES ON THE TOP, PRESSURE

11:18:56   3   GAUGES.

11:18:56   4           **THE WITNESS:**  THESE ARE GAUGES -- PRESSURE GAUGES;

11:18:57   5   $15 EACH.

11:18:58   6           **THE COURT:**  OKAY.

11:18:58   7           **THE WITNESS:**  AND THE OTHER THING, I THOUGHT I HAD

11:18:58   8   MENTIONED THE ORIFICES, BUT WE HAVE THE ORIFICE IN BETWEEN THE

11:19:00   9   CHAMBERS, AND THERE ARE THREE.  IN FACT, IT LOOKS KIND OF LIKE

11:19:01  10   THIS.  AND THESE ARE THE SAME THREE HOLES THAT WE HAVE IN THE

11:19:02  11   OTHER FLANGES, AND WE PUT THREE OF THESE IN THOSE HOLES.  AND I

11:19:04  12   GUESS IT WAS AN ORIFICE, BUT THERE ARE THREE OF THEM.

11:19:05  13           **THE COURT:**  ALL RIGHT.  THANK YOU.

11:19:05  14           **THE WITNESS:**  SO WHEN WE GET READY, WE'LL OPEN THE

11:19:06  15   VALVE AND YOU WILL SEE THE INPUT PRESSURE HERE, AND ALMOST

11:19:07  16   IMMEDIATELY THIS WILL GO UP.  THE STEADY FLOW, THE PRESSURE

11:19:08  17   WILL BE FELT AT THE END OF THE SYSTEM ALMOST IMMEDIATELY; AND

11:19:09  18   THEN THE TRANSIENT FLOW --

11:19:10  19           OH, ANOTHER THING THAT I WANTED TO MENTION IS

11:19:11  20   THAT TRANSIENT FLOW HAS -- THE TRANSIENT NATURE OF THE FLOW CAN

11:19:12  21   COME FROM VARIOUS -- WELL, AT LEAST TWO SOURCES.  YOU CAN VARY

11:19:14  22   THE INPUT.  IF WE OPEN THAT VALVE SLOWLY AND THE PRESSURE

11:19:16  23   INCREASES SLOWLY, THAT'S A TRANSIENT PROCESS.  IN THIS CASE

11:19:17  24   WE'RE GOING TO OPEN THE VALVE SOLIDLY, SO THAT WON'T BE PART OF

11:19:19  25   THE TRANSIENT PROCESS.

11:19:19   1                    IN THE EBIA, IF THE CANAL WATER RISES SLOWLY,

11:19:20   2    THAT'S PART OF THE TRANSIENT PROCESS.  SO IN THIS CASE, THE

11:19:21   3    CANAL WATER WENT UP IMMEDIATELY.

11:19:22   4              **THE COURT:**  IMMEDIATELY.

11:19:22   5              **THE WITNESS:**  YEAH.  THE OTHER SOURCE OF THE

11:19:23   6    TRANSIENT NATURE OF THIS PROCESS IS THE EXPANSION OF THIS -- OF

11:19:24   7    THESE CHAMBERS, OR THESE PORES, AND THAT ALSO DRIVES THE

11:19:26   8    TRANSIENT PROCESS.  AND THAT'S THE ONE --

11:19:27   9              **THE COURT:**  THAT'S THE TRANSIENT PROCESS --

11:19:27  10              **THE WITNESS:**  THAT'S THE ONE WE'RE GOING TO

11:19:28  11    DEMONSTRATE BECAUSE THAT'S THE ONE THAT'S HARD TO UNDERSTAND.

11:19:29  12    THE OTHER ONE, EVERYONE UNDERSTANDS, YOU KNOW, THE WATER GOES

11:19:30  13    UP SLOWLY AND THINGS CHANGE.

11:19:31  14                    SO, MARK, WHY DON'T YOU GO AHEAD AND --

11:19:32  15              **THE COURT:**  ARE WE GOING TO PUT FEDERAL WATERS INTO

11:19:33  16    THIS PROJECT?  I'M SURE MR. SMITH WILL SAY IT'S 702(C).

11:19:34  17              **MR. SMITH:**  NO, NO.

11:19:35  18              **THE WITNESS:**  SO MARK IS GOING TO CONNECT THE HOSE,

11:19:36  19    AND WHEN I TELL HIM, HE WILL OPEN THE VALVE AND THIS STARTS.

11:19:37  20    AND FOCUS ON THE STEADY FLOW BECAUSE THINGS HAPPEN QUICKLY.

11:19:39  21              **THE COURT:**  YES, SIR.

11:19:39  22              **THE WITNESS:**  MARK, LET ME KNOW WHEN YOU'RE READY.

11:19:40  23              **MR. WORTHINGTON:**  I JUST WANT TO MAKE SURE THIS IS

11:19:41  24    SECURE.

11:19:41  25              **THE WITNESS:**  TAKE YOUR TIME.  DON'T TAKE SHORTCUTS.

11:19:42    1              **MR. WORTHINGTON:**  I'M READY.

11:19:42    2              **THE WITNESS:**  READY?

11:19:42    3                   OKAY.  SO MARK IS GOING TO OPEN THE VALVE WHEN I

11:19:44    4    SAY -- WHEN I GIVE YOU THE SIGNAL.  THIS WILL GO UP AND VERY

11:19:45    5    QUICKLY ALL OF THESE WILL GO UP, AND THEN WE CAN PAY ATTENTION

11:19:47    6    TO --

11:19:47    7              **THE COURT:**  I ASSUME YOU HAVE YOUR POINTER -- IT'S

11:19:48    8    GOING TO GO INTO THE --

11:19:48    9              **THE WITNESS:**  YEAH.  IT'S GOING TO GO INTO -- THE

11:19:48   10    WATER IS GOING -- BUT THE FLOW OF WATER IS NOT MUCH.  IT'S JUST

11:19:50   11    A DRIBBLE, A LITTLE STREAM.

11:19:51   12                   SO, MARK, ON MY COUNT OF THREE, WE'LL GO AHEAD

11:19:52   13    AND OPEN IT.  ONE, TWO, THREE.

11:19:34   14                   (WHEREUPON, THE DEMONSTRATION WAS STARTED.)

11:19:54   15              **THE WITNESS:**  THAT GOES UP, AND SEE HOW THESE HERE GO

11:19:54   16    UP RATHER QUICKLY.

11:19:55   17              **THE COURT:**  ALMOST SIMULTANEOUSLY.

11:19:55   18              **THE WITNESS:**  YEAH, ALMOST SIMULTANEOUSLY TO THE

11:19:56   19    SAME -- YOU KNOW, THIS PRESSURE HERE.  AND THIS HERE, ALMOST

11:19:57   20    NOTHING HAPPENS.  AND THIS LAST CHAMBER HASN'T EVEN FELT THE

11:19:58   21    PRESSURE YET.

11:19:58   22              **THE COURT:**  YEAH, I NOTICED THAT.

11:19:59   23              **THE WITNESS:**  HERE WE HAVE THE FLOW ALREADY.  HERE WE

11:20:00   24    HAVE THE FLOW ALREADY COMING OUT OF THE HOSE, SO THAT'S -- AND

11:20:01   25    WE HAVE THE FIRST CHAMBER FILLING UP WITH WATER.  DO YOU SEE

11:20:02    1    HOW IT EXPANDS THE MEMBRANE?

11:20:03    2                    AND NOW AS IT EXPANDS, THE PRESSURE HERE STARTS

11:20:04    3    TO INCREASE SLOWLY.  AND IN A LITTLE BIT, WE WILL HAVE THE

11:20:06    4    SECOND CHAMBER FILLING WITH WATER AND THAT PRESSURE GOING UP

11:20:07    5    SLOWLY.  AND IT'S A PROGRESSIVE PROCESS.

11:20:08    6                    WE HAVE STEADY FLOW IN THESE, AND THEN -- I

11:20:09    7    SHOULD HAVE BOUGHT THE $30 GAUGE.

11:20:10    8            **THE COURT:**  I KNOW THE FEELING.

11:20:10    9            **THE WITNESS:**  IT LOOKS LIKE THEY'RE PRETTY CLOSE.

11:20:11   10    BUT THE POINT IS THAT THEY ALL GO UP QUICKLY.

11:20:12   11                    AND, HERE, WE ARE NOW PICKING UP SOME PRESSURE

11:20:13   12    AND, YOU KNOW, ALMOST NOTHING HERE.  THIS IS EXPANDING.  THE

11:20:14   13    EXPANSION CAN BE CHARACTERIZED BY THE M SUB V OF THE SYSTEM, OF

11:20:15   14    THE SOIL SKELETON, THE VALUE -- YOU KNOW, THE COMPRESSIBILITY,

11:20:16   15    WHICH REFERS TO THE EXPANSION AND THE COMPRESSION BOTH.  SO

11:20:17   16    IT'S ACTUALLY THE VOLUME CHANGE -- THE COEFFICIENT OF VOLUME

11:20:18   17    CHANGE.

11:20:18   18                    AND, HERE, WE NOW HAVE THIS FIRST CHAMBER IS AT

11:20:19   19    ITS CAPACITY PRETTY MUCH, AND NOW WE WILL START SEEING THIS ONE

11:20:21   20    MOVING UP.  STILL, ESSENTIALLY, NO FLOW FROM THIS END.  IT

11:20:22   21    REALLY HASN'T REACHED THE END OF THE FOUR CHAMBERS YET.

11:20:24   22            **THE COURT:**  AND YOU DID SAY THESE ARE SATURATED

11:20:24   23    SOILS?

11:20:25   24            **THE WITNESS:**  YES.  THESE ARE ALL SATURATED CHAMBERS,

11:20:26   25    SATURATED PORES.

11:20:26   1                **THE COURT:**  PORES?

11:20:26   2                **THE WITNESS:**  YES.  THE OUTSIDE OF THE -- OF THE

11:20:27   3   CHAMBER WOULD BE THE SOIL SKELETON, SO TO SPEAK.

11:20:28   4                **THE COURT:**  YES.

11:20:28   5                **THE WITNESS:**  AND THE INSIDE IS THE FLUID, WHICH

11:20:29   6   WOULD BE THE PORE FLUID.  AND THEY WERE ALL SATURATED BY MARK

11:20:30   7   EARLY THIS MORNING.  AND SO YOU CAN CLEARLY SEE THAT THIS ONE,

11:20:31   8   WE COULDN'T GET A THRUST POWER AND RUBBER MEMBRANE.  THEY WERE

11:20:33   9   ALL THAT KIND OF YELLOWISH COLOR, AND YOU CANNOT SEE THAT.

11:20:34  10                SO NOW YOU SEE THIS ONE HAS ABOUT THE SAME

11:20:35  11   PRESSURE AS THAT, AS THE INPUT PRESSURE, AND NOW THIS ONE IS

11:20:36  12   GOING UP.  THE LAST ONE HASN'T FELT THE PRESSURE YET.  THE

11:20:38  13   PROGRESSION HASN'T ADVANCED FAR ENOUGH.  WE HAVE A LITTLE BIT

11:20:39  14   OF WATER FLOWING THERE, BUT NOT ENOUGH FOR THE GAUGE TO

11:20:41  15   MEASURE.

11:20:41  16                IF WE DO THAT, WE HAVE A LITTLE BIT OF THE

11:20:42  17   PRESSURE THAT GOT IN THERE.  YOU CAN SEE HOW THIS IS SLOWLY

11:20:43  18   KIND OF MOVING UP, AND THIS IS ALREADY TO THE MAXIMUM.  THIS IS

11:20:45  19   MOVING UP THERE.  THIS ONE'S STARTED MOVING, AND THIS ONE'S

11:20:46  20   BARELY STARTED MOVING.  WE NOW HAVE A LITTLE BIT OF FLOW, BUT

11:20:48  21   NOT QUITE AS MUCH AS IN THE STEADY-STATE CONDITION YET, BUT WE

11:20:49  22   HAVE A LITTLE BIT OF FLOW.

11:20:50  23                AND WHEN I WORK WITH SOILS, IT HELPS ME TRY TO

11:20:51  24   KIND OF INTERNALIZE THESE THINGS AND KIND OF FEEL MYSELF.  AND

11:20:53  25   THAT WAS REALLY THE INVENTION OF THIS DEVICE, "HOW CAN I

11:20:54  1  EXPLAIN TRANSIENT FLOW TO BILL TREEBY?"  AND WE CAME UP WITH

11:20:55  2  THIS IDEA.

11:20:56  3          YOU CAN SEE THE PORES GETTING TO THE LIMIT.

11:20:57  4  ONCE THEY GET TO THE LIMIT, YOU KNOW, IN ESSENCE, THEY ACT AS

11:20:58  5  IF THEY WERE RIGID.  IT DOESN'T MEAN THAT THEY ARE

11:20:59  6  INCOMPRESSIBLE AT THIS STAGE.  YOU KNOW, THEY STILL CAN HAVE

11:21:01  7  THE ABILITY TO COMPRESS OR EXPAND IF YOU CHANGE THE PRESSURE

11:21:02  8  INSIDE OR YOU LOAD IT FROM THE OUTSIDE, BUT THEY ACT AS IF THEY

11:21:03  9  WERE RIGID JUST LIKE THIS ONE UNDER STEADY-STATE CONDITIONS.

11:21:05  10          AND THAT IS -- THAT IS A CONCEPT THAT SOMETIMES

11:21:06  11  IT'S INCORRECTLY EXPRESSED.  STEADY FLOW OR STEADY-STATE

11:21:07  12  CONDITIONS DOESN'T MEAN THAT THE SYSTEM IS RIGID.  IT COULD BE

11:21:08  13  RIGID, BUT IT DOESN'T HAVE TO BE RIGID, AND MOST -- YOU KNOW,

11:21:09  14  SOILS ARE NOT RIGID.

11:21:10  15          AND YOU REACH STEADY-FLOW CONDITIONS AFTER A

11:21:11  16  LONG, LONG TIME.  AND THERE'S NO FURTHER VOLUME CHANGE, BUT

11:21:12  17  THAT DOESN'T MEAN THAT THE SYSTEM DOESN'T HAVE THE CAPACITY TO

11:21:13  18  CHANGE IN VOLUME IF YOU CHANGE THE CONDITIONS.

11:21:14  19          **THE COURT:**  AND IS STEADY FLOW ACHIEVED WHEN ALL OF

11:21:15  20  THE GAUGES ARE APPROXIMATELY AT THE SAME LEVEL?

11:21:16  21          **THE WITNESS:**  APPROXIMATELY THE SAME.  THEY SHOULD BE

11:21:17  22  AT THE SAME LEVEL.  IF WE HAD BOUGHT THE $30 GAUGES, THEY WOULD

11:21:18  23  BE EXACTLY THE SAME LEVEL.  BUT THIS IS A DEMONSTRATIVE.

11:21:20  24          ACTUALLY, IF YOU WANT TO MEASURE THESE PRESSURES

11:21:21  25  ACCURATELY, WE WOULD USE ELECTRONIC SENSORS AND WHATNOT, BUT

11:21:22   1   THIS WAS MORE VISUALLY EVIDENT.

11:21:22   2              **THE COURT:**  HAVE WE REACHED STEADY-STATE FLOW IN THE

11:21:23   3   STEADY-STATE SIMULATION?

11:21:23   4              **THE WITNESS:**  YEAH.  IT WAS ALMOST IMMEDIATELY.

11:21:24   5   WITHIN SECONDS THIS REACHED STEADY-STATE FLOW.  I MEAN, YOU CAN

11:21:25   6   SEE THAT ALL OF THESE GAUGES WENT UP AND ALMOST IMMEDIATELY WE

11:21:26   7   HAD THIS ONE AT THE INPUT PRESSURE AND THIS VOLUME HASN'T

11:21:27   8   REALLY CHANGED MUCH SINCE THE BEGINNING.

11:21:28   9              **THE COURT:**  I DO NOTICE THAT GAUGE 1 IN THE

11:21:29  10   TRANSIENT-FLOW SIMULATION IS APPROXIMATING THE GAUGES IN THE

11:21:30  11   STEADY --

11:21:30  12              **THE WITNESS:**  THAT'S RIGHT.  SO THIS ONE HAS REACHED

11:21:31  13   CAPACITY FOR -- FOR -- UNDER THE INPUT PRESSURE.  THIS ONE

11:21:33  14   CANNOT TAKE ANY MORE WATER, SO THEN THE WATER STARTS MOVING

11:21:34  15   INTO THE NEXT CELL, AND THAT'S THE TRANSIENT NATURE OF THE FLOW

11:21:35  16   PROCESS.

