UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

****************************************************************

IN RE:  KATRINA CANAL
BREACHES CONSOLIDATED
LITIGATION

                          CIVIL ACTION NO. 05-4182
                          SECTION "K" (2)
                          NEW ORLEANS, LOUISIANA
                          WEDNESDAY, OCTOBER 3, 2012, 9:00 A.M.

PERTAINS TO:  MRGO

  ARMSTRONG NO. 10-CV-866

****************************************************************

**DAY 16 MORNING SESSION**
TRANSCRIPT OF TRIAL PROCEEDINGS
HEARD BEFORE THE HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE


<u>APPEARANCES:</u>


FOR THE PLAINTIFFS:            BRUNO & BRUNO
                              BY:   JOSEPH M. BRUNO, ESQUIRE
                              855 BARONNE STREET
                              NEW ORLEANS LA  70113



                              THE ANDRY LAW FIRM
                              BY:   JONATHAN B. ANDRY, ESQUIRE
                              610 BARONNE STREET
                              NEW ORLEANS LA  70113



                              BARON & BUDD
                              BY:  THOMAS SIMS, ESQUIRE
                              CARLA M. BURKE, ESQUIRE
                              3102 OAK LAWN AVENUE
                              SUITE 1100
                              DALLAS TX  75219

**HOURLY TRANSCRIPT**

1    APPEARANCES CONTINUED:

2

3

4                                    DEGRAVELLES PALMINTIER
                                     HOLTHAUS & FRUGE
                                     BY:  MICHAEL PALMINTIER, ESQ.
5                                    618 MAIN STREET
                                     BATON ROUGE, LA 70801
6

7

8                                    LAW OFFICE OF ELWOOD STEVENS JR
                                     BY:  ELWOOD STEVENS JR, ESQUIRE
                                     1205 VICTOR II BOULEVARD
9                                    MORGAN CITY LA  70381

10

11                                   THE DUDENHEFER LAW FIRM
                                     BY: FRANK DUDENHEFER JR., ESQ.
12                                   601 POYDRAS STREET, SUITE 2655
                                     NEW ORLEANS LA  70130
13

14

15                                   FAYARD & HONEYCUTT
                                     BY:  CALVIN FAYARD, JR, ESQUIRE
                                     519 FLORIDA AVENUE SOUTHWEST
16                                   DENHAM SPRINGS LA  70726

17

18                                   JOANEN LAW FIRM
                                     BY:  SCOTT JOANEN, ESQUIRE
19                                   4905 FRERET STREET, SUITE B
                                     NEW ORLEANS LA  70115
20

21

22                                   LEVIN PAPANTONIO THOMAS
                                     MITCHELL ECHSNER & PROCTOR
                                     BY:  MATT SCHULTZ, ESQUIRE
23                                   316 S. BAYLEN STREET, SUITE 600
                                     PENSACOLA FL  32502
24

25

**HOURLY TRANSCRIPT**

```
 1   APPEARANCES CONTINUED:

 2

 3                                    THE TRIAL LAW FIRM
                                      BY:  ANDREW P. OWEN, ESQUIRE
 4                                    800 WILSHIRE BOULEVARD
                                      SUITE 500
 5                                    LOS ANGELES CA  90017

 6

 7                                    J. ROBERT WARREN, II, A PLC
                                      BY:  J. ROBERT WARREN, II, ESQ.
 8                                    1718 SHORT STREET
                                      NEW ORLEANS LA  70118
 9

10

11   FOR WASHINGTON GROUP
     INTERNATIONAL, INC.:            STONE PIGMAN WALTHER WITTMANN
12                                    BY:  WILLIAM D. TREEBY, ESQUIRE
                                           HEATHER LONIAN, ESQUIRE
13                                         JAMES C. GULOTTA, ESQUIRE
                                           MAGGIE BROUSSARD, ESQUIRE
14                                    546 CARONDELET STREET
                                      NEW ORLEANS LA  70130
15

16

17                                    JONES DAY
                                      BY:  ADRIAN WAGER-ZITO, ESQUIRE
18                                         DEBRA CLAYMAN, ESQUIRE
                                           CHRISTOPHER THATCH, ESQ.
19                                         CHRISTOPHER FARRELL, ESQ.
                                           JULIA CRONIN, ESQUIRE
20                                         BRIAN KERWIN, ESQUIRE
                                      51 LOUISIANA AVENUE, N.W.
21                                    WASHINGTON DC  20001

22

23

24

25

                          HOURLY TRANSCRIPT
```

1   APPEARANCES CONTINUED:

2

3   FOR THE UNITED STATES
    OF AMERICA:                    U.S. DEPARTMENT OF JUSTICE
4                                  BY:   ROBIN D. SMITH, ESQUIRE
                                         JAMES MCCONNON, JR., ESQ.
5                                        RUPERT MITSCH, ESQUIRE
                                         CONOR KELLS, ESQUIRE
6                                        JOHN A. WOODCOCK, ESQUIRE
                                   TORTS BRANCH, CIVIL DIVISION
7                                  BENJAMIN FRANKLIN STATION
                                   P.O. BOX 888
8                                  WASHINGTON D.C.  2004

9

10

11  OFFICIAL COURT REPORTER:    CATHY PEPPER, CCR, RMR, CRR
                                CERTIFIED REALTIME REPORTER
12                              500 POYDRAS STREET, ROOM B406
                                NEW ORLEANS LA  70130
13                              (504) 589-7779

14  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.
15

16

17

18

19

20

21

22

23

24

25

**HOURLY TRANSCRIPT**

1

**I N D E X**

2

3
EXAMINATIONS                                          PAGE

4
**ROBERT BEA**......................................... 3936

5
DIRECT REBUTTAL EXAMINATION BY MR. BRUNO............. 3936

6
LUNCHEON RECESS..................................... 4013

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          **P-R-O-C-E-E-D-I-N-G-S**

2          WEDNESDAY, OCTOBER 3, 2012

3          M O R N I N G   S E S S I O N

4          (COURT CALLED TO ORDER)

5

6

09:53AM  7          THE DEPUTY CLERK:  ALL RISE, PLEASE.  COURT IS IN

09:53AM  8    SESSION.  PLEASE BE SEATED.

09:53AM  9          MR. BRUNO:  GOOD MORNING, YOUR HONOR.

09:53AM 10          THE COURT:  GOOD MORNING.

09:53AM 11          MR. BRUNO:  YOUR HONOR, FIRST A BIT OF HOUSEKEEPING.

09:53AM 12    I DON'T KNOW, I WASN'T HERE, BUT I DON'T KNOW THAT THE

09:53AM 13    DEFENDANTS HAVE OFFICIALLY RESTED.

09:53AM 14          THE COURT:  THAT IS CERTAINLY SUBJECT TO GETTING ALL

09:53AM 15    YOUR EVIDENCE STRAIGHT.

09:53AM 16          MR. TREEBY:  THAT'S WHAT I WAS GOING TO SAY.  WE

09:53AM 17    THOUGHT THAT WE NEEDED TO MOVE IN ALL OF THE EXHIBITS, AND I

09:53AM 18    WOULD RATHER NOT UNDERTAKE THAT HOUSEKEEPING TASK.  I THINK A

09:54AM 19    LOT OF PROGRESS HAS BEEN MADE IN THAT REGARD, BUT I KNOW THERE

09:54AM 20    ARE STILL SOME THINGS FLYING BACK AND FORTH THAT WE MIGHT BE

09:54AM 21    ABLE TO WORK OUT ON A FEW DOCUMENTS.  I DON'T WANT TO REST

09:54AM 22    BEFORE I GET ALL OF MY DOCUMENTS.

09:54AM 23          MR. BRUNO:  WELL, WE RESTED SUBJECT TO THAT.  I THINK

09:54AM 24    THEY SHOULD REST SUBJECT TO THOSE EXHIBITS.

09:54AM 25          THE COURT:  THE THING IS YOU DON'T HAVE ANY OTHER

**HOURLY TRANSCRIPT**

09:54AM 1   WITNESSES TO CALL.

09:54AM 2              MR. TREEBY:  NO.

09:54AM 3              THE COURT:  THAT'S FAIR ENOUGH.

09:54AM 4              MR. BRUNO:  THANK YOU, JUDGE.

09:54AM 5              YOU HAD KINDLY ACCEDED TO MY REQUEST TO SPLIT

09:54AM 6   THE REBUTTAL, BUT THAT WON'T HAPPEN BECAUSE WE WENT LATE WITH

09:54AM 7   MATT YESTERDAY, SO IT'S JUST ME, AND SO I WILL APOLOGIZE IN

09:54AM 8   ADVANCE FOR THE LACK OF INSIGHTFULNESS TO THESE QUESTIONS, BUT

09:54AM 9   I WILL DO MY BEST, JUDGE, AS I'VE TRIED OVER THE PAST SEVEN

09:54AM 10  YEARS.

09:54AM 11             THE DEPUTY CLERK:  DR. BEA, I JUST WANT TO ADVISE YOU

09:54AM 12  YOU'RE STILL UNDER OATH.

09:54AM 13             THE WITNESS:  YES, MA'AM.

09:54AM 14                        **ROBERT BEA**

09:54AM 15  WAS CALLED AS A WITNESS AND, AFTER BEING PREVIOUSLY DULY SWORN

09:54AM 16  BY THE CLERK, WAS EXAMINED AND TESTIFIED ON HIS OATH AS

09:55AM 17  FOLLOWS:

09:55AM 18                   DIRECT REBUTTAL EXAMINATION

09:55AM 19  BY MR. BRUNO:

09:55AM 20  Q.   DR. BEA, DURING THE COURSE OF THIS TRIAL, JUDGE DUVAL

09:55AM 21  ASKED IF WE COULD IDENTIFY FOR HIM THE PRECISE LOCATION OF

09:55AM 22  BORING 81 A.

09:55AM 23             DID I ASK YOU TO ASK YOUR STAFF TO PRODUCE A MAP

09:55AM 24  WHICH SHOWED NOT ONLY THE INDICATION OF ITS LOCATION BASED UPON

09:55AM 25  THE DISTANCE FROM THE WALL AS WELL AS THE BASIS OF THE LOCATION

                        **HOURLY TRANSCRIPT**

09:55AM 1   AS INDICATED BY LATITUDE AND LONGITUDE?

09:55AM 2   A.   YES, SIR.

09:55AM 3        MR. BRUNO:  WOULD YOU PLEASE, CARL, PULL UP

09:55AM 4   PX-4768-1.

09:55AM 5                    EXAMINATION

09:55AM 6   BY MR. BRUNO:

09:55AM 7   Q.   AND IS THIS THE DOCUMENT?

09:55AM 8   A.   YES, SIR.

09:55AM 9   Q.   AND THIS IS NOTHING BUT INFORMATION.  THE RED STAR

09:55AM 10  REFLECTS THE 2 FEET EAST, 37 FOOT WEST; IS THAT ACCURATE?

09:55AM 11  A.   THAT'S CORRECT.

09:55AM 12  Q.   AND THE YELLOW TRIANGLE REPRESENTS THE LOCATION OF THE

09:56AM 13  BORING BASED UPON LATITUDE AND LONGITUDE; IS THAT CORRECT?

09:56AM 14  A.   THAT'S CORRECT.

09:56AM 15       MR. BRUNO:  YOUR HONOR, I SIMPLY MOVE THIS INTO

09:56AM 16  EVIDENCE, THEN, IN RESPONSE TO YOUR REQUEST.

09:56AM 17       THE COURT:  ANY OBJECTION?  LET IT BE ADMITTED.

09:56AM 18                    EXAMINATION

09:56AM 19  BY MR. BRUNO:

09:56AM 20  Q.   THANK YOU.  LET'S CALL UP DR. BEA'S FIRST SLIDE.

09:56AM 21       DR. BEA, OVER THESE PAST THREE WEEKS, WE'VE HEARD A

09:56AM 22  GREAT DEAL OF TESTIMONY --

09:56AM 23       MR. TREEBY:  YOUR HONOR, I HATE -- THIS IS PROBABLY A

09:56AM 24  BAD WAY TO START, BUT I DON'T KNOW HOW ELSE TO DO IT.  WE

09:56AM 25  DIDN'T GET ANY DEMONSTRATIVES FROM THE PLAINTIFF.  WE CERTAINLY

**HOURLY TRANSCRIPT**

09:56AM  1      DIDN'T GET THIS ONE.

09:56AM  2              MR. BRUNO:  YES, YOU DID.

09:56AM  3              MR. TREEBY:  NO, WE DIDN'T.

09:56AM  4              MR. BRUNO:  OH, BOY.

09:56AM  5              UNIDENTIFIED SPEAKER:  THEY DID.  WE SENT IT.

09:56AM  6              MR. TREEBY:  WE DID NOT GET THIS DEMONSTRATIVE.  I

09:56AM  7      DON'T KNOW ABOUT THE OTHERS, BUT THIS --

09:56AM  8              MR. BRUNO:  IS THIS GOING TO REALLY THROW YOU OFF

09:56AM  9      YOUR GAME?  NO, THERE ARE NO OTHERS, OTHER THAN YOUR SLIDES.

09:57AM 10      WE WROTE YOU A LETTER.  WE TOLD YOU WHAT WE WERE DOING.  WE

09:57AM 11      SENT THIS SLIDE.

09:57AM 12              MR. TREEBY:  NOT THIS SLIDE.  YOU SENT OTHER SLIDES.

09:57AM 13              MR. BRUNO:  YES, WE DID.  I'M NOT GOING TO GO THERE.

09:57AM 14              MR. TREEBY:  I WILL NOT OBJECT TO THIS SLIDE.  I WAS

09:57AM 15      JUST CONCERNED THAT THIS WAS THE BEGINNING OF A BUNCH OF NEW

09:57AM 16      THINGS I HAVEN'T SEEN.

09:57AM 17              THE COURT:  ALL RIGHT.  YOU CAN OBJECT IF SOMETHING

09:57AM 18      ELSE COMES UP.

09:57AM 19              MR. BRUNO:  THANK YOU, JUDGE.

09:57AM 20                              EXAMINATION

09:57AM 21      BY MR. BRUNO:

09:57AM 22      Q.   DR. BEA, OVER THESE PAST THREE WEEKS, WE'VE HEARD A LOT OF

09:57AM 23      TESTIMONY FROM THE DEFENDANTS' EXPERTS WHO HAVE CHARACTERIZED

09:57AM 24      YOUR EXPLANATION OF THE FAILURE OF THE NORTH AND SOUTH BREACH

09:57AM 25      AS A THEORY.  WOULD YOU SHARE WITH JUDGE DUVAL WHETHER OR NOT

**HOURLY TRANSCRIPT**

09:57AM 1   THAT'S A FAIR CHARACTERIZATION OF THOSE EXPLANATIONS.

09:57AM 2   A.   NO, IT'S NOT A FAIR CHARACTERIZATION.  IT'S NOT A THEORY.

09:57AM 3   Q.   IN FACT, BOTH YOU AND THE DEFENDANT EXPERTS ARE RELYING ON

09:57AM 4   THE SAME SOIL MECHANICS, THE SAME PHYSICS; ARE YOU NOT?

09:58AM 5   A.   THAT'S CORRECT.

09:58AM 6   Q.   ALL RIGHT.  AS I APPRECIATE WHAT YOU HAVE TESTIFIED TO,

09:58AM 7   PRESSURE, AND NOT FLOW, IS THE MAIN CHARACTER IN THIS THEORY;

09:58AM 8   IS THAT ACCURATE?

09:58AM 9   A.   THAT'S CORRECT.

09:58AM 10          MR. BRUNO:  LET'S HAVE A BLANK SCREEN, PLEASE.  OR

09:58AM 11  THE TOUCHSCREEN THING.

09:58AM 12                          EXAMINATION

09:58AM 13  BY MR. BRUNO:

09:58AM 14  Q.   WOULD YOU PLEASE EXPLAIN TO JUDGE DUVAL THE TYPES OF

09:58AM 15  PRESSURES THAT YOU HAVE OPINED PLAYED A ROLE IN THE FAILURE OF

09:58AM 16  THE NORTH AND SOUTH BREACH.

09:58AM 17  A.   YES.  JUDGE DUVAL, WE'VE DISCUSSED THREE KINDS OF

09:58AM 18  PRESSURE.  THE FIRST KIND OF PRESSURE IS -- HAS BEEN CALLED

09:59AM 19  HERE TOTAL STRESS PRESSURE.  WEIGHT IS DEVELOPED ON THE

09:59AM 20  EAST BANK IN THE INDUSTRIAL AREA, PRESSES DOWN AND CAUSES

09:59AM 21  PRESSURE.

09:59AM 22          THAT WAS ACTUALLY HOW I BEGAN MY TESTIMONY IN THE

09:59AM 23  MRGO ROBINSON AS PIERCE O'DONNELL WAS QUESTIONING ME ABOUT THE

09:59AM 24  MISSISSIPPI RIVER GULF OUTLET REACH 2 IN ST. BERNARD PARISH

09:59AM 25  WHERE MATERIAL WAS ACCUMULATING IN THE MRGO.

**HOURLY TRANSCRIPT**

09:59AM  1        A DREDGING CONTRACTOR WOULD PLACE THE SOIL BACK ON

09:59AM  2   THE LEVEE THAT HAD SUBSIDED, AND I COMMENTED I WISH I HAD THAT

10:00AM  3   CONTRACT BECAUSE IT WOULD GO ON FOREVER.  THE MOBILE ORGANIC

10:00AM  4   CLAYS WERE BEING SQUEEZED OUT.

10:00AM  5        AND AT THAT POINT, PIERCE SAID, OH, THAT'S LIKE THE

10:00AM  6   MYTH OF SISYPHUS.  AND THAT WAS OBVIOUSLY DISCOMBOBULATED,

10:00AM  7   BECAUSE I DID NOT KNOW THE MYTH OF SISYPHUS, AND I HAD MISHEARD

10:00AM  8   THE WORD, BUT THEN YOU STARTED PRESSING TOWARD THE

10:00AM  9   SEE-YOU-THING (SPELLED PHONETICALLY), YOU AND PIERCE

10:00AM 10   IMMEDIATELY LOCKED ON, AND I REMARKED BACK TO YOU, PLEASE

10:00AM 11   REMEMBER I'M JUST AN ENGINEER.

10:00AM 12        IT'S THE SAME PROCESS.  WE'RE PUTTING WEIGHT, IT'S

10:00AM 13   AFFECTING SOILS UNDERNEATH, AND THOSE ORGANIC CLAYS, UNLIKE

10:00AM 14   WHAT I THINK YOU WERE TOLD YESTERDAY, ARE MOBILE.  THEY CAN

10:01AM 15   SQUEEZE JUST LIKE TOOTHPASTE FROM AN OPEN-ENDED TOOTHPASTE

10:01AM 16   TUBE.  THAT'S NUMBER 1.

10:01AM 17        NUMBER 2 ARE THE PRESSURES ASSOCIATED WITH WATER

10:01AM 18   FLOW.  YESTERDAY, IN THE DEMONSTRATION IN THE HALL, THE TUBE

10:01AM 19   THAT WAS CLOSEST TO YOU HAD BAGS OF SOIL.  AS WATER ENTERED ONE

10:01AM 20   END, IT DIDN'T COME OUT IMMEDIATELY AT THE OTHER END BECAUSE

10:01AM 21   THE BAGS WERE EXPANDED, AND AS THEY EXPANDED, WATER CONTINUED

10:01AM 22   TO COME THROUGH AND, FINALLY, A FEW DROPS COME OUT.  THAT'S

10:01AM 23   NUMBER 2.

10:01AM 24        NUMBER 3 WAS THE TUBE TO THE BACK.  IT WAS CLEAR

10:02AM 25   WATER.  IT HAD THE ORIFICES THAT THEY DISCUSSED, WHICH ARE

**HOURLY TRANSCRIPT**

10:02AM 1    SIMULATING FLOW RESISTANCE, AND IT ALMOST DEVELOPED

10:02AM 2    INSTANTANEOUSLY THE INPUT PRESSURE AT THE OUTPUT POINT.

10:02AM 3              THAT'S FLOW NUMBER 2.

10:02AM 4              IT'S HAPPENING --

10:02AM 5    Q.   YOU MEAN PRESSURE NUMBER 2?

10:02AM 6    A.   PARDON ME.  PRESSURE NUMBER 2.  IT'S HAPPENING BECAUSE THE

10:02AM 7    SYSTEM IS NOT EXPANDING.  THE SYSTEM IS HIGHLY CONSTRAINED.

10:02AM 8              SECOND POINT IS LOOSELY CONSTRAINED.  THE THIRD ONE

10:02AM 9    IS MYTH OF SISYPHUS.  THOSE ARE THE THREE KEY PLAYERS AT THE

10:02AM 10   EAST BANK INDUSTRIAL AREA.

10:02AM 11   Q.   ALL RIGHT.  SHEENA, CAN I HAVE THE WHOLE SCREEN.

10:02AM 12             SO YOU'VE DESCRIBED A DOWNWARD PRESSURE; IS THAT

10:03AM 13   ACCURATE?

10:03AM 14   A.   YES.

10:03AM 15   Q.   AND THEN YOU'VE DESCRIBED A LATERAL PRESSURE?

10:03AM 16   A.   YES.

10:03AM 17   Q.   AND THEN YOU'VE DESCRIBED AN UPWARD PRESSURE?

10:03AM 18   A.   THAT'S CORRECT.

10:03AM 19   Q.   OKAY.  NOW, IN FACT, THE DEFENDANTS' EXPERTS ACKNOWLEDGE

10:03AM 20   THIS DOWNWARD PRESSURE; DO THEY NOT?

10:03AM 21   A.   YES.

10:03AM 22   Q.   AND INDEED, DR. NAYMIK AGREES WITH YOU WITH REGARD TO THE

10:03AM 23   PERMEABILITY OF -- OR THE RATIO OF PERMEABILITY IN CONNECTION

10:03AM 24   WITH THE DOWNWARD FORCES, DOES HE NOT?

10:03AM 25   A.   YES.

**HOURLY TRANSCRIPT**

10:03AM 1    Q.   WOULD YOU DESCRIBE OR EXPLAIN THAT TO THE JUDGE VERY

10:03AM 2    BRIEFLY.

10:03AM 3    A.   WELL, SOILS ARE MUCH LIKE PEOPLE.  THEIR BEHAVIOR CAN

10:04AM 4    CHANGE IN RESPONSE TO THE CONDITIONS THAT THEY ARE UNDER.

10:04AM 5         SOILS CAN BEHAVE LIKE PAGES IN A BOOK, SO THAT WHAT'S

10:04AM 6    COMING DOWN VERTICALLY IS DIFFERENT THAN WHAT'S GOING

10:04AM 7    HORIZONTALLY.  OR THEY CAN BE RELATIVELY HOMOGENEOUS, SO WHAT

10:04AM 8    COMES DOWN GOES OUT THE SAME.

10:04AM 9         AND DR. NAYMIK LOOKS AT THOSE TWO CONDITIONS AND

10:04AM 10   SAYS, "WELL, IN THE LABORATORY, YOU COULD GET ONE RESULT, BUT

10:04AM 11   WHEN YOU PUT IT IN THE FIELD AND IT'S GOT ALL THESE

10:04AM 12   INHOMOGENEITIES, UNUSUAL THINGS THAT ARE CHARACTERISTIC OF A

10:05AM 13   BURIED SWAMP MARSH, THEN IT'S GOING TO HAVE A DIFFERENT

10:05AM 14   BEHAVIOR.  AND THAT'S EXACTLY WHAT'S HAPPENING.

10:05AM 15   Q.   WELL, WHAT EXACTLY ARE -- DID HE DETERMINE THE RATIO TO

10:05AM 16   BE?

10:05AM 17   A.   1 TO 10.

10:05AM 18   Q.   WHAT'S THE 1, AND WHAT'S THE 10?

10:05AM 19   A.   VERTICAL PERMEABILITY RATIO -- VERTICAL PERMEABILITY TO

10:05AM 20   HORIZONTAL PERMEABILITY.

10:05AM 21   Q.   IS THERE A COMPONENT TO FLOW WITH REGARD TO THE DOWNWARD

10:05AM 22   PRESSURES AS DESCRIBED BY YOUR DESCRIPTION OF THE MECHANICS OF

10:05AM 23   FAILURE OF THE NORTH AND SOUTH BREACH?

10:05AM 24   A.   YES.

10:05AM 25   Q.   AND AS I UNDERSTAND IT, IF YOU LOOK AT THAT 1966

**HOURLY TRANSCRIPT**

10:05AM 1   GEOLOGICAL MAP, WE HAVE THIS NICE TOP LAYER OF SOIL WHICH THEY

10:05AM 2   CALLED FILL, RIGHT?

10:05AM 3   A.   CORRECT.

10:06AM 4   Q.   AND BELOW THAT, WE'VE GOT A LAYER WHICH THE CORPS CALLED

10:06AM 5   SWAMP AND ANOTHER LAYER THAT THE CORPS CALLED MARSH, RIGHT?

10:06AM 6   A.   WELL, THE CORPS CALLED IT SWAMP MARSH DURING THE CORPS'S

10:06AM 7   INTERAGENCY PERFORMANCE EVACUATION TASKFORCE STUDIES.

10:06AM 8        PRIOR TO THAT, THE CORPS ACTUALLY PERFORMED BORINGS

10:06AM 9   AS PART OF THE CONSTRUCTION OF THE LOCKS IN THE

10:06AM 10  INDUSTRIAL CANAL, AND THEY CALLED IT HUMUS.

10:06AM 11  Q.   WELL, THE POINT IS THAT BACK THEN, BEFORE THE DEFENDANTS

10:06AM 12  GOT INVOLVED, WE WEREN'T CALLING IT CLAY AND WE WEREN'T CALLING

10:06AM 13  IT ORGANIC CLAY, WE WERE CALLING IT MARSH AND SWAMP; WERE WE

10:06AM 14  NOT?

10:06AM 15  A.   THAT'S CORRECT, YES.

10:06AM 16  Q.   THE POINT IS THAT IN 1966, WE SAW A NICE PICTURE AND WE

10:06AM 17  HAD THIS SOIL FILL TOP, AND THAT ACTED AS A BARRIER, RIGHT?

10:07AM 18  A.   THAT'S CORRECT.

10:07AM 19  Q.   OKAY.  SO WITH REGARD TO THESE DOWNWARD PRESSURES, WHEN

10:07AM 20  YOU POKE A HOLE THROUGH THE BARRIER, WATER IS ALLOWED TO GO

10:07AM 21  FROM THE SURFACE TO BELOW THE SURFACE, CORRECT?

10:07AM 22  A.   CORRECT.  IT BEHAVES MUCH LIKE A ROOF OVER A HOUSE.  IF

10:07AM 23  YOU POKE HOLES IN THE ROOF, YOU CAN EXPECT TO HAVE WATER IN THE

10:07AM 24  HOUSE.

10:07AM 25  Q.   AND WHAT YOU'RE TELLING US IS THAT MR. NAYMIK AND YOU --

**HOURLY TRANSCRIPT**

10:07AM 1  BY THE WAY, DR. NAYMIK, WHO DID NOT TESTIFY -- AGREES WITH YOU

10:07AM 2  THAT THE RATE AT WHICH THE WATER PASSES DOWNWARD IS 10 TIMES

10:07AM 3  FASTER THAN THE RATE AT WHICH THE WATER TRAVELS LATERALLY; IS

10:07AM 4  THAT ACCURATE?

10:07AM 5  A.   THAT'S ACCURATE.   THAT'S WHAT I ATTEMPTED TO DEMONSTRATE

10:07AM 6  TO THE COURT WITH MY BOTTLE WITH THE BOTTOM CUT OFF AND MY

10:07AM 7  WIFE'S PANTYHOSE STOCKING FILLED WITH MURPHY'S SAND, AND AS YOU

10:08AM 8  POURED WATER IN AT THE TOP, IT CAME OUT IMMEDIATELY AT THE

10:08AM 9  BOTTOM.

10:08AM 10  Q.   NOW, THE LATERAL MOVEMENT, THAT'S JUST PRESSURE; IS THAT

10:08AM 11  ACCURATE?

10:08AM 12  A.   YES.   BUT THE BIG DISCUSSION ON THAT LATERAL IS, WELL, CAN

10:08AM 13  YOU HAVE THIS PRESSURE WITHOUT FLOW; AND THE ANSWER IS YES, YOU

10:08AM 14  CAN.

10:08AM 15  Q.   THE POINT, THOUGH, IS, WITH REGARD TO YOUR EXPLANATION AND

10:08AM 16  AS IT -- AND AS IT MAY OR MAY NOT CONTRAST WITH THE DEFENDANTS'

10:08AM 17  EXPERTS' EXPLANATION, THEY DO NOT BELIEVE THAT THE PRESSURE CAN

10:08AM 18  BE TRANSMITTED LATERALLY OR CANNOT BE TRANSMITTED LATERALLY TO

10:08AM 19  THE POINT WHERE IT MAKES A DIFFERENCE; IS THAT ACCURATE?

10:08AM 20  A.   THAT'S ACCURATE.   I BROUGHT WITH ME THIS MORNING A SIMPLE

10:09AM 21  PHYSICAL DEMONSTRATION OF THE TRANSFER OF PRESSURE, BUT WITHOUT

10:09AM 22  ANY SIGNIFICANT MOVEMENT WITHIN THE SOIL LAYERS THAT WE'VE

10:09AM 23  LABELED HERE LATERAL PRESSURE.

10:09AM 24  Q.   WOULD YOU SHOW THAT TO US, PLEASE.

10:09AM 25       MR. TREEBY:  IF YOUR HONOR PLEASE, WE HAVE NOT BEEN

**HOURLY TRANSCRIPT**

10:09AM 1    SHOWN THIS DEMONSTRATIVE, SO I MAKE THAT OBJECTION FOR THE

10:09AM 2    RECORD.

10:09AM 3             THE COURT:  ALL RIGHT, SIR.

10:09AM 4             MR. TREEBY:  WE ARE GOING TO SEE WHAT WE'RE GOING TO

10:09AM 5    SEE BUT --

10:09AM 6             MR. BRUNO:  IT'S NOT TERRIBLY COMPLICATED, JUDGE.

10:09AM 7             THE COURT:  OBJECTION IS NOTED.  GO AHEAD, SIR.

10:09AM 8             THE WITNESS:  I PUT IT ON A STAND SO YOU COULD SEE

10:09AM 9    IT.  IT'S CALLED NEWTON'S CRADLE.

10:09AM 10            THE COURT:  IF YOU WANT TO, ANYBODY WANTS TO COME

10:09AM 11   CLOSER YOU MAY, IF ANYBODY CARES TO.

10:09AM 12            THE WITNESS:  IT'S CALLED NEWTON'S CRADLE.  I COLORED

10:10AM 13   THE THREE CENTRAL BALLS REPRESENTING THE LATERAL PRESSURE SO

10:10AM 14   YOU COULD SEE IT EASILY VISUALLY.

10:10AM 15              NOW, THIS IS GOING TO PUT INPUT PRESSURE ON

10:10AM 16   THOSE THREE CENTRAL BALLS (INDICATING).  THEY DON'T MOVE.

10:10AM 17              THE VIEW WE HAVE OF THE WORLD BEING SO THICK IS,

10:10AM 18   IN FACT, A MISCONCEPTION.  WE'RE LITTLE PARTICLES SEPARATED BY

10:11AM 19   A LOT OF SPACE.  IT'S CALLED QUANTUM MECHANICS.  IT'S QUANTUM

10:11AM 20   MECHANICS THAT LEADS TO NEWTON'S EXPERIMENT SHOWING HOW YOU CAN

10:11AM 21   TRANSFER PRESSURE, FORCE AND REACTION WITHOUT SIGNIFICANT

10:11AM 22   MOVEMENT.

10:11AM 23                         EXAMINATION

10:11AM 24   BY MR. BRUNO:

10:11AM 25   Q.   DR. BEA, YOU'VE ALSO INDICATED AS A COMPONENT PART OF YOUR

**HOURLY TRANSCRIPT**

10:11AM 1    EXPLANATION THAT THE PRESSURE TRANSMITS THROUGH WATER VERY

10:11AM 2    QUICKLY.  IS THAT ACCURATE?

10:11AM 3    A.   YES.

10:11AM 4    Q.   AND, IN FACT, DR. SILVA-TULLA -- I SHOULD SAY

10:11AM 5    DR. SILVA-TULLA, FORGIVE ME, I DID TAKE SPANISH -- AGREED WITH

10:11AM 6    YOU THAT SATURATED CLAYS LIKE THOSE AT THE EBIA GENERALLY YIELD

10:11AM 7    A DILATATIONAL WAVE VELOCITY IN THE VICINITY OF THE VELOCITY OF

10:11AM 8    SOUND AND WATER OF APPROXIMATELY 5,000 FEET PER SECOND.  DO YOU

10:12AM 9    AGREE WITH DR. SILVA-TULLA?

10:12AM 10   A.   YES.

10:12AM 11   Q.   AND SO JUST TO GET BACK TO THIS BUSINESS OF THEORY VERSUS

10:12AM 12   PHYSICS, THE THINGS THAT YOU DESCRIBED YOU'RE NOT MAKING UP AS

10:12AM 13   YOU GO ALONG, ARE YOU?

10:12AM 14   A.   NO.  I'M NOT THAT SMART.

10:12AM 15   Q.   YOU ARE TALKING ABOUT GEOTECHNICAL, PHYSICAL FACTS?

10:12AM 16   A.   CORRECT.

10:12AM 17   Q.   NOW, WITH REGARD TO THE UPWARD PRESSURE, EXPLAIN THE

10:12AM 18   UPWARD PRESSURE TO THE COURT.

10:12AM 19   A.   THE UPWARD PRESSURE I ATTEMPTED TO DESCRIBE FOR YOU WHEN I

10:12AM 20   WAS LAST HERE.  BUT WITH THIS LATERAL PRESSURE, A PRESSURE IS

10:12AM 21   ACTUALLY ACTING IN THREE DIMENSIONS, SO WHATEVER IS PRESSURE

10:12AM 22   HORIZONTAL IS THE SAME PRESSURE AT A POINT ACTING VERTICALLY

10:12AM 23   AND UPWARD AND DOWNWARD.

10:12AM 24        NOW, IF THAT PRESSURE GETS UNDER SOMETHING AND STARTS

10:13AM 25   TO PUSH UP ON IT, IT'S GOING TO LOSE ITS DOWNWARD WEIGHT.  AS I

**HOURLY TRANSCRIPT**

10:13AM 1   WAS THINKING ABOUT HOW TO EXPLAIN THIS TO YOU, THE STRUGGLE TO

10:13AM 2   EXPLAIN IT SIMPLY FOCUSED IN A FOOTBALL TACKLE'S PRACTICE SLED

10:13AM 3   WHERE THE FOOTBALL PLAYER IS PUSHING AGAINST THE CUSHION.  WE

10:13AM 4   HAVE THE SLED.  AND PERHAPS THE COACH IS ON THE OTHER SIDE.

10:13AM 5        NOW, THE COACHES, OR MAYBE WE HAVE A COACH AND AN

10:13AM 6   ASSISTANT COACH, THEIR WEIGHT IS ADDING TO THE SLIDING

10:13AM 7   RESISTANCE OF THE SLED.  BECAUSE IF WE WERE TO REDUCE THEIR

10:14AM 8   WEIGHT, PERHAPS HOOK IT TO THE SKY, PUT SOME SHOULDER STRAPS ON

10:14AM 9   THEM AND LIFT THEM SO THAT THEIR WEIGHT WAS DISAPPEARING, THAT

10:14AM 10  SLED IS GOING TO SLIDE ACROSS THE GROUND.  AND THAT SLIDING

10:14AM 11  RESISTANCE IS DIRECTLY RELATED TO THEIR WEIGHT.

10:14AM 12        AND SO THERE IS AN INTERESTING COUPLING BETWEEN

10:14AM 13  UPLIFT, WEIGHT, AND SLIDING.  AND THIS IS WHAT'S TIED UP AS WE

10:14AM 14  TALK ABOUT LATERAL STABILITY AND SHOW THESE COMPLEX MODELS.

10:14AM 15  IT'S ESSENTIALLY A FOOTBALL PLAYER'S SLIDING TACKLE MECHANISM.

10:14AM 16  AND UPLIFT AFFECTS IT TREMENDOUSLY.

10:14AM 17        MR. BRUNO:  CAN WE PRINT THIS, PLEASE, AND PUT IT ON

10:14AM 18  A BLANK SLIDE, PLEASE.  CAN SOMEBODY MAKE A NUMBER FOR THAT AND

10:15AM 19  WE CAN OFFER IT AT THE END OF THIS.

10:15AM 20        CAN I HAVE A WHITE SCREEN, PLEASE.

10:15AM 21        MR. TREEBY:  WHILE WE HAVE A LULL HERE WHILE THAT'S

10:15AM 22  BEING PRINTED, I WANT TO MAKE A CONTINUING OBJECTION TO

10:15AM 23  DEMONSTRATIVES THAT COULD HAVE BEEN GIVEN TO US, THAT OBVIOUSLY

10:15AM 24  WERE THOUGHT OUT IN ADVANCE, BUT WERE NOT, AND THEY ARE BEING

10:15AM 25  USED.  THEY WEREN'T GIVEN TO US IN ACCORDANCE WITH THE COURT'S

**HOURLY TRANSCRIPT**

10:15AM 1   ORDER.

10:15AM 2           THE COURT:  THE OBJECTION IS NOTED.

10:15AM 3                       EXAMINATION

10:15AM 4   BY MR. BRUNO:

10:15AM 5   Q.   A WHITE SCREEN, PLEASE.

10:15AM 6           NOW, DR. BEA, ESSENTIALLY, WITH AN I-WALL, WE HAVE A

10:15AM 7   PYRAMID SHAPE, AND WE HAVE A WALL.

10:15AM 8           MR. BRUNO:  TO THE EXTENT THAT THIS IS A COMPLICATED

10:15AM 9   DEMONSTRATIVE, I APOLOGIZE TO MR. TREEBY, BUT, SUCH AS IT IS.

10:15AM 10                      EXAMINATION

10:15AM 11  BY MR. BRUNO:

10:16AM 12  Q.   THERE ARE TWO SIDES TO THE TRIANGLE, RIGHT?

10:16AM 13  A.   YES, SIR.

10:16AM 14  Q.   SO WHEN WE TALK ABOUT THIS BUSINESS OF THE SLED BEING

10:16AM 15  PUSHED, CAN YOU TELL ME WHICH OF THESE COMPONENT PARTS OF THIS

10:16AM 16  GEOMETRIC DESIGN I HAVE DRAWN ON THE SCREEN IS GETTING PUSHED.

10:16AM 17  A.   WELL, THE TWO INCLINED SIDES --

10:16AM 18  Q.   THIS?

10:17AM 19  A.   THANK YOU.  YES, PUT AN ARROW TO BOTH OF THE INCLINED

10:17AM 20  SIDES.  BOTH SIDES.

10:17AM 21          THE COURT:  THE OTHER SIDE TOO.

10:17AM 22                      EXAMINATION

10:18AM 23  BY MR. BRUNO:

10:18AM 24  Q.   AND THE ARROW POINTS TOWARD?

10:18AM 25  A.   TO THE INCLINED SURFACE.  THANK YOU.

**HOURLY TRANSCRIPT**

10:16AM 1     Q.   ALL RIGHT.

10:16AM 2     A.   THE VERTICAL LINE YOU'VE DRAWN HAS TWO COMPONENTS.   ABOVE

10:16AM 3     THE APEX, TOP OF THE TRIANGLE, THAT'S REPRESENTING THE

10:16AM 4     CONCRETE, REINFORCED CONCRETE PANELS OF THE I-WALL, SO IT'S

10:17AM 5     THAT PORTION.

10:17AM 6          NOW, ABOUT -- IT'S ACTUALLY A LITTLE ABOVE THE APEX,

10:17AM 7     THE STEEL SHEET PILING THAT THEN PENETRATE BELOW THE APEX OF

10:17AM 8     THE TRIANGLE AND THEN BELOW THE HORIZONTAL LINE, THAT'S --

10:17AM 9     THOSE ARE THE SHEET PILING.

10:17AM 10         THEY HAVE TWO CRITICAL FUNCTIONS.   ONE FUNCTION IS TO

10:17AM 11    HOLD UP THE CONCRETE PANELS.   THE SECOND FUNCTION IS TO PROVIDE

10:17AM 12    BARRIERS FOR HYDRAULIC CONDUCTIVITY.

10:17AM 13         AS I'M DESCRIBING THE FOOTBALL TACKLE'S SLED, IT

10:17AM 14    INCLUDES THE LEVEE SHOWN HERE AS A TRIANGLE, IT INCLUDES THE

10:17AM 15    EXPOSED CONCRETE PANEL, AND IT INCLUDES THE SHEET PILING

10:18AM 16    PENETRATING INTO THE SOIL.

10:18AM 17    Q.   SO WITH REGARD TO THIS LOADING EVENT THAT YOU JUST

10:18AM 18    DESCRIBED, AGAIN, THE BLOCKING TACKLE DEVICE, THE TACKLES ARE

10:18AM 19    PUSHING, THE COACH IS ON THE BACK PROVIDING WEIGHT DOWNWARD,

10:18AM 20    DOES THAT REPRESENT THE WEIGHT OF THE WATER AGAINST THE WALL?

10:18AM 21    A.   ESSENTIALLY.   IT'S THE SURGE ACTING -- DEVELOPING

10:18AM 22    PRESSURES ACTING HORIZONTALLY ATTEMPTING TO DESTABILIZE THE

10:18AM 23    I-WALL.

10:18AM 24    Q.   SO I UNDERSTAND THEN THAT YOU HAVE MORE FORCE COMING FROM

10:18AM 25    A DIRECTION OF THE WATER THAN YOU HAVE COMING FROM THE

**HOURLY TRANSCRIPT**

10:18AM 1    DIRECTION OF THE LAND, RIGHT?

10:18AM 2    A.   THAT'S CORRECT.

10:18AM 3    Q.   SO THIS FORCE IS CREATING A PRESSURE AGAINST THIS ENTIRE

10:18AM 4    STRUCTURE, RIGHT?

10:18AM 5    A.   THAT'S THE BLOCKING TACKLES.

10:18AM 6    Q.   ALL RIGHT.   THEN WE HAVE THIS PRESSURE FROM BELOW WHICH IS

10:18AM 7    EQUALIZING, OR AT LEAST LIFTING THAT SIDE OF THE TRIANGLE --

10:19AM 8    A.   THAT'S CORRECT.

10:19AM 9    Q.   -- CORRECT?

10:19AM 10          SO, AS I THINK I'M GETTING IT, WHEN THE FORCES, THE

10:19AM 11   LATERAL FORCES ABOVE THE SURFACE ARE GREATER THAN THE FORCES

10:19AM 12   WHICH KEEP THAT LITTLE TRIANGLE IN PLACE, IT STARTS TO MOVE

10:19AM 13   TOWARD THE LANDWARD?

10:19AM 14   A.   THAT'S CORRECT.

10:19AM 15   Q.   IS THAT GENERALLY WHAT YOU BELIEVE HAPPENED AT THE NORTH

10:19AM 16   AND SOUTH BREACH?

10:19AM 17   A.   YES.

10:19AM 18          MR. BRUNO:   CAN WE PRINT THIS, PLEASE.

10:19AM 19          THE COURT:   YOU MAY.

10:19AM 20                     EXAMINATION

10:19AM 21   BY MR. BRUNO:

10:19AM 22   Q.   LET'S GO TO DR. SILVA-TULLA'S SLIDE 25.

10:19AM 23          ALL RIGHT.   THIS IS ONE OF DR. SILVA-TULLA'S SLIDES

10:20AM 24   WHERE HE DESCRIBES SOIL MECHANICS, AND HE'S TALKING ABOUT THE

10:20AM 25   FUNDAMENTALS OF SATURATED SOIL, RIGHT?

**HOURLY TRANSCRIPT**

10:20AM 1    A.   YES, SIR.

10:20AM 2    Q.   ON THE LEFT, WE SEE A BOX, OR A CONTAINER, IF YOU WILL,

10:20AM 3    RIGHT?

10:20AM 4    A.   YES.

10:20AM 5    Q.   INSIDE THE BOX, WE HAVE TWO ITEMS.  WE'VE GOT WATER, AND

10:20AM 6    WE HAVE SOIL, CORRECT?

10:20AM 7    A.   YES.

10:20AM 8    Q.   I BELIEVE HIS TESTIMONY WAS THAT THIS IS FULLY SATURATED,

10:20AM 9    RIGHT?

10:20AM 10   A.   YES.

10:20AM 11   Q.   WE DON'T NEED TO GO THROUGH THAT AGAIN; BUT, BASICALLY,

10:20AM 12   THERE ARE NO AIR VOIDS, RIGHT?

10:20AM 13   A.   THAT'S CORRECT.

10:20AM 14   Q.   THAT'S THE DEFINITION OF SATURATION, RIGHT?

10:20AM 15   A.   THAT'S CORRECT.

10:20AM 16   Q.   BUT THEN THERE IS THIS BUSINESS OF THE COMPARISON BETWEEN

10:20AM 17   THE AMOUNT OF WATER AND THE AMOUNT OF SOIL IN OUR BOX.

10:20AM 18   A.   THAT'S CORRECT.

10:20AM 19   Q.   IF YOU HAVE 50 PERCENT WATER AND 50 PERCENT SOIL, WE CALL

10:20AM 20   THAT A HUNDRED PERCENT SATURATION; IS THAT RIGHT?

10:20AM 21   A.   IT'S A HUNDRED PERCENT WATER CONTENT.

10:20AM 22   Q.   I'M SORRY.  I'M SHOWING MY IGNORANCE.  A HUNDRED PERCENT

10:20AM 23   WATER CONTENT.

10:20AM 24        NOW --

10:20AM 25   A.   BUT, NOW, THAT IS THE REASON THAT I MADE THESE SAMPLES.

**HOURLY TRANSCRIPT**

10:21AM 1    THIS IS A HUNDRED PERCENT WATER CONTENT.

10:21AM 2            NOW, THE STATEMENT WAS MADE YESTERDAY, THIS CLAY HAD

10:21AM 3    NEVER SEEN WATER.  WELL, THAT'S NOT CORRECT.  THIS CLAY IS

10:21AM 4    SAN FRANCISCO BAY MUD, CHIEFLY MONTMORILLONITE.  IT WAS TOTALLY

10:21AM 5    SUBMERGED, TOTALLY WET.  WE HAD TO DRY IT OUT SO THAT WE COULD

10:21AM 6    PUT IN THE CORRECT PROPORTION OF WATER TO DEMONSTRATE WHAT A

10:21AM 7    HUNDRED PERCENT WATER CONTENT MEANS TO THE BEHAVIOR OF THE

10:21AM 8    SOIL.

10:21AM 9            THE OTHER THING I HEARD YESTERDAY THAT CONCERNED ME

10:21AM 10   WAS THESE ORGANIC SOILS ARE JUST LIKE ALL OTHER SOILS.  THERE

10:21AM 11   IS NOTHING FREAKY ABOUT THEM.  THE ANSWER TO THAT IS, WELL,

10:21AM 12   THAT MIGHT BE TRUE IF YOU COME FROM MASSACHUSETTS, BUT IT'S

10:22AM 13   SURE NOT TRUE IF YOU COME FROM LOUISIANA, WHERE THESE ORGANIC

10:22AM 14   SOILS, CLAYS, HAVE PROVEN TO BE EXTREMELY TREACHEROUS TO

10:22AM 15   EVERYTHING, INCLUDING THE SHELL BUILDING ACROSS THE STREET.

10:22AM 16           I WORKED ON THE FOUNDATION DESIGN OF THAT BUILDING.

10:22AM 17   THOSE SOILS WERE THE FOCUS OF INTENSE STUDIES BY HIGHLY

10:22AM 18   QUALIFIED GEOTECHNICAL ENGINEERS IN THIS PART OF THE WORLD.

10:22AM 19   THEY ARE EXTREMELY UNUSUAL.

10:22AM 20           THIS PICTURE ITSELF SHOWS THIS THING IS GOING TO

10:22AM 21   BEHAVE LIKE A FLUID.  THE SOIL IS SUSPENDED WITHIN THE FLUID

10:22AM 22   CONTEXT.  SO THERE IS MORE THAN SATURATION GOING ON HERE.

10:22AM 23   WATER CONTENT IS CRUCIAL.

10:22AM 24   Q.  WELL, THAT BRINGS UP AN INTERESTING POINT.  SO THERE IS A

10:22AM 25   DIFFERENCE BETWEEN THE BEHAVIOR OF THE SOIL THAN THERE IS TO

**HOURLY TRANSCRIPT**

10:23AM 1   WHAT WE'RE PHYSICALLY SEEING, RIGHT?

10:23AM 2   A.   YES.

10:23AM 3   Q.   I MEAN, FOR EXAMPLE, IS IT NOT A FACT THAT THERE ARE

10:23AM 4   CIRCUMSTANCES UNDER WHICH OUR BOX ON THE LEFT WITH THE WATER

10:23AM 5   AND THE SOIL CAN BEHAVE JUST LIKE THIS HARD ROCK?

10:23AM 6   A.   YES.

10:23AM 7   Q.   AND, IN FACT, IF THAT WERE NOT TRUE, THE LITTLE

10:23AM 8   TWEETY BIRD AND THE LITTLE LUCY AND THE LITTLE WHOEVER ELSE WAS

10:23AM 9   ON THE CHART -- LINUS, THANK YOU -- SNOOPY AND WHOEVER ELSE YOU

10:23AM 10   WANT TO PUT ON THAT, THEY WOULD SINK INTO THE EARTH; ISN'T THAT

10:23AM 11   TRUE?

10:23AM 12   A.   YES.

10:23AM 13   Q.   BECAUSE THE WATER IN THE CONTAINER UNDER THE FLAPPER

10:23AM 14   VALVE, AS YOU CALL IT, WOULD SINK, AND OUR SNOOPY AND OUR

10:23AM 15   TWEETY BIRD AND OUR LINUS WOULD SINK INTO THE EARTH, RIGHT?

10:24AM 16   A.   CORRECT.

10:24AM 17   Q.   SO THE FACT OF THE MATTER IS, ALTHOUGH THAT DOESN'T LOOK

10:24AM 18   VERY MUCH LIKE WATER -- THIS HARD THING, WHICH I USED TO BE

10:24AM 19   ABLE TO PICK UP BEFORE THIS TRIAL -- THIS HARD THING LOOKS

10:24AM 20   HARD.  WATER DOESN'T LOOK HARD.  IF YOU TAKE A GLASS OF WATER

10:24AM 21   AND YOU DUMP IT ON THE GROUND, SPILLS OUT ON THE FLOOR.  BUT IF

10:24AM 22   YOU PUT IT IN A CONTAINER, IT CAN SUPPORT A LOT OF WEIGHT.

10:24AM 23   A.   YES.

10:24AM 24   Q.   IT'S INCOMPRESSIBLE.

10:24AM 25   A.   THAT'S CORRECT.

**HOURLY TRANSCRIPT**

3954

10:24AM  1    Q.   THE CONTAINER WILL BREAK BEFORE THE WATER WILL BREAK.

10:24AM  2    A.   THAT'S CORRECT.   IN FACT, IT HAPPENED IN THE DEMONSTRATION

10:24AM  3    YESTERDAY ON THE BACK TUBE.   THE FEED PRESSURE LINE BLEW OFF,

10:24AM  4    AND THAT'S A SIGN OF THAT ISSUE.

10:24AM  5    Q.   SO LET'S GET THE CASES HERE.   AGAIN, THE DEFENDANTS HAVE

10:24AM  6    CONSISTENTLY ATTEMPTED TO MINIMIZE OR DEMONIZE, PERHAPS, YOUR

10:24AM  7    THINKING BY CALLING IT THEORY.

10:24AM  8         THE FACT OF THE MATTER IS, DR. BEA, IS THAT THE REAL

10:24AM  9    DIFFERENCE BETWEEN THE DEFENDANTS' EXPERTS' THEORIES -- I'M

10:25AM 10    SORRY, I DON'T WANT TO DO WHAT THEY ARE DOING -- THE

10:25AM 11    DEFENDANT'S EXPERTS' EXPLANATION UTILIZING THE MECHANICS OF

10:25AM 12    SOILS AND YOUR EXPLANATION USING THE MECHANICS OF SOILS IS THAT

10:25AM 13    THEY ARE USING DIFFERENT BOUNDARY CONDITIONS; ISN'T THAT

10:25AM 14    ACCURATE?

10:25AM 15    A.   THAT'S ACCURATE.

10:25AM 16    Q.   BY BOUNDARY CONDITIONS, WHAT I MEAN IS THE BOX.

10:25AM 17    A.   THAT'S CORRECT.

10:25AM 18    Q.   BECAUSE IF THE BOUNDARY CONDITIONS ARE SUCH THAT THE

10:25AM 19    PRESSURE DOESN'T GET SPREAD OUT ALL OVER THE PLACE, IT'S GOING

10:25AM 20    TO GO WITHIN THE FRAMEWORK OF THOSE CONDITIONS.   IF IT

10:25AM 21    ENCOUNTERS A LEVEE ON THE OTHER SIDE OF THE WALL, IT'S GOING TO

10:25AM 22    DO WHAT IT DOES; IT'S GOING TO MOVE THINGS UPWARD, RIGHT?

10:25AM 23    A.   THAT'S CORRECT.

10:25AM 24    Q.   SO ALL THIS BUSINESS ABOUT MAKING THINGS UP AND THEORIES

10:25AM 25    AND PRESSURE WEIGHT THEORIES, THAT IS REALLY NOT AN ACCURATE

**HOURLY TRANSCRIPT**

10:26AM 1   DESCRIPTION OF THE TESTIMONY OF THE OPINIONS OF YOUR

10:26AM 2   EXPLANATIONS THAT YOU'VE OFFERED IN THIS COURTROOM DURING THIS

10:26AM 3   TRIAL; ISN'T THAT TRUE?

10:26AM 4   A.   THAT'S TRUE.

10:26AM 5   Q.   NOW, LET'S GO BACK TO THE -- WHERE DR. SILVA-TULLA BEGAN.

10:26AM 6   LET'S GO TO WHAT HE REFERS TO AS THE BIG PICTURE, WHICH IS

10:26AM 7   SLIDE NUMBER 6.

10:26AM 8        I'M BACK TO HIS SLIDES, CARL.

10:26AM 9   A.   COULD I ADD ONE THING?

10:26AM 10  Q.   YES.

10:26AM 11  A.   IT'S BEEN CALLED MY THEORY.  IT'S NOT MY THEORY.

10:26AM 12       ONE OF THE THINGS THAT I DID CAREFULLY DURING MY WORK

10:26AM 13  WAS TO TRACK HOW THE U.S. ARMY CORPS OF ENGINEERS WAS THINKING

10:27AM 14  ABOUT THESE ISSUES AFTER HURRICANE KATRINA.

10:27AM 15       IN 2007 AND IN 2011, THE CORPS OF ENGINEERS ISSUED

10:27AM 16  DEFINITIVE GUIDELINES FOR THE ANALYSIS OF EXISTING I-WALLS

10:27AM 17  SUBJECTED TO HURRICANE LOADING CONDITIONS.  THOSE GUIDELINES

10:27AM 18  REQUIRE THAT I-WALL REANALYSIS BE DONE USING THE PRINCIPLES

10:27AM 19  THAT I'VE USED IN THIS CASE.

10:27AM 20       SO IT'S NOT BOB'S THEORY OR BEA'S MADE UP STUFF.  I'M

10:27AM 21  ACTUALLY TRACKING THE CORPS OF ENGINEERS' LEARNING PROCESS THAT

10:27AM 22  THEY, IN THE REPORTS, SAY THEY USED 50 YEARS OF IN-THE-FIELD

10:28AM 23  EXPERIMENTAL INFORMATION TO VALIDATE AND VERIFY THEIR

10:28AM 24  REQUIREMENTS FOR REANALYSIS.

10:28AM 25       I'VE USED IT.  MY COLLEAGUES ON THE DEFENSE HAVE

**HOURLY TRANSCRIPT**

10:28AM 1    IGNORED IT.

10:28AM 2    Q.   ALL RIGHT.  SO, TO LOOK AT THIS A LITTLE BIT DIFFERENTLY

10:28AM 3    AND PUT IT IN CONTEXT, YOU DON'T AGREE WITH THE DEFENDANT

10:28AM 4    EXPERTS' THEORY ABOUT OVERTOPPING AND THE CREATION OF A SCOUR

10:28AM 5    TRENCH, DO YOU?

10:28AM 6    A.   NO.

10:28AM 7    Q.   SO IF WE WANTED TO DO WHAT THEY HAVE DONE, WE WOULD SIMPLY

10:28AM 8    SAY, THEIR OVERTOPPING THEORY OF SCOUR TRENCHING DOESN'T EXIST

10:28AM 9    IN THE WORLD, AND THAT WOULDN'T BE FAIR, WOULD IT?

10:28AM 10   A.   NO.  NO, IT WOULDN'T.

10:28AM 11   Q.   IN FACT, THE MORE APPROPRIATE AND INTELLIGENT THING TO DO

10:28AM 12   IS TO SAY, DOES THE COMPUTER MODEL THAT THEY UTILIZED TO

10:28AM 13   DESCRIBE OVERTOPPING ACCURATELY REFLECT REAL WORLD CONDITIONS,

10:28AM 14   CORRECT?

10:28AM 15   A.   YEAH.  THAT'S THE QUESTIONS A FORENSIC ENGINEER ASKS

10:29AM 16   CONTRASTED WITH A NONFORENSIC ENGINEER THAT IS STUDYING A

10:29AM 17   FAILURE.

10:29AM 18         I HAVE HEARD MY ESTEEMED DEFENSE COLLEAGUES SAY WE

10:29AM 19   HAVE STUDIED DAM FAILURES AND LEVEE FAILURES.  I'M SURE THAT'S

10:29AM 20   TRUE.  BUT THE FORENSIC ENGINEERING PROCESS IS MORE THAN THAT.

10:29AM 21   THAT'S A MAJOR DIFFERENCE AND REASON FOR THE TWO SETS OF VIEWS.

10:29AM 22   Q.   WITH REGARD TO YOUR EXPLANATION AND THEIR EXPLANATION, THE

10:29AM 23   FAIR FIGHT, THE FAIR FIGHT IS, WERE THERE HOLES, HOW DEEP DID

10:29AM 24   THEY GO, RIGHT?

10:29AM 25   A.   YES.

**HOURLY TRANSCRIPT**

10:29AM 1    Q.   THE FAIR FIGHT IS WHAT ARE THE BOUNDARY CONDITIONS BELOW

10:29AM 2    THE SOILS?  THAT'S WHERE THE FAIR FIGHT IS; ISN'T THAT TRUE?

10:29AM 3    A.   YES.  IT'S NOT IN THE PERSONAL ATTACKS I'VE RECEIVED.

10:30AM 4         MR. BRUNO:  BY THE WAY, JUST FOR THE COURT'S

10:30AM 5    EDIFICATION --

10:30AM 6         THE COURT:  YES, SIR.

10:30AM 7         MR. TREEBY:  YOUR HONOR, PLEASE, SOME OF THIS IS

10:30AM 8    EXTENDING INTO POLEMICS.  NOBODY HAS ATTACKED IN THE WAY HE

10:30AM 9    JUST SAID IN HIS TESTIMONY THAT -- LET ME JUST REPEAT WHAT HE

10:30AM 10   SAID, THE PERSONAL ATTACKS I'VE RECEIVED.

10:30AM 11        I'VE BEEN SITTING HERE CAREFULLY LISTENING TO

10:30AM 12   HIM.

10:30AM 13        MR. BRUNO:  OH, REALLY?

10:30AM 14        MR. TREEBY:  WHAT HAS BEEN ATTACKED IS HIS SCIENCE,

10:30AM 15   NOT HIM PERSONALLY.  I WOULD TAKE OFFENSE THAT THE WITNESS OR

10:30AM 16   ANYBODY WOULD SAY THAT I HAVE ATTACKED HIM PERSONALLY.

10:30AM 17        IN FACT, WE'VE -- THIS IS --

10:30AM 18        THE COURT:  WELL, I'M NOT GOING TO HAVE TO DECIDE

10:30AM 19   THAT.  IT'S SO NOTED.  MR. TREEBY DISAGREES WITH THAT, AND WE

10:30AM 20   CAN STAY AWAY FROM POLEMICS.

10:30AM 21        MR. BRUNO:  WE WILL.  I GUESS THAT DR. STARK WILL

10:30AM 22   WITHDRAW HIS SUGGESTION THAT DR. BEA IS GUILTY OF FRAUD IN

10:30AM 23   CONNECTION WITH SOME OF HIS TESTING, RIGHT?  WE'LL WITHDRAW

10:30AM 24   THAT?

10:30AM 25        THE COURT:  WELL, THERE WAS A COOKING THE BOOKS

**HOURLY TRANSCRIPT**

10:30AM 1    QUESTION, AND THAT DOES IMPLICATE FRAUD.

10:30AM 2         MR. SMITH:  THAT IS THE SCIENCE, YOUR HONOR.  THAT IS

10:30AM 3    NOT DR. BEA PERSONALLY.

10:31AM 4         THE COURT:  WELL, IT HAS OTHER CONNOTATIONS; BUT,

10:31AM 5    NONETHELESS, IT WON'T HAVE A THING TO DO WITH HOW I DECIDE THE

10:31AM 6    CASE.  SO ALL OF THIS INDIGNATION IS MEANINGLESS.  LET'S MOVE

10:31AM 7    ON.

10:31AM 8         MR. BRUNO:  LET'S GO ON.

10:31AM 9                        EXAMINATION

10:31AM 10   BY MR. BRUNO:

10:31AM 11   Q.   THE FACT IS THAT JUDGE DUVAL, SHOULD HE CHOOSE TO READ,

10:31AM 12   THE SECTION OF YOUR REPORT THAT DISCUSSES THESE THINGS CAN BE

10:31AM 13   FOUND AT APPENDIX C OF YOUR ORIGINAL REPORT, WHICH THE

10:31AM 14   DEFENDANTS MOVED INTO EVIDENCE; IS THAT RIGHT?

10:31AM 15   A.   THAT'S CORRECT.

10:31AM 16   Q.   SO LET'S TO GO THIS BIG PICTURE.

10:31AM 17         THE BIG PICTURE, AS DR. SILVA-TULLA SUGGESTS --

10:31AM 18         GO TO THE NEXT SLIDE, PLEASE.

10:31AM 19         -- HE SAYS, "THE STORM EXCEEDED THE DESIGN FOR THE

10:31AM 20   STANDARD PROJECT HURRICANE."

10:31AM 21         NOW, DR. BEA, IF THE NORTH BREACH AND THE

10:31AM 22   SOUTH BREACH FAILED BEFORE THE SURGE OVERTOPPED THOSE WALLS, IS

10:31AM 23   THAT SENTENCE RELEVANT IN ANY WAY TO AN ANALYSIS AS TO WHAT

10:31AM 24   CAUSED THE FAILURE?

10:31AM 25   A.   NO.

                          **HOURLY TRANSCRIPT**

10:31AM 1    Q.   AND THE FACT THAT THE MAGNITUDE OF THE STORM SURGE AT THE

10:31AM 2    EBIA WAS UNDERESTIMATED, AGAIN, THAT'S IRRELEVANT IF THE WALLS

10:32AM 3    FAILED BEFORE THE WATER WENT OVER THE TOP; ISN'T THAT TRUE?

10:32AM 4    A.   THAT'S CORRECT.

10:32AM 5    Q.   AND THE THIRD BULLET POINT, THE CONSTRUCTION OF FLOOD

10:32AM 6    PROTECTION STRUCTURE DID NOT MEET DESIGN CRITERIA, THAT'S NOT

10:32AM 7    RELEVANT UNLESS SOMEBODY COMES INTO THE COURTROOM AND SAYS THAT

10:32AM 8    THE CONSTRUCTION CRITERIA THAT WERE NOT MET WERE CAUSATIVE OF

10:32AM 9    THE FAILURE, RIGHT?

10:32AM 10   A.   THAT'S CORRECT.

10:32AM 11   Q.   WE HEARD DR. SILVA-TULLA SAY THAT THE INITIATING CAUSE OF

10:32AM 12   THE NORTH BREACH WAS SURGE AND WAVE OVERTOPPING, RIGHT?

10:32AM 13   A.   THAT'S CORRECT.

10:32AM 14   Q.   WE HEARD DR. SILVA-TULLA AND DR. MARR SAY THE CAUSE OF THE

10:32AM 15   SOUTH BREACH WAS SURGE AND WAVE OVERTOPPING, DID WE NOT?

10:32AM 16   A.   THAT'S CORRECT.

10:32AM 17   Q.   ALL RIGHT.  NOW, MUCH WAS MADE ABOUT THE HEIGHT OF THE

10:32AM 18   WALL.  PERHAPS THIS IS A GOOD MOMENT TO TALK A LITTLE BIT ABOUT

10:32AM 19   MODELING, OKAY?  BECAUSE I WAS CURIOUS.  EVERYBODY SEEMS TO BE

10:33AM 20   BASING THEIR CONCLUSIONS ON A VARIETY OF COMPUTER MODELS,

10:33AM 21   RIGHT?

10:33AM 22   A.   YES.

10:33AM 23   Q.   DO WE HAVE A COMPUTER MODEL THAT ALLOWS THE JUDGE TO SAY,

10:33AM 24   OKAY, I'M GOING TO PUT THE INFORMATION IN, I'M GOING TO PRESS A

10:33AM 25   BUTTON, AND THE ANSWER IS, PLAINTIFFS WIN, DEFENDANTS WIN; DO

**HOURLY TRANSCRIPT**

10:33AM 1   WE HAVE SUCH A MOLDS?

10:33AM 2   A.   NO.

10:33AM 3   Q.   WHAT IS THE REAL PURPOSE OF A MODEL?

10:33AM 4   A.   IT'S TO INFORM JUDGMENT.  MODELS ARE NOT REALITY.

10:33AM 5   UNFORTUNATELY, MANY ENGINEERS MISTAKE WHAT COMES OUT OF A MODEL

10:33AM 6   AS REALITY.  IT'S ALMOST LIKE A RELIGION BELIEF PHASE IN

10:33AM 7   ENGINEERING.

10:33AM 8        MODELS CAN'T CAPTURE THE COMPLEX REALITIES OF THE

10:33AM 9   REAL WORLD.  SO THEY ARE USED TO INFORM INSIGHT AND JUDGMENT TO

10:33AM 10  REACH APPROPRIATE CONCLUSIONS.

10:34AM 11  Q.   THE FACT IS, DR. BEA, ALL MODELS HAVE INPUTS, DO THEY NOT?

10:34AM 12  A.   YES.

10:34AM 13  Q.   THOSE INPUTS ARE MANIPULATABLE, ARE THEY NOT?

10:34AM 14  A.   YES.

10:34AM 15  Q.   IN FACT, WE HAD DR. DALRYMPLE, WHO TOOK THE WITNESS STAND

10:34AM 16  AND SAID THAT THE WATER GOT TO A PARTICULAR POINT AT A

10:34AM 17  PARTICULAR TIME; AND, AFTER BEING SHOWN THAT HIS LEVEE HEIGHTS

10:34AM 18  WERE WRONG, HE STILL SAID THE WATER GOT THERE AT THE RIGHT TIME

10:34AM 19  BECAUSE HE HAD SIMPLY CHANGED THE TIMING OF THE MRGO BREACHING.

10:34AM 20       SO WHAT I'M CURIOUS TO KNOW IS, WHEN IT COMES TO THE

10:34AM 21  BUSINESS OF CHANGING YOUR INPUTS --

10:34AM 22       LET'S FIRST ASK THE QUESTION, IS IT OKAY TO CHANGE

10:34AM 23  YOUR INPUTS?  IS THAT PART OF THIS FORENSIC EVALUATION PROCESS?

10:34AM 24  A.   YES.

10:34AM 25  Q.   WELL, CAN YOU CHANGE ANY INPUTS YOU WANT?

**HOURLY TRANSCRIPT**

10:34AM 1    A.    NO.

10:34AM 2    Q.    WELL, WITH REGARD TO MY EXAMPLE OF THE TIME IT TAKES FOR A

10:34AM 3    LEVEE TO FAIL -- NOW, I UNDERSTAND LOGICALLY WHAT DR. DALRYMPLE

10:35AM 4    DID.  IT MAKES SENSE TO ME.  HE CHANGED THE START TIME, HE

10:35AM 5    CHANGED THE STOP TIME.  IF YOU CHANGE THE LEVEE HEIGHT, YOU'RE

10:35AM 6    GOING TO GET THAT WATER WHEREVER YOU WANT IT TO BE BY CHANGING

10:35AM 7    AND STOPPING THE START TIMES OF THE LEVEE.

10:35AM 8         BUT WHAT I'M CURIOUS TO KNOW IS, IN THE MODELING

10:35AM 9    THAT'S DONE BY A TRUE FORENSIC ENGINEER, DOES THAT START AND

10:35AM 10   STOP TIME FOR THE LEVEE NEED TO BE EVALUATED BY SOMEONE WHO IS

10:35AM 11   KNOWLEDGEABLE ABOUT LEVEE FAILURES AND HOW LONG IT DOES, IN

10:35AM 12   FACT, TAKE TO FAIL A LEVEE?

10:35AM 13   A.    OF COURSE.

10:35AM 14   Q.    FOR EXAMPLE, TAKE IT TO THE NEXT STEP.  DR. DALRYMPLE

10:35AM 15   TESTIFIED IN THIS COURTROOM THAT THE SOUTH BREACH OCCURRED AT

10:35AM 16   6:45 AND ENDED AT 7 O'CLOCK.  THAT'S WHAT HIS MODEL TELLS US,

10:35AM 17   RIGHT?

10:35AM 18   A.    RIGHT.

10:35AM 19   Q.    SO WHAT I'M CURIOUS TO KNOW IS DOES THE FORENSIC ENGINEER

10:35AM 20   SIMPLY ADOPT THE START AND STOP TIME THAT THE MODEL GIVES HIM,

10:35AM 21   OR DOES THE FORENSIC ENGINEER ASK THE QUESTION, JUST ASK THE

10:35AM 22   QUESTION, CAN AN I-WALL FAIL IN 15 MINUTES?  DOES HE ASK THAT

10:36AM 23   QUESTION?

10:36AM 24   A.    OF COURSE.

10:36AM 25   Q.    ALL RIGHT.

**HOURLY TRANSCRIPT**

10:36AM 1    A.   THE PROCESS NEEDS TO BE DRIVEN BY PHYSICS AND MECHANICS,

10:36AM 2    NOT BELIEF.

10:36AM 3    Q.   WHILE WE'RE THERE, IS THERE ANY -- NOW -- WITHDRAWN.

10:36AM 4          HAS ANYBODY THAT YOU KNOW OF SPENT MORE TIME IN THIS

10:36AM 5    CITY EVALUATING THE CAUSE AND MECHANISMS OF FAILURE OF THE

10:36AM 6    VARIOUS BREACHES THROUGHOUT THE COMMUNITY?

10:36AM 7    A.   NO.

10:36AM 8    Q.   YOU'VE EVALUATED IN PARTICULAR THE 17TH STREET FAILURE,

10:36AM 9    RIGHT?

10:36AM 10   A.   YES.

10:36AM 11   Q.   CAN YOU IDENTIFY FOR JUDGE DUVAL WHETHER OR NOT THERE IS

10:36AM 12   ANY ACTUAL EVIDENCE WHICH WILL ALLOW SOMEBODY TO LOOK AT AND

10:36AM 13   SEE AN I-WALL IN THE PROCESS OF FAILURE?

10:36AM 14   A.   YES.

10:36AM 15   Q.   WHAT IS THAT?

10:36AM 16   A.   WELL, WE'VE GOT THE VIDEO PRODUCED BY CAPTAIN HELMERS, FOR

10:36AM 17   EXAMPLE, OVERLOOKING THE 17TH STREET CANAL BREACH DEVELOPMENT.

10:37AM 18         THAT WAS EXTREMELY VALUABLE BECAUSE THERE WAS AN

10:37AM 19   EYEWITNESS ON THE JEFFERSON PARISH SIDE THAT SAW A BIG SWIRL

10:37AM 20   SHOW UP IN THE 17TH STREET CANAL, AND THAT WAS HAPPENING AT THE

10:37AM 21   SAME TIME HELMERS AND HIS CREW WERE SHOWING US ON VIDEOTAPE IT

10:37AM 22   TOOK SEVERAL HOURS TO DEVELOP.

10:37AM 23   Q.   BEFORE WE GET THERE, THOUGH --

10:37AM 24         MR. TREEBY:  MAY WE APPROACH THE BENCH, YOUR HONOR?

10:37AM 25         THE COURT:  YES.

**HOURLY TRANSCRIPT**

10:37AM 1          (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THERE

10:37AM 2   WAS A CONFERENCE HELD AT THE BENCH.)

10:37AM 3          MR. TREEBY:  I JUST WANTED TO DO THIS OUT OF THE

10:37AM 4   EARSHOT OF THE WITNESS BECAUSE I DON'T WANT HIM RESPONDING TO

10:38AM 5   WHAT I SAY.

10:38AM 6          BUT WE'RE WELL BEYOND REBUTTAL, YOUR HONOR.  I

10:38AM 7   UNDERSTAND MR. BRUNO IS WRITING AN EXCELLENT BRIEF FOR HIS SIDE

10:38AM 8   OF THIS CASE, AND THAT'S WHAT HE'S DOING WITH THIS EXAMINATION,

10:38AM 9   BUT IT'S NOT REBUTTING WHAT HAS BEEN PRESENTED.

10:38AM 10         I OBJECT TO IT AS IMPROPER REBUTTAL.  I DON'T

10:38AM 11  WANT TO CONTINUE -- I WON'T CONTINUE TO GET UP, BUT I WOULD

10:38AM 12  JUST, AT LEAST -- I WENT BACK AND READ, YOUR HONOR, AND

10:38AM 13  YOU'VE -- I'VE GOT IT IN MY BINDER, BUT I KNOW YOU KNOW WHAT

10:38AM 14  YOU SAID BETTER THAN I DO.

10:38AM 15         BUT I ASK, IS THIS JUST GOING TO BE OPEN-ENDED?

10:38AM 16  IS IT GOING TO BE REBUTTAL?  YOU SAID, IT'S GOING TO BE

10:38AM 17  REBUTTAL, BUT IT'S GOING TO BE REBUTTAL.  IT'S NOT GOING TO BE

10:38AM 18  GOING OVER THINGS THAT WERE OBVIOUS TO ANYBODY IN THIS CASE,

10:38AM 19  INCLUDING PARTICULARLY DR. BEA, THINGS THAT WERE KNOWN A LONG

10:38AM 20  TIME AGO, THAT COULD HAVE BEEN IN ONE OF HIS THREE REPORTS,

10:38AM 21  COULD HAVE BEEN IN HIS TRIAL TESTIMONY, AND HE'S JUST GOING

10:38AM 22  OVER IT.  IT'S JUST NOT REBUTTAL.

10:38AM 23         SO I WANT AT LEAST A CONTINUING OBJECTION, BUT I

10:39AM 24  WOULD BEG THE COURT TO CONSIDER WHAT WE'RE DOING HERE AS NOT

10:39AM 25  PROPER REBUTTAL.

**HOURLY TRANSCRIPT**

10:39AM 1          THE COURT:  MR. BRUNO.

10:39AM 2          MR. SMITH:  I JOIN THE OBJECTION, YOUR HONOR.

10:39AM 3          THE COURT:  YES, SIR.  THE UNITED STATES JOINS THE

10:39AM 4     OBJECTION.

10:39AM 5          MR. BRUNO:  THE VERY SPECIFIC TESTIMONY THAT WE ARE

10:39AM 6     REBUTTING AT THIS VERY MOMENT IS DR. DALRYMPLE'S TESTIMONY THAT

10:39AM 7     THE BREACH OCCURRED WITHIN 15 MINUTES.  THAT IS THE VERY

10:39AM 8     SPECIFIC TESTIMONY.

10:39AM 9          I DON'T KNOW HOW MORE SPECIFIC I CAN BE.  I'VE

10:39AM 10    IDENTIFIED THE TESTIMONY, AND I'M GIVING DR. BEA AN OPPORTUNITY

10:39AM 11    TO EXPLAIN WHETHER HE BELIEVES THAT'S ACCURATE OR INACCURATE.

10:39AM 12    THAT IS REBUTTAL IN ITS PUREST FORM.

10:39AM 13         THE COURT:  LET'S KEEP OUR VOICE DOWN.

10:39AM 14         MR. TREEBY:  IT'S NOT REBUTTAL IN ITS PUREST FORM FOR

10:39AM 15    THIS REASON.  DR. DALRYMPLE MADE THAT VERY CLEAR IN HIS

10:39AM 16    REPORTS.  DR. BEA HAD SEVERAL REPORTS AFTER THAT TO DEAL WITH

10:39AM 17    THAT.

10:39AM 18         SO IT'S JUST NOT TRUE THAT THAT'S PROPER

10:39AM 19    REBUTTAL.  THAT COULD HAVE AND SHOULD HAVE BEEN GONE INTO IN

10:39AM 20    THE DIRECT CASE.

10:39AM 21         NOW, I THINK, FRANKLY, IT WAS GONE INTO IN THE

10:40AM 22    DIRECT CASE BY THE PLAINTIFFS, BUT IT CERTAINLY WAS IN HIS --

10:40AM 23    DR. DALRYMPLE'S POSITION ON THIS AND DR. SILVA-TULLA'S ADOPTION

10:40AM 24    OF THIS WAS WELL KNOWN BEFORE THIS TRIAL STARTED, BOTH BY

10:40AM 25    DEPOSITION AND BY REPORTS.  IT'S NOT PROPER REBUTTAL.

**HOURLY TRANSCRIPT**

10:40AM 1    MR. BRUNO:  THIS IS ANOTHER EXAMPLE OF THE DEFENDANTS

10:40AM 2  TRYING TO MANIPULATE MY ABILITY TO PUT ON MY CASE.

10:40AM 3    FIRST OF ALL, THE FACT THAT THERE WAS A REPORT

10:40AM 4  IS IRRELEVANT.  I'M IN THE MIDDLE OF TRIAL.

10:40AM 5    THE COURT:  I'M GOING TO ALLOW THIS TESTIMONY BECAUSE

10:40AM 6  YOU'VE TESTIFIED -- IT IS ATTEMPTING TO REBUT SPECIFIC

10:40AM 7  TESTIMONY MADE.

10:40AM 8    MR. BRUNO:  THANK YOU.

10:40AM 9    THE COURT:  JUST FOR -- I'M NOT GOING TO GO OVER IT

10:40AM 10  ALL, BUT THE FIFTH CIRCUIT CASE OF *RODRIGUEZ VERSUS OLIN*

10:40AM 11  *CORPORATION VERSUS HUNTER CHEMICALS, INC.*, 780 F.2ND 491, GIVES

10:40AM 12  A RELATIVELY GOOD DISCUSSION OF REBUTTAL.  BUT, CERTAINLY, I'M

10:40AM 13  NOT GOING TO ALLOW ANY NEW OPINIONS TO BE GIVEN.

10:41AM 14    MR. BRUNO:  I'M NOT DOING THAT.  I'M GOING TO GO FROM

10:41AM 15  HIS SLIDES.

10:41AM 16    THE COURT:  ALL RIGHT.  YOUR OBJECTION IS NOTED.

10:41AM 17    (WHEREUPON, AT THIS POINT IN THE PROCEEDINGS, THE

10:41AM 18  BENCH CONFERENCE CONCLUDED.)

10:41AM 19    MR. BRUNO:  ALL RIGHT.  I JUST WANT TO FINISH THIS

10:41AM 20  THOUGHT, AND THEN, IT'S ABOUT AN HOUR, ASK FOR A BREAK.

10:41AM 21    EXAMINATION

10:41AM 22  BY MR. BRUNO:

10:41AM 23  Q.   DR. BEA, ARE THERE ENOUGH SIMILARITIES WITH REGARD TO

10:41AM 24  WHAT'S PORTRAYED IN THAT VIDEOTAPE, THAT IS, WITH REGARD TO THE

10:41AM 25  MECHANISM OF FAILURE TO THE EBIA, TO AT LEAST, AT LEAST ALLOW

**HOURLY TRANSCRIPT**

10:41AM 1    YOU, AS A FORENSIC ENGINEER, TO HAVE SOME INFORMATION, SOME

10:41AM 2    GUIDANCE AS TO THE TIME THAT IT TAKES FOR THAT KIND OF A BREACH

10:41AM 3    TO TAKE PLACE?

10:41AM 4    A.   YES.

10:41AM 5    Q.   AND, IN FACT, DO YOU HAVE THE OPINION, DR. BEA, THAT

10:42AM 6    SUCH -- THAT THE BREACHING THAT DR. DALRYMPLE OPINES -- THAT

10:42AM 7    THE BREACHING THAT DR. DALRYMPLE OPINED OCCURRED AT THE

10:42AM 8    SOUTH BREACH STARTED AND FINISHED WITHIN 15 MINUTES?

10:42AM 9    A.   THAT'S -- THAT'S NOT POSSIBLE.

10:42AM 10          MR. BRUNO:  THANK YOU.  MAY WE HAVE A BRIEF BREAK,

10:42AM 11   YOUR HONOR?

10:42AM 12            THE COURT:  YOU MAY.  WE'LL TAKE A 10-MINUTE RECESS.

10:42AM 13            (WHEREUPON, AT 10:42 A.M. THE COURT TOOK A RECESS.)

10:53AM 14            MR. TREEBY:  IF YOUR HONOR PLEASE, IT'S AN

10:53AM 15   OPPORTUNITY JUST TO -- I LOOKED AT THE TRANSCRIPT AND, SURE

10:53AM 16   ENOUGH, JUST AT THE END, JUST THE LAST QUESTION THAT MR. BRUNO

10:53AM 17   ASKED AT 10:41, LINE 22 THROUGH 1042, LINE 1:

10:53AM 18            "AND, IN FACT, DO YOU HAVE AN OPINION, DR. BEA,

10:53AM 19   THAT SUCH -- THAT THE BREACHING THAT DR. DALRYMPLE OPINED

10:53AM 20   OCCURRED AT THE SOUTH BREACH BEGAN AND FINISHED WITHIN

10:53AM 21   15 MINUTES?"

10:53AM 22            AND HE SAID:

10:53AM 23            "YES, THAT'S IMPOSSIBLE."

10:53AM 24            THAT'S A BRAND-NEW OPINION.  HE COULD HAVE

10:53AM 25   EXPRESSED THAT BEFORE.  THAT'S A BRAND-NEW OPINION, NOT PROPER

**HOURLY TRANSCRIPT**

10:53AM 1  REBUTTAL.

10:53AM 2       THE COURT:  THE COURT NOTES THAT, AND THE COURT ALSO

10:54AM 3  NOTES THAT THERE HAVE BEEN OPINIONS RENDERED AND EXPANDED BY

10:54AM 4  THE DEFENSE THAT THE COURT ALLOWED IN SLIDES AND OTHER THINGS

10:54AM 5  THAT WENT BEYOND THE EXPERT REPORT.  THIS IS WITHIN THE CONTEXT

10:54AM 6  OF THE EXPERT REPORT.  IT'S IN THE CONTEXT OF PROPER REBUTTAL,

10:54AM 7  AS I UNDERSTAND IT, AND THE COURT GAVE LEEWAY BECAUSE THERE

10:54AM 8  WERE OPINIONS EXPRESSED THAT WERE IN THE AMBIT OF THE REPORT,

10:54AM 9  BUT NOT SPECIFICALLY IN THE REPORT BY THE DEFENSE THAT I

10:54AM 10 ALLOWED.  AND, THEREFORE, I'M GOING TO ALLOW DR. BEA BECAUSE

10:54AM 11 CERTAINLY IT'S WITHIN THE AMBIT OF HIS REPORT AS TO WHEN THE

10:54AM 12 SOUTH BREACH OCCURRED.

10:54AM 13      MR. TREEBY:  THANK YOU.

10:54AM 14      MR. BRUNO:  THANK YOU, JUDGE.

10:54AM 15                          EXAMINATION

10:54AM 16 BY MR. BRUNO:

10:54AM 17 Q.  AS I MIGHT HAVE ANTICIPATED, I SCREWED UP A QUESTION WITH

10:54AM 18 REGARD TO DR. NAYMIK AND THE PROPORTION OF THE RATE OF

10:54AM 19 PERMEABILITY GOING DOWN TO THE RATE OF PERMEABILITY GOING

10:54AM 20 ACROSS.  YOU'VE INDICATED YOU ANSWERED CORRECTLY, BUT MY

10:54AM 21 QUESTION WAS INARTFUL, SO IF YOU WOULD PLEASE ALLOW ME TO SAY

10:54AM 22 IT ONE MORE TIME.

10:54AM 23      AS I APPRECIATE WHAT DR. NAYMIK SAID, THE RATE AT

10:55AM 24 WHICH THE WATER GOES DOWN THROUGH THE HOLE IS REPRESENTED BY A

10:55AM 25 1 AND THE RATE AT WHICH THE WATER IS TRANSMITTED -- THIS IS HIS

**HOURLY TRANSCRIPT**

10:55AM 1    TESTIMONY -- THROUGH THE GROUND LATERALLY IS A 10.  RIGHT?

10:55AM 2    A.   THAT'S CORRECT.

10:55AM 3    Q.   SO -- AND THAT'S BASED UPON HIS OWN EVALUATIONS OF THE

10:55AM 4    SOILS AT THE EBIA?

10:55AM 5    A.   THAT'S CORRECT.

10:55AM 6    Q.   ALL RIGHT.  THANK YOU.

10:55AM 7         MR. BRUNO:  AND I APOLOGIZE, JUDGE, BUT AS I SHARED

10:55AM 8    WITH YOU, THIS IS NOT MY STRONG SUIT.

10:55AM 9         ALL RIGHT.  AGAIN, ON THIS BUSINESS OF INPUTS,

10:55AM 10   LET'S CALL UP, PLEASE -- THIS IS A MARR EXHIBIT JX -- DO I USE

10:55AM 11   THE JX-NUMBER OR THE DX-NUMBER?  I'M SORRY.  THE DX-NUMBER.

10:55AM 12   THE DX-NUMBER DM-1006-0039.

10:55AM 13                    EXAMINATION

10:55AM 14   BY MR. BRUNO:

10:56AM 15   Q.   I'M CALLING THIS UP BECAUSE DURING THE TESTIMONY OF

10:56AM 16   DR. SILVA-TULLA, AND I THINK DR. MARR, A LOT OF TIME WAS SPENT

10:56AM 17   DESCRIBING THE CONNECTION BETWEEN THE SO-CALLED 1969 FLOODWALL

10:56AM 18   AND THE 1980 FLOODWALL.  AND IT WAS DESCRIBED TO ME, AND TELL

10:56AM 19   ME IF THIS IS YOUR UNDERSTANDING, THAT THERE WERE -- WHAT WAS

10:56AM 20   IT CALLED -- YOU DRILL A HOLE IN THE CEMENT, YOU PUT A PIECE OF

10:56AM 21   METAL IN THERE AND THEN YOU POUR THE CONCRETE AROUND IT.

10:56AM 22   THAT'S CALLED A WHAT?

10:56AM 23   A.   A SPLICE.  SPLICE.

10:56AM 24   Q.   WHAT THAT DOES IS IT TIES THE TWO CONCRETE PIECES

10:56AM 25   TOGETHER?

                              **HOURLY TRANSCRIPT**

10:56AM 1    A.   THE PANELS.

10:56AM 2    Q.   THE TWO PANELS ARE NOW TIED TOGETHER.  NOW, AS I

10:56AM 3    UNDERSTAND IT, OBVIOUSLY, IF ONE WALL FAILS, I'M SORRY -- IF

10:56AM 4    ONE WALL SINKS FASTER THAN THE OTHER ONE, THESE RODS WILL ACT

10:56AM 5    TO OPPOSE THAT MOVEMENT, RIGHT?

10:57AM 6    A.   THAT'S CORRECT.

10:57AM 7    Q.   AND IF THERE IS MORE SUBSIDENCE ON THE SHORTER WALL THAN

10:57AM 8    THE TALLER WALL, YOU'RE GOING TO SEE THAT, AREN'T YOU?

10:57AM 9    A.   YES.

10:57AM 10   Q.   ALL RIGHT.  SO THE REASON I ASK THIS IS THIS:

10:57AM 11   DR. SILVA-TULLA, IN HIS TESTIMONY, AND DR. MARR IN THEIR

10:57AM 12   TESTIMONY, HAVE SUGGESTED THAT A HEIGHT DIFFERENCE OF AS LITTLE

10:57AM 13   AS 1 INCH, 1 INCH, MAKES THE DIFFERENCE WITH REGARD TO

10:57AM 14   OVERTOPPING FAILURE.

10:57AM 15        NOW, IF THAT'S TRUE, THEN IT'S VERY IMPORTANT FOR US

10:57AM 16   TO ASCERTAIN HOW ACCURATE THESE WALL HEIGHTS ARE.  HAVE I GOT

10:57AM 17   THAT CORRECT?

10:57AM 18   A.   YES, SIR.

10:57AM 19   Q.   AND SO THE DEFENDANTS HAVE ACCEPTED THESE WALL HEIGHTS AS

10:57AM 20   GOSPEL, HAVE THEY NOT, IN CONNECTION WITH THEIR MODELS?

10:58AM 21   A.   YES, SIR.

10:58AM 22   Q.   NO ROOM FOR ERROR, RIGHT?

10:58AM 23   A.   YES, SIR.

10:58AM 24   Q.   SO THE THING THAT REALLY INTERESTED ME IS THE MEASUREMENTS

10:58AM 25   AT THE POINT AT WHICH THE 1969 WALL AND THE 1980 WALL

**HOURLY TRANSCRIPT**

10:58AM  1    CONJOINED, BECAUSE IT SEEMED TO ME, AND MAYBE I'M READING THIS

10:58AM  2    INCORRECTLY, THAT THE '69 WALL IS SINKING FASTER THAN THE 1980

10:58AM  3    WALL, AND YET THEY ARE GLUED TOGETHER.  IS THAT HOW YOU READ

10:58AM  4    THIS DOCUMENT?

10:58AM  5    A.   YES.  I SPECIFICALLY ADDRESSED THIS SET OF ISSUES IN MY

10:58AM  6    REBUTTAL REPORT PAGE 63, FIGURE 25.

10:58AM  7    Q.   WE'RE NOT GOING TO GO INTO ANY MORE DETAIL THAN THAT.  I

10:58AM  8    JUST WANT TO ASK THE QUESTION THAT WITH REGARD TO MODELS, THIS

10:58AM  9    IS ONE OF THOSE VARIABLES THAT CAN TRULY MAKE A DIFFERENCE;

10:58AM 10    ISN'T THAT TRUE?

10:58AM 11    A.   YES.

10:58AM 12    Q.   IF IT'S HIGHER, IT CAN MAKE A DIFFERENCE; IF IT'S LOWER,

10:59AM 13    IT CAN MAKE A DIFFERENCE?

10:59AM 14    A.   YES.

10:59AM 15    Q.   AND IT GETS US BACK TO THE POINT WHERE YOU CAN'T USE THE

10:59AM 16    OUTPUTS OF THE MODELS AS GOSPEL, CAN YOU?

10:59AM 17    A.   NO.  NEVER.

10:59AM 18    Q.   IT'S GUIDANCE?

10:59AM 19    A.   WELL, YOU CAN, BUT IT'S NOT SMART.

10:59AM 20    Q.   NOW, GOING TO THE SECTION THAT DR. SILVA-TULLA ENTITLED

10:59AM 21    THE SOIL MECHANICS FUNDAMENTALS, AND IF WE COULD CAN WE GO TO

10:59AM 22    SLIDE 22 VERY QUICKLY.

10:59AM 23         THIS IS DR. SILVA-TULLA'S DESCRIPTION OF SOIL.

10:59AM 24    NOTHING UNUSUAL THERE, RIGHT, DR. BEA?  YOU AGREE WITH ALL

11:00AM 25    THAT?

**HOURLY TRANSCRIPT**

11:00AM 1 A. YES.

11:00AM 2 Q. LET'S TO GO THE NEXT SLIDE.  ALL RIGHT.  NOW, HERE WE HAVE

11:00AM 3 THIS NICE CHART WHICH TALKS ABOUT HYDROMECHANICAL ANALOGY FOR

11:00AM 4 LOAD SHARING AND CONSOLIDATION.

11:00AM 5    SO WHAT I WAS CURIOUS TO KNOW IS -- AND, AGAIN, THIS

11:00AM 6 IS BASED UPON MY LIMITED UNDERSTANDING OF WHAT WE'RE TALKING

11:00AM 7 ABOUT -- BUT THAT GREEN ARROW WHICH APPEARS UNDER THE WORD

11:00AM 8 "LOAD," IS THAT A PRESSURE?

11:00AM 9 A. YES.

11:00AM 10 Q. SO THAT'S -- AND THAT'S THE SAME KIND OF PRESSURE THAT YOU

11:00AM 11 DESCRIBED AS ONE OF THE THREE PRESSURES THAT YOU THINK PLAYED A

11:00AM 12 ROLE IN THE MECHANISM OF FAILURE OF THE TWO BREACHES, CORRECT?

11:00AM 13 A. CORRECT.

11:00AM 14 Q. ALL RIGHT.  AND THEN WE SEE THE GRAY THING.  DOES THAT

11:00AM 15 GRAY THING RELATE IN ANY WAY TO A COMPONENT PART OF THE EBIA?

11:00AM 16 A. CERTAINLY.

11:01AM 17 Q. AND WHAT COMPONENT PART OF THE EBIA MIGHT THAT RELATE TO?

11:01AM 18 A. WELL, THAT WOULD BE REPRESENTATIVE OF THE UPPER CONTACT

11:01AM 19 WITH THE BURIED SWAMP MARSH DEPOSITS.

11:01AM 20 Q. SO THAT'S OUR PROTECTIVE BLANKET, RIGHT?

11:01AM 21 A. THAT'S CORRECT.

11:01AM 22 Q. SO OBVIOUSLY IF WE PIERCE THAT, AND THEN OUR LOAD GETS TO

11:01AM 23 GO INSIDE OF THE CHAMBER, RIGHT?

11:01AM 24 A. YEAH.

11:01AM 25 Q. NOW, THE STUFF THAT'S BLUE, THAT'S THE WATER UNDER

**HOURLY TRANSCRIPT**

11:01AM 1    PRESSURE?

11:01AM 2    A.   THAT'S CORRECT.

11:01AM 3    Q.   AND DOES THAT RELATE IN ANY WAY TO ONE OF THE THREE

11:01AM 4    PRESSURES THAT YOU DESCRIBED FOR JUDGE DUVAL A FEW MOMENTS AGO?

11:01AM 5    A.   YES.

11:01AM 6    Q.   AND THAT'S THE LATERAL PRESSURE?

11:01AM 7    A.   IT CAN REPRESENT THAT, YES.

11:01AM 8    Q.   AND SO YOU PRESS DOWN, AND AS HE INDICATED, I THOUGHT, IF

11:01AM 9    IT'S A CLOSED SYSTEM, THEN YOU CAN'T PRESS DOWN, RIGHT?

11:01AM 10   A.   THAT'S BECAUSE WATER IS INCOMPRESSIBLE.

11:01AM 11   Q.   AND IF YOU OPEN THE VALVE, THEN WE HAVE THE WATER

11:02AM 12   EXTRUDING FROM THE OPEN VALVE?

11:02AM 13   A.   THAT'S CORRECT.

11:02AM 14   Q.   WHICH CREATES A PRESSURE?

11:02AM 15   A.   THAT'S CORRECT.

11:02AM 16   Q.   AND IF THAT PRESSURE IS BROUGHT TO BEAR ON THE BOTTOM OF

11:02AM 17   THE RIGHT-SIDED WEDGE OF OUR LEVEE, WHAT'S GOING TO HAPPEN?

11:02AM 18   A.   YES.  YES.

11:02AM 19   Q.   ONLY TO ILLUSTRATE THAT, AGAIN, EVEN DR. SILVA-TULLA IS

11:02AM 20   PRESENTING TO THIS COURT IN THIS SLIDE THE MECHANICS OF SOIL

11:02AM 21   PROPERTIES THAT YOU HAVE UTILIZED TO EXPLAIN THE FAILURES,

11:02AM 22   RIGHT?

11:02AM 23   A.   PRECISELY.

11:02AM 24   Q.   SO WE'RE NOT TALKING ABOUT SOME CRAZY NEW THEORY THAT YOU

11:02AM 25   DREAMED UP ONE NIGHT WHILE DOING WHATEVER IN CALIFORNIA, RIGHT?

**HOURLY TRANSCRIPT**

11:02AM 1    A.   THAT'S CORRECT.  OR DOING HERE.

11:02AM 2    Q.   I THINK YOU WANTED TO MAKE A COMMENT ON --

11:02AM 3         CAN WE CAN FLIP TO 24.

11:03AM 4         NOW, HERE AGAIN, IT'S KIND OF CURIOUS BECAUSE

11:03AM 5    DR. SILVA-TULLA SHOWED US A SLIDE DESCRIBING UNSATURATED SOIL,

11:03AM 6    RIGHT?

11:03AM 7    A.   YES.

11:03AM 8    Q.   BUT DR. SILVA-TULLA AND ALL THE OTHER DEFENSE EXPERTS

11:03AM 9    AGREE THAT THE SOIL BENEATH THE EBIA IS SATURATED; IS THAT

11:03AM 10   CORRECT?

11:03AM 11   A.   YES, SIR.

11:03AM 12   Q.   SO THERE ARE NO AIR VOIDS, RIGHT?

11:03AM 13   A.   NO.

11:03AM 14   Q.   OR VERY LITTLE?

11:03AM 15   A.   YES, SIR.

11:03AM 16   Q.   LET'S GO TO 29.  AND SO HERE WE'RE TALKING ABOUT PORE

11:03AM 17   PRESSURE.  AND DOES THIS RELATE IN ANY WAY TO ONE OF THE THREE

11:03AM 18   PRESSURES THAT YOU DESCRIBED TO JUDGE DUVAL A FEW MOMENTS AGO?

11:03AM 19   A.   YES.

11:03AM 20   Q.   WHICH OF THE THREE?

11:03AM 21   A.   WELL, IT RELATES TO THE SHEARING FORCE, A DEFORMATION OF

11:04AM 22   THE SWAMP-MARSH LAYER IN TRANSMITTING PRESSURE.

11:04AM 23   Q.   DOES IT RELATE IN ANY WAY TO THE MOVEMENT OF PRESSURE

11:04AM 24   THROUGH THE LATERAL?

11:04AM 25   A.   YES.

**HOURLY TRANSCRIPT**

11:04AM 1   Q.   BECAUSE IT HAS TO GO THROUGH THE PORES?

11:04AM 2   A.   YES.

11:04AM 3   Q.   ONCE AGAIN, THAT SLIDE WHICH DEMONSTRATES THE MECHANICS

11:04AM 4   THAT YOU DESCRIBE AS THE REASON FOR THE FAILURE, RIGHT?

11:04AM 5   A.   THAT'S CORRECT.

11:04AM 6   Q.   LET'S GO TO 33.  HERE WE HAVE A SLIDE DEPICTING DIFFERENT

11:04AM 7   TYPES OF SOIL, RIGHT?

11:04AM 8   A.   YES, SIR.

11:04AM 9   Q.   WELL, THE FIRST THING I NOTICE IS SAND.  DO WE HAVE ANY

11:04AM 10  SAND ON THE EBIA SITE?

11:04AM 11  A.   YES.

11:04AM 12  Q.   WHERE IS THE SAND?

11:04AM 13  A.   WELL, THERE IS A SIGNIFICANT ACCUMULATION OR PLACEMENT OF

11:05AM 14  SAND AT THE NORTH END OF BOLAND MARINE.

11:05AM 15  Q.   AND I ALSO SEE SILT.  DO WE HAVE SILT AT THE SITE?

11:05AM 16  A.   YES.

11:05AM 17  Q.   IN FACT, DO WE HAVE A WHOLE LOT OF SILT AT THE SITE?

11:05AM 18  A.   IN SOME CASES, YES.

11:05AM 19  Q.   IN FACT, WE SHOWED THE JUDGE A NICE, PRETTY PICTURE WHICH

11:05AM 20  WAS CREATED BY WASHINGTON GROUP THAT DEMONSTRATED WHERE THE

11:05AM 21  SILTS WERE AT THE BOLAND MARINE SITE?

11:05AM 22  A.   CORRECT.

11:05AM 23  Q.   NOW, SO HERE IS THE THING THAT'S JUST -- YOU KNOW, AGAIN,

11:05AM 24  WE'RE TALKING ABOUT PLAYING FAIR NOW, SO WE HAVE THE GEOLOGICAL

11:05AM 25  MAP IN '66, WE HAVE THE GEOLOGICAL MAP IN '80, AND WE EVEN HAVE

**HOURLY TRANSCRIPT**

11:05AM  1    AN IPAD, AND WE HAVE A DESCRIPTOR WHICH IS MARSH, SWAMP, THAT

11:05AM  2    KIND OF THING, RIGHT?

11:05AM  3    A.   YES, SIR.

11:05AM  4    Q.   THEN WE GET TO THIS LITIGATION, AND WE HAVE THIS NOTION

11:05AM  5    THAT WE ARE REQUIRED TO DESCRIBE THE SOIL IN ACCORDANCE WITH

11:05AM  6    THE ASTM, WHATEVER, WHATEVER, RIGHT?

11:06AM  7    A.   YES.

11:06AM  8    Q.   OKAY.  SO WHAT HAPPENS IS THEY TAKE THE SOIL OUT OF THE

11:06AM  9    GROUND, THEY LOOK AT IT, AND THEY GIVE IT A CLASSIFICATION,

11:06AM 10    CALL IT CLAY.

11:06AM 11         NOW, HERE IS THE THING THAT I JUST DON'T GET.

11:06AM 12    BECAUSE YOU CALL IT A CLAY, DOES THAT MEAN THAT EVERYTHING

11:06AM 13    UNDER THE EBIA IS CLAY?

11:06AM 14    A.   NO.

11:06AM 15    Q.   AND MORE IMPORTANTLY, EVEN IF IT'S NOT ALL CLAY, DID

11:06AM 16    SOMEONE GO IN THERE WITH MY MOTHER'S MIX MASTER AND MIX IT ALL

11:06AM 17    UP SO THAT WE HAVE A NICE, BLENDED SOUP OF WHATEVER WAS THERE?

11:06AM 18    IS THAT WHAT DESCRIBES THE STUFF BELOW THE EBIA SURFACE?

11:06AM 19    A.   NO.

11:06AM 20    Q.   SO YOU HAVE THINGS CALLED -- I READ THE WORD "LENS" --

11:06AM 21    LENS.  WHAT'S A LENS?

11:06AM 22    A.   WELL, IT'S A SMALL BODY ACCUMULATION OF MATERIAL MUCH LIKE

11:07AM 23    THE LENS THAT IS IN YOUR EYEGLASSES.  THIS IS HORIZONTAL AND IN

11:07AM 24    THE SOIL.

11:07AM 25    Q.   SO THAT -- AND WE SAW THIS, FRANKLY, ON THAT NICE, PRETTY

**HOURLY TRANSCRIPT**

11:07AM 1  BLUE SLIDE FOR THE BOLAND MARINE SITE.  THERE ARE AREAS BELOW

11:07AM 2  THE SURFACE WHERE THEY HAVE DIFFERENT MATERIALS LIKE SILT, LIKE

11:07AM 3  PEAT, LIKE OTHER THINGS THAT APPEAR NOT AS A MIX, BUT AS PURE

11:07AM 4  PEAT OR PURE SILT, RIGHT?

11:07AM 5  A.   YES.

11:07AM 6  Q.   AND THESE THINGS CAN MEANDER AROUND UNDERNEATH THE SURFACE

11:07AM 7  OF THE EBIA?

11:07AM 8  A.   YES.  THAT'S REFLECTIVE OF A NATURAL DEPOSITIONAL PROCESS.

11:07AM 9  Q.   IN FACT, WE SAW THAT EVEN THOUGH IN 1966 THE CORPS HAD

11:07AM 10 THIS NICE GEOLOGY WHICH REPRESENTED EVERYTHING FROM THE RIVER

11:07AM 11 TO BAYOU BIENVENUE, AND THEY DETERMINED NO NEED FOR ANY KIND OF

11:07AM 12 EVALUATION, ANY KIND OF SEEPAGE EVALUATION, WE SAW IN 1980 IN

11:08AM 13 THAT SAME AREA, THEY FOUND A SILT LAYER AND DECIDED TO CUT IT

11:08AM 14 OFF WITH A SHEET PILE, RIGHT?

11:08AM 15 A.   THAT'S CORRECT.

11:08AM 16 Q.   AND THAT'S BECAUSE IN 1980, WE HAD MORE INFORMATION?

11:08AM 17 A.   THAT'S CORRECT.

11:08AM 18 Q.   AND I THINK EVEN COUNSEL HIMSELF GOT UP AND SAID, WELL,

11:08AM 19 YEAH, WE -- ONCE WE FOUND IT, WE CUT IT OFF.  WHY DO YOU CUT

11:08AM 20 OFF THINGS LIKE A SILT LAYER?

11:08AM 21 A.   WELL, YOU'RE CUTTING OFF HYDRAULIC CONDUCTIVITY, PRESSURE

11:08AM 22 AND FLOW EFFECTS.

11:08AM 23 Q.   SO AS YOU'RE STANDING HERE, EVEN THE EARTH THAT'S BELOW

11:08AM 24 US, CAN WE POSSIBLY KNOW EVERYTHING THAT'S UNDERNEATH THE

11:08AM 25 GROUND?

**HOURLY TRANSCRIPT**

11:08AM 1    A.    ABSOLUTELY NOT.

11:08AM 2    Q.    NOW, WHAT WE CAN DO IS WE CAN TAKE BORINGS, RIGHT?

11:08AM 3    A.    YES.

11:08AM 4    Q.    AND, OF COURSE, ANYBODY KNOWS, MONEY IS AN ISSUE.  YOU

11:08AM 5    CAN'T TAKE A BORING EVERY TWO INCHES, CAN YOU?

11:08AM 6    A.    THAT'S CORRECT.

11:08AM 7    Q.    SO YOU TAKE BORINGS AT CERTAIN LOCATIONS, AND YOU DO YOUR

11:08AM 8    BEST TO GET A GENERAL UNDERSTANDING OF WHAT THE MATERIALS ARE

11:09AM 9    OR THE SOILS ARE BELOW THE SURFACE, RIGHT?

11:09AM 10   A.    YES, SIR.

11:09AM 11   Q.    AND BY THE WAY, WHEN IT COMES TO AN EVALUATION OF AN

11:09AM 12   EXCAVATION FOR THE PURPOSES OF DETERMINING WHETHER OR NOT THAT

11:09AM 13   EXCAVATION MAY, IN FACT, IMPACT THE LEVEE WALL, IS IT TRUE,

11:09AM 14   DR. BEA, THAT THE ONLY WAY THAT YOU CAN KNOW WHAT IS UNDERNEATH

11:09AM 15   THAT HOLE IS IF YOU DRILL A BORING RIGHT THROUGH THE MIDDLE OF

11:09AM 16   THE HOLE?

11:09AM 17   A.    YES.

11:09AM 18   Q.    BECAUSE AS WE SAW FROM THE MAPPING, YOU CAN GO A COUPLE OF

11:09AM 19   HUNDRED FEET AND YOU CAN GET SOME ENTIRELY DIFFERENT MATERIAL,

11:09AM 20   RIGHT?

11:09AM 21   A.    THAT IS CORRECT.

11:09AM 22   Q.    ALL RIGHT.  BY THE WAY, DR. NAYMIK FOUND EXACTLY THE SAME

11:09AM 23   THING AT THE EBIA, DIDN'T HE?

11:09AM 24   A.    YES, SIR.

11:09AM 25   Q.    I BELIEVE HE FOUND -- MAYBE I'M WRONG, AND I'M SURE I'LL

**HOURLY TRANSCRIPT**

11:09AM 1    GET YELLED AT IF I'M WRONG -- BUT HE FOUND SOME MATERIALS THAT

11:09AM 2    WERE 10 TO THE MINUS 2 AND HE FOUND SOME MATERIALS THAT WERE 10

11:09AM 3    TO THE MINUS 4 IN PERMEABILITY?

11:09AM 4    A.   YES.

11:09AM 5    Q.   ON THAT SITE?

11:09AM 6    A.   YES.  AND THAT'S NORMAL.  THAT'S NATURE AT WORK.

11:10AM 7    Q.   NOW, THAT NICE MACHINE THAT WE ALL LOOKED AT YESTERDAY,

11:10AM 8    YOU TOUCHED ON THIS JUST A LITTLE BIT.  I JUST WANT TO KNOW

11:10AM 9    WHETHER OR NOT THAT DEMONSTRATION SHOWED ANYTHING TO THE JUDGE

11:10AM 10   THAT WOULD EXPLAIN ANY COMPONENT PART OF YOUR THEORY.

11:10AM 11   A.   YES.

11:10AM 12   Q.   WHAT DID IT SHOW?

11:10AM 13   A.   IT SHOWED FOR THAT BACK CYLINDER THAT EFFECTIVE

11:10AM 14   TRANSMISSION OF PRESSURE, EVEN WITH THE ORIFICES THAT WERE

11:10AM 15   BURIED OR INTEGRATED WITHIN THE DEMONSTRATION, ON THE FRONT

11:10AM 16   TUBE, THE BAGS OF SOIL IN THERE, BECAUSE THEY HAD TO EXPAND,

11:10AM 17   SEVERELY INHIBITED WATER PRESSURE AND FLOW TRANSMISSION.

11:10AM 18        SO THAT DEMONSTRATION WAS ACTUALLY DEMONSTRATING A

11:11AM 19   KEY DIFFERENCE BETWEEN THE DEFENSE EXPERTS' ANALYSES AND THOSE

11:11AM 20   I PERFORMED.

11:11AM 21   Q.   ACTUALLY, THIS BRINGS TO MIND SOMETHING I HEARD YESTERDAY

11:11AM 22   FROM DR. SILVA-TULLA THAT, MY GOODNESS, MY GOODNESS, IF YOU HAD

11:11AM 23   A LIQUID THE WAY THAT DR. BEA SLOSHED IT AROUND IN THE JAR, HOW

11:11AM 24   ON EARTH -- AND AS I'M SITTING HERE LISTEN TO THAT, I'M

11:11AM 25   THINKING TO MYSELF, HOW ON EARTH COULD THAT SUPPORT A WALL?

**HOURLY TRANSCRIPT**

11:11AM 1          SO HELP US UNDERSTAND, CAN A MATERIAL THAT HAS A

11:11AM 2     SATURATION OF 200 PERCENT OR 300 PERCENT SUPPORT A WALL?

11:11AM 3     A.   YES.

11:11AM 4     Q.   AND IT DOES IT BECAUSE THE BOUNDARY CONDITIONS KEEP THAT

11:11AM 5     WATER FROM MOVING AWAY, WHICH GIVES US THAT STRENGTH THAT MAKES

11:12AM 6     IT ACT LIKE THIS (INDICATING); IS THAT RIGHT?

11:12AM 7     A.   THAT'S CORRECT.

11:12AM 8     Q.   AND, IN FACT, THIS BUSINESS -- WHAT IS SUBSIDENCE IF IT'S

11:12AM 9     NOT THE MOVEMENT OF THE SOILS UNDERNEATH THE EARTH?

11:12AM 10    A.   SUBSIDENCE CAN RESULT FROM COMPACTION OF THE SEDIMENTS, SO

11:12AM 11    WE'RE ACTING TO, OVER LONG PERIODS OF TIME, COMPACT THE

11:12AM 12    SEDIMENTS, AND THAT IS WHY THE FIRE HYDRANTS HERE IN

11:12AM 13    NEW ORLEANS STICK UP SIGNIFICANTLY ABOVE THE STREET LEVEL.  I

11:12AM 14    SAW ONE YESTERDAY AS I WAS LEAVING, AND THERE IS A BLACK PIPE

11:12AM 15    ABOUT 3 FEET LONG THAT'S, IN FACT, A TELLTALE MEASUREMENT OF

11:13AM 16    SETTLEMENT AND SUBSIDENCE HAPPENING HERE IN DOWNTOWN

11:13AM 17    NEW ORLEANS.

11:13AM 18    Q.   SO THERE IS A LOT GOING ON BELOW THE SURFACE, RIGHT?

11:13AM 19    A.   AMEN.

11:13AM 20    Q.   NOW, WE HAVE A WHOLE SECTION STARTING WITH SLIDE 37 OF

11:13AM 21    DR. -- JUST GENERALLY SAYS "WGI'S ENVIRONMENTAL RESTORATION

11:13AM 22    ACTIVITIES."

11:13AM 23          JUST ONE QUESTION, DR. BEA.  IN YOUR OPINION, DID THE

11:13AM 24    WASHINGTON GROUP ACCURATELY, THOROUGHLY AND COMPLETELY IDENTIFY

11:13AM 25    ALL THE HOLES AND THEIR ACCURATE DEPTHS IN CONNECTION WITH THE

**HOURLY TRANSCRIPT**

11:13AM  1    MODELING THAT THEY DID?

11:13AM  2    A.   NO.

11:13AM  3    Q.   LET GO TO THE NEXT SECTION, WHICH IS CALLED 56.

11:14AM  4    DR. SILVA-TULLA CALLED THIS GEOTECHNICAL EVENTS DURING KATRINA.

11:14AM  5    AND HE TALKS ABOUT ENGINEERING ANALYSES.  GO TO THE NEXT SLIDE.

11:14AM  6         DR. BEA, YOU SEE THERE -- AND I'M NOT SURE THAT THIS

11:14AM  7    REFERS TO HIM OR TO WHO, BUT DID YOU PERFORM ENGINEERING

11:14AM  8    ANALYSES IN CONNECTION WITH YOUR FORENSIC EVALUATION OF THE

11:14AM  9    CAUSE OF FAILURE OF THE NORTH AND SOUTH BREACH?

11:14AM 10    A.   YES.

11:14AM 11    Q.   DID YOU DO A FLOW EVALUATION?

11:14AM 12    A.   YES.

11:14AM 13    Q.   WELL, MY GOODNESS, WHY ON EARTH WOULD YOU DO A FLOW

11:14AM 14    EVALUATION IF YOUR THINKING IS THAT THE MECHANISM OF FAILURE IS

11:14AM 15    PRESSURE?

11:14AM 16    A.   WELL, THE FORENSIC ENGINEERING TRAINING SPECIFICALLY

11:15AM 17    ALERTS THE FORENSIC ENGINEER TO 19 IDENTIFIED PSYCHOLOGICAL

11:15AM 18    DEDUCTIVE -- INDUCTIVE THINKING FLAWS, ONE OF WHICH IS CALLED

11:15AM 19    CONFIRMATIONAL BIAS.  CONFIRMATIONAL BIAS IS I SEE WHAT I WANT

11:15AM 20    TO SEE.

11:15AM 21         SO THE FORENSIC ENGINEER HAS TO EXAMINE ALL OF THE

11:15AM 22    PLAUSIBLE POSSIBLE MECHANISMS THAT CAN HELP EXPLAIN THE COMPLEX

11:15AM 23    PROCESS THAT LEADS TO FAILURE, IN THIS CASE BREACHING.

11:15AM 24    Q.   SO YOU HAD TO CONSIDER FLOW?

11:15AM 25    A.   YES.

**HOURLY TRANSCRIPT**

11:15AM 1   Q.   IN FACT, THE ILIT TEAM CONCLUDED, AT LEAST -- I DON'T KNOW

11:15AM 2   HOW CONCLUSIVE THE CONCLUSION WAS -- THAT UNDERSEEPAGE PLAYED A

11:15AM 3   ROLE AT THE SOUTH BREACH, RIGHT?

11:16AM 4   A.   YES.

11:16AM 5   Q.   YOU CONSIDERED THAT BECAUSE IT WAS ONE OF THOSE THEORIES

11:16AM 6   THAT WAS OUT THERE?

11:16AM 7   A.   THAT'S CORRECT.

11:16AM 8   Q.   WHAT DID YOU CONCLUDE?

11:16AM 9   A.   WELL, AT THAT TIME, WE CONCLUDED IT COULD BE A CAUSATIVE

11:16AM 10  MECHANISM; BUT, AS THE KNOWLEDGE IMPROVED BETWEEN 2005 AND

11:16AM 11  TODAY, THAT CAUSATIVE MECHANISM HAS BECOME SECONDARY TO

11:16AM 12  PRESSURE.

11:16AM 13  Q.   OKAY.  DID YOU PERFORM ANY OF THESE OTHER TYPES OF

11:16AM 14  ANALYSES OR PERHAPS SOME DIFFERENT KINDS OF ANALYSES?

11:16AM 15  A.   YES.

11:16AM 16  Q.   WELL, DESCRIBE THEM FOR THE JUDGE.

11:16AM 17  A.   I DID NOT HEAR YOUR --

11:16AM 18  Q.   DESCRIBE THEM FOR THE JUDGE.

11:16AM 19  A.   WELL, WE PERFORMED A VARIETY OF ANALYTICAL MODELS TO

11:16AM 20  EXAMINE THE SOIL STRUCTURE INTERACTION DEVELOPED DURING SURGE

11:17AM 21  LOADING FROM THE INDUSTRIAL CANAL.

11:17AM 22       THOSE MODELS CONSIDERED THE I-WALL WE'VE TALKED ABOUT

11:17AM 23  AND CONSIDERED THE SUPPORTING MECHANISMS.  WHEN WE THOUGHT IT

11:17AM 24  WAS APPROPRIATE, WE CONDUCTED NOT JUST TWO-DIMENSIONAL

11:17AM 25  ANALYSES, BUT THEN WENT TO THREE-DIMENSIONAL.

**HOURLY TRANSCRIPT**

11:17AM 1      INTRODUCTION OF THE THIRD DIMENSION IS EXTREMELY

11:17AM 2  CHALLENGING, AND THAT'S A WAY OF SAYING IT'S DAMN DIFFICULT.

11:17AM 3  SO WE AVOID DOING THAT UNLESS IT'S ABSOLUTELY NECESSARY TO

11:17AM 4  PROPERLY INFORM OUR JUDGMENTS REGARDING CAUSATION.

11:17AM 5  Q.   THE POINT IS YOUR EXPERT REPORT DETAILS ALL THE

11:17AM 6  EVALUATIONS YOU DID, CORRECT?

11:17AM 7  A.   YES.   IN ADDITION, IT DETAILS EXPLICIT CONSIDERATION OF

11:18AM 8  THESE MULTITUDE OF UNCERTAINTIES, UNCERTAINTIES IN SOIL

11:18AM 9  CONDITIONS AND WATER CONDITIONS, THOSE THINGS.   BECAUSE, AGAIN,

11:18AM 10  THE FORENSIC ENGINEER CAN'T BE DETERMINISTIC.   FORENSIC

11:18AM 11  ENGINEERS KNOW UNCERTAINTY IS A NATURAL AND AN UNNATURAL PART

11:18AM 12  OF A CAUSATION ANALYSIS, AND I DID EXPLICIT ANALYSIS OF BOTH.

11:18AM 13  Q.   GO TO 59, PLEASE, CARL.   SLIDE 59.

11:18AM 14      HERE WE HAVE A SLIDE ENTITLED, "INCREMENTS OF

11:18AM 15  VERTICAL STRESS DUE TO WATER LOADING."   I'LL JUST ASK YOU THIS

11:18AM 16  QUESTION.   DOES THAT LOOK ANYTHING LIKE YOUR EXPLANATION OF THE

11:18AM 17  MECHANISM OF FAILURE?

11:18AM 18  A.   THAT'S THE FIRST MECHANISM FOR PRESSURE I DESCRIBED THIS

11:19AM 19  MORNING.

11:19AM 20  Q.   WELL, THERE'S NO HOLES, ARE THERE?

11:19AM 21  A.   NO.

11:19AM 22  Q.   SO IF WE ADD HOLES THAT GO THROUGH THE FILL LAYER, DO WE

11:19AM 23  GET A DIFFERENT LOOKING DIAGRAM?

11:19AM 24  A.   YES.

11:19AM 25  Q.   NOW, HE SAYS, "STRESS DISTRIBUTION PROBLEM IS NOT A FLOW

**HOURLY TRANSCRIPT**

11:19AM 1    PHENOMENON."  DO YOU AGREE WITH THAT?

11:19AM 2    A.    NO.

11:19AM 3    Q.    EXPLAIN TO THE JUDGE WHY YOU DISAGREE.

11:19AM 4    A.    WELL, IT'S A CULMINATION OF THOSE THREE FACTORS.  THE

11:19AM 5    TOTAL STRESS FACTOR; IF FLOW IS IMPORTANT IN THAT, FOR EXAMPLE,

11:19AM 6    THE WATER PENETRATION OF THE SAND BACKFILL, THEN THAT BECOMES

11:19AM 7    IMPORTANT; AND, THAT THIRD ONE, THE PRESSURE TRANSMISSION,

11:19AM 8    THOSE ARE ALL CONNECTED WITH THE WATER.

11:19AM 9          SO THE WATER IS ACTING AS THE INTEGRATING FUNCTION,

11:20AM 10   AND, SO TO SPEAK, WHICH ONE IS IMPORTANT BECOMES EXTREMELY

11:20AM 11   DEPENDENT ON THE LOCAL UNIQUE CONDITIONS.  THERE IS NOT ONE

11:20AM 12   SIZE FITS ALL TO THIS COMPLEX PROBLEM.

11:20AM 13         THE COURT:  DR. BEA, MY QUESTIONS ARE TO ESTABLISH

11:20AM 14   THE BASIC FRAMEWORK OF DIFFERENCE BETWEEN YOUR OPINION AND SOME

11:20AM 15   OF THE DEFENDANT EXPERTS' OPINIONS.

11:20AM 16         IS IT YOUR UNDERSTANDING OF THE DEFENDANTS'

11:20AM 17   OPINION THAT PRESSURE REQUIRES SOME FLOW IN ORDER TO REACH THE

11:20AM 18   LEVEE SIDE, SOME WATER FLOW?

11:20AM 19         THE WITNESS:  THAT'S CORRECT.

11:20AM 20         THE COURT:  THAT THE SOIL SKELETON WOULD INHIBIT THAT

11:20AM 21   FLOW FOR A PERIOD OF TIME THAT WOULD EXCEED THE TIME THAT THE

11:21AM 22   LEVEES FAILED HERE?

11:21AM 23         THE WITNESS:  THAT'S CORRECT.

11:21AM 24         THE COURT:  YOUR THEORY IS THAT THE PRESSURE COULD DO

11:21AM 25   THAT.  IS IT BECAUSE OF THE WATER IN THE SOIL SKELETON?

**HOURLY TRANSCRIPT**

11:21AM 1          THE WITNESS:  YES, AND THE BOUNDARY CONDITIONS TO

11:21AM 2    THAT WATER.

11:21AM 3          THE COURT:  JUST REFINE THAT A LITTLE BIT, THE

11:21AM 4    BOUNDARY CONDITIONS.

11:21AM 5          THE WITNESS:  WELL, THE BOUNDARY CONDITIONS ARE LIKE

11:21AM 6    THE BAGS THAT YOU LOOKED AT IN THE FRONT TUBE YESTERDAY.  THEY

11:21AM 7    CAN EXPAND.  BUT THE BACK TUBE DIDN'T HAVE THE BAGS AND

11:21AM 8    COULDN'T EXPAND.

11:21AM 9          THE COURT:  RIGHT.

11:21AM 10         THE WITNESS:  THAT IS A CRUCIAL DIFFERENCE.

11:21AM 11         THE COURT:  THAT GETS INTO COMPRESSIBILITY VERSUS

11:21AM 12   INCOMPRESSIBILITY?

11:21AM 13         THE WITNESS:  YES, SIR.

11:21AM 14                        EXAMINATION

11:21AM 15   BY MR. BRUNO:

11:21AM 16   Q.   DR. SILVA-TULLA SAYS PORE PRESSURES UNDERNEATH INCREASE

11:21AM 17   DUE TO LOAD INCREASE, IS THAT TRUE?  THAT'S NUMBER TWO.

11:22AM 18   A.   YES.

11:22AM 19   Q.   AND, IN FACT, IF YOU -- AS THAT LOAD INCREASES, IT'S GOING

11:22AM 20   TO INCREASE THE PRESSURE, RIGHT?

11:22AM 21   A.   THAT'S CORRECT.

11:22AM 22   Q.   OF COURSE, THE WAY HE'S DONE IT, IF THE PRESSURE IS AT THE

11:22AM 23   SURFACE, IT'S A LOT MORE DIFFICULT TO TRANSLATE THAT PRESSURE

11:22AM 24   FROM THE SURFACE TO THE LAYERS BELOW THAN IT IS TO TRANSFER

11:22AM 25   THAT PRESSURE IF IT'S GOING TO A NICE OPEN TUBE, ISN'T THAT

                              **HOURLY TRANSCRIPT**

11:22AM 1    TRUE?

11:22AM 2    A.   YES, SIR.

11:22AM 3    Q.   NOW, WITH REGARD TO THIS WATER, THERE IS WATER UNDERNEATH

11:22AM 4    THIS BLANKET, IS THERE NOT?   IT'S A WATER TABLE?

11:22AM 5    A.   YES.

11:22AM 6    Q.   WATER MOVES UNDER THAT WATER TABLE, RIGHT?

11:22AM 7    A.   YES.

11:22AM 8    Q.   WE'VE SEEN A DOCUMENT WHICH SHOWS THAT BEFORE WGI GOT

11:22AM 9    THERE, THE WATER FLOWED FROM THE CENTER OF THE EBIA TO THE

11:22AM 10   CANAL AND FROM THE CENTER OF THE EBIA TO THE WALL, RIGHT?

11:22AM 11   A.   THAT'S CORRECT.

11:22AM 12   Q.   WE HAVE ANOTHER DOCUMENT WHERE THE CORPS SAYS, BECAUSE OF

11:23AM 13   ALL THAT CHURNING THAT THEY DID OUT THERE, THE WATER NOW GOES

11:23AM 14   FROM THE CANAL TO THE WALL, RIGHT?

11:23AM 15   A.   THAT'S SPECIFICALLY TRUE AT THE BOLAND MARINE NORTH

11:23AM 16   SECTOR.

11:23AM 17   Q.   WHAT IS THE SIGNIFICANCE OF THAT, DR. BEA?

11:23AM 18   A.   WELL, WE'VE GOT A PREESTABLISHED FLOW PRESSURE CONDITION,

11:23AM 19   AND OUR ANALYTICAL MODELS NEED TO APPROPRIATELY UNDERSTAND THAT

11:23AM 20   CONDITION, THAT BOUNDARY CONDITION.

11:23AM 21        IF A MODEL STARTS OFF BAD, IT WILL END UP BAD.   THAT

11:23AM 22   UNDERSTANDING IS CRUCIAL TO GET THE ANSWER RIGHT.

11:23AM 23   Q.   ALL RIGHT.   WELL, SO HOW DOES IT IMPACT YOUR EXPLANATION?

11:23AM 24   THE WATER -- FIRST OF ALL, I GUESS IT ESTABLISHES THAT THE

11:23AM 25   GROUND IS SATURATED, CLEARLY, RIGHT?

**HOURLY TRANSCRIPT**

11:23AM 1    A.   CORRECT.

11:23AM 2    Q.   AND THE WATER IS MOVING --

11:23AM 3    A.   CORRECT.

11:23AM 4    Q.   -- RIGHT, GOING THROUGH THE SOILS?

11:23AM 5    A.   THAT IS CORRECT.

11:23AM 6    Q.   DID THAT IN ANY WAY IMPACT THE MECHANISM OF FAILURE?

11:24AM 7    A.   OF COURSE.  IT HAS SET UP THE NECESSARY PRESSURE

11:24AM 8    CONNECTIONS TO DEVELOP THIS UPLIFT PRESSURE TO DESTABILIZE THE

11:24AM 9    FLOODWALL AT THOSE TWO SPECIFIC LOCATIONS.

11:24AM 10   Q.   LET'S GO TO THE 61, PLEASE.

11:24AM 11        DR. SILVA-TULLA AGAIN SAYS, "EVALUATION OF SEEPAGE

11:24AM 12   EFFECTS CORRECTLY DONE USING TRANSIENT FLOW ANALYSIS WITH SITE

11:24AM 13   SPECIFIC VALUES FOR PERMEABILITY."

11:24AM 14        FIRST, LET'S TALK ABOUT PERMEABILITY.  DO YOU AGREE

11:24AM 15   THAT DR. SILVA-TULLA'S VALUES FOR PERMEABILITY IN ALL RESPECTS

11:24AM 16   REFLECT REAL WORLD CONDITIONS?

11:24AM 17   A.   NO.

11:24AM 18   Q.   DO YOU BELIEVE THAT HIS FLOW ANALYSES -- I'M SORRY, AND

11:24AM 19   DOES HIS COMPRESSIBILITY VARIABLES REFLECT REAL WORLD

11:24AM 20   CONDITIONS?

11:24AM 21   A.   NO.

11:24AM 22   Q.   DOES HIS POROSITY VALUES REPRESENT REAL WORLD CONDITIONS?

11:25AM 23   A.   CLOSE; BUT, BECAUSE THE REAL WORLD IS SO VARIABLE, AS SOON

11:25AM 24   AS WE DEFINE A POROSITY AT A POINT, WE'RE GOING TO BE WRONG.

11:25AM 25   Q.   ALL RIGHT.  SO IF THAT'S TRUE, THEN WOULD YOU AGREE THAT

**HOURLY TRANSCRIPT**

11:25AM 1    HIS TRANSIENT FLOW ANALYSIS HAS TO BE INACCURATE?

11:25AM 2    A.   WELL, IT HAS A VARIABILITY OF UNCERTAINTY AND, IN THIS

11:25AM 3    CASE, AN UNKNOWN ERROR RATE.

11:25AM 4    Q.   NOW, HE SAYS ALSO THAT THE ESTABLISHMENT OF STEADY STATE

11:25AM 5    CONDITIONS WOULD TAKE A WHOLE YEAR.  DO YOU AGREE WITH THAT?

11:25AM 6    A.   NO.

11:25AM 7    Q.   WELL, WHAT IS THE BASIS FOR YOUR CONCLUSION THAT THAT IS

11:25AM 8    WRONG?

11:25AM 9    A.   WELL, I'VE GOT THREE BASES THAT I RELY ON.  I RELIED ON

11:25AM 10   FIRST LABORATORY TEST DATA.  THAT'S PERHAPS THE WEAKEST.

11:25AM 11        SECOND, I RELIED ON EXTREMELY IMPORTANTLY

11:26AM 12   MEASUREMENTS OF PRESSURE EFFECTS AT DIFFERENT LOCATIONS IN THE

11:26AM 13   SWAMP MARSH DEPOSITS HERE IN THE GREATER NEW ORLEANS AREA.

11:26AM 14        THE THIRD ONE, I HAVE TURNED TO THE PREVIOUSLY CITED

11:26AM 15   US ARMY CORPS OF ENGINEERS' REQUIREMENTS FOR THE ANALYSIS OF

11:26AM 16   EXISTING I-WALLS SUBJECTED TO HURRICANE LOADINGS.

11:26AM 17        SO I'M USING MULTIPLE APPROACHES TO TRIANGULATE,

11:26AM 18   LOCATE WHERE THE TRUTH LIES.  THAT'S WHY IT'S NOT THE BOB BEA

11:26AM 19   THEORY.  THAT'S WHY I HAVE WORKED VERY HARD TO VALIDATE USING

11:26AM 20   MULTIPLE APPROACHES THE ANALYSIS MODELS THAT I BROUGHT TO THIS

11:27AM 21   COURTROOM.

11:27AM 22   Q.   DR. BEA, THE FACT IS THAT DR. SILVA-TULLA'S CONCLUSION

11:27AM 23   THAT IT WOULD TAKE A YEAR IS THE RESULT OF SOME COMPUTER MODEL,

11:27AM 24   RIGHT?

11:27AM 25   A.   YES.

**HOURLY TRANSCRIPT**

11:27AM 1   Q.   IF THE MODEL IS WRONG, THE ANSWER IS WRONG?

11:27AM 2   A.   YES.

11:27AM 3   Q.   I'M SORRY.  IF THE INPUTS ARE WRONG, THE ANSWERS ARE

11:27AM 4   WRONG?

11:27AM 5   A.   YES.

11:27AM 6   Q.   LET'S MOVE TO THE SECTION OF DR. SILVA-TULLA'S SLIDES

11:27AM 7   WHICH RELATE TO THE CAUSE OF FAILURE OF THE NORTH BREACH.

11:27AM 8   THAT'S SLIDE 63.

11:27AM 9        NOW, HE SAYS THERE IS NO TRANSITION BETWEEN THE SHORT

11:27AM 10  AND LONG PILES.  HE SAYS THAT'S A DESIGN DEFICIENCY.  DO YOU

11:27AM 11  AGREE WITH THAT?

11:27AM 12  A.   NO.

11:27AM 13  Q.   WHY NOT?

11:27AM 14  A.   WELL, THE NEWER WALL HAD TO BE CONNECTED TO THE EXISTING

11:28AM 15  WALL, AND THE NEW TRANSITION IS A DIRECT RESPONSE TO HAVING TO

11:28AM 16  JOIN THOSE TWO LOCATIONS.

11:28AM 17       THERE IS ACTUALLY A TRANSITION WHERE THE TWO WALLS

11:28AM 18  MEET.  THAT'S THE REASON FOR THOSE DRAWINGS.

11:28AM 19  Q.   ALL RIGHT.  AS HE HIMSELF POINTED OUT, THE BASIS FOR THE

11:28AM 20  DESIGN OF ALL THESE WALLS IS MERELY A HEIGHT.

11:28AM 21       IN OTHER WORDS, THE STANDARD PROJECT HURRICANE, WHICH

11:28AM 22  IS WHAT CONGRESS DIRECTED THE CORPS TO BUILD TO, IS NOTHING

11:28AM 23  MORE THAN A HEIGHT OF A WALL, ISN'T THAT TRUE?

11:28AM 24  A.   WELL, THAT'S WHAT HE TESTIFIED TO, BUT THAT IS NOT, IN

11:28AM 25  FACT, FACTUAL.

**HOURLY TRANSCRIPT**

11:28AM 1    Q.    WHAT ARE THE FACTS?

11:28AM 2    A.    WELL, THERE IS A DEEPER SHEET PILE SHOWN IN THIS

11:28AM 3    ILLUSTRATION ASSOCIATED WITH THE 1980 I-WALL.  THEY GOT DEEPER

11:28AM 4    BECAUSE AT THAT POINT A RECOGNITION WAS THAT WE NEEDED TO CUT

11:29AM 5    OFF THOSE HYDRAULIC CONDUCTIVITY EFFECTS ASSOCIATED WITH

11:29AM 6    SPECIFICALLY THE VERY SWAMP MARSH DEPOSIT AT THIS LOCATION.

11:29AM 7    Q.    SO AS YOU SIT HERE TODAY, CAN YOU SEE ANY ENGINEERING

11:29AM 8    PROBLEM WITH ATTACHING A 19.7 FOOT DEEP SHEET -- I'M SORRY,

11:29AM 9    WITH ATTACHING A 19.7 FOOT LONG SHEET TO A 31 -- 34.1 FOOT

11:29AM 10   SHEET?

11:29AM 11   A.    WELL, THE CONTRACTOR IN THE FIELD HAS TO DEVELOP A WAY TO

11:29AM 12   ACCOMPLISH THAT JOINING.

11:29AM 13   Q.    SO IF THERE IS A JOINT BETWEEN THOSE TWO SHEET PILES,

11:29AM 14   YOU'RE SATISFIED?

11:29AM 15   A.    YES.

11:29AM 16   Q.    WELL, I GUESS I'M TRYING TO UNDERSTAND DR. SILVA-TULLA'S

11:30AM 17   LOGIC.  THE WALL HAS A CERTAIN HEIGHT, AND THE DEPTH OF THE

11:30AM 18   SHEET PILE IS THERE TO GIVE IT STABILITY, RIGHT?

11:30AM 19   A.    THAT'S ONE OF ITS FUNCTIONS.

11:30AM 20   Q.    ALL RIGHT.  SO, I DON'T KNOW, BUT IF IS 19.7 IS THERE TO

11:30AM 21   GIVE IT STABILITY, AND IT'S GOT STABILITY, THEN IT'S DOING WHAT

11:30AM 22   IT'S SUPPOSED TO DO, RIGHT?

11:30AM 23   A.    YES.  THAT'S CORRECT.

11:30AM 24   Q.    IF THE 34.1 ONE IS HIGH ENOUGH -- OR IS AS HIGH AS IT'S

11:30AM 25   SUPPOSED TO BE, AND THE 34.1 GIVES IT STABILITY, THEN IT'S

**HOURLY TRANSCRIPT**

11:30AM  1    DOING WHAT IT'S SUPPOSED TO DO?

11:30AM  2    A.   CORRECT.

11:30AM  3    Q.   THE ONLY REASON WHY IT'S LONGER IS BECAUSE IT'S CUTTING

11:30AM  4    OFF THE SEEPAGE?

11:30AM  5    A.   CORRECT.

11:30AM  6    Q.   WHICH THEY DISCOVERED LATER?

11:30AM  7    A.   CORRECT.

11:30AM  8    Q.   NOW, NORTH BREACH --

11:30AM  9    A.   RECOGNIZED LATER.

11:30AM 10    Q.   I DON'T WANT TO SPEND TOO TOO MUCH TIME ON THIS, BUT YOU

11:30AM 11    UNDERSTAND THAT DR. SILVA-TULLA HAS TESTIFIED THAT THE THING

11:31AM 12    THAT INITIATED THE FAILURE AT THE NORTH BREACH WAS WAVE AND

11:31AM 13    SURGE OVERTOPPING, CORRECT?

11:31AM 14    A.   YES, SIR.

11:31AM 15    Q.   YOU UNDERSTAND THAT DR. MARR, WHO WAS ALSO FOR THEIR TEAM,

11:31AM 16    TESTIFIED THAT THERE WAS NO WAVE AND NO SURGE OVERTOPPING

11:31AM 17    SUFFICIENT ENOUGH TO CAUSE OR INITIATE THE FAILURE, RIGHT?  WE

11:31AM 18    KNOW THAT?

11:31AM 19    A.   YES.

11:31AM 20    Q.   WE ALSO KNOW THAT DR. MARR HAS THIS EXPLANATION THAT THERE

11:31AM 21    WAS A LOT OF FORCE BROUGHT TO BEAR AGAINST THE WALL BY THE HIGH

11:31AM 22    WATER, RIGHT?

11:31AM 23    A.   YES.

11:31AM 24    Q.   THIS FORCE CAUSED THE WALL TO MOVE, RIGHT?

11:31AM 25    A.   YES.

**HOURLY TRANSCRIPT**

11:31AM 1   Q.   AND CAUSED, SOMEHOW, THE WALL TO -- OR THE CONCRETE TOP

11:31AM 2   TO BREAK, RIGHT?

11:31AM 3   A.   YES.

11:31AM 4   Q.   NOW, AND HE TESTIFIED THAT IT TAKES 500,000 POUNDS OF

11:32AM 5   TENSILE FORCE.  TENSILE IS ACROSS THE FACE OF THE WALL, RIGHT?

11:32AM 6   A.   CORRECT.

11:32AM 7   Q.   THAT'S NOT THE WATER AGAINST THE WALL, RIGHT?

11:32AM 8   A.   THAT'S CORRECT.

11:32AM 9   Q.   SO WERE YOU ABLE TO ASCERTAIN WHETHER OR NOT THE HEIGHT OF

11:32AM 10  THE WATER COULD POSSIBLY CAUSE 500,000 POUNDS OF TENSILE

11:32AM 11  STRENGTH ACROSS THE HORIZONTAL PLAIN OF THAT WALL?

11:32AM 12  A.   WELL, I SPECIFICALLY ANALYZED THE POTENTIAL SOURCES FOR

11:32AM 13  THIS 500,000 POUNDS OF TENSION AT THE NORTH END OF THE

11:32AM 14  NORTH BREACH, AND I WAS ABLE TO DETERMINE THAT YOU COULD

11:32AM 15  DEVELOP SUCH 500,000 POUNDS UNDER THE COMBINED FORCE OF THE

11:33AM 16  MOVING I-WALL, THE WATER PUSHING IT BY SOME 37 FEET INTO THE

11:33AM 17  LOWER NINTH WARD --

11:33AM 18          THE COURT:  MR. TREEBY.

11:33AM 19          MR. TREEBY:  SAME OBJECTION.  NEW OPINION.

11:33AM 20         MR. BRUNO:  I THOUGHT WE WERE GOING TO MAKE IT

11:33AM 21  CONTINUING.

11:33AM 22         THE COURT:  NO.  I'M NOT GOING TO --

11:33AM 23         MR. BRUNO:  I MISUNDERSTOOD.

11:33AM 24         THE COURT:  NO.  I MEAN, I'M NOT LETTING ALL NEW

11:33AM 25  OPINION IN.  IT HAS TO BE WITHIN THE AMBIT OF HIS PREVIOUS

**HOURLY TRANSCRIPT**

11:33AM 1    REPORT.  YOU MIGHT WANT TO LAY A FOUNDATION AS TO HOW THAT IS

11:33AM 2    WITHIN THE AMBIT OF HIS PREVIOUS REPORT.

11:33AM 3                I'M ALSO CONSTRAINED A LITTLE BIT BY MY BRIEF

11:33AM 4    UNDERSTANDING OF THE CASE LAW ON THIS WHICH I HAVE LOOKED AT.

11:33AM 5    ONE STATEMENT IS, REBUTTAL -- FROM THE FIFTH CIRCUIT CASE I

11:34AM 6    GAVE YOU -- REBUTTAL EVIDENCE IS DESIGNED TO BE FACTS NOT

11:34AM 7    RAISED BEFORE THE DEFENDANT'S CASE IN CHIEF, NOT FACTS WHICH

11:34AM 8    COULD HAVE BEEN RAISED.

11:34AM 9                SO IT GETS A LITTLE BROADER; ALTHOUGH, WE DID

11:34AM 10   HAVE A REBUTTAL REPORT HERE AS WELL.  SO I DON'T WANT TO GO TOO

11:34AM 11   FAR AFIELD.

11:34AM 12               I'M NOT SURE, FRANKLY, WHERE THE LINE IS, TO BE

11:34AM 13   COMPLETELY CANDID.  THAT'S WHY I WANTED MR. TREEBY TO OBJECT

11:34AM 14   WHENEVER HE NEEDS TO OBJECT IF IT'S BEYOND MY ORIGINAL RULING.

11:34AM 15        MR. BRUNO:  RIGHT.  AS YOU KNOW, JUDGE, I'LL TELL

11:34AM 16   YOU, I'M THE FIRST ONE ALSO TO UNDERSTAND -- THIS WAS KIND OF A

11:34AM 17   WEIRD KIND OF THING WE DID HERE -- NORMALLY REBUTTAL COMES IN

11:34AM 18   AFTER THE DEFENDANT PUTS ON HIS CASE.

11:34AM 19               THAT'S OKAY.  I'M STRUGGLING TO DO THIS AS BEST

11:34AM 20   I CAN.  I DON'T HAVE A LOT MORE HERE.  I JUST WANT TO DEVELOP

11:34AM 21   THIS THOUGHT AND MOVE ON.

11:34AM 22          THE COURT:  I'M GOING TO --

11:34AM 23             YES, SIR.

11:34AM 24        MR. TREEBY:  JUST ONE OBSERVATION.  THE REASON FOR

11:34AM 25   THE RULING IS PRETTY OBVIOUS, BUT I THINK I NEED TO STATE IT

**HOURLY TRANSCRIPT**

11:35AM  1    FOR THE RECORD BECAUSE I HAVEN'T MADE A LENGTHY ARGUMENT ON

11:35AM  2    THIS.  I'LL JUST MAKE THIS ONE POINT.

11:35AM  3              THE REASON FOR THE RULE IS IF HE COMES UP WITH

11:35AM  4    NEW THINGS NOW, AFTER HE HAD THE OPPORTUNITY FOR A REBUTTAL

11:35AM  5    OPINION AND A SUPPLEMENTAL REPORT AND A SUPPLEMENTAL REPORT,

11:35AM  6    AND WE DEPOSED HIM ON BOTH OF THEM, WE HAVEN'T HAD THE FAIR

11:35AM  7    OPPORTUNITY TO EXAMINE HIM ON THE BASES FOR THE THESE NEW

11:35AM  8    OPINIONS.

11:35AM  9              THAT'S WHY WE MAKE THE OBJECTION.  I UNDERSTAND,

11:35AM 10    YOUR HONOR'S RULING.

11:35AM 11         THE COURT:  I UNDERSTAND THE OBJECTION AS WELL.

11:35AM 12         MR. BRUNO:  I NEED TO RESPOND TO THAT, JUDGE, IF I

11:35AM 13    MAY.

11:35AM 14         THE COURT:  YES, YOU MAY.

11:35AM 15         MR. BRUNO:  BECAUSE, REALLY, I HAVE TO TELL YOU, FOR

11:35AM 16    MR. TREEBY TO SAY THAT WE'VE GOT NEW, AFTER DR. MARR HAS GOT A

11:35AM 17    BRAND NEW THEORY THAT HE PRESENTS AFTER DEPOSITION, A MONTH

11:35AM 18    BEFORE TRIAL; DR. -- I FORGOT HIS NAME -- ON MONDAY TESTIFIES

11:35AM 19    TO A WHOLE NEW SET OF COMPUTER RUNS THAT WE'VE NEVER SEEN, WE

11:35AM 20    STILL DON'T HAVE TODAY.  I MEAN, I COULD REEL FIVE OR SIX

11:35AM 21    DIFFERENT OPPORTUNITIES -- OR PROBLEMS THAT THEY'VE CREATED BY

11:36AM 22    THIS NEW STUFF.  THEY'VE GOT NEW STUFF IN THEIR SLIDES.

11:36AM 23              WE HAVE GONE THROUGH THE PROCESS.  WE GET IT.

11:36AM 24    WE RECOGNIZE IT'S A COMPLICATED, LONG TRIAL.  WE'RE SUFFERING

11:36AM 25    THROUGH IT.

                           **HOURLY TRANSCRIPT**

11:36AM 1           BUT FOR MR. TREEBY TO SAY HE'S THE ONLY ONE

11:36AM 2   AGGRIEVED, I CANNOT SIT HERE CALMLY AND SAY NOTHING.

11:36AM 3           THE COURT:  I UNDERSTAND.

11:36AM 4           MR. SMITH:  I CAN'T SIT BY IDLY AND SAY THAT

11:36AM 5   MR. TREEBY IS THE ONLY ONE AGGRIEVED EITHER, YOUR HONOR.

11:36AM 6           MR. BRUNO:  GOOD.  WELL, WE ACKNOWLEDGE WE'RE ALL

11:36AM 7   AGGRIEVED.

11:36AM 8           THE COURT:  I UNDERSTAND.  I WILL SAY THERE IS

11:36AM 9   UNIVERSAL AGGRIEVEMENT, AND I AM SORRY IF I HAVE INFLICTED THIS

11:36AM 10  ON ALL OF YOU, BUT I DO AGREE WITH THAT.

11:36AM 11          THIS IS A COMPLEX TRIAL.  I HAVE A LOT OF

11:36AM 12  DISCRETION IN THIS MATTER, AND I DON'T WANT TO ABUSE IT.  I

11:36AM 13  UNDERSTAND, AS I SAID EARLIER, I LET -- BECAUSE I WANT TO GET

11:36AM 14  TO THE TRUTH OF THE MATTER, FRANKLY, I LET SOME THINGS IN FOR

11:36AM 15  THE DEFENSE THAT I THOUGHT WERE IMPORTANT THAT SHOULD COME IN,

11:36AM 16  THAT SHOULD BE IN THE RECORD THAT WERE A LITTLE BEYOND OR HAD

11:37AM 17  NOT BEEN -- THAT WERE DEMONSTRATIVE THAT THEY TALKED ABOUT, BUT

11:37AM 18  WERE NOT ALL IN THEIR EXPERT REPORTS.

11:37AM 19          I AM NOT SURE WHERE WE'RE GOING WITH THIS

11:37AM 20  500,000-POUND DEAL, BUT IN DR. BEA'S REPORT -- OR IN HIS

11:37AM 21  TESTIMONY, HE SAID HE EXCLUDED THE CAUSE -- HE EXCLUDED THE

11:37AM 22  OTHER CAUSES, ONE, OVERTOPPING, CERTAINLY, AND, ULTIMATELY,

11:37AM 23  UNDERSEEPAGE PER SE.

11:37AM 24          MR. BRUNO:  CORRECT.

11:37AM 25          THE COURT:  NOW, I'M NOT SURE HOW MUCH HE EXCLUDED

**HOURLY TRANSCRIPT**

11:37AM 1    MECHANICAL AND STRUCTURAL FAILURE IN HIS REPORT.

11:37AM 2         MR. BRUNO:  THAT'S WHY I FELT LIKE I NEEDED TO JUST

11:37AM 3    EXPLORE THAT JUST A LITTLE BIT, JUDGE, FOR THAT EXACT REASON.

11:37AM 4         BECAUSE THE DEFENDANTS, I WILL SHARE WITH YOU,

11:37AM 5    THE FIRST TIME ARE TALKING ABOUT SUPPOSED -- I'LL SAY IT

11:38AM 6    POLITELY, DEFICIENCIES IN DESIGN.  NEVER SAW THAT BEFORE IN

11:38AM 7    THIS CASE.  USED TO -- WELL, I WON'T EVEN GO THERE.  LET'S

11:38AM 8    LEAVE THAT ALONE.

11:38AM 9         THE POINT IS I DO FEEL THE NEED TO EXPLORE THAT

11:38AM 10   A LITTLE BIT.

11:38AM 11        THE COURT:  I'M GOING TO ALLOW IT.  I'M GOING TO HAVE

11:38AM 12   TO LOOK AT ALL OF THIS BECAUSE THAT WOULD REQUIRE ME TO MAKE A

11:38AM 13   METICULOUS RULING GOING OVER ALL THE REPORTS, ETCETERA.

11:38AM 14        I THINK I'LL KNOW IF YOU GO TOO FAR.  SO,

11:38AM 15   MR. TREEBY, NO OBJECTION IS CONTINUING IN THE SENSE THAT IF YOU

11:38AM 16   FEEL YOU NEED TO OBJECT, PLEASE DO.

11:38AM 17                          EXAMINATION

11:38AM 18   BY MR. BRUNO:

11:38AM 19   Q.   DR. BEA, I'M NOT SURE THAT I GOT ALL OF YOUR ANSWER WITH

11:38AM 20   REGARD TO THE 500,000 POUNDS.  WERE YOU ABLE -- LET ME JUST ASK

11:38AM 21   IT VERY SUCCINCTLY.  WITH REGARD SPECIFICALLY TO DR. MARR'S

11:38AM 22   OPINION, JUST TO HIS OPINION, COULD YOU ASCERTAIN WHETHER OR

11:38AM 23   NOT HE, IN HIS OWN EVALUATIONS, WAS ABLE TO DEVELOP THROUGH A

11:38AM 24   MODEL 500,000 POUNDS OF TENSILE STRENGTH -- TENSILE FORCE

11:39AM 25   SUFFICIENT TO BREAK THE WALL?

                              **HOURLY TRANSCRIPT**

11:39AM 1    A.    YES.   I DID MAKE AN EVALUATION OF THAT.   AS HE DOCUMENTED,

11:39AM 2    HE WAS NOT ABLE TO ACHIEVE STABILITY IN HIS COMPUTER MODEL TO

11:39AM 3    ABLE TO EXPLAIN THE 500,000 POUNDS.

11:39AM 4         THE TESTIMONY I JUST GAVE CONCERNING THE

11:39AM 5    500,000 POUNDS IS INCLUDED IN MY APRIL 11TH EXPERT REBUTTAL

11:39AM 6    REPORTS, FORENSIC ENGINEERING QUANTITATIVE ANALYSIS.

11:39AM 7    APPENDIX D INCLUDES THE CALCULATIONS THAT I RELATED TO.

11:39AM 8         THIS IS A VERY PAINFUL DEPOSITION THAT I HAD TO HAVE

11:40AM 9    RESCHEDULED IN SAN FRANCISCO.   I EXPLAINED SPECIFICALLY THE

11:40AM 10   ANALYSIS OF THE 500,000 POUNDS.

11:40AM 11   Q.    UNDERSTOOD.

11:40AM 12        ALL I WANT TO ESTABLISH -- I KNOW IT'S IN YOUR

11:40AM 13   REPORT, BUT, JUST TO CUT TO THE CHASE HERE, THE 500,000 POUNDS

11:40AM 14   IS DEVELOPED AS A COMPONENT PART OF THE MECHANISM OF FAILURE,

11:40AM 15   AS YOU DESCRIBE IT, FROM THE UPLIFT PRESSURE; ISN'T THAT TRUE?

11:40AM 16   A.    YES.   THE TEARING IS A RESULT, NOT A CAUSE.

11:40AM 17   Q.    ALL RIGHT.   NOW, AGAIN, SO ALL I'M TRYING TO ESTABLISH

11:40AM 18   HERE IS THIS:   IF THE DEFENDANT EXPERTS ARE WRONG, IF

11:40AM 19   DR. SILVA-TULLA'S WRONG, IF THERE WERE NO THREE-FOOT WAVES

11:40AM 20   WHICH CAME DOWN THE IHNC, NOT FOLLOWING THE WIND, BY THE WAY,

11:40AM 21   AND IF THOSE THREE-FOOT WAVES GOT TO THE FLORIDA AVENUE BRIDGE

11:40AM 22   AND TOOK A HARD LEFT TURN AND GOT THEIR PROTRACTOR OUT AND

11:41AM 23   MAGICALLY HIT THAT WALL AT PRECISELY 90 DEGREES, OKAY, IF THAT

11:41AM 24   DIDN'T HAPPEN, GOD FORBID, IF THAT DIDN'T HAPPEN, THEN THERE

11:41AM 25   ARE INSUFFICIENT WAVES TO CAUSE A TRENCH ON THE LAND SIDE OF

**HOURLY TRANSCRIPT**

11:41AM 1   THE WALL; ISN'T THAT TRUE?

11:41AM 2   A.   AT THAT TIME, YES.

11:41AM 3   Q.   NOW, SO IF DR. SILVA-TULLA -- WOULD YOU AGREE WITH ME,

11:41AM 4   DR. SILVA-TULLA'S EXPLANATION OF THE INITIATION OF BREACHING

11:41AM 5   AND DR. MARR'S EXPLANATION FOR THE INITIATION OF BREACHING ARE

11:41AM 6   DIFFERENT?

11:41AM 7   A.   YES.

11:41AM 8   Q.   AS A FORENSIC ENGINEER, DOES THAT CAUSE YOU ANY --

11:41AM 9        THE COURT:  THAT'S AT THE NORTH BREACH, RIGHT?

11:41AM 10       MR. BRUNO:  AT THE NORTH BREACH, NORTH BREACH.

11:41AM 11  YOU'RE RIGHT.  THANK YOU, JUDGE.

11:41AM 12                        EXAMINATION

11:41AM 13  BY MR. BRUNO:

11:41AM 14  Q.   AS A FORENSIC ENGINEER, DOES THAT CAUSE YOU ANY CONCERN?

11:41AM 15  A.   OF COURSE.

11:41AM 16  Q.   WHY?

11:41AM 17  A.   WELL, AS A FORENSIC ENGINEER, I NEED TO RESOLVE REASONS

11:41AM 18  FOR IMPORTANT DIFFERENCES, AND NOT JUST LET IT SIT AS A

11:42AM 19  DIFFERENCE.

11:42AM 20       THE FORENSIC ENGINEER HAS TO IDENTIFY THE MOST

11:42AM 21  PLAUSIBLE CAUSATIVE MECHANISMS, AND THAT'S NOT AN UNRESOLVED

11:42AM 22  SET OF DIFFERENCES.

11:42AM 23  Q.   NOW, IN FACT, WE ALSO KNOW THAT JOHN GRIESHABER, THE

11:42AM 24  30(B)(6) DEPONENT FOR THE CORPS OF ENGINEERS, TESTIFIED THAT IT

11:42AM 25  WAS THE CORPS' POSITION THAT THE FAILURE IN THE NINTH WARD ON

11:42AM  1   THE NORTH SIDE WAS MORE OF A BLOW-OUT ROTATIONAL FAILURE, WHERE

11:42AM  2   IT POPPED UP EARLY?

11:42AM  3           MR. TREEBY:  JUST A MINUTE, YOUR HONOR.  THIS IS

11:42AM  4   OBVIOUSLY NOT REBUTTAL.  JOHN GRIESHABER TESTIFIED A LONG TIME

11:42AM  5   AGO.  HIS DEPOSITION WAS DESIGNATED.  THIS COULD HAVE BEEN

11:42AM  6   DEALT WITH ON THE CORRECT CASE.  THIS IS --

11:42AM  7           IT'S JUST LIKE NAYMIK.  AS MR. BRUNO POINTED

11:43AM  8   OUT, WE WENT THERE A BUNCH OF QUESTIONS ABOUT NAYMIK.  HE

11:43AM  9   WASN'T A WITNESS HERE.  OBVIOUSLY, THEY'RE JUST LOOKING AT HIS

11:43AM 10   REPORT.  THAT'S NOT REBUTTAL.

11:43AM 11           MR. BRUNO:  THE REBUTTAL HERE, JUDGE, IS --

11:43AM 12           THE COURT:  DR. NAYMIK WAS MENTIONED, THOUGH, DURING

11:43AM 13   DR. SILVA-TULLA'S DEPOSITION.  CERTAINLY -- EXCUSE ME,

11:43AM 14   TESTIMONY.  IT WAS.  BECAUSE I REMEMBER THE ONES -- IT WAS

11:43AM 15   MAYBE ON CROSS, BUT IT WAS --

11:43AM 16           MR. TREEBY:  YES.  ON CROSS, YES.

11:43AM 17           MR. BRUNO:  THE POINT IS, JUDGE --

11:43AM 18           MR. TREEBY:  SO THEY ARE REBUTTING HIS REPORT --

11:43AM 19           MR. BRUNO:  NO.  WHAT MR. TREEBY DOESN'T UNDERSTAND

11:43AM 20   IS THAT IN THE CONTEXT OF REBUTTAL, WHAT I'M REBUTTING --

11:43AM 21           THE COURT:  DON'T YOU HAVE -- YOU HAVE

11:43AM 22   MR. GRIESHABER'S -- IF HE'S A PH.D., PLEASE FORGIVE ME -- YOU

11:43AM 23   HAVE HIS DEPOSITION IN EVIDENCE, AND YOU CAN POINT THAT OUT IN

11:43AM 24   BRIEFING.

11:43AM 25           MR. BRUNO:  EXCEPT THAT WHAT I'M REBUTTING HERE IS

**HOURLY TRANSCRIPT**

11:43AM 1  WHAT DR. SILVA-TULLA SAYS AND WHAT DR. MARR SAYS AND THE FACT

11:43AM 2  THAT THEY ARE DIFFERENT.

11:43AM 3          I'M SIMPLY POINTING OUT THAT NOW I HAVE A THIRD

11:43AM 4  OPINION.  THAT'S ALL.

11:43AM 5          THE PURPOSE OF THIS IS TO ASK THE WITNESS

11:43AM 6  WHETHER OR NOT THIS REPRESENTS A GOOD AND QUALITATIVE FORENSIC

11:44AM 7  EVALUATION OF THE WALL NOT TO HAVE CONSIDERED DR. -- I'M

11:44AM 8  SORRY -- JOHN GRIESHABER'S OPINION.  THAT'S THE PURPOSE FOR

11:44AM 9  WHICH I'M USING IT.  I AM NOT USING IT TO SAY THAT'S WHAT

11:44AM 10 CAUSED THE FAILURE.

11:44AM 11        MR. TREEBY:  IF YOUR HONOR PLEASE, YOU'RE EXACTLY

11:44AM 12 RIGHT.  THIS IS THE ROLE OF BRIEFING, NOT THE ROLE OF THIS

11:44AM 13 REBUTTAL CASE.  I CONTINUE MY OBJECTION.

11:44AM 14        MR. BRUNO:  MR. TREEBY WANTS ME TO NOT HAVE ANY

11:44AM 15 OPPORTUNITY TO PUT ON EVIDENCE.  HE WANTS ME TO PUT EVERYTHING

11:44AM 16 IN MY BRIEF.

11:44AM 17        THE COURT:  WAIT, WAIT, WAIT.  LET'S NOT GET PERSONAL

11:44AM 18 ABOUT WHAT MR. TREEBY WANTS.  OF COURSE, MR. TREEBY DOESN'T

11:44AM 19 WANT -- OF COURSE.

11:44AM 20        MR. BRUNO:  THANK YOU.

11:44AM 21        MR. TREEBY:  STIPULATED.  STIPULATED.

11:44AM 22        THE COURT:  STIPULATED.  THAT IS HIS RIGHT, AND HIS

11:44AM 23 OBJECTIONS ARE CERTAINLY NOT FRIVOLOUS.  THE COURT HAS

11:44AM 24 ENCOURAGED THEM BECAUSE I WANT THE RECORD TO BE COMPLETE.

11:44AM 25        MR. SMITH JOINS IN THEM.

**HOURLY TRANSCRIPT**

11:44AM 1          MR. SMITH:  I JUST WANT TO JOIN.  THANK YOU,

11:44AM 2    YOUR HONOR.

11:44AM 3          THE COURT:  YES.  BUT I'M GOING TO ALLOW THE ANSWER

11:44AM 4    FOR THE LIMITED PURPOSE WHICH YOU STATED.

11:44AM 5                              EXAMINATION

11:44AM 6    BY MR. BRUNO:

11:45AM 7    Q.   DID YOU ANSWER?  I DON'T KNOW IF I GOT AN ANSWER.  DID YOU

11:45AM 8    ANSWER THAT QUESTION?

11:45AM 9    A.   NO.

11:45AM 10   Q.   SHOULD WE READ IT BACK?  I DON'T RECALL.

11:45AM 11   A.   READ IT BACK, PLEASE.

11:45AM 12         MR. SMITH:  YOUR HONOR, IF I MIGHT, AT THIS POINT,

11:45AM 13   DR. GRIESHABER WAS ONLY DESIGNATED TO SPEAK FOR THE CORPS ON

11:45AM 14   CERTAIN TOPICS.

11:45AM 15         HE WAS A FACT WITNESS, RIGHT.  HE WAS TESTIFYING

11:45AM 16   AS A FACT WITNESS UNDER 30(B)(6) WHO IS AUTHORIZED ONLY TO

11:45AM 17   ADDRESS CERTAIN TOPICS.  ONE OF THEM WAS NOT CAUSATION.

11:45AM 18         THE COURT:  I DO REMEMBER IN READING ALL THE

11:45AM 19   DEPOSITIONS, THAT THAT WAS A SPECIFIC OBJECTION NOTED BY THE

11:45AM 20   UNITED STATES IN ALL OF THE DEPOSITIONS.  SO IT GOES BEYOND THE

11:45AM 21   SCOPE OF THE 30(B)(6) SINCE HE WAS NOT DESIGNATED FOR

11:45AM 22   CAUSATION.

11:45AM 23         MR. BRUNO:  WELL, JUDGE, WITH RESPECT, WE'LL BRIEF

11:45AM 24   THAT BECAUSE THE SCOPE OF THE DEPOSITION COVERED IT.  WE ASKED

11:45AM 25   THEM FOR ALL -- I DON'T RECALL THE PRECISE WORDS NOW.

                         **HOURLY TRANSCRIPT**

11:45AM 1          THE COURT:  THERE IS NO WAY I CAN DETERMINE THAT NOW.

11:45AM 2          MR. BRUNO:  YOU CAN'T.  I GET THE OBJECTION.

11:46AM 3          THE COURT:  I HAVE TO LOOK AT THE 30(B)(6).  BUT I

11:46AM 4    THINK YOU DEFINITELY NEED TO PRESERVE THAT OBJECTION BECAUSE I

11:46AM 5    WILL NOT CONSIDER IT IF IT'S BEYOND THE SCOPE OF THE 30(B)(6).

11:46AM 6    I'M AFRAID I'M GOING TO HAVE TO DEFER UNTIL WE BRIEF IT IF THIS

11:46AM 7    BECOMES SIGNIFICANT.

11:46AM 8          MR. BRUNO:  ABSOLUTELY, JUDGE.  IF IT'S NOT 30(B)(6),

11:46AM 9    THEN IT'S FACTUAL TESTIMONY BY A GEOTECHNICAL ENGINEER EMPLOYED

11:46AM 10   BY THE CORPS WHO HEADED UP THE GEOTECHNICAL SECTION.  EITHER

11:46AM 11   WAY, I'LL TAKE IT.  IN ANY CASE, THE QUESTION WAS --

11:46AM 12         THE COURT:  THE UNITED STATES DID PRESERVE THAT

11:46AM 13   OBJECTION.  I WANT TO MAKE THAT CLEAR.

11:46AM 14         MR. BRUNO:  YES, AND I THINK WE BRIEFED IT, JUDGE.

11:46AM 15   WHERE WAS I?

11:46AM 16                          EXAMINATION

11:46AM 17   BY MR. BRUNO:

11:46AM 18   Q.   OKAY.  I DON'T KNOW THAT I REMEMBER IT.  OKAY.  THE FINAL

11:46AM 19   QUESTION WAS, THE SETUP WAS, WE HAVE AN OPINION BY DR. MARR

11:46AM 20   WHICH IS DIFFERENT FROM AN OPINION BY DR. SILVA-TULLA, WHICH IS

11:46AM 21   DIFFERENT FROM AN OPINION BY MR. GRIESHABER.  AND THE QUESTION

11:47AM 22   WAS, AS A FORENSIC ENGINEER, DOES THAT CAUSE YOU ANY CONCERN?

11:47AM 23   A.   YES.

11:47AM 24   Q.   WHY DO YOU HAVE A CONCERN?

11:47AM 25   A.   WELL, THERE ARE THREE OPINIONS THAT I NEED TO UNDERSTAND

                              **HOURLY TRANSCRIPT**

11:47AM 1    THE REASONS FOR THOSE OPINIONS TO DETERMINE THE PLAUSIBLE

11:47AM 2    CAUSATION.  SO JUST BECAUSE THE OPINIONS ARE DIFFERENT IS THE

11:47AM 3    VERY REASON I HAVE TO UNDERSTAND AND INTEGRATE THE DIFFERENCES

11:47AM 4    TO ARRIVE AT A CORRECT CONCLUSION.

11:47AM 5    Q.   NOW, IF IT'S NOT ANY OF THOSE EXPLANATIONS, THAT LEAVES

11:47AM 6    YOU, THEN, WITH WHAT TO LOOK AT AS A CAUSE OF FAILURE OF THE

11:47AM 7    NORTH WALL?  IN OTHER WORDS, IF YOU ELIMINATE WAVE AND SURGE

11:47AM 8    OVERTOPPING, IF YOU ELIMINATE THIS 500,000 POUNDS OF FORCE

11:48AM 9    WHICH COMES FROM THE WATER, AND WHICH, BY THE WAY, IS THE SAME

11:48AM 10   FORCE BROUGHT TO BEAR ALONG THE ENTIRE LENGTH OF THE EBIA, IF

11:48AM 11   YOU ELIMINATE THE -- I FORGOT THE WORDS THAT MR. GRIESHABER

11:48AM 12   EVEN USED -- IF YOU ELIMINATE THOSE, THEN YOU HAVE TO LOOK

11:48AM 13   UNDERGROUND, DON'T YOU?

11:48AM 14   A.   YES.

11:48AM 15   Q.   DID EITHER DR. SILVA-TULLA OR DR. MARR GIVE YOU AN

11:48AM 16   ADEQUATE EXPLANATION, GIVEN WHATEVER THAT EXPLANATION WAS FOR

11:48AM 17   THE FAILURE, AS TO WHY OR HOW THAT I-WALL ENDED UP WHERE IT

11:48AM 18   ENDED UP AND IN THE WAY THAT IT ENDED UP?

11:48AM 19   A.   ARE WE TALKING ABOUT THE NORTH BREACH?

11:48AM 20   Q.   THE NORTH BREACH ONLY.  IN OTHER WORDS, IT'S PUSHED BACK

11:48AM 21   AND IT'S BACK-FLIPPED.  SO DID DR. MARR PROVIDE YOU, AS AN

11:48AM 22   EXPERT IN THIS FIELD, AND BASED UPON HIS THEORY OF THE CASE,

11:49AM 23   WITH A COGENT, INTELLIGENT, UNDERSTANDABLE, BELIEVABLE

11:49AM 24   EXPLANATION OF HOW THE I-WALL -- WHICH YOU REMEMBER HE SAYS

11:49AM 25   GETS PUSHED OVER AND FLATTENED, IT FALLS DOWN VERY QUICKLY, AND

**HOURLY TRANSCRIPT**

11:49AM 1    IT'S AT 10 DEGREES OR 20 DEGREES TOPS, AND HE SAYS THE WATER

11:49AM 2    FLOWING OVER THE TOP OF THAT WALL PUSHED IT, AND I DON'T KNOW

11:49AM 3    THAT I UNDERSTAND HOW IT BACK-FLIPPED.  BUT IN ANY CASE, DOES

11:49AM 4    THAT EXPLAIN HOW THAT WALL GOT TO WHERE IT GOT TO?

11:49AM 5            MR. TREEBY:  YOUR HONOR, I'VE GOT TO OBJECT.  THERE

11:49AM 6    IS SO MUCH MISCHARACTERIZATION OF THE TESTIMONY THAT I'VE GOT

11:49AM 7    TO OBJECT.

11:49AM 8            THE COURT:  YES, SIR.  THE OBJECTION IS NOTED AND,

11:49AM 9    AGAIN, I'M ENCUMBERED IN MY RULING BECAUSE I WOULD HAVE TO GO

11:49AM 10   BACK AND LOOK AT THE TESTIMONY, BUT YOUR OBJECTION IS NOTED.

11:49AM 11                           EXAMINATION

11:49AM 12   BY MR. BRUNO:

11:49AM 13   Q.   IF DR. MARR TESTIFIED THAT THE WALL FELL DOWN ALMOST, I

11:49AM 14   THINK HE SAID IT WAS --

11:49AM 15           THE COURT:  YOU COULD JUST ASK HIM DID DR. MARR'S

11:49AM 16   EXPLANATION AS TO THE POSITION OF THE WALL --

11:49AM 17                           EXAMINATION

11:49AM 18   BY MR. BRUNO:

11:50AM 19   Q.   LET'S DO IT THAT WAY.  YOU READ DR. MARR'S REPORTS, RIGHT?

11:50AM 20   A.   YES.

11:50AM 21   Q.   AND I DON'T RECALL, HAVE YOU HAD A CHANCE TO SEE HIS

11:50AM 22   TESTIMONY?

11:50AM 23   A.   YES.

11:50AM 24   Q.   HAVE YOU HAD A CHANCE TO SEE HIS TESTIMONY?

11:50AM 25   A.   YES.

**HOURLY TRANSCRIPT**

11:50AM 1    Q.   DID YOU -- AFTER READING THE REPORT AND AFTER READING THE

11:50AM 2    TESTIMONY, DO YOU BELIEVE THAT THE MECHANISM OF FAILURE AS HE

11:50AM 3    DESCRIBES IT ALLOWS FOR THAT WALL TO BE PUSHED BY THE WATER AND

11:50AM 4    BACK-FLIP?

11:50AM 5    A.   NO.

11:50AM 6    Q.   DOES YOUR EXPLANATION OF THE MECHANISM OF FAILURE GIVE US

11:50AM 7    SOME SENSE OF HOW THAT OCCURRED?

11:50AM 8    A.   YES.

11:50AM 9    Q.   TELL THE JUDGE.

11:50AM 10   A.   WELL, I EXPLICITLY DREW THE MECHANISM IN MY EXPERT REPORT.

11:50AM 11   THIS FLIPPING WAS A KEY ISSUE DR. CUSHING AND I ADDRESSED

11:50AM 12   DURING THE *BARGE*, AND WHEN WE FINALLY GOT THAT MECHANISM

11:50AM 13   CORRECT, EVERYTHING FELL OUT.  I HAVE NOT SEEN FROM ANY EXPERT

11:51AM 14   IN THIS CASE A PROPER EXPLANATION.

11:51AM 15   Q.   DO YOU HAVE ONE?

11:51AM 16   A.   YES.  I'VE INCLUDED IT IN MY EXPERT REPORT.

11:51AM 17   Q.   SO IT'S THERE --

11:51AM 18          MR. TREEBY:  IF YOUR HONOR PLEASE, HE JUST SAID HE

11:51AM 19   INCLUDED IT IN HIS EXPERT -- HE'S JUST GIVEN US AGAIN WHAT HE

11:51AM 20   SAID IN HIS EXPERT REPORT.  THAT'S NOT REBUTTAL.

11:51AM 21          MR. BRUNO:  THAT'S WHY --

11:51AM 22          THE COURT:  WELL, IT IS REBUTTING THE OPINION OF

11:51AM 23   DR. MARR.  IT IS.

11:51AM 24          MR. BRUNO:  ALL I'M SAYING IS WE'RE NOT GOING TO GO

11:51AM 25   THROUGH IT.  IT'S THERE, JUDGE.  THE THING IS IN EVIDENCE.  WE

**HOURLY TRANSCRIPT**

11:51AM 1    KNOW WHERE TO GO LOOK.

11:51AM 2                        EXAMINATION

11:51AM 3    BY MR. BRUNO:

11:51AM 4    Q.   AND, DOCTOR, THE SAME QUESTION WITH DR. SILVA-TULLA.  DOES

11:51AM 5    HIS OVERTOPPING SCOUR THEORY ADEQUATELY EXPLAIN HOW THAT I-WALL

11:51AM 6    GOT TO WHERE IT ENDED UP?

11:51AM 7    A.   NO.

11:51AM 8    Q.   LET ME ASK YOU THIS:  LET'S SAY IF, IF, EITHER OF THESE

11:51AM 9    TWO GENTLEMEN TESTIFIED THAT THE WALL FALLS OVER TO 10 TO

11:51AM 10   20 DEGREES AND IT'S LAYING THERE, AND CAN THE WATER FLOWING IN

11:51AM 11   THROUGH THAT HOLE DEVELOP ENOUGH DRIVING FORCE TO PUSH THAT

11:52AM 12   WALL TO THE WEST?

11:52AM 13   A.   NO.

11:52AM 14          THE COURT:  JUST A MINUTE.

11:52AM 15          MR. TREEBY:  NEW OPINION.

11:52AM 16          THE COURT:  IS THAT A NEW OPINION, SIR?

11:52AM 17                        EXAMINATION

11:52AM 18   BY MR. BRUNO:

11:52AM 19   Q.   IS THAT A NEW OPINION?

11:52AM 20   A.   NO.

11:52AM 21          MR. SMITH:  I JOIN IN THE OBJECTION, YOUR HONOR.

11:52AM 22          THE COURT:  I DON'T KNOW IF WE COVERED THAT IN HIS

11:52AM 23   THREE-DAY TESTIMONY OR NOT, TO BE FRANK.

11:52AM 24          MR. BRUNO:  WELL, IF IT'S NOT IN HIS REPORT AND IT'S

11:52AM 25   NOT IN HIS TESTIMONY, THEN IT'S PURE REBUTTAL.  I DON'T KNOW

**HOURLY TRANSCRIPT**

11:52AM  1    WHAT ELSE IT COULD BE.

11:52AM  2              MR. TREEBY:  IT'S A NEW OPINION.

11:52AM  3              THE COURT:  NO, NO, NO, NO, WE'RE NOT GOING TO --

11:52AM  4    THERE IS A THIN LINE HERE AS TO WHAT IS A NEW OPINION.  HIS

11:52AM  5    BASIC OPINION IS UPLIFT PRESSURE.  THAT'S REALLY WHAT THIS CASE

11:52AM  6    IS GOING TO BE ABOUT, AND WHETHER I'M GOING TO -- AS TO

11:52AM  7    ULTIMATELY -- THAT'S WHAT I'M GOING TO HAVE TO DECIDE REFERENCE

11:52AM  8    CAUSATION, WAS IT UPLIFT PRESSURE OR WAS IT ONE OF THE OTHER

11:52AM  9    THEORIES -- EXCUSE ME, I DON'T MEAN TO USE THEORY.  WAS IT ONE

11:53AM 10    OF THE EXPLANATIONS OF THE CAUSES OF THE MECHANISM OF FAILURE

11:53AM 11    GIVEN BY THE DEFENDANTS?  THAT'S THE BOTTOM LINE.

11:53AM 12                             EXAMINATION

11:53AM 13    BY MR. BRUNO:

11:53AM 14    Q.   ALL RIGHT.  SOUTH BREACH.  AGAIN, YOU DON'T NEED TO SPEND

11:53AM 15    A LOT OF TIME HERE.  WE HAVE THIS SAME WAVE, THIS SAME WAVE

11:53AM 16    THAT KNOWS WHERE IT'S GOING.  IT DRIVING DOWN THE HIGHWAY OF

11:53AM 17    THE IHNC AND IT'S TAKEN A HARD LEFT TURN AND IT'S HITTING IT AT

11:53AM 18    90 DEGREES.

11:53AM 19              DO YOU BELIEVE, DR. BEA, THAT WAVE OVERTOPPING

11:53AM 20    CREATED A SCOUR TRENCH SUFFICIENT TO CAUSE THE SOUTH BREACH

11:53AM 21    FAILURE?

11:53AM 22    A.   NO.

11:53AM 23    Q.   AND THIS TIME -- WELL, WE SORT OF HAVE AGREEMENT BETWEEN

11:53AM 24    DR. MARR AND DR. SILVA-TULLA BECAUSE AFTER DR. MARR WAS TOLD

11:53AM 25    AFTER HIS DEPOSITION ABOUT THESE WAVES, HE WROTE A NEW REPORT,

                              **HOURLY TRANSCRIPT**

11:53AM 1   RIGHT?

11:53AM 2   A.   YES, SIR.

11:53AM 3   Q.   I'M JUST CURIOUS.  AS A FORENSIC ENGINEER IN THE BUSINESS,

11:53AM 4   IF DR. MARR TESTIFIED THAT I LOOKED AT THE IPET REPORT AND

11:54AM 5   EITHER I DIDN'T NOTICE IT OR I FORGOT IT, WOULD THAT GIVE YOU

11:54AM 6   SOME INDICATION AS TO THE DEPTH OF INVESTIGATION UNDERTAKEN BY

11:54AM 7   DR. MARR WITH REGARD TO THE SO-CALLED EXISTENCE OF WAVES?

11:54AM 8   A.   YES.

11:54AM 9   Q.   WOULD YOU CARE TO COMMENT ON IT?

11:54AM 10   A.   SUPERFICIAL.

11:54AM 11   Q.   THANK YOU.  WE KNOW, IN FACT, THAT DR. DALRYMPLE USED THAT

11:54AM 12   SAME EXACT SECTION OF THE IPET REPORT AS THE BASIS OF HIS

11:54AM 13   OPINIONS, DO WE NOT?

11:54AM 14   A.   YES, SIR.

11:54AM 15   Q.   NOW, SOUTH BREACH, WE HEARD SOME TESTIMONY YESTERDAY ABOUT

11:54AM 16   THERE IS NO FINGERPRINTS ON THE SOUTH BREACH FOR THIS LATERAL

11:54AM 17   SLIDE.  OKAY, REAL QUICK.  YOU TALKED ABOUT THIS IN YOUR

11:54AM 18   REPORT, DID YOU NOT?  YOU HAD PICTURES?

11:54AM 19   A.   YES.

11:54AM 20   Q.   CAN WE CALL UP SLIDE 77.

11:54AM 21       DO YOU SEE ANY INDICATIONS ON THIS PHOTOGRAPH OF A

11:55AM 22   SHEAR FAILURE?

11:55AM 23   A.   YES.

11:55AM 24   Q.   WHERE?

11:55AM 25       DO YOU HAVE A POINTER?

**HOURLY TRANSCRIPT**

11:55AM 1          THE COURT:  HE'S DRAWING IT.

11:55AM 2          MR. BRUNO:  OH, I'M SORRY.

11:55AM 3                          EXAMINATION

11:55AM 4    BY MR. BRUNO:

11:55AM 5    Q.   NOW, WE ALSO SEE, IF YOU DRAW A LINE -- I SEE THAT RIGHT

11:55AM 6    THERE.  THERE IS NO GRASS ON THERE, IS THERE?

11:55AM 7    A.   NO.

11:55AM 8    Q.   THERE IS A SCRAPING KIND OF THING GOING ON, RIGHT?

11:55AM 9    A.   THAT'S CORRECT.  THE BLOCK'S BEEN SHOWN TO THE PROTECTED

11:55AM 10   SITE.

11:55AM 11   Q.   HERE WE HAVE -- ABOVE THE BREAK, WE HAVE GOT A BIG CHUNK

11:55AM 12   OF CROWN, DO WE NOT?  SEE WHERE THAT SORT OF BROWNISH KIND OF

11:55AM 13   LINE IS?

11:55AM 14   A.   YES.

11:55AM 15   Q.   WHICH IS, I GUESS, I DON'T KNOW -- DO YOU KNOW WHERE THAT

11:55AM 16   IS WITH REGARD TO THE CROWN AND THE TOE OF THE LEVEE?

11:55AM 17   A.   IT'S CLOSE TO THE CROWN.

11:55AM 18   Q.   CLOSE TO THE CROWN.  AND IF WE FOLLOW THAT LINE DOWN HERE,

11:56AM 19   WE SEE THE CROWN IS GONE AT THE SOUTH BREACH, RIGHT?

11:56AM 20   A.   YES.

11:56AM 21   Q.   IT'S GONE.  GONE.  GOT PUSHED AWAY BY THE SLIDE?

11:56AM 22   A.   WELL, THE INFLOWING WATER IN A CENTRAL PART OF THE BREACH

11:56AM 23   HAS EFFECTIVELY ERADICATED, ERASED THESE FEATURES IN THAT AREA.

11:56AM 24   THAT'S A REASON THE BLOCK WAS PROTECTED TOWARD THE SOUTH END OF

11:56AM 25   THE SOUTH BREACH.  THE PRIMARY FLOW WAS NOT COMING THROUGH THE

**HOURLY TRANSCRIPT**

11:56AM 1    AREA; AND, HENCE, THE BLOCK WAS PRESERVED.

11:56AM 2    Q.   LET'S QUICKLY LOOK AT 77, BECAUSE I THINK DR. MARR

11:56AM 3    ILLUSTRATED THIS VERY SAME POINT BY LOOKING AT A PHOTOGRAPH OF

11:56AM 4    THE 17TH STREET, WHICH HE ACKNOWLEDGED WAS A BLOCK OR GLOBAL

11:56AM 5    STABILITY FAILURE.

11:56AM 6           MR. BRUNO:  LET'S GO TO MARR 77.  DO I NEED TO GIVE

11:57AM 7    YOU MORE OF A NUMBER, CARL?  DX-DM-1006-0077.  THERE WE GO.

11:57AM 8                        EXAMINATION

11:57AM 9    BY MR. BRUNO:

11:57AM 10   Q.   OKAY.  GLOBAL STABILITY FAILURE ACCORDING TO DR. MARR, AND

11:57AM 11   DR. MARR THEN POINTS TO -- YOU SEE THE LEVEE CLEAR AS DAY RIGHT

11:57AM 12   THERE, RIGHT?

11:57AM 13   A.   YES, SIR.

11:57AM 14   Q.   WHERE IS IT OVER HERE?

11:57AM 15   A.   WELL, IT'S BEEN WASHED AWAY.

11:57AM 16   Q.   WHY WASN'T IT WASHED AWAY HERE?

11:57AM 17   A.   WELL, IT COMES UP AGAINST THE SIDE OF THE HOUSE, THE

11:57AM 18   PRIMARY FLOW IS COMING THROUGH THIS AREA.

11:57AM 19   Q.   WHAT'D YOU CALL IT, THAT RESULT-ORIENTED KIND OF

11:57AM 20   EVALUATION, WHAT IS THAT CALLED AGAIN?

11:57AM 21   A.   WORKING THE ISSUE BACKWARDS.

11:57AM 22   Q.   RIGHT.  IN OTHER WORDS, YOU WANT THE RESULT YOU WANT, SO

11:57AM 23   YOU READ THE PHOTOGRAPH TO SAY, WELL, HERE WE HAVE THE LEVEE

11:57AM 24   MOVING, BUT HERE IT'S NOT THERE.  SO CAN YOU TRULY USE THIS

11:58AM 25   PHOTOGRAPH TO SAY THAT THERE WAS NO LATERAL INSTABILITY -- NO

**HOURLY TRANSCRIPT**

11:58AM 1    LATERAL FAILURE OF SHEAR FAILURE AT THE EBIA?

11:58AM 2    A.    NO.

11:58AM 3    Q.    BECAUSE HERE IS CLEAR-AS-DAY EVIDENCE THAT THE EROSION

11:58AM 4    WASHED AWAY THAT PART OF THE LEVEE THAT YOU DON'T SEE?

11:58AM 5    A.    THAT'S CORRECT.

11:58AM 6    Q.    WHICH INDICATES THAT THE SAME THING COULD HAVE OCCURRED AT

11:58AM 7    THE EBIA?

11:58AM 8    A.    CORRECT.

11:58AM 9          MR. BRUNO:  PRINT THAT SCREEN, PLEASE.  PLEASE.  THIS

11:58AM 10   WILL BE BR0004.  AND THE FIRST ONE IS BR0002 AND BR003.  THE

11:58AM 11   FIRST BEING THE ONE WITH THE LINES, THE ARROWS; AND THE SECOND

11:58AM 12   ONE BEING THE LINE WITH THE PYRAMID.

11:58AM 13          OKAY.  JUST A FEW MORE, JUDGE, AND THEN I'LL ASK

11:59AM 14   FOR A BREAK.  UNLESS -- YOU'RE OKAY?

11:59AM 15          THE COURT:  YES.

11:59AM 16                    EXAMINATION

11:59AM 17   BY MR. BRUNO:

11:59AM 18   Q.    THEN WE GO TO 79.  I DON'T KNOW WHAT ON EARTH -- WE'RE

11:59AM 19   GOING BACK TO DR. SILVA-TULLA'S SLIDE SHOW.

11:59AM 20          I DON'T KNOW WHAT WE'RE DOING HERE, BUT LET ME ASK

11:59AM 21   YOU THIS QUESTION.  OF ALL OF THE I-WALL FAILURES IN THE

11:59AM 22   NEW ORLEANS AREA, WHERE WERE MOST OF THOSE I-WALL FAILURES

11:59AM 23   LOCATED?

11:59AM 24   A.    WELL, IN TERMS OF --

11:59AM 25   Q.    OF LINEAR FEET.

**HOURLY TRANSCRIPT**

11:59AM 1    A.   IN TERMS OF TOTAL LINEAR FEET, 60 PERCENT, APPROXIMATELY,

11:59AM 2    WERE LOCATED AT THE LOWER NINTH WARD.  AND THAT'S ALL I-WALL

11:59AM 3    FAILURES.

11:59AM 4    Q.   ONLY I-WALL FAILURES, FULLY 60 PERCENT BY LINEAR FOOTAGE

12:00PM 5    OF ALL THE I-WALL FAILURES OCCURRED AT THE NORTH AND SOUTH

12:00PM 6    BREACH, RIGHT?

12:00PM 7    A.   THAT'S CORRECT.

12:00PM 8    Q.   ON THE IHNC, FROM THE LAKE TO THE RIVER, HOW MANY POINTS

12:00PM 9    WERE THERE AN I-WALL FAILURE?

12:00PM 10   A.   THREE.

12:00PM 11   Q.   THREE.  TWO OF THEM AT THE EBIA?

12:00PM 12   A.   CORRECT.

12:00PM 13   Q.   AND ONE OF THEM RIGHT HERE?

12:00PM 14   A.   THAT'S CORRECT.

12:00PM 15   Q.   NOW, I'M NOT SURE WHAT IS INTENDED TO BE SHOWN HERE, BUT

12:00PM 16   DOES THIS SLIDE SUPPORT ANY OF YOUR OPINIONS IN THIS CASE?

12:00PM 17   A.   YES.

12:00PM 18   Q.   BECAUSE THAT WALL -- THAT WALL HAS GOT, WHAT, A 5-FOOT

12:00PM 19   TRENCH BEHIND IT?

12:00PM 20   A.   IT'S DEEPER.

12:00PM 21   Q.   DEEPER.  AND DO WE SEE IT STANDING UP OR FALLING DOWN?

12:00PM 22   A.   STANDING UP.  AND THE SHEET PILES, AS THE JUDGE SAW

12:00PM 23   YESTERDAY, ARE SHORTER THAN THE ONES WE'RE DISCUSSING.

12:00PM 24   Q.   SHEET PILE TIPPED UP OR SHEET PILE --

12:00PM 25   A.   DEPTH.

**HOURLY TRANSCRIPT**

12:00PM 1          THE COURT:  17 VIS-À-VIS 19.1.

12:01PM 2                         EXAMINATION

12:01PM 3   BY MR. BRUNO:

12:01PM 4   Q.   DEEPER HOLE.  AND IT FAILED THERE.  AND YOU AGREE WITH

12:01PM 5   DR. SILVA-TULLA THAT THAT AREA, THAT SHORT AREA FAILED FROM

12:01PM 6   OVERTOPPING?

12:01PM 7   A.   WHICH SHORT AREA?

12:01PM 8   Q.   THE ONE THAT'S IN THE PICTURE.

12:01PM 9   A.   WELL, THERE IS ONE THAT DIDN'T FAIL AND THERE IS ONE --

12:01PM 10  Q.   NO, I'M TALKING ABOUT THE FAILED SECTION.  THE FAILED

12:01PM 11  SECTION.

12:01PM 12         THE COURT:  HE'S GOT IT.

12:01PM 13                        EXAMINATION

12:01PM 14  BY MR. BRUNO:

12:01PM 15  Q.   THIS FAILED BECAUSE OF OVERTOPPING?

12:01PM 16  A.   YES.

12:01PM 17  Q.   OKAY.  NOW, THE FACT THAT FULLY 60 PERCENT OF ALL OF THE

12:01PM 18  I-WALL FAILURES OCCURRED AT THE EBIA, DOES THAT GIVE THE

12:01PM 19  FORENSIC ENGINEER ANY INFORMATION AT ALL TO CONSIDER?

12:01PM 20  A.   YES.

12:01PM 21  Q.   AND WHAT DO YOU DRAW FROM THAT?

12:01PM 22  A.   WELL, THERE IS OBVIOUSLY SOMETHING IMPORTANT THAT'S

12:02PM 23  CONCENTRATED AT THAT AREA CONTRASTED WITH THE ENTIRE

12:02PM 24  METROPOLITAN AREA OF GREATER NEW ORLEANS.  SO WE'VE GOT A HOT

12:02PM 25  SPOT, AND THAT HOT SPOT IS THERE BECAUSE OF SPECIAL CONDITIONS.

**HOURLY TRANSCRIPT**

12:02PM 1              MR. BRUNO:  JUDGE, THIS IS A GOOD TIME TO BREAK FOR

12:02PM 2    LUNCH.

12:02PM 3              THE COURT:  JUST TO GET A TIMING THING, WITHOUT

12:02PM 4    MAKING ANYBODY --

12:02PM 5              MR. BRUNO:  AN HOUR.

12:02PM 6              THE COURT:  AN HOUR.

12:02PM 7              MR. BRUNO:  IF NOT, SOMEBODY CAN SHOOT ME.  BUT -- I

12:02PM 8    TAKE THAT BACK.  THERE ARE A NUMBER OF GUNS OVER HERE THERE.

12:02PM 9    THERE MIGHT NOT BE VERY MUCH FOR MY WIFE TO BURY.  THANK YOU,

12:02PM 10   JUDGE.

12:02PM 11             THE COURT:  ALL RIGHT.  WE'LL RECESS.  HOW ABOUT

12:02PM 12   1:10.

12:02PM 13             MR. BRUNO:  THANK YOU, JUDGE.

12:02PM 14             (WHEREUPON, AT 12:02 P.M. THE COURT WAS IN LUNCHEON

15   RECESS.)

16                           *    *    *

17

18

19

20

21

22

23

24

25

**HOURLY TRANSCRIPT**

1                       REPORTER'S CERTIFICATE

2

3      I, CATHY PEPPER, CERTIFIED REALTIME REPORTER, REGISTERED

4   MERIT REPORTER, CERTIFIED COURT REPORTER OF THE STATE OF

5   LOUISIANA, OFFICIAL COURT REPORTER FOR THE UNITED STATES

6   DISTRICT COURT, EASTERN DISTRICT OF LOUISIANA, DO HEREBY

7   CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT TO

8   THE BEST OF MY ABILITY AND UNDERSTANDING FROM THE RECORD OF THE

9   PROCEEDINGS IN THE ABOVE-ENTITLED AND NUMBERED MATTER.

10

11

12                              *S/CATHY PEPPER*

13                              CATHY PEPPER, CRR, RMR, CCR
                                CERTIFIED REALTIME REPORTER
14                              REGISTERED MERIT REPORTER
                                OFFICIAL COURT REPORTER
15                              UNITED STATES DISTRICT COURT
                                CATHY_PEPPER@LAED.USCOURTS.GOV
16

17

18

19

20

21

22

23

24

25

                            **HOURLY TRANSCRIPT**

**'**

**'66** [1] - 3974:25
**'69** [1] - 3970:2
**'80** [1] - 3974:25

**0**

**05-4182** [1] - 3930:6

**1**

**1** [7] - 3940:16, 3942:17, 3942:18, 3966:17, 3967:25, 3969:13
**10** [8] - 3942:17, 3942:18, 3944:2, 3968:1, 3978:2, 4003:1, 4005:9
**10-CV-866** [1] - 3930:9
**10-MINUTE** [1] - 3966:12
**1042** [1] - 3966:17
**10:41** [1] - 3966:17
**10:42** [1] - 3966:13
**1100** [1] - 3930:24
**11TH** [1] - 3996:5
**1205** [1] - 3931:8
**12:02** [1] - 4013:14
**15** [4] - 3961:22, 3964:7, 3966:8, 3966:21
**16** [1] - 3930:11
**17** [1] - 4012:1
**1718** [1] - 3932:8
**17TH** [4] - 3962:8, 3962:17, 3962:20, 4009:4
**19** [1] - 3980:17
**19.1** [1] - 4012:1
**19.7** [3] - 3989:8, 3989:9, 3989:20
**1966** [3] - 3942:25, 3943:16, 3976:9
**1969** [2] - 3968:17, 3969:25
**1980** [6] - 3968:18, 3969:25, 3970:2, 3976:12, 3976:16, 3989:3
**1:10** [1] - 4013:12

**2**

**2** [9] - 3930:6, 3937:10, 3939:24,

**3940:17, 3940:23, 3941:3, 3941:5, 3941:6, 3978:2**
**20** [2] - 4003:1, 4005:10
**200** [1] - 3979:2
**20001** [1] - 3932:20
**2004** [1] - 3933:8
**2005** [1] - 3981:10
**2007** [1] - 3955:15
**2011** [1] - 3955:15
**2012** [1] - 3930:7, 3935:2
**22** [2] - 3966:17, 3970:22
**24** [1] - 3973:3
**25** [2] - 3950:22, 3970:6
**2655** [1] - 3931:12
**29** [1] - 3973:16

**3**

**3** [4] - 3930:7, 3935:2, 3940:24, 3979:15
**30(B)(6** [4] - 3997:24, 4000:16, 4000:21, 4001:8
**30(B)(6)** [2] - 4001:3, 4001:5
**300** [1] - 3979:2
**31** [1] - 3989:9
**3102** [1] - 3930:24
**316** [1] - 3931:23
**32502** [1] - 3931:23
**33** [1] - 3974:6
**34.1** [3] - 3989:9, 3989:24, 3989:25
**37** [3] - 3937:10, 3979:20, 3991:16
**3936** [2] - 3934:4, 3934:5

**4**

**4** [1] - 3978:3
**4013** [1] - 3934:6
**4905** [1] - 3931:19
**491** [1] - 3965:11

**5**

**5,000** [1] - 3946:8
**5-FOOT** [1] - 4011:18
**50** [3] - 3951:19, 3955:22
**500** [2] - 3932:4, 3933:12

**500,000** [11] - 3991:4, 3991:10, 3991:13, 3991:15, 3995:20, 3995:24, 3996:3, 3996:5, 3996:10, 3996:13, 4002:8
**500,000-POUND** [1] - 3994:20
**504** [1] - 3933:13
**51** [1] - 3932:20
**519** [1] - 3931:15
**546** [1] - 3932:14
**56** [1] - 3980:3
**589-7779** [1] - 3933:13
**59** [1] - 3982:13

**6**

**6** [1] - 3955:7
**60** [3] - 4011:1, 4011:4, 4012:17
**600** [1] - 3931:23
**601** [1] - 3931:12
**61** [1] - 3986:10
**610** [1] - 3930:20
**618** [1] - 3931:5
**63** [2] - 3970:6, 3988:8
**6:45** [1] - 3961:16

**7**

**7** [1] - 3961:16
**70113** [2] - 3930:17, 3930:20
**70115** [1] - 3930:17
**70118** [1] - 3932:8
**70130** [3] - 3931:12, 3932:14, 3933:12
**70381** [1] - 3931:9
**70726** [1] - 3931:16
**70801** [1] - 3931:5
**75219** [1] - 3930:25
**77** [3] - 4007:20, 4009:2, 4009:6
**780** [1] - 3965:11
**79** [1] - 4010:18

**8**

**800** [1] - 3932:4
**81** [1] - 3936:22
**855** [1] - 3930:16
**888** [1] - 3933:7

**9**

**90** [2] - 3996:23,

**4006:18**
**90017** [1] - 3932:5
**9:00** [1] - 3930:7

**A**

**A.M** [2] - 3930:7, 3966:13
**ABILITY** [2] - 3965:2, 4014:8
**ABLE** [8] - 3935:21, 3953:19, 3991:9, 3991:14, 3995:20, 3995:23, 3996:2, 3996:3
**ABOUT** [36] - 3938:7, 3939:23, 3946:15, 3947:1, 3947:14, 3948:14, 3949:6, 3950:24, 3952:11, 3954:24, 3955:14, 3956:4, 3959:17, 3959:18, 3961:11, 3965:20, 3971:3, 3971:7, 3972:24, 3973:16, 3974:24, 3979:15, 3980:5, 3981:22, 3986:14, 3994:17, 3995:5, 3998:8, 3999:18, 4002:19, 4006:6, 4006:25, 4007:15, 4007:17, 4012:10, 4013:11
**ABOVE** [6] - 3949:2, 3949:6, 3950:11, 3979:13, 4008:11, 4014:9
**ABOVE-ENTITLED** [1] - 4014:9
**ABSOLUTELY** [3] - 3977:1, 3982:3, 4001:8
**ABUSE** [1] - 3994:12
**ACCEDED** [1] - 3936:5
**ACCEPTED** [1] - 3969:19
**ACCOMPLISH** [1] - 3989:12
**ACCORDANCE** [2] - 3947:25, 3975:5
**ACCORDING** [1] - 4009:10
**ACCUMULATING** [1] - 3939:25
**ACCUMULATION** [2] - 3974:13, 3975:22
**ACCURATE** [15] -

**3937:10, 3939:8, 3941:13, 3944:4, 3944:5, 3944:11, 3944:19, 3944:20, 3946:2, 3954:14, 3954:15, 3954:25, 3964:11, 3969:16, 3979:25**
**ACCURATELY** [2] - 3956:13, 3979:24
**ACHIEVE** [1] - 3996:2
**ACKNOWLEDGE** [2] - 3941:19, 3994:6
**ACKNOWLEDGED** [1] - 4009:4
**ACROSS** [5] - 3947:10, 3952:15, 3967:20, 3991:5, 3991:11
**ACT** [2] - 3969:4, 3979:6
**ACTED** [1] - 3943:17
**ACTING** [6] - 3946:21, 3946:22, 3949:21, 3949:22, 3979:11, 3983:9
**ACTION** [1] - 3930:6
**ACTIVITIES** [1] - 3979:22
**ACTUAL** [1] - 3962:12
**ACTUALLY** [8] - 3939:22, 3943:8, 3946:21, 3949:6, 3955:21, 3978:18, 3978:21, 3988:17
**ADD** [2] - 3955:9, 3982:22
**ADDING** [1] - 3947:6
**ADDITION** [1] - 3982:7
**ADDRESS** [1] - 4000:17
**ADDRESSED** [2] - 3970:5, 4004:11
**ADEQUATE** [1] - 4002:16
**ADEQUATELY** [1] - 4005:5
**ADMITTED** [1] - 3937:17
**ADOPT** [1] - 3961:20
**ADOPTION** [1] - 3964:23
**ADRIAN** [1] - 3932:17
**ADVANCE** [2] - 3936:8, 3947:24
**ADVISE** [1] - 3936:11
**AFFECTING** [1] - 3940:13
**AFFECTS** [1] - 3947:16

**AFIELD** [1] - 3992:11
**AFRAID** [1] - 4001:6
**AFTER** [12] - 3936:15, 3955:14, 3960:17, 3964:16, 3992:18, 3993:4, 3993:16, 3993:17, 4004:1, 4006:24, 4006:25
**AGAIN** [17] - 3949:18, 3951:11, 3954:5, 3959:2, 3968:9, 3971:5, 3972:19, 3973:4, 3974:3, 3974:23, 3982:9, 3986:11, 3996:17, 4003:9, 4004:19, 4006:14, 4009:20
**AGAINST** [6] - 3947:3, 3949:20, 3950:3, 3990:21, 3991:7, 4009:17
**AGGRIEVED** [3] - 3994:2, 3994:5, 3994:7
**AGGRIEVEMENT** [1] - 3994:9
**AGO** [4] - 3963:20, 3972:4, 3973:18, 3998:5
**AGREE** [12] - 3946:9, 3956:3, 3970:24, 3973:9, 3983:1, 3986:14, 3986:25, 3987:5, 3988:11, 3994:10, 3997:3, 4012:4
**AGREED** [1] - 3946:5
**AGREEMENT** [1] - 4006:23
**AGREES** [2] - 3941:22, 3944:1
**AHEAD** [1] - 3945:7
**AIR** [2] - 3951:12, 3973:12
**ALERTS** [1] - 3980:17
**ALL** [70] - 3935:7, 3935:14, 3935:17, 3935:22, 3938:17, 3939:6, 3941:11, 3942:11, 3945:3, 3949:1, 3950:6, 3950:23, 3952:10, 3954:19, 3954:24, 3956:2, 3958:6, 3959:17, 3960:11, 3961:25, 3965:3, 3965:10, 3965:16, 3965:19, 3968:6, 3968:9, 3969:10, 3970:24, 3971:2,

3971:14, 3973:8, 3975:15, 3975:16, 3977:22, 3978:7, 3979:25, 3980:21, 3982:5, 3983:8, 3983:12, 3985:13, 3985:23, 3985:24, 3986:15, 3986:25, 3988:19, 3988:20, 3989:20, 3991:24, 3994:6, 3994:10, 3994:18, 3995:12, 3995:13, 3995:19, 3996:12, 3996:17, 3999:4, 4000:18, 4000:20, 4000:25, 4004:24, 4006:14, 4010:21, 4011:2, 4011:5, 4012:17, 4012:19, 4013:11
**ALLOW** [8] - 3962:12, 3965:5, 3965:13, 3965:25, 3967:10, 3967:21, 3995:11, 4000:3
**ALLOWED** [3] - 3943:20, 3967:4, 3967:10
**ALLOWS** [2] - 3959:23, 4004:3
**ALMOST** [3] - 3941:1, 3960:6, 4003:13
**ALONE** [1] - 3995:8
**ALONG** [2] - 3946:13, 4002:10
**ALSO** [10] - 3945:25, 3967:2, 3974:15, 3987:4, 3990:15, 3990:20, 3992:3, 3992:16, 3997:23, 4008:5
**ALTHOUGH** [2] - 3953:17, 3992:9
**AM** [3] - 3994:9, 3994:19, 3999:9
**AMBIT** [4] - 3967:8, 3967:11, 3991:25, 3992:2
**AMEN** [1] - 3979:19
**AMERICA** [1] - 3933:3
**AMOUNT** [2] - 3951:17
**AN** [35] - 3940:11, 3940:15, 3941:17, 3947:5, 3947:12, 3948:6, 3948:19, 3952:24, 3954:25, 3958:23, 3961:22, 3962:13, 3962:18, 3963:7, 3964:10,

3965:20, 3966:14, 3966:18, 3975:1, 3977:4, 3977:11, 3982:11, 3987:3, 3996:1, 3997:21, 4000:7, 4001:19, 4001:20, 4001:21, 4002:15, 4002:21, 4011:9, 4013:5, 4013:6
**ANALOGY** [1] - 3971:3
**ANALYSES** [7] - 3978:19, 3980:5, 3980:8, 3981:14, 3981:25, 3986:18
**ANALYSIS** [10] - 3955:16, 3958:23, 3982:12, 3986:12, 3987:1, 3987:15, 3987:20, 3996:6, 3996:10
**ANALYTICAL** [2] - 3981:19, 3985:19
**ANALYZED** [1] - 3991:12
**AND** [309] - 3935:17, 3935:20, 3936:7, 3936:15, 3936:16, 3937:1, 3937:7, 3937:9, 3937:12, 3937:13, 3938:24, 3939:3, 3939:7, 3939:16, 3939:20, 3940:2, 3940:5, 3940:6, 3940:7, 3940:9, 3940:10, 3940:13, 3940:21, 3940:22, 3941:1, 3941:15, 3941:17, 3941:22, 3942:9, 3942:11, 3942:14, 3942:18, 3942:23, 3942:25, 3943:4, 3943:5, 3943:10, 3943:12, 3943:13, 3943:16, 3943:17, 3943:25, 3944:6, 3944:7, 3944:13, 3944:15, 3944:16, 3945:21, 3946:4, 3946:8, 3946:11, 3946:23, 3946:24, 3947:4, 3947:5, 3947:9, 3947:10, 3947:12, 3947:13, 3947:14, 3947:16, 3947:17, 3947:18, 3947:24, 3948:7, 3948:24, 3949:8,

3949:15, 3950:16, 3950:24, 3951:5, 3951:17, 3951:19, 3953:5, 3953:7, 3953:8, 3953:9, 3953:14, 3953:15, 3953:21, 3954:4, 3954:12, 3954:24, 3954:25, 3955:15, 3955:23, 3956:3, 3956:4, 3956:9, 3956:11, 3956:19, 3956:21, 3956:22, 3957:19, 3958:1, 3958:21, 3959:1, 3959:5, 3959:7, 3959:12, 3959:14, 3959:15, 3959:25, 3960:9, 3960:16, 3960:17, 3961:7, 3961:9, 3961:11, 3961:16, 3961:20, 3962:1, 3962:5, 3962:12, 3962:20, 3962:21, 3963:8, 3963:12, 3963:21, 3964:10, 3964:19, 3964:23, 3964:25, 3965:20, 3966:5, 3966:8, 3966:15, 3966:18, 3966:20, 3966:22, 3967:2, 3967:3, 3967:4, 3967:7, 3967:10, 3967:18, 3967:25, 3968:3, 3968:7, 3968:16, 3968:18, 3968:21, 3969:7, 3969:11, 3969:19, 3969:25, 3970:1, 3970:3, 3970:15, 3970:21, 3971:4, 3971:5, 3971:10, 3971:14, 3971:17, 3971:22, 3972:3, 3972:6, 3972:8, 3972:11, 3972:16, 3973:8, 3973:16, 3973:17, 3974:15, 3974:25, 3975:1, 3975:4, 3975:9, 3975:15, 3975:16, 3975:23, 3975:25, 3976:6, 3976:11, 3976:13, 3976:16, 3976:18, 3976:22, 3977:4, 3977:7, 3977:11, 3977:19, 3977:25, 3978:2, 3978:6, 3978:17, 3978:19, 3978:24,

3979:4, 3979:8, 3979:12, 3979:14, 3979:16, 3979:24, 3979:25, 3980:5, 3980:6, 3980:9, 3981:10, 3981:23, 3982:2, 3982:9, 3982:11, 3982:12, 3983:7, 3983:10, 3983:14, 3984:1, 3984:7, 3984:19, 3985:10, 3985:19, 3986:2, 3986:18, 3987:2, 3988:10, 3988:15, 3989:17, 3989:21, 3989:25, 3990:12, 3990:16, 3991:1, 3991:4, 3991:14, 3992:21, 3993:5, 3993:6, 3994:2, 3994:4, 3994:9, 3994:12, 3994:22, 3995:1, 3996:21, 3996:22, 3997:5, 3997:18, 3997:21, 3998:23, 3999:1, 3999:6, 3999:22, 4001:14, 4001:21, 4002:3, 4002:7, 4002:9, 4002:18, 4002:21, 4002:22, 4002:25, 4003:1, 4003:2, 4003:8, 4003:10, 4003:21, 4004:1, 4004:3, 4004:11, 4004:12, 4005:4, 4005:10, 4005:24, 4006:6, 4006:17, 4006:23, 4006:24, 4007:4, 4008:16, 4008:18, 4009:1, 4009:10, 4010:10, 4010:11, 4010:13, 4011:2, 4011:5, 4011:13, 4011:21, 4011:22, 4012:4, 4012:9, 4012:21, 4012:25, 4014:7, 4014:8, 4014:9
**ANDREW** [1] - 3932:3
**ANDRY** [2] - 3930:19, 3930:19
**ANGELES** [1] - 3932:5
**ANOTHER** [3] - 3943:5, 3965:1, 3985:12
**ANSWER** [10] - 3944:13, 3952:11, 3959:25, 3985:22,

3988:1, 3995:19, 4000:3, 4000:7, 4000:8
**ANSWERED** [1] - 3967:20
**ANSWERS** [1] - 3988:3
**ANTICIPATED** [1] - 3967:17
**ANY** [32] - 3935:25, 3937:17, 3937:25, 3944:22, 3958:23, 3960:25, 3962:3, 3962:12, 3965:13, 3970:7, 3971:15, 3972:3, 3973:17, 3973:23, 3974:9, 3976:11, 3976:12, 3978:10, 3981:13, 3986:6, 3989:7, 3997:8, 3997:14, 3999:14, 4001:11, 4001:22, 4002:5, 4003:3, 4004:13, 4007:21, 4011:16, 4012:19
**ANYBODY** [7] - 3945:10, 3945:11, 3957:16, 3962:4, 3963:18, 3977:4, 4013:4
**ANYTHING** [2] - 3978:9, 3982:16
**APEX** [3] - 3949:3, 3949:6, 3949:7
**APOLOGIZE** [3] - 3936:7, 3948:9, 3968:7
**APPEAR** [1] - 3976:3
**APPEARANCES** [4] - 3930:14, 3931:1, 3932:1, 3933:1
**APPEARS** [1] - 3971:7
**APPENDIX** [2] - 3958:13, 3996:7
**APPRECIATE** [2] - 3939:6, 3967:23
**APPROACH** [1] - 3962:24
**APPROACHES** [2] - 3987:17, 3987:20
**APPROPRIATE** [3] - 3956:11, 3960:10, 3981:24
**APPROPRIATELY** [1] - 3985:19
**APPROXIMATELY** [2] - 3946:8, 4011:1
**APRIL** [1] - 3996:5
**ARE** [61] - 3935:20,

3938:9, 3939:3, 3939:4, 3940:14, 3940:17, 3940:25, 3941:9, 3942:3, 3942:4, 3942:12, 3942:15, 3945:4, 3946:13, 3946:15, 3947:24, 3948:12, 3949:9, 3949:18, 3950:11, 3951:12, 3952:10, 3952:19, 3953:3, 3954:10, 3954:13, 3954:18, 3957:1, 3960:4, 3960:9, 3960:13, 3964:5, 3965:23, 3969:2, 3969:16, 3970:3, 3973:12, 3975:5, 3976:1, 3977:8, 3977:9, 3982:20, 3983:8, 3983:13, 3984:5, 3988:3, 3989:1, 3995:5, 3996:18, 3996:25, 3997:5, 3998:18, 3999:2, 3999:23, 4001:25, 4002:2, 4002:19, 4002:24, 4011:23, 4013:8
**AREA** [13] - 3939:20, 3941:10, 3976:13, 3987:13, 4008:23, 4009:1, 4009:18, 4010:22, 4012:5, 4012:7, 4012:23, 4012:24
**AREAS** [1] - 3976:1
**AREN'T** [1] - 3969:8
**ARGUMENT** [1] - 3993:1
**ARMSTRONG** [1] - 3930:9
**ARMY** [2] - 3955:13, 3987:15
**AROUND** [3] - 3968:21, 3976:6, 3978:23
**ARRIVE** [1] - 4002:4
**ARROW** [3] - 3948:19, 3948:24, 3971:7
**ARROWS** [1] - 4010:11
**AS** [92] - 3936:9, 3936:15, 3936:16, 3936:25, 3937:1, 3938:25, 3939:6, 3939:23, 3940:19, 3940:21, 3942:22, 3942:25, 3943:9, 3943:17, 3944:7,

3944:16, 3945:25, 3946:12, 3946:25, 3947:13, 3948:9, 3949:13, 3949:14, 3950:10, 3953:14, 3955:6, 3958:17, 3958:23, 3960:6, 3963:10, 3963:24, 3966:1, 3966:2, 3967:7, 3967:11, 3967:17, 3967:23, 3968:7, 3969:2, 3969:13, 3969:19, 3970:16, 3971:11, 3972:8, 3974:4, 3976:3, 3976:23, 3977:18, 3978:24, 3979:14, 3981:10, 3983:9, 3984:19, 3986:23, 3986:24, 3988:19, 3989:7, 3989:24, 3992:1, 3992:10, 3992:15, 3992:19, 3993:11, 3994:13, 3996:1, 3996:14, 3996:15, 3997:8, 3997:14, 3997:17, 3997:18, 3998:7, 4000:16, 4001:22, 4002:6, 4002:17, 4002:21, 4003:16, 4004:2, 4006:4, 4006:6, 4007:3, 4007:6, 4007:12, 4009:11, 4010:3, 4011:22
**ASCERTAIN** [3] - 3969:16, 3991:9, 3995:22
**ASK** [17] - 3936:23, 3960:22, 3961:21, 3961:22, 3963:15, 3965:20, 3969:10, 3970:8, 3982:15, 3995:20, 3999:5, 4003:15, 4005:8, 4010:13, 4010:20
**ASKED** [3] - 3936:21, 3966:17, 4000:24
**ASKS** [1] - 3956:15
**ASSISTANT** [1] - 3947:6
**ASSOCIATED** [3] - 3940:17, 3989:3, 3989:5
**ASTM** [1] - 3975:6
**AT** [93] - 3940:5, 3940:20, 3941:2, 3941:9, 3942:9,

3942:25, 3944:2, 3944:3, 3944:8, 3946:6, 3946:22, 3947:19, 3950:7, 3950:15, 3956:2, 3958:13, 3959:1, 3960:16, 3960:18, 3961:15, 3961:16, 3962:12, 3962:20, 3963:1, 3963:2, 3963:12, 3963:23, 3964:6, 3965:17, 3965:25, 3966:7, 3966:13, 3966:15, 3966:16, 3966:17, 3966:20, 3967:23, 3967:25, 3968:4, 3969:25, 3974:14, 3974:15, 3974:17, 3974:21, 3975:9, 3977:7, 3977:23, 3978:1, 3978:6, 3978:7, 3981:1, 3981:3, 3981:9, 3984:6, 3984:22, 3985:15, 3986:9, 3986:24, 3987:12, 3989:4, 3989:6, 3990:12, 3991:13, 3992:4, 3995:12, 3996:23, 3997:2, 3997:9, 3997:10, 3998:9, 4000:12, 4001:3, 4002:4, 4002:6, 4003:1, 4003:10, 4006:17, 4007:4, 4008:19, 4009:2, 4009:3, 4010:1, 4010:6, 4011:2, 4011:5, 4011:11, 4012:18, 4012:19, 4012:23, 4013:14
**ATTACHING** [2] - 3989:8, 3989:9
**ATTACKED** [3] - 3957:8, 3957:14, 3957:16
**ATTACKS** [2] - 3957:3, 3957:10
**ATTEMPTED** [3] - 3944:5, 3946:19, 3954:6
**ATTEMPTING** [2] - 3949:22, 3965:6
**AUTHORIZED** [1] - 4000:16
**AVENUE** [4] - 3930:24, 3931:15, 3932:20, 3996:21

**AVOID** [1] - 3982:3
**AWAY** [6] - 3957:20, 3979:5, 4008:21, 4009:15, 4009:16, 4010:4

## B

**B406** [1] - 3933:12
**BACK** [23] - 3935:20, 3940:1, 3940:10, 3940:24, 3943:11, 3946:11, 3949:19, 3954:3, 3955:5, 3955:8, 3963:12, 3970:15, 3978:13, 3984:7, 4000:10, 4000:11, 4002:20, 4002:21, 4003:3, 4003:10, 4004:4, 4010:19, 4013:8
**BACK-FLIP** [1] - 4004:4
**BACK-FLIPPED** [2] - 4002:21, 4003:3
**BACKFILL** [1] - 3983:6
**BACKWARDS** [1] - 4009:21
**BAD** [3] - 3937:24, 3985:21
**BAGS** [5] - 3940:19, 3940:21, 3978:16, 3984:6, 3984:7
**BALLS** [2] - 3945:13, 3945:16
**BANK** [2] - 3939:20, 3941:10
**BARGE** [1] - 4004:12
**BARON** [1] - 3930:22
**BARONNE** [2] - 3930:16, 3930:20
**BARRIER** [2] - 3943:17, 3943:20
**BARRIERS** [1] - 3949:12
**BASED** [5] - 3936:24, 3937:13, 3968:3, 3971:6, 4002:22
**BASES** [2] - 3987:9, 3993:7
**BASIC** [2] - 3983:14, 4006:5
**BASICALLY** [1] - 3951:11
**BASING** [1] - 3959:20
**BASIS** [4] - 3936:25, 3987:7, 3988:19, 4007:12

BATON [1] - 3931:5
BAY [1] - 3952:4
BAYLEN [1] - 3931:23
BAYOU [1] - 3976:11
BE [43] - 3935:8, 3935:20, 3937:17, 3942:7, 3942:16, 3944:18, 3952:12, 3952:14, 3953:18, 3955:18, 3956:9, 3958:12, 3959:19, 3961:6, 3961:10, 3962:1, 3963:15, 3963:16, 3963:17, 3964:9, 3965:13, 3971:18, 3981:9, 3982:10, 3986:24, 3987:1, 3988:14, 3989:25, 3991:25, 3992:6, 3992:12, 3994:16, 3999:24, 4004:3, 4005:23, 4006:1, 4006:6, 4010:10, 4011:15, 4013:9
BEA [30] - 3936:11, 3936:14, 3936:20, 3937:21, 3938:22, 3945:25, 3948:6, 3954:8, 3957:22, 3958:3, 3958:21, 3960:11, 3963:19, 3964:10, 3964:16, 3965:23, 3966:5, 3966:18, 3967:10, 3970:24, 3977:14, 3978:23, 3979:23, 3980:6, 3983:13, 3985:17, 3987:18, 3987:22, 3995:19, 4006:19
BEA'S [3] - 3937:20, 3955:20, 3994:20
BEA..........................
.............. [1] - 3934:4
BEAR [3] - 3972:16, 3990:21, 4002:10
BECAUSE [49] - 3936:6, 3940:3, 3940:7, 3940:20, 3941:6, 3947:7, 3953:13, 3954:18, 3959:19, 3960:19, 3962:18, 3963:4, 3965:5, 3967:7, 3967:10, 3968:15, 3970:1, 3972:10, 3973:4, 3974:1, 3975:12, 3976:16, 3977:18, 3978:16,

3979:4, 3981:5, 3982:9, 3983:25, 3985:12, 3986:23, 3989:4, 3990:3, 3993:1, 3993:15, 3994:13, 3995:4, 3995:12, 3998:14, 3999:24, 4000:24, 4001:4, 4002:2, 4003:9, 4006:24, 4009:2, 4010:3, 4011:18, 4012:15, 4012:25
BECOME [1] - 3981:11
BECOMES [3] - 3983:6, 3983:10, 4001:7
BEEN [17] - 3935:19, 3939:18, 3944:25, 3947:23, 3955:11, 3957:11, 3957:14, 3963:9, 3963:20, 3963:21, 3964:19, 3967:3, 3992:8, 3994:17, 3998:5, 4008:9, 4009:15
BEFORE [14] - 3930:12, 3935:22, 3943:11, 3953:19, 3954:1, 3958:22, 3959:3, 3962:23, 3964:24, 3966:25, 3985:8, 3992:7, 3993:18, 3995:6
BEG [1] - 3963:24
BEGAN [3] - 3939:22, 3955:5, 3966:20
BEGINNING [1] - 3938:15
BEHAVE [3] - 3942:5, 3952:21, 3953:5
BEHAVES [1] - 3943:22
BEHAVIOR [4] - 3942:3, 3942:14, 3952:7, 3952:25
BEHIND [1] - 4011:19
BEING [9] - 3936:15, 3940:4, 3945:17, 3947:22, 3947:24, 3948:14, 3960:17, 4010:11, 4010:12
BELIEF [2] - 3960:6, 3962:2
BELIEVABLE [1] - 4002:23
BELIEVE [7] - 3944:17, 3950:15, 3951:8, 3977:25,

3986:18, 4004:2, 4006:19
BELIEVES [1] - 3964:11
BELOW [12] - 3943:4, 3943:21, 3949:7, 3949:8, 3950:6, 3957:1, 3975:18, 3976:1, 3976:23, 3977:9, 3979:18, 3984:24
BENCH [3] - 3962:24, 3963:2, 3965:18
BENEATH [1] - 3973:9
BENJAMIN [1] - 3933:7
BERNARD [1] - 3939:24
BEST [4] - 3936:9, 3977:8, 3992:19, 4014:8
BETTER [1] - 3963:14
BETWEEN [11] - 3947:12, 3951:16, 3952:25, 3954:9, 3968:17, 3978:19, 3981:10, 3983:14, 3988:9, 3989:13, 4006:23
BEYOND [6] - 3963:6, 3967:5, 3992:14, 3994:16, 4000:20, 4001:5
BIAS [2] - 3980:19
BIENVENUE [1] - 3976:11
BIG [6] - 3944:12, 3955:6, 3958:16, 3958:17, 3962:19, 4008:11
BINDER [1] - 3963:13
BIRD [2] - 3953:8, 3953:15
BIT [8] - 3935:11, 3956:2, 3959:18, 3978:8, 3984:3, 3992:3, 3995:3, 3995:10
BLACK [1] - 3979:14
BLANK [2] - 3939:10, 3947:18
BLANKET [2] - 3971:20, 3985:4
BLENDED [1] - 3975:17
BLEW [1] - 3954:3
BLOCK [3] - 4008:24, 4009:1, 4009:4
BLOCK'S [1] - 4008:9
BLOCKING [2] -

3949:18, 3950:5
BLOW [1] - 3998:1
BLOW-OUT [1] - 3998:1
BLUE [2] - 3971:25, 3976:1
BOB [1] - 3987:18
BOB'S [1] - 3955:20
BODY [1] - 3975:22
BOLAND [4] - 3974:14, 3974:21, 3976:1, 3985:15
BOOK [1] - 3942:5
BOOKS [1] - 3957:25
BORING [4] - 3936:22, 3937:13, 3977:5, 3977:15
BORINGS [3] - 3943:8, 3977:2, 3977:7
BOTH [6] - 3939:3, 3948:19, 3948:20, 3964:24, 3982:12, 3993:6
BOTTLE [1] - 3944:6
BOTTOM [4] - 3944:6, 3944:9, 3972:16, 4006:11
BOULEVARD [2] - 3931:8, 3932:4
BOUNDARY [9] - 3954:13, 3954:16, 3954:18, 3957:1, 3979:4, 3984:1, 3984:4, 3984:5, 3985:20
BOX [6] - 3933:7, 3951:2, 3951:5, 3951:17, 3953:4, 3954:16
BOY [1] - 3938:4
BR0002 [1] - 4010:10
BR0004 [1] - 4010:10
BR003 [1] - 4010:10
BRANCH [1] - 3933:6
BRAND [3] - 3966:24, 3966:25, 3993:17
BRAND-NEW [2] - 3966:24, 3966:25
BREACH [34] - 3938:24, 3939:16, 3942:23, 3950:16, 3958:21, 3958:22, 3959:12, 3959:15, 3961:15, 3962:17, 3964:7, 3966:2, 3966:8, 3966:20, 3967:12, 3980:9, 3981:3, 3988:7, 3990:8, 3990:12,

3991:14, 3997:9, 3997:10, 4002:19, 4002:20, 4006:14, 4006:20, 4007:15, 4007:16, 4008:19, 4008:22, 4008:25, 4011:6
BREACHES [3] - 3930:4, 3962:6, 3971:12
BREACHING [7] - 3960:19, 3966:6, 3966:7, 3966:19, 3980:23, 3997:4, 3997:5
BREAK [9] - 3954:1, 3965:20, 3966:10, 3991:2, 3995:25, 4008:11, 4010:14, 4013:1
BRIAN [1] - 3932:19
BRIDGE [1] - 3996:21
BRIEF [6] - 3963:7, 3966:10, 3992:3, 3999:16, 4000:23, 4001:6
BRIEFED [1] - 4001:14
BRIEFING [2] - 3998:24, 3999:12
BRIEFLY [1] - 3942:2
BRINGS [2] - 3952:24, 3978:21
BROADER [1] - 3992:9
BROUGHT [5] - 3944:20, 3972:16, 3987:20, 3990:21, 4002:10
BROUSSARD [1] - 3932:13
BROWNISH [1] - 4008:12
BRUNO [93] - 3930:15, 3930:16, 3935:9, 3935:11, 3935:23, 3936:4, 3936:19, 3937:3, 3937:6, 3937:15, 3937:19, 3938:2, 3938:4, 3938:8, 3938:13, 3938:19, 3938:21, 3939:10, 3939:13, 3945:6, 3945:24, 3947:17, 3948:4, 3948:8, 3948:11, 3948:23, 3950:18, 3950:21, 3957:4, 3957:13, 3957:21, 3958:8,

3958:10, 3963:7, 3964:1, 3964:5, 3965:1, 3965:8, 3965:14, 3965:19, 3965:22, 3966:10, 3966:16, 3967:14, 3967:16, 3968:7, 3968:14, 3984:15, 3991:20, 3991:23, 3992:15, 3993:12, 3993:15, 3994:6, 3994:24, 3995:2, 3995:18, 3997:10, 3997:13, 3998:7, 3998:11, 3998:17, 3998:19, 3998:25, 3999:14, 3999:20, 4000:6, 4000:23, 4001:2, 4001:8, 4001:14, 4001:17, 4003:12, 4003:18, 4004:21, 4004:24, 4005:3, 4005:18, 4005:24, 4006:13, 4008:2, 4008:4, 4009:6, 4009:9, 4010:9, 4010:17, 4012:3, 4012:14, 4013:1, 4013:5, 4013:7, 4013:13

**BRUNO**............. [1] - 3934:5
**BUDD** [1] - 3930:22
**BUILD** [1] - 3988:22
**BUILDING** [2] - 3952:15, 3952:16
**BULLET** [1] - 3959:5
**BUNCH** [2] - 3938:15, 3998:8
**BURIED** [3] - 3942:13, 3971:19, 3978:15
**BURKE** [1] - 3930:23
**BURY** [1] - 4013:9
**BUSINESS** [8] - 3946:11, 3948:14, 3951:16, 3954:24, 3960:21, 3968:9, 3979:8, 4007:3
**BUT** [64] - 3935:12, 3935:19, 3936:6, 3936:8, 3937:9, 3937:24, 3938:7, 3940:8, 3942:10, 3944:12, 3944:21, 3945:5, 3946:20, 3947:24, 3948:9, 3951:11, 3951:16, 3951:25, 3952:12, 3953:21, 3956:20, 3958:4, 3961:8,

3963:6, 3963:9, 3963:11, 3963:13, 3963:15, 3963:17, 3963:23, 3964:22, 3965:10, 3965:12, 3967:9, 3967:20, 3968:7, 3970:19, 3971:7, 3973:8, 3976:3, 3978:1, 3980:7, 3981:10, 3981:25, 3984:7, 3986:23, 3988:24, 3989:20, 3990:10, 3992:25, 3994:1, 3994:10, 3994:17, 3994:20, 3996:13, 3998:15, 4000:3, 4001:3, 4003:3, 4003:10, 4009:24, 4010:20, 4011:15, 4013:7

**BUTTON** [1] - 3959:25
**BY** [88] - 3930:16, 3930:19, 3930:23, 3931:4, 3931:8, 3931:11, 3931:15, 3931:18, 3931:22, 3932:3, 3932:7, 3932:12, 3932:17, 3933:4, 3933:14, 3933:14, 3934:5, 3936:16, 3936:19, 3937:1, 3937:6, 3937:19, 3938:21, 3939:13, 3942:22, 3944:1, 3945:18, 3945:24, 3948:4, 3948:11, 3948:23, 3950:21, 3952:17, 3954:7, 3954:16, 3957:4, 3958:10, 3961:6, 3961:9, 3961:10, 3962:1, 3962:16, 3964:22, 3964:24, 3964:25, 3965:22, 3967:3, 3967:9, 3967:16, 3967:24, 3968:14, 3974:20, 3977:11, 3977:22, 3984:15, 3990:21, 3991:16, 3992:3, 3993:21, 3994:4, 3995:18, 3996:20, 3997:13, 4000:6, 4000:19, 4001:9, 4001:10, 4001:17, 4001:19, 4001:20, 4001:21, 4002:9, 4003:12, 4003:18, 4004:3, 4005:3, 4005:18,

4006:11, 4006:13, 4007:6, 4008:4, 4008:21, 4009:3, 4009:9, 4010:17, 4011:4, 4012:3, 4012:14

## C

**CA** [1] - 3932:5
**CALCULATIONS** [1] - 3996:7
**CALIFORNIA** [1] - 3972:25
**CALL** [9] - 3936:1, 3937:20, 3951:19, 3953:14, 3968:10, 3975:10, 3975:12, 4007:20, 4009:19
**CALLED** [21] - 3935:4, 3936:15, 3939:18, 3943:2, 3943:4, 3943:5, 3943:6, 3943:10, 3945:9, 3945:12, 3945:19, 3955:11, 3968:17, 3968:20, 3968:22, 3975:20, 3980:3, 3980:4, 3980:18, 4007:7, 4009:20
**CALLING** [5] - 3943:12, 3943:13, 3954:7, 3968:15
**CALMLY** [1] - 3994:2
**CALVIN** [1] - 3931:15
**CAME** [2] - 3944:8, 3996:20
**CAN** [54] - 3938:17, 3940:14, 3941:11, 3942:3, 3942:5, 3942:7, 3943:23, 3944:12, 3944:14, 3944:17, 3945:20, 3947:17, 3947:18, 3947:19, 3947:20, 3948:15, 3950:18, 3953:5, 3953:22, 3957:20, 3958:12, 3960:25, 3961:22, 3962:11, 3964:9, 3970:9, 3970:12, 3970:13, 3970:16, 3970:19, 3970:21, 3972:7, 3973:3, 3976:6, 3976:24, 3977:2, 3977:5, 3977:14, 3977:18, 3977:19, 3979:1, 3979:10, 3980:22, 3984:7, 3989:7,

3992:20, 3998:23, 4001:1, 4005:10, 4007:20, 4009:24, 4013:7
**CAN'T** [7] - 3960:8, 3970:15, 3972:9, 3977:5, 3982:10, 3994:4, 4001:2
**CANAL** [7] - 3930:4, 3943:10, 3962:17, 3962:20, 3981:21, 3985:10, 3985:14
**CANDID** [1] - 3992:13
**CANNOT** [2] - 3944:18, 3994:2
**CAPTAIN** [1] - 3962:16
**CAPTURE** [1] - 3960:8
**CARE** [1] - 4007:9
**CAREFULLY** [2] - 3955:12, 3957:11
**CARES** [1] - 3945:11
**CARL** [4] - 3937:3, 3955:8, 3982:13, 4009:7
**CARLA** [1] - 3930:23
**CARONDELET** [1] - 3932:14
**CASE** [23] - 3955:19, 3958:6, 3963:8, 3963:18, 3964:20, 3964:22, 3965:2, 3965:10, 3980:23, 3987:3, 3992:4, 3992:5, 3992:7, 3992:18, 3995:7, 3998:6, 3999:13, 4001:11, 4002:22, 4003:3, 4004:14, 4006:5, 4011:16
**CASES** [2] - 3954:5, 3974:18
**CATHY** [3] - 3933:11, 4014:3, 4014:13
**CATHY_PEPPER@ LAED.USCOURTS. GOV** [1] - 4014:15
**CAUSATION** [6] - 3982:4, 3982:12, 4000:17, 4000:22, 4002:2, 4006:8
**CAUSATIVE** [4] - 3959:8, 3981:9, 3981:11, 3997:21
**CAUSE** [15] - 3959:11, 3959:14, 3962:5, 3980:9, 3988:7, 3990:17, 3991:10, 3994:21, 3996:16, 3996:25, 3997:8,

3997:14, 4001:22, 4002:6, 4006:20
**CAUSED** [4] - 3958:24, 3990:24, 3991:1, 3999:10
**CAUSES** [3] - 3939:20, 3994:22, 4006:10
**CCR** [2] - 3933:11, 4014:13
**CEMENT** [1] - 3968:20
**CENTER** [2] - 3985:9, 3985:10
**CENTRAL** [3] - 3945:13, 3945:16, 4008:22
**CERTAIN** [4] - 3977:7, 3989:17, 4000:14, 4000:17
**CERTAINLY** [9] - 3935:14, 3937:25, 3964:22, 3965:12, 3967:11, 3971:16, 3994:22, 3998:13, 3999:23
**CERTIFICATE** [1] - 4014:1
**CERTIFIED** [4] - 3933:11, 4014:3, 4014:4, 4014:13
**CERTIFY** [1] - 4014:7
**CHALLENGING** [1] - 3982:2
**CHAMBER** [1] - 3971:23
**CHANCE** [2] - 4003:21, 4003:24
**CHANGE** [4] - 3942:4, 3960:22, 3960:25, 3961:5
**CHANGED** [3] - 3960:19, 3961:4, 3961:5
**CHANGING** [2] - 3960:21, 3961:6
**CHARACTER** [1] - 3939:7
**CHARACTERISTIC** [1] - 3942:12
**CHARACTERIZATIO N** [2] - 3939:1, 3939:2
**CHARACTERIZED** [1] - 3938:23
**CHART** [2] - 3953:9, 3971:3
**CHASE** [1] - 3996:13
**CHEMICALS** [1] - 3965:11
**CHIEF** [1] - 3992:7

CHIEFLY [1] - 3952:4
CHOOSE [1] - 3958:11
CHRISTOPHER [2] - 3932:18, 3932:18
CHUNK [1] - 4008:11
CHURNING [1] - 3985:13
CIRCUIT [2] - 3965:10, 3992:5
CIRCUMSTANCES [1] - 3953:4
CITED [1] - 3987:14
CITY [2] - 3931:9, 3962:5
CIVIL [2] - 3930:6, 3933:6
CLASSIFICATION [1] - 3975:9
CLAY [8] - 3943:12, 3943:13, 3952:2, 3952:3, 3975:10, 3975:12, 3975:13, 3975:15
CLAYMAN [1] - 3932:17
CLAYS [4] - 3940:4, 3940:13, 3946:6, 3952:14
CLEAR [5] - 3940:24, 3964:15, 4001:13, 4009:11, 4010:3
CLEAR-AS-DAY [1] - 4010:3
CLEARLY [1] - 3985:25
CLERK [3] - 3935:7, 3936:11, 3936:16
CLOSE [3] - 3986:23, 4008:17, 4008:18
CLOSED [1] - 3972:9
CLOSER [1] - 3945:11
CLOSEST [1] - 3940:19
COACH [4] - 3947:4, 3947:5, 3947:6, 3949:19
COACHES [1] - 3947:5
COGENT [1] - 4002:23
COLLEAGUES [2] - 3955:25, 3956:18
COLORED [1] - 3945:12
COMBINED [1] - 3991:15
COME [7] - 3940:20, 3940:22, 3945:10, 3952:12, 3952:13, 3994:15

COMES [10] - 3938:18, 3942:8, 3959:7, 3960:5, 3960:20, 3977:11, 3992:17, 3993:3, 4002:9, 4009:17
COMING [5] - 3942:6, 3949:24, 3949:25, 4008:25, 4009:18
COMMENT [2] - 3973:2, 4007:9
COMMENTED [1] - 3940:2
COMMUNITY [1] - 3962:6
COMPACT [1] - 3979:11
COMPACTION [1] - 3979:10
COMPARISON [1] - 3951:16
COMPLETE [1] - 3999:24
COMPLETELY [2] - 3979:24, 3992:13
COMPLEX [5] - 3947:14, 3960:8, 3980:22, 3983:12, 3994:11
COMPLICATED [3] - 3945:6, 3948:8, 3993:24
COMPONENT [7] - 3942:21, 3945:25, 3948:15, 3971:15, 3971:17, 3978:10, 3996:14
COMPONENTS [1] - 3949:2
COMPRESSIBILITY [2] - 3984:11, 3986:19
COMPUTER [7] - 3933:14, 3956:12, 3959:20, 3959:23, 3987:23, 3993:19, 3996:2
CONCENTRATED [1] - 4012:23
CONCERN [3] - 3997:14, 4001:22, 4001:24
CONCERNED [2] - 3938:15, 3952:9
CONCERNING [1] - 3996:4
CONCLUDE [1] - 3981:8
CONCLUDED [3] - 3965:18, 3981:1,

3981:9
CONCLUSION [4] - 3981:2, 3987:7, 3987:22, 4002:4
CONCLUSIONS [2] - 3959:20, 3960:10
CONCLUSIVE [1] - 3981:2
CONCRETE [7] - 3949:4, 3949:11, 3949:15, 3968:21, 3968:24, 3991:1
CONDITION [3] - 3985:18, 3985:20
CONDITIONS [21] - 3942:4, 3942:9, 3954:13, 3954:16, 3954:18, 3954:20, 3955:17, 3956:13, 3957:1, 3979:4, 3982:9, 3983:11, 3984:1, 3984:4, 3984:5, 3986:16, 3986:20, 3986:22, 3987:5, 4012:25
CONDUCTED [1] - 3981:24
CONDUCTIVITY [3] - 3949:12, 3976:21, 3989:5
CONFERENCE [2] - 3963:2, 3965:18
CONFIRMATION [2] - 3980:19
CONGRESS [1] - 3988:22
CONJOINED [1] - 3970:1
CONNECTED [2] - 3983:8, 3988:14
CONNECTION [6] - 3941:23, 3957:23, 3968:17, 3969:20, 3979:25, 3980:8
CONNECTIONS [1] - 3986:8
CONNOTATIONS [1] - 3958:4
CONOR [1] - 3933:5
CONSIDER [4] - 3963:24, 3980:24, 4001:5, 4012:19
CONSIDERATION [1] - 3982:7
CONSIDERED [4] - 3981:5, 3981:22, 3981:23, 3999:7
CONSISTENTLY [1] - 3954:6
CONSOLIDATED [1] -

3930:4
CONSOLIDATION [1] - 3971:4
CONSTRAINED [3] - 3941:7, 3941:8, 3992:3
CONSTRUCTION [3] - 3943:9, 3959:5, 3959:8
CONTACT [1] - 3971:18
CONTAINER [4] - 3951:2, 3953:13, 3953:22, 3954:1
CONTENT [5] - 3951:21, 3951:23, 3952:1, 3952:7, 3952:23
CONTEXT [5] - 3952:22, 3956:3, 3967:5, 3967:6, 3998:20
CONTINUE [3] - 3963:11, 3999:13
CONTINUED [4] - 3931:1, 3932:1, 3933:1, 3940:21
CONTINUING [4] - 3947:22, 3963:23, 3991:21, 3995:15
CONTRACT [1] - 3940:3
CONTRACTOR [2] - 3940:1, 3989:11
CONTRAST [1] - 3944:16
CONTRASTED [2] - 3956:16, 4012:23
COOKING [1] - 3957:25
CORPORATION [1] - 3965:11
CORPS [14] - 3943:4, 3943:5, 3943:6, 3943:8, 3955:13, 3955:15, 3955:21, 3976:9, 3985:12, 3987:15, 3988:22, 3997:24, 4000:13, 4001:10
CORPS' [1] - 3997:25
CORPS'S [1] - 3943:6
CORRECT [79] - 3937:11, 3937:13, 3937:14, 3939:5, 3939:9, 3941:18, 3943:3, 3943:15, 3943:18, 3943:21, 3943:22, 3946:16, 3950:2, 3950:8,

3950:9, 3950:14, 3951:6, 3951:13, 3951:15, 3951:18, 3952:3, 3952:6, 3953:16, 3953:25, 3954:2, 3954:17, 3954:23, 3956:14, 3958:15, 3959:4, 3959:10, 3959:13, 3959:16, 3968:2, 3968:5, 3969:6, 3969:17, 3971:12, 3971:13, 3971:21, 3972:2, 3972:13, 3972:15, 3973:1, 3973:10, 3974:5, 3974:22, 3976:15, 3976:17, 3977:6, 3977:21, 3979:7, 3981:7, 3982:6, 3983:19, 3983:23, 3984:21, 3985:11, 3986:1, 3986:3, 3986:5, 3989:23, 3990:2, 3990:5, 3990:7, 3990:13, 3991:6, 3991:8, 3994:24, 3998:6, 4002:4, 4004:13, 4008:9, 4010:5, 4010:8, 4011:7, 4011:12, 4011:14, 4014:7
CORRECTLY [2] - 3967:20, 3986:12
COULD [24] - 3936:21, 3942:10, 3945:8, 3945:14, 3947:23, 3952:5, 3955:9, 3963:20, 3963:21, 3964:19, 3966:24, 3970:21, 3978:25, 3981:9, 3983:24, 3991:10, 3991:14, 3992:8, 3993:20, 3995:22, 3998:5, 4003:15, 4006:1, 4010:6
COULDN'T [1] - 3984:8
COUNSEL [1] - 3976:18
COUPLE [1] - 3977:18
COUPLING [1] - 3947:12
COURSE [9] - 3936:20, 3961:13, 3961:24, 3977:4, 3984:22, 3986:7, 3997:15, 3999:18,

3999:19
COURT [85] - 3930:1, 3933:11, 3935:4, 3935:7, 3935:10, 3935:14, 3935:25, 3936:3, 3937:17, 3938:17, 3944:6, 3945:3, 3945:7, 3945:10, 3946:18, 3948:2, 3948:21, 3950:19, 3957:6, 3957:18, 3957:25, 3958:4, 3962:25, 3963:24, 3964:1, 3964:3, 3964:13, 3965:5, 3965:9, 3965:16, 3966:12, 3966:13, 3967:2, 3967:4, 3967:7, 3972:20, 3983:13, 3983:20, 3983:24, 3984:3, 3984:9, 3984:11, 3991:18, 3991:22, 3991:24, 3992:22, 3993:11, 3993:14, 3994:3, 3994:8, 3994:25, 3995:11, 3997:9, 3998:12, 3998:21, 3999:17, 3999:22, 3999:23, 4000:3, 4000:18, 4001:1, 4001:3, 4001:12, 4003:8, 4003:15, 4004:22, 4005:14, 4005:16, 4005:22, 4006:3, 4008:1, 4010:15, 4012:1, 4012:12, 4013:3, 4013:6, 4013:11, 4013:14, 4014:4, 4014:5, 4014:6, 4014:14, 4014:15
COURT'S [2] - 3947:25, 3957:4
COURTROOM [4] - 3955:2, 3959:7, 3961:15, 3987:21
COVERED [2] - 4000:24, 4005:22
CRADLE [2] - 3945:9, 3945:12
CRAZY [1] - 3972:24
CREATED [3] - 3974:20, 3993:21, 4006:20
CREATES [1] - 3972:14
CREATING [1] - 3950:3

CREATION [1] - 3956:4
CREW [1] - 3962:21
CRITERIA [2] - 3959:6, 3959:8
CRITICAL [1] - 3949:10
CRONIN [1] - 3932:19
CROSS [2] - 3998:15, 3998:16
CROWN [5] - 4008:12, 4008:16, 4008:17, 4008:18, 4008:19
CRR [2] - 3933:11, 4014:13
CRUCIAL [3] - 3952:23, 3984:10, 3985:22
CULMINATION [1] - 3983:4
CURIOUS [7] - 3959:19, 3960:20, 3961:8, 3961:19, 3971:5, 3973:4, 4007:3
CUSHING [1] - 4004:11
CUSHION [1] - 3947:3
CUT [6] - 3944:6, 3976:13, 3976:19, 3989:4, 3996:13
CUTTING [2] - 3976:21, 3990:3
CYLINDER [1] - 3978:13

D

D.C [1] - 3933:8
DALLAS [1] - 3930:25
DALRYMPLE [8] - 3960:15, 3961:3, 3961:14, 3964:15, 3966:6, 3966:7, 3966:19, 4007:11
DALRYMPLE'S [2] - 3964:6, 3964:23
DAM [1] - 3956:19
DAMN [1] - 3982:2
DATA [1] - 3987:10
DAY [5] - 3930:11, 3932:16, 4005:23, 4009:11, 4010:3
DC [1] - 3932:20
DEAL [3] - 3937:22, 3964:16, 3994:20
DEALT [1] - 3998:6
DEBRA [1] - 3932:17
DECIDE [3] - 3957:18,

3958:5, 4006:7
DECIDED [1] - 3976:13
DEDUCTIVE [1] - 3980:18
DEEP [2] - 3956:23, 3989:8
DEEPER [5] - 3989:2, 3989:3, 4011:20, 4011:21, 4012:4
DEFENDANT [5] - 3939:3, 3956:3, 3983:15, 3992:18, 3996:18
DEFENDANT'S [2] - 3954:11, 3992:7
DEFENDANTS [9] - 3935:13, 3943:11, 3954:5, 3958:14, 3959:25, 3965:1, 3969:19, 3995:4, 4006:11
DEFENDANTS' [5] - 3938:23, 3941:19, 3944:16, 3954:9, 3983:16
DEFENSE [7] - 3955:25, 3956:18, 3967:4, 3967:9, 3973:8, 3978:19, 3994:15
DEFER [1] - 4001:6
DEFICIENCIES [1] - 3995:6
DEFICIENCY [1] - 3988:10
DEFINE [1] - 3986:24
DEFINITELY [1] - 4001:4
DEFINITION [1] - 3951:14
DEFINITIVE [1] - 3955:16
DEFORMATION [1] - 3973:21
DEGRAVELLES [1] - 3931:3
DEGREES [5] - 3996:23, 4003:1, 4005:10, 4006:18
DEMONIZE [1] - 3954:6
DEMONSTRATE [2] - 3944:5, 3952:6
DEMONSTRATED [1] - 3974:20
DEMONSTRATES [1] - 3974:3
DEMONSTRATING [1] - 3978:18

DEMONSTRATION [6] - 3940:18, 3944:21, 3954:2, 3978:9, 3978:15, 3978:18
DEMONSTRATIVE [4] - 3938:6, 3945:1, 3948:9, 3994:17
DEMONSTRATIVES [2] - 3937:25, 3947:23
DENHAM [1] - 3931:16
DEPARTMENT [1] - 3933:3
DEPENDENT [1] - 3983:11
DEPICTING [1] - 3974:6
DEPONENT [1] - 3997:24
DEPOSED [1] - 3993:6
DEPOSIT [1] - 3989:6
DEPOSITION [8] - 3964:25, 3993:17, 3996:8, 3998:5, 3998:13, 3998:23, 4000:24, 4006:25
DEPOSITIONAL [1] - 3976:8
DEPOSITIONS [2] - 4000:19, 4000:20
DEPOSITS [2] - 3971:19, 3987:13
DEPTH [3] - 3989:17, 4007:6, 4011:25
DEPTHS [1] - 3979:25
DEPUTY [2] - 3935:7, 3936:11
DESCRIBE [8] - 3942:1, 3946:19, 3956:13, 3974:4, 3975:5, 3981:16, 3981:18, 3996:15
DESCRIBED [11] - 3941:12, 3941:15, 3941:17, 3942:22, 3946:12, 3949:18, 3968:18, 3971:11, 3972:4, 3973:18, 3982:18
DESCRIBES [3] - 3950:24, 3975:18, 4004:3
DESCRIBING [3] - 3949:13, 3968:17, 3973:5
DESCRIPTION [3] - 3942:22, 3955:1, 3970:23

DESCRIPTOR [1] - 3975:1
DESIGN [7] - 3948:16, 3952:16, 3958:19, 3959:6, 3988:10, 3988:20, 3995:6
DESIGNATED [3] - 3998:5, 4000:13, 4000:21
DESIGNED [1] - 3992:6
DESTABILIZE [2] - 3949:22, 3986:8
DETAIL [1] - 3970:7
DETAILS [2] - 3982:5, 3982:7
DETERMINE [4] - 3942:15, 3991:14, 4001:1, 4002:1
DETERMINED [1] - 3976:11
DETERMINING [1] - 3977:12
DETERMINISTIC [1] - 3982:10
DEVELOP [7] - 3962:22, 3986:8, 3989:11, 3991:15, 3992:20, 3995:23, 4005:11
DEVELOPED [4] - 3939:19, 3941:1, 3981:20, 3996:14
DEVELOPING [1] - 3949:21
DEVELOPMENT [1] - 3962:17
DEVICE [1] - 3949:18
DIAGRAM [1] - 3982:23
DID [38] - 3936:23, 3938:2, 3938:5, 3938:6, 3938:13, 3940:7, 3942:15, 3944:1, 3946:5, 3955:12, 3956:23, 3959:6, 3959:15, 3961:4, 3975:15, 3978:12, 3979:23, 3980:1, 3980:7, 3980:11, 3981:8, 3981:13, 3981:17, 3982:6, 3982:12, 3985:13, 3986:6, 3992:9, 3992:17, 3996:1, 4000:7, 4001:12, 4002:15, 4002:21, 4003:15, 4004:1, 4007:18
DIDN'T [10] - 3937:25,

3938:1, 3938:3, 3940:20, 3977:23, 3984:7, 3996:24, 4007:5, 4012:9
**DIFFERENCE** [13] - 3944:19, 3952:25, 3954:9, 3956:21, 3969:12, 3969:13, 3970:9, 3970:12, 3970:13, 3978:19, 3983:14, 3984:10, 3997:19
**DIFFERENCES** [3] - 3997:18, 3997:22, 4002:3
**DIFFERENT** [15] - 3942:6, 3942:13, 3954:13, 3974:6, 3976:2, 3977:19, 3981:14, 3982:23, 3987:12, 3993:21, 3997:6, 3999:2, 4001:20, 4001:21, 4002:2
**DIFFERENTLY** [1] - 3956:2
**DIFFICULT** [2] - 3982:2, 3984:23
**DILATATIONAL** [1] - 3946:7
**DIMENSION** [1] - 3982:1
**DIMENSIONAL** [2] - 3981:24, 3981:25
**DIMENSIONS** [1] - 3946:21
**DIRECT** [5] - 3934:5, 3936:18, 3964:20, 3964:22, 3988:15
**DIRECTED** [1] - 3988:22
**DIRECTION** [2] - 3949:25, 3950:1
**DIRECTLY** [1] - 3947:11
**DISAGREE** [1] - 3983:3
**DISAGREES** [1] - 3957:19
**DISAPPEARING** [1] - 3947:9
**DISCOMBOBULATED** [1] - 3940:6
**DISCOVERED** [1] - 3990:6
**DISCRETION** [1] - 3994:12
**DISCUSSED** [2] - 3939:17, 3940:25
**DISCUSSES** [1] -

3958:12
**DISCUSSING** [1] - 4011:23
**DISCUSSION** [2] - 3944:12, 3965:12
**DISTANCE** [1] - 3936:25
**DISTRIBUTION** [1] - 3982:25
**DISTRICT** [6] - 3930:1, 3930:1, 3930:12, 4014:6, 4014:15
**DIVISION** [1] - 3933:6
**DM-1006-0039** [1] - 3968:12
**DO** [5] - 3936:9, 3937:24, 3941:20, 3944:17, 3946:8, 3954:10, 3954:22, 3956:5, 3956:7, 3956:11, 3958:5, 3959:23, 3959:25, 3960:11, 3963:3, 3963:14, 3966:5, 3966:18, 3968:10, 3974:9, 3974:15, 3974:17, 3976:19, 3977:2, 3977:7, 3980:11, 3980:13, 3982:22, 3983:1, 3983:24, 3986:14, 3986:18, 3987:5, 3988:10, 3989:22, 3990:1, 3992:19, 3994:10, 3995:9, 3995:16, 4000:18, 4001:24, 4003:19, 4004:2, 4004:15, 4006:19, 4007:13, 4007:21, 4007:25, 4008:12, 4008:15, 4009:6, 4011:21, 4012:21, 4014:6
**DOCTOR** [1] - 4005:4
**DOCUMENT** [4] - 3937:7, 3970:4, 3985:8, 3985:12
**DOCUMENTED** [1] - 3996:1
**DOCUMENTS** [2] - 3935:21, 3935:22
**DOES** [29] - 3941:24, 3949:20, 3954:22, 3956:12, 3958:1, 3961:9, 3961:11, 3961:19, 3961:21, 3961:22, 3968:24, 3971:14, 3972:3, 3973:17, 3973:23, 3975:12, 3979:4,

3982:16, 3985:23, 3986:19, 3986:22, 3997:8, 3997:14, 4001:22, 4003:3, 4004:6, 4005:4, 4011:16, 4012:18
**DOESN'T** [6] - 3953:17, 3953:20, 3954:19, 3956:8, 3998:19, 3999:18
**DOING** [11] - 3938:10, 3954:10, 3963:8, 3963:24, 3965:14, 3972:25, 3973:1, 3982:3, 3989:21, 3990:1, 4010:20
**DON'T** [37] - 3935:12, 3935:21, 3935:25, 3937:24, 3938:7, 3945:16, 3951:11, 3954:10, 3956:3, 3963:4, 3963:10, 3964:9, 3975:11, 3981:1, 3989:20, 3990:10, 3992:10, 3992:20, 3993:20, 3994:12, 3998:21, 4000:7, 4000:10, 4000:25, 4001:18, 4002:13, 4003:2, 4003:21, 4005:22, 4005:25, 4006:9, 4006:14, 4008:15, 4010:4, 4010:18, 4010:20
**DONE** [5] - 3955:18, 3956:7, 3961:9, 3984:22, 3986:12
**DOWN** [14] - 3939:20, 3942:6, 3942:8, 3964:13, 3967:19, 3967:24, 3972:8, 3972:9, 3996:20, 4002:25, 4003:13, 4006:16, 4008:18, 4011:21
**DOWNTOWN** [1] - 3979:16
**DOWNWARD** [9] - 3941:12, 3941:20, 3941:24, 3942:21, 3943:19, 3944:2, 3946:23, 3946:25, 3949:19
**DR** [113] - 3936:11, 3936:20, 3937:20, 3937:21, 3938:22, 3941:22, 3942:9, 3944:1, 3945:25, 3946:4, 3946:5,

3946:9, 3948:6, 3950:22, 3950:23, 3954:8, 3955:5, 3957:21, 3957:22, 3958:3, 3958:17, 3958:21, 3959:11, 3959:14, 3960:11, 3960:15, 3961:3, 3961:14, 3963:19, 3964:6, 3964:10, 3964:15, 3964:16, 3964:23, 3965:23, 3966:5, 3966:6, 3966:7, 3966:18, 3966:19, 3967:10, 3967:18, 3967:23, 3968:16, 3969:11, 3970:20, 3970:23, 3970:24, 3972:19, 3973:5, 3973:8, 3977:14, 3977:22, 3978:22, 3978:23, 3979:21, 3979:23, 3980:4, 3980:6, 3983:13, 3984:16, 3985:17, 3986:11, 3986:15, 3987:22, 3988:6, 3989:16, 3990:11, 3990:15, 3990:20, 3993:16, 3993:18, 3994:20, 3995:19, 3995:21, 3996:19, 3997:3, 3997:4, 3997:5, 3998:12, 3998:13, 3999:1, 3999:7, 4000:13, 4001:19, 4001:20, 4002:15, 4002:21, 4003:13, 4003:15, 4003:19, 4004:11, 4004:23, 4005:4, 4006:19, 4006:24, 4007:4, 4007:7, 4007:11, 4009:2, 4009:10, 4009:11, 4010:19, 4012:5
**DRAW** [2] - 4008:5, 4012:21
**DRAWING** [1] - 4008:1
**DRAWINGS** [1] - 3988:18
**DRAWN** [2] - 3948:16, 3949:2
**DREAMED** [1] - 3972:25
**DREDGING** [1] - 3940:1
**DREW** [1] - 4004:10
**DRILL** [2] - 3968:20,

3977:15
**DRIVEN** [1] - 3962:1
**DRIVING** [2] - 4005:11, 4006:16
**DROPS** [1] - 3940:22
**DRY** [1] - 3952:5
**DUDENHEFER** [2] - 3931:11, 3931:11
**DUE** [2] - 3982:15, 3984:17
**DULY** [1] - 3936:15
**DUMP** [1] - 3953:21
**DURING** [7] - 3936:20, 3943:6, 3955:2, 3955:12, 3968:15, 3980:4, 3981:20, 3998:12, 4004:12
**DUVAL** [9] - 3930:12, 3936:20, 3938:25, 3939:14, 3939:17, 3958:11, 3962:11, 3972:4, 3973:18
**DX** [3] - 3968:11, 3968:12
**DX-DM-1006-0077** [1] - 4009:7
**DX-NUMBER** [3] - 3968:11, 3968:12

## E

**EARLIER** [1] - 3994:13
**EARLY** [1] - 3998:2
**EARSHOT** [1] - 3963:4
**EARTH** [8] - 3953:10, 3953:15, 3976:23, 3978:24, 3978:25, 3979:9, 3980:13, 4010:18
**EASILY** [1] - 3945:14
**EAST** [3] - 3937:10, 3939:20, 3941:10
**EASTERN** [2] - 3930:1, 4014:6
**EBIA** [19] - 3946:6, 3959:2, 3965:25, 3968:4, 3971:15, 3971:17, 3973:9, 3974:10, 3975:13, 3975:18, 3976:7, 3977:23, 3985:9, 3985:10, 4002:10, 4010:1, 4010:7, 4011:11, 4012:18
**ECHSNER** [1] - 3931:22
**EDIFICATION** [1] - 3957:5

EFFECTIVE [1] - 3978:13

EFFECTIVELY [1] - 4008:23

EFFECTS [4] - 3976:22, 3986:12, 3987:12, 3989:5

EITHER [5] - 3994:5, 4001:10, 4002:15, 4005:8, 4007:5

ELIMINATE [4] - 4002:7, 4002:8, 4002:11, 4002:12

ELSE [5] - 3937:24, 3938:18, 3953:8, 3953:9, 4006:1

ELWOOD [2] - 3931:7, 3931:8

EMPLOYED [1] - 4001:9

ENCOUNTERS [1] - 3954:21

ENCOURAGED [1] - 3999:24

ENCUMBERED [1] - 4003:9

END [8] - 3940:20, 3947:19, 3966:16, 3974:14, 3985:21, 3991:13, 4008:24

ENDED [7] - 3940:15, 3961:16, 3963:15, 4002:17, 4002:18, 4005:6

ENGINEER [18] - 3940:11, 3956:15, 3956:16, 3961:9, 3961:19, 3961:21, 3966:1, 3980:17, 3980:21, 3982:10, 3997:8, 3997:14, 3997:17, 3997:20, 4001:9, 4001:22, 4007:3, 4012:19

ENGINEERING [7] - 3956:20, 3960:7, 3980:5, 3980:7, 3980:16, 3989:7, 3996:6

ENGINEERS [6] - 3952:18, 3955:13, 3955:15, 3960:5, 3982:11, 3997:24

ENGINEERS' [2] - 3955:21, 3987:15

ENOUGH [6] - 3936:3, 3965:23, 3966:16, 3989:24, 3990:17, 4005:11

ENTERED [1] -

3940:19

ENTIRE [3] - 3950:3, 4002:10, 4012:23

ENTIRELY [1] - 3977:19

ENTITLED [3] - 3970:20, 3982:14, 4014:9

ENVIRONMENTAL [1] - 3979:21

EQUALIZING [1] - 3950:7

ERADICATED [1] - 4008:23

ERASED [1] - 4008:23

EROSION [1] - 4010:3

ERROR [2] - 3969:22, 3987:3

ESQ [6] - 3931:4, 3931:11, 3932:7, 3932:18, 3932:18, 3933:4

ESQUIRE [21] - 3930:16, 3930:19, 3930:23, 3930:23, 3931:8, 3931:15, 3931:18, 3931:22, 3932:3, 3932:12, 3932:12, 3932:13, 3932:13, 3932:17, 3932:17, 3932:19, 3932:19, 3933:4, 3933:5, 3933:5, 3933:6

ESSENTIALLY [3] - 3947:15, 3948:6, 3949:21

ESTABLISH [3] - 3983:13, 3996:12, 3996:17

ESTABLISHES [1] - 3985:24

ESTABLISHMENT [1] - 3987:4

ESTEEMED [1] - 3956:18

ETCETERA [1] - 3995:13

EVACUATION [1] - 3943:7

EVALUATED [2] - 3961:10, 3962:8

EVALUATING [1] - 3962:5

EVALUATION [1] - 3960:23, 3976:12, 3977:11, 3980:8, 3980:11, 3980:14, 3986:11, 3996:1, 3999:7, 4009:20

EVALUATIONS [3] - 3968:3, 3982:6, 3995:23

EVEN [9] - 3972:19, 3974:25, 3975:15, 3976:9, 3976:18, 3976:23, 3978:14, 3995:7, 4002:12

EVENT [1] - 3949:17

EVENTS [1] - 3980:4

EVERY [1] - 3977:5

EVERYBODY [1] - 3959:19

EVERYTHING [6] - 3952:15, 3975:12, 3976:10, 3976:24, 3999:15, 4004:13

EVIDENCE [9] - 3935:15, 3937:16, 3958:14, 3962:12, 3992:6, 3998:23, 3999:15, 4004:25, 4010:3

EXACT [2] - 3995:3, 4007:12

EXACTLY [4] - 3942:14, 3942:15, 3977:22, 3999:11

EXAMINATION [31] - 3934:5, 3936:18, 3937:5, 3937:18, 3938:20, 3939:12, 3945:23, 3948:3, 3948:10, 3948:22, 3950:20, 3958:9, 3963:8, 3965:21, 3967:15, 3968:13, 3984:14, 3995:17, 3997:12, 4000:5, 4001:16, 4003:11, 4003:17, 4005:2, 4005:17, 4006:12, 4008:3, 4009:8, 4010:16, 4012:2, 4012:13

EXAMINATIONS [1] - 3934:2

EXAMINE [3] - 3980:21, 3981:20, 3993:7

EXAMINED [1] - 3936:16

EXAMPLE [6] - 3953:3, 3961:2, 3961:14, 3962:17, 3965:1, 3983:5

EXCAVATION [2] - 3977:12, 3977:13

EXCEED [1] - 3983:21

EXCEEDED [1] -

3958:19

EXCELLENT [1] - 3963:7

EXCEPT [1] - 3998:25

EXCLUDED [3] - 3994:21, 3994:25

EXCUSE [2] - 3998:13, 4006:9

EXHIBIT [1] - 3968:10

EXHIBITS [2] - 3935:17, 3935:24

EXIST [1] - 3956:8

EXISTENCE [1] - 4007:7

EXISTING [3] - 3955:16, 3987:16, 3988:14

EXPAND [2] - 3978:16, 3984:7, 3984:8

EXPANDED [3] - 3940:21, 3967:3

EXPANDING [1] - 3941:7

EXPECT [1] - 3943:23

EXPERIMENT [1] - 3945:20

EXPERIMENTAL [1] - 3955:23

EXPERT [11] - 3967:5, 3967:6, 3982:5, 3994:18, 3996:5, 4002:22, 4004:10, 4004:13, 4004:16, 4004:19, 4004:20

EXPERTS [5] - 3938:23, 3939:3, 3941:19, 3973:8, 3996:18

EXPERTS' [6] - 3944:17, 3954:9, 3954:11, 3956:4, 3978:19, 3983:15

EXPLAIN [13] - 3939:14, 3942:1, 3946:17, 3947:1, 3947:2, 3964:11, 3972:21, 3978:10, 3980:22, 3983:3, 3996:3, 4003:4, 4005:5

EXPLAINED [1] - 3996:9

EXPLANATION [19] - 3938:24, 3944:15, 3944:17, 3946:1, 3954:11, 3954:12, 3956:22, 3962:16, 3985:23, 3990:20, 3997:4, 3997:5,

4002:16, 4002:24, 4003:16, 4004:6, 4004:14

EXPLANATIONS [4] - 3939:1, 3955:2, 4002:5, 4006:10

EXPLICIT [2] - 3982:7, 3982:12

EXPLICITLY [1] - 4004:10

EXPLORE [2] - 3995:3, 3995:9

EXPOSED [1] - 3949:15

EXPRESSED [2] - 3966:25, 3967:8

EXTENDING [1] - 3957:8

EXTENT [1] - 3948:8

EXTREMELY [6] - 3952:14, 3952:19, 3962:18, 3982:1, 3983:10, 3987:11

EXTRUDING [1] - 3972:12

EYEGLASSES [1] - 3975:23

EYEWITNESS [1] - 3962:19

**F**

F.2ND [1] - 3965:11

FACE [1] - 3991:5

FACT [35] - 3939:3, 3941:19, 3945:18, 3946:4, 3953:3, 3953:7, 3953:17, 3954:2, 3954:8, 3956:11, 3957:17, 3958:11, 3959:1, 3960:11, 3960:15, 3961:12, 3965:3, 3966:5, 3966:18, 3974:17, 3974:19, 3976:9, 3977:13, 3979:8, 3979:15, 3981:1, 3984:19, 3987:22, 3988:25, 3997:23, 3999:1, 4000:15, 4000:16, 4007:11, 4012:17

FACTOR [1] - 3983:5

FACTORS [1] - 3983:4

FACTS [4] - 3946:15, 3989:1, 3992:6, 3992:7

FACTUAL [2] - 3988:25, 4001:9

**FAIL** [4] - 3961:3, 3961:12, 3961:22, 4012:9
**FAILED** [8] - 3958:22, 3959:3, 3983:22, 4012:4, 4012:5, 4012:10, 4012:15
**FAILS** [1] - 3969:3
**FAILURE** [38] - 3938:24, 3939:15, 3942:23, 3956:17, 3958:24, 3959:9, 3962:5, 3962:8, 3962:13, 3965:25, 3969:14, 3971:12, 3974:4, 3980:9, 3980:14, 3980:23, 3982:17, 3986:6, 3988:7, 3990:12, 3990:17, 3995:1, 3996:14, 3997:25, 3998:1, 3999:10, 4002:6, 4002:17, 4004:2, 4004:6, 4006:10, 4006:21, 4007:22, 4009:5, 4009:10, 4010:1, 4011:9
**FAILURES** [10] - 3956:19, 3961:11, 3972:21, 4010:21, 4010:22, 4011:3, 4011:4, 4011:5, 4012:18
**FAIR** [10] - 3936:3, 3939:1, 3939:2, 3956:9, 3956:23, 3957:1, 3957:2, 3974:24, 3993:6
**FALLING** [1] - 4011:21
**FALLS** [2] - 4002:25, 4005:9
**FAR** [2] - 3992:11, 3995:14
**FARRELL** [1] - 3932:18
**FASTER** [3] - 3944:3, 3969:4, 3970:2
**FAYARD** [2] - 3931:14, 3931:15
**FEATURES** [1] - 4008:23
**FEED** [1] - 3954:3
**FEEL** [2] - 3995:9, 3995:16
**FEET** [7] - 3937:10, 3946:8, 3977:19, 3979:15, 3991:16, 4010:25, 4011:1
**FELL** [2] - 4003:13,

4004:13
**FELT** [1] - 3995:2
**FEW** [5] - 3935:21, 3940:22, 3972:4, 3973:18, 4010:13
**FIELD** [4] - 3942:11, 3955:22, 3989:11, 4002:22
**FIFTH** [2] - 3965:10, 3992:5
**FIGHT** [4] - 3956:23, 3957:1, 3957:2
**FIGURE** [1] - 3970:6
**FILL** [3] - 3943:2, 3943:17, 3982:22
**FILLED** [1] - 3944:7
**FINAL** [1] - 4001:18
**FINALLY** [2] - 3940:22, 4004:12
**FINGERPRINTS** [1] - 4007:16
**FINISH** [1] - 3965:19
**FINISHED** [2] - 3966:8, 3966:20
**FIRE** [1] - 3979:12
**FIRM** [4] - 3930:19, 3931:11, 3931:18, 3932:3
**FIRST** [14] - 3935:11, 3937:20, 3939:18, 3960:22, 3965:3, 3974:9, 3982:18, 3985:24, 3986:14, 3987:10, 3992:16, 3995:5, 4010:10, 4010:11
**FITS** [1] - 3983:12
**FIVE** [1] - 3993:20
**FL** [1] - 3931:23
**FLAPPER** [1] - 3953:13
**FLATTENED** [1] - 4002:25
**FLAWS** [1] - 3980:18
**FLIP** [2] - 3973:3, 4004:4
**FLIPPED** [2] - 4002:21, 4003:3
**FLIPPING** [1] - 4004:11
**FLOOD** [1] - 3959:5
**FLOODWALL** [3] - 3968:17, 3968:18, 3986:9
**FLOOR** [1] - 3953:21
**FLORIDA** [2] - 3931:15, 3996:21
**FLOW** [22] - 3939:7, 3940:18, 3941:1, 3941:3, 3942:21,

3944:13, 3976:22, 3978:17, 3980:11, 3980:13, 3980:24, 3982:25, 3983:5, 3983:17, 3983:18, 3983:21, 3985:18, 3986:12, 3986:18, 3987:1, 4008:25, 4009:18
**FLOWED** [1] - 3985:9
**FLOWING** [2] - 4003:2, 4005:10
**FLUID** [2] - 3952:21
**FLYING** [1] - 3935:20
**FOCUS** [1] - 3952:17
**FOCUSED** [1] - 3947:2
**FOLLOW** [1] - 4008:18
**FOLLOWING** [1] - 3996:20
**FOLLOWS** [1] - 3936:17
**FOOT** [6] - 3937:10, 3989:8, 3989:9, 3996:19, 3996:21
**FOOTAGE** [1] - 4011:4
**FOOTBALL** [4] - 3947:2, 3947:3, 3947:15, 3949:13
**FOR** [72] - 3930:15, 3932:11, 3933:3, 3936:8, 3936:21, 3945:1, 3946:19, 3947:18, 3949:12, 3953:3, 3955:16, 3955:24, 3956:21, 3957:4, 3958:19, 3961:2, 3961:10, 3961:14, 3962:11, 3962:16, 3963:7, 3964:14, 3965:9, 3965:20, 3966:2, 3969:15, 3969:22, 3971:3, 3972:4, 3974:4, 3976:1, 3976:11, 3977:12, 3978:13, 3981:16, 3981:18, 3982:18, 3983:5, 3983:21, 3986:13, 3986:15, 3987:7, 3987:15, 3988:18, 3988:19, 3990:15, 3991:12, 3992:24, 3993:1, 3993:3, 3993:4, 3993:7, 3993:15, 3994:1, 3994:14, 3995:3, 3997:5,

3997:18, 3997:24, 3999:8, 4000:4, 4000:13, 4000:21, 4000:25, 4002:1, 4002:16, 4004:3, 4007:16, 4010:14, 4013:1, 4013:9, 4014:5
**FORBID** [1] - 3996:24
**FORCE** [12] - 3945:21, 3949:24, 3950:3, 3973:21, 3990:21, 3990:24, 3991:5, 3991:15, 3995:24, 4002:8, 4002:10, 4005:11
**FORCES** [4] - 3941:24, 3950:10, 3950:11
**FOREGOING** [1] - 4014:7
**FORENSIC** [22] - 3956:15, 3956:20, 3960:23, 3961:9, 3961:19, 3961:21, 3966:1, 3980:8, 3980:16, 3980:17, 3980:21, 3982:10, 3996:6, 3997:8, 3997:14, 3997:17, 3997:20, 3999:6, 4001:22, 4007:3, 4012:19
**FOREVER** [1] - 3940:3
**FORGIVE** [2] - 3946:5, 3998:22
**FORGOT** [3] - 3993:18, 4002:11, 4007:5
**FORM** [2] - 3964:12, 3964:14
**FORTH** [1] - 3935:20
**FOUND** [7] - 3958:13, 3976:13, 3976:19, 3977:22, 3977:25, 3978:1, 3978:2
**FOUNDATION** [2] - 3952:16, 3992:1
**FRAMEWORK** [2] - 3954:20, 3983:14
**FRANCISCO** [2] - 3952:4, 3996:9
**FRANK** [2] - 3931:11, 4005:23
**FRANKLIN** [1] - 3933:7
**FRANKLY** [4] - 3964:21, 3975:25, 3992:12, 3994:14
**FRAUD** [2] - 3957:22,

3958:1
**FREAKY** [1] - 3952:11
**FRERET** [1] - 3931:19
**FRIVOLOUS** [1] - 3999:23
**FROM** [33] - 3936:25, 3937:25, 3938:23, 3940:15, 3943:21, 3949:24, 3949:25, 3950:6, 3952:12, 3952:13, 3957:20, 3965:14, 3972:12, 3976:10, 3977:18, 3978:22, 3979:5, 3979:10, 3981:21, 3984:24, 3985:9, 3985:10, 3985:14, 3992:5, 3996:15, 4001:20, 4001:21, 4002:9, 4004:13, 4011:8, 4012:5, 4012:21, 4014:8
**FRONT** [2] - 3978:15, 3984:6
**FRUGE** [1] - 3931:4
**FULLY** [3] - 3951:8, 4011:4, 4012:17
**FUNCTION** [3] - 3949:10, 3949:11, 3983:9
**FUNCTIONS** [2] - 3949:10, 3989:19
**FUNDAMENTALS** [2] - 3950:25, 3970:21

# G

**GAME** [1] - 3938:9
**GAVE** [3] - 3967:7, 3992:6, 3996:4
**GENERAL** [1] - 3977:8
**GENERALLY** [3] - 3946:6, 3950:15, 3979:21
**GENTLEMEN** [1] - 4005:9
**GEOLOGICAL** [3] - 3943:1, 3974:24, 3974:25
**GEOLOGY** [1] - 3976:10
**GEOMETRIC** [1] - 3948:16
**GEOTECHNICAL** [5] - 3946:15, 3952:18, 3980:4, 4001:9, 4001:10
**GET** [23] - 3935:22, 3937:25, 3938:1,

3938:6, 3942:10, 3946:11, 3954:5, 3954:19, 3961:6, 3962:23, 3963:11, 3975:4, 3975:11, 3977:8, 3977:19, 3978:1, 3982:23, 3985:22, 3993:23, 3994:13, 3999:17, 4001:2, 4013:3

**GETS** [6] - 3946:24, 3970:15, 3971:22, 3984:11, 3992:9, 4002:25

**GETTING** [3] - 3935:14, 3948:16, 3950:10

**GIVE** [8] - 3975:9, 3989:18, 3989:21, 4002:15, 4004:6, 4007:5, 4009:6, 4012:18

**GIVEN** [6] - 3947:23, 3947:25, 3965:13, 4002:16, 4004:19, 4006:11

**GIVES** [4] - 3961:20, 3965:11, 3979:5, 3989:25

**GIVING** [1] - 3964:10

**GLASS** [1] - 3953:20

**GLOBAL** [2] - 4009:4, 4009:10

**GLUED** [1] - 3970:3

**GO** [39] - 3938:13, 3940:3, 3943:20, 3945:7, 3946:13, 3950:22, 3951:11, 3954:20, 3955:5, 3955:6, 3956:24, 3958:8, 3958:16, 3958:18, 3965:9, 3965:14, 3970:7, 3970:21, 3971:2, 3971:23, 3973:16, 3974:1, 3974:6, 3975:16, 3977:18, 3980:3, 3980:5, 3982:13, 3982:22, 3986:10, 3992:10, 3995:7, 3995:14, 4003:9, 4004:24, 4005:1, 4009:6, 4009:7, 4010:18

**GOD** [1] - 3996:24

**GOES** [4] - 3942:8, 3967:24, 3985:13, 4000:20

**GOING** [59] - 3935:16, 3938:8, 3938:13,

---

3942:6, 3942:13, 3945:4, 3945:15, 3946:25, 3947:10, 3952:20, 3952:22, 3954:19, 3954:21, 3954:22, 3957:18, 3959:24, 3961:6, 3963:15, 3963:16, 3963:17, 3963:18, 3963:21, 3965:5, 3965:9, 3965:13, 3965:14, 3967:10, 3967:19, 3969:8, 3970:7, 3970:20, 3972:17, 3979:18, 3984:19, 3984:25, 3986:4, 3986:24, 3991:20, 3991:22, 3992:22, 3994:19, 3995:11, 3995:13, 4000:3, 4001:6, 4004:24, 4006:3, 4006:6, 4006:7, 4006:16, 4008:8, 4010:19

**GONE** [6] - 3964:19, 3964:21, 3993:23, 4008:19, 4008:23

**GOOD** [7] - 3935:9, 3935:10, 3959:18, 3965:12, 3994:6, 3999:6, 4013:1

**GOODNESS** [3] - 3978:22, 3980:13

**GOSPEL** [2] - 3969:20, 3970:16

**GOT** [33] - 3942:11, 3943:4, 3943:12, 3951:5, 3960:16, 3960:18, 3962:16, 3963:13, 3969:16, 3976:18, 3985:8, 3985:18, 3987:9, 3989:3, 3989:21, 3993:16, 3993:22, 3995:19, 3996:21, 3996:22, 4000:7, 4003:4, 4003:5, 4003:6, 4004:12, 4005:6, 4008:11, 4008:21, 4011:18, 4012:12, 4012:24

**GRASS** [1] - 4008:6

**GRAY** [2] - 3971:14, 3971:15

**GREAT** [1] - 3937:22

**GREATER** [3] - 3950:11, 3987:13, 4012:24

**GREEN** [1] - 3971:7

---

**GRIESHABER** [5] - 3997:23, 3998:4, 4000:13, 4001:21, 4002:11

**GRIESHABER'S** [2] - 3998:22, 3999:8

**GROUND** [6] - 3947:10, 3953:21, 3968:1, 3975:9, 3976:25, 3985:25

**GROUP** [3] - 3932:11, 3974:20, 3979:24

**GUESS** [4] - 3957:21, 3985:24, 3989:16, 4008:15

**GUIDANCE** [2] - 3966:2, 3970:18

**GUIDELINES** [2] - 3955:16, 3955:17

**GUILTY** [1] - 3957:22

**GULF** [1] - 3939:24

**GULOTTA** [1] - 3932:13

**GUNS** [1] - 4013:8

---

# H

**HAD** [25] - 3936:5, 3940:2, 3940:7, 3940:19, 3940:25, 3943:17, 3952:2, 3952:5, 3960:15, 3960:19, 3964:16, 3976:9, 3976:16, 3978:16, 3978:22, 3980:24, 3988:14, 3993:4, 3993:6, 3994:16, 3996:8, 4003:21, 4003:24, 4007:18

**HALL** [1] - 3940:18

**HAPPEN** [4] - 3936:6, 3972:17, 3996:24

**HAPPENED** [2] - 3950:15, 3954:2

**HAPPENING** [5] - 3941:4, 3941:6, 3942:14, 3962:20, 3979:16

**HAPPENS** [1] - 3975:8

**HARD** [8] - 3953:5, 3953:18, 3953:19, 3953:20, 3987:19, 3996:22, 4006:17

**HAS** [25] - 3935:19, 3939:18, 3949:2, 3957:8, 3957:14, 3958:4, 3962:4, 3963:9, 3974:1,

---

3979:1, 3980:21, 3981:11, 3986:7, 3987:1, 3987:2, 3989:11, 3989:17, 3990:11, 3990:20, 3991:25, 3993:16, 3997:20, 3999:23, 4008:23, 4011:18

**HATE** [1] - 3937:23

**HAVE** [113] - 3935:13, 3935:25, 3938:23, 3939:6, 3939:10, 3939:15, 3941:11, 3942:13, 3943:1, 3943:23, 3944:13, 3944:25, 3945:17, 3947:4, 3947:5, 3947:20, 3947:21, 3947:23, 3948:6, 3948:7, 3948:16, 3949:10, 3949:24, 3949:25, 3950:6, 3951:5, 3951:6, 3951:19, 3952:14, 3954:5, 3955:25, 3956:7, 3956:18, 3956:19, 3957:16, 3957:18, 3958:5, 3959:23, 3960:1, 3960:11, 3963:20, 3963:21, 3964:19, 3966:1, 3966:5, 3966:10, 3966:18, 3966:24, 3967:3, 3967:17, 3969:12, 3969:16, 3969:19, 3969:20, 3971:2, 3972:11, 3972:21, 3974:6, 3974:9, 3974:15, 3974:17, 3974:24, 3974:25, 3975:1, 3975:4, 3975:17, 3975:20, 3976:2, 3979:20, 3982:14, 3984:7, 3985:12, 3987:14, 3987:19, 3992:4, 3992:8, 3992:10, 3992:20, 3993:15, 3993:20, 3993:23, 3994:9, 3994:11, 3995:11, 3996:8, 3998:5, 3998:21, 3998:23, 3999:3, 3999:7, 3999:14, 4001:3, 4001:6, 4001:19, 4001:24, 4002:3, 4002:12, 4003:9, 4003:21, 4003:24, 4004:13, 4004:15, 4006:7,

---

4006:15, 4006:23, 4007:25, 4008:11, 4009:23, 4010:6

**HAVEN'T** [3] - 3938:16, 3993:1, 3993:6

**HAVING** [1] - 3988:15

**HE** [54] - 3941:24, 3942:15, 3950:24, 3955:6, 3957:8, 3957:9, 3958:11, 3958:19, 3960:18, 3960:19, 3961:4, 3961:22, 3964:11, 3966:22, 3966:24, 3972:8, 3977:23, 3977:25, 3978:1, 3978:2, 3980:5, 3982:25, 3987:4, 3988:9, 3988:10, 3988:19, 3988:24, 3991:4, 3992:14, 3993:3, 3993:4, 3993:17, 3994:21, 3994:25, 3995:23, 3996:1, 3996:2, 3998:8, 3999:15, 4000:15, 4000:21, 4002:24, 4003:1, 4003:14, 4004:2, 4004:18, 4004:19, 4006:25, 4009:4

**HE'S** [9] - 3950:24, 3963:8, 3963:21, 3984:22, 3994:1, 3998:22, 4004:19, 4008:1, 4012:12

**HEADED** [1] - 4001:10

**HEAR** [1] - 3981:17

**HEARD** [9] - 3930:12, 3937:21, 3938:22, 3952:9, 3956:18, 3959:11, 3959:14, 3978:21, 4007:15

**HEATHER** [1] - 3932:12

**HEIGHT** [7] - 3959:17, 3961:5, 3969:12, 3988:20, 3988:23, 3989:17, 3991:9

**HEIGHTS** [3] - 3960:17, 3969:16, 3969:19

**HELD** [1] - 3963:2

**HELMERS** [2] - 3962:16, 3962:21

**HELP** [2] - 3979:1, 3980:22

**HENCE** [1] - 4009:1

**HERE** [47] - 3935:12,

3939:19, 3944:23, 3946:20, 3947:21, 3949:14, 3952:22, 3954:5, 3957:11, 3963:24, 3971:2, 3973:1, 3973:4, 3973:16, 3974:6, 3974:23, 3975:11, 3976:23, 3978:24, 3979:12, 3979:16, 3982:14, 3983:22, 3987:13, 3989:7, 3992:10, 3992:17, 3992:20, 3994:2, 3996:13, 3996:18, 3998:9, 3998:11, 3998:25, 4006:4, 4006:15, 4008:11, 4008:18, 4009:14, 4009:16, 4009:23, 4009:24, 4010:3, 4010:20, 4011:13, 4011:15, 4013:8

**HEREBY** [1] - 4014:6

**HIGH** [3] - 3989:24, 3990:21

**HIGHER** [1] - 3970:12

**HIGHLY** [2] - 3941:7, 3952:17

**HIGHWAY** [1] - 4006:16

**HIM** [10] - 3936:21, 3957:12, 3957:15, 3957:16, 3961:20, 3963:4, 3980:7, 3993:6, 3993:7, 4003:15

**HIMSELF** [2] - 3976:18, 3988:19

**HIS** [51] - 3936:16, 3951:8, 3955:8, 3957:9, 3957:14, 3957:22, 3957:23, 3960:17, 3961:16, 3962:21, 3963:7, 3963:20, 3963:21, 3964:15, 3964:22, 3965:15, 3967:11, 3967:25, 3968:3, 3969:11, 3986:18, 3986:19, 3986:22, 3987:1, 3991:25, 3992:2, 3992:18, 3993:18, 3994:20, 3995:1, 3995:22, 3995:23, 3996:2, 3998:5, 3998:9, 3998:18, 3998:23, 3999:22, 4002:22, 4003:21, 4003:24,

4004:19, 4004:20, 4005:5, 4005:22, 4005:24, 4005:25, 4006:4, 4006:25, 4007:12

**HIT** [1] - 3996:23

**HITTING** [1] - 4006:17

**HOLD** [1] - 3949:11

**HOLE** [7] - 3943:20, 3967:24, 3968:20, 3977:15, 3977:16, 4005:11, 4012:4

**HOLES** [5] - 3943:23, 3956:23, 3979:25, 3982:20, 3982:22

**HOLTHAUS** [1] - 3931:4

**HOMOGENEOUS** [1] - 3942:7

**HONEYCUTT** [1] - 3931:14

**HONOR** [21] - 3935:9, 3935:11, 3937:15, 3937:23, 3944:25, 3957:7, 3958:2, 3962:24, 3963:6, 3963:12, 3964:2, 3966:11, 3966:14, 3994:5, 3998:3, 3999:11, 4000:2, 4000:12, 4003:5, 4004:18, 4005:21

**HONOR'S** [1] - 3993:10

**HONORABLE** [1] - 3930:12

**HOOK** [1] - 3947:8

**HORIZONTAL** [5] - 3942:20, 3946:22, 3949:8, 3975:23, 3991:11

**HORIZONTALLY** [2] - 3942:7, 3949:22

**HOT** [2] - 4012:24, 4012:25

**HOUR** [3] - 3965:20, 4013:5, 4013:6

**HOURS** [1] - 3962:22

**HOUSE** [3] - 3943:22, 3943:24, 4009:17

**HOUSEKEEPING** [2] - 3935:11, 3935:18

**HOW** [25] - 3937:24, 3939:22, 3945:20, 3947:1, 3955:13, 3956:23, 3958:5, 3961:11, 3964:9, 3969:16, 3970:3, 3978:23, 3978:25, 3981:2, 3985:23,

3992:1, 3994:25, 4002:17, 4002:24, 4003:3, 4003:4, 4004:7, 4005:5, 4011:8, 4013:11

**HUMUS** [1] - 3943:10

**HUNDRED** [6] - 3951:20, 3951:21, 3951:22, 3952:1, 3952:7, 3977:19

**HUNTER** [1] - 3965:11

**HURRICANE** [5] - 3955:14, 3955:17, 3958:20, 3987:16, 3988:21

**HYDRANTS** [1] - 3979:12

**HYDRAULIC** [3] - 3949:12, 3976:21, 3989:5

**HYDROMECHANICAL** [1] - 3971:3

## I

**I'LL** [8] - 3977:25, 3982:15, 3992:15, 3993:2, 3995:5, 3995:14, 4001:11, 4010:13

**I'M** [68] - 3938:13, 3940:11, 3946:14, 3949:13, 3950:10, 3951:22, 3954:9, 3955:8, 3955:20, 3956:19, 3957:18, 3959:24, 3960:20, 3961:8, 3961:19, 3964:10, 3965:4, 3965:5, 3965:9, 3965:12, 3965:14, 3967:10, 3968:11, 3968:15, 3969:3, 3970:1, 3977:25, 3978:1, 3978:24, 3980:6, 3986:18, 3987:17, 3988:3, 3989:8, 3989:16, 3991:22, 3991:24, 3992:3, 3992:12, 3992:16, 3992:19, 3992:22, 3994:25, 3995:11, 3995:19, 3996:17, 3998:20, 3998:25, 3999:3, 3999:7, 3999:9, 4000:3, 4001:6, 4003:9, 4004:24, 4006:6, 4006:7, 4007:3, 4008:2,

4011:15, 4012:10

**I'VE** [12] - 3936:9, 3955:19, 3955:25, 3957:3, 3957:10, 3957:11, 3963:13, 3964:9, 3987:9, 4003:5, 4003:6, 4004:16

**I-WALL** [19] - 3948:6, 3949:4, 3949:23, 3955:18, 3961:22, 3962:13, 3981:22, 3989:3, 3991:16, 4002:17, 4002:24, 4005:5, 4010:21, 4010:22, 4011:2, 4011:4, 4011:5, 4011:9, 4012:18

**I-WALLS** [2] - 3955:16, 3987:16

**IDENTIFIED** [2] - 3964:10, 3980:17

**IDENTIFY** [4] - 3936:21, 3962:11, 3979:24, 3997:20

**IDLY** [1] - 3994:4

**IF** [89] - 3936:21, 3938:17, 3942:25, 3943:22, 3944:25, 3945:10, 3945:11, 3946:24, 3947:7, 3951:2, 3951:19, 3952:12, 3952:13, 3953:7, 3953:20, 3953:21, 3954:18, 3954:20, 3956:7, 3958:21, 3959:2, 3961:5, 3966:14, 3967:21, 3968:19, 3969:3, 3969:7, 3969:15, 3970:12, 3970:21, 3971:22, 3972:8, 3972:11, 3972:16, 3975:15, 3977:15, 3978:1, 3978:22, 3979:8, 3980:14, 3982:22, 3983:5, 3984:19, 3984:22, 3984:25, 3985:21, 3986:25, 3988:1, 3988:3, 3989:13, 3989:20, 3989:24, 3992:14, 3993:3, 3993:12, 3994:9, 3995:14, 3995:15, 3996:18, 3996:19, 3996:21, 3996:23, 3996:24, 3997:3, 3998:22, 3999:11, 4000:7,

4000:12, 4001:5, 4001:6, 4001:8, 4002:5, 4002:7, 4002:8, 4002:10, 4002:12, 4003:13, 4004:18, 4005:8, 4005:22, 4005:24, 4007:4, 4008:5, 4008:18, 4013:7

**IGNORANCE** [1] - 3951:22

**IGNORED** [1] - 3956:1

**IHNC** [3] - 3996:20, 4006:17, 4011:8

**II** [3] - 3931:8, 3932:7, 3932:7

**ILIT** [1] - 3981:1

**ILLUSTRATE** [1] - 3972:19

**ILLUSTRATED** [1] - 4009:3

**ILLUSTRATION** [1] - 3989:3

**IMMEDIATELY** [3] - 3940:10, 3940:20, 3944:8

**IMPACT** [3] - 3977:13, 3985:23, 3986:6

**IMPLICATE** [1] - 3958:1

**IMPORTANT** [7] - 3969:15, 3983:5, 3983:7, 3983:10, 3994:15, 3997:18, 4012:22

**IMPORTANTLY** [2] - 3975:15, 3987:11

**IMPOSSIBLE** [1] - 3966:23

**IMPROPER** [1] - 3963:10

**IMPROVED** [1] - 3981:10

**IN** [205] - 3930:4, 3935:7, 3935:17, 3935:19, 3936:7, 3937:16, 3939:3, 3939:7, 3939:15, 3939:20, 3939:22, 3939:24, 3939:25, 3940:18, 3941:19, 3941:23, 3942:4, 3942:5, 3942:10, 3942:11, 3943:9, 3943:16, 3943:23, 3944:8, 3945:18, 3946:4, 3946:7, 3946:21, 3947:2, 3947:24, 3947:25, 3950:12, 3951:17,

3952:6, 3952:18, 3953:7, 3953:13, 3953:22, 3954:2, 3955:2, 3955:15, 3955:19, 3955:22, 3956:3, 3956:9, 3956:11, 3957:3, 3957:8, 3957:9, 3957:17, 3957:22, 3958:23, 3959:24, 3960:6, 3960:15, 3961:8, 3961:11, 3961:15, 3961:22, 3962:4, 3962:8, 3962:13, 3962:20, 3963:1, 3963:13, 3963:18, 3963:20, 3963:21, 3964:12, 3964:14, 3964:15, 3964:19, 3964:21, 3964:22, 3965:4, 3965:17, 3965:24, 3966:5, 3966:18, 3967:4, 3967:6, 3967:8, 3967:9, 3968:20, 3968:21, 3969:11, 3969:20, 3970:5, 3971:12, 3971:15, 3972:3, 3972:20, 3972:25, 3973:17, 3973:22, 3973:23, 3974:17, 3974:18, 3974:19, 3974:25, 3975:5, 3975:16, 3975:23, 3976:9, 3976:12, 3976:16, 3977:13, 3978:3, 3978:16, 3978:23, 3979:8, 3979:12, 3979:15, 3979:16, 3979:23, 3979:25, 3980:8, 3980:23, 3981:1, 3982:7, 3982:8, 3983:5, 3983:17, 3983:25, 3984:6, 3984:19, 3986:6, 3986:15, 3987:2, 3987:12, 3987:13, 3988:21, 3988:24, 3989:2, 3989:11, 3991:25, 3992:7, 3992:17, 3993:22, 3994:12, 3994:14, 3994:15, 3994:16, 3994:18, 3994:20, 3995:1, 3995:6, 3995:15, 3995:23, 3996:2, 3996:5, 3996:9, 3996:12, 3997:23, 3997:25,

3998:20, 3998:23, 3999:16, 3999:25, 4000:18, 4000:20, 4001:11, 4002:7, 4002:18, 4002:20, 4002:22, 4003:3, 4003:9, 4004:10, 4004:14, 4004:16, 4004:19, 4004:20, 4004:25, 4005:10, 4005:21, 4005:22, 4005:24, 4005:25, 4007:3, 4007:11, 4007:17, 4008:22, 4008:23, 4009:22, 4010:21, 4010:24, 4011:1, 4011:16, 4012:8, 4013:14, 4014:9

**IN-THE-FIELD** [1] - 3955:22

**INACCURATE** [2] - 3964:11, 3987:1

**INARTFUL** [1] - 3967:21

**INC** [2] - 3932:11, 3965:11

**INCH** [2] - 3969:13

**INCHES** [1] - 3977:5

**INCLINED** [3] - 3948:17, 3948:19, 3948:25

**INCLUDED** [3] - 3996:5, 4004:16, 4004:19

**INCLUDES** [4] - 3949:14, 3949:15, 3996:7

**INCLUDING** [2] - 3952:15, 3963:19

**INCOMPRESSIBILIT Y** [1] - 3984:12

**INCOMPRESSIBLE** [2] - 3953:24, 3972:10

**INCORRECTLY** [1] - 3970:2

**INCREASE** [3] - 3984:16, 3984:17, 3984:20

**INCREASES** [1] - 3984:19

**INCREMENTS** [1] - 3982:14

**INDEED** [1] - 3941:22

**INDICATED** [4] - 3937:1, 3945:25, 3967:20, 3972:8

**INDICATES** [1] - 4010:6

**INDICATING** [1] - 3979:6

**INDICATING)** [1] - 3945:16

**INDICATION** [2] - 3936:24, 4007:6

**INDICATIONS** [1] - 4007:21

**INDIGNATION** [1] - 3958:6

**INDUCTIVE** [1] - 3980:18

**INDUSTRIAL** [4] - 3939:20, 3941:10, 3943:10, 3981:21

**INFLICTED** [1] - 3994:9

**INFLOWING** [1] - 4008:22

**INFORM** [3] - 3960:4, 3960:9, 3982:4

**INFORMATION** [6] - 3937:9, 3955:23, 3959:24, 3966:1, 3976:16, 4012:19

**INHIBIT** [1] - 3983:20

**INHIBITED** [1] - 3978:17

**INHOMOGENEITIES** [1] - 3942:12

**INITIATE** [1] - 3990:17

**INITIATED** [1] - 3990:12

**INITIATING** [1] - 3959:11

**INITIATION** [2] - 3997:4, 3997:5

**INPUT** [2] - 3941:2, 3945:15

**INPUTS** [7] - 3960:11, 3960:13, 3960:21, 3960:23, 3960:25, 3968:9, 3988:3

**INSIDE** [2] - 3951:5, 3971:23

**INSIGHT** [1] - 3960:9

**INSIGHTFULNESS** [1] - 3936:8

**INSTABILITY** [1] - 4009:25

**INSTANTANEOUSLY** [1] - 3941:2

**INSUFFICIENT** [1] - 3996:25

**INTEGRATE** [1] - 4002:3

**INTEGRATED** [1] - 3978:15

**INTEGRATING** [1] - 3983:9

**INTELLIGENT** [2] - 3956:11, 4002:23

**INTENDED** [1] - 4011:15

**INTENSE** [1] - 3952:17

**INTERACTION** [1] - 3981:20

**INTERAGENCY** [1] - 3943:7

**INTERESTED** [1] - 3969:24

**INTERESTING** [2] - 3947:12, 3952:24

**INTERNATIONAL** [1] - 3932:11

**INTO** [12] - 3937:15, 3949:16, 3953:10, 3953:15, 3957:8, 3958:14, 3959:7, 3964:19, 3964:21, 3970:7, 3984:11, 3991:16

**INTRODUCTION** [1] - 3982:1

**INVESTIGATION** [1] - 4007:6

**INVOLVED** [1] - 3943:12

**IPAD** [1] - 3975:1

**IPET** [2] - 4007:4, 4007:12

**IRRELEVANT** [2] - 3959:2, 3965:4

**IS** [278] - 3935:7, 3935:14, 3935:25, 3937:7, 3937:9, 3937:10, 3937:13, 3937:23, 3938:8, 3939:7, 3939:8, 3939:18, 3939:19, 3941:7, 3941:8, 3941:9, 3941:12, 3942:6, 3942:21, 3943:11, 3943:16, 3943:20, 3943:25, 3944:2, 3944:3, 3944:10, 3944:12, 3944:13, 3944:15, 3944:19, 3945:7, 3945:15, 3945:17, 3946:2, 3946:20, 3946:21, 3946:22, 3947:3, 3947:4, 3947:6, 3947:10, 3947:11, 3947:12, 3947:13, 3948:2, 3948:8, 3948:9, 3948:16, 3949:10, 3949:11, 3949:19, 3950:3, 3950:6,

3950:15, 3950:23, 3951:8, 3951:16, 3951:20, 3951:25, 3952:1, 3952:3, 3952:11, 3952:20, 3952:21, 3952:22, 3952:23, 3952:24, 3952:25, 3953:3, 3953:17, 3954:8, 3954:12, 3954:16, 3954:25, 3955:6, 3956:12, 3956:16, 3956:20, 3956:23, 3957:1, 3957:2, 3957:7, 3957:14, 3957:17, 3957:22, 3958:2, 3958:6, 3958:11, 3958:14, 3958:22, 3959:18, 3959:25, 3960:3, 3960:11, 3960:20, 3960:22, 3960:23, 3961:8, 3961:10, 3961:19, 3962:3, 3962:11, 3962:15, 3963:7, 3963:15, 3963:16, 3964:6, 3964:7, 3964:12, 3965:1, 3965:4, 3965:6, 3965:16, 3965:24, 3967:5, 3967:24, 3967:25, 3968:1, 3968:8, 3968:10, 3968:19, 3968:24, 3969:7, 3969:10, 3969:24, 3970:2, 3970:3, 3970:9, 3970:23, 3971:5, 3971:6, 3971:8, 3972:10, 3972:16, 3972:19, 3973:9, 3974:9, 3974:12, 3974:13, 3974:23, 3975:1, 3975:8, 3975:11, 3975:13, 3975:18, 3975:23, 3977:2, 3977:4, 3977:13, 3977:14, 3977:15, 3977:21, 3979:6, 3979:8, 3979:12, 3979:14, 3979:18, 3980:3, 3980:14, 3980:18, 3980:19, 3982:1, 3982:5, 3982:11, 3982:25, 3983:5, 3983:9, 3983:10, 3983:11, 3983:16, 3983:24, 3983:25, 3984:10, 3984:17, 3984:22,

**HOURLY TRANSCRIPT**

3984:24, 3985:3, 3985:4, 3985:17, 3985:22, 3985:25, 3986:2, 3986:5, 3986:23, 3987:7, 3987:22, 3987:23, 3988:1, 3988:9, 3988:15, 3988:17, 3988:20, 3988:22, 3988:24, 3989:2, 3989:13, 3989:18, 3989:20, 3989:24, 3990:3, 3991:5, 3992:1, 3992:5, 3992:6, 3992:12, 3992:25, 3993:3, 3994:5, 3994:8, 3994:11, 3995:9, 3995:15, 3996:5, 3996:8, 3996:14, 3996:16, 3996:18, 3998:3, 3998:6, 3998:11, 3998:17, 3998:20, 3998:25, 3999:5, 3999:12, 3999:22, 4000:16, 4001:1, 4001:20, 4002:2, 4002:9, 4003:6, 4003:8, 4003:10, 4004:22, 4004:23, 4004:24, 4004:25, 4005:16, 4005:19, 4006:4, 4006:5, 4006:6, 4007:16, 4008:6, 4008:8, 4008:13, 4008:15, 4008:16, 4008:19, 4009:14, 4009:18, 4009:20, 4010:3, 4010:10, 4011:15, 4012:9, 4012:22, 4012:25, 4013:1, 4014:7

**ISN'T** [10] - 3953:10, 3954:13, 3955:3, 3957:2, 3959:3, 3970:10, 3984:25, 3988:23, 3996:15, 3997:1

**ISSUE** [4] - 3954:4, 3977:4, 4004:11, 4009:21

**ISSUED** [1] - 3955:15

**ISSUES** [2] - 3955:14, 3970:5

**IT** [181] - 3937:17, 3937:24, 3938:5, 3940:3, 3940:20, 3940:24, 3940:25, 3941:1, 3942:11,

3942:25, 3943:6, 3943:10, 3943:12, 3943:13, 3943:22, 3944:8, 3944:16, 3944:19, 3945:8, 3945:9, 3945:14, 3946:25, 3947:2, 3947:8, 3947:16, 3947:17, 3947:19, 3948:9, 3949:13, 3949:14, 3949:15, 3950:10, 3950:12, 3952:4, 3952:5, 3953:3, 3953:14, 3953:21, 3953:22, 3954:2, 3954:7, 3954:20, 3954:22, 3955:25, 3956:1, 3956:3, 3956:9, 3956:10, 3958:4, 3958:5, 3960:20, 3960:22, 3961:2, 3961:4, 3961:6, 3961:11, 3961:14, 3962:21, 3963:10, 3963:13, 3963:16, 3963:22, 3964:21, 3964:22, 3965:6, 3965:9, 3966:2, 3967:7, 3967:22, 3968:18, 3968:20, 3968:21, 3968:24, 3969:3, 3970:1, 3970:12, 3970:13, 3970:15, 3972:7, 3973:21, 3973:23, 3974:1, 3975:9, 3975:10, 3975:12, 3975:16, 3976:13, 3976:19, 3977:11, 3977:13, 3978:12, 3978:13, 3978:23, 3979:4, 3979:6, 3981:5, 3981:9, 3981:23, 3982:7, 3983:16, 3983:25, 3984:22, 3984:24, 3985:21, 3985:23, 3985:24, 3986:7, 3987:2, 3987:23, 3989:18, 3989:21, 3989:25, 3991:4, 3991:16, 3991:20, 3991:25, 3992:9, 3992:25, 3993:23, 3993:25, 3994:12, 3995:5, 3995:11, 3995:21, 3996:15, 3997:18, 3997:24, 3998:2, 3998:14, 3998:15, 3999:9,

4000:10, 4000:11, 4000:20, 4000:24, 4001:5, 4001:6, 4001:11, 4001:14, 4001:18, 4002:17, 4002:18, 4002:25, 4003:2, 4003:3, 4003:4, 4003:14, 4003:19, 4004:3, 4004:16, 4004:19, 4004:22, 4004:23, 4004:25, 4005:6, 4006:1, 4006:8, 4006:9, 4006:16, 4006:17, 4007:5, 4007:9, 4008:1, 4009:14, 4009:16, 4009:17, 4009:19, 4011:19, 4011:21, 4012:4, 4012:12

**IT'S** [96] - 3936:7, 3939:2, 3940:12, 3941:4, 3941:6, 3942:11, 3942:13, 3945:6, 3945:9, 3945:12, 3945:19, 3946:25, 3947:15, 3949:4, 3949:6, 3949:21, 3951:21, 3952:12, 3953:24, 3954:19, 3954:21, 3954:22, 3955:11, 3955:20, 3957:3, 3957:19, 3960:4, 3960:6, 3963:9, 3963:16, 3963:17, 3963:22, 3964:14, 3964:18, 3964:25, 3966:14, 3965:20, 3966:14, 3967:6, 3967:11, 3969:15, 3970:12, 3970:18, 3970:19, 3972:9, 3973:4, 3975:15, 3975:22, 3979:8, 3982:2, 3982:3, 3983:4, 3984:19, 3984:23, 3984:25, 3985:4, 3987:18, 3989:21, 3989:22, 3989:24, 3989:25, 3990:1, 3990:3, 3992:14, 3993:24, 3996:12, 3998:7, 4001:5, 4001:8, 4001:9, 4002:5, 4002:20, 4002:21, 4003:1, 4004:17, 4004:25, 4005:10, 4005:24, 4005:25, 4006:2, 4006:16, 4006:17,

4008:17, 4008:21, 4009:15, 4009:24, 4011:20

**ITEMS** [1] - 3951:5

**ITS** [5] - 3936:24, 3946:25, 3964:12, 3964:14, 3989:19

**ITSELF** [1] - 3952:20

## J

**JAMES** [2] - 3932:13, 3933:4

**JAR** [1] - 3978:23

**JEFFERSON** [1] - 3962:19

**JOANEN** [2] - 3931:18, 3931:18

**JOHN** [4] - 3933:6, 3997:23, 3998:4, 3999:8

**JOIN** [4] - 3964:2, 3988:16, 4000:1, 4005:21

**JOINING** [1] - 3989:12

**JOINS** [2] - 3964:3, 3999:25

**JOINT** [1] - 3989:13

**JONATHAN** [1] - 3930:19

**JONES** [1] - 3932:16

**JOSEPH** [1] - 3930:16

**JR** [6] - 3930:12, 3931:7, 3931:8, 3931:11, 3931:15, 3933:4

**JUDGE** [38] - 3930:12, 3936:4, 3936:9, 3936:20, 3938:19, 3938:25, 3939:14, 3939:17, 3942:1, 3945:6, 3958:11, 3959:23, 3962:11, 3967:14, 3968:7, 3972:4, 3973:18, 3974:19, 3978:9, 3981:16, 3981:18, 3983:3, 3992:15, 3993:12, 3995:3, 3997:11, 3998:11, 3998:17, 4000:23, 4001:8, 4001:14, 4004:9, 4004:25, 4010:13, 4011:22, 4013:1, 4013:10, 4013:13

**JUDGMENT** [2] - 3960:4, 3960:9

**JUDGMENTS** [1] -

3982:4

**JULIA** [1] - 3932:19

**JUST** [57] - 3936:7, 3936:11, 3938:15, 3940:11, 3940:15, 3944:10, 3946:11, 3949:17, 3952:10, 3953:5, 3957:4, 3957:9, 3961:21, 3963:3, 3963:12, 3963:15, 3963:21, 3963:22, 3964:18, 3965:9, 3965:19, 3966:15, 3966:16, 3970:8, 3974:23, 3975:11, 3978:8, 3979:21, 3979:23, 3981:24, 3982:15, 3984:3, 3992:20, 3992:24, 3993:2, 3995:2, 3995:3, 3995:20, 3995:22, 3996:4, 3996:13, 3997:18, 3998:3, 3998:7, 3998:9, 4000:1, 4002:2, 4003:15, 4004:18, 4004:19, 4005:14, 4007:3, 4010:13, 4013:3

**JUSTICE** [1] - 3933:3

**JX** [2] - 3968:10, 3968:11

**JX-NUMBER** [1] - 3968:11

## K

**KATRINA** [3] - 3930:4, 3955:14, 3980:4

**KEEP** [3] - 3950:12, 3964:13, 3979:4

**KELLS** [1] - 3933:5

**KERWIN** [1] - 3932:19

**KEY** [3] - 3941:9, 3978:19, 4004:11

**KIND** [12] - 3939:18, 3966:2, 3971:10, 3973:4, 3975:2, 3976:11, 3976:12, 3992:16, 3992:17, 4008:8, 4008:12, 4009:19

**KINDLY** [1] - 3936:5

**KINDS** [2] - 3939:17, 3981:14

**KNOW** [38] - 3935:12, 3935:19, 3937:24, 3938:7, 3940:7, 3960:20, 3961:8,

3961:19, 3962:4, 3963:13, 3964:9, 3971:5, 3974:23, 3976:24, 3977:14, 3978:8, 3981:1, 3982:11, 3989:20, 3990:18, 3990:20, 3992:15, 3995:14, 3996:12, 3997:23, 4000:7, 4001:18, 4003:2, 4005:1, 4005:22, 4005:25, 4007:11, 4008:15, 4010:18, 4010:20

**KNOWLEDGE** [1] - 3981:10

**KNOWLEDGEABLE** [1] - 3961:11

**KNOWN** [2] - 3963:19, 3964:24

**KNOWS** [2] - 3977:4, 4006:16

## L

**LA** [10] - 3930:17, 3930:20, 3931:5, 3931:9, 3931:12, 3931:16, 3931:19, 3932:8, 3932:14, 3933:12

**LABELED** [1] - 3944:23

**LABORATORY** [2] - 3942:10, 3987:10

**LACK** [1] - 3936:8

**LAKE** [1] - 4011:8

**LAND** [2] - 3950:1, 3996:25

**LANDWARD** [1] - 3950:13

**LAST** [2] - 3946:20, 3966:16

**LATE** [1] - 3936:6

**LATER** [2] - 3990:6, 3990:9

**LATERAL** [13] - 3941:15, 3944:10, 3944:12, 3944:23, 3945:13, 3946:20, 3947:14, 3950:11, 3972:6, 3973:24, 4007:16, 4009:25, 4010:1

**LATERALLY** [4] - 3944:3, 3944:18, 3968:1

**LATITUDE** [2] - 3937:1, 3937:13

**LAW** [6] - 3930:19, 3931:7, 3931:11, 3931:18, 3932:3, 3992:4

**LAWN** [1] - 3930:24

**LAY** [1] - 3992:1

**LAYER** [7] - 3943:1, 3943:4, 3943:5, 3973:22, 3976:13, 3976:20, 3982:22

**LAYERS** [2] - 3944:22, 3984:24

**LAYING** [1] - 4005:10

**LEADS** [2] - 3945:20, 3980:23

**LEARNING** [1] - 3955:21

**LEAST** [6] - 3950:7, 3963:12, 3963:23, 3965:25, 3981:1

**LEAVE** [1] - 3995:8

**LEAVES** [1] - 4002:5

**LEAVING** [1] - 3979:14

**LEEWAY** [1] - 3967:7

**LEFT** [4] - 3951:2, 3953:4, 3996:22, 4006:17

**LENGTH** [1] - 4002:10

**LENGTHY** [1] - 3993:1

**LENS** [4] - 3975:20, 3975:21, 3975:23

**LET** [9] - 3937:17, 3957:9, 3980:3, 3994:13, 3994:14, 3995:20, 3997:18, 4005:8, 4010:20

**LET'S** [24] - 3937:20, 3939:10, 3950:22, 3954:5, 3955:5, 3955:6, 3958:6, 3958:8, 3958:16, 3960:22, 3964:13, 3968:10, 3971:2, 3973:16, 3974:6, 3986:10, 3986:14, 3988:6, 3995:7, 3999:17, 4003:19, 4005:8, 4009:2, 4009:6

**LETTER** [1] - 3938:10

**LETTING** [1] - 3991:24

**LEVEE** [18] - 3940:2, 3949:14, 3954:21, 3956:19, 3960:17, 3961:3, 3961:5, 3961:7, 3961:10, 3961:11, 3961:12, 3972:17, 3977:13, 3983:18, 4008:16,

4009:11, 4009:23, 4010:4

**LEVEES** [1] - 3983:22

**LEVEL** [1] - 3979:13

**LEVIN** [1] - 3931:21

**LIES** [1] - 3987:18

**LIFT** [1] - 3947:9

**LIFTING** [1] - 3950:7

**LIKE** [21] - 3940:5, 3940:15, 3942:3, 3942:5, 3943:22, 3946:6, 3952:10, 3952:21, 3953:5, 3953:18, 3960:6, 3975:22, 3976:2, 3976:3, 3976:20, 3979:6, 3982:16, 3984:5, 3995:2, 3998:7

**LIMITED** [2] - 3971:6, 4000:4

**LINE** [12] - 3949:2, 3949:8, 3954:3, 3966:17, 3992:12, 4006:4, 4006:11, 4008:5, 4008:13, 4008:18, 4010:12

**LINEAR** [3] - 4010:25, 4011:1, 4011:4

**LINES** [1] - 4010:11

**LINUS** [2] - 3953:9, 3953:15

**LIQUID** [1] - 3978:23

**LISTEN** [1] - 3978:24

**LISTENING** [1] - 3957:11

**LITIGATION** [2] - 3930:5, 3975:4

**LITTLE** [17] - 3945:18, 3949:6, 3950:12, 3953:7, 3953:8, 3956:2, 3959:18, 3969:12, 3973:14, 3978:8, 3984:3, 3992:3, 3992:9, 3994:16, 3995:3, 3995:10

**LOAD** [5] - 3971:4, 3971:8, 3971:22, 3984:17, 3984:19

**LOADING** [4] - 3949:17, 3955:17, 3981:21, 3982:15

**LOADINGS** [1] - 3987:16

**LOCAL** [1] - 3983:11

**LOCATE** [1] - 3987:18

**LOCATED** [2] - 4010:23, 4011:2

**LOCATION** [5] -

3936:21, 3936:24, 3936:25, 3937:12, 3989:6

**LOCATIONS** [4] - 3977:7, 3986:9, 3987:12, 3988:16

**LOCKED** [1] - 3940:10

**LOCKS** [1] - 3943:9

**LOGIC** [1] - 3989:17

**LOGICALLY** [1] - 3961:3

**LONG** [8] - 3961:11, 3963:19, 3979:11, 3979:15, 3988:10, 3989:9, 3993:24, 3998:4

**LONGER** [1] - 3990:3

**LONGITUDE** [2] - 3937:1, 3937:13

**LONIAN** [1] - 3932:12

**LOOK** [14] - 3942:25, 3953:17, 3953:20, 3956:2, 3962:12, 3975:9, 3982:16, 3995:12, 4001:3, 4002:6, 4002:12, 4003:10, 4005:1, 4009:2

**LOOKED** [5] - 3966:15, 3978:7, 3984:6, 3992:4, 4007:4

**LOOKING** [3] - 3982:23, 3998:9, 4009:3

**LOOKS** [2] - 3942:9, 3953:19

**LOOSELY** [1] - 3941:8

**LOS** [1] - 3932:5

**LOSE** [1] - 3946:25

**LOT** [12] - 3935:19, 3938:22, 3945:19, 3953:22, 3968:16, 3974:17, 3979:18, 3984:23, 3990:21, 3992:20, 3994:11, 4006:15

**LOUISIANA** [6] - 3930:1, 3930:7, 3932:20, 3952:13, 4014:5, 4014:6

**LOWER** [3] - 3970:12, 3991:17, 4011:2

**LUCY** [1] - 3953:8

**LULL** [1] - 3947:21

**LUNCH** [1] - 4013:2

**LUNCHEON** [2] - 3934:6, 4013:14

## M

**MA'AM** [1] - 3936:13

**MACHINE** [1] - 3978:7

**MADE** [8] - 3935:19, 3951:25, 3952:2, 3955:20, 3959:17, 3964:15, 3965:7, 3993:1

**MAGGIE** [1] - 3932:13

**MAGICALLY** [1] - 3996:23

**MAGNITUDE** [1] - 3959:1

**MAIN** [2] - 3931:5, 3939:7

**MAJOR** [1] - 3956:21

**MAKE** [13] - 3945:1, 3947:18, 3947:22, 3970:9, 3970:12, 3970:13, 3973:2, 3991:20, 3993:2, 3993:9, 3995:12, 3996:1, 4001:13

**MAKES** [4] - 3944:19, 3961:4, 3969:13, 3979:5

**MAKING** [3] - 3946:12, 3954:24, 4013:4

**MANIPULATABLE** [1] - 3960:13

**MANIPULATE** [1] - 3965:2

**MANY** [2] - 3960:5, 4011:8

**MAP** [4] - 3936:23, 3943:1, 3974:25

**MAPPING** [1] - 3977:18

**MARINE** [4] - 3974:14, 3974:21, 3976:1, 3985:15

**MARR** [21] - 3959:14, 3968:10, 3968:16, 3969:11, 3990:15, 3990:20, 3993:16, 3999:1, 4001:19, 4002:15, 4002:21, 4003:13, 4004:23, 4006:24, 4007:4, 4007:7, 4009:2, 4009:6, 4009:10, 4009:11

**MARR'S** [4] - 3995:21, 3997:5, 4003:15, 4003:19

**MARSH** [9] - 3942:13, 3943:5, 3943:6, 3943:13, 3971:19,

3973:22, 3975:1, 3987:13, 3989:6

**MASSACHUSETTS** [1] - 3952:12

**MASTER** [1] - 3975:16

**MATERIAL** [4] - 3939:25, 3975:22, 3977:19, 3979:1

**MATERIALS** [4] - 3976:2, 3977:8, 3978:1, 3978:2

**MATT** [2] - 3931:22, 3936:7

**MATTER** [5] - 3953:17, 3954:8, 3994:12, 3994:14, 4014:9

**MAY** [10] - 3944:16, 3945:11, 3950:19, 3962:24, 3966:10, 3966:12, 3977:13, 3993:13, 3993:14

**MAYBE** [4] - 3947:5, 3970:1, 3977:25, 3998:15

**MCCONNON** [1] - 3933:4

**ME** [25] - 3936:7, 3939:23, 3941:6, 3944:20, 3946:5, 3948:15, 3952:9, 3957:9, 3961:4, 3967:21, 3968:18, 3968:19, 3969:24, 3970:1, 3995:2, 3995:20, 3997:3, 3998:13, 3998:22, 3999:14, 3999:15, 4005:8, 4006:9, 4010:20, 4013:7

**MEAN** [7] - 3941:5, 3953:3, 3954:16, 3975:12, 3991:24, 3993:20, 4006:9

**MEANDER** [1] - 3976:6

**MEANINGLESS** [1] - 3958:6

**MEANS** [1] - 3952:7

**MEASUREMENT** [1] - 3979:15

**MEASUREMENTS** [2] - 3969:24, 3987:12

**MECHANICAL** [2] - 3933:14, 3995:1

**MECHANICS** [11] - 3939:4, 3942:22, 3945:19, 3945:20, 3950:24, 3954:11, 3954:12, 3962:1,

---

3970:21, 3972:20, 3974:3

**MECHANISM** [15] - 3947:15, 3965:25, 3971:12, 3980:14, 3981:10, 3981:11, 3982:17, 3982:18, 3986:6, 3996:14, 4004:2, 4004:6, 4004:10, 4004:12, 4006:10

**MECHANISMS** [4] - 3962:5, 3980:22, 3981:23, 3997:21

**MEET** [2] - 3959:6, 3988:18

**MENTIONED** [1] - 3998:12

**MERELY** [1] - 3988:20

**MERIT** [2] - 4014:4, 4014:14

**MET** [1] - 3959:8

**METAL** [1] - 3968:21

**METICULOUS** [1] - 3995:13

**METROPOLITAN** [1] - 4012:24

**MICHAEL** [1] - 3931:4

**MIDDLE** [2] - 3965:4, 3977:15

**MIGHT** [7] - 3935:20, 3952:12, 3967:17, 3971:17, 3992:1, 4000:12, 4013:9

**MIND** [1] - 3978:21

**MINIMIZE** [1] - 3954:6

**MINUS** [2] - 3978:2, 3978:3

**MINUTE** [2] - 3998:3, 4005:14

**MINUTES** [4] - 3961:22, 3964:7, 3966:8, 3966:21

**MISCHARACTERIZA TION** [1] - 4003:6

**MISCONCEPTION** [1] - 3945:18

**MISHEARD** [1] - 3940:7

**MISSISSIPPI** [1] - 3939:24

**MISTAKE** [1] - 3960:5

**MISUNDERSTOOD** [1] - 3991:23

**MITCHELL** [1] - 3931:22

**MITSCH** [1] - 3933:5

**MIX** [3] - 3975:16, 3976:3

**MOBILE** [2] - 3940:3,

---

3940:14

**MODEL** [11] - 3956:12, 3959:23, 3960:3, 3960:5, 3961:16, 3961:20, 3985:21, 3987:23, 3988:1, 3995:24, 3996:2

**MODELING** [3] - 3959:19, 3961:8, 3980:1

**MODELS** [12] - 3947:14, 3959:20, 3960:4, 3960:8, 3960:11, 3969:20, 3970:8, 3970:16, 3981:19, 3981:22, 3985:19, 3987:20

**MOLDS** [1] - 3960:1

**MOMENT** [2] - 3959:18, 3964:6

**MOMENTS** [2] - 3972:4, 3973:18

**MONDAY** [1] - 3993:18

**MONEY** [1] - 3977:4

**MONTH** [1] - 3993:17

**MONTMORILLONITE** [1] - 3952:4

**MORE** [17] - 3949:24, 3952:22, 3956:11, 3956:20, 3962:4, 3964:9, 3967:22, 3969:7, 3970:7, 3975:15, 3976:16, 3984:23, 3988:23, 3992:20, 3998:1, 4009:7, 4010:13

**MORGAN** [1] - 3931:9

**MORNING** [5] - 3930:11, 3935:9, 3935:10, 3944:20, 3982:19

**MOST** [2] - 3997:20, 4010:22

**MOTHER'S** [1] - 3975:16

**MOVE** [9] - 3935:17, 3937:15, 3945:16, 3950:12, 3954:22, 3958:6, 3988:6, 3990:24, 3992:21

**MOVED** [1] - 3958:14

**MOVEMENT** [6] - 3944:10, 3944:22, 3945:22, 3969:5, 3973:23, 3979:9

**MOVES** [1] - 3985:6

**MOVING** [4] - 3979:5, 3986:2, 3991:16, 4009:24

---

**MR** [142] - 3934:5, 3935:9, 3935:11, 3935:16, 3935:23, 3936:2, 3936:4, 3936:19, 3937:3, 3937:6, 3937:15, 3937:19, 3937:23, 3938:2, 3938:3, 3938:4, 3938:6, 3938:8, 3938:12, 3938:13, 3938:14, 3938:19, 3938:21, 3939:10, 3939:13, 3943:25, 3944:25, 3945:4, 3945:6, 3945:24, 3947:17, 3947:21, 3948:4, 3948:8, 3948:9, 3948:11, 3948:23, 3950:18, 3950:21, 3957:4, 3957:7, 3957:13, 3957:14, 3957:19, 3957:21, 3958:2, 3958:8, 3958:10, 3962:24, 3963:3, 3963:7, 3964:1, 3964:2, 3964:5, 3964:14, 3965:1, 3965:8, 3965:14, 3965:19, 3965:22, 3966:10, 3966:14, 3966:16, 3967:13, 3967:14, 3967:16, 3968:7, 3968:14, 3984:15, 3991:18, 3991:19, 3991:20, 3991:23, 3992:13, 3992:15, 3992:24, 3993:12, 3993:15, 3993:16, 3994:1, 3994:4, 3994:5, 3994:6, 3994:24, 3995:2, 3995:15, 3995:18, 3997:10, 3997:13, 3998:3, 3998:7, 3998:11, 3998:16, 3998:17, 3998:18, 3998:19, 3998:22, 3998:25, 3999:11, 3999:14, 3999:18, 3999:20, 3999:21, 3999:25, 4000:1, 4000:6, 4000:12, 4000:23, 4001:2, 4001:8, 4001:14, 4001:17, 4001:21, 4002:11, 4003:5, 4003:12, 4003:18, 4004:18, 4004:21, 4004:24, 4005:3,

---

4005:15, 4005:18, 4005:21, 4005:24, 4006:2, 4006:13, 4008:2, 4008:4, 4009:6, 4009:9, 4010:9, 4010:17, 4012:3, 4012:14, 4013:1, 4013:5, 4013:7, 4013:13

**MRGO** [4] - 3930:8, 3939:23, 3939:25, 3960:19

**MUCH** [9] - 3942:3, 3943:22, 3953:18, 3959:17, 3975:22, 3990:10, 3994:25, 4003:6, 4013:9

**MUD** [1] - 3952:4

**MULTIPLE** [2] - 3987:17, 3987:20

**MULTITUDE** [1] - 3982:8

**MURPHY'S** [1] - 3944:7

**MY** [35] - 3935:22, 3936:5, 3936:9, 3939:22, 3944:6, 3951:22, 3955:11, 3955:12, 3955:25, 3956:18, 3961:2, 3963:13, 3965:2, 3967:20, 3968:8, 3970:5, 3974:6, 3975:16, 3978:22, 3980:13, 3983:13, 3992:3, 3992:14, 3996:5, 3999:13, 3999:16, 4003:9, 4004:10, 4004:16, 4013:9, 4014:8

**MYSELF** [1] - 3978:25

**MYTH** [3] - 3940:6, 3940:7, 3941:9

---

## N

**N.W** [1] - 3932:20

**NAME** [1] - 3993:18

**NATURAL** [2] - 3976:8, 3982:11

**NATURE** [1] - 3978:6

**NAYMIK** [10] - 3941:22, 3942:9, 3943:25, 3944:1, 3967:18, 3967:23, 3977:22, 3998:7, 3998:8, 3998:12

**NECESSARY** [2] - 3982:3, 3986:7

**NEED** [13] - 3951:11,

3961:10, 3976:11, 3985:19, 3992:25, 3993:12, 3995:9, 3995:16, 3997:17, 4001:4, 4001:25, 4006:14, 4009:6

**NEEDED** [3] - 3935:17, 3989:4, 3995:2

**NEEDS** [2] - 3962:1, 3992:14

**NEVER** [4] - 3952:3, 3970:17, 3993:19, 3995:6

**NEW** [34] - 3930:7, 3930:17, 3930:20, 3931:12, 3931:19, 3932:8, 3932:14, 3933:12, 3938:15, 3965:13, 3966:24, 3966:25, 3972:24, 3979:13, 3979:17, 3987:13, 3988:15, 3991:19, 3991:24, 3993:4, 3993:7, 3993:16, 3993:17, 3993:19, 3993:22, 4005:15, 4005:16, 4005:19, 4006:2, 4006:4, 4006:25, 4010:22, 4012:24

**NEWER** [1] - 3988:14

**NEWTON'S** [3] - 3945:9, 3945:12, 3945:20

**NEXT** [5] - 3958:18, 3961:14, 3971:2, 3980:3, 3980:5

**NICE** [9] - 3943:1, 3943:16, 3971:3, 3974:19, 3975:17, 3975:25, 3976:10, 3978:7, 3984:25

**NIGHT** [1] - 3972:25

**NINTH** [3] - 3991:17, 3997:25, 4011:2

**NO** [57] - 3930:6, 3930:9, 3936:2, 3938:3, 3938:9, 3939:2, 3946:14, 3951:12, 3956:6, 3956:10, 3958:25, 3960:2, 3961:1, 3962:7, 3969:22, 3970:17, 3973:12, 3973:13, 3975:14, 3975:19, 3976:11, 3980:2, 3982:20, 3982:21, 3983:2, 3986:17, 3986:21,

3987:6, 3988:9, 3988:12, 3990:16, 3991:22, 3991:24, 3995:15, 3996:19, 3998:19, 4000:9, 4001:1, 4004:5, 4005:7, 4005:13, 4005:20, 4006:3, 4006:22, 4007:16, 4008:6, 4008:7, 4009:25, 4010:2, 4012:10

**NOBODY** [1] - 3957:8

**NONETHELESS** [1] - 3958:5

**NONFORENSIC** [1] - 3956:16

**NORMAL** [1] - 3978:6

**NORMALLY** [1] - 3992:17

**NORTH** [22] - 3938:24, 3939:16, 3942:23, 3950:15, 3958:21, 3959:12, 3974:14, 3980:9, 3985:15, 3988:7, 3990:8, 3990:12, 3991:13, 3991:14, 3997:9, 3997:10, 3998:1, 4002:7, 4002:19, 4002:20, 4011:5

**NOT** [124] - 3935:18, 3936:24, 3938:6, 3938:12, 3938:13, 3938:14, 3938:25, 3939:2, 3939:4, 3939:7, 3940:7, 3941:7, 3941:20, 3941:24, 3943:14, 3944:1, 3944:16, 3944:17, 3944:25, 3945:6, 3946:12, 3946:14, 3947:24, 3952:3, 3952:13, 3953:3, 3953:7, 3954:25, 3955:11, 3955:20, 3957:3, 3957:15, 3957:18, 3958:3, 3959:6, 3959:8, 3959:15, 3960:4, 3960:11, 3960:13, 3962:2, 3962:11, 3963:9, 3963:17, 3963:22, 3963:24, 3964:14, 3964:18, 3964:25, 3965:9, 3965:13, 3965:14, 3966:9, 3966:25, 3967:9, 3968:8, 3969:20,

3970:7, 3970:19, 3972:24, 3975:15, 3976:3, 3977:1, 3977:12, 3978:9, 3979:9, 3980:6, 3981:17, 3981:24, 3982:25, 3983:11, 3985:4, 3987:18, 3988:13, 3988:24, 3991:7, 3991:9, 3991:22, 3991:24, 3992:6, 3992:7, 3992:12, 3994:17, 3994:18, 3994:19, 3994:25, 3995:19, 3995:23, 3996:2, 3996:16, 3996:20, 3997:18, 3997:21, 3998:4, 3998:10, 3999:6, 3999:7, 3999:9, 3999:12, 3999:14, 3999:17, 3999:23, 4000:17, 4000:21, 4001:5, 4001:8, 4002:5, 4004:13, 4004:20, 4004:24, 4005:23, 4005:24, 4005:25, 4006:3, 4007:13, 4007:18, 4008:12, 4008:25, 4009:24, 4011:15, 4013:7, 4013:9

**NOTED** [7] - 3945:7, 3948:2, 3957:19, 3965:16, 4000:19, 4003:8, 4003:10

**NOTES** [2] - 3967:2, 3967:3

**NOTHING** [5] - 3937:9, 3952:11, 3970:24, 3988:22, 3994:2

**NOTICE** [2] - 3974:9, 4007:5

**NOTION** [1] - 3975:4

**NOW** [50] - 3941:19, 3944:10, 3945:15, 3946:17, 3946:24, 3947:5, 3948:6, 3949:6, 3951:24, 3951:25, 3952:2, 3955:5, 3958:21, 3959:17, 3961:3, 3962:3, 3964:21, 3969:2, 3969:15, 3970:20, 3971:2, 3971:25, 3973:4, 3974:23, 3974:24, 3975:11, 3977:2,

3978:7, 3979:20, 3982:25, 3985:3, 3985:13, 3987:4, 3988:9, 3990:8, 3991:4, 3993:4, 3994:25, 3996:17, 3997:3, 3997:23, 3999:3, 4000:25, 4001:1, 4002:5, 4007:15, 4008:5, 4011:15, 4012:17

**NUMBER** [16] - 3940:16, 3940:17, 3940:23, 3940:24, 3941:3, 3941:5, 3941:6, 3947:18, 3955:7, 3968:11, 3968:12, 3984:17, 4009:7, 4013:8

**NUMBERED** [1] - 4014:9

## O

**O'CLOCK** [1] - 3961:16

**O'DONNELL** [1] - 3939:23

**OAK** [1] - 3930:24

**OATH** [2] - 3936:12, 3936:16

**OBJECT** [8] - 3938:14, 3938:17, 3963:10, 3992:13, 3992:14, 3995:16, 4003:5, 4003:7

**OBJECTION** [21] - 3937:17, 3945:1, 3945:7, 3947:22, 3948:2, 3963:23, 3964:2, 3964:4, 3965:16, 3991:19, 3993:9, 3993:11, 3995:15, 3999:13, 4000:19, 4001:2, 4001:4, 4001:13, 4003:8, 4003:10, 4005:21

**OBJECTIONS** [1] - 3999:23

**OBSERVATION** [1] - 3992:24

**OBVIOUS** [2] - 3963:18, 3992:25

**OBVIOUSLY** [7] - 3940:6, 3947:23, 3969:3, 3971:22, 3998:4, 3998:9, 4012:22

**OCCURRED** [9] -

3961:15, 3964:7, 3966:7, 3966:20, 3967:12, 4004:7, 4010:6, 4011:5, 4012:18

**OCTOBER** [2] - 3930:7, 3935:2

**OF** [354] - 3930:1, 3930:11, 3931:7, 3933:3, 3935:11, 3935:17, 3935:19, 3935:22, 3936:8, 3936:20, 3936:21, 3936:24, 3936:25, 3937:12, 3937:22, 3938:15, 3938:22, 3938:24, 3939:1, 3939:14, 3939:15, 3939:17, 3939:18, 3940:6, 3940:7, 3940:19, 3941:9, 3941:23, 3942:12, 3942:22, 3942:23, 3943:1, 3943:9, 3944:21, 3945:17, 3945:19, 3945:25, 3946:7, 3946:8, 3946:11, 3947:7, 3947:19, 3948:14, 3948:15, 3948:19, 3949:3, 3949:4, 3949:7, 3949:20, 3949:25, 3950:1, 3950:7, 3950:23, 3950:25, 3951:14, 3951:16, 3951:17, 3952:6, 3952:7, 3952:16, 3952:17, 3952:18, 3952:25, 3953:17, 3953:20, 3953:22, 3954:4, 3954:8, 3954:11, 3954:12, 3954:20, 3954:21, 3955:1, 3955:12, 3955:13, 3955:15, 3955:16, 3955:21, 3955:22, 3956:4, 3956:8, 3956:21, 3957:7, 3957:22, 3957:23, 3958:6, 3958:12, 3958:13, 3959:1, 3959:5, 3959:8, 3959:11, 3959:14, 3959:17, 3959:20, 3960:3, 3960:5, 3960:8, 3960:19, 3960:21, 3960:23, 3961:2, 3961:7, 3961:13, 3961:24, 3962:4, 3962:5,

3962:13, 3963:3, 3963:4, 3963:8, 3963:20, 3964:24, 3965:1, 3965:3, 3965:4, 3965:10, 3965:12, 3965:25, 3966:2, 3967:6, 3967:8, 3967:11, 3967:18, 3967:19, 3968:3, 3968:9, 3968:15, 3968:16, 3968:20, 3969:12, 3970:5, 3970:9, 3970:16, 3970:23, 3971:6, 3971:10, 3971:11, 3971:12, 3971:15, 3971:17, 3971:18, 3971:23, 3972:3, 3972:16, 3972:17, 3972:20, 3973:4, 3973:17, 3973:20, 3973:21, 3973:23, 3974:7, 3974:13, 3974:14, 3974:17, 3975:2, 3975:8, 3975:17, 3975:22, 3976:7, 3976:8, 3976:11, 3976:12, 3977:4, 3977:8, 3977:11, 3977:12, 3977:15, 3977:18, 3978:10, 3978:14, 3978:16, 3979:2, 3979:9, 3979:10, 3979:11, 3979:15, 3979:20, 3980:8, 3980:9, 3980:14, 3980:18, 3980:21, 3981:5, 3981:13, 3981:14, 3981:19, 3982:1, 3982:2, 3982:7, 3982:8, 3982:12, 3982:14, 3982:16, 3982:17, 3983:4, 3983:6, 3983:14, 3983:15, 3983:16, 3983:21, 3983:25, 3984:22, 3985:9, 3985:10, 3985:12, 3985:17, 3985:24, 3986:6, 3986:7, 3986:11, 3986:17, 3987:4, 3987:12, 3987:15, 3987:23, 3988:6, 3988:7, 3988:20, 3988:23, 3989:17, 3989:19, 3990:21, 3991:4, 3991:5, 3991:9, 3991:10, 3991:11,

3991:13, 3991:15, 3991:25, 3992:2, 3992:4, 3992:16, 3992:17, 3993:6, 3993:19, 3994:10, 3994:11, 3994:14, 3995:12, 3995:19, 3995:24, 3996:1, 3996:10, 3996:14, 3996:25, 3997:4, 3997:5, 3997:15, 3997:22, 3997:24, 3998:1, 3998:8, 3998:20, 3999:5, 3999:7, 3999:12, 3999:18, 3999:19, 4000:17, 4000:20, 4000:21, 4000:24, 4001:5, 4002:5, 4002:6, 4002:8, 4002:10, 4002:22, 4002:24, 4003:2, 4003:6, 4003:16, 4004:2, 4004:6, 4004:7, 4004:22, 4005:8, 4006:8, 4006:10, 4006:15, 4006:16, 4006:23, 4007:6, 4007:7, 4007:12, 4007:21, 4008:8, 4008:12, 4008:16, 4008:22, 4008:24, 4009:3, 4009:7, 4009:17, 4009:19, 4010:1, 4010:4, 4010:21, 4010:22, 4010:24, 4010:25, 4011:1, 4011:5, 4011:11, 4011:13, 4011:16, 4012:15, 4012:17, 4012:24, 4012:25, 4013:8, 4014:4, 4014:6, 4014:8

**OFF** [10] - 3938:8, 3944:6, 3954:3, 3976:14, 3976:19, 3976:20, 3976:21, 3985:21, 3989:5, 3990:4

**OFFENSE** [1] - 3957:15

**OFFER** [1] - 3947:19

**OFFERED** [1] - 3955:2

**OFFICE** [1] - 3931:7

**OFFICIAL** [3] - 3933:11, 4014:5, 4014:14

**OFFICIALLY** [1] - 3935:13

**OH** [4] - 3938:4, 3940:5, 3957:13, 4008:2

**OKAY** [16] - 3941:19, 3943:19, 3959:19, 3959:24, 3960:22, 3975:8, 3981:13, 3992:19, 3996:23, 4001:18, 4007:17, 4009:10, 4010:13, 4010:14, 4012:17

**OLIN** [1] - 3965:10

**ON** [74] - 3935:21, 3936:16, 3939:3, 3939:19, 3940:1, 3940:3, 3940:10, 3944:12, 3945:8, 3945:15, 3946:25, 3947:4, 3947:8, 3947:17, 3948:16, 3949:19, 3951:2, 3952:16, 3952:22, 3953:4, 3953:9, 3953:10, 3953:21, 3954:3, 3954:21, 3955:25, 3958:7, 3958:8, 3959:20, 3962:19, 3962:21, 3964:23, 3965:2, 3968:9, 3969:7, 3972:16, 3973:2, 3974:10, 3975:25, 3978:5, 3978:8, 3978:15, 3978:24, 3978:25, 3979:18, 3980:13, 3983:11, 3987:9, 3987:11, 3990:10, 3992:4, 3992:18, 3992:21, 3993:1, 3993:6, 3993:7, 3993:18, 3994:10, 3996:25, 3997:25, 3998:6, 3998:15, 3998:16, 3999:15, 4000:13, 4007:9, 4007:16, 4007:21, 4008:6, 4008:8, 4010:18, 4011:2

**ONCE** [2] - 3974:3, 3976:19

**ONE** [46] - 3938:1, 3940:19, 3941:8, 3942:10, 3949:10, 3950:23, 3955:9, 3955:12, 3963:20, 3967:22, 3969:3, 3969:4, 3970:9, 3971:11, 3972:3, 3972:25, 3973:17,

3979:14, 3979:23, 3980:18, 3981:5, 3983:7, 3983:10, 3983:11, 3987:14, 3989:19, 3989:24, 3992:5, 3992:16, 3992:24, 3993:2, 3994:1, 3994:5, 3994:22, 4000:17, 4004:15, 4006:8, 4006:9, 4010:10, 4010:11, 4010:12, 4011:13, 4012:8, 4012:9

**ONES** [2] - 3998:14, 4011:23

**ONLY** [10] - 3936:24, 3972:19, 3977:14, 3990:3, 3994:1, 3994:5, 4000:13, 4000:16, 4002:20, 4011:4

**OPEN** [5] - 3940:15, 3963:15, 3972:11, 3972:12, 3984:25

**OPEN-ENDED** [2] - 3940:15, 3963:15

**OPINED** [3] - 3939:15, 3966:7, 3966:19

**OPINES** [1] - 3966:6

**OPINION** [24] - 3966:5, 3966:18, 3966:24, 3966:25, 3979:23, 3983:14, 3983:17, 3991:19, 3991:25, 3993:5, 3995:22, 3999:4, 3999:8, 4001:19, 4001:20, 4001:21, 4004:22, 4005:15, 4005:16, 4005:19, 4006:2, 4006:4, 4006:5

**OPINIONS** [11] - 3955:1, 3965:13, 3967:3, 3967:8, 3983:15, 3993:8, 4001:25, 4002:1, 4002:2, 4007:13, 4011:16

**OPPORTUNITIES** [1] - 3993:21

**OPPORTUNITY** [5] - 3964:10, 3966:15, 3993:4, 3993:7, 3999:15

**OPPOSE** [1] - 3969:5

**OR** [47] - 3938:25, 3939:10, 3941:23, 3942:1, 3942:7,

3944:16, 3944:18, 3947:5, 3950:7, 3951:2, 3954:6, 3955:20, 3957:15, 3961:21, 3962:11, 3964:11, 3968:11, 3973:1, 3973:14, 3974:13, 3976:4, 3977:9, 3977:12, 3978:9, 3978:15, 3979:2, 3980:7, 3981:14, 3989:24, 3990:17, 3991:1, 3991:9, 3993:20, 3993:21, 3994:16, 3994:20, 3995:22, 3999:6, 4002:15, 4002:17, 4003:1, 4005:23, 4006:8, 4007:5, 4009:4, 4011:21, 4011:24

**ORDER** [3] - 3935:4, 3948:1, 3983:17

**ORGANIC** [5] - 3940:3, 3940:13, 3943:13, 3952:10, 3952:13

**ORIENTED** [1] - 4009:19

**ORIFICES** [2] - 3940:25, 3978:14

**ORIGINAL** [2] - 3958:13, 3992:14

**ORLEANS** [13] - 3930:7, 3930:17, 3930:20, 3931:12, 3931:19, 3932:8, 3932:14, 3933:12, 3979:13, 3979:17, 3987:13, 4010:22, 4012:24

**OTHER** [21] - 3935:25, 3938:9, 3938:12, 3940:20, 3947:4, 3948:21, 3952:9, 3952:10, 3954:21, 3958:4, 3967:4, 3969:4, 3973:8, 3976:3, 3981:13, 3988:21, 3994:22, 4002:7, 4002:20, 4006:8, 4009:22

**OTHERS** [2] - 3938:7, 3938:9

**OUR** [11] - 3951:17, 3953:4, 3953:14, 3953:15, 3964:13, 3971:20, 3971:22, 3972:17, 3982:4, 3985:19

**HOURLY TRANSCRIPT**

**OUT** [22] - 3935:21, 3940:4, 3940:20, 3940:22, 3942:8, 3944:8, 3947:24, 3952:5, 3953:21, 3954:19, 3960:5, 3963:3, 3975:8, 3981:6, 3985:13, 3988:19, 3996:22, 3998:1, 3998:8, 3998:23, 3999:3, 4004:13
**OUTLET** [1] - 3939:24
**OUTPUT** [1] - 3941:2
**OUTPUTS** [1] - 3970:16
**OVER** [16] - 3936:9, 3937:21, 3938:22, 3943:22, 3954:19, 3959:3, 3963:18, 3963:22, 3965:9, 3979:11, 3995:13, 4002:25, 4003:2, 4005:9, 4009:14, 4013:8
**OVERLOOKING** [1] - 3962:17
**OVERTOPPED** [1] - 3958:22
**OVERTOPPING** [14] - 3956:4, 3956:8, 3956:13, 3959:12, 3959:15, 3969:14, 3990:13, 3990:16, 3994:22, 4002:8, 4005:5, 4006:19, 4012:6, 4012:15
**OWEN** [1] - 3932:3
**OWN** [2] - 3968:3, 3995:23

**P**

**P.M** [1] - 4013:14
**P.O** [1] - 3933:7
**PAGE** [2] - 3934:2, 3970:6
**PAGES** [1] - 3942:5
**PAINFUL** [1] - 3996:8
**PALMINTIER** [2] - 3931:3, 3931:4
**PANEL** [1] - 3949:15
**PANELS** [4] - 3949:4, 3949:11, 3969:1, 3969:2
**PANTYHOSE** [1] - 3944:7
**PAPANTONIO** [1] - 3931:21

**PARDON** [1] - 3941:6
**PARISH** [2] - 3939:24, 3962:19
**PART** [11] - 3943:9, 3945:25, 3952:18, 3960:23, 3971:15, 3971:17, 3978:10, 3982:11, 3996:14, 4008:22, 4010:4
**PARTICLES** [1] - 3945:18
**PARTICULAR** [3] - 3960:16, 3960:17, 3962:8
**PARTICULARLY** [1] - 3963:19
**PARTS** [1] - 3948:15
**PASSES** [1] - 3944:2
**PAST** [3] - 3936:9, 3937:21, 3938:22
**PEAT** [2] - 3976:3, 3976:4
**PENETRATE** [1] - 3949:7
**PENETRATING** [1] - 3949:16
**PENETRATION** [1] - 3983:6
**PENSACOLA** [1] - 3931:23
**PEOPLE** [1] - 3942:3
**PEPPER** [4] - 3933:11, 4014:3, 4014:12, 4014:13
**PER** [2] - 3946:8, 3994:23
**PERCENT** [12] - 3951:19, 3951:20, 3951:21, 3951:22, 3952:1, 3952:7, 3979:2, 4011:1, 4011:4, 4012:17
**PERFORM** [2] - 3980:7, 3981:13
**PERFORMANCE** [1] - 3943:7
**PERFORMED** [3] - 3943:8, 3978:20, 3981:19
**PERHAPS** [6] - 3947:4, 3947:8, 3954:6, 3959:18, 3981:14, 3987:10
**PERIOD** [1] - 3983:21
**PERIODS** [1] - 3979:11
**PERMEABILITY** [11] - 3941:23, 3942:19, 3942:20, 3967:19, 3978:3, 3986:13,

3986:14, 3986:15
**PERSONAL** [3] - 3957:3, 3957:10, 3999:17
**PERSONALLY** [3] - 3957:15, 3957:16, 3958:3
**PERTAINS** [1] - 3930:8
**PH.D** [1] - 3998:22
**PHASE** [1] - 3960:6
**PHENOMENON** [1] - 3983:1
**PHONETICALLY** [1] - 3940:9
**PHOTOGRAPH** [4] - 4007:21, 4009:3, 4009:23, 4009:25
**PHYSICAL** [2] - 3944:21, 3946:15
**PHYSICALLY** [1] - 3953:1
**PHYSICS** [3] - 3939:4, 3946:12, 3962:1
**PICK** [1] - 3953:19
**PICTURE** [7] - 3943:16, 3952:20, 3955:6, 3958:16, 3958:17, 3974:19, 4012:8
**PICTURES** [1] - 4007:18
**PIECE** [1] - 3968:20
**PIECES** [1] - 3968:24
**PIERCE** [4] - 3939:23, 3940:5, 3940:9, 3971:22
**PIGMAN** [1] - 3932:11
**PILE** [5] - 3976:14, 3989:2, 3989:18, 4011:24
**PILES** [3] - 3988:10, 3989:13, 4011:22
**PILING** [3] - 3949:7, 3949:9, 3949:15
**PIPE** [1] - 3979:14
**PLACE** [4] - 3940:1, 3950:12, 3954:19, 3966:3
**PLACEMENT** [1] - 3974:13
**PLAIN** [1] - 3991:11
**PLAINTIFF** [1] - 3937:25
**PLAINTIFFS** [3] - 3930:15, 3959:25, 3964:22
**PLAUSIBLE** [3] - 3980:22, 3997:21, 4002:1

3986:14, 3986:15
**PLAYED** [3] - 3939:15, 3971:11, 3981:2
**PLAYER** [1] - 3947:3
**PLAYER'S** [1] - 3947:15
**PLAYERS** [1] - 3941:9
**PLAYING** [1] - 3974:24
**PLC** [1] - 3932:7
**PLEASE** [27] - 3935:7, 3935:8, 3937:3, 3939:10, 3939:14, 3940:10, 3944:24, 3944:25, 3947:17, 3947:18, 3947:20, 3948:5, 3950:18, 3957:7, 3958:18, 3966:14, 3967:21, 3968:10, 3982:13, 3986:10, 3995:16, 3998:22, 3999:11, 4000:11, 4004:18, 4010:9
**POINT** [24] - 3940:5, 3941:2, 3941:8, 3943:11, 3943:16, 3944:15, 3944:19, 3946:22, 3952:24, 3959:5, 3960:16, 3963:1, 3965:17, 3969:25, 3970:15, 3982:5, 3986:24, 3989:4, 3993:2, 3995:9, 3998:17, 3998:23, 4000:12, 4009:3
**POINTED** [2] - 3988:19, 3998:7
**POINTER** [1] - 4007:25
**POINTING** [1] - 3999:3
**POINTS** [3] - 3948:24, 4009:11, 4011:8
**POKE** [2] - 3943:20, 3943:23
**POLEMICS** [2] - 3957:8, 3957:20
**POLITELY** [1] - 3995:6
**POPPED** [1] - 3998:2
**PORE** [2] - 3973:16, 3984:16
**PORES** [1] - 3974:1
**POROSITY** [2] - 3986:22, 3986:24
**PORTION** [1] - 3949:5
**PORTRAYED** [1] - 3965:24
**POSITION** [3] - 3964:23, 3997:25, 4003:16

**POSSIBLE** [2] - 3966:9, 3980:22
**POSSIBLY** [2] - 3976:24, 3991:10
**POTENTIAL** [1] - 3991:12
**POUNDS** [11] - 3991:4, 3991:10, 3991:13, 3991:15, 3995:20, 3995:24, 3996:3, 3996:5, 3996:10, 3996:13, 4002:8
**POUR** [1] - 3968:21
**POURED** [1] - 3944:8
**POYDRAS** [2] - 3931:12, 3933:12
**PRACTICE** [1] - 3947:2
**PRECISE** [2] - 3936:21, 4000:25
**PRECISELY** [2] - 3972:23, 3996:23
**PREESTABLISHED** [1] - 3985:18
**PRESENTED** [1] - 3963:9
**PRESENTING** [1] - 3972:20
**PRESENTS** [1] - 3993:17
**PRESERVE** [2] - 4001:4, 4001:12
**PRESERVED** [1] - 4009:1
**PRESS** [3] - 3959:24, 3972:8, 3972:9
**PRESSES** [1] - 3939:20
**PRESSING** [1] - 3940:8
**PRESSURE** [63] - 3939:7, 3939:18, 3939:19, 3939:21, 3941:2, 3941:5, 3941:6, 3941:12, 3941:15, 3941:17, 3941:20, 3944:10, 3944:13, 3944:17, 3944:21, 3944:23, 3945:13, 3945:15, 3945:21, 3946:1, 3946:17, 3946:18, 3946:19, 3946:20, 3946:21, 3946:22, 3946:24, 3950:3, 3950:6, 3954:3, 3954:19, 3954:25, 3971:8, 3971:10, 3972:1, 3972:6,

3972:14, 3972:16, 3973:17, 3973:22, 3973:23, 3976:21, 3978:14, 3978:17, 3980:15, 3981:12, 3982:18, 3983:7, 3983:17, 3983:24, 3984:20, 3984:22, 3984:23, 3984:25, 3985:18, 3986:7, 3986:8, 3987:12, 3996:15, 4006:5, 4006:8

**PRESSURES** [9] - 3939:15, 3940:17, 3942:22, 3943:19, 3949:22, 3971:11, 3972:4, 3973:18, 3984:16

**PRETTY** [3] - 3974:19, 3975:25, 3992:25

**PREVIOUS** [2] - 3991:25, 3992:2

**PREVIOUSLY** [2] - 3936:15, 3987:14

**PRIMARY** [2] - 4008:25, 4009:18

**PRINCIPLES** [1] - 3955:18

**PRINT** [3] - 3947:17, 3950:18, 4010:9

**PRINTED** [1] - 3947:22

**PRIOR** [1] - 3943:8

**PROBABLY** [1] - 3937:23

**PROBLEM** [3] - 3982:25, 3983:12, 3989:8

**PROBLEMS** [1] - 3993:21

**PROCEEDINGS** [6] - 3930:11, 3933:14, 3935:1, 3963:1, 3965:17, 4014:9

**PROCESS** [9] - 3940:12, 3955:21, 3956:20, 3960:23, 3962:1, 3962:13, 3976:8, 3980:23, 3993:23

**PROCTOR** [1] - 3931:22

**PRODUCE** [1] - 3936:23

**PRODUCED** [2] - 3933:14, 3962:16

**PROGRESS** [1] - 3935:19

**PROJECT** [2] -

**PROPER** [6] - 3963:25, 3964:18, 3964:25, 3966:25, 3967:6, 4004:14

**PROPERLY** [1] - 3982:4

**PROPERTIES** [1] - 3972:21

**PROPORTION** [2] - 3952:6, 3967:18

**PROTECTED** [2] - 4008:9, 4008:24

**PROTECTION** [1] - 3959:6

**PROTECTIVE** [1] - 3971:20

**PROTRACTOR** [1] - 3996:22

**PROVEN** [1] - 3952:14

**PROVIDE** [2] - 3949:11, 4002:21

**PROVIDING** [1] - 3949:19

**PSYCHOLOGICAL** [1] - 3980:17

**PULL** [1] - 3937:3

**PURE** [3] - 3976:3, 3976:4, 4005:25

**PUREST** [2] - 3964:12, 3964:14

**PURPOSE** [4] - 3960:3, 3999:5, 3999:8, 4000:4

**PURPOSES** [1] - 3977:12

**PUSH** [2] - 3946:25, 4005:11

**PUSHED** [7] - 3948:15, 3948:16, 4002:20, 4002:25, 4003:2, 4004:3, 4008:21

**PUSHING** [3] - 3947:3, 3949:19, 3991:16

**PUT** [15] - 3942:11, 3945:8, 3945:15, 3947:8, 3947:17, 3948:19, 3952:6, 3953:10, 3953:22, 3956:3, 3959:24, 3965:2, 3968:20, 3999:15

**PUTS** [1] - 3992:18

**PUTTING** [1] - 3940:12

**PX-4768-1** [1] - 3937:4

**PYRAMID** [2] - 3948:7, 4010:12

### Q

**QUALIFIED** [1] - 3952:18

**QUALITATIVE** [1] - 3999:6

**QUANTITATIVE** [1] - 3996:6

**QUANTUM** [2] - 3945:19

**QUESTION** [17] - 3958:1, 3960:22, 3961:21, 3961:22, 3961:23, 3966:16, 3967:17, 3967:21, 3970:8, 3979:23, 3982:16, 4000:8, 4001:11, 4001:19, 4001:21, 4005:4, 4010:21

**QUESTIONING** [1] - 3939:23

**QUESTIONS** [4] - 3936:8, 3956:15, 3983:13, 3998:8

**QUICK** [1] - 4007:17

**QUICKLY** [4] - 3946:2, 3970:22, 4002:25, 4009:2

### R

**RAISED** [2] - 3992:7, 3992:8

**RATE** [7] - 3944:2, 3944:3, 3967:18, 3967:19, 3967:23, 3967:25, 3987:3

**RATHER** [1] - 3935:18

**RATIO** [3] - 3941:23, 3942:15, 3942:19

**RE** [1] - 3930:4

**REACH** [3] - 3939:24, 3960:10, 3983:17

**REACTION** [1] - 3945:21

**READ** [8] - 3958:11, 3963:12, 3970:3, 3975:20, 4000:10, 4000:11, 4003:19, 4009:23

**READING** [4] - 3970:1, 4000:18, 4004:1

**REAL** [9] - 3954:8, 3956:13, 3960:3, 3960:9, 3986:16, 3986:19, 3986:22, 3986:23, 4007:17

**REALITIES** [1] -

3960:8

**REALITY** [2] - 3960:4, 3960:6

**REALLY** [6] - 3938:8, 3954:25, 3957:13, 3969:24, 3993:15, 4006:5

**REALTIME** [3] - 3933:11, 4014:3, 4014:13

**REANALYSIS** [2] - 3955:18, 3955:24

**REASON** [12] - 3951:25, 3956:21, 3964:15, 3969:10, 3974:4, 3988:18, 3990:3, 3992:24, 3993:3, 3995:3, 4002:3, 4008:24

**REASONS** [2] - 3997:17, 4002:1

**REBUT** [1] - 3965:6

**REBUTTAL** [31] - 3934:5, 3936:6, 3936:18, 3963:6, 3963:10, 3963:16, 3963:17, 3963:22, 3963:25, 3964:12, 3964:14, 3964:19, 3964:25, 3965:12, 3967:1, 3967:6, 3970:6, 3992:5, 3992:6, 3992:10, 3992:17, 3993:4, 3996:5, 3998:4, 3998:10, 3998:11, 3998:20, 3999:13, 4004:20, 4005:25

**REBUTTING** [6] - 3963:9, 3964:6, 3998:18, 3998:20, 3998:25, 4004:22

**RECALL** [3] - 4000:10, 4000:25, 4003:21

**RECEIVED** [2] - 3957:3, 3957:10

**RECESS** [4] - 3966:12, 3966:13, 4013:11, 4013:15

**RECESS..................** .................. [1] - 3934:6

**RECOGNITION** [1] - 3989:4

**RECOGNIZE** [1] - 3993:24

**RECOGNIZED** [1] - 3990:9

**RECORD** [5] - 3945:2, 3993:1, 3994:16,

3999:24, 4014:8

**RECORDED** [1] - 3933:14

**RED** [1] - 3937:9

**REDUCE** [1] - 3947:7

**REEL** [1] - 3993:20

**REFERENCE** [1] - 4006:7

**REFERS** [2] - 3955:6, 3980:7

**REFINE** [1] - 3984:3

**REFLECT** [3] - 3956:13, 3986:16, 3986:19

**REFLECTIVE** [1] - 3976:8

**REFLECTS** [1] - 3937:10

**REGARD** [19] - 3935:19, 3941:22, 3942:21, 3943:19, 3944:15, 3946:17, 3949:17, 3956:22, 3961:2, 3965:23, 3965:24, 3967:18, 3969:13, 3970:8, 3985:3, 3995:20, 3995:21, 4007:7, 4008:16

**REGARDING** [1] - 3982:4

**REGISTERED** [2] - 4014:3, 4014:14

**REINFORCED** [1] - 3949:4

**RELATE** [6] - 3971:15, 3971:17, 3972:3, 3973:17, 3973:23, 3988:7

**RELATED** [2] - 3947:11, 3996:7

**RELATES** [1] - 3973:21

**RELATIVELY** [2] - 3942:7, 3965:12

**RELEVANT** [2] - 3958:23, 3959:7

**RELIED** [2] - 3987:9, 3987:11

**RELIGION** [1] - 3960:6

**RELY** [1] - 3987:9

**RELYING** [1] - 3939:3

**REMARKED** [1] - 3940:10

**REMEMBER** [5] - 3940:11, 3998:14, 4000:18, 4001:18, 4002:24

**RENDERED** [1] - 3967:3

**HOURLY TRANSCRIPT**

**REPEAT** [1] - 3957:9

**REPORT** [29] - 3958:12, 3958:13, 3965:3, 3967:5, 3967:6, 3967:8, 3967:9, 3967:11, 3970:6, 3982:5, 3992:1, 3992:2, 3992:10, 3993:5, 3994:20, 3995:1, 3996:13, 3998:10, 3998:18, 4004:1, 4004:10, 4004:16, 4004:20, 4005:24, 4006:25, 4007:4, 4007:12, 4007:18

**REPORTER** [9] - 3933:11, 3933:11, 4014:3, 4014:4, 4014:5, 4014:13, 4014:14, 4014:14

**REPORTER'S** [1] - 4014:1

**REPORTS** [9] - 3955:22, 3963:20, 3964:16, 3964:25, 3994:18, 3995:13, 3996:6, 4003:19

**REPRESENT** [3] - 3949:20, 3972:7, 3986:22

**REPRESENTATIVE** [1] - 3971:18

**REPRESENTED** [2] - 3967:24, 3976:10

**REPRESENTING** [2] - 3945:13, 3949:3

**REPRESENTS** [2] - 3937:12, 3999:6

**REQUEST** [2] - 3936:5, 3937:16

**REQUIRE** [2] - 3955:18, 3995:12

**REQUIRED** [1] - 3975:5

**REQUIREMENTS** [2] - 3955:24, 3987:15

**REQUIRES** [1] - 3983:17

**RESCHEDULED** [1] - 3996:9

**RESISTANCE** [3] - 3941:1, 3947:7, 3947:11

**RESOLVE** [1] - 3997:17

**RESPECT** [1] - 4000:23

**RESPECTS** [1] - 3986:15

**RESPOND** [1] - 3993:12

**RESPONDING** [1] - 3963:4

**RESPONSE** [3] - 3937:16, 3942:4, 3988:15

**REST** [2] - 3935:21, 3935:24

**RESTED** [2] - 3935:13, 3935:23

**RESTORATION** [1] - 3979:21

**RESULT** [6] - 3942:10, 3979:10, 3987:23, 3996:16, 4009:19, 4009:22

**RESULT-ORIENTED** [1] - 4009:19

**RIGHT** [108] - 3938:17, 3939:6, 3941:11, 3943:2, 3943:5, 3943:17, 3945:3, 3948:12, 3949:1, 3950:1, 3950:4, 3950:6, 3950:23, 3950:25, 3951:3, 3951:9, 3951:12, 3951:14, 3951:20, 3953:1, 3953:15, 3954:22, 3956:2, 3956:24, 3957:23, 3958:14, 3959:9, 3959:12, 3959:17, 3959:21, 3960:18, 3961:17, 3961:18, 3961:25, 3962:9, 3965:16, 3965:19, 3968:1, 3968:6, 3968:9, 3969:5, 3969:10, 3969:22, 3970:24, 3971:2, 3971:14, 3971:20, 3971:23, 3972:9, 3972:17, 3972:22, 3972:25, 3973:6, 3973:12, 3974:4, 3974:7, 3975:2, 3975:6, 3976:4, 3976:14, 3977:2, 3977:9, 3977:15, 3977:20, 3977:22, 3979:6, 3979:18, 3981:3, 3984:9, 3984:20, 3985:6, 3985:10, 3985:14, 3985:22, 3985:23, 3985:25, 3986:4, 3986:25, 3987:24, 3988:19, 3989:18, 3989:20, 3989:22, 3990:17, 3990:22, 3990:24, 3991:2, 3991:5, 3991:7, 3992:15, 3996:17, 3997:9, 3997:11, 3999:12, 3999:22, 4000:15, 4003:19, 4006:14, 4007:1, 4008:5, 4008:8, 4008:19, 4009:11, 4009:12, 4009:22, 4011:6, 4011:13, 4013:11

**RIGHT-SIDED** [1] - 3972:17

**RISE** [1] - 3935:7

**RIVER** [3] - 3939:24, 3976:10, 4011:8

**RMR** [2] - 3933:11, 4014:13

**ROBERT** [4] - 3932:7, 3932:7, 3934:4, 3936:14

**ROBIN** [1] - 3933:4

**ROBINSON** [1] - 3939:23

**ROCK** [1] - 3953:5

**RODRIGUEZ** [1] - 3965:10

**RODS** [1] - 3969:4

**ROLE** [5] - 3939:15, 3971:12, 3981:3, 3999:12

**ROOF** [2] - 3943:22, 3943:23

**ROOM** [2] - 3933:12, 3969:22

**ROTATIONAL** [1] - 3998:1

**ROUGE** [1] - 3931:5

**RULE** [1] - 3993:3

**RULING** [5] - 3992:14, 3992:25, 3993:10, 3995:13, 4003:9

**RUNS** [1] - 3993:19

**RUPERT** [1] - 3933:5

---

**S**

---

**S/CATHY** [1] - 4014:12

**SAID** [15] - 3940:5, 3957:9, 3957:10, 3960:16, 3960:18, 3963:14, 3963:16, 3966:22, 3967:23, 3976:18, 3994:13, 3994:21, 4003:14, 4004:18, 4004:20

**SAME** [17] - 3939:4, 3940:12, 3942:8, 3946:22, 3962:21, 3971:10, 3976:13, 3977:22, 3991:19, 4002:9, 4005:4, 4006:15, 4007:12, 4009:3, 4010:6

**SAMPLES** [1] - 3951:25

**SAN** [2] - 3952:4, 3996:9

**SAND** [6] - 3944:7, 3974:9, 3974:10, 3974:12, 3974:14, 3983:6

**SATISFIED** [1] - 3989:14

**SATURATED** [5] - 3946:6, 3950:25, 3951:8, 3973:9, 3985:25

**SATURATION** [4] - 3951:14, 3951:20, 3952:22, 3979:2

**SAW** [9] - 3943:16, 3962:19, 3975:25, 3976:9, 3976:12, 3977:18, 3979:14, 3995:6, 4011:22

**SAY** [22] - 3935:16, 3946:4, 3955:22, 3956:8, 3956:12, 3956:18, 3957:16, 3959:11, 3959:14, 3959:23, 3963:5, 3967:21, 3993:16, 3994:1, 3994:2, 3994:4, 3994:8, 3995:5, 3999:9, 4005:8, 4009:23, 4009:25

**SAYING** [2] - 3982:2, 4004:24

**SAYS** [15] - 3942:10, 3958:19, 3959:7, 3979:21, 3982:25, 3984:16, 3985:12, 3986:11, 3987:4, 3988:9, 3988:10, 3999:1, 4002:24, 4003:1

**SCHULTZ** [1] - 3931:22

**SCIENCE** [2] - 3957:14, 3958:2

**SCOPE** [3] - 4000:21, 4000:24, 4001:5

**SCOTT** [1] - 3931:18

**SCOUR** [4] - 3956:4, 3956:8, 4005:5, 4006:20

**SCRAPING** [1] - 4008:8

**SCREEN** [6] - 3939:10, 3941:11, 3947:20, 3948:5, 3948:16, 4010:9

**SCREWED** [1] - 3967:17

**SE** [1] - 3994:23

**SEATED** [1] - 3935:8

**SECOND** [5] - 3941:8, 3946:8, 3949:11, 3987:11, 4010:11

**SECONDARY** [1] - 3981:11

**SECTION** [10] - 3930:6, 3958:12, 3970:20, 3979:20, 3980:3, 3988:6, 4001:10, 4007:12, 4012:10, 4012:11

**SECTOR** [1] - 3985:16

**SEDIMENTS** [2] - 3979:10, 3979:12

**SEE** [24] - 3940:9, 3945:4, 3945:5, 3945:8, 3945:14, 3951:2, 3962:13, 3969:8, 3971:14, 3974:15, 3980:6, 3980:19, 3980:20, 3989:7, 4003:21, 4003:24, 4007:21, 4008:5, 4008:12, 4008:19, 4009:11, 4010:4, 4011:21

**SEE-YOU-THING** [1] - 3940:9

**SEEING** [1] - 3953:1

**SEEMED** [1] - 3970:1

**SEEMS** [5] - 3938:16, 3952:3, 3985:8, 3993:19, 4004:13

**SEEPAGE** [3] - 3976:12, 3986:11, 3990:4

**SENSE** [3] - 3961:4, 3995:15, 4004:7

**SENT** [3] - 3938:5, 3938:11, 3938:12

**SENTENCE** [1] - 3958:23

**SEPARATED** [1] - 3945:18

**SESSION** [2] - 3930:11, 3935:8

**SET** [4] - 3970:5, 3986:7, 3993:19, 3997:22
**SETS** [1] - 3956:21
**SETTLEMENT** [1] - 3979:16
**SETUP** [1] - 4001:19
**SEVEN** [1] - 3936:9
**SEVERAL** [2] - 3962:22, 3964:16
**SEVERELY** [1] - 3978:17
**SHAPE** [1] - 3948:7
**SHARE** [2] - 3938:25, 3995:4
**SHARED** [1] - 3968:7
**SHARING** [1] - 3971:4
**SHEAR** [2] - 4007:22, 4010:1
**SHEARING** [1] - 3973:21
**SHEENA** [1] - 3941:11
**SHEET** [13] - 3949:7, 3949:9, 3949:15, 3976:14, 3989:2, 3989:8, 3989:9, 3989:10, 3989:13, 3989:18, 4011:22, 4011:24
**SHELL** [1] - 3952:15
**SHOOT** [1] - 4013:7
**SHORT** [4] - 3932:8, 3988:9, 4012:5, 4012:7
**SHORTER** [2] - 3969:7, 4011:23
**SHOULD** [7] - 3935:24, 3946:4, 3958:11, 3964:19, 3994:15, 3994:16, 4000:10
**SHOULDER** [1] - 3947:8
**SHOW** [5] - 3944:24, 3947:14, 3962:20, 3978:12, 4010:19
**SHOWED** [5] - 3936:24, 3973:5, 3974:19, 3978:9, 3978:13
**SHOWING** [3] - 3945:20, 3951:22, 3962:21
**SHOWN** [6] - 3945:1, 3949:14, 3960:17, 3989:2, 4008:9, 4011:15
**SHOWS** [2] - 3952:20, 3985:8
**SIDE** [10] - 3947:4,

3948:21, 3950:7, 3954:21, 3962:19, 3963:7, 3983:18, 3996:25, 3998:1, 4009:17
**SIDED** [1] - 3972:17
**SIDES** [4] - 3948:12, 3948:17, 3948:20
**SIGN** [1] - 3954:4
**SIGNIFICANCE** [1] - 3985:17
**SIGNIFICANT** [4] - 3944:22, 3945:21, 3974:13, 4001:7
**SIGNIFICANTLY** [1] - 3979:13
**SILT** [7] - 3974:15, 3974:17, 3976:2, 3976:4, 3976:13, 3976:20
**SILTS** [1] - 3974:21
**SILVA** [37] - 3946:4, 3946:5, 3946:9, 3950:22, 3950:23, 3955:5, 3958:17, 3959:11, 3959:14, 3964:23, 3968:16, 3969:11, 3970:20, 3970:23, 3972:19, 3973:5, 3973:8, 3978:22, 3980:4, 3984:16, 3986:11, 3986:15, 3987:22, 3988:6, 3989:16, 3990:11, 3996:19, 3997:3, 3997:4, 3998:13, 3999:1, 4001:20, 4002:15, 4005:4, 4006:24, 4010:19, 4012:5
**SILVA-TULLA** [25] - 3946:4, 3946:5, 3946:9, 3955:5, 3958:17, 3959:11, 3959:14, 3968:16, 3969:11, 3970:20, 3972:19, 3973:5, 3973:8, 3978:22, 3980:4, 3984:16, 3986:11, 3990:11, 3997:3, 3999:1, 4001:20, 4002:15, 4005:4, 4006:24, 4012:5
**SILVA-TULLA'S** [12] - 3950:22, 3950:23, 3964:23, 3970:23, 3986:15, 3987:22, 3988:6, 3989:16, 3996:19, 3997:4,

3998:13, 4010:19
**SIMILARITIES** [1] - 3965:23
**SIMPLE** [1] - 3944:20
**SIMPLY** [6] - 3937:15, 3947:2, 3956:7, 3960:19, 3961:20, 3999:3
**SIMS** [1] - 3930:23
**SIMULATING** [1] - 3941:1
**SINCE** [1] - 4000:21
**SINK** [3] - 3953:10, 3953:14, 3953:15
**SINKING** [1] - 3970:2
**SINKS** [1] - 3969:4
**SIR** [26] - 3937:2, 3937:8, 3945:3, 3945:7, 3948:13, 3951:1, 3957:6, 3964:3, 3969:18, 3969:21, 3969:23, 3973:11, 3973:15, 3974:8, 3975:3, 3977:10, 3977:24, 3984:13, 3985:2, 3990:14, 3992:23, 4003:8, 4005:16, 4007:2, 4007:14, 4009:13
**SISYPHUS** [3] - 3940:6, 3940:7, 3941:9
**SIT** [4] - 3989:7, 3994:2, 3994:4, 3997:18
**SITE** [8] - 3974:10, 3974:15, 3974:17, 3974:21, 3976:1, 3978:5, 3986:12, 4008:10
**SITTING** [2] - 3957:11, 3978:24
**SIX** [1] - 3993:20
**SIZE** [1] - 3983:12
**SKELETON** [2] - 3983:20, 3983:25
**SKY** [1] - 3947:8
**SLED** [6] - 3947:2, 3947:4, 3947:7, 3947:10, 3948:14, 3949:13
**SLIDE** [26] - 3937:20, 3938:11, 3938:12, 3938:14, 3947:10, 3947:18, 3950:22, 3955:7, 3958:18, 3970:22, 3971:2, 3972:20, 3973:5, 3974:3, 3974:6,

3976:1, 3979:20, 3980:5, 3982:13, 3982:14, 3988:8, 4007:17, 4007:20, 4008:21, 4010:19, 4011:16
**SLIDES** [8] - 3938:9, 3938:12, 3950:23, 3955:8, 3965:15, 3967:4, 3988:6, 3993:22
**SLIDING** [4] - 3947:6, 3947:10, 3947:13, 3947:15
**SLOSHED** [1] - 3978:23
**SMALL** [1] - 3975:22
**SMART** [2] - 3946:14, 3970:19
**SMITH** [8] - 3933:4, 3958:2, 3964:2, 3994:4, 3999:25, 4000:1, 4000:12, 4005:21
**SNOOPY** [2] - 3953:9, 3953:14
**SO** [92] - 3936:7, 3941:12, 3942:5, 3942:7, 3943:19, 3945:1, 3945:8, 3945:13, 3945:17, 3946:11, 3946:21, 3947:9, 3947:12, 3948:14, 3949:4, 3949:17, 3949:24, 3950:3, 3950:10, 3952:5, 3952:22, 3952:24, 3953:17, 3954:5, 3954:24, 3955:20, 3956:2, 3956:7, 3957:19, 3958:6, 3958:16, 3960:9, 3960:20, 3961:19, 3963:23, 3964:18, 3967:21, 3968:3, 3968:17, 3969:10, 3969:19, 3969:24, 3971:5, 3971:10, 3971:20, 3971:22, 3972:8, 3972:24, 3973:12, 3973:16, 3974:23, 3974:24, 3975:8, 3975:17, 3975:20, 3975:25, 3976:23, 3977:7, 3978:18, 3979:1, 3979:10, 3979:18, 3980:21, 3980:24, 3982:3, 3982:22, 3983:9,

3983:10, 3985:23, 3986:23, 3986:25, 3987:17, 3989:7, 3989:13, 3989:20, 3991:9, 3992:9, 3992:10, 3995:14, 3996:17, 3997:3, 3998:18, 4000:20, 4002:2, 4002:21, 4003:6, 4004:17, 4007:7, 4009:22, 4009:24, 4012:24
**SO-CALLED** [2] - 3968:17, 4007:7
**SOIL** [30] - 3939:4, 3940:1, 3940:19, 3943:1, 3943:17, 3944:22, 3949:16, 3950:24, 3950:25, 3951:6, 3951:17, 3951:19, 3952:8, 3952:21, 3952:25, 3953:5, 3970:21, 3970:23, 3972:20, 3973:5, 3973:9, 3974:7, 3975:5, 3975:8, 3975:24, 3978:16, 3981:20, 3982:8, 3983:20, 3983:25
**SOILS** [14] - 3940:13, 3942:3, 3942:5, 3952:10, 3952:14, 3952:17, 3954:12, 3957:2, 3968:4, 3977:9, 3979:9, 3986:4
**SOME** [21] - 3935:20, 3947:8, 3957:7, 3957:23, 3966:1, 3972:24, 3974:18, 3977:19, 3978:1, 3978:2, 3981:14, 3983:14, 3983:17, 3983:18, 3987:23, 3991:16, 3994:14, 4004:7, 4007:6, 4007:15
**SOMEBODY** [4] - 3947:18, 3959:7, 3962:12, 4013:7
**SOMEHOW** [1] - 3991:1
**SOMEONE** [2] - 3961:10, 3975:16
**SOMETHING** [4] - 3938:17, 3946:24, 3978:21, 4012:22
**SOON** [1] - 3986:23
**SORRY** [10] - 3951:22,

3954:10, 3968:11, 3969:3, 3986:18, 3988:3, 3989:8, 3994:9, 3999:8, 4008:2
**SORT** [2] - 4006:23, 4008:12
**SOUND** [1] - 3946:8
**SOUP** [1] - 3975:17
**SOURCES** [1] - 3991:12
**SOUTH** [20] - 3938:24, 3939:16, 3942:23, 3950:16, 3958:22, 3959:15, 3961:15, 3966:8, 3966:20, 3967:12, 3980:9, 3981:3, 4006:14, 4006:20, 4007:15, 4007:16, 4008:19, 4008:24, 4008:25, 4011:5
**SOUTHWEST** [1] - 3931:15
**SPACE** [1] - 3945:19
**SPANISH** [1] - 3946:5
**SPEAK** [2] - 3983:10, 4000:13
**SPEAKER** [1] - 3938:5
**SPECIAL** [1] - 4012:25
**SPECIFIC** [7] - 3964:5, 3964:8, 3964:9, 3965:6, 3986:9, 3986:13, 4000:19
**SPECIFICALLY** [8] - 3967:9, 3970:5, 3980:16, 3985:15, 3989:6, 3991:12, 3995:21, 3996:9
**SPELLED** [1] - 3940:9
**SPEND** [2] - 3990:10, 4006:14
**SPENT** [2] - 3962:4, 3968:16
**SPILLS** [1] - 3953:21
**SPLICE** [2] - 3968:23
**SPLIT** [1] - 3936:5
**SPOT** [2] - 4012:25
**SPREAD** [1] - 3954:19
**SPRINGS** [1] - 3931:16
**SQUEEZE** [1] - 3940:15
**SQUEEZED** [1] - 3940:4
**ST** [1] - 3939:24
**STABILITY** [8] - 3947:14, 3989:18, 3989:21, 3989:25,

3996:2, 4009:5, 4009:10
**STAFF** [1] - 3936:23
**STAND** [2] - 3945:8, 3960:15
**STANDARD** [2] - 3958:20, 3988:21
**STANDING** [3] - 3976:23, 4011:21, 4011:22
**STANWOOD** [1] - 3930:12
**STAR** [1] - 3937:9
**STARK** [1] - 3957:21
**START** [5] - 3937:24, 3961:4, 3961:7, 3961:9, 3961:20
**STARTED** [3] - 3940:8, 3964:24, 3966:8
**STARTING** [1] - 3979:20
**STARTS** [3] - 3946:24, 3950:12, 3985:21
**STATE** [3] - 3987:4, 3992:25, 4014:4
**STATED** [1] - 4000:4
**STATEMENT** [2] - 3952:2, 3992:5
**STATES** [8] - 3930:1, 3930:12, 3933:3, 3964:3, 4000:20, 4001:12, 4014:5, 4014:15
**STATION** [1] - 3933:7
**STAY** [1] - 3957:20
**STEADY** [1] - 3987:4
**STEEL** [1] - 3949:7
**STENOGRAPHY** [1] - 3933:14
**STEP** [1] - 3961:14
**STEVENS** [2] - 3931:7, 3931:8
**STICK** [1] - 3979:13
**STILL** [4] - 3935:20, 3936:12, 3960:18, 3993:20
**STIPULATED** [2] - 3999:21, 3999:22
**STOCKING** [1] - 3944:7
**STONE** [1] - 3932:11
**STOP** [3] - 3961:5, 3961:10, 3961:20
**STOPPING** [1] - 3961:7
**STORM** [2] - 3958:19, 3959:1
**STRAIGHT** [1] - 3935:15

**STRAPS** [1] - 3947:8
**STREET** [15] - 3930:16, 3930:20, 3931:5, 3931:12, 3931:19, 3931:23, 3932:8, 3932:14, 3933:12, 3952:15, 3962:8, 3962:17, 3962:20, 3979:13, 4009:4
**STRENGTH** [3] - 3979:5, 3991:11, 3995:24
**STRESS** [4] - 3939:19, 3982:15, 3982:25, 3983:5
**STRONG** [1] - 3968:8
**STRUCTURAL** [1] - 3995:1
**STRUCTURE** [3] - 3950:4, 3959:6, 3981:20
**STRUGGLE** [1] - 3947:1
**STRUGGLING** [1] - 3992:19
**STUDIED** [1] - 3956:19
**STUDIES** [2] - 3943:7, 3952:17
**STUDYING** [1] - 3956:16
**STUFF** [5] - 3955:20, 3971:25, 3975:18, 3993:22
**SUBJECT** [3] - 3935:14, 3935:23, 3935:24
**SUBJECTED** [2] - 3955:17, 3987:16
**SUBMERGED** [1] - 3952:5
**SUBSIDED** [1] - 3940:2
**SUBSIDENCE** [4] - 3969:7, 3979:8, 3979:10, 3979:16
**SUCCINCTLY** [1] - 3995:21
**SUCH** [6] - 3948:9, 3954:18, 3960:1, 3966:6, 3966:19, 3991:15
**SUFFERING** [1] - 3993:24
**SUFFICIENT** [3] - 3990:17, 3995:25, 4006:20
**SUGGESTED** [1] - 3969:12

**SUGGESTION** [1] - 3957:22
**SUGGESTS** [1] - 3958:17
**SUIT** [1] - 3968:8
**SUITE** [5] - 3930:24, 3931:12, 3931:19, 3931:23, 3932:4
**SUPERFICIAL** [1] - 4007:10
**SUPPLEMENTAL** [2] - 3993:5
**SUPPORT** [4] - 3953:22, 3978:25, 3979:2, 4011:16
**SUPPORTING** [1] - 3981:23
**SUPPOSED** [4] - 3989:22, 3989:25, 3990:1, 3995:5
**SURE** [10] - 3952:13, 3956:19, 3966:15, 3977:25, 3980:6, 3992:12, 3994:19, 3994:25, 3995:19, 4011:15
**SURFACE** [11] - 3943:21, 3948:25, 3950:11, 3975:18, 3976:2, 3976:6, 3977:9, 3979:18, 3984:23, 3984:24
**SURGE** [9] - 3949:21, 3958:22, 3959:1, 3959:12, 3959:15, 3981:20, 3990:13, 3990:16, 4002:7
**SUSPENDED** [1] - 3952:21
**SWAMP** [9] - 3942:13, 3943:5, 3943:6, 3943:13, 3971:19, 3973:22, 3975:1, 3987:13, 3989:6
**SWAMP-MARSH** [1] - 3973:22
**SWIRL** [1] - 3962:19
**SWORN** [1] - 3936:15
**SYSTEM** [3] - 3941:7, 3972:9

---

**T**

---

**TABLE** [2] - 3985:4, 3985:6
**TACKLE** [2] - 3947:15, 3949:18
**TACKLE'S** [2] - 3947:2, 3949:13

**TACKLES** [2] - 3949:18, 3950:5
**TAKE** [15] - 3946:5, 3953:20, 3957:15, 3961:12, 3961:14, 3966:3, 3966:12, 3975:8, 3977:2, 3977:5, 3977:7, 3987:5, 3987:23, 4001:11, 4013:8
**TAKEN** [1] - 4006:17
**TAKES** [3] - 3961:2, 3966:2, 3991:4
**TALK** [4] - 3947:14, 3948:14, 3959:18, 3986:14
**TALKED** [3] - 3981:22, 3994:17, 4007:17
**TALKING** [9] - 3946:15, 3950:24, 3971:6, 3972:24, 3973:16, 3974:24, 3995:5, 4002:19, 4012:10
**TALKS** [2] - 3971:3, 3980:5
**TALLER** [1] - 3969:8
**TASK** [1] - 3935:18
**TASKFORCE** [1] - 3943:7
**TEAM** [2] - 3981:1, 3990:15
**TEARING** [1] - 3996:16
**TELL** [5] - 3948:15, 3968:18, 3992:15, 3993:15, 4004:9
**TELLING** [1] - 3943:25
**TELLS** [1] - 3961:16
**TELLTALE** [1] - 3979:15
**TENSILE** [5] - 3991:5, 3991:10, 3995:24
**TENSION** [1] - 3991:13
**TERMS** [2] - 4010:24, 4011:1
**TERRIBLY** [1] - 3945:6
**TEST** [1] - 3987:10
**TESTIFIED** [13] - 3936:16, 3939:6, 3961:15, 3965:6, 3988:24, 3990:11, 3990:16, 3991:4, 3997:24, 3998:4, 4003:13, 4005:9, 4007:4
**TESTIFIES** [1] - 3993:18

**TESTIFY** [1] - 3944:1
**TESTIFYING** [1] - 4000:15
**TESTIMONY** [29] - 3937:22, 3938:23, 3939:22, 3951:8, 3955:1, 3957:9, 3963:21, 3964:5, 3964:6, 3964:8, 3964:10, 3965:5, 3965:7, 3968:1, 3968:15, 3969:11, 3969:12, 3994:21, 3996:4, 3998:14, 4001:9, 4003:6, 4003:10, 4003:22, 4003:24, 4004:2, 4005:23, 4005:25, 4007:15
**TESTING** [1] - 3957:23
**THAN** [16] - 3938:9, 3942:6, 3944:3, 3949:25, 3950:11, 3952:22, 3952:25, 3956:20, 3963:14, 3969:4, 3969:7, 3970:2, 3970:7, 3984:24, 3988:23, 4011:23
**THANK** [17] - 3936:4, 3937:20, 3938:19, 3948:19, 3948:25, 3953:9, 3965:8, 3966:10, 3967:13, 3967:14, 3968:6, 3997:11, 3999:20, 4000:1, 4007:11, 4013:9, 4013:13
**THAT** [422] - 3935:12, 3935:14, 3935:17, 3935:18, 3935:19, 3935:20, 3935:23, 3936:6, 3937:10, 3937:13, 3938:15, 3939:8, 3939:15, 3939:22, 3940:2, 3940:5, 3940:6, 3940:19, 3940:25, 3941:12, 3942:1, 3942:4, 3942:5, 3942:12, 3942:25, 3943:4, 3943:5, 3943:8, 3943:11, 3943:16, 3943:17, 3943:25, 3944:2, 3944:4, 3944:10, 3944:12, 3944:17, 3944:19, 3944:22, 3944:24, 3945:1, 3945:20, 3946:1,

3946:2, 3946:6, 3946:12, 3946:14, 3946:24, 3947:9, 3947:10, 3947:18, 3947:23, 3948:8, 3949:5, 3949:7, 3949:17, 3949:20, 3949:24, 3950:7, 3950:12, 3950:15, 3951:8, 3951:11, 3951:20, 3951:25, 3952:5, 3952:9, 3952:11, 3952:12, 3952:16, 3952:24, 3953:3, 3953:7, 3953:10, 3953:17, 3954:4, 3954:8, 3954:12, 3954:13, 3954:18, 3954:25, 3955:2, 3955:3, 3955:12, 3955:18, 3955:19, 3955:21, 3956:9, 3956:12, 3956:16, 3956:20, 3957:2, 3957:9, 3957:15, 3957:16, 3957:19, 3957:21, 3957:22, 3957:24, 3958:1, 3958:2, 3958:11, 3958:12, 3958:14, 3958:23, 3959:1, 3959:3, 3959:7, 3959:8, 3959:11, 3959:23, 3960:16, 3960:17, 3960:23, 3961:6, 3961:9, 3961:15, 3961:20, 3961:22, 3962:4, 3962:15, 3962:18, 3962:19, 3962:20, 3963:18, 3963:19, 3963:20, 3964:5, 3964:6, 3964:7, 3964:12, 3964:15, 3964:16, 3964:17, 3964:18, 3964:19, 3965:3, 3965:14, 3965:24, 3966:2, 3966:5, 3966:6, 3966:7, 3966:16, 3966:19, 3966:25, 3967:2, 3967:3, 3967:4, 3967:5, 3967:8, 3967:9, 3968:19, 3968:24, 3969:5, 3969:8, 3969:12, 3969:17, 3969:24, 3970:2, 3970:3, 3970:7, 3970:8, 3970:9, 3970:10,

3970:20, 3970:25, 3971:7, 3971:8, 3971:10, 3971:11, 3971:14, 3971:17, 3971:18, 3971:22, 3972:3, 3972:4, 3972:7, 3972:16, 3972:19, 3972:21, 3972:24, 3973:9, 3973:18, 3974:3, 3974:4, 3974:20, 3975:1, 3975:5, 3975:11, 3975:12, 3975:17, 3975:18, 3975:23, 3975:25, 3976:3, 3976:9, 3976:13, 3977:12, 3977:14, 3977:15, 3977:21, 3978:1, 3978:2, 3978:5, 3978:7, 3978:9, 3978:10, 3978:13, 3978:14, 3978:18, 3978:22, 3978:23, 3978:24, 3978:25, 3979:1, 3979:4, 3979:5, 3979:6, 3979:12, 3980:1, 3980:6, 3980:14, 3980:22, 3980:23, 3981:2, 3981:5, 3981:6, 3981:9, 3981:11, 3982:3, 3982:16, 3982:22, 3983:1, 3983:5, 3983:6, 3983:7, 3983:17, 3983:20, 3983:21, 3983:24, 3983:25, 3984:2, 3984:3, 3984:6, 3984:10, 3984:11, 3984:17, 3984:19, 3984:23, 3984:25, 3985:6, 3985:8, 3985:13, 3985:17, 3985:19, 3985:20, 3985:21, 3985:24, 3986:5, 3986:6, 3986:15, 3986:18, 3986:25, 3987:4, 3987:5, 3987:7, 3987:9, 3987:20, 3987:22, 3987:23, 3988:11, 3988:23, 3988:24, 3989:4, 3989:12, 3990:11, 3990:12, 3990:15, 3990:16, 3990:18, 3990:20, 3991:4, 3991:11, 3991:14, 3992:1, 3993:12,

3993:16, 3993:17, 3993:19, 3993:21, 3994:4, 3994:10, 3994:15, 3994:16, 3994:17, 3995:3, 3995:6, 3995:8, 3995:9, 3995:12, 3995:15, 3995:19, 3996:1, 3996:7, 3996:8, 3996:15, 3996:23, 3996:24, 3997:1, 3997:2, 3997:8, 3997:14, 3997:23, 3997:24, 3997:25, 3998:20, 3998:23, 3998:25, 3999:2, 3999:3, 3999:22, 4000:8, 4000:19, 4000:24, 4001:1, 4001:4, 4001:12, 4001:13, 4001:18, 4001:22, 4001:25, 4002:5, 4002:11, 4002:16, 4002:17, 4002:18, 4003:2, 4003:3, 4003:4, 4003:6, 4003:13, 4003:19, 4004:2, 4004:3, 4004:7, 4004:12, 4005:5, 4005:9, 4005:11, 4005:16, 4005:19, 4005:22, 4006:16, 4006:19, 4007:4, 4007:5, 4007:11, 4008:5, 4008:12, 4008:15, 4008:18, 4008:23, 4009:19, 4009:20, 4009:25, 4010:3, 4010:4, 4010:6, 4010:9, 4011:18, 4012:5, 4012:9, 4012:17, 4012:18, 4012:21, 4012:23, 4012:25, 4013:8, 4014:7
**THAT'S** [134] - 3935:16, 3936:3, 3937:11, 3937:14, 3939:1, 3939:5, 3939:9, 3940:5, 3940:16, 3940:22, 3941:3, 3941:18, 3942:14, 3943:15, 3943:18, 3944:5, 3944:10, 3944:20, 3947:21, 3949:3, 3949:8, 3950:2, 3950:5, 3950:8, 3950:14, 3951:13,

3951:14, 3951:15, 3951:18, 3952:3, 3953:25, 3954:2, 3954:4, 3954:15, 3954:17, 3954:23, 3955:4, 3956:15, 3956:19, 3956:21, 3957:2, 3958:15, 3959:2, 3959:4, 3959:6, 3959:10, 3959:13, 3959:16, 3961:9, 3961:16, 3963:8, 3964:11, 3964:18, 3966:9, 3966:23, 3966:24, 3966:25, 3968:2, 3968:3, 3968:5, 3968:22, 3969:6, 3969:15, 3971:10, 3971:20, 3971:21, 3971:25, 3972:2, 3972:6, 3972:10, 3972:13, 3972:15, 3973:1, 3974:5, 3974:23, 3976:8, 3976:15, 3976:16, 3976:17, 3976:23, 3976:24, 3977:6, 3978:6, 3979:7, 3979:15, 3981:7, 3982:2, 3982:18, 3983:19, 3983:23, 3984:17, 3984:21, 3985:11, 3985:15, 3986:25, 3987:10, 3987:18, 3987:19, 3988:8, 3988:10, 3988:18, 3988:24, 3989:19, 3989:23, 3991:7, 3991:8, 3992:13, 3992:19, 3993:9, 3995:2, 3997:9, 3997:21, 3998:10, 3999:4, 3999:8, 3999:9, 4004:20, 4004:21, 4006:5, 4006:7, 4006:11, 4008:9, 4008:24, 4010:5, 4011:2, 4011:7, 4011:14, 4012:8, 4012:22
**THATCH** [1] - 3932:18
**THE** [1013] - 3930:12, 3930:15, 3930:19, 3931:11, 3932:3, 3933:3, 3935:7, 3935:10, 3935:12, 3935:14, 3935:17, 3935:25, 3936:3, 3936:6, 3936:8,

3936:9, 3936:11,
3936:13, 3936:16,
3936:20, 3936:21,
3936:24, 3936:25,
3937:7, 3937:9,
3937:10, 3937:12,
3937:17, 3937:25,
3938:7, 3938:15,
3938:17, 3938:23,
3938:24, 3939:3,
3939:4, 3939:7,
3939:11, 3939:14,
3939:15, 3939:16,
3939:18, 3939:19,
3939:20, 3939:22,
3939:23, 3939:25,
3940:1, 3940:2,
3940:3, 3940:5,
3940:7, 3940:8,
3940:12, 3940:17,
3940:18, 3940:20,
3940:21, 3940:24,
3940:25, 3941:2,
3941:6, 3941:7,
3941:8, 3941:9,
3941:11, 3941:19,
3941:22, 3941:23,
3941:24, 3942:1,
3942:4, 3942:8,
3942:10, 3942:11,
3942:15, 3942:18,
3942:21, 3942:22,
3942:23, 3943:4,
3943:5, 3943:6,
3943:8, 3943:9,
3943:11, 3943:16,
3943:20, 3943:21,
3943:23, 3944:1,
3944:2, 3944:3,
3944:6, 3944:8,
3944:10, 3944:12,
3944:13, 3944:15,
3944:16, 3944:17,
3944:19, 3944:21,
3944:22, 3945:1,
3945:3, 3945:7,
3945:8, 3945:10,
3945:12, 3945:13,
3945:17, 3946:1,
3946:6, 3946:7,
3946:12, 3946:17,
3946:18, 3946:19,
3946:22, 3947:1,
3947:3, 3947:4,
3947:5, 3947:6,
3947:7, 3947:8,
3947:10, 3947:19,
3947:25, 3948:2,
3948:8, 3948:12,
3948:14, 3948:16,
3948:17, 3948:19,

3948:21, 3948:24,
3948:25, 3949:2,
3949:3, 3949:4,
3949:6, 3949:7,
3949:8, 3949:9,
3949:11, 3949:13,
3949:14, 3949:15,
3949:16, 3949:18,
3949:19, 3949:20,
3949:21, 3949:22,
3949:25, 3950:1,
3950:5, 3950:7,
3950:10, 3950:11,
3950:13, 3950:15,
3950:19, 3950:24,
3951:2, 3951:5,
3951:14, 3951:16,
3951:17, 3951:25,
3952:2, 3952:6,
3952:7, 3952:9,
3952:11, 3952:15,
3952:16, 3952:17,
3952:18, 3952:21,
3952:25, 3953:4,
3953:5, 3953:7,
3953:8, 3953:9,
3953:10, 3953:13,
3953:15, 3953:17,
3953:21, 3954:1,
3954:2, 3954:3,
3954:5, 3954:8,
3954:9, 3954:10,
3954:11, 3954:12,
3954:16, 3954:18,
3954:19, 3954:20,
3954:21, 3955:1,
3955:5, 3955:6,
3955:12, 3955:13,
3955:15, 3955:16,
3955:18, 3955:21,
3955:22, 3955:25,
3956:3, 3956:4,
3956:9, 3956:11,
3956:12, 3956:15,
3956:20, 3956:21,
3956:22, 3956:23,
3957:1, 3957:2,
3957:3, 3957:4,
3957:6, 3957:8,
3957:10, 3957:15,
3957:18, 3957:25,
3958:2, 3958:4,
3958:5, 3958:11,
3958:12, 3958:13,
3958:17, 3958:18,
3958:19, 3958:21,
3958:22, 3958:24,
3959:1, 3959:2,
3959:3, 3959:5,
3959:7, 3959:8,
3959:9, 3959:11,

3959:12, 3959:14,
3959:17, 3959:23,
3959:24, 3959:25,
3960:3, 3960:8,
3960:11, 3960:15,
3960:16, 3960:18,
3960:19, 3960:20,
3960:22, 3961:2,
3961:4, 3961:5,
3961:7, 3961:8,
3961:10, 3961:14,
3961:15, 3961:19,
3961:20, 3961:21,
3962:1, 3962:5,
3962:6, 3962:8,
3962:13, 3962:16,
3962:17, 3962:19,
3962:20, 3962:24,
3962:25, 3963:1,
3963:2, 3963:3,
3963:4, 3963:24,
3964:1, 3964:2,
3964:3, 3964:5,
3964:7, 3964:10,
3964:13, 3964:20,
3964:21, 3964:22,
3965:1, 3965:3,
3965:4, 3965:5,
3965:9, 3965:10,
3965:16, 3965:17,
3965:24, 3965:25,
3966:2, 3966:5,
3966:6, 3966:7,
3966:12, 3966:13,
3966:15, 3966:16,
3966:19, 3966:20,
3967:2, 3967:4,
3967:5, 3967:6,
3967:7, 3967:8,
3967:9, 3967:11,
3967:18, 3967:19,
3967:23, 3967:24,
3967:25, 3968:1,
3968:3, 3968:4,
3968:11, 3968:12,
3968:15, 3968:17,
3968:18, 3968:20,
3968:21, 3968:24,
3969:1, 3969:2,
3969:4, 3969:7,
3969:8, 3969:10,
3969:13, 3969:19,
3969:24, 3969:25,
3970:2, 3970:8,
3970:15, 3970:16,
3970:20, 3970:21,
3971:2, 3971:7,
3971:10, 3971:11,
3971:12, 3971:14,
3971:15, 3971:17,
3971:18, 3971:19,

3971:23, 3971:25,
3972:3, 3972:6,
3972:11, 3972:12,
3972:16, 3972:17,
3972:20, 3972:21,
3973:8, 3973:9,
3973:17, 3973:20,
3973:21, 3973:22,
3973:23, 3973:24,
3974:1, 3974:3,
3974:4, 3974:9,
3974:10, 3974:12,
3974:14, 3974:15,
3974:17, 3974:19,
3974:20, 3974:21,
3974:23, 3974:24,
3974:25, 3975:5,
3975:6, 3975:8,
3975:11, 3975:13,
3975:18, 3975:20,
3975:23, 3975:24,
3976:1, 3976:2,
3976:6, 3976:7,
3976:9, 3976:10,
3976:23, 3976:24,
3977:8, 3977:9,
3977:11, 3977:12,
3977:13, 3977:14,
3977:15, 3977:16,
3977:18, 3977:22,
3977:23, 3978:2,
3978:3, 3978:9,
3978:14, 3978:15,
3978:16, 3978:19,
3978:23, 3979:4,
3979:9, 3979:10,
3979:11, 3979:12,
3979:13, 3979:18,
3979:23, 3979:25,
3980:3, 3980:5,
3980:8, 3980:9,
3980:14, 3980:16,
3980:17, 3980:21,
3980:22, 3981:1,
3981:2, 3981:3,
3981:10, 3981:16,
3981:18, 3981:20,
3981:21, 3981:22,
3981:23, 3982:1,
3982:5, 3982:10,
3982:16, 3982:18,
3982:22, 3983:3,
3983:4, 3983:6,
3983:7, 3983:8,
3983:9, 3983:11,
3983:13, 3983:14,
3983:15, 3983:16,
3983:17, 3983:19,
3983:20, 3983:21,
3983:23, 3983:24,
3983:25, 3984:1,

3984:3, 3984:5,
3984:6, 3984:7,
3984:9, 3984:10,
3984:11, 3984:13,
3984:20, 3984:22,
3984:24, 3985:9,
3985:10, 3985:12,
3985:13, 3985:14,
3985:15, 3985:17,
3985:22, 3985:24,
3986:2, 3986:4,
3986:6, 3986:7,
3986:8, 3986:10,
3986:23, 3987:4,
3987:7, 3987:10,
3987:12, 3987:13,
3987:14, 3987:15,
3987:18, 3987:20,
3987:22, 3987:23,
3988:1, 3988:3,
3988:6, 3988:7,
3988:9, 3988:14,
3988:15, 3988:17,
3988:18, 3988:19,
3988:21, 3988:22,
3989:1, 3989:3,
3989:6, 3989:11,
3989:17, 3989:24,
3989:25, 3990:3,
3990:4, 3990:11,
3990:12, 3990:17,
3990:21, 3990:24,
3991:1, 3991:5,
3991:7, 3991:9,
3991:10, 3991:11,
3991:12, 3991:13,
3991:15, 3991:16,
3991:18, 3991:22,
3991:24, 3991:25,
3992:2, 3992:4,
3992:5, 3992:7,
3992:12, 3992:16,
3992:18, 3992:22,
3992:24, 3992:25,
3993:1, 3993:3,
3993:4, 3993:6,
3993:7, 3993:9,
3993:11, 3993:14,
3993:23, 3994:1,
3994:3, 3994:5,
3994:8, 3994:14,
3994:15, 3994:16,
3994:21, 3994:25,
3995:4, 3995:5,
3995:9, 3995:11,
3995:13, 3995:15,
3995:20, 3995:25,
3996:3, 3996:4,
3996:7, 3996:9,
3996:10, 3996:13,
3996:14, 3996:15,

3996:16, 3996:18,
3996:20, 3996:21,
3996:25, 3997:1,
3997:4, 3997:5,
3997:9, 3997:10,
3997:20, 3997:23,
3997:24, 3997:25,
3998:1, 3998:6,
3998:11, 3998:12,
3998:14, 3998:17,
3998:20, 3998:21,
3999:1, 3999:5,
3999:7, 3999:8,
3999:10, 3999:12,
3999:17, 3999:22,
3999:23, 3999:24,
4000:3, 4000:4,
4000:13, 4000:18,
4000:19, 4000:20,
4000:21, 4000:24,
4000:25, 4001:1,
4001:2, 4001:3,
4001:5, 4001:10,
4001:11, 4001:12,
4001:18, 4001:19,
4001:21, 4002:1,
4002:2, 4002:3,
4002:6, 4002:9,
4002:10, 4002:11,
4002:17, 4002:18,
4002:19, 4002:20,
4002:22, 4002:24,
4003:1, 4003:2,
4003:6, 4003:8,
4003:10, 4003:13,
4003:15, 4003:16,
4004:1, 4004:2,
4004:3, 4004:6,
4004:9, 4004:10,
4004:12, 4004:22,
4004:25, 4005:4,
4005:9, 4005:10,
4005:12, 4005:14,
4005:16, 4005:21,
4005:22, 4006:3,
4006:8, 4006:10,
4006:11, 4006:16,
4006:17, 4006:20,
4007:3, 4007:4,
4007:6, 4007:7,
4007:12, 4007:16,
4008:1, 4008:9,
4008:11, 4008:16,
4008:17, 4008:18,
4008:19, 4008:21,
4008:22, 4008:24,
4008:25, 4009:1,
4009:4, 4009:11,
4009:17, 4009:21,
4009:22, 4009:23,
4010:1, 4010:3,

4010:4, 4010:6,
4010:7, 4010:10,
4010:11, 4010:12,
4010:15, 4010:21,
4011:2, 4011:5,
4011:8, 4011:11,
4011:22, 4011:23,
4012:1, 4012:8,
4012:10, 4012:12,
4012:17, 4012:18,
4012:23, 4013:3,
4013:6, 4013:11,
4013:14, 4014:4,
4014:5, 4014:7,
4014:8, 4014:9

**THEIR** [16] - 3942:3,
3947:6, 3947:7,
3947:9, 3947:11,
3955:23, 3956:8,
3956:22, 3959:20,
3969:11, 3969:20,
3979:25, 3990:15,
3993:22, 3994:18,
3996:22

**THEM** [12] - 3947:9,
3952:11, 3981:16,
3981:18, 3993:6,
3999:24, 3999:25,
4000:17, 4000:25,
4011:11, 4011:13

**THEN** [32] - 3937:16,
3940:8, 3941:15,
3941:17, 3942:13,
3943:11, 3949:7,
3949:8, 3949:24,
3950:6, 3951:16,
3965:20, 3968:21,
3969:15, 3971:14,
3971:22, 3972:9,
3972:11, 3975:4,
3981:25, 3983:6,
3986:25, 3989:21,
3989:25, 3996:24,
4001:9, 4002:6,
4002:12, 4005:25,
4009:11, 4010:13,
4010:18

**THEORIES** [5] -
3954:9, 3954:24,
3954:25, 3981:5,
4006:9

**THEORY** [18] -
3938:25, 3939:2,
3939:7, 3946:11,
3954:7, 3955:11,
3955:20, 3956:4,
3956:8, 3972:24,
3978:10, 3983:24,
3987:19, 3993:17,
4002:22, 4005:5,

4006:9

**THERE** [85] - 3935:19,
3938:9, 3938:13,
3942:21, 3947:12,
3948:12, 3951:12,
3951:16, 3952:10,
3952:22, 3952:24,
3952:25, 3953:3,
3956:23, 3957:25,
3960:18, 3962:3,
3962:11, 3962:18,
3962:23, 3963:1,
3965:3, 3965:23,
3967:3, 3967:7,
3968:19, 3968:21,
3969:7, 3970:24,
3973:12, 3974:13,
3975:16, 3975:17,
3976:1, 3978:16,
3979:14, 3979:18,
3980:6, 3981:6,
3982:20, 3983:11,
3985:3, 3985:4,
3985:9, 3985:13,
3988:9, 3988:17,
3989:2, 3989:13,
3989:18, 3989:20,
3990:16, 3990:20,
3994:8, 3995:7,
3996:19, 3996:24,
3998:8, 4001:1,
4001:25, 4003:5,
4004:17, 4004:25,
4005:10, 4006:4,
4007:16, 4008:6,
4008:8, 4009:7,
4009:12, 4009:24,
4009:25, 4011:9,
4012:4, 4012:9,
4012:22, 4012:25,
4013:8, 4013:9

**THERE'S** [1] - 3982:20

**THEREFORE** [1] -
3967:10

**THESE** [23] - 3936:8,
3937:21, 3938:22,
3942:11, 3943:19,
3947:14, 3948:15,
3951:25, 3952:10,
3952:13, 3955:14,
3958:12, 3969:4,
3969:16, 3969:19,
3976:6, 3981:13,
3982:8, 3988:20,
3993:7, 4005:8,
4006:25, 4008:23

**THEY** [44] - 3935:24,
3938:5, 3940:14,
3940:21, 3940:25,
3941:20, 3942:4,

3942:7, 3943:1,
3943:10, 3944:17,
3945:16, 3947:24,
3947:25, 3949:10,
3952:19, 3953:10,
3954:10, 3954:13,
3955:22, 3956:7,
3956:12, 3956:24,
3960:9, 3960:11,
3960:13, 3969:20,
3970:3, 3975:8,
3975:9, 3976:2,
3976:11, 3976:13,
3978:16, 3980:1,
3984:6, 3985:13,
3989:3, 3990:6,
3994:17, 3998:18,
3999:2

**THEY'RE** [1] - 3998:9
**THEY'VE** [2] -
3993:21, 3993:22
**THICK** [1] - 3945:17
**THIN** [1] - 4006:4
**THING** [24] - 3935:25,
3939:11, 3940:9,
3952:9, 3952:20,
3953:18, 3953:19,
3955:9, 3956:11,
3958:5, 3969:24,
3971:14, 3971:15,
3974:9, 3974:23,
3975:2, 3975:11,
3977:23, 3990:11,
3992:17, 4004:25,
4008:8, 4010:6,
4013:3

**THINGS** [18] -
3935:20, 3938:16,
3942:12, 3946:12,
3954:22, 3954:24,
3955:12, 3958:12,
3963:18, 3963:19,
3967:4, 3975:20,
3976:3, 3976:6,
3976:20, 3982:9,
3993:4, 3994:14

**THINK** [15] - 3935:18,
3935:23, 3940:14,
3950:10, 3964:21,
3968:16, 3971:11,
3973:2, 3976:18,
3992:25, 3995:14,
4001:4, 4001:14,
4003:14, 4009:2

**THINKING** [6] -
3947:1, 3954:7,
3955:13, 3978:25,
3980:14, 3980:18

**THIRD** [6] - 3941:8,
3959:5, 3982:1,

3983:7, 3987:14,
3999:3

**THIS** [167] - 3936:20,
3937:7, 3937:9,
3937:15, 3937:23,
3938:1, 3938:6,
3938:7, 3938:8,
3938:11, 3938:12,
3938:14, 3938:15,
3939:7, 3941:20,
3943:1, 3943:17,
3944:13, 3944:20,
3945:1, 3945:15,
3946:11, 3946:20,
3947:1, 3947:13,
3947:17, 3947:19,
3948:8, 3948:14,
3948:15, 3948:18,
3949:17, 3950:3,
3950:6, 3950:18,
3950:23, 3951:8,
3951:16, 3952:1,
3952:2, 3952:3,
3952:18, 3952:20,
3953:5, 3953:18,
3953:19, 3954:24,
3955:2, 3955:19,
3956:2, 3957:7,
3957:17, 3958:6,
3958:16, 3959:18,
3960:23, 3961:15,
3962:4, 3963:1,
3963:3, 3963:8,
3963:15, 3963:18,
3964:6, 3964:15,
3964:23, 3964:24,
3965:1, 3965:5,
3965:17, 3965:19,
3967:5, 3967:25,
3968:8, 3968:9,
3968:10, 3968:15,
3968:19, 3969:10,
3970:1, 3970:4,
3970:5, 3970:8,
3970:23, 3971:3,
3971:5, 3972:20,
3973:17, 3975:4,
3975:23, 3975:25,
3976:10, 3978:8,
3978:21, 3979:6,
3979:8, 3980:4,
3980:6, 3980:23,
3982:15, 3982:18,
3983:12, 3985:3,
3985:4, 3986:8,
3987:2, 3987:20,
3989:2, 3989:6,
3990:10, 3990:20,
3990:24, 3991:13,
3992:4, 3992:16,
3992:19, 3992:21,

3993:2, 3993:22, 3994:9, 3994:11, 3994:12, 3994:19, 3995:7, 3995:12, 3996:8, 3996:18, 3998:3, 3998:5, 3998:6, 3999:5, 3999:6, 3999:12, 4000:12, 4001:6, 4002:8, 4002:22, 4004:11, 4004:14, 4005:8, 4006:5, 4006:15, 4006:23, 4007:16, 4007:17, 4007:21, 4009:3, 4009:18, 4009:24, 4010:9, 4010:21, 4011:16, 4012:15, 4013:1

**THOMAS** [2] - 3930:23, 3931:21

**THOROUGHLY** [1] - 3979:24

**THOSE** [30] - 3935:24, 3939:1, 3940:13, 3941:9, 3942:9, 3945:16, 3946:6, 3949:9, 3952:17, 3954:20, 3955:17, 3958:22, 3960:13, 3970:9, 3978:19, 3981:5, 3981:22, 3982:9, 3983:4, 3983:8, 3986:9, 3988:16, 3988:18, 3989:5, 3989:13, 3996:21, 4002:1, 4002:5, 4002:12, 4010:22

**THOUGH** [4] - 3944:15, 3962:23, 3976:9, 3998:12

**THOUGHT** [8] - 3935:17, 3947:24, 3965:20, 3972:8, 3981:23, 3991:20, 3992:21, 3994:15

**THREE** [21] - 3937:21, 3938:22, 3939:17, 3941:9, 3945:13, 3945:16, 3946:21, 3963:20, 3971:11, 3972:3, 3973:17, 3973:20, 3981:25, 3983:4, 3987:9, 3996:19, 3996:21, 4001:25, 4005:23, 4011:10, 4011:11

**THREE-DAY** [1] - 4005:23

**THREE-DIMENSIONAL** [1] - 3981:25

**THREE-FOOT** [2] - 3996:19, 3996:21

**THROUGH** [19] - 3940:22, 3943:20, 3946:1, 3951:11, 3966:17, 3967:24, 3968:1, 3973:24, 3974:1, 3977:15, 3982:22, 3986:4, 3993:23, 3993:25, 3995:23, 4004:25, 4005:11, 4008:25, 4009:18

**THROUGHOUT** [1] - 3962:6

**THROW** [1] - 3938:8

**TIED** [2] - 3947:13, 3969:2

**TIES** [1] - 3968:24

**TIME** [24] - 3960:17, 3960:18, 3961:2, 3961:4, 3961:5, 3961:10, 3961:20, 3962:4, 3962:21, 3963:20, 3966:2, 3967:22, 3968:16, 3979:11, 3981:9, 3983:21, 3990:10, 3995:5, 3997:2, 3998:4, 4006:15, 4006:23, 4013:1

**TIMES** [2] - 3944:2, 3961:7

**TIMING** [2] - 3960:19, 4013:3

**TIPPED** [1] - 4011:24

**TO** [425] - 3930:8, 3935:4, 3935:14, 3935:16, 3935:17, 3935:21, 3935:23, 3935:24, 3936:1, 3936:5, 3936:8, 3936:11, 3936:23, 3937:16, 3937:24, 3938:8, 3938:13, 3938:14, 3939:6, 3939:14, 3940:10, 3940:19, 3940:22, 3940:24, 3941:22, 3942:1, 3942:4, 3942:13, 3942:15, 3942:17, 3942:19, 3942:21, 3943:8, 3943:19, 3943:20, 3943:21, 3943:23, 3944:5, 3944:6, 3944:15, 3944:18,

3944:24, 3945:4, 3945:10, 3945:11, 3945:15, 3945:20, 3946:11, 3946:17, 3946:18, 3946:19, 3946:25, 3947:1, 3947:6, 3947:7, 3947:8, 3947:10, 3947:11, 3947:22, 3947:23, 3947:25, 3948:8, 3948:9, 3948:12, 3948:19, 3948:25, 3949:10, 3949:11, 3949:17, 3949:22, 3950:12, 3950:22, 3951:11, 3952:5, 3952:6, 3952:7, 3952:11, 3952:14, 3952:20, 3952:25, 3953:10, 3953:18, 3953:19, 3954:6, 3954:10, 3954:20, 3954:21, 3954:22, 3955:5, 3955:6, 3955:8, 3955:13, 3955:17, 3955:23, 3956:2, 3956:7, 3956:11, 3956:12, 3956:22, 3957:11, 3957:18, 3958:5, 3958:11, 3958:16, 3958:18, 3958:23, 3959:18, 3959:19, 3959:23, 3959:24, 3960:4, 3960:9, 3960:16, 3960:20, 3960:22, 3961:2, 3961:3, 3961:4, 3961:6, 3961:8, 3961:10, 3961:12, 3961:14, 3961:19, 3962:1, 3962:12, 3962:22, 3963:3, 3963:4, 3963:10, 3963:11, 3963:15, 3963:16, 3963:17, 3963:18, 3963:24, 3964:11, 3964:16, 3965:2, 3965:5, 3965:6, 3965:9, 3965:13, 3965:14, 3965:19, 3965:23, 3965:24, 3965:25, 3966:1, 3966:2, 3966:3, 3966:15, 3967:10, 3967:11, 3967:18, 3967:19, 3967:21, 3968:18, 3969:5, 3969:8, 3969:13, 3969:16, 3970:1,

3970:7, 3970:8, 3970:15, 3970:20, 3970:21, 3971:2, 3971:5, 3971:15, 3971:17, 3971:22, 3972:3, 3972:16, 3972:17, 3972:19, 3972:20, 3972:21, 3973:2, 3973:3, 3973:16, 3973:17, 3973:18, 3973:21, 3973:23, 3974:1, 3974:6, 3975:4, 3975:5, 3976:11, 3976:13, 3977:8, 3977:11, 3978:2, 3978:3, 3978:8, 3978:9, 3978:16, 3978:21, 3978:24, 3978:25, 3979:11, 3980:3, 3980:5, 3980:7, 3980:17, 3980:20, 3980:21, 3980:23, 3980:24, 3981:11, 3981:19, 3981:25, 3982:3, 3982:13, 3982:15, 3983:3, 3983:10, 3983:12, 3983:13, 3983:17, 3984:1, 3984:17, 3984:20, 3984:23, 3984:24, 3984:25, 3985:3, 3985:9, 3985:10, 3985:14, 3985:19, 3985:22, 3986:8, 3986:10, 3986:24, 3987:1, 3987:14, 3987:16, 3987:17, 3987:19, 3987:20, 3988:6, 3988:7, 3988:14, 3988:15, 3988:22, 3988:24, 3989:4, 3989:9, 3989:11, 3989:16, 3989:18, 3989:20, 3989:22, 3989:25, 3990:1, 3990:10, 3990:17, 3990:21, 3990:24, 3991:1, 3991:2, 3991:9, 3991:14, 3991:20, 3991:22, 3991:25, 3992:1, 3992:6, 3992:10, 3992:12, 3992:13, 3992:14, 3992:16, 3992:19, 3992:20, 3992:22, 3992:25, 3993:7, 3993:12, 3993:15, 3993:16, 3993:19,

3994:1, 3994:12, 3994:13, 3994:14, 3995:2, 3995:7, 3995:9, 3995:11, 3995:12, 3995:16, 3995:20, 3995:21, 3995:22, 3995:23, 3995:25, 3996:2, 3996:3, 3996:7, 3996:8, 3996:12, 3996:13, 3996:17, 3996:21, 3996:25, 3997:17, 3997:20, 3999:5, 3999:7, 3999:9, 3999:14, 3999:15, 3999:24, 4000:1, 4000:3, 4000:13, 4000:16, 4001:3, 4001:4, 4001:6, 4001:13, 4001:25, 4002:1, 4002:3, 4002:4, 4002:6, 4002:10, 4002:12, 4002:17, 4003:4, 4003:5, 4003:7, 4003:9, 4003:16, 4003:21, 4003:24, 4004:3, 4004:24, 4005:1, 4005:6, 4005:9, 4005:11, 4005:12, 4005:23, 4006:3, 4006:4, 4006:6, 4006:7, 4006:9, 4006:14, 4006:20, 4007:6, 4007:7, 4007:9, 4008:9, 4008:16, 4008:17, 4008:18, 4009:6, 4009:10, 4009:11, 4009:23, 4009:25, 4010:18, 4010:19, 4011:8, 4011:15, 4012:19, 4013:1, 4013:3, 4013:9, 4014:7

**TODAY** [3] - 3981:11, 3989:7, 3993:20

**TOE** [1] - 4008:16

**TOGETHER** [3] - 3968:25, 3969:2, 3970:3

**TOLD** [3] - 3938:10, 3940:14, 4006:24

**TOO** [5] - 3948:21, 3990:10, 3992:10, 3995:14

**TOOK** [4] - 3960:15, 3962:22, 3966:13, 3996:22

**TOOTHPASTE** [2] - 3940:15

**TOP** [7] - 3943:1, 3943:17, 3944:8, 3949:3, 3959:3, 3991:1, 4003:2

**TOPICS** [2] - 4000:14, 4000:17

**TOPS** [1] - 4003:1

**TORTS** [1] - 3933:6

**TOTAL** [3] - 3939:19, 3983:5, 4011:1

**TOTALLY** [2] - 3952:4, 3952:5

**TOUCHED** [1] - 3978:8

**TOUCHSCREEN** [1] - 3939:11

**TOWARD** [4] - 3940:8, 3948:24, 3950:13, 4008:24

**TRACK** [1] - 3955:13

**TRACKING** [1] - 3955:21

**TRAINING** [1] - 3980:16

**TRANSCRIPT** [4] - 3930:11, 3933:14, 3966:15, 4014:7

**TRANSFER** [3] - 3944:21, 3945:21, 3984:24

**TRANSIENT** [2] - 3986:12, 3987:1

**TRANSITION** [3] - 3988:9, 3988:15, 3988:17

**TRANSLATE** [1] - 3984:23

**TRANSMISSION** [3] - 3978:14, 3978:17, 3983:7

**TRANSMITS** [1] - 3946:1

**TRANSMITTED** [3] - 3944:18, 3967:25

**TRANSMITTING** [1] - 3973:22

**TRAVELS** [1] - 3944:3

**TREACHEROUS** [1] - 3952:14

**TREEBY** [41] - 3932:12, 3935:16, 3936:2, 3937:23, 3938:3, 3938:6, 3938:12, 3938:14, 3944:25, 3945:4, 3947:21, 3948:9, 3957:7, 3957:14, 3957:19, 3962:24,

3963:3, 3964:14, 3966:14, 3967:13, 3991:18, 3991:19, 3992:13, 3992:24, 3993:16, 3994:1, 3994:5, 3995:15, 3998:3, 3998:16, 3998:18, 3998:19, 3999:11, 3999:14, 3999:18, 3999:21, 4003:5, 4004:18, 4005:15, 4006:2

**TREMENDOUSLY** [1] - 3947:16

**TRENCH** [4] - 3956:5, 3996:25, 4006:20, 4011:19

**TRENCHING** [1] - 3956:8

**TRIAL** [11] - 3930:11, 3932:3, 3936:20, 3953:19, 3955:3, 3963:21, 3964:24, 3965:4, 3993:18, 3993:24, 3994:11

**TRIANGLE** [7] - 3937:12, 3948:12, 3949:3, 3949:8, 3949:14, 3950:7, 3950:12

**TRIANGULATE** [1] - 3987:17

**TRIED** [1] - 3936:9

**TRUE** [22] - 3952:12, 3952:13, 3953:7, 3953:11, 3955:3, 3955:4, 3956:20, 3957:2, 3959:3, 3961:9, 3964:18, 3969:15, 3970:10, 3977:13, 3984:17, 3985:1, 3985:15, 3986:25, 3988:23, 3996:15, 3997:1, 4014:7

**TRULY** [2] - 3970:9, 4009:24

**TRUTH** [2] - 3987:18, 3994:14

**TRYING** [3] - 3965:2, 3989:16, 3996:17

**TUBE** [8] - 3940:16, 3940:18, 3940:24, 3954:3, 3978:16, 3984:6, 3984:7, 3984:25

**TULLA** [25] - 3946:4, 3946:5, 3946:9, 3955:5, 3958:17, 3959:11, 3959:14,

3968:16, 3969:11, 3970:20, 3972:19, 3973:5, 3973:8, 3978:22, 3980:4, 3984:16, 3986:11, 3990:11, 3997:3, 3999:1, 4001:20, 4002:15, 4005:4, 4006:24, 4012:5

**TULLA'S** [12] - 3950:22, 3950:23, 3964:23, 3970:23, 3986:15, 3987:22, 3988:6, 3989:16, 3996:19, 3997:4, 3998:13, 4010:19

**TURN** [2] - 3996:22, 4006:17

**TURNED** [1] - 3987:14

**TWEETY** [2] - 3953:8, 3953:15

**TWO** [19] - 3942:9, 3948:12, 3948:17, 3949:2, 3949:10, 3951:5, 3956:21, 3968:24, 3969:2, 3971:12, 3977:5, 3981:24, 3984:17, 3986:9, 3988:16, 3988:17, 3989:13, 4005:9, 4011:11

**TWO-DIMENSIONAL** [1] - 3981:24

**TX** [1] - 3930:25

**TYPES** [3] - 3939:14, 3974:7, 3981:13

### U

**U.S** [2] - 3933:3, 3955:13

**ULTIMATELY** [2] - 3994:22, 4006:7

**UNCERTAINTIES** [2] - 3982:8

**UNCERTAINTY** [2] - 3982:11, 3987:2

**UNDER** [11] - 3936:12, 3942:4, 3946:24, 3953:4, 3953:13, 3971:7, 3971:25, 3975:13, 3985:6, 3991:15, 4000:16

**UNDERESTIMATED** [1] - 3959:2

**UNDERGROUND** [1] - 4002:13

**UNDERNEATH** [7] - 3940:13, 3976:6, 3976:24, 3977:14,

3979:9, 3984:16, 3985:3

**UNDERSEEPAGE** [2] - 3981:2, 3994:23

**UNDERSTAND** [21] - 3942:25, 3949:24, 3961:3, 3963:7, 3967:7, 3969:3, 3979:1, 3985:19, 3989:16, 3990:11, 3990:15, 3992:16, 3993:9, 3993:11, 3994:3, 3994:8, 3994:13, 3998:19, 4001:25, 4002:3, 4003:3

**UNDERSTANDABLE** [1] - 4002:23

**UNDERSTANDING** [7] - 3968:19, 3971:6, 3977:8, 3983:16, 3985:22, 3992:4, 4014:8

**UNDERSTOOD** [1] - 3996:11

**UNDERTAKE** [1] - 3935:18

**UNDERTAKEN** [1] - 4007:6

**UNFORTUNATELY** [1] - 3960:5

**UNIDENTIFIED** [1] - 3938:5

**UNIQUE** [1] - 3983:11

**UNITED** [8] - 3930:1, 3930:12, 3933:3, 3964:3, 4000:20, 4001:12, 4014:5, 4014:15

**UNIVERSAL** [1] - 3994:9

**UNKNOWN** [1] - 3987:3

**UNLESS** [3] - 3959:7, 3982:3, 4010:14

**UNLIKE** [1] - 3940:13

**UNNATURAL** [1] - 3982:11

**UNRESOLVED** [1] - 3997:21

**UNSATURATED** [1] - 3973:5

**UNTIL** [1] - 4001:6

**UNUSUAL** [3] - 3942:12, 3952:19, 3970:24

**UP** [34] - 3937:3, 3937:20, 3938:18, 3946:12, 3946:25, 3947:13, 3949:11,

3952:24, 3953:19, 3954:24, 3955:20, 3962:20, 3963:11, 3967:17, 3968:10, 3968:15, 3972:25, 3975:17, 3976:18, 3979:13, 3985:21, 3986:7, 3993:3, 3998:2, 4001:10, 4002:17, 4002:18, 4005:6, 4007:20, 4009:17, 4011:21, 4011:22, 4011:24

**UPLIFT** [6] - 3947:13, 3947:16, 3986:8, 3996:15, 4006:5, 4006:8

**UPON** [5] - 3936:24, 3937:13, 3968:3, 3971:6, 4002:22

**UPPER** [1] - 3971:18

**UPWARD** [6] - 3941:17, 3946:17, 3946:18, 3946:19, 3946:23, 3954:22

**US** [15] - 3943:25, 3944:24, 3947:23, 3947:25, 3961:16, 3962:21, 3969:15, 3970:15, 3973:5, 3976:24, 3979:1, 3979:5, 3987:15, 4004:6, 4004:19

**USE** [4] - 3968:10, 3970:15, 4006:9, 4009:24

**USED** [9] - 3947:25, 3953:18, 3955:19, 3955:22, 3955:25, 3960:9, 3995:7, 4002:12, 4007:11

**USING** [8] - 3954:12, 3954:13, 3955:18, 3986:12, 3987:17, 3987:19, 3999:9

**UTILIZED** [2] - 3956:12, 3972:21

**UTILIZING** [1] - 3954:11

### V

**VALIDATE** [2] - 3955:23, 3987:19

**VALUABLE** [1] - 3962:18

**VALUES** [3] - 3986:13, 3986:15, 3986:22

**VALVE** [3] - 3953:14, 3972:11, 3972:12

VARIABILITY [1] - 3987:2
VARIABLE [1] - 3986:23
VARIABLES [2] - 3970:9, 3986:19
VARIETY [2] - 3959:20, 3981:19
VARIOUS [1] - 3962:6
VELOCITY [2] - 3946:7
VERIFY [1] - 3955:23
VERSUS [4] - 3946:11, 3965:10, 3965:11, 3984:11
VERTICAL [4] - 3942:19, 3949:2, 3982:15
VERTICALLY [2] - 3942:6, 3946:22
VERY [18] - 3942:1, 3946:1, 3953:18, 3964:5, 3964:6, 3964:7, 3964:15, 3969:15, 3970:22, 3973:14, 3987:19, 3989:6, 3995:21, 3996:8, 4002:3, 4002:25, 4009:3, 4013:9
VICINITY [1] - 3946:7
VICTOR [1] - 3931:8
VIDEO [1] - 3962:16
VIDEOTAPE [2] - 3962:21, 3965:24
VIEW [1] - 3945:17
VIEWS [1] - 3956:21
VIS-À-VIS [1] - 4012:1
VISUALLY [1] - 3945:14
VOICE [1] - 3964:13
VOIDS [2] - 3951:12, 3973:12

**W**

WAGER [1] - 3932:17
WAGER-ZITO [1] - 3932:17
WAIT [3] - 3999:17
WALL [63] - 3936:25, 3948:6, 3948:7, 3949:4, 3949:20, 3949:23, 3954:21, 3955:18, 3959:18, 3961:22, 3962:13, 3969:3, 3969:4, 3969:7, 3969:8, 3969:16, 3969:19,

3969:25, 3970:2, 3970:3, 3977:13, 3978:25, 3979:2, 3981:22, 3985:10, 3985:14, 3988:14, 3988:15, 3988:23, 3989:3, 3989:17, 3990:21, 3990:24, 3991:1, 3991:5, 3991:7, 3991:11, 3991:16, 3995:25, 3996:23, 3997:1, 3999:7, 4002:7, 4002:17, 4002:24, 4003:2, 4003:4, 4003:13, 4003:16, 4004:3, 4005:5, 4005:9, 4005:12, 4010:21, 4010:22, 4011:2, 4011:4, 4011:5, 4011:9, 4011:18, 4012:18
WALLS [6] - 3955:16, 3958:22, 3959:2, 3987:16, 3988:17, 3988:20
WALTHER [1] - 3932:11
WANT [28] - 3935:21, 3936:11, 3945:10, 3947:22, 3953:10, 3954:10, 3960:25, 3961:6, 3963:4, 3963:11, 3963:23, 3965:19, 3970:8, 3978:8, 3980:19, 3990:10, 3992:1, 3992:10, 3992:20, 3994:12, 3994:13, 3996:12, 3999:19, 3999:24, 4000:1, 4001:13, 4009:22
WANTED [4] - 3956:7, 3963:3, 3973:2, 3992:13
WANTS [4] - 3945:10, 3999:14, 3999:15, 3999:18
WARD [3] - 3991:17, 3997:25, 4011:2
WARREN [2] - 3932:7, 3932:7
WAS [89] - 3935:16, 3936:15, 3936:16, 3938:14, 3938:15, 3939:22, 3939:23, 3939:25, 3940:6, 3940:19, 3940:24, 3946:20, 3947:1, 3947:9, 3951:8,

3952:2, 3952:4, 3952:10, 3953:8, 3955:13, 3957:25, 3959:2, 3959:12, 3959:15, 3959:17, 3959:19, 3962:18, 3962:20, 3963:2, 3964:21, 3964:22, 3964:24, 3965:3, 3967:21, 3968:16, 3968:18, 3968:19, 3971:5, 3974:20, 3975:17, 3978:18, 3979:14, 3981:2, 3981:5, 3981:6, 3981:24, 3989:4, 3990:12, 3990:15, 3990:16, 3990:21, 3991:14, 3992:16, 3995:23, 3996:2, 3997:25, 3998:1, 3998:5, 3998:12, 3998:14, 3998:15, 4000:13, 4000:15, 4000:17, 4000:19, 4000:21, 4001:11, 4001:15, 4001:19, 4001:22, 4002:16, 4003:14, 4004:11, 4006:8, 4006:9, 4006:24, 4008:24, 4008:25, 4009:1, 4009:4, 4009:25, 4013:14
WASHED [3] - 4009:15, 4009:16, 4010:4
WASHINGTON [5] - 3932:11, 3932:20, 3933:8, 3974:20, 3979:24
WASN'T [3] - 3935:12, 3998:9, 4009:16
WATER [66] - 3940:17, 3940:19, 3940:21, 3940:25, 3943:20, 3943:23, 3944:2, 3944:3, 3944:8, 3946:1, 3946:8, 3949:20, 3949:25, 3951:5, 3951:17, 3951:19, 3951:21, 3951:23, 3952:1, 3952:3, 3952:6, 3952:7, 3952:23, 3953:4, 3953:13, 3953:18, 3953:20, 3954:1, 3959:3, 3960:16, 3960:18, 3961:6, 3967:24, 3967:25, 3971:25,

3972:10, 3972:11, 3978:17, 3979:5, 3982:9, 3982:15, 3983:6, 3983:8, 3983:9, 3983:18, 3983:25, 3984:2, 3985:3, 3985:4, 3985:6, 3985:9, 3985:13, 3985:24, 3986:2, 3990:22, 3991:7, 3991:10, 3991:16, 4002:9, 4003:1, 4004:3, 4005:10, 4008:22
WAVE [9] - 3946:7, 3959:12, 3959:15, 3990:12, 3990:16, 4002:7, 4006:15, 4006:19
WAVES [5] - 3996:19, 3996:21, 3996:25, 4006:25, 4007:7
WAY [23] - 3937:24, 3944:1, 3957:4, 3957:8, 3958:23, 3971:15, 3972:3, 3973:17, 3973:23, 3977:11, 3977:14, 3977:22, 3978:23, 3982:2, 3984:22, 3986:6, 3989:11, 3996:20, 4001:1, 4001:11, 4002:9, 4002:18, 4003:19
WE [144] - 3935:16, 3935:17, 3935:20, 3935:23, 3936:6, 3936:21, 3937:24, 3937:25, 3938:3, 3938:5, 3938:6, 3938:10, 3938:13, 3943:1, 3943:12, 3943:13, 3943:16, 3944:25, 3945:4, 3945:17, 3947:3, 3947:5, 3947:7, 3947:13, 3947:17, 3947:19, 3947:21, 3948:6, 3948:7, 3948:14, 3950:6, 3950:18, 3951:2, 3951:5, 3951:6, 3951:11, 3951:19, 3952:5, 3956:7, 3956:18, 3957:19, 3957:21, 3959:11, 3959:14, 3959:15, 3959:23, 3960:1, 3960:15, 3962:23, 3962:24, 3964:5, 3966:10, 3970:21,

3971:2, 3971:14, 3971:22, 3972:11, 3973:3, 3974:6, 3974:9, 3974:15, 3974:17, 3974:19, 3974:24, 3974:25, 3975:1, 3975:4, 3975:5, 3975:17, 3975:25, 3976:9, 3976:12, 3976:16, 3976:19, 3976:24, 3977:2, 3977:18, 3978:7, 3979:20, 3981:9, 3981:19, 3981:23, 3981:24, 3982:3, 3982:14, 3982:22, 3985:12, 3986:24, 3989:4, 3990:17, 3990:20, 3991:20, 3992:9, 3992:17, 3993:6, 3993:9, 3993:19, 3993:23, 3993:24, 3994:6, 3997:23, 3998:8, 4000:10, 4000:24, 4001:6, 4001:14, 4001:19, 4002:19, 4004:12, 4004:25, 4005:22, 4006:15, 4006:23, 4007:11, 4007:13, 4007:15, 4007:20, 4008:5, 4008:11, 4008:12, 4008:18, 4008:19, 4009:7, 4009:23, 4010:18, 4011:21
WE'LL [4] - 3957:23, 3966:12, 4000:23, 4013:11
WE'RE [22] - 3940:12, 3945:4, 3945:18, 3953:1, 3962:3, 3963:6, 3963:24, 3970:7, 3971:6, 3972:24, 3973:16, 3974:24, 3979:11, 3986:24, 3993:24, 3994:6, 3994:19, 4004:24, 4006:3, 4010:18, 4010:20, 4011:23
WE'VE [14] - 3937:21, 3938:22, 3939:17, 3943:4, 3944:22, 3951:5, 3957:17, 3962:16, 3981:22, 3985:8, 3985:18, 3993:16, 3993:19, 4012:24
WEAKEST [1] -

3987:10
**WEDGE** [1] - 3972:17
**WEDNESDAY** [2] - 3930:7, 3935:2
**WEEKS** [2] - 3937:21, 3938:22
**WEIGHT** [12] - 3939:19, 3940:12, 3946:25, 3947:6, 3947:8, 3947:9, 3947:11, 3947:13, 3949:19, 3949:20, 3953:22, 3954:25
**WEIRD** [1] - 3992:17
**WELL** [65] - 3935:23, 3936:25, 3942:3, 3942:10, 3942:15, 3943:6, 3943:11, 3944:12, 3948:17, 3952:3, 3952:11, 3952:24, 3957:18, 3957:25, 3958:4, 3960:25, 3961:2, 3962:16, 3963:6, 3964:24, 3970:19, 3971:18, 3973:21, 3974:9, 3974:13, 3975:22, 3976:18, 3976:21, 3980:13, 3980:16, 3981:9, 3981:16, 3981:19, 3982:20, 3983:4, 3984:5, 3985:18, 3985:23, 3987:2, 3987:7, 3987:9, 3988:14, 3988:24, 3989:2, 3989:11, 3989:16, 3991:12, 3992:10, 3993:11, 3994:6, 3995:7, 3997:17, 4000:23, 4001:25, 4004:10, 4004:22, 4005:24, 4006:23, 4008:22, 4009:15, 4009:17, 4009:23, 4010:24, 4012:9, 4012:22
**WENT** [6] - 3936:6, 3959:3, 3963:12, 3967:5, 3981:25, 3998:8
**WERE** [36] - 3938:10, 3940:4, 3940:14, 3940:21, 3943:13, 3947:7, 3947:24, 3952:17, 3953:7, 3956:23, 3959:8, 3960:18, 3962:21, 3963:18, 3963:19, 3967:8, 3968:19,

3974:21, 3978:2, 3978:14, 3991:9, 3991:20, 3994:15, 3994:16, 3994:17, 3994:18, 3995:20, 3996:19, 4010:22, 4011:2, 4011:9
**WEREN'T** [3] - 3943:12, 3947:25
**WEST** [2] - 3937:10, 4005:12
**WET** [1] - 3952:5
**WGI** [1] - 3985:8
**WGI'S** [1] - 3979:21
**WHAT** [76] - 3935:16, 3938:10, 3939:6, 3940:14, 3942:7, 3942:15, 3943:25, 3944:5, 3945:4, 3950:15, 3952:6, 3953:1, 3954:10, 3954:16, 3954:22, 3955:6, 3956:7, 3957:1, 3957:9, 3957:14, 3958:23, 3960:3, 3960:5, 3960:20, 3961:3, 3961:8, 3961:16, 3961:19, 3962:15, 3963:5, 3963:8, 3963:9, 3963:13, 3963:24, 3967:23, 3968:19, 3968:22, 3968:24, 3971:5, 3971:6, 3971:17, 3975:8, 3975:18, 3977:2, 3977:8, 3977:14, 3978:12, 3979:8, 3980:19, 3981:8, 3985:17, 3987:7, 3988:22, 3988:24, 3989:1, 3989:21, 3990:1, 3998:19, 3998:20, 3998:25, 3999:1, 3999:9, 3999:18, 4002:6, 4004:19, 4006:1, 4006:4, 4006:5, 4006:7, 4009:20, 4010:18, 4010:20, 4011:15, 4011:18, 4012:21
**WHAT'D** [1] - 4009:19
**WHAT'S** [9] - 3942:5, 3942:6, 3942:14, 3942:18, 3947:13, 3965:24, 3972:17, 3975:21
**WHATEVER** [6] - 3946:21, 3972:25,

3975:6, 3975:17, 4002:16
**WHEN** [10] - 3942:11, 3943:19, 3946:19, 3948:14, 3950:10, 3960:20, 3967:11, 3977:11, 3981:23, 4004:12
**WHENEVER** [1] - 3992:14
**WHERE** [28] - 3939:25, 3944:19, 3947:3, 3950:24, 3952:13, 3955:5, 3957:2, 3970:15, 3974:12, 3974:20, 3976:2, 3985:12, 3987:18, 3988:17, 3992:12, 3994:19, 3998:1, 4001:15, 4002:17, 4003:4, 4005:1, 4005:6, 4006:16, 4007:24, 4008:12, 4008:15, 4009:14, 4010:22
**WHEREUPON** [4] - 3963:1, 3965:17, 3966:13, 4013:14
**WHEREVER** [1] - 3961:6
**WHETHER** [9] - 3938:25, 3962:11, 3964:11, 3977:12, 3978:9, 3991:9, 3995:22, 3999:6, 4006:6
**WHICH** [47] - 3936:24, 3940:25, 3943:1, 3943:4, 3944:2, 3944:3, 3948:15, 3950:6, 3950:12, 3953:4, 3953:18, 3955:6, 3958:13, 3962:12, 3967:24, 3967:25, 3969:25, 3971:3, 3971:7, 3972:14, 3973:20, 3974:3, 3974:19, 3975:1, 3976:10, 3979:5, 3980:3, 3980:18, 3983:10, 3985:8, 3988:7, 3988:21, 3990:6, 3992:4, 3992:7, 3996:20, 3999:9, 4000:4, 4001:20, 4002:9, 4002:24, 4008:15, 4009:4, 4010:6, 4012:7
**WHILE** [4] - 3947:21,

3962:3, 3972:25
**WHITE** [2] - 3947:20, 3948:5
**WHO** [8] - 3938:23, 3944:1, 3960:15, 3961:10, 3980:7, 3990:15, 4000:16, 4001:10
**WHOEVER** [2] - 3953:8, 3953:9
**WHOLE** [5] - 3941:11, 3974:17, 3979:20, 3987:5, 3993:19
**WHY** [16] - 3976:19, 3979:12, 3980:13, 3983:3, 3987:18, 3987:19, 3988:13, 3990:3, 3992:13, 3993:9, 3995:2, 3997:16, 4001:24, 4002:17, 4004:21, 4009:16
**WIFE** [1] - 4013:9
**WIFE'S** [1] - 3944:7
**WILL** [15] - 3936:7, 3936:9, 3938:14, 3951:2, 3954:1, 3957:21, 3962:12, 3969:4, 3985:21, 3994:8, 3995:4, 4001:5, 4010:10
**WILLIAM** [1] - 3932:12
**WILSHIRE** [1] - 3932:4
**WIN** [2] - 3959:25
**WIND** [1] - 3996:20
**WISH** [1] - 3940:2
**WITH** [76] - 3936:6, 3938:25, 3940:17, 3941:22, 3941:24, 3942:21, 3943:19, 3944:1, 3944:6, 3944:7, 3944:15, 3944:16, 3944:20, 3946:5, 3946:9, 3946:17, 3946:20, 3947:25, 3948:6, 3949:17, 3953:4, 3956:3, 3956:16, 3956:22, 3957:19, 3957:23, 3958:5, 3961:2, 3963:8, 3964:16, 3965:23, 3965:24, 3967:17, 3968:8, 3969:13, 3969:20, 3970:8, 3970:24, 3971:19, 3975:5, 3975:16, 3976:14, 3978:14, 3979:20, 3979:25,

3980:8, 3983:1, 3983:8, 3985:3, 3986:12, 3987:5, 3988:11, 3989:3, 3989:5, 3989:8, 3989:9, 3993:3, 3994:10, 3994:19, 3995:4, 3995:19, 3995:21, 3997:3, 3998:6, 4000:23, 4002:6, 4002:23, 4005:4, 4007:7, 4008:16, 4010:11, 4010:12, 4012:4, 4012:23
**WITHDRAW** [2] - 3957:22, 3957:23
**WITHDRAWN** [1] - 3962:3
**WITHIN** [11] - 3944:22, 3952:21, 3954:20, 3964:7, 3966:8, 3966:20, 3967:5, 3967:11, 3978:15, 3991:25, 3992:2
**WITHOUT** [4] - 3944:13, 3944:21, 3945:21, 4013:3
**WITNESS** [17] - 3936:13, 3936:15, 3945:8, 3945:12, 3957:15, 3960:15, 3963:4, 3983:19, 3983:23, 3984:1, 3984:5, 3984:10, 3984:13, 3998:9, 3999:5, 4000:15, 4000:16
**WITNESSES** [1] - 3936:1
**WITTMANN** [1] - 3932:11
**WON'T** [4] - 3936:6, 3958:5, 3963:11, 3995:7
**WOODCOCK** [1] - 3933:6
**WORD** [3] - 3940:8, 3971:7, 3975:20
**WORDS** [6] - 3988:21, 4000:25, 4002:7, 4002:11, 4002:20, 4009:22
**WORK** [3] - 3935:21, 3955:12, 3978:6
**WORKED** [2] - 3952:16, 3987:19
**WORKING** [1] - 4009:21
**WORLD** [9] - 3945:17,

3952:18, 3956:9, 3956:13, 3960:9, 3986:16, 3986:19, 3986:22, 3986:23

**WOULD** [31] - 3935:18, 3937:3, 3938:25, 3939:14, 3940:1, 3940:3, 3942:1, 3944:24, 3953:10, 3953:14, 3953:15, 3956:7, 3956:9, 3957:15, 3957:16, 3963:11, 3963:24, 3967:21, 3971:18, 3978:10, 3980:13, 3983:20, 3983:21, 3986:25, 3987:5, 3987:23, 3995:12, 3997:3, 4003:9, 4007:5, 4007:9

**WOULDN'T** [2] - 3956:9, 3956:10

**WRITING** [1] - 3963:7

**WRONG** [11] - 3960:18, 3977:25, 3978:1, 3986:24, 3987:8, 3988:1, 3988:3, 3988:4, 3996:18, 3996:19

**WROTE** [2] - 3938:10, 4006:25

## Y

**YEAH** [3] - 3956:15, 3971:24, 3976:19

**YEAR** [2] - 3987:5, 3987:23

**YEARS** [2] - 3936:10, 3955:22

**YELLED** [1] - 3978:1

**YELLOW** [1] - 3937:12

**YES** [129] - 3936:13, 3937:2, 3937:8, 3938:2, 3938:13, 3939:17, 3941:14, 3941:16, 3941:21, 3941:25, 3942:24, 3943:15, 3944:12, 3944:13, 3946:3, 3946:10, 3948:13, 3948:19, 3950:17, 3951:1, 3951:4, 3951:7, 3951:10, 3953:2, 3953:6, 3953:12, 3953:23, 3955:10, 3956:25, 3957:3, 3957:6, 3959:22, 3960:12,

3960:14, 3960:24, 3962:10, 3962:14, 3962:25, 3964:3, 3966:4, 3966:23, 3969:9, 3969:18, 3969:21, 3969:23, 3970:5, 3970:11, 3970:14, 3971:1, 3971:9, 3972:5, 3972:7, 3972:18, 3973:7, 3973:11, 3973:15, 3973:19, 3973:25, 3974:2, 3974:8, 3974:11, 3974:16, 3974:18, 3975:3, 3975:7, 3976:5, 3976:8, 3977:3, 3977:10, 3977:17, 3977:24, 3978:4, 3978:6, 3978:11, 3979:3, 3980:10, 3980:12, 3980:25, 3981:4, 3981:15, 3982:7, 3982:24, 3984:1, 3984:13, 3984:18, 3985:2, 3985:5, 3985:7, 3987:25, 3988:2, 3988:5, 3989:15, 3989:23, 3990:14, 3990:19, 3990:23, 3990:25, 3991:3, 3992:23, 3993:14, 3996:1, 3996:16, 3997:2, 3997:7, 3998:16, 4000:3, 4001:14, 4001:23, 4002:14, 4003:8, 4003:20, 4003:23, 4003:25, 4004:8, 4004:16, 4007:2, 4007:8, 4007:14, 4007:19, 4007:23, 4008:14, 4008:20, 4009:13, 4010:15, 4011:17, 4012:16, 4012:20

**YESTERDAY** [12] - 3936:7, 3940:14, 3940:18, 3952:2, 3952:9, 3954:3, 3978:7, 3978:21, 3979:14, 3984:6, 4007:15, 4011:23

**YET** [1] - 3970:3

**YIELD** [1] - 3946:6

**YOU** [228] - 3935:25, 3936:4, 3936:5, 3936:11, 3936:23, 3937:3, 3937:20, 3938:2, 3938:8,

3938:10, 3938:12, 3938:17, 3938:19, 3938:25, 3939:3, 3939:4, 3939:6, 3939:14, 3939:15, 3940:8, 3940:9, 3940:10, 3940:14, 3940:19, 3941:5, 3941:22, 3942:1, 3942:10, 3942:11, 3942:25, 3943:20, 3943:23, 3943:25, 3944:1, 3944:7, 3944:13, 3944:24, 3945:8, 3945:10, 3945:11, 3945:14, 3945:20, 3946:6, 3946:8, 3946:12, 3946:13, 3946:15, 3946:19, 3947:1, 3948:15, 3948:19, 3948:25, 3949:17, 3949:24, 3949:25, 3950:15, 3950:19, 3951:2, 3951:19, 3952:12, 3952:13, 3953:9, 3953:14, 3953:20, 3953:21, 3953:22, 3956:3, 3956:5, 3960:25, 3961:5, 3961:6, 3962:4, 3962:11, 3963:13, 3963:14, 3963:16, 3965:8, 3966:1, 3966:5, 3966:10, 3966:12, 3966:18, 3967:13, 3967:14, 3967:20, 3967:21, 3968:6, 3968:8, 3968:20, 3968:21, 3969:8, 3970:3, 3970:15, 3970:16, 3970:19, 3970:24, 3971:10, 3971:11, 3972:4, 3972:8, 3972:9, 3972:11, 3972:21, 3972:24, 3973:2, 3973:18, 3974:4, 3974:23, 3975:12, 3975:20, 3976:19, 3977:4, 3977:5, 3977:7, 3977:14, 3977:15, 3977:18, 3977:19, 3978:8, 3978:22, 3980:6, 3980:7, 3980:11, 3980:13, 3980:24, 3981:5, 3981:8, 3981:13, 3982:6, 3982:15, 3983:1,

3983:3, 3984:6, 3984:19, 3986:14, 3986:18, 3986:25, 3987:5, 3988:10, 3989:7, 3990:10, 3990:15, 3991:9, 3991:14, 3992:1, 3992:6, 3992:15, 3992:16, 3993:14, 3993:15, 3994:10, 3995:4, 3995:14, 3995:15, 3995:16, 3995:20, 3995:22, 3996:15, 3997:3, 3997:8, 3997:11, 3997:14, 3998:21, 3998:22, 3998:23, 3999:20, 4000:1, 4000:4, 4000:7, 4001:2, 4001:4, 4001:22, 4001:24, 4002:6, 4002:7, 4002:8, 4002:11, 4002:12, 4002:13, 4002:15, 4002:21, 4002:24, 4003:15, 4003:19, 4003:21, 4003:24, 4004:1, 4004:2, 4004:15, 4005:8, 4006:14, 4006:19, 4007:5, 4007:9, 4007:11, 4007:17, 4007:18, 4007:21, 4007:25, 4008:5, 4008:15, 4009:7, 4009:11, 4009:19, 4009:22, 4009:23, 4009:24, 4010:4, 4010:21, 4012:4, 4012:21, 4013:9, 4013:13

**YOU'RE** [11] - 3936:12, 3943:25, 3946:12, 3961:5, 3969:8, 3976:21, 3976:23, 3989:14, 3997:11, 3999:11, 4010:14

**YOU'VE** [10] - 3941:12, 3941:15, 3941:17, 3945:25, 3949:2, 3955:2, 3962:8, 3963:13, 3965:6, 3967:20

**YOUR** [61] - 3935:9, 3935:11, 3935:15, 3936:23, 3937:15, 3937:16, 3937:23, 3938:9, 3938:24, 3942:22, 3944:15, 3944:25, 3945:25,

3954:6, 3954:12, 3955:1, 3956:22, 3957:7, 3958:2, 3958:12, 3958:13, 3960:21, 3960:23, 3962:24, 3963:6, 3963:12, 3964:2, 3965:16, 3966:11, 3966:14, 3968:19, 3975:23, 3977:7, 3978:10, 3979:23, 3980:8, 3980:14, 3981:17, 3982:5, 3982:16, 3983:14, 3983:16, 3983:24, 3985:23, 3987:7, 3993:10, 3994:5, 3995:19, 3996:12, 3998:3, 3999:11, 4000:2, 4000:12, 4003:5, 4003:10, 4004:6, 4004:18, 4005:21, 4007:17, 4011:16

## Z

**ZITO** [1] - 3932:17