UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

                                                SECTION "K"(2)

**PERTAINS TO: C. Abadie, 06-5164**
Claim of Pamela George regarding
6043 Paris Avenue, New Orleans, LA 70122

## ORDER AND REASONS

Before the Court is a Motion for Discharge (Doc. 21118) filed by Lexington Insurance Company ("Lexington") who moves the court for a discharge of its obligations associated with the above-styled matter pursuant to 28 U.S.C. §1335.  Lexington is a disinterested party because it paid the entirety of the fund into the court registry, disavowing interest in it,  and all known stakeholders of these funds have either waived service or have been served in this interpleader action (Docs. 21057 and 21094). No opposition has been filed to this motion.  Based on the foregoing,

**IT IS ORDERED** that the Motion for Discharge (Doc. 21118) is **GRANTED** and Lexington is discharged from any further obligations associated with this matter and relieved of all liability and responsibility in connection with the funds so deposited and dismissed from this matter.

**IT IS FURTHER ORDERED** that the State of Louisiana, Division of Administration, Office of Community Development, Louisiana Recovery Authority, Administrators of the Road Home Program, and the Law Office of Joseph M. Bruno, APLC, file a motion for disbursement of said funds no later than **February 22, 2013** so that this matter may be concluded.

New Orleans, Louisiana, this 22nd day of January, 2013.

                                                **STANWOOD R. DUVAL, JR.**
                                    **UNITED STATES DISTRICT COURT JUDGE**