## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOSEPHINE RICHARDSON, ET AL** * | | **CIVIL ACTION #06-8708** |
| **VERSUS** * | | **SECTION K** |
| **BOH BROS. CONSTRUCTION CO.,** * **L.L.C., ET AL** * | | **MAGISTRATE 2** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO WITHDRAW AS COUNSEL OF RECORD

**ON MOTION OF** Robert J. Caluda, and The Caluda Law Firm and on suggesting to the Court that he has heretofore represented the Plaintiff, **JOSEPHINE RICHARDSON,** individually and on behalf of the decedent, **JOSEPH RICHARDSON** in this matter, and that he now wishes to withdraw as counsel of record in the captioned matter and respectfully requests this Honorable Court to enter an Order granting Movants leave to withdraw as counsel of record for Plaintiff, individually and on behalf of the decedent, JOSEPH RICHARDSON.

1.

There are no hearing dates or trial dates set in this matter.

2.

On November 12, 2012, Plaintiff was informed via telephone of my intention to withdraw in this matter. Ms. Richardson was also sent correspondence of the same on November 13, 2012, via regular US Mail and certified US Mail PS Form 3800, #7011 1150 0000 6031 5324, at her last known address of 1321 Egania St., New Orleans, Louisiana. USPS delivery confirmation for this notice was returned and indicates that Ms. Richardson received the same on November 19, 2012.

3.

USPS certified return confirmation of the same is attached hereto, *Exhibit A*.



**4.**

A Verification Affidavit is attached hereto, ***Exhibit "B"***.

**5.**

A copy of this Motion has been delivered to the parties as set forth in the Certificate of Service.

**WHEREFORE,** Undersigned Counsel prays that Robert J. Caluda and The Caluda Law Firm be allowed to withdraw as Counsel of Record in the above captioned matter.

                Respectfully Submitted,
                **THE CALUDA LAW FIRM**

**ROBERT J. CALUDA, LA BAR #3804**
3232 Edenborn Avenue
Metairie, LA 70002
Telephone: (504) 586-0361
Facsimile: (504) 522-5161

CERTIFICATE OF SERVICE
I certify that a copy of the foregoing pleading has been served upon counsel for all parties by mailing same to each property addressed and postage prepaid on this 27 day of Nov, 2012.