**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 45 |
| Certified Fee | 2.95 |
| Return Receipt Fee (Endorsement Required) | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.75 |

Postmark Here  11/19/12

Sent To: Josephine Richardson
Street, Apt. No.; or PO Box No. 1321 Egania St.
City, State, ZIP+4 No La 70117

7011 1150 0000 6031 5324

PS Form 3800, August 2006     See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Josephine Richardson
c/o Joseph Richardson
1321 Egania St
New Orleans LA 70117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Josephine R.     ☐ Agent  ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery 11/19/12

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☑ Registered      ☑ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7011 1150 0000 6031 5324

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



**State of Louisiana**
**Parish of Orleans**

**VERIFICATION AFFIDAVIT**
**RE:    SEND/RETURN OF CERTIFIED MAIL NOTICE**

**BEFORE ME,** the undersigned authority, personally came and appeared, **Julie B. Ruiz** who, being duly sworn, did depose and state that:

She is the secretary of Robert J. Caluda, attorney in the matter entitled "United States District Court, Eastern District of Louisiana, docket #06-8708 and that she properly addressed and mailed written notice of Robert J. Caluda, and The Caluda Law Firm's withdrawal in said matter, to **JOSEPHINE RICHARDSON,** individually and on behalf of the decedent, **JOSEPH RICHARDSON.**   USPS has returned the registered delivery receipt on or about November 26, 2012 with corresponding certification numbers.

_____
JULIE B. RUIZ

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 26TH DAY OF **NOVEMBER, 2012.**

_____ #33459
VINCENT P. SCALLAN, NOTARY PUBLIC
My commission expires at death.

