**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 45 |
| Certified Fee | | 2.95 |
| Return Receipt Fee (Endorsement Required) | | 2.35 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 5.75 |

Postmark Here  11/19/12

7011 1150 0000 6031 5324

Sent To: Josephine Richardson
Street, Apt. No.; or PO Box No.: 1321 Egania St.
City, State, ZIP+4: No La 70117

PS Form 3800, August 2006      See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Josephine Richardson
c/o Joseph Richardson
1321 Egania St
New Orleans LA 70117

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Josephine R.*  ☐ Agent  ☑ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                     11/19/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service lab)
   7011 1150 0000 6031 5324

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



## State of Louisiana
## Parish of Orleans

### VERIFICATION AFFIDAVIT
### RE: SEND/RETURN OF CERTIFIED MAIL NOTICE

**BEFORE ME,** the undersigned authority, personally came and appeared, **Julie B. Ruiz** who, being duly sworn, did depose and state that:

She is the secretary of Robert J. Caluda, attorney in the matter entitled "United States District Court, Eastern District of Louisiana, docket #06-8708 and that she properly addressed and mailed written notice of Robert J. Caluda, and The Caluda Law Firm's withdrawal in said matter, to **JOSEPHINE RICHARDSON,** individually and on behalf of the decedent, **JOSEPH RICHARDSON.** USPS has returned the registered delivery receipt on or about November 26, 2012 with corresponding certification numbers.

_____
JULIE B. RUIZ

SWORN TO AND SUBSCRIBED BEFORE ME
THIS 26TH DAY OF **NOVEMBER, 2012.**

_____ #33459
VINCENT P. SCALLAN, NOTARY PUBLIC
My commission expires at death.

