UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
************************************
IN RE: KATRINA CANAL BREACHES  *      CIVIL ACTION NO.: 05-4182 K(2)
CONSOLIDATED LITIGATION        *
                               *
                               *      JUDGE: STANWOOD R. DUVAL, JR.
PERTAINS TO:                   *
C. ABADIE, 06-5164             *
                               *
************************************
```

MOTION FOR ENTERING DEFAULT
ON INTERPLEADER

**NOW INTO COURT**, through undersigned counsel, comes JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation ("Chase"), which for purposes of this Motion for Entering Default on Interpleader, respectfully represents that:

1. Lexington Insurance Company ("Lexington") filed a Crossclaim in Interpleader and placed certain funds into the Court's Registry.

2. Chase, along with Demetrius Temple, the Law Office of Joseph M. Bruno, APLC and State of Louisiana, Department of Administration, Office of Community Development, Administrators of the Road Home Program ("Road Home") were named as defendants.

3. Road Home was served on December 9, 2011 but has not answered. A copy of the Summons is attached as Exhibit 1.

      4.      Chase has the right to seek the entry of default as to Road Home pursuant to Fed. Rules Civ. Pro. Rule 22.  No action is being sought as to Lexington pursuant to 280 U.S.C. § 2361.

      5.      Chase seeks the entry of default pursuant to Rule 55, Fed. R. Civ. Pro. so that an ultimate default judgment may be entered ordering the disbursement of the funds held by the Court.

      6.      Chase attached an affidavit in support pursuant to Rule 55(a), Fed. R. Civ. Pro.

      7.      The relief sought is limited to the Crossclaim in Interpleader filed by Lexington.

WHEREFORE, JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation, prays that its Motion for Entering Default on Interpleader be granted and that an entry of default be entered against State of Louisiana, Department of Administration, Office of Community Development, Administrators of the Road Home Program solely as to the Crossclaim in Interpleader filed by Lexington Insurance Company.

                                          **Respectfully submitted,**

                                          **TAGGART MORTON, L.L.C.**

                                          *s/ Barry Grodsky*
                                          _____
                                          **BARRY H. GRODSKY (#1388)**
                                          2100 Energy Centre
                                          1100 Poydras Street.
                                          New Orleans, Louisiana  70163-2100
                                          Telephone:  (504)-599-8500
                                          Facsimile:  (504)-599-8501

                                          **COUNSEL FOR JPMORGAN CHASE BANK, N.A.**