UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> * <br> PERTAINS TO: * <br> C. ABADIE, 06-5164 * <br> * | CIVIL ACTION NO.: 05-4182 K(2) <br><br> JUDGE: STANWOOD R. DUVAL, JR. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT

**UNITED STATES OF AMERICA**

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

Before me, the undersigned authority, personally came and appeared:

### BARRY H. GRODSKY

who, after being duly sworn, deposed as follows:

1. Lexington Insurance Company ("Lexington") filed a Crossclaim in Interpleader and placed certain funds into the Court's Registry.

2. Chase, along with Demetrius Temple, the Law Office of Joseph M. Bruno, APLC and State of Louisiana, Department of Administration, Office of Community Development, Administrators of the Road Home Program ("Road Home") were named as defendants.

3.      Road Home was served on December 9, 2011 but has not answered. A copy of the Summons is attached as Exhibit 1.

_____
**BARRY H. GRODSKY**

**SWORN TO AND SUBSCRIBED before me,**
Notary, this 1ST day of February, 2013.

_____
**KEVIN M. WHEELER, Bar Roll No. 17861**
**1100 Poydras Street, Suite 2100**
**NEW ORLEANS, LOUISIANA 70163**
**NOTARY PUBLIC**

**(My commission is for life.)**