Case 2:05-cv-04182-SRD-JCW Document 21599-2 Filed 02/05/13 Page 1 of 2
Case 2:05-cv-04182-SRD-JCW Document 20821-2 Filed 04/30/12 Page 1 of 2

RETURN

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Eastern District of Louisiana

| | | |
|---|---|---|
| In Re: Katrina Canal Breaches Consolidated Litigation (Pertains to C. Abadie 06-5164) | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 05-4182 K(2) |
| This pleading applies only to the claim of Demetrias Temple regarding 5050 W. St. Andrew Circle, NOLA | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Louisiana Recovery Authority - DRU
c/o Tom Brennan
150 N. 3rd Street, Suite 500
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    LORETTA G. WHYTE

Date: **NOV 0 4 2011**

*Signature of Clerk or Deputy Clerk*

Case 2:05-cv-04182-SRD-JCW Document 21159-2 Filed 02/05/13 Page 2 of 2
Case 2:05-cv-04182-SRD-JCW Document 20821 Filed 04/30/12 Page 2 of 2
RETURN

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LOUISIANA RECOVERY AUTHORITY
was received by me on *(date)* 12-09-11 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* QUINN HATTEN , who is
designated by law to accept service of process on behalf of *(name of organization)* LOUISIANA
RECOVERY AUTHORITY on *(date)* 12-12-11 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-12-11

*Server's signature*

ROLAND MELINIE / PROCESS SERVER
*Printed name and title*

P.O. BOX 30149 NEW ORLEANS LA 70190
*Server's address*

Additional information regarding attempted service, etc: