# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

**************************************

**IN RE: KATRINA CANAL BREACHES** *   **CIVIL ACTION NO.: 05-4182 K(2)**
**CONSOLIDATED LITIGATION**  *
  *
  *   **JUDGE: STANWOOD R. DUVAL, JR.**
**PERTAINS TO:**  *
**C. ABADIE, 06-5164**  *
  *
**************************************

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Entering Default on Interpleader filed by JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation has been served upon all counsel of record through the CM-ECF Filing System for the United States District Court for the Eastern District of the State of Louisiana and *via* electronic mail on:

Ms. Melissa A. DeBarbieris, Esq.
Law Office of Joseph M. Bruno, APLC
855 Baronne St.
New Orleans, Louisiana  70113

*Counsel for Demetrias Temple.*

Mr. Eric Walton, Esq.
Gieger, Laborde & Laperouse, LLC
701 Poydras St., Ste. 4800
New Orleans, Louisiana  70139

*Counsel for Lexington Insurance Company.*

I further certify that a copy of this filing was sent to the following unrepresented parties by First-Class Mail, properly addressed and postage prepaid:

Louisiana Recovery Authority
c/o Tom Brennan
150 N. 3rd St., Ste. 500
Baton Rouge, Louisiana

This 5th day of February, 2013.

*s/ Barry Grodsky*

_____
**BARRY H. GRODSKY**