# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ************************************* | |
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION NO.: 05-4182 K(2) |
| CONSOLIDATED LITIGATION * | |
| * | |
| * | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: * | |
| C. ABADIE, 06-5164 * | |
| * | |
| ************************************* | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that the foregoing Motion for Entering Default on Interpleader filed by JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation is set for submission before the Honorable Judge Stanwood R. Duval, Jr., on February 20, 2013 at 9:30 a.m.

**Respectfully submitted,**

**TAGGART MORTON, L.L.C.**

*s/ Barry Grodsky*
_____
**BARRY H. GRODSKY (#1388)**
2100 Energy Centre
1100 Poydras Street.
New Orleans, Louisiana 70163-2100
Telephone: (504)-599-8500
Facsimile: (504)-599-8501

**COUNSEL FOR JPMORGAN CHASE BANK, N.A.**