UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO.: 05-4182 K(2) |
| | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: C. ABADIE, 06-5164 | |

## ORDER

**CONSIDERING THE FOREGOING**, Motion for Entering Default on Interpleader filed by JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation,

It is hereby **ORDERED** that said motion be **GRANTED** and that an entry of default is hereby entered against State of Louisiana, Department of Administration, Office of Community Development, Administrators of the Road Home Program solely as to the Crossclaim in Interpleader filed by Lexington Insurance Company.

New Orleans, Louisiana this 6th day of February, 2013.

Loretta G. Whyte, Clerk

*[signature]*

Deputy Clerk