UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: INSURANCE<br>06-5164 - Temple | SECTION "K" (2) |

<u>LAST KNOWN ADDRESS OF DEFENDANT(S) IN DEFAULT</u>
DEFENDANT:

| |
|---|
| Louisiana Recovery Authority - DRU |
| C/O Tom Brennan |
| 150 N. 3rd St., Suite 500 |
| Baton Rouge, LA 70801 |