UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 |
| PERTAINS TO: MRGO | * * | SECTION "K" (2) |
| (10-866 ARMSTRONG) | * * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

### JOINT MOTION TO STRIKE EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, the United States and Washington Group International, Inc. ("WGI"), and respectfully move the Court to strike the prior versions of the master trial exhibit list (Rec. Docs. 21101; 21103). These versions of the list will be superseded by a Revised Master Trial Exhibit List being filed simultaneously herewith.

1116911v.1

- 2 -

**WHEREFORE**, Plaintiffs, Washington Group International, Inc., and the United States respectfully move to strike the prior version of the master trial exhibit list (Rec. Docs. 21101; 21103).

Dated: February __, 2013              Respectfully submitted,

| | |
|---|---|
| */s/Robin D. Smith* | */s/Heather S. Lonian* |
| Robin D. Smith | William D. Treeby, 12901 |
| Senior Trial Counsel | James C. Gulotta, Jr., 6590 |
| Torts Branch, Civil Division | Heather S. Lonian, 29956 |
| United States Department of Justice | Of |
| Benjamin Franklin Station | STONE PIGMAN WALTHER WITTMANN L.L.C. |
| P.O. Box 888 | 546 Carondelet Street |
| Washington, D.C. 20044 | New Orleans, Louisiana 70130 |
| (202) 616-4289 | Telephone: (504) 581-3200 |
| (202) 616-5200 (fax) | Facsimile: (504) 581-3361 |
| Attorney for the United States | and |
| /s/*Joseph M. Bruno* | Adrian Wager-Zito |
| Joseph M. Bruno, 3604 | Debra S. Clayman |
| Law Offices of Joseph M. Bruno | JONES DAY |
| 855 Baronne Street | 51 Louisiana Avenue, N.W. |
| New Orleans, Louisiana 70113 | Washington, D.C. 20001-2113 |
| Telephone: (504) 525-1335 | Telephone: (202) 879-3891 |
| Facsimile: (504) 561-6775 | Facsimile: (202) 626-1700 |
| Plaintiffs' Liaison Counsel | Attorneys for Washington Group International, Inc., a division of URS Corporation |

1116911v.1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Strike Exhibit List has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 15th day of February, 2013.

*/s/Heather S. Lonian*

1116911v.1