UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *   CIVIL ACTION *  *   NO. 05-4182 * |
| PERTAINS TO:  MRGO | *   SECTION "K" (2) * |
| (10-866 ARMSTRONG) | *   JUDGE DUVAL * |
| | *   MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the preceding Motion to Strike Exhibit List

**IT IS ORDERED** that the Joint Motion to Strike Exhibit List filed by all parties hereby is **GRANTED**.

New Orleans, Louisiana, this _____ day of February, 2013.

_____
UNITED STATES DISTRICT JUDGE

1116920v.1