UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *<br>*  CIVIL ACTION<br>*<br>*  NO. 05-4182<br>* |
| PERTAINS TO:  MRGO | *  SECTION "K" (2)<br>* |
| (10-866 ARMSTRONG) | *  JUDGE DUVAL<br>* |
|  | *  MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

**O R D E R**

Considering the preceding Motion to Strike Exhibit List

**IT IS ORDERED** that the Joint Motion to Strike Exhibit List filed by all parties

hereby is **GRANTED**.

New Orleans, Louisiana, this _____18th_____ day of February, 2013.

_____

UNITED STATES DISTRICT JUDGE