

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    DEC 1 8 2012

LORETTA G. WHYTE
CLERK

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

September 24, 2012

Lyle W. Cayce
Clerk

No. 11-30808

D.C. Docket No. 2:05-CV-4182
D.C. Docket No. 2:10-CV-866

In Re: Katrina Canal Breaches Litigation

---------------------------------------------------------------

UNITED STATES OF AMERICA, on behalf of United States Army Corps of Engineers,

        Petitioner

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before SMITH, PRADO, and ELROD, Circuit Judges.

## JUDGMENT ON REHEARING

Treating the petition for rehearing en banc as a petition for panel rehearing, the petition for panel rehearing is granted and the panel opinion of March 2, 2012 is hereby withdrawn.

It is ordered and adjudged that the District Court's judgments for Kent Lattimore, Lattimore and Associates and Tanya Smith and the partial judgment for the Franzes are reversed. The District Court's judgment for the government against the Robinsons is affirmed. This Court also affirms the District Court's judgment in *Anderson* and deny, as moot, the government's petition for writ of mandamus to stay the *Armstrong* trial pending the *Robinson* decision.

IT IS FURTHER ORDERED that each party to bear its own costs on appeal.

ISSUED AS MANDATE: DEC 1 7 2012

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
                Deputy

New Orleans, Louisiana          DEC 1 7 2012

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No._____