# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 17, 2012

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  DEC 19 2012
LORETTA G. WHYTE
CLERK

Ms. Loretta Whyte  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

No. 10-30249, In Re: Katrina Canal Breaches  
    10-31054, In Re: Katrina Canal Breaches  
    11-30808, In Re: Katrina Canal Breaches  
        USDC No. 2:05-CV-4182  
        USDC No. 2:06-CV-2268  
        USDC No. 2:08-CV-1707  
        USDC No. 2:05-CV-4182  
        USDC No. 2:05-CV-4181  
        USDC No. 2:05-CV-4191  
        USDC No. 2:05-CV-4568  
        USDC No. 2:05-CV-5237  
        USDC No. 2:05-CV-6073  
        USDC No. 2:05-CV-6314  
        USDC No. 2:05-CV-6324  
        USDC No. 2:05-CV-6327  
        USDC No. 2:05-CV-6359  
        USDC No. 2:06-CV-20  
        USDC No. 2:06-CV-225  
        USDC No. 2:06-CV-886  
        USDC No. 2:06-CV-1885  
        USDC No. 2:06-CV-2278  
        USDC No. 2:06-CV-2287  
        USDC No. 2:06-CV-2346  
        USDC No. 2:06-CV-2545  
        USDC No. 2:06-CV-3529  
        USDC No. 2:06-CV-4065  
        USDC No. 2:06-CV-4389  
        USDC No. 2:06-CV-4634  
        USDC No. 2:06-CV-4931  
        USDC No. 2:06-CV-5032  
        USDC No. 2:06-CV-5042  
        USDC No. 2:06-CV-5159  
        USDC No. 2:06-CV-5163  
        USDC No. 2:06-CV-5367  
        USDC No. 2:06-CV-5471  
        USDC No. 2:06-CV-5771  
        USDC No. 2:06-CV-5786  
        USDC No. 2:06-CV-5937  
        USDC No. 2:06-CV-7682  
        USDC No. 2:06-CV-11208

___ Fee _____  
___ Process _____  
X   Dktd _____  
___ CtRmDep _____  
___ Doc. No. _____

```
USDC No. 2:07-CV-206
USDC No. 2:07-CV-647
USDC No. 2:07-CV-993
USDC No. 2:07-CV-1284
USDC No. 2:07-CV-1286
USDC No. 2:07-CV-1288
USDC No. 2:07-CV-1289
USDC No. 2:05-CV-4182
USDC No. 2:10-CV-866
```

Enclosed, for the district court only, is a copy of the judgment issued as the mandate.

Enclosed, for the district court only, is a copy of the court's opinion.

Record/original papers/exhibits are returned:

( 2 ) Envelopes     ( 7 ) Boxes

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shawn D. Henderson, Deputy Clerk
504-310-7668

cc: (letter only)
    Mr. Jonathan Beauregard Andry
    Mr. Scott Harris Angstreich
    Mr. John Thomas Balhoff II
    Mr. Marcus Van Brown
    Mr. Joseph M. Bruno
    Mr. James David Caldwell
    Ms. Ashley Gremillion Coker
    Mr. Joseph W Cotchett
    Mr. Frank Jacob D'Amico Jr.
    Mr. Walter Clayton Dumas
    Mr. John Bettes Dunlap III
        Honorable Stanwood R. Duval Jr.
    Mr. Ewell Elton Eagan Jr.
    Mr. Norval Francis Elliot III
    Ms. Nina Wessel English
    Mr. Richard Michael Exnicios
    Mr. Calvin Clifford Fayard Jr.
    Ms. Nina D. Froeschle
    Mr. James M. Garner
    Ms. Elisa Tara Gilbert
    Mr. Thomas V. Girardi
    Mr. Philip L. Gregory
    Mr. Brian Lee Guillot
    Mr. Michael Warren Hill

```
Mr. Lewis Scott Joanen
Mr. Michael K Kellogg
Ms. Alisa Beth Klein
Mr. Daniel Joseph Lenerz
Mr. William Martin McGoey
Mr. Joseph J McKernan
Mr. Gerald Edward Meunier
Mr. Henry Clay Mitchell Jr.
Mr. James Bryan Mullaly
Mr. Brendan Regis O'Brien
Mr. Pierce O'Donnell
Mr. Andrew S. Oldham
Mr. Andrew Patrick Owen
Mr. Michael Carter Palmintier
Ms. Lindsey E. Powell
Mr. Drew A Ranier
Ms. Wendy Hickok Robinson
Mr. Brent M. Rosenthal
Mr. James Parkerson Roy
Mr. Camilo Kossy Salas III
Ms. Sherri Ann Saucer
Mr. David S. Scalia
Mr. Matthew D. Schultz
Mr. Robin D. Smith
Mr. Mark Bernard Stern
Mr. Elwood Clement Stevens Jr.
Mr. Richard Alvin Tonry
Mr. Joseph C. Wilson
Ms. Abby Christine Wright
Mr. Bob F Wright
```

P.S. to Judge Duval: A copy of the opinion was sent to your office via email the day it was filed.