UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866 | SECTION "K"(2) |

## ORDER

This matter went to trial with substantial confusion concerning the admission of certain exhibits. After trial, the attorneys met and conferred and agreed to a revised list of exhibits that are considered now to be admitted. See Doc. 21164. Joint Appendix to Final Master Trial Exhibit List (Doc. 21164-2) contains a detailed explanation of the issues still before the Court.

In this document, Plaintiffs note that they continue in their objection to the admission of the "Demonstrative" category of documents. The Court finds that during trial, objectionable parts of many of these documents were stricken. Furthermore, as much of the testimony is tied specifically to the slides that are included in these demonstratives, to exclude them would in essence in many instances, make the testimony simply incomprehensible. Thus, treating this request as an objection to the admission of the DM category of exhibits,

**IT IS ORDERED** that the objection to the admission of the DM category of exhibits is **OVERRULED**.

The following is a listing of those exhibits to which Plaintiffs have maintained their objections and upon which the Court rules:

As to DX-01771, DX-01772, DX-01773, DX-01774, and DX-01775,

**IT IS ORDERED** that the objections are **OVERRULED** and these exhibits are admitted for the limited purpose of assessing damages as the Court ruled that any award from the Road Home is a collateral source.

As to DX-2465, DX-2466, DX-2467, DX-2710,

**IT IS ORDERED** that the objections are **OVERRULED** and these exhibits are admitted for the limited purpose of assessing damages as the Court ruled that any award from the Road Home is a collateral source.

As to DX-2737, DX-2738, DX-2739, DX-1940, DX-1956

**IT IS ORDERED** that the objections are **OVERRULED**.

As to DX-4752,

**IT IS ORDERED** that the objection is **SUSTAINED**.

The following is a listing of those exhibits to which Defendant(s) have maintained their objections and upon which the Court rules:

As to JX-1663,

**IT IS ORDERED** that the objection is **OVERRULED**.

As to JX-1709

**IT IS ORDERED** that the objection is **SUSTAINED**.

As to PX-0248

**IT IS ORDERED** that the objection is **SUSTAINED**.

As to PX-0682

**IT IS ORDERED** that the objection is **SUSTAINED**.

As to PX-4744, PX-4747, PX-4748,  PX-4748.1, PX-4749, PX-4749.1

**IT IS ORDERED** that the objection is **OVERRULED**.

As to PX-4762,

**IT IS ORDERED** that the objection is **OVERRULED**.

As to PX-4769,

**IT IS ORDERED** that the objection is **OVERRULED**.

Also pending was Plaintiffs' Motion in Limine to Exclude Evidence of Diminution of Value as Measure of Damages (Doc. 20955), having conferred with mover's counsel,

**IT IS ORDERED** that Plaintiffs' Motion in Limine to Exclude Evidence of Diminution of Value as Measure of Damages (Doc. 20955) is **MOOT**.

New Orleans, Louisiana, this 12th day of April 2013.

**STANWOOD R. DUVAL, JR.**

**UNITED STATES DISTRICT COURT JUDGE**