UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                         CIVIL ACTION
CONSOLIDATED LITIGATION
                                                     NO. 05-4182

PERTAINS TO:                                         SECTION "K"(2)
   *Armstrong*, C.A. No. 10-866

## JUDGMENT

Based on the foregoing Finding of Facts and Conclusions of Law,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of United States and the Washington Group International, Inc. and against Kenneth and Jeannine Armstrong, Fred Holmes, the Succession of Ethel Coats, Alvin Livers, and Clifford Washington, with each party to bear its/his/her own costs.

New Orleans, Louisiana, this 12th day of April 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE