UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
************************************
IN RE: KATRINA CANAL BREACHES  *    CIVIL ACTION NO.: 05-4182 K(2)
CONSOLIDATED LITIGATION        *
                               *
                               *    JUDGE: STANWOOD R. DUVAL, JR.
PERTAINS TO:                   *
C. ABADIE, 06-5164             *
                               *
************************************
```

## MOTION TO SET DEADLINES
## TO FILE CLAIM IN INTERPLEADER

**NOW INTO COURT**, through undersigned counsel, comes JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation ("Chase"), which for purposes of this Motion to Set Deadlines to File Claim in Interpleader, respectfully avers that:

1. Lexington Insurance Company ("Lexington") filed a cross-claim in interpleader (copy attached) placing insurance funds in the Court's Registry.

2. Chase and its co-defendant in interpleader, The Law Office of Joseph M. Bruno APLC ("Bruno") have answered but despite being served on December 9, 2011, the State of Louisiana, Department of Administration, Office of Community Development, Administrators of the Road Home Program ("Road Home") has never answered.

   3. Chase has a valid claim to the funds held in the Court's Registry as does Bruno, but it is unclear if the Road Home has a claim and, if so, will it be asserted, as no answer or other response has been filed.

   4. So as not to delay this matter, Chase seeks an order of this Court to set a deadline for such claims to be submitted and for an answer to be filed so this matter can be completed. Chase further seeks an administration of the funds thereafter.

   5. Chase attaches a supporting memorandum.

  WHEREFORE, JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation, prays that its Motion to Set Deadlines to File Claim in Interpleader be granted and that this Honorable Court set a date by which all claims to the funds held in the Court's Registry pursuant to the interpleader filed by Lexington Insurance Company be set, after which no such claims can be made.

           **Respectfully submitted,**

           **TAGGART MORTON, L.L.C.**

           *s/ Barry Grodsky*
           _____
           **BARRY H. GRODSKY (#1388)**
           2100 Energy Centre
           1100 Poydras Street.
           New Orleans, Louisiana  70163-2100
           Telephone:  (504)-599-8500
           Facsimile:   (504)-599-8501

           **COUNSEL FOR JPMORGAN CHASE BANK, N.A.**