UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN RE: KATRINA CANAL BREACHES     \*      CIVIL ACTION NO.: 05-4182 K(2)
CONSOLIDATED LITIGATION           \*
                                  \*
                                  \*      JUDGE: STANWOOD R. DUVAL, JR.
PERTAINS TO:                      \*
C. ABADIE, 06-5164                \*
                                  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION
TO SET DEADLINES
TO FILE CLAIM IN INTERPLEADER**

MAY IT PLEASE THE COURT,

Demetrius Temple ("Temple") obtained insurance for the property located at 5050 W. St. Andrew Circle, New Orleans, Louisiana which property was damaged by Hurricane Katrina. The property is encumbered by a mortgage in favor of JPMorgan Chase Bank, NA ("Chase")[1]. Chase is an additional insured and/or mortgagee payee on the policy and has a lawful interest in the insurance funds.

The Law Office of Joseph M. Bruno APLC ("Bruno") represents Temple.  As alleged in the interpleader filed by Lexington Insurance Company ("Lexington"), Temple entered into an agreement with the State of Louisiana, Department of Administration, Office of Community Development, Administrators of the Road Home Program ("Road Home") thereby giving it an

---

[1] Successor to Chase Home Finance, LLC.

interest in these insurance proceeds, said interpleader being filed to ensure payments are made to the proper parties.

Chase has an interest in the proceeds by virtue of its mortgage and Bruno has an interest by virtue of its contractual relationship with Temple and specific statutory lien rights. These claims have been asserted. Chase and Bruno seek the administration of the claims in the intervention and ultimate disbursement of the funds held in the Court's Registry but this cannot occur as Road Home has failed to answer or assert any claim.

Chase seeks for the Court to set a bar date by which Road Home must answer and/or otherwise assert a claim to these funds and that only such claims which remain after that date be recognized as viable claims with the rights of Road Home to be terminated if no such claim is made. Chase is simply seeking to place this matter in a procedural posture where it can be completed.

**Respectfully submitted,**

**TAGGART MORTON, L.L.C.**

*s/ Barry Grodsky*

_____
**BARRY H. GRODSKY (#1388)**
2100 Energy Centre
1100 Poydras Street.
New Orleans, Louisiana  70163-2100
Telephone:  (504)-599-8500
Facsimile:   (504)-599-8501

**COUNSEL FOR JPMORGAN CHASE BANK, N.A.**