UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
**************************************
IN RE: KATRINA CANAL BREACHES      *   CIVIL ACTION NO.: 05-4182 K(2)
CONSOLIDATED LITIGATION            *
                                   *
                                   *   JUDGE: STANWOOD R. DUVAL, JR.
PERTAINS TO:                       *
C. ABADIE, 06-5164                 *
                                   *
**************************************
```

## ORDER

**CONSIDERING THE FOREGOING**, Motion to Set Deadlines to File Claim in Interpleader filed by JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation,

It is hereby **ORDERED** that said motion be set for hearing before this Honorable Court on the 29th day of May, 2013 at 9:30 a.m.