UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
**IN RE: KATRINA CANAL BREACHES** **\***      **CIVIL ACTION NO.: 05-4182 K(2)**
**CONSOLIDATED LITIGATION**       **\***
                                                          **\***
                                                          **\***      **JUDGE: STANWOOD R. DUVAL, JR.**
**PERTAINS TO:**                          **\***
**C. ABADIE, 06-5164**                 **\***
                                                          **\***
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that JPMorgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation has filed its Motion to Set Deadlines to File Claims in Interpleader. A copy of the Motion can be found on the Court's website at www.laed.uscourts.gov or by contacting undersigned counsel.

NOTICE IS FURTHER GIVEN that a hearing will be held before United States District Judge Stanwood R. Duval, Jr., at 500 Poydras Street, Courtroom C-352, New Orleans, Louisiana 70130, on the 29th day of May, 2013, at 9:30 a.m. to consider and rule on said Motion to Set Deadlines to File Claims in Interpleader and any opposition that may be filed in connection.

NOTICE IS FURTHER GIVEN that any interested party opposing the Motion to Set Deadlines to File Claims in Interpleader file a written objection or response with the Clerk of Court, United States District Court for the Eastern District of Louisiana *via* the Court's CM/ECF filing system on or before 5:00 p.m. no later than seven (7) calendar days prior to the scheduled hearing.

New Orleans, Louisiana this 23rd day of April, 2013.

        **TAGGART MORTON, L.L.C.**

        *s/ Barry Grodsky*
        _____
        **BARRY H. GRODSKY, Bar Roll No. 1388**
        **KEVIN M. WHEELER, Bar Roll No. 17861**
        **2100 Energy Centre**
        **1100 Poydras Street**
        **New Orleans, Louisiana 70163-2100**
        **Telephone: (504) 599-8500**
        **Telecopier: (504) 599-8501**

        **Attorneys for JPMorgan Chase Bank, NA**