## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * | CIVIL ACTION |
| CONSOLIDATED LITIGATION         * | |
| * | NUMBER: 05-4182 "K"(2) |
| * | |
| * | JUDGE DUVAL |
| * | |
| PERTAINS TO: * | |
|    *Armstrong*, C.A. No. 10-866 * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Kenneth and Jeannine Armstrong, Fred Holmes, the Succession of Ethel Coats, Alvin Livers and Clifford Washington, by and through their counsel, hereby notice their appeal of the April 12, 2013 Judgment[1] in favor of the United States and the Washington Group International, Inc., as further described in its Findings of Fact and Conclusions of Law dated April 12, 2013[2] to the United States Court of Appeal for the Fifth Circuit.

                          Respectfully Submitted,

                          PLAINTIFFS' LIAISON COUNSEL

                          /s/ Joseph M. Bruno
                          JOSEPH M. BRUNO
                          PLAINTIFFS LIAISON COUNSEL
                          Bruno & Bruno, LLP
                          LA Bar Roll Number: 3604
                          855 Baronne Street

---

[1] A copy of the ORDER (Rec. Doc 21173) is attached as Exhibit 1.

[2] A copy of the FINDINGS OF FACT AND CONCLUSIONS OF LAW (Rec. Doc 13), C.A. 10-866, is attached as Exhibit 2.

New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE

s/ James Parkerson Roy
JAMES PARKERSON ROY
MR-GO PSLC Liaison Counsel
LA. Bar Roll Number: 11511
Domengeaux Wright Roy & Edwards LLC
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: (337) 233-2796

For

MR-GO PLAINTIFFS SUB GROUP LITIGATION COMMITTEE
Jonathan Andry (Andry Law Firm, New Orleans, LA)
Clay Mitchell (Levin, Papantonio et al., Pensacola, FL)
Pierce O'Donnell (O'Donnell & Associates, Los Angeles, CA)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties via the Court's CM/ECF system, or by placing same in the United States mail, properly addressed and with first class postage prepaid, or by facsimile, e-mail, or other electronic transmission this 10th day of May, 2013.

/s/ Joseph M. Bruno
Joseph M. Bruno