UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866 | SECTION "K"(2) |

## ORDER

It having come to the Court's attention that it failed to rule on the admissibility of three documents in its order of  and having now reviewed these documents, the Court finds that:

As to DX-2735

**IT IS ORDERED** that plaintiffs' objection is **SUSTAINED**; only pages 1 and 2 of this document shall be admitted.

As to PX-4752,

**IT IS ORDERED** that plaintiffs' objection is **SUSTAINED**; this document shall be admitted solely as an offer of proof as allowed in Court.  See Trial Transcript at 3648:11-3653:6; Doc.  No. 21077.

As to JX-1940,

**IT IS ORDERED** that plaintiffs' objection is **OVERRULED**; the entire document is admitted.

New Orleans, Louisiana, this 14th day of May, 2013.

STANWOOD R.  DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

Case 2:05-cv-04182-SRD-JCW   Document 21176   Filed 05/14/13   Page 2 of 2