UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182<br>(AND CONSOLIDATED CASES)<br><br>SECTION "K" (2)<br><br>JUDGE DUVAL<br><br>MAGISTRATE WILKINSON |
| PERTAINS TO: MRGO | |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-5237, 05-6069, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5308, 06-5771, 06-5785, 06-5786, 06-5937, 06-8708, 06-9151, 07-0206, 07-0621, 07-1073, 07-1113, 07-1271, 07-1285, 07-1286, 07-1349, 07-3173, 07-3500, 07-4386, 07-4391, 07-4392, 07-4550, 07-4555, 07-4562, 07-4837, 07-4906, 07-4914, 07-4943, 07-4945, 07-4953, 07-4965, 07-4969, 07-4976, 07-4979, 07-4995, 07-5007, 07-5011, 07-5012, 07-5013, 07-5016, 07-5020, 07-5021, 07-5022, 07-5040, 07-5067, 07-5074, 07-5096, 07-5128, 07-5174, 07-5254, 07-5286, 07-5327, 07-5339, 07-5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, 07-5366, 07-5375, 07-5397, 08-1151, | |

## *EX PARTE* MOTION TO SET MOTION AND BRIEFING SCHEDULE

Defendant Washington Group International, Inc. ("WGI") respectfully moves this Court for entry of an Order establishing a schedule for it to file a Motion for Summary Judgment pursuant to Rule 56 and Rule 54(b) of the Federal Rules of Civil Procedure, and for any and all interested parties to file any opposition thereto in order to address the continued orderly disposition of claims against it in the docketed cases enumerated in the caption hereto. After a trial on the merits with respect to the claims of six exemplar plaintiffs, in *Armstrong*, No. 10-866

(as to the United States), and as to WGI and the United States in 05-4182, the Court entered Findings of Fact and Conclusions of Law on April 12, 2013 (Doc. No. 21172).

WGI believes it is entitled to summary judgment on all remaining claims against it in the captioned cases. Undersigned counsel has contacted Plaintiffs' Liaison Counsel and counsel for the United States, and has proposed to them a motion and briefing schedule for the referenced Motion for Summary Judgment, as follows:

1. WGI's Motion for Summary Judgment and Supporting Memorandum and other supporting documentation on or before July 1, 2013;

2. Plaintiffs' Opposition to Motion for Summary Judgment and Supporting Memorandum and other supporting documentation on or before August 1, 2013;

3. WGI's Reply to Opposition on or before August 20, 2013; and,

4. Any oral argument on Motion and Opposition on September 4, 2013.

The foregoing schedule was proposed to Liaison Counsel, and upon information and belief this proposed schedule was circulated to plaintiffs' counsel in the captioned cases. The only comment in opposition to the proposed schedule was lodged by Albert J. Rebennack, Esq., by means of correspondence to the Court, copying undersigned counsel, on May 30, 2013.

**WHEREFORE**, for the reasons stated in this Motion Washington Group International, Inc. moves for entry of the attached Scheduling Order for the filing and briefing of its motion for summary judgment pursuant to Rule 56 and for entry of a final judgment pursuant to Rule 54(b) in the captioned cases.

Dated:  June 4, 2013                                Respectfully submitted,

                                                                              */s/Heather S. Lonian*
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
**Stone Pigman Walther Wittmann L.L.C.**
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:     (504) 581-3200
Facsimile:     (504) 581-3361

Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
Julia Cronin
**Jones Day**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:     (202) 879-3939
Facsimile:     (202) 626-1700

***Attorneys for Washington Group International, Inc.***

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing *Ex Parte* Motion to set Motion and Briefing Schedule, and accompanying Order, has been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 4th day of June, 2013.

                                                                               */s/Heather S. Lonian*