UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * <br> * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * (AND CONSOLIDATED CASES) |
| **PERTAINS TO: MRGO** | * <br> * SECTION "K" (2) |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-5237, 05-6069, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5308, 06-5771, 06-5785, 06-5786, 06-5937, 06-8708, 06-9151, 07-0206, 07-0621, 07-1073, 07-1113, 07-1271, 07-1285, 07-1286, 07-1349, 07-3173, 07-3500, 07-4386, 07-4391, 07-4392, 07-4550, 07-4555, 07-4562, 07-4837, 07-4906, 07-4914, 07-4943, 07-4945, 07-4953, 07-4965, 07-4969, 07-4976, 07-4979, 07-4995, 07-5007, 07-5011, 07-5012, 07-5013, 07-5016, 07-5020, 07-5021, 07-5022, 07-5040, 07-5067, 07-5074, 07-5096, 07-5128, 07-5174, 07-5254, 07-5286, 07-5327, 07-5339, 07-5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, 07-5366, 07-5375, 07-5397, 08-1151, | * <br> * <br> * **JUDGE DUVAL** <br> * <br> * **MAGISTRATE WILKINSON** <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> *: <br> * <br> * <br> * |

**O R D E R**

Considering the foregoing *Ex Parte* Motion to Set Motion and Briefing Schedule;

**IT IS ORDERED** that the motion is **GRANTED,** establishing the following schedule for the filing and briefing of WGI's Motion for Summary Judgment pursuant to Rule 56 and Rule 56(b) of the Federal Rules to address the claims in the captioned cases:

1. WGI's Motion for Summary Judgment and Supporting Memorandum and other supporting documentation shall be filed on or before July 1, 2013;

1128399v.1

2. Plaintiffs' Opposition to Motion for Summary Judgment and Supporting Memorandum and other supporting documentation shall be filed on or before August 1, 2013;

3. WGI's Reply to Opposition shall be filed on or before August 20, 2013; and,

4. Any oral argument on Motion and Opposition, if ordered by the Court, shall be held on September 4, 2013.

New Orleans, Louisiana, this _____ day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE

1128399v.1