UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866 | SECTION "K"(2) |

## ORDER

It has come to the Court's attention that a typographical error was made with respect to its ruling on exhibits of April 12, 2013 (Doc. 21171). Accordingly,

**IT IS ORDERED** that the reference to an objection to DX-1956 and the ruling is **VACATED** as there is no such document.

**IT IS FURTHER ORDERED** that the objection to Document JX-1956 is **OVERRULED**.

New Orleans, Louisiana, this 4th day of June 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE