UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | |
| | SECTION "K" (2) |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-5237, 05-6069, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5308, 06-5771, 06-5785, 06-5786, 06-5937, 06-8708, 06-9151, 07-0206, 07-0621, 07-1073, 07-1113, 07-1271, 07-1285, 07-1286, 07-1349, 07-3173, 07-3500, 07-4386, 07-4391, 07-4392, 07-4550, 07-4555, 07-4562, 07-4837, 07-4906, 07-4914, 07-4943, 07-4945, 07-4953, 07-4965, 07-4969, 07-4976, 07-4979, 07-4995, 07-5007, 07-5011, 07-5012, 07-5013, 07-5016, 07-5020, 07-5021, 07-5022, 07-5040, 07-5067, 07-5074, 07-5096, 07-5128, 07-5174, 07-5254, 07-5286, 07-5327, 07-5339, 07-5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, 07-5366, 07-5375, 07-5397, 08-1151, | JUDGE DUVAL  MAGISTRATE WILKINSON |

# O R D E R

Considering the foregoing *Ex Parte* Motion to Set Motion and Briefing Schedule and finding that a stay of this matter is not in the interest of judicial economy;

**IT IS ORDERED** that the motion is **GRANTED,** establishing the following schedule for the filing and briefing of WGI's Motion for Summary Judgment pursuant to Rule 56 and Rule 56(b) of the Federal Rules to address the claims in the captioned cases:

1. WGI's Motion for Summary Judgment and Supporting Memorandum and other supporting documentation shall be filed on or before July 1, 2013;

1128399v.1

2. Plaintiffs' Opposition to Motion for Summary Judgment and Supporting Memorandum and other supporting documentation shall be filed on or before August 1, 2013;

3. WGI's Reply to Opposition shall be filed on or before August 20, 2013; and,

4. Any oral argument on Motion and Opposition, if ordered by the Court, shall be held on September 18, 2013.

New Orleans, Louisiana, this __5th__ day of June, 2013.

_____
UNITED STATES DISTRICT JUDGE