UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: *C. Abadie,* C.A. No. 06-5164 | SECTION "K"(2) |

### ORDER

Before the Court is a Motion to Set Deadlines to File Claim in Interpleader. (Doc. 21174) which motion was set for May 29, 2013 and to which no opposition has been filed.

Lexington Insurance Company ("Lexington") filed a cross-claim in interpleader placing insurance proceeds in the Court's Registry. JP Morgan Chase Bank, National Association, successor-by merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation ("Chase") and The Law Office of Joseph M. Bruno APLC both have answered, but despite being served on December 9, 2011, the State of Louisiana, Department of Administration, Office of Community Development, Administrators of the Road Home Program ("Road Home") has never answered. Thus, Chase seeks an order from the Court setting a deadline for the Road Home to answer and make its claim so that these funds can be properly disbursed. Accordingly,

**IT IS ORDERED** that the Motion to Set Deadlines to File Claim in Interpleader is **GRANTED** and the State of Louisiana, Department of Administration, Office of Community Development, Administrators of the Road Home Program has up to and including **June 27,**

**2013,** to file its answer or to make any claim on the interpleaded funds.  Failure on the part of the Road Home to do so shall result in the forfeiture of such claim.

New Orleans, Louisiana, this __7th__ day of June, 2013.

_____
**STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE**