U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 20 2013
WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-30581

CV 05-4182 K

IN RE: KATRINA CANAL BREACHES

---

ALL PLAINTIFFS,

Plaintiffs

v.

WASHINGTON GROUP INTERNATIONAL, INCORPORATED,

Defendant - Appellee

---

KENNETH PAUL ARMSTRONG; JEANNINE B. ARMSTRONG; JERALD N. ANDRY, JR., in his administrative capacity as executor of the Estate of Ethel Coats,

Plaintiffs - Appellants

FRED HOLMES; ALVIN LIVERS; CLIFFORD WASHINGTON,

Intervenor Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA, on behalf of United States Army Corps of Engineers,

Defendant - Appellee

Appeal from the United States District Court for the Eastern District of Louisiana, New Orleans

Fee
Process
X Dktd
CtRmDep
Doc. No.

Case: 13-30581 Document: 00512272358 Page: 2 Date Filed: 06/13/2013

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of June 13, 2013, for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with court reporter.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By Dawn D. Victoriano
Deputy
New Orleans, Louisiana 13 JUN 2013

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 13, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

No. 13-30581, In re: Katrina Canal Breaches
USDC No. 2:05-CV-4182
USDC No. 2:10-CV-866

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: Dawn D. Victoriano
Dawn D. Victoriano, Deputy Clerk
504-310-7717

cc w/encl:
Mr. Joseph M. Bruno
Mr. Robin D. Smith