UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* |
| PERTAINS TO:<br>    ARMSTRONG, C.A. NO. 10-866 | * SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

## AMENDED FINAL MASTER TRIAL EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, the United States, and Washington Group International, Inc. ("WGI"), and respectfully submit the attached Amended Final Master Trial Exhibit List. The list has been amended to comport with the Court's Orders ruling on admissibility of exhibits (Doc. Nos. 21171, 21176 and 21180). Hyperlinked copies of the exhibits and exhibits that cannot be hyperlinked will be delivered to the Court forthwith.

**WHEREFORE**, Plaintiffs, the United States and Washington Group International, Inc., respectfully submit the attached Amended Final Master Trial Exhibit List.

1117562v.1

Dated:  June 28, 2013

/s/*Robin D. Smith*
Robin D. Smith
Senior Trial Counsel
Torts Branch, Civil Division
United States Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)

Attorney for the United States

and

/s/*Joseph M. Bruno*
Joseph M. Bruno, 3604
Law Offices of Joseph M. Bruno
855 Baronne Street
New Orleans, Louisiana  70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

Plaintiffs' Liaison Counsel

Respectfully submitted,

/s/*William D. Treeby*
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
   Of
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:   (504) 581-3361

and

Adrian Wager-Zito
Debra S. Clayman
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3891
Facsimile:  (202) 626-1700

Attorneys for Washington Group
International, Inc., a division of URS
Corporation

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing Amended Final Master Trial Exhibit List has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 28th day of June, 2013.

                         /s/ James F. McConnon, Jr.
                         JAMES F. MCCONNON, JR.
                         Trial Attorney
                         Torts Branch, Civil Division
                         U.S. Department of Justice
                         P.O. Box 888
                         Washington, D.C. 20044
                         (202) 353-2604
                         (202) 616-5200 (fax)
                         jim.mcconnon@usdoj.gov
                         Attorney for the United States

1117562v.1