UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | SECTION "K" (2) |
| FILED IN: 05-4181, 05-4182, 05-4191, 05-5237, 05-6069, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5308, 06-5771, 06-5785, 06-5786, 06-5937, 06-8708, 06-9151, 07-0206, 07-0621, 07-1073, 07-1113, 07-1271, 07-1285, 07-1286, 07-1349, 07-3173, 07-3500, 07-4386, 07-4391, 07-4392, 07-4550, 07-4555, 07-4562, 07-4837, 07-4906, 07-4914, 07-4943, 07-4945, 07-4953, 07-4965, 07-4969, 07-4976, 07-4979, 07-4995, 07-5007, 07-5011, 07-5012, 07-5013, 07-5016, 07-5020, 07-5021, 07-5022, 07-5040, 07-5067, 07-5074, 07-5096, 07-5128, 07-5174, 07-5254, 07-5286, 07-5327, 07-5339, 07-5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, 07-5366, 07-5375, 07-5397, 08-1151 | JUDGE DUVAL MAGISTRATE WILKINSON |

**WASHINGTON GROUP INTERNATIONAL, INC.'S
MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56 and Rule 54(b) of the Federal Rules of Civil Procedure, and for the reasons set forth more fully in the accompanying memorandum, Washington Group International, Inc.[1] ("WGI") moves for summary judgment on all claims remaining in the above-captioned cases. As this Court found in its Findings of Fact and Conclusions of Law of April 12,

---

[1] Subsequent to the activities alleged in Plaintiffs' Complaints, WGI was acquired by URS Corporation, a Delaware Corporation. WGI, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation. URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation. URS Holdings Inc. is a subsidiary of URS Corporation.

1126369v.1

2013 (hereinafter "**FFCL**"), the record establishes conclusively that the breaches in the floodwall on the East Bank of the Inner Harbor Navigational Canal were not the result of the "excavations performed by WGI under the complete supervision of the Corps" (**FFCL** at 35) during and after the passage of Hurricane Katrina, that resulted in the flooding of the lower Ninth Ward and portions of St. Bernard Parish.  Based on the Findings of this Honorable Court after a full and complete evidentiary record, WGI's work simply had no causal connection to that flooding.  Given that the Plaintiffs in a full evidentiary trial "have failed to prove … causation … there is no need for further inquiry as to duty, breach, scope of liability or damages."  (**FFCL** at 35)  No reasonable jury or other finder of fact could conclude that WGI's work was the cause-in-fact of the flooding.

The grounds for this Motion are provided more fully in the accompanying memorandum of law and statements of facts not in material dispute, including pertinent exhibits. The exhibits to the Statement of Material Facts are found in a Manual Attachment referenced in the Notice of Manual Attachment filed contemporaneously with this Motion and are incorporated by reference into this Motion For Summary Judgment.

**WHEREFORE**, for the reasons stated in this Motion for Summary Judgment, the accompanying Memorandum of Law In Support Of Motion for Summary Judgment, the Statement of Material Facts, and the supporting materials contained in the Manual Attachment, Defendant, Washington Group International, Inc. moves for summary judgment pursuant to Rule 56 and for entry of a final judgment pursuant to Rule 54(b) dismissing all claims against WGI in the captioned cases.

Dated:  July 1, 2013  Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
Maggie A. Broussard, 33033
**Stone Pigman Walther Wittmann L.L.C.**
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:     (504) 581-3200
Facsimile:      (504) 581-3361

Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
Julia Cronin
**Jones Day**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:     (202) 879-3939
Facsimile:      (202) 626-1700

*Attorneys for Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Summary Judgment, and the accompanying Memorandum of Law in Support of Motion for Summary Judgment Statement of Material Facts, Notice of Submission, Notice of Manual Attachment and electronic Manual Attachment have been served upon all counsel of record through the Court's CM/ECF electronic filing system or by placing same in the United States mail, postage prepaid and properly addressed, this 1st day of July, 2013.

/s/William D. Treeby