# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| IN RE:  KATRINA CANAL BREACHES | * CIVIL ACTION |
| CONSOLIDATED LITIGATION | * |
| | * NO. 05-4182 |
| | * (AND CONSOLIDATED CASES) |
| PERTAINS TO:  MRGO | * |
| | * SECTION "K" (2) |
| FILED IN:  05-4181, 05-4182, 05-4191, 05-5237, | * |
| 05-6069, 05-6073, 05-6314, 05-6324, 05-6327, 05- | * JUDGE DUVAL |
| 6359, 06-0020, 06-0225, 06-0886, 06-1885, 06-2152, | * |
| 06-2278, 06-2287, 06-2824,  06-4024, 06-4065, 06- | * MAGISTRATE WILKINSON |
| 4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, | * |
| 06-5159, 06-5161, 06-5162,  06-5260, 06-5308, 06- | * |
| 5771, 06-5785, 06-5786, 06-5937, 06-8708, 06-9151, | * |
| 07-0206, 07-0621, 07-1073, 07-1113, 07-1271, 07- | * |
| 1285, 07-1286, 07-1349, 07-3173, 07-3500, 07-4386, | * |
| 07-4391, 07-4392, 07-4550, 07-4555, 07-4562, 07- | * |
| 4837, 07-4906, 07-4914, 07-4943, 07-4945, 07-4953, | * |
| 07-4965, 07-4969, 07-4976, 07-4979, 07-4995, 07- | * |
| 5007, 07-5011, 07-5012, 07-5013, 07-5016, 07-5020, | * |
| 07-5021, 07-5022, 07-5040, 07-5067, 07-5074, 07- | * |
| 5096, 07-5128, 07-5174, 07-5254, 07-5286, 07-5327, | * |
| 07-5339, 07-5343, 07-5344, 07-5347, 07-5350, 07- | * |
| 5355, 07-5356, 07-5366, 07-5375, 07-5397, 08-1151 | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## WGI'S STATEMENT OF MATERIAL FACTS

Pursuant to Local Rule 56.1, Washington Group International, Inc. ("WGI")

submits this Statement of Material Facts ("**SMF**") not genuinely in dispute to accompany its

Motion for Summary Judgment.[1]

---

[1]     Citations in WGI's Statement of Material Facts ("**SMF**") will be referenced as follows: citations to the Findings of Fact and Conclusions of Law (Doc. No. 21172) will be referenced as "**FFCL** at __"; citations to trial testimony from the September 17-October 3, 2012 trial will be referenced by the name of the witness, page and line numbers, record document number (e.g. "Silva TT. [pp:ll], Doc. No. _____); citations to the Joint Pre-Trial Order, Uncontested Material Facts (Doc. No. 20920) ("**PTUMF**") will be referenced by paragraph number, page number(s) (e.g. " **PTUMF** __ at p. __"); citations to trial exhibits will be referenced by the Trial Exhibit Number and page numbers (e.g.

- 1 -

1.    **WGI served as the remediation contractor for the United States Army Corps of Engineers for the remediation of the East Bank Industrial Area ("EBIA") adjacent to the Inner Harbor Navigation Canal ("IHNC") and the Lower Ninth Ward, as a part of a project to replace the lock system connecting the Mississippi River to the Gulf Intracoastal Waterway east of New Orleans, Louisiana.**

*References*

**FFCL** at pp. 9-10 (**Ex. 12**).

JX-0049 (Delivery Order 0026, July 12, 1999) (**Ex. 18**) (WGI was the successor to Morrison Knudsen Corporation).

2.    **The EBIA was a 32-acre site, bounded the Claiborne Avenue Bridge to the south, by the Florida Avenue Bridge to the north, on the west by the IHNC, and on the east by a levee and floodwall.   The EBIA consisted of six former industrial sites: International Tank Terminal, Saucer Marine, Mayer Yacht, Indian Towing, McDonough Marine, and Boland Marine.**

*References*

**PTUMF** 31, 32, 34, pp. 32-33, Doc. No. 20920 (**Ex. 13**).

**FFCL** at p. 9 (**Ex. 12**).

JX-1708-0017 (Sykora Rep.) (listing EBIA industrial sites) (**Ex. 2c**).

3.    **WGI and its subcontractors performed work on the EBIA between January 2001 and May 2005, which included excavations at each of the industrial sites along the EBIA.**

*References*

**PTUMF** 60-64, pp. 35-36 (**Ex. 13**).

JX-0159 (QAR 1) (first day of daily log of construction dated January 2, 2001) (**Ex. 20**).

JX-1223 (QAR 1065) (last day of daily log of construction dated May 13, 2005) (**Ex. 21**).

---

"D, DX, JX, PX or DM-DX at __").  All trial exhibits admitted into evidence at the exemplar trial are listed on Doc. No. 21185.  However, citations to "**Ex. [#]**" in this Statement of Material Facts refer to the exhibits attached to this Statement of Material Facts as an electronic Manual Attachment.

1128897v3

4.   **The Technical Completion Report for WGI's work at the EBIA was approved by the USACE on August 23, 2005.**

    *__References__*

    **FFCL** at p. 15 (**Ex. 12**).

    JX-1364 (Technical Completion Report) (**Ex. 22**).

5.   **Hurricane Katrina generated the largest storm-surge elevations in the history of the United States, and on the morning of August 29, 2005, two breaches occurred in the floodwall adjacent to the EBIA due to the effects of the storm.**

    *__References__*

    **PTUMF** 70, 73, pp. 36-37 (**Ex. 13**).

    **FFCL** at p. 16 (**Ex. 12**).

    Silva TT at 3695:5-7[2] (**Ex. 1a**) and DX DM-0015-0011 (**Ex. 1b**) (two failures occurred at the EBIA, referred to as the North Breach and South Breach), Doc. No. 21148.

6.   **The North Breach occurred south of the Florida Avenue Bridge, between stations 54+00 and 56+00.  The breach was adjacent to the Boland Marine industrial site and was 180 feet in length.**

    *__References__*

    **PTUMF** 74, p. 37 (**Ex. 13**).

    **FFCL** at pp. 9, 16 (**Ex. 12**).

    JX-1864-0019 (Marr Rep.), Figure 2-3 (**Ex. 3c**) (demonstrating stations at which the breach occurred).

---

[2]    Declarations of each of the Defendants' experts cited herein have been attached as **Exhibits 1-7** to this Statement of Material Facts ("**SMF**").  Each defense expert's trial testimony is attached as **Exhibits 1-A through 7-A** to this **SMF**. Each defense expert's presentation in support of his summary direct testimony is attached as **Exhibits 1-B through 7-B** to this **SMF**.  Each defense expert's main expert report and supplemental expert report (where applicable) have been attached as **Exhibits 1-C through 7-C** to this **SMF**.

