UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** * <br><br> * <br> **PERTAINS TO: MRGO** <br><br> FILED IN: 05-4181, 05-4182, 05-4191, 05-5237, 05-6069, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5308, 06-5771, 06-5785, 06-5786, 06-5937, 06-8708, 06-9151, 07-0206, 07-0621, 07-1073, 07-1113, 07-1271, 07-1285, 07-1286, 07-1349, 07-3173, 07-3500, 07-4386, 07-4391, 07-4392, 07-4550, 07-4555, 07-4562, 07-4837, 07-4906, 07-4914, 07-4943, 07-4945, 07-4953, 07-4965, 07-4969, 07-4976, 07-4979, 07-4995, 07-5007, 07-5011, 07-5012, 07-5013, 07-5016, 07-5020, 07-5021, 07-5022, 07-5040, 07-5067, 07-5074, 07-5096, 07-5128, 07-5174, 07-5254, 07-5286, 07-5327, 07-5339, 07-5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, 07-5366, 07-5375, 07-5397, 08-1151 | **CIVIL ACTION** <br><br> **NO. 05-4182** <br> **(AND CONSOLIDATED CASES)** <br><br> **SECTION "K" (2)** <br><br> **JUDGE DUVAL** <br><br> **MAGISTRATE WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

**NOTICE OF MANUAL ATTACHMENT**

Washington Group International, Inc. ("WGI") hereby submits this Notice of Manual Attachment to its Motion for Summary Judgment and states that a disc containing **Exhibits 1-31**, described and identified on the attached Exhibit A to this Notice are the exhibits cited in WGI's Statement of Material Facts supporting its Motion for Summary Judgment that is on file with the Clerk of Court for the United States District Court for the Eastern District of Louisiana, 500 Camp St., New Orleans, Louisiana 70130.

1129869v.1

- 2 -

Dated:  July 1, 2013                                          Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
Maggie A. Broussard, 33033
**Stone Pigman Walther Wittmann L.L.C.**
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:     (504) 581-3200
Facsimile:      (504) 581-3361

Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
Julia Cronin
**Jones Day**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:     (202) 879-3939
Facsimile:      (202) 626-1700

*Attorneys for Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Manual Attachment and the electronic manual attachment, accompanied by its Motion for Summary Judgment, Statement of Material Facts, Memorandum of Law in Support of Motion for Summary Judgment, and Notice of Submission have been served upon Liaison Counsel by hand and all counsel of record by electronic notice via the Court's CM/ECF system or by United States Mail, postage prepaid, this 1st day of July, 2013.

/s/William D. Treeby