# EXHIBIT A

## List of Exhibits in Manual Attachment

**1.**     Francisco Silva-Tulla, Sc.D., Declaration

**1a.**   Francisco Silva-Tulla, Sc.D., Summary Direct Testimony

**1b.**   Francisco Silva-Tulla, Sc.D., Testimony Demonstrative, DX-DM 0015

**1c.**   Francisco Silva-Tulla, Sc.D., Report, JX-1672 and Supplement, DX-02648

**2.**     David Sykora, Ph.D., Declaration

**2a.**   David Sykora, Ph.D., Summary Direct

**2b.**   David Sykora, Ph.D., Testimony Demonstrative, DX-DM-0008

**2c.**   David Sykora, Ph.D., Report, JX-1708 and Supplement, DX-02649

**3.**     William A. Marr, Ph.D., Declaration

**3a.**   William A. Marr, Ph.D., Summary Direct

**3b.**   William A. Marr, Ph.D., Testimony Demonstrative, DX-DM-1006

**3c.**   William A. Marr, Ph.D., Report, JX-1864 and Supplement, DX-02647

**4.**     Timothy D. Stark, Ph.D., Declaration

**4a.**   Timothy D. Stark, Ph.D., Summary Direct and additional Testimony

**4b.**   Timothy D. Stark, Ph.D., Testimony Demonstrative, DX-DM-1009

**4c.**   Timothy D. Stark, Ph.D., report, JX-1780

**5.**     Thomas Brandon, Ph.D., Declaration

**5a.**   Thomas Brandon, Ph.D., Summary Direct and additional Testimony

1130608v1

**5b.**      Thomas Brandon, Ph.D., Testimony Demonstrative, DX-DM-1008

**5c.**      Thomas Brandon, Ph.D., Report, JX-1836

**6.**       Patrick Lucia, Ph.D., Declaration

**6a.**      Patrick Lucia, Ph.D., Summary Direct and additional Testimony

**6b.**      Patrick Lucia, Ph.D., Testimony Demonstrative, DX-DM-1005

**6c.**      Patrick Lucia, Ph.D., Report, JX-1777

**7.**       Joseph Dunbar, Ph.D., Declaration

**7a.**      Joseph Dunbar, Ph.D., Summary Direct and additional Testimony

**7b.**      Joseph Dunbar, Ph.D., Testimony Demonstrative, DX-DM-1004

**7c.**      Joseph Dunbar, Ph.D., Report, JX-1781

**8.**       Robert Glenn Bea, Ph.D., Testimony

**9.**       Jonathan David Rogers, Ph.D., Testimony

**10.**      Chad Morris Testimony

**11.**      Lee Guillory Testimony

**12.**      Findings of Fact and Conclusions of Law, Rec. No. 21172, April 12, 2013

**13.**      Joint Pre-Trial Order, Rec Do. No. 20920, July 24, 2012

**14.**      Diego Cobos-Roa Deposition Designation Testimony, DX-02679

**15.**      Robert Glenn Bea Rebuttal Expert Report, April 11, 2012, DX-02679

**16.**      *Series in Soil Engineering,* by Lambe & Whitman, DX-02715

17.   Francisco Silva Tulla, Sc.D., Expert Report, Appendix D, JX-1676

18.   Delivery Order 26, Dated July 26, 1999, JX-0049

19.   No Further Action at This Time Form ("NFAATT), Dated December 2004, JX-0119

20.   Quality Assurance Report ("QAR") 001, Dated January 2, 1001, JX-0159

21.   Quality Assurance Report ("QAR") 1065, Dated May 13, 2005, JX-1223

22.   Technical Completion Report of WGI, August 2005, JX-1364

23.   Robert Glenn Bea Expert Report, February, 2012, JX-1389

24.   Robert Glenn Bea Expert Report, Appendix B, JX-1391

25.   Robert Glenn Bea Expert Report, Appendix C, JX-1392

26.   Robert Glenn Bea Expert Report, Appendix D, JX-1393

27.   IWall Report, Authors Professor Bea and Diego Cobos-Roa , JX-1401

28.   *Ground Water*, by Freeze & Cherry (1979), JX-01404

29.   Francisco Silva-Tulla, Sc.D., Expert Report, Appendix B, JX-1674

30.   Robert Glenn Bea Rebuttal Report, April 3, 2012, JX-01414

31.   Allen W. Marr, Ph.D., Expert Report Appendix J, JX-1874

1130608v1