UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION <br><br> PERTAINS TO: MRGO <br><br> FILED IN: 05-4181, 05-4182, 05-4191, 05-5237, 05-6069, 05-6073, 05-6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-0225, 06-0886, 06-1885, 06-2152, 06-2278, 06-2287, 06-2824, 06-4024, 06-4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, 06-5155, 06-5159, 06-5161, 06-5162, 06-5260, 06-5308, 06-5771, 06-5785, 06-5786, 06-5937, 06-8708, 06-9151, 07-0206, 07-0621, 07-1073, 07-1113, 07-1271, 07-1285, 07-1286, 07-1349, 07-3173, 07-3500, 07-4386, 07-4391, 07-4392, 07-4550, 07-4555, 07-4562, 07-4837, 07-4906, 07-4914, 07-4943, 07-4945, 07-4953, 07-4965, 07-4969, 07-4976, 07-4979, 07-4995, 07-5007, 07-5011, 07-5012, 07-5013, 07-5016, 07-5020, 07-5021, 07-5022, 07-5040, 07-5067, 07-5074, 07-5096, 07-5128, 07-5174, 07-5254, 07-5286, 07-5327, 07-5339, 07-5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, 07-5366, 07-5375, 07-5397, 08-1151 | CIVIL ACTION <br><br> NO. 05-4182 <br> (AND CONSOLIDATED CASES) <br><br> SECTION "K" (2) <br><br> JUDGE DUVAL <br><br> MAGISTRATE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion for Summary Judgment of Washington Group International, Inc. will be submitted before the Honorable Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana on September 18, 2013 pursuant to the Court's Order on June 5, 2013 (Rec. Doc. 21181).

1130612v1

Dated: July 1, 2013                                     Respectfully submitted,

/s/Heather S. Lonian
William D. Treeby, 12901
James C. Gulotta, Jr., 6590
Heather S. Lonian, 29956
Maggie A. Broussard, 33033
**Stone Pigman Walther Wittmann L.L.C.**
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:    (504) 581-3200
Facsimile:    (504) 581-3361

Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
Julia Cronin
**Jones Day**
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:    (202) 879-3939
Facsimile:    (202) 626-1700

*Attorneys for Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Submission, along with the accompanying Motion for Summary Judgment, Memorandum of Law in Support of Motion for Summary Judgment, Statement of Material Facts, Notice of Manual Attachment and the electronic Manual Attachment have been served upon all counsel of record by electronic notice via the Court's CM/ECF system or by United States Mail, postage prepaid, this 1st day of July, 2013.

/s/William D. Treeby

1130612v1