UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: <br> ARMSTRONG, C.A. NO. 10-866 | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

#### MOTION OF THE UNITED STATES AND WASHINGTON GROUP INTERNATIONAL, INC. TO COMPEL PLAINTIFFS TO PAY THEIR OWN COSTS

Defendants, The United States of America (United States) and Washington Group International, Inc. (WGI), hereby move the Court to compel plaintiffs to pay costs contracted by them in compliance with the Joint Soils Investigation previously ordered by the Court (Rec. Doc. 20200). March 17, 2011 Scheduling Order at 6.

1. There is currently due and owing from plaintiffs to the boring and sampling contractor with which plaintiffs and defendants contracted pursuant to the court's March 17, 2011 Scheduling Order the sum of $30,861.80 for services performed by the contractor.

2. The judgment entered in this case on April 12, 2013 dismissing the claims of the exemplar plaintiffs against the United States and WGI ordered the parties to bear their own costs. (Rec. Doc. 21173). The April 12, 2013 judgment is final, and subject to execution. This Court has jurisdiction to enforce its own judgment.

- 1 -

- 2 -

3. Plaintiffs have failed and refused to pay a portion of the costs incurred by them to the Joint Soils Investigation contractor. For the reasons set forth in the accompanying memorandum supporting this motion, plaintiffs should be ordered specifically by the Court to pay the contractor the sum of $30,861.80, consisting of the remaining costs owed by them to the Joint Soils Investigation contractor.

### Fed. R. Civ. P. 37(a)(1) Certificate

4. In compliance with Rule 37(a)(1) of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has conferred with counsel for plaintiffs in an effort to resolve the issues that are the subject matter of this motion, but that the parties were not able to reach a resolution without court action.

WHEREFORE, defendants, the United States and WGI, move the Court to compel plaintiffs to pay the Joint Soils Investigation contractor the sum of $30,861.80.

Dated: July 1, 2013

*/s/ James C. Gulotta, Jr.*
William D. Treeby, La. Bar No. 12901
James C. Gulotta, Jr., La. Bar No. 6590
Heather S. Lonian, La. Bar No. 29956
Maggie A. Broussard, La. Bar No. 33033
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:     (504) 581-3200
Facsimile:      (504) 581-3361

1130990v.1

        Adrian Wager-Zito
        Debra S. Clayman
        Christopher Thatch
        Julia Cronin
        Jones Day
        51 Louisiana Avenue, N.W.
        Washington, D.C. 20001-2113
        Telephone: (202) 879-3939
        Facsimile: (202) 626-1700

        *Attorneys for Washington Group International, Inc.*


        */s/ Robin Doyle Smith*
        ROBIN DOYLE SMITH
        Senior Trial Counsel
        Torts Branch, Civil Division
        United States Department of Justice
        Benjamin Franklin Station
        P.O. Box 888
        Washington, D.C. 20044
        (202) 616-4289
        (202) 616-5200 (fax)

        *Attorney for the United States*

## CERTIFICATE OF SERVICE

   I hereby certify that the preceding Motion of The United States and Washington Group International, Inc. to Compel Plaintiffs to Pay Their Own Costs has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 1st day of July, 2013.

        */s/ James C. Gulotta, Jr.*

1130990v.1