

**SPATIAL DATA MANAGEMENT CORPORATION**

Matthew Mayo <mmayo@sdmgis.com>

## RE: Fugro needs to select best way to clear the site

**Rogers, David** <rogersda@mst.edu>                                   Fri, Jul 29, 2011 at 10:41 AM
To: silva@alum.mit.edu, rune@storesundconsulting.com, mmayo@SDMGIS.com, phil@morrisonengineers.com, philambe@gmail.com, tbrandon@vt.edu, wam@geocomp.com, Allen@geocomp.com, kpope@reliable-env.com, bea@ce.berkeley.edu, SCollins@fugro.com, RYilmaz@fugro.com, tstark32@gmail.com

Francisco,

Yes, I agree with your reasoning, Fugro needs to select the best method to clear the debris fro the drill rig, then let us know how much was removed.

Dave Rogers

---

From: Francisco Silva-Tulla [mailto:silvatulla@verizon.net]
Sent: Fri 7/29/2011 12:52 AM
To: Rogers, David; silva@alum.mit.edu; rune@storesundconsulting.com; mmayo@sdmgis.com; phil@morrisonengineers.com; philambe@gmail.com; tbrandon@vt.edu; wam@geocomp.com; Allen@geocomp.com; kpope@reliable-env.com; bea@ce.berkeley.edu; SCollins@fugro.com; RYilmaz@fugro.com; tstark32@gmail.com
Subject: Re: RE:Decision on potholing at the railroad site

Dave et al,

As I mentioned in my earlier message, my strong preference would be to tell Fugro that "The technical POC can agree with any method selected by Fugro to advance the boring through the rubble layer. We just need to make sure that, in the process, Fugro determines the depth to the bottom of the rubble layer." We can further tell Michael that he should not be waiting for our "joint expert's decision" since it is up to Fugro to select the best way to advance the boring through the rubble layer. I rather not volunteer to take ownership of this unexpected development.

Let me know if everyone agrees with the above statement. I can then reply to Michael on behalf of the three Technical POCs. I already heard from Rune. If I understood Rune's reply correctly, he responded on behalf of the Plaintiff's team, in which case I just need feedback from the DOJ team. I expect to see Michael tomorrow morning.

Regards,

Francisco

**EXHIBIT 2**

On 07/29/11, Rogers, David<rogersda@mst.edu> wrote:
Francisco, Allen, Tom, Tim, et al:

It appears that Michael Alfortish is awaiting our "joint expert's decision" (see below) in regards to how to best proceed with re-visiting the drilling effort at the railroad site, with all the debris and trash, etc.

Do any of you have any additional input on this, or are we all OK with trying to excavate the 3 x 3 ft potholes? I'm suggesting we use a rubber tired backhoe from the construction firm across the road from the site, since they are right there. I would also recommend that we ask them to excavate maybe a half dozen spots, until we find one or two that have the least debris, trying to avoid anything the backhoe can't easily pull out of the way.

We'd like to have a representative from each of the three groups (plaintiffs, WGI, and DOJ) there onsite to observe the potholing and make a joint decision as to which two spots to move forward on for the borings. Obviously, we'd prefer a spot somewhere close to one of the CPT holes, but realize that may or may not be practicable.

I'd hate to see Fugro waste another day try to punch through the upper few feet. Please respond in next 24 hours if you want to weigh in on this, and/or suggest some other approach.

Thanks,

Dave Rogers

From: Alfortish, Michael FCLNO [mailto:MAlfortish@fugro.com]
Sent: Thu 7/28/2011 7:40 PM
To: Rogers, David
Subject: Re: Overview of IHNC Field Activities

Thanks, David. Just let us know what everyone decides for the site and we will accommodate the request.

