

FUGRO CONSULTANTS, INC.



# GEOTECHNICAL DATA REPORT
# INNER HARBOR NAVIGATIONAL CANAL
# EAST BANK INDUSTRIAL AREA (IHNC-EBIA)
# FIELD & LABORATORY TESTING PROGRAM
# NEW ORLEANS, LOUISIANA

Prepared for:

WASHINGTON GROUP INTERNATIONAL, INC.
(URS ENERGY AND CONSTRUCTION, INC.)
c/o STONE PIGMAN WALTHER WITTMAN, L.L.C

UNITED STATES DEPARTMENT OF JUSTICE

PSLC-MRGO, L.L.C.

March 2012
Fugro Report No. 04.57114007-2



EXHIBIT

3



**FUGRO CONSULTANTS, INC**

15 Veterans Memorial Blvd.
Kenner, Louisiana 70062
Tel. (504) 464-5355
Fax: (504) 464-5357

March 8, 2012
Report No. 04.57114007-2

Washington Group International, Inc.
(URS Energy and Construction, Inc.)
c/o Stone Pigman Walther Wittmann LLC

United States Department of Justice

PSLC-MRGO, L.L.C.

Attention:     William D. Treeby, Robin D. Smith and Thomas M. Sims

Dear Mr. Treeby, Mr. Smith and Mr. Sims:

Fugro is pleased to present this data report summarizing our geotechnical services for the above-referenced project. Our services were authorized by signed acceptance of Fugro Proposal No. 04.57114007 on June 21, 2011 by representatives for Washington Group International, Inc., the United States Department of Justice, and PSLC-MRGO, L.L.C. Additional field services were requested and authorized throughout the course of the project. This study was performed in general accordance with Fugro Proposal No. 04.57114007 dated June 20, 2011. This data report contains discussions and results of our field exploration and laboratory testing program for the above mentioned project.

We appreciate the opportunity to be of service to Washington Group International, Inc., the United States Department of Justice, and PSLC-MRGO, L.L.C. on this project, and look forward to providing any additional services in the future. Please feel free to call us if you have any questions or comments concerning this report or when we may be of further assistance.

Sincerely,

**FUGRO CONSULTANTS, INC.**

Michael K. Mortish, E.I.
Project Professional

Timothy A. Nicely, P.G., C.H.
Project Hydrogeologist

PROFESSIONAL GEOLOGIST
TIMOTHY A. NICELY
NO. 898
CERTIFIED
HYDROGEOLOGIST
STATE OF CALIFORNIA

Blake E. Cotton, P.E.
Vice President

BLAKE E. COTTON
REG. No. 28039
REGISTERED
PROFESSIONAL ENGINEER
IN
LOUISIANA

3/8/12

Copies Submitted:     (5) Addressee



A member of the Fugro group of companies with offices throughout the world.

Report No. 04.57114007-2



## CONTENTS

Page

1.0   INTRODUCTION..................................................................................................................1
    1.1   Project Description ...................................................................................................1
    1.2   Purposes and Scope................................................................................................1
    1.3   Applicability of Report..............................................................................................2

2.0   FIELD EXPLORATION .......................................................................................................3
    2.1   Soil Borings .............................................................................................................3
    2.2   Piezo-Cone Penetrometer Testing (PCPT) .............................................................4
          2.2.1   Piezo-Cone Penetrometer Testing .................................................................4
          2.2.2   Dissipation Testing .........................................................................................4
    2.3   Field Vane Shear Testing.........................................................................................4
    2.4   Borehole and PCPT Completion ..............................................................................5

3.0   LABORATORY TESTING ...................................................................................................6
    3.1   Classification Tests ..................................................................................................6
    3.2   Direct Simple Shear Tests........................................................................................6
    3.3   Consolidation Tests..................................................................................................6
    3.4   Permeability Tests....................................................................................................6
    3.5   Summary of Test Methods .......................................................................................6
    3.6   Geo-Testing Express Quality Assurance Testing.....................................................7

4.0   FIELD TESTING .................................................................................................................8
    4.1   Defense Standpipe Piezometers..............................................................................8
    4.2   Vibrating Wire Piezometers......................................................................................8
    4.3   Field Pumping Tests.................................................................................................8
          4.3.1   School Site .....................................................................................................9
          4.3.2   South EBIA Site.............................................................................................13
          4.3.3   EBIA South Breach Site ................................................................................17
          4.3.4   EBIA North Site .............................................................................................20

5.0   SITE SURVEY ..................................................................................................................24



Report No. 04.57114007-2



## TABLES

Page

| | | |
|---|---|---|
| 3.1 | Summary of Test Methods | 7 |
| 4.1 | Summary of Slug Testing Activities, School Site | 11 |
| 4.2 | Summary of Slug Testing Activities, South EBIA Site | 15 |
| 4.3 | Summary of Slug Testing Activities, EBIA South Breach Site | 19 |
| 4.4 | Summary of Slug Testing Activities, EBIA North Site | 22 |

## APPENDICES

APPENDIX A    SITE VICINITY MAPS

APPENDIX B    BORING LOGS/CLASSIFICATION TEST RESULTS

APPENDIX C    CPT LOGS

APPENDIX D    DISSIPATION TEST RESULTS

APPENDIX G    INCREMENTAL CONSOLIDATION TEST RESULTS

APPENDIX J    GTX QA LABORATORY TEST RESULTS

APPENDIX N    IHNC-EBIA PUMP TEST PROTOCOL, REVISION NO. 7B

APPENDIX O    SCHOOL SITE PUMPING TEST DATA

| | |
|---|---|
| Site Layout | Plate O-1 |
| Period of Record, Pumping Well | Plate O-2 |
| Period of Record, Shallow Wells | Plate O-3 |
| Period of Record, Deep Wells | Plate O-4 |
| Background, Shallow Wells | Plate O-5 |
| Background, Deep Wells | Plate O-6 |
| Pre-Pumping Test, Pumping Well | Plate O-7 |
| Pre-Pumping Test, Shallow Wells | Plate O-8 |
| Pre-Pumping Test, Deep Wells | Plate O-9 |
| Pre-Pumping Test Recovery, Pumping Well | Plate O-10 |
| Pre-Pumping Test Recovery, Shallow Wells | Plate O-11 |
| Pre-Pumping Test Recovery, Deep Wells | Plate O-12 |
| Pumping Test No. 1, Pumping Well | Plate O-13 |
| Pumping Test No. 1, Shallow Wells | Plate O-14 |
| Pumping Test No. 1, Deep Wells | Plate O-15 |
| Pumping Test No. 1 Recovery, Pumping Well | Plate O-16 |
| Pumping Test No. 1 Recovery, Shallow Wells | Plate O-17 |
| Pumping Test No. 1 Recovery, Deep Wells | Plate O-18 |
| Pumping Test No. 2, Pumping Well | Plate O-19 |
| Pumping Test No. 2, Shallow Wells | Plate O-20 |
| Pumping Test No. 2, Deep Wells | Plate O-21 |
| Pumping Test No. 2 Recovery, Pumping Well | Plate O-22 |
| Pumping Test No. 2 Recovery, Shallow Wells | Plate O-23 |
| Pumping Test No. 2 Recovery, Deep Wells | Plate O-24 |





Pumping Test No. 3, Pumping Well..............................................................................Plate O-25
Pumping Test No. 3, Shallow Wells ...........................................................................Plate O-26
Pumping Test No. 3, Deep Wells ...............................................................................Plate O-27
Pumping Test No. 3 Recovery, Pumping Well..............................................................Plate O-28
Pumping Test No. 3 Recovery, Shallow Wells ............................................................Plate O-29
Pumping Test No. 3 Recovery, Deep Wells .................................................................Plate O-30

APPENDIX P       SCHOOL SITE PIEZOMETER CROSS-SECTIONS

APPENDIX Q       SOUTH EBIA PUMPING TEST DATA

Site Layout ....................................................................................................................Plate Q-1
Period of Record, Shallow Wells ....................................................................................Plate Q-2
Period of Record, Deep Wells ........................................................................................Plate Q-3
Background, Shallow Wells..............................................................................................Plate Q-4
Background, Deep Wells..................................................................................................Plate Q-5
Pumping Test No. 1, Pumping Well..................................................................................Plate Q-6
Pumping Test No. 1, Shallow Wells .................................................................................Plate Q-7
Pumping Test No. 1, Deep Wells .....................................................................................Plate Q-8
Pumping Test No. 1 Recovery, Pumping Well...................................................................Plate Q-9
Pumping Test No. 1 Recovery, Shallow Wells ...............................................................Plate Q-10
Pumping Test No. 1 Recovery, Deep Wells ...................................................................Plate Q-11
Pumping Test No. 2, Pumping Well................................................................................Plate Q-12
Pumping Test No. 2, Shallow Wells ...............................................................................Plate Q-13
Pumping Test No. 2, Deep Wells ...................................................................................Plate Q-14
Pumping Test No. 2 Recovery, Pumping Well................................................................Plate Q-15
Pumping Test No. 2 Recovery, Shallow Wells ...............................................................Plate Q-16
Pumping Test No. 2 Recovery, Deep Wells ...................................................................Plate Q-17

