| Invoice | Invoice Amount | Adjustment (Not Approved - see Comments) | Disputed Amounts (see Comments) | Amount Owed by DOJ | Amount Owed by WGI (Escrow) | Amount Owed by Plaintiffs (Escrow) | Amount Paid by DOJ | Amount Paid by WGI (Escrow) | Amount Paid by Plaintiffs (Escrow) | Balance Owed by DOJ | Balance Owed by WGI | Balance Owed by Plaintiffs Currently | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 570275 | $100,876.71 | | | $46,037.33 | $46,037.33 | $8,802.05 | $46,037.33 | $46,037.33 | $8,802.05 | $0.00 | $0.00 | $0.00 | |
| 570276 | $154,784.00 | $1,012.50 | | $65,502.66 | $65,502.66 | $22,766.18 | $62,457.06 | $62,457.06 | $22,377.38 | $3,045.60 | $3,045.60 | $388.80 | Not approved 4.5 Geoprobe hrs |
| 570323 | $479,559.54 | $4,300.00 | $27,600.00 | $211,399.05 | $211,399.05 | $52,461.44 | $185,378.56 | $185,378.56 | $14,990.05 | $26,020.49 | $26,020.49 | $9,871.39 | Not approved 2 days cargo buggy; Disputed Pump Test Labor deducted from plantiffs only |
| 570324 | $67,498.41 | | | $22,499.47 | $22,499.47 | $22,499.47 | $8,266.85 | $22,499.47 | $0.00 | $14,232.62 | $0.00 | $22,499.47 | |
| 570325 | $14,075.46 | | | $4,691.82 | $4,691.82 | $4,691.82 | $4,691.82 | $4,691.82 | $0.00 | $0.00 | $0.00 | $4,691.82 | |
| 570373 | $15,807.00 | | | $5,269.00 | $5,269.00 | $5,269.00 | $5,269.00 | $5,269.00 | $0.00 | $0.00 | $0.00 | $5,269.00 | |
| 570374 | $31,729.00 | | | $10,576.33 | $10,576.33 | $10,576.33 | $10,576.33 | $8,601.48 | $0.00 | $0.00 | $1,974.85 | $10,576.33 | |
| 570375 | $155,461.00 | $12,750.00 | | $65,163.30 | $65,163.30 | $12,384.40 | $39,888.40 | $45,232.55 | $7,275.85 | $25,274.90 | $19,930.75 | $5,108.55 | Not approved 15 days stanby for Marsh Master |
| 570388 | $283,820.52 | | | $109,751.14 | $109,751.14 | $64,318.24 | $0.00 | $85,744.66 | $46,618.86 | $109,751.14 | $24,006.48 | $17,699.38 | |
| 570439 | $291,926.46 | | $3,261.80 | $108,216.52 | $108,216.52 | $75,493.42 | $0.00 | $43,366.71 | $24,117.91 | $108,216.52 | $64,849.81 | $48,113.71 | Disputed Third Party Excavation/Railroad Site deducted from plantiffs only |
| 570441 | $209,167.83 | | | $78,865.12 | $78,865.12 | $51,437.59 | $0.00 | $26,774.77 | $6,808.18 | $78,865.12 | $52,090.35 | $44,629.41 | |
| 570442 | $213,435.00 | | | $94,024.07 | $94,024.07 | $25,386.86 | $0.00 | $93,948.18 | $15,920.37 | $94,024.07 | $75.89 | $9,466.49 | |
| 570443 | $5,846.00 | | | $1,948.67 | $1,948.67 | $1,948.67 | $0.00 | $0.00 | $0.00 | $1,948.67 | $1,948.67 | $1,948.67 | |
| 570444 | $25,893.83 | | | $10,589.60 | $10,589.60 | $4,714.63 | $0.00 | $0.00 | $707.31 | $10,589.60 | $10,589.60 | $4,007.32 | |
| 570445 | $12,462.00 | | | $5,808.20 | $5,808.20 | $845.60 | $0.00 | $0.00 | $0.00 | $5,808.20 | $5,808.20 | $845.60 | |
| | $2,062,342.76 | $18,062.50 | $30,861.80 | $840,342.28 | $840,342.28 | $363,595.70 | $362,565.35 | $630,001.59 | $147,617.96 | **$477,776.93** | **$210,340.69** | **$185,115.94** | |

EXHIBIT 4