UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| **IN RE:  KATRINA CANAL BREACHES** | * **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * |
| | * **NO. 05-4182** |
| | * |
| **PERTAINS TO:** | * **SECTION "K" (2)** |
| **ARMSTRONG, C.A. NO. 10-866** | * |
| | * **JUDGE DUVAL** |
| | * |
| | * **MAGISTRATE JUDGE WILKINSON** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE**

PLEASE TAKE NOTICE that, pursuant to LR 7.2, the preceding Motion of The

United States and Washington Group International, Inc. to Compel Plaintiffs to Pay their Own

Costs will be submitted for consideration by the **Honorable Joseph C. Wilkinson, Jr.**, United

States Magistrate Judge, on **the 17th day of July, 2013** beginning at 11:00 a.m. CDT at the

United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana  70130.

Dated:  July 1, 2013

/s/ James C. Gulotta, Jr.
William D. Treeby, La. Bar No. 12901
James C. Gulotta, Jr., La. Bar No. 6590
Heather S. Lonian, La. Bar No. 29956
Maggie A. Broussard, La. Bar No. 33033
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:     (504) 581-3200
Facsimile:      (504) 581-3361

- 1 -

1130996v.1

Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
Julia Cronin
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:      (202) 879-3939
Facsimile:      (202) 626-1700

**Attorneys for Washington Group
International, Inc.**


_/s/ Robin Doyle Smith_
ROBIN DOYLE SMITH
Senior Trial Counsel
Torts Branch, Civil Division
United States Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)

**Attorney for the United States**


### CERTIFICATE OF SERVICE

I hereby certify that the preceding Notice of submission of the Motion of The United States and Washington Group International, Inc. to Compel Plaintiffs to Pay Their Own Costs has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 1st day of July, 2013.

_/s/ James C. Gulotta, Jr._

1130996v.1