UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * |
| PERTAINS TO: <br> ARMSTRONG, C.A. NO. 10-866 | * SECTION "K" (2) <br> * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE JUDGE <br> * WILKINSON |

## REQUEST FOR ORAL ARGUMENT

Pursuant to L.R. 78.1, defendants, The United States of America (United States) and Washington Group International, Inc. (WGI) request oral argument on the Motion of the United States and WGI to Compel Plaintiffs to Pay Their Own Costs currently scheduled for submission to Magistrate Judge Wilkinson on July 17, 2013.  The United States and WGI respectfully suggest that oral argument will assist the Court in deciding the motion.


Dated:  July 1, 2013

/s/ James C. Gulotta, Jr.
William D. Treeby, La. Bar No. 12901
James C. Gulotta, Jr., La. Bar No. 6590
Heather S. Lonian, La. Bar No. 29956
Maggie A. Broussard, La. Bar No. 33033
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:    (504) 581-3200
Facsimile:      (504) 581-3361

1131023v.1

- 2 -

        Adrian Wager-Zito
        Debra S. Clayman
        Christopher Thatch
        Julia Cronin
        Jones Day
        51 Louisiana Avenue, N.W.
        Washington, D.C. 20001-2113
        Telephone:    (202) 879-3939
        Facsimile:    (202) 626-1700

*Attorneys for Washington Group International, Inc.*


        */s/ Robin Doyle Smith*
        ROBIN DOYLE SMITH
        Senior Trial Counsel
        Torts Branch, Civil Division
        United States Department of Justice
        Benjamin Franklin Station
        P.O. Box 888
        Washington, D.C. 20044
        (202) 616-4289
        (202) 616-5200 (fax)

*Attorney for the United States*


## CERTIFICATE OF SERVICE

        I hereby certify that the preceding Request for Oral Argument has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 1st day of July, 2013.

        */s/ James C. Gulotta, Jr.*

1131023v.1