

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

June 24, 2013

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Kent Lattimore, et al.
v. United States, et al.
No. 12-1092
(Your No. 10-30249, 10-31054, 11-30808)

CV 05-4182-K

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied. Justice Kagan took no part in the consideration or decision of this petition.

Sincerely,

William K. Suter

**William K. Suter**, Clerk

___ Fee___
___ Process___
 X  Dkd___
___ CtRmDep___
___ Doc. No.___

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 24, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

```
        No. 10-30249 In Re: Katrina Canal Breaches
                 USDC No. 2:05-CV-4182
                 USDC No. 2:06-CV-2268
                 USDC No. 2:08-CV-1707
                 USDC No. 2:05-CV-4182
                 USDC No. 2:05-CV-4181
                 USDC No. 2:05-CV-4191
                 USDC No. 2:05-CV-4568
                 USDC No. 2:05-CV-5237
                 USDC No. 2:05-CV-6073
                 USDC No. 2:05-CV-6314
                 USDC No. 2:05-CV-6324
                 USDC No. 2:05-CV-6327
                 USDC No. 2:05-CV-6359
                 USDC No. 2:06-CV-20
                 USDC No. 2:06-CV-225
                 USDC No. 2:06-CV-886
                 USDC No. 2:06-CV-1885
                 USDC No. 2:06-CV-2278
                 USDC No. 2:06-CV-2287
                 USDC No. 2:06-CV-2346
                 USDC No. 2:06-CV-2545
                 USDC No. 2:06-CV-3529
                 USDC No. 2:06-CV-4065
                 USDC No. 2:06-CV-4389
                 USDC No. 2:06-CV-4634
                 USDC No. 2:06-CV-4931
                 USDC No. 2:06-CV-5032
                 USDC No. 2:06-CV-5042
                 USDC No. 2:06-CV-5159
                 USDC No. 2:06-CV-5163
                 USDC No. 2:06-CV-5367
                 USDC No. 2:06-CV-5471
                 USDC No. 2:06-CV-5771
                 USDC No. 2:06-CV-5786
                 USDC No. 2:06-CV-5937
                 USDC No. 2:06-CV-7682
                 USDC No. 2:06-CV-11208
                 USDC No. 2:07-CV-206
                 USDC No. 2:07-CV-647
```

```
USDC No. 2:07-CV-993
USDC No. 2:07-CV-1284
USDC No. 2:07-CV-1286
USDC No. 2:07-CV-1288
USDC No. 2:07-CV-1289
USDC No. 2:05-CV-4182
USDC No. 2:10-CV-866
```

Enclosed is a copy of the Supreme Court order denying certiorari.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Charlene A. Vogelaar*
Charlene A. Vogelaar, Deputy Clerk
504-310-7648