- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>     ARMSTRONG, C.A. NO. 10-866 | *   CIVIL ACTION<br>*<br>*   NO. 05-4182<br>*<br>*   SECTION "K" (2)<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE REPLY
IN SUPPORT OF MOTION OF THE UNITED STATES
AND WASHINGTON GROUP INTERNATIONAL, INC.
<u>TO COMPEL PLAINTIFFS TO PAY THEIR OWN COSTS</u>**

Defendants, The United States of America (United States) and Washington Group International, Inc. (WGI), respectfully move the Court for entry of an Order granting leave to file a Reply Brief in Support of their Motion to Compel Plaintiffs to Pay Their Own Costs (Rec. Doc. 21187).  The defendants seek this relief in order to address arguments and authorities contained in Plaintiffs' Opposition.

**WHEREFORE**, defendants, the United States and WGI, move the Court to grant the motion of the United States and WGI and enter an Order granting leave to file a Reply Brief in Support of their Motion to Compel Plaintiffs to Pay Their Own Costs.

1132148v.1

- 2 -

Dated:  July 12, 2013

*/s/ William D. Treeby*
William D. Treeby, La. Bar No. 12901
James C. Gulotta, Jr., La. Bar No. 6590
Heather S. Lonian, La. Bar No. 29956
Maggie A. Broussard, La. Bar No. 33033
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:     (504) 581-3200
Facsimile:     (504) 581-3361


Adrian Wager-Zito
Debra S. Clayman
Christopher Thatch
Julia Cronin
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:     (202) 879-3939
Facsimile:     (202) 626-1700

*Attorneys for Washington Group International, Inc.*


*/s/ Robin Doyle Smith*
ROBIN DOYLE SMITH
Senior Trial Counsel
Torts Branch, Civil Division
United States Department of Justice
Benjamin Franklin Station
P.O. Box 888
Washington, D.C.  20044
(202) 616-4289
(202) 616-5200 (fax)

*Attorney for the United States*

- 2 -

1132148v.1

## CERTIFICATE OF SERVICE

I hereby certify that the preceding Motion for Leave to File Reply in Support of Motion of The United States and Washington Group International, Inc. to Compel Plaintiffs to Pay Their Own Costs has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 12th day of July, 2013.

/s/ William D. Treeby