| | |
|---|---|
| **From:** | Alfortish, Michael FCLNO <MAlfortish@fugro.com> |
| **Sent:** | Friday, October 28, 2011 9:24 PM |
| **To:** | FCDlaw@aol.com; Cotton, Blake FCLNO; Treeby, William D.; robin.doyle.smith@usdoj.gov; rune@storesundconsulting.com; Gulotta, James C.; cthatch@JonesDay.com; francisco silvatulla; Matthew Mayo; phil@morrisonengineers.com; philambe@gmail.com; tbrandon@vt.edu; Marr, Allen; Allen@geocomp.com; kpope@reliable-env.com; rogersda@mst.edu; Robert Bea; tbrandon@vt.edu; tstark32@gmail.com; Nicely, Tim [FCL]; D'Anna, Michael [FCL]; Emery, Karen [FCL] |
| **Subject:** | RE: Overview of IHNC Field Activities |

All –

We are currently running three (3) pump tests within the vicinity of the IHNC-EBIA, and we expect these tests to continue into the weekend. A breakdown of the site-specific activities are provided below.

1. School Site – Manually and automatically collected groundwater levels have been recorded throughout the past week, and we will continue to obtain the groundwater level data until the Nov. 3rd deadline.
2. South EBIA – A constant flow test began on Thursday morning (10/27), and we expect to terminate the test on Monday morning (10/31). This is the second pump test at the South EBIA. After we have ended the test, we will monitor the recovery of the groundwater levels and present this data to the expert teams.
3. North EBIA/South EBIA Breach – We are currently conducting constant head tests at each of the defense sites. The tests were initiated on Wednesday morning (10/26). We anticipate ending the tests on Sunday morning (10/30). Similar to the South EBIA site, we will monitor the post-pump test ground water levels and upload the data to our collaboration site.

It is our understanding that after the ongoing pump tests are complete, there are no additional pump tests to perform. While we will continue delivering our daily data package to the expert teams until Thursday, Nov. 3rd, we will begin to de-mobilize the site early next week. Please let us know if our understanding is incorrect.

Best Regards,
**Michael K. Alfortish, E.I.**
Project Professional

**Fugro Consultants, Inc.**
15 Veterans Memorial Blvd.
Kenner, LA 70062
Office: 504.464.5355; Cell: 504.390.2508
malfortish@fugro.com / www.fugroconsultants.com


EXHIBIT A