| | |
|---|---|
| **From:** | Thomas Sims <tsims@baronbudd.com> |
| **Sent:** | Tuesday, October 25, 2011 4:20 PM |
| **To:** | Blake Cotton; Michael Alfortish |
| **Cc:** | Treeby, William D.; Gulotta, James C.; 'Christopher Thatch'; robin.doyle.smith@usdoj.gov; 'Mitsch, Rupert (CIV)'; 'Nicely, Tim [FCL]'; 'D'Anna, Michael [FCL]'; 'Emery, Karen [FCL]'; 'Marr, Allen'; kpope@reliable-env.com; silva@alum.mit.edu; mark.worthington@underground-energy.com; Rune Storesund; mmayo@sdmgis.com; phil@morrisonengineers.com; bea@ce.berkeley.edu; rogersda@mst.edu; tbrandon@vt.edu; tstark32@gmail.com; TNaymik@Geosyntec.com; 'Phillip Lambe'; Bruno, Joseph |
| **Subject:** | Re: Defense pump tests |

Blake and Michael,

As you have no doubt observed from the email traffic below, the parties are at an impasse regarding the pump tests that are scheduled to begin tomorrow at the EBIA-SB and EBIA-N sites.  Plaintiffs believe that further well development is required before the pump tests may begin, while Defendants believe that well development is completed and the tests may proceed.

I write now simply for the purpose of advising you that Plaintiffs, owing to their disagreement regarding well development, will not be cost sharing in the pump tests at the EBIA-SB and EBIA-N sites.  I want to make sure you are properly advised of this fact so that Fugro does not attempt, at a later point, to seek payment from Plaintiffs for this phase of the work.

To the extent there is any uncertainty on this point, I want to make our position clear:  Plaintiffs do not authorize any pump tests to proceed at the EBIA-SB and EBIA-N sites.  However, Plaintiffs do not object to the initiation of the pump tests at the EBIA-SB and EBIA-N sites so long as Fugro will not seek full or partial payment from Plaintiffs for the cost of these tests.  If you have any questions or concerns, please don't hesitate to contact me.

Thank you for your consideration of this matter.

Tom Sims
Attorney for Plaintiffs

---

**From:** francisco silvatulla <silvatulla@verizon.net>
**Organization:** GeoEngineering & Environment
**Reply-To:** <silva@alum.mit.edu>
**Date:** Tue, 25 Oct 2011 14:41:55 -0400
**To:** Rune Storesund <rune@storesundconsulting.com>, Blake Cotton <BCotton@fugro.com>, Michael Alfortish <MAlfortish@fugro.com>
**Cc:** "'Treeby, William D.'" <wtreeby@stonepigman.com>, "'Gulotta, James C.'" <JGulotta@stonepigman.com>, 'Christopher Thatch' <cthatch@jonesday.com>, Robin Smith <Robin.Doyle.Smith@usdoj.gov>, Rupert Mitsch <Rupert.Mitsch@usdoj.gov>, Thomas Sims <tsims@baronbudd.com>, "'Nicely, Tim [FCL]'" <TNicely@fugro.com>, "'D'Anna, Michael [FCL]'" <mdanna@fugro.com>, "'Emery, Karen [FCL]'" <kemery@fugro.com>, "'Marr, Allen'" <wam@geocomp.com>, Kevin Pope <kpope@reliable-env.com>, <mark.worthington@underground-energy.com>, <mmayo@sdmgis.com>, <phil@morrisonengineers.com>, PE Robert Bea <bea@ce.berkeley.edu>, "P. J. David Rogers" <rogersda@mst.edu>, <tbrandon@vt.edu>, <tstark32@gmail.com>, <TNaymik@Geosyntec.com>, 'Phillip Lambe' <philambe@gmail.com>, <silva@alum.mit.edu>
**Subject:** RE: Defense pump tests

Rune,



   As you know, the pumping tests for the EBIA-N and EBIA-SB sites are scheduled to begin tomorrow.  My understanding of the agreement was that both plaintiffs' and defendants' experts would have access to observe all the pumping tests and receive data from all pumping tests, even though plaintiffs' two pumping test sites were deemed less relevant to the defendants' analysis, and the defendants' two pumping test sites (presumably) were less relevant to plaintiffs' analysis.

