UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br><br> SECTION "K" (2) |
| PERTAINS TO:<br>*Armstrong*, C.A. No. 10-866 | * <br> * <br> * <br> * <br> * | JUDGE DUVAL <br><br> MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE SUR-REPLY IN
OPPOSITION TO MOTION OF THE UNITED STATES
AND WASHINGTON GROUP INTERNATIONAL, INC.
<u>TO COMPEL PLAINTIFFS TO PAY THEIR OWN COSTS</u>**

Plaintiffs respectfully move the Court for entry of an Order granting leave to file a Sur-Reply Brief in Opposition to the Motion of Defendants, The United States of America (United States) and Washington Group International, Inc. (WGI), to Compel Plaintiffs to Pay Their Own Costs (Rec. Doc. 21187). Plaintiffs seek this relief in order to address arguments and authorities contained in the Defendants Reply (Rec. Doc. 21191) to Plaintiffs opposing papers (Rec. Doc. 21190).

**WHEREFORE**, Plaintiffs move the Court to grant the motion of the Plaintiffs and enter an Order granting leave to file a Sur-Reply Brief in further Opposition to the Motion by WGI and United States to Compel Plaintiffs to Pay Their Own Costs.

1

Respectfully submitted,

PLAINTIFFS' LIAISON COUNSEL

*s/ Joseph M. Bruno*
JOSEPH M. BRUNO (La. Bar No. 3604)
**BRUNO & BRUNO, L.L.P.**
855 Baronne Street
New Orleans, Louisiana 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Email: jbruno@brunobrunolaw.com
**MR-GO PLAINTIFFS SUB-GROUP LITIGATION COMMITTEE**

*s/ James Parkerson Roy*
JAMES PARKERSON ROY (La. Bar No. 11511)
MR-GO PSLC Liaison Counsel
**Domengeaux Wright Roy & Edwards LLC**
P.O. Box 3668
Lafayette, LA. 70502
Telephone: (337) 593-4190 or (337) 233-3033
Facsimile: 337-233-2796
Email: jimr@wrightroy.com

for

**MRGO PLAINTIFFS SUBGROUP LITIGATION COMMITTEE**

Jonathan Andry (The Andry Law Group, LLC, New Orleans, LA)
Clay Mitchell (Levin, Papantonio, et al., Pensacola, FL)
James Parkerson Roy (Domengeaux, Wright, et al., Lafayette, LA)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above referenced pleading upon all known counsel for all parties by filing the foregoing with the Clerk of Court by using the CM/ECF system, this 16th day of June, 2013.

*/s/ Joseph M. Bruno*
JOSEPH M. BRUNO

2