UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES         CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:    MRGO<br>                          Armstrong C.A. No. 10-866 | JUDGE DUVAL<br>MAG. WILKINSON |

## ORDER

At the request of counsel for defendants, Record Doc. No. 21188, and pursuant to Local Rule 78.1, oral argument on the Motion of the United States and Washington Group International, Inc., to Compel Plaintiffs to Pay Their Own Costs, Record Doc. No. 21187, is hereby set on **JULY 17, 2013 at 11:00 a.m.** before Magistrate Judge Joseph C. Wilkinson, Jr., 500 Poydras Street, Hale Boggs Building, Room B-421, New Orleans, Louisiana.  At his request, Robin D. Smith, counsel for the United States, may participate in the oral argument by telephone by contacting my office at 504-589-7630 at the designated time.

New Orleans, Louisiana, this ___16th___ day of July, 2013.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE