UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| **IN RE:  KATRINA CANAL BREACHES** | * **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * |
| | * **NO. 05-4182** |
| | * |
| **PERTAINS TO:** | * **SECTION "K" (2)** |
| **ARMSTRONG, C.A. NO. 10-866** | * |
| | * **JUDGE DUVAL** |
| | * |
| | * **MAGISTRATE JUDGE WILKINSON** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Considering the foregoing Motion for Leave to File Reply in Support of Motion of the United States and Washington Group International, Inc. to Compel Plaintiffs to Pay Their Own Costs;

**IT IS ORDERED** that the motion is **GRANTED** and that the Reply in Support of Motion to Compel Plaintiffs to Pay Their Own Costs be and hereby is filed into the record.

New Orleans, Louisiana, this _16th_ day of July, 2013.

UNITED STATES MAGISTRATE JUDGE

1131919v.1