UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | |
| | * | SECTION "K" (2) |
| PERTAINS TO: | * | |
| *Armstrong*, C.A. No. 10-866 | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion for Leave to File Sur-Reply in Opposition to the Motion of the United States and Washington Group International, Inc. to Compel Plaintiffs to Pay Their Own Costs;

**IT IS ORDERED** that the motion is **GRANTED** and that the Sur-Reply in Opposition to the Motion to Compel Plaintiffs to Pay Their Own Costs be and hereby is filed into the record.

New Orleans, Louisiana, this 16th day of July, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
7/16/13

1