UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *   CIVIL ACTION<br>*<br>*   NO. 05-4182<br>* |
| PERTAINS TO:<br>    ARMSTRONG, C.A. NO. 10-866 | *   SECTION "K" (2)<br>*<br>*   JUDGE DUVAL<br>*<br>*   MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **O R D E R**

Considering the foregoing Motion for Leave to File Reply to Sur-Reply Memorandum Opposing the Motion of the United States and Washington Group International, Inc. to Compel Plaintiffs to Pay Their Own Costs;

**IT IS ORDERED** that the motion is **GRANTED** and that the Reply in Response to Sur-Reply Memorandum Opposing the Motion to Compel Plaintiffs to Pay Their Own Costs be and hereby is filed into the record.

New Orleans, Louisiana, this _____ day of July, 2013.

UNITED STATES MAGISTRATE JUDGE

1131919v.1