MINUTE ENTRY
WILKINSON, M.J.
JUNE 9, 2011

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: MRGO | JUDGE DUVAL<br>MAG. WILKINSON |

On this date, I participated with Judge Duval and counsel in a status conference concerning proposed soil sampling for discovery purposes. If counsel are unable to reach an agreement, appropriate motions may be filed, noticed for submission before me.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR: **0:35**