UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION  *  *  NO. 05-4182  * |
| PERTAINS TO:     ARMSTRONG, C.A. NO. 10-866 | *  SECTION "K" (2)  *  *  JUDGE DUVAL  *  *  MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion for Leave to File Reply to Sur-Reply Memorandum Opposing the Motion of the United States and Washington Group International, Inc. to Compel Plaintiffs to Pay Their Own Costs;

**IT IS ORDERED** that the motion is **GRANTED** and that the Reply in Response to Sur-Reply Memorandum Opposing the Motion to Compel Plaintiffs to Pay Their Own Costs be and hereby is filed into the record.

New Orleans, Louisiana, this 17th day of July, 2013.

UNITED STATES MAGISTRATE JUDGE

1131919v.1