MINUTE ENTRY
WILKINSON, M.J.
JUNE 9, 2011

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182 "K"(2)

PERTAINS TO:  MRGO                               JUDGE DUVAL
                                                 MAG. WILKINSON


On this date, I participated with Judge Duval and counsel in a status conference

concerning proposed soil sampling for discovery purposes. If counsel are unable to reach

an agreement, appropriate motions may be filed, noticed for submission before me.

                                        JOSEPH C. WILKINSON, JR.
                                        UNITED STATES MAGISTRATE JUDGE


MJSTAR: **0:35**