UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182  "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:    06-5890 (DEAR MOTHER'S) | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW COUNSEL

ON MOTION OF Attorneys Paul C. Miniclier and Jeanne O'Boyle and the Law Office of Paul C. Miniclier and on suggesting to the Court that they represented the plaintiffs, Dear Mother's Taste of New Orleans LLC, Hasan Al-Ghani and Khadija Al-Ghani, in this matter, and that they now wish to withdraw as counsel of record in the captioned matter and respectfully requests this Honorable Court to enter an Order granting Movants leave to withdraw as counsel of record for plaintiffs, Dear Mother's Taste of New Orleans LLC, Hasan Al-Ghani and Khadija Al-Ghani.

1.

There is a pending hearing before the Court is defendant Washington Group International, Inc.'s Motion for Summary Judgment set for September 18, 2013 at 9:30 a.m. in the United States District Court for the Eastern District of Louisiana.  There is no trial date set.

2.

Further the July 18, 2013, correspondence to the Alghanis, attached hereto as Exhibit "1," they have been advised of this withdrawal and the upcoming September 18, 2013 hearing date.

3.

The last known contact information is as follows:

Dear Mother's Taste of New Orleans LLC,
Hasan Al-Ghani and Khadija Al-Ghani
6838 Melody Lane
Charlotte, North Carolina  28215
Mobile: (704) 968-0864
Home: (704) 537-9330
Fax: (704) 535-2667
hsnalg623@aol.com
hsnalg@yahoo.com

WHEREFORE, undersigned counsel prays that Attorneys Paul C. Miniclier and Jeanne O'Boyle and the Law Office of Paul C. Miniclier be immediately withdrawn as counsel of record for plaintiffs, Dear Mother's Taste of New Orleans LLC, Hasan Al-Ghani and Khadija Al-Ghani, in the above referenced matter.

Respectfully submitted this 18th day of July, 2013.


BY:   /s/Paul C. Miniclier
      Paul C. Miniclier, Esq. (Bar #17062)
      Jeanne O'Boyle, Esq. (Bar #19083)
      LAW OFFICE OF PAUL C. MINICLIER
      1305 Dublin Street
      New Orleans, Louisiana 70018
      Telephone: (504) 864-1276
      Attorneys for Dear Mother's Taste of New
      Orleans LLC, Hasan Al-Ghani and Khadija Al-Ghani

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon all counsel of record via the electronic filing system, this 18th day of July, 2013.

/s/Paul C. Miniclier