LAW OFFICE OF
# Paul C. Miniclier+*

1305 DUBLIN STREET
NEW ORLEANS, LOUISIANA 70118
Telephone: (504) 864-1276
Telefax: (504) 864-1278
URL: minilaw.net
E-Mail: pcm@minilaw.net

PROFESSIONAL LAW CORPORATION
+ATTORNEYS ADMITTED TO PRACTICE IN
LOUISIANA, FLORIDA AND TEXAS

July 18, 2013

Mr. and Mrs. Hasan Alghani
6838 Melody Lane
Charlotte, North Carolina 28215

Re:  Dear Mother's Taste of New Orleans, LLC, et al
     v. M.A. Hayes Company, et al
     USDC, Eastern District of Louisiana
     Case No. 05-4182 c/w 06-5890, Section F
     Our File: 50204-001

Dear Mr. and Mrs. Alghani:

Enclosed is a Motion to Withdraw as your counsel in this matter which we have e-filed with the Court. The only pending hearing before the Court is defendant Washington Group International, Inc.'s Motion for Summary Judgment set for September 18, 2013 at 9:30 a.m. in the United States District Court for the Eastern District of Louisiana. There is no trial date set.

The remaining "open" case concerns the canal breach class action and consolidated cases which remain against various defendants. This remaining case does not include the case you settled against M.A. Hayes or its insurers.

With best regards, I remain

Sincerely,

/s/Paul C. Miniclier

Paul C. Miniclier

PCM/ru
Enclosure



EXHIBIT 1