UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:    C. Abadie, 06-5164 | * | |
| | * | JUDGE DUVAL |
| This pleading applies only to the claim | * | |
| of Hosea Galmon regarding | * | MAG. WILKINSON |
| 4721 Francisco Verret Drive | * | |
| New Orleans, LA 70126 | * | |

**************************************************************************

**MOTION FOR ALLOWANCE FOR ATTORNEY'S FEES AND
DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT**

NOW INTO COURT, come Plaintiffs Hosea Galmon, and Bruno & Bruno, LLP, who move this Honorable Court for allowance for attorney's fees and disbursement of funds from the Registry of the Court based upon the following representations.

I.

Plaintiff Hosea Galmon made a claim against his homeowner's insurance company for additional monies due to him for damage sustained by his home during Hurricane Katrina. As a result of Plaintiffs' damages, Lexington Insurance Company offered to settle his claim for the amount of $33,269.02 as follows: $24,041.61 on coverage A-dwelling, $1,227.41 on coverage B-additional structures, $5000.00 on coverage C-contents, and $3000.00 on coverage D-additional living expenses.

1

II.

Undersigned counsel is seeking attorney's fees in the amount of $11,809.68. (See attached disbursement/settlement statement attached as Exhibit "A".)

III.

The State of Louisiana, Division of Administration, Office of Community Development ("the State"), the assignee or subrogee of interests in Plaintiff's insurance proceeds under the Road Home subrogation and assignment agreement, has not asserted a claim to any funds, and its opportunity to assert a claim has passed.

IV.

Plaintiff proposes that after removal of the aforementioned attorney's fees, that the remaining net funds in the amount of $21,459.34 are removed from the Registry of the Court and are disbursed to the Plaintiff.

V.

Wherefore, Plaintiff Hosea Galmon prays that the funds are removed from the Registry of the Court, and are disbursed to the proper parties. Plaintiff requests the Clerk be authorized and directed to draw a check on the funds on deposit in the registry of this court in the amount of $11,809.68 plus all interest earned less the assessment fee for the administration of funds to Bruno & Bruno, LLP. Plaintiff further requests the Clerk be authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $21,459.34 plus all interest earned less the assessment fee for the administration of funds to Plaintiff.

Respectfully submitted,

**BRUNO & BRUNO, LLP**

/s/   Melissa A. DeBarbieris
JOSEPH M. BRUNO (3604)
MELISSA A. DEBARBIERIS (32124)
855 Baronne St.
New Orleans, LA 70113
Tel: (504)525-1335
Fax: (504)581-1493
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 25th day of July, 2013.

/s/   Melissa A. DeBarbieris
Melissa A. DeBarbieris