# THE LAW OFFICE OF
# JOSEPH M. BRUNO
# FEDERAL TRIAL LAWYERS
## 855 BARONNE STEET
## NEW ORLEANS, LA  70113

July 22, 2013

RE: Our File Number          11792.8006          **Viola Galmon**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:              33.3333%

The total amount of the settlement is:                                      $3,000.00

This breaks down as follows:

|  |  |  |
|---|---|---|
|  | 1.  TOTAL SETTLEMENT: | $3,000.00 |
| LESS: | 2.  TOTAL LEGAL FEE: | $1,000.00 |
|  | 3. TOTAL EXPENSES: | $0.00 |
|  | 4. TOTAL ADVANCES: | $0.00 |
| 5. (2+3+4) | TOTAL DEDUCTIONS FROM SETTLEMENT: | $1,000.00 |
| **6.  (1-5)** | **TOTAL AMOUNT DUE CLIENT:** | **$2,000.00** |

**My signature signifies that I have received a copy of this settlement statement
and expense sheet and I agree with the contents.**

_____                    _____
Signature                                                         Date

_____                    _____
Signature                                                         Date

EXHIBIT

tabbies

A

# THE LAW OFFICE OF
# JOSEPH M. BRUNO
# FEDERAL TRIAL LAWYERS
# 855 BARONNE STEET
# NEW ORLEANS, LA  70113

July 22, 2013

RE: Our File Number        11792.8006     **Viola Galmon**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:            33.3333%

The total amount of the settlement is:                                    $5,000.00

This breaks down as follows:

|  |  |  |
|---|---|---|
|  | 1.  TOTAL SETTLEMENT: | $5,000.00 |
| LESS: | 2.  TOTAL LEGAL FEE: | $1,666.67 |
|  | 3. TOTAL EXPENSES: | $0.00 |
|  | 4. TOTAL ADVANCES: | $0.00 |
|  | 5. (2+3+4)   TOTAL DEDUCTIONS FROM SETTLEMENT: | $1,666.67 |
|  | **6. (1-5)   TOTAL AMOUNT DUE CLIENT:** | **$3,333.33** |

**My signature signifies that I have received a copy of this settlement statement
and expense sheet and I agree with the contents.**


_____                    _____
Signature                                                                    Date


_____                    _____
Signature                                                                    Date

# THE LAW OFFICE OF
# JOSEPH M. BRUNO
# FEDERAL TRIAL LAWYERS
# 855 BARONNE STEET
# NEW ORLEANS, LA  70113

July 22, 2013

RE: Our File Number          11792.8006     **Viola Galmon**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:          33.3333%

The total amount of the settlement is:          $1,227.41

This breaks down as follows:

|  |  |  |
|---|---|---|
| | 1. TOTAL SETTLEMENT: | $1,227.41 |
| LESS: | 2. TOTAL LEGAL FEE: | $409.14 |
| | 3. TOTAL EXPENSES: | $0.00 |
| | 4. TOTAL ADVANCES: | $0.00 |
| | 5. (2+3+4)  TOTAL DEDUCTIONS FROM SETTLEMENT: | $409.14 |
| | **6.  (1-5)   TOTAL AMOUNT DUE CLIENT:** | **$818.27** |

**My signature signifies that I have received a copy of this settlement statement
and expense sheet and I agree with the contents.**

_____          _____
Signature                                             Date

_____          _____
Signature                                             Date

# THE LAW OFFICE OF
# JOSEPH M. BRUNO
# FEDERAL TRIAL LAWYERS
# 855 BARONNE STEET
# NEW ORLEANS, LA  70113

July 22, 2013

RE: Our File Number     11792.8006    **Viola Galmon**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:     33.3333%

The total amount of the settlement is:     $24,041.61

This breaks down as follows:

|  |  |  |
|---|---|---:|
| | 1. TOTAL SETTLEMENT: | $24,041.61 |
| LESS: | 2. TOTAL LEGAL FEE: | $8,013.87 |
| | 3. TOTAL EXPENSES: | $0.00 |
| | 4. TOTAL ADVANCES: | $0.00 |
| | 5. (2+3+4) TOTAL DEDUCTIONS FROM SETTLEMENT: | $8,013.87 |
| | **6. (1-5) TOTAL AMOUNT DUE CLIENT:** | **$16,027.74** |

**My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents.**

_____     _____
Signature                    Date

_____     _____
Signature                    Date