UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> PERTAINS TO:    C. Abadie, 06-5164 * <br> * <br> This pleading applies only to the claim * <br> of Hosea Galmon regarding * <br> 4721 Francisco Verret Drive, * <br> New Orleans, LA 70126 * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

**CONSIDERING THE FOREGOING:**

**IT IS HEREBY ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $11,809.68 plus all interest earned less the assessment fee for the administration of funds, payable to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113, and mail or deliver the check to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $21,459.34 plus all interest earned less the assessment fee for the administration of funds, payable to Viola Galmon, heir of Hosea Galmon, 4721 Francisco Verret Drive, New Orleans, LA 70126, and mail or deliver the check to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
UNITED STATES DISTRICT JUDGE