"Certification of Funds in the Registry"

PRINCIPAL: $ 33,269.02

Financial Deputy: K/ay    Date: 7.25.13

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182 |
| | SECTION "K"(2) |
| PERTAINS TO:   C. Abadie, 06-5164 | JUDGE DUVAL |
| This pleading applies only to the claim of Hosea Galmon regarding 4721 Francisco Verret Drive, New Orleans, LA 70126 | MAG. WILKINSON |

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS HEREBY ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $11,809.68 plus all interest earned less the assessment fee for the administration of funds, payable to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113, and mail or deliver the check to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $21,459.34 plus all interest earned less the assessment fee for the administration of funds, payable to Viola Galmon, heir of Hosea Galmon, 4721 Francisco Verret Drive, New Orleans, LA 70126, and mail or deliver the check to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

New Orleans, Louisiana, this 25th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE