IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 <br> (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * <br> * | SECTION "K" (2) |
| CASES NOS. 06-2152; 06-4066; 07-0621;<br>07-5022 and 07-5074 | * <br> * <br> * | JUDGE DUVAL |
| * * * * * * * * * * * * * * * * | * | MAGISTRATE WILKINSON |

### MEMORANDUM IN OPPOSITION TO WASHINGTON GROUP INTERNATIONAL, INC'S MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

NOW COME all the plaintiffs in Civil Actions Nos. 06-2152; 06-4066; 07-0621; 07-5022 and 07-5074 (collectively "Plaintiffs") through their undersigned counsel and file this opposition to the Motion for Summary Judgment of Washington Group International, Inc. ("WGI") (Case No. 05-4182, Doc. 21186).[1]

1. **Cases Nos. 06-2152 and 06-4066 were previously dismissed with prejudice and WGI was not a party in those cases.**

Cases Nos. 06-2152 and 06-4066 were brought by Plaintiffs against a number of dredging companies and the United States of America. This Court dismissed with prejudice the claims against the dredging companies and that judgment was affirmed. (Case No. 06-

---

[1] The Court-appointed Liaison Counsel, Mr. Joe Bruno, notified Plaintiffs that the Steering Committee did not intend to file an opposition to WGI's Motion and that anyone wishing to oppose it had to do it through his own counsel.

2152, Doc. 32; Case No. 06-0466, Doc. 14). The claims against the United States were dismissed without prejudice as premature. (Case No. 06-2152, Doc. 26). WGI was never a party in these two cases, which are now closed.

WGI's Motion should be denied with respect to these two cases because Plaintiffs never sued WGI. The Court cannot enter a judgment in favor of WGI because it was never a party to these cases, and because the cases are now closed.

2. **Cases Nos. 07-0621; 07-5022 and 07-5074 include maritime claims against the government only; WGI is not a party; and the claims asserted therein have not been litigated or decided by the Court.**

Cases Nos. 07-0621; 07-5022 and 07-5074 are maritime suits for damages caused by dredging activities conducted by the government in the MRGO. The cases include claims pursuant to the Suits in Admiralty Act, 46 U.S.C. § 30901 *et. seq.*; the Public Vessel Act, 46 U.S.C. § 31101 *et. seq.*; the Extension of Admiralty Jurisdiction Act, 46 U.S.C. § *et. seq.* and the Coastal Zone Management Act, 16 U.S.C. § 1451 *et. seq.*, among others, for violations of federal and Louisiana State non-discretionary regulations related to dredging activities, committed by the Corps of Engineers while performing maintenance dredging activities on the MRGO. The only defendant in Cases Nos. 07-5022 and 07-5074 is the United States of America. (Case No. 07-5022, Doc. 1; Case No. 07-5074, Doc.1). In Case No. 07-0621 the defendants are the United States of America and the same dredging defendants who were sued in Civil Actions Nos. 06-2152 and 06-4066. (Case No. 07-0621, Doc. 1). WGI was never a defendant in any of these cases.

2

On January 17, 2008, the Court entered an Order (Case No. 05-4182, Doc. 10620) granting the United States of America's Motion for a Stay of All Cases Apart from Barge, *Robinson*, and the Levees and MRGO Master Class Action Cases (Case No. 05-4182, Doc. 9057). On January 22, 2008 the Court entered an Amended Order (Case No. 05-4182, Doc. 10723-1) clarifying its prior Order. In the Amended Order the Court stated that "[n]o further motion practice shall occur in any other matter concerning FTCA or [Admiralty Extension Act] claims against the United States until the stay is lifted upon the resolution of the immunity issues inherent therein as proceeding under CMO No. 4 in the Master Complaints, Barge and *Robinson*."

On January 31, 2008, pursuant to the Court's Orders, the United States of America filed a Notice of Case List for Stay of All Levee and MRGO Cases Against the United States Apart from Barge, *Robinson*, and the Levee and MRGO Master Class Action Complaints. (Case No. 07-5022, Doc. 6). In that pleading the United States of America listed all the cases under the FTCA "or in Admiralty against the United States" that were stayed by the Court's Orders. Included in that list are Cases Nos. 07-0621; 07-5022 and 07-5074. Since the date the Orders were entered, there has been no activity at all in Cases Nos. 07-0621; 07-5022 and 07-5074.[2]

---

[2] Because the "immunity issues" have been resolved with the Supreme Court's June 24, 2013 denial of the writ application in the MRGO and *Robinson* cases (Supreme Court Docket No. 12-1092) it is appropriate that the stay be lifted to allow Cases Nos. 07-0621 and 07-5022 to proceed. Plaintiffs will file a separate pleading requesting that the Court lift the stay.

3

WGI's Summary Judgment Motion should be denied with respect to Cases Nos. 07-0621; 07-5022 and 07-5074 because WGI was not a defendant in those cases and the maritime claims asserted therein were not presented or litigated in the MRGO, *Robinson* or WGI Cases and there has been no resolution of those claims.

WHEREFORE, Plaintiffs in Cases Nos. 06-2152; 06-4066; 07-0621; 07-5022 and 07-5074 pray that the Court deny WGI's Motion for Summary Judgment with respect to their cases.

Respectfully Submitted:

*s/Camilo K. Salas III*
CAMILO K. SALAS III (LSBA 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085
E-Mail: csalas@salaslaw.com

Shirin E. Harrell (LSBA 27495)
Eric R. Nowak (LSBA 27025)
HARRELL & NOWAK, LLC
650 Poydras Street, Suite 2107
New Orleans, Louisiana 70130
Telephone: (504) 522-7885
Facsimile: (504) 528-3131

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2013, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Camilo K. Salas III*
CAMILO K. SALAS III
