IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION |
| | * |
| | * NO. 05-4182 |
| | * (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * |
| | * SECTION "K" (2) |
| CASES NOS. 07-3173; 07-5128 and 07-5174; | * |
| | * JUDGE DUVAL |
| | * |
| * * * * * * * * * * * * * * * * | * MAGISTRATE WILKINSON |

## MEMORANDUM IN OPPOSITION TO WASHINGTON GROUP INTERNATIONAL, INC'S MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT:

NOW COME all the plaintiffs in Civil Actions Nos. 07-3173; 075128 and 07-5174 (collectively "Plaintiffs") through their undersigned counsel and file this opposition to the Motion for Summary Judgment of Washington Group International, Inc. ("WGI") (Case No. 05-4182, Doc. 21186).

1. **Cases Nos. 07-3173; 07-5128 and 07-5174 include maritime claims against the government only; WGI is not a party; and the claims asserted therein have not been litigated or decided by the Court.**

Cases Nos. 07-3173; 07-5128 and 07-5174 include maritime claims for damages caused by maritime dredging activities conducted by the government in the MRGO. The cases include claims pursuant to the Suits in Admiralty Act, 46 U.S.C. § 30901 *et. seq.*; the Public Vessel Act, 46 U.S.C. § 31101 *et. seq.*; the Extension of Admiralty Jurisdiction Act,

46 U.S.C. § *et. seq.* and the Coastal Zone Management Act, 16 U.S.C. § 1451 *et. seq.*, among others, for violations of federal and Louisiana State non-discretionary regulations related to dredging activities, committed by the Corps of Engineers while performing maintenance dredging activities on the MRGO. The only defendant in Cases Nos. 07-3173; 07-5128 and 07-5174 is the United States of America. (Case No. 07-3173, Docs. 1 & 5; Case No. 07-5128, Doc. 1 and Case No. 05-5174, Doc.1).

On January 17, 2008, the Court entered an Order (Case No. 05-4182, Doc. 10620) granting the United States of America's Motion for a Stay of All Cases Apart from Barge, *Robinson*, and the Levees and MRGO Master Class Action Cases (Case No. 05-4182, Doc. 9057). On January 22, 2008, the Court entered an Amended Order (Case No. 05-4182, Doc. 10723-1) clarifying its prior Order. In the Amended Order the Court stated that "[n]o further motion practice shall occur in any other matter concerning FTCA or [Admiralty Extension Act] claims against the United States until the stay is lifted upon the resolution of the immunity issues inherent therein as proceeding under CMO No. 4 in the Master Complaints, Barge and *Robinson*."

On January 31, 2008, pursuant to the Court's Orders, the United States of America filed a Notice of Case List for Stay of All Levee and MRGO Cases Against the United States Apart from Barge, *Robinson*, and the Levee and MRGO Master Class Action Complaints. In that pleading the United States of America listed all the cases under the FTCA "or in

Admiralty against the United States" that were stayed by the Court's Orders. Included in that list are Cases Nos. 07-3173; 07-5128 and 07-5174. Since the date the Orders were entered, there has been no activity at all in Cases Nos. 07-3173; 07-5128 and 07-5174.[1]

WGI's Summary Judgment Motion should be denied with respect to Cases Nos. 07-3173; 07-5128 and 07-5174 because WGI is not a defendant in those cases and the maritime claims asserted therein were not presented or litigated in the MRGO, *Robinson* or WGI Cases and there has been no resolution of those claims.

WHEREFORE, Plaintiffs in Cases Nos. 07-3173; 07-5128 and 07-5174 pray that the Court deny WGI's Motion for Summary Judgment with respect to their cases.

Respectfully Submitted:

*s/Daniel E. Becnel, Jr.*
DANIEL E. BECNEL, JR. (LSBA 2926)
BECNEL LAW FIRM, LLC
106 West Seventh Street
P. O. Drawer H
Reserve, Louisiana 70084
Telephone: (985) 536-1186
Facsimile: (985) 536-6445
E-Mail: dbecnel@becnellaw.com

**Attorney for Plaintiffs**

---

[1] Because the "immunity issues" have been resolved with the Supreme Court's June 24, 2013 denial of the writ application in the MRGO and *Robinson* cases (Supreme Court Docket No. 12-1092) it is appropriate that the stay be lifted to allow Cases Nos. 07-0621 and 07-5022 to proceed. Plaintiffs will file a separate pleading requesting that the Court lift the stay.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2013, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                  *s/Daniel E. Becnel, Jr.*
                                                  DANIEL E. BECNEL, JR.