IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182<br>(AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * * | SECTION "K" (2) |
| CASES NOS. 06-4066; 07-4906; 07-4914; 07-5096 | * * * | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

## MEMORANDUM IN OPPOSITION TO WASHINGTON GROUP INTERNATIONAL, INC'S MOTION FOR SUMMARY JUDGMENT

**MAY IT PLEASE THE COURT:**

NOW COME all the plaintiffs in Civil Action Nos. 06-4066; 07-4906; 07-4914; and 07-5096 (collectively "Plaintiffs" through their undersigned counsel and file this opposition to the Motion for Summary Judgment of Washington Group International, Inc. ("WGI") (Case No. 05-4182, Doc. 21186).[1]

1. **Case No. 06-4066 was previously dismissed with prejudice and WGI was not a party in that case.**

Case No. 06-4066 was brought by Plaintiffs against a number of dredging companies and the United States of America. This Court dismissed with prejudice the claims against the dredging companies and that judgment was affirmed. (Case No. 06-4066, Doc. 14). The claims against the United States were dismissed without prejudice as premature. WGI was never a party in this suit, which is now closed.

---

[1] The Court-appointed Liaison Counsel, Mr. Joe Bruno, notified Plaintiffs that the Steering Committee did not intend to file an opposition to WGI's Motion and that anyone wishing to oppose it had to do it through his own counsel.

WGI's Motion should be denied with respect to this case because Plaintiffs never sued WGI. The Court cannot enter a judgment in favor of WGI because it was never a party to this case, and because this case is now closed.

**2.     Cases Nos. 07-4906; 07-4914; and 07-5096 are maritime suits for Damages caused by dredging activities conducted the government in the MRGO.**

These cases include claims pursuant to the suits in Admiralty Act, 46 U.S.C. § 30901 *et. seq.*; the Public Vessel Act, 46 U.S.C. § 31101 *et. seq.*; the Extension of Admiralty Jurisdiction Act, 46 U.S.C. § *et.seq.*: and the Coastal Zone Management Act, 16 U.S.C. § 1451 *et. seq.*; among others, for violations of federal and Louisiana State non-discretionary regulations related to dredging activities, committed by the Corps of Engineers while performing maintenance dredging activities on the MRGO. The only defendant in Cases Nos. 07-4906; 07-4914; and 07-5096 is the United States of America. (Case No. 07-4906, Doc. 1; Case No. 07-4914, Doc. 1; and Case No. 07-5096, Doc. 1). WGI was never a defendant in any of these cases.

On January 17, 2008, the Court entered an Order (Case NO. 05-4182, Doc. 10620) granting the Untied States of America's Motion for a Stay of All Cases Apart from Barge, *Robinson*, and the Levees and MRGO Master Class Action Cases (Case No. 05-4182, Doc. 9057). On January 22, 2008, the Court entered an Amended Order (Case NO. 05-4182, Doc. 10723-1) clarifying its prior Order. In the Amended Order the Court stated that "[n]o further motion practice shall occur in any other matter concerning FTCA or [Admiralty Extension Act] claims

against the United States until the stay is lifted upon the resolution of the immunity issues inherent therein as proceeding under CMA No. 4 in the Master Complaints, Barge and *Robinson*."

On January 31, 2008, pursuant to the Court's Orders, the United States of America filed a Notice of Case List for Stay of All Levee and MRGO Cases Against the United States Apart from Barge, *Robinson*, and the Levee and MRGO Master Class Action Complaints. (*reference* Case No. 07-5022, Doc. 6). In that pleading the United States of America listed all the cases under the FTCA "or Admiralty against the United States" that were stayed by the Court's Orders. Included in that list are Cases Nos. 07-4906; 07-4914; and 07-5096. Since that date the Orders were entered, there has been no activity at all in Cases Nos. 07-4906; 07-4914; and 07-5096.[2]

WGI's Summary Judgment Motion should be denied with respect to cases Nos. 07-4906; 07-4914; and 07-5096 because WGI was not a defendant in those cases and the maritime claims asserted therein were not presented or litigated in the MRGO, Robinson or WGI Cases and there has been no resolution of those claims.

**WHEREFORE**, Plaintiffs in Cases Nos. 06-4066; 07-4906; 07-4914; and 07-5096 pray that the Court deny WGI's Motion for Summary Judgment with

---

[2] Because the "immunity issues" have been resolved with the Supreme Court's June 24, 2013 denial of the writ application in the MRGO and *Robinson* cases (Supreme Court Docket No. 12-1092) it is appropriate that the stay be lifted to allow Cases Nos. 07-4906; 07-4914; and 07-5096 to proceed. Plaintiffs will file a separate pleading requesting that the Court life the stay.

respect to their cases.

                                                      Respectfully Submitted,

                                                   *s/ **A.J. Rebennack***

                                                   A. J. Rebennack, Bar No. 18677
                                                   *Attorney for Plaintiff*
                                                   2325 North Hullen, Suite 104
                                                   Metairie, Louisiana 70001
                                                   Telephone:  (504) 782-0512
                                                   Facsimile:   (504) 831-1203
                                                   aj@ajlawyer.net

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br><br>NO. 05-4182<br>(AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * * | SECTION "K" (2) |
| CASES NOS. 06-4066; 07-4906; 07-4914;07-5096 | * * * | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

NEW ORLEANS, LOUISIANA, THIS 1st DAY OF AUGUST, 2013.

<u>s/A. J. REBENNACK</u>
A.J. REBENNACK, Bar No. 18677