IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO: MRGO<br><br>CASES NOS. 07-0621; 07-5022 and 07-5074<br><br>* * * * * * * * * * * * * * * * | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* (AND CONSOLIDATED CASES)<br>*<br>* SECTION "K" (2)<br>*<br>* JUDGE DUVAL<br>*<br>* MAGISTRATE WILKINSON |

## PLAINTIFFS' MOTION TO LIFT STAY

NOW COME all the plaintiffs in Civil Actions Nos. 07-0621; 07-5022 and 07-5074 (collectively "Plaintiffs") through their undersigned counsel and request that the Court lift the stay imposed by the Court on January 17, 2008 (Case No. 05-4182, Docs. 10620, 10723-1 and Case No. 07-5022, Doc. 6) and allow Plaintiffs to proceed with the prosecution of their cases against the United States of America, all for the reasons set forth in the memorandum filed in support of this motion.

Respectfully Submitted:

*s/Camilo K. Salas III*
CAMILO K. SALAS III (LSBA 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085
E-Mail: csalas@salaslaw.com

and

Shirin E. Harrell (LSBA 27495)
Eric R. Nowak (LSBA 27025)
HARRELL & NOWAK, LLC
650 Poydras Street, Suite 2107
New Orleans, Louisiana 70130
Telephone: (504) 522-7885
Facsimile: (504) 528-3131

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 2, 2013, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Camilo K. Salas III*
CAMILO K. SALAS III