UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
       CONSOLIDATED LITIGATION

                                              NO. 05-4182

PERTAINS TO:    MRGO                        SECTION "K"(2)
                      *ARMSTRONG*, NO. 10-866

# ARMSTRONG AMENDED FINAL MASTER EXHIBIT LIST

(Hyper-linked copies of the exhibits are on the SanDisk provided by James F. McConnon, Jr. from the U.S. Department of Justice)

The paper copies of the exhibits were returned to Joseph M. Bruno for the Plaintiffs and William D. Treeby for the Defendants. Judge Duval agreed that the exhibits would be provided to the Court on a disk and the paper copies were no longer needed.