UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182"K"(2) |
| | § | |
| | § | JUDGE DUVAL |
| Pertains to:  LEVEE, MRGO | § | MAG. JUDGE WILKINSON |

Filed in:  05-4182; 06-2824; 06-5260; 06-5307; 06-5890; 06-8708;
07-0621; 07-1073; 07-1113; 07-1271; 07-1285; 07-2741; 07-2742;
07-3173; 07-4225; 07-4226; 07-4227; 07-4271; 07-4353; 07-4386;
07-4391; 07-4392; 07-4453; 07-4504; 07-4510; 07-4511; 07-4519;
07-4522; 07-4535; 07-4543; 07-4545; 07-4550; 07-4555; 07-4557;
07-4558; 07-4559; 07-4560; 07-4561; 07-4562; 07-4563; 07-4568;
07-4607; 07-4608; 07-4724; 07-4774; 07-4775; 07-4828; 07-4837;
07-4840; 07-4841; 07-4842; 07-4843; 07-4844; 07-4845; 07-4846;
07-4847; 07-4848; 07-4849; 07-4851; 07-4868; 07-4887; 07-4901;
07-4902; 07-4903; 07-4906; 07-4911; 07-4913; 07-4914; 07-4920;
07-4942; 07-4943; 07-4944; 07-4945; 07-4948; 07-4949; 07-4952;
07-4953; 07-4957; 07-4958; 07-4960; 07-4963; 07-4964; 07-4965;
07-4966; 07-4967; 07-4968; 07-4969; 07-4970; 07-4971; 07-4972;
07-4973; 07-4974; 07-4975; 07-4976; 07-4977; 07-4978; 07-4979;
07-4980; 07-4981; 07-4982; 07-4983; 07-4984; 07-4985; 07-4988;
07-4989; 07-4990; 07-4991; 07-4992; 07-4993; 07-4994; 07-4995;
07-4996; 07-4997; 07-4998; 07-5000; 07-5001; 07-5002; 07-5003;
07-5004; 07-5005; 07-5006; 07-5007; 07-5008; 07-5009; 07-5011;
07-5012; 07-5013; 07-5014; 07-5015; 07-5016; 07-5017; 07-5018;
07-5019; 07-5020; 07-5021; 07-5022; 07-5023; 07-5025; 07-5028;
07-5030; 07-5034; 07-5040; 07-5044; 07-5045; 07-5063; 07-5067;
07-5070; 07-5074; 07-5082; 07-5083; 07-5096; 07-5097; 07-5098;
07-5103; 07-5105; 07-5117; 07-5128; 07-5130; 07-5132; 07-5134;
07-5137; 07-5141; 07-5143; 07-5144; 07-5146; 07-5155; 07-5174;
07-5181; 07-5182; 07-5184; 07-5186; 07-5187; 07-5191; 07-5193;

07-5195; 07-5219; 07-5220; 07-5226; 07-5228; 07-5241; 07-5254;
07-5286; 07-5318; 07-5319; 07-5321; 07-5322; 07-5323; 07-5324;
07-5327; 07-5329; 07-5330; 07-5334; 07-5338; 07-5339; 07-5340;
07-5341; 07-5342; 07-5343; 07-5344; 07-5345; 07-5346; 07-5347;
07-5348; 07-5349; 07-5350; 07-5351; 07-5352; 07-5353; 07-5354;
07-5355; 07-5356; 07-5361; 07-5362; 07-5363; 07-5364; 07-5365;
07-5366; 07-5367; 07-5368; 07-5369; 07-5371; 07-5373; 07-5374;
07-5375; 07-5376; 07-5378; 07-5389; 07-5396; 07-5397; 07-5494;
07-5495; 08-0719; 08-1143; 08-1151; 08-1171; 08-1192; 08-1212;
08-1213; 08-1429; 08-4302; 09-5921; 10-077; 11-2062; 11-2159

_____

### DEFENDANT UNITED STATES' MOTION TO DISMISS
### OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT

In accordance with Rule 12(b)(1), Fed. R. Civ. P., the United States moves to dismiss these actions for lack of subject-matter jurisdiction.  In the alternative, the United States moves under Rule 56 for summary judgment dismissing these actions with prejudice.  In support of this motion, the Court is respectfully referred to the record evidence underlying Doc. 10984, the Court's Order and Reasons for dismissing the LEVEE Superseding Master Class Action Complaint; the record evidence transmitted to the Court of Appeals in *Robinson v. United States* (No. 06-2268), *see* Docs. 19920 and 19951, and *Robinson* DX573, the MRGO Chief's Report to Congress, which was filed in the appellate record on September 13, 2012; the record evidence supporting Doc. 21172, the Court's Findings of Fact and Conclusions of Law in *Armstrong v. United States,* (No. 10-866); Doc. 21186, Washington Group International's motion to dismiss

and supporting submissions, including the manually attached documents; and the entire record in this consolidated litigation.

        Respectfully submitted,

        STUART F. DELERY
        Assistant Attorney General

        JAMES G. TOUHEY, JR.
        Director, Torts Branch

        <u>/s/ Robin Doyle Smith</u>
        ROBIN DOYLE SMITH
        Senior Trial Counsel
        Torts Branch, Civil Division
        U.S. Department of Justice
        Ben Franklin Station, P.O. Box 888
        Washington, D.C. 20044
        (202) 616-4400/616-5200 (fax)
        robin.doyle.smith@usdoj.gov
        Attorneys for the United States

CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record by ECF.

/s/ Robin Doyle Smith