UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182"K"(2) |
| | § | |
| | § | JUDGE DUVAL |
| Pertains to:  LEVEE, MRGO | § | MAG. JUDGE WILKINSON |

Filed in:  05-4182; 06-2824; 06-5260; 06-5307; 06-5890; 06-8708;
07-0621; 07-1073; 07-1113; 07-1271; 07-1285; 07-2741; 07-2742;
07-3173; 07-4225; 07-4226; 07-4227; 07-4271; 07-4353; 07-4386;
07-4391; 07-4392; 07-4453; 07-4504; 07-4510; 07-4511; 07-4519;
07-4522; 07-4535; 07-4543; 07-4545; 07-4550; 07-4555; 07-4557;
07-4558; 07-4559; 07-4560; 07-4561; 07-4562; 07-4563; 07-4568;
07-4607; 07-4608; 07-4724; 07-4774; 07-4775; 07-4828; 07-4837;
07-4840; 07-4841; 07-4842; 07-4843; 07-4844; 07-4845; 07-4846;
07-4847; 07-4848; 07-4849; 07-4851; 07-4868; 07-4887; 07-4901;
07-4902; 07-4903; 07-4906; 07-4911; 07-4913; 07-4914; 07-4920;
07-4942; 07-4943; 07-4944; 07-4945; 07-4948; 07-4949; 07-4952;
07-4953; 07-4957; 07-4958; 07-4960; 07-4963; 07-4964; 07-4965;
07-4966; 07-4967; 07-4968; 07-4969; 07-4970; 07-4971; 07-4972;
07-4973; 07-4974; 07-4975; 07-4976; 07-4977; 07-4978; 07-4979;
07-4980; 07-4981; 07-4982; 07-4983; 07-4984; 07-4985; 07-4988;
07-4989; 07-4990; 07-4991; 07-4992; 07-4993; 07-4994; 07-4995;
07-4996; 07-4997; 07-4998; 07-5000; 07-5001; 07-5002; 07-5003;
07-5004; 07-5005; 07-5006; 07-5007; 07-5008; 07-5009; 07-5011;
07-5012; 07-5013; 07-5014; 07-5015; 07-5016; 07-5017; 07-5018;
07-5019; 07-5020; 07-5021; 07-5022; 07-5023; 07-5025; 07-5028;
07-5030; 07-5034; 07-5040; 07-5044; 07-5045; 07-5063; 07-5067;
07-5070; 07-5074; 07-5082; 07-5083; 07-5096; 07-5097; 07-5098;
07-5103; 07-5105; 07-5117; 07-5128; 07-5130; 07-5132; 07-5134;
07-5137; 07-5141; 07-5143; 07-5144; 07-5146; 07-5155; 07-5174;
07-5181; 07-5182; 07-5184; 07-5186; 07-5187; 07-5191; 07-5193;
07-5195; 07-5219; 07-5220; 07-5226; 07-5228; 07-5241; 07-5254;
07-5286; 07-5318; 07-5319; 07-5321; 07-5322; 07-5323; 07-5324;
07-5327; 07-5329; 07-5330; 07-5334; 07-5338; 07-5339; 07-5340;
07-5341; 07-5342; 07-5343; 07-5344; 07-5345; 07-5346; 07-5347;

| |
|---|
| 07-5348; 07-5349; 07-5350; 07-5351; 07-5352; 07-5353; 07-5354; 07-5355; 07-5356; 07-5361; 07-5362; 07-5363; 07-5364; 07-5365; 07-5366; 07-5367; 07-5368; 07-5369; 07-5371; 07-5373; 07-5374; 07-5375; 07-5376; 07-5378; 07-5389; 07-5396; 07-5397; 07-5494; 07-5495; 08-0719; 08-1143; 08-1151; 08-1171; 08-1192; 08-1212; 08-1213; 08-1429; 08-4302; 09-5921; 10-077; 11-2062; 11-2159 |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the United States' Motion to Dismiss or, Alternatively, for Summary Judgment will be submitted before the Honorable Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana on September 18, 2013, pursuant to the Court's Order on June 5, 2013 (Doc. 21181).

Respectfully submitted,

/s/ Robin Doyle Smith
ROBIN DOYLE SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4400/616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorney for the United States

- 3 -

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record by ECF.

/s/ Robin Doyle Smith