IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO. 05-4182 |
| | * | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * | |
| | * | SECTION "K" (2) |
| CASES NOS. 07-4906; 07-4914; 07-5096 | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MOTION TO LIFT STAY

NOW COME all the plaintiffs in Civil Action Nos. 07-4906; 07-4914; and 07-5096 (collectively "Plaintiffs") through their undersigned counsel and request that the Court lift the stay imposed by the Court on January 17, 2008 (Case No. 05-4182, Docs. 10620, 10723-1 and Case No. 07-5022, Doc. 6) and allow Plaintiffs to proceed with the prosecution of their cases against the United States of America, all for the reasons set forth in the memorandum filed in support of this motion.

Respectfully Submitted,

*s/ A.J. Rebennack*

A. J. Rebennack, Bar No. 18677
*Attorney for Plaintiff*
2325 North Hullen, Suite 104
Metairie, Louisiana 70001
Telephone:     (504) 782-0512
Facsimile:     (504) 831-1203
aj@ajlawyer.net

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * | |
| | * | SECTION "K" (2) |
| CASES NOS. 07-4906; 07-4914; 07-5096 | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with

the Clerk of the United States District Court for the Eastern District of Louisiana using

the CM/ECF system which will send notification of such filing to all counsel of record.

NEW ORLEANS, LOUISIANA, THIS 8th DAY OF AUGUST, 2013.

s/A. J. REBENNACK
A.J. REBENNACK, Bar No. 18677