IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * * | SECTION "K" (2) |
| CASES NOS. 07-4906; 07-4914; 07-5096 | * * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAITNIFF'S MOTION TO LIFT STAY**

**MAY IT PLEASE THE COURT:**

**NOW COME** all the plaintiffs in Civil Action Nos. 07-4906; 7-4914; and 07-5096 (collectively "Plaintiffs") through their undersigned counsel and file this memorandum in support of their Motion to Lift Stay. Plaintiffs request that the Court lift the stay imposed by the Court on January 17, 2008, and allow them to prosecute their claims against the United States of America.

Cases Nos. 07-4906; 07-4914; and 07-5096 are maritime suits for damages caused by dredging activities conducted by the government in MRGO. The cases include claims pursuant to the Suits in Admiralty Act, 46 U.S.C. § 30901 *et. seq.*; the Public Vessel Act, 46 U.S.C. § 31101 *et. seq.*; the Extension of Admiralty Jurisdiction Act, 46 U.S.C. § *et. seq.* and the Coastal Zone management Act, 16 U.S.C. § 1451 et. seq., among others, for violations of federal and Louisiana State non-discretionary regulations related to dredging activities, committed by the Corps of Engineers while performing maintenance dredging activities on the MRGO.

The only defendant in Cases Nos. 07-4906; 07-4914; and 07-5096 is the United States

of America. Plaintiffs wish to proceed with their claims against the United States of America.

On January 17, 2008, the Court entered an Order (Case NO. 05-4182, Doc. 10620) granting the United States of America's Motion for Stay of All Cases Apart from Barge, *Robinson*, and The Levees and MRGO Master Class Action Cases (Case No. 05-4182, Doc. 9057). On January 22, 2008, the Court entered and Amended Order (Case No. 05-4182, Doc. 10723-1) clarifying its prior Order. In the Amended Order the Court stated that "[n]o further motion practice shall occur in any other matter concerning FTCA or [Admiralty Extension Act] claims against the United States until the stay is lifted upon the resolution of the immunity issues inherent therein as proceeding under CMO No. 4 in the Master Complaints, Barge and *Robinson*."

On January 31, 2008, pursuant to the Court's Orders, the United States of America filed a Notice of Case List for Stay of All Levee and MRGO Cases Against the Untied States Apart from Barge, *Robinson* and The levee and MRGO Master Class Action Complaints. (Case NO. 07-5022, Doc. 6). In that pleading the United States of America listed all the cases under the FTCA "or in Admiralty against the United States" that were stayed by the Court's Orders. Included in that list are Cases Nos. 07-4906; 07-4914; and 07-5096. Since the date the Orders were entered, there has been no activity at all in Cases Nos. 07-4906; 07-4914; and 07-5096.

Because the "Immunity Issues" have been resolved with the Supreme Court's June 24, 2013 denial of writ application in the MRGO and *Robinson* cases (Supreme Court Docket NO. 12-1092), it is appropriate that the stay be lifted to allow Cases Nos. 07-4906; 07-4914; and 07-5096 to proceed.

**WHEREFORE**, Plaintiffs in Cases Nos. 07-4906; 07-4914; and 07-5096 pray that the Court lift the stay and allow them to prosecute their claims against the United States of America.

Respectfully Submitted,

*s/ A.J. Rebennack*

A. J. Rebennack, Bar No. 18677
*Attorney for Plaintiff*
2325 North Hullen, Suite 104
Metairie, Louisiana 70001
Telephone:   (504) 782-0512
Facsimile:    (504) 831-1203
aj@ajlawyer.net