UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION<br><br>PERTAINS TO:<br>LEVEE (07-5012, 07-5339)<br>MRGO (07-5012, 07-5339) | § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(S)<br>JUDGE DUVAL<br>MAG. WILKINSON |

### *EX PARTE* MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes Paul N. Debaillon ("***Plaintiff***"), Chapter 7 trustee for the bankruptcy estate of WETCO Restaurant Group, L.L.C. and Plaintiff in the above entitled and numbered matter, and Stewart, Robbins & Brown, LLC ("***SRB***"), who move this Court for an order authorizing SRB, Brandon A. Brown, and Erin Wilder-Doomes, to withdraw as counsel for the Plaintiff.

1.

Pursuant to Local Rule 83.2.11, the undersigned has notified Plaintiff of all pending deadlines and trial dates by letter dated July 30, 2013. See Exhibit "A," attached hereto.

2.

Plaintiff's address and contact information are as follows:

Paul N. DeBaillon
DeBaillon & Miley
201 Travis St.
P.O. Box 51387
Lafayette, LA 70505
P: 337-237-0598
pauld@debaillonmiley.com

**WHEREFORE** Trustee and SRB respectfully request entry of an order withdrawing Brandon A. Brown, Erin Wilder-Doomes and the law firm of Stewart Robbins & Brown, LLC as counsel of record for the Plaintiff in the above entitled and numbered matters and for such other and further relief as is just.

Respectfully submitted,

**STEWART ROBBINS & BROWN, LLC**
247 Florida Street
P. O. Box 66498
Baton Rouge, LA 70896-6498
(225) 231-9998 Telephone
(225) 709-9467 Fax

By: /s/ Brandon A. Brown
Brandon A. Brown (La. # 25592)
bbrown@stewartrobbins.com

*Special Purpose Counsel for Paul N. Debaillon, Chapter 7 Trustee*

# Stewart | Robbins | Brown
Attorneys at Law

Brandon A. Brown, APLC
*Member*

bbrown@stewartrobbins.com

July 30, 2013

**VIA CERTIFIED MAIL R/R/R**
**ARTICLE NO.:70102780000230114880**

Paul N. DeBaillon
DeBaillon & Miley
P.O. Box 51387
Lafayette, LA 70505

   Re: *WETCO Restaurant Group, LLC v. U.S., et al.*, CA Nos. 07-5012 "K"(2) and 07-5339 "K"(2), U.S.D.C. EDLA; consol/w

     *In re Katrina Canal Breaches Consolidated Litigation*, CA No. 05-4182 "K"(2), U.S.D.C. EDLA;

Dear Paul:

   The purpose of this letter is to confirm that you wish for Stewart Robbins & Brown, LLC (the "***Firm***") to withdraw as counsel for you, Paul N. DeBaillon ("***Trustee***"), in your capacity as Chapter 7 Trustee for the bankruptcy estate of WETCO Restaurant Group, LLC (the "***Estate***") with regard to the above captioned matters. As we discussed, you have determined, in your role as Trustee, that continued participation by and representation of the WETCO estate within the above captioned matters is burdensome to the estate, especially in light of recent developments within the master case.

   In accordance with Local Rule 83.2.11, the Firm is required to provide you with notice of all pending deadlines in these matters. At present the only pending matter requiring response and/or appearance is the Motion for Summary Judgment (Doc. 21187) filed by Washington Group International, Inc. The Motion is set for hearing on September 18, 2013 at 9:30 a.m. The Court has entered an Order (Doc. 21181) requiring responses to the Motion for Summary Judgment to be filed on or before August 1, 2013. In light of the Court's prior ruling on the issue within the master case, you have directed us not to prepare a response to the WGI summary judgment motion. No other responsive deadlines have been set. However, these cases remain open against other defendants but no trial dates have been set in these matters, and they have yet to be reassigned to a presiding judge for further case proceedings.

**EXHIBIT A**

STEWART ROBBINS & BROWN LLC
Attorneys at Law

Post Office Box 2348
Baton Rouge, LA 70821-2348

620 Florida Street, Suite 100
Baton Rouge, LA 70801-1741

Phone: (225) 231-9998
Facsimile: (225) 709-9467

STEWART ROBBINS & BROWN
July 30, 2013
Page 2

      If you have any questions, please feel free to call me. With best regards, I am

                  Very Truly Yours,
                  STEWART ROBBINS & BROWN, LLC

                  By: _____
                      Brandon A. Brown, APLC

BAB:kah

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing *Ex Parte* Motion to Withdraw as Counsel of Record has been served upon all parties entitled to receive notice via this Court's CM/ECF system this 8th day of August, 2013.

/s/ Brandon A. Brown
Brandon A. Brown