UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | § § § § § § § § § § § § | CIVIL ACTION<br>NO. 05-4182 "K"(S)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO:<br>LEVEE (07-5012, 07-5339)<br>MRGO (07-5012, 07-5339) | | |

### ORDER

IT IS HEREBY ORDERED that Brandon A. Brown, Erin Wilder-Doomes and the law firm of Stewart Robbins & Brown, L.L.C., be and hereby are withdrawn as counsel of record for Plaintiff, Paul N. Deballion, Chapter 7 trustee for the bankruptcy estate of WETCO Restaurant Group, L.L.C.

New Orleans, Louisiana, this _____ of _____, 20___.

_____
JUDGE, UNITED STATES DISTRICT COURT