## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K"(2) |
| PERTAINS TO:    C. Abadie, 06-5164 * | | |
| * | | JUDGE DUVAL |
| This pleading applies only to the claim * | | |
| of Sylena R. Davis regarding * | | MAG. WILKINSON |
| 7737-39 Haney Drive * | | |
| New Orleans, LA 70128 * | | |

**************************************************************************

### MOTION FOR ALLOWANCE FOR ATTORNEY'S FEES AND DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT

NOW INTO COURT, comes Plaintiff Sylena Davis and Bruno & Bruno, LLP, who move this Honorable Court for allowance for attorney's fees and disbursement of funds from the Registry of the Court based upon the following representations.

I.

Plaintiff Sylena Davis made a claim against her homeowner's insurance company for additional monies due to her for damage sustained by her home during Hurricane Katrina. As a result of Plaintiff's damages, Lexington Insurance Company offered to settle her claim for the amount of $10,319.52.

II.

Undersigned counsel is seeking attorney's fees in the amount of $4,127.81. (See attached disbursement/settlement statement attached as Exhibit "A").

III.

The State of Louisiana, Division of Administration, Office of Community Development ("the

1

State"), the assignee or subrogee of interests in Plaintiff's insurance proceeds under the Road Home subrogation and assignment agreement, has asserted a claim to the amount of $6,191.71. (See attached Road Home Consent attached as Exhibit "B").

IV.

Plaintiff proposes that the aforementioned attorney's fees and the amount assigned to the State are removed from the Registry of the Court and are disbursed to Bruno & Bruno and the State, respectively.

V.

Wherefore, Plaintiff Sylena Davis prays that the funds are removed from the Registry of the Court, and are disbursed to the proper parties. Plaintiff requests the Clerk be authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the amount of $4,127.81 plus all interest earned less the assessment fee for the administration of funds to Bruno & Bruno, LLP. Plaintiff further requests the Clerk be authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $6,191.71 plus all interest earned less the assessment fee for the administration of funds to the State.

Respectfully submitted,

**BRUNO & BRUNO, LLP**

 /s/   Melissa A. DeBarbieris
JOSEPH M. BRUNO (3604)
MELISSA A. DEBARBIERIS (32124)
855 Baronne St.
New Orleans, LA 70113
Tel: (504)525-1335
Fax: (504)581-1493
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 13th day of August, 2013.

                                             /s/   Melissa A. DeBarbieris
                                               Melissa A. DeBarbieris