**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * * * | **CIVIL ACTION NO. 05-4182** |
| | | **SECTION "K"(2)** |
| **PERTAINS TO: C. Abadie, 06-5164** | * * | **JUDGE DUVAL** |
| **This pleading applies only to the claim of Sylena R. Davis regarding 7737-39 Haney Drive New Orleans, LA 70128** | * * * * | **MAG. WILKINSON** |

*******************************************************************************

**ORDER**

**CONSIDERING THE FOREGOING:**

**IT IS HEREBY ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $4,127.81 plus all interest earned less the assessment fee for the administration of funds, payable to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113, and mail or deliver the check to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $6,191.71 plus all interest earned less the assessment fee for the administration of funds, payable to the Louisiana Division of Administration, Disaster Recovery Unit-Attention Subrogation, Post Office Box 94095, Baton Rouge, LA 70804, and mail or deliver the check to Louisiana Division of Administration, Disaster Recovery Unit-Attention Subrogation, Attention: Patrick Keller at Post Office Box 94095, Baton Rouge, LA 70804.

New Orleans, Louisiana, this _________ day of __________, 2013.

_________________________________
UNITED STATES DISTRICT JUDGE