THE LAW OFFICE OF
JOSEPH M. BRUNO
FEDERAL TRIAL LAWYERS
855 BARONNE STREET
NEW ORLEANS, LA 70113



August 24, 2010

RE: Our File Number:   11792.4718   **Sylena R. Davis**

The following information is in reference to the settlement in your case:

| | | |
|---|---|---:|
| The contingency fee percentage is: | 40% | |
| The total amount of the settlement is: | | $ 10,319.52 |

This breaks down as follows:

| | | | | |
|---|---|---|---|---:|
| | | 1. | TOTAL SETTLEMENT: | $ 10,319.52 |
| | LESS: | 2. | TOTAL LEGAL FEE: | $ 4,127.81 |
| | | 3. | TOTAL EXPENSES: | $ 0.00 |
| | | 4. | TOTAL ADVANCES: | $ 0.00 |
| 5. | (2+3+4) | | TOTAL DEDUCTIONS FROM SETTLEMENT: | $ 4,127.81 |
| | | 6. | TOTAL DUE TO ROAD HOME: | $ 6,191.71 |
| | 7. (1-6) | | TOTAL AMOUNT DUE CLIENT: | $ 0.00 |

I authorize Joseph M. Bruno to endorse, deposit, and distribute the check referenced above to the appropriate parties upon Road Home approval. Additionally, this specifically authorizes Joseph M. Bruno to deduct from the settlement proceeds, amounts sufficient to pay attorneys fees indicated on the settlement breakdown above.

_Sylena Davis_                                            _8/24/10_
Signature                                                      Date

_____                            _____
Signature                                                      Date

I:\Users\JMB\Adjusting\Levee Breach\Settlement Statement - Money owed to RH.wpd

THIS DOCUMENT CONTAINS 2 COLOR BACKGROUND, TONER GRIP, AND WATERMARK PAPER - HOLD TO LIGHT TO VIEW

**LEXINGTON INSURANCE COMPANY**  50-937/213
00710723   CLAIM No.: 00197600   CHECK No.: 10140446   10/05/2010

INV/FILE:RCV DWELLING- COVERAGE A RE-ISSUE

PAY  **TEN THOUSAND THREE HUNDRED NINETEEN DOLLARS AND 52 CENTS**

TO THE ORDER OF: SYLENA DAVIS & COUNTRYWIDE HOME LOANS & LA DIV OF ADM-DRU & THE LAW OFFICE OF JOSEPH M. BRUNO

030   **********$10,319.52

VOID AFTER NINETY DAYS

JPMORGAN CHASE BANK, N.A.
SYRACUSE   NY

AUTHORIZED SIGNATURE

192.4718   ⑊10140446⑊ ⑊021309379⑊   78642056 2⑊ JBA03111



Rec'd 10/14/2010