**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | **CIVIL ACTION NO. 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **SECTION "K"(2)** |
| **PERTAINS TO:     C. Abadie, 06-5164** | * | |
| | * | **JUDGE DUVAL** |
| **This pleading applies only to the claim** | * | |
| **of Pamela George regarding** | * | **MAG. WILKINSON** |
| **6043 Paris Avenue** | * | |
| **New Orleans, LA 70122** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR ALLOWANCE FOR ATTORNEY'S FEES AND**
**DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT**

NOW INTO COURT, comes Plaintiff Pamela George and Bruno & Bruno, LLP, who move

this Honorable Court for allowance for attorney's fees and disbursement of funds from the Registry

of the Court based upon the following representations.

I.

Plaintiff Pamela George made a claim against her homeowner's insurance company for

additional  monies due to her for damage sustained by her home during Hurricane Katrina. As a

result of Plaintiff's damages, Lexington Insurance Company offered to settle her claim for the

amount of $15,039.76.

II.

Undersigned counsel is seeking attorney's fees in the amount of $5,517.27. (See attached

disbursement/settlement statement attached as Exhibit "A").

III.

The State of Louisiana, Division of Administration, Office of Community Development ("the

State"), the assignee or subrogee of interests in Plaintiff's insurance proceeds under the Road Home

subrogation and assignment agreement, has asserted a claim to the amount of $4,536.16. (See

attached Road Home Consent attached as Exhibit "B").

IV.

Plaintiff proposes that after removal of the aforementioned attorney's fees and the amount

assigned to the State, that the remaining net funds in the amount of $4,986.33 are removed from the

Registry of the Court and are disbursed to the Plaintiff

V.

Wherefore, Plaintiff Pamela George prays that the funds are removed from the Registry of

the Court, and are disbursed to the proper parties. Plaintiff requests the Clerk be authorized and

directed to draw a check on the funds on deposit in the Registry of this Court in the amount of

$5,517.27 plus all interest earned less the assessment fee for the administration of funds to Bruno

& Bruno, LLP. Plaintiff further requests the Clerk be authorized and directed to draw a check on the

funds on deposit in the registry of this court in the principal amount of $4,536.16 plus all interest

earned less the assessment fee for the administration of funds to the State. Finally, the Plaintiff

requests the Clerk be authorized and directed to draw a check on the funds on deposit in the registry

of this court in the principal amount of $4,986.33 plus all interest earned less the assessment fee for

the administration of funds to Plaintiff.

Respectfully submitted,

**BRUNO & BRUNO, LLP**


 /s/   Melissa A. DeBarbieris
JOSEPH M. BRUNO (3604)
MELISSA A. DEBARBIERIS (32124)
855 Baronne St.
New Orleans, LA 70113
Tel: (504)525-1335
Fax: (504)581-1493
*Attorneys for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served a copy of the above and foregoing upon all counsel of

record by placing same in the United States mail, properly addressed and with first-class postage,

or by facsimile or other electronic transmission this 13th day of August, 2013.

 /s/   Melissa A. DeBarbieris
Melissa A. DeBarbieris