THE LAW OFFICE OF
JOSEPH M. BRUNO
FEDERAL TRIAL LAWYERS
855 BARONNE STREET
NEW ORLEANS, LA 70113

August 12, 2011

RE: Our File Number:   11792.8496     **Pamela George**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:          33.33333%

The total amount of the settlement is:                               $   4,979.50

This breaks down as follows:

|   |   |   |   |   |
|---|---|---|---|---|
|   |   | 1. | TOTAL SETTLEMENT: | $ 4,979.50 |
|   | LESS: | 2. | TOTAL LEGAL FEE: | $ 1,659.83 |
|   |   | 3. | TOTAL EXPENSES: | $ 0.00 |
|   |   | 4. | TOTAL ADVANCES: | $ 0.00 |

5.   (2+3+4)    TOTAL DEDUCTIONS FROM SETTLEMENT:       $   1,659.83

6. (1-5)    TOTAL AMOUNT DUE CLIENT:       $   3,319.67

My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents. Additionally, I authorize Joseph M. Bruno to endorse and deposit the check referenced above for the purpose of disbursing this check to myself and/or to any other third parties involved, as directed by me.

X *[signature]*                                            X October 11, 2011
       Signature                                                      Date

  *[signature]*                                              October 11, 2011
       Signature                                                      Date                   "A"

C:\Documents and Settings\liz\Application Data\Corel\WordPerfect\11\Backup\wp{wp}.bk1

THE LAW OFFICE OF
JOSEPH M. BRUNO
FEDERAL TRIAL LAWYERS
855 BARONNE STREET
NEW ORLEANS, LA 70113

August 12, 2011

RE: Our File Number:   11792.8496   **Pamela George**

The following information is in reference to the settlement in your case:

| | | | |
|---|---|---|---|
| The contingency fee percentage is: | 33.33333% | | |
| The total amount of the settlement is: | | $ | 7,560.26 |
| This breaks down as follows: | | | |
| | 1. TOTAL SETTLEMENT: | $ | 7,560.26 |
| LESS: | 2. TOTAL LEGAL FEE: | $ | 2,520.09 |
| | 3. TOTAL EXPENSES: | $ | 0.00 |
| | 4. TOTAL ADVANCES: | $ | 0.00 |
| 5. (2+3+4) | TOTAL DEDUCTIONS FROM SETTLEMENT: | $ | 2,520.09 |
| 6. (1-5) | TOTAL AMOUNT DUE CLIENT: | $ | 5,040.17 |

My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents. Additionally, I authorize Joseph M. Bruno to endorse and deposit the check referenced above for the purpose of disbursing this check to myself and/or to any other third parties involved, as directed by me.

X _George_                                                      X October 11, 2011
Signature                                                             Date

_George_                                                         October 11, 2011
Signature                                                             Date

THE LAW OFFICE OF
JOSEPH M. BRUNO
FEDERAL TRIAL LAWYERS
855 BARONNE STREET
NEW ORLEANS, LA 70113

August 12, 2011

RE: Our File Number:   11792.8496   **Pamela George**

The following information is in reference to the settlement in your case:

The contingency fee percentage is:   33.33333%

The total amount of the settlement is:   $   2,500.00

This breaks down as follows:

|   |   |   |   |   |   |
|---|---|---|---|---|---|
|   |   | 1. | TOTAL SETTLEMENT: | $ | 2,500.00 |
|   | LESS: | 2. | TOTAL LEGAL FEE: | $ | 833.33 |
|   |   | 3. | TOTAL EXPENSES: | $ | 0.00 |
|   |   | 4. | TOTAL ADVANCES: | $ | 0.00 |

5.   (2+3+4)   TOTAL DEDUCTIONS FROM SETTLEMENT:   $   833.33

6. (1-5)   TOTAL AMOUNT DUE CLIENT:   $   1,666.67

My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents. Additionally, I authorize Joseph M. Bruno to endorse and deposit the check referenced above for the purpose of disbursing this check to myself and/or to any other third parties involved, as directed by me.

X _[signature]_____         X October 11, 2011
                Signature                                              Date

_[signature]_____         October 11, 2011
            Signature                                                  Date