IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION <br><br> NO. 05-4182 |
| | * | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * <br> * | SECTION "K" (2) |
| CASES NOS. 07-0621; 07-5022 and 07-5074 | * <br> * | JUDGE DUVAL |
| | * | |
| * * * * * * * * * * * * * * * | * | MAGISTRATE WILKINSON |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs' Motion to Lift Stay will be submitted before the Honorable Stanwood R. Duval, Jr., United States Court for the Eastern District of Louisiana on September 18, 2013, at 9:30 a.m.

Respectfully submitted,

*s/Camilo K. Salas III*
CAMILO K. SALAS III (LSBA 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085
E-Mail: csalas@salaslaw.com

and

Shirin E. Harrell (LSBA 27495)
Eric R. Nowak (LSBA 27025)
HARRELL & NOWAK, LLC
650 Poydras Street, Suite 2107
New Orleans, Louisiana 70130
Telephone: (504) 522-7885
Facsimile: (504) 528-3131

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 13, 2013, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Camilo K. Salas III*
CAMILO K. SALAS III