IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION NO. 05-4182 (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * * | SECTION "K" (2) |
| CASES NOS. 07-4906; 07-4914; 07-5096 | * * * | JUDGE DUVAL MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## EXPEDITED MOTION FOR HEARING

### and/or MOTION TO CONTINUE

NOW COME all the plaintiffs in Civil Action Nos. 07-4906; 07-4914; and 07-5096 (collectively "Plaintiffs") through their undersigned counsel who move for an expedited hearing and/or status conference with this Honorable Court relevant to the very recent filing of the Motion to Dismiss or in the alternative for Summary Judgment by the United States relative to Form 95 filings, for the reasons as stated in the Memorandum In Support. In the alternative, Plaintiffs request a continuance of the United States' most recent Motion to Dismiss or in the alternative for Summary Judgment.

Undersigned counsel has contacted attorney for mover as to whether or not he has any objection to Plaintiffs motion but has not received a response.

WHEREFORE, Plaintiff's move that an expedited hearing and/or status conference be held relative to Plaintiffs not, at this stage of motion practice, having to produce proof of filing of Form 95s, more fully expounded in the accompanying Memorandum in Support. In the alternative, Plaintiffs request a continuance of the United

States' most recent Motion to Dismiss or in the alternative for Summary Judgment.

Respectfully Submitted,

*s/ A.J. Rebennack*

A. J. Rebennack, Bar No. 18677
*Attorney for Plaintiff*
2325 North Hullen, Suite 104
Metairie, Louisiana 70001
Telephone:   (504) 782-0512
Facsimile:   (504) 831-1203
aj@ajlawyer.net