IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * | |
| | * | SECTION "K" (2) |
| CASES NOS. 07-4906; 07-4914; 07-5096 | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF 37.1 CONFERENCE

On August 15, 2013, undersigned counsel notified defendant/mover's counsel of this Motion. Counsel for defendant/mover has not stated whether or not he opposed this Motion.

NEW ORLEANS, LOUISIANA, THIS 15th DAY OF AUGUST, 2013.

<u>s/A. J. REBENNACK</u>
A.J. REBENNACK, Bar No. 18677