IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * | |
| | * | SECTION "K" (2) |
| CASES NOS. 07-4906; 07-4914; 07-5096 | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

*Considering the foregoing*:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that a Hearing and/or Status Conference be held on the 4th day of September, 2013, at 9:30 A.M.

Signed on this _____ day of _____, 2013, in New Orleans, Louisiana.

_____
Honorable Judge Duval – Eastern District of Louisiana
United States District Court