IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * | |
| | * | SECTION "K" (2) |
| CASES NOS. 07-4906; 07-4914; 07-5096 | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO WITHDRAW DOCUMENT NO. 21221

NOW COME all the plaintiffs in Civil Action Nos. 07-4906; 07-4914; and 07-5096 (collectively "Plaintiffs") through their undersigned counsel who request that the Motion for Hearing (Doc. No. 21221) filed on August 15, 2013 be withdrawn.

Counsel for the United States, Robin Doyle Smith, has contacted counsel for Plaintiffs, attached as Exhibit A, thereby making the Plaintiffs' Motion Moot.

WHEREFORE, Plaintiff's move that the Motion for Hearing and/or Status Conference be withdrawn as the matter is now moot.

Respectfully Submitted,

*s/ A.J. Rebennack*

A. J. Rebennack, Bar No. 18677
*Attorney for Plaintiff*
2325 North Hullen, Suite 104
Metairie, Louisiana 70001
Telephone:   (504) 782-0512
Facsimile:   (504) 831-1203
aj@ajlawyer.net

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * | |
| | * | SECTION "K" (2) |
| CASES NOS. 07-4906; 07-4914; 07-5096 | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

NEW ORLEANS, LOUISIANA, THIS 19th DAY OF AUGUST, 2013.

<u>*s/*A. J. REBENNACK</u>
A.J. REBENNACK, Bar No. 18677