IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION |
| | * | NO. 05-4182 |
| | * | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * | |
| | * | SECTION "K" (2) |
| CASES NOS. 07-4906; 07-4914; 07-5096 | * | |
| | * | JUDGE DUVAL |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF PLAITNIFF'S MOTION TO WITHDRAW DOCUMENT NO. 21221

**MAY IT PLEASE THE COURT:**

NOW COME all the plaintiffs in Civil Action Nos. 07-4906; 07-4914; and 07-5096 (collectively "Plaintiffs") through their undersigned counsel who move to withdraw Document No. 21221 for the following reasons:

Counsel for United States has contacted counsel for Plaintiffs clarifying that proof of Form 95s are not necessary at this point in motion practice, making Plaintiffs previous request for hearing moot.

WHEREFORE, Plaintiff's move that their previous Motion for an Expedited Hearing and/or Status Conference be withdrawn as moot.

Respectfully Submitted,
*s/ A.J. Rebennack*

A. J. Rebennack, Bar No. 18677
*Attorney for Plaintiff*
2325 North Hullen, Suite 104
Metairie, Louisiana 70001
Telephone:   (504) 782-0512
Facsimile:   (504) 831-1203
aj@ajlawyer.net