## AJ Rebennack

**From:** Smith, Robin (CIV) [Robin.Doyle.Smith@usdoj.gov]
**Sent:** Thursday, August 15, 2013 12:40 PM
**To:** AJ Rebennack
**Cc:** Camilo Salas; Daniel Becnel Jr. ; janet_daley@laed.uscourts.gov
**Subject:** RE: Katrina - MRGO

AJ:

This is to confirm what I told you Monday: I see no need to attach proof of administrative claims to your opposition brief. Doing so will unnecessarily complicate the filing and unduly burden the parties and the Court. As we discussed during our telephone call, the best way to address this will be to wait until after the judge rules on the pending motion. If any claims remain, then I would like to work with the plaintiffs' attorneys to marry up administrative claims with plaintiffs. We will need your help because we have multiple claims from people with identical or nearly identical names, and there is no way for us to be certain whether a plaintiff may have submitted a claim under a slightly different name than that listed in his complaint. I understood from our discussion Monday that you are agreeable to working with us on this if it becomes necessary.

Since you copied Judge Duval on the letter you sent me yesterday, I am copying his law clerk now. If the judge prefers that we handle this in a different way, then we will of course accede to his wishes.

Robin


Robin Doyle Smith
Senior Trial Counsel
Civil Division, Torts Branch
202.616.4289

8/19/2013

Ex. "A"