IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * * * * * * * * * | CIVIL ACTION |
| | | NO. 05-4182 |
| | | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | | |
| | | SECTION "K" (2) |
| CASES NOS. 07-4906; 07-4914; 07-5096 | | |
| | | JUDGE DUVAL |
| | | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Plaintiffs, Motion to Withdraw Document No. 21221 will be submitted before the Honorable Judge Duval, United States of American, Eastern District Court of Louisiana on the 4th Day of September, 2013 at 9:30 AM.

Respectfully Submitted,

*s/ A.J. Rebennack*

A. J. Rebennack, Bar No. 18677
*Attorney for Plaintiff*
2325 North Hullen, Suite 104
Metairie, Louisiana 70001
Telephone:   (504) 782-0512
Facsimile:   (504) 831-1203
aj@ajlawyer.net