"Certification of Funds in the Registry"

PRINCIPAL: $ 10,319.52

Financial Deputy: _KJay_  Date: 8-13-13

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br> * <br> PERTAINS TO:   C. Abadie, 06-5164 * <br> * <br> This pleading applies only to the claim * <br> of Sylena R. Davis regarding * <br> 7737-39 Haney Drive * <br> New Orleans, LA 70128 * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

**********************************************************************

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS HEREBY ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $4,127.81 plus all interest earned less the assessment fee for the administration of funds, payable to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113, and mail or deliver the check to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $6,191.71 plus all interest earned less the assessment fee for the administration of funds, payable to the Louisiana Division of Administration, Disaster Recovery Unit-Attention Subrogation, Post Office Box 94095, Baton Rouge, LA 70804, and mail or deliver the check to Louisiana Division of Administration, Disaster Recovery Unit-Attention Subrogation, Attention: Patrick Keller at Post Office Box 94095, Baton Rouge, LA 70804.

New Orleans, Louisiana, this ___19th___ day of ___August___, 2013.

_____
UNITED STATES DISTRICT JUDGE