"Certification of Funds in the Registry"

PRINCIPAL:  $ 15,039.76

Financial Deputy: _K.Jange_   Date: 8.13.12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K"(2) |
| PERTAINS TO:    C. Abadie, 06-5164 | * | |
| | * | JUDGE DUVAL |
| This pleading applies only to the claim | * | |
| of Pamela George regarding | * | MAG. WILKINSON |
| 6043 Paris Avenue | * | |
| New Orleans, LA 70122 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE FOREGOING:

IT IS HEREBY ORDERED that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $5,517.27 plus all interest earned less the assessment fee for the administration of funds, payable to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113, and mail or deliver the check to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

IT IS FURTHER ORDERED that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $4,536.16 plus all interest earned less the assessment fee for the administration of funds, payable to the Louisiana Division of Administration, Disaster Recovery Unit-Attention Subrogation, Post Office Box 94095, Baton Rouge, LA 70804, and mail or deliver the check to Louisiana Division of Administration, Disaster Recovery Unit-Attention Subrogation at Post Office Box 94095, Baton Rouge, LA 70804.

IT IS FURTHER ORDERED that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $4,986.33 plus all interest earned less the assessment fee for the administration of funds, payable to Pamela George, 6043 Paris

Avenue, New Orleans, LA 70122, and mail or deliver the check to Bruno & Bruno, LLP at 855

Baronne Street, New Orleans, LA 70113.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____

UNITED STATES DISTRICT JUDGE