IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE; KATRINA CANCAL BREACHES CONSOLIDATED LITIGATION | * * * * | CIVIL ACTION<br>NO. 05-4182<br>(AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * * | SECTION "K" (2) |
| CASES NOS. 07-4906; 07-4914; 07-5096 | * * * | JUDGE DUVAL<br>MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

*Considering the foregoing*:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Expedited Hearing and/or Status Conference (Document No. 21221) be withdrawn.

Signed on this 20th day of August, 2013, in New Orleans, Louisiana.

_____
Honorable Judge Duval – Eastern District of Louisiana
United States District Court