UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br>NUMBER: 05-4182 "K"(2)<br>JUDGE DUVAL<br>MAG. WILKINSON |
| PERTAINS TO: *Entergy*<br>(No. 10-0077) | |

## ENTERGY PLAINTIFFS' RESPONSE TO DEFENDANT UNITED STATES' MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT

**Entergy New Orleans, Inc., Entergy Louisiana, LLC,** and **Hartford Steam Boiler Inspection and Insurance Company** do not oppose Defendant United States' Motion to Dismiss, or Alternatively, Motion for Summary Judgment.

Respectfully submitted,

Ewell E. Eagan Jr. (La. Bar No. 5239), T.A.
Nina Wessel English (La. Bar. No. 29176)
Gordon, Arata, McCollam, Duplantis & Eagan, L.L.P.
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170-4000
Telephone: (504) 582-1111
Fax: (504) 582-1121

By: /s/ Nina Wessel English

Attorneys for Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,

and

Marcus V. Brown (La. Bar No. 18817)
Wendy Hickok Robinson (La. Bar. No. 25225)
Entergy Services, Inc.
639 Loyola Avenue, Suite 2600
New Orleans, LA  70113
Tel:  504-576-2765

and

Brian L. Guillot, Esq.
Davillier Law Group, LLC
1010 Common St., Suite 2510
New Orleans, Louisiana 70112
Tel: 504-582-6998

Attorneys for Entergy New Orleans, Inc., Entergy Louisiana, L.L.C.,

and

Elisa T. Gilbert (ETG 5713), T.A.
The Gilbert Firm, LLC
325 East 57th Street
New York, NY 10022

Attorney for Hartford Steam Boiler Inspection and Insurance Company

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the above and foregoing Response via Notice of Electronic filing using this Court's CM/ECF system on this 10th day of September, 2013.

/s/ Nina Wessel English
Nina Wessel English