IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES  CONSOLIDATED LITIGATION     *<br>     *<br>     * | CIVIL ACTION<br><br>NO. 05-4182 |
|      * | (AND CONSOLIDATED CASES) |
| PERTAINS TO:  MRGO     * | |
|      * | SECTION "K" (2) |
| CASES NOS. 07-3173; 07-0621; 07-4906;     * | |
| 07-4914; 07-5022; 07-5074; 07-5096; 07-5128     * | JUDGE DUVAL |
| and 07-5174     * | |
|      * | MAGISTRATE WILKINSON |
| *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  * | |

**<u>STATEMENT OF DISPUTED MATERIAL FACTS SUBMITTED BY
PLAINTIFFS PURSUANT TO LOCAL RULE 56.2 IN
OPPOSITION TO THE UNITED STATES' MOTION TO DISMISS
OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT</u>**

MAY IT PLEASE THE COURT:

NOW COME all the plaintiffs in Civil Actions Nos. 07-3173; 07-0621; 07-4906; 07-4914; 07-5022; 07-5074; 07-5096; 07-5128; and 07-5174 (collectively "Plaintiffs") through their respective undersigned counsel and file this Statement of Disputed Material Facts Submitted Pursuant to Local Rule 56.2 in Opposition to the United States' Motion to Dismiss or, in the Alternative, for Summary Judgment (Case No. 05-4182, Doc. 21214).

1. Whether the Corps of Engineers performed maintenance dredging of the MRGO in a negligent manner and in violation of federal and Louisiana State regulations enacted to regulate dredging activities in navigable waters.

2. Whether in dredging the MRGO the Corps of Engineers failed to follow rules and regulations specifically enacted to control dredging operations, as well as permits or authorizations issued pursuant to those rules or regulations authorizing the dredging of the

MRGO.

    3.    Whether the Corps of Engineers deviated from and/or failed to execute the dredging activities in the manner required by the Nationwide Permits, specific permits, or general authorizations for dredging applicable to dredging activities.

    4.    Whether dredging by "box-cutting" violated dredging regulations.

Respectfully Submitted:

*s/Camilo K. Salas III*
CAMILO K. SALAS III (LSBA 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085
E-Mail: csalas@salaslaw.com


Shirin E. Harrell (LSBA 27495)
Eric R. Nowak (LSBA 27025)
HARRELL & NOWAK, LLC
650 Poydras Street, Suite 2107
New Orleans, Louisiana 70130
Telephone: (504) 522-7885
Facsimile: (504) 528-3131

Daniel E. Becnel, Jr. (#2926)
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail: dbecnel@becnellaw.com

A. J. Rebennack (LSBA No. 18677)
2325 North Hullen, Suite 104
Metairie, Louisiana 70001
Telephone:  504-831-3325
Fax:  504-831-1203
E-Mail: aj@ajlawyer.net

**Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 10, 2013, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Camilo K. Salas III*

CAMILO K. SALAS III
