IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: KATRINA CANAL BREACHES** | * | CIVIL ACTION |
| **CONSOLIDATED LITIGATION** | * | |
| | * | NO. 05-4182 |
| | * | (AND CONSOLIDATED CASES) |
| **PERTAINS TO: MRGO** | * | |
| | * | SECTION "K" (2) |
| **CASES NOS. 07-3173; 07-0621; 07-4906;** | * | |
| **07-4914; 07-5022; 07-5074; 07-5096; 07-5128** | * | JUDGE DUVAL |
| **and 07-5174** | * | |
| | * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY SUBMITTED BY PLAINTIFFS PURSUANT TO F.R.C.P. 56(f) IN OPPOSITION TO THE UNITED STATES' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

NOW COMES Camilo K. Salas III, who declares under penalty of perjury that the foregoing is true and correct:

1. On behalf of all the plaintiffs in Civil Actions Nos. 07-3173; 07-0621; 07-4906; 07-4914; 07-5022; 07-5074; 07-5096; 07-5128; and 07-5174 (collectively "Plaintiffs") he files this unsworn declaration pursuant to Federal Rule of Civil Procedure 56(f) in opposition to the United States' Motion to Dismiss or, in the Alternative, for Summary Judgment (Case No. 05-4182, Doc. 21214).

2. The Cases cited above are maritime suits for damages caused by dredging activities conducted by the government in the MRGO. The cases include claims pursuant to the Suits in Admiralty Act, 46 U.S.C. § 30901 *et. seq.*; the Public Vessel Act, 46 U.S.C. § 31101 *et. seq.*; the Extension of Admiralty Jurisdiction Act, 46 U.S.C. § *et. seq.* and the Coastal Zone Management Act, 16 U.S.C. § 1451 *et. seq.*, among others, for violations of federal and

Louisiana State non-discretionary regulations related to dredging activities, committed by the Corps of Engineers while performing maintenance dredging activities on the MRGO.

3.    On January 17, 2008, the Court entered an Order (Case No. 05-4182, Doc. 10620) granting the United States of America's Motion for a Stay of All Cases Apart from Barge, *Robinson*, and the Levees and MRGO Master Class Action Cases (Case No. 05-4182, Doc. 9057). On January 22, 2008 the Court entered an Amended Order (Case No. 05-4182, Doc. 10723-1) clarifying its prior Order. In the Amended Order the Court stated that "[n]o further motion practice shall occur in any other matter concerning FTCA or [Admiralty Extension Act] claims against the United States until the stay is lifted upon the resolution of the immunity issues inherent therein as proceeding under CMO No. 4 in the Master Complaints, Barge and *Robinson*."

4.    On January 31, 2008, pursuant to the Court's Orders, the United States of America filed a Notice of Case List for Stay of All Levee and MRGO Cases Against the United States Apart from Barge, *Robinson*, and the Levee and MRGO Master Class Action Complaints. (Case No. 07-5022, Doc. 6). In that pleading the United States of America listed all the cases under the FTCA "or in Admiralty against the United States" that were stayed by the Court's Orders. Included in that list are all the Cases mentioned above filed by Plaintiffs. Since the date the Orders were entered, there has been no activity at all in any of these Cases.

5.    Because of the stay, Plaintiffs have not been able to do any specific discovery regarding the claims asserted by Plaintiffs, which is needed to present by affidavit facts essential to justify their opposition to the government's motion for summary judgment, other than the affidavit of Plaintiffs' expert, which has been submitted as Exhibit "1".

WHEREFORE, Plaintiffs in Cases Nos. 07-3173; 07-0621; 07-4906; 07-4914; 07-5022; 07-5074; 07-5096; 07-5128; and 07-5174 pray that the Court refuse the government's application for judgment, or order a continuance (after lifting the stay) to permit affidavits to be obtained, or depositions to be taken, or discovery to be had, which are needed to oppose the government's motion for summary judgment.

Respectfully Submitted:

*s/Camilo K. Salas III*
CAMILO K. SALAS III (LSBA 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: (504) 799-3080
Facsimile: (504) 799-3085
E-Mail: csalas@salaslaw.com


Shirin E. Harrell (LSBA 27495)
Eric R. Nowak (LSBA 27025)
HARRELL & NOWAK, LLC
650 Poydras Street, Suite 2107
New Orleans, Louisiana 70130
Telephone: (504) 522-7885
Facsimile: (504) 528-3131

Daniel E. Becnel, Jr. (#2926)
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail: dbecnel@becnellaw.com

A. J. Rebennack (LSBA No. 18677)
2325 North Hullen, Suite 104
Metairie, Louisiana 70001
Telephone:  504-831-3325
Fax:  504-831-1203
E-Mail: aj@ajlawyer.net

**Attorneys for Plaintiffs**

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 10, 2013, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Camilo K. Salas III*

CAMILO K. SALAS III