# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | *  CIVIL ACTION <br> * <br> *  NO. 05-4182 <br> * |
| PERTAINS TO:  ALL CASES | *  SECTION "K" (2) <br> * <br> * <br> *  JUDGE DUVAL <br> * <br> *  MAGISTRATE WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Defendant Washington Group International, Inc. ("WGI") respectfully moves for entry of an Order withdrawing Debra S. Clayman of the law firm Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C.  20001-2113 as counsel of record for WGI in all cases in these consolidated proceedings.

**WHEREFORE**, undersigned counsel for Washington Group International, Inc. prays that Debra S. Clayman be withdrawn as counsel of record in all cases in these consolidated proceedings.

1138218v.1

Dated: September 18, 2013                           Respectfully submitted,

                                                */s/ Heather S. Lonian*
                                                William D. Treeby, 12901
                                                James C. Gulotta, Jr., 6590
                                                Heather S. Lonian, 29956
                                                     Of
                                                STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana  70130
                                                Telephone:  (504) 581-3200
                                                Facsimile:  (504) 581-3361

                                                Attorneys for Washington Group
                                                International, Inc., a division of URS
                                                Corporation

                                                and

                                                */s/Debra S. Clayman*
                                                Adrian Wager-Zito
                                                Debra S. Clayman
                                                Jones Day
                                                51 Louisiana Avenue, N.W.
                                                Washington, D.C. 20001-2113
                                                Telephone:  (202) 879-3891
                                                Facsimile:  (202) 626-1700

## CERTIFICATE OF SERVICE

        I hereby certify that a copy of the above and foregoing Motion to Withdraw as Counsel of Record has been served upon all counsel of record by electronic notice via the Court's CM/ECF system this 18th of September 2013.

                                                */s/Heather S. Lonian*

1138218v.1