MINUTE ENTRY
DUVAL, J.
October 21, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>MRGO AND LEVEE | SECTION "K"(2) |

Attending a status conference held this day were:

James Touhey and Rupert Mitsch for the United States;
Joseph Bruno for Plaintiffs; and
William Treeby for Washington Group International, Inc.

The telephonic meeting was convened in order to apprise the parties of certain procedural issues of which they needed to be made aware and about which the Court requires assistance.

**Re: Suits against the United States**

To begin, it is clear that a number of cases are pending before Judge Lemelle as a result of the LEVEE settlement which should be the subject of the same motion for summary judgment which was filed in the remaining cases in Section "K".  As a judgment in the LEVEE settlement has now been entered, the Court will investigate the feasibility of those cases in which the United States is a defendant that are pending before Judge Lemelle being transferred to Section "K" in order to render a judgment therein.  Mr. Bruno indicated that he would transmit a copy of the settlement papers to the Court.

**Re: Suits against WGI**

As to WGI, the following cases which were included in the caption for the Motion for Summary Judgment WGI filed are pending before Judge Lemelle for purposes of the LEVEE settlement. They are as follows:

C.A. Nos. 05-4191, 05-5237, 05- 6073, 05- 6314, 05-6324, 05-6327, 05-6359, 06-0020, 06-0225, 06-0886, 06-1885, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634,06-4931, 06-5032, 06-5159, 06-5771, 06-5786, 06-5937, 07-0206, 07-1286.

Four other cases were included that are not before Judge Duval– C.A. Nos. 06-6069 (dismissed as duplicative by Judge Porteous); 06-2152 (Reed); 06-4066 (Ackerson) (WGI is not named in either of these suits and they are before Judge Barbier); and 06-9151 (which is before Judge Feldman).

Again, the possibility of these cases being transferred to this Court for purposes of this motion will be investigated. It is anticipated that should this be feasible WGI will file a motion for the transfer.

**Final Judgments**

Finally, the Court indicated that it would like a list of cases in which the parties agree that "clean judgments" can be issued because of the Court's previous rulings. The Court will forward to the parties its list of cases with termination dates as to individual defendants forthwith to assist in this endeavor. As to those cases with unresolved matters, judgments shall be entered pursuant to Rule 54(b). The Court made clear that this will be an on-going project and would appreciate a list in the next two to three weeks.

JS-10: 25 MINS.