UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" (2) |
| * | | |
| PERTAINS TO: * | | JUDGE: DUVAL |
| Baker 09-2643 * | | |
| * | | MAGISTRATE: WILKINSON |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, comes Joseph M. Bruno, L. Scott Joanen, Melissa DeBarbieris, and Christopher M. Hatcher of Bruno and Bruno, LLP (hereinafter, collectively "Bruno & Bruno") for the purpose of requesting that they be withdrawn as counsel of record for Plaintiffs, Dwight and Sandra Baker. Plaintiffs have been notified by undersigned counsel of the filing of this instant motion (Ex "A"). Plaintiffs last known address is 3903 S. Mason Road, Apt. 1124, Katy, TX.

**WHEREFORE**, Bruno & Bruno prays that this Motion be granted and that Bruno & Bruno be withdrawn as counsel for Plaintiffs Dwight and Sandra Baker.

Respectfully Submitted,

**/s/ Joseph M. Bruno**
Joseph M. Bruno (#3604)
L. Scott Joanen (#21431)
Melissa DeBarbieris (#32124)
Christopher M. Hatcher (#32494)
855Baronne Street
New Orleans, La 70113
Telephone: (504) 525-1335
Facsimile: (504) 561-6775

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of December, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel registered for electronic service.

/s/ **Joseph M. Bruno**
Joseph M. Bruno