

# BRUNO & BRUNO LLP
### & YOU SINCE 1950 — TRIAL LAWYERS

JOSEPH M. BRUNO*
STEPHEN P. BRUNO
ROBERT J. BRUNO
JOSEPH M. BRUNO, JR.

December 10, 2013

STEPHANIE MAY BRUNO*
MELISSA A. DEBARBIERIS
DANIEL A. MEYER**

OF COUNSEL
FRANK S. BRUNO
ROBERT B. REES

*Also Licensed To Practice In Texas
**Also Licensed To Practice In Mississippi

VIA CERTIFIED MAIL
Dwight and Sandra Baker
3903 S Mason Road
Apt. 1124
Katy, TX 77450

REPLY TO (PLEASE CHECK)
NEW ORLEANS ___
COVINGTON ___

Re:   *Baker v. Balboa Insurance Group, et al*
      United States District Court, Eastern District of Louisiana
      Civil Action No. 09-2643, Section K-2

Dear Mr. and Mrs. Baker:

Please be advised that our firm intends to withdraw as your attorney in the above-referenced matter. Attached is a copy of the motion to withdraw that will be filed in this case.

You previously retained this law firm to represent you with regard to your claim against Louisiana Citizens Property Insurance Company to obtain insurance proceeds for your Hurricane Katrina claim on your property at 7520 Crestmont Rd., New Orleans, Louisiana. As you are aware, your damaged property did not have a policy of insurance with Louisiana Citizens at the time of Katrina. Instead, a policy of insurance with Balboa Insurance Group was placed on the damaged property by your mortgage company. Our firm filed the above-captioned suit out of an abundance of caution in the event you would be able to recover insurance proceeds under this Balboa policy.

As our firm previously withdrew from your representation in the *Baker v. LCPIC* case, we intend to do the same in this matter.

The attached motion to withdraw as your counsel will be presented to the Court. Currently, there are no deadlines pending in the above action and trial date has been set. The Court will be given notice of your address, and the Court will forward any future notices to you directly.

Sincerely,

/sn/
Melissa A. DeBarbieris

Enclosure:   Motion to Withdraw


Exhibit "A"



855 BARONNE ST., NEW ORLEANS, LA 70113 • TEL 504-525-1335 • FAX 504-581-1493
1025 HIGHWAY 1077, SUITE 101, COVINGTON, LA 70433 • TEL 985-792-7110 • FAX 985-792-7154
TOLL FREE 1-800-966-1335 • WWW.BRUNOBRUNOLAW.COM

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] | ☐ Agent<br>☐ Addressee |
| | B. Received by (Printed Name)<br>Sandra Bah | C. Date of Delivery |
| 1. Article Addressed to:<br>Dwight + Sandra Baker<br>3903 S Mason Rd<br>lot 1124<br>Katy, TX 77450 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7010 1870 0003 5073 5663 | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02 |