UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO. 05-4182  "K" (2) |
| | * | |
| _____ | * | JUDGE DUVAL |
| | * | |
| PERTAINS TO: | * | MAG. WILKINSON |
| | * | |
| LEVEE:     06-5890 (DEAR MOTHER'S) | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

CONSIDERING THE FOREGOING Motion to Withdraw Attorneys Paul C. Miniclier and Jeanne O'Boyle and the Law Office of Paul C. Miniclier as counsel for plaintiffs, Dear Mother's Taste of New Orleans LLC, Hasan Al-Ghani and Khadija Al-Ghani;

Said Motion is hereby GRANTED.

DONE AND ORDERED this 20th day of December, 2013, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE

-1-