UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES          CIVIL ACTION
CONSOLIDATED LITIGATION

         NO. 05-4182

PERTAINS TO:          SECTION "K"(2)
ALL CASES

## ORDER

Considering the Final Order and Judgment filed in *Jared Vodanovich v. Boh Brothers Construction Co., LLC, et al*, C.A. No. 05-4191 "B"(2) (Doc. 213) approving a final settlement in with respect to claims made against the Levee Districts and Insurers involved for damages caused by flooding in the aftermath of Hurricane Katrina,

**IT IS ORDERED** that all claims pending in the cases consolidated herein against the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District, Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners of the Orleans Parish Levee District, the Orleans Levee District, and St. Paul Fire and Marine Insurance Company are **ADMINISTRATIVELY CLOSED** pending finality of said settlement.

**IT IS FURTHER ORDERED** that all claims against the Board of Commissioners of the Port of New Orleans (terminated on 12/16/2008), CSX Transportation Corporation (terminated on 12/16/2008), CSX Transportation, Inc. (Terminated on 12/16/2008), the Public Belt Railroad Commission of the City of New Orleans (Terminated on 04/03/2009) ( Doc. 18452 in C.A. No. 05-4182) and the Sewerage and Water Board of New Orleans (Terminated on 12/17/2009) ( Doc. 19481 in C.A. 05-4182) in all cases consolidated herein shall be marked as **TERMINATED** based on the previous orders of this Court entered herein in this consolidated action.

**IT IS FURTHER ORDERED** that all claims against Great Lakes Dredge & Dock Company, L.L.C., Mike Hooks, Inc., T.L. James & Company, Inc., TLJIC, L.L.C., , on its own behalf and as successor by merger to T.L. James Marine, Inc., and T.L. James Marine, L.L.C, Gulf Coast Trailing Co., Manson Construction Co., Luhr Bros. Inc., King Fisher Marine Service, L.P., Pine Bluff Sand & Gravel Company and Weeks Marine, Inc., Bean Dredging, L.L.C., C.F. Bean L.L.C., Bean Stuyvesant, L.L.C., Stuyvesant Dredging Company, Stuyvesant Dredging, Inc. and Royal Boskalis Westminster N.V., in their own right and as successors to Bean Dredging Corporation, C.F. Bean Corporation, Bean Horizon Corporation and Bean Horizon L.L.C.,  Great Lakes Dredge & Dock Corporation of Delaware; Natco Dredging Limited Partnership; Great Lakes Trailing Company in all cases consolidated herein shall be marked as **TERMINATED** based on the previous orders of this Court entered herein in this consolidated action.

**IT IS FURTHER ORDERED** that all claims against Gulf Group Inc. of Florida (terminated on 09/12/2007) in all cases consolidated herein shall be marked as **TERMINATED** based on the previous orders of this Court entered herein in this consolidated action.

**IT IS FURTHER ORDERED** that all claims against National Union Fire Insurance Company of Pittsburgh  (terminated on 04/07/2010) (Doc.  18951 in C.A. No.  05-4182) in all

2

cases consolidated herein shall be marked as **TERMINATED** based on the previous orders of this Court entered herein in this consolidated action.

New Orleans, Louisiana, this   20th   day of December, 2013.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**