UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES         CIVIL ACTION
CONSOLIDATED LITIGATION
                                      NO. 05-4182

PERTAINS TO:                          SECTION "K"(2)

05-4181, 05-4182, 06-2824, 06-4024, 06-5155, 06-5161, 06-5162, 06-5260, 06-5308, 06-5785, 06-8708, 07-0621, 07-1073, 07-1113, 07-1271, 07-1285, 07-1349, 07-3173, 07-3500, 07-4386, 07-4391, 07-4392, 07-4550, 07-4555, 07-4562, 07-4837, 07-4906, 07-4914, 07-4943, 07-4945, 07-4953, 07-4965, 07-4969, 07-4976, 07-4979, 07-4995, 07-5007, 07-5011, 07-5012, 07-5013, 07-5016, 07-5020, 07-5021, 07-5022, 07-5040, 07-5067, 07-5074, 07-5096, 07-5128, 07-5174, 07-5254, 07-5286, 07-5327, 07-5339, 07-5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, 07-5366, 07-5375, 07-5397, 08-1151

## JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that judgment shall be entered in favor of defendant Washington Group International, Inc., against all plaintiffs in 05-4181, 05-4182, 06-2824, 06-4024, 06-5155, 06-5161, 06-5162, 06-5260, 06-5308, 06-5785, 06-8708, 07-0621, 07-1073, 07-1113, 07-1271, 07-1285, 07-1349, 07-3173, 07-3500, 07-4386, 07-4391, 07-4392, 07-4550, 07-4555, 07-4562, 07-4837, 07-4906, 07-4914, 07-4943, 07-4945, 07-4953, 07-4965, 07-4969, 07-4976, 07-4979, 07-4995, 07-5007, 07-5011, 07-5012, 07-5013, 07-5016, 07-5020, 07-5021, 07-5022, 07-5040, 07-5067, 07-5074, 07-5096, 07-5128, 07-5174, 07-5254, 07-5286, 07-5327, 07-5339, 07-5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, 07-5366, 07-5375, 07-5397, AND 08-1151, **DISMISSING** said claims **WITH PREJUDICE,** with each party to bear its/his/her own costs.

New Orleans, Louisiana, this 20th day of December, 2013.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE