UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES * | | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | SECTION "K" (2) |
| * | | |
| PERTAINS TO: * | | JUDGE: DUVAL |
| Baker 09-2643 * | | |
| * | | MAGISTRATE: WILKINSON |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel of Record:

**IT IS HEREBY ORDERED**, that Joseph M. Bruno, L. Scott Joanen, Melissa DeBarbieris, and Christopher M. Hatcher of Bruno and Bruno, LLP, be withdrawn as counsel of record for Plaintiffs, Dwight and Sandra Baker.

New Orleans, Louisiana, this  6th  day of     January    , 2014.

_____
UNITED STATES DISTRICT JUDGE