IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * (AND CONSOLIDATED CASES) |
| **PERTAINS TO:  MRGO** | * <br> * SECTION "K" (2) |
| **CASES NOS. 07-3173; 07-0621; 07-4906; 07-4914; 07-5022; 07-5074; 07-5096; 07-5128 and 07-5174** | * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

NOW COME all the plaintiffs in Civil Actions Nos. 07-3173; 07-0621; 07-4906; 07-4914; 07-5022; 07-5074; 07-5096; 07-5128; and 07-5174 (collectively "Plaintiffs") through their respective undersigned counsel and hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Judgment entered in these Civil Actions and dated December 20, 2013 (Case No. 05-4182, Doc. 21243) and the Order and Reasons dated December 20, 2013 (Case No. 05-4182, Doc. 21242).

New Orleans, Louisiana, this 14th day of January, 2014.

                                                                          Respectfully Submitted:

                                                                          *s/Camilo K. Salas III*
                                                                          CAMILO K. SALAS III (LSBA 11657)
                                                                          SALAS & Co., L.C.
                                                                          650 Poydras Street, Suite 2000
                                                                          New Orleans, Louisiana 70130
                                                                          Telephone: (504) 799-3080
                                                                          Facsimile: (504) 799-3085
                                                                          E-Mail: csalas@salaslaw.com

Shirin E. Harrell (LSBA 27495)
Eric R. Nowak (LSBA 27025)
HARRELL & NOWAK, LLC
650 Poydras Street, Suite 2107
New Orleans, Louisiana 70130
Telephone: (504) 522-7885
Facsimile: (504) 528-3131

Daniel E. Becnel, Jr. (#2926)
Law Offices of Daniel E. Becnel, Jr.
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Telephone: 985-536-1186
Facsimile: 985-536-6445
E-mail: dbecnel@becnellaw.com

A. J. Rebennack (LSBA No. 18677)
2325 North Hullen, Suite 104
Metairie, Louisiana 70001
Telephone:  504-831-3325
Fax:  504-831-1203
E-Mail: aj@ajlawyer.net

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 14, 2014,  I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Camilo K. Salas III*

CAMILO K. SALAS III

2