UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** * | | **CIVIL ACTION 05-4182** |
| **CONSOLIDATED LITIGATION** * | | |
| * | | |
| **PERTAINS TO:** * | | **SECTION "K" (2)** |
| * | | |
| *Connie Abadie, et al. v. Aegis Security* * | | **Judge Stanwood R. Duval, Jr.** |
| *Company, Case Number 06-5164* * | | |
| ************************************ | | |

## MOTION FOR LEAVE TO FILE CROSSCLAIM FOR INTERPLEADER

NOW INTO COURT, through the undersigned counsel, comes Bruno & Bruno, LLP, who, for reasons more fully explained in the accompanying memorandum of law, which is fully incorporated in this motion by reference, moves this Honorable Court for leave to file its Crossclaim for Interpleader.

/s/ Melissa DeBarbieris
JOSEPH M. BRUNO (NO.3604)
MELISSA DEBARBIERIS (NO.32124)
**Bruno & Bruno, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone:     (504) 525-1335
Facsimile:      (504) 581-1493

## CERTIFICIATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by place same in the U.S. Mail, postage prepaid and properly addresses on this 7th day of February 2014.

Deonne Jones
P.O. Box 1793
Metairie, LA 7004

Frank Blunt
4763 Camelot Dr.
New Orleans, LA 70127

Michael Blunt
8940 Morrison Rd.
New Orleans, LA 70127

/s/ Melissa DeBarbieris