UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES   * | | CIVIL ACTION 05-4182 |
| CONSOLIDATED LITIGATION   * | | |
|   * | | |
| PERTAINS TO:   * | | SECTION "K" (2) |
|   * | | |
| *Connie Abadie, et al. v. Aegis Security*   * | | **Judge Stanwood R. Duval**, Jr. |
| *Company, Case Number 06-5164*   * | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE
CROSSCLAIM FOR INTERPLEADER**

MAY IT PLEASE THE COURT:

I.

On October 28, 2010, Deonne Jones entered into a Confidential Receipt and Release Agreement (hereinafter "Agreement") with Encompass Property & Casualty Company (hereinafter "Encompass") to settle the Underlying Litigation. At that time, Bruno & Bruno, LLP (hereinafter "Bruno") disbursed the uncontested $44,850.00 to Deonne Jones Blunt, minus the attorney fees for that specific payment. After unsuccessful attempts to have Frank Blunt and Michael Blunt sign the accompanying paperwork for the remaining proceeds, Encompass refused to reissue any further stale settlement checks and, instead, electronically transferred the remaining proceeds of $47,900.00 (hereinafter "Proceeds") to the Bruno's trust account.

II.

Made defendants in Bruno's proposed Crossclaim for Interpleader are the following persons, all of whom, on information and belief, are known to have an interest in the Proceeds:

1. Deonne Jones, a person of the full age of majority, who, on information and belief, is a domiciliary and resident of the State of Louisiana;

2. Frank Blunt, a person of the full age of majority, who, on information and belief, is a domiciliary and resident of the State of Louisiana;

3. Michael Blunt, a person of the full age of majority, who, on information and belief, is a domiciliary and resident of the State of Louisiana; and

III.

The parties listed above may have an interest in the proceeds of the aforementioned settlement; the nature and extent of these various interests in these proceeds are currently known to Bruno. However, the aforementioned parties will not execute the necessary paperwork to allow Bruno to properly disburse the proceeds.

IV.

By reason of the foregoing, Bruno is unable to disburse to the proper payee(s) for the Proceeds paid pursuant to settlement of the Underlying Litigation, and is, or may be, exposed to multiple liabilities if it were to act unilaterally at the exclusion of one or more of the claimants.

V.

Bruno moves for leave to file its proposed Crossclaim for Interpleader in hopes that the proper payees can be determined and Bruno can satisfy its contractual obligation to tender the amount(s) due pursuant to the settlement agreement executed in conjunction with the Underlying Litigation.

VI.

Deonne Jones, Frank Blunt, and Michael Blunt are hereby notified of Bruno's intent to seek this Honorable Court's leave to file its' Crossclaim for Interpleader.

Respectfully submitted:

/s/ <u>Melissa DeBarbieris</u>
JOSEPH M. BRUNO (NO.3604)
MELISSA DEBARBIERIS (NO.32124)
**Bruno & Bruno, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone:     (504) 525-1335
Facsimile:     (504) 581-1493

3

## **CERTIFICIATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by place same in the U.S. Mail, postage prepaid and properly addresses on this 7th day of February 2014.

Deonne Jones
P.O. Box 1793
Metairie, LA 7004

Frank Blunt
4763 Camelot Dr.
New Orleans, LA 70127

Michael Blunt
8940 Morrison Rd.
New Orleans, LA 70127

/s/ Melissa DeBarbieris