UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES  * | | CIVIL ACTION 05-4182 |
| CONSOLIDATED LITIGATION  * | | |
| * | | |
| PERTAINS TO:  * | | SECTION "K" (2) |
| * | | |
| *Connie Abadie, et al. v. Aegis Security*  * | | Judge Stanwood R. Duval, Jr. |
| *Company, Case Number 06-5164*  * | | |
| ************************************* | | |

### CROSSCLAIM FOR INTERPLEADER

**NOW INTO COURT,** comes Bruno & Bruno, LLP (hereinafter "Bruno"), who submits the following Crossclaim for Interpleader under 28 U.S.C.A. § 1335, 28 U.S.C.A. §1397, and 28 U.S.C.A. § 2361.

1.

Plaintiff is a Louisiana corporation with its principal place of business in Louisiana.

2.

All adverse claimants are citizens of Louisiana, and the amount in controversy exceeds $500.00 as more fully appears below.  This Court has personal jurisdiction over these Defendants because Defendants are or were transacting business in this District within the relevant time periods. Venue is also proper in this District pursuant to 28 USC 1391 because a substantial part of the events giving rise to this action occurred in this District. Finally, both jurisdiction and venue were established in the original action, which gave rise to the instant matter.

3.

Pursuant to Fed. R. Civ. P. 22, named defendants herein are:

1. Deonne Jones, a person of the full age of majority, who, on information and belief, is a domiciliary and resident of the State of Louisiana;

2. Frank Blunt, a person of the full age of majority, who, on information and belief, is a domiciliary and resident of the State of Louisiana; and

3. Michael Blunt, a person of the full age of majority, who, on information and belief, is a domiciliary and resident of the State of Louisiana.

4.

Deonne Jones entered into a contract for homeowners insurance with Encompass Property & Casualty Company (hereinafter "Encompass") to provide coverage against certain perils for the property located at 3324-26 Montegut Street, New Orleans, Louisiana, including ancillary structures.

5.

On or about August 29, 2005, Hurricane Katrina caused damage to Southeastern Louisiana and more specifically the property located at 3324-26 Montegut Street, New Orleans, Louisiana.

6.

Upon notification of the effects of Hurricane Katrina on the subject property, Encompass opened a claims file and began the process of adjusting the loss to determine what damage, if any, was attributable to a peril covered under Encompass Policy No. 150087255 (the "Encompass Policy").

7.

During the adjustment of the loss, a series of inspections conducted by independent adjusters retained by Encompass determined that a certain amount of damage to the subject property was attributable to perils covered under the Encompass Policy.

8.

On August 28, 2006, the Plaintiff filed a cause of action entitled *Connie Abadie, et al. v. Aegis Security Insurance Company*, Case Number 06-5164, United States District Court for the Eastern District of Louisiana, seeking, *inter alia*, coverage under the Encompass policy for damages to the insured property due to Hurricane Katrina.

9.

On information and belief, the State of Louisiana, through the Division of Administration Office of Community Development, holds a lien on the subject property in the amount of $25,260.00.  Bruno has not received notice that lien held by the State of Louisiana, through the Division of Administration Office of Community Development, has been satisfied and thus, on information and belief, the State of Louisiana, through the Division of Administration Office of Community Development, remains an additional payee on the Settlement Check as per the terms of the contact of insurance at issue.

10.

On information and belief, Michael and Frank Blunt hold a lien on the subject property in an unknown amount.  Bruno has not received notice that lien held by Michael and Frank Blunt has been satisfied and thus, on information and belief, Michael and Frank Blunt remains an additional payee on the Settlement Check as per the terms of the contact of insurance at issue.

11.

Bruno & Bruno, LLP, and more specifically Joseph Bruno, Esq., was the attorney of record for the Plaintiffs and, on information and belief, has a contractual interest in proceeds from this suit.

12.

Bruno files this interpleader action to ensure that it makes the correct payments to the proper persons/entities.

13.

The parties listed above may have an interest in the proceeds of the aforementioned settlement; the nature and extent of these various interests in these proceeds are currently known to Bruno. However, the aforementioned parties will not execute the necessary paperwork to allow Bruno to properly disburse the proceeds.

14.

By reason of the foregoing, Bruno is unable to disburse to the proper payee(s) for the Proceeds paid pursuant to settlement of the Underlying Litigation, and is, or may be, exposed to multiple liabilities if it were to act unilaterally at the exclusion of one or more of the claimants.

15.

Unless the several defendants are restrained or enjoined from prosecuting suits against Bruno either directly or indirectly and from any effort to collect from Bruno any judgments rendered in any such suits, Bruno will be subjected to multiple or vexatious claims by those interested in the proceeds, inconsistent judgments, and will be prejudiced, and subjected to numerous suits, the outcome of which will not be properly determinative of the manner in which the proceeds should be apportioned among the several defendants. This matter, therefore, falls within the purview of 28 U.S.C.A. § 2361.

16.

Bruno is prepared to make payment of the proceeds to whichever defendant or defendants this Honorable Court shall designate as the proper payee(s). However, to facilitate the prompt

tender of funds to the appropriate parties and pursuant to Fed. R. Civ. P. 67, Bruno desires to deposit the proceeds into the Registry of this Honorable Court as more fully explained in the companion Motion for Leave to Deposit Funds into the Registry of the Court.

17.

Bruno requests leave of court and, by notice of this Counterclaim for Interpleader to the defendants, hereby notified each party of Bruno's intention to deposit the aforementioned Proceeds into the Registry of this Honorable Court as more fully plead in the companion filing.

18.

Bruno desires to be released from and relieved of all liability and responsibility in connection with the Proceeds so deposited.

WHEREFORE, Bruno prays as follows:

1. That Bruno be granted leave of court to deposit into the Registry of this Honorable Court the proceeds represented by the Settlement Checks, totaling $47,900.00;

2. That on Bruno's deposit of the proceeds into the Registry of this Honorable Court, Bruno will be discharged from any liability in this action;

3. That Bruno be released from and relieved of all liability and responsibility in connection with the funds so deposited;

4. That Defendants be cited and served in accordance with law and be impleaded and required to assert their respective claims contradictorily against all other parties claiming adversely, and that after all due proceedings are had herein, there be judgment distributing the funds so deposited as the interest of the parties may appear, and releasing Bruno from any liability with regard to the Proceeds;

5. That Bruno be released from and relieved of any and all liability or responsibility for costs herein, and that all costs of this proceeding be assessed against the Proceeds deposited into the Registry of this Honorable Court; and

6. That there be judgment in favor of Bruno granting all general and equitable relief.

Respectfully submitted:

/s/ Melissa DeBarbieris
JOSEPH M. BRUNO (NO.3604)
MELISSA DEBARBIERIS (NO.32124)
**BRUNO & BRUNO, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone: (504) 525-1335
Facsimile: (504) 581-1493

**CERTIFICIATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by place same in the U.S. Mail, postage prepaid and properly addresses on this 7th day of February 2014.

Deonne Jones
P.O. Box 1793
Metairie, LA 7004

Frank Blunt
4763 Camelot Dr.
New Orleans, LA 70127

Michael Blunt
8940 Morrison Rd.
New Orleans, LA 70127

/s/ Melissa DeBarbieris