UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | \* | **CIVIL ACTION 05-4182** |
| **CONSOLIDATED LITIGATION** | \* | |
| | \* | |
| **PERTAINS TO:** | \* | **SECTION "K" (2)** |
| | \* | |
| *Connie Abadie, et al. v. Aegis Security* | \* | **Judge Stanwood R. Duval, Jr.** |
| *Company, Case Number 06-5164* | \* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER ON MOTION FOR LEAVE TO FILE CROSSCLAIM FOR INTERPLEADER

Considering the foregoing Motion for Leave to File Crossclaim for Interpleader filed by plaintiff, Bruno & Bruno, LLP;

IT IS HEREBY ORDERED:

That plaintiff's Motion for Leave is hereby GRANTED and the clerk is instructed to file the proposed Interpleader into the record of these proceedings.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
U.S. District Judge