UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** * | | **CIVIL ACTION 05-4182** |
| **CONSOLIDATED LITIGATION** * | | |
| * | | |
| **PERTAINS TO:** * | | **SECTION "K" (2)** |
| * | | |
| *Connie Abadie, et al. v. Aegis Security* * | | **Judge Stanwood R. Duval, Jr.** |
| *Company, Case Number 06-5164* * | | |
| ************************************** | | |

## MOTION FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

NOW INTO COURT, through the undersigned counsel, comes Bruno & Bruno, LLP (hereinafter "Bruno"), who, in connection with a companion Crossclaim for Interpleader filed in this Court and for reasons more fully explained in the accompanying memorandum of law which is fully incorporated in this motion by reference, moves this Honorable Court for leave to deposit funds into the Registry of this Honorable Court pursuant to Fed. R. Civ. P. 67.

MAY IT PLEASE THE COURT:

I.

Bruno is holding the settlement funds paid pursuant to a settlement agreement by and among Deonne Jones and Encompass Property & Casualty Company (hereinafter "Encompass") in connection with a cause of action entitled *Connie Abadie, et al, v. Aegis Security Insurance Company*, United States District Court for the Eastern District of Louisiana, which sought, inter alia, coverage under the Encompass policy for damages due to Hurricane Katrina to property insured by Encompass (the "Underlying Litigation"). Specifically, Bruno is ready, willing, and able to disburse the settlement funds from its Trust Account totaling $47,900.00 (hereinafter the "Proceeds").

II.

Made defendants in a companion filing of Bruno's Crossclaim for Interpleader are the following persons, all of whom, on information and belief, are known to have an interest in the Proceeds:

1. Deonne Jones, a person of the full age of majority, who, on information and belief, is a domiciliary and resident of the State of Louisiana;

2. Frank Blunt, a person of the full age of majority, who, on information and belief, is a domiciliary and resident of the State of Louisiana; and

3. Michael Blunt, a person of the full age of majority, who, on information and belief, is a domiciliary and resident of the State of Louisiana.

III.

The parties listed above may have an interest in the proceeds of the aforementioned settlement; the nature and extent of these various interests in these proceeds are currently known to Bruno. However, the aforementioned parties will not execute the necessary paperwork to allow Bruno to properly disburse the proceeds.

IV.

By reason of the foregoing, Bruno is unable to disburse to the proper payee(s) for the Proceeds paid pursuant to settlement of the Underlying Litigation, and is, or may be, exposed to multiple liabilities if it were to act unilaterally at the exclusion of one or more of the claimants.

V.

The aforementioned companion filing asserting Bruno's Crossclaim for Interpleader has been filed in hopes that the proper payees can be determined and Bruno can satisfy its obligation

to tender the amount(s) due pursuant to the settlement agreement executed in conjunction with the Underlying Litigation.

VI.

The aforementioned parties are hereby notified of Bruno's intent to seek this Honorable Court's leave to deposit a total of $47,900.00 into the Registry of this Honorable Court.

WHEREFORE, Bruno & Bruno, LLP prays that this Honorable Court find this Motion for Leave to Deposit Funds Into the Registry of the Court, as well as the accompanying Memorandum in Support, sufficient and that the Motion be granted.

Respectfully submitted:

/s/ Melissa DeBarbieris
JOSEPH M. BRUNO (NO.3604)
MELISSA DEBARBIERIS (NO.32124)
**Bruno & Bruno, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone:	(504) 525-1335
Facsimile:	(504) 581-1493

## CERTIFICIATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by place same in the U.S. Mail, postage prepaid and properly addresses on this 7th day of February 2014.

Deonne Jones
P.O. Box 1793
Metairie, LA 7004

Frank Blunt
4763 Camelot Dr.
New Orleans, LA 70127

Michael Blunt
8940 Morrison Rd.
New Orleans, LA 70127

/s/ Melissa DeBarbieris