UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| | * | |
| *Connie Abadie, et al. v. Aegis Security* | * | **Judge Stanwood R. Duval, Jr.** |
| *Company, Case Number 06-5164* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

NOW INTO COURT, through the undersigned counsel, comes Bruno & Bruno, LLP (hereinafter "Bruno"), and in support of its Motion for Leave to Deposit Funds into the Registry of the Court, respectfully sets forth the following:

1. Fed. R. Civ. P. 67 allows a party, on notice to every other party and with leave of the Court, to deposit all or part of the money at issue into the registry of the Court.

2. Bruno is an interested stakeholder in settlement funds paid pursuant to a settlement agreement by and among Deonne Jones and Encompass Property & Casualty Company (hereinafter "Encompass") in connection with a cause of action entitled *Connie Abadie, et al, v. Aegis Security Insurance Company*, United States District Court for the Eastern District of Louisiana, which sought, inter alia, coverage under the Encompass policy for damages due to Hurricane Katrina to property insured by Encompass (the "Underlying Litigation"). Specifically, Bruno is ready, willing, and able to disburse payments from its Trust Account totaling $47,000.00 (hereinafter the "Proceeds").

3. Deonne Jones owned property located at 3324-26 Montegut Street, New Orleans, LA 70126 on August 29, 2005.

4. Encompass issued a policy of insurance, bearing policy number 150087255 to Deonne Jones for the policy period September 27, 2004 to September 27, 2005 affording property insurance protection for the property located at 3324-26 Montegut Street, New Orleans, Orleans Parish, Louisiana.

5. Not satisfied with payments, suit was filed by Deonne Jones to recover additional damages alleged to owed to her for damage caused by Hurricane Katrina in the suit entitled: *Connie Abadie, et al. v. Aegis Security Company*, No. 06-5164, Section "K", Division 2.

6. Subsequent to making the claim to Encompass for additional payments for damage caused by Hurricane Katrina, the claim of Deonne Jones was settled for an additional payment of $92,750.00, allocated by coverages as follows:

   Coverage A – Dwelling…………….   $47,900.00

   Coverage C – Contents…………….   $34,850.00

   Coverage D – Loss of Use…………   $10,000.00

7. Bruno & Bruno, LLP represented Deonne Jones in her claim against Encompass, and assert that they are entitled to their contractual fee on the settlement proceeds deposited into the Registry of the Court.

8. On October 28, 2010, Deonne Jones entered into a Confidential Receipt and Release Agreement (hereinafter "Agreement") with Encompass to settle the Underlying Litigation. At that time, Bruno disbursed the uncontested $44,850.00 to Deonne Jones Blunt, minus the attorney fees for that specific payment. After unsuccessful attempts to have Frank Blunt and Michael Blunt sign the accompanying paperwork for the remaining proceeds, Encompass refused to reissue any further stale settlement checks and, instead,

electronically transferred the remaining proceeds of $47,900.00 to the Bruno's trust account.

9. On information and belief, Frank Blunt and Michael Blunt held a mortgage on the subject property. Bruno has not received notice that the mortgage held by Frank Blunt and Michael Blunt has been satisfied and thus, on information and belief, Frank Blunt and Michael Blunt remain an additional payee on the Proceeds as per the terms of the contract of insurance at issue.

10. Upon information and belief, Deonne Jones executed a partial Assignment of Insurance Proceeds in connection with a Road Home grant prior to settlement with Encompass.

11. Deonne Jones, Frank Blunt, and Michael Blunt may have an interest in the proceeds of the aforementioned settlement in addition to the State of Louisiana, through the Division of Administration Office of Community Development and Bruno & Bruno, LLP; the nature and extent of these various interests in these proceeds are currently known to Bruno.  However, Deonne Jones, Frank Blunt, and Michael Blunt will not execute the necessary paperwork to allow Bruno to properly disburse the proceeds.

12. By reason of the foregoing, Bruno is unable to disburse to the proper payee(s) for the Proceeds paid pursuant to settlement of the Underlying Litigation, and is, or may be, exposed to multiple liabilities if it were to act unilaterally at the exclusion of one or more of the claimants.

13. A companion filing asserting Bruno's Crossclaim for Interpleader has been filed in hopes that the proper payees can be determined and Bruno can satisfy its contractual and statutory obligation(s) regarding the Proceeds at issue. Deposit of the Proceeds the Registry of this Honorable Court is in the interest of judicial efficiency.

Respectfully submitted:

/s/ Melissa DeBarbieris
JOSEPH M. BRUNO (NO.3604)
MELISSA DEBARBIERIS (NO.32124)
**BRUNO & BRUNO, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone:     (504) 525-1335
Facsimile:     (504) 581-1493

## **CERTIFICIATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic filing system and/or by place same in the U.S. Mail, postage prepaid and properly addresses on this 7th day of February 2014.

Deonne Jones
P.O. Box 1793
Metairie, LA 7004

Frank Blunt
4763 Camelot Dr.
New Orleans, LA 70127

Michael Blunt
8940 Morrison Rd.
New Orleans, LA 70127

/s/ Melissa DeBarbieris