UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| | * | |
| *Connie Abadie, et al. v. Aegis Security* | * | Judge Stanwood R. Duval, Jr. |
| *Company, Case Number 06-5164* | * | |

**************************************

## Notice of Submission

Considering the above and foregoing,

**PLEASE TAKE NOTICE** that the Motion for Leave to Deposit Funds into the Registry of the Court is set for hearing on March 5, 2014 before the Honorable Stanwood R. Duval, Jr., United States District Court, Eastern District of Louisiana, in accordance with the Local Rule.

Respectfully submitted,

/s/ Melissa DeBarbieris
Joseph M. Bruno (#3604)
Melissa A. DeBarbieris (#32124)
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 525-1335
Fax: (504) 561-6775
Email: jbruno@brunobrunolaw.com
Email: melissa@brunobrunolaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 7th day of February, served a copy of the foregoing pleading on all counsel for all parties by electronic service through the Court's CM/ECF system and/or by:

|  |  |
|---|---|
| (  ) Hand Delivery | (  ) Facsimile |
| (  ) Prepaid U.S. Mail | (  ) UPS/Federal Express |
| (  ) Electronic Mail | ( x ) Certified Mail, Return Receipt Requested |

                                  /s/ Melissa DeBarbieris