IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*******************************************
*
IN RE: KATRINA CANAL BREACHES     *     CIVIL ACTION NO.: 05-4182
CONSOLIDATED LITIGATION     *     (AND CONSOLIDATED CASES)
*
PERTAINS TO: MRGO     *     SECTION: "K" (2)
*
PERTAINS TO: 07-5083     *
*     JUDGE DUVAL
*
*
*     MAGISTRATE WILKINSON
*
* * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF APPEAL**

NOW INTO COURT come all of the Plaintiffs in 07-5083, namely, Chris B. Albrecht, BackupUSA, L.L.C., Brian Banks, Louis A. Becnel, Diane Bias, Diane Bias d/b/a Coude Gras Salon, Wilbert Bias, Wilbert Bias d/b/a M.B. Painting and Maintenance Inc., Donald A. Blunt, Sr., Marguerite Blunt, Helen Bezbak, M.D., Coude Gras, Inc., Yoshaka Brown, Cortney Colmore, Kavon Colmore, David A. Dalia, Dennis Dolbear, Shirley Dolbear, Beverly D. Dunbar, Percy L. Dunbar, Tony R. Dunbar, David C. Flettrich, Honeyetta Fogarty, Darren C. Foster, Michael B. Fussell, Ruby L. Fussell, Joycelyn Galloway, Rivers Galloway, Mark M.

Gonzales, Ward Gonzales, Suzanne Gordon, John H. Guidry, Alice Hamsher, Lana Hanshew, Claire G. Hebert, Keoka Jack, Juanita Jackson, Albert A. Jarrell, Jr., Carole B. Jarrell, David Jarrell, Hattie Jarrell, Clarence Jarrell, Edgar S. Jimenez, Keith J. Johnson, Lillian M. Johnson, Christopher Jones, Floyd Jones, Jr., Linda Jones, Janice L. Kazmier, Thomas E. King, Aziza Landrum, Clarence Landrum, Keva M. Landrum, Llordes B. Landrum, Beth Lasky, Michael Laviolette, Sr., Jeanne H. Lecesne, Lili LeGardeur, Lorena Lisi, M.B. Painting and Maintenance Services, Incorporated, Melanie Manning, Teryl Mason, Peggy R. Mayer, Salvatore J. Muolo, Lordeas G. Nix, Norreys, L.L.C., Betty H. Norris, William C. Norris, Jr., William Norris, III, Japhet Ogden, Lordeas B. Ogden, Trishawn Payne, Benjamin Rodriguez, David D. Samples, Ronald C. Schulingkamp, Brenda Sterling, Isaac Trapolin, Miles G. Trapolin, Karen Tschetter, Brian Welch, Brittney Welch, Cheryl Welch, Sharika Welch, Eva B.Whetstone, Michael Whetstone, Kitty White, Alton Williams, Cheryl Williams, Gwendolyn B. Williams, Karen Wimpelberg, Anne Winston, and Justin Winston, (collectively "Plaintiffs") through undersigned counsel, and hereby appeal to the United States Court of Appeals for the Fifth Circuit, pursuant to FRAP 4 and all applicable law, from the Judgment entered in these Civil Actions and dated December 20, 2013 (Case No. 05-4182, Doc. 21243) and the Order and Reasons dated December 20, 2013 (Case No. 05-4182, Doc. 21242).

New Orleans, Louisiana, this 12th day of February, 2014.

**RESPECTFULLY SUBMITTED**,

*s/ David A. Dalia*
**DAVID A. DALIA, BAR NO. 1320**
**830 UNION STREET, SUITE 302**
**NEW ORLEANS, LOUISIANA 70112**
**T: (504) 524-5541**
**E-MAIL: davidadalia@gmail.com**
**ATTORNEY FOR PLAINTIFFS**

**Certificate of Service**

I hereby certify that on the 12th day of February, 2014, a copy of the foregoing was filed electronically with the Clerk of the United States District Court for the Eastern District of Louisiana, using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ David A. Dalia*
David A. Dalia

-3-