UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 |
| PERTAINS TO: LEVEE, MRGO | SECTION: K/2 |

Filed in 10-77

## AMENDED ORDER AND REASONS

The caption of document 21242, the order and reasons filed on December 20, 2013, is hereby amended to reflect that it applies to Civil Action 10-77, not "0-0077", as originally indicated in document 21242 due to clerical error.

New Orleans, Louisiana, this  24th  day of February, 2014.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE