UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                          CIVIL ACTION
CONSOLIDATED LITIGATION

                                                      NO.  05-4182

PERTAINS TO:  LEVEE, MRGO                             SECTION: K/2

Filed in 10-77

## AMENDED JUDGMENT

The caption of document 21243, the judgment filed on December 20, 2013, and case number "0-0077" listed in the body of the judgment, are hereby amended to reflect that the judgment applies to Civil Action 10-77, not "0-0077", as originally indicated in document 21243 due to clerical error.

New Orleans, Louisiana, this  24th  day of February, 2014.

                                        STANWOOD R. DUVAL, JR.
                                        UNITED STATES DISTRICT JUDGE