UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| | * | |
| *Connie Abadie, et al. v. Aegis Security* | * | **Judge Stanwood R. Duval, Jr.** |
| *Company, Case Number 06-5164* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ORDER ON MOTION FOR LEAVE TO FILE CROSSCLAIM FOR INTERPLEADER

Considering the foregoing Motion for Leave to File Crossclaim for Interpleader filed by plaintiff, Bruno & Bruno, LLP;

IT IS HEREBY ORDERED:

That plaintiff's Motion for Leave is hereby GRANTED and the clerk is instructed to file the proposed Interpleader into the record of these proceedings.

New Orleans, Louisiana, this __24th__ day of _____February_____, 2014.

_____
U.S. District Judge