"Certification of Funds in the Registry"

PRINCIPAL: $ 22,831.98

Financial Deputy: K. Fang    Date: 2-20-14

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES * <br> CONSOLIDATED LITIGATION * <br>  * <br> PERTAINS TO:   C. Abadie, 06-5164   * <br>   * <br> This pleading applies only to the claim * <br> of Demetrias Temple regarding * <br> 5050 W. St. Andrew Circle * <br> New Orleans, LA 70128 * | CIVIL ACTION NO. 05-4182 <br><br> SECTION "K"(2) <br><br> JUDGE DUVAL <br><br> MAG. WILKINSON |

**********************************************************************

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS HEREBY ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $7,610.66 plus all interest earned less the assessment fee for the administration of funds, payable to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113, and mail or deliver the check to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $15,221.32 plus all interest earned less the assessment fee for the administration of funds, payable to Demetrias Temple, 5050 W. St. Andrew Circle, New Orleans, LA 70128, and mail or deliver the check to Demetrias Temple, 5050 W. St. Andrew Circle, New Orleans, LA 70128.

New Orleans, Louisiana, this 24th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE