U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 25 2014
WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

IN RE: KATRINA CANAL BREECHES LITIGATION

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:05-CV-4182

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

\_\_\_ Fee\_\_\_
\_\_\_ Process\_\_\_
X Dktd\_\_\_
\_\_\_ CtRmDep\_\_\_
\_\_\_ Doc. No.\_\_\_

CHARLES R. FULBRUGE, III
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana  FEB 2 0 2014

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 20, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 14-30060    In re: Katrina Canal Breaches
                USDC No. 2:05-CV-4182
                USDC No. 2:07-CV-621
                USDC No. 2:07-CV-3173
                USDC No. 2:07-CV-4906
                USDC No. 2:07-CV-4914
                USDC No. 2:07-CV-5022
                USDC No. 2:07-CV-5074
                USDC No. 2:07-CV-5096
                USDC No. 2:07-CV-5128
                USDC No. 2:07-CV-5174
```

Enclosed is an order entered in this case.*

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Cindy M. Broadhead, Deputy Clerk
504-310-7707

Mr. Daniel E. Becnel Jr.
Mr. William W. Blevins
Mr. Brian E Bowcut
Ms. Alisa Beth Klein
Mr. Keith H. Liddle
Mr. Albert J Rebennack
Mr. Camilo Kossy Salas III
Mr. Richard R. Stone Sr.
Ms. Abby Christine Wright

*P.S. to All Counsel: In light of the attached court order, the joint designation of record must be filed with the U.S. District Court, Eastern District of Louisiana, within 14 days from the date of this notice, or by not later than March 5, 2014. A copy of the joint designation should also be filed in this court through the ECF system in the above referenced appeal number.