UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION 05-4182 |
| PERTAINS TO: | * * | SECTION "K" (2) |
| *Connie Abadie, et al. v. Aegis Security Company, Case Number 06-5164* | * * | Judge Stanwood R. Duval, Jr. |

**************************************

## ORDER ON MOTION FOR LEAVE TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

Considering the foregoing Motion for Leave to Deposit Funds into the Registry of the Court;

IT IS HEREBY ORDERED:

That the Motion for Leave to Deposit Funds into the Registry of the Court be, and is hereby granted;

IT IS FURTHER ORDERED:

That the Clerk of Court, as soon as business allows, accepts a check in the amount of FORTY SEVEN THOUSAND NINE HUNDRED DOLLARS AND 0/100 ($47,900.00) payable to, "Clerk of Court, U.S. District Court, EDLA" to be handled as per the policies of this Court; and

IT IS FURTHER ORDERED:

That the Clerk of Court shall serve a signed copy of the order on the Fiscal Operations Manager of the Court.

New Orleans, Louisiana, this __24th__ day of _____February_____, 2014.

_____
U.S. District Judge