IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| | * | (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * | |
| | * | SECTION "K" (2) |
| CASES NOS. 07-3173; 07-0621; 07-4906; 07-4914; 07-5022; 07-5074; 07-5096; 07-5128 and 07-5174 | * | |
| | * | JUDGE DUVAL |
| | * | |
| | * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * *

## JOINT DESIGNATION OF RECORD NEEDED FOR APPEAL

NOW COME all the plaintiffs in Civil Actions Nos. 07-3173; 07-0621; 07-4906; 07-4914; 07-5022; 07-5074; 07-5096; 07-5128; and 07-5174 (collectively "Plaintiffs") who have appealed to the United States Court of Appeals for the Fifth Circuit (under appeal No. 14-30060) from the Judgment entered in these Civil Actions and dated December 20, 2013 (Case No. 05-4182, Doc. 21243) and the Order and Reasons dated December 20, 2013 (Case No. 05-4182, Doc. 21242), and pursuant to the Order entered February 20, 2014 by the Court of Appeals, hereby designate the pleadings that are needed for this appeal:

1. From Civil Action No. 05-4182, the pleadings having the following Docket Numbers:

10984 – District court opinion
19415 – District court decision
20088 – Judgment
21214 – Government's motion to dismiss
21227 – Opposition to motion to dismiss
21228 – Government's reply in support of motion to dismiss
21242 – Order dismissing cases
21243 – Judgment
21247 – Notice of Appeal

   9057 – USA Motion to stay All cases
10620 – Order and Reasons Granting Stay
10723 – Amended Order
10723-1  – Amended Order
10984 – Cited by Judge Duval in Doc. No. 21242
19920 – Same
19951 – Same
21172 – Same
21186 – Same
DX573 – (Defendant trial exhibit) Same
21211 – Motion to Lift Stay
21220 – Motion to Lift Stay

2. The entire record for each of these cases:  07-3173; 07-0621; 07-4906; 07-4914; 07-5022; 07-5074; 07-5096; 07-5128; and 07-5174.

Undersigned counsel has conferred with Abby Wright, counsel for defendant-appellant, the United States of America, who has agreed to this designation of the record for appeal purposes and, therefore, this pleading is being submitted as a joint designation with her approval.

New Orleans, Louisiana, this 5th day of March, 2014.

                                             Respectfully Submitted:

                                             *s/Camilo K. Salas III*
                                             CAMILO K. SALAS III (LSBA 11657)
                                             SALAS & Co., L.C.
                                             650 Poydras Street, Suite 2000
                                             New Orleans, Louisiana 70130
                                             Telephone: (504) 799-3080
                                             Facsimile: (504) 799-3085
                                             E-Mail: csalas@salaslaw.com


                                             Shirin E. Harrell (LSBA 27495)
                                             Eric R. Nowak (LSBA 27025)
                                             HARRELL & NOWAK, LLC
                                             650 Poydras Street, Suite 2107
                                             New Orleans, Louisiana 70130
                                             Telephone: (504) 522-7885
                                             Facsimile: (504) 528-3131

        Daniel E. Becnel, Jr. (#2926)
        Law Offices of Daniel E. Becnel, Jr.
        P.O. Drawer H
        106 W. Seventh Street
        Reserve, LA 70084
        Telephone: 985-536-1186
        Facsimile: 985-536-6445
        E-mail: dbecnel@becnellaw.com

        A. J. Rebennack (LSBA No. 18677)
        2325 North Hullen, Suite 104
        Metairie, Louisiana 70001
        Telephone:  504-831-3325
        Fax:  504-831-1203
        E-Mail: aj@ajlawyer.net

**Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 5th, 2014,  I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

        *s/Camilo K. Salas III*

        CAMILO K. SALAS III

3