UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION 05-4182 |
| PERTAINS TO: | * * | SECTION "K" (2) |
| *Connie Abadie, et al. v. Aegis Security Company*, Case Number 06-5164 | * * | Judge Stanwood R. Duval, Jr. |

*********************************

AFFIDAVIT OF MAILING

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

DANIEL SMART

who, after being duly sworn and under oath, declared that:

Appearer personally mailed by U.S. Mail, certified receipt number 7008 2810 0000 7714 5288, with sufficient postage attached, properly addressed to Deonne Jones, P.O. Box 1793, Metairie, LA 70004, a certified copy of the Motion for Leave to File Crossclaim for Interpleader; a certified copy of the Memorandum in Support of Motion for Leave to File Crossclaim for Interpleader; a certified copy of the Crossclaim for Interpleader; a certified copy of the proposed Order on Motion for Leave to File Crossclaim for Interpleader; a certified copy of the Motion for Leave to Deposit Funds Into the Registry of the Court; a certified copy of the Memorandum in Support of Motion for Leave to Deposit Funds into the Registry of the Court; and a certified copy of the Order on Motion for Leave to Deposit Funds into the Registry of the Court.

Appearer personally mailed by U.S. Mail, certified receipt number 7008 2810 0000 7714

5271, with sufficient postage attached, properly addressed to Michael Blunt, 8940 Morrison Rd., New Orleans, LA 70127, a certified copy of the Motion for Leave to File Crossclaim for Interpleader; a certified copy of the Memorandum in Support of Motion for Leave to File Crossclaim for Interpleader; a certified copy of the Crossclaim for Interpleader; a certified copy of the proposed Order on Motion for Leave to File Crossclaim for Interpleader; a certified copy of the Motion for Leave to Deposit Funds Into the Registry of the Court; a certified copy of the Memorandum in Support of Motion for Leave to Deposit Funds into the Registry of the Court; and a certified copy of the Order on Motion for Leave to Deposit Funds into the Registry of the Court.

Appearer personally mailed by U.S. Mail, certified receipt number 7008 2810 0000 7714 5295, with sufficient postage attached, properly addressed to Frank Blunt, 4763 Camelot Dr. New Orleans, LA 70127, a certified copy of the Motion for Leave to File Crossclaim for Interpleader; a certified copy of the Memorandum in Support of Motion for Leave to File Crossclaim for Interpleader; a certified copy of the Crossclaim for Interpleader; a certified copy of the proposed Order on Motion for Leave to File Crossclaim for Interpleader; a certified copy of the Motion for Leave to Deposit Funds Into the Registry of the Court; a certified copy of the Memorandum in Support of Motion for Leave to Deposit Funds into the Registry of the Court; and a certified copy of the Order on Motion for Leave to Deposit Funds into the Registry of the Court.

The return receipts indicating service on the defendants were made by delivery on February 18, 2014. Copies of the return receipts are attached hereto.

_____
Daniel Smart

SWORN TO AND SUBSCRIBED BEFORE ME, this 24th day of February, 2014.

_____
NOTARY PUBLIC
Melissa A. DeBarbieris
Notary Public #90406
Lifetime Commission

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Frank Blunt
   4763 Camelot Dr.
   New Orleans, LA 70127

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Frank Blunt    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Frank Blunt   C. Date of Delivery: 28-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0000 7714 5295

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Frank Blunt
   4763 Camelot Dr.
   New Orleans, LA 70127

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  Frank Blunt    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Frank Blunt   C. Date of Delivery: 28-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0000 7714 5295

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.03 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.03 |

Postmark Here — NEW ORLEANS — NOV 7 2014

Article Number: 7008 2810 0000 7714 5295

Sent To: Frank Blunt
Street, Apt. No.; or PO Box No.: 4763 Camelot Dr.
City, State, ZIP+4: New Orleans, LA 70127

PS Form 3800, August 2006 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Deonne Jones
    P.O. Box 1793
    Metairie, LA 70004

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Deonne Jones_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Deonne Jones    C. Date of Delivery: 2/13/14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [Postmark: FEB 13 2014]

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 2810 0000 7714 5288

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**UNITED STATES POSTAL SERVICE**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bruno & Bruno Law Firm
855 Baronne Street
New Orleans, LA 70113

Attn: Daniel S.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 2.83 |
| Certified Fee | 3.30 |
| Return Receipt Fee (Endorsement Required) | 2.70 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.03 |

[Postmark: FEB 7 2014 NEW ORLEANS]

Sent To: Deonne Jones
Street, Apt. No.; or PO Box No.: P.O. Box 1793
City, State, ZIP+4: Metairie, LA 70004

7008 2810 0000 7714 5288

PS Form 3800, August 2006    See Reverse for Instructions



