U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   MAR 14 2014

WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 14-30073

_____

CV 05-4182 - k

In re:  LOUISIANA PUBLIC SERVICE COMMISSION,

Cw 10-77

Petitioner

_____

Petition for a Writ of Mandamus to the
Federal Energy Regulatory Commission

_____

O R D E R :

IT IS ORDERED that the motion of Entergy Services, Incorporated, for leave to intervene on behalf of respondent, Federal Energy Regulatory Commission, is GRANTED.

IT IS FURTHER ORDERED that the motion of Entergy Services, Incorporated, for leave to file a response to the petition for writ of mandamus, is GRANTED.

IT IS FURTHER ORDERED that the motion of Entergy Services, Incorporated, for extension of time until March 3, 2014, in which to file its response, is GRANTED.  Louisiana Public Service Commission may file a reply to the response on or before March 7, 2014.

____ Fee_____
____ Process_____
 X  Dktd_____
____ CtRmDep_____
____ Doc. No._____

IT IS FURTHER ORDERED that the motion of Louisiana Public Service Commission for leave to reply to the Federal Energy Regulatory Commission's response to the petition for writ of mandamus is GRANTED.

/s/Edith Brown Clement

_____

EDITH BROWN CLEMENT
UNITED STATES CIRCUIT JUDGE

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

February 27, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

          No. 14-30073   Louisiana Public Svc Cmsn
                         USDC No. EL10-65-000
                         USDC No. EL11-65-000
                         USDC No. ER11-3658-000
                         USDC No. ER12-1920-000
                         USDC No. ER13-1595-000

Enclosed is an order entered in this case.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Cindy M. Broadhead, Deputy Clerk
                         504-310-7707

Ms. Carol Jayne Banta
Mr. William W. Blevins
Mr. Greg W. Camet
Mr. Michael Fontham
Mr. Brandon Mark Frey
Mr. John Lee Shepherd Jr.
Mr. Robert Harris Solomon