U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  MAR 18 2014
WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-30073

CV 05-4182-K
c/w 10-77

In re: LOUISIANA PUBLIC SERVICE COMMISSION,

        Petitioner

Petition for a Writ of Mandamus to the
Federal Energy Regulatory Commission

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the petition for writ of mandamus is DENIED.

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____ Deputy
New Orleans, Louisiana   MAR 1 2 2014

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 12, 2014

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

      No. 14-30073    Louisiana Public Svc Cmsn  
                           USDC No. EL10-65-000  
                           USDC No. EL11-65-000  
                           USDC No. ER11-3658-000  
                           USDC No. ER12-1920-000  
                           USDC No. ER13-1595-000

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Cindy M. Broadhead, Deputy Clerk  
504-310-7707

cc w/encl:  
    Ms. Carol Jayne Banta  
    Mr. Greg W. Camet  
    Mr. Michael Fontham  
    Mr. Brandon Mark Frey  
    Mr. John Lee Shepherd Jr.  
    Mr. Robert Harris Solomon