IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

Case No. 14-30136

IN RE: KATRINA CANAL BREECHES LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 20 2014
WILLIAM W. BLEVINS
CLERK

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans

2:05-CV-4182, etc.

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary'.

Lyle W. Cayce CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

Fee
Process
X Dktd
CtRmDep
Doc. No.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

March 19, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-30060 consolidated with 14-30136  
    In re: Katrina Canal Breaches  
               USDC No. 2:05-CV-4182  
               USDC No. 2:07-CV-5083

Enclosed is an order entered in this case.

Please be advised the designation of the record must be filed in the District Court and counsel must also provide this court with a copy of the designation at the time of filing.

The designations must be filed within 14 days from the date of this letter.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Connie Brown, Deputy Clerk  
                        504-310-7671

Mr. Daniel E. Becnel Jr.  
Mr. William W. Blevins  
Mr. Brian E Bowcut  
Mr. David Anthony Dalia  
Ms. Alisa Beth Klein  
Mr. Keith H. Liddle  
Mr. Albert J Rebennack  
Mr. Camilo Kossy Salas III  
Mr. Richard R. Stone Sr.  
Ms. Abby Christine Wright