IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION<br>*<br>* NO. 05-4182<br>* (AND CONSOLIDATED CASES) |
| PERTAINS TO:  MRGO | *<br>* SECTION "K" (2) |
| CASE NO. 07-5083 | *<br>* JUDGE DUVAL |
| * * * * * * * * * * * * * * * * * | *<br>* MAGISTRATE WILKINSON |

## JOINT DESIGNATION OF RECORD NEEDED FOR APPEAL

NOW COME all the plaintiffs in Civil Action No. 07-5083 (collectively "Plaintiffs") who have appealed to the United States Court of Appeals for the Fifth Circuit (under appeal No. 14-30136) from the Judgment entered and dated December 20, 2013 (Case No. 05-4182, Doc. 21243) and the Order and Reasons dated December 20, 2013 (Case No. 05-4182, Doc. 21242), and pursuant to the Order entered by the Court of Appeals, hereby designate the pleadings that are needed for this appeal:

   **1. From Civil Action No. 05-4182, the pleadings having the following Docket Numbers:**

   10984 ó District court opinion
   18446 ó USA's Proposed Findings of Fact and Conclusion of Law
   18447 ó Plaintiffs' Proposed Findings of Fact and Conclusion of Law
   18448 ó USA's Trial Brief
   18492 ó Plaintiffs' Trial Brief
   19020 ó Plaintiffs' Post Trial Brief
   19139 ó USA's Proposed Findings of Fact
   19140 ó USA's Post Trial Memorandum of Law
   19176 ó USA's Post Trial Memorandum of Law
   19415 ó Findings of Fact and Conclusions of Law
   20088 ó Judgment

    21214 – Government's motion to dismiss
    21227 – Opposition to motion to dismiss
    21228 – Government's reply in support of motion to dismiss
    21242 – Order dismissing cases
    21243 – Judgment
    21247 – Notice of Appeal
      9057 – USA Motion to stay All cases
    10620 – Order and Reasons Granting Stay
    10723 – Amended Order
    10723-1  – Amended Order
    10984 – Cited by Judge Duval in Doc. No. 21242
    19920 – Same
    19951 – Same
    21172 – Same
    21186 – Same
    DX573 – (Defendant trial exhibit) Same
    21211 – Motion to Lift Stay
    21220 – Motion to Lift Stay

**2. From Civil Action No. 07-5083:  The entire record of the District Court.**

Undersigned counsel has conferred with Abby Wright, counsel for defendant-appellant, the United States of America, who has agreed to this designation of the record for appeal purposes and, therefore, this pleading is being submitted as a joint designation with her approval.

New Orleans, Louisiana, this 3rd day of April, 2014.

                                      Respectfully Submitted:

                                      *s/Camilo K. Salas III*
                                      CAMILO K. SALAS III (LSBA 11657)
                                      SALAS & Co., L.C.
                                      650 Poydras Street, Suite 2000
                                      New Orleans, Louisiana 70130
                                      Telephone: (504) 799-3080
                                      Facsimile: (504) 799-3085
                                      E-Mail: csalas@salaslaw.com

                                      David A. Dalia
                                      830 Union Street, Suite 302
                                      New Orleans, LA 70112
                                      Telephone: (504) 524-5541
                                      E-Mail: davidadalia@gmail.com

                                      **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3rd, 2014, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to all counsel of record.

*s/Camilo K. Salas III*

CAMILO K. SALAS III
