UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | |
| **IN RE: KATRINA CANAL BREACHES** \* | **CIVIL ACTION NO.: 05-4182 K(2)** |
| **CONSOLIDATED LITIGATION** \* | |
| \* | |
| \* | **JUDGE: STANWOOD R. DUVAL, JR.** |
| **PERTAINS TO:** \* | |
| **C. ABADIE, 06-5164** \* | |
| \* | |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | |

**UNOPPOSED MOTION
BY JPMORGAN CHASE BANK, N.A.
FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation, which, for purposes of this Unopposed Motion for Summary Judgment, respectfully represents that:

1.   Funds were placed into the registry of this Honorable Court by Lexington Insurance Company for property damages to the home of Demetrias Temple ("Temple") caused by Hurricane Katrina.

2.   After Lexington placed the sum of TWENTY-THREE THOUSAND AND 00/100 ($23,000.00) DOLLARS it filed and this Court granted its Motion to Dismiss.

3. Mover Chase has no interest in the funds and as disbursement has been made pursuant to the Motion for Allowance for Attorney's Fees and Disbursement of Funds from the Registry of the Court Chase now seeks for this proceeding to be dismissed.

4. Neither Temple nor Bruno & Bruno, LLP, have any opposition or objection to the granting of this motion.  Other than Temple and Bruno & Bruno, LLP, there are no other parties to this litigation which have asserted a timely claim to the funds.

5. With the funds being fully disbursed there are no other steps to be taken in this case.  There exist no genuine issues of material facts and summary judgment relief dismissing this case is warranted.

6. Chase attaches a supporting memorandum and statement of uncontested facts.

WHEREFORE, JPMorgan Chase Bank, N.A., prays that its Motion for Summary Judgment be granted and that an order be issued by this Honorable Court dismissing this proceeding with prejudice, with each party to bear its own costs.

**Respectfully submitted,**

**TAGGART MORTON, L.L.C.**

*/s/ Barry Grodsky*

_____
**BARRY H. GRODSKY, Bar Roll No. 1388**
**2100 Energy Centre**
**1100 Poydras Street**
**New Orleans, Louisiana 70163-2100**
**Telephone: (504) 599-8500**
**Telecopier: (504) 599-8501**

*Attorneys for JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation.*