UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE: KATRINA CANAL BREACHES  \*   CIVIL ACTION NO.: 05-4182 K(2)
CONSOLIDATED LITIGATION   \*
                            \*
                            \*   JUDGE: STANWOOD R. DUVAL, JR.
PERTAINS TO:                \*
C. ABADIE, 06-5164          \*
                            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM BY JPMORGAN CHASE BANK, N.A.
### IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

MAY IT PLEASE THE COURT,

The home of Demetrias Temple ("Temple") was damaged in Hurricane Katrina and she settled with her insurer, Lexington Insurance Company ("Lexington"). As part of the settlement, Lexington placed the sum of TWENTY-THREE THOUSAND AND 00/100 ($23,000.00) DOLLARS into the Court's Registry pursuant to interpleader. An issue existed as to the amount of the disbursement to Bruno & Bruno, LLP, Temple's attorney, Chase, which holds a mortgage on the affected property and Temple as the homeowner.

After Lexington placed the funds into the Registry it was dismissed from the case. Chase advised Temple's counsel that Chase would not assert an interest in the funds irrespective of its mortgage. Accordingly, Temple filed a Motion for Allowance for Attorney's Fees and Disbursement of Funds from the Registry of the Court.

The order on this motion was granted on February 24, 2014 and disbursement has taken place. Bruno & Bruno, LLP has received the amount of SEVEN THOUSAND SIX HUNDRED

SIXTY-SIX AND 66/100 ($7,666.66) DOLLARS (plus interest earned less the assessment fee for administration of the funds) with the balance being disbursed to Temple.  Chase did not assert a claim.  The State of Louisiana, Division of Administration, Office of Community Development, the assignee or subrogee of interests in Temple's insurance proceeds under the Road Home subrogation and assignment agreement did not assert a claim to the proceeds.  The time to make such a claim has lapsed.

With the disbursement of these funds, there are no additional funds held by the Court for disbursement.  Additionally, there are no other steps to be taken in the administration of this case.  There are no matters set for hearing.  Bruno & Bruno, LLP, and Temple have no objection or opposition to the granting of this motion as evidenced by the letter attached hereto as Exhibit "1".  There are no other steps necessary for the Court to take in this case and Chase respectfully avers that the matter should be dismissed at this time by the granting of this motion.

There exist no genuine issues of material facts and Chase is entitled to the relief sought as a matter of law.

**Respectfully submitted,**

**TAGGART MORTON, L.L.C.**

*/s/ Barry Grodsky*
_____
**BARRY H. GRODSKY, Bar Roll No. 1388**
**2100 Energy Centre**
**1100 Poydras Street**
**New Orleans, Louisiana 70163-2100**
**Telephone: (504) 599-8500**
**Telecopier: (504) 599-8501**

*Attorneys for JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation.*