UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES \* | | CIVIL ACTION NO.: 05-4182 K(2) |
| CONSOLIDATED LITIGATION \* | | |
| \* | | |
| \* | | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: \* | | |
| C. ABADIE, 06-5164 \* | | |
| \* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STATEMENT OF UNCONTESTED FACTS

NOW INTO COURT, through undersigned counsel, comes JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation ("Chase"), mover in Motion for Summary Judgment, which for purposes of its Motion for Summary Judgment, herewith submits its Statement of Facts As to Which There Exists No Genuine Issue:

1. Demetrias Temple ("Temple") owned immovable property located at 5050 St. Andrew Circle, New Orleans, Louisiana 70128 upon which Chase holds the mortgage.

2. The property was insured by Lexington Insurance Company.

3. The property was damaged by Hurricane Katrina.

4. The portion of the insurance covering the immovable property totaled TWENTY-THREE THOUSAND AND 00/100 ($23,000.00) DOLLARS and Lexington Insurance

Company placed that money into the Court's Registry and subsequently was dismissed from the case.

     5.    Chase has no interest in the funds and is not seeking any portion of the funds.

     6.    The State of Louisiana, Division of Administration, Office of Community Development, the assignee or subrogee of interests in Temple's insurance proceeds under the Road Home subrogation and assignment agreement did not assert any claim to these proceeds.

          **Respectfully submitted,**

          **TAGGART MORTON, L.L.C.**

          */s/ Barry Grodsky*

          _____
          **BARRY H. GRODSKY, Bar Roll No. 1388**
          **2100 Energy Centre**
          **1100 Poydras Street**
          **New Orleans, Louisiana 70163-2100**
          **Telephone: (504) 599-8500**
          **Telecopier: (504) 599-8501**

          *Attorneys for JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation.*