## Taggart Morton, LLC
ATTORNEYS AND COUNSELLORS AT LAW

**BARRY H. GRODSKY**
DIRECT DIAL (504) 599-8535
E-MAIL bgrodsky@taggartmorton.com

2100 ENERGY CENTRE
1100 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70163-2100
TELEPHONE (504) 599-8500
FACSIMILE (504) 599-8501
www.taggartmorton.com

COVINGTON, LA OFFICE

71206 HENDRY AVENUE
COVINGTON, LOUISIANA 70433
TELEPHONE (504) 892-8592
FACSIMILE (504) 809-9237

21 March 2014

***VIA ELECTRONIC MAIL***

Ms. Melissa A. DeBarbieris, Esq.
Bruno & Bruno
855 Baronne Street
New Orleans, Louisiana 70113

Re:     ***Katrina Canal Breaches Consolidated Litigation***
        **C. Abadie, 06-5164.**

Dear Melissa:

As a follow up to our recent exchange of emails, I wanted to confirm that neither Demetrias Temple nor the law firm of Bruno & Bruno have an objection or opposition to the granting of the summary judgment motion I will file for JPMorgan Chase Bank, N.A. seeking a dismissal of the interpleader filed by Lexington Insurance Company. Copies of the pleadings are attached.

This request is being made as all funds held by the court having been deposited by Lexington Insurance Company have been disbursed and no other disbursements will be made.

If this is acceptable, I would be most appreciative if you would sign the duplicate original of this letter and return it to me. I will attach it as an exhibit to the motion.

Thank you for your courtesy in this issue and your cooperation throughout. I remain,

Sincerely yours,

Barry H. Grodsky

MELISSA A. DeBARBIERIS