UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
IN RE: KATRINA CANAL BREACHES   \*   CIVIL ACTION NO.: 05-4182 K(2)
CONSOLIDATED LITIGATION         \*
                                \*
                                \*   JUDGE: STANWOOD R. DUVAL, JR.
PERTAINS TO:                    \*
C. ABADIE, 06-5164              \*
                                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Summary Judgment, supporting memorandum and Statement of Uncontested Facts filed by JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation has been served upon all counsel of record through the CM-ECF Filing System for the United States District Court for the Eastern District of the State of Louisiana and *via* electronic mail on:

Ms. Melissa A. DeBarbieris, Esq.
Law Office of Joseph M. Bruno, APLC
855 Baronne St.
New Orleans, Louisiana  70113

*Counsel for Demetrias Temple.*

I further certify that a copy of this filing was sent to the following unrepresented parties by First-Class Mail, properly addressed and postage prepaid:

Louisiana Recovery Authority
c/o Tom Brennan
150 N. 3rd St., Ste. 500
Baton Rouge, Louisiana

      This 8th day of April, 2014.

                                            */s/ Barry Grodsky*
                                        _____
                                        **BARRY H. GRODSKY**