UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES** \* | **CIVIL ACTION NO.: 05-4182 K(2)** |
| **CONSOLIDATED LITIGATION** \* | |
| \* | |
| \* | **JUDGE: STANWOOD R. DUVAL, JR.** |
| **PERTAINS TO:** \* | |
| **C. ABADIE, 06-5164** \* | |
| \* | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF SUBMISSION

NOTICE IS HEREBY GIVEN that JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation has filed its Motion for Summary Judgment. A copy of the Motion can be found on the Court's website at www.laed.uscourts.gov or by contacting undersigned counsel.

NOTICE IS FURTHER GIVEN that a hearing will be held before United States District Judge Stanwood R. Duval, Jr., at 500 Poydras Street, Courtroom C-352, New Orleans, Louisiana 70130, on the 14th day of May, 2014, at 9:03 a.m. to consider and rule on said Motion for Summary Judgment and any opposition that may be filed in connection.

NOTICE IS FURTHER GIVEN that any interested party opposing the Motion for Summary Judgment file a written objection or response with the Clerk of Court, United States

District Court for the Eastern District of Louisiana *via* the Court's CM/ECF filing system on or before 5:00 p.m. no later than seven (7) calendar days prior to the scheduled hearing.

**New Orleans, Louisiana this 8th day of April, 2014.**

        **Respectfully submitted,**

        **TAGGART MORTON, L.L.C.**

        */s/ Barry Grodsky*
        _____
        **BARRY H. GRODSKY, Bar Roll No. 1388**
        **2100 Energy Centre**
        **1100 Poydras Street**
        **New Orleans, Louisiana 70163-2100**
        **Telephone: (504) 599-8500**
        **Telecopier: (504) 599-8501**

        *Attorneys for JP Morgan Chase Bank, National Association, successor-by-merger to Chase Home Finance, LLC, and ultimate successor to Chase Manhattan Mortgage Corporation.*