UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>    Abadie  06-5164 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

At the request of Melissa DeBarbieris, counsel for Bruno & Bruno, LLP, a **Settlement Conference** is set in this case on **MAY 29, 2014 at 3:30 p.m.** before the undersigned magistrate judge as to the "CrossClaim for Interpleader," Record Doc. No. 21263, filed by Bruno & Bruno, LLP, as to defendants Deonne Jones, Frank Blunt and Michael Blunt.

New Orleans, Louisiana, this ____1st____ day of May, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. STANWOOD R. DUVAL, JR.**

**MELISSA DEBARBIERIS**
**BRUNO & BRUNO, LLP**
**855 BARONNE STREET**
**NEW ORLEANS, LA 70113**

**DEONNE JONES**
**P.O. BOX 1793**
**METAIRIE, LA 70004**

**FRANK BLUNT**
**4763 CAMELOT DR.**
**NEW ORLEANS, LA 70127**

**MICHAEL BLUNT**
**8940 MORRISON RD.**
**NEW ORLEANS, LA  70127**