# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| IN RE:  KATRINA CANAL BREACHES | * CIVIL ACTION |
| CONSOLIDATED LITIGATION | * |
| | * NO. 05-4182 |
| | * |
| PERTAINS TO:   05-4181, 05-4182, 05-4191, 05- | * SECTION "K" (2) |
| 5237, 05-6069, 05-6073, 05-6314, 05-6324, 05-6327, | * |
| 05-6359, 06-0020, 06-0225, 06-0886, 06-1885, 06- | * |
| 2152, 06-2278, 06-2287, 06-2824,   06-4024, 06- | * JUDGE DUVAL |
| 4065, 06-4066, 06-4389, 06-4634, 06-4931, 06-5032, | * |
| 06-5155, 06-5159, 06-5161, 06-5162,  06-5260, 06- | * MAGISTRATE WILKINSON |
| 5308, 06-5771, 06-5785, 06-5786, 06-5937, 06-8708, | |
| 06-9151, 07-0206, 07-0621, 07-1073, 07-1113, 07- | |
| 1271, 07-1285, 07-1286, 07-1349, 07-3173, 07-3500, | |
| 07-4386, 07-4391, 07-4392, 07-4550, 07-4555, 07- | |
| 4562, 07-4837, 07-4906, 07-4914, 07-4943, 07-4945, | |
| 07-4953, 07-4965, 07-4969, 07-4976, 07-4979, 07- | |
| 4995, 07-5007, 07-5011, 07-5012, 07-5013, 07-5016, | |
| 07-5020, 07-5021, 07-5022, 07-5040, 07-5067, 07- | |
| 5074, 07-5096, 07-5128, 07-5174, 07-5254, 07-5286, | |
| 07-5327, 07-5339, 07-5343, 07-5344, 07-5347, 07- | |
| 5350, 07-5355, 07-5356, 07-5366, 07-5375, 07-5397, | |
| 08-1151 | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *  *

# O R D E R

Considering  Washington  Group  International,  Inc.'s  Motion  to  Withdraw  as

Counsel of Record;

**IT IS ORDERED** that Brian J. Kerwin of the law firm Jones Day, 51 Louisiana

Avenue, N.W., Washington, D.C.  20001-2113 be and hereby is withdrawn as counsel of record

for Defendant Washington Group International, Inc. in all cases in these consolidated proceedings.

      New Orleans, Louisiana, this _____ day of May, 2014.

 

_____
UNITED STATES DISTRICT JUDGE