MINUTE ENTRY
WILKINSON, M. J.
MAY 29, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES<br>            CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K" (2) |
| PERTAINS TO:   INSURANCE<br>                          <u>Abadie</u> C.A. No. 06-5164 | JUDGE DUVAL<br>MAG. WILKINSON |

     A settlement conference was conducted on this date concerning the interpleader of Bruno & Bruno LLP in the matter of disbursement of settlement funds for a claim asserted by Deonne Jones relating to property at 3324-26 Montegut Street, New Orleans, LA., and as to which her brothers, Frank and Michael Blunt, also have claims as additional insureds. No settlement was reached. Ms. Jones and Michael Blunt were directed to discuss the matter among the three siblings to determine if an agreement can be reached and, if not, to file any appropriate motions.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

MJSTAR  1:40