UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 "K"(2) |
| PERTAINS TO: INSURANCE<br>Abadie  06-5164 | JUDGE DUVAL<br>MAG. WILKINSON |

### ORDER

In response to my previous minute entry, Record Doc. No. 21276, I have received a statement signed by Deonne Jones, Frank Blunt, Jr., and Michael Blunt, which I have separately filed in both records (C.A. Nos. 05-4182 and 06-5164). Melissa DeBarbieris, counsel for Bruno & Bruno, LLP, is directed to confirm the authenticity of the agreement and file appropriate motions for entry of the consent judgment concerning the "CrossClaim for Interpleader," Record Doc. No. 21263, together with a motion for disbursement of the funds from the registry of the court consistent with the agreement of all parties as required by Local Rule 67.3.

New Orleans, Louisiana, this ____5th_____ day of June, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**

**HON. STANWOOD R. DUVAL, JR.**

**MELISSA DEBARBIERIS**
**BRUNO & BRUNO, LLP**
**855 BARONNE STREET**
**NEW ORLEANS, LA 70113**

**DEONNE JONES**
**P.O. BOX 1793**
**METAIRIE, LA 70004**

**FRANK BLUNT**
**4763 CAMELOT DR.**
**NEW ORLEANS, LA 70127**

**MICHAEL BLUNT**
**8940 MORRISON RD.**
**NEW ORLEANS, LA 70127**