June 3, 2014

RE: SETTLEMENT CLAIM

TO WHOM IT MAY CONCERN:

I, MICAHEL BLUNT ALONG WITH MY SIBLINGS; FRANK BLUNT AND DEONNE JONES HAS COME TO AN AGREEMENT TO SPLIT THE SETTLEMENT SUM AMONG THE THREE (3) OF US.

IF ANYMORE INFORMATION IS NEEDED YOU MAY CONTACT ME AT: 713-429-7717.

SINCERELY,


MICHAEL BLUNT



