UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES * | | CIVIL ACTION 05-4182 |
| CONSOLIDATED LITIGATION * | | |
| * | | |
| PERTAINS TO: * | | SECTION "K" (2) |
| * | | |
| *Connie Abadie, et al. v. Aegis Security* * | | **Judge Stanwood R. Duval, Jr.** |
| *Company, Case Number 06-5164* * | | |

**************************************************************************

## MOTION FOR ALLOWANCE FOR ATTORNEY'S FEES AND DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT

**CONSIDERING THE FOREGOING:**

NOW INTO COURT, come Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt and Bruno & Bruno, LLP, who move this Honorable Court for allowance of attorney's fees and disbursement of funds from the Registry of the Court based upon the following representations.

I.

Plaintiff Deonne Jones made a claim against her homeowner's insurance company for additional monies due to her for damages sustained by her home during Hurricane Katrina. As a result of Plaintiff's damages, Encompass Property & Casualty Company offered to settle her claim for the amount of $92,750.00, of which $47,900.00 is in question and before this Honorable Court and currently in the Registry of the Court.

II.

Undersigned counsel, Bruno & Bruno, LLP is seeking attorney's fees in the amount of $18,773.33. (See attached disbursement/ settlement statements attached as Exhibit "A").

III.

The State of Louisiana, Division of Administration, Office of Community Development ("the State"), the assignee or subrogee of interests in Plaintiffs' insurance proceeds under the

Road Home subrogation and assignment agreement, has asserted a claim to the amount of $25,260.00. (See attached Road Home Consent attached as Exhibit "B").

IV.

Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt are in agreement to split the remaining $3,866.67 as evidenced by their joint letter to this Honorable Court dated June 3, 2014. Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt wish for a consent judgment to be entered in this matter, the funds to be removed from the Registry of the Court and for the Clerk to disburse to each the amount of $1,288.89 (or 1/3 each and deriving from the $3,866.67 in remaining proceeds in the Registry of the Court).  (See attached letter dated June 3, 2014 from Deonne Jones, Frank Blunt, and Michael Blunt attached as Exhibit "C").

V.

Plaintiffs propose that the aforementioned amounts assigned to Bruno & Bruno, LLP, and the State are removed from the Registry of the Court and are disbursed to Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt; Bruno & Bruno, LLP; and the State, respectively.

VI.

Wherefore, Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt consent to the foregoing and pray that the funds are removed from the Registry of the Court, and are disbursed to the proper parties. Plaintiffs request the Clerk be authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the amount of $18,773.33 plus all interest earned less the assessment fee for the administration of funds to Bruno & Bruno, LLP. Plaintiffs further request the Clerk be authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the principal amount of $25,260.00 plus all interest earned less the assessment fee for the administration of funds to the State.  Plaintiffs additionally request the

Clerk be authorized and directed to draw three (3) checks on the funds on deposit in the Registry of this Court in the amounts of $1,288.89 plus all interest earned less the assessment fee for the administration of fund to Deonne Jones, Frank Blunt, and Michael Blunt, respectively.

        Respectfully submitted,

        **BRUNO & BRUNO, LLP**

        /s/ Melissa A. DeBarbieris
        JOSEPH M. BRUNO (3604)
        MELISSA A. DEBARBIERIS (32124)
        855 Baronne St.
        New Orleans, LA 70113
        Tel: (504)525-1335
        Fax: (504)581-1493
        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 16th day of June, 2014.

        /s/ Melissa A. DeBarbieris
        Melissa A. DeBarbieris