# BRUNO & BRUNO, LLP
## 855 BARONNE STREET
## NEW ORLEANS, LA 70113

May 29, 2014

RE: Our File Number:   11792.7636   **Deonne B. Jones**

The following information is in reference to the settlement in your case:

| | | |
|---|---|---:|
| The contingency fee percentage is: | 40% | |
| The total amount of the settlement is: | | $ 42,100.00 |
| This breaks down as follows: | | |
| | 1.  TOTAL SETTLEMENT: | $ 42,100.00 |
| LESS: | 2.  TOTAL LEGAL FEE: | $ 16,840.00 |
| | 3.  TOTAL EXPENSES: | $ 0.00 |
| | 4.  TOTAL ADVANCES: | $ 0.00 |
| 5.  (2+3+4) | TOTAL DEDUCTIONS FROM SETTLEMENT: | $ 16,840.00 |
| | 6.  TOTAL DUE TO ROAD HOME: | $ 25,260.00 |
| | 7.  TOTAL AMOUNT TO BE DISBURSED:: | $ 0.00 |

**I authorize Joseph M. Bruno to endorse, deposit, and distribute the check referenced above to the appropriate parties upon Road Home approval. Additionally, this specifically authorizes Joseph M. Bruno to deduct from the settlement proceeds, amounts sufficient to pay attorneys fees indicated on the settlement breakdown above.**

_____            _____
           Frank Blunt                                            Date

_____            _____
         Michael Blunt                                            Date

EXHIBIT A

**BRUNO & BRUNO, LLP**
**855 BARONNE STREET**
**NEW ORLEANS, LA 70113**

May 29, 2014

RE: Our File Number:   11792.7636   **Frank Blunt and Michael Blunt**

The following information is in reference to the settlement in your case:

| | | |
|---|---|---:|
| The contingency fee percentage is: | 33.33333% | |
| The total amount of the settlement is: | | $ 5,800.00 |
| This breaks down as follows: | | |
| | 1. TOTAL SETTLEMENT: | $ 5,800.00 |
| LESS: | 2. TOTAL LEGAL FEE: | $ 1,933.33 |
| | 3. TOTAL EXPENSES: | $ 0.00 |
| | 4. TOTAL ADVANCES: | $ 0.00 |
| 5. (2+3+4) TOTAL DEDUCTIONS FROM SETTLEMENT: | | $ 1,933.33 |
| **6. (1-5) TOTAL AMOUNT DUE CLIENT:** | | $ 3,866.67 |

**My signature signifies that I have received a copy of this settlement statement and expense sheet and I agree with the contents. Additionally, I authorize Joseph M. Bruno to endorse and deposit the check referenced above for the purpose of disbursing this check to myself and/or to any other third parties involved.**

_____     _____
           Frank Blunt                                                  Date

_____     _____
          Michael Blunt                                                 Date