# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| | * | |
| *Connie Abadie, et al. v. Aegis Security* | * | **Judge Stanwood R. Duval, Jr.** |
| *Company, Case Number 06-5164* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PROPOSED ORDER

**WHEREAS** Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt previously asserted competing claims to funds held in the Registry of the Court, the Plaintiffs have conferred and consented to disbursement of the funds being held in the Registry of the Court as follows:

**IT IS HEREBY ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $18,773.33 plus all interest earned less the assessment fee for the administration of funds, payable to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113, and mail or deliver the check to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $25,260.00 plus all interest earned less the assessment fee for the administration of funds, payable to the Louisiana Division of Administration, Disaster Recovery Unit-Attention Subrogation, Post Office Box 94095, Baton Rouge, LA 70804, and mail or deliver the check to Louisiana Division of Administration, Disaster Recovery Unit-Attention Subrogation, Attention: Patrick Keller at Post Office Box 94095, Baton Rouge, LA 70804.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $1,288.89 plus all interest earned less the assessment fee for the administration of funds, payable to Deonne Jones and mail or deliver the check to Deonne Jones, P.O. BOX 1793, Metairie, LA 70004.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $1,288.89 plus all interest earned less the assessment fee for the administration of funds, payable to Frank Blunt and mail or deliver the check to Frank Blunt, 4763 Camelot Dr., New Orleans, LA 70127.

**IT IS FURTHER ORDERED** that the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $1,288.89 plus all interest earned less the assessment fee for the administration of funds, payable to Michael Blunt and mail or deliver the check to Michael Blunt, 8940 Morrison Rd., New Orleans, LA 70127.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE