UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| | * | |
| *Connie Abadie, et al. v. Aegis Security* | * | **Judge Stanwood R. Duval, Jr.** |
| *Company, Case Number 06-5164* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION TO WITHDRAW PLAINTIFFS' MOTION FOR ALLOWANCE OF ATTORNEY'S FEES AND DISBURSEMENT OF FUNDS FROM THE REGISTRY OF THE COURT AND MOTION FOR ALLOWANCE OF ATTORNEY'S FEES AND DISBURSEMENT OF FUNDS

NOW INTO COURT, through undersigned counsel, come Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt and Bruno & Bruno, LLP who move the Court to withdraw from its consideration Plaintiffs' *Motion for Allowance of Attorney's Fees and Disbursement of Funds from the Registry of the Court*.

Plaintiff Deonne Jones filed the instant suit against her homeowner's insurance company for additional monies due to her for damages sustained by her home during Hurricane Katrina. As a result of Plaintiff's damages, Encompass Property & Casualty Company offered to settle her claim for the amount of $92,750.00, of which $47,900.00 remained in question. Ms. Jones and additional payees Frank and Michael Blunt conferred and entered into an agreement regarding the disbursement of those funds.

On June 16, 2014, Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt and Bruno & Bruno, LLP filed their *Motion for Allowance for Attorney's Fees and Disbursement of Funds from the Registry of the Court*. (Rec. Doc. 21280). Plaintiffs wish to withdraw that Motion, as Plaintiff Bruno & Bruno, LLP inadvertently neglected to deposit the funds at issue in the Registry of the Court; therefore, the Clerk may not disburse the funds as Plaintiffs requested.

Instead, the funds in question remain in undersigned counsel's trust account, and Plaintiffs now request this Court to allow disbursement of the funds by undersigned counsel.

Undersigned counsel, Bruno & Bruno, LLP is seeking attorney's fees in the amount of $18,773.33. (See attached disbursement/ settlement statements attached as Exhibit "A").

The State of Louisiana, Division of Administration, Office of Community Development ("the State"), the assignee or subrogee of interests in Plaintiffs' insurance proceeds under the Road Home subrogation and assignment agreement, has asserted a claim to the amount of $25,260.00. (See attached Road Home Consent attached as Exhibit "B").

Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt are in agreement to split the remaining $3,866.67 as evidenced by their joint letter to this Honorable Court dated June 3, 2014. Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt wish for a consent judgment to be entered in this matter, the funds to be removed from the trust account and for undersigned to disburse to each the amount of $1,288.89 (or 1/3 each and deriving from the $3,866.67 in remaining proceeds in the Registry of the Court).  (See attached letter dated June 3, 2014 from Deonne Jones, Frank Blunt, and Michael Blunt attached as Exhibit "C").

Plaintiffs propose that the aforementioned amounts are removed from the Bruno & Bruno, LLP's trust account and are disbursed to Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt; Bruno & Bruno, LLP; and the State, respectively.

Wherefore, Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt consent to the foregoing and pray that the funds are removed from Bruno & Bruno, LLP's trust account, and are disbursed to the proper parties. Plaintiffs request undersigned be authorized and directed to draw a check on the funds on deposit in its trust account in the amount of $18,773.33 to Bruno & Bruno, LLP. Plaintiffs further request undersigned be authorized and directed to draw a check on

the funds on deposit in its trust account in the principal amount of $25,260.00. Plaintiffs additionally request undersigned be authorized and directed to draw three (3) checks on the funds on deposit in its trust account in the amounts of $1,288.89 to Deonne Jones, Frank Blunt, and Michael Blunt, respectively.

    Respectfully submitted,

    **BRUNO & BRUNO, LLP**

    /s/ Melissa A. DeBarbieris
    JOSEPH M. BRUNO (3604)
    MELISSA A. DEBARBIERIS (32124)
    855 Baronne St.
    New Orleans, LA 70113
    Tel: (504)525-1335
    Fax: (504)581-1493
    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 19th day of June, 2014.

    /s/ Melissa A. DeBarbieris
    Melissa A. DeBarbieris