UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES <br> CONSOLIDATED LITIGATION | * <br> * <br> * | CIVIL ACTION 05-4182 |
| PERTAINS TO: | * <br> * | SECTION "K" (2) |
| *Connie Abadie, et al. v. Aegis Security Company, Case Number 06-5164* | * <br> * | **Judge Stanwood R. Duval, Jr.** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**WHEREAS** Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt and Bruno & Bruno, LLP, requested their *Motion for Allowance for Attorney's Fees and Disbursement of Funds from the Registry of the Court*. (Rec. Doc. 21280) be withdrawn from consideration by this Court

**IT IS HEREBY ORDERED** that the *Motion to Withdraw Plaintiffs' Motion for Allowance for Attorney's Fees and Disbursement of Funds from the Registry of the Court* is GRANTED.

**WHEREAS** Plaintiffs Deonne Jones, Frank Blunt, and Michael Blunt asserted competing claims to funds, the Plaintiffs have conferred and consented to disbursement of the funds as follows:

**IT IS FURTHER ORDERED** that Bruno & Bruno, LLP is authorized and directed to draw a check on the funds on deposit in its trust account in the amount of $18,773.33, payable to Bruno & Bruno, LLP at 855 Baronne Street, New Orleans, LA 70113.

**IT IS FURTHER ORDERED** that Bruno & Bruno, LLP is authorized and directed to draw a check on the funds on deposit in its trust account in the amount of $25,260.00, payable to the Louisiana Division of Administration, Disaster Recovery Unit-Attention Subrogation, Post Office Box 94095, Baton Rouge, LA 70804, and mail or deliver the check to Louisiana Division

of Administration, Disaster Recovery Unit-Attention Subrogation, Attention: Patrick Keller at Post Office Box 94095, Baton Rouge, LA 70804.

**IT IS FURTHER ORDERED** that Bruno & Bruno, LLP is authorized and directed to draw a check on the funds on deposit in its trust account in the amount of $1,288.89 plus all interest earned less the assessment fee for the administration of funds, payable to Deonne Jones and mail or deliver the check to Deonne Jones, P.O. BOX 1793, Metairie, LA 70004.

**IT IS FURTHER ORDERED** that Bruno & Bruno, LLP is authorized and directed to draw a check on the funds on deposit in its trust account in the amount of $1,288.89 plus all interest earned less the assessment fee for the administration of funds, payable to Frank Blunt and mail or deliver the check to Frank Blunt, 4763 Camelot Dr., New Orleans, LA 70127.

**IT IS FURTHER ORDERED** that Bruno & Bruno, LLP is authorized and directed to draw a check on the funds on deposit in its trust account in the amount of $1,288.89 plus all interest earned less the assessment fee for the administration of funds, payable to Michael Blunt and mail or deliver the check to Michael Blunt, 8940 Morrison Rd., New Orleans, LA 70127.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
UNITED STATES DISTRICT JUDGE