# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

June 17, 2014

Mr. William W. Blevins  
Eastern District of Louisiana, New Orleans  
United States District Court  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUN 19 2014
WILLIAM W. BLEVINS
CLERK

No. 12-30418    In Re: Katrina Canal Breaches  
USDC No. 2:05-CV-4182  
USDC No. 2:05-CV-5531  
USDC No. 2:05-CV-5724  
USDC No. 2:06-CV-5342  
USDC No. 2:06-CV-6299  
USDC No. 2:06-CV-7516  
USDC No. 2:08-CV-4459

Dear Mr. Blevins,

The following is(are) returned:

Original Exhibits,    ( 1 ) Box    ( ) Env.    ( ) Package

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Allison G. Lopez, Deputy Clerk  
504-310-7702

___ Fee  
___ Process  
X  Dktd  
___ CtRmDep  
___ Doc. No.