UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO:<br>INSURANCE<br>C. Abadie, 06-5164 re:<br>Demetrias Temple<br>5050 W. St. Andrew Circle<br>New Orleans, Louisiana 70128 | SECTION "K"(2) |

### ORDER

Before the Court is an Unopposed Motion by JPMorgan Chase Bank, N.A. for Summary Judgment. (Doc. 21272). Finding the motion to have merit as this matter has been resolved and all funds fully disbursed,

**IT IS ORDERED** that the Motion for Summary Judgment is **GRANTED,** and this matter is dismissed with prejudice, with each part to bear its own costs.

New Orleans, Louisiana, this 24th day of June, 2014.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE