UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * (AND CONSOLIDATED CASES) |
| PERTAINS TO:  MRGO | * <br> * SECTION "K" (2) |
| FILED IN:  05-4182, 05-4191, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0020, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5786, 06-5890, 06-5937 | * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

**MOTION FOR ENTRY OF SUMMARY JUDGMENT
AND RULE 54(b) JUDGMENTS IN FAVOR OF WGI[1]**

Defendant Washington Group International, Inc. ("WGI") respectfully moves this Court for the entry of Summary Judgment and Rule 54(b) Judgments in favor of WGI in the above-captioned cases.  WGI previously filed a Motion for Summary Judgment on all of the above-captioned cases.  (Doc. No. 21186).  The Court has granted that motion for all of the cases that were pending before it.  (Doc. No. 21245).  The remaining cases have now been transferred from Division B, Judge Ivan L. R. Lemelle (Doc. No. 218, Case No. 05-4191), and Summary Judgment should be entered in those cases.

Additionally, a Rule 54(b) dismissal should now be issued in all of the cases in the above caption for the reasons stated in the Memorandum in Support of this Motion.  There is no just reason for the delay of entry of final and appealable judgments in all of the captioned

---

[1] Subsequent to the activities alleged in Plaintiffs' Complaints, WGI was acquired by URS Corporation, a Delaware Corporation.  WGI, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation.  URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation.  URS Holdings Inc. is a subsidiary of URS Corporation.

- 1 -

1166003v1

cases. Rule 54(b) final judgments are required to make all of these cases final and appealable, due to the presence of additional defendants who have not yet been dismissed from these cases.

**WHEREFORE**, considering the foregoing representations; the accompanying memorandum in support; WGI's pending Motion for Summary Judgment (Doc. No. 21186); this Court's previous Judgment granting WGI's Motion for Summary Judgment as to the cases then pending before the Court (Doc. No. 21245); and this Court's Order and Reasons for Judgment (Doc. No. 21244), WGI respectfully requests the entry of summary judgment and final judgments in all of the captioned cases pursuant to FRCP Rule 54(b).

Dated: August 6, 2014

*/s/ Heather S. Lonian*
William D. Treeby, La. Bar No. 12901
James C. Gulotta, Jr., La. Bar No. 6590
Heather S. Lonian, La. Bar No. 29956
Maggie A. Broussard, La. Bar No. 33033
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:   (504) 581-3200
Facsimile:    (504) 581-3361

Adrian Wager-Zito, Esq.
Christopher N. Thatch, Esq.
Julia L. Cronin, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:   (202) 879-3939
Facsimile:    (202) 626-1700

*Attorneys for Washington Group International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the preceding Motion for Entry of Summary Judgment and Rule 54(b) Judgments in Favor of WGI has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 6th day of August, 2014.

*/s/ Heather S. Lonian*

1166003v1