UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * <br> *  CIVIL ACTION <br> * <br> *  NO. 05-4182 <br> *  (AND CONSOLIDATED CASES) |
| PERTAINS TO:  MRGO | * <br> *  SECTION "K" (2) |
| FILED IN:  05-4182, 05-4191, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0020, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5786, 06-5890, 06-5937 | * <br> * <br> *  JUDGE DUVAL <br> * <br> * <br> *  MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF
SUMMARY JUDGMENT AND RULE 54(b) JUDGMENTS IN FAVOR OF WGI[1]**

Defendant Washington Group International, Inc. ("WGI") respectfully submits this memorandum in support of its Motion for Entry of Summary Judgment and Rule 54(b) Judgments in Favor of WGI.  WGI previously filed a motion for Summary Judgment on all of the above-captioned cases.  (Doc. No. 21186).  The Court has granted that motion for all of the cases that were pending before it.  (Doc. No. 21245).  The remaining cases have now been transferred from Division B, Judge Ivan L. R. Lemelle (Doc. No. 218, Case No. 05-4191), and summary judgment should be entered in those cases, as detailed below

Each of the cases in the above caption should now be dismissed pursuant to the pending Motion for Summary Judgment.  Additionally, Rule 54(b) final judgments are required

---

[1]  Subsequent to the activities alleged in Plaintiffs' Complaints, WGI was acquired by URS Corporation, a Delaware Corporation.  WGI, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation.  URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation.  URS Holdings Inc. is a subsidiary of URS Corporation.

to make these cases final and appealable, due to the presence of additional defendants who have not yet been dismissed from these cases. There is no just reason for the delay of entry of final and appealable judgments in the captioned cases. The cases requiring the entry of summary judgment and 54(b) judgments are listed below.

The cases subject to this motion are those originally filed as class actions naming WGI that were later transferred to Section B for the effectuation of the Class Settlement between plaintiffs and the various Levee Boards, and St. Paul Insurance Company. These cases were not previously dismissed as to WGI by Section K in its Judgment granting dismissal, although the Motion for Summary Judgment was filed, and remained pending because these cases were not pending before Section K at the time of the motion. (Doc. No. 21245). WGI now seeks entry of summary judgment as well as a Rule 54(b) final, appealable judgment as to the following cases:

05-4191
05-5237
05-6073
05-6314
05-6324
05-6327
06-0020
06-0225
06-0886
06-2278
06-2287
06-4065
06-4389
06-4634
06-4931
06-5032
06-5159
06-5786
06-5890
06-5937

**WHEREFORE**, considering the foregoing representations and WGI's pending Motion for Summary Judgment (Doc. No. 21186); this Court's previous Judgment granting

WGI's Motion for Summary Judgment as to the cases then pending before the Court (Doc. No. 21245); and, this Court's Order and Reasons for Judgment (Doc. No. 21244), WGI respectfully requests the entry of summary judgment and the entry of final judgments pursuant to FRCP Rule 54(b) in all of the captioned and listed cases.

Dated:  August 6, 2014

| | |
|---|---|
| */s/ Heather S. Lonian*<br>William D. Treeby, La. Bar No. 12901<br>James C. Gulotta, Jr., La. Bar No. 6590<br>Heather S. Lonian, La. Bar No. 29956<br>Maggie A. Broussard, La. Bar No. 33033<br>Stone Pigman Walther Wittmann L.L.C.<br>546 Carondelet Street<br>New Orleans, Louisiana  70130<br>Telephone:     (504) 581-3200<br>Facsimile:      (504) 581-3361 | Adrian Wager-Zito, Esq.<br>Christopher N. Thatch, Esq.<br>Julia L. Cronin, Esq.<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001-2113<br>Telephone:     (202) 879-3939<br>Facsimile:      (202) 626-1700<br><br>***Attorneys for Washington Group International, Inc.*** |

## CERTIFICATE OF SERVICE

        I hereby certify that the preceding Memorandum in Support of Motion for Entry of Summary Judgment and Rule 54(b) Judgments in Favor of WGI has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 6th day of August, 2014.

        */s/ Heather S. Lonian*

1166010v1