## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  KATRINA CANAL BREACHES CONSOLIDATED LITIGATION** | *  CIVIL ACTION  *  *  NO. 05-4182  *  (AND CONSOLIDATED CASES) |
| **PERTAINS TO:  MRGO** | *  *  SECTION "K" (2) |
| FILED IN:  05-4182, 05-4191, 05-5237, 05-6073, 05-6314, 05-6324, 05-6327, 06-0020, 06-0225, 06-0886, 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06-4931, 06-5032, 06-5159, 06-5786, 06-5890, 06-5937 | *  *  **JUDGE DUVAL**  *  *  **MAGISTRATE WILKINSON** |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE** that, pursuant to LR 7.2, the preceding Motion for Entry of Summary Judgment and Rule 54(b) Judgments in Favor of WGI will be submitted for consideration by the **Honorable Stanwood R. Duval, Jr.**, United States District Court for the Eastern District of Louisiana, on **the 3rd day of September** beginning at 9:30 a.m. at the United States District Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130.

Dated:  August 6, 2014

/s/ Heather S. Lonian
William D. Treeby, La. Bar No. 12901
James C. Gulotta, Jr., La. Bar No. 6590
Heather S. Lonian, La. Bar No. 29956
Maggie A. Broussard, La. Bar No. 33033
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-3200
Facsimile:  (504) 581-3361

Adrian Wager-Zito, Esq.
Christopher N. Thatch, Esq.
Julia L. Cronin, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Attorneys for Washington Group International, Inc.*

- 2 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that the preceding Notice of Submission has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 6th day of August, 2014.

      */s/ Heather S. Lonian*