# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| | * |
| IN RE:  KATRINA CANAL BREACHES | * **CIVIL ACTION** |
| CONSOLIDATED LITIGATION | * |
| | * **NO. 05-4182** |
| | * **(AND CONSOLIDATED CASES)** |
| PERTAINS TO:  MRGO | * |
| | * **SECTION "K" (2)** |
| FILED IN:  05-4182, 06-5308, 06-5785, 06-8708, 07- | * |
| 1113, 07-4837, 07-4953, 07-4976, 07-4979, 07-4995, | * **JUDGE DUVAL** |
| 07-5012, 07-5016, 07-5254, 07-5286, 07-5339, 07- | * |
| 5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, | * |
| 07-5375, 07-5397 | * **MAGISTRATE WILKINSON** |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## MOTION FOR ENTRY OF RULE 54(b) JUDGMENTS IN FAVOR OF WGI[1]

Defendant Washington Group International, Inc. ("WGI") respectfully moves this Court for the entry of Rule 54(b) Judgments in favor of WGI in the above-captioned cases.  WGI previously filed a Motion for Summary Judgment on all of the above-captioned cases.  (Doc. No. 21186).  The Court has granted that motion for all of the cases that were pending before it.  (Doc. No. 21245).  Although WGI requested entry of Rule 54(b) judgments in conjunction with its Motion for Summary Judgment, Rule 54(b) judgments have not been entered as to these above-captioned cases.

Rule 54(b) dismissal should be issued in all of the cases in the above caption for the reasons stated in the Memorandum in Support of this Motion.  There is no just reason for the delay of entry of final and appealable judgments in all the captioned cases.  Rule 54(b) final

---

[1]   Subsequent to the activities alleged in Plaintiffs' Complaints, WGI was acquired by URS Corporation, a Delaware Corporation.  WGI, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation.  URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation.  URS Holdings Inc. is a subsidiary of URS Corporation.

1166037v1

judgments are required to make all of these cases final and appealable, due to the presence of additional defendants who have not yet been dismissed from these cases.

      **WHEREFORE**, considering the foregoing representations; the accompanying memorandum in support; WGI's previous Motion for Summary Judgment (Doc. No. 21186); this Court's previous Judgment granting WGI's Motion for Summary Judgment as to the cases then pending before the Court (Doc. No. 21245); and this Court's Order and Reasons for Judgment (Doc. No. 21244), WGI respectfully requests the entry of final judgments in all of the captioned cases pursuant to FRCP Rule 54(b).

Dated:  August 6, 2014

*/s/ Heather S. Lonian*
William D. Treeby, La. Bar No. 12901
James C. Gulotta, Jr., La. Bar No. 6590
Heather S. Lonian, La. Bar No. 29956
Maggie A. Broussard, La. Bar No. 33033
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Telephone:      (504) 581-3200
Facsimile:       (504) 581-3361

Adrian Wager-Zito, Esq.
Christopher N. Thatch, Esq.
Julia L. Cronin, Esq.
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:      (202) 879-3939
Facsimile:       (202) 626-1700

***Attorneys for Washington Group International, Inc.***

1166037v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the preceding Motion For Entry of Rule 54(b) Judgments in Favor of WGI has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 6th day of August, 2014.

*/s/ Heather S. Lonian*

1166037v1