UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * CIVIL ACTION <br> * <br> * NO. 05-4182 <br> * (AND CONSOLIDATED CASES) |
| PERTAINS TO: MRGO | * <br> * SECTION "K" (2) |
| FILED IN: 05-4182, 06-5308, 06-5785, 06-8708, 07-1113, 07-4837, 07-4953, 07-4976, 07-4979, 07-4995, 07-5012, 07-5016, 07-5254, 07-5286, 07-5339, 07-5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, 07-5375, 07-5397 | * <br> * JUDGE DUVAL <br> * <br> * MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF MOTION FOR
ENTRY OF RULE 54(b) JUDGMENTS IN FAVOR OF WGI**[1]

Defendant Washington Group International, Inc. ("WGI") respectfully submits this memorandum in support of its Motion for Entry of Rule 54(b) Judgments in Favor of WGI. WGI previously filed a motion for Summary Judgment on all of the above-captioned cases (Doc. No. 21186). The Court has granted that motion for all of the cases that were pending before it, (Doc. No. 21245). Although the Court granted the motion for summary judgment, it did not enter 54(b) judgments at the time that it dismissed WGI with prejudice from the above-captioned cases.

WGI has been dismissed in each of the cases in the above caption pursuant to the Motion for Summary Judgment. Rule 54(b) final judgments are required to make these cases

---

[1] Subsequent to the activities alleged in Plaintiffs' Complaints, WGI was acquired by URS Corporation, a Delaware Corporation. WGI, now known as URS Energy & Construction, Inc., is a subsidiary of URS E&C Holdings, Inc., a Delaware Corporation. URS E&C Holdings, Inc. is a subsidiary of URS Holdings Inc., a Delaware Corporation. URS Holdings Inc. is a subsidiary of URS Corporation.

1

final and appealable, due to the presence of additional defendants who have not yet been dismissed from these cases.  There is no just reason for the delay of entry of final and appealable judgments in the captioned cases.  The cases requiring the entry of 54(b) judgments are listed below.

These cases consist of those filed as individual actions naming WGI, the United States and other parties as defendants.  These cases were previously dismissed as to WGI by this Court in its Judgment granting dismissal.  (Doc. No. 21245).  Although WGI also sought the entry of Rule 54(b) Judgment in conjunction with its Motion for Summary Judgment, final appealable judgment have not been entered as to these cases.  WGI now seeks entry of summary Rule 54(b) final and appealable judgment.

Since the United States and additional parties are still defendants that have not yet moved for dismissal of these cases, the judgments should be entered pursuant to Rule 54(b).  The cases that require the entry of a Rule 54(b) judgment are as follows:

06-5308
06-5785
06-8708
07-1113
07-4837
07-4953
07-4976
07-4979
07-4995
07-5012
07-5016
07-5254
07-5286
07-5339
07-5343
07-5344
07-5347
07-5350
07-5355
07-5356

1166049v1

07-5375
07-5397

**WHEREFORE**, considering the foregoing representations and WGI's previous Motion for Summary Judgment (Doc. No. 21186); this Court's previous Judgment granting WGI's Motion for Summary Judgment as to the cases then pending before the Court (Doc. No. 21245); and, this Court's Order and Reasons for Judgment (Doc. No. 21244), WGI respectfully requests the entry of final judgments pursuant to FRCP Rule 54(b) in all of the captioned cases.

Dated:  August 6, 2014

| | |
|---|---|
| */s/ Heather S. Lonian* | Adrian Wager-Zito, Esq. |
| William D. Treeby, La. Bar No. 12901 | Christopher N. Thatch, Esq. |
| James C. Gulotta, Jr., La. Bar No. 6590 | Julia L. Cronin, Esq. |
| Heather S. Lonian, La. Bar No. 29956 | Jones Day |
| Maggie A. Broussard, La. Bar No. 33033 | 51 Louisiana Avenue, N.W. |
| Stone Pigman Walther Wittmann L.L.C. | Washington, D.C. 20001-2113 |
| 546 Carondelet Street | Telephone:    (202) 879-3939 |
| New Orleans, Louisiana  70130 | Facsimile:    (202) 626-1700 |
| Telephone:    (504) 581-3200 | |
| Facsimile:    (504) 581-3361 | ***Attorneys for Washington Group International, Inc.*** |

## CERTIFICATE OF SERVICE

I hereby certify that the preceding Memorandum in Support of Motion for Entry of Rule 54(b) Judgments in Favor of WGI has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 6th day of August, 2014.

*/s/ Heather S. Lonian*

1166049v1