# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | * |
| **IN RE:  KATRINA CANAL BREACHES** | * **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * |
| | * **NO. 05-4182** |
| | * **(AND CONSOLIDATED CASES)** |
| **PERTAINS TO:  MRGO** | * |
| | * **SECTION "K" (2)** |
| FILED IN:  05-4182, 06-5308, 06-5785, 06-8708, 07- | * |
| 1113, 07-4837, 07-4953, 07-4976, 07-4979, 07-4995, | * |
| 07-5012,  07-5016,  07-5254,  07-5286,  07-5339,  07- | * **JUDGE DUVAL** |
| 5343, 07-5344, 07-5347, 07-5350, 07-5355, 07-5356, | * |
| 07-5375, 07-5397 | * **MAGISTRATE WILKINSON** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUBMISSION

        **PLEASE TAKE NOTICE** that, pursuant to LR 7.2, the preceding Motion for

Entry of Rule 54(b) Judgments in Favor of WGI will be submitted for consideration by the

**Honorable Stanwood R. Duval, Jr.**, United States District Court for the Eastern District of

Louisiana, on **the 3rd day of September** beginning at 9:30 a.m. at the United States District

Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130.

Dated:  August 6, 2014

| | |
|---|---|
| */s/ Heather S. Lonian* | Adrian Wager-Zito, Esq. |
| William D. Treeby, La. Bar No. 12901 | Christopher N. Thatch, Esq. |
| James C. Gulotta, Jr., La. Bar No. 6590 | Julia L. Cronin, Esq. |
| Heather S. Lonian, La. Bar No. 29956 | Jones Day |
| Maggie A. Broussard, La. Bar No. 33033 | 51 Louisiana Avenue, N.W. |
| Stone Pigman Walther Wittmann L.L.C. | Washington, D.C.  20001-2113 |
| 546 Carondelet Street | Telephone:    (202) 879-3939 |
| New Orleans, Louisiana  70130 | Facsimile:    (202) 626-1700 |
| Telephone:    (504) 581-3200 | |
| Facsimile:    (504) 581-3361 | ***Attorneys for Washington Group*** |
| | ***International, Inc.*** |

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the preceding Notice of Submission has been served upon all counsel of record through the Court's CM/ECF electronic filing system, this 6th day of August, 2014.

/s/ Heather S. Lonian

1166060v.1