UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | CIVIL ACTION |
| | NO. 05-4182 "K"(2) |
| PERTAINS TO:  MRGO | JUDGE DUVAL |
| | MAG. WILKINSON |

### ORDER

In camera documents previously produced to the court by Pauline F. Hardin, counsel for ICF Emergency Management Services, the contractor for the Louisiana Office of Community Development, in response to my order dated February 27, 2008, Record Doc. No. 11456, requiring production of the Road Home files of Jeanine Armstrong and Ethel Mae Coats, will be shredded and destroyed on **September 5, 2014**.  If counsel wishes to have her client's documents returned, she must contact my office no later than **September 2, 2014** to make arrangements to pick up the documents from my office.

New Orleans, Louisiana, this ___18th___ day of August, 2014.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**PAULINE HARDIN**
**JONES WALKER**
**201 ST. CHARLES AVE., SUITE 5100**
**NEW ORLEANS, LA 70170-5100**
**Email: phardin@joneswalker.com**