UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION
                                         NO. 05-4182

                                         SECTION "K" (2)

PERTAINS TO: Baker -09-2643

## O R D E R

On January 30, 2009, a Supplemental and Amending Complaint was filed by Dwight and Sandra Baker.  Neither service nor summons has issued.  As such, pursuant to Fed. R. Civ. P. 4(m),

**IT IS ORDERED** that this matter shall be **ADMINISTRATIVELY CLOSED.**

In the event that plaintiffs intend to pursue this matter, they may file a motion to re-open no later than **October 31, 2014,** which the Court will then consider.

The Clerk shall serve a copy of this Order by Certified Mail, Return Receipt Requested, addressed to as shown below.

New Orleans, Louisiana, this 15th day of September, 2014.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

**PLEASE SERVE:**
**Dwight and Sandra Baker**
**3903 S. Mason Road**
**Apt. 1124**
**Katy, TX 77450**