9/15/14

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Dwight and Sandra Baker
Street, Apt. No.; or PO Box No.: 3903 S. Mason Road Apt. 1124
City, State, ZIP+4: Katy, TX 77450

7011 2000 0002 1099 8035

PS Form 3800, August 2006    See Reverse for Instructions

05-4182 K
re: 09-2643
Doc#21288