UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | CIVIL ACTION |
| | * | |
| | * | NO. 05-4182 |
| IN RE: KATRINA CANAL BREACHES | * | (AND CONSOLIDATED CASES) |
| CONSOLIDATED LITIGATION | * | |
| | * | SECTION "K" (2) |
| | * | |
| PERTAINS TO: MRGO | * | |
| | * | JUDGE DUVAL |
| | * | |
| FILED IN: 05-4182, 05-4191, 05-5237, 05-6073, 05- | * | |
| 6314, 05-6324, 05-6327, 06-0020, 06-0225, 06-0886, | * | MAGISTRATE WILKINSON |
| 06-2278, 06-2287, 06-4065, 06-4389, 06-4634, 06- | * | |
| 4931, 06-5032, 06-5159, 06-5786, 06-5890, 06-5937 | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## JUDGMENT

Considering the foregoing Order and Reasons with respect to the Motion for Entry of Rule 54(b) Judgments in favor of Washington Group International, Inc. ("WGI") (Doc. No. 21285) and finding no just cause for delay,

1169584v.1

**IT IS ORDERED, ADJUDGED AND DECREED** that judgments in favor of Washington Group International, Inc. and against all plaintiffs be entered in the enumerated cases with each party to bear its/his/her costs.

New Orleans, Louisiana, this 17th day of September, 2014.

*[signature]*

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**