UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                 NO. 05-4182

                                                 SECTION "K" (2)

PERTAINS TO: Baker -09-2643

## O R D E R

The Court received the attached correspondence from Dwight and Sandra Baker concerning the status of this matter. Given the contents thereof,

**IT IS ORDERED** that a telephonic status conference shall be held on **Tuesday, October 28, 2014 at 10:30 a.m. to discuss this matter with Dwight and Sandra Baker. Mr. and Mrs. Baker shall call the Court no later than Friday, October 24, 2014, to provide the Judicial Assistant Marion Barbir a telephone number to be utilized for the call.** The Court will initiate this telephone conference

The Clerk shall serve a copy of this Order by Certified Mail, Return Receipt Requested, addressed to as shown below.

New Orleans, Louisiana, this 10th day of October, 2014.

                            _____
                            STANWOOD R. DUVAL, JR.
                            UNITED STATES DISTRICT COURT JUDGE

PLEASE SERVE:
Dwight and Sandra Baker
3903 S. Mason Road
Apt. 1124
Katy, TX 77450

DWIGHT E BAKER SR                                      September 17th, 2014
3903 S MASON RD #1124
KATY, TEXAS 77450

HONORABLE STANWOOD R DUVAL
UNITED STATES DISTRICT COURT
EASTERN DISTRICT of LOUISIANA
500 POYDRAS STREET, ROOM C368

Re: Dwight and Sandra Baker  v Balboa Insurance Group et al
    C.A. No. 09-2643, Sec. K. Mag. Div.2
    (Force Placed Insurance)



RECEIVED
SEP 1 8 2014
VIA FAX
CHAMBERS OF
U.S. DISTRICT JUDGE
STANWOOD R. DUVAL, JR.

Honorable Judge Duval

   The letter sent to your court from McGlinchey Stafford explaining that I could not be contacted for any INFORMAL DIRECT COMMUNICATION with me. I recently sent documentation's to Mr. Stephen Rider concerning the case.

   The notice I received seems to imply the value of discernment. We, my wife Sandra have been trying unsuccessfully for a 10 year to have this matter settled. I am a 2, two times server of the Vietnam War. I am HOMEBOUND DUE TO DIOXIN (Agent Orange) for ISCHEMIC HEART DISEASE, and POST TRAUMATIC STRESS DISORDER.

   I don't have an explanation for Mr. Riders statement to you. He, Mr. Rider need's to my knowledge were faxed directly to him. Mr. Rider has chosen to ignore my phone calls with any further suggestions of advancing any effort of business with the exception of a non responsive attempt in compliance that we had expected.

   Judge due to my disabilities we cannot afford to have this matter prolonged. I being the Veteran is a disadvantage to my wife, and me to ascend staircases due to having to use both hands as directed by VA.

I am disadvantaged due to facts surrounding Hurricane Katrina's Aftermath for which an Ad Hoc would be out of my ability to afford. I do feel strongly that I have not been vindicated, and I do not find it reasonable to struggle for remedies to become whole.


Sincerely

*[signature]*
Dwight & Sandra Baker


9/18/14  Called from (832) 775-3492

# McGLINCHEY STAFFORD

ATTORNEYS AT LAW

CALIFORNIA  FLORIDA  LOUISIANA  MISSISSIPPI  NEW YORK  OHIO  TEXAS

STEPHEN W. RIDER
(504) 596-2798 phone
(504) 910-9566 fax
srider@mcglinchey.com

September 12, 2014

**Via Email (sheena_dmas@laed.uscourts.gov) and U.S. Mail**

Honorable Stanwood R. Duval, Jr.
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C368
New Orleans, LA 70130

   Re: *Dwight and Sandra Baker v. Balboa Insurance Group, et al.*
     C.A. No. 09-2643, Sec. K, Mag. Div. 2
     (Force-Placed Insurance)

Dear Judge Duval:

  At the request of your office, we write this letter to report on the status of the captioned case. This case was previously severed from one of the Abadie mass actions. The Plaintiffs had been represented by the Bruno law firm. The Bruno firm recently withdrew from the case. We represent the Defendants in the suit. The severed Amended Complaint was never served on the Defendants, and no summons were issued.

  We have been unable to resolve the case informally through direct communications with the Plaintiff, Mr. Baker. Please let me know if you need any additional information.

          Sincerely,

          **McGlinchey Stafford**

         Stephen W. Rider

SWR/swf
cc: Dwight and Sandra Baker (via Email and U.S. Mail)

1282198.1

12th Floor, 601 Poydras Street • New Orleans, LA 70130 • (504) 586 1200 • Fax (504) 596-2800 • TDD (504) 596-2728 • www.mcglinchey.com
McGlinchey Stafford PLLC in Florida, Louisiana, Mississippi, New York, Ohio and Texas.
McGlinchey Stafford LLP in California.