MINUTE ENTRY
DUVAL, J.
October 28, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**DWIGHT BAKER, ET AL.**                                    **CIVIL ACTION**

**VERSUS**                                                  **NO. 09-2643**

**BALBOA INS. GROUP, ET AL.**                               **SECTION "K"(2)**

Participating in a telephonic status conference held this day were the following:

Dwight and Sandra Baker appearing pro se;
Stephen Rider for Newport and
Melissa DeBarbieris.

A discussion concerning this matter was conducted. As service has never been made on the defendant insurer, it was agreed that Melissa DeBarbaris would transmit a copy of the instant complaint to Mr. Rider who will accept this as service. In addition, Ms. DeBarbaris would transmit all information concerning the alleged coverage provided by Louisiana Citizens. As this is a Forced Place insurance matter, the issue as to whether there was underlying coverage is pivotal. Thus, in order to bring this matter to resolution,

**IT IS ORDERED** that this matter be **REOPENED** and proceed accordingly.

**PLEASE SERVE:**
**Dwight and Sandra Baker**
**3903 S. Mason Road**
**Apt. 1124**
**Katy, TX 77450**

JS-10: 15 MINS.