## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182"K"(2) |
| | § | |
| | § | JUDGE DUVAL |
| Pertains to:  LEVEE, MRGO | § | MAG. JUDGE WILKINSON |

Filed in:  05-4191; 05-5237; 05-6314; 05-6324; 05-6327; 06-0020; 06-0225; 06-0886; 06-1885; 06-2278; 06-2287; 06-4065; 06-4634; 06-4931; 06-5032; 06-5159; 06-5771; 06-5786; 06-5851; 06-5937; 07-0206; 07-1286; 07-3612; 07-4551; 07-4552; 07-4553; 07-4554; 07-4556; 07-4950; 07-4951; 07-4954; 07-4955; 07-4956; 07-4959; 07-4961; 07-4962; 07-4986; 07-4987; 07-4999; 07-5010; 07-5314; 07-5315; 07-5316; 07-5317; 07-5320; 07-5325; 07-5326; 07-5328; 07-5331; 07-5332; 07-5333; 07-5335; 07-5336; 07-5337; 07-5357; 07-5358; 07-5359; 07-5360; 07-5370; 07-5372; 07-5377; 07-9270

_____

## DEFENDANT UNITED STATES' MOTION TO DISMISS
## OR, ALTERNATIVELY, FOR SUMMARY JUDGMENT,
## AND ENTRY OF RULE 54(b) JUDGMENT

In accordance with Rule 12(b)(1), Fed. R. Civ. P., the United States moves the Court to dismiss these actions for lack of subject-matter jurisdiction.  In the alternative, the United States moves under Rule 56 for summary judgment dismissing these actions with prejudice.  In support of this motion, the Court is respectfully referred to the record evidence underlying Doc. 10984, the Court's Order and Reasons for dismissing the LEVEE Superseding Master Class Action

- 1 -

Complaint; the record evidence transmitted to the Court of Appeals in *Robinson v. United States* (No. 06-2268), *see* Docs. 19920 and 19951, and *Robinson* DX573, the MRGO Chief's Report to Congress, which was filed in the appellate record on September 13, 2012; the record evidence supporting Doc. 21172, the Court's Findings of Fact and Conclusions of Law in *Armstrong v. United States,* (No. 10-866); Doc. 21186, Washington Group International's motion to dismiss and supporting submissions, including the manually attached documents; and the entire record in this consolidated litigation.

                Respectfully submitted,

                JOYCE R. BRANDA
                Acting Assistant Attorney General

                JAMES G. TOUHEY, JR.
                Director, Torts Branch

                <u>/s/ Robin Doyle Smith</u>
                ROBIN DOYLE SMITH
                Senior Trial Counsel
                Torts Branch, Civil Division
                U.S. Department of Justice
                Ben Franklin Station, P.O. Box 888
                Washington, D.C. 20044
                (202) 616-4400/616-5200 (fax)
                robin.doyle.smith@usdoj.gov
                Attorneys for the United States

CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record by ECF.

/s/ Robin Doyle Smith