**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES | § | CIVIL ACTION |
| CONSOLIDATED LITIGATION | § | NO. 05-4182"K"(2) |
| | § | |
| | § | JUDGE DUVAL |
| Pertains to:  LEVEE, MRGO | § | MAG. WILKINSON |

Filed in:  05-4191; 05-5237; 05-6314; 05-6324; 05-6327; 06-0020; 06-0225; 06-0886; 06-1885; 06-2278; 06-2287; 06-4065; 06-4634; 06-4931; 06-5032; 06-5159; 06-5771; 06-5786; 06-5851; 06-5937; 07-0206; 07-1286; 07-3612; 07-4551; 07-4552; 07-4553; 07-4554; 07-4556; 07-4950; 07-4951; 07-4954; 07-4955; 07-4956; 07-4959; 07-4961; 07-4962; 07-4986; 07-4987; 07-4999; 07-5010; 07-5314; 07-5315; 07-5316; 07-5317; 07-5320; 07-5325; 07-5326; 07-5328; 07-5331; 07-5332; 07-5333; 07-5335; 07-5336; 07-5337; 07-5357; 07-5358; 07-5359; 07-5360; 07-5370; 07-5372; 07-5377; 07-9270

---

**DEFENDANT UNITED STATES' MEMORANDUM IN SUPPORT**
**OF UNITED STATES' MOTION TO DISMISS OR, IN THE**
**ALTERNATIVE, FOR SUMMARY JUDGMENT AND**
**ENTRY OF RULE 54(b) JUDGMENTS**

On December 20, 2013, the Court granted the United States' Motion to Dismiss or, alternatively, for Summary Judgment in all cases that were then pending against the United States in Section K.  *See* Doc. 21242.  Subsequently, the above-captioned cases were transferred back to Section K.  For the reasons set forth by the United States in support of that motion, *see* Docs. 21214-1, 21228, as well as those set forth in the Court's Order and Reasons, Doc. 21242, the captioned cases should now be dismissed.

Entry of Rule 54(b) judgments will make these cases final and appealable, and those judgments should now be entered, as there is no just reason for further delay.

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General

JAMES G. TOUHEY, JR.
Director, Torts Branch

/s/ Robin Doyle Smith
ROBIN DOYLE SMITH
Senior Trial Counsel, Torts Branch
Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4400/616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorneys for the United States

CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record by ECF.

/s/ Robin Doyle Smith