UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  KATRINA CANAL BREACHES § | CIVIL ACTION |
| CONSOLIDATED LITIGATION § | NO. 05-4182"K"(2) |
| § | |
| § | JUDGE DUVAL |
| Pertains to:  LEVEE, MRGO § | MAG. JUDGE WILKINSON |

Filed in:  05-4191; 05-5237; 05-6314; 05-6324; 05-6327; 06-0020; 06-0225; 06-0886; 06-1885; 06-2278; 06-2287; 06-4065; 06-4634; 06-4931; 06-5032; 06-5159; 06-5771; 06-5786; 06-5851; 06-5937; 07-0206; 07-1286; 07-3612; 07-4551; 07-4552; 07-4553; 07-4554; 07-4556; 07-4950; 07-4951; 07-4954; 07-4955; 07-4956; 07-4959; 07-4961; 07-4962; 07-4986; 07-4987; 07-4999; 07-5010; 07-5314; 07-5315; 07-5316; 07-5317; 07-5320; 07-5325; 07-5326; 07-5328; 07-5331; 07-5332; 07-5333; 07-5335; 07-5336; 07-5337; 07-5357; 07-5358; 07-5359; 07-5360; 07-5370; 07-5372; 07-5377; 07-9270

**NOTICE OF SUBMISSION**

PLEASE TAKE NOTICE that the United States' Motion to Dismiss or, Alternatively, for Summary Judgment and Entry of Rule 54(b) Judgment will be submitted before the Honorable Stanwood R. Duval, Jr., United States District Court for the Eastern District of Louisiana on November 26, 2014, at 9:30 a.m. at the United States District Courthouse, 500 Poydras Street, New Orleans.

Respectfully submitted,

/s/ Robin Doyle Smith
ROBIN DOYLE SMITH
Senior Trial Counsel
Torts Branch, Civil Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 888
Washington, D.C. 20044
(202) 616-4400/616-5200 (fax)
robin.doyle.smith@usdoj.gov
Attorney for the United States

- 2 -

## CERTIFICATE OF SERVICE

I certify that the foregoing was served on all counsel of record by ECF.

/s/ Robin Doyle Smith