UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION
                                                NO. 05-4182

PERTAINS TO: LEVEE, MRGO                        SECTION "K"(2)

Filed in:  05-4191; 05-5237; 05-6314; 05-6324; 05-6327; 06-0020;  06-0225;
06-0886; 06-1885; 06-2278; 06-2287; 06-4065; 06-4634;  06-4931; 06-5032;
06-5159; 06-5771; 06-5786; 06-5851; 06-5937;  07-0206; 07-1286; 07-3612;
07-4551; 07-4552; 07-4553; 07-4554;  07-4556; 07-4950; 07-4951; 07-4954;
07-4955; 07-4956; 07-4959;  07-4961; 07-4962; 07-4986; 07-4987; 07-4999;
07-5010; 07-5314;  07-5315; 07-5316; 07-5317; 07-5320; 07-5325; 07-5326;
07-5328;  07-5331; 07-5332; 07-5333; 07-5335; 07-5336; 07-5337; 07-5357;
07-5358; 07-5359; 07-5360; 07-5370; 07-5372; 07-5377; 07-9270

## ORDER AND REASONS

Before the Court is Defendant United States' Motion to Dismiss or, Alternatively for Summary Judgment, and Entry of Rule 54(b) Judgment.  (Doc. No. 21298).  On December 20, 2013, the court granted the United States' Motion to Dismiss or, alternatively for Summary Judgment in all cases that were then pending against the United States in Section K. (See  Doc. 21242).  However, because of the on-going LEVEE settlement arising out of the proceeds of certain insurance policies held by various levee districts, a number of cases in which the United States was a defendant had been transferred to Judge Ivan Lemelle, Section "B", and had been consolidated there for purposes of the LEVEE settlement.

The above-referenced cases were transferred to this section and the United States now seeks a Rule 54(b) judgment as to all of these cases for the same reasons previously assigned in that December 20, 2013 order.  For the reasons previously assigned therein and noting that there is no opposition filed to this motion,

**IT IS ORDERED** that Defendant United States' Motion to Dismiss or, Alternatively for Summary Judgment, and Entry of Rule 54(b) Judgment (Doc. No. 21298) is **GRANTED** and finding no just cause for delay, pursuant to Fed. R. Civ. P. 54(b), judgment shall be entered in these cases.

**IT IS FURTHER ORDERED** that after judgment has been entered, these cases are **TRANSFERRED** to Section "B" for consolidation with *Jared Vodanovich v. Boh Brothers Construction Co., LLC, et al.,* C.A. No. 05-4191.

New Orleans, Louisiana, this 3rd day of December, 2014.

                                          **STANWOOD R. DUVAL, JR.**
                                     **UNITED STATES DISTRICT COURT JUDGE**