# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | CIVIL ACTION<br><br>NO. 05-4182 |
| PERTAINS TO: LEVEE,  MRGO | SECTION "K"(2) |

Filed in:  05-4191; 05-5237; 05-6314; 05-6324; 05-6327; 06-0020;  06-0225; 06-0886; 06-1885; 06-2278; 06-2287; 06-4065; 06-4634;  06-4931; 06-5032; 06-5159; 06-5771; 06-5786; 06-5851; 06-5937;  07-0206; 07-1286; 07-3612; 07-4551; 07-4552; 07-4553; 07-4554;  07-4556; 07-4950; 07-4951; 07-4954; 07-4955; 07-4956; 07-4959;  07-4961; 07-4962; 07-4986; 07-4987; 07-4999; 07-5010; 07-5314;  07-5315; 07-5316; 07-5317; 07-5320; 07-5325; 07-5326; 07-5328;  07-5331; 07-5332; 07-5333; 07-5335; 07-5336; 07-5337; 07-5357; 07-5358; 07-5359; 07-5360; 07-5370; 07-5372; 07-5377; 07-9270

## JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED**, **ADJUDGED AND DECREED** that  judgment shall be entered in favor of the United States of America. and against all plaintiffs in Case Nos. 05-4191; 05-5237; 05-6314; 05-6324; 05-6327; 06-0020;  06-0225; 06-0886; 06-1885; 06-2278; 06-2287; 06-4065; 06-4634;  06-4931; 06-5032; 06-5159; 06-5771; 06-5786; 06-5851; 06-5937;  07-0206; 07-1286; 07-3612; 07-4551; 07-4552; 07-4553; 07-4554;  07-4556; 07-4950; 07-4951; 07-4954; 07-4955; 07-4956; 07-4959;  07-4961; 07-4962; 07-4986; 07-4987; 07-4999; 07-5010; 07-5314; 07-5315; 07-5316; 07-5317; 07-5320; 07-5325; 07-5326; 07-5328;  07-5331; 07-5332; 07-5333; 07-5335; 07-5336; 07-5337; 07-5357;  07-5358; 07-5359;

07-5360; 07-5370; 07-5372; 07-5377; 07-9270, dismissing said claims with prejudice with each party to bear his\her\its own costs.

New Orleans, Louisiana, this  3rd  day of December, 2014.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE