IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-30060

_____

United States Court of Appeals
Fifth Circuit

**FILED**
May 28, 2015

Lyle W. Cayce
Clerk

D.C. Docket No. 2:05-CV-4182
D.C. Docket No. 2:07-CV-621
D.C. Docket No. 2:07-CV-3173
D.C. Docket No. 2:07-CV-4906
D.C. Docket No. 2:07-CV-4914
D.C. Docket No. 2:07-CV-5022
D.C. Docket No. 2:07-CV-5074
D.C. Docket No. 2:07-CV-5096
D.C. Docket No. 2:07-CV-5128
D.C. Docket No. 2:07-CV-5174

In Re: KATRINA CANAL BREACHES LITIGATION

---------------------------------------------------------------------------

COLLEEN BERTHELOT, Wife of; JACKIE BERTHELOT; HEBER DUNAWAY; AMY JANUSA, Wife of; MICHAEL JANUSA; ANGELE J. GUIENT; BETTY LUNDY; DAVID ANDERSON; BEATRICE ALLEN; PHILLIP REED; Together with all individuals and entities whose names appear on the attached exhibit A, both individually and on behalf of others similarly situated; JIM ADAMS, Together with all individuals and entities whose names appear on the attached exhibit A, both individually and on behalf of others similarly situated; ALVIN BALL, JR., Individually and on behalf of all others similarly situated; CYNTHIA EDMOND; FREDERICK BRADLEY, Together with all individuals and entities whose names appear on the attached exhibit A, both individually and on behalf of others similarly situated; ET AL,

     Plaintiffs - Appellants

v.

UNITED STATES OF AMERICA,

     Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before JONES and HAYNES, Circuit Judges, and CRONE, District Judge.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendant-appellee the costs on appeal to be taxed by the Clerk of this Court.

**Certified as a true copy and issued as the mandate on Jul 21, 2015**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

*District Judge for the Eastern District of Texas, sitting by designation.