# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 21, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 14-30060,   Consolidated with 14-30136
                        In re: Katrina Canal Breaches
                        USDC No. 2:05-CV-4182
                        USDC No. 2:07-CV-621
                        USDC No. 2:07-CV-3173
                        USDC No. 2:07-CV-4906
                        USDC No. 2:07-CV-4914
                        USDC No. 2:07-CV-5022
                        USDC No. 2:07-CV-5074
                        USDC No. 2:07-CV-5096
                        USDC No. 2:07-CV-5128
                        USDC No. 2:07-CV-5174
                        USDC No. 2:05-CV-4182
                        USDC No. 2:07-CV-5083

Dear Mr. Blevins,

Enclosed is a copy of the judgments (2), for each consolidated case, issued as the mandate and a copy of the court's opinion for both consolidated cases.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        *Dantrell Johnson*

                                        By: _____
                                        Dantrell L. Johnson, Deputy Clerk
                                        504-310-7689

cc:    Mr. Daniel E. Becnel, Jr.
       Mr. Brian E. Bowcut
       Mr. David Anthony Dalia
       Ms. Alisa Beth Klein
       Mr. Keith H. Liddle
       Mr. Albert J. Rebennack
       Mr. Camilo Kossy Salas, III
       Mr. Richard R. Stone Sr.
       Ms. Abby Christine Wright