IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
May 28, 2015
Lyle W. Cayce
Clerk

No. 14-30136

D.C. Docket No. 2:05-CV-4182
D.C. Docket No. 2:07-CV-5083

In re: KATRINA CANAL BREACHES LITIGATION
-----------------------------------------------------------------------
CHRISTOPHER B. ALBRECHT; BACKUPUSA, L.L.C.; BRIAN BANKS; LOUIS A. BECNEL; DIANE BIAS; ET AL,

      Plaintiffs - Appellants

v.

UNITED STATES ARMY CORPS OF ENGINEERS; UNITED STATES OF AMERICA,

      Defendants - Appellees

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

Before JONES and HAYNES, Circuit Judges, and CRONE, District Judge.*

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

_____

*District Judge for the Eastern District of Texas, sitting by designation.

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Jul 21, 2015

Attest:
**Clerk, U.S. Court of Appeals, Fifth Circuit**