UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** * | | **CIVIL ACTION 06-5164** |
| **CONSOLIDATED LITIGATION** * | | |
| * | | |
| **PERTAINS TO:** * | | **SECTION "K" (2)** |
| * | | |
| *Angle Rilleaux-Fields v.* * | | **Judge Stanwood R. Duval, Jr.** |
| *State Farm Fire and Casualty Company,* * | | |
| *Case Number 07-2456* * | | |
| ****************************************** | | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through the undersigned counsel, comes Plaintiff, Angeli Rillieux-Fields and Bruno & Bruno, LLP who move this Honorable Court to enforce the settlement agreement reached by Plaintiff, Angeli Rillieux-Fields, and Defendant, State Farm Fire and Casualty Company, on January 16, 2008.

In support of this Motion to Enforce Settlement, Plaintiff attaches a memorandum more fully describing Defendant's failure to honor the settlement agreement, a true copy of the settlement agreement, and the Affidavit of Plaintiff, Angeli Rillieux-Fields.

**WHEREFORE**, Plaintiff, Angeli Rillieux-Fields, and Bruno & Bruno, LLP pray that this Court grant its Motion to Enforce Settlement.

/s/Melissa DeBarbieris
JOSEPH M. BRUNO (NO.3604)
MELISSA DEBARBIERIS (NO.32124)
**Bruno & Bruno, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone:	(504) 525-1335
Facsimile:	(504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 18th day of August, 2015.

/s/ Melissa DeBarbieris
Melissa DeBarbieris