UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION 05-4182 |
| *severed from Abadie, 06-5164* | *<br>* | |
| PERTAINS TO: | *<br>* | SECTION "K" (2) |
| *Angle Rilleaux-Fields v.*<br>*State Farm Fire and Casualty Company,*<br>*Case Number 07-2456* | *<br>*<br>* | Judge Stanwood R. Duval, Jr. |

**************************************

## MEMORANDUM IN SUPPORT OF
## MOTION TO ENFORCE SETTLEMENT

MAY IT PLEASE THE COURT:

On January 16, 2008, Angeli Rillieux-Fields entered into a Confidential Receipt and Release Agreement (hereinafter "Agreement") with State Farm Fire and Casualty Company (hereinafter "State Farm") to settle her claim for damages related to Hurricane Katrina for the following settlement amounts: $15,000.00 for "Building" Coverage; $4,000.00 for "Personal Property" Coverage; and $4,000.00 for "Additional Living Expense" Coverage. Bruno & Bruno, LLP (hereinafter "Bruno") disbursed the uncontested $8,000.00 to Angeli Rillieux-Fields less attorneys' fees. Bruno was unable to disburse the proceeds of the $15,000.00 check to Angeli Rillieux-Fields as the Office of Community Development, Division of Administration for the State of LA ("Road Home"), Standard Mortgage Corp ISAOA ATIMA, and Regions Bank ATTN: COLLATERAL INS DEPT were all named as additional payees. In order for the Road Home to make a determination regarding any interest it may have in the settlement proceeds, Bruno submitted a "Request for Approval." During the pendency of the Road Home review process, the $15,000.00 check expired. While the Road Home and the applicable mortgage

companies ascertained their respective interests in the settlement proceeds, Bruno requested reissue of Angeli Rillieux-Fields' settlement payment through State Farm. Despite repeated requests, State Farm refused to reissue the check. To date, State Farm has not provided affiant with the agreed upon proceeds from the January 16, 2008 settlement agreement.

Angeli Rillieux-Fields learned via letter from the State of Texas that State Farm deposited the applicable settlement proceeds in the State of Texas's Unclaimed Property Fund. As such, State Farm has failed to honor the January 16, 2008 Settlement Agreement and its obligations therein.

Furthermore, State Farm has failed to honor Bruno's lien – an interest in the claim statutorily granted by LSA–R.S. 37:218 which gives Bruno a special privilege to attorneys for the amount of their professional fees on any recovery obtained by settlement. State Farm had notice of Bruno's lien, but failed to protect Bruno's interest in the settlement proceeds.

Bruno moves for leave to file its proposed Motion to Enforce Settlement in hopes that this Court will have Defendant, State Farm, honor the terms, conditions, and obligations set forth by their own counsel in the "Release," executed by Angeli Rillieux-Fields on January 16, 2008. Furthermore, Bruno moves for leave to file its proposed Motion to Enforce Settlement in hopes that Bruno can satisfy its contractual obligation to tender the amount(s) due pursuant to the settlement agreement executed in conjunction with the underlying litigation and agreed upon by both Client and Bruno on March 17, 2006, which is evidenced by the contract attached as Exhibit "A."

State Farm and Angeli Rillieux-Fields are hereby notified of Bruno's intent to seek this Honorable Court's leave to file its' Motion to Enforce Settlement.

        Respectfully submitted:

        /s/ Melissa DeBarbieris
        JOSEPH M. BRUNO (NO.3604)
        MELISSA DEBARBIERIS (NO.32124)
        **Bruno & Bruno, LLP**
        855 Baronne Street
        New Orleans, LA 70113
        Telephone:   (504) 525-1335
        Facsimile:    (504) 581-1493

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 18th day of August, 2015.

        /s/ Melissa DeBarbieris
        Melissa DeBarbieris