JOSEPH M. BRUNO
BRUNO & BRUNO
855 BARONNE STREET
NEW ORLEANS, LOUISIANA 70113

Telephone: (504) 525-1335 ext. 192 or 186
Fax (504) 523-2165
email: joebruno@brunobrunolaw.com
email: brunolawteam@gmail.com

## Contract of Representation

It is agreed by the undersigned that BRUNO & BRUNO (the Law firm) will represent, institute, manage and investigate the claim of:

NAME: __Angel R. Fields_____ hereinafter "CLIENT"

ADDRESS OF PROPERTY: __5757 Wildair Dr, NO, CA__ with respect to damages which were a result of Hurricane's Katrina and Rita. __70122__

BRUNO & BRUNO, at their expense, are to furnish all necessary personnel to determine the extent and cost of the above referenced "CLIENT"S" hurricane damages. CLIENT hereby agrees that BRUNO & BRUNO and their designated personnel, have the authority to negotiate with any of the CLIENT'S insurers personnel or employees. That BRUNO & BRUNO's representation ceases with the submission of a 'satisfactory proof of loss' letter to the CLIENT'S insurer and upon refusal by the insurance company to pay the claim. At that point CLIENT and BRUNO & BRUNO will make a decision on whether to file a lawsuit against the insurer. If CLIENT and BRUNO & BRUNO agree to file a lawsuit a new contract will be executed.

In consideration of this agreement to perform legal services for the above referenced CLIENT, CLIENT herein agrees that the fee agreement is as follows:

BRUNO & BRUNO will be paid __25__ % of the difference between_____, the amount currently being offered for the loss, and the total monies received by the CLIENT arising from CLIENTS' hurricane damages.

This contract is drawn in accordance with the provisions of Louisiana Law contained in R.S. 37:218 and Civil code Article 3028.

_____          _____
JOSEPH M. BRUNO                    CLIENT
BRUNO & BRUNO                      Angel Rillieux-Fields
                                   PRINT NAME
__3/17/06__                        __3/17/06__
DATE                               DATE