UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| | * | |
| *Allen et al v. State Farm Fire and* | * | **Judge Stanwood R. Duval**, **Jr.** |
| *Casualty Company, Case Number 07-5111* | * | |
| *Annie Rovaris* | * | |
| ****************************************** | | |

## ORDER

**CONSIDERING THE FOREGOING:**

**IT IS HEREBY ORDERED ADJUDGED AND DECREED,** that the MOTION TO ENFORCE SETTLEMENT AGREEMENT is **GRANTED**.

Defendant, State Farm Fire and Casualty Company is hereby ordered to re-issue and then forward to the office of Bruno & Bruno, LLP the $15,000.00 "Building" Coverage check made payable to: Annie Rovaris, Bruno & Bruno, LLP, and Office of Community Development, Division of Administration for the State of LA.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRCIT COURT JUDGE