UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| *severed from Abadie, 06-5164* | * | |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| | * | |
| *Angle Rilleaux-Fields v.* | * | Judge Stanwood R. Duval, Jr. |
| *State Farm Fire and Casualty Company,* | * | |
| *Case Number 07-2456* | * | |
| ************************************* | | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through the undersigned counsel, comes Plaintiff, Angeli Rillieux-Fields and Bruno & Bruno, LLP who move this Honorable Court to enforce the settlement agreement reached by Plaintiff, Angeli Rillieux-Fields, and Defendant, State Farm Fire and Casualty Company, on January 16, 2008.

In support of this Motion to Enforce Settlement, Plaintiff attaches a memorandum more fully describing Defendant's failure to honor the settlement agreement, a true copy of the settlement agreement, and the Affidavit of Plaintiff, Angeli Rillieux-Fields. Undersigned has notified defendant, State Farm Fire and Casualty, of the intent to file the instant motion.

**WHEREFORE**, Plaintiff, Angeli Rillieux-Fields, and Bruno & Bruno, LLP pray that this Court grant its Motion to Enforce Settlement.

/s/Melissa DeBarbieris
JOSEPH M. BRUNO (NO.3604)
MELISSA DEBARBIERIS (NO.32124)
**Bruno & Bruno, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone:     (504) 525-1335
Facsimile:       (504) 581-1493

**CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 28th day of September, 2015.

                                        /s/ Melissa DeBarbieris
                                        Melissa DeBarbieris