UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| *severed from Abadie, 06-5164* | * | |
| | * | |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| | * | |
| *Angle Rilleaux-Fields v.* | * | **Judge Stanwood R. Duval, Jr.** |
| *State Farm Fire and Casualty Company,* | * | |
| *Case Number 07-2456* | * | |

**************************************

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, that Plaintiff, through undersigned counsel, will bring on for hearing the attached Motion on the 21st day of October, 2015 at 9:30 a.m. before the Honorable Stanwood R. Duval, Jr.

Respectfully submitted:

/s/ Melissa DeBarbieris
JOSEPH M. BRUNO (# 3604)
MELISSA A. DEBARBIERIS (#32124)
**Bruno & Bruno, LLP**
855 Baronne Street
New Orleans, LA   70113
Telephone: (504) 525-1335
Facsimile:  (504) 581-1493

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 28th day of September, 2015.

                                                      /s/ Melissa DeBarbieris
                                                      Melissa DeBarbieris