UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| *severed from Abadie, 06-5164* | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| | * | |
| *Angle Rilleaux-Fields v.* | * | Judge Stanwood R. Duval, Jr. |
| *State Farm Fire and Casualty Company,* | * | |
| *Case Number 07-2456* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AFFIDAVIT OF ANGELI RILLIEUX-FIELDS
### IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT

STATE OF LOUISIANA

PARISH OF ORLEANS

1.

I, Angeli Rillieux-Fields, a person of the full age of majority and a resident of the Parish of Orleans, State of Louisiana, after having been first duly sworn, hereby depose and says:

2.

I am the plaintiff in the above-captioned case.

3.

On or about January 16, 2008, I received a settlement offer in the amount of $23,000.00 from Defendant, State Farm Fire and Casualty Company ("State Farm").

4.

The Gross Settlement Amount of $23,000.00 consisted of a $15,000.00 offer for "Dwelling;" a $4,000.00 offer for "Personal Property/Contents;" and a $4,000.00 offer for "Additional Living Expense (ALE)." $8,000.00 ($4,000.00 for "Personal Property/Contents" and $4,000.00 for "Additional Living Expense (ALE)") of the settlement offer was disbursed on

January 16, 2008 directly to me. The remaining $15,000.00 settlement offer for "Dwelling" is the ONLY amount at issue. While Bruno & Bruno, LLP was attempting to resolve outstanding issues regarding the Road Home and my former mortgage company, and each entity's respective interest (if any) in the remaining $15,000.00 "Dwelling" settlement offer, State Farm deposited the $15,000.00 "Dwelling" settlement offer amount in the State of Texas's Unclaimed Property Fund. Accordingly, this $15,000.00 amount is the amount at issue.

5.

The substance of the $15,000.00 "Dwelling" offer was that State Farm would pay me previously withheld insurance proceeds for the loss sustained to my home as a result of Hurricane Katrina, in exchange for my agreement to dismiss any and all actions against State Farm related to the Hurricane Katrina homeowner's insurance claim.

6.

After considering State Farm's settlement offer and discussing with my attorney, Joseph M. Bruno, I accepted the terms and conditions proposed by State Farm and executed the Settlement Agreement on January 16, 2008. Pursuant to the agreement, I was to receive the previously withheld settlement proceeds in exchange for the executed Settlement Agreement.

7.

Although I executed the Settlement Agreement and returned it to State Farm on or about January 16, 2008, to date, State Farm has failed to honor its agreement and has failed to pay to the proceeds previously guaranteed in return for the executed Settlement Agreement.

8.

At all times relevant herein, I have complied with the terms and conditions set forth in the Settlement Agreement.

9.

Despite repeated demands, State Farm has not provided me with the agreed upon proceeds from the Settlement Agreement.

10.

Upon information and belief, State Farm has disbursed the settlement proceeds to a disinterested third party. The State of Texas contacted me and advised that State Farm has forwarded the proceeds to the State's Unclaimed Property Fund where the applicable settlement has been deposited.

11.

At no time did I agree to allow State Farm deposit my settlement proceeds in the State of Texas's Unclaimed Property Fund.

12.

I have been advised by the State of Texas's Unclaimed Property Fund that there is a fee associated with the retrieval of my settlement proceeds from the State of Texas's Unclaimed Property Fund; however, should State Farm elect to retrieve the funds (settlement proceeds), there would be no such fee associated with the retrieval.

13.

Despite repeated demands, State Farm has refused to retrieve my settlement proceeds from the State of Texas's Unclaimed Property Fund.

14.

Further Affiant sayeth not.

IN WITNESS WHEREOF, the undersigned Party hereto has executed this Affidavit, effective as of this 15th day of July, 2015.

WITNESSES:

_Daniel [signature]_

_Cristin Jacobs_

_Angeli Rillieux-Fields [signature]_
Angeli Rillieux-Fields

STATE OF LOUISIANA

PARISH OF Orleans

On this 15th day of July, 2015, before me, personally appeared: **Angeli Rillieux-Fields**, who is known to me to be the person described in and who executed the forgoing instrument did, after being duly sworn, acknowledge that said instrument was executed freely and for the purposes therein set forth.

_____
Notary Public (signature)
Melissa A. DeBarbieris
Bar/License No. Notary Public #90406
My commission expires: Lifetime Commission
(Printed name of notary)

4