UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES<br>CONSOLIDATED LITIGATION | *<br>*<br>* | CIVIL ACTION 05-4182 |
| PERTAINS TO: | *<br>* | SECTION "K" (2) |
| *Allen et al v. State Farm Fire and<br>Casualty Company, Case Number 07-5111*<br>*Annie Rovaris* | *<br>*<br>* | **Judge Stanwood R. Duval**, Jr. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through the undersigned counsel, comes Plaintiff, Annie Rovaris and Bruno & Bruno, LLP who move this Honorable Court to enforce the settlement agreement reached by Plaintiff, Annie Rovaris, and Defendant, State Farm Fire and Casualty Company, on August 25, 2008.

In support of this Motion to Enforce Settlement, Plaintiff attaches a memorandum more fully describing Defendant's failure to honor the settlement agreement, a true copy of the settlement agreement, and the Affidavit of Plaintiff, Annie Rovaris. Undersigned has notified defendant, State Farm Fire and Casualty, of the intent to file the instant motion.

**WHEREFORE**, Plaintiff, Annie Rovaris, and Bruno & Bruno, LLP prays that this Court grant its Motion to Enforce Settlement.

/s/Melissa DeBarbieris
JOSEPH M. BRUNO (NO.3604)
MELISSA DEBARBIERIS (NO.32124)
**Bruno & Bruno, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone:    (504) 525-1335
Facsimile:    (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 28th day of September, 2015.

/s/ Melissa DeBarbieris
Melissa DeBarbieris