UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES  * | | CIVIL ACTION 05-4182 |
| CONSOLIDATED LITIGATION       * | | |
|                              * | | |
| PERTAINS TO:                  * | | SECTION "K" (2) |
|                              * | | |
| *Allen et al v. State Farm Fire and*  * | | **Judge Stanwood R. Duval, Jr.** |
| *Casualty Company, Case Number 07-5111*  * | | |
| ***Judy Jones***              * | | |
| ************************************** | | |

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

NOW INTO COURT, through the undersigned counsel, comes Plaintiff, Judy Jones and Bruno & Bruno, LLP who move this Honorable Court to enforce the settlement agreement reached by Plaintiff, Judy Jones, and Defendant, State Farm Fire and Casualty Company, on October 8th, 2008.

In support of this Motion to Enforce Settlement, Plaintiff attaches a memorandum more fully describing Defendant's failure to honor the settlement agreement, a true copy of the settlement agreement, and the Affidavit of Plaintiff, Judy Jones. Undersigned has notified defendant, State Farm Fire and Casualty, of the intent to file the instant motion.

**WHEREFORE**, Plaintiff, Judy Jones, and Bruno & Bruno, LLP pray that this Court grant its Motion to Enforce Settlement.

/s/Melissa DeBarbieris
JOSEPH M. BRUNO (NO.3604)
MELISSA DEBARBIERIS (NO.32124)
**Bruno & Bruno, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone:     (504) 525-1335
Facsimile:      (504) 581-1493

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 28th day of September, 2015.

/s/ Melissa DeBarbieris
Melissa DeBarbieris
