UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES   * | | CIVIL ACTION 05-4182 |
| CONSOLIDATED LITIGATION   * | | |
| * | | |
| PERTAINS TO:   * | | SECTION "K" (2) |
| * | | |
| *Allen et al v. State Farm Fire and*   * | | **Judge Stanwood R. Duval, Jr.** |
| *Casualty Company, Case Number 07-5111*   * | | |
| *Judy Jones*   * | | |
| ****************************************** | | |

### NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, that Plaintiff, through undersigned counsel, will bring on for hearing the attached Motion on the 21st day of October, 2015 at 9:30 a.m. before the Honorable Stanwood R. Duval, Jr.

                                                    Respectfully submitted:

                                                    /s/ Melissa DeBarbieris
                                                    JOSEPH M. BRUNO (# 3604)
                                                    MELISSA A. DEBARBIERIS (#32124)
                                                    **Bruno & Bruno, LLP**
                                                    855 Baronne Street
                                                    New Orleans, LA   70113
                                                    Telephone: (504) 525-1335
                                                    Facsimile:  (504) 581-1493

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 28th day of September, 2015.

                                                                       /s/ Melissa DeBarbieris
                                                                       Melissa DeBarbieris