

# BRUNO & BRUNO, L.L.P.
## A PARTNERSHIP OF PROFESSIONAL LAW CORPORATIONS

On this 27 day of 2006, 20 06 in the City of New Orleans, State of Louisiana, the undersigned, hereinafter referred to as client, does hereby employ and retain the legal services of BRUNO & BRUNO, a Partnership of Professional Law Corporations (herein "Law Firm"), to investigate, prosecute and collect, whether by suit, compromise or otherwise, client's claims as a result of Hurricane Katrina which occurred on the 29th day of August, 2006, the said claim against persons or entities who in the opinion of the Law Firm might be responsible therefore, at the address below.

If claim is based on tort liability or negligence, Client assigns and transfers an amount equal to the sum of all advances including but not limited to court costs and costs of litigation which may include, filing fees, deposition costs, transcript costs, expert and witness fees, travel expenses; photographic, electronic, or digital evidence reproduction, investigation fees, litigation related medical expenses, long distance telephone expenses, postage charges, mileage and outside courier service charges, and Westlaw electronic legal research charges; and THIRTY THREE and ONE THIRD PERCENT (33 1/3%) of my claim to my above named Law Firm. It is understood that should the Law Firm find it necessary to file a suit on behalf of the Client, in order to enforce the claim, Client assigns and transfers an amount equal to the sum of all advances, including but not limited to court costs and costs of litigation which may include filing fees, deposition costs living expenses, transcript costs, expert and witness fees, travel expenses; photographic, electronic, or digital evidence reproduction, investigation fees, litigation related medical expenses, long distance telephone expenses, postage charges, mileage and outside courier service charges, and westlaw electronic legal research charges and FORTY PERCENT (40%) of my claim to my above named Law Firm.

It is further understood and agreed that the Law Firm has a line of credit with the Whitney National Bank and is authorized to draw upon this line of credit for the purpose of paying the costs and expenses necessary to prosecute my claim. The decision to secure such loan is in the sole discretion of the Law Firm. The client shall be charged the same rate of interest charged by the Whitney National Bank. I do hereby agree that the full amount of the interest charged on such loan shall be considered a cost of the litigation and will be reimbursed to the Law Firm out of the funds received by me on my claim.

It is further understood and agreed that the Law Firm may act as co-counsel or associate with other attorneys at no extra cost to me at the Law Firm's sole discretion.

It is understood and agreed that the attorneys acquire as their fee an interest in the subject matter of the suit, proposed suit, or claim, in the prosecution or defense of which it is employed, and it is stipulated by and between the parties that neither the Law Firm nor the client may, without the consent of the other settle, compromise, release, discontinue, or otherwise dispose of the suit or claim.

1. No counsel fee shall be paid if there is no recovery. <u>All costs of litigation and all expenses connected with the handling of the said matters are to be borne by the Law Firm.</u>

2. It is specifically understood and agreed that the Law Firm is not allowed to give or loan money in consideration of hiring the Law Firm.

3. This contract is drawn in accordance with the provisions of Louisiana Law contained in R.S. 37:218 and Civil Code Article 3028.

I HAVE READ OVER AND FULLY UNDERSTAND THE ABOVE CONTRACT AND HAVE BEEN GIVEN A COPY OF SAME.

BRUNO & BRUNO

BY: _____
    ATTORNEY

BY: x Judy Jones
    CLIENT

Client's Name: x Judy Jones
Client's Damaged Property Address:

x 7433 Lynnhurst Dr
New Orleans La 70126

TOTAL P.02