UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION 05-4182 |
| CONSOLIDATED LITIGATION | * | |
| | * | |
| PERTAINS TO: | * | SECTION "K" (2) |
| | * | |
| *Allen et al v. State Farm Fire and* | * | **Judge Stanwood R. Duval, Jr.** |
| *Casualty Company, Case Number 07-5111* | * | |
| **Shirley and Ervin Taylor** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF
## MOTION TO ENFORCE SETTLEMENT

MAY IT PLEASE THE COURT:

On October 7, 2008, Shirley and Ervin Taylor entered into a Confidential Receipt and Release Agreement (hereinafter "Agreement") with State Farm Fire and Casualty Company (hereinafter "State Farm") to settle their claim for damages related to Hurricane Katrina for the following settlement amounts: $18,000.00 for "Building" Coverage; $11,000.00 for "Personal Property" Coverage; and $6,000.00 for "Additional Living Expense" Coverage. Bruno & Bruno, LLP (hereinafter "Bruno") disbursed the uncontested $17,000.00 to Shirley and Ervin Taylor less attorneys' fees. Bruno was unable to disburse the proceeds of the $18,000.00 check to Shirley and Ervin Taylor as the Office of Community Development, Division of Administration for the State of LA ("Road Home"), Daniel E. Becnel, and HomeQ Servicing Corporation ITS Successors &/OR Assigns were all named as additional payees. In order for the Road Home to make a determination regarding any interest it may have in the settlement proceeds, Bruno submitted a "Request for Approval." During the pendency of the Road Home review process, the $18,000.00 check expired. While the Road Home and HomeQ ascertained their respective interests in the settlement proceeds, Bruno requested reissue of Shirley and Ervin Taylor's settlement payment through State Farm. Despite repeated requests, State Farm refused to reissue

the check.  To date, State Farm has not provided affiant with the agreed upon proceeds from the October 7, 2008 settlement agreement.

Shirley and Ervin Taylor learned via letter from the State of Texas that State Farm deposited the applicable settlement proceeds in the State of Texas's Unclaimed Property Fund. As such, State Farm has failed to honor the October 7, 2008 Settlement Agreement and its obligations therein.

Furthermore, State Farm has failed to honor Bruno's lien – an interest in the claim statutorily granted by LSA–R.S. 37:218 which gives Bruno a special privilege to attorneys for the amount of their professional fees on any recovery obtained by settlement. State Farm had notice of Bruno's lien, but failed to protect Bruno's interest in the settlement proceeds.

Bruno moves for leave to file its proposed Motion to Enforce Settlement in hopes that this Court will have Defendant, State Farm, honor the terms, conditions, and obligations set forth by their own counsel in the "Release," executed by Shirley and Ervin Taylor on October 7, 2008.  Furthermore, Bruno moves for leave to file its proposed Motion to Enforce Settlement in hopes that Bruno can satisfy its contractual obligation to tender the amount(s) due pursuant to the settlement agreement executed in conjunction with the underlying litigation and agreed upon by both Client and Bruno on Mach 2, 2007, which is evidenced by the contract attached as Exhibit "A."

State Farm and Shirley and Ervin Taylor are hereby notified of Bruno's intent to seek this Honorable Court's leave to file its' Motion to Enforce Settlement.

Respectfully submitted:

/s/ Melissa DeBarbieris
JOSEPH M. BRUNO (NO.3604)
MELISSA DEBARBIERIS (NO.32124)
**Bruno & Bruno, LLP**
855 Baronne Street
New Orleans, LA 70113
Telephone:    (504) 525-1335
Facsimile:    (504) 581-1493

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 28th day of September, 2015.

/s/ Melissa DeBarbieris
Melissa DeBarbieris