UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION 05-4182** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | |
| **PERTAINS TO:** | * | **SECTION "K" (2)** |
| | * | |
| *Allen et al v. State Farm Fire and* | * | **Judge Stanwood R. Duval, Jr.** |
| *Casualty Company, Case Number 07-5111* | * | |
| ***Shirley and Ervin Taylor*** | * | |
| **\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*** | | |

## NOTICE OF SUBMISSION

**PLEASE TAKE NOTICE**, that Plaintiff, through undersigned counsel, will bring on for hearing the attached Motion on the 21st day of October, 2015 at 9:30 a.m. before the Honorable Stanwood R. Duval, Jr.

        Respectfully submitted:

        /s/ Melissa DeBarbieris
        JOSEPH M. BRUNO (# 3604)
        MELISSA A. DEBARBIERIS (#32124)
        **Bruno & Bruno, LLP**
        855 Baronne Street
        New Orleans, LA   70113
        Telephone: (504) 525-1335
        Facsimile:  (504) 581-1493

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above and foregoing upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 28th day of September, 2015.

                                            /s/ Melissa DeBarbieris
                                            Melissa DeBarbieris