UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION 05-4182 |
| *severed from Abadie, 06-5164* | * * | |
| PERTAINS TO: | * * | SECTION "K" (2) |
| *Angle Rilleaux-Fields v. State Farm Fire and Casualty Company, Case Number 07-2456* | * * * | Judge Stanwood R. Duval, Jr. |

**************************************

## ORDER

**CONSIDERING THE FOREGOING and the failure to oppose same,**

**IT IS HEREBY ORDERED ADJUDGED AND DECREED,** that the MOTION TO ENFORCE SETTLEMENT AGREEMENT is **GRANTED**.

Defendant, State Farm Fire and Casualty Company is hereby ordered to re-issue and then forward to the office of Bruno & Bruno, LLP the $15,000.00 "Building" Coverage check made payable to: Angeli Rillieux-Fields, Bruno & Bruno, LLP, Standard Mortgage Corp ISAOA ATIMA, Regions Bank ATTN: COLLATERAL INS DEPT, and Office of Community Development, Division of Administration for the State of LA.

New Orleans, Louisiana, this ___22nd___ day of __October__, 2015.

_____
UNITED STATES DISTRCIT COURT JUDGE