UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** * | | **CIVIL ACTION 05-4182** |
| **CONSOLIDATED LITIGATION** * | | |
| * | | |
| **PERTAINS TO:** * | | **SECTION "K" (2)** |
| * | | |
| *Allen et al v. State Farm Fire and* * | | **Judge Stanwood R. Duval**, Jr. |
| *Casualty Company, Case Number 07-5111* * | | |
| **Shirley and Ervin Taylor** * | | |
| ************************************ | | |

## ORDER

**CONSIDERING THE FOREGOING** and the failure to oppose same,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED,** that the MOTION TO ENFORCE SETTLEMENT AGREEMENT is **GRANTED**.

Defendant, State Farm Fire and Casualty Company is hereby ordered to re-issue and then forward to the office of Bruno & Bruno, LLP the $18,000.00 "Building" Coverage check made payable to: Shirley and Ervin Taylor, Bruno & Bruno, LLP, Daniel E. Becnel, HomeQ Servicing Corporation ITS Successors &/OR Assigns, and Office of Community Development, Division of Administration for the State of LA.

New Orleans, Louisiana, this __22nd__ day of __October__, 2015.

_____
UNITED STATES DISTRCIT COURT JUDGE