UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * | CIVIL ACTION NO. 05-4182 AND CONSOLIDATED CASES |
| PERTAINS TO: BARGE | * | SECT. K; MAG 2 |
| THE COMPLAINT OF UNIQUE TOWING, INC. AND JOSEPH C. DOMINO, INC., CIVIL ACTION NO. 06-3313 | * * * | HON. STANWOOD R. DUVAL HON. JOSEPH C. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION TO RELEASE FUNDS FROM REGISTRY**

NOW COME Claimants In Limitation in Civil Action 06-3313 only, to the exclusion of all others, through undersigned counsel, upon suggesting to the Court that in accord with Civil Action 06-3313, Judgment at R. Doc. 17, in accord with the correspondence attached as Exhibit A, and in accord with Local Rule 67, movers would respectfully show:

1.

Movers are thousands of claimants in limitation against Joseph C. Domino, Inc. and Unique Towing, Inc. only, to the exclusion of all others who did not assert claims in limitation against Joseph C. Domino, Inc. and Unique Towing, Inc., in the above encaptioned matter, all as named in the various Answers to Domino and Unique's Complaints herein seeking limitation of or exoneration from liability relative to the breach of the eastern Inner Harbor Navigation Canal floodwall relative to Hurricane Katrina and consequent damages.

2.

Following trial in this matter, the Court found that Joseph C. Domino, Inc. and Unique Towing were entitled to limit their liability. R. Doc. 930.

**3.**

Domino and Unique appealed this Judgment to the United States Fifth Circuit Court of Appeals, No. 08-30424, which Judgment was affirmed and is now final.

**4.**

Domino and Unique thereafter elected to concede Judgment to the movers herein, and accordingly, pursuant to Judgment entered at R. Doc. 17 upon Domino's and Unique's Motion for Entry of Final Judgment Ordering the Deposit of the Limitation Fund and Absolving Limitation Petitioners of any Further Liability, holding Domino and Unique liable to all claimants who timely filed claims in this matter, Domino and Unique deposited the principal sum of $488,400.00 into the Registry of the Court.

**5.**

Movers are the clients of undersigned counsel, the same who, to the exclusion of all other counsel, successfully prosecuted their claims, conducted two trials in furtherance of their claims, and successfully answered Domino and Unique's Appeal on their behalf, leading directly to Final Judgment, all pursuant to written retainer contract with the undersigned and/or by referral from outside counsel.

**6.**

Whereas it is Joseph C. Domino, Inc.'s, Unique Towing, Inc's, movers' and undersigned's intention that, in accord with law, all funds deposited by Domino and Unique be disbursed and distributed, movers pray for an Order to this effect.

**7.**

Undersigned counsel hereby warrant and affirm that they will undertake all steps reasonable and necessary in accord with law to notify of and disburse to movers and their

respective counsel the funds subject of this Motion and the accompanying Order, subject to the terms of undersigned's retainer and referral agreements herein, and thereafter, as to claimants not responsive to notice or whose whereabouts are unknown, and after the delay afforded by Louisiana law, pursuant to the "Uniform Unclaimed Property Act of 1997," La. Rev. Stat. 9:151, et seq.

**8.**

**WHEREFORE**, movers respectfully pray for an Order in accord with law and Local Rule 67, disbursing to undersigned counsel the funds subject of Domino's and Unique's deposit into the Registry in this matter, together with accrued interest, in a principal amount totaling Four Hundred and Eighty Eight Thousand Four Hundred Dollars ($488, 400.00), plus interest, lest the registry fee authorized by law.

This 29th day of October, 2015.

Respectfully submitted,

*/s/Lawrence D. Wiedemann*
**LAWRENCE D. WIEDEMANN (13457)**
3923 Audubon Trce
Jefferson, LA 70121-1570
504/669-8510
ldwiedemann@gmail.com

*/s/Patrick J. Sanders*
**PATRICK J. SANDERS** (**18741**)
3123 Ridgelake Dr., Ste B
Metairie, LA 70002
504/834-0646
Pistols42@aol.com

*/s/ Brian A. Gilbert*
**BRIAN A. GILBERT (21297)**
2010 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: (504) 588-8570
Facsimile: (504) 599-8579

>briang@javierlawfirm.com
>bgilbert@briangilbertlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record via CM/ECF upload this 29th day of October, 2015.

>*/s/Brian A. Gilbert*