

Brian Gilbert <bgilbert@briangilbertlaw.com>

## Unique Towing 06-3313 (Our 6189)

2 messages

---

**John Emmett** <jemmett@wep-law.com>  Wed, Oct 21, 2015 at 10:31 AM
To: "Bgilbert@briangilbertlaw.com" <Bgilbert@briangilbertlaw.com>

Brian:

Per your request, here is the history of the Unique Towing litigation involving the Ingram barge that was found in the 9th Ward after Hurricane Katrina.

My clients, Unique Towing and Joseph C. Domino, filed for limitation of liability after they were third partied into the litigation instituted against Lafarge. Unique allegedly was the last party to handle the barge before the storm. Your office filed claims on behalf of 9th Ward residents in the Unique/Domino limitation case.

Judge Berrigan bifurcated liability and damages. After the initial trial, she found that both Ingram and Unique/Domino were entitled to limitation. After the second trial, she found that Unique/Domino were negligent in the manner in which they moored the barge of Saturday August 27. Ingram was exonerated. Judge Berrigan did not reach the issue of causation, i.e. did the barge knock the levee down? She transferred the matter back to Judge Duval for consolidation with the case against Lafarge.

We appealed. The Fifth Circuit affirmed the finding of negligence. You did not appeal the finding that Unique/Domino could limit for tactical reasons related to your separate claims against Lafarge.

At that point, a decision was made that it would cost more to fight causation than pay the judgment. The limitation fund was deposited into the registry of the Court. It was never claimed by your clients. It remains in the registry (about $480K).

You informed me that this money was being put into an unclaimed funds account at the end of the month. Please advise as to your intentions regarding this money? Are you going to ask that it be disbursed to your office or to your clients? Are your clients abandoning any interest in the money so that it can be returned to Unique/Domino? Please let me know.

*s/John F. Emmett*

October 21, 2015

John F. Emmett

Waits, Emmett, Popp & Teich

1515 Poydras Street, Suite 1950

New Orleans, Louisiana 70112

(504) 581-1301

---

**Brian Gilbert** <bgilbert@briangilbertlaw.com>　　　　　　　　　　　Wed, Oct 21, 2015 at 10:33 AM
To: John Emmett <jemmett@wep-law.com>

Will will be seeking disbursement of the money from the registry, and have informed the Court accordingly.

Thanks.
[Quoted text hidden]
--

# THE JAVIER LAW FIRM

A LIMITED LIABILITY COMPANY

**Brian A. Gilbert**
2010 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
briang@javierlawfirm.com
Telephone: (504) 599-8570
Writer's Direct: (504) 599-8586
Fax: (504) 599-8579
Website: javierlawfirm.com