"Certification of Funds in the Registry"

PRINCIPAL: $ 488,465.71

Financial Deputy: E Luelp    Date: 10/29/15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE KATRINA CANAL BREACHES *<br>CONSOLIDATED LITIGATION | CIVIL ACTION NO. 05-4182<br>AND CONSOLIDATED CASES |
| * | |
| PERTAINS TO:   BARGE | SECT. K; MAG 2 |
| * | |
| THE COMPLAINT OF UNIQUE<br>TOWING, INC. AND JOSEPH C.<br>DOMINO, INC., CIVIL ACTION<br>NO. 06-3313 | HON. STANWOOD R. DUVAL<br>HON. JOSEPH C. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the Consent Motion to Release Funds From Registry, it is hereby **ORDERED** that the Motion be, and is hereby, **GRANTED**;

Further Ordered, the clerk is authorized and directed to draw a check (or checks) on the funds on deposit in the registry of this court in the principal amount of Four Hundred and Eighty Eight Thousand Four Hundred Dollars ($488,000.00) plus interest, less the registry fee authorized by law, payable to "The Law Office of Brian A. Gilbert, P.L.C.," and to mail or deliver the check to the attention of Brian A. Gilbert, 1100 Poydras Street, Ste. 2010, New Orleans, Louisiana, 70163.

Further **ORDERED**, the Court hereby approves, adopts, and **ORDERS** the notice, distribution, and disposition of funds in accord with Paragraph 7 of the Motion.

New Orleans, Louisiana, this 2nd day of November, 2015.

HON. STANWOOD R. DUVAL, JR.