UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO.  05-4182 |
| | * | |
| PERTAINS TO:  LEVEE, MRGO | * | SECTION "K" (2) |

FILED IN:    05-4181, 05-4182, 05-6438, 06-0151, 06-5161, 06-5260, 06-5308, 06-5342, 06-5471, 06-5895, 06-6099, 06-6299, 06-6473, 06-6642, 06-7516, 06-8708, 07-1113, 07-1271, 07-1285, 07-1349, 07-3500, 07-4391, 07-4392, 07-4550, 07-4555, 07-4557, 07-4558, 07-4559, 07-4560, 07-4561, 07-4562, 07-4563, 07-4774, 07-4775, 07-4837, 07-4851, 07-4944, 07-4945, 07-4948, 07-4949, 07- 4952, 07-4953, 07-4957, 07-4958, 07-4960, 07-4963, 07-4964, 07-4965, 07-4966, 07-4967, 07-4968, 07-4969, 07-4970, 07-4971, 07-4972, 07-4973, 07-4974, 07-4975, 07-4976, 07-4977, 07-4978, 07-4979, 07-4980, 07-4981, 07-4982, 07-4983, 07-4984, 07-4985, 07-4988, 07-4989, 07-4990, 07-4991, 07-4992, 07-4993, 07-4994, 07-4995, 07-4996, 07-4997, 07-4998, 07-5000, 07-5001, 07-5002, 07-5003, 07-5004, 07-5005, 07-5006, 07-5007, 07-5008, 07-5009, 07-5011, 07-5012, 07-5013, 07-5014, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019, 07-5020, 07-5067, 07-5155, 07-5184, 07-5186, 07-5187, 07-5193, 07-5254, 07-5286, 07-5318, 07-5319, 07-5321, 07-5322, 07-5323, 07-5324, 07-5327, 07-5329, 07-5330, 07-5334, 07-5338, 07-5339, 07-5340, 07-5341, 07-5342, 07-5343, 07-5344, 07-5345, 07-5346, 07-5347, 07-5348, 07-5349, 07-5350, 07-5351, 07-5352, 07-5353, 07-5354, 07-5355, 07-5356, 07-5361, 07-5362, 07-5363, 07-5364, 07-5365, 07-5366, 07-5367, 07-5368, 07-5369, 07-5371, 07-5373, 07-5374, 07-5375, 07-5376, 07-5378, 07-5397, 07-5494, 07-5495, 07-5496, 08-1192, 11-2062

MOTION BY LEVEE DISTRICTS AND ST. PAUL FOR REOPENING OF SUITS
AND FOR SUMMARY JUDGMENT PURSUANT TO FINAL JUDGMENT
<u>APPROVING LIMITED FUND SETTLEMENT OF CLAIMS</u>

**NOW INTO COURT**, through undersigned counsel, come The Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District and St. Paul Fire & Marine Insurance Company (collectively, "Movers"), which respectfully move pursuant to Federal Rule of Civil Procedure 56 for the entry of summary judgment dismissing with prejudice the claims asserted by plaintiffs against Movers in these actions.

2

As set forth more fully in the attached memorandum in support, Movers entered into and submitted for court approval a limited fund, non-opt out, class action settlement pursuant to Fed. R. Civ. P. 23(b)(1)(B) in the matter of *Jared Vodanovich v. Boh Brothers Construction Co., LLC, et al.*, Civil Action 05-4191, in the U.S. District Court for the Eastern District of Louisiana.  In light of that settlement, this Court administratively closed all claims pending against Movers in the captioned litigations pending the finality of that settlement.  The settlement has now been fully and finally approved by a Final Judgment entered by The Hon. Ivan L.R. Lemelle, and the effective date of that settlement has been recognized.  As such, and pursuant to Fed. R. Civ. P. 23(b)(1)(B), the terms of the approved settlement, and the Final Judgment entered by Judge Lemelle, the claims asserted by plaintiffs against Movers in these litigations have been settled and released and should be dismissed with prejudice.

**WHEREFORE**, Movers respectfully request (1) that the captioned lawsuits be reopened for the limited purpose of the Court's consideration and granting of the relief requested herein; (2) that a judgment be entered formally dismissing, with prejudice, all claims asserted against Movers in the captioned lawsuits; (3) that the Court determine that there is no just reason for delay and certify the judgment dismissing Movers as a final judgment pursuant to Fed. R. Civ. P. 54(b); and (4) that the Court direct the Clerk of Court to file a copy of the Court's judgment in the record for each of the captioned cases. Movers further request such other just and equitable relief to which they may be entitled.

2408196_1

Respectfully submitted:


/s/ Gary M. Zwain_____
Gary M. Zwain, Bar Roll # 13809
DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA  70002
Telephone:  (504) 832-3700
Facsimile:   (504) 837-3119
**Attorneys for the Board of Commissioners for the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners for the Lake Borgne Basin Levee District, and the Lake Borgne Basin Levee District**

/s/Thomas P. Anzelmo_____
Thomas P. Anzelmo, Bar Roll # 2533
MCCRANIE, SISTRUNK, ANZELMO, HARDY, MCDANIEL & WELCH
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone:  (504) 846-8404
Facsimile:   (800) 977-8810

And

Ben L. Mayeaux, Bar Roll # 19042
NEUNERPATE
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA  70505-2828
Telephone:  (337) 237-7000
Facsimile:    (337) 233-9450
**Attorneys for the Board of Commissioners for the Orleans Levee District and the Orleans Levee District**

2408196_1

        */s/ Joseph P. Guichet*
        Joseph P. Guichet Bar Roll # 24441
        LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
        601 Poydras Street, Suite 2775
        New Orleans, LA  70130
        Telephone:  (504) 568-1990
        Facsimile:   (504) 310-9195
        **Attorneys for St. Paul Fire and Marine Insurance Company**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's CM/ECF system on this 1st day of July, 2016.

        */s/ Joseph P. Guichet*
        Joseph P. Guichet

2408196_1