# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE KATRINA CANAL BREACHES** | * | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | * | |
| | * | **NO. 05-4182** |
| | * | |
| **PERTAINS TO: LEVEE, MRGO** | * | **SECTION "K" (2)** |

**FILED IN:** 05-4181, 05-4182, 05-6438, 06-0151, 06-5161, 06-5260, 06-5308, 06-5342, 06-5471, 06-5895, 06-6099, 06-6299, 06-6473, 06-6642, 06-7516, 06-8708, 07-1113, 07-1271, 07-1285, 07-1349, 07-3500, 07-4391, 07-4392, 07-4550, 07-4555, 07-4557, 07-4558, 07-4559, 07-4560, 07-4561, 07-4562, 07-4563, 07-4774, 07-4775, 07-4837, 07-4851, 07-4944, 07-4945, 07-4948, 07-4949, 07- 4952, 07-4953, 07-4957, 07-4958, 07-4960, 07-4963, 07-4964, 07-4965, 07-4966, 07-4967, 07-4968, 07-4969, 07-4970, 07-4971, 07-4972, 07-4973, 07-4974, 07-4975, 07-4976, 07-4977, 07-4978, 07-4979, 07-4980, 07-4981, 07-4982, 07-4983, 07-4984, 07-4985, 07-4988, 07-4989, 07-4990, 07-4991, 07-4992, 07-4993, 07-4994, 07-4995, 07-4996, 07-4997, 07-4998, 07-5000, 07-5001, 07-5002, 07-5003, 07-5004, 07-5005, 07-5006, 07-5007, 07-5008, 07-5009, 07-5011, 07-5012, 07-5013, 07-5014, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019, 07-5020, 07-5067, 07-5155, 07-5184, 07-5186, 07-5187, 07-5193, 07-5254, 07-5286, 07-5318, 07-5319, 07-5321, 07-5322, 07-5323, 07-5324, 07-5327, 07-5329, 07-5330, 07-5334, 07-5338, 07-5339, 07-5340, 07-5341, 07-5342, 07-5343, 07-5344, 07-5345, 07-5346, 07-5347, 07-5348, 07-5349, 07-5350, 07-5351, 07-5352, 07-5353, 07-5354, 07-5355, 07-5356, 07-5361, 07-5362, 07-5363, 07-5364, 07-5365, 07-5366, 07-5367, 07-5368, 07-5369, 07-5371, 07-5373, 07-5374, 07-5375, 07-5376, 07-5378, 07-5397, 07-5494, 07-5495, 07-5496, 08-1192, 11-2062

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion by The Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District and St. Paul Fire & Marine Insurance Company for Reopening of Suits and for Summary Judgment Pursuant to Final Judgment Approving Limited Fund Settlement of Claims will be brought for hearing on July 27, 2016 at 9:30 a.m. before the Honorable Judge Stanwood R. Duval Jr., or at such earlier time as the Court shall order.

Respectfully submitted:


/s/ Gary M. Zwain_____
Gary M. Zwain, Bar Roll # 13809
DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK
Three Lakeway Center, Suite 2900
3838 North Causeway Boulevard
Metairie, LA  70002
Telephone:  (504) 832-3700
Facsimile:   (504) 837-3119
**Attorneys for the Board of Commissioners for the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners for the Lake Borgne Basin Levee District, and the Lake Borgne Basin Levee District**

/s/Thomas P. Anzelmo_____
Thomas P. Anzelmo, Bar Roll # 2533
MCCRANIE, SISTRUNK, ANZELMO, HARDY, MCDANIEL & WELCH
909 Poydras Street, Suite 1000
New Orleans, LA 70112
Telephone:  (504) 846-8404
Facsimile:   (800) 977-8810

And

Ben L. Mayeaux, Bar Roll # 19042
NEUNERPATE
One Petroleum Center, Suite 200
1001 West Pinhook Road, Suite 200
Post Office Drawer 52828
Lafayette, LA  70505-2828
Telephone:  (337) 237-7000
Facsimile:    (337) 233-9450
**Attorneys for the Board of Commissioners for the Orleans Levee District and the Orleans Levee District**

2408206_1

       */s/ Joseph P. Guichet*
       Joseph P. Guichet Bar Roll # 24441
       LUGENBUHL, WHEATON, PECK,
       RANKIN & HUBBARD
       601 Poydras Street, Suite 2775
       New Orleans, LA  70130
       Telephone:  (504) 568-1990
       Facsimile:  (504) 310-9195
       **Attorneys for St. Paul Fire and Marine Insurance Company**

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the foregoing has been served upon all counsel of record via the Court's CM/ECF system on this 1st day of July, 2016.

       */s/ Joseph P. Guichet*
       Joseph P. Guichet