UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | |
| | * | NO.  05-4182 |
| | * | |
| PERTAINS TO:  LEVEE, MRGO | * | SECTION "K" (2) |

**FILED IN:**   05-4181, 05-4182, 05-6438, 06-0151, 06-5161, 06-5260, 06-5308, 06-5342, 06-5471, 06-5895, 06-6099, 06-6299, 06-6473, 06-6642, 06-7516, 06-8708, 07-1113, 07-1271, 07-1285, 07-1349, 07-3500, 07-4391, 07-4392, 07-4550, 07-4555, 07-4557, 07-4558, 07-4559, 07-4560, 07-4561, 07-4562, 07-4563, 07-4774, 07-4775, 07-4837, 07-4851, 07-4944, 07-4945, 07-4948, 07-4949, 07- 4952, 07-4953, 07-4957, 07-4958, 07-4960, 07-4963, 07-4964, 07-4965, 07-4966, 07-4967, 07-4968, 07-4969, 07-4970, 07-4971, 07-4972, 07-4973, 07-4974, 07-4975, 07-4976, 07-4977, 07-4978, 07-4979, 07-4980, 07-4981, 07-4982, 07-4983, 07-4984, 07-4985, 07-4988, 07-4989, 07-4990, 07-4991, 07-4992, 07-4993, 07-4994, 07-4995, 07-4996, 07-4997, 07-4998, 07-5000, 07-5001, 07-5002, 07-5003, 07-5004, 07-5005, 07-5006, 07-5007, 07-5008, 07-5009, 07-5011, 07-5012, 07-5013, 07-5014, 07-5015, 07-5016, 07-5017, 07-5018, 07-5019, 07-5020, 07-5067, 07-5155, 07-5184, 07-5186, 07-5187, 07-5193, 07-5254, 07-5286, 07-5318, 07-5319, 07-5321, 07-5322, 07-5323, 07-5324, 07-5327, 07-5329, 07-5330, 07-5334, 07-5338, 07-5339, 07-5340, 07-5341, 07-5342, 07-5343, 07-5344, 07-5345, 07-5346, 07-5347, 07-5348, 07-5349, 07-5350, 07-5351, 07-5352, 07-5353, 07-5354, 07-5355, 07-5356, 07-5361, 07-5362, 07-5363, 07-5364, 07-5365, 07-5366, 07-5367, 07-5368, 07-5369, 07-5371, 07-5373, 07-5374, 07-5375, 07-5376, 07-5378, 07-5397, 07-5494, 07-5495, 07-5496, 08-1192, 11-2062

## ORDER AND REASONS

Before the Court is the Motion for Reopening of Suits and for Summary Judgment Pursuant to Final Judgment Approving Limited Fund Settlement of Claims filed by The Board of Commissioners of the Orleans Levee District, the Orleans Levee District, the Board of Commissioners of the East Jefferson Levee District, the East Jefferson Levee District, the Board of Commissioners of the Lake Borgne Basin Levee District, the Lake Borgne Basin Levee District and St. Paul Fire & Marine Insurance Company (Rec. Doc. No. 21321).  This motion requests that the Court administratively re-open the claims against the Movers in numerous consolidated actions that were previously closed by Order of this Court (Rec. Doc. 21241)

pending finalization of a limited-fund settlement in the matter of *Jared Vodanovich v. Boh Brothers Construction Co., LLC, et al.*, Civil Action No. 05-4191, pending before the Hon. Ivan L.R. Lemelle in this Court.  The motion further requests that all claims asserted against Movers in the captioned cases be dismissed with prejudice now that the limited-fund settlement has been finalized and become effective.

The motion was set for submission on July 27, 2016, and any oppositions thereto were due on July 19, 2016.  No oppositions to the motion were filed.  Moreover, the Court has reviewed the motion and its supporting documents and finds the motion to be well-founded.  Accordingly,

**IT IS ORDERED** the Motion by Levee Districts and St. Paul For Reopening of Suits and For Summary Judgment Pursuant to Final Judgment Approving Limited Fund Settlement of Claims (Doc. No. 21321) all relief requested therein is **GRANTED.**  A separate Final Judgment shall be issued setting forth and granting the relief requested.

New Orleans, Louisiana, this __27th__ day of _____July_____, 2016.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

2408201_1