UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | * CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * SECTION K |
| | * JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE/FORCED PLACE | * MAGISTRATE: 2 |
| | * MAGISTRATE-JUDGE JOSEPH C. WILKINSON, JR. |
| ***************************************** | ************************************** |
| DWIGHT BAKER and SANDRA BAKER | * CIVIL ACTION NO. 09-2643 |
| Plaintiffs, | * SECTION K |
| VERSUS | * JUDGE: STANWOOD R. DUVAL, JR. |
| BALBOA INSURANCE COMPANY, *et al.* | * MAGISTRATE: 2 |
| Defendants. | * MAGISTRATE-JUDGE JOSEPH C. WILKINSON, JR. |
| ***************************************** | |

## VOLUNTARY MOTION TO DISMISS

Plaintiffs Dwight Baker and Sandra Baker, upon representing to the Court that all matters in controversy between said Plaintiffs and all of the Defendants have been resolved, move to dismiss all of their claims in the captioned lawsuit, with prejudice, and with each party to pay their own costs.

**WHEREFORE**, Dwight Baker and Sandra Baker respectfully move this Court to enter a Judgment dismissing all of their claims in the captioned lawsuit, with prejudice, and with each party to pay their own costs.

1418506.1

Respectfully submitted, this 23 day of June, 2016.

_____
Dwight Baker
25111 Lakecrest Glen Drive
Katy, TX   77493
Plaintiff

_____
Sandra Baker
25111 Lakecrest Glen Drive
Katy, TX   77493
Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record and parties who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, this 18th day of August, 2016.

／s/ Stephen W. Rider
STEPHEN W. RIDER

1418506.1