Case 2:05-cv-04182-SRD-JCW   Document 21326-1   Filed 08/18/16   Page 1 of 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KATRINA CANAL BREACHES | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | SECTION K |
| | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE/FORCED PLACE | MAGISTRATE: 2 |
| | MAGISTRATE-JUDGE JOSEPH C. WILKINSON, JR. |
| ****************************************** | ********************************** |
| DWIGHT BAKER and SANDRA BAKER | CIVIL ACTION NO. 09-2643 |
| Plaintiffs, | SECTION K |
| VERSUS | JUDGE: STANWOOD R. DUVAL, JR. |
| BALBOA INSURANCE COMPANY, *et al.* | MAGISTRATE: 2 |
| Defendants. | MAGISTRATE-JUDGE JOSEPH C. WILKINSON, JR. |
| ****************************************** | |

## JUDGMENT OF DISMISSAL

Considering the foregoing Voluntary Motion to Dismiss, filed by the plaintiffs Dwight Baker and Sandra Baker;

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Motion is granted, as requested, and all of the claims brought by plaintiffs Dwight Baker and Sandra Baker in the captioned lawsuit, be and they are hereby **DISMISSED**, with prejudice, and with each party to pay their own costs.

New Orleans, La., this _____ day of _____, 2016.

_____
JUDGE, UNITED STATES DISTRICT COURT,
E.D. La.

1418506.1