UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | SECTION K |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE/FORCED PLACE | * | MAGISTRATE: 2 |
| | * | MAGISTRATE-JUDGE JOSEPH C. WILKINSON, JR. |

*******************************************  *******************************

| | | |
|---|---|---|
| ARTHUR NELSON | * | CIVIL ACTION NO. 09-1607 |
| Plaintiff, | * | SECTION K |
| VERSUS | * | JUDGE: STANWOOD R. DUVAL, JR. |
| BALBOA INSURANCE COMPANY, *et al.* | * | MAGISTRATE: 2 |
| Defendants. | * | MAGISTRATE-JUDGE JOSEPH C. WILKINSON, JR. |

*******************************************

## VOLUNTARY MOTION TO DISMISS

Plaintiff Arthur Nelson, upon representing to the Court that all matters in controversy between said Plaintiffs and all of the Defendants have been resolved, moves to dismiss all of his claims in civil action no. 09-1607, with prejudice, and with each party to pay their own costs.

**WHEREFORE**, Arthur Nelson respectfully moves this Court to enter a Judgment dismissing all of his claims in the captioned lawsuit, with prejudice, and with each party to pay their own costs.

Respectfully submitted, this 22 day of September, 2016.

Joseph M. Bruno (#3604)
Bruno & Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 525-1335
Fax: (504) 581-1493
ATTORNEYS FOR PLAINTIFF
ARTHUR NELSON

## CERTIFICATE OF SERVICE

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record and parties who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, this 22 day of September, 2016.

/s/ Stephen W. Rider
STEPHEN W. RIDER

1680204.1

2