# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: KATRINA CANAL BREACHES** | *   **CIVIL ACTION NO. 05-4182** |
| | * |
| **CONSOLIDATED LITIGATION** | *   **SECTION K** |
| | * |
| | *   **JUDGE: STANWOOD R. DUVAL, JR.** |
| | * |
| **PERTAINS TO: INSURANCE/FORCED PLACE** | *   **MAGISTRATE: 2** |
| | * |
| | *   **MAGISTRATE-JUDGE** |
| | *   **JOSEPH C. WILKINSON, JR.** |
| ****************************************** | *   ********************************** |
| **ARTHUR NELSON** | *   **CIVIL ACTION NO. 09-1607** |
| | * |
| Plaintiff, | *   **SECTION K** |
| | * |
| **VERSUS** | *   **JUDGE: STANWOOD R. DUVAL, JR.** |
| | * |
| **BALBOA INSURANCE COMPANY,** *et al.* | *   **MAGISTRATE: 2** |
| | * |
| Defendants. | *   **MAGISTRATE-JUDGE** |
| | *   **JOSEPH C. WILKINSON, JR.** |
| ****************************************** | * |

## JUDGMENT OF DISMISSAL

Considering the foregoing Voluntary Motion to Dismiss, filed by the plaintiff Arthur Nelson;

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Motion is granted, as requested, and all of the claims brought by plaintiff Arthur Nelson in civil action no. 09-1607, be and they are hereby **DISMISSED**, with prejudice, and with each party to pay their own costs.

New Orleans, La., this _____ day of _____, 2016.

_____
JUDGE, UNITED STATES DISTRICT COURT,
E.D. La.

1680204.1