UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: KATRINA CANAL BREACHES | * | CIVIL ACTION NO. 05-4182 |
| CONSOLIDATED LITIGATION | * | SECTION K |
| | * | JUDGE: STANWOOD R. DUVAL, JR. |
| PERTAINS TO: INSURANCE/FORCED PLACE | * | MAGISTRATE: 2 |
| | * | MAGISTRATE-JUDGE JOSEPH C. WILKINSON, JR. |

******************************************  ***********************************

| | | |
|---|---|---|
| ARTHUR NELSON | * | CIVIL ACTION NO. 09-1607 |
| Plaintiff, | * | SECTION K |
| VERSUS | * | JUDGE: STANWOOD R. DUVAL, JR. |
| BALBOA INSURANCE COMPANY, *et al.* | * | MAGISTRATE: 2 |
| Defendants. | * | MAGISTRATE-JUDGE JOSEPH C. WILKINSON, JR. |

******************************************

## JUDGMENT OF DISMISSAL

Considering the foregoing Voluntary Motion to Dismiss, filed by the plaintiff Arthur Nelson;

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that the Motion is granted, as requested, and all of the claims brought by plaintiff Arthur Nelson in civil action no. 09-1607, be and they are hereby **DISMISSED**, with prejudice, and with each party to pay their own costs.

New Orleans, La., this 13th day of October, 2016.

_____
JUDGE, UNITED STATES DISTRICT COURT,
E.D. La.

1680204.1