UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES           CIVIL ACTION
CONSOLIDATED LITIGATION

                                        NO: 05-4182
                                        Relates to: MRGO
                                        06-2268 Robinson

Relates to: MRGO (*Robinson, 06-2268*)    SECTION: K

## RECORD OF DISPOSAL OF EXHIBITS

    Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case.  It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

    There having been no request for the return of the exhibits, and all matters are now complete pursuant to Rule 79.3 of the Local Rules of this Court, accordingly;

    **The exhibits admitted at trial on April 20, 2009 will be destroyed on August 31, 2017**.

                                        WILLIAM W. BLEVINS, CLERK
                                        By: James Crull, Deputy Clerk
                                            james_crull@laed.uscourts.gov