UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES                    CIVIL ACTION
CONSOLIDATED LITIGATION

NO: 05-4182
Relates to: BARGE
05-5724 and 06-7516

SECTION: K

Relates to: BARGE (05-5724 as to claims of Josephine Richardson and Holiday Jewelers, Inc.)
            BARGE (06-7516 as to claims of John Alford and Jerry Alford)

## RECORD OF DISPOSAL OF EXHIBITS

Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case.  It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

There having been no request for the return of the exhibits, and all matters are now complete pursuant to Rule 79.3 of the Local Rules of this Court, accordingly;

**The exhibits admitted at trial on June 21, 2010 will be destroyed on August 31, 2017**.

WILLIAM W. BLEVINS, CLERK
By: James Crull, Deputy Clerk
    james_crull@laed.uscourts.gov