UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: KATRINA CANAL BREACHES
CONSOLIDATED LITIGATION

PERTAINS TO BARGE

CIVIL ACTION

NO. 05-4182

SECTION "K"

*Mumford*    C.A. NO. 05-5724    *as to plaintiffs Josephine Richardson and Holiday Jewelers, Inc. - ONLY*

*Benoit*    C.A. NO. 06-7516    *as to claims of plaintiffs John Alford and Jerry Alford - ONLY*

## PLAINTIFFS' POST-TRIAL INDEX OF TRIAL EXHIBITS

P1.    Ingram - Lafarge Transportation Agreement, IBCO 001-005;

P2.    USCG ING4727 Vessel Documentation;

P3.    8/16/05 email from Rachel Burnett Mays to Carrie Jenks, etc., re MidSouth Gulf Coast Terminal Inventory; LNA 115 - 116;

P4.    Terminal Inventory Analysis documents, updated 8/16/05, 8/23/05 and 8/24/05, LNA 117, 134 and 137;

P5.    Lafarge South Daily Ash Inventory August 29, 2005, LNA 258;

P6.    Multi-page email from Carrie Jenks discussing stock shortages, LNA 268 - 274;

P7.    8/17/05 email from Rachel Burnett Mays to John Haverkamp, etc., re ING 4727; LNA 120;

P8.    8/17/05 email from Rachel Burnett Mays to A.J. Guthrie, etc., re 2 HOT loads of "H" for NOLA/Wlake; LNA 119;

P9.    8/18/05 email from Rachel Burnett Mays to Carrie Jenks, etc., re MidSouth Gulf Coast Inventory 8/18/05; LNA 121;

P10.   8/22/05 email from Brad Adkins to Jay Darlington re HOT HOT
         HOT BARGES; LNA 125;

P11.   8/22/05 email from Rachel Burnett Mays to A.J. Guthrie re "H"
         Plans for Gulf; LNA 127;

P12.   8/23/05 email from Rachel Burnett Mays to Brad Adkins re "H" Update for the Gulf;
         LNA 128;

P13.   STRICKEN as per Record Doc. 19902 - ;

P14.   Records produced by TECO in response to Lafarge's Rule 45 subpoena;

P15.   STRICKEN as per Record Doc. 19902 - Impact Weather notices, IBCO 649, 650, 651,
         665, 668, 671;

P16.   U.S. Department of Commerce, Certified True Copies of
         Meteorological records of the National Climatic Data Center for the
         period of 08/25/2005 - 08/30/2005 dated January 17, 2007 and certified
         by Thomas R. Karl, *In globo;*

P17.   National Weather Service, National Hurricane Center, Katrina
         Graphics Archives,web content
         http://www.nhc.noaa.gov/archive2005/KATRINA graphics.shtml
         frames 8 - 31;

P18.   National Weather Service, National Hurricane Center, Hurricane
         Katrina Forecast/Advisory B u l l e t i n s f o r A u g u s t 2 6 - 2 9 , 2 0
         0 5 , w e b c o n t e n t
         http:/www.nhc.noaa.gov/archive/2005/mar/all22005.fstadv;

P19.   State of Emergency proclamation by Kathleen Blanco, Proclamation
         No.: 48 KBB 2005, dated August 26, 2005;

P20.   WITHDRAWN - The Brookings Institute Hurricane Katrina Timeline, pp. 1-5;

P21.   8/25/05 email from David North re "East Canal Info Update -
         Tropical Storm Katrina," with attached Daily Position Report(s), IBCO
         1454 - 1465;

P22.   STRICKEN as per Record Doc. 19902  - CNN.com three page article, "Forecasters:
         Katrina to aim for Mississippi, Louisiana;" Exhibit 362 in Phase I Benchbook;

P23.   Storm track animation .gif identified as at200512_verify.gif;

P24.    IHNC Lockmaster log of Lockmaster Michael O'Dowd for period
        preceding and including Katrina, including ERD-014-0000000
        produced by U.S. on Vol. KC815;

P25.    U.S. Army Corps of Engineers, New Orleans District – Inner Harbor
        Navigation Canal Lock Shift Log 8/27/05 shift 8/4, 4/12, 12/8; 8/28/05,
        shift 12-8,

P26.    U.S. Army Corps of Engineers, New Orleans District – Inner Harbor
        Navigation Canal Lock Shift Log subsequent to the preceding entry

P27.    GNOBFA Barge Fleeting Standard of Care & Streamlined
        Inspection Program Guide Book, IBCO 158 - 226;

P28.    U.S. Coast Guard Sector New Orleans Hurricane Plan, including but
        not limited to Enclosure 11, "A Guide to Port Planning and
        Preparation," / "Maritime Hurricane Contingency Port Plan /
        Recommended Storm Preparations," Annex B, Annex B Appendices 1
        and 2, and Annex C (handwritten markings not included in exhibit);

P29.    United States Coast Guard Sector New Orleans Marine Safety
        Bulletin, Volume V, Issues XXXIII, XXXIV, XXXV;

P30.    USCG log setting Port Condition Whiskey and/or X-Ray, Yankee, Zulu;

P31.    USCG Press Release, "Coast Guard Urges Mariners to Prepare for
        Hurricane Katrina;" dated August 27, 2005 08:43:54 CST, LNA 00106;

P32.    USCG Press Release, "Media Advisory - Website Launched to
        Provide Latest Coast Guard Information On Hurricane Katrina
        Operations," dated August 27, 2005, 09:11:13 CST;

P33.    USCG Press Release, "Media Advisory - Coast Guard Prepares
        for Hurricane Katrina, dated August 27, 2005 18:17:22 CST;

P34.    U.S. National Oceanic and Atmospheric Administration, Coast Pilot V
        (33rd edition), cover and pp. 429-430;

P35.    U.S. Department of Commerce Nautical Chart No. 11367
        "Intracoastal Waterway" showing locations of Lafarge North America
        and Lone Star;

