UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES　　　　　CIVIL ACTION
CONSOLIDATED LITIGATION

　　　　　　　　　　　　　　　　　　　　NO: 05-4182
　　　　　　　　　　　　　　　　　　　　Relates to: MRGO
　　　　　　　　　　　　　　　　　　　　10-866 Armstrong

　　　　　　　　　　　　　　　　　　　　SECTION: K

Relates to: MRGO  (10-866 Armstrong)

## RECORD OF DISPOSAL OF EXHIBITS

　　　Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case.  It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

　　　There having been no request for the return of the exhibits, and all matters are now complete pursuant to Rule 79.3 of the Local Rules of this Court, accordingly;

　　　**The exhibits admitted at trial on September 12, 2012 will be destroyed on August 31, 2017**.

　　　　　　　　　　　　　　　　　　　　WILLIAM W. BLEVINS, CLERK
　　　　　　　　　　　　　　　　　　　　By: James Crull, Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　james_crull@laed.uscourts.gov