UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: KATRINA CANAL BREACHES            CIVIL ACTION
CONSOLIDATED LITIGATION

                                      NO: 05-4182

                                      SECTION: K

### RECORD OF DISPOSAL OF EXHIBITS

      Pursuant to Rule 79.3 of the Local Rules of this Court, all exhibits in the custody of the Clerk will be destroyed after 30 days from final disposition of the case. It shall be the responsibility of the party or attorney offering the exhibits to secure their removal from the Clerk's custody within 30 days of the final disposition of the case.

      There having been no request for the return of the exhibits, and all matters are now complete pursuant to Rule 79.3 of the Local Rules of this Court, accordingly;

### The exhibits admitted at the following hearings will be destroyed on August 31, 2017.

Relating To: MRGO (06-2268 Robinson) hearings held 10/27/06, 9/12/08, 12/18/08 and 1/8/09.

Motion Hearing 8/25/06

Motion Hearing 9/6/06

Motion Hearing 10/27/06

Motion Hearing 2/28/07

Motion Hearing 6/13/07

Motion Hearing 8/16/07

Motion Hearing 10/18/07

Motion Hearing 10/31/07

Motion Hearing 1/16/08

Motion Hearing 11/13/08

Motion Hearing 4/29/09

Motion Hearing 11/18/09

Motion Hearing 12/16/09

Motion Hearing 10/13/10

Motion Hearing 10/12/11

Motion Hearing 6/28/12

                                        WILLIAM W. BLEVINS, CLERK
                                        By: James Crull, Deputy Clerk
                                              james_crull@laed.uscourts.gov