11:21:35  17              SO THIS ONE NOW IS ACTING AS IF IT WAS A PIPE.

11:21:37  18   IT'S NOT RIGID, BUT UNDER THIS PRESSURE, IT WON'T EXPAND ANY

11:21:38  19   MORE.  IF WE INCREASE THE PRESSURE, THEN IT WOULD EXPAND SOME

11:21:39  20   MORE.

11:21:39  21              **THE COURT:**  THE SKELETON WOULD GET LARGER?

11:21:40  22              **THE WITNESS:**  YEAH.  EXACTLY RIGHT.  EXACTLY RIGHT.

11:21:41  23              **MR. SCHULTZ:**  CAN I ASK A QUESTION?

11:21:42  24              **THE WITNESS:**  YES, SIR.

11:21:42  25              **MR. SCHULTZ:**  IF YOU INCREASE THE PRESSURE -- THIS IS

11:21:43   1   STEADY FLOW; CORRECT?  THAT'S THE STEADY STATE, THE CLEAR TUBE?

11:21:44   2               **THE WITNESS:**  IT'S THE SAME THING.  I MEAN, STEADY

11:21:44   3   FLOW --

11:21:44   4               **MR. SCHULTZ:**  STEADY FLOW --

11:21:44   5               **THE WITNESS:**  IN THE LAMBE AND WHITMAN, WE USE STEADY

11:21:45   6   FLOW AND STEADY STATE TO MEAN THE SAME.

11:21:46   7               **MR. SCHULTZ:**  AND IF YOU INCREASE THE PRESSURE, WHILE

11:21:46   8   THIS WOULD EXPAND, WOULD YOU SEE AN IMMEDIATE TRANSMISSION OF

11:21:47   9   THAT INCREASE IN PRESSURE DOWN HERE?

11:21:48  10               **THE WITNESS:**  OH, IN HERE THEY WOULD -- I MEAN, WE

11:21:48  11   ONLY HAD ONE OF THEM HOOKED UP.  I WOULD SHOW YOU THAT, BUT I

11:21:50  12   DON'T WANT TO INCREASE THE PRESSURE TOO MUCH IN THE MEMBRANES

11:21:51  13   BECAUSE THEY ARE NOT QUITE AS STURDY AS THE PLEXIGLASS, AS YOU

11:21:52  14   CAN IMAGINE.

11:21:52  15               YEAH, YOU WOULD SEE AN IMMEDIATE INCREASE.  THE

11:21:53  16   INCREASE WOULD BE IMMEDIATE AS WELL THROUGHOUT THE ENTIRE

11:21:54  17   SYSTEM.  AND HERE, YOU WOULD, AGAIN, WORK YOUR WAY DOWN THE

11:21:55  18   FOUR CHAMBERS.

11:21:56  19               **MR. WORTHINGTON:**  FRANCISCO, IF ANY OF THOSE GAUGES

11:21:57  20   ARE ACTING UP, I DO HAVE A COUPLE OF SPARES.

11:21:58  21               **THE WITNESS:**  NO.  THIS ONE, IT'S JUST A LITTLE BIT

11:21:59  22   LOWER, BUT IT DOESN'T MATTER BECAUSE IT'S JUST --

11:21:59  23               **THE COURT:**  YEAH.  I'VE GOT THE GENERAL PRINCIPLE,

11:22:00  24   ACTUALLY.

11:22:00  25               **THE WITNESS:**  EVERY ONCE IN A WHILE I CAN . . .

11:22:01    1          SO YOU CAN SEE THAT THIS THIRD ONE NOW IS

11:22:02    2    GETTING PRETTY FAT.  AND THEN HERE, WE HAVE THE PRESSURE GOING

11:22:03    3    UP, AND WE'RE EVEN SEEING THIS ONE GROWING.  SO IT JUST WORKS

11:22:05    4    IT'S WAY.  IT JUST TAKES A LONG TIME BECAUSE THE WATER CANNOT

11:22:06    5    FLOW VERY EASILY THROUGH THIS ORIFICE.  BUT, EVENTUALLY, IT

11:22:08    6    WILL GET THERE.

11:22:08    7          NOW, WE HAVE FOUR CHAMBERS.  I MENTIONED THAT WE

11:22:09    8    HAVE MILLIONS OF CHAMBERS BETWEEN THE LAND SIDE AND THE CANAL

11:22:11    9    SIDE.  THIS TAKES ABOUT 9 MINUTES TO ESTABLISH STEADY STATE IN

11:22:12   10    THE FOUR CHAMBERS.

11:22:12   11          AT THE EBIA, TO ESTABLISH STEADY STATE WOULD

11:22:13   12    HAVE TAKEN ANYWHERE FROM THREE MONTHS TO A YEAR AND A HALF,

11:22:14   13    DEPENDING ON WHERE YOU ARE ALONG THE EBIA.  IT DEPENDS ON THE

11:22:15   14    PERMEABILITY OF THE SOIL.  IT DEPENDS ON THE PERMEABILITY AND

11:22:16   15    THE COMPRESSIBILITY BOTH.  BUT THE COMPRESSIBILITY IS ABOUT THE

11:22:18   16    SAME FOR ALL THE SOILS THERE -- ONLY CLAYS, THAT IS.

11:22:19   17          SO WE HAVE TO ENCOURAGE IT A LITTLE BIT.  YOU

11:22:20   18    CAN SEE HOW THAT IS NOW BEGINNING TO RAISE TO THE PRESSURE.

11:22:21   19    AND IF WE WANT TO BE PATIENT, WE CAN WAIT A FEW MINUTES AND

11:22:23   20    THAT SHOULD GO TO THE SAME LEVEL AS THAT, AND THEN BOTH SYSTEMS

11:22:24   21    WOULD BE IN STEADY STATE.

11:22:24   22          **THE COURT:**  WE MIGHT AS WELL SEE IT THROUGH TO THE

11:22:25   23    END.

11:22:25   24          **THE WITNESS:**  THAT'S FINE.

11:22:26   25          **THE COURT:**  I'LL LEAVE THAT TO THE DISCRETION OF

11:22:26   1   MR. TREEBY AND YOU, DR. SILVA.

11:22:27   2               I CAN CLEARLY SEE THAT IS THE CASE.

11:22:28   3               **THE WITNESS:**  YES.  EVENTUALLY, IT WILL LOOK JUST

11:22:29   4   LIKE THAT ONE WITH ALL THESE GAUGES SHOWING THE HIGHER

11:22:30   5   PRESSURE.  AND THAT ONE WON'T MOVE ANY MORE.  THAT ONE WILL

11:22:31   6   CATCH UP WITH THAT ONE; THAT ONE WILL CATCH UP EVENTUALLY.  AND

11:22:32   7   THE AMOUNT OF FLOW COMING OUT EVENTUALLY WILL BE THE SAME

11:22:33   8   BECAUSE THE PERMEABILITY OF THE SYSTEM IS THE SAME IN EITHER

11:22:34   9   ONE.

11:22:34  10               **MR. TREEBY:**  DR. SILVA, IF THE PRESSURE -- THE TEST

11:22:35  11   THAT HAS BEEN DONE WITH THIS DEVICE EARLIER, YOU SAID

11:22:36  12   9 MINUTES.  IF THE PRESSURE WAS DIALED DOWN SO THAT THE

11:22:38  13   PRESSURE WAS LOWER TO START WITH, WOULD THAT AFFECT THE LENGTH

11:22:39  14   OF TIME IT WOULD TAKE?

11:22:40  15               **THE WITNESS:**  LET'S SEE.  IF YOU INCREASE THE HEAD

11:22:41  16   AND THE PERMEABILITY IS THE SAME, THE C SUB V WOULD BE THE

11:22:43  17   SAME -- NO, THE TIME WOULD BE THE SAME, IT WOULD JUST HAVE

11:22:44  18   LOWER PRESSURES.  YEAH, IT WOULD BE ABOUT THE SAME, BUT YOU

11:22:45  19   WOULD HAVE LOWER PRESSURES.

11:22:45  20               **MR. TREEBY:**  IT'S GETTING THERE.

11:22:46  21               **THE COURT:**  YEP.

11:22:46  22               **THE WITNESS:**  WE'RE GETTING THERE, LOOK.  AND ALL

11:22:47  23   THESE CHAMBERS WOULD LOOK ABOUT THE SAME.  THEY WOULD HAVE

11:22:48  24   EXPANDED TO THE MAXIMUM CAPACITY AND WE WOULD HAVE REACHED --

11:22:50  25   AND WE'RE PRETTY MUCH THERE NOW.  WE HAVE REACHED STEADY-FLOW

11:22:51  1   CONDITIONS IN THE -- IN THE DEVICE WITH THE HIGHER

11:22:52  2   COMPRESSIBILITY.

11:22:52  3           **MR. TREEBY:**  SHOOT THE WATER STREAM -- IT LOOKS LIKE

11:22:53  4   THEY'RE PRETTY SIMILAR NOW.

11:22:54  5           **THE WITNESS:**  WHEN WATER STARTS COMING OUT OF THE

11:22:55  6   HOSE, IT NEEDS TO FILL THE HOSE FIRST, AND THEN IT GOES.  BUT

11:22:56  7   EVENTUALLY THEY WILL -- THEY SHOULD BE ABOUT THE SAME.

11:22:57  8           **THE COURT:**  YEAH.  THEY'RE ABOUT THE SAME NOW.

11:22:58  9           **THE WITNESS:**  WE DIDN'T MEASURE -- I WAS GOING TO SAY

11:22:58  10  WE DIDN'T MEASURE THE QUANTITY OF FLOW.  MAYBE WE SHOULD HAVE,

11:22:59  11  BUT IT'S --

11:23:00  12          **THE COURT:**  BUT THIS IS SHOWING ME NOW THAT BOTH ARE

11:23:00  13  IN STEADY-STATE CONDITIONS?

11:23:01  14          **THE WITNESS:**  THEY ARE BOTH IN STEADY-STATE

11:23:01  15  CONDITIONS.  EXACTLY RIGHT.  FOR THE -- FOR THE SYSTEM WITH THE

11:23:03  16  LOWER M SUB V, WE HAVE TO BE PATIENT AND WAIT UNTIL STEADY-

11:23:04  17  STATE CONDITIONS ARE OBTAINED.

11:23:05  18               FOR THE SYSTEM WITH THE -- THE LESS COMPRESSIBLE

11:23:06  19  SYSTEM, THE LOWER M SUB V, THE STEADY-STATE FLOW HAPPENS ALMOST

11:23:07  20  IMMEDIATELY.

11:23:07  21          **MR. TREEBY:**  I THINK WE'RE THERE.

11:23:08  22          **THE COURT:**  OKAY.  ANYBODY HAVE ANYTHING AT THIS

11:23:08  23  POINT?

11:23:08  24               ALL RIGHT.  GOOD.

11:23:09  25               SHOULD WE RECESS AGAIN FOR A FEW MINUTES WHILE

11:23:10   1   YOU GET SET UP?

11:23:10   2              **MR. TREEBY:**  SURE.  BUT I THINK WE'RE PRETTY WELL

11:23:11   3   READY.

11:23:11   4              **THE COURT:**  WE'LL PROBABLY HAVE ABOUT AT LEAST FIVE

11:23:12   5   MINUTES.

11:23:12   6              (WHEREUPON, THE COURT TOOK A RECESS.)

11:23:13   7              **THE DEPUTY CLERK:**  ALL RISE.

11:23:13   8                  COURT'S IN SESSION.

11:23:14   9                  PLEASE BE SEATED.

11:23:14   10             **THE COURT:**  WHENEVER YOU'RE READY TO RESUME, SIR.

11:23:15   11             **THE WITNESS:**  YES, SIR.

11:23:15   12                 WELL, NOW THAT WE HAVE MORE TRAINING IN

11:23:16   13  PRINCIPLE THAN MOST ENGINEERS, WE CAN MOVE ON TO THE SUBJECT

11:23:18   14  MATTER, WHICH IS THE EAST BANK INDUSTRIAL AREA DURING KATRINA.

11:23:19   15                 AS A PREAMBLE TO THAT, IT'S HELPFUL TO

11:23:20   16  UNDERSTAND THE NATURE OF THE ACTIVITIES PERFORMED BY WGI IN THE

11:23:21   17  EAST BANK INDUSTRIAL AREA UNDER TASK ORDER 26.  I CLASSIFIED

11:23:22   18  THEM HERE IN FOUR MAJOR TYPES OF ACTIVITIES THAT AFFECT THE

11:23:23   19  SOILS.

11:23:24   20                 ONE IS BUILDING DEMOLITION AND DEBRIS REMOVAL,

11:23:25   21  INCLUDING REMOVAL OF FOUNDATION SLABS AND PILES.  AND THE

11:23:26   22  EXCAVATION DEPTH FOR THE BUILDING FOUNDATIONS WERE TYPICALLY A

11:23:28   23  FOOT, MAYBE 2 FEET DEEP.

11:23:28   24                 THE UTILITIES, EXCLUDING THE SEWER LINE, WITH A

11:23:30   25  TYPICAL EXCAVATION DEPTH AS 3 FEET.  AND GENERALLY, THE MAXIMUM

11:23:31   1   WAS ABOUT 6 FEET.

11:23:32   2                 WE HAD GRID TRENCHING TO LOCATE -- LOCATE

11:23:32   3   OBSTRUCTIONS, CONTAMINANTS, AND CONTAMINATED SOIL, AND THESE

11:23:34   4   WERE GENERALLY ABOUT 5 FEET DEEP.  AND THEY WERE SYSTEMATIC

11:23:35   5   EXCAVATIONS, SO THEY -- THEY WERE 5 FEET DEEP THROUGHOUT THE

11:23:39   6   SITE.

11:23:40   7                 AND THEN WE HAVE THE MAIN EXCAVATIONS TO REMOVE

11:23:44   8   OBSTRUCTIONS AND CONTAMINANTS.  AND THESE TYPICALLY WERE ABOUT

11:23:51   9   6 FEET DEEP, AND THE MAXIMUM WAS 26 1/2 FEET DEEP, THE "WEDDING

11:23:56  10   CAKE" EXCAVATION, WHICH WAS REALLY A FOUNDATION FOR A CRANE.

11:24:00  11                 EIGHT OF THE ABOUT 100 EXCAVATIONS -- AND I AM

11:24:08  12   NOT INCLUDING THE TRENCHES IN THE EXCAVATIONS.  WHEN I TALK

11:24:11  13   ABOUT EXCAVATIONS, I MEAN THE MAJOR EXCAVATIONS.  SO 8 PERCENT

11:24:16  14   REACHED OR EXTENDED BELOW THE TOP OF THE ORGANIC CLAY.

11:24:23  15                 AND THIS IS HOW THE EBIA LOOKED PRIOR TO THE

11:24:28  16   ENVIRONMENTAL RESTORATION BY WGI.  BASICALLY, IT WAS A -- IT

11:24:31  17   WAS NOT A VERY NICE PLACE.  IT WAS FULL OF DIFFERENT

11:24:35  18   CONTAMINANTS, AND THE BUILDINGS WERE DEMOLISHED IN THE MANNER

11:24:40  19   IN WHICH YOU SEE HERE IN THE PHOTOGRAPH, USING CONSTRUCTION

11:24:44  20   EQUIPMENT.  THE LINES WERE REMOVED.

11:24:49  21                 AND ON THE RIGHT-HAND SIDE HERE, YOU SEE A

11:24:53  22   WORKER CAPPING A STEEL PIPE THAT GOES THROUGH THE FLOODWALL.

11:24:56  23   THE PIPE WAS REMOVED FROM THIS SHALLOW TRENCH.  THE DIMENSIONS

11:25:03  24   OF THIS EXCAVATION FOR THE UTILITIES WERE REALLY QUITE LIMITED.

11:25:08  25   YOU KNOW, IN TERMS OF THE -- ANY IMPACT TO THE FLOODWALL, IT

11:25:15    1    WAS ESSENTIALLY NEGLIGIBLE BECAUSE THE DIMENSION WAS SO

11:25:21    2    LIMITED.