7.      **The South Breach occurred north of the Claiborne Avenue Bridge, between stations 24+00 and 32+00.  The breach was adjacent to the Saucer Marine industrial site and was 793 feet in length.**

      ***<u>References</u>***

      **PTUMF** 75, p. 37, (**Ex. 13**).

      **FFCL** at pp. 9, 16-17 (**Ex. 12**).

      JX-1864-0027 (Marr Rep.), Figure 2-5 (**Ex. 3c**) (demonstrating stations at which the breach occurred).

8.      **On the site of Boland Marine, activities included transite excavations, soil remediation, excavations of structures and pilings, grid trenching, and utility removals.**

      ***<u>References</u>***

      **PTUMF** 60-64, pp. 35-36 (**Ex. 13**).

      **FFCL** at pp. 10-11 (**Ex. 12**).

      Silva TT at 3740:15-3741:14 (**Ex. 1a**) and DX DM-0015-0038 (**Ex. 1b**) (types of work performed at each industrial site), Doc. No. 21148.

      JX-1672-0025 to -0029 (Silva Rep.) (**Ex. 1c**) (description of activities at Boland Marine).

      JX-1780-0041 to -0050 (Stark Rep.) (**Ex. 4c**) (description of activities at Boland Marine).

9.      **On the site of Saucer Marine, activities included soil remediation, excavations of structures and pilings, grid trenching, and utility removals.**

      ***<u>References</u>***

      **PTUMF** 60-64, pp. 35-36, (**Ex. 13**).

      **FFCL** at pp. 12-14 (**Ex. 12**).

      Silva TT at 3740:15-3741:14 (**Ex. 1a**) and DX DM-0015-0038 (**Ex. 1b**) (types of work performed at each industrial site), Doc. No. 21148.

      JX-1672-0029 to -0032 (Silva Rep.) (**Ex. 1c**) (description of activities at Saucer Marine).

      JX-1780-0063 to -0074 (Stark Rep.) (**Ex. 4c**) (description of activities at Saucer Marine).

10. **Excavation activities similar to those in the Boland Marine and the Saucer Marine site were undertaken by WGI at all of the other remediated industrial sites along the EBIA, and no breaching occurred at any of the other locations.**

*References*

**PTUMF** 60-64, pp. 35-36, (**Ex. 13**).

**FFCL** at p. 14 (**Ex. 12**) ("It must be noted that similar activities were undertaken at all of the other sites along the canal and no breaching occurred anywhere else along the length of the EBIA floodwall—only the North and South Breaches.")

JX-1708-0030 to -0042 (Sykora Rep.) (**Ex. 2c**) (describing nature of work completed by WGI at all industrial sites).

11. **The parties to the Court-ordered exemplar trial participated in a Joint Soils Investigation performed by Fugro Consultants, Inc., which evaluated the properties of the soil located at the EBIA.**

*References*

**PTUMF** 76-78, p. 37, (**Ex. 13**).

**FFCL** at p. 24 (**Ex. 12**).

Bea TT at 875:18-23 (**Ex. 8**) (acknowledging that the parties to the litigation participated in a joint soils investigation), Doc. No. 21128.

12. **The permeability (hydraulic conductivity) of the soils in the EBIA is stipulated between the parties to be 1 X $10^{-5}$ cm/sec.**

*References*

**PTUMF** 87, p. 38 (**Ex. 13**).

**FFCL** at p. 25 (**Ex. 12**) ("The parties stipulated that the permeability of the clay at the EBIA is $10^{-5}$ cm/sec.").

Silva TT at 3796:8-10 (**Ex. 1a**), Doc. No. 21149.

Bea TT at 881:23-882:3 (**Ex. 8**) ("Q. In your report submitted in this matter you now agree, based on the testing performed by Fugro and Kevin Pope and Dr. Rogers, that 1 times 10 to the minus 5 centimeters per second is the correct permeability of that organic clay layer; isn't that true? A. That's true for the specified test connections."), Doc. No. 21128.

13.     **The soils of the EBIA are and were in August 2005 predominantly fine-grained, low permeability clays.**

   _**References**_

   **FFCL** at pp. 6-7, 24 (**Ex. 12**) ("As the Court found previously, the soils of the EBIA are predominantly fine-grained low permeability clays.").

   Dunbar TT at 1754:18-1764:8 (**Ex. 7a**) and DX DM-1004-0003 to -0031 (**Ex. 7b**), Doc. No. 21135.

   Dunbar TT at 1779:8-14 (**Ex. 7a**), Doc. No. 21135.

   Rogers TT at 606:19-23 (**Ex. 9**) ("Q. And another way of saying that is that the EBIA is dominated by fine grain soils, correct? A. Yes. Q. And fine grain soils typically have low permeability, correct? A. Yes."), Doc. No. 21125.

   JX-1780-0013, (Stark Rep.) (**Ex. 4c**) ("fine grained deposits dominate the inland swamp and natural levee deposits").

14.     **The Plaintiffs' only causation theory based on expert testimony is that uplift pressures, not underseepage, acted to destabilize the EBIA floodwall.**

   _**References**_

   **FFCL** at pp. 25-27 (**Ex. 12**).

   Bea TT at 847:20-850:5, Doc. No. 21127; Bea TT at 887:19-23, Doc. No. 21128; Bea TT at 1138:2-19, Doc. No. 21130; Bea TT at 1292:6-9, 1301:8-22, 1314:20-24, 1320:15-1321:8, Doc. No. 21131; Bea TT at 4020:6-13 (**Ex. 8**) (stating that his theory of causation is based on the "third type" of pressure, which is uplift pressure), Doc. No. 21151.

15.     **Plaintiffs' computer model, SEEP/W, is the only scientific model used by Plaintiffs' expert to run a seepage analysis and compute pore pressures.**

   _**References**_

   **PTUMF** 88, p. 38 (**Ex. 13**).

   **FFCL** at p. 28 (**Ex. 12**) ("To prove his theory of pore pressure transmission, Dr. Bea used a computer model known as SEEP/W which computes flow and pressure based on basic inputs of soil properties and geometry.").

   Bea TT at 908:8-16 (**Ex. 8**) (agreeing that SEEP/W was utilized for the original expert report submitted in _Armstrong_), Doc. No. 21128.

16.   **The Plaintiffs' SEEP/W model utilized only the transient flow analysis option of the program.**

   *__References__*

   **FFCL** at pp. 28-29 (**Ex. 12**) ("Dr. Cobos-Roa testified that in running the SEEP/W model, he used transient flow analysis option of the program.").

   Bea TT at 888:2-5, 912:16-913:2  (**Ex. 8**) (Cobos-Roa utilized transient analyses in this case and in prior litigation and published papers regarding the failure of the EBIA floodwalls), Doc. No. 21128.