----- Original Message -----
From: Rogers, David [mailto:rogersda@mst.edu]
Sent: Thursday, July 28, 2011 07:21 PM
To: Alfortish, Michael FCLNO
Subject: RE: Overview of IHNC Field Activities

Thanks Michael, that's a proper schedule of the events. I still think we should schedule potholing for that railroad site and search for a pair of low debris drill sites....before dispatching the drill rig back to that site

Dave Rogers

---

From: Francisco Silva-Tulla [mailto:silvatulla@verizon.net]
Sent: Thu 7/28/2011 6:31 PM
To: rune@storesundconsulting.com; mmayo@sdmgis.com; phil@morrisonengineers.com; philambe@gmail.com; tbrandon@vt.edu; wam@geocomp.com; Allen@geocomp.com; kpope@reliable-env.com; Rogers, David; bea@ce.berkeley.edu; SCollins@fugro.com; RYilmaz@fugro.com; tstark32@gmail.com
Cc: wtreeby@stonepigman.com; JGulotta@stonepigman.com; cthatch@JonesDay.com; silva@alum.mit.edu



Mathew Mayo <mmayo@sdmgis.com>

# RE:Decision on potholing at the railroad site

**Thomas L. Brandon** <tbrandon@vt.edu>                                                    Fri, Jul 29, 2011 at 7:58 AM
To: silva@alum.mit.edu, rogersda@mst.edu, rune@storesundconsulting.com, mmayo@sdmgis.com, phil@morrisonengineers.com, philambe@gmail.com, wam@geocomp.com, Allen@geocomp.com, kpope@reliable-env.com, bea@ce.berkeley.edu, SCollins@fugro.com, RYilmaz@fugro.com, tstark32@gmail.com

> At 01:52 AM 7/29/2011, Francisco Silva-Tulla wrote:
>
>> Dave et al,
>>
>> Let me know if everyone agrees with the above statement.

I agree.

Thomas L. Brandon
Newport, Virginia



Matthew Mayo <mmayo@sdmgis.com>

## RE: Decision on potholing at the railroad site

**Francisco Silva** <silva@alum.mit.edu>                      Fri, Jul 29, 2011 at 8:02 AM
Reply-To: silva@alum.mit.edu
To: "Marr, Allen" <wam@geocomp.com>, Francisco Silva-Tulla <silva@alum.mit.edu>, "rogersda@mst.edu" <rogersda@mst.edu>, Rune Storesund <rune@storesundconsulting.com>, Matthew Mayo <mmayo@sdmgis.com>, Lambe Phillip <phil@morrisonengineers.com>, Phillip Lambe <philambe@gmail.com>, "Thomas L. Brandon" <tbrandon@vt.edu>, "kpope@reliable-env.com" <kpope@reliable-env.com>, Bea <bea@ce.berkeley.edu>, "SCollins@fugro.com" <SCollins@fugro.com>, "RYilmaz@fugro.com" <RYilmaz@fugro.com>, Tim Stark <tstark32@gmail.com>

Ok. I will talk with Michael this morning.

F.

Sent on the Sprint® Now Network

**From:** "Marr, Allen" <wam@geocomp.com>
**Date:** Fri, 29 Jul 2011 11:50:51 +0000
**To:** 'silva@alum.mit.edu'<silva@alum.mit.edu>; 'rogersda@mst.edu'<rogersda@mst.edu>; 'rune@storesundconsulting.com'<rune@storesundconsulting.com>; 'mmayo@sdmgis.com'<mmayo@sdmgis.com>; 'phil@morrisonengineers.com'<phil@morrisonengineers.com>; 'philambe@gmail.com'<philambe@gmail.com>; 'tbrandon@vt.edu'<tbrandon@vt.edu>; 'kpope@reliable-env.com'<kpope@reliable-env.com>; 'bea@ce.berkeley.edu'<bea@ce.berkeley.edu>; 'SCollins@fugro.com'<SCollins@fugro.com>; 'RYilmaz@fugro.com'<RYilmaz@fugro.com>; 'tstark32@gmail.com'<tstark32@gmail.com>
[Quoted text hidden]