APPENDIX R       SOUTH EBIA PIEZOMETER CROSS-SECTIONS

APPENDIX S       EBIA SOUTH BREACH PUMPING TEST DATA

Site Layout .....................................................................................................................Plate S-1
Period of Record, Shallow Wells .....................................................................................Plate S-2
Period of Record, Deep Wells .........................................................................................Plate S-3
Background, Shallow Wells...............................................................................................Plate S-4
Background, Deep Wells...................................................................................................Plate S-5
Constant Head Test, Pumping Well ..................................................................................Plate S-6
Constant Head Test, Shallow Wells .................................................................................Plate S-7
Constant Head Test, Deep Wells .....................................................................................Plate S-8
Constant Head Test Recovery, Pumping Well ..................................................................Plate S-9
Constant Head Test Recovery, Shallow Wells ...............................................................Plate S-10
Constant Head Test Recovery, Deep Wells ...................................................................Plate S-11

APPENDIX T       EBIA SOUTH BREACH PIEZOMETER CROSS-SECTIONS

APPENDIX U       EBIA NORTH PUMPING TEST DATA

Site Layout ....................................................................................................................Plate U-1
Period of Record, Shallow Wells ....................................................................................Plate U-2
Period of Record, Deep Wells ........................................................................................Plate U-3
Background, Shallow Wells..............................................................................................Plate U-4
Background, Deep Wells..................................................................................................Plate U-5
Constant Head Test, Pumping Well .................................................................................Plate U-6
Constant Head Test, Shallow Wells ................................................................................Plate U-7
Constant Head Test, Deep Wells ....................................................................................Plate U-8



Report No. 04.57114007-2



Constant Head Test Recovery, Pumping Well ............................................................ Plate U-9
Constant Head Test Recovery, Shallow Wells .......................................................... Plate U-10
Constant Head Test Recovery, Deep Wells .............................................................. Plate U-11

APPENDIX V      EBIA NORTH PIEZOMETER CROSS-SECTIONS

APPENDIX W      NOVEMBER 17, 2011 R.W. KREBS, LLC. SURVEY REPORT

APPENDIX X      SURVEY DATA FROM LEVEL SURVEYS AT PUMP TEST SITES

APPENDIX Y      SURVEY DATA FROM JANUARY/FEBRUARY 2012 PROJECT SURVEY





## 1.0  INTRODUCTION

### 1.1  PROJECT DESCRIPTION

The field exploration and laboratory testing program discussed herein was requested jointly by the three (3) parties involved in litigation relative to the breaches along the former East Bank Industrial Area (EBIA) of the Inner Harbor Navigational Canal (IHNC) that occurred during Hurricane Katrina in 2005. The three parties involved in the litigation are:

1. A group of current and former residents of the Lower Ninth Ward (Orleans Parish) and St. Bernard Parish from Paris Road west to the Orleans Parish Line (Plaintiffs). This group is represented by a committee of lawyers titled the MRGO Plaintiffs' Steering Committee.

2. Washington Group International, Inc. (WGII).

3. The United States of America represented by the United States Department of Justice (US DOJ).

For the purposes of this report, the abovementioned parties will be collectively referred to as the IHNC Litigation Team. The IHNC Litigation Team requested that Fugro Consultants, Inc. (Fugro) provide geotechnical field exploration, laboratory testing, and field testing services for this project.

The project site is located along the IHNC floodwall near the EBIA between Florida Avenue and North Claiborne Avenue in New Orleans, Louisiana. Both the flood and protected sides of the IHNC floodwall were investigated for this project. The additional sites included in the project were the former site of Lawless High School (School Site) and an area situated along the northern edge of Florida Avenue between Forstall Street and Andry Street, adjacent to a railroad (Railroad Site).

### 1.2  PURPOSES AND SCOPE

The purposes of our geotechnical services were to explore subsurface soil conditions at the site as directed by the IHNC Litigation Team. No engineering analyses, recommendations, interpretations, or consulting by Fugro were included as part of our services.

The scope of services discussed herein was developed by the IHNC Litigation Team's Technical Experts (Experts). The term "Plaintiff' Experts" will refer to the members of the IHNC Litigation Team's Technical Experts appointed by the Plaintiffs, and the term "DOJ/WGII Experts" will refer to the members of the IHNC Litigation Team's Technical Experts appointed by the US DOJ and WGII, respectively. It was the understanding and intent of the parties that the authority to make decisions or directions required by the Experts was made by the Experts representing the Parties who financed the field work or laboratory tests requiring such decisions or directions. The following further describes our understanding of the specified scope of work.





- Drill 2 soil borings to depths between 32-ft to 57-ft below existing grade along the flood-side of the IHNC floodwall (total of 89 linear feet).

- Drill 9 soil borings to depths extending between 4-ft and 26-ft below existing grade at the southern end of the IHNC-EBIA (South EBIA), the School Site, and the Railroad Site for a total of 174 linear feet.

- Drill 1 soil boring to a depth of 36-ft below existing grade at the northern end of the IHNC-EBIA.

- Perform 17 PCPTs to a depth of 24-ft below existing grade at the South EBIA, School Site, and Railroad Site for a total of 408 linear feet. Forty (40) dissipation tests were also executed as part of the 17 PCPT soundings, the depths of which were determined by both the Plaintiffs' and DOJ/WGII Experts. The dissipation test depths ranged from about 6-ft to 24-ft below existing grade at the PCPT sites.

- Perform 9 PCPTs to a depth of 50-ft below existing grade within the IHNC-EBIA for a total of 450 linear feet.

- Install fifty-two (52) standpipe piezometers throughout the project site. The standpipe piezometers were constructed near the southern end of the IHNC-EBIA, the former site of Lawless High School, and two sites within the IHNC-EBIA, under the direction of both the DOJ/WGII and Plaintiffs' Experts. Field pumping tests were performed at each of the sites.

- Perform field pumping tests at four (4) pump test sites employing constant-flow or constant-head methods.

- Perform laboratory tests on selected soil samples.

- Present data on an ongoing basis to the appropriate parties via a collaboration website (http://www.centraldesktop.com).

- Prepare this report summarizing our findings.

Environmental assessments, compliance with state and federal regulatory requirements, and/or environmental analyses including those associated with mold, fungi, and other biologic agents were beyond the scope of this study. A geologic fault study was also beyond the scope of this study.

## 1.3   APPLICABILITY OF REPORT

The explorations for this study were selected or developed by the Plaintiffs' and DOJ/WGII Experts. We have prepared this report exclusively for the IHNC Litigation Team's Technical Experts. We have performed our services using the standard level of care and diligence normally practiced by recognized engineering firms now performing similar services under similar circumstances. We intend for this report, including all illustrations, to be used in its entirety. This report is for information only and should not be used as a warranty of subsurface conditions.





## 2.0   FIELD EXPLORATION

Our field exploration program included a total of 12 soil borings to depths between 4-ft to 57-ft each below existing grade, 26 piezo-cone penetrometer tests (PCPTs) to depths ranging from 24-ft to 50-ft each below existing grade, and 40 dissipation test utilizing piezo-cone equipment throughout the IHNC-EBIA and Lower Ninth Ward.

The locations for the soil borings, CPT soundings, and dissipation tests were selected by the Plaintiffs' Experts and/or the DOJ/WGII Experts.  The approximate locations of the borings, and CPTs are included in Appendix A.  The latitude and longitudinal coordinates and elevations of the boring locations are included on the boring logs presented in Appendix B.  The latitude and longitudinal coordinates and elevations of the CPT locations are included on the CPT records presented in Appendix C.

Discussion of drilling and soil sampling methods, piezo-cone penetration testing and dissipation testing (if applicable), and borehole and CPT completion are presented in the following sections.

### 2.1   SOIL BORINGS

The twelve (12) soil borings performed for this study were drilled between June 27 and August 5, 2011 with either skid-mounted, buggy-mounted, or truck-mounted drilling equipment using wet-rotary drilling techniques.  Wet-rotary methods were used in an effort to efficiently remove cuttings, clean out the borings, and reduce the potential for borehole caving.  The boring logs for this study are presented in Appendix B.  A key identifying the terms and symbols used on the boring logs is also presented in Appendix B.

Soil samples were obtained in 4-ft intervals to the completion depths of the borings as indicated on the boring logs.  Undisturbed samples of cohesive soils were generally obtained by hydraulically pushing a 5-inch diameter, 54-inch-long thin-walled tube utilizing piston sampling techniques.   Our field procedure for cohesive soil sampling was conducted in general accordance with the *Standard Practice for Thin-Walled Tube Sampling of Soils* (ASTM D 1587). The thin-walled tubes were plugged and capped in the field and transported vertically in specially designed transport racks to our laboratories for extrusion.

Our field procedure for sampling granular soils was conducted in general accordance with the *Standard Method for Penetration Test and Split-Barrel Sampling of Soils* (ASTM D 1586).  Granular soil samples were obtained using the Standard Penetration Test (SPT) as described on the key of terms and symbols used on the boring logs presented in Appendix B. An automatic hammer was used to drive the sampler, and our geotechnical personnel recorded the hammer blows for each sampling interval.  The uncorrected SPT N-value, described on the key of terms and symbols used on the boring logs presented in Appendix B, is recorded on the boring logs.  The soil samples obtained from the split-barrel sampler were visually classified and packaged for transportation to our laboratories.



3

Report No. 04.57114007-2



## 2.2    PIEZO-CONE PENETROMETER TESTING (PCPT)

A total of 26 PCPT soundings were performed at the site between July 26 and August 3, 2011. Dissipation testing was performed within fourteen (14) of the PCPT soundings at the site. The PCPT soundings and dissipation tests were performed in general accordance with ASTM D 5778. The following sections further describe the cone penetrometer and dissipating testing at the site.