   Therefore we are instructing FUGRO that plaintiffs' experts are welcome to observe the pumping tests at the EBIA-N and EBIA-SB sites, and should be provided the data and reports from those test sites at the same time as the information is provided to the defendants.  Also, defendants reserve the right to contend that plaintiffs should pay for their 1/3 share of the remaining costs for the execution of those tests.

Regards,

Francisco

---

**From:** Rune Storesund [mailto:rune@storesundconsulting.com]
**Sent:** Tuesday, 25 October, 2011 2:35 AM
**To:** silva@alum.mit.edu; 'Alfortish, Michael FCLNO'
**Cc:** 'Cotton, Blake FCLNO'; 'Treeby, William D.'; 'Gulotta, James C.'; 'Christopher Thatch'; robin.doyle.smith@usdoj.gov; 'Mitsch, Rupert (CIV)'; tsims@baronbudd.com; 'Nicely, Tim [FCL]'; 'D'Anna, Michael [FCL]'; 'Emery, Karen [FCL]'; 'Marr, Allen'; kpope@reliable-env.com; mark.worthington@underground-energy.com; mmayo@sdmgis.com; phil@morrisonengineers.com; bea@ce.berkeley.edu; rogersda@mst.edu; tbrandon@vt.edu; tstark32@gmail.com; TNaymik@Geosyntec.com; 'Phillip Lambe'
**Subject:** RE: Defense pump tests

Hello Francisco,

On behalf of the Plaintiff Experts, I would like to inform you that absent further development of the EBIA-N and EBIA-SB wells, Plaintiffs elect not to participate or share in the cost of the pump tests at these sites.

Thank you,

Rune

---

**From:** francisco silvatulla [mailto:silvatulla@verizon.net]
**Sent:** Monday, October 24, 2011 4:22 PM
**To:** 'Alfortish, Michael FCLNO'
**Cc:** 'Cotton, Blake FCLNO'; 'Treeby, William D.'; 'Gulotta, James C.'; 'Christopher Thatch'; robin.doyle.smith@usdoj.gov; 'Mitsch, Rupert (CIV)'; tsims@baronbudd.com; 'Nicely, Tim [FCL]'; 'D'Anna, Michael [FCL]'; 'Emery, Karen [FCL]'; silva@alum.mit.edu; 'Rune Storesund'; 'Marr, Allen'; kpope@reliable-env.com; mark.worthington@underground-energy.com; mmayo@sdmgis.com; phil@morrisonengineers.com; bea@ce.berkeley.edu; rogersda@mst.edu; tbrandon@vt.edu; tstark32@gmail.com; TNaymik@Geosyntec.com; 'Phillip Lambe'
**Subject:** RE: Defense pump tests

Michael,

Thank you for the timely staffing information.

Dr. Thomas G. Naymik will travel to New Orleans tomorrow and will be at the site Wednesday morning in representation of the DOJ and WGI teams.

Regards,

Francisco

---

**From:** Alfortish, Michael FCLNO [mailto:MAlfortish@fugro.com]
**Sent:** Monday, 24 October, 2011 6:30 PM
**To:** silva@alum.mit.edu; Rune Storesund; Marr, Allen; kpope@reliable-env.com; mark.worthington@underground-energy.com; mmayo@sdmgis.com; phil@morrisonengineers.com; bea@ce.berkeley.edu; rogersda@mst.edu; tbrandon@vt.edu; tstark32@gmail.com; TNaymik@Geosyntec.com; Phillip Lambe
**Cc:** Cotton, Blake FCLNO; Treeby, William D.; Gulotta, James C.; Christopher Thatch; robin.doyle.smith@usdoj.gov; Mitsch, Rupert (CIV); tsims@baronbudd.com; Nicely, Tim [FCL]; D'Anna, Michael [FCL]; Emery, Karen [FCL]
**Subject:** RE: Defense pump tests

All –

We anticipate initiating three (3) pump tests on Wednesday, October 26th – (1) South EBIA, (2) North EBIA, and (3) South EBIA Breach. It is our understanding the South EBIA pump test will be a constant flow test, and the pump tests at the defense sites will be constant head tests. Karen Emery will manage the South EBIA pump test, with the assistance of one technician for each 12-hr shift. Michael D'Anna will manage the pump tests at the defense sites. One technician will work alongside Michael during the day, and another technician will continue the tests during the night. The constant head tests will require less effort than the constant flow tests; as a result, we are confident in beginning the remaining tests with our current staffing plan. Both Michael and Karen (and myself, if necessary) will be on-call during the night if any issues arise.