P36.    Shipyard Supply's "Response to Records Subpoena," pleading
        and attached invoice for 2" x 720' blue mooring line sold to Lafarge,
        invoice date August 8, 2005;

P37.  Lafarge New Orleans Terminal Hurricane Preparation Checklist,
LNA 113;

P38.  8/29/05 email from Jon Erbes to John Caldwell re "NOLA?"
inquiring as to NOLA terminal emergency plan, LNA 275;

P39.  8/29/05 email from Carrie Jenks to Jon Erbes, etc., re "NOLA
Barges in Gulf," LNA 148;

P40.  WITHDRAWN - 8/29/05 email from Rachel Burnett Mays to Rich Corzine re "Ingram
Coming to Joppa Plant," LNA 278;

P41.  8/25/05 and 8/26/05 Daily Boat Logs of Connie Z, IBCO 244,
245;

P42.  Zito Service Agreement, IBCO 716 - 727;

P43.  Zito Fleeting invoice, service date 8/25/05, re ING 4727, IBCO
243;

P44.  Zito Dispatch Log Reports(Barges in Fleet)- IBCO 1405-1506;

P45.  Zito Fleeting invoices, IBCO 1287, 1290, 1304, 1336;

P46.  8/27/05 email from Zito Dispatch to Anthony Gex, Ingram
manager Patrick Morton etc., IBCO 0728, describing Zito fleet
closures;

P47.  Zito Dispatch records of 8/24/05 - 8/26/05 re ING 4727 produced
at Barry Boudreaux deposition;

P48.  Zito Algiers Fleet dispatch reports 8/25/05 - 8/28/05 produced at
Barry Boudreaux deposition;

P49.  Six pages of handwritten 8/27 notes produced at Barry Boudreaux deposition;

P50.  Detailed Calling By Day logs produced at Barry Boudreaux
deposition, to include pages 15, and 25-30 of 38 total pages;

P51.  WITHDRAWN - Joseph C. Domino, Inc. Policies and Procedures manual, DOM  00014
- 149;

P52.  Regina H Daily Log, DOM 10 - 13;

P53.  Invoice for services of Regina H to top around ING 4727 on
8/27/05;

P54.   Certificate of Documentation, Regina H, DOM 150;

P55.   Diagram, DOM 00009;

P56.   WITHDRAWN - Joseph C. Domino invoice produced as Domino 000008;

P57.   WITHDRAWN - Vessel Status History for ING 4745, IBCO 1372-1375;

P58.   Vessel Status History for ING 4747, IBCO 0231-0238;

P59.   WITHDRAWN - ING 4727 Vessel Status History, IBCO    0231 - 0238;

P60.   Daily position Report- David North, generated on August 26, 2005
       IBCO 1376-1381;

P61.   Ingram Traffic Report, IBCO 0241;

P62.   Barge Unloading Report, LNA 105, 106;

P63.   Written Statement of Ed Busch;

P64.   Written Statement of Earl Smith;

P65.   Mooring lines presented by Lafarge for inspection;

P66.   LNA New Orleans Terminal Mooring Lines Photo PSLC000752;

P67.   LNA New Orleans Terminal Mooring Lines Photo PSLC000753;

P68.   LNA New Orleans Terminal Mooring Lines Photo PSLC000754;

P69.   LNA New Orleans Terminal Mooring Lines Photo PSLC000755;

P70.   LNA New Orleans Terminal Mooring Lines Photo PSLC000756;

P71.   LNA New Orleans Terminal Mooring Lines Photo PSLC000757;

P72.   LNA New Orleans Terminal Mooring Lines Photo PSLC000758;

P73.   LNA New Orleans Terminal Mooring Lines Photo PSLC000759;

P74.   LNA New Orleans Terminal Mooring Lines Photo PSLC000760;

P75.   LNA New Orleans Terminal Mooring Lines Photo PSLC000761;

P76.   LNA New Orleans Terminal Mooring Lines Photo PSLC000762;

P77.   LNA New Orleans Terminal Mooring Lines Photo PSLC000763;

P78.   LNA New Orleans Terminal Mooring Lines Photo PSLC000764;

P79.   LNA New Orleans Terminal Mooring Lines Photo PSLC000765;

P80.   LNA New Orleans Terminal Mooring Lines Photo PSLC000766;

P81.   LNA New Orleans Terminal Mooring Lines Photo PSLC000767;

P82.   LNA New Orleans Terminal Mooring Lines Photo PSLC000768;

P83.   LNA New Orleans Terminal Mooring Lines Photo PSLC000769;

P84.   LNA New Orleans Terminal Mooring Lines Photo PSLC000770;

P85.   LNA New Orleans Terminal Mooring Lines Photo PSLC000771;

P86.   LNA New Orleans Terminal Mooring Lines Photo PSLC000772;

P87.   LNA New Orleans Terminal Mooring Lines Photo PSLC000773;

P88.   LNA New Orleans Terminal Mooring Lines Photo PSLC000774;

P89.   LNA New Orleans Terminal Mooring Lines Photo PSLC000775;

P90.   LNA New Orleans Terminal Mooring Lines Photo PSLC000776;

P91.   LNA New Orleans Terminal Mooring Lines Photo PSLC000777;

P92.   LNA New Orleans Terminal Mooring Lines Photo PSLC000778;

P93.   LNA New Orleans Terminal Mooring Lines Photo PSLC000779;

P94.   LNA New Orleans Terminal Mooring Lines Photo PSLC000780;

P95.   LNA New Orleans Terminal Mooring Lines Photo PSLC000781;

P96.   LNA New Orleans Terminal Mooring Lines Photo PSLC000782;

P97.   LNA New Orleans Terminal Mooring Lines Photo PSLC000783;

P98.   LNA New Orleans Terminal Mooring Lines Photo PSLC000784;

P99.    LNA New Orleans Terminal Mooring Lines Photo PSLC000785;

P100.   LNA New Orleans Terminal Mooring Lines Photo PSLC000786;

P101.   LNA New Orleans Terminal Mooring Lines Photo PSLC000787;