11:25:22    3                    WE SEE HERE REMOVAL OF CONCRETE SLABS.  SOME OF

11:25:27    4    THESE SLABS ALSO HAD FOUNDATIONS AROUND THEM WHICH WOULD HAVE

11:25:30    5    BEEN DEEPER THAN THE SLAB.  BUT HERE WE SEE HOW THEY ARE TAKING

11:25:35    6    CARE OF THE FLOOR SLABS FROM THE VARIOUS BILLINGS.

11:25:40    7                    AND THE PILINGS WERE REMOVED BENEATH FOUNDATIONS

11:25:43    8    AND OTHER STRUCTURES.  MANY OF THEM WERE REMOVED FROM THE

11:25:47    9    WATERFRONT FACILITIES.  AND THEY WERE REMOVED USING TWO

11:25:51   10    DIFFERENT TECHNIQUES.  MOST OF THE PILES WERE REMOVED USING THE

11:25:55   11    VIBRATORY HAMMER.  AND THIS IS A DEVICE THAT IS ALSO USED TO

11:26:00   12    DRIVE PILES, TO INSTALL PILES.

11:26:02   13                    AND IN ESSENCE, YOU CLAMP -- YOU CLAMP THIS

11:26:06   14    SO-CALLED HAMMER TO THE PIPE, AND THERE'S A HYDRAULIC LINE THAT

11:26:10   15    PROVIDES HYDRAULIC PRESSURE TO THE VIBRATORY -- IT'S

11:26:15   16    ESSENTIALLY AN EXCENTRIC WEIGHT THAT VIBRATES AND SHAKES THE

11:26:22   17    DEVICE AND SHAKES THE PIPE, AND THAT FACILITATES THE INSERTION

11:26:24   18    OR THE EXTRACTION OF THE PIPE.  IT'S A RATHER VIOLENT PROCESS

11:26:32   19    WHICH THOROUGHLY REMOVES THE SOIL AROUND THE PILE AS IT GOES IN

11:26:36   20    OR IT GOES OUT.

11:26:38   21                    SOME OF THE PILES ON THE SHORE WERE REMOVED,

11:26:42   22    PARTICULARLY THE SHORTER ONES, SIMPLY BY PULLING THEM WITH AN

11:26:51   23    EXCAVATOR THAT YOU SEE HERE.

11:26:53   24                    WHEN THIS DEVICE IS USED OR WHEN THIS TYPE OF

11:26:58   25    EXTRACTION IS PERFORMED, IT WAS OBSERVED THAT THE HOLES QUICKLY

11:27:03    1    COLLAPSED.  IT IS EASY TO SEE THAT WHEN YOU VIBRATE THE SOIL

11:27:07    2    AND SHAKE IT, THE PORE PRESSURES WILL INCREASE GREATLY.  AND

11:27:13    3    THIS -- YOU KNOW, BELOW THE WATER TABLE THIS HOLE WILL COLLAPSE

11:27:17    4    AS THE PILE GOES UP.

11:27:32    5                  NOW, IN THIS TYPE OF PROCESS, WHERE WE SIMPLY

11:27:38    6    PULLED THE PILE -- WGI SIMPLY PULLED THE PILE OUT OF THE

11:27:43    7    GROUND, YOU WOULD EXPECT THAT NEAR THE SURFACE THE HOLE MIGHT

11:27:46    8    REMAIN OPEN FOR A WHILE.  BUT IN MANY CASES THAT WE SAW IN THE

11:27:50    9    DAILY REPORTS, THEY MADE SURE THAT THEY WERE -- PURPOSELY

11:27:56   10    BACKFILLED THE HOLE NEAR THE SURFACE.

11:27:58   11                  SO THE MAIN POINT IS THAT THE PILES -- I DIDN'T

11:28:00   12    CONSIDER THE PILES EXCAVATIONS BECAUSE THEY ARE NOT, AND THE

11:28:04   13    ONLY EVIDENCE IS THAT THESE HOLES QUICKLY COLLAPSED.

11:28:10   14                  WGI ALSO DID ENVIRONMENTAL EXPLORATION AND

11:28:14   15    SURVEYING.  WE SEE HERE, YOU KNOW, THE SURVEYOR TAKING THIS

11:28:18   16    KIND OF INFORMATION.  THIS HAPPENS TO BE A TOPOGRAPHIC MAP OF

11:28:25   17    ONE OF THESE MOUNDS AT THE EBIA.

11:28:28   18                  IN THIS PARTICULAR CASE WE HAVE, YOU KNOW, THE

11:28:31   19    TOP OF THE MOUND AT 9 FEET ELEVATION OR SO, 9.4, AND THE

11:28:35   20    SURROUNDING SOIL AT 3 1/2.  SO WE HAVE ABOUT A 6-FOOT ELEVATION

11:28:40   21    DIFFERENCE BETWEEN THE MOUND -- THE TOP OF THE MOUND AND THE

11:28:44   22    SURROUNDING SOILS.

11:28:48   23                  CONTAMINATED SOILS WERE REMOVED, AND THIS WAS

11:28:50   24    ONE OF THE MAJOR OBJECTIVES OF THE CLEANUP.  SO THESE LARGER

11:28:56   25    EXCAVATIONS TEND TO BE SHALLOW, TO REMOVE THE SURFACE SOILS

11:29:01   1   THAT WERE CONTAMINATED BY THE INDUSTRIAL ACTIVITIES.

11:29:05   2                   AND THEN A NUMBER OF SURFACE AND SUBSURFACE

11:29:07   3   OBSTRUCTIONS WERE REMOVED.  AND THIS INCLUDED STORAGE TANKS,

11:29:12   4   BARGES, DEBRIS OF DIFFERENT TYPES, AND STRUCTURES SUCH AS THE

11:29:18   5   SEWER LIFT STATION THAT WE SEE HERE ON THE LEFT; AND THE

11:29:22   6   WEDDING CAKE, THE CRANE FOUNDATION, WE SEE HERE IN THE EARLY

11:29:26   7   STAGES OF EXCAVATION AND REMOVAL.

11:29:30   8                   AND NEARLY ALL THE EXCAVATIONS WERE BACKFILLED,

11:29:33   9   AND MOST OF THEM WITH NATIVE MATERIALS.  SOME OF THEM WERE THE

11:29:38   10  COMBINATION OF NATIVE MATERIAL AND RIVER SAND.  TYPICALLY,

11:29:41   11  THESE WERE THE SHALLOWER EXCAVATIONS THAT HAD THE RIVER SAND.

11:29:46   12  MANY -- MOST OF THESE WERE NEAR THE NORTHERN PART OF THE EBIA.

11:29:51   13                  THE EXCAVATIONS WERE GRADED, COMPACTED, AS

11:29:54   14  SPECIFIED, AND SEEDED WITH NATIVE GRASS.

11:30:02   15                  WGI PERFORMED GEOPHYSICAL SURVEYS TO LOOK FOR

11:30:06   16  OBSTRUCTIONS, AND THEY ALSO DID THIS GRID TRENCHING, THE

11:30:10   17  SYSTEMATIC EXCAVATION OF THE SITE WITH SHALLOW AND NARROW

11:30:14   18  TRENCHES, TO FIND OBSTRUCTIONS THAT WERE IDENTIFIED TO BE

11:30:19   19  REMOVED LATER.

11:30:22   20                  THE GREAT MAJORITY OF THE TRENCHES WERE SHALLOW,

11:30:27   21  5 FEET OR LESS, AND ISOLATED FROM ORGANIC CLAY BY THE CLAY FILL

11:30:33   22  DEPOSIT THAT IS REPRESENTED BY THIS BROWN LAYER HERE.

11:30:36   23                  THE TRENCHING WIDTH WAS 2 FEET, MORE OR LESS,

11:30:38   24  AND THE DEPTH WAS 5 FEET, TYPICALLY.  AND THE SPACING VARIES

11:30:42   25  SOME, BUT IT WAS GENERALLY AROUND 25 FEET.  THERE ARE AREAS OF

11:30:46   1   THE SPACING THAT'S ALMOST HALF OF THAT, BUT NOT MANY.

11:30:50   2                  AND IT'S IMPORTANT TO NOTE THAT THE

11:30:54   3   CROSS SECTION HERE THAT SHOWS THE GRID TRENCH IN THE YELLOW,

11:30:57   4   THAT'S A CROSS SECTION RIGHT THROUGH THE MIDDLE OF THE TRENCH.

11:31:00   5   THESE TRENCHES, WE UNDERSTAND FROM READING THE DOCUMENTATION

11:31:03   6   THAT THEY WERE EXCAVATED AND BACKFILLED THE SAME DAY.  SO THEY

11:31:08   7   WOULD EXCAVATE ONLY AS MUCH TRENCH AS THEY COULD BACKFILL THAT

11:31:12   8   DAY.

11:31:14   9                  YOU SEE ON THIS PICTURE THE DEBRIS THAT CAME OUT

11:31:16   10  OF THIS TRENCH.  DURING BACKFILLING, OF COURSE, THEY WOULD NOT

11:31:19   11  PUT THE LARGE DEBRIS BACK.  THEY WOULD BACKFILL IT WITH SOIL.

11:31:25   12  SO YOU WOULD EXPECT THAT THE BACKFILL OF THESE TRENCHES WOULD

11:31:28   13  HAVE, YOU KNOW, AT LEAST AN EQUIVALENT PERMEABILITY AS THE

11:31:32   14  SURROUNDING SOIL AND MAYBE EVEN LESS, BECAUSE YOU'RE GOING TO

11:31:36   15  REMOVE ALL OF THE LARGE OBSTRUCTIONS THAT PROVIDE LARGE VOIDS.

11:31:44   16                  NOW, THE ONLY DEEPER EXCAVATION OR LARGER

11:31:50   17  EXCAVATION THAT WE ENCOUNTERED WAS -- WAS PARTIALLY FILLED WITH

11:31:56   18  SAND, OR SOME AMOUNT OF SAND, WAS THE SEWER LIFT STATION.  AND

11:32:04   19  IT WAS NOT CLEAR TO ME EXACTLY HOW THIS WAS DONE IN TERMS OF

11:32:09   20  WHERE WAS THE SAND.

11:32:10   21                  THERE'S SOME -- THERE'S SOME INDICATION THAT

11:32:12   22  SAND WAS USED AS A WORKING MAT AT THE BOTTOM OF THE EXCAVATION,

11:32:15   23  AND THERE'S -- ONE MIGHT READ SOME OF THE DOCUMENTS TO IMPLY

11:32:18   24  THAT SOME SAND WAS MIXED IN WITH THE NATURAL MATERIALS.

11:32:20   25                  SO WHEN WE WERE THE SOILS EXPLORATION LAST YEAR,

11:32:24   1   WE DRILLED A HOLE RIGHT THROUGH THE MIDDLE OF THE SEWER LIFT

11:32:28   2   STATION LOCATION, AND THAT BOREHOLE DID NOT ENCOUNTER ANY SAND.

11:32:32   3   SO -- HOWEVER, THE SAND IS IN THERE.  I MEAN, IT DIDN'T -- I

11:32:36   4   SHOULD SAY IT DIDN'T ENCOUNTER ANY DISTINGUISHABLE SAND LAYERS.

11:32:39   5   SO THE SAND MUST HAVE BEEN MIXED IN WITH THE NATURAL SOILS.

11:32:42   6   AND WE -- YOU KNOW, IN ESSENCE, THE MATERIAL THERE LOOKED

11:32:46   7   PRETTY MUCH LIKE THE SURROUNDING MATERIAL.

11:32:55   8            AND I'M SHOWING HERE THE SEWER LINE EXCAVATION,

11:32:58   9   WHICH IS AN EXCAVATION THAT WE REALLY -- I BECAME AWARE OF IT

11:33:04  10   JUST RECENTLY, ACTUALLY DURING THIS TRIAL.  AND IT WAS A TRENCH

11:33:10  11   THAT WGI DUG WHICH EXTENDED FROM THIS POINT TOWARDS THE SOUTH

11:33:15  12   OF THE SITE TO THIS POINT HERE, TO REMOVE SEWER MANHOLES AND

11:33:20  13   THE CONNECTING PIPES.

11:33:24  14            NOW, IN TALKING WITH THE SEWERAGE AND WATER

11:33:30  15   BOARD PERSONNEL, THEY ALSO TELL ME THAT THESE PIPES ALWAYS HAVE

11:33:33  16   UNDERNEATH A BOARD.  THEY PLACE A BOARD UNDERNEATH THE PIPE AND

11:33:37  17   THEN PLACE THE PIPE ON THE BOARD, AND THEN THAT WAS WHAT WGI

11:33:41  18   REMOVED, NOT JUST THE MANHOLES AND THE PIPE, BUT A LOT OF

11:33:44  19   BOARDS THAT WERE INSTALLED UNDERNEATH THE PIPES.

11:33:52  20            LET'S SEE.  I SHOULD POINT OUT THAT THIS

11:33:55  21   SEWER -- AND HERE'S THE SEWER LIFT STATION.  AND THE SEWER MAIN

11:34:00  22   ACTUALLY WENT TO THE SEWER LIFT STATION, AND SO THE WATER FLOW

11:34:03  23   WAS FROM THIS END TOWARDS THE SEWER LIFT STATION.  SO THIS WAS

11:34:07  24   HIGHER AND THIS WAS LOWER.  AND FROM THE NORTH IT STARTED HERE,

11:34:10  25   AND THE WATER FLOWED IN THIS DIRECTION.  SO THIS END WAS

11:34:13  1  HIGHER, THIS END WAS LOWER.  THIS END WAS CLOSE TO THE -- TO

11:34:17  2  THE BOTTOM ELEVATION OF THE SEWER LIFT STATION, A LITTLE BIT

11:34:20  3  HIGHER, AND IT WENT UP IN BOTH DIRECTIONS FROM THERE.

11:34:27  4          NOW, LET'S START LOOKING AT THIS WITH MORE OF AN

11:34:35  5  ENGINEERING PERSPECTIVE, WITHOUT GETTING INTO A CALCULATIONAL

11:34:38  6  ANALYSIS.  ONE THING THAT IS PRETTY EVIDENT IS THAT THE

11:34:41  7  LOCATION OF THE DEEPER EXCAVATIONS DOES NOT CORRELATE WITH

11:34:44  8  FAILURE LOCATIONS.

11:34:45  9          THE LARGEST EXCAVATION WAS THE BORROW PIT.  NOT

11:34:48  10  ONLY WAS IT THE LARGEST EXCAVATION, BUT IT REACHED THE ORGANIC

11:34:52  11  CLAY AND -- AND IT WAS LEFT OPEN.  SO ONE WOULD -- ONE WOULD

11:35:00  12  THINK THOSE WOULD BE THE WORST CONDITIONS.  AND IT WAS NOT ONLY

11:35:05  13  OPEN AND REACHED THE ORGANIC CLAY, BUT IT WAS ESSENTIALLY THE

11:35:08  14  CLOSEST LARGE EXCAVATION TO THE FLOODWALL, AND FAILURE DID NOT

11:35:14  15  TAKE PLACE.  I MEAN, WE DIDN'T HAVE A FAILURE AT THAT LOCATION.

11:35:17  16  SO THAT'S A -- OBVIOUSLY NOT CORRELATED WITH WHATEVER IMPACT

11:35:23  17  THAT LARGE EXCAVATION WOULD HAVE ON THE LEVEE.

11:35:25  18          HERE'S THE WEDDING CAKE.  NO FAILURE NEAR IT.

11:35:30  19          HERE'S THE SEWER LIFT STATION.  NO FAILURE IN

11:35:32  20  FRONT OF IT.

11:35:33  21          WE HAVE ONE OF THE NFAATT EXCAVATIONS HERE,

11:35:36  22  WHICH IS ABOUT 8 FEET DEEP, IF I REMEMBER CORRECTLY.  AND WE'VE

11:35:42  23  LOOKED AT THESE EXCAVATIONS IN DETAIL.  IT IS IN FRONT OF THE

11:35:47  24  SOUTH BREACH, BUT WE WILL -- AS I WILL EXPLAIN LATER, YOU KNOW,

11:35:53  25  THE EXCAVATION ITSELF REALLY HAD NO INFLUENCE ON WHATEVER

11:35:57   1   HAPPENED HERE.

11:36:02   2                 THIS IS JUST A CLOSER LOOK, JUST ZOOMING IN ON

11:36:07   3   THESE DIFFERENT AREAS.  AND WE HAVE, YOU KNOW, THE WEDDING CAKE

11:36:11   4   AND THE BORROW PIT, THE BORROW PIT ESSENTIALLY NEAR THE TOE OF

11:36:16   5   THE LEVEE.