   DX-02674-0092 to -0093, -0106 (Cobos-Roa Deposition at 202:3-203:22, 227:22-228:1) (**Ex. 14**) (Cobos-Roa utilized the transient option rather than the steady flow option when modeling the failure of the IHNC floodwalls in SEEP/W).

   Silva TT at 3798:6-13 (**Ex. 1a**) and DX DM-0015-0094 (**Ex. 1b**) ("Dr. Bea used SEEP/W. SEEP/W is a flow modeling program, and he used SEEP/W to determine the pressures transmitted to the landside. He performed a transient flow analysis using SEEP/W that requires geometry."), Doc. No. 21149.

17.   **The transient flow analyses utilized by Plaintiff's expert required input of permeabilities and compressibilities ($m_v$) for each soil layer being analyzed.**

   *__References__*

   DX-02715-0402, Lambe & Whitman at 391, Chapter 26 (**Ex. 16**) (opening paragraph makes clear that transient flow conditions exist in fully saturated soils in situations like the Katrina storm surge).

   JX-1404-0004 (Freeze & Cherry, Groundwater, 1979, at 65) (**Ex. 28**) (equation of flow for transient flow requires knowledge of the hydraulic conductivity, compressibility, and porosity).

   Silva TT at 3756:21-25 (**Ex.** 1a) ("And it's important to understand that evaluation of the seepage effects is correctly done using transient flow with site-specific values for permeability, compressibility, and porosity, which are the three parameters that control transient flow in soil."), Doc. No. 21148.

   Marr TT at 1927:21-1928:14 (**Ex. 3a**) and DX DM-1006-0081 (**Ex. 3b**) (two soil constants—permeability and coefficient of volume compressibility ($m_v$)—are necessary for a transient flow analysis), Doc. No. 21137.

   Rogers TT at 698:1-699:11 (**Ex. 9**) (solving a transient flow problem requires knowledge of the soil's hydraulic conductivity, compressibility, and porosity), Doc. No. 21126.

JX-1672-0038 (Silva Rep.) (**Ex. 1c**) ("[I]n order to solve a boundary value transient flow problem, it is not only necessary to determine the conductivity of the material, but also the Specific Storage or compressibility (the two are related.)").

**18.**   **Plaintiff's expert, Dr. Rogers and Mr. Pope, and Defendant's experts computed a compressibility ($m_v$) of the actual soils in the EBIA in the range of $2x10^{-5}$ 1/psf to $4x10^{-5}$ 1/psf.**

*<u>References</u>*

JX-1672-0078 (Silva Rep.) (**Ex. 1c**) and JX-1676-0069 to -0070 (Silva Rep. App. D) (**Ex. 17**) (finding the actual $m_v$ derived from Defendants' pumping tests to be **4 X $10^{-5}$ 1/psf** and **3 X $10^{-4}$ 1/psf**).

Bea TT at 925:12-20 (**Ex. 8**) (the actual $m_v$ derived from Dr. Rogers' and Kevin Pope's work at the South EBIA site is **2 X $10^{-5}$ 1/psf**), Doc. No. 21128.

Stark TT at 3421:7-10, 3427:17-23 (**Ex. 4a**) (a site specific compressibility of **4 X $10^{-5}$ 1/psf** was appropriate), Doc. No. 21146.

JX-1874-0009 (Marr Rep. App. J) (**Ex. 31**) (table comparing the $m_v$ parameters used by Dr. Bea and the defense causation experts).

**19.**   **The compressibility figures calculated by Dr. Rogers were not used by Plaintiffs' expert Dr. Bea in running his transient flow analyses in SEEP/W. Plaintiffs' expert instead used values for compressibility of approximately $1x10^{-9}$ 1/psf that were 10,000 times to 30,000 times less compressible than the soils that exist in the EBIA.**

*<u>References</u>*

**FFCL** at p. 29 (**Ex. 12**) ("[R]ather than using the empirically proven value for $m_v$, Dr. Bea used a value that is 30,000 times lower or **1 x $10^{-9}$ 1/psf** or **zero** as his coefficient for compressibility.").

Marr TT at 1942:21-1943:10 (**Ex. 3a**) and DX DM-1006-0105 (**Ex. 3b**) (an appropriate $m_v$ was derived from the "real world" measurements taken of the EBIA soils), Doc. No. 21137.

Bea TT at 925:21-926:13 (**Ex. 8**) (admitting that he did not use the site-specific $m_v$ for his analyses of the IHNC floodwall failures), Doc. No. 21128.

Silva TT at 3799:11-3804:12 (**Ex. 1a**) and DX DM-0015-00097 to -0104 (**Ex. 1b**) (Dr. Bea did not use a compressibility factor derived from the soil testing), Doc. No. 21149.

Stark TT at 3421:7-10 (**Ex. 4a**) (analyzing the results when the $m_v$ utilized by Dr. Bea is replaced with the site-specific $m_v$), Doc. No. 21146.

DX-02674-0090 to 0091 (Cobos-Roa Deposition at 198:1-199:22) (**Ex. 14**) (Cobos-Roa admitted that the compressibility value was chosen in an attempt to capture an incompressible response); DX-02674-0099 (Cobos-Roa Deposition at 214:22-215:5) (Cobos-Roa, who performed Dr. Bea's SEEP/W analyses, admitted that he "tweaked" the $m_v$ values by using an incompressible value rather than the site-specific $m_v$ values).

JX-1874-0009 (Marr Rep. App. J) (**Ex. 31**) (table comparing the $m_v$ parameters used by Dr. Bea and the defense causation experts).

20.    **Plaintiffs' computer model, SLOPE/W, is the only scientific model used by Plaintiffs' expert to compute slope stability for the EBIA floodwall and levee.**

   _References_

   **PTUMF** 88, p. 38 (**Ex. 13**).

   **FFCL** at p. 30 (**Ex. 12**) ("Dr. Bea also evaluated the lateral stability (or slope stability) of the floodwall under maximum demands and capacity using the SLOPE/W program and the pressures generated by the SEEP/W analyses.").

   JX-1393-0021 (Bea Rep. App. D) (**Ex. 26**).

   Bea TT at 911:6-9, 930:7-12 (**Ex. 8**), Doc. No. 21128.

21.    **Pore pressure inputs were required for Plaintiffs' chosen use of their SLOPE/W computer model, and the only pore pressure inputs used by Plaintiffs' experts were determined from the SEEP/W outputs derived by means of utilizing "idealized" excavations and erroneous values for compressibility ($m_v$).**

   _References_

   Bea TT at 930:3-12, 972:2-17 (**Ex. 8**) (The pore pressures that were calculated as outputs by SEEP/W were used as inputs in SLOPE/W.  The cross-sections found in Dr. Bea's reports were utilized as inputs in both SEEP/W and SLOPE/W), Doc. No. 21128.