Matthew Mayo <mmayo@sdmgis.com>

## RE: Decision on potholing at the railroad site

**Marr, Allen** <wam@geocomp.com>                                            Fri, Jul 29, 2011 at 7:50 AM
To: "silva@alum.mit.edu" <silva@alum.mit.edu>, "rogersda@mst.edu" <rogersda@mst.edu>, "rune@storesundconsulting.com" <rune@storesundconsulting.com>, "mmayo@sdmgis.com" <mmayo@sdmgis.com>, "phil@morrisonengineers.com" <phil@morrisonengineers.com>, "philambe@gmail.com" <philambe@gmail.com>, "tbrandon@vt.edu" <tbrandon@vt.edu>, "kpope@reliable-env.com" <kpope@reliable-env.com>, "bea@ce.berkeley.edu" <bea@ce.berkeley.edu>, "SCollins@fugro.com" <SCollins@fugro.com>, "RYilmaz@fugro.com" <RYilmaz@fugro.com>, "tstark32@gmail.com" <tstark32@gmail.com>

I agree.

Allen

**From:** Francisco Silva-Tulla [mailto:silvatulla@verizon.net]
**Sent:** Friday, July 29, 2011 01:52 AM
**To:** rogersda@mst.edu <rogersda@mst.edu>; silva@alum.mit.edu <silva@alum.mit.edu>; rune@storesundconsulting.com <rune@storesundconsulting.com>; mmayo@sdmgis.com <mmayo@sdmgis.com>; phil@morrisonengineers.com <phil@morrisonengineers.com>; philambe@gmail.com <philambe@gmail.com>; tbrandon@vt.edu <tbrandon@vt.edu>; Marr, Allen; Marr, Allen; kpope@reliable-env.com <kpope@reliable-env.com>; bea@ce.berkeley.edu <bea@ce.berkeley.edu>; SCollins@fugro.com <SCollins@fugro.com>; RYilmaz@fugro.com <RYilmaz@fugro.com>; tstark32@gmail.com <tstark32@gmail.com>
**Subject:** Re: RE:Decision on potholing at the railroad site

[Quoted text hidden]



Mathew Mayo <mmayo@sdmgis.com>

## RE:Decision on potholing at the railroad site

**Francisco Silva-Tulla** <silvatulla@verizon.net>  Fri, Jul 29, 2011 at 1:52 AM
Reply-To: silva@alum.mit.edu
To: rogersda@mst.edu, silva@alum.mit.edu, rune@storesundconsulting.com, mmayo@sdmgis.com, phil@morrisonengineers.com, philambe@gmail.com, tbrandon@vt.edu, wam@geocomp.com, Allen@geocomp.com, kpope@reliable-env.com, bea@ce.berkeley.edu, SCollins@fugro.com, RYilmaz@fugro.com, tstark32@gmail.com

```
Dave et al,

As I mentioned in my earlier message, my strong preference would be to
tell Fugro that "The technical POC can agree with any method selected by
Fugro to advance the boring through the rubble layer.  We just need to
make sure that, in the process, Fugro determines the depth to the bottom
of the rubble layer."  We can further tell Michael that he should not be
waiting for our "joint expert's decision" since it is up to Fugro to
select the best way to advance the boring through the rubble layer. I
rather not volunteer to take ownership of this unexpected development.

Let me know if everyone agrees with the above statement. I can then
reply to Michael on behalf of the three Technical POCs.  I already heard
from Rune. If I understood Rune's reply correctly, he responded on
behalf of the Plaintiff's team, in which case I just need feedback from
the DOJ team.  I expect to see Michael tomorrow morning.

Regards,

Francisco
```

[Quoted text hidden]



Mathew Mayo <mmayo@sdmgis.com>

# RE: Decision on potholing at the railroad site

**Rogers, David** <rogersda@mst.edu>                                    Fri, Jul 29, 2011 at 1:25 AM
To: silva@alum.mit.edu, rune@storesundconsulting.com, mmayo@sdmgis.com, phil@morrisonengineers.com, philambe@gmail.com, tbrandon@vt.edu, wam@geocomp.com, Allen@geocomp.com, kpope@reliable-env.com, bea@ce.berkeley.edu, SCollins@fugro.com, RYilmaz@fugro.com, tstark32@gmail.com
Cc: wtreeby@stonepigman.com, JGulotta@stonepigman.com, cthatch@jonesday.com, silva@alum.mit.edu

Francisco, Allen, Tom, Tim, et al:

It appears that Michael Alfortish is awaiting our "joint expert's decision" (see below) in regards to how to best proceed with re-visiting the drilling effort at the railroad site, with all the debris and trash, etc.