### 2.2.1   Piezo-Cone Penetrometer Testing

The PCPT soundings were conducted using either skid-mounted or buggy-mounted PCPT units that used the weight of the equipment to hydraulically push a cylindrical steel probe into the ground. The cylindrical rods used are instrumented and pushed into the soil at a constant rate[1]. The probe in the piezo-cone penetrometer consists of a cone tip element and a side friction sleeve element. Continuous measurements of penetration resistance at the cone tip and friction on the friction sleeve were recorded during the penetration. PCPT field data were saved on computer diskettes for further data reduction in our office.

The PCPT records are presented in Appendix C. A key identifying the terms and symbols used on the PCPT records and the generalized classification chart utilized for data reduction of the test results are also presented at the beginning of Appendix C.

### 2.2.2   Dissipation Testing

As previously mentioned, dissipation tests were performed in 14 of the PCPT soundings at the site. The dissipation testing was directed jointly by both the Plaintiffs' and DOJ/WGII Experts.

A dissipation test was performed by advancing the cone-tip element to the depth of interest. Once the testing depth was reached, advancement of the cone was suspended and the force was released from the cone rods. The dissipation of the excess pore water pressure, induced by advancement of the cone tip, was recorded until an equilibrium condition was achieved or 50 percent of the initial excess pore water pressure dissipated.

The dissipation test records are provided in Appendix D. The test records include a semi-log plot of excess pore water pressure (arithmetic scale) versus time (log scale).

## 2.3    FIELD VANE SHEAR TESTING

This section is not included in Fugro Report No. 04.57114007-2.

---

[1]  Jean Louis Briaud and Jerome Miran, The Cone Penetrometer Test, Report to the Federal Highway Administration, Report No. FHWA-SA-91-043, February 1992.





## 2.4 BOREHOLE AND PCPT COMPLETION

The borings and PCPT holes for this study were backfilled upon completion with cement-bentonite grout. We grouted the exploration locations from the bottom up. When grout returned to the surface, we topped off each location by pouring grout from the ground surface.

5





### 3.0   LABORATORY TESTING

The laboratory testing program for this study was developed by the Plaintiffs' and DOJ/WGII Experts. The laboratory-testing program also included quality assurance testing by Geo-Testing Express (GTX) of Acton, Massachusetts. Our laboratory tests were performed in general accordance with the appropriate ASTM standards as tabulated in this section.

### 3.1   CLASSIFICATION TESTS

The classification tests included tests for natural moisture content, liquid and plastic limits (collectively termed Atterberg Limits), material finer than the No. 200 sieve, and organic content. The results of the classification tests are recorded on the boring logs in Appendix B.

### 3.2   DIRECT SIMPLE SHEAR TESTS

This section is not included in Fugro Report No. 04.57114007-2.

### 3.3   CONSOLIDATION TESTS

We measured the compressibility characteristics of the foundation soils by performing one-dimensional incremental consolidation tests. The incremental consolidation tests were performed on 4-in diameter specimens, and each load was maintained for a period of 24-hrs. As directed by the Plaintiffs' and DOJ/WGII Experts, no rebound and/or reload steps were implemented for the incremental consolidation tests for this project. The loading schedule followed for the incremental consolidation testing was provided by the Plaintiffs' Experts. Natural water contents and dry unit weights were determined as routine portions of the incremental consolidation testing. The incremental consolidation test results are included in Appendix G.

### 3.4   PERMEABILITY TESTS

This section is not included in Fugro Report No. 04.57114007-2.

### 3.5   SUMMARY OF TEST METHODS

The laboratory testing program conducted for this study is summarized in the table below.





### Table 3.1. Summary of Test Methods

| Type of Test | Test Designation |
|---|---|
| Moisture Content | ASTM D 2216 |
| Atterberg Limits | ASTM D 4318 |
| Material Finer than a No. 200 Sieve | ASTM D 1140 |
| Organic Content | ASTM D 2974 |
| Specific Gravity of Solids | ASTM D 854 |
| Incremental Consolidation | ASTM D 2435 |

### 3.6 GEO-TESTING EXPRESS QUALITY ASSURANCE TESTING

As directed by the DOJ/WGII Experts, Geo-Testing Express (GTX), located in Acton, MA, was retained to perform quality assurance (QA) testing for this project. GTX representatives transported preserved samples from New Orleans, Louisiana to Acton in wooden sample transport boxes which were transported in an enclosed vehicle. The QA testing program consisted of index testing and constant rate of strain (CRS) consolidation testing. The GTX QA test results are included as GTX Report No. 11024, dated November 18, 2011, in Appendix J.





## 4.0 FIELD TESTING

The field testing program consisted of performing field pumping tests at four (4) sites throughout the IHNC-EBIA and Lower Ninth Ward. The field pumping test program is discussed in the following sections.

### 4.1 DEFENSE STANDPIPE PIEZOMETERS

This section is not included in Fugro Report No. 04.57114007-2.

### 4.2 VIBRATING WIRE PIEZOMETERS

This section is not included in Fugro Report No. 04.57114007-2.

### 4.3 FIELD PUMPING TESTS

Field pumping tests were performed at four (4) sites throughout the IHNC-EBIA and Lower Ninth Ward. The sites are identified as 1) School Site, 2) South EBIA Site, 3) South EBIA Breach Site, and 4) North EBIA Site.

Each pumping test site is composed of one (1) pumping piezometer from which water was pumped. For this report, the pumping piezometers are designated "control" or "pumping" wells. In addition to the pumping well, each site contained six (6) sets of observation piezometers used to monitor fluctuations in groundwater levels. The observation piezometers are referred to as "monitoring" or "observation" wells.

All activities performed at the pump testing sites related to well installation, slug testing, development, instrumentation, pre-pump testing, and pumping tests were performed under direction from a three-party Pumping Test Committee (PTC), which consisted of Kevin Pope, Dr. Timothy Stark, Dr. Thomas Naymik, and Mark Worthington. A document titled the "IHNC-EBIA Pump Test Protocol", referred to as the Standard Operating Procedure (SOP), was written by the Plaintiff's experts, approved by the PTC and subsequently provided to Fugro as a work plan. Fugro was not involved with the creation of the Pump Test Protocol, a copy of which is presented in Appendix N.

Data accumulated throughout the pumping test program were delivered to the PTC as available to accommodate on-site decision making. These data included piezometer development and slug test data, various forms of groundwater level data (daily manual measurements and complete transducer-recorded data), pumping rate and water quality data associated with pumping tests, weather data collected from an on-site weather station and transducer calibration data. These data were distributed electronically via a collaboration website accessible by all members of the PTC and the Plaintiffs' and DOJ/WGII Experts. The data are presented electronically in either pdf or Microsoft Excel format in a data DVD included with this report.

8





### 4.3.1 School Site

The School Site is located on vacant property, which was the former site of Lawless High School at 5300 Law Street in the Lower Ninth Ward of New Orleans, Louisiana. The site is one of two sites under the responsibility of the plaintiffs for the pumping tests. The School Site consists of a grassy field, devoid of visible remnants of the former high school buildings and related foundations. The School Site pumping test facilities were located along the southern edge of the property, adjacent to North Rochenblave Street. The site is located approximately 1,700 feet east-southeast (project east) of the flood wall and approximately 1,000-ft south of Florida Avenue, which constitutes the northern boundary of the Lower Ninth Ward. A map of the location of the School Site is presented on Plate O-1.

#### 4.3.1.1 Piezometer Installation

Site work related to the construction of the piezometers (wells) at the School Site started on August 26, 2011, when the Control Well (or Pumping Well), PW-01, was drilled and installed. Construction of the piezometers was performed by Fugro. The control well borehole was drilled using wet rotary methods with an ATV-mounted rig. Fresh water was used as the drilling fluid during the installation of PW-01. The monitoring wells were installed using the direct push method with a Geoprobe 6600 track-mounted rig. No samples were collected from the boreholes for either the control well or observation wells. The Control Well, PW-01, was constructed within a 6-inch diameter borehole, and consisted of 2-inch Schedule 40 PVC pipe installed to a total depth of 10 feet below ground surface (bgs). The perforated interval consisted of screen with 0.010-inch horizontal slots, placed between 7 and 10 feet bgs.

A total of six (6) pairs of observation wells (OW-01-S and -01-D through OW-06-S and -06-D), were installed surrounding the control well at distances ranging from 10 to 19 feet. Each pair of observation wells consisted of a "shallow" and a "deep" well, separated laterally by approximately one foot. The observation wells were constructed within a 3.25-inch diameter bore, created by driving 3.25-inch diameter steel casing and a Geoprobe® expendable point. The shallow wells consisted of 1.5-inch diameter Schedule 40 PVC casing to a total depth of seven (7) feet bgs. The perforated section of the shallow wells consisted of 1.5-inch diameter pre-packed screen with 0.010-inch horizontal slot openings placed between the depths of 5 and 7 feet bgs. The deep observation wells were constructed of similar materials to a total depth of 10 feet bgs. The screen section of the deep observation wells consisted of similar pre-packed screen placed between the depths of 8 and 10 feet bgs.