Please let me know if you have any questions.

Best Regards,
**Michael K. Alfortish, E.I.**
Project Professional

**Fugro Consultants, Inc.**
15 Veterans Memorial Blvd.
Kenner, LA 70062
Office: 504.464.5355; Cell: 504.390.2508
malfortish@fugro.com / www.fugroconsultants.com

---

**From:** francisco silvatulla [mailto:silvatulla@verizon.net]
**Sent:** Monday, October 24, 2011 4:13 PM
**To:** 'Rune Storesund'; silva@alum.mit.edu; 'Marr, Allen'; kpope@reliable-env.com; mark.worthington@underground-energy.com; mmayo@sdmgis.com; phil@morrisonengineers.com; bea@ce.berkeley.edu; rogersda@mst.edu; tbrandon@vt.edu; tstark32@gmail.com; TNaymik@Geosyntec.com; 'Phillip Lambe'
**Cc:** Cotton, Blake FCLNO; Alfortish, Michael FCLNO; 'Treeby, William D.'; 'Gulotta, James C.'; 'Christopher Thatch'; robin.doyle.smith@usdoj.gov; 'Mitsch, Rupert (CIV)'; tsims@baronbudd.com
**Subject:** RE: Defense pump tests

Rune,

We will have to agree to disagree on the need for additional redevelopment of the observation wells at the EBIA-N and EBIA-SB sites. We are proceeding with plans to start the tests as soon as possible, most likely Wednesday morning, and await your response by the end of today on the plaintiffs' reevaluation of the cost-sharing agreement to avoid any confusion regarding data distribution and field staff participation.

Regards,

Francisco

**Francisco Silva-Tulla, Sc.D., P.E.**
Consulting Civil Engineer – GeoEngineering and Environment
12 Baskin Road
Lexington, Massachusetts
U.S.A.  02421-6929

Mobile:  +1.781.862.0505
Office:   +1.781.862.1515
Fax:      +1.781.862.2525

Licensed in FL and PR

===============================================================================
This e-mail communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use, or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning (781) 862-1515 during the hours of 9:30am - 5:30pm (EST). Any other time please call (781) 862-0505. Please then delete the e-mail and any copies of it. Thank you.
===============================================================================

**From:** Rune Storesund [mailto:rune@storesundconsulting.com]
**Sent:** Monday, 24 October, 2011 2:49 PM
**To:** silva@alum.mit.edu; 'Marr, Allen'; kpope@reliable-env.com; mark.worthington@underground-energy.com; mmayo@sdmgis.com; phil@morrisonengineers.com; bea@ce.berkeley.edu; rogersda@mst.edu; tbrandon@vt.edu; tstark32@gmail.com; TNaymik@Geosyntec.com; 'Phillip Lambe'
**Cc:** 'Cotton, Blake FCLNO'; 'Alfortish, Michael FCLNO'; 'Treeby, William D.'; 'Gulotta, James C.'; 'Christopher Thatch'; robin.doyle.smith@usdoj.gov; 'Mitsch, Rupert (CIV)'; tsims@baronbudd.com
**Subject:** RE: Defense pump tests

Hello Francisco,

Based on the  inadequate well development (per the Pump Test SOPs) at the EBIA-N and EBIA-SB sites and the Defense Experts' refusal to consider further development, Plaintiffs are reevaluating the cost-sharing agreement.  We will have an answer for you at the end of today.  However, regardless of the decision on cost-sharing, and as discussed during our teleconference on Saturday, October 22, 2011, a full Fugro Staffing plan (including personnel names and proposed work shifts for all three pump tests) needs to be submitted to Experts and approved prior to initiation of these pump tests to ensure that adequate staffing is available and that all of the remaining pump tests can be completed prior to November 3rd.  If Fugro can provide a plan this afternoon that meets everyone's approval, then the pump tests may begin tomorrow.

I also would like to confirm that the defense experts are opposed to seeking an extension to permit further development of EBIA-NB and EBIA-S wells.  If this is not correct, please let me know.