P102.   LNA New Orleans Terminal Mooring Lines Photo PSLC000788;

P103.   LNA New Orleans Terminal Mooring Lines Photo PSLC000789;

P104.   LNA New Orleans Terminal Mooring Lines Photo PSLC000790;

P105.   LNA New Orleans Terminal Mooring Lines Photo PSLC000791;

P106.   LNA New Orleans Terminal Mooring Lines Photo PSLC000792;

P107.   LNA New Orleans Terminal Mooring Lines Photo PSLC000794;

P108.   LNA New Orleans Terminal Mooring Lines Photo PSLC000795;

P109.   LNA New Orleans Terminal Mooring Lines Photo PSLC000796;

P110.   LNA New Orleans Terminal Mooring Lines Photo PSLC000797;

P111.   LNA New Orleans Terminal Mooring Lines Photo PSLC000798;

P112.   LNA New Orleans Terminal Mooring Lines Photo PSLC000799;

P113.   LNA New Orleans Terminal Mooring Lines Photo PSLC000800;

P114.   Lafarge Terminal Photo, PSLC 000680;

P115.   Lafarge Terminal Photo, PSLC 000681;

P116.   Lafarge Terminal Photo, PSLC 000682;

P117.   Lafarge Terminal Photo, PSLC 000683;

P118.   Lafarge Terminal Photo, PSLC 000684;

P119.   Lafarge Terminal Photo, PSLC 000685;

P120.   Lafarge Terminal Photo, PSLC 000686;

P121.   Lafarge Terminal Photo, PSLC 000687;

P122.  Lafarge Terminal Photo, PSLC 000688;

P123.  Lafarge Terminal Photo, PSLC 000689;

P124.  Lafarge Terminal Photo, PSLC 000690;

P125.  Lafarge Terminal Photo, PSLC 000691;

P126.  Lafarge Terminal Photo, PSLC 000692;

P127.  Lafarge Terminal Photo, PSLC 000693;

P128.  Lafarge Terminal Photo, PSLC 000694;

P129.  Lafarge Terminal Photo, PSLC 000695;

P130.  Lafarge Terminal Photo, PSLC 000696;

P131.  Lafarge Terminal Photo, PSLC 000700;

P132.  Lafarge Terminal Photo, PSLC 000701;

P133.  STRICKEN as per Record Doc. 19902 - Lafarge Terminal Photo, PSLC 000701;

P134.  Lafarge Terminal Photo, PSLC 000702;

P135.  Lafarge Terminal Photo, PSLC 000703;

P136.  RULING ON OBJ. DEFERRED as per Record Doc. 19902 - Lafarge Terminal Photo, PSLC 000704;

P137.  RULING ON OBJ. DEFERRED as per Record Doc. 19902 - Lafarge Terminal Photo, PSLC 000705;

P138.  Lafarge Terminal Photo, PSLC 000706

P139.  Lafarge Terminal Photo, PSLC 000707;

P140.  Lafarge Terminal Photo, PSLC 000708

P141.  Lafarge Terminal Photo, PSLC 000709;

P142.  Lafarge Terminal Photo, PSLC 000710

P143.  Lafarge Terminal Photo, PSLC 000711

P144.   Lafarge Terminal Photo, PSLC 000712

P145.   Lafarge Terminal Photo, PSLC 000713

P146.   Lafarge Terminal Photo, PSLC 000714

P147.   Lafarge Terminal Photo, PSLC 000715

P148.   Lafarge Terminal Photo, PSLC 000716

P149.   Lafarge Terminal Photo, PSLC 000717

P150.   Lafarge Terminal Photo, PSLC 000718

P151.   Lafarge Terminal Photo, PSLC 000719

P152.   Lafarge Terminal Photo, PSLC 000727

P153.   Lafarge Terminal Photo, PSLC 000728;

P154.   Lafarge Terminal Photo, PSLC 000729;

P155.   Lafarge Terminal Photo, PSLC 000730;

P156.   Lafarge Terminal Photo, PSLC 000731;

P157.   Lafarge Terminal Photo, PSLC 000732;

P158.   Lafarge Terminal Photo, PSLC 000733;

P159.   Lafarge Terminal Photo, PSLC 000734;

P160.   Lafarge Terminal Photo, PSLC 000735;

P161.   OBJ SUSTAINED AS TO OMNIBUS DESCR.; SPECIFIC PHOTOS RETAINED.
        EXCESS PAGES WITHDRAWN as per Record Doc. 19902 - Photos of Lafarge Facility
        and dock, produced as LNA001118-001125, 001128-001135;

P162.   Aerial Photo (Five Barge Tier), PSLC 747;

P163.   Aerial Photo, PSLC 000749;

P164.   Aerial Photo, PSLC 000750;

P165.  OBJ SUSTAINED AS TO OMNIBUS DESCR.; SPECIFIC PHOTOS RETAINED
Aerial, satellite imaging of the Industrial Canal, Ingram Barge ING 4727, eastern
Industrial Canal floodwall, breaches including those LNA 009533-009535;

P166.  Photo of IHNC floodwall, breaches, and vicinity produced as
LNA 001155;

P167.  Video taken by Tommy Duplesis and provided by Sal Gutierrez,
taken at St. Bernard Parish Courthouse;

P168.  OBJECTION TO OMNIBUS DESCRIPTION SUSTAINED - Maps and/or charts of
the geographical area;

P169.  Lower Ninth Ward ING 4727 Photo, Getty image number:
55772729, PSLC 000919;

P170.  Lower Ninth Ward ING 4727 Photo, Getty image number:
55772555, PSLC 000920;

P171.  Lower Ninth Ward ING 4727 Photo, Getty image number:
55831691, PSLC 000921;

P172.  Lower Ninth Ward ING 4727 Photo, Getty image number:
55832357, PSLC 000922;

P173.  Lower Ninth Ward ING 4727 Photo, Getty image number:
55764823, PSLC 000923;

P174.  Lower Ninth Ward ING 4727 Photo, Getty image number:
55772721, PSLC 000924;