11:36:20   6                 AND JUST MOVING SOUTH, HERE'S THE SEWER LIFT

11:36:23   7   STATION.  HERE'S THE SEWER TRENCH.  AND PART OF THIS SEWER

11:36:25   8   TRENCH DID GO DOWN TO THE ORGANIC CLAY.

11:36:29   9                 AND I THINK THIS IS PROBABLY AS GOOD A PLACE AS

11:36:35  10   ANY TO MENTION THAT THERE'S REALLY NO MAGIC ABOUT REACHING THE

11:36:39  11   ORGANIC CLAY.  THE ORGANIC CLAY IS A LITTLE BIT MORE PERVIOUS

11:36:42  12   THAN THE SURROUNDING -- OR THE CLAY THAT EXISTS ABOVE AND

11:36:45  13   BELOW.

11:36:46  14                 BUT REALLY, IN TERMS OF THE FLOW THROUGH THESE

11:36:50  15   MATERIALS, THERE'S NO REAL MAGIC TO THE ORGANIC CLAY.  BUT,

11:36:57  16   NEVERTHELESS, IT HAS BEEN THE FOCUS OF MANY CONVERSATIONS, AND

11:37:01  17   WE CONTINUE TO USE IT AS A BENCHMARK.

11:37:04  18                 AND HERE WE GO ON TO THE SAUCER MARINE, WHERE

11:37:08  19   THE -- NEAR THE -- WHERE THE SEWER LIFT STATION WAS LOCATED.

11:37:12  20   YOU CAN SEE THE IMPORTANT EXCAVATIONS OR THE DEEPER EXCAVATIONS

11:37:15  21   IN THIS AREA.

11:37:16  22                 SO NO CORRELATION, YOU KNOW, WITH THE LOCATIONS

11:37:20  23   OF THE DEEPER EXCAVATIONS WHEN WE TAKE A STEP BACK AND LOOK AT

11:37:25  24   THE SITE.

11:37:26  25                 NOW, TO LOOK AT THESE IN MORE DETAIL, WE

| | | |
|---|---|---|
| 11:37:32 | 1 | PERFORMED A NUMBER OF ENGINEERING ANALYSES.  AND I DON'T REALLY |
| 11:37:35 | 2 | INTEND TO GO INTO ANY GREAT DETAIL ABOUT THESE ANALYSES. |
| 11:37:38 | 3 | BUT WE DID FLOW ANALYSIS.  WE DID |
| 11:37:41 | 4 | ONE-DIMENSIONAL ANALYSIS, TRANSIENT.  WE DID STEADY FLOW.  AND |
| 11:37:47 | 5 | IT'S NOT LISTED HERE, BUT WE DID STEADY STATE AS WELL. |
| 11:37:51 | 6 | WE DID TWO-DIMENSIONAL TRANSIENT AND STEADY |
| 11:37:51 | 7 | FLOW. |
| 11:37:52 | 8 | WE EVEN DID A THREE-DIMENSIONAL TRANSIENT |
| 11:37:52 | 9 | ANALYSIS TO UNDERSTAND THE FLOW REGIME OF THE EAST BANK |
| 11:37:58 | 10 | INDUSTRIAL AREA. |
| 11:38:00 | 11 | WE DID ELASTIC ANALYSIS FOR STRESS DEFORMATION, |
| 11:38:03 | 12 | A STABILITY ANALYSIS IN TWO DIMENSIONS USING LIMIT EQUILLIBRUM. |
| 11:38:08 | 13 | WE DID CONSOLIDATION ANALYSES. |
| 11:38:10 | 14 | AND AS WAS MENTIONED EARLIER THIS MORNING, WE |
| 11:38:13 | 15 | ALSO DID SOME SCOUR ANALYSIS TO FIGURE OUT HOW MUCH SCOUR IT |
| 11:38:17 | 16 | WOULD TAKE TO DESTABILIZE THE FLOODWALL. |
| 11:38:23 | 17 | SO WE'VE STUDIED THIS IN QUITE A BIT OF DETAIL. |
| 11:38:29 | 18 | AND, YOU KNOW, THE STUDY STARTS WITH THE STORM |
| 11:38:33 | 19 | SURGE.  YOU KNOW, THE STORM SURGE DEVELOPS.  AND AS I |
| 11:38:35 | 20 | MENTIONED, I RELIED ON DR. DALRYMPLE FOR THESE LOADS, THESE |
| 11:38:40 | 21 | HYDRAULIC LOADS, YOU KNOW, THE WAVES, THE STORM SURGE.  I GOT |
| 11:38:42 | 22 | THIS HYDROGRAPH FROM HIM. |
| 11:38:45 | 23 | SO THE IMPORTANT THING THAT I WANT TO POINT OUT |
| 11:38:48 | 24 | HERE IS THAT BETWEEN THE BEGINNING OF THE STORM SURGE AND THE |
| 11:38:50 | 25 | FAILURES WE HAVE ABOUT 30 HOURS. |

11:38:55   1        THE ENTIRE EVENT, GOING UP AND DOWN, WAS ON THE

11:39:00   2   ORDER OF 50- -- I THINK IT'S 55 HOURS OR SO.

11:39:02   3        BUT THE 30 HOURS IS THE TIME FRAME THAT WE HAVE

11:39:06   4   FOR EVENTS TO HAPPEN AT THE EAST BANK INDUSTRIAL AREA, EVENTS

11:39:10   5   THAT ARE RELATED TO THE FAILURES.

11:39:12   6        THE MAXIMUM ELEVATION OF THE STORM SURGE WAS

11:39:15   7   14.2.  WE CAN SEE HERE THE ELEVATION OF THE NORTH BREACH AT

11:39:22   8   11.3 AND AT THE SOUTH BREACH AT 12.3.

11:39:28   9        YOU KNOW, AS I MENTIONED -- AND I'LL MENTION IN

11:39:32   10   A BIT -- THIS DIFFERENCE TURNS OUT NOT TO BE -- WAS NOT

11:39:36   11   IMPORTANT BECAUSE THIS -- THE STRUCTURES FAILED WHEN THE

11:39:38   12   FLOODWATERS ESSENTIALLY REACHED THE TOP.  I MEAN JUST AS THE

11:39:42   13   WATER WAS OVERTOPPING, THE STRUCTURES FAILED.

11:39:49   14        SO THE STORM SURGE DEVELOPED, AND IT INUNDATES

11:39:51   15   THE EBIA SOILS.  AND SO WHAT HAPPENS FIRST?

11:39:55   16        WELL, WHAT HAPPENS FIRST IS THAT AS THE WATER

11:39:58   17   ACCUMULATES ON TOP OF THE SOILS, THE PORE PRESSURE BENEATH THAT

11:40:02   18   WATER LOAD INCREASES, AND IT INCREASES PRETTY QUICKLY.  AND

11:40:10   19   WITH THESE SATURATED SOILS IT INCREASES TO A LEVEL ABOUT EQUAL

11:40:15   20   TO THE -- TO THE MAGNITUDE OF THE APPLIED LOAD.

11:40:19   21        SO IF WE APPLIED 13 FEET OF WATER HERE, THE PORE

11:40:23   22   PRESSURE WOULD INCREASE BY 13 FEET OF WATER, WHATEVER

11:40:27   23   EQUIVALENT PSF THAT IS.

11:40:33   24        THIS IS A STRESS DISTRIBUTION PHENOMENON, NOT A

11:40:36   25   FLOW PHENOMENON.  WE'RE NOT TALKING ABOUT FLOW TAKING PLACE

```
11:40:39   1   HERE.

11:40:40   2                 AND SO -- AND THIS IS VERY WELL UNDERSTOOD BY

11:40:42   3   GEOTECHNICAL ENGINEERS.  YOU APPLY THE LOAD.  IT'S NOT AN

11:40:45   4   INFINITE LOAD.  THE LOAD ENDED AT THE FLOODWALL, SO THE -- THE

11:40:49   5   STRESS APPLIED CONTINUES TO THE WALL; BUT SINCE IT ENDS THERE,

11:40:57   6   THE REACTION DOWN IN THE SOILS STARTS TO DECAY RATHER QUICKLY

11:41:02   7   AS YOU APPROACH THE EDGE OF THE LOAD.

11:41:05   8                 SO BY THE TIME YOU CROSS OVER TO THE LAND SIDE,

11:41:07   9   THE LAND SIDE SOILS DO NOT FEEL ANY OF THIS PRESSURE INCREASE.

11:41:12  10   EVEN AS WE APPROACH THE FLOODWALL, YOU KNOW, THE PRESSURE

11:41:14  11   INCREASE WOULD BE ABOUT HALF OF WHAT IT IS IF YOU WERE BACK

11:41:18  12   HERE UNDERNEATH THE EBIA FLOODWATERS.

11:41:23  13                 SO THAT'S A VERY IMPORTANT CONCEPT.  SO WE HAVE

11:41:26  14   THIS LOAD APPLIED, THE PORE PRESSURES GO UP.  WE CAN RELATE THE

11:41:32  15   PORE PRESSURE INCREASE TO THE APPLIED LOAD BY USING WHAT IS

11:41:37  16   KNOWN AS A PORE PRESSURE PARAMETER C.  AND FOR A SATURATED SOIL

11:41:41  17   IN THIS CLAY FIELD, THE PORE PRESSURE PARAMETER C IS ABOUT 1.

11:41:45  18                 SO THE -- YES, SIR.

11:41:47  19            THE COURT:  JUST A QUICK QUESTION, DR. SILVA.  I WAS

11:41:51  20   CURIOUS WHY THE PORE PRESSURE REDUCES PRIOR TO THE LOAD

11:41:56  21   REACHING THE FLOODWALL.  AT LEAST IT APPEARS THAT WAY FROM

11:41:59  22   THE --

11:42:00  23            THE WITNESS:  YES, SIR, IT DOES.

11:42:01  24            THE COURT:  AND I'M NOT QUITE SURE WHY THAT IS.

11:42:03  25            THE WITNESS:  WELL, THIS COMES FROM -- FROM A -- THIS
```

11:42:05  1    IS REALLY A SIMPLE CALCULATION THAT LOOKS AT THE CLAYS AS AN

11:42:09  2    ELASTIC -- AS ELASTIC MATERIAL.

11:42:16  3                    AND THE LOAD STOPS HERE.  I GUESS YOU CAN EASILY

11:42:20  4    SEE THAT IF YOU ARE UNDERNEATH MOST OF THE LOAD, YOU WILL FEEL

11:42:23  5    IT -- YOU WILL FEEL ITS FULL EFFECT.  IF YOU ARE FAR AWAY FROM

11:42:29  6    THE LOAD, IT'S EASILY UNDERSTOOD THAT YOU WON'T FEEL ANY

11:42:32  7    EFFECT.

11:42:33  8                    NOW, THERE'S A TRANSITION -- THERE'S A

11:42:36  9    TRANSITION IN BETWEEN THOSE TWO STAGES.  AND THE SOIL, IN

11:42:40  10   ESSENCE, BRIDGES THAT GAP BETWEEN FULL EFFECT AND NO EFFECT.

11:42:43  11   AND THAT BRIDGING STARTS NOT AT THE POINT WHERE THE LOAD ENDS,

11:42:47  12   BUT IT STARTS A LITTLE BIT INSIDE THE EDGE OF THE LOAD.

11:42:54  13                   AND THEN THE SOIL, FROM THE ELASTIC -- HAS

11:42:56  14   BEEN -- ELASTIC CALCULATIONS SAY THAT, YOU KNOW, YOU CAN

11:42:59  15   COMPUTE HOW MUCH IT GOES DOWN WITH DISTANCE.  AND, YOU KNOW,

11:43:05  16   THIS IS WHAT YOU WOULD GET FROM THOSE -- FROM AN ELASTIC

11:43:13  17   CALCULATION.

11:43:13  18        THE COURT:  AND "ELASTIC" IS -- I THINK IT'S THE

11:43:15  19   FIRST TIME I'VE HEARD THIS WORD IN THE CASE, AND I MAY BE

11:43:19  20   MISTAKEN.  IS THAT IN ANY WAY RELATED TO PLASTICITY?

11:43:23  21        THE WITNESS:  NO, NOT REALLY.  I MEAN, IT IS --

11:43:25  22        THE COURT:  EXPLAIN "ELASTIC."

11:43:29  23        THE WITNESS:  YEAH.  IT IS -- ELASTIC -- ELASTIC

11:43:29  24   MEDIUM IS A -- IS A MEDIUM THAT DEFORMS IMMEDIATELY WITH AN

11:43:34  25   APPLIED LOAD.  SO I APPLY THE LOAD AND IT COMPRESSES; I REMOVE

11:43:36   1   THE LOAD AND IT EXPANDS.

11:43:38   2              NOW, PLASTICITY, AS IT RELATES TO SOIL PROPERTY,

11:43:40   3   IS SOMETHING COMPLETELY DIFFERENT.  HOWEVER, THERE IS -- YOU

11:43:45   4   KNOW, WE USE ELASTIC THEORY TO COMPUTE THESE DEFORMATIONS AND

11:43:53   5   PRESSURES.

11:43:54   6              WE CAN ALSO USE A PLASTICITY THEORY, BUT IT HAS

11:43:57   7   NOTHING TO DO WITH THE PLASTICITY AS THE SOIL PROPERTY.  BUT WE

11:44:00   8   CAN USE PLASTICITY THEORY TO -- AND THE PLASTICITY THEORY, WHEN

11:44:05   9   YOU APPLY THE LOAD, THE SOIL DEFORMS; WHEN YOU REMOVE THE LOAD,

11:44:08  10   THE SOIL MIGHT BOUNCE BACK, BUT NOT QUITE TO THE SAME POINT

11:44:13  11   THAT WE STARTED.  SO YOU HAVE PERMANENT DEFORMATIONS.  SO IF

11:44:19  12   YOU'RE USING A PLASTICITY MODEL -- OR A PLASTIC -- A PLASTIC

11:44:23  13   MODEL, YOU HAVE PERMANENT DEFORMATION.

11:44:26  14              WITH THE ELASTIC MODEL YOU DON'T HAVE PERMANENT

11:44:28  15   DEFORMATIONS.

11:44:30  16         THE COURT:  I UNDERSTAND.  AND SO ELASTIC SIMPLY

11:44:32  17   MEANS THAT THE MATERIAL UPON WHICH THE PRESSURE IS BEING PLACED

11:44:35  18   MOVES TO SOME DEGREE; WHEREAS, IF IT WERE CONCRETE, IT WOULD

11:44:42  19   NOT BE ELASTIC OR NOT AS ELASTIC.

11:44:46  20         THE WITNESS:  IT WON'T BE AS -- IT WON'T BE AS

11:44:46  21   DEFORMABLE -- I MEAN, DEFORMABLE.  IT WOULD STILL BE ELASTIC,

11:44:48  22   CONCRETE.  IT'S HARD TO -- TO VISUALIZE THAT BECAUSE WHEN YOU

11:44:51  23   APPLY THE LOAD AND IT DOESN'T MOVE; BUT, IN FACT, IT MOVES A

11:44:54  24   LITTLE BIT.

11:44:55  25         THE COURT:  OKAY.

11:44:55   1           THE WITNESS:  IT MOVES A LITTLE BIT, BUT NOT AS MUCH

11:44:56   2   AS SOIL.

11:44:57   3           THE COURT:  SO IT WOULD BE LESS ELASTIC THAN SOIL?

11:44:59   4           THE WITNESS:  YEAH.  THAT'S RIGHT.  IT COMPRESSES

11:45:00   5   LESS.  IT DEFORMS LESS BECAUSE THE -- THE MODEL IS -- YOU KNOW,

11:45:07   6   THE MODEL IS LOWER.  I MEAN, IT'S MUCH MORE RIGID.

11:45:11   7           THE COURT:  BUT I DO UNDERSTAND NOW THE GENERAL

11:45:14   8   PRINCIPLE OF ELASTICITY AS YOU'RE USING IT.

11:45:17   9           THE WITNESS:  YES.

11:45:17  10           THE COURT:  ALL RIGHT.

11:45:18  11           THE WITNESS:  AND SO WE HAVE, TOWARDS THE -- TOWARDS

11:45:18  12   THE EDGE OF THIS LOAD, WE HAVE THIS DECAY.  AND YOU MOVE AWAY A

11:45:23  13   FEW FEET FROM THE FLOODWALL AND YOU DON'T FEEL IT.