   Silva TT at 3798:6-17, 3806:21-3807:8 (**Ex. 1a**) (Dr. Bea's analyses included incorrect geometries and erroneous values of compressibility), Doc. No. 21149.

22.    **The duration of the Katrina storm surge was no longer than thirty (30) hours.**

   _References_

   _See_ **PTUMF** 1, pp. 29-30 (**Ex. 13**).

   Silva TT at 3749:23-3750:5 (**Ex. 1a**) and DX DM-0015-0058 (**Ex. 1b**) ("Between the beginning of the storm surge and the failures we have about 30 hours."), Doc. No. 21148.

   Marr TT at 1898:18-22 (**Ex. 3a**) (the EBIA soils were loaded by storm surge for a maximum of 30 hours), Doc. No. 21137.

Brandon TT at 3205:23-3206:3, 3229:10-11 (**Ex. 5a**) ("We had a total loading of only about 30 hours."), Doc. No. 21145.

Bea TT at 4063:24-4064:4 (**Ex. 8**) (agreeing that the failure of the floodwalls at the EBIA took about 30 hours), Doc. No. 21151.

**23.  Undrained shear strengths are universally used by geotechnical engineers for clay soil subjected to short-term loading conditions.**

> ### _References_

**FFCL** at pp. 7-8, 30-31 (**Ex. 12**).

Silva TT at 3789:21-25 (**Ex. 1a**) (clays remain in an undrained state for quite a while), Doc. No. 21149.

Marr TT at 1899:2-15, 1927:6-11, 1946:8-10 (**Ex. 3a**) (the controlling strength for clays during a storm flood load is the undrained shear strength), Doc. No. 21137.

Brandon TT at 3164:5-10 (**Ex. 5a**) and DX DM-1008-0009 (**Ex. 5b**) (clays are treated as undrained materials), Doc. No. 21145.

Brandon TT at 3169:18-23 (**Ex. 5a**) and DX DM-1008-0018 (**Ex. 5b**) (clays are undrained materials, which are assigned undrained strengths for the purpose of stability analyses), Doc. No. 21145.

JX-1836-0024 (Brandon Rep.) (**Ex. 5c**) (analyses involving clays are treated as undrained).

**24.  The normal and usual method of analyzing soil strengths when soil conditions are undrained is a total stress analysis.**

> ### _References_

**FFCL** at p. 30 (**Ex. 12**) ("If a scientist determines the soil is undrained, a total stress analysis should be used.").

Bea TT at 4117:22-4118:2 (**Ex. 8**) (an undrained condition means a total stress evaluation of shear strength), Doc. No. 21151.

Marr TT at 1932:24-25 (**Ex. 3a**) (equating undrained analyses with total stress analyses), Doc. No. 21137.

_See_ Brandon TT at 3219:23-3220:1 (**Ex. 5a**) (using undrained and total stress analysis interchangeably), Doc. No. 21145.

**25.     The underground soil conditions in the EBIA during the 30-hour storm surge were undrained, not drained.**

*References*

**FFCL** at p. 31 (**Ex. 12**) ("Since the clay soils of the EBIA were loaded in a matter of 30 hours maximum, any stability analyses of the floodwall involved [sic] the strength of the clay should be using undrained shear strength.").

Marr TT at 1895:9-1896:6, 1898:18-22 (**Ex. 3a**) ("[A]ny stability analyses of the floodwall that involved the strength of the clay should be using undrained shear strength."), Doc. No. 21137.

Marr TT at 1946:8-24 (**Ex. 3a**), Doc. No. 21137.

Brandon TT at 3205:19-3206:3 (**Ex. 5a**) (relatively short-term loading is undrained), Doc. No. 21145.

Brandon TT at 3229:19-23 (**Ex. 5a**) ("The organic clay should have modeled as an undrained material."), Doc. No. 21145.

JX-1836-0025 (Brandon Rep.) (**Ex. 5c**) ("Based on this conservative assessment [of EBIA site variables], it is clear that an undrained or total stress analysis should be performed, and accordingly, undrained or total stress strengths should be used.").

JX-1780-0197 (Stark Rep.) (**Ex. 4c**) ("[A]n undrained stability analysis should be used for any potential failure surface that passes through the Lower Organic Clay.").

**26.     Dr. Bea utilized drained shear strengths in his analyses provided in this case.**

*References*

**FFCL** at p. 31 (**Ex. 12**) ("[I]n his original expert report in this trial, [Dr. Bea] treated the organic clay layer as being in a "drained" condition, using an effective stress analysis.").

JX-1392-0028 (Bea Rep., App. C at 28) (**Ex. 25**) ("The analyses performed during this investigation considered the buried swamp-marsh deposits to behave as a drained layer, given its relative high hydraulic conductivity.").

Marr TT at 1898:13-16 (**Ex. 3a**) (Dr. Bea utilized a drained analysis to make his calculations), Doc. No. 21137.

Brandon TT at 3183:12-16 (**Ex. 5a**) ("[F]or these analyses, Professor Bea used drained or effective stress strength parameters."), Doc. No. 21145.

Bea TT at 1128:4-15 (**Ex. 8**) (In his report, Dr. Bea characterized the shear strength of the soils using an effective stress analysis.), Doc. No. 21130.

27.     **Dr. Bea's comparison of drained and undrained analyses are unreliable because he utilized two different shear strengths in those analyses.**

_**References**_

**FFCL** at p. 32 (**Ex. 12**) ("Dr. Marr demonstrated these results were unreliable given that it appears that Dr. Bea used different shear strengths in making his calculations.").

_Compare_ DX-02679-0006, -0022 to -0023 (Bea Rebuttal Rep. at 5 & App. B) (**Ex. 15**) _with_ JX-1392-0034 to -0035 Bea Original Rep., App. C) (**Ex. 25**).  Dr. Bea used a shear strength of 300 psf for his "'Total Stress' ('Undrained'…) … 'hand calculations' . . ." in Appendix B of his Rebuttal Report dated April 11, 2012, producing a safety factor of 1.1, whereas he used a shear strength of 442 psf for the "'Effective Stress' ('Drained')" calculations in his Original Report, producing a Factor of Safety of 0.99. Dr. Bea then declared that "[t]he two different treatments of the shear strength result in very comparable IHNC surge elevations at 'failure' (implied to be defined with a Factor-of-Safety of FS = 1.0)." JX-1414-0104 (Bea Rebuttal Rep. at 103) (**Ex. 30**).

Marr TT at 1932:19-1935:8 (**Ex. 3a**) and DX DM-1006-0087 to -0091 (**Ex. 3b**) (demonstrating the differences in Dr. Bea's analyses and calculations that make them unreliable), Doc. No. 21137.