Do any of you have any additional input on this, or are we all OK with trying to excavate the 3 x 3 ft potholes? I'm suggesting we use a rubber tired backhoe from the construction firm across the road from the site, since they are right there. I would also recommend that we ask them to excavate maybe a half dozen spots, until we find one or two that have the least debris, trying to avoid anything the backhoe can't easily pull out of the way.

We'd like to have a representative from each of the three groups (plaintiffs, WGI, and DOJ) there onsite to observe the potholing and make a joint decision as to which two spots to move forward on for the borings. Obviously, we'd prefer a spot somewhere close to one of the CPT holes, but realize that may or may not be practicable.

I'd hate to see Fugro waste another day try to punch through the upper few feet. Please respond in next 24 hours if you want to weigh in on this, and/or suggest some other approach.

Thanks,

Dave Rogers

From: Alfortish, Michael FCLNO [mailto:MAlfortish@fugro.com]
Sent: Thu 7/28/2011 7:40 PM
To: Rogers, David
Subject: Re: Overview of IHNC Field Activities

Thanks, David. Just let us know what everyone decides for the site and we will accommodate the request.

----- Original Message -----
From: Rogers, David [mailto:rogersda@mst.edu]
Sent: Thursday, July 28, 2011 07:21 PM
To: Alfortish, Michael FCLNO
Subject: RE: Overview of IHNC Field Activities

Thanks Michael, that's a proper schedule of the events. I still think we should schedule potholing for that railroad site and search for a pair of low debris drill sites....before dispatching the drill rig back to that site

Dave Rogers



Matthew Mayo <mmayo@sdmgis.com>

# Overview of IHNC Field Activities

**Rogers, David** <rogersda@mst.edu>                                  Thu, Jul 28, 2011 at 8:23 PM
To: silva@alum.mit.edu, rune@storesundconsulting.com, mmayo@sdmgis.com, phil@morrisonengineers.com, philambe@gmail.com, tbrandon@vt.edu, wam@geocomp.com, Allen@geocomp.com, kpope@reliable-env.com, bea@ce.berkeley.edu, SCollins@fugro.com, RYilmaz@fugro.com, tstark32@gmail.com
Cc: wtreeby@stonepigman.com, JGulotta@stonepigman.com, cthatch@jonesday.com, silva@alum.mit.edu

Francisco:

I agree with what you propose; that Fugro should come up with a way of clearing the rubble efficiently before making another attempt at drilling out there, and that they inform us of the depth of the rubble (we should be able to view it as well I presume). It would seem like potholing about the site with a medium-size backhoe would be the easiest way to go, but I'm open to any alternative suggestions the rest of you may have.

J. David Rogers

---

From: Francisco Silva-Tulla [mailto:silvatulla@verizon.net]
Sent: Thu 7/28/2011 6:31 PM
To: rune@storesundconsulting.com; mmayo@sdmgis.com; phil@morrisonengineers.com; philambe@gmail.com; tbrandon@vt.edu; wam@geocomp.com; Allen@geocomp.com; kpope@reliable-env.com; Rogers, David; bea@ce.berkeley.edu; SCollins@fugro.com; RYilmaz@fugro.com; tstark32@gmail.com
Cc: wtreeby@stonepigman.com; JGulotta@stonepigman.com; cthatch@JonesDay.com; silva@alum.mit.edu
Subject: Re: RE: Overview of IHNC Field Activities
[Quoted text hidden]



Matthew Mayo <mmayo@sdmgis.com>

## Overview of IHNC Field Activities

**Rune Storesund** <rune@storesundconsulting.com>   Thu, Jul 28, 2011 at 7:51 PM
To: silva@alum.mit.edu, mmayo@sdmgis.com, phil@morrisonengineers.com, philambe@gmail.com, tbrandon@vt.edu, wam@geocomp.com, Allen@geocomp.com, kpope@reliable-env.com, rogersda@mst.edu, bea@ce.berkeley.edu, SCollins@fugro.com, RYilmaz@fugro.com, tstark32@gmail.com
Cc: wtreeby@stonepigman.com, JGulotta@stonepigman.com, cthatch@jonesday.com, silva@alum.mit.edu

Plaintiff experts concurr with Dr Silva-Tulla's statement.