Following placement of the casing for the control well within its borehole, the annulus was generally filled with sand, bentonite pellets, and cement/bentonite grout to the ground surface. Similarly, the annulus of the observation wells was generally filled with sand, Cetco #8 crumbles, and cement/bentonite grout to the ground surface. All wells were fitted with above-ground, locking steel covers. Each pair of wells was completed at the ground surface within a common, rectangular concrete pad. Protective bollards were installed around each well site. All of the wells were locked following completion of construction operations with keys controlled by Fugro staff. A map of the control well and surrounding observation wells is presented in Appendix O. Diagrams of construction for each well are provided in Appendix P.





#### 4.3.1.2 Piezometer Development

Initial development of the control well and observation wells was performed between September 1 and 10, 2011 following the initial slug test (described below). The wells were developed in accordance with the methods presented in the SOP, generally consisting of surging each well with a brush using a gentle up and down motion for a period of approximately 20 minutes for each 6-inch interval throughout the screened length. This was followed by pumping out accumulated fines with a peristaltic pump. With the exception of the first slug test performed in each well, development was performed prior to each slug test until each well was deemed developed.

#### 4.3.1.3 Slug Testing

Slug testing was conducted at the School Site between August 30 and September 11, 2011 within the control well and all of the observation wells. The slug testing was performed in order to evaluate the "efficacy of well development" in accordance with ASTM D4044-96 or D7242-06, per the SOP. Slug testing was performed using a "slug" constructed from a piece of PVC piping with a known volume of displacement, connected to a length of rope. Prior to starting each test, an initial depth to water measurement was recorded relative to a reference mark at the top of each PVC casing. The slug was gently introduced into the well after which manual water level measurements were recorded at regular intervals for a period of at least 24-hours. After a period of at least 24 hours following the start of the test, a final manual water level measurement was recorded and the slug was then removed from the well.

Each slug test and development cycle was followed by a recovery period of between one and three days, after which another slug test was performed. This continued for a total of three to five slug tests per well. The acquired water level data was entered into Microsoft Excel spreadsheets and presented along with associated hydrographs to the PTC for analysis following completion of each test. The PTC's analyses assessed completeness of development and slug testing procedures, based on which field procedures were assigned accordingly. A summary of the slug testing activities performed at the School Site is presented as Table 4.4 - Summary of Slug Testing Activities, School Site.





#### Table 4.1. Summary of Slug Testing Activities, School Site

| Well | Initial Slug Test (ST) | 1st ST Post-Development | 2nd ST Post-Development | 3rd ST Post-Development | 4th ST Post-Development |
|------|------------------------|------------------------|-------------------------|--------------------------|--------------------------|
| PW-01 | 30-Aug | 2-Sep | 7-Sep | 9-Sep | -- |
| OW-01S | 30-Aug | 2-Sep | 7-Sep | 9-Sep | -- |
| OW-01D | 31-Aug | 2-Sep | 8-Sep | 9-Sep | -- |
| OW-02S | 30-Aug | 6-Sep | 7-Sep | -- | -- |
| OW-02D | 31-Aug | 6-Sep | 7-Sep | 9-Sept | 11-Sept |
| OW-03S | 31-Aug | 2-Sep | 7-Sep | -- | -- |
| OW-03D | 31-Aug | 2-Sep | 7-Sep | -- | -- |
| OW-04S | 30-Aug | 6-Sep | 7-Sep | 9-Sep | 11-Sep |
| OW-04D | 1-Sep | 6-Sep | 7-Sep | 9-Sep | -- |
| OW-05S | 30-Aug | 2-Sep | 7-Sep | -- | -- |
| OW-05D | 31-Aug | 2-Sep | 7-Sep | -- | -- |
| OW-06S | 31-Aug | 6-Sep | 7-Sep | 9-Sept | 11-Sept |
| OW-06D | 31-Aug | 6-Sep | 7-Sep | -- | -- |

#### 4.3.1.4 Pre-Pumping Test Procedure

Following the end of the slug testing activities, water level pressure transducers were installed within the Control Well and all of the observation wells in general accordance with Section 6.6.2 of ASTM D4050-96 and the SOP. The installed devices consisted of In-Situ, Inc.® brand Level TROLL 700 transducers capable of measuring and recording water levels at one minute intervals for as long as 44 days. The transducers had an operating pressure range of either 11 meters or 21 meters. The transducers were installed approximately one foot above the bottom of each well at the School Site on September 12 and programmed to measure and record water levels at 15 minute intervals. All wells were fitted with locking caps, which were locked at all times the wells were not in use. Complete water level data for the School Site were presented to the PTC on a daily basis during testing and are presented electronically with this report. Water level hydrographs for the period of record for the School Site are presented as Plates O-2 through O-4. More focused hydrographs of the background monitoring period between September 12 and 16 are presented as Plates O-5 and O-6.

A 72 hour waiting period prior to pumping at the School Site was completed prior to September 16, in accordance with the SOP and the direction of the PTC.

The Pre-Pumping Test (PPT) was performed on September 16 to allow the PTC to determine appropriate methods to operate the pump at a steady flow rate for the forthcoming pumping tests. The pumping system included the use of a single GeoPump brand 110 volt peristaltic pump, with an "easy-load Precision" pump head connected to a length of tubing. On





September 16, as the pumping system was being fine-tuned, the pumping rate varied from as high as 250 milliliters (ml)/minute down to 66 ml/minute. A second day of pre-pumping testing was performed on September 17 to further fine-tune the pumping method and determine a rate acceptable to the PTC. On September 17, the pumping rate varied between 150 ml/minute and 400 ml/minute. Throughout pumping, Fugro measured flow with a graduated cylinder and stopwatch at one to eight minute intervals. During the PPT, field measurements of water electrical conductivity and pH were recorded regularly. This data, along with pumping rates for the second day of the PPT were presented to the PTC via the collaboration site and are presented electronically with this report. Hydrographs of the water level in the wells during the PPT are presented on Plates O-7 through O-9. Hydrographs of the water level recovery following the completion of the PPT are presented on Plates O-10 through O-12.

### 4.3.1.5 Pumping Test Procedure

Prior to the end of the PPT, the PTC decided that the first Pumping Test (PT1) at the School Site would be performed at a constant pumping rate of 400 ml/minute. Prior to the start of PT1, the factory calibrations of the installed transducers were confirmed, in accordance with the SOP. Documentation of the calibration was presented to the PTC via the collaboration site and is included electronically with this report.

PT1 commenced on the morning of September 24 at a pumping rate of 400 ml/minute. After 45 minutes of pumping, the PTC decided to decrease the pumping rate to 350 ml/minute, where the pumping rate remained for the duration of the test. Water flow measurements were recorded with a graduated cylinder and stopwatch throughout the pumping test at regular intervals, which were initially quite frequent and gradually became less frequent as pumping variability stabilized. Intervals between flow measurements were generally between 1 and 15 minutes. Adjustments to the flow rate were made as warranted to maintain a stable pumping rate. Field measurements of electrical conductivity and pH were recorded every hour throughout the pumping test. PT1 continued until the morning of September 26, at which time the test was terminated after approximately 46.8 hours of pumping at an average rate of 351 ml/minute. During pumping, water levels in each of the wells were also measured manually every 12 hours and are presented electronically. Manual water level measurement data were provided to the PTC on a daily basis throughout the pumping test program. Pumping rates and water quality data for PT1 were presented to the PTC via the collaboration site and are presented electronically with this report. Hydrographs of the water level in the wells during PT1 are presented on Plates O-13 through O-15. Recovery water level hydrographs are presented on Plates O-16 through O-18.

The second pumping test (PT2) at the School Site was performed at a reduced pumping rate of 230 ml/minute. PT2 started on the morning of October 4 at a pumping rate of 230 ml/minute, which was maintained for the duration of the test. PT2 continued until the night of October 6, at which time the test was terminated when the pumping water level had declined to the pre-determined threshold depth of 9.22 feet below the top of the casing. The pumping test was performed for a total of 58.5 hours at an average rate of 229 ml/minute. During pumping, water levels also were measured manually every 12 hours and are presented electronically.





Hydrographs of the water levels in the wells during PT2 are presented on Plates O-19 through O-21. Recovery water level hydrographs are presented on Plates O-22 through O-24.

The third pumping test (PT3) at the School Site was performed at a further-reduced pumping rate of 100 ml/minute between the mornings of October 16 and 20. When the test was terminated, the pump had been running for 96 hours at an average rate of 101 ml/minute. During pumping, water levels also were measured manually every 12 hours and are presented electronically. Hydrographs of the water level in the wells during PT3 are presented on Plates O-25 through O-27. Recovery water level hydrographs are presented on Plates O-28 through O-30.

The water level record ended at 11:59 pm on November 3. The transducers were removed from the wells November 4. At that time all equipment was removed from the School Site, except for the wells that remained locked.

### 4.3.2 South EBIA Site

The South EBIA Site is located at the southern portion of the overall project site immediately north of the North Claiborne Avenue Bridge. The South EBIA Site spans both the protected (land) and flood (canal) sides of the IHNC floodwall. The site is the second of the two sites under the responsibility of the plaintiffs. The South EBIA Site consists of a grassy portion of land located between the flood wall to the north and the North Claiborne Avenue Bridge to the south, approximately 270 feet (project) west of Jourdan Avenue. A map of the location of the South EBIA Site is presented on Plate Q-1.