Thank you,

Rune

**From:** francisco silvatulla [mailto:silvatulla@verizon.net]
**Sent:** Monday, October 24, 2011 9:39 AM
**To:** 'Rune Storesund'; 'Marr, Allen'; silva@alum.mit.edu; kpope@reliable-env.com; mark.worthington@underground-energy.com; mmayo@sdmgis.com; phil@morrisonengineers.com; bea@ce.berkeley.edu; rogersda@mst.edu; tbrandon@vt.edu; tstark32@gmail.com; TNaymik@Geosyntec.com; 'Phillip Lambe'; 'Phil Lambe'

**Cc:** 'Cotton, Blake FCLNO'; 'Alfortish, Michael FCLNO'; 'Treeby, William D.'; 'Gulotta, James C.'; 'Christopher Thatch'; robin.doyle.smith@usdoj.gov; 'Mitsch, Rupert (CIV)'; tsims@baronbudd.com
**Subject:** RE: Defense pump tests

Dear Rune,

It is clear to the Defense technical teams that it makes sense to proceed with the pumping tests at the EBIA-South Breach and EBIA-North sites.  Continuing attempts to perform pumping tests without adjusting the SOP for the existing field conditions would require much more time than any extension the judge is likely to grant.

By copy of this message we are notifying FUGRO to finalize the preparations for the pumping tests so that we can start the tests tomorrow or as soon thereafter as possible.

Given the plaintiffs' stated "objection and significant reservations" about the pumping tests, please clarify if the plaintiffs still plan to participate and share in the cost of performing the pumping tests at the EBIA-South Breach and EBIA-North sites.

Regards,

Francisco (on behalf of the DOJ and WGI technical teams)

**Francisco Silva-Tulla, Sc.D., P.E.**
Consulting Civil Engineer – GeoEngineering and Environment
12 Baskin Road
Lexington, Massachusetts
U.S.A.  02421-6929

Mobile:   +1.781.862.0505
Office:    +1.781.862.1515
Fax:        +1.781.862.2525

Licensed in FL and PR

===============================================================================
This e-mail communication is confidential and is intended only for the individual(s) or entity named above and others who have been specifically authorized to receive it. If you are not the intended recipient, please do not read, copy, use, or disclose the contents of this communication to others. Please notify the sender that you have received this e-mail in error by replying to the e-mail or by telephoning (781) 862-1515 during the hours of 9:30am - 5:30pm (EST). Any other time please call (781) 862-0505. Please then delete the e-mail and any copies of it. Thank you.
===============================================================================

**From:** Rune Storesund [mailto:rune@storesundconsulting.com]
**Sent:** Monday, 24 October, 2011 1:11 AM
**To:** 'Marr, Allen'; silva@alum.mit.edu; kpope@reliable-env.com; mark.worthington@underground-energy.com; mmayo@sdmgis.com; phil@morrisonengineers.com; bea@ce.berkeley.edu; rogersda@mst.edu; tbrandon@vt.edu; tstark32@gmail.com; TNaymik@Geosyntec.com; Rune Storesund
**Subject:** RE: Defense pump tests

Hello Allen and Francisco,

Plaintiffs received two tables today from Defense Experts that summarize the timeline of well development and slug testing.  Per our previous teleconference discussions, Plaintiff Experts were also awaiting (not included in the email today) a proposed discussion by Defense Experts of recommended exemptions (and rationale) from the Pump Test SOPs, as the majority of current well-development results are not in compliance with the Pump Test SOPs.  Plaintiff

Experts have significant reservations as to the adequacy (per Pump Test SOPs) of the well development at many wells. Plaintiff Experts are aware of the schedule constraints for field testing, and would be in full support of a joint time extension request to allow additional well development and thereby ensure greater compliance with the Pump Test SOPs. Should Defense Experts opt to proceed with commencing pump tests at the EBIA-NB and EBIA-S sites, Plaintiff Experts will not prevent Defense Experts from performing the test, but we do note our objection and significant reservations associated with the lack of well-development.

Plaintiff Experts, in conjunction with the Pump Test Committee, previously approved SOP Amendment No. 1 (attached) to incorporate the Constant Head Drawdown test into the Pump Test SOPs. We approve Defense Experts to utilize the Constant Head Drawdown test at their sites in accordance with Amendment No. 1.

Rune

---

**From:** Marr, Allen [mailto:wam@geocomp.com]
**Sent:** Sunday, October 23, 2011 3:41 PM
**To:** 'rune@storesundconsulting.com'; 'silva@alum.mit.edu'; 'kpope@reliable-env.com'; 'mark.worthington@underground-energy.com'; 'mmayo@sdmgis.com'; 'phil@morrisonengineers.com'; 'bea@ce.berkeley.edu'; 'rogersda@mst.edu'; 'tbrandon@vt.edu'; 'tstark32@gmail.com'; 'TNaymik@Geosyntec.com'
**Subject:** Re: Defense pump tests

Thank you for the update and await your conclusions.