P175.  Lower Ninth Ward ING 4727 Photo, Getty image number:
55759542, PSLC 000925;

P176.  Lower Ninth Ward ING 4727 Photo, Getty image number:
55759540, PSLC 000926

P177.  Lower Ninth Ward ING 4727 Photo, Getty image number:
55764762, PSLC 000927

P178.  Lower Ninth Ward ING 4727 Photo, Getty image number:
71545243, PSLC 000928

P179.   Lower Ninth Ward ING 4727 Photo, PSLC 000748;

P180.   Photos of ING 4727 produced as

000874, 000877, 000919-000928;

P181.   IHNC Floodwall Photo PSLC 000736;

P182.   IHNC Floodwall Photo PSLC 000737;

P183.   IHNC Floodwall Photo PSLC 000738;

P184.   IHNC Floodwall Photo PSLC 000739;

P185.   IHNC Floodwall Photo PSLC 000740;

P186.   IHNC Floodwall Photo PSLC 000741;

P187.   IHNC Floodwall Photo PSLC 000742;

P188.   IHNC Floodwall Photo PSLC 000743;

P189.   IHNC Floodwall Photo PSLC 000744;

P190.   IHNC Floodwall Photo PSLC 000745;

P191.   IHNC Floodwall Photo PSLC 000746;

P192.   Stan Guidry Photos, PSLC 000974;

P193.   Stan Guidry Photos, PSLC 000975;

P194.   Stan Guidry Photos, PSLC 000976;

P195.   Stan Guidry Photos, PSLC 000977;

P196.   Stan Guidry Photos, PSLC 000978;

P197.   Stan Guidry Photos, PSLC 000979;

P198.   Stan Guidry Photos, PSLC 000980;

P199.   Stan Guidry Photos, PSLC 000981;

P200.   Stan Guidry Photos, PSLC 000982;

P201.   Stan Guidry Photos, PSLC 000983;

P202.   Stan Guidry Photos, PSLC 000985;

P203.  Stan Guidry Photos, PSLC 000986;

P204.  Stan Guidry Photos, PSLC 000987;

P205.  Stan Guidry Photos, PSLC 000988;

P206.  Stan Guidry Photos, PSLC 000989;

P207.  Stan Guidry Photos, PSLC 000990;

P208.  Stan Guidry Photos, PSLC 000991;

P209.  Stan Guidry Photos, PSLC 000992;

P210.  Stan Guidry Photos, PSLC 000993;

P211.  Stan Guidry Photos, PSLC 000994;

P212.  Stan Guidry Photos, PSLC 000995;

P213.  Stan Guidry Photos, PSLC 000996;

P214.  Stan Guidry Photos, PSLC 000997;

P215.  Stan Guidry Photos, PSLC 000998;

P216.  Stan Guidry Photos, PSLC 000999;

P217.  Stan Guidry Photos, PSLC 001000;

P218.  Stan Guidry Photos, PSLC 001001;

P219.  Stan Guidry Photos, PSLC 001002;

P220.  Stan Guidry Photos, PSLC 001003;

P221.  Stan Guidry Photos, PSLC 001004;

P222.  Stan Guidry Photos, PSLC 001005;

P223.  Stan Guidry Photos, PSLC 001006;

P224.  Photo (Reed) 001;

P225.  Photo (Reed) 002;

P226.   Photo (Reed) 003;

P227.   Photo (Reed) 004;

P228.   Photo (Reed) 005;

P229.   Photo (Reed) 006;

P230.   Photo (Lagarde) 000078

P231.   Photo (Lagarde) 000107;

P232.   Photo (Lagarde) 000111;

P233.   Photo (Lagarde) 000112;

P234.   Photo (Lagarde) 000113;

P235.   STRICKEN (as duplicative) - Photos of WGI borrow pits

P236.   WGI borrow pits(East) Photo IHNC. PSLC 000083;

P237.   WGI borrow pits(East) Photo IHNC. PSLC 000084;

P238.   WGI borrow pits(East) Photo IHNC. PSLC 000085;

P239.   WGI borrow pits(East) Photo IHNC. PSLC 000086;

P240.   Quicktime movie content from:
        http://www.washingtonpost.com/wpdyn/
        content/panorama/2005/09/29/PA2005092900922.html and
        http://www.washingtonpost.com/wpdyn/
        content/panorama/2005/10/03/PA2005100301672.html

P241.   ABC News broadcast - David Muir's interview of Joe Edwards -
        containing images of scrape marks along inside of eastern IHNC
        floodwall near south breach;

P242.   Web content at http://www.americanbridge.net/Experience/experience_detail.php?prj_
        ab_id=FlorNew%2029062004110711670, and
        http://www.modjeski.com/projects/detail.aspx?florida-avenue, depicting Florida Avenue
        Bridge in "down" position (web address
        updated).

P243.   RULING ON OBJECTION DEFERRED as per Record Doc. 19902  -  Tropical Cyclone
        Report, Hurricane Katrina 23-30 August 2005, Richard D. Knabb, Jamie R. Rhome, and

Daniel P. Brown, National Hurricane Center, December 20, 2005, updated August 10, 2006 for tropical wave history, storm surge, tornadoes, surface observations, fatalities and damage cost estimates.