11:45:26  14           SO THE END CONCLUSION IS THIS -- IS THAT THIS --

11:45:29  15   THIS EFFECT, WHICH IS, AS I MENTIONED, A STRESS DISTRIBUTION

11:45:33  16   PHENOMENON, DOES NOT AFFECT THE LAND SIDE; AND, THEREFORE, IT

11:45:36  17   DOES NOT CONTRIBUTE TO THE CAUSE OF FAILURE.

11:45:38  18           WE CONSIDERED THESE WHEN WE WERE LOOKING AT

11:45:41  19   CAUSE OF FAILURE, AND WE DISCARDED IT BECAUSE IT DOESN'T

11:45:46  20   CONTRIBUTE TO THE CAUSE OF FAILURE.

11:45:51  21           NOW -- SO THEN -- BUT THEN YOU HAVE THE WATER ON

11:45:53  22   TOP OF THE EBIA.  AND WE -- THE PRESSURE -- THERE'S ANOTHER

11:46:01  23   SOURCE OF PRESSURE.  IT MOVES LIKE THAT, AND THAT IS THE

11:46:02  24   PRESSURE FROM THE WATER FLOW.

11:46:05  25           AND THIS IS A TRANSIENT PHENOMENON, AS WE SAW --

11:46:10   1   SIMILAR TO WHAT WE SAW IN THE TRANSIENT FLOW SIMULATOR.  AND

11:46:15   2   WITH TIME, IF YOU TAKE THIS TO BE THE EDGE OF AN OPEN

11:46:18   3   EXCAVATION -- LET'S SAY THE EDGE OF THE BORROW PIT, IF THE

11:46:23   4   BORROW PIT HAD A VERTICAL FACE -- YOU KNOW, AS THE WATER -- AS

11:46:29   5   THE STORM SURGE INCREASES IN ELEVATION, THE LEVEL OF WATER IN

11:46:33   6   THAT EXCAVATION WILL INCREASE.

11:46:36   7                SO THE TOTAL HEAD INCREASES, SO NOW FLOW IS

11:46:39   8   GOING TO START TAKING PLACE FROM THIS AREA OF HIGHER TOTAL HEAD

11:46:43   9   INSIDE THE EXCAVATION TO AREAS OF LOWER TOTAL HEAD IN THE SOIL.

11:46:49  10                SO HERE WE TAKE -- FOR EXAMPLE, AT 25 HOURS, WE

11:46:52  11   HAVE THE WATER LEVEL HERE, AND THE FLOW HAS -- THE WATER FRONT

11:46:57  12   HAS PENETRATED THE SOIL FOR ABOUT 5 FEET, MORE OR LESS.

11:47:06  13                AT THE END OF 33 HOURS WE HAVE THE WATER -- THE

11:47:09  14   WATER LEVEL IN THE EXCAVATION APPLYING THIS KIND OF PRESSURE,

11:47:14  15   AND THE FLOW HAS CONTINUED DURING THOSE 33 HOURS.  BUT AT THE

11:47:19  16   END OF THE 33 HOURS, WHEN THE FAILURES OCCUR, THE WATER FRONT

11:47:23  17   HASN'T PENETRATED MORE THAN ABOUT 10 FEET.  ACTUALLY, OUR

11:47:28  18   NUMBERS VARY DEPENDING ON THE LOCATION OF THE EBIA, AND THEY

11:47:31  19   VARY BETWEEN 6 AND 16 FEET, SO IT IS NOT VERY MUCH.

11:47:37  20                I MEAN, THE WATERS START MOVING INTO THE CLAY,

11:47:40  21   BUT THE PERMEABILITY OF THE CLAY IS LOW ENOUGH AND PRESENTS

11:47:44  22   ENOUGH RESISTANCE TO FLOW THAT IN 33 HOURS THE PRESSURE FRONT,

11:47:49  23   OR THE WATER FRONT, HAS ONLY ADVANCED 10 TO 15 FEET.  AND I'M

11:47:55  24   GOING TO BE USING THE NUMBER 16 IN SOME TABLES, SO WE MIGHT AS

11:47:59  25   WELL START WITH THAT NUMBER NOW.

11:48:01   1            SO IT -- NORMALLY, THIS IS A -- THIS IS THE

11:48:03   2   LOWER END OF THE SCALE, SO IT ONLY ADVANCES, SAY, 16 FEET.  BUT

11:48:10   3   IN 16 FEET THE EFFECT OF THIS FLOW IS NOT FELT.  AND IT IS NOT

11:48:16   4   FELT BECAUSE OF THE TRANSIENT NATURE OF THE PHENOMENON.  JUST

11:48:18   5   LIKE WE SAW THERE, WE HAVE MILLIONS OF THOSE SOILS BETWEEN THE

11:48:23   6   EXCAVATION ON THE LAND SIDE, AND WE CAN ONLY FILL SO MANY OF

11:48:26   7   THEM IN THE 33 HOURS.  AND THE SOILS NEAR THE LAND SIDE DO NOT

11:48:31   8   GET TO FEEL THE PRESSURE DURING THE 33 HOURS.

11:48:43   9            SO ANYWAY, THIS IS, I GUESS, SUMMARIZING WHAT

11:48:44   10  THE DRAWING SHOWS.  BUT DUE TO ITS LOW PERMEABILITY, SEEPAGE

11:48:48   11  HAS A NEGLIGIBLE EFFECT AND THUS DOES NOT CONTRIBUTE TO THE

11:48:52   12  CAUSE OF FAILURE.

11:48:54   13            SO SEEPAGE FROM THE LAND SIDE -- FORGET

11:48:56   14  MEASURING THE EXCAVATION.  JUST SEEPAGE FROM THE LAND SIDE

11:48:59   15  DOESN'T REALLY CONTRIBUTE TO THE CAUSE OF FAILURE BECAUSE

11:49:01   16  THE -- THE TIME IS TOO SHORT.

11:49:05   17            ESTABLISHMENT OF STEADY-STATE CONDITIONS WOULD

11:49:07   18  TAKE IN EXCESS OF ONE YEAR.  IF WE COMPUTE -- WE COMPUTE THE

11:49:11   19  NUMBERS BETWEEN A FEW MONTHS TO A COUPLE OF YEARS, SO IT WOULD

11:49:17   20  TAKE MUCH LONGER THAN THE TIME OF THE -- OF THE STORM SURGE.

11:49:20   21            AND IT'S IMPORTANT TO UNDERSTAND THAT EVALUATION

11:49:26   22  OF THE SEEPAGE EFFECTS IS CORRECTLY DONE USING TRANSIENT FLOW

11:49:29   23  WITH SITE-SPECIFIC VALUES FOR PERMEABILITY, COMPRESSIBILITY,

11:49:33   24  AND POROSITY, WHICH ARE THE THREE PARAMETERS THAT CONTROL

11:49:37   25  TRANSIENT FLOW IN SOIL.

11:49:39    1                AND I'VE SUMMARIZED IN HERE, YOU KNOW, THE

11:49:41    2    PROCESS IN A SIMPLE WAY.  WE HAVE THE CHANGE IN BOUNDARY TOTAL

11:49:47    3    HEAD.  THAT'S WHEN THE INUNDATION TAKES PLACE AND THE PORE

11:49:51    4    PRESSURES BENEATH THE WATER GOES UP BECAUSE OF THE ELASTIC

11:49:56    5    RESPONSE OF THE SYSTEM.  SO WE SAW THAT THIS REALLY DOESN'T GET

11:50:02    6    TRANSMITTED TO THE LAND SIDE EVER.

11:50:06    7                I MEAN, EVEN IF THAT WATER WAS LEFT THERE

11:50:09    8    PERMANENTLY, THAT INCREASE IN PRESSURE WILL STAY -- WELL, THE

11:50:13    9    INCREASE IN PRESSURE DOES NOT CHANGE, IT WOULD STAY THERE.  IF

11:50:17   10    IT WAS LEFT THERE PERMANENTLY, YOU WOULD ESTABLISH FLOW, AND

11:50:21   11    THEN YOU GO INTO THIS TRANSIENT-FLOW CONDITION.

11:50:26   12                AND IN TRANSIENT FLOW, YOU HAVE HEADS CHANGING

11:50:29   13    WITH TIME, THE HEADS ARE SLOWLY INCREASING, BUT IT WOULD TAKE A

11:50:33   14    LONG TIME TO REACH STEADY FLOW, YOU KNOW, MONTHS OR A YEAR OR

11:50:38   15    TWO.  SO -- AND THIS IS NORMALLY HOW WE WOULD -- WE WOULD

11:50:45   16    INVESTIGATE THIS PHENOMENON.

11:50:48   17           **THE COURT:**  SO YOU'RE SAYING WITHOUT FLOW, THERE'S NO

11:50:50   18    PRESSURE ON THE LAND SIDE; IS THAT --

11:50:52   19           **THE WITNESS:**  WITHOUT FLOW, THERE'S NO -- WELL, IF

11:50:55   20    THERE'S NO FLOW, THERE'S NO INCREASE IN PRESSURE DUE TO FLOW,

11:50:59   21    YES.

11:51:00   22                THE LAND SIDE HAS PORE PRESSURES.  THESE ARE

11:51:05   23    CONDITIONS, AND THEY MIGHT HAVE PORE PRESSURES INCREASE FROM

11:51:08   24    OTHER SOURCES, LIKE WATER THAT ACCUMULATE IN THE LAND SIDE WILL

11:51:11   25    INCREASE THE PORE PRESSURES JUST LIKE IT DID ON THE CANAL SIDE.

11:51:14    1    BUT -- BUT IT WOULD TAKE MONTHS IN ORDER FOR THE PRESSURES DUE

11:51:22    2    TO THE FLOW FROM THE FLOODWATERS ON THE CANAL SIDE TO BE FELT

11:51:26    3    ON THE LAND SIDE.

11:51:27    4             THE COURT:  AND THE PRESSURE COMING FROM THE WATER

11:51:32    5    SIDE, IS IT MY UNDERSTANDING THAT YOU'RE TESTIFYING THAT

11:51:35    6    PRESSURE FROM THE WATER, ASSUMING NO OVERFLOW, WOULD ONLY BE

11:51:45    7    FELT IF THE WATER ULTIMATELY FLOWED THROUGH TO THE OTHER -- TO

11:51:48    8    THE LAND SIDE FROM THE PROTECTED SIDE?

11:51:51    9             THE WITNESS:  THAT IS CORRECT.  AND EVENTUALLY IT

11:51:52   10    WOULD.  IF WE KEPT THE WATER LEVEL THERE AND WAIT A YEAR, YOU

11:51:56   11    WOULD FEEL THOSE PRESSURES.

11:51:57   12             THE COURT:  I UNDERSTAND.

11:51:58   13             THE WITNESS:  BUT YOU WOULD HAVE TO WAIT THAT LONG.

11:52:00   14    IT'S JUST LIKE THE DEMONSTRATION OUTSIDE THE COURTROOM.  I

11:52:02   15    MEAN, WE HAD TO WAIT 10 MINUTES FOR THE LAST CHAMBER TO FEEL

11:52:08   16    THE PRESSURE.  IN THE EBIA CASE WHERE WE HAVE MILLIONS OF THOSE

11:52:11   17    CHAMBERS, WE'LL HAVE TO WAIT LONGER.  WE'LL HAVE TO WAIT A YEAR

11:52:15   18    OR SO.

11:52:16   19             NOW, I'VE SHOWN YOU FOR COMPARISON THE SAME

11:52:20   20    SIMPLE PROCESS, BUT I'VE INCLUDED DR. BEA'S HYDRAULIC

11:52:24   21    CONDUCTIVITY PRESSURE TRANSMISSION, WHICH WE HAVE TRIED TO

11:52:32   22    UNDERSTAND.  AND WE WILL BE TALKING MORE ABOUT THESE.

11:52:34   23             BUT AFTER THIS CHANGE IN BOUNDARY TOTAL HEAD,

11:52:38   24    WHICH IS ONLY FELT IN THE CANAL SIDE, DR. BEA HAS THESE

11:52:42   25    PRESSURES MOVING RAPIDLY TOWARDS THE LAND SIDE IN A PROCESS

| 11:52:47 | 1 | THAT HE ANALYZES USING DARCY'S LAW OR THE STEADY-FLOW |
| 11:52:54 | 2 | EQUATIONS, ALTHOUGH HE STATES THAT THERE'S NO FLOW, BUT JUST |
| 11:52:59 | 3 | PRESSURES. |
| 11:53:00 | 4 | SO THIS -- THIS IS -- THIS IS HOW THE |
| 11:53:05 | 5 | PROFESSIONAL LOOKS AT THESE TRANSIENT-FLOW PROBLEMS NORMALLY. |
| 11:53:11 | 6 | AND WE WILL BE TALKING IN A LITTLE BIT ABOUT THIS OTHER |
| 11:53:14 | 7 | PROCESS, WHICH HAS THIS ADDITIONAL STEP OF TRANSMITTING THE |
| 11:53:18 | 8 | PORE PRESSURES LATERALLY, TOWARDS THE CANAL SIDE. |
| 11:53:26 | 9 | SO THE EBIA FLOODWALL TOP ELEVATION WAS NOT |
| 11:53:29 | 10 | UNIFORM, AND WE KNOW THAT IT WAS BELOW THE DESIGN ELEVATION AT |
| 11:53:34 | 11 | THE LOCATION OF THE TWO BREACHES.  YOU KNOW, PART OF IT DUE TO |
| 11:53:39 | 12 | SUBSIDENCE, PART OF IT BECAUSE IT WAS BUILT TO WHATEVER |
| 11:53:44 | 13 | ELEVATION IT WAS BUILT TO AT THE TIME. |
| 11:53:45 | 14 | WE HAVE THE NORTH BREACH, AND I WILL BE TALKING |
| 11:53:47 | 15 | HERE FIRST ABOUT -- MOSTLY ABOUT THE NORTH BREACH, AND THEN WE |
| 11:53:51 | 16 | WILL TALK ABOUT THE SOUTH BREACH. |
| 11:53:53 | 17 | BUT IN THE NORTH BREACH, AS WE KNOW FROM |
| 11:53:56 | 18 | PREVIOUS PRESENTATION, THERE WERE TWO I-WALLS, THE 1980 I-WALL, |
| 11:54:01 | 19 | WHICH HAD THE LONGER PILES.  IT WAS CONNECTED DIRECTLY TO THE |
| 11:54:06 | 20 | 1969 I-WALL WITH NO TRANSITION. |
| 11:54:11 | 21 | THIS STEP HERE IS PROBLEMATIC BECAUSE WHEN YOU |
| 11:54:15 | 22 | HAVE THOSE DIFFERENCES, YOU TEND TO CREATE STRESS |
| 11:54:22 | 23 | CONCENTRATIONS, WHICH ARE NOT A GOOD THING.  AND, IN FACT, |
| 11:54:26 | 24 | THAT -- THAT SUDDEN TRANSITION IN PILING NORMALLY WE CONSIDER |
| 11:54:34 | 25 | UNDESIRABLE.  IT'S AN UNDESIRABLE DESIGN FEATURE.  THIS REALLY |

11:54:39   1   SHOULD HAVE HAD A STEP CONNECTION HERE WITH PROGRESSIVELY

11:54:42   2   SHORTER PILES AND BUILT UNTIL IT ENDED UP AT THIS ELEVATION.

11:54:49   3   BUT NEVERTHELESS, IT WASN'T DONE THAT WAY.

11:54:52   4            SO THIS IS THE SITUATION THAT WE START WITH, AND

11:55:01   5   THE CANAL WATER EVENTUALLY OVERTOPS THE FLOODWALL.  IT KEEPS

11:55:08   6   INCREASING.  THE WAVES HIT THE WALL, SOME OF IT GOES OVER, AND

11:55:12   7   IT STARTS ERODING THE LAND SIDE, WHERE WE KNOW NO SCOUR

11:55:18   8   PROTECTION WAS PROVIDED IN THE DESIGN.  IT WAS MENTIONED

11:55:24   9   EARLIER THAT WHEN THE WAVE HITS THE WALL, THE HEIGHT DOUBLES

11:55:30   10  FROM HITTING THE WALL.  AND WE KNOW FROM MR. VILLAVASO'S

11:55:34   11  TESTIMONY THAT HE SAW QUITE A BIT OF WATER COMING OVER THE WALL

11:55:37   12  STARTING AFTER 3:00 A.M. AT SOME POINT.