Bea TT at 4122:25-4125:23 (**Ex. 8**) (unable to explain why different shear strengths were utilized in his analyses), Doc. No. 21151.

28.     **Underseepage did not cause instability in the EBIA floodwalls during Katrina's storm surge.**

_**References**_

**FFCL** at p. 25 (**Ex. 12**) (the plaintiffs shifted their causation theory from water seepage).

Bea TT at 847:20-848:10, 862:14-19 (**Ex. 8**), Doc. No. 21127.

Bea TT at 1295:1-6, 1320:22-25 (**Ex. 8**) (underseepage of water did not cause either breach of the EBIA floodwall), Doc. No. 21131.

Silva TT at 3756:9-16 (**Ex. 1a**) and DX DM-0015-0061 (**Ex. 1b**) ("Seepage has a negligible effect and thus does not contribute to the cause of failure."), Doc. No. 21148.

Stark TT at 3412:22-24 (**Ex. 4a**) ("Underseepage and hydraulic uplift pressures did not cause either the North Breach or the South Breach."), Doc. No. 21146.

Stark TT at 3416:17-23 (**Ex. 4a**) and DX DM-1009-0019 (**Ex. 4b**) ("Heave or blowout or uplift did not occur at the North Breach."), Doc. No. 21146.

Stark TT at 3426:14-20 (**Ex. 4a**) and DX DM-1009-0033 (**Ex. 4b**) ("Heave or hydraulic blowout also did not occur at the South Breach."), Doc. No. 21146.

Brandon TT at 3159:5-8 (**Ex. 5a**) (the North and South Breaches were not caused by underseepage), Doc. No. 21145.

Brandon TT at 3229:6-11 (**Ex. 5a**) (underseepage did not cause the EBIA floodwall failures), Doc. No. 21145.

JX-1836-0049 (Brandon Rep.) (**Ex. 5c**) (Plaintiffs' expert's SEEP/W files show that underseepage was not a factor in the failure of the EBIA floodwall).

JX-1781-0030 (Dunbar Rep.) (**Ex. 7c**) ("Physical evidence from the breach sites does not support an underseepage mechanism.").

**29.    There could not be instantaneous transmission of pore pressures from one side of the floodwall to the other during the 30-hour duration of Katrina's storm surge.**

### _References_

Silva TT at 3750:24-3751:12 (**Ex. 1a**) and DX DM-0015-0059 (**Ex. 1b**) (increased pore pressures due to change in total stress would be limited to the soils beneath the water load of the storm surge -- there would be virtually no pressure transmission toward the landside during the 30-hour storm surge), Doc. No. 21148.

Silva TT at 3757:17-3758:18 (**Ex. 1a**) and DX DM-0015-0062 (**Ex. 1b**) ("If there's no flow, there's no increase in pressure due to flow, yes. … But it would take months in order for the pressures due to the flow from the floodwaters on the canal side to be felt on the land side."), Doc. No. 21148.

Silva TT at 3821:3-3822:4 (**Ex. 1a**) and DX DM-0015-0127 (**Ex. 1b**) (Dr. Bea's car lift analogy is inapplicable to the conditions at the EBIA, because it requires a completely rigid system), Doc. 21149.

Marr TT at 1935:25-1939:8 (**Ex. 3a**) (Dr. Bea's pressure transmission theory does not apply to the conditions of the EBIA during the Katrina storm surge), Doc. No. 21137.

Marr TT at 1943:12-13 (**Ex. 3a**) and DX DM-1006-0106 (**Ex. 3b**) (Dr. Bea's theory does not apply to the failures of the EBIA floodwalls), Doc. No. 21137.

Marr TT at 1946:16-18 (**Ex. 3a**) ("The low permeability of this clay simply does not permit that development of uplift pore pressures during the duration of the storm and the evolution of these failures."), Doc. No. 21137.

Stark TT at 3492:20-3493:5 (**Ex. 4a**) (only the flow of water can transmit pressure), Doc. No. 21146.

Brandon TT at 3284:9-24 (**Ex. 5a**) (no significant flow, and therefore no significant pore pressures could have traveled through the EBIA soil during the Katrina storm surge), Doc. No. 21145.

30.   **Pore pressure transmission cannot be segregated from the flow of water, and the decoupling of those phenomena is not supported by science.**

*References*

**FFCL** at p. 35 (**Ex. 12**) ("[T]he decoupling of flow from uplift pressure did not seem sufficiently scientifically supported.").

Silva TT at 3757:17-3758:12 (**Ex. 1a**) and DX DM-0015-0062 (**Ex. 1b**) (if there is no flow, there can be no increase in pressure due to flow), Doc. No. 21148.

Marr TT at 1940:15-20 (**Ex. 3a**) and DX DM-1006-0101 (**Ex. 3b**) (pressure and flow are intimately coupled and cannot be segregated), Doc. No. 21137.

Stark TT at 3492:20-3493:5 (**Ex. 4a**) ("That's the only thing that transmits the pressure, is the flow of water."), Doc. No. 21146.

Brandon TT at 3159:23-3160:13 (**Ex. 5a**) (transfer of uplift pressure requires flow), Doc. No. 21145.

Brandon TT at 3284:9-24 (**Ex. 5a**) (pressure transmission and flow are "inextricably linked"), Doc. No. 21145.

Lucia TT at 3002:24-3003:2 (**Ex. 6a**) ("I don't think you can transmit pressures without water."), Doc. No. 21143.

31.   **There was no seismic shock, explosion or other sudden dynamic or inertial event during the Katrina storm surge that justifies the application of the dilatational wave modulus.**

*References*

**FFCL** at 35 (**Ex. 12**) ("The Court accepts Dr. Marr's testimony that the dilatational wave theory pertains to explosive shock waves . . . .").

Silva TT at 3801:20-3803:3 (**Ex. 1a**) and DX DM-0015-0100 (**Ex. 1b**) (dilatational wave modulus is not appropriate to evaluate the conditions at the EBIA or for use in SEEP/W), Doc. No. 21149.

Marr TT at 1935:25-1937:12 (**Ex. 3a**), Doc. No. 21137.

Marr TT at 1938:25-1939:8 (**Ex. 3a**) ("It took hours and hours for the load to develop. That's not pressure wave theory."), Doc. No. 21137.

Marr TT at 1940:12-14 (**Ex. 3a**) ("SEEP/W does not solve the pressure wave transmission problem . . . ."), Doc. No. 21137.

- 14 -

32.   **There was no significant flow of water from one side of the floodwall to the other side during the Katrina storm surge.**

_**References**_

Silva TT at 3756:9-25 (**Ex. 1a**) and DX DM-0015-0061 (**Ex. 1b**) (seepage from the landside does not contribute to failure, and it would take in excess of one year to develop steady-state conditions at the EBIA), Doc. No. 21148.