Rune

Francisco Silva-Tulla <silvatulla@verizon.net> wrote:

7/10/12     Spatial Data Management Mail - RE:Decision on potholing at the railroad site

From: Francisco Silva-Tulla [mailto:silvatulla@verizon.net]
Sent: Thu 7/28/2011 6:31 PM
To: rune@storesundconsulting.com; mmayo@sdmgis.com; phil@morrisonengineers.com; philambe@gmail.com; tbrandon@vt.edu; wam@geocomp.com; Allen@geocomp.com; kpope@reliable-env.com; Rogers, David; bea@ce.berkeley.edu; SCollins@fugro.com; RYilmaz@fugro.com; tstark32@gmail.com
Cc: wtreeby@stonepigman.com; JGulotta@stonepigman.com; cthatch@JonesDay.com; silva@alum.mit.edu
Subject: Re: RE: Overview of IHNC Field Activities

Dear colleagues,

Regarding Michael's last point and question about our agreement on how to drill through the rubble near the RR tracks, I propose we respond as follows:

The technical POC can agree with any method selected by Fugro to advance the boring through the rubble layer. We just need to make sure that, in the process, Fugro determines the depth to the bottom of the rubble layer.

Let me know if you agree with the above statement in which case I can reply to Michael on behalf of the three Technical POCs.

Regards,

Francisco

On 07/28/11, Alfortish, Michael FCLNO<MAlfortish@fugro.com> wrote:

All,

Our anticipated field schedule for the upcoming week is as follows:

1. Marsh Drill Rig. All tasks requiring the rig are complete and the rig was demobilized today.

2. Land Drill Rig. We currently have 2 borings to drill with the land drill rig. We expect to mobilize a rig on Wednesday (8/3) to complete the remaining borings, but we are still investigating other alternatives within Fugro and FFEB. We will notify all parties if we are able to mobilize a drill rig prior to 8/3.

3. Marsh VST/CPT. We expect to complete the marsh VSTs on Saturday, and

then the crew will circle back and perform the additional marsh CPT soundings for the defense. If we begin the marsh CPTs on Sunday, we anticipate completing the CPTs around the middle of next week (Wed/Thurs, 8/3-8/4). We will demobilize the skid CPT equipment (and marsh buggy) after we complete the additional CPTs for the defense.

<![if !supportLists]>4.    <![endif]>Land CPT/VST. We began testing at pump test site #1 today, and we expect to complete the testing at the site tomorrow. If we are able to complete pump test site #1 tomorrow, we will begin the CPTs for the defense on Saturday and hope to complete theses CPTs by early next week (Mon/Tues, 8/1-8/2). Afterwards, we will begin the land VSTs.

<![if !supportLists]>5.    <![endif]>Land Geoprobe Rig. The land geoprobe rig and crew (rubber-track mounted rig) is tentatively scheduled to mobilize on Wednesday (8/3) to begin installing observation wells at the pump test sites.

This schedule is meant to provide members of the expert & legal teams with a general overview of the upcoming activities and is subject to change based on issues encountered in the field. Please feel free to email or call me if you would like additional information and/or updates as we move into next week.

Have the experts decided on a process for drilling or sampling through the debris near the railroad track? While we can try various drilling techniques to get past the debris at the site, I wanted to check and see if the experts have jointly agreed on a specific approach.

Best Regards,

Michael K. Alfortish, E.I.

Project Professional

malfortish@fugro.com

504.464.5355 (office)

504.390.2508 (cell)

504.464.5357 (fax)

Fugro Consultants, Inc.

LA Firm Registration No. EF. 0003154

15 Veterans Memorial Blvd. | Kenner, LA 70062

This e-mail contains information belonging to Fugro Consultants, Inc., for which all rights under law, including copyright, are reserved. If the reader of this message is not the intended recipient, or an agent or employee of the intended recipient, the reader is not authorized, unless specifically stated by the sender, to retain, copy or disclose this message or its contents.