4.3.2.1 Piezometer Installation

Work at the South EBIA site related to the construction of the piezometers (wells) was started on August 26, 2011, when the Control Well (or Pumping Well), PW-02, was drilled and installed. Construction of the piezometers was performed by Fugro using the wet rotary method, with an ATV-mounted rig for the control well and the direct push method with a Geoprobe 6600 track-mounted rig for the observation wells. No samples were collected from the boreholes. The Control Well, PW-02, was constructed within a 6-inch diameter borehole, and consisted of 2-inch Schedule 40 PVC pipe installed to a total depth of 18 feet. Fresh water was used as the drilling fluid during the installation of PW-02. The perforated interval consisted of screen with 0.010-inch horizontal slots, placed between 15 and 18 feet bgs.

A total of six (6) pairs of observation wells (OW-07-S and -07-D through OW-12-S and OW-12-D), were installed surrounding the control well at distances ranging from approximately 8 to 44 feet. Each pair of observation wells consisted of a "shallow" and a "deep" well, separated laterally by approximately one foot. The observations wells were constructed within a 3.25-inch diameter bore, created by driving 3.25-inch diameter steel casing and a Geoprobe® expendable point. The shallow wells on the land side of the flood wall were constructed with 1.5-inch diameter Schedule 40 PVC casing to a total depth of 15 feet bgs. The perforated section of the shallow observation wells (land side) consisted of 1.5-inch outside diameter pre-packed screen with the 0.010-inch horizontal slot openings placed between the depths of 13



13



and 15 feet bgs. The deep observation wells on the land side were constructed of similar materials to a total depth of 18 feet bgs with perforations placed between 16 and 18 feet bgs. On the canal side of the flood wall, the shallow observation wells were installed to a total depth of 21 feet below ground surface (bgs) with perforations placed between 19 and 21 feet bgs. The deep observation wells on the canal side of the flood wall were installed to a total depth of 23.5 feet with perforations placed between 21.5 to 23.5 feet bgs.

Following placement of the casing for the control well within its borehole, the annulus was generally filled with sand, bentonite pellets, and cement/bentonite grout to the ground surface. Similarly, the annulus of the observation wells was generally filled with sand, Volclay, and cement/bentonite grout to the ground surface. All wells were fitted with above-ground, locking steel covers. Each pair of wells was completed at the ground surface within a common, rectangular concrete pad. Protective bollards were installed around each well site. All of the wells were locked following completion of construction operations with keys controlled by Fugro staff. Diagrams of construction for each well are provided in Appendix R.

### 4.3.2.2 Piezometer Development

Initial development of the piezometers at the South EBIA Site was performed between September 8 and 15, 2011 following the initial slug test (described below). The wells were developed in accordance with the methods presented in the SOP, generally consisting of surging each well with a brush using a gentle up and down motion for a period of approximately 20 minutes for each 6-inch interval throughout the screened length. This was followed by pumping out accumulated fines with a peristaltic pump. Excluding the first slug test performed in each well, development was performed prior to each slug test until each well was deemed to be adequately developed by the PTC.

### 4.3.2.3 Slug Testing

Slug testing was conducted at the South EBIA Site between August 30 and October 3 within the control well and all of the observation wells. The slug testing was performed in order to evaluate the "efficacy of well development" in accordance with ASTM D4044-96 or D7242-06, per the SOP. Slug testing was performed using a "slug" constructed from a piece of PVC piping with a known volume of displacement, connected to a length of rope. Prior to starting each test, an initial depth to water measurement was recorded relative to a reference mark at the top of each PVC casing. The slug was gently introduced into the well after which manual water level measurements were recorded at regular intervals for a period of up to 24-hours. After a period of 24 hours following the start of the test, a final manual water level measurement was recorded and the slug was then removed from the well. Slug tests performed after transducers were installed September 12 (discussed below) included automated water level measurement and recording.

Each slug test and development cycle was followed by a recovery period of between two and six days, after which another slug test was performed. This continued for a total of four to five slug tests per well. The acquired water level data was entered into Microsoft Excel spreadsheets and presented along with associated hydrographs to the PTC for analysis





following completion of each test. The PTC's analyses assessed completeness of development and slug testing procedures, and additional well development and slug testing was performed as required by the PTC. A summary of the slug testing activities performed at the South EBIA Site is presented as Table 4.5 - Summary of Slug Testing Activities, South EBIA Site.

**Table 4.2.  Summary of Slug Testing Activities, South EBIA Site**

| Well | Initial Slug Test (ST) | 1st ST Post-Development | 2nd ST Post-Development | 3rd ST Post-Development | 4th ST Post-Development |
|------|------------------------|------------------------|------------------------|------------------------|------------------------|
| PW-02 | 7-Sep | 10-Sep | 14-Sep | 18-Sep | 25-Sep |
| OW-07S | 9-Sep | 13-Sep | 15-Sep | 19-Sep | -- |
| OW-07D | 9-Sep | 13-Sep | 15-Sep | 24-Sep | -- |
| OW-08S | 8-Sep | 12-Sep | 14-Sep | 18-Sep | -- |
| OW-08D | 8-Sep | 12-Sep | 14-Sep | 24-Sep | -- |
| OW-09S | 9-Sep | 11-Sep | 16-Sep | 26-Sep | -- |
| OW-09D | 7-Sep | 11-Sep | 16-Sep | 18-Sep | 3-Oct |
| OW-10S | 8-Sep | 11-Sep | 14-Sep | 24-Sep | -- |
| OW-10D | 8-Sep | 11-Sep | 14-Sep | 16-Sep | 19-Sep |
| OW-11S | 7-Sep | 10-Sep | 13-Sep | 18-Sep | -- |
| OW-11D | 7-Sep | 10-Sep | 13-Sep | 19-Sep | 28-Sep |
| OW-12S | 8-Sep | 12-Sep | 14-Sep | 24-Sep | -- |
| OW-12D | 7-Sep | 12-Sep | 14-Sep | 19-Sep | 28-Sep |

### 4.3.2.4 Pre-Pumping Test Procedure

On September 12 water level pressure transducers were installed at the South EBIA Site within the Control Well and all of the observation wells in general accordance with Section 6.6.2 of ASTM D4050-96 and the SOP. The installed devices consisted of In-Situ, Inc.® brand Level TROLL 700 transducers capable of measuring and recording water levels at one minute intervals for as long as 44 days. The transducers had an operating pressure range of either 11 meters or 21 meters. The transducers were installed in several stages on September 12 (all wells except OW-08-S, -08-D, -12-S, and -12-D) and again on September 18 (all remaining wells) and were programmed to measure and record water levels at 15 minute intervals. All wells were fitted with locking caps, which were locked at all times not in use. Complete water level data for the South EBIA Site were presented to the PTC on a daily basis during testing and are presented electronically in this report. Water level hydrographs for the period of record for the South EBIA Site are presented on Plates Q-2 and Q-3. More focused hydrographs of the background monitoring period between September 13 and October 10 are presented on Plates Q-4 and Q-5.

On September 23, the transducers were re-installed in the wells following a theft of a portion of the monitoring equipment. At that time, the factory calibrations of the installed





transducers were again confirmed, in accordance with the SOP. Documentation of the calibration was presented to the PTC via the collaboration site and are presented electronically with this report.

A 72-hour waiting period prior to pumping ended on October 11, in accordance with the SOP and the direction of the PTC.

The Pre-Pumping Test (PPT) was started on October 11 to allow the PTC to determine appropriate pumping rate for the planned pumping tests. The same general pumping system and methods used for the School Site (described previously) was used at the South EBIA Site, with the exception of the use of a smaller pump head and smaller diameter pump tubing. On October 11 the PPT commenced at a pumping rate of 20 ml/minute. Under the direction of the PTC, the PPT continued without interruption that night and through October 15. At that time, on the night of October 11, the PTC decided to use the PPT as the first pumping test (PT1).

### 4.3.2.5 Pumping Test Procedure

As discussed above, PT1 was performed between October 11 and 15 at a pumping rate of 20 ml/minute. Water flow measurements were recorded with a graduated cylinder and stopwatch throughout pumping at regular intervals, which were initially quite frequent and became less frequent as pumping variability stabilized. Intervals between flow measurements were generally between one and 20 minutes, with an average interval of five minutes. Adjustments to the flow rate were made as warranted to maintain a stable pumping rate. Field measurements of electrical conductivity and pH were recorded every hour throughout the pumping test. PT1 continued until the morning of October 15, at which time the test was terminated after over 96 hours of pumping at an average rate of 20 ml/minute. During pumping, water levels were also measured manually every 12 hours and are presented electronically. Pumping rates and water quality data for PT1 were presented to the PTC via the collaboration site and are presented electronically with this report. Hydrographs of the water level in the wells during PT1 are presented on Plates Q-6 through Q-8. Recovery water level hydrographs are presented on Plates Q-9 through Q-11.

The second pumping test (PT2) at the South EBIA Site was performed at the same pumping rate of 20 ml/minute. PT2 commenced on the morning of October 27 and continued until the morning of November 1. The pumping test was performed for a total of 120 hours at an average rate of 20 ml/minute. During pumping, water levels were also measured manually every 12 hours and are presented electronically. Manual water level measurement data were provided to the PTC on a daily basis throughout the pumping test program. Hydrographs of the water levels in the wells during PT2 are presented on Plates Q-12 through Q-14. Recovery water level hydrographs are presented on Plates Q-15 through Q-17.