Allen

---

**From**: Rune Storesund [mailto:rune@storesundconsulting.com]
**Sent**: Sunday, October 23, 2011 06:37 PM
**To**: Marr, Allen; 'Francisco Silva-Tulla' <silva@alum.mit.edu>; 'Kevin Pope' <kpope@reliable-env.com>; 'Mark Worthington' <mark.worthington@underground-energy.com>; 'Matthew Mayo' <mmayo@sdmgis.com>; 'Philip Lambe' <phil@morrisonengineers.com>; 'Robert Bea' <bea@ce.berkeley.edu>; 'Rogers, David' <rogersda@mst.edu>; 'Thomas L. Brandon' <tbrandon@vt.edu>; 'Tim Stark' <tstark32@gmail.com>; tnaymik@geosyntec.com <tnaymik@geosyntec.com>
**Subject**: RE: Defense pump tests

Hello Allen,

Plaintiffs have a call this evening to address the well development submittal and SOP question. I will forward a response this evening, following our teleconference.

Thanks,

Rune

---

**From:** Marr, Allen [mailto:wam@geocomp.com]
**Sent:** Saturday, October 22, 2011 3:40 PM
**To:** Rune Storesund; Francisco Silva-Tulla; Kevin Pope; Mark Worthington; Matthew Mayo; Philip Lambe; Robert Bea; Rogers, David; Thomas L. Brandon; Tim Stark; tnaymik@geosyntec.com
**Subject:** Defense pump tests

Rune

Going over our discussion of this morning, I realize that I am unclear as to when the Plaintiff may be able to approve proceeding with one or both Defense pump tests. I thought we will hear from you after you have a chance to talk with

Dr. Roger's about the minor changes to the pump test SOP and you hoped to complete that and respond within 24 hours of this morning's call.

However there was also discussion of what slug tests have been completed on the two Defense sites and you requested to receive Mark Worthington's summaries of completed work. Mark indicated he would provide his work by noon tomorrow EST, 9 AM your time. While this information should be available to you from the Fugro postings, Defense is providing its summaries to expedite your review. I am requesting that Defense complete its review tomorrow and make a decision on the Defense pump tests tomorrow so we can move ahead.

As you can appreciate, starting the Defense pump tests as soon as possible is imperative, if they are to provide meaningful information as pumping tests. Every day matters. Time and weather are working against us. A Tuesday start seems essential. That means we need to obtain Plaintiff's approval at the earliest possible time for Fugro can make definitive commitments to engage its staff.

Will the Defense expert team be able to review the information and make a decision tomorrow, or must we wait until Monday and risk losing another day of the few remaining days?

I am available all weekend if you wish to discuss further. 978 618 5530.

Allen

---

**From:** Rune Storesund [mailto:rune@storesundconsulting.com]
**Sent:** Saturday, October 22, 2011 12:07 PM
**To:** Francisco Silva-Tulla; Kevin Pope; Mark Worthington; Marr, Allen; Matthew Mayo; Philip Lambe; Robert Bea; Rogers, David; Rune Storesund; Thomas L. Brandon; Tim Stark; tnaymik@geosyntec.com
**Cc:** malfortish@fugro.com; Cotton, Blake FCLNO
**Subject:** Consolidation Tests

Based on our call today, I understand all parties wish to participate in additional geotechnical laboratory testing. This will be Modification 4, with a cost of $3,402.60 (1/3 to Plaintiffs, 1/3 to WGII, 1/3 to DOJ). Here is a listing of samples for Constant Rate of Strain consolidation testing:

B-08    17-18 ft interval
B-22    19-20 ft interval
B-26    22-23 ft interval
B-27    14-15 ft interval
B-31    9-10 ft interval

I will forward additional requested information once I get Tim Stark's email request.

**Michael, can you confirm that Fugro will be able to complete this testing in time for the deadline of Nov 3?

Thanks,

Rune

********************************
Rune Storesund, D. Eng., P.E., G.E.
**Storesund Consulting**
rune@storesundconsulting.com
www.storesundconsulting.com
Office: (510) 526-5849
Cell: (510) 225-5389