P244.   IPET interim, draft and final Reports with supplements, appendices, attachments, in whole or in part, for the limited purpose of showing the underlying data and conclusions, but not for the truth of any conclusion as to the movement of Barge ING 4727 or the causation of the North or South Breaches in the IHNC;

P245.   IPET Final Report Vol. IV (March 26, 2007), "The Storm—Findings and Lessons Learned," p. IV-34, and Appendix I, pp. IV-1-75 and IV-1-76;

P246.   IPET Final Report Vol. IV (March 26, 2007), "The Storm—Findings and Lessons Learned," pp. IV-193 through IV-200;

P247.   IPET Final Report Vol. IV (March 26, 2007), "The Storm—Findings and Lessons Learned," p. IV-261;

P248.   IPET Final Report Vol. IV (March 26, 2007), Technical Appendix 1, "Hydrograph and High Water Mark Analysis", pp. IV-1-1 through IV-1-2 and IV-1-66 through IV-1-82;

P249.   IPET Final Report Vol IV (March 26, 2007), Technical Appendix 7, "Eyewitness Accounts of Flooding Caused by Hurricane Katrina," pp. IV-7-1, IV-7-6, and IV-7-50 through IV-7-54;

P250.   IPET Final Report Vol. IV (March 26, 2007), Technical Appendix 14, "Detailed-Scale STWAVE Modeling";

P251.   IPET Final Report Vol. IV (March 26, 2007), Technical Appendix 15, "Boussinesq Modeling";

P252.   IPET Final Report Vol. IV (March 26, 2007), Technical Appendix 17, "Consideration of Wind-Induced Barge Motions and Associated Forces in the Inner Harbor Navigation Canal";

P253.   IPET Final Report Vol. V (June 2007), "The Performance — Levees and Floodwalls," pp. V-89 through V-102;

P254.   IPET Final Report Vol. V (March 26, 2007), Technical Appendix 16, "Concrete I-Wall and Sheet Piling Material Recovery, Sampling and Testing: IHNC";

P255.   OBJ SUSTAINED - IPET Performance Evaluation Plan and Interim Status, Report 1 of a

Series, "Performance Evaluation of the New Orleans and Southeast
Louisiana Hurricane Protection System," January 10, 2006, pp. 79-81;

P256.  National Institute of Standards and Technology, Technology
Administration, U.S. Department of Commerce (hereinafter "NIST"),
Technical Note 1746, "Performance of Physical Structures in
Hurricane Katrina and Hurricane Rita: A Reconnaissance Report"(June 2006);

P257.  NIST Technical Note 1746, "Performance of Physical Structures in
Hurricane Katrina and Hurricane Rita: A Reconnaissance Report"
(June 2006), Chapter 3, pp. 42-44;

P258.  NIST Technical Note 1746, "Performance of Physical Structures in
Hurricane Katrina and Hurricane Rita: A Reconnaissance Report"
(June 2006), Chapter 4, pp. 98-99;

P259.  NIST Technical Note 1746, "Performance of Physical Structures in
Hurricane Katrina and Hurricane Rita: A Reconnaissance Report"
(June 2006), Chapter 4, p. 116;

P260.  June 30, 1994 National Transportation Safety Board Safety
Recommendation Concerning Barge Allision with N. Claiborne
Avenue Bridge, M-94-10 and -11;

P261  Independent Levee Investigation Team Final Report and
Appendices, for the limited purpose of showing the underlying data
and conclusions, but not for the truth of any conclusion as to the
movement of Barge ING 4727 or the causation of the North or South
Breaches in the IHNC;

P262.  Team Louisiana Report, Appendices, and Letter of Transmittal,
for the limited purpose of showing the underlying data and
conclusions, but not for the truth of any conclusion as to the movement
of Barge ING 4727 or the causation of the North or South Breaches in
the IHNC;

P263.  Sewerage & Water Board Central Control Log, 8/29/05;

P264.  Recorded and/or transcribed statement of Arthur Murph referenced in his deposition
and previously produced to counsel;

P265.  Murph House Closing Papers, 000001-000016;

P266.  New Jourdan, LLC Articles of Organization, web content from
Secretary of State website, corporations database;

P267.  February 9, 2006 act of sale ("Cash Sale" of 105 Berkley Drive,
       New Orleans, Louisiana, from Hummel Construction, LLC to Jeanne
       Church Murph and Arthur Murph, Jr.;

P268.  H.U.D. Settlement Statement;

P269.  May 11, 2006 correspondence from True Title, Inc. to Harry R.
       Holladay, re 105 Berkley Drive;

P270.  Crescent Bank and Trust Official Check No. 794153976;

P271.   Murph transactional document concerning 105 Berkley Drive
       labeled True Title 000035;

P272.  Compromise Documents and affidavits, statements, and
       attachments reflecting agreements between Lafarge North America, its
       agents, insurers and Arthur and/or Jeanne Church Murph relative to
       damage sustained during Hurricane Katrina (redacted in accord with
       confidentiality provisions LNA refused to waive);

P273.  City of New Orleans property ownership/property tax records
       pertaining to 105 Berkley Drive, 1739 Jourdan Avenue;

P274.  Google Map of Alford Residence at 2423 Deslondes Street, New
       Orleans;

P275.  Real Property Ownership Documents (Alford), Alford 000006-
       000009;

P276.  Contents Inventory (Alford) 000026-000081;

P277.  Damage photos(Alford) 000026;

P278.  Damage photos(Alford) 000027;

P279.  Damage photos(Alford) 000028;

P280.  Damage photos(Alford) 000029;

P281.  Damage photos(Alford) 000030;

P282.  Damage photos(Alford) 000031;

P283.  Damage photos(Alford) 000032;

P284.  Damage photos(Alford) 000033;

P285.  Damage photos(Alford) 000034;

P286.   Damage photos(Alford) 000035;

P287.   Damage photos(Alford) 000036;

P288.   Damage photos(Alford) 000037;

P289.   Damage photos(Alford) 000038;

P290.   Expert property appraisals and reports and attachments of G&C
        Appraisals, for Alford;

P291.  Google Map of Holiday Jewelers Store at 8400 W. Judge Perez Drive,
        Chalmette;

P292.  Contents Inventory for Holiday Jewelers, Glaser 000071-000072;

P293.  Business Income Records for Holiday Jewelers, Glaser 000001-
        000044;

P294.  Insurance Documents for Holiday Jewelers, Glaser 000066-
        000067

P295.  Blank.