11:55:42   13            AND -- AND HERE -- WE SAW THIS PHOTOGRAPH

11:55:48   14  EARLIER IN THIS TRIAL WHERE WE HAVE, ON THE IHNC, ON THE WEST

11:55:53   15  SIDE, A WAVE OVERTOPPING DURING HURRICANE GUSTAV.  AND THESE

11:56:02   16  ARE INDUSTRIAL AMOUNTS OF WATER THAT CAN CAME OVER THESE WALLS

11:56:06   17  IN WAVE-OVERTOPPING EVENT.  IT'S NOT A DRIBBLE OF WATER.

11:56:12   18            SO THE WAVES OVERTOP THE WALL.  THE SURGE

11:56:17   19  CONTINUES TO INCREASE.  IT PUSHES ON THE WALL AND IT OPENS THE

11:56:23   20  GAP.  SO WE HAVE THE GAP FORMING AND THE SCOUR TRENCH FORMING.

11:56:27   21  AND AS THIS GAP -- AS THIS SCOUR TRENCH INCREASED IN DEPTH, THE

11:56:33   22  WALL DEFORMED MORE AND MORE.  THE EROSION HERE REDUCES THE

11:56:39   23  LEVEL OF STABILITY.  THE WALL MOVES THE CONCRETE, AND IT

11:56:48   24  CANNOT -- IT CANNOT -- IT'S NOT VERY RESISTENT IN TENSION.  IT

11:56:50   25  STARTS TO CRACK WITH THE ELEVATION OF THE WALL AS IT MOVES.

11:56:56    1              AND, YOU KNOW, WE JUST WANT TO POINT OUT THAT

11:57:00    2    THE GAP FORMATION IS REALLY NOT DISPUTED HERE.  DURING THE

11:57:06    3    TRIAL TESTIMONY EARLIER THIS MONTH -- OR ACTUALLY LAST MONTH,

11:57:11    4    DR. BEA MENTIONED THAT IT WAS -- "SO YOU AGREE THAT IF A GAP

11:57:14    5    FORMS AT THE FLOODWALL BREACHES AT THOSE SITES ON THE CANAL

11:57:17    6    SIDE, AS YOU HAVE POSTULATED UNDER YOUR THEORIES, AND THE GAP

11:57:21    7    GOES ALL THE WAY DOWN TO THE TIP OF THE PILE, THAT WOULD BE AN

11:57:27    8    IMPORTANT PART OF THE DESTABILIZATION OF THE FLOODWALL; ISN'T

11:57:31    9    THAT RIGHT?"

11:57:32   10              AND THE ANSWER WAS:  "YES, SIR."

11:57:34   11              SO THE GAP REALLY WAS NOT DISPUTED.

11:57:36   12              AND WE SEE -- WE WERE ABLE TO SEE EVIDENCE, AS

11:57:41   13    WE WERE LOOKING AT THESE FACILITIES AFTER RITA, THE REMNANTS OF

11:57:47   14    GAP.  HERE WE HAVE THE WASTE SOIL THAT FELL INTO THE GAP,

11:57:51   15    BASICALLY, AT SOME POINT DURING THIS EVENT.

11:57:54   16              AND YOU HAVE SEEN BOTH OF THESE BEFORE, SO I

11:57:57   17    WON'T SPEND MUCH TIME HERE, AND THEY'RE NOT EASILY READ ON THE

11:58:02   18    SCREEN ANYWAY, BUT THEY'RE MEASUREMENTS OF THE GAP, WHICH

11:58:05   19    SUGGESTS THAT -- I'M SORRY, NOT THE GAP, MEASUREMENTS OF THE

11:58:09   20    SCOUR TRENCH THAT INDICATE DEPTHS OF 4 FEET OR 5 FEET IN THE

11:58:14   21    EBIA AREA.

11:58:17   22              NOW, TO TALK ABOUT THE SCOUR TRENCH, RATHER

11:58:20   23    THAN -- I MEAN, WE HAVE SEEN THE MEASUREMENTS, WE HAVE SEEN

11:58:25   24    CLOSE-UP PICTURES.  I THINK IT'S VERY INSTRUCTIVE TO USE THIS

11:58:29   25    AERIAL PHOTOGRAPH WHICH APPEARS ON THE COVER OF MY EXPERT

3762

11:58:32  1  REPORT.

11:58:33  2              AND WE SEE HERE THE NORTH BREACH AND WE SEE HERE

11:58:36  3  THE SOUTH BREACH.  THIS IS A PHOTO THAT WAS TAKEN AFTER KATRINA

11:58:41  4  BUT BEFORE RITA.  AND IT'S -- IF WE MOVE TO THE BLOWUP HERE,

11:58:48  5  IT'S KIND OF INSTRUCTIVE TO SEE FROM THE AIR THIS SCOUR TRENCH.

11:58:52  6  WE DON'T KNOW -- OF COURSE, HERE THE EVIDENCE WENT AWAY WITH

11:58:56  7  THE FAILURE.

11:58:57  8              BUT HERE WE HAVE A RATHER WIDE SCOUR TRENCH,

11:59:02  9  STILL WITH SOME WATER THAT REFLECTS THE LIGHT AND ALLOWS US TO

11:59:05  10  SEE IT FROM THE AIR.

11:59:06  11              AND THEN LOOK WHAT HAPPENS.  IT REALLY NARROWS A

11:59:12  12  LOT.  YOU CAN STILL SEE THE TRACE OF THE SCOUR TRENCH, BUT IT'S

11:59:15  13  MUCH NARROWER.  AND THEN IT OPENS UP AGAIN, AND THEN IT GETS

11:59:21  14  NARROW AGAIN.

11:59:22  15              NOW, WE KNOW THAT AT THESE LOCATIONS WHERE YOU

11:59:26  16  CAN HARDLY SEE IT, THE SCOUR TRENCH WAS ABOUT 4 FEET DEEP.  I

11:59:30  17  MEAN, WE HAVE A MEASUREMENT HERE, FOR EXAMPLE, WHICH IS ABOUT

11:59:34  18  4 FEET DEEP.  WE DON'T KNOW EXACTLY WHERE THE SCOUR TRENCH

11:59:39  19  LEVELS WERE AT THE FAILURES.  BUT IT IS IMPORTANT TO SEE THAT

11:59:42  20  THE SCOUR TRENCH DEPTH IS REALLY VERY VARIABLE.  IT IS VERY

11:59:47  21  DIFFICULT TO PREDICT EXACTLY, HOUR BY HOUR, WHAT IS THE DEPTH

11:59:53  22  AND WIDTH OF THE SCOUR TRENCH.  I, FRANKLY, THINK IT'S FUTILE

11:59:57  23  TO DO THAT, AND I DIDN'T TRY TO DO THAT.

12:00:00  24              SO WHAT I -- MY APPROACH WAS TO RECOGNIZE THE

12:00:03  25  EXISTENCE OF THIS SCOUR TRENCH AND, THROUGH FIELD EVIDENCE,

| | | |
|---|---|---|
| 12:00:08 | 1 | CONVINCE MYSELF THAT THE -- THE DEPTH AND WIDTH OF THE SCOUR |
| 12:00:14 | 2 | TRENCHES THAT WERE NEEDED TO DESTABILIZE THE WALL HAD TAKEN |
| 12:00:19 | 3 | PLACE OR -- DURING THE EVENT AT THE EAST BANK INDUSTRIAL AREA. |
| 12:00:23 | 4 | AND JUST PUTTING THOSE TWO PIECES OF INFORMATION TOGETHER, I |
| 12:00:30 | 5 | INCORPORATED IT INTO THE MECHANISM. |
| 12:00:32 | 6 | THERE'S ANOTHER THING THAT'S INTERESTING THAT I |
| 12:00:35 | 7 | LEARNED FROM DR. DALRYMPLE.  IF WE LOOK AT THE SCOUR TRENCH |
| 12:00:39 | 8 | RIGHT HERE -- AND IT IS QUITE WIDE TOWARDS THE SOUTHERN END OF |
| 12:00:42 | 9 | THE NORTH BREACH.  DR. DALRYMPLE TELLS ME THAT AFTER THE |
| 12:00:47 | 10 | FAILURE OCCURS, THE WATER LEVEL FOR ABOUT -- HE TELLS ME 100 TO |
| 12:00:54 | 11 | 150 FEET FROM THIS POINT, THE WATER LEVEL -- THE CANAL WATER |
| 12:00:59 | 12 | LEVEL WILL BE DEPRESSED BECAUSE THE WATER WILL BE FLOWING |
| 12:01:02 | 13 | THROUGH THE GAP AND THE WATER LEVEL WILL GO DOWN HERE. |
| 12:01:09 | 14 | AND YOU CAN ENVISION THAT.  HERE YOU HAVE A HIGH |
| 12:01:12 | 15 | WATER LEVEL, HERE YOU HAVE A MUCH LOWER WATER LEVEL, HERE YOU |
| 12:01:15 | 16 | HAVE TRANSITION, SO YOU HAVE TO GO UP UNTIL YOU MEET THE HIGH |
| 12:01:18 | 17 | WATER LEVEL.  AND FOR 100 FEET OR SO, THE WATER LEVEL IS |
| 12:01:22 | 18 | DEPRESSED BELOW THE TOP OF THE WALL. |
| 12:01:30 | 19 | SO THE RELEVANCE OF THIS -- THIS IMPORTANT |
| 12:01:32 | 20 | OBSERVATION IS THAT WHILE IT IS TRUE THAT THERE WAS FURTHER |
| 12:01:38 | 21 | OVERTOPPING OF THESE WALLS DURING -- AFTER THE FAILURE |
| 12:01:42 | 22 | OCCURRED, NEAR THE FAILURE THERE WOULD HAVE BEEN NO MORE |
| 12:01:47 | 23 | OVERTOPPING FOR ABOUT 100 FEET.  SO THE EVIDENCE THAT WE HAVE |
| 12:01:50 | 24 | THERE WOULDN'T HAVE CHANGED MUCH DUE TO WHATEVER HAPPENED AFTER |
| 12:01:54 | 25 | THE FAILURE. |

12:01:56   1              AND YOU CAN SEE THAT EVEN WITH ALL ADDITIONAL

12:02:00   2   OVERTOPPING THAT HAPPENED AFTER THE NORTH BREACH TOOK PLACE,

12:02:03   3   THE DIMENSIONS OF THE SCOUR TRENCH VARIES SO MUCH THAT IT GOES

12:02:07   4   FROM SOMETHING LIKE THIS, WHERE YOU CAN SEE IT FROM THE

12:02:11   5   HELICOPTER EASILY, TO SOMETHING THAT YOU CAN HARDLY SEE, EVEN

12:02:15   6   THOUGH IT IS 4 FEET DEEP.

12:02:17   7              **MR. SCHULTZ:**  YOUR HONOR, IF I COULD -- I THINK

12:02:19   8   YOU'RE AT A PAUSE, DR. SILVA -- I WANT TO LODGE AN OBJECTION TO

12:02:23   9   THE HEARSAY OF DR. DALRYMPLE.

12:02:24  10              HE TESTIFIED IN THIS CASE.  WE WOULD HAVE BEEN

12:02:26  11   VERY HAPPY TO CROSS-EXAMINE HIM ON THAT POINT.  INSTEAD, THAT

12:02:30  12   APPARENT OPINION OF DR. DALRYMPLE'S CAME IN THROUGH DR. SILVA,

12:02:35  13   PERHAPS UNWITTINGLY ON DR. SILVA'S PART -- I'M NOT ASSIGNING

12:02:39  14   ANY MOTIVE TO HIM -- BUT HE'S SERVING AS A CONDUIT FOR

12:02:39  15   INADMISSIBLE TESTIMONY WE WERE DENIED THE RIGHT TO

12:02:41  16   CROSS-EXAMINE ON.  WE WOULD ASK THAT THAT PORTION OF THE

12:02:44  17   TESTIMONY BE STRICKEN.

12:02:46  18              **MR. TREEBY:**  YOUR HONOR, PLEASE, I THINK HE CAN

12:02:48  19   CROSS-EXAMINE THIS WITNESS ON THE LOGIC OF THAT, GIVEN WHAT HE

12:02:51  20   KNOWS ABOUT MECHANICS AND SOILS AND WATERS AS AN EXPERIENCED

12:02:55  21   ENGINEER.  BUT HE DID RELY ON THIS IN LOOKING AT THIS AND

12:02:59  22   MAKING THIS ANALYSIS.

12:03:02  23              **MR. SCHULTZ:**  JUDGE, IF HE HAD RELIED ON IT, IT WAS

12:03:05  24   NOT PART OF HIS REPORT, IT WAS NOT PART OF HIS DEPOSITION.  I

12:03:09  25   DON'T KNOW WHEN THIS CONVERSATION HAPPENED, BUT THIS IS THE

12:03:11   1   FIRST WE'VE HEARD OF IT.

12:03:13   2           **THE COURT:**  WE MAY NEED TO ESTABLISH IF, IN RENDERING

12:03:15   3   HIS OPINION, IT WAS PROVIDED TO THE OPPOSING SIDE.

12:03:18   4           YOU RELIED ON DR. DALRYMPLE'S COMMENT, OR DID

12:03:21   5   THIS COME LATER ON, SIR?

12:03:24   6           **THE WITNESS:**  NO, IT WAS BEFORE MY REPORT.  I WORKED

12:03:26   7   CLOSELY WITH DR. DALRYMPLE AND HIS TEAM IN ESTABLISHING THE

12:03:32   8   BOUNDARY CONDITIONS FOR THIS PROBLEM.  SO THIS WAS ALL -- THESE

12:03:36   9   WERE ALL CONVERSATIONS THAT TOOK PLACE BEFORE MY REPORT WAS

12:03:39  10   WRITTEN.

12:03:40  11           **THE COURT:**  BASED ON THAT, I'M GOING TO OVERRULE THE

12:03:42  12   OBJECTION.

12:03:44  13           GO AHEAD, SIR.

12:03:47  14           **THE WITNESS:**  LET'S SEE.  NOW, ANOTHER THING THAT I

12:03:53  15   WANT TO POINT OUT IS HERE WE HAVE THE WIDE TRENCH AND HERE WE

12:03:58  16   HAVE THE WIDE TRENCH AND MUCH SMALLER IN BETWEEN.  SO WHY THAT

12:04:02  17   DIFFERENCE?  I KNOW THERE ARE MANY VARIABLES:  THE SOIL TYPE,

12:04:05  18   THE STRENGTH OF THE SOIL, THE GROUND VEGETATION, CULVERT, ALL

12:04:10  19   OF THAT.

12:04:11  20           BUT HERE THE EXPLANATION IS A LOT SIMPLER.  THE

12:04:14  21   NORTH BREACH HAD THE LOWEST TOP-OF-WALL ELEVATION AT 11.3, AND

12:04:22  22   THAT IS HERE.  WE HAVE A WIDE TRENCH IN THAT GENERAL AREA.  THE

12:04:29  23   SECOND-LOWEST POINT WAS THE SOUTH BREACH, AT 12.1, AND WE DON'T

12:04:35  24   SEE IN THE PHOTOGRAPH WHAT THE TRENCH LOOKS LIKE THERE FROM THE

12:04:37  25   AIR.

12:04:38    1            BUT THE THIRD-LOWEST POINT HAPPENS TO BE IN AN

12:04:43    2   AREA NORTH OF THE BORROW PIT, TOWARDS THE NORTH END OF THE

12:04:47    3   BORROW PIT, AT 12.3.  AND IT'S INTERESTING TO SEE THAT THAT'S

12:04:51    4   WHERE WE HAVE THE OTHER WIDE SCOUR TRENCH, JUST NORTH OF THE

12:04:55    5   BORROW PIT.  YOU CAN SEE IT HERE A LITTLE BIT MORE CLEARLY.  AS

12:04:58    6   YOU SEE, THE ENTIRE BORROW PIT FLOODED.  BUT HERE'S NORTH OF

12:05:05    7   THE BORROW PIT.  SO JUST AN OBSERVATION, WHERE WE HAD THE

12:05:09    8   LOWEST TOP-OF-WALL ELEVATION, WE SEEM TO HAVE THIS MUCH LARGER

12:05:14    9   SCOUR TRENCHES.