Silva TT at 3790:8-3792:1 (**Ex. 1a**) ("Flow or pore pressures do not travel very far during the 30 hours to failure."), Doc. No. 21149.

Marr TT at 1919:4-25 (**Ex. 3a**) and DX DM-1006-0072 (**3b**) ("This quantity of flow is literally _de minimis_."), Doc No. 21137.

Marr TT at 1946:16-18 (**Ex. 3a**) and DX DM-1006-0109 (**Ex. 3b**) ("The low permeability of this clay simply does not permit that development of uplift pore pressures during the duration of the storm and the evolution of these failures."), Doc. No. 21137.

Brandon TT at 3167:1-3 (**Ex. 5a**) and DX DM-1008-0013 (**Ex. 5b**) (the flow during the Katrina storm surge was less than .003 and .002 gallons per minute for the North and South Breaches respectively), Doc. No. 21145.

Brandon TT at 3167:18-23 (**Ex. 5a**) and DX DM-1008-0014 (**Ex. 5b**) ("[T]here's not enough flow for this to classify as a severe seepage issue based on my analysis, which gives an upper bound value of flow."), Doc. No. 21145.

Brandon TT at 3229:6-11 (**Ex. 5a**) (the flood loading was too short to achieve steady-state flow conditions), Doc. No. 21145.

Brandon TT at 3284:9-24 (**Ex. 5a**) (significant flow of water could not have traveled through the EBIA soil during the Katrina storm surge), Doc. No. 21145.

Bea TT at 1295:1-6 (**Ex. 8**) ("Q….Dr. Bea … it's your opinion that underseepage in terms of flow of water … did not cause either breach.  Is that your opinion?  A. Yes."), Doc. No. 21131.

33.   **The soils conditions at the EBIA were substantially different from those at the 17th Street Canal breaches.**

_**References**_

**FFCL** at p. 34 (**Ex. 12**) ("[C]onsidering that the soil at the 17th Street Canal is substantially different than that found at the EBIA renders the analogy suspect.").

Bea TT at 950:10-951:9 (**Ex. 8**) (conditions of the soil at the 17th Street Canal differ from those at the EBIA), Doc. No. 21128.

- 15 -

Dunbar TT at 1791:10-19 (**Ex. 7a**) ("I would never call the geology similar."), Doc. No. 21145.

34.   **There was no reasonable factual basis to distinguish between the soil properties related to water flow or seepage in the organic clay layer and the other clay soils in the EBIA.**

*References*

Silva TT at 3792:25-3793:4 (**Ex. 1a**), Doc. No. 21149.

JX-1780-0101 (Stark Rep. at p. 101) (**Ex. 4c**) ("… an examination of the soil borings, cone penetration soundings, vane shear test, and other evidence reveals that the native soils in the MM parcel are not materially different from those elsewhere in the EBIA.").

JX-1389-0092 (Bea Rep.) (**Ex. 23**) (Dr. Bea utilized MMG boring 71G, to support the stratigraphy in his 'Near Breach' cross-sections.  71G was actually located in the middle of the Boland Marine site but is similar to borings taken at McDonough Marine).

35.   **The McDonough Marine Borrow Pit was the largest and deepest excavation closest to the EBIA floodwall.  Its greatest depth was 18 feet, and the excavation was 53 feet from the floodwall.**

*References*

FFCL at p. 14 (**Ex. 12**).

JX-1674-0016 (Silva Rep. App. B) (**Ex. 29**) (Map showing location of borrow pit).

JX-0119-0044 (McDonough Marine NFAATT, Table 2) (**Ex. 19**) (detailing depths of borrow pit excavations).

JX-1780-0102 (Stark Rep.) (**Ex. 4c**) (description of location, size, and characteristics of the borrow pit).

Guillory TT at 2398:18-21, 2401:8-11 (**Ex. 11**) (the borrow pit was a 2.4 acre excavation that was less than 60 feet from the floodwall), Doc. No. 21140.

Silva TT at 3747:9-14 (**Ex. 1a**) and DX DM-0015-0052 to 0054 (**Ex. 1b**) (the borrow pit "was essentially the closest large excavation to the floodwall"), Doc. No. 21148.

36.   **The McDonough Marine Borrow Pit pierced the organic clay layer.**

*References*

FFCL at p. 14 (**Ex. 12**) ("[I]t is clear that the borrow pit pierced the lower organic clay lens and reached the lower organic clay level.").

FFCL at p. 33 (**Ex. 12**) ("It is clear that that layer was pierced in reality.").

- 16 -

Silva TT at 3747:9-17 (**Ex. 1a**) (the borrow pit reached the organic clay), Doc. No. 21148.

Stark TT at 3428:23-3429:5 (**Ex. 4a**) ("[T]he borrow pit did pierce the lower organic clay."), Doc. No. 21146.

Bea TT at 4131:20-4132:8, 4134:3-4135:22 (**Ex. 8**) (Dr. Bea testified in the *Barge* litigation and stated in published journal articles that the cypress stumps shown in the picture (JX-1401-0017) (**Ex. 27**) were a clear indication that the organic clay layer had been reached), Doc. No. 21151.

JX-1401-0017 (I-Wall Report) (**Ex. 27**) (picture of borrow pit as an example of an excavation that encountered the "buried swamp" layer).

**37.** **The McDonough Marine Borrow Pit was not lined with a clay liner.**

*References*

Guillory TT at 2411:18-2412:4 (**Ex. 11**) (there was no need to line the excavation the pit with clay), Doc. No. 21140.

Rogers TT at 748:5-11 (**Ex. 9**) (the borrow pit was not lined with clay, because it was composed of clay), Doc. No. 21126.

JX-1672-0034 (Silva Rep.) (**Ex. 1c**) ("We have found no evidence to support Dr. Bea's assertion that WGI lined the eastern slope of the borrow pit with clay.").

**38.** **The McDonough Marine Borrow Pit was breached, and water from the IHNC was allowed to flood the excavation.**

*References*

FFCL at pp. 14-15 (**Ex. 12**) ("At the conclusion of its use, the berm on the canal side of the pit was breached to allow water to flood the excavation.").

Guillory TT at 2401:3-7 (**Ex. 11**) (the borrow pit was "flooded by control flooding at the very end of Task Order 26 and connected to the IHNC canal for intertidal flow back and forth."), Doc. No. 21140.

JX-1780-0102 (Stark Rep.) (**Ex. 4c**) (the borrow pit was breached).

**39.** **The EBIA floodwall did not fail adjacent to the McDonough Marine Borrow Pit.**

*References*

FFCL at p. 15 (**Ex. 12**) ("Nonetheless, with an open, un-backfilled, un-tamped large pit, no breach occurred at the EBIA in [the borrow pit's] vicinity.").