The water level record ended at 11:59 pm on November 3. The transducers were removed from the wells November 4. At that time, all equipment was removed from the South EBIA Site, except for the wells that remained locked.



16



### 4.3.3   EBIA South Breach Site

The EBIA South Breach Site is located on the flood side of the flood wall near the site of the southern breach of the IHNC floodwall during Hurricane Katrina in 2005.  The EBIA South Breach site is one of two sites under the responsibility of the defendants.  The EBIA South Breach site consists of a sparsely vegetated marshy area of land located approximately 75 feet (project) west of the flood wall.  A map of the location of the EBIA South Breach Site is presented on Plate S-1.

4.3.3.1 Piezometer Installation

Site work related to the construction of the piezometers (wells) was started on September 10, when Control Well (or Pumping Well) PW-03 was drilled and installed. Construction of the piezometers was performed by Fugro using the wet rotary method, with an ATV-mounted rig for the control well and the direct push method with a Geoprobe 6600 track-mounted rig for the observation wells. No samples were collected from the boreholes for the control well or observation wells.  Control Well PW-03 was constructed within a 6-inch diameter borehole, and consisted of 2-inch Schedule 40 PVC pipe installed to a total depth of 20 feet bgs. Fresh water was used as the drilling fluid during the installation of PW-03.   The perforated interval consisted of screen with 0.010-inch horizontal slots, placed between 17 and 20 feet bgs.

A total of six (6) pairs of observation wells (OW-13-S and -13-D through OW-18-S and OW-18-D), were installed surrounding the control well at distances from the control well ranging from approximately 4 to 40 feet.  Each pair of observation wells consisted of a "shallow" and a "deep" well, separated laterally by approximately one foot.   The observations wells were constructed within a 3.25-inch diameter bore, created by driving 3.25-inch diameter steel casing and a Geoprobe® expendable point.  The shallow wells were constructed with 1.5-inch diameter Schedule 40 PVC casing to a total depth of 16 feet bgs. The perforated section of the shallow observation wells consisted of 1.5-inch outside diameter pre-packed screen with 0.010-inch horizontal slot openings placed between the depths of 14 and 16 feet bgs.  The deep observation wells were constructed of similar materials to a total depth of 19.5 feet bgs with the perforated section placed between the depths of 17.5 and 19.5 feet bgs.

Following placement of the casing for the control well within its borehole, the annulus was generally filled with sand, bentonite pellets, and cement/bentonite grout to the ground surface. Similarly, the annulus of the observation wells was generally filled with sand, Volclay, and cement/bentonite grout to the ground surface. All wells were fitted with above-ground, locking steel covers. Each pair of wells was completed at the ground surface within a common, rectangular concrete pad.  Protective bollards were installed around each well site.  All of the wells were locked following completion of construction operations with keys controlled by Fugro staff.  A map of the control well and surrounding observation wells is presented in Appendix S. Diagrams of construction for each well are provided in Appendix T.





### 4.3.3.2 Piezometer Development

Initial development of the piezometers was performed between September 16 and 19, 2011, without the performance of an initial slug test. The wells were developed in accordance with the methods generally presented in the SOP, and amended by direction provided by the PTC on September 16. Based on SOP methods and PTC direction, the control and observation wells were developed as follows. Initially, a manual depth to water measurement was taken and recorded. Based on this value, a calculation was made to determine the depth halfway between the depth to water and the depth to the top of the screen. Following this, each well was surged for five minutes using a solid slug by dropping the slug slowly to the bottom of the well and surging the slug upwards with a swift motion. Following this, each well was surged with a brush for five minutes per 6-inch length of screen. Each well was then purged using a peristaltic pump and plastic tubing inserted to the bottom of the well. The wells were purged of turbid water until the water level reached the above-calculated level. The electrical conductivity and volume of the purged water were then measured and recorded. Development was performed a total of two to three times within each well between September 16 and October 1.

### 4.3.3.3 Slug Testing

Slug testing was conducted at the EBIA South Breach Site between September 19 and October 20 within the control well and all of the observation wells. The slug testing was performed in order to evaluate the "efficacy of well development" in accordance with ASTM D4044-96 or D7242-06, per the SOP. Slug testing was performed using a bailer to conduct rising head tests, or as a falling head test using a "slug" constructed from a piece of PVC piping with a known volume of displacement connected to a length of rope. Prior to starting each test, an initial depth to water measurement was recorded relative to a reference mark at the top of each PVC casing. For rising head tests, the bailer was quickly lower then removed. For falling head tests, the slug was gently introduced into the well after which manual water level measurements were recorded at regular intervals by manual or transducer methods. After a period of 24 hours following the start of the test, a final manual water level measurement was recorded and, in the case of the falling head tests, the slug was then removed from the well. With the exception of a single rising head test performed within the control well, slug testing was performed after transducers were installed September 21 (discussed below) and included automated water level measurement and recording.

At the EBIA South Breach site, each slug test was followed by a recovery period of between 2 and 27 days, after which another slug test was performed. This continued for a total of five slug tests for the control well and two to three slug tests for the observation wells. The acquired water level data was entered into Microsoft Excel spreadsheets and presented along with associated hydrographs to the PTC for analysis following completion of each test. The PTC's analyses assessed completeness of development and slug testing procedures, and additional well development and testing was performed as requested. A summary of the slug testing activities performed at the EBIA South Breach Site is presented below in Table 4.6 - Summary of Slug Testing Activities, EBIA South Breach Site.





**Table 4.3.  Summary of Slug Testing Activities, EBIA South Breach Site**

| Well | Initial Slug Test (ST) | 1st ST Post-Development | 2nd ST Post-Development | 3rd ST Post-Development | 4th ST Post-Development | 5th ST Post-Development |
|------|------|------|------|------|------|------|
| PW-03 | None | 19-Sep | 21-Sep | 23-Sep | 29-Sep | 6-Oct |
| OW-13S | None | 22-Sep | 29-Sep | 20-Oct | -- | -- |
| OW-13D | None | 23-Sep | 20-Oct | -- | -- | -- |
| OW-14S | None | 22-Sep | 3-Oct | -- | -- | -- |
| OW-14D | None | 23-Sep | 20-Oct | -- | -- | -- |
| OW-15S | None | 21-Sep | 3-Oct | -- | -- | -- |
| OW-15D | None | 23-Sep | 20-Oct | -- | -- | -- |
| OW-16S | None | 21-Sep | 29-Sep | 20-Oct | -- | -- |
| OW-16D | None | 23-Sep | 20-Oct | -- | -- | -- |
| OW-17S | None | 22-Sep | 29-Sep | 20-Oct | -- | -- |
| OW-17D | None | 23-Sep | 20-Oct | -- | -- | -- |
| OW-18S | None | 22-Sep | 3-Oct | -- | -- | -- |
| OW-18D | None | 23-Sep | 20-Oct | -- | -- | -- |

4.3.3.4 Pre-Pumping Test Procedure

On September 21, water level pressure transducers were installed at the EBIA South Breach Site within the Control Well and all of the observation wells in general accordance with Section 6.6.2 of ASTM D4050-96 and the SOP. The installed devices consisted of In-Situ, Inc.® brand Level TROLL 700 transducers capable of measuring and recording water levels at one minute intervals for as long as 44 days. The transducers had an operating pressure range of either 11 meters or 21 meters.  The transducers for the South EBIA Breach Site were programmed to measure and record water levels at 15 minute intervals. All wells were fitted with locking caps, which were locked at all times not in use.  Complete water level data for the EBIA South Breach Site were presented to the PTC on a daily basis during testing and are presented in electronically in this report.  Water level hydrographs for the period of record for the EBIA South Breach Site are presented on Plates S-2 and S-3.  More focused hydrographs of the background monitoring period between September 21 and October 26 are presented on Plates S-4 and S-5.

On September 22, the factory calibrations of the installed transducers were confirmed in accordance with the SOP, and the transducers were re-programmed to record water levels at one minute intervals. A second calibration was performed on the wells on September 27. Documentation of the calibration was presented to the PTC via the collaboration site and is presented electronically with this report.





A 72-hour waiting period prior to pumping ended on October 26, in accordance with the SOP and the direction of the PTC. No Pre-Pumping Test was performed at the EBIA South Breach site.

### 4.3.3.5 Pumping Test Procedure

Pumping Test 1 (PT1) was performed as a constant head test. The PT1 was started on the morning of October 26 at an initial pumping rate of up to 840 ml/minute. After approximately 11 minutes of pumping at this high rate, the water level declined in the control well to the level of the peristaltic pump intake, which had been set to approximately 17.9 feet below the top of the casing. Water flow measurements were recorded with a graduated cylinder and stopwatch throughout pumping at regular intervals, which were initially performed every 30 seconds and eventually reduced to 60 minute intervals over the five days of pumping. No manual adjustments to the flow rate were made by field personnel; however, the pumping rate declined gradually over time as the pumping water level was held constant. Field measurements of electrical conductivity and pH were recorded every hour for the final two days of pumping. PT1 continued until the morning of October 31, at which time the test was terminated after over 129 hours (5 days) of pumping at an average rate of 33 ml/minute. Water levels were also measured manually every 12 hours during pumping and are presented electronically. Manual water level measurements were provided to the PTC on a daily basis throughout the pumping test program. Pumping rates and water quality data for PT1 were also presented to the PTC via the collaboration site and are presented electronically with this report. Hydrographs of the water level in the wells during PT1 are presented on Plates S-6 through S-8. Recovery water level hydrographs are presented on Plates S-9 through S-11.