P296.  Damage photos for Holiday Jewelers, Glaser 000045;

P297.  Damage photos for Holiday Jewelers, Glaser 000046;

P298.  Damage photos for Holiday Jewelers, Glaser 000047;

P299.  Damage photos for Holiday Jewelers, Glaser 000048;

P300.   Damage photos for Holiday Jewelers, Glaser 000049;

P301.   Damage photos for Holiday Jewelers, Glaser 000050;

P302.   Damage photos for Holiday Jewelers, Glaser 000051;

P303.   Damage photos for Holiday Jewelers, Glaser 000052;

P304.   Damage photos for Holiday Jewelers, Glaser 000053;

P305.   Damage photos for Holiday Jewelers, Glaser 000054;

P306.   Damage photos for Holiday Jewelers, Glaser 000055;

P307.   Damage photos for Holiday Jewelers, Glaser 000056;

P308.   Damage photos for Holiday Jewelers, Glaser 000057;

P309.   Damage photos for Holiday Jewelers, Glaser 000058;

P310.   Damage photos for Holiday Jewelers, Glaser 000059;

P311.   Damage photos for Holiday Jewelers, Glaser 000060;

P312.   Damage photos for Holiday Jewelers, Glaser 000061;

P313.   Damage photos for Holiday Jewelers, Glaser 000062;

P314.   Damage photos for Holiday Jewelers, Glaser 000063;

P315.   Damage photos for Holiday Jewelers, Glaser 000064;

P316.   Expert business loss evaluation report and attachments of John
        Theriot for Holiday Jewelers;

P317.   Google Map of Richardson Residence at 1321 Egania Street, New
        Orleans;

P318.   Real Property Ownership Ownership Documents (Richardson)
        000006-000010;

P319.   STRICKEN as duplicate of pages included in 318 - Real Property  Ownership
        Documents (Richardson) 000045-000049;

P320.   Marriage Certificate, Joseph Richardson, Sr. and Josephine
        Richardson, Richardson 000001;

P321.   Judgment of Possession, Succession of Joseph Richardson, Sr.,
        Richardson 000006-000007;

P322.   Act of Sale of 1321 Egania to Joseph and Josephine Richardson,
        Richardson 000008-000010;

P323.   Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson
        000011 – 000026

P324.   Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000012;

P325.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000013;

P326.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000014;

P327.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000015;

P328.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000016;

P329.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000017;

P330.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000018;

P331.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000019;

P332.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000022;

P333.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000023;

P334.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000024;

P335.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000025;

P336.  Interior/ Exterior Damage Photo, 1321 Egania Street, Richardson 000026;

P337.  Invoices, Receipts, Reports reflecting repair/replacement of 1321 Egania structure and contents, Richardson 0000045-0000049, and 000056 – 000115;

P338.  Home Inventory List, Richardson 000184 – 000211;

P339.  Certified Medical Records of DeKalb Medical Center, admission date of 9/27/05, 9/28/05, Richardson 000121-000171;

P340.  Insurance Documents (Richardson) 000020;

P341.   Death Certificate and Autopsy of Joseph Richardson, Sr.
        (Richardson) 000021;

P342.   Funeral and Burial Expenses of Joseph Richardson;

P343.   Expert property appraisals and reports and attachments of G&C
        Appraisals, for Richardson;

P344.   August 1, 2009 Report of Reda M. Bakeer, Ph.D., with appendices, for
        limited purposes of admissions, impeachment and rebuttal;

P345.   September 10, 2009 Deposition of Reda M. Bakeer, Ph.D., with
        exhibits, for limited purposes of admissions, impeachment and rebuttal

P346.   STRICKEN as per Record Doc. 19902 as inadvertent duplicate of P355 - January 26,
        2007 Deposition of Rachel Burnett Mays with exhibits (Please see P355);

P347.   August 1, 2009 Report of Robert M. Bea, Ph.D., with appendices, for
        limited purposes of admissions, impeachment and rebuttal;

P348.   September 4, 2009 Supplemental Report of Robert M. Bea, Ph.D., with
        appendices, for limited purposes of admissions, impeachment and
        rebuttal;

P349.   September 14, 2009 Deposition of Robert M. Bea, Ph.D., with all
        exhibits thereto, for limited purposes of admissions, impeachment and
        rebuttal;

P350.   Video of Robert Bea from
        http://berkeley.edu/news/berkeleyan/2005/10/20_New_Orleans.shtml "Levees Destroyed
        by Barges, Saved by Wetlands."

P351.   July 29, 2009 Report of Charles R. Cushing, Ph.D., with all appendices
        thereto, for limited purposes of admissions, impeachment and rebuttal;

P352.   August 6, 2009 Deposition of Charles R. Cushing, Ph.D., with all
        exhibits thereto, for limited purposes of admissions, impeachment and
        rebuttal

P353.   July 27, 2009 Report of Austin Dooley, with all appendices thereto, for
        limited purposes of admissions, impeachment and rebuttal

P354.   August 5, 2009 Deposition of Austin Dooley with all exhibits thereto,
        for limited purposes of admissions, impeachment and rebuttal

P355.  Designated portions of May 12, 2009 Deposition of Richard J. Guidry with all exhibits
       thereto, if unavailable for trial;

P356.  September 24, 2009 Deposition of G. Paul Kemp with all exhibits
       thereto, for limited purposes of admissions, impeachment and rebuttal

P357.  Designated portions of June 17, 2009 Rule 30(b)(6) Deposition of Lafarge through
       Arthur J. Guthrie with all exhibits thereto, for limited purposes of admissions,
       impeachment and rebuttal

P358.  November 30, 2006, Deposition of Richard Heck with all exhibits
       thereto, for limited purposes of admissions, impeachment and rebuttal

P359.  STRICKEN AS INADVERTENT DUPLICATE OF 346 - January 26, 2007
       Deposition of Rachel Burnett Mays with exhibits;

P360.  October 11, 2006 Rule 30(b)(6) Deposition of Joseph C. Domino, Inc.,
       through Gerald Thomas McNeill;

P361.  Exhibits to October 11, 2006 Rule 30(b)(6) Deposition of Joseph C.
       Domino, Inc. through Gerald Thomas McNeill;

P362.  October 26, 2006 Rule 30(b)(6) Deposition of Ingram Barge Co.
       through Daniel Paul Mecklenborg;