12:05:19   10            NOW, YOU KNOW, THE -- THE WATER LOADING AGAINST

12:05:24   11   THE FLOODWALL CONTINUED AND IT ACTUALLY CONTINUED TO ACT

12:05:31   12   AGAINST THE WALL AND INCREASE THE SHEAR STRESS LEVELS IN THE

12:05:35   13   SOILS.  THIS LED TO THE ELONGATION OF THESE PILES AND THE

12:05:39   14   CRACKING OF THE CONCRETE.  WHEN WE HAVE SCOUR TRENCHES THAT --

12:05:45   15   YOU KNOW, WAS -- THE 4-FOOT REFERENCE HERE GOES BACK TO ONE OF

12:05:50   16   MY ANALYSES WHERE I CONCLUDE THAT A TRENCH ABOUT 4 FEET DEEP

12:05:57   17   WOULD DESTABILIZE THE WALL TO THE POINT THAT YOU WOULD EXPECT

12:06:01   18   IT TO HAVE UNSATISFACTORY PERFORMANCE.  AND BY THAT I MEAN, YOU

12:06:05   19   WOULD EXPECT IT TO DEFORM IN A WAY THAT WOULD NOT HAVE BEEN

12:06:09   20   EXPECTED BY THE DESIGNERS.

12:06:12   21            SO -- AND WE THEN KNOW THAT WE DID HAVE SCOUR

12:06:15   22   TRENCHES OF THAT MAGNITUDE IN THE EAST BANK INDUSTRIAL AREA.

12:06:21   23            SO MY MECHANISM MAKES USE OF THESE TWO

12:06:26   24   OBSERVATIONS, THE ANALYSIS PLUS THE FIELD OBSERVATION, TO

12:06:30   25   INCORPORATE THE SCOUR TRENCH IN THE FAILURE MECHANISM.

12:06:37   1              NOW, MENTION OF THE CONCRETE CRACKS.  AND AT THE

12:06:41   2   NORTH BREACH, WE HAD THIS FEATURE WHICH DOESN'T APPEAR ANYWHERE

12:06:44   3   ELSE THAT WE COULD FIND IN THE EAST BANK INDUSTRIAL AREA.  WE

12:06:47   4   HAD A 17-INCH WELD, WHICH WAS A VERY CRUDE FIELD WELD, RIGHT AT

12:06:56   5   THE CONNECTION BETWEEN THE 1969 I-WALL AND THE 1980 I-WALL.  WE

12:07:01   6   DON'T KNOW HOW THIS CAME ABOUT, BUT IT SEEMS REASONABLE TO

12:07:06   7   THINK THAT DURING THE CONSTRUCTION SOMETHING HAPPENED THAT THE

12:07:10   8   PILE WAS RIPPED AND THERE WAS REPAIR IN THE FIELD.

12:07:15   9              THIS WELD, BASED ON AN EXAMINATION OF THE

12:07:20  10   MATERIAL OF THE PILE BY OUR CONSULTANTS, EXPONENT -- AND SOME

12:07:25  11   OF THAT WORK WAS DICTATED IN AN EARLIER PRESENTATION, SO I

12:07:29  12   WON'T GO OVER IT -- THIS WELD WOULD HAVE HAD VERY, VERY LOW

12:07:35  13   RESISTANCE TO TEAR.

12:07:38  14              SO IN MY FAILURE MODEL, AFTER THE CONCRETE

12:07:45  15   CRACKS, WHICH HAPPENS EASILY IN TENSION BECAUSE CONCRETE IS NOT

12:07:48  16   VERY GOOD IN TENSION -- IN RESISTING TENSION, THIS WELD THEN

12:07:55  17   QUICKLY FAILS BECAUSE IT IS A VERY WEAK POINT.  IT IS A VERY

12:08:00  18   WEAK POINT, AND IT STARTS FAILING HERE.  AND THAT LEADS TO A

12:08:04  19   TEAR WHICH EXTENDS FOR ABOUT 12 FEET BELOW THE WELD, WHICH WE

12:08:13  20   WERE ABLE TO MEASURE BECAUSE THIS SECTION WAS REMOVED AND

12:08:18  21   PRESERVED.

12:08:20  22              ONCE THAT TEAR EXISTS, THE STRESSES, THE

12:08:22  23   LONGITUDINAL STRESSES IN THESE PILES, RESULTED IN THE

12:08:27  24   SEPARATION OF THIS CONNECTION HERE FROM THE BOTTOM UP.  THE

12:08:31  25   CONNECTION WAS RESISTING THE STRESSES FINE WHEN THEY WERE

| | | |
|---|---|---|
| 12:08:35 | 1 | DISTRIBUTED ALONG THE ENTIRE LENGTH OF THE PILE, BUT ONCE THE |
| 12:08:39 | 2 | TEAR OCCURS, IN ESSENCE, THE PILE LENGTH IS CUT IT HALF.  SO |
| 12:08:45 | 3 | STRESSES CAN NO LONGER BE CARRIED ACROSS THIS SYSTEM THROUGH |
| 12:08:48 | 4 | THE TEAR.  SO THEY ALL GET CONCENTRATED ON THE BOTTOM, AND THAT |
| 12:08:51 | 5 | CONCENTRATION OF STRESSES CAUSED THE SEPARATION OF THE PILE AND |
| 12:08:55 | 6 | WHAT I -- I THINK IN THE REPORT I CALL "UNZIPPING."  IT JUST |
| 12:08:59 | 7 | UNZIPPED FROM THE BOTTOM UP, AND THIS IS A PROCESS THAT WOULD |
| 12:09:02 | 8 | HAVE HAPPENED RATHER QUICKLY. |
| 12:09:05 | 9 | AND ONCE THAT HAPPENS, THE ENTIRE WALL FAILED. |
| 12:09:08 | 10 | AND WHEN IT FAILED, IT FAILED IN A BIG WAY.  WE HAVE THE |
| 12:09:15 | 11 | TESTIMONY OF MR. VILLAVASO, WHO SAW THIS HAPPENING FROM THE |
| 12:09:19 | 12 | PUMPING STATION.  HE MAKES REFERENCE TO THE MASSIVE AMOUNTS OF |
| 12:09:26 | 13 | WATER THAT HE COULD SEE. |
| 12:09:34 | 14 | NOW, THAT, IN SUMMARY, IS WHAT I CONCLUDED FROM |
| 12:09:36 | 15 | MY ANALYSIS ON HOW THE NORTH BREACH MECHANISM DEVELOPED. |
| 12:09:42 | 16 | FOR THE SOUTH BREACH, WE HAVE ESSENTIALLY THE |
| 12:09:47 | 17 | SAME MECHANISM WITH A FEW DIFFERENCES.  I ALSO -- MY ANALYSIS |
| 12:09:51 | 18 | ALSO CONCLUDES THAT THE SOUTH BREACH FAILED JUST AS THE STORM |
| 12:09:56 | 19 | SURGE WAS AT THE SAME LEVEL AS THE TOP OF THE WALL, SO JUST AS |
| 12:10:02 | 20 | THE FULL OVERTOPPING WAS TAKING PLACE. |
| 12:10:04 | 21 | AND WE CANNOT PREDICT THESE TO THE INCH.  I |
| 12:10:08 | 22 | MEAN, IT MIGHT BE THAT THEY WOULD HAVE HAD SOME FULL |
| 12:10:12 | 23 | OVERTOPPING FOR A WHILE, YOU KNOW, FOR 10 OR 15 OR 20 MINUTES, |
| 12:10:17 | 24 | I DON'T KNOW.  BUT THE ANALYSIS IN BOTH CASES TELL ME THAT WHEN |
| 12:10:21 | 25 | THE WATER LEVEL REACHED THE TOP OF THE ELEVATION, THAT FAILURE |

12:10:26   1   TOOK PLACE.  AND THE DATA FROM WHEN THE WATER LEVEL REACHED THE

12:10:31   2   ELEVATION WAS PROVIDED TO ME BY DR. DALRYMPLE.  THE FORCES THAT

12:10:38   3   RESULT FROM THAT LEVEL OF WATER WERE THE ONES THAT I USED TO

12:10:41   4   COMPUTE THE FAILURE OF THE STRUCTURE.

12:10:46   5                SO THESE TWO PIECES OF INFORMATION, THEY HAVE

12:10:50   6   DIFFERENT SOURCES, BUT THEY CAME TOGETHER.  SO, FRANKLY, TO ME

12:10:55   7   IT WASN'T SURPRISING THAT IT WAS SO SIMILAR FOR THE NORTH

12:10:59   8   BREACH AND THE SOUTH BREACH.

12:11:00   9                THE MAIN THING, FOR INSTANCE, ARE THAT THE SOUTH

12:11:02   10  BREACH DOESN'T HAVE A WEAK WELD.  NOT ONLY DID -- IT DIDN'T

12:11:08   11  HAVE THE WEAK WELD, BUT IT ALSO HAD A HIGHER LEVEL OF STABILITY

12:11:14   12  OR A LOWER SHEAR STRESS LEVEL.

12:11:16   13                NOW, THIS IS IMPORTANT.  AT THE NORTH BREACH, WE

12:11:18   14  KNOW THAT THE GROUND SURFACE IN THE LAND SIDE WAS LOWER, REALLY

12:11:23   15  LOWER THAN IT SHOULD HAVE BEEN, BUT IT WAS LOWER THAN THE CANAL

12:11:26   16  SIDE, AND THAT DESTABILIZING -- THAT PROVIDES A DESTABILIZING

12:11:31   17  EFFECT, LESS LATERAL SUPPORT.

12:11:33   18                AT THE SOUTH BREACH, WE DIDN'T HAVE THAT BIG

12:11:38   19  DIFFERENCE.  SO THE SOUTH BREACH HAD A HIGHER FACTOR OF SAFETY,

12:11:42   20  SO TO SPEAK.  NOW, I THINK THESE TWO CONSIDERATIONS RESULTED IN

12:11:50   21  THE SOUTH BREACH REQUIRING A MUCH LARGER SECTION OF THE WALL TO

12:11:53   22  FAIL BEFORE THE BREACH DEVELOPED, BUT IT WAS ALSO AN

12:11:58   23  OVERTURNING FAILURE DUE TO OVERTOPPING AND SCOUR EROSION.

12:12:04   24                AND, REALLY, IT'S NOT ALL THAT COMPLICATED.  THE

12:12:09   25  LOCATION OF THE NORTH BREACH HAD THE LOWEST TOP-OF-WALL

12:12:16   1   ELEVATION IN THE EBIA, AND IT FAILED FIRST.  THE LOCATION IN

12:12:18   2   THE SOUTH BREACH HAD THE SECOND LOWEST TOP-OF-WALL ELEVATION IN

12:12:21   3   THE EBIA, AND IT FAILED NEXT.

12:12:23   4                   AND WE KNOW THAT IF WE HAD -- IF THE STORM SURGE

12:12:26   5   HAD STAYED THERE MUCH LONGER, THE BORROW PIT, WHICH HAS THE

12:12:30   6   THIRD LOWEST, I WOULD HAVE PREDICTED THAT THAT WOULD HAVE BEEN

12:12:35   7   NEXT, BUT IT DIDN'T HAPPEN BECAUSE THE STORM SURGE WENT DOWN.

12:12:44   8                   SO AFTER OF THE BREACHES, THE FLOODWATERS

12:12:47   9   RECEDE, SO THEY WERE UP HERE AT THIS LEVEL.  AND GOING BACK TO

12:12:53  10   OUR OPEN EXCAVATION, LET'S SAY THE BORROW PIT, THE WATERS

12:12:57  11   RECEDE AND THE WATER ELEVATION IN THE CANAL GOES DOWN WITH

12:13:02  12   THE -- WE HAVE ON THE MODEL HERE UP UNTIL 50 HOURS.  AND WE SEE

12:13:09  13   THAT THESE PRESSURES DUE TO THE SEEPAGE DECREASE AS WELL.

12:13:12  14                   WE LEARNED BEFORE THAT THEY DON'T REALLY EXTEND

12:13:15  15   MUCH BEYOND 16 FEET AND THEY JUST DECREASE IN A TRANSIENT-FLOW

12:13:22  16   PROCESS AS THE -- AS THE HYDROGRAPH GOES DOWN.

12:13:29  17                   IT IS INTERESTING TO ME, ANYWAY, TO KNOW THAT

12:13:33  18   THE HIGHEST PORE PRESSURES DO NOT OCCUR AT THE HIGHEST POINT IN

12:13:36  19   THE HYDROGRAPH.  THE HIGHEST PORE PRESSURE OCCURS SEVERAL HOURS

12:13:41  20   AFTER THE HYDROGRAPH HAS STARTED TO GO DOWN.  IN OTHER WORDS,

12:13:44  21   IT'S LIKE THE WATER DOESN'T REALLY GET THE MESSAGE UNTIL A

12:13:47  22   LITTLE BIT LATER BECAUSE OF THE RESISTANCE THAT THE SOIL

12:13:51  23   IMPOSES TO THE WATER FLOW.  THAT OBSERVATION DOESN'T HAVE ANY

12:13:56  24   CONSEQUENCES ON WHAT WE'RE DOING, BUT IT'S INTERESTING TO KNOW

12:14:01  25   THAT THAT'S THE WAY THE SOIL BEHAVES.

12:14:05   1        NOW, I WAS THERE A COUPLE OF WEEKS AFTER THE

12:14:11   2   EVENT AND WALKED ALL OF THESE UP AND DOWN, AND I LOOKED AT MANY

12:14:17   3   PHOTOGRAPHS.  AND THIS IS ONE OF THE BEST ONES THAT I COULD

12:14:18   4   FIND FOR WHAT I WAS TRYING TO DO.  THERE HAS BEEN TALK ABOUT

12:14:23   5   THESE FAILURES BEING SHEAR FAILURES; IN OTHER WORDS, A

12:14:28   6   LANDSLIDE OCCURRED.  AND I LOOKED HARD -- IN FACT, OUR WHOLE

12:14:33   7   TEAM LOOKED VERY HARD WHEN WE WERE AT THE SITE -- FOR EVIDENCE

12:14:36   8   OF A SHEAR FAILURE, AND WE COULDN'T FIND ANY.

12:14:39   9        AND I LOOKED AT THIS -- AT THIS PHOTOGRAPH, AND

12:14:41  10   YOU CAN SEE THE LEVEE OR THE REMNANTS OF THE LEVEE.  YOU CAN

12:14:45  11   SEE HERE AN AREA THAT HAS NOT BEEN ERODED QUITE AS MUCH.  BUT

12:14:50  12   YOU SEE THE REMNANTS OF THE LEVEE AND YOU CAN SEE LINEAR

12:14:54  13   FEATURES HERE.  YOU CAN FOLLOW LINES, THAT THESE LEVEES ARE

12:14:59  14   BUILT IN LAYERS, COMPACTED SOIL LAYERS.  AND THE COMPACTED SOIL

12:15:00  15   LAYERS RESULTS IN STRAIGHT LINES ON THE SLOPE, AND YOU CAN SEE,

12:15:03  16   THOSE STRAIGHT LINES IN THIS PHOTOGRAPH, THEY ARE STILL

12:15:08  17   STRAIGHT.

12:15:09  18        I MEAN, THERE'S NO DOUBT IN MY MIND THAT WE

12:15:12  19   DON'T HAVE A SHEAR FAILURE HERE, CERTAINLY NOT BELOW THE LEVEL

12:15:17  20   OF THE EROSION, WHICH WAS NOT THAT SEVERE.

12:15:22  21        IN THE NORTH BREACH, THE PHOTOGRAPHS ARE NOT AS

12:15:25  22   HELPFUL BECAUSE THIS WAS A LOW POINT IN THE AREA.  SO THE WATER

12:15:28  23   STAYED THERE FOR LONGER, AND THE PHOTOGRAPHS MOSTLY SHOW WATER.

12:15:33  24   BUT WE COULD NOT FIND ANY AREAS OF A SHEAR FAILURE IN THE NORTH

12:15:37  25   BREACH EITHER.

12:15:38   1           **THE COURT:**  AND WHAT WOULD -- JUST FOR AN EXAMPLE,

12:15:41   2    WHAT WOULD BE -- I THINK I KNOW THE ANSWER, BUT WHAT WOULD BE

12:15:43   3    AN EVIDENCE OF A SHEAR FAILURE?