- 17 -

Silva TT at 3747:9-17 (**Ex. 1a**) and DX DM-0015-0054 (**Ex. 1b**) (the floodwall did not fail adjacent to the borrow pit), Doc. No. 21148.

Lucia TT at 3001:9-12 (**Ex. 6a**) (the floodwall did not fail in the area of the McDonough Marine site), Doc. No. 21143.

JX-1780-0102, -0106 (Stark Rep.) (**Ex. 4c**) (the floodwall did not fail adjacent to the borrow pit).

40.   **The deepest excavation near the North Breach was the wedding cake structure, which was approximately 590 feet from the south end of the North Breach of the floodwall.**

   *<u>References</u>*

   JX-1672-0028 (Silva Rep.) (**Ex. 1c**) ("The deepest of the subsurface foundations was called the 'wedding cake.' The excavation was made to a total depth of 26.5 feet deep, 187 feet from the floodwall, and 590 feet from the southern edge of the Northern Breach.").

   JX-1674-0006 (Silva Rep. App. B) (**Ex. 29**) (map showing location of the wedding cake excavation).

   JX-1708-0041 (Sykora Rep.) (**Ex. 2c**) ("The 'wedding cake' excavation was 590 feet south and west from the southern end of the north breach.").

   JX-1780-0041 (Stark Rep.) (**Ex. 4c**) (describing location, depth, and size of the wedding cake exacavation).

   Sykora TT at 3090:23-3091:2 (**Ex. 2a**) and DX DM-0008-0035 (**Ex. 2b**) (location of wedding cake excavation), Doc. No. 21144.

41.   **The excavation of the wedding cake structure did not contribute to the North Breach.**

   *<u>References</u>*

   Silva TT at 3747:18 (**Ex. 1a**) and DX DM-0015-0053 (**Ex. 1b**) (no floodwall failure near the wedding cake excavation), Doc. No. 21148.

   Silva TT at 3792:2-3793:4 (**Ex. 1a**) and DX DM-0015-0083 (**Ex. 1b**) (a hypothetically open wedding cake excavation would not have contributed to failure of the floodwall), Doc. No. 21149.

42.   **The deepest excavation near the South Breach was the sewer lift station, which was approximately 200 feet from the north end of the South Breach of the floodwall.**

*References*

JX-1672-0030 to -0031 (Silva Rep.) (**Ex. 1c**) ("In addition, a sewer lift station was excavated to a total depth of 22 feet.  It was located 87 feet from the floodwall, and 193 feet from the northern edge of the South Breach.").

JX-1674-0010 (Silva Rep. App. B) (**Ex. 29**) (map showing location of sewer lift excavation).

JX-1708-0041 (Sykora Rep.) (**Ex. 2c**) ("The excavation for the sewer lift station was 193 feet from the northern end of the south breach.").

JX-1780-0063 to -0064 (Stark Rep.) (**Ex. 4c**) (describing location, depth, and size of the sewer lift excavation).

Sykora TT at 3091:10-17 (**Ex. 2a**) and DX DM-0008-0036 (**Ex. 2b**) (location of sewer lift excavation), Doc. No. 21144.

43.   **The excavation of the sewer lift station did not contribute to the South Breach.**

*References*

Silva TT at 3747:4-8, 3747:19-20, 3748:18-24 (**Ex. 1a**) and DX DM-0015-0053 to -0055 (**Ex. 1b**) (showing no failure corresponds to the location of the sewer lift station excavation), Doc. No. 21148.

JX-1780-0064, -0067 to -0068 (Stark Rep.) (**Ex. 4c**) (the sewer lift excavation did not contribute to the South Breach).

44.   **With the exception of the McDonough Marine Borrow Pit and the excavation at Indian Towing, the excavations at the EBIA during WGI's remediation work were backfilled primarily with borrow pit material that was comparable in permeability to the surrounding soils.**

*References*

**FFCL** at pp. 11-12, 14-15 (**Ex. 12**).

Silva TT at 3744:8-12 (**Ex. 1a**) and DX DM-0015-0047 (**Ex. 1b**) (nearly all excavations were backfilled, and most were filled with native materials), Doc. No. 21148.

Sykora TT at 3092:13-3093:6 (**Ex. 2a**) (excavations were backfilled to the same density with the same or similar materials that were excavated), Doc. No. 21144.

Sykora TT at 3103:5-11 (**Ex. 2a**) and DX DM-0008-0063 to -0064 (**Ex. 2b**) (no deficiencies were noted of the excavations that were backfilled), Doc. No. 21144.

- 19 -

JX-1672-0024 to -0034 (Silva Rep.) (**Ex. 1c**) (describing various excavation and backfill techniques at each of the former industrial sites).

45. **Plaintiffs' expert used "idealized" excavation models that did not represent the actual excavations at either the North Breach or the South Breach sites in his SEEP/W and SLOPE/W analyses.**

### *References*

**FFCL** at p. 32 (**Ex. 12**) ("Dr. Bea used idealized excavations in his models; he did not attempt to recreate with any specificity the actual excavations at either the North Breach or South Breach.").

JX-1391-0008 to -0015, -0035, -0040, -0042, -0046 to -0047 (Bea Rep., App. B) (**Ex. 24**) (describing process for creating idealized cross-sections and re-creations of same).

Bea TT at 974:24-975:6, 980:18-24, 981:2-10, 981:18-982:3 (**Ex. 8**) ("I don't have a complete enough record to trace it."), 991:18-992:11, 992:19-993:19, 993:25-994:21 (**Ex. 8**) ("The document trail went cold."), Doc. No. 21128.

Bea TT at 1021:10-12, 1026:14-21, 1027:2-5 (**Ex. 8**) (describing the cross-sections as idealizations), Doc. No. 21129.

Bea TT at 1133:4-8 (**Ex. 8**) (it was not Dr. Bea's intent to "mimic a real-world excavation of the precise dimensions shown in [his] model"), Doc. No. 21130.

Rogers TT at 725:18-726:2 (**Ex. 9**) (Plaintiffs' "site characterization" and standard-of-care expert, Dr. Rogers, similarly admitted that he does not "know anything about that, the backfilled excavation" in Dr. Bea's Case 1 cross-sections), Doc. No. 21126.

Morris TT at 203:5-16 (**Ex. 10**) (Plaintiffs' survey and mapping expert admitted that one could not determine the depth of excavations from post-Katrina aerial photographs, which was the basis for Dr. Bea's inductive assumption for excavations), Doc. No. 21122.

Silva TT at 3793:13-3794:10 (**Ex. 1a**) and DX DM-0015-0084 to -0086 (**Ex. 1b**) ("[E]xamining Dr. Bea's analysis, we quickly concluded that the excavations that he used for his pore pressure transmission model never existed."), Doc. No. 21149.