The water level record ended at 11:59 pm on November 3. The transducers were removed from the wells November 4. At that time, all equipment was removed from the site, except for the wells that remained locked.

### 4.3.4 EBIA North Site

The EBIA North Site is located on the canal side of the flood wall to the north of the EBIA South Breach Site. The site is the second of the two sites under the responsibility of the defendants. The EBIA North site consists of a sparsely vegetated marshy area immediately west of the IHNC flood wall. A map of the location of the EBIA North Site is presented on Plate U-1.

### 4.3.4.1 Piezometer Installation

Site work related to the construction of the wells was started on September 10, when Control Well (or Pumping Well) PW-04 was drilled and installed. Construction of the piezometers was performed by Fugro using the wet rotary method, with an ATV-mounted rig for the control well and the direct push method with a Geoprobe 6600 track-mounted rig for the observation wells. No samples were collected from the boreholes for the control well and observation wells. Control Well PW-04 was constructed within a 6-inch diameter borehole, and consisted of 2-inch Schedule 40 PVC pipe installed to a total depth of 20 feet bgs. Fresh water



Report No. 04.57114007-2



was used as the drilling fluid during the installation of PW-04. The perforated interval consisted of screen with 0.010-inch horizontal slots, placed between 17 and 20 feet bgs.

A total of six (6) pairs of observation wells (OW-19-S and -19-D through OW-24-S and OW-24-D), were installed surrounding the control well at distances away from the control well ranging from 4 to 25 feet. Each pair of observation wells consisted of a "shallow" and a "deep" well, separated laterally by approximately one foot. The observation wells were constructed within a 3.25-inch diameter bore, created by driving 3.25-inch diameter steel casing and a Geoprobe® expendable point. The shallow wells were constructed with 1.5-inch diameter Schedule 40 PVC casing to a total depth of 15 feet bgs. The perforated section of the shallow observation wells consisted of 1.5-inch outside diameter pre-packed screen with 0.010-inch horizontal slot openings placed between the depths of 13 and 15 feet bgs. The deep observation wells were constructed of similar materials to a total depth of 19.5 feet bgs with the perforated section placed between the depths of 17.5 and 19.5 feet bgs.

Following placement of the casing for the control well within its borehole, the annulus was generally filled with sand, bentonite pellets, and cement/bentonite grout to the ground surface. Similarly, the annulus of the observation wells was generally filled with sand, Volclay, and cement/bentonite grout to the ground surface. All wells were fitted with above-ground, locking steel covers. Each pair of wells was completed at the ground surface within a common, rectangular concrete pad. Protective bollards were installed around each well site. All of the wells were locked following completion of construction operations with keys controlled by Fugro staff. A map of the control well and surrounding observation wells is presented in Appendix U. Diagrams of construction for each well are provided in Appendix V.

4.3.4.2 Piezometer Development

Initial development of the piezometers was performed between September 16 and 19, 2011 without the performance of an initial slug test. The wells were developed in accordance with the methods generally presented in the SOP, and amended by direction provided by the PTC on September 16. Based on this direction, the control and observation wells were developed in a similar manner to development performed at the EBIA South Breach site. Development was performed a total of two to three times within each well between September 16 and October 1.

4.3.4.3 Slug Testing

Slug testing was conducted at the EBIA North Site between September 19 and October 20 within the control well and all of the observation wells. The slug testing was performed in order to evaluate the "efficacy of well development" in general accordance with ASTM D4044-96 or D7242-06, per the SOP. Slug testing was performed largely using a bailer (rising head tests), or falling head test using a "slug" constructed from a piece of PVC piping with a known volume of displacement, connected to a length of rope. Prior to starting each test, an initial depth to water measurement was recorded relative to a reference mark at the top of each PVC casing. For rising head tests, the bailer was quickly lowered into the well and then removed. For falling head tests, the slug was gently introduced into the well after which manual water level



Report No. 04.57114007-2



measurements were recorded at regular intervals by manual or transducer methods. After a period of 24 hours following the start of the test, a final manual water level measurement was recorded and, in the case of the falling head tests, the slug was then removed from the well. Slug testing was performed after transducers were installed September 20 (discussed below) and included automated water level measurement and recording.

At the EBIA North site, each slug test was followed by a recovery period of between 7 and 29 days, after which another slug test was performed. This continued for a total of four slug tests for the control well and two slug tests for the observation wells. The acquired water level data was entered into Microsoft Excel spreadsheets and presented along with associated hydrographs to the PTC for analysis following completion of each test. The PTC's analyses assessed completeness of development and slug testing procedures, and additional well development and slug testing was performed as requested. A summary of the slug testing activities performed at the EBIA North Site is presented in Table 4.7 - Summary of Slug Testing Activities, EBIA North Site.

**Table 4.4.  Summary of Slug Testing Activities, EBIA North Site**

| Well | Initial Slug Test (ST) | 1st ST Post-Development | 2nd ST Post-Development | 3rd ST Post-Development | 4th ST Post-Development |
|------|-----------------------|------------------------|-------------------------|-------------------------|-------------------------|
| PW-04 | None | 19-Sep | 21-Sep | 29-Sep | 6-Oct |
| OW-19S | None | 22-Sep | 3-Oct | -- | -- |
| OW-19D | None | 22-Sep | 29-Sep | -- | -- |
| OW-20S | None | 21-Sep | 3-Oct | -- | -- |
| OW-20D | None | 22-Sep | 20-Oct | -- | -- |
| OW-21S | None | 21-Sep | 3-Oct | -- | -- |
| OW-21D | None | 22-Sep | 20-Oct | -- | -- |
| OW-22S | None | 21-Sep | 20-Oct | -- | -- |
| OW-22D | None | 22-Sep | 29-Sep | -- | -- |
| OW-23S | None | 22-Sep | 3-Oct | -- | -- |
| OW-23D | None | 22-Sep | 29-Sep | -- | -- |
| OW-24S | None | 22-Sep | 3-Oct | -- | -- |
| OW-24D | None | 22-Sep | 29-Sep | -- | -- |

4.3.4.4 Pre-Pumping Test Procedure

On September 20 water level pressure transducers were installed at the EBIA North Site within the Control Well and all of the observation wells in accordance with Section 6.6.2 of ASTM D4050-96 and the SOP. The installed devices consisted of In-Situ, Inc.® brand Level TROLL 700 transducers capable of measuring and recording water levels at one minute intervals for as long as 44 days. The transducers had an operating pressure range of either 11 meters or 21 meters. The transducers were programmed to measure and record water levels at



Report No. 04.57114007-2



15 minute intervals for the North EBIA Site. All wells were fitted with locking caps, which were locked at all times not in use.  Complete water level data for the EBIA North Site were presented to the PTC on a daily basis during testing and are presented electronically in this report.  Water level hydrographs for the period of record for the EBIA North Site are presented on Plates U-2 and U-3.  More focused hydrographs of the background monitoring period between September 20 and October 27 are presented on Plates U-4 and U-5.

On September 21, the factory calibrations of the installed transducers were confirmed, in accordance with the SOP.  On September 22 the transducers were re-programmed to record water levels at one minute intervals. A second calibration was performed on the wells on September 27.   Documentation of the calibrations was presented to the PTC via the collaboration site and is presented electronically with this report.  A 72 hour waiting period prior to pumping ended on October 26, in accordance with the SOP and the direction of the PTC.

No Pre-Pumping Test was performed at the EBIA North site.

4.3.4.5 Pumping Test Procedure

Pumping Test 1 (PT1) was performed as a constant head test.  The PT1 was started on the morning of October 26 at an initial pumping rate of up to 560 ml/minute.  After approximately 18 minutes of pumping at this rate, the water level declined in the control well to the level of the peristaltic pump intake, which had been set to approximately 17.8 feet below the top of the casing.  Water flow measurements were recorded with a graduated cylinder and stopwatch throughout pumping at regular intervals, which were initially performed every 30 seconds and eventually reduced to every 60 minutes over three days of pumping.  No manual adjustments to the flow rate were made; however, the flow rate gradually declined during the course of the test as the pumping water level was held constant.  Field measurements of electrical conductivity and pH were recorded every hour for the final two days of pumping.  PT1 continued until the morning of October 31, at which time the test was terminated after 128 hours (more than 5 days) of pumping at an average rate of 8 ml/minute.  During pumping, water levels were also measured manually every 12 hours and are presented electronically. Manual water level measurement data were provided to the PTC on a daily basis throughout the pumping test program.  Pumping rates and water quality data for PT1 were presented to the PTC via the collaboration site and are presented electronically with this report.  Hydrographs of the water level in the wells during PT1 are presented on Plates U-6 through U-8.  Recovery water level hydrographs are presented on Plates U-9 through U-11.

The water level record ended at 11:59 pm on November 3.  The transducers were removed from the wells November 4.  At that time, all equipment was removed from the site, except for the wells that remained locked.





## 5.0  SITE SURVEY

As requested by the IHNC Litigation Team's Technical Experts, a local, third-party surveyor was chosen to survey the field investigation and field testing locations at the IHNC-EBIA project site. R.W. Krebs, L.L.C. (Krebs) was selected to perform the survey. The horizontal (NAD 83 – Louisiana South 1702) and vertical positions (NAVD 88) of the following were recorded as part of the site survey.

1.  Borings

2.  Piezo-cone penetrometer tests

3.  Vane shear tests

4.  Defense standpipe piezometers (top of casing, top of concrete pad and adjacent ground surface)

5.  Vibrating wire piezometers (adjacent ground surface and location from which piezometer wires exit the ground)

6.  Wells at pump test locations (top of casing, top of concrete pad and adjacent ground surface)

The field investigation and field testing locations across the entire project site were surveyed by Krebs between September 28 and September 30, 2011 using GPS-based surveying equipment. Representatives from Fugro and the Plaintiffs' and DOJ/WGII Experts were present for the surveying activities. Krebs re-surveyed the wells at the School Site with the GPS-based surveying equipment on November 2, 2011. The findings from the two surveys are included in a Krebs report dated November 17, 2011 (Appendix W).

On January 3, 2012, another survey was performed to determine the top of casing elevations at the pump test sites using conventional level surveying techniques. Representatives from Fugro and the Plaintiffs' and DOJ/WGII Experts were present for the level survey at the pump test sites. The surveys were executed by Krebs and LandSource, Inc. (LandSource). LandSource represented the Plaintiffs' Experts during the course of the survey. The data compiled by Krebs and LandSource during the level survey is presented in Appendix X.

The entire project site was surveyed a second time between January 31 and February 3, 2012. Representatives from Fugro and the Plaintiffs' and DOJ/WGII Experts were again present for the survey. The survey was performed by Krebs, and the data from the survey is included in Appendix Y. Field notes compiled by Fugro personnel during this survey are also presented in Appendix Y.





APPENDIX S

EBIA SOUTH BREACH PUMPING TEST DATA





INNER HARBOR NAVIGATIONAL CANAL
EAST BANK INDUSTRIAL AREA
(IHNC-EBIA)
NEW ORLEANS, LOUISIANA

EBIA SOUTH BREACH SITE LAYOUT

PROJECT NO.
04.57114007

SIZE
B

SCALE
AS SHOWN

REV.
0

SHEET NO.
S-1

DATE
03/08/12

NOT TO SCALE

GW-18-S    GW-18-D

GW-16-S
VST-08
CPT-08
GW-14-D    GW-14-S
PZ-08
GW-13-S
GW-15-D

SP-03

GW-20-D
GW-19-D

B-08

N

REFERENCE:
Images by Google Earth Pro.

March 8, 2012 04.5711400-7 South EBIA Breach.dwg



PLATE   S-2

EBIA SOUTH BREACH SITE HYDROGRAPHS, PERIOD OF RECORD, SHALLOW WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007 | Date: 11/20/11 | Checked by: Peter Leffler | Date: 11/18/11

Reviewed by: Timothy Nicely

Fugro Consultants, Inc.



PLATE  S-3

EBIA SOUTH BREACH SITE HYDROGRAPHS, PERIOD OF RECORD, DEEP WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007

Reviewed by: Timothy Nicely   Date: 11/20/11   Checked by: Peter Leffler   Date: 11/18/11

Fugro Consultants, Inc.



EBIA SOUTH BREACH SITE HYDROGRAPHS, BACKGROUND, SHALLOW WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

PLATE  S-4

Project No.: 04.57114007

Reviewed by: Timothy Nicely | Date: 11/20/11 | Checked by: Peter Leffler | Date: 11/18/11

Fugro Consultants, Inc.



**PLATE S-5**

**EBIA SOUTH BREACH SITE HYDROGRAPHS, BACKGROUND, DEEP WELLS**
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007

| | | |
|---|---|---|
| Reviewed by: Timothy Nicely | Date: 11/20/11 | Checked by: Peter Leffler | Date: 11/18/11 |

Fugro Consultants, Inc.



EBIA SOUTH BREACH SITE HYDROGRAPH, CONSTANT-HEAD TEST, PUMPING WELL
IHNC–EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007

Reviewed by: Timothy Nicely    Date: 11/20/11    Checked by: Peter Leffler    Date: 11/18/11

Fugro Consultants, Inc.

PLATE  S-6



EBIA SOUTH BREACH SITE HYDROGRAPHS, CONSTANT-HEAD TEST, SHALLOW WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

PLATE  S-7

Project No.: 04.57114007

Reviewed by:  Timothy Nicely     Date: 11/20/11     Checked by:  Peter Leffler     Date: 11/18/11

Fugro Consultants, Inc.



EBIA SOUTH BREACH SITE HYDROGRAPHS, CONSTANT-HEAD TEST, DEEP WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007

Reviewed by: Timothy Nicely | Date: 11/20/11 | Checked by: Peter Leffler | Date: 11/18/11

PLATE S-8

Fugro Consultants, Inc.



EBIA SOUTH BREACH SITE HYDROGRAPH, CONSTANT-HEAD TEST RECOVERY, PUMPING WELL
IHNC–EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007

Reviewed by: Timothy Nicely | Date: 11/20/11 | Checked by: Peter Leffler | Date: 11/18/11

PLATE S-9

Fugro Consultants, Inc.



EBIA SOUTH BREACH SITE HYDROGRAPHS, CONSTANT-HEAD TEST RECOVERY, SHALLOW WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

PLATE S-10

Project No.: 04.57114007

Reviewed by: Timothy Nicely    Date: 11/20/11    Checked by: Peter Leffler    Date: 11/18/11

Fugro Consultants, Inc.



PLATE  S-11

EBIA SOUTH BREACH SITE HYDROGRAPHS, CONSTANT-HEAD TEST RECOVERY, DEEP WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007

Reviewed by: Timothy Nicely    Date: 11/20/11    Checked by: Peter Leffler    Date: 11/18/11

Fugro Consultants, Inc.



**APPENDIX U**

**EBIA NORTH PUMPING TEST DATA**





NOT TO SCALE

EBIA NORTH SITE LAYOUT

INNER HARBOR NAVIGATIONAL CANAL
EAST BANK INDUSTRIAL AREA
(IHNC-EBIA)
NEW ORLEANS, LOUISIANA

PROJECT NO.
04.57114007

REFERENCE:
Images by Google Earth Pro.

March 8, 2012 04.57114007 North EBIA Site.dwg



EBIA NORTH SITE HYDROGRAPHS, PERIOD OF RECORD, SHALLOW WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

PLATE U-2

Project No.: 04.57114007

Reviewed by: Timothy Nicely | Date: 11/20/11 | Checked by: Peter Leffler | Date: 11/18/11

Fugro Consultants, Inc.



EBIA NORTH SITE HYDROGRAPHS, PERIOD OF RECORD, DEEP WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

PLATE   U-3

Project No.: 04.57114007

Reviewed by: Timothy Nicely    Date: 11/20/11    Checked by: Peter Leffler    Date: 11/18/11

Fugro Consultants, Inc.



PLATE U-4

EBIA NORTH SITE HYDROGRAPHS, BACKGROUND, SHALLOW WELLS
IHNC–EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007

Reviewed by: Timothy Nicely   Date: 11/20/11   Checked by: Peter Leffler   Date: 11/18/11

Fugro Consultants, Inc.



PLATE  U-5

EBIA NORTH SITE HYDROGRAPHS, BACKGROUND, DEEP WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007 | Date: 11/20/11 | Checked by: Peter Leffler | Date: 11/18/11

Reviewed by: Timothy Nicely

Fugro Consultants, Inc.



PLATE U-6

EBIA NORTH SITE HYDROGRAPH, CONSTANT HEAD TEST, PUMPING WELL
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007

Reviewed by: Timothy Nicely    Date: 11/20/11    Checked by: Peter Leffler    Date: 11/18/11

Fugro Consultants, Inc.



PLATE  U-7

EBIA NORTH SITE HYDROGRAPHS, CONSTANT HEAD TEST, SHALLOW WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007

Reviewed by: Timothy Nicely | Date: 11/20/11 | Checked by: Peter Leffler | Date: 11/18/11

Fugro Consultants, Inc.



EBIA NORTH SITE HYDROGRAPHS, CONSTANT HEAD TEST, DEEP WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007

Reviewed by: Timothy Nicely   Date: 11/20/11   Checked by: Peter Leffler   Date: 11/18/11

PLATE  U-8

Fugro Consultants, Inc.



EBIA NORTH SITE HYDROGRAPH, CONSTANT HEAD TEST RECOVERY, PUMPING WELL
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

Project No.: 04.57114007

Reviewed by: Timothy Nicely | Date: 11/20/11 | Checked by: Peter Leffler | Date: 11/18/11

PLATE   U-9

Fugro Consultants, Inc.



EBIA NORTH SITE HYDROGRAPHS, CONSTANT HEAD TEST RECOVERY, SHALLOW WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

PLATE U-10

Project No.: 04.57114007

Reviewed by: Timothy Nicely | Date: 11/20/11 | Checked by: Peter Leffler | Date: 11/18/11

Fugro Consultants, Inc.



EBIA NORTH SITE HYDROGRAPHS, CONSTANT HEAD TEST RECOVERY, DEEP WELLS
IHNC-EBIA FIELD AND LABORATORY TESTING PROGRAM

PLATE U-11

Project No.: 04.57114007

Reviewed by: Timothy Nicely   Date: 11/20/11   Checked by: Peter Leffler   Date: 11/18/11

Fugro Consultants, Inc.