P363.  Documents identified in the October 26, 2006 Rule 30(b)(6) Deposition of Ingram Barge
       Co. through Daniel Paul Mecklenborg;

P364.  Designated Portions of July 22, 2009 Deposition of Reed Mosher, Ph.D., with all exhibits
       thereto, for limited purposes of admissions, impeachment and rebuttal ((Please see
       deposition designations previously submitted to the Court, for purposes beyond
       impeachment or rebuttal.);  ALSO SEE DESIGNATIONS BY BOTH PARTIES

P365.  WITHDRAWN - All other depositions or trial testimony of Reed Mosher, Ph.D., with all
       exhibits thereto, for limited purposes of admissions, impeachment and
       rebuttal;

P366.  September 3, 2009 Deposition of Wade Ragas with all exhibits thereto,
       for limited purposes of admissions, impeachment and rebuttal;

P367.  All other depositions or trial testimony of Wade Ragas, with all
       exhibits thereto, for limited purposes of admissions, impeachment and
       rebuttal;

P368.  July 15, 2009 Deposition of Philip D. Skaer with all exhibits thereto,
       for limited purposes of admissions, impeachment and rebuttal;

P369. September 26, 2009 Deposition of Joseph Suhayda, Ph.D., with all
exhibits thereto, for limited purposes of admissions, impeachment and
rebuttal;

P370. All other depositions or trial testimony of Joseph Suhayda, Ph.D., with
all exhibits thereto, for limited purposes of admissions, impeachment
and rebuttal;

P371. Designated Portions of November 10, 2006 Rule 30(b)(6) Deposition of Lafarge through
Edward VanderMeulen with all exhibits thereto, for limited purposes
of admissions, impeachment and rebuttal ((Please see deposition designations
previously submitted to the Court, for purposes beyond impeachment and rebuttal.);

P372. December 18, 2007 Deposition of William Villavasso (Please see deposition
designations previously submitted to the Court.);

P373. Exhibits 1-6, 8, and 10-11 to December 18, 2007 Deposition of
William Villavasso    (Please see deposition designations previously submitted to
the Court.);

P374. September 1, 2009 Deposition of William J. Weiss, Ph.D., for limited
purposes of admissions, impeachment and rebuttal;

P375. STRICKEN as per Record Doc. 19902  - Centanni Investigative Agency    Transcription
of July 31, 2006 Recorded Telephone Conversation With Lower 9th Ward
Resident Gertrude LeBlanc;

P376. STRICKEN as per Record Doc. 19902 - Centanni Investigative Agency Transcription
of December 2, 2005   Recorded Telephone Conversation With Lower 9th Ward Resident
Frazier Tompkins;

P377. Depositions of any witness unavailable for trial by death or otherwise,
with all exhibits thereto;

P378. June 27, 2008 Report of Robert D. Bartlett with attachments;

P379. March 16, 2009 Supplemental Report of Robert D. Bartlett;

P380. Exhibits to July 21, 2009 Deposition of Robert D. Bartlett;

P381. October 30, 2009 Declaration of Robert Bartlett;

P382. June 24, 2009 Report of Peter L. Cannizzaro III with attachments;

P383. Exhibits to July 17, 2009 Deposition of Peter L. Cannizzaro III;

P384. August 10, 2006 Report of Hugh F. Fossier, Aurora Environmental, with attachments;

P385. Exhibits to July 30, 2009 Deposition of Hugh F. Fossier;

P386. Report of Commander Donald Green, U.S. Coast Guard (retired);

P387. Exhibits to June 25, 2009 Deposition of Commander Donald Green, U.S. Coast Guard (retired);

P388. Photos in Exhibit G to June 25, 2009 Deposition of Commander Donald Green;

P389. October 29, 2009 Declaration of Commander Donald Green, U.S. Coast Guard (retired), with attachments;

P390. Krietemeger, G., Captain, The Coast Guardsman's Manual, Naval Institute Press ((1991), pp. 258-59;

P391. Cutler, T., The Blue Jackets Manual, United States Navy (2002), Figure 19.7 and associated text;

P392. Dodge, D., Seamanship Fundamentals for the Deck Officer, Naval Institute Press (1981), p. 173 and Figure 6-4;

P393. Crenshaw, R. Naval Shiphandling, Naval Institute Press, p. 69;

P394. Clissold, P., Dictionary of Old Sea Terms;

P395. Knight, A., Knight's Modem Seamanship (1941), p. 514;

P396. WITHDRAWN - Marshall, R., Rough Weather Seamanship for Sail and Power (2006);

P397. July 1, 2009 Report of Gennaro Marino, Ph.D., P.E.;

P398. October 2009 Curriculum Vitae of Gennaro Marino, Ph.D., P.E.;

P399. WITHDRAWN as duplicative of other exhibits - Rule 26 Disclosures of Gennaro Marino, Ph.D., P.E.;

P400. Exhibits to August 7, 2009 Deposition of Gennaro Marino, Ph.D., P.E.;

P401. October 30, 2009 Declaration of Gennaro Marino, Ph.D., P.E., with attached exhibits including Figures 1 through 4 and Model of Barge Impacting Floodwall prepared by Dr. Issam Harik in his office;

P402.  June 29, 2009 Report of Hector Pazos, P.E., with appendices;

P403.  Exhibits to July 20, 2009 Deposition of Hector Pazos, P.E.;

P404.  November 1, 2009 Declaration of Hector Pazos, P.E., with
attachments, except the expert report of R. Lee Wooten, which is
excluded and references to it;

P405.  Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 1;

P406.  Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 2;

P407.  Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 3;

P408.  Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 4;

P409.  Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 5;

P410.  Lower Ninth Ward ING 4727 Photo, Pazos Group 5, p. 6;

P411.  Kye Harbor Photo of ING 4727, Pazos Group 6, p. 2;

P412.  Kye Harbor Photo of ING 4727, Pazos Group 6, p.3;

P413.  Kye Harbor Photo of ING 4727, Pazos Group 6, p.4;

P414.  Kye Harbor Photo of ING 4727, Pazos Group 6, p.5;

P415.  Kye Harbor Photo of ING 4727, Pazos Group 6, p.6;

P416.  Kye Harbor Photo of ING 4727, Pazos Group 6, p.7;

P417.  Kye Harbor Photo of ING 4727, Pazos Group 7, p.1;

P418.  Kye Harbor Photo of ING 4727, Pazos Group 7, p.2;

P419.  Kye Harbor Photo of ING 4727, Pazos Group 7, p.3;

P420.  Kye Harbor Photo of ING 4727, Pazos Group 7, p. 4;

P421.  June 30, 2009 Report of Melvin Spinks, P.E., with appendices;

P422.  Sobek flood animation incorporating Barge plaintiffs' experts' inputs
(All Causes only). Included in Spinks' Expert Report and attachments;

P423.  Exhibits to August 14, 2009 Deposition of Melvin Spinks, P.E.;

P424.  October 28, 2009 Declaration of Melvin Spinks;

P425.  Nextel invoice of calls by Ed Busch;

P426.  Any document listed by defendant;

P427.  Any document necessary or permitted for purposes of impeachment or rebuttal, including but not limited to photos and pleadings from EDLA Civil Action 05-4182, 05-4419, 06-3313, and In Re Southern Scrap drydock Limitation Action;

P428.  Any demonstrative exhibit to illustrate the testimony of any expert witness;

P429.  Electronic Presentation System capture during Trial Testimony of Terry Adams;

P430.  Google Map admitted during testimony of Arthur Murph;

P431.  Google Satellite photo admitted during testimony of Arthur Murph;

P432.  December 17, 2007 deposition of Arthur Murph;

P433.  January 28, 2008 deposition of Arthur Murph;

P434A-J.  Electronic Presentation System captures during testimony of Dr. David Mitchell;

P435.  Curriculum Vitae of Dr. David Mitchell;

P436.  Dr. David Mitchell's Power Point presentation;

P437.  Gennaro Marino's Power Point presentation;

P438.  Capture of photo admitted during testimony of Gennaro Marino;

P439.  Capture of photo admitted during testimony of Gennaro Marino;

P440.  Capture of Top of Floodwall Top Elevations admitted during testimony of Gennaro Marino;

P441.  Table 24 captured during testimony of Gennaro Marino;

P442.  Capture of Dx106 and Dx263 showing North Breach and telephone pole;

P443.  Screen capture of Civil Tech Engineering Exhibit 3 aerial photo;

P444. Screen capture of Civil Tech Engineering Exhibit 5 LIDAR Digital Elevation Model.

P445. Screen capture taken during testimony of Melvin Spinks;

P446. Civil Tech Engineering Power Point presentation;

P447. Civil Tech Engineering Exhibit 6 Study Area Work Map;

P448. Capture of GIWW/IHNC junction and LNW;

P449. Screen captures of LNW and St. Bernard parish from Spinks model run.

P449(a) List of Timepieces Collected;

P450. Excerpts of Chow, "Open Channel Hydraulics";

P451. Recoding, Archiving and Using WSR-88D Data;

P452. Wx Page.com GR Level 3 Radar Tutorial;

P453. Audio of Leslie Lemon interview and internet content from http://weatherbrains.com;

P454. Cushing figure 52 with additional wind vectors shown in red (2 pages);

P455. LIDAR photo of MRGO/ICWW Junction;

P456. Affidavit and Report of Stanley Guidry;

____  Designated Portions of Deposition of Joel Dupre; *to be filed into the record.*

____  Deposition (or designations therefrom) of Josephine Richardson. *filed into the record.*

Respectfully Submitted,

/s/Brian A. Gilbert
Brian A. Gilbert (21297)
**LAW OFFICE OF BRIAN A. GILBERT, P.L.C.**
(Of Counsel to **BEST KOEPPEL TRAYLOR**)
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: bgilbert@briangilbertlaw.com,
  bgilbert@bestkoeppel.com

Laurence E. Best (3012)
Peter S. Koeppel (1465)
**BEST KOEPPEL TRAYLOR**
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Facsimile: (504) 524-1024
E-mail: lebest@bestkoeppel.com
peterklaw@aol.com

Shawn Khorrami (CA SBN #14011)
**KHORRAMI, POLLARD & ABIR, LLP**
444 S. Flower Street, 33rd Floor
Los Angeles, California 90071
Telephone: (213) 596-6000
Facsimile: (213) 596-6010
e-mail: Skhorrami@kpalawyers.com

Lawrence A. Wilson (N.Y.S.B.A. #2487908)
**WILSON, GROCHOW, DRUKER & NOLET**
233 Broadway, 5th Floor
New York, NY  10279
Telephone:  (212) 608-4400
Facsimile:  (212) 608-0746
e-mail:  lwilson@wgdnlaw1.com

Lawrence D. Wiedemann (#13457)
Karl Wiedemann (18502)
**WIEDEMANN AND WIEDEMANN**
821 Baronne Street
New Orleans, Louisiana 70113
Telephone: 504-581-6180
Facsimile: 504-581-4336
e-mail: ldwiedeman@aol.com
karlwied@bellsouth.net

Patrick J. Sanders (18741)
**PATRICK J. SANDERS, LLC**
3316 Ridgelake Drive, Suite 100
Metairie, Louisiana 70002
Telephone: (504) 834-0646
e-mail: pistols42@aol.com

Richard T. Seymour (D.C. Bar #28100)
**LAW OFFICE OF RICHARD T. SEYMOUR, P.L.L.C.**

1150 Connecticut Avenue N.W., Suite 900
Washington, D.C. 20036-4129
Telephone: 202-862-4320
Cell: 202-549-1454
Facsimile: 800-805-1065 and 202-828-4130
e-mail: rick@rickseyourlaw.net

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing document has been served upon counsel of record, by United States Mail, postage prepaid and properly addressed, facsimile and/or ECF upload, this 13th day of July, 2010.

*/s/ Brian A. Gilbert*