12:15:45   4           **THE WITNESS:**  WELL, IN THIS PHOTOGRAPH, IF THIS

12:15:47   5    HAD -- IF WE HAD HAD A SHEAR FAILURE, THESE LINEAR FEATURES

12:15:53   6    WOULD BE DISPLACED.  YOU WOULD FIND THESE STRAIGHTS LINES WOULD

12:15:57   7    BE OUT HERE SOMEWHERE.  SO THIS SOIL WOULD HAVE MOVED LATERALLY

12:16:02   8    AND WE WOULD HAVE HAD DISPLACEMENT OF THE SOIL BLOCK TOWARDS

12:16:08   9    THE LAND SIDE.

12:16:08  10           **THE COURT:**  THE PROTECTED SIDE OF THE LEVEE WOULD NOT

12:16:11  11    BE AS INTACT AS IT SHOWS THERE, IN ESSENCE?

12:16:15  12           **THE WITNESS:**  THAT'S RIGHT.  YOU WON'T BE ABLE TO

12:16:17  13    FOLLOW THESE COMPACTION LINES UP AND DOWN A STRAIGHT LINE

12:16:20  14    THROUGHOUT THE FAILURE AREA.  THIS WOULD HAVE BEEN EITHER

12:16:23  15    DEFORMED, KIND OF LIKE THE SHAPE OF THE PILES, OR MORE LIKELY,

12:16:29  16    THEY MIGHT BE -- IF IT MOVES IN WEDGES, IT MIGHT STILL BE

12:16:32  17    STRAIGHT, BUT THEY WOULD BE OVER HERE.

12:16:34  18           **THE COURT:**  ALL RIGHT.

12:16:35  19           **THE WITNESS:**  INSTEAD OF IN THE ORIGINAL PLACE.

12:16:37  20    THAT'S ONE THAT YOU WOULD SEE.

12:16:39  21                ANOTHER FEATURE THAT WE LOOKED FOR AND COULD NOT

12:16:44  22    FIND WHEN WE WERE VISITING THE AREA WAS THE -- THE FLOODWATERS

12:16:48  23    HAD RECEDED.  THEY HAD BEEN PUMPED OUT OR DEWATERED.  THE CORPS

12:16:53  24    USES THE TERM "UNWATERED," WHICH WAS STRANGE TO ME.  BUT THE

12:16:56  25    AREA HAD BEEN UNWATERED, SO WE COULD ACTUALLY WALK THROUGH THE

12:17:00    1    STREETS.

12:17:02    2            ANOTHER FEATURE THAT WE LOOKED FOR WAS ANY

12:17:06    3    EVIDENCE OF THE TOE OF THE LANDSLIDE PUSHING UP OR HEAVING UP

12:17:10    4    ABOVE THE GROUND SURFACE, AND WE WERE UNABLE TO FIND THAT.

12:17:15    5            I WALKED DOWN SOME OF THESE STREETS THINKING

12:17:20    6    THAT IT MIGHT BE FURTHER DOWN.  THERE WAS NO EVIDENCE THAT A

12:17:22    7    LANDSLIDE HAD TAKEN PLACE.  AND THE TOE OF THE LANDSLIDE WOULD

12:17:26    8    GENERALLY PUSH UP, AND YOU WOULD HAVE A HEAVE NEAR THE TOE OF

12:17:30    9    THE LANDSLIDE.  AND WE COULDN'T FIND EVIDENCE OF THAT EVEN AT

12:17:36   10    THIS LOCATION, WHICH IS THE SOUTH BREACH, OR THE NORTH BREACH

12:17:39   11    LOCATION.

12:17:40   12            SO ON THE BASIS OF THOSE OBSERVATIONS AND ALSO

12:17:43   13    THE BASIS OF STABILITY ANALYSIS, I CONCLUDED THAT A SHEAR

12:17:48   14    FAILURE HAD NOT TAKEN PLACE, ALTHOUGH THE SAFETY FACTOR AT THE

12:17:55   15    NORTH BREACH WAS QUITE LOW.

12:17:57   16            SO THE NORTH BREACH WAS CLOSER TO SHEAR FAILURE

12:18:01   17    THAN THE SOUTH BREACH, AND THAT LOW SAFETY FACTOR OR HIGH SHEAR

12:18:07   18    STRESS LEVEL DID CONTRIBUTE TO THE CRACKING OF THE CONCRETE,

12:18:11   19    WHICH IS PART OF THE FAILURE MECHANISM.

12:18:14   20            SO THERE'S AN ELEMENT OF DEFORMATIONS THERE, AT

12:18:17   21    LEAST THAT I CAN RELATE, TO THE HIGH SHEAR STRESS LEVEL, BUT

12:18:20   22    NOT TO A SHEAR FAILURE AS SUCH.

12:18:28   23            NOW, SIMILAR FAILURES OCCURRED AT THE OTHER

12:18:35   24    LOCATION WITHOUT ANY INFLUENCE FROM EXCAVATION.  THIS IS A

12:18:39   25    FAILURE THAT WE ALSO VISITED AT THE TIME.  THIS IS OUR

| | | |
|---|---|---|
| 12:18:41 | 1 | COLLEAGUE, RAY SEED, HERE FOR SCALE EFFECTS. |
| 12:18:46 | 2 | AND THIS IS IN THE WEST BANK OF THE IHNC.  AND |
| 12:18:53 | 3 | THIS WAS REPORTED BY -- IN A PAPER BY SEED AND BEA IN NOVEMBER |
| 12:18:58 | 4 | OF 2007.  AND THEY TALKED ABOUT OVERTOPPING FLOWS CARRYING THE |
| 12:19:01 | 5 | TRENCH AT THE REAR SIDE OF THE FLOODWALL AND THE |
| 12:19:05 | 6 | OVERTOPPING-INDUCED SCOUR WAS SUFFICIENT AS TO LATERALLY |
| 12:19:11 | 7 | UNBRACE THIS FLOODWALL SECTION.  THIS IS A SIMILAR MECHANISM, |
| 12:19:14 | 8 | ESSENTIALLY IDENTICAL MECHANISM OF THE ONE I DESCRIBED IN MY |
| 12:19:18 | 9 | REPORT. |
| 12:19:19 | 10 | THE FLOODWATERS OVERTOPPED THE WALL, INITIALLY |
| 12:19:23 | 11 | BY WAVE OVERTOPPING, AND LATER BY FULL OVERTOPPING IN SOME |
| 12:19:27 | 12 | CASES.  THE SCOUR TRENCH DEVELOPED, THE COMBINATION OF THE |
| 12:19:31 | 13 | WATER PUSHING FROM THE OTHER SIDE OF THE WALL AND THE LACK OF |
| 12:19:34 | 14 | LATERAL RESISTANCE FROM THIS EROSION, THIS CAUSED THE |
| 12:19:40 | 15 | FAILURE -- THE WALL TO MOVE; AND ONCE IT STARTS MOVING, MORE |
| 12:19:43 | 16 | WATER COMES IN AND THE PROCESS BECOMES UNSUSTAINABLE AND THE |
| 12:19:47 | 17 | BREACH HAPPENS. |
| 12:19:50 | 18 | **THE COURT:**  I NOTICE THAT THAT SAYS ALSO THAT "IT'S |
| 12:19:53 | 19 | UNUSUALLY SHORT SUPPORTING SHEET PILE (ONLY 17 FEET IN |
| 12:19:56 | 20 | LENGTH)." |
| 12:19:57 | 21 | IS THAT THE SAME LENGTH OF SHEET PILES THAT WAS |
| 12:19:58 | 22 | AT THE -- ON THE EAST SIDE OF THE EBIA, THE 1969 PORTION? |
| 12:20:05 | 23 | **THE WITNESS:**  ON THE EBIA WE HAVE PILES THAT ARE -- |
| 12:20:08 | 24 | THEY'RE A LITTLE BIT LONGER. |
| 12:20:11 | 25 | **THE COURT:**  BUT IT ENHANCED STABILITY FOR THE SHEET |

```
12:20:14    1   PILE TO BE LONGER?

12:20:15    2             THE WITNESS:  WELL, THE LONGER THE -- THE LONGER THE

12:20:17    3   PILE, THE BETTER -- THE MORE THE STRUCTURE WILL RESIST, YES,

12:20:21    4   SIR.

12:20:22    5             SO, YOU KNOW THE COMBI- -- WHAT YOU NEED TO LOOK

12:20:25    6   AT IS THE COMBINATION OF THE PILE AND THE DEPTH OF THE SCOUR

12:20:29    7   TRENCH AND THE PROPERTY OF THE SOIL.  IT'S ALL -- IT ALL ACTS

12:20:34    8   AS A SYSTEM.  IT'S AN INTEGRATED SYSTEM, REALLY.  THE WALL, THE

12:20:38    9   PILES, THE SOIL, AND THE LEVEE, YOU HAVE TO CONSIDER IT

12:20:42   10   ALTOGETHER.

12:20:43   11             BUT CERTAINLY IF YOU HAVE LONGER PILES, YOU WILL

12:20:45   12   HAVE MORE RESISTANCE.

12:20:56   13             NOW, HERE WE HAVE -- AND THIS IS AN AERIAL PHOTO

12:20:59   14   OF THE LOCATION OF THE FAILURE, WHICH WAS HERE IN THIS YARD.

12:21:04   15             AND ONE OF THE FEATURES THAT IS WORTH NOTING WAS

12:21:07   16   THAT THIS IS MAIN LEVEE, THE MAIN PROTECTION -- FLOOD

12:21:12   17   PROTECTION FOR THE AREA.  AND WE HAVE AN INCOMPLETE LEVEE IN

12:21:15   18   FRONT OF IT, WHICH WAS ABOUT 2 FEET HIGHER.

12:21:19   19             SO HERE'S WHERE THE IHNC AND THE MR ALL COME

12:21:24   20   TOGETHER.  AND THIS LEVEE DIDN'T PROVIDE ANY FLOOD PROTECTION

12:21:29   21   BECAUSE THE FLOODWATERS COULD GO AROUND IT.  BUT, YOU KNOW, THE

12:21:31   22   WAVES WOULD HAVE HIT THAT WALL FIRST.  SO THE MAGNITUDE OF THE

12:21:34   23   WAVES HERE WOULD HAVE BEEN TEMPERED BY THAT OBSTRUCTION.

12:21:38   24             NOW WE HAVE AN EXAMPLE OF A SIMILAR TYPE OF

12:21:43   25   FAILURE FROM THE ONE THAT I CONCLUDE THAT TOOK PLACE ON THE
```

| | | |
|---|---|---|
| 12:21:47 | 1 | EBIA, BOTH ON THE NORTH AND THE SOUTH BREACHES. |
| 12:21:51 | 2 | NOW, I WANT TO SPEND THE NEXT FEW MINUTES |
| 12:21:56 | 3 | TALKING ABOUT DR. BEA'S FAILURE -- |
| 12:22:00 | 4 | **MR. TREEBY:**  I DON'T NEED A BREAK.  I NOTE IT'S |
| 12:22:02 | 5 | 12:20.  I DON'T NEED A BREAK.  THIS IS A LOGICAL BREAKING |
| 12:22:06 | 6 | POINT, BUT IT'S UP TO THE COURT. |
| 12:22:08 | 7 | **THE COURT:**  ABOUT HOW LONG IS THIS, WOULD YOU THINK, |
| 12:22:12 | 8 | WITHOUT PUTTING ANY UNDUE PRESSURE ON -- |
| 12:22:16 | 9 | **THE WITNESS:**  IT WON'T BE SHORT -- SHORT ENOUGH, SO I |
| 12:22:17 | 10 | THINK IT'S PROBABLY A GOOD IDEA TO TAKE A BREAK. |
| 12:22:19 | 11 | **THE COURT:**  OKAY.  WE'LL A TAKE BREAK.  WE'LL BE |
| 12:22:21 | 12 | BACK -- LET'S MAKE IT AN HOUR BECAUSE TIME IS PRECIOUS. |
| 12:22:26 | 13 | BY THE WAY, I HAVE YOUR TIME THROUGH -- THROUGH |
| 12:22:29 | 14 | MONDAY.  THAT WAS YESTERDAY, I THINK. |
| 12:22:32 | 15 | **MR. BRUNO:**  IS THAT THE END OF MONDAY OR BEFORE |
| 12:22:35 | 16 | MONDAY? |
| 12:22:35 | 17 | **THE COURT:**  THE END OF MONDAY. |
| 12:22:36 | 18 | **MR. BRUNO:**  ALL RIGHT. |
| 12:22:36 | 19 | **THE COURT:**  45 HOURS AND 27 MINUTES FOR PLAINTIFF, |
| 12:22:39 | 20 | 49 HOURS AND 17 MINUTES FOR DEFENDANT.  AND I DON'T KNOW IF |
| 12:22:43 | 21 | THAT INCLUDES THE 20-MINUTE SUBTRACTING THAT I GRANTED TO THE |
| 12:22:47 | 22 | DEFENDANTS.  THAT'S WHERE WE ARE.  ALL RIGHT. |
| 12:22:51 | 23 | **MR. SCHULTZ:**  YOUR HONOR, I DON'T KNOW IF IT HELPS AT |
| 12:22:53 | 24 | ALL ON THE LUNCH BREAK.  I'M NOT GOING TO HAVE A FOUR- OR |
| 12:22:56 | 25 | FIVE-HOUR CROSS OF DR. SILVA.  IT WILL BE PROBABLY NOT MORE |

```
12:22:57   1   THAN A COUPLE OF HOURS, MAYBE NOT THAT LONG.  IT JUST DEPENDS.

12:23:01   2              THE COURT:  IT HELPS.  I'LL TELL YOU WHAT.  YOU

12:23:01   3   ENCOURAGE ME.  THEN WE'LL BREAK UNTIL 1:30.

12:23:04   4              MR. BRUNO:  WITH THAT, I JUST WANT TO MAKE CERTAIN

12:23:06   5   THAT IT'S OKAY WITH THE COURT THAT WE START THE REBUTTAL

12:23:10   6   TOMORROW MORNING.

12:23:10   7              THE COURT:  YEAH.  OH, YEAH.

12:23:11   8              MR. BRUNO:  THANK YOU.

12:23:11   9              THE COURT:  ABSOLUTELY.

12:23:12  10              MS. DALEY:  JUDGE, WHAT ABOUT THE EXHIBITS?

12:23:14  11              THE COURT:  OH, THE EXHIBITS.  YEAH, WE HAVE

12:23:16  12   HOUSEKEEPING TO DO.  I KNOW YOU-ALL DID SOME, AND I THINK WE

12:23:19  13   STILL HAVE -- ESPECIALLY CATEGORY 2.

12:23:23  14              MS. WAGER-ZITO:  IT'S BEING WORKED ON, YOUR HONOR.

12:23:25  15              THE COURT:  THEY'RE BEING WORKED ON.

12:23:25  16              MS. WAGER-ZITO:  THEY'RE BEING WORKED ON.

12:23:26  17              THE COURT:  ALL RIGHT.

12:23:26  18              MS. WAGER-ZITO:  IT WILL BE DONE.

12:23:27  19              THE COURT:  I BELIEVE YOU.

12:23:28  20              MS. WAGER-ZITO:  IT WILL BE DONE.

12:23:30  21              MS. DALEY:  THEY WILL BE DONE.

12:23:31  22              THE COURT:  OKAY.  THANK YOU VERY MUCH.

12:23:32  23              ALL RIGHT.  WE ARE IN RECESS UNTIL 1:30.

12:23:34  24              THE DEPUTY CLERK:  ALL RISE, PLEASE.

12:23:36  25                      (LUNCHEON RECESS)
```

3778

12:23:36   1                              *****

12:23:36   2                           <u>CERTIFICATE</u>

12:23:36   3            I, JODI SIMCOX, RMR, FCRR, OFFICIAL COURT REPORTER

12:23:36   4   FOR THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF

12:23:36   5   LOUISIANA, DO HEREBY CERTIFY THAT THE FOREGOING IS A TRUE AND

12:23:36   6   CORRECT TRANSCRIPT, TO THE BEST OF MY ABILITY AND

12:23:36   7   UNDERSTANDING, FROM THE RECORD OF THE PROCEEDINGS IN THE

12:23:36   8   ABOVE-ENTITLED AND NUMBERED MATTER.

12:23:36   9
12:23:36
12:23:36  10
12:23:36
12:23:36  11                        ___S/ JODI SIMCOX, RMR, FCRR___
12:23:36                               JODI SIMCOX, RMR, FCRR
12:23:36  12                           OFFICIAL COURT REPORTER
12:23:36

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25

                   JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
            UNITED STATES DISTRICT COURT -EASTERN DISTRICT OF LOUISIANA
                               HOURLY TRANSCRIPT