Silva TT at 3794:11-3795:18 (**Ex. 1a**) and DX DM-0015-0087 to -0090 (**Ex. 1b**) (no basis for the excavations as modeled in Dr. Bea's cross-sections), Doc. No. 21149.

DX-02674-0063 to -0064, -0068, -0078 (Cobos-Roa Dep. at 142:20-144:1, 144:17-145:7, 152:12-15, 178:18-25) (**Ex. 14**) (admitting that he has no evidence that an excavation of the dimensions he modeled was performed in the EBIA).

JX-1781-0030 to -0031 (Dunbar Rep.) (**Ex. 7c**) (Dr. Bea's idealized models do not correspond with the physical evidence of the composition of the North Breach site).

JX-1780-0082 to -0083 (Stark Rep.) (**Ex. 4c**) (example that Dr. Bea's cross-section are not compatible with field observations).

46. **Plaintiffs' expert did not run any computer models using either SEEP/W or SLOPE/W to determine any result of computer modeling with no EBIA excavations.**

   ***References***

   **FFCL** at p. 33 (**Ex. 12**) ("In addition, none of the models was ever run without any excavations which would have provided the ultimate proof as to what effect the excavations had on the stability of the EBIA floodwall at all three locations.").

   Bea TT at 1292:14-1294:7 (**Ex. 8**) (claiming that the model showing the effect without any excavations is the Near Breach analysis), Doc. No. 21131.

   Bea TT at 1337:5-10 (**Ex. 8**) (admitting that he did not analyze the North Breach or the South Breach with no excavations), Doc. No. 21132.

47. **The Plaintiffs' causation theory is not scientifically or factually supported.**

   ***References***

   **FFCL** at p. 34 (**Ex. 12**) (the Court found the Plaintiffs' proof of their theory "unavailing.").

   Silva TT at 3757:1-3758:3 (**Ex. 1a**) (without flow, there is no pressure increase due to flow), Doc. No. 21148.

   Silva TT at 3790:3-3793:11 (**Ex. 1a**) (Dr. Bea's failure analyses do not reflect actual field conditions during the Katrina storm surge), Doc. No. 21149.

   Silva TT at 3791:10-20 (**Ex. 1a**) and DX DM-0015-0082 (**Ex. 1b**) (analysis shows that it would take in excess of 100 days for a pressure increase of one inch to reach the floodwall), Doc. No. 21149.

   Silva TT at 3806:21-3807:11 (**Ex. 1a**) and DX DM-0015-0105 (**Ex. 1b**) (Dr. Bea's analysis substitutes the properties of clay related to compressibility for those of sandstone, which is not justified), Doc. No. 21149.

   Silva TT at 3821:3-3822:4 (**Ex. 1a**) and DX DM-0015-0127 (**Ex. 1b**) (Dr. Bea's car lift analogy is not applicable because it consists of a rigid system that resists expansion, unlike the EBIA soils. But even a car lift requires some flow of liquids.), Doc. No. 21149.

   Marr TT at 1895:15-1896:6 (**Ex. 3a**) (the appropriate strength to study for the EBIA soils is the undrained shear strength, and Dr. Bea's case would only develop after a much longer period of time), Doc. No. 21137.

Marr TT at 1916:21-1919:25 (**Ex. 3a**) and DX DM-1006-0069 to -0072 (**Ex. 3b**) (Dr. Bea's calculations and analyses do not support his causation theory), Doc. No. 21137.

Marr TT at 1931:1-3 (**Ex. 3a**) (a surge of fifty days or longer would be required to develop uplift pressures as advocated by Dr. Bea), Doc. No. 21137.

Stark TT at 3436:12-14 (**Ex. 4a**) and DX DM-1009-0047 (**Ex. 4b**) ("Dr. Bea's instantaneous hydraulic pressure transmission theory does not model the field conditions at the IHNC, especially on the land side."), Doc. No. 21146.

Stark TT at 3451:15-18, 3492:23-3493:5 (**Ex. 4a**) (flow is required to transmit pressure), Doc. No. 21146.

Brandon TT at 3164:14-19 (**Ex. 5a**) and DX DM-1008-0011 (**Ex. 5b**) (the phenomenon of erosion/heaving requires a significant amount of underseepage flow), Doc. No. 21145.

Brandon TT at 3169:4-15 (**Ex. 5a**) (seepage analysis is required to determine the uplift pressures), Doc. No. 21145.

Brandon TT at 3262:11-15 (**Ex. 5a**) (does not agree that pressure was transmitted through the EBIA clay as postulated by Dr. Bea), Doc. No. 21145.

Brandon TT at 3284:19-24 (**Ex. 5a**) (flow and pressure are inextricably linked), Doc. No. 21145.

JX-1672-0076 to -0080 (Silva Rep.) (**Ex. 1c**) (errors in Dr. Bea's analysis due to incorrect site characterization).

JX-1864-0067 to -0068 (Marr Rep.) (**Ex. 3c**) (analyses utilizing the actual geometry and soil conditions of the North Breach site do not predict failure due to pressures or seepage).

JX-1864-0100 (Marr Rep.) (**Ex. 3c**)  (analyses utilizing the actual geometry and soil conditions of the South Breach site do not predict failure due to pressures or seepage).

Dated:  July 1, 2013                                      Respectfully submitted,

                                                          */s/Heather S. Lonian*
                                                          William D. Treeby, 12901
                                                          James C. Gulotta, Jr., 6590
                                                          Heather S. Lonian, 29956
                                                          Maggie A. Broussard, 33033
                                                          **Stone Pigman Walther Wittmann L.L.C.**
                                                          546 Carondelet Street
                                                          New Orleans, Louisiana  70130
                                                          Telephone:      (504) 581-3200
                                                          Facsimile:       (504) 581-3361

                                                          Adrian Wager-Zito
                                                          Debra S. Clayman
                                                          Christopher Thatch
                                                          Julia Cronin
                                                          **Jones Day**
                                                          51 Louisiana Avenue, N.W.
                                                          Washington, D.C. 20001-2113
                                                          Telephone:      (202) 879-3939
                                                          Facsimile:       (202) 626-1700

                                                          *Attorneys for Washington Group*
                                                          *International, Inc.*

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the above and foregoing Statement of Material

Facts, and the accompanying Motion for Summary Judgment, Memorandum of Law in Support

of Motion for Summary Judgment, Notice of Manual Attachment and electronic Manual

Attachment have been served upon all counsel of record through the Court's CM/ECF electronic

filing system or by placing same in the United States mail, postage prepaid and properly

addressed, this 1st day of July, 2013.

                                                          */s/William D. Treeby*

                                    - 23 -